BINGHAM McCUTCHEN LLP
CHRISTOPHER B. HOCKETT (SBN 121539)
GEOFFREY M. HOWARD (SBN 157468)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
chris.hockett@bingham.com
geoff.howard@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JEFFREY S. ROSS (SBN 138172)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jeff.ross@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C 07 1658<br><br>PLAINTIFF ORACLE'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16 |

SF/21705340.3

DEFENDANT ORACLE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## CERTIFICATION OF INTERESTED PARTIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. All shareholders of publicly held Oracle Corporation.
2. The members of the Board of Directors of Oracle Corporation: Larry Ellison, Jeff Henley, Charles Phillips, Safra Catz, Dr. Michael J. Boskin, Jeffrey Berg, Donald L. Lucas, Jack F. Kemp, Hector Garcia-Molina, H. Raymond Bingham, Naomi O. Seligman.

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned certifies that Oracle Corporation is a publicly held corporation that wholly owns, through one or more of its non-publicly held wholly-owned subsidiaries, both other plaintiffs Oracle USA, Inc. and Oracle International Corporation. No other publicly held corporation owns 10% or more of the stock in either of the plaintiffs.

DATED: March 22, 2007

Bingham McCutchen LLP

By: _____
Geoffrey M. Howard
Attorneys for Plaintiffs Oracle Corporation, Oracle USA, Inc. and Oracle International Corporation