1  BINGHAM McCUTCHEN LLP
   CHRISTOPHER B. HOCKETT (SBN 121539)
2  GEOFFREY M. HOWARD (SBN 157468)
   ZACHARY J. ALINDER (SBN 209009)
3  BREE HANN (SBN 215695)
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: (415) 393-2000
5  Facsimile: (415) 393-2286
   chris.hockett@bingham.com
6  geoff.howard@bingham.com
   zachary.alinder@bingham.com
7  bree.hann@bingham.com

8  DORIAN DALEY (SBN 129049)
   JEFFREY S. ROSS (SBN 138172)
9  500 Oracle Parkway
   M/S 5op7
10 Redwood City, CA 94070
   Telephone: (650) 506-4846
11 Facsimile: (650) 506-7114
12 dorian.daley@oracle.com
   jeff.ross@oracle.com
13

   Attorneys for Plaintiffs
14 Oracle Corporation, Oracle USA, Inc.,
   and Oracle International Corporation
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                         SAN FRANCISCO DIVISION
18

19

20 ORACLE CORPORATION, a Delaware          No. 07-CV-1658 EMC
   corporation, ORACLE USA, INC., a Colorado
   corporation, and ORACLE INTERNATIONAL    **DECLARATION OF KEVIN
21 CORPORATION, a California corporation,   MANDIA IN SUPPORT OF
                                            ORACLE'S MOTION FOR INTERIM
22             Plaintiffs,                  PRESERVATION ORDER AND
         v.                                 MEET AND CONFER SCHEDULE
23                                          FOR FINAL PRESERVATION
   SAP AG, a German corporation, SAP        ORDER**
24 AMERICA, INC., a Delaware corporation,
   TOMORROWNOW, INC., a Texas corporation,  Date: June 6, 2007
25 and DOES 1-50, inclusive,                Time: 10:30 a.m.
                                            Judge: The Honorable Edward M. Chen
26             Defendants.                         Courtroom C, 15th Floor

27

28
   SF/21711517.5                                                   07-CV-1658 EMC
                         DECLARATION OF KEVIN MANDIA

I, Kevin Mandia, declare:

1. I am CEO and president of Mandiant Corporation, a computer forensics and information security consultation firm. I have a Master of Science degree in computer forensics from The George Washington University and am a Certified Information Systems Security Professional. For fourteen years, I have worked with electronic data investigations, computer forensics, and information security, including conducting investigations for the Department of Defense and for the Air Force Office of Special Investigations. I lecture in computer forensics at Carnegie Mellon University, serve as adjunct professor of forensics at The George Washington University, and have trained Assistant United States Attorneys and F.B.I. agents in computer forensics. Except for matters stated below on information and belief, I have personal knowledge of the matters stated in this Declaration by virtue of my retention by Oracle in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. Based on my review and understanding of Oracle's investigation and of its records and data, as well as my experience with forensic computer investigations, I expect the evidence in this case will consist almost entirely of electronically stored information. The allegations in the Complaint describe SAP's practice of repeatedly using third parties' account credentials to remotely access Oracle's support website. The Complaint further describes how SAP then searched for and downloaded vast numbers of Software and Support Materials from Oracle's website, regardless of the third parties' rights to such materials. Based on these allegations, the categories of information that will be important for discovery will include the actual Software and Support Materials that SAP downloaded from Oracle's website; information related to those downloads, such as defendants' communications and internal records of the means used to access the website; information related to SAP's storage of the downloaded materials; and information related to the uses that SAP made of the downloaded materials – including potentially providing them to its customers.

3. I expect that the overwhelming majority of evidence that falls into these categories will consist of electronically stored information available on SAP's systems and networks, including on its servers, computer drives, and other electronic storage media.. For

1. example, SAP's server and other network logs – computer-generated reports that reveal the history of what data is placed onto and moved off of a particular computer or system – will detail what materials were taken from Oracle's system, by whom at SAP, and by using which customer credentials. These server and network logs will also demonstrate how SAP stored and used those materials, as well as who had access to them. SAP's email records may reflect similar information. As another example, the drives of SAP's computers may have records indicating when SAP used those computers to access Oracle's systems, by whom, and by what means.

4. Electronically stored information, including server and network logs and other kinds of electronic data and evidence, is dynamic and mutable by nature. Server logs for a sophisticated enterprise with substantial internet activity will occupy a significant amount of computer storage space. For this reason, many companies do not keep these logs for more than a few days at a time in the ordinary course of business. Thus, some entries on network logs that show particular download or transmission activity on a given day may only exist for short periods of time. Moreover, since electronic records are frequently overwritten, deleted, or modified during the normal course of business, this data is highly susceptible to inadvertent alteration or destruction. Further, any internal inquiry or investigation performed without proper forensic safeguards can impact the integrity of electronic evidence, including by materially affecting, changing, or destroying evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2007 in Alexandria, Virginia.

By: _____
Kevin Mandia