BINGHAM McCUTCHEN LLP
CHRISTOPHER B. HOCKETT (SBN 121539)
GEOFFREY M. HOWARD (SBN 157468)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
chris.hockett@bingham.com
geoff.howard@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JEFFREY S. ROSS (SBN 138172)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jeff.ross@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 EMC<br><br>**PROOF OF SERVICE**<br><br>Date: June 6, 2007<br>Time: 10:30 a.m.<br>Judge: The Honorable Edward M. Chen<br>       Courtroom C, 15th Floor |

07-CV-1658 EMC

PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence by Federal Express and Electronic Mail, and they are deposited and/or sent that same day in the ordinary course of business.

Today I served the attached:

**ORACLE'S NOTICE OF MOTION AND MOTION FOR INTERIM PRESERVATION ORDER AND MEET AND CONFER SCHEDULE FOR FINAL PRESERVATION ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DECLARATION OF KEVIN MANDIA IN SUPPORT OF ORACLE'S MOTION FOR INTERIM PRESERVATION ORDER AND MEET AND CONFER SCHEDULE FOR FINAL PRESERVATION ORDER;**

**DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF ORACLE'S MOTION FOR INTERIM PRESERVATION ORDER AND MEET AND CONFER SCHEDULE FOR FINAL PRESERVATION MOTION;**

**[PROPOSED] INTERIM PRESERVATION ORDER AND ORDER TO MEET AND CONFER ON FINAL PRESERVATION ORDER**

[X]   (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

[X]   (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Federal Express in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

Robert A. Mittelstaedt, Esq.
Greg Lanier, Esq.
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104
Tel: 1.415.626.3939
ramittelstaedt@JonesDay.com
tglanier@JonesDay.com

1                                                                                             07-CV-1658 EMC

PROOF OF SERVICE

1       I declare that I am employed in the office of a member of the bar of this court at
2 whose direction the service was made and that this declaration was executed on April 30, 2007,
3 at San Francisco, California.

4
5                                   */s/ Rosaleen Doran*
                                      Rosaleen Doran

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28