```
 1  Robert A. Mittelstaedt (SBN 060359)
    JONES DAY
 2  San Francisco Office
    555 California Street, 26th Floor
 3  San Francisco, CA 94104
    Telephone:   (415) 626-3939
 4  Facsimile:   (415) 875-5700
    ramittelstaedt@jonesday.com
 5
    Tharan Gregory Lanier (SBN 138784)
 6  Jane L. Froyd (SBN 220776)
    JONES DAY
 7  Silicon Valley Office
    1755 Embarcadero Road
 8  Palo Alto, CA 94303
    Telephone:   650-739-3939
 9  Facsimile:   650-739-3900
    tglanier@jonesday.com
10  jfroyd@jonesday.com

11  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
12  TOMORROWNOW, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 EMC<br><br>**NOTICE OF APPEARANCE** |

Tharan Gregory Lanier of Jones Day Silicon Valley hereby enters his appearance as an attorney of record for defendants SAP AG, SAP AMERICA, INC. and TOMORROWNOW, INC.

SVI-46357v1

NOTICE OF APPEARANCE
Case No. 07-CV-1658 EMC

| | |
|---|---|
| Dated: May 1, 2007 | JONES DAY |
| | By: /s/ Tharan Gregory Lanier |
| | Tharan Gregory Lanier |
| | Counsel for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |