Robert A. Mittelstaedt (SBN 060359)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 EMC<br><br>**NOTICE OF APPEARANCE** |

Jane L. Froyd of Jones Day Silicon Valley hereby enters her appearance as an attorney of record for defendants SAP AG, SAP AMERICA, INC. and TOMORROWNOW, INC.

| | | |
|---|---|---|
| 1 | Dated: May 1, 2007 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Jane L. Froyd |
| 4 | | Jane L. Froyd |
| 5 | | Counsel for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |