| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | CHRISTOPHER B. HOCKETT (SBN 121539) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | ZACHARY J. ALINDER (SBN 209009) |
| 3 | BREE HANN (SBN 215695) |
| | Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067 |
| | Telephone:  (415) 393-2000 |
| 5 | Facsimile:  (415) 393-2286 |
| | chris.hockett@bingham.com |
| 6 | geoff.howard@bingham.com |
| | zachary.alinder@bingham.com |
| 7 | bree.hann@bingham.com |
| 8 | DORIAN DALEY (SBN 129049) |
| | JEFFREY S. ROSS (SBN 138172) |
| 9 | 500 Oracle Parkway |
| 10 | M/S 5op7 |
| | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
| | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
| | jeff.ross@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | Oracle Corporation, Oracle USA, Inc., |
| | and Oracle International Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 07-CV-1658 EMC |
| 21 | | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | |
| 25 | | |
| 26 | Defendants. | |

07-CV-1658 EMC

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com

1   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
3   party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all
4   further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal
5   from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
6   Circuit.

7   DATED:  May 4, 2007

9                       Bingham McCutchen LLP

12              By: _____/s/_____
                         Geoffrey M. Howard
                         Attorneys for Plaintiffs
13  Oracle Corporation, Oracle International Corporation
                         and Oracle USA, Inc.