1  Robert A. Mittelstaedt (SBN 060359)
   JONES DAY
2  San Francisco Office
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:  (415) 626-3939
4  Facsimile:  (415) 875-5700
   ramittelstaedt@jonesday.com
5
   Tharan Gregory Lanier (SBN 138784)
6  Jane L. Froyd (SBN 220776)
   JONES DAY
7  Silicon Valley Office
   1755 Embarcadero Road
8  Palo Alto, CA 94303
   Telephone:  650-739-3939
9  Facsimile:  650-739-3900
   tglanier@jonesday.com
10 jfroyd@jonesday.com

11 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
12 TOMORROWNOW, INC.

13                         UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

15                              SAN FRANCISCO DIVISION

16

17 | ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 07-CV-1658 EMC |
|---|---|
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

SVI-46514v1

DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE
Case No. 07-CV-1658 EMC

1   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated:  May 4, 2007                          JONES DAY


By: /s/ Tharan Gregory Lanier
    Tharan Gregory Lanier

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and TOMORROWNOW, INC.