|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

Oracle Corporation, et al.,　　　　　　　　　　Case No. C07-1658 EMC

　　　　　　Plaintiffs,

　　v.

SAP AG, et al.,

　　　　　　Defendants.
_____/

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

( x )　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(　)　One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

///

1 | Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2 | counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated:  May 7, 2007

Richard W. Wieking, Clerk
United States District Court

*(signature)*

_____
By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California