IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, | No. C 07-1658  MMC |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| SAP AG et al., | |
| Defendants. | |

        I, the undersigned Judge of the Court, finding myself disqualified in the

above-entitled action, hereby recuse myself from this case and request that the case be

reassigned pursuant to the provisions of  the Assignment Plan.

        All pending dates of motions, pretrial conferences and trial are hereby

vacated and are to be reset by the newly assigned Judge.

        **IT IS SO ORDERED.**

Dated: May 9, 2007                                    _____
                                                     MAXINE M. CHESNEY
                                                     United States District Judge