| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
|   | JONES DAY |
| 2 | San Francisco Office |
|   | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 626-3939 |
| 4 | Facsimile: (415) 875-5700 |
|   | ramittelstaedt@jonesday.com |
| 5 | |
|   | Tharan Gregory Lanier (SBN 138784) |
| 6 | Jane L. Froyd (SBN 220776) |
|   | JONES DAY |
| 7 | Silicon Valley Office |
|   | 1755 Embarcadero Road |
| 8 | Palo Alto, CA 94303 |
|   | Telephone: 650-739-3939 |
| 9 | Facsimile: 650-739-3900 |
|   | tglanier@jonesday.com |
| 10 | jfroyd@jonesday.com |
| 11 | Attorneys for Defendants |
|   | SAP AG, SAP AMERICA, INC., and |
| 12 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | | Case No. 07-CV-1658 |
| | | **NOTICE OF APPEARANCE** |
| Plaintiffs, | | |
| v. | | |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | | |
| Defendants. | | |

Jane L. Froyd of Jones Day Silicon Valley hereby enters her appearance as an attorney of record for defendants SAP AG, SAP AMERICA, INC. and TOMORROWNOW, INC.

SVI-46367v2

NOTICE OF APPEARANCE
Case No. 07-CV-1658

1  Dated: May 9, 2007                    JONES DAY

3                                        By: /s/ Jane L. Froyd
4                                             Jane L. Froyd

5                                        Counsel for Defendants
                                         SAP AG, SAP AMERICA, INC., and
6                                        TOMORROWNOW, INC.