**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking General Court Number
Clerk 415.522.2000

**May 9, 2007**

**CASE NUMBER:  CV 07-01658 MMC**
**CASE TITLE:  ORACLE CORPORATION-v-SAP AG**

<u>REASSIGNMENT ORDER</u>

 GOOD CAUSE APPEARING THEREFOR,

 IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Martin J. Jenkins** for all further proceedings.

 Counsel are instructed that all future filings shall bear the initials **MJJ** immediately after

the case number.

 ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/9/07

 FOR THE EXECUTIVE COMMITTEE:

 _____*Richard W. Wieking*_____
 Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies Special Projects
Log Book Noted Entered in Computer 5/9/07ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel Transferor CSA

dockets.Justia.com