```
 1  BINGHAM McCUTCHEN LLP
    CHRISTOPHER B. HOCKETT (SBN 121539)
 2  GEOFFREY M. HOWARD (SBN 157468)
    ZACHARY J. ALINDER (SBN 209009)
 3  BREE HANN (SBN 215695)
    Three Embarcadero Center
 4  San Francisco, CA  94111-4067
    Telephone:  (415) 393-2000
 5  Facsimile:  (415) 393-2286
    chris.hockett@bingham.com
 6  geoff.howard@bingham.com
    zachary.alinder@bingham.com
 7  bree.hann@bingham.com

 8  DORIAN DALEY (SBN 129049)
    JEFFREY S. ROSS (SBN 138172)
 9  500 Oracle Parkway
    M/S 5op7
10  Redwood City, CA  94070
    Telephone:  (650) 506-4846
11  Facsimile:  (650) 506-7114
    dorian.daley@oracle.com
12  jeff.ross@oracle.com
13

14  Attorneys for Plaintiffs
    Oracle Corporation, Oracle USA, Inc.,
15  and Oracle International Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 07-CV-1658 (MJJ)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND FILE AMENDED COMPLAINT [CIVIL LOCAL RULE 6-1(A)]** |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND FILE AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation (together "Oracle") on the one hand and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (together "Defendants") on the other, by and through their undersigned counsel, pursuant to Northern District Civil Local Rule 6-1(a), that:

(1) Oracle intends to file and serve a First Amended Complaint no later than June 1, 2007; and,

(2) Defendants shall therefore file and serve their responsive pleading no later than July 2, 2007.

Service of the First Amended Complaint and Defendants' responsive pleading shall be effective if made by either hand delivery or both electronic mail and overnight mail to the undersigned counsel on or before the above dates. The parties also agree to meet and confer in good faith should the above dates require modification, requiring further agreement and/or order of the Court.

IT IS FURTHER STIPULATED AND AGREED that entering into this Stipulation shall not be construed, or otherwise used, to support any claim of delay or laches by any party for any reason, and further, that this stipulation shall not prejudice any of the parties from later requesting an extension of such dates.

**IT IS SO AGREED AND STIPULATED.**

DATED: May 15, 2007

BINGHAM McCUTCHEN LLP

By: _/s/ Geoffrey M. Howard_
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle Corporation, Oracle International Corporation, and Oracle USA, Inc.

1

Case No. 07-CV-1658 (MJJ)

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND FILE AMENDED COMPLAINT

1  DATED: May 15, 2007

                            JONES DAY

                            By: _____
                                Tharan Gregory Lanier
                                Attorneys for Defendants
                             SAP AG, SAP America, Inc., and
                                TomorrowNow, Inc.