IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, et al., | No. C 07-1658 MJJ |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE** |
| SAP AG, et al., | **(Setting Status Conference in Reassigned case)** |
| Defendant(s). | |
| _____/ | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that this case, having been reassigned to the Honorable Martin J. Jenkins, is hereby scheduled for a Case Management Conference for **Tuesday, August 7, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco. A Joint Case Management Statement is due 7 days prior to the conference. *See* Local Rule 3-12(g) for Effect of Order of Reassignment on Case Schedule: "The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly."

Dated: May 22, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Edward Butler
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is

1  due not less than 14 days prior to the *originally noticed* hearing date.