1   BINGHAM McCUTCHEN LLP
    CHRISTOPHER B. HOCKETT (SBN 121539)
2   GEOFFREY M. HOWARD (SBN 157468)
    ZACHARY J. ALINDER (SBN 209009)
3   BREE HANN (SBN 215695)
    Three Embarcadero Center
4   San Francisco, CA  94111-4067
    Telephone:  (415) 393-2000
5   Facsimile:  (415) 393-2286
    chris.hockett@bingham.com
6   geoff.howard@bingham.com
    zachary.alinder@bingham.com
7   bree.hann@bingham.com

8   DORIAN DALEY (SBN 129049)
    JEFFREY S. ROSS (SBN 138172)
9   500 Oracle Parkway
    M/S 5op7
10  Redwood City, CA  94070
11  Telephone:  (650) 506-4846
    Facsimile:  (650) 506-7114
12  dorian.daley@oracle.com
    jeff.ross@oracle.com
13

14  Attorneys for Plaintiffs
    Oracle Corporation, Oracle USA, Inc.,
15  and Oracle International Corporation

16                  UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20  ORACLE CORPORATION, a Delaware          Case No. 07-CV-1658 (MJJ)
    corporation, ORACLE USA, INC., a Colorado
21  corporation, and ORACLE INTERNATIONAL   **STIPULATION EXTENDING TIME**
    CORPORATION, a California corporation,  **TO RESPOND TO COMPLAINT**
                                            **AND FILE AMENDED COMPLAINT**
22          Plaintiffs,                     **[CIVIL LOCAL RULE 6-1(A)]**

23          v.

24  SAP AG, a German corporation, SAP
    AMERICA, INC., a Delaware corporation,
25  TOMORROWNOW, INC., a Texas corporation,
    and DOES 1-50, inclusive,

26          Defendants.

27

28

                                            Case No. 07-CV-1658 (MJJ)
─────────────────────────────────────────────────────────────────
        STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND FILE AMENDED COMPLAINT

Dockets.Justia.com

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND FILE

## AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Oracle Corporation,

Oracle USA, Inc., and Oracle International Corporation (together "Oracle") on the one hand and

Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (together "Defendants") on

the other, by and through their undersigned counsel,  pursuant to Northern District Civil Local

Rule 6-1(a), that:

(1) Oracle intends to file and serve a First Amended Complaint no later than June 1,

2007; and,

(2) Defendants shall therefore file and serve their responsive pleading no later than July

2, 2007.

Service of the First Amended Complaint and Defendants' responsive pleading shall be

effective if made by either hand delivery or both electronic mail and overnight mail to the

undersigned counsel on or before the above dates.  The parties also agree to meet and confer in

good faith should the above dates require modification, requiring further agreement and/or order

of the Court.

IT IS FURTHER STIPULATED AND AGREED that entering into this Stipulation shall

not be construed, or otherwise used, to support any claim of delay or laches by any party for any

reason, and further, that this stipulation shall not prejudice any of the parties from later

requesting an extension of such dates.

**IT IS SO AGREED AND STIPULATED.**

DATED: May 15, 2007

BINGHAM McCUTCHEN LLP

By: _____
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle Corporation, Oracle International
Corporation, and Oracle USA, Inc.

1

Case No. 07-CV-1658 (MJJ)

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND FILE AMENDED COMPLAINT

1    DATED:  May 15, 2007

2                                              JONES DAY

3                                              By: _____

4                                                    Tharan Gregory Lanier
                                                     Attorneys for Defendants
5                                              SAP AG, SAP America, Inc., and
                                                   TomorrowNow, Inc.

6

7

8                              IT IS SO ORDERED

9

10

11                                Judge Martin J. Jenkins

12                                  Dated: 5/23/07

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND FILE AMENDED COMPLAINT