1   BINGHAM McCUTCHEN LLP
    CHRISTOPHER B. HOCKETT (SBN 121539)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA  94111-4067
5   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
6   chris.hockett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   DORIAN DALEY (SBN 129049)
    JEFFREY S. ROSS (SBN 138172)
10  500 Oracle Parkway
    M/S 5op7
11  Redwood City, CA  94070
    Telephone:  (650) 506-4846
12  Facsimile:  (650) 506-7114
    dorian.daley@oracle.com
13  jeff.ross@oracle.com

14  Attorneys for Plaintiffs
    Oracle Corporation, Oracle USA, Inc.,
15  and Oracle International Corporation

16

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20

21  ORACLE CORPORATION, a Delaware          CASE NO.  07-CV-01658 (MJJ)
    corporation, ORACLE USA, INC., a Colorado
22  corporation, and ORACLE INTERNATIONAL    FIRST AMENDED COMPLAINT FOR
    CORPORATION, a California corporation,   DAMAGES AND INJUNCTIVE RELIEF
23                                           FOR:
                    Plaintiffs,
24                                           (1) COPYRIGHT INFRINGEMENT;
           v.                                (2) VIOLATIONS OF THE COMPUTER
25                                           FRAUD AND ABUSE ACT;
    SAP AG, a German corporation, SAP        (3) VIOLATIONS OF THE COMPUTER
26  AMERICA, INC., a Delaware corporation,   DATA ACCESS AND FRAUD ACT;
    TOMORROWNOW, INC., a Texas corporation,  (4) BREACH OF CONTRACT;
    and DOES 1-50, inclusive,                (5) INTENTIONAL INTERFERENCE
27                                           WITH PROSPECTIVE ECONOMIC
                    Defendants.              ADVANTAGE;
28

                                             Case No. 07-CV-01658 (MJJ)

                      FIRST AMENDED COMPLAINT

| | |
|---|---|
| 1 | (6) NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC |
| 2 | ADVANTAGE; |
| | (7) UNFAIR COMPETITION; |
| 3 | (8) TRESPASS TO CHATTELS; |
| | (9) UNJUST ENRICHMENT / |
| 4 | RESTITUTION; and, |
| | (10) AN ACCOUNTING. |
| 5 | |
| | DEMAND FOR JURY TRIAL |
| 6 | |

7

8

9      Plaintiffs Oracle Corporation, Oracle USA, Inc. ("Oracle USA"), and Oracle

10   International Corporation ("OIC") (together "Oracle" or "Plaintiffs") for their Complaint against

11   Defendants SAP AG ("SAP AG"), SAP America, Inc. ("SAP America"), TomorrowNow, Inc.

12   ("SAP TN"), and Does 1 through 50 (collectively referred to as "SAP" or "Defendants"), allege

13   as follows based on their personal knowledge as for themselves, and on information and belief as

14   to the acts of others:

15   **I.      INTRODUCTION**

16          1.      This case is about corporate theft on a grand scale, committed by the

17   largest German software company – a conglomerate known as SAP.  Oracle is a leading

18   developer of database and applications software, and SAP is Oracle's largest enterprise

19   applications software competitor.

20          2.      Oracle brings this lawsuit after discovering that SAP is engaged in

21   systematic, illegal access to – and taking from – Oracle's computerized customer support

22   systems.  Through this scheme, SAP has stolen thousands of proprietary, copyrighted software

23   products and other confidential materials that Oracle developed to service its own support

24   customers.  SAP gained repeated and unauthorized access, in many cases by use of pretextual

25   customer log-in credentials, to Oracle's proprietary, password-protected customer support

26   website.  From that website, SAP has copied and swept thousands of copyrighted Oracle

27   software products and other proprietary and confidential materials onto its own servers.  As a

28

FIRST AMENDED COMPLAINT

1   result, SAP has compiled an illegal library of Oracle's copyrighted software code and other

2   materials.  This storehouse of stolen Oracle intellectual property enables SAP to offer cut rate

3   support services to customers who use Oracle software, and to attempt to lure them to SAP's

4   applications software platform and away from Oracle's.  Through this Complaint, Oracle seeks

5   to stop SAP's illegal intrusions and theft, to prevent SAP from using the materials it has illegally

6   acquired to compete with Oracle, and to recover damages and attorneys' fees.

7         3.      In late November 2006, there occurred unusually heavy download

8   activity on Oracle's password-protected customer support website for its PeopleSoft and J.D.

9   Edwards ("JDE") product lines.  That website, called Customer Connection, permits licensed

10  Oracle customers with active support agreements to download a wide array of copyrighted,

11  proprietary software programs and other support materials.  Oracle has invested billions of

12  dollars in research, development, and engineering to create these materials, which include

13  program updates, software updates, bug fixes, patches, custom solutions, and instructional

14  documents – all copyrighted by Oracle – across the entire PeopleSoft and JDE family of software

15  products (the "Software and Support Materials").  Customers who have contracted for support

16  with Oracle have log-in credentials to access Customer Connection and download Software and

17  Support Materials.  However, Oracle's support contracts limit customers' access and download

18  rights to Software and Support Materials pertaining to the customers' licensed products.

19  Customers have no contractual right to download Software and Support Materials relating to

20  software programs they have not licensed from Oracle, or for which the customers did not

21  purchase support rights.

22        4.      The Software and Support Materials are a subset of the technical support

23  services that Oracle makes available to its customers that have licensed Oracle software

24  programs and purchased the right to receive technical support services related to them.  The full

25  suite of technical support services (also known as "support" or "maintenance") generally

26  includes three types of offerings that Oracle, like most other enterprise software vendors, makes

27  available to its licensed customers:  (i) telephone or email access to Oracle's support technicians

28  regarding the operation of Oracle's software; (ii) software program code for the customers'

1  licensed software programs which adds new functionality or features to the software (generally

2  referred to as "software updates"), or that addresses errors or "bugs" in the software program

3  (generally referred to as "software patches"); and (iii) "knowledge management" articles that

4  help with problem solving and provide suggestions relating to the customer's use of licensed

5  software programs.  Because of the complexity of enterprise software applications and the

6  business environments in which they run, regular software updates and patches and knowledge

7  management articles are critical components of a software maker's support offering.  For

8  purposes of this case, Oracle's claims against SAP only concern Oracle's Software and Support

9  Materials, and not Oracle's provision of telephone or email assistance from Oracle support

10  technicians in response to a customer's individual support queries.

11              5.      The access and download activity Oracle observed on its systems in late

12  November and December 2006 did not resemble the authorized, limited access to which its

13  customers were entitled.  Instead, SAP employees using the log-in credentials of Oracle

14  customers with expired or soon-to-expire support rights had, in a matter of a few days or less,

15  accessed and copied thousands of individual Software and Support Materials.  For a significant

16  number of these mass downloads, the users lacked any contractual right even to access, let alone

17  copy, the Software and Support Materials.  The downloads spanned every library in the

18  Customer Connection support website.  For example, using one customer's credentials, SAP

19  suddenly downloaded an average of over 1,800 items per day for four days straight (compared to

20  that customer's normal downloads averaging 20 per month).  Other purported customers hit the

21  Oracle site and harvested Software and Support Materials after they had cancelled all support

22  with Oracle in favor of SAP TN.  Moreover, these mass downloads captured Software and

23  Support Materials that were clearly of no legitimate use to the "customers" in whose names they

24  were taken.  Indeed, the materials copied not only related to unlicensed products, but to entire

25  Oracle product families that the customers had not licensed.

26              6.      For example, in January 2007, a user on an SAP TN computer signed in

27  as Oracle customer Honeywell International, Inc., a Fortune 100 technology and manufacturing

28  company, to access Oracle's support system and copy literally thousands of Oracle's Software

FIRST AMENDED COMPLAINT

1    and Support Materials in virtually every product library in every line of business.  This copying

2    went well beyond the products that Honeywell had licensed and to which it had authorized

3    access.  In other examples, users from SAP TN logged in using the credentials of recently

4    departed customers, like Metro Machine Corp., and downloaded Software and Support Materials

5    even after the customers had dropped their support rights with Oracle.

6           7.      Oracle has found many examples of similar activity.  Across its entire

7    library of Software and Support Materials in Customer Connection, Oracle to date has identified

8    more than 10,000 unauthorized downloads of Software and Support Materials relating to

9    hundreds of different software programs.

10          8.      This systematic theft of Oracle's Software and Support Materials did not

11   originate from any actual customer location.  Rather, the access originated from an internet

12   protocol (IP) address in Bryan, Texas, an SAP America branch office location and home of its

13   wholly-owned subsidiary SAP TN.  SAP TN is a company that purports to provide technical

14   support services on certain versions of Oracle's PeopleSoft and JDE software programs.  The

15   Bryan, Texas IP address used to access and download Oracle's Software and Support Materials

16   is connected directly to SAP's computer network.  Indeed, Oracle's server logs have recorded

17   access through this same IP address by computers labeled with SAP identifiers using SAP IP

18   addresses.

19          9.      In many instances, including the ones described above, SAP employees

20   used the log-in IDs of multiple customers, combined with phony user log-in information, to gain

21   access to Oracle's system under false pretexts.  Employing these techniques, SAP users

22   effectively swept much of the contents of Oracle's system onto SAP's servers.  These "customer

23   users" supplied user information (such as user name, email address, and phone number) that did

24   not match the customer at all.  In some cases, this user information did not match anything:  it

25   was fake.  For example, some users logged in with the user names of "xx" "ss" "User" and

26   "NULL."  Others used phony email addresses like "test@testyomama.com" and fake phone

27   numbers such as "7777777777" and "123 456 7897."  In other cases, SAP blended log-in

28   information from multiple customers with fake information.  For example, one user name

4

FIRST AMENDED COMPLAINT

1   connected to an SAP IP address appears to have logged in using the credentials of *seven* different

2   customers in a span of just 15 days – all from SAP computers in Bryan, Texas.  **All of these**

3   **customers whose IDs SAP appropriated had one critical fact in common:  they were, or**

4   **were just about to become, new customers of SAP TN – SAP AG's and SAP America's**

5   **software support subsidiary whose sole purpose is to compete with Oracle.**

6           10.     As a result of this illegal activity, SAP apparently has now copied and

7   warehoused an extensive library of Oracle's proprietary, copyrighted Software and Support

8   Materials.  As explained below, this theft appears to be an essential – and illegal – part of SAP's

9   competitive strategy against Oracle.

10                  *                        *                        *

11          11.     In the world of enterprise software applications, revenue comes from

12  three basic activities:  (a) licenses of the underlying software, (b) consulting relating to the

13  implementation and operation of the software, and (c) support contracts to keep the software

14  updated and upgraded.  In January 2005, through SAP America, SAP AG acquired SAP TN, an

15  independent software support company founded by former PeopleSoft software engineers,

16  developers, and support technicians.  Not by coincidence, Oracle had previously announced that

17  in January 2005 it would complete its acquisition of PeopleSoft, increasing Oracle's potency as a

18  competitor to SAP AG for enterprise applications software, consulting, and support.

19          12.     Industry observers noted this fundamental shift in the competitive

20  landscape.  One industry analyst stated that, "Oracle Corp. is developing a 'super set' of

21  applications, combining features from the PeopleSoft and JDE[1] software and its CEO Larry

22  Ellison has been vocal about his intentions to take market share away from SAP.  Oracle said it

23  has thousands of developers building the new application suite, called Project Fusion, aimed at

24  taking market share from No. 1 ranked SAP."  Another mused, "After the acquisition of

25  PeopleSoft earlier this year, Oracle officially became a player on SAP's turf."

26  _____

27  [1]      "JDE" refers to J.D. Edwards World Solutions, a software company acquired by
        PeopleSoft, Inc. in 2003.

28

FIRST AMENDED COMPLAINT

1      13.     SAP AG's hasty acquisition of SAP TN was widely perceived as a

2   response to the new competitive threat from Oracle.  SAP's own statements confirmed it.  SAP

3   AG spokesman Bill Wohl vowed that SAP AG would use SAP TN to "keep the pressure on

4   Oracle" by exploiting legacy PeopleSoft customers' perceived unease about Oracle's

5   commitment to support legacy PeopleSoft software.  Publicly, SAP advertised this strategy as its

6   "Safe Passage" program, explicitly designed to transition customers away from Oracle products

7   and onto the SAP software platform.  As reported in industry publications, SAP TN's services

8   "form[ed] the basis of [SAP AG's] Safe Passage initiative, a program aimed at siphoning off

9   valuable software maintenance revenue from Oracle and persuading Oracle customers to switch

10  software products [to SAP]."  Although SAP America President and CEO, Bill McDermott,

11  committed to throw "a lot of additional resources" behind SAP TN (which consisted of only 37

12  employees in total), SAP appeared to focus more on growing the SAP TN sales force rather than

13  investing in or expanding SAP TN's tiny development team.  Indeed, SAP TN did not appear to

14  have the development capability to meet the support commitments advertised in the "Safe

15  Passage" brochures at any price, much less the 50% discount promoted by SAP.  It certainly did

16  not match Oracle's investment in development resources, or even come close to it.  These facts

17  raised questions about how SAP could offer the type of comprehensive technical support

18  services on Oracle programs that customers of enterprise applications typically require.

19      14.     Nevertheless, industry observers deemed the "Safe Passage" program

20  "measurably more aggressive," and a sign that "SAP has taken the gloves off."  In connection

21  with the SAP TN acquisition, SAP America's CEO, Bill McDermott, crowed "There's nothing

22  that I love more than to win."  But win at what cost?  SAP appears to have taken a short cut to

23  equip itself to support Oracle's software programs at half Oracle's price.  SAP stole much of the

24  Software and Support Materials directly from Oracle.

25      15.     SAP's unlawful copying and theft includes, by way of example, the

26  following:

27

28

FIRST AMENDED COMPLAINT

1          • More than 10,000 illicit downloads from Customer Connection between

2            September 2006 and January 2007, with indications that this number may

3            go significantly higher if traced further back in time.

4          • A systematic pattern of "sweeping" Oracle's Customer Connection

5            support website from SAP TN servers just days before, or the day of, the

6            expiration of a new SAP TN customer's support contract with Oracle, or

7            in some cases on behalf of former Oracle customers with no access rights

8            to Oracle's Software and Support Materials whatsoever.

9          • On multiple occasions, the indiscriminate, wholesale copying of vast

10            libraries of available Software and Support Materials from Oracle's

11            Customer Connection support website through downloads too rapid to

12            permit any real-time use of the downloaded Software and Support

13            Materials.

14          • The improper access to, and theft of, clearly-marked internal proprietary

15            Oracle support documents not available even to licensed, authorized

16            customers or through normal access to Oracle's Customer Connection

17            system.

18          • Accessing and downloading Software and Support Materials across

19            multiple product lines in multiple lines of business available on the

20            Customer Connection support website, in the purported name of

21            customers that had never licensed those products and had no legal access

22            to them.

23         16.     In short, to try to "keep the pressure on Oracle," SAP has been engaged in

24 a systematic program of unfair, unlawful, and deceptive business practices that continues to this

25 day. Through its illegitimate and illegal business practices and copyright infringement, SAP has

26 copied Oracle's Software and Support Materials and apparently used them to insinuate itself into

27 Oracle's customer base, and to attempt to convert these customers to SAP software applications.

28 Oracle also has concerns that SAP may have enhanced or improved its own software applications

Case No. 07-CV-01658 (MJJ)

FIRST AMENDED COMPLAINT

1   offerings using information gleaned from Oracle's unlawfully copied Software and Support

2   Materials.  SAP's infringement and other illegal, wrongful, and unfair business practices threaten

3   to cause irreparable harm to Oracle, its many employees, and its customers.  Oracle has no

4   adequate remedy at law for the harm threatened and caused by these acts.

5   **II.     THE PARTIES**

6          17.     Oracle Corporation is a Delaware corporation with its principal place of

7   business in Redwood City, County of San Mateo, State of California.  Directly and through its

8   subsidiaries, Oracle Corporation develops and licenses database and applications software

9   programs and provides related services around the world.

10          18.     Oracle USA is a Colorado corporation duly authorized to do business in

11  the State of California, with its principal place of business in Redwood City, County of San

12  Mateo, State of California.  Oracle USA develops and licenses database and applications

13  software programs and provides related services.  Oracle USA is the successor to PeopleSoft

14  USA, Inc. ("PeopleSoft") and JDE.

15          19.     OIC is a California corporation duly authorized to do business in the State

16  of California, with its only place of business in Redwood City, County of San Mateo, State of

17  California.

18          20.     OIC is the owner of the copyrights at issue in this action.  Oracle

19  Corporation and Oracle USA are licensees of the copyrights at issue in this action.  Oracle

20  Corporation and Oracle USA are authorized to license to end users the copyrighted computer

21  software programs and other works at issue in this action.

22          21.     SAP AG is a German corporation with its principal place of business in

23  Walldorf, Germany.

24          22.     SAP America is a Delaware corporation with its principal place of

25  business in Newtown Square, Pennsylvania.  SAP America is a wholly-owned subsidiary of SAP

26  AG.

27

28

FIRST AMENDED COMPLAINT

1          23.      SAP TN is a Texas corporation with its principal place of business in

2    Bryan, Texas.  SAP TN is a wholly-owned subsidiary of SAP America.  The corporate

3    relationship of the three named defendants is set forth in the chart below.

4

5

6



7

8

9

10

11

12

13          24.      Oracle is currently unaware of the true names and capacities of Does 1

14    through 50, inclusive, whether individual, partnership, corporation, unincorporated association,

15    or otherwise, and therefore sues these defendants by such fictitious names.  Due to the

16    surreptitious nature of Defendants' actions, and the complicated nature of their scheme, the

17    identities of the Doe Defendants have been concealed from Oracle, preventing Oracle from

18    identifying these Defendants by name.  After discovery, which is necessary to ascertain the true

19    names and capacities of these Defendants, Oracle will amend its complaint to allege the

20    necessary identifying details.

21          25.      Defendants all are doing business in and/or have directed their activities

22    at California, and specifically this judicial district.  By way of example only, SAP America and

23    SAP TN advertise, promote, sell, license, service, and support customers in California and in this

24    judicial district.  SAP AG negotiates and enters into software license and support agreements

25    directly within the United States and, specifically in this judicial district, negotiates certain

26    software-related contracts directly with Oracle that contain provisions by which SAP AG

27    consents to the jurisdiction of California courts and the application of California law.  SAP AG

28    also holds an annual meeting of its Board of Directors in Palo Alto, California, and finances the

1  sales and promotional activities of both SAP America and SAP TN throughout the United States

2  and in California.

3       26.    At all material times, through its 100% ownership of both SAP America

4  and SAP TN, SAP AG had both the right and the authority to control the actions of both

5  corporations.  Similarly, at all material times, through its 100% ownership of SAP TN, SAP

6  America had both the right and authority to control the actions of SAP TN.

7       27.    At all material times, each of the Defendants, including Does 1 through

8  50, was the agent, servant, employee, partner, joint venturer, representative, subsidiary, parent,

9  affiliate, alter ego, or co-conspirator of the others, had full knowledge of and gave substantial

10  assistance to the alleged activities, and in doing the things alleged, each was acting within the

11  scope of such agency, service, employment, partnership, joint venture, representation, affiliation,

12  or conspiracy, and each is legally responsible for the acts and omissions of the others.

13  **III.  JURISDICTION**

14       28.    Oracle's first cause of action arises under the Federal Copyright Act, 17

15  U.S.C. §§ 101 *et seq.*, and its second cause of action arises under the Computer Fraud and Abuse

16  Act, 18 U.S.C. §§ 1030 *et seq.*  Accordingly, this Court has subject-matter jurisdiction over this

17  action pursuant to 18 U.S.C. § 1030(g), 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

18       29.    This Court has supplemental subject matter jurisdiction over the pendent

19  state law claims under 28 U.S.C. § 1367, because these claims are so related to Oracle's claims

20  under federal law that they form part of the same case or controversy and derive from a common

21  nucleus of operative facts.

22  **IV.  VENUE**

23       30.    Venue in this district is appropriate, pursuant to 28 U.S.C. § 1391,

24  because a substantial part of the events giving rise to the dispute occurred in this district, a

25  substantial part of the property that is the subject of the action is situated in this district, and the

26  Court has personal jurisdiction over each of the parties as alleged throughout this Complaint.

27

28

1  **V.    INTRADISTRICT ASSIGNMENT**

2        31.    Assignment is proper in this division under Civil L.R. 3-2 (c) and (d),

3  because a substantial part of the events giving rise to the claims occurred in San Mateo County

4  and a substantial part of the property that is the subject of the action is situated in San Mateo

5  County.

6  **VI.    FACTUAL ALLEGATIONS**

7        **A.    Oracle's Software And Support Materials**

8        32.    Oracle is the world's largest enterprise software company, and the first to

9  receive J.D. Power & Associates' global certification for outstanding service and support based

10 on measuring customer satisfaction worldwide.  Oracle develops, manufactures, markets,

11 distributes, and services software designed to help its customers manage and grow their business

12 operations.  Oracle's software offerings include database, middleware, and applications software

13 programs.

14        33.    As is typical in the enterprise software industry, Oracle does not sell

15 ownership rights to its software or related support products to its customers.  Instead, Oracle's

16 customers purchase licenses that grant them limited rights to use specific Oracle software

17 programs with Oracle retaining all copyright and other intellectual property rights in these works.

18 In addition, licensed customers can, and typically do, purchase some set of technical support

19 services that include the right to obtain upgraded products such as updates, bug fixes, or patches

20 to those software programs the customers have expressly licensed from Oracle and have the right

21 to use for purposes authorized by Oracle.

22        34.    Oracle's license agreements with its customers may vary according to the

23 products licensed, including because the customers originally contracted with PeopleSoft and/or

24 JDE, but all of the relevant license agreements for what is now Oracle software set comparable

25 rules for access to, and use of, that software.  Among other things, those rules prohibit access to,

26 or use of, any portion of the software not expressly licensed and paid for by the licensee, and any

27 sublicense, disclosure, use, rent, or lease of the software to third parties.

28

1    35.    Oracle's license agreements define Oracle's confidential information to

2    include, without limitation, Oracle's software, its object and source code, and any associated

3    documentation or service offerings.  Licensees may designate third parties to help maintain

4    Oracle's software, but only subject to the terms of the relevant license agreement between the

5    licensee and Oracle.  Those agreements generally preclude the third party from installing the

6    software on a server, or accessing the source code of the software.  As defined in one illustrative

7    license agreement, "software" specifically includes the update products made available to

8    customers as part of the support contracts that customers purchased from Oracle.

9    36.    Through its terms of use, Oracle also restricts access to the Customer

10    Connection technical support website used by Oracle customers and/or their authorized agents to

11    access and download JDE and PeopleSoft Software and Support Materials licensed to Oracle

12    customers:

13    You agree that access to Customer Connection…will be granted
      only to your designated Oracle technical support contacts and that
14    the Materials [on the support website] may be used solely in
      support of your authorized use of the Oracle Programs for which
15    you hold a supported license from Oracle.  Unless specifically
      provided in your licensing or distribution agreement with Oracle,
16    the Materials may not be used to provide services for or to third
      parties and may not be shared with or accessed by third parties.
17

18    37.    The Terms of Use explicitly describe the confidential nature of the

19    material on Customer Connection: "the information contained in the Materials [available through

20    Customer Connection] is the confidential proprietary information of Oracle.  ***You may not use,***

21    ***disclose, reproduce, transmit, or otherwise copy in any form or by any means the information***

22    ***contained in the Materials for any purpose***, other than to support your authorized use of the

23    Oracle Programs for which you hold a supported license from Oracle, without the prior written

24    permission of Oracle."  (emphasis supplied).

25    38.    Access to the secured areas of Customer Connection is also governed by

26    Special Terms of Use.  By using the secured website, the user agrees to accept and comply with

27    these Special Terms of Use.  The Special Terms of Use provide that access is only permitted via

28    the user's "personal username and password" and that all materials on the secured website are

1    confidential and proprietary.  The Special Terms of Use clearly provide that: "Use of such

2    CONFIDENTIAL and PROPRIETARY information and materials for any other purpose is

3    strictly prohibited."

4                39.    Prior to downloading Software and Support Materials from Oracle's

5    support websites, a user must also specifically agree to additional terms of use and restrictions

6    specified in Oracle's Legal Download Agreement:

7            Your username and password are provided to you for your sole use
8    in accessing this Server and are confidential information subject to
     your existing confidentiality agreement with Oracle / PeopleSoft /
     JDEdwards.  If you do not have a confidentiality agreement in
9    effect with Oracle / PeopleSoft / JDEdwards, you are hereby
     notified that your username and password are confidential
10   information and may only be distributed to persons within your
     organization who have a legitimate business purpose for accessing
11   the materials contained on this server in furtherance of your
     relationship with Oracle / PeopleSoft / JDEdwards.

12

13               40.    The Legal Download Agreement also puts the user on notice as to the

14   confidential, proprietary and copyrighted nature of the Software and Support Materials available

15   for download:

16           Any software that is made available to download from this server
17   ("Software") is the copyrighted work of Oracle / PeopleSoft /
     JDEdwards and/or its affiliates or suppliers.  All Software is
     confidential information of Oracle / PeopleSoft / JDEdwards and
18   its use and distribution is governed by the terms of the software
     license agreement that is in effect between you and Oracle /
19   PeopleSoft / JDEdwards ("License Agreement").  The Software is
     part of the Licensed Products under the License Agreement and
20   may only be downloaded if a valid License Agreement is in place
     between you and Oracle / PeopleSoft / JDEdwards.  The Software
21   is made available for downloading solely for use by licensed end
     users according to the License Agreement and any reproduction or
22   redistribution of the Software not in accordance with the License
     Agreement is expressly prohibited.  WITHOUT LIMITING THE
23   FOREGOING, COPYING OR REPRODUCTION OF THE
     SOFTWARE TO ANY OTHER SERVER OR LOCATION FOR
24   FURTHER REPRODUCTION OR REDISTRIBUTION IS
     EXPRESSLY PROHIBITED.

25

26               41.    The Legal Download Agreement further restricts use of documents

27   downloaded from the website:

28

FIRST AMENDED COMPLAINT

1
2
3
4
5
6

Permission to use Documents (such as white papers, press releases, product or upgrade announcements, software action requests, datasheets and FAQs) from this server ("Server") is granted, provided that (1) the below copyright notice appears in all copies and that both the copyright notice and this permission notice appear, (2) use of such Documents from this Server is for informational and non-commercial or personal use only and will not be copied or posted on any network computer or broadcast in any media, and (3) no modifications of any Documents are made. Use for any other purpose is expressly prohibited.

7    42.    In addition, users accessing specific materials, such as a Software

8  Application Request ("SAR") through the SAR Search Web Application, agree to additional

9  legal restrictions.  These terms notify the user that the software available to download from

10  Oracle is Oracle's copyrighted material.  The terms further provide that the "software is part of

11  the Licensed Products under the License Agreement" and "is made available for downloading

12  solely for use by licensed end users according to the License Agreement.  Any reproduction or

13  redistribution of the Software not in accordance with the License Agreement is expressly

14  prohibited."  To download a SAR, the user must click on a button indicating that it accepts these

15  terms.

16    **B.    Oracle Threatens To Unseat SAP**

17    43.    On January 7, 2005, Oracle completed its acquisition of PeopleSoft to

18  emerge as the second-largest provider of business software applications in the world and the first

19  to rival SAP AG in market share, size, and geographic and product scope.  As SAP America's

20  Vice President of Operations, Richard Knowles, testified on June 23, 2004 at the trial on the

21  Department of Justice's unsuccessful effort to block Oracle's acquisition of PeopleSoft, the

22  combination revitalized Oracle overnight as a competitor in the business software applications

23  business.  SAP AG suddenly found itself in a far different competitive environment than the one

24  in which it had grown comfortable.  As SAP AG reeled, events unfolded at a rapid pace:  eleven

25  days after its announcement, Oracle launched the newly-united company and unveiled, at its

26  headquarters with more than 48,000 people joining by Webcast and phone, how the nearly

27  50,000-strong combined workforce of Oracle and PeopleSoft would provide unparalleled

28  innovation and support to 23,000 business applications software customers throughout the world.

14                                          Case No. 07-CV-01658 (MJJ)

**FIRST AMENDED COMPLAINT**

1        44.       SAP AG's top executives publicly downplayed the threat that a combined

2   Oracle and PeopleSoft entity would pose to its competitive position for business software

3   applications.  SAP AG CEO Henning Kagermann claimed that even with PeopleSoft, Oracle

4   would "not [be] a competitor which could really hurt us."  After the merger, he even claimed to

5   wish Oracle "good luck" in competing with SAP AG.

6        45.       But SAP AG had no answer for the business proposition the new Oracle

7   offered.  Not only do many SAP AG customers use Oracle's superior database software

8   programs, but now Oracle offered a deeper, broader product line of enterprise applications

9   software programs to compete against SAP AG.

10        46.       Rather than improve its own products and offerings, SAP AG instead

11   considered how to undermine Oracle.  One way was to hit at Oracle's customer base – and

12   potentially increase its own – by acquiring and bankrolling a company that claimed the ability to

13   compete with Oracle support and maintenance services on Oracle's own software products,

14   despite not owning any of the software code for, or intellectual property rights to, these same

15   products.

16   **C.**     **SAP TN**

17        47.       In December 2004, SAP TN was a small software services company,

18   headquartered in Bryan, Texas and founded by former PeopleSoft employees.  It claimed to

19   compete with PeopleSoft, JDE, and later, Oracle, by providing low-cost maintenance and support

20   services to PeopleSoft and JDE customers running assorted versions of these software programs.

21   SAP TN claimed that it could cut customer maintenance and support bills in half and give

22   customers a reprieve from software upgrade cycles by allowing customers to remain on older,

23   often outdated, versions of PeopleSoft or JDE software rather than moving to later versions by

24   implementing upgrades that the customers would receive by paying for support services from the

25   software vendors themselves.  As one industry journalist explained, SAP TN promised to offer

26   such cheap support "because it is not investing millions of dollars in research and development

27   for future versions of the software; it instead focuses on simply keeping the software up and

28   running for an annual fee."

          Case No. 07-CV-01658 (MJJ)

**FIRST AMENDED COMPLAINT**

1      **D.      SAP Responds To Oracle Competition With Its "Safe Passage" Scheme**

2                      48.      As described in a glossy spread in a leading industry publication, in

3      December 2004, just weeks before Oracle would close the PeopleSoft acquisition, SAP TN

4      president Andrew Nelson got "the magic phone call" from Jim Mackey, SAP AG's "front man

5      for SAP AG's mergers and acquisitions strategy."  Mackey made Nelson an offer "he couldn't

6      refuse."

7                      49.      To retain full control over every detail of its scheme to lure away

8      customers from Oracle, and to use SAP TN to do it, SAP AG proposed to buy SAP TN outright

9      and make it a wholly-owned – and wholly-beholden – subsidiary.  Acquiring SAP TN was not a

10     mere investment by SAP AG, but a calculated competitive move.  As one industry observer put

11     it, SAP AG bought "another arrow in its quiver to hunt after Oracle's customers."  Aligning with

12     SAP AG made little sense for SAP TN, however, because to the extent SAP AG successfully

13     undermined Oracle by having its customers move from Oracle's software to SAP AG's software,

14     SAP TN would eventually lose its customer base.  So SAP AG had to make the price right.  SAP

15     AG has refused to disclose the terms of its SAP TN purchase, but – with the Oracle/PeopleSoft

16     deal about to close – the "magic phone call" conveyed terms rich enough that, in barely a month,

17     SAP TN agreed to the deal and cast its lot with SAP AG.

18                     50.      On January 19, 2005, SAP AG's top executives unveiled SAP AG's

19     acquisition of SAP TN as the centerpiece of its new "Safe Passage" scheme.  SAP AG's CEO,

20     Henning Kagermann, identified SAP TN as instrumental to the parent company's "Safe Passage"

21     program, publicly indicating that SAP TN was authorized and intended to implement SAP AG's

22     goals.  SAP America's CEO, Bill McDermott, publicly vowed to bankroll this effort to

23     undermine Oracle by putting "a lot of additional resources into TomorrowNow."  The Senior

24     Vice President and Chief Operating Officer of SAP Asia Pacific, Colin Sampson, admitted that

25     the SAP TN acquisition was "an integral part" of SAP's Safe Passage program, which in turn

26     was part of SAP's "ongoing strategy to compete with Oracle."  And SAP TN certainly knew its

27     role was to achieve SAP AG's ends:  as SAP TN's CEO, Andrew Nelson, stated, "We're owned

28     by SAP.  We want them to be successful."

FIRST AMENDED COMPLAINT

1        51.    After the acquisition, SAP TN's new parent companies directed it to

2    begin to implement a two-phase plan to increase SAP's enterprise application market share.

3    First, to lure the support business over from Oracle, SAP would offer cut-rate pricing combined

4    with the promise of essentially unlimited future support to former PeopleSoft and JDE support

5    customers.  Second, in connection with converting Oracle customers to SAP support (via SAP

6    TN), SAP would aggressively campaign to migrate those customers to an SAP enterprise

7    software platform.  As SAP AG Managing Director Alan Sedghi admitted, SAP AG would try to

8    use SAP TN as a means of "speeding-up" the migration of PeopleSoft and JDE users to SAP

9    platforms.

10        52.    The CEOs stated the proposition more bluntly.  In April 2005, SAP

11    America CEO Bill McDermott claimed "The SAP Safe Passage offering gives companies an

12    affordable way to protect their current investments, ease integration with SAP NetWeaver(TM)

13    and begin the process of innovating their businesses today."  A month later, at the SAP AG

14    annual meeting, SAP AG CEO Henning Kagermann confirmed: "We worked with [SAP TN] to

15    very quickly set up a comprehensive program for SAP customers running PeopleSoft and JD

16    Edwards solutions."

17        53.    SAP implemented Phase One immediately.  As reflected on SAP AG's

18    website:  "SAP offers Safe Passage for PeopleSoft, JD Edwards, and Siebel customers – If

19    Oracle's options have you worried, consider another option:  SAP.  SAP provides solutions,

20    technology *and maintenance services*."  (emphasis supplied)  SAP America's website promises

21    that "SAP and TomorrowNow can cut your maintenance costs by as much as 50% through

22    2015," and elsewhere says that "Safe Passage maintenance and support are delivered worldwide

23    through TomorrowNow."  SAP TN's website confirms its acceptance and undertaking of the

24    SAP-controlled Safe Passage program:  "TomorrowNow can also provide our support services as

25    part of the SAP Safe Passage Program."

26        54.    Beginning in January 2005, SAP sales representatives unleashed a torrent

27    of marketing materials designed to exacerbate and leverage perceived, albeit unfounded,

28    PeopleSoft and JDE customer uncertainty about the prospects for long-term, quality support

1   from Oracle.  An April 2005 SAP AG press release apparently aimed to increase perceived doubt

2   among Oracle customers by announcing a "second wave" of "Safe Passage."  To exploit the fear

3   it intended to create, SAP AG's "second wave" included "an intensive customer recruitment

4   campaign, offering significantly lower cost maintenance alternatives to Oracle customers

5   running PSFT/JDE solutions" through 70,000 direct mail solicitations to Oracle customers.

6   These lower cost alternatives advertised by SAP AG were to come directly through SAP TN.

7         55.    To implement Phase Two of its plan (luring Oracle customers to the SAP

8   enterprise software platform), SAP AG did not simply sit back and leave the recruiting of

9   potential Safe Passage customers to SAP TN's sales force.  Instead, it took a hands-on approach.

10  It deployed its salespeople to contact potential customers and push them to switch to SAP TN's

11  services.  If customers declined to convert to SAP TN, the SAP AG sales personnel would

12  pressure the customers to drop Oracle products outright in favor of SAP AG's suite.  To give

13  teeth to these commingled sales efforts, SAP AG offered maintenance support through SAP TN,

14  officially "bundled" with SAP AG enterprise software as a centerpiece of the Safe Passage

15  program.

16        56.    SAP executives touted the Safe Passage program's limited success in its

17  first year.  SAP AG's CEO, Henning Kagermann, promised SAP AG would use SAP TN and the

18  Safe Passage program to "fight for" more customers.  By March 2006, SAP AG boasted in a

19  press release that more than 200 customers had signed up for Safe Passage, the program it

20  implemented partly through SAP TN, and which it claimed "offers companies SAP solutions,

21  technology, maintenance services, investment protection and a clear road map to the next

22  generation of business software."

23        57.    However, as Oracle continued to take market share and expand its

24  product offerings, including through its September 12, 2005 announcement that it would acquire

25  Siebel Systems, SAP grew more desperate, and more aggressive.  In October 2005, SAP

26  announced it would extend its Safe Passage program to Siebel customers, including apparently

27  instantaneous round the clock support from SAP TN – whose engineers at that time presumably

28  had spent virtually no time to develop Siebel support software products.  As reported on

FIRST AMENDED COMPLAINT

1    Forbes.com after Oracle's announcement of its impending Siebel acquisition, "SAP AG plans to

2    announce . . . that it will offer technical support for more of rival software maker Oracle Corp.'s

3    own products [the Siebel products] for a far cheaper price." SAP's "cheaper price" (referred to

4    elsewhere as "cut rate" support) continued at "50 cents on the dollar for maintenance fees," but

5    its services were expanded to support more Oracle product lines and a wider range of customers.

6    SAP America President and CEO, Bill McDermott, confirmed that SAP intended to use the

7    Siebel acquisition as another opportunity to lure Oracle customers to SAP stating that SAP is

8    "not distracted by the challenges of integrating multiple code bases, companies and corporate

9    cultures." How SAP could offer instantaneous, round the clock Siebel code support within a few

10   weeks of Oracle's acquisition announcement remained a mystery.

11            58.    By July 2006, SAP AG CEO Henning Kagermann conceded that SAP

12   had lost as much as 2% market share to Oracle. At the same time, curiously, SAP AG continued

13   to tout the success of Safe Passage. In a July 2006 earnings call, SAP AG's President of

14   Customer Solutions and Operations, Léo Apotheker, boasted that Safe Passage "continues to do

15   really well," including because SAP AG "extended the program in order to offer it as well to

16   Siebel customers." By extending the Safe Passage program to Siebel customers, and in

17   conjunction with opening new SAP TN offices around the world, Apotheker claimed that SAP

18   now had "a global network of [SAP TN] capabilities" – enough to "gain[] significant traction."

19            59.    SAP's April 2007 Annual Report further confirms that SAP has used SAP

20   TN as a tool to try to convert Oracle customers to SAP's software platform. As reflected on

21   pages 187-190 of the Annual Report, SAP TN loses money in every region in which it operates.

22   SAP has no business incentive to tolerate substantial operating losses in its subsidiary without

23   SAP TN providing a significant off-setting benefit. Here, that takes the form of enhanced

24   opportunities for SAP to sell its enterprise software applications to support customers attracted to

25   SAP TN's discount pricing – which is made possible through the theft and use of Oracle's

26   intellectual property.

27

28

FIRST AMENDED COMPLAINT

**E.     A Deal Too Good To Be True**

60.     Although SAP put a brave face on its ability to compete with the increasingly potent Oracle applications offerings, some industry analysts wondered whether a small company like SAP TN, even after having expanded its ranks to 150 employees, could actually develop and offer the hundreds of regulatory updates, bug fixes, patches, and other labor-intensive support items that a customer would need to maintain useful, optimally functioning Oracle software, without infringing on Oracle's intellectual property.  Oracle, by comparison, maintains a development force of more than 15,000 software and support engineers to create and help implement the code fixes, patches, and updates that comprise the advanced support services required by Oracle's licensed customers.

61.     It was not clear how SAP TN could offer, as it did on its website and its other materials, "customized ongoing tax and regulatory updates," "fixes for serious issues," "full upgrade script support," and, most remarkably, "30-minute response time, 24x7x365" on software programs for which it had no intellectual property rights.  To compound the puzzle, SAP continued to offer this comprehensive support to hundreds of customers at the "cut rate" of 50 cents on the dollar, and purported to add full support for an entirely different product line – Siebel – with a wave of its hand.  The economics, and the logic, simply did not add up.

62.     Oracle has now solved this puzzle.  To stave off the mounting competitive threat from Oracle and to do so without making the requisite investment, SAP unlawfully accessed, copied, and wrongfully used Oracle's Software and Support Materials.

**F.     The SAP Solution: Stolen Passage**

**1.     Oracle Finds A Suspicious Pattern**

63.     To analyze and improve on its industry leading support services, Oracle asks each customer searching for a solution on Oracle's Customer Connection website to click on a button after each search to indicate whether or not a particular search result helped solve the customer's problem.  If the customer selects the "No, continue search" option, the support system responds by offering the customer further options.  Oracle regularly compiles this data to

FIRST AMENDED COMPLAINT

1   assess whether its system helped customers resolve their support issues, with the aim of

2   continually improving the support system for customers.

3         64.      In late 2006, Oracle noticed huge, unexplained spikes in the number of

4   customers on the online support website who had clicked the "No, continue search" option.

5   These clicks numbered in the thousands for several customers, and Oracle discovered that each

6   response – each answer by users pretending to be the customer – occurred in a matter of seconds

7   or less.  Given the extreme speed at which the activity occurred, these clicks could not reflect

8   real responses from any human customers actually reading the solutions they had accessed.

9   Instead, these click patterns showed that the users had employed an automated process to move

10  with lightning speed through the entire library of Software and Support Materials on the

11  Customer Connection website.  And, apparently, to make a copy of them all.

12        65.      Indeed, Oracle soon discovered that many of these "customers" had taken

13  massive quantities of Software and Support Materials beyond their license rights, over and over

14  again.  Oracle also discovered that the downloaded Software and Support Materials included

15  *internal* documents not available even to licensed customers and not available through normal,

16  authorized use of Customer Connection.

17        **2.**        **Oracle Discovers The SAP Link**

18        66.      Oracle embarked on a time-consuming and costly investigation to assess

19  the damage done to its customer response database and fully understand the sources of the

20  unauthorized downloads.  In the course of this investigation, Oracle discovered a pattern.

21  Frequently, in the month before a customer's Oracle support expired, a user purporting to be that

22  customer, employing the customer's log-in credentials, would access Oracle's system and

23  download large quantities of Software and Support Materials, including dozens, hundreds, or

24  thousands of products beyond the scope of the specific customer's licensed products and

25  permitted access.  Some of these apparent customer users even downloaded materials after their

26  contractual support rights had expired.

27        67.      Several of these apparent customer users supplied misleading

28  identification information as part of the log-in process to Oracle's systems.  The users

1   presumably intended this misinformation, which included false names and phone numbers, to

2   mask from Oracle their true identity and the fact of their improper access to the Software and

3   Support Materials.  Despite this subterfuge, Oracle has traced the illegal download activity to

4   computers using an SAP IP address.  When Oracle first noticed that the unlawful access and

5   downloads originated almost exclusively from one IP address in Bryan, Texas, Oracle shut down

6   access to that IP address.  If the access and downloads had been legitimate, the customer or

7   vendor would have called in right away to get its access reinstated.  Instead, a new IP address,

8   also linked to SAP, sprouted up almost immediately and the unlawful access and downloading

9   resumed.

10        68.    Although it is now clear that the customers initially identified by Oracle

11  as engaged in the illegal downloads are SAP TN customers, those customers do not appear to

12  have themselves directly engaged in the download activity; rather, the unlawful download

13  activity observed by Oracle and described here originates directly from SAP's computer

14  networks.  Oracle's support servers have even received hits from URL addresses in the course of

15  these unlawful downloads with SAP TN directly in the name (e.g.

16  *http://hqitpc01.tomorrownow.com*).  Indeed, for many of these downloads, Oracle noticed that

17  SAP TN did not even bother to change the false user information from customer to customer

18  when it logged in.

19        69.    The wholesale nature of this unlawful access and downloading was

20  extreme.  SAP TN appears to have downloaded virtually *every* file, in *every* library that it could

21  find.

22              **3.    SAP TN's Access Was Unauthorized**

23        70.    SAP TN's unauthorized access to, copying of, and use of Software and

24  Support Materials from Oracle's system violated the terms of the Oracle customers' License

25  Agreements, the Customer Connection Terms of Use, the Customer Connection Special Terms

26  of Use, the Legal Download Agreement, and the SAR legal restrictions.  These terms included

27  agreements:

28

**FIRST AMENDED COMPLAINT**

1        •   Not to access or use any portion of the Software, including updates,

2           not expressly licensed and paid for by the Licensee;

3        •   Not to directly or indirectly, sublicense, relicense, distribute, disclose,

4           use, rent, or lease the Software or Documentation, or any portion

5           thereof, for third party use, or third party training;

6        •   Not to access the customer support system if not the customer's

7           authorized and designated Oracle technical support contact;

8        •   Not to use the Materials on the support website except in support of

9           the customer's authorized use of the Oracle Programs for which the

10          customer holds a supported license from Oracle;

11        •   That the customer username and password are for the customer's sole

12          use in accessing this support server;

13        •   That the customer username and password may only be distributed to

14          or used by persons in the customer's organization who have <u>*a*</u>

15          <u>*legitimate business purpose for accessing the materials contained on*</u>

16          <u>*the support server in furtherance of the customer's relationship with*</u>

17          <u>*Oracle*</u>;

18        •   That the Materials on the support website are confidential information

19          subject to existing confidentiality agreements.

20       71.    SAP TN has intimate familiarity with these important restrictions and

21 conditions relating to Oracle's Software and Support Materials.  SAP TN's management, and a

22 significant number of its employees, formerly worked at PeopleSoft and JDE.  Of SAP TN's ten-

23 member management team, six list prior employment experience with PeopleSoft, JDE, or

24 Oracle, including:  (1) Andrew Nelson, President and CEO; (2) Bob Geib, V.P. North American

25 Sales; (3) Laura Sweetman, V.P. Global J.D. Edwards Support; (4) Mel Gadd, V.P. Quality; (5)

26 Nigel Pullan, V.P. International Sales; and (6) Shelley Nelson, V.P. Global PeopleSoft Support.

27 In addition, former PeopleSoft employees who work for SAP, such as Wade Walden, who is

28 reflected as the person performing many of the downloads at issue, appear to have applied their

23

1   familiarity with the Customer Connection website to directly participate in and perfect the illegal

2   downloading scheme.  Consistent with this evidence, SAP TN's Vice President, Nigel Pullan,

3   recently suggested that SAP intentionally targets Oracle's employees to extract their knowledge

4   of Oracle's new products: "As new releases start to come out, the people that we hire, we make

5   sure that they have skillsets in those new releases."  In short, SAP TN cannot credibly claim

6   ignorance of Oracle's access rules.

7           72.    Notwithstanding SAP TN's knowledge of Oracle's license agreements

8   with its customers, the support website terms of use, and the confidential, proprietary, and

9   copyrighted nature of Oracle's Software and Support Materials, Oracle has learned that SAP TN

10  accessed and downloaded the Software and Support Materials when it either had no legitimate

11  basis to access Oracle's restricted website, or in a way that grossly violated the limited access

12  rights it did have.  Further, during the period of time between when the customer's support

13  license lapsed and when Oracle decommissioned the customer's password credentials, SAP TN

14  *still* accessed and downloaded Software and Support Materials using the old customer

15  passwords.  SAP TN did so despite its knowledge that it had no legal right or legitimate purpose

16  to access Oracle's system *at all* after the customer's support license lapsed.

17          73.    SAP TN did not innocently download the Software and Support

18  Materials – the obvious purpose was to copy them from Oracle's Customer Connection support

19  website and store them on SAP TN's servers for later use in marketing and providing support

20  services to Oracle customers.  The rate that SAP TN accessed many of these materials – at

21  intervals of just seconds or less – shows that no one reviewed them in real time.  Further, the

22  scope of the downloaded Software and Support Materials – across *multiple* libraries in *multiple*

23  lines of business – for customers that had no license to take, or need for, those products, suggests

24  that SAP TN took the Software and Support Materials to stockpile a library to support its present

25  and prospective customers.

26          74.    SAP TN conducted these high-tech raids as SAP AG's agent and

27  instrumentality and as the cornerstone strategy of SAP AG's highly-publicized Safe Passage

28  program.  Further, to the extent SAP TN had any legitimate basis to access Oracle's site as a

1    contract consultant for a customer with current licensed support rights, SAP TN committed to

2    abide by the same license obligations and usage terms and conditions described above applicable

3    to licensed customers.  Indeed, *anyone* accessing such Software and Support Materials on the

4    Oracle support website must agree to Oracle's terms and conditions, which restrict access to

5    support only for products that a company has licensed, and impose strict confidentiality

6    requirements.  SAP TN reviewed and agreed to the terms and conditions on Oracle's support

7    website before proceeding, and therefore committed its theft knowingly and intentionally, and in

8    conscious disregard of Oracle's copyrights and other protected intellectual property, contractual

9    restrictions on the use of its intellectual property, and the integrity of its computer systems.

10               **4.**       **Specific Examples Of SAP TN's Unlawful Customer Downloads**

11           75.     SAP TN's improper access to, and taking from, Oracle's Customer

12    Connection website is too pervasive, and covers too many individual violations, to

13    comprehensively detail here.  Oracle has uncovered unlicensed downloads linked to SAP TN on

14    behalf of numerous customers, including without limitation, Abbott Laboratories, Abitibi-

15    Consolidated, Inc., Bear, Stearns & Co., Berri Limited, Border Foods, Caterpillar Elphinstone,

16    Distribution & Auto Service, Fuelserv Limited, Grupo Costamex, Helzberg Diamonds, Herbert

17    Waldman, Honeywell International, Interbrew UK, Laird Plastics, Merck & Co., Metro Machine

18    Corp., Mortice Kern Systems, Inc., National Manufacturing, NGC Management Limited, OCE

19    Technologies, B.V., Ronis, S.A., Smithfield Foods, SPX Corporation, Stora Enso, Texas

20    Association of School Boards, VSM Group AB, and Yazaki North America.  By way of example

21    of the nature and extent of SAP's theft,  Oracle sets forth below illustrative instances of SAP

22    TN's illegal conduct regarding several of its customers.

23           76.    **Honeywell.**  Honeywell International ("Honeywell") is listed on SAP

24    TN's website as a client.  In the approximately three and a half year period before Honeywell

25    switched to SAP TN, it averaged just over 20 downloads of Software and Support Materials per

26    month.  Then, after switching to SAP TN, a user employing Honeywell's log-in ID downloaded

27    at least 7,000 Software and Support Materials in less than two weeks in January 2007.  Most of

28    these excessive downloads came during the course of *four days*, during which "Honeywell" was

FIRST AMENDED COMPLAINT

1    downloading almost *1800 solutions per day*.  At least 2,000 of the Software and Support

2    Materials taken in this period were solutions that Honeywell was not licensed to take at all.  In

3    one specific library containing solutions for Enterprise One software, "Honeywell" downloaded

4    at least 450 distinct unlicensed solutions on January 16, 2007 and nearly 400 more the next day.

5    These downloads spanned virtually every library in every line of business – far beyond the

6    products to which Honeywell had authorized access as an Oracle customer.  This unlawful

7    downloading even stretched across product families.  Honeywell used and licensed PeopleSoft

8    software applications, but Oracle discovered users downloading JDE products with Honeywell's

9    credentials.  Oracle subsequently connected many of the illegal downloads to an SAP TN IP

10   address and to SAP TN's employee, Wade Walden – a former PeopleSoft employee now

11   employed by SAP.

12            77.    **Merck.**  Merck & Company, Inc. ("Merck"), one of the largest

13   pharmaceutical companies in the world, licenses and receives support for many Oracle software

14   products.  Merck's support rights for its JDE software products expired on January 1, 2007.  In

15   the three months prior to that date, users purporting to be "Merck" logged into the Oracle support

16   system and downloaded at least 6,500 distinct Software and Support Materials for JDE software.

17   At least 3,800 of these downloads related to JDE software products for which Merck had no

18   license.  But, the unauthorized downloads did not stop there.  Users logging into Oracle's support

19   system with Merck's credentials continued to download Software and Support Materials into

20   March 2007.  Many of these "Merck" downloads came directly from an IP address in Bryan,

21   Texas that belongs to SAP TN, and some were traced to a computer with SAP TN's initials in

22   the title, "TN-DL03."  In many cases, SAP TN users employed fake identification information to

23   download the Software and Support Materials, using names such as "xx" "ss" and "NULL," and

24   phone numbers such as "4444444444" and "999 999 9999."  Neither Merck nor SAP TN had

25   any license, authorization or other right to access and download the 3,800-plus unlicensed

26   Software and Support Materials from Oracle.

27            78.    **OCE.**  OCE-Technologies B.V. ("OCE") is located in the Netherlands

28   and appears as a customer on SAP TN's website.  In the months leading up to the expiration of

26

Case No. 07-CV-01658 (MJJ)

FIRST AMENDED COMPLAINT

1    OCE's support rights for its Oracle products, users employing OCE's credentials downloaded a

2    large number of Oracle products relating to US Payroll, Canadian Payroll, Homebuilder

3    Management, and Real Estate Management – none of which make sense for a European

4    customer supporting its European business.  From December of 2006 to January of 2007, SAP

5    TN users logged into Oracle's support system using OCE's credentials (and, in some cases, false

6    user names) and downloaded at least 5,600 distinct Software and Support Materials.  These

7    downloads included at least 1,800 distinct items for which OCE had no license.  There is little

8    chance that SAP TN intended OCE as the beneficiary of these massive sweeps, since OCE does

9    not run many of the software programs to which these downloads relate, and neither OCE nor

10   SAP TN have any license, authorization, or other right to access and download these Software

11   and Support Materials.  Like the other companies, these illegal downloads are associated with the

12   same IP address belonging to SAP TN in Bryan, Texas, including specifically to a computer with

13   SAP TN's initials in the title, "TNL-02."  Similar to the other customer examples, many of these

14   "OCE" users entered phony identification information, such as the name "user" and phone

15   numbers such as "123 456 7897," "9999999999," and even "xxx xxx xxxx."  This systematic

16   sweep of products across numerous licensed and unlicensed Oracle product lines and libraries

17   dramatically exceeded the access for which OCE (and SAP TN acting on its behalf) had any

18   right or authority, and could serve no legitimate or lawful business purpose.

19          79.    **SPX.**  SPX Corporation ("SPX") dropped all Oracle support on

20   December 10, 2006 and became an SAP TN customer, listed on SAP TN's website.  For the nine

21   month period prior to October 2006, SPX averaged approximately eleven downloads per month

22   from Oracle's support system.  Then, between October and December 2006, users purporting to

23   represent SPX accessed and downloaded at least 9,000 distinct Oracle Software and Support

24   Materials (far more than SPX could legitimately access or use).  These SPX downloads included

25   at least 1,500 distinct Software and Support Materials for which SPX had no license.  At least

26   200 distinct downloads just on November 30, 2006 were Software and Support Materials related

27   to unlicensed Payroll software.  In some cases, these users logged in using SPX credentials, but

28   used fake identification information like the name "NULL" and phone numbers like

FIRST AMENDED COMPLAINT

1    "7777777777" and "999 999 9999."  Many of these SPX downloads, like the others, originated

2    from the same IP address belonging to SAP TN, and some were traced to a computer with SAP

3    TN's initials in the title, "tn-wts01."

4        80.    **Metro Machine.**  Metro Machine Corp. ("Metro Machine") dropped all

5    Oracle support effective on January 1, 2007 and switched to SAP TN, as reflected on SAP TN's

6    website.  In the month before Metro Machine dropped its support rights with Oracle, users

7    purporting to represent Metro Machine logged onto Oracle's support servers and downloaded at

8    least 600 distinct Software and Support Materials.  At least 50 of those downloads related to

9    software programs that Metro Machine had not licensed from Oracle.  In addition, users logging

10   into Oracle's support system with Metro Machine's credentials continued to download Software

11   and Support Materials into March 2007.  Oracle has traced these illegal and unauthorized

12   downloads to the same SAP TN IP address employed for the other downloads described above.

13       81.    **Yazaki.**  Yazaki North America, Inc. ("Yazaki") is a large supplier of

14   automotive products headquartered in Michigan.  It dropped all Oracle support effective on

15   January 3, 2007.  In the month leading up to the expiration of Yazaki's support rights for its

16   Oracle products, users employing Yazaki's credentials downloaded an enormous number of

17   Oracle Software and Support Materials relating to Canadian Payroll, Homebuilder Management,

18   and Real Estate Management, and many other software products, which make no sense for a U.S.

19   automotive supply company supporting its U.S. business.  In two weeks, from December 15,

20   2006 to December 28, 2006, SAP TN users logged into Oracle's support system using Yazaki's

21   credentials and downloaded at least 11,000 distinct Software and Support Materials.  These

22   downloads included at least 1,500 distinct items for which Yazaki had no license.  There is little

23   chance that SAP TN intended Yazaki as the beneficiary of these massive sweeps, since Yazaki

24   does not run many of the software programs to which these downloads relate, and neither Yazaki

25   nor SAP TN has any license, authorization, or other right to access and download these Software

26   and Support Materials.  Like the other companies, these illegal downloads are associated with the

27   same IP address belonging to SAP TN in Bryan, Texas.  Similar to the other cases, "Yazaki"

28   users entered phony identification information, such as mixing the user ID "Joel_Joyce" with a

FIRST AMENDED COMPLAINT

1    different user name "Jeff Livermore" and an email address related to a different customer, SPX,

2    "rosbie@spxmks.com," and a phony phone number "4444444444."  This systematic sweep of

3    products across numerous licensed and unlicensed Oracle product lines and libraries

4    substantially exceeded the access for which Yazaki (and SAP TN acting on its behalf) had any

5    right or authority, and could serve no legitimate or lawful business purpose.

6        **G.    Oracle's Software And Support Materials Are Registered With The
            Copyright Office.**

7

8        82.    The Software and Support Materials that SAP TN downloaded from

9    Oracle's systems included numerous works that are protected under the Federal Copyright Act,

10    17 U.S.C. §§ 101 *et seq.*  These protected works are original works of authorship, owned by

11    Oracle.  Defendants' acts violated Oracle's exclusive rights to reproduce, create derivative

12    works, publish, publicly display, offer for sale, and distribute these works.  Defendants' acts

13    were willful and intentional and constitute both direct and indirect copyright infringement under

14    the Federal Copyright Act, 17 U.S.C. §§ 101 *et seq.*

15        83.    **The Copyright Registrations.**  With literally thousands of software

16    programs available for licensing, Oracle does not typically obtain copyright registrations on all

17    programs or related Software and Support Materials as it generally does not find itself in the

18    position of having to enforce its copyrights to stop infringement.  However, upon discovering

19    Defendants' mass downloading, Oracle registered copyrights on the Software and Support

20    Materials taken and infringed by SAP TN.

21        84.    The massive nature of the illicit downloads by SAP TN make it

22    impossible to detail comprehensively each copyright violation in this Complaint.  However,

23    Oracle has now obtained from the Register of Copyrights over 40 certificates of registration that

24    cover a wide range of Software and Support Materials taken by SAP TN.  These include

25    registrations of a number of Oracle knowledge management solutions, numerous versions of

26    Oracle's JDE software applications, service packs of JDE updates, and specific unlicensed

27    Software and Support Materials taken by SAP TN.  Collectively, these registrations cover

28    thousands of unlicensed Software and Support materials unlawfully copied by SAP TN.

1    85.    Examples of SAP's infringement of registered copyrights include the

2  following.  On December 5, 2006, SAP TN used SPX's log-in ID to download a Payroll ESU,

3  JJ13072, for EnterpriseOne software version 8.11 SP1.  Oracle registered this ESU with the

4  United States Copyright Office,  *See* Registration No. TX 6-541-027.  SAP TN used the log-in

5  ID of another customer, Merck, to download an EnterpriseOne 8.12 Blend Management ESU,

6  JK10093, on December 13, 2006.  Oracle also registered this ESU with the Copyright Office.

7  *See* Registration No. TX 6-541-045.   Further, SAP TN logged in on December 18, 2006 using

8  the log-in credentials of Yazaki and downloaded a Customer Relationship Management ESU,

9  PH11676, for EnterpriseOne software version 8.11, which is now registered with the Copyright

10  Office.  *See* Registration No. TX 6-541-035.  SAP TN also used the log-in ID of OCE to

11  download a payroll update for World Software version A7.3, A738217431, on December 21,

12  2006.  Oracle registered this update with the Copyright Office as well.  *See* Registration No. TX

13  6-541-043.   None of these customers was licensed to copy these works.  Nor was SAP licensed

14  to copy them in the names of those customers.

15    86.    **The DST Solution.**  In at least one instance, SAP TN has also, publicly

16  displayed, distributed, and thereby profited from Oracle's copyrighted Software and Support

17  Materials.  In December 2006, Oracle developed a knowledge solution related to the recent early

18  change to Daylight Savings Time (the "DST Solution"). The DST Solution is a narrative

19  document with specific instructions for how to conform certain Oracle software to the new

20  Daylight Savings Time change.  Oracle fielded more than a thousand service requests from its

21  customers related to the Daylight Savings Time change, and its DST Solution helped resolve

22  more than 750 of them.

23    87.    Oracle traced downloads of the DST Solution to SAP TN's IP address on

24  January 8, 2007 and January 15, 2007.  Oracle also noticed that SAP TN posted a "PeopleSoft

25  Daylight Savings Time solution" on its website.  SAP TN's "solution" is substantially similar in

26  total–and in large part appears to be copied identically from–Oracle's DST Solution.  SAP TN's

27  copied version even includes minor errors in the original DST Solution that Oracle later

28

FIRST AMENDED COMPLAINT

1    corrected.  SAP TN's version also substitutes an SAP TN logo in place of the original Oracle

2    logo and copyright notice.

3         88.    Oracle has registered the downloaded version of its DST Solution that

4    SAP TN copied and created derivative works from, and later distributed and publicly displayed,

5    as well as a later version that SAP TN also downloaded shortly before Oracle filed its original

6    Complaint, Registration Nos. TX 6-541-019 and TX 6-541-018.  No customer is licensed to

7    create derivative works from, distribute or publicly display Oracle's Software and Support

8    Materials, and neither is SAP.

9         **H.    SAP Adds The Ill-Gotten Gains To Its Coffers**

10        89.    SAP TN now claims to have delivered thousands of fixes and more than

11   1000 tax and regulatory updates to Oracle's former customers.  Not coincidentally, SAP TN has

12   illegally downloaded thousands of fixes and updates from Oracle's restricted customer support

13   website.  SAP AG and SAP America directed this download scheme, ratified it, never disavowed

14   it, and financially benefited from it.  SAP subsequently has used Oracle's stolen intellectual

15   property to provide maintenance services and unfairly compete against Oracle, has illegally won

16   business and a number of customers from Oracle, and has artificially inflated its market share.

17        **I.    The SAP Defendants Conspired With And Aided And Abetted Each Other**

18        90.    Defendants willfully, intentionally, and knowingly agreed and conspired

19   with each other to engage in the alleged wrongful conduct, including Defendants' interference

20   with Oracle's business relationships and other unfair business practices, as well as Defendants'

21   trespass on, and computer fraud concerning the Software and Support Materials.

22        91.    Defendants did the acts alleged pursuant to, and in furtherance of, that

23   agreement and/or furthered the conspiracy by cooperating, encouraging, ratifying, or adopting

24   the acts of the others.

25        92.    As a direct and proximate result of the acts in furtherance of the

26   conspiracy, Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss

27   of profits from sales to current and potential customers of Oracle support services and licenses

28

1  for Oracle's software programs. The wrongful conduct committed pursuant to the conspiracy

2  was a substantial factor in causing this harm.

3          93.    Defendants also had full knowledge of or should have reasonably known

4  of the true nature of the wrongful conduct of each other Defendant, and aided and abetted such

5  wrongful conduct, including interference with Oracle's business relationships and other unfair

6  business practices, as well as Defendants' trespass on, and computer fraud concerning the

7  copyrighted Software and Support Materials, by providing substantial assistance and/or

8  encouraging the others to act.

9          94.    Defendants also aided and abetted the described wrongful conduct of the

10  other Defendants by giving substantial assistance and/or encouragement that, separately

11  considered, was wrongful in and of itself.

12          95.    As a direct and proximate result of the aiding and abetting of these acts,

13  Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss of profits

14  from sales to current and potential customers of Oracle support services and licenses to Oracle

15  software programs. The wrongful conduct aided and abetted by the Defendants was a substantial

16  factor in causing this harm.

17          96.    Defendants' intentional agreement to commit, and commission of, these

18  wrongful acts, and aiding and abetting of these wrongful acts, was willful, malicious, oppressive,

19  and in conscious disregard of Oracle's rights, and Oracle is therefore entitled to an award of

20  punitive damages to punish their wrongful conduct and deter future wrongful conduct.

21                          **First Claim for Relief**

22                          **Copyright Infringement**

23                        (By Oracle Against All Defendants)

24          97.    Oracle incorporates by reference each of the allegations in the preceding

25  paragraphs of this Complaint as though fully set forth here.

26          98.    Oracle owns a valid and enforceable copyright in all of its Software and

27  Support Materials, which are creative works of original authorship by Oracle.

28

1          99.    Oracle has complied in all respects with the copyright laws and is the

2   exclusive owner of the copyrights to its Software and Support Materials, including the rights

3   infringed by Defendants.  Oracle has obtained from the Register of Copyrights Certificates of

4   Registration that cover many of the Software and Support Materials taken by SAP TN.  These

5   certificates are identified, dated and numbered as follows:

6

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Initial release of JD Edwards EnterpriseOne XE | April 26, 2007 | TX 6-541-033 |
| Current development environment for JD Edwards EnterpriseOne Xe | April 26, 2007 | TXu1-345-109 |
| ESU for JD Edwards EnterpriseOne Xe | May 3, 2007 | TX 6-541-051 |
| Cumulative Update 8 for JD Edwards EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| Initial release of JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| Current development environment for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TXu1-345-111 |
| ESU for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-046 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| Initial release of JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| Current development environment for JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TXu1-345-112 |
| ESU for JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-036 |
| Initial release of JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| Current development environment for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TXu1-345-113 |
| ESU for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-037 |
| Cumulative Update 2 for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| Initial release of JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| Current development environment for JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TXu1-345-114 |
| ESU for JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-035 |
| Initial release of JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| Current development environment for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TXu1-345-115 |
| ESU for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |
| Initial release of JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| Current development environment for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TXu1-346-350 |
| ESU for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |

28

33                                         Case No. 07-CV-01658 (MJJ)

| | | |
|---|---|---|
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| Initial release of JD Edwards World A7.3 | April 26, 2007 | TX 6-541-029 |
| Current development environment for JD Edwards World A7.3 | April 26, 2007 | TXu1-345-110 |
| Code Change for JD Edwards World A7.3 | April 26, 2007 | TX 6-541-043 |
| Cumulative Update 16 for JD Edwards World A7.3 | April 26, 2007 | TX 6-541-031 |
| Initial release of JD Edwards World A8.1 | April 26, 2007 | TX 6-541-047 |
| Current development environment for JD Edwards World A8.1 | May 1, 2007 | TX 6-545-422 |
| Code Change for JD Edwards World A8.1 | April 26, 2007 | TX 6-541-044 |
| Cumulative Update 6 for JD Edwards World A8.1 | May 1, 2007 | TX 6-545-421 |
| Initial release of JD Edwards World A9.1 | April 26, 2007 | TX 6-541-030 |
| ECRM89:  Common Errors on Mobile Sales | April 26, 2007 | TX 6-541-020 |
| EAP WTHD06:  1099 IRS changes for the year 2006 | April 26, 2007 | TX 6-541-023 |
| JD Edwards World -- 1099 Changes for Tax Year 2006 | April 26, 2007 | TX 6-541-026 |
| E1:  1099:  Year 2006 1099 ESUs | April 26, 2007 | TX 6-541-024 |
| Changes to Daylight Savings Time for 2007 (DST) | April 26, 2007 | TX 6-541-025 |
| E1:  07/77:  Quantum for Payroll Tax v.280 | April 26, 2007 | TX 6-541-022 |
| GM--Grants issues resolved by FMS ESA 8.9 Bundle #10-653723 (Oct 06) | April 26, 2007 | TX 6-541-021 |
| PeopleTools Third Party Daylight Saving Time Required Modifications | April 26, 2007 | TX 6-541-019 |
| PeopleTools Third Party Daylight Saving Time Required Modifications (Revised) | April 26, 2007 | TX 6-541-018 |

100.    These registrations generally cover, but are not limited to, numerous

versions of Oracle software, including the updates, patches and fixes incorporated in each

relevant version, service packs of Oracle updates, patches and fixes, and individual exemplar

Software and Support Materials, including certain Oracle knowledge management solutions and

certain Oracle updates, patches and fixes, all of which SAP TN copied without a license.

101.    Through the acts alleged above, Defendants have violated Oracle's

exclusive right to reproduce and make copies of its copyrighted support materials by

downloading Oracle's copyrighted Software and Support Materials onto its computers in

violation of 17 U.S.C. § 106.

102.    Defendants have also violated Oracle's right to control the distribution,

creation of derivative works and public display of its copyrighted works by downloading,

FIRST AMENDED COMPLAINT

1    copying, creating derivative works from and/or and distributing Oracle's Software and Support

2    Materials and/or derivative works to Defendants' customers, via posting to its website or

3    otherwise, including at least Oracle's DST Solution, in violation of 17 U.S.C. § 106.

4         103.    Defendants were not authorized to copy, download, reproduce, create

5    derivative works from, distribute, or publicly display Oracle's copyrighted Software and Support

6    Materials except as authorized by and in support of a specific licensed customer, using only that

7    licensed customer's log in credentials, and with respect only to Software and Support Materials

8    for which that customer had a current right to have and use.

9         104.    In addition to directly infringing Oracle's copyrights, Defendants have

10    contributorily and/or vicariously infringed Oracle's copyrights in its Software and Support

11    Materials by controlling, directing, inducing or materially contributing to the copying,

12    distribution, publicly display or creation of derivative works from Oracle's copyrighted Software

13    and Support Materials.  Defendants also obtained a direct financial benefit from the above

14    alleged infringing activities.

15         105.    Defendants knew or should have known that copying, distributing, public

16    display of, and creating derivative works from Oracle's Software and Support Materials, which

17    Defendants copied in the name of customers who had no license to copy, distribute, publicly

18    display or create derivative works from those materials infringed Oracle's copyrights in those

19    materials.

20         106.    Oracle is entitled to damages in an amount to be proven at trial, including

21    profits attributable to the infringement not taken into account in computing actual damages under

22    17 U.S.C. § 504.

23         107.    Defendants' infringement of Oracle's copyrights has also caused Oracle

24    irreparable injury.  Unless restrained and enjoined, Defendants will continue to commit such

25    acts.  Oracle's remedy at law is not adequate to compensate it for these inflicted and threatened

26    injuries, entitling Oracle to remedies including injunctive relief as provided by 17 U.S.C. § 502,

27    and an order impounding or destroying any and all infringing materials pursuant to

28    17 U.S.C. § 503.

FIRST AMENDED COMPLAINT

1          **<u>Second Claim for Relief</u>**

2          **Violation of Federal Computer Fraud and Abuse Act**

3          **(18 U.S.C. §§ 1030(a)(2)(C), (a)(4) & (a)(5))**

4          (By Oracle Against All Defendants)

5          108.    Oracle incorporates by reference each of the allegations in the preceding

6   paragraphs of this Complaint as though fully set forth here.

7          109.    Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C.

8   § 1030(a)(2)(C), by intentionally accessing a computer used for interstate commerce or

9   communication, without authorization or by exceeding authorized access to such a computer, and

10  by obtaining information from such a protected computer.

11         110.    Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C.

12  § 1030(a)(4), by knowingly, and with intent to defraud Oracle, accessing a protected computer,

13  without authorization or by exceeding authorized access to such a computer, and by means of

14  such conduct furthered the intended fraud and obtained one or more things of value, including

15  but not limited to Oracle's Software and Support Materials.

16         111.    Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C.

17  § 1030(a)(5)(A)(i), by knowingly causing the transmission of a program, information, code, or

18  command and as a result intentionally causing damage without authorization to a protected

19  computer owned by Oracle.

20         112.    Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C.

21  §§ 1030(a)(5)(A)(ii) and (iii) by intentionally accessing a protected computer without

22  authorization, causing damage to Oracle, recklessly or without due regard for their actions.

23         113.    The computer system or systems that Defendants accessed as described

24  above constitute a "protected computer" within the meaning of 18 U.S.C. § 1030(e)(2).

25         114.    Oracle has suffered damage and loss by reason of these violations,

26  including, without limitation, harm to Oracle's data, programs, and computer systems and other

27  losses and damage in an amount to be proved at trial, but, in any event, in an amount well over

28  $5000 aggregated over a one-year period.

1    115.    Defendants' unlawful access to and theft from Oracle's computers also

2    have caused Oracle irreparable injury.  Unless restrained and enjoined, Defendants will continue

3    to commit such acts.  Oracle's remedy at law is not adequate to compensate it for these inflicted

4    and threatened injuries, entitling Oracle to remedies including injunctive relief as provided by 18

5    U.S.C. § 1030(g).

6                              **Third Claim for Relief**

7              **Computer Data Access and Fraud Act - Cal. Penal Code § 502**

8                          (By Oracle Against All Defendants)

9    116.    Oracle incorporates by reference the allegations of paragraphs 1 through

10    81, 89 through 96, and 108 through 115 of this Complaint as though fully set forth here.

11    117.    Defendants have violated California Penal Code § 502(c)(2) by

12    knowingly and fraudulently, and without permission, accessing, taking, copying, and making use

13    of programs, data, and files from Oracle's computers, computer system, and/or computer

14    network.

15    118.    Defendants have violated California Penal Code § 502(c)(3) by

16    knowingly, fraudulently, and without permission accessing and using Oracle's computer

17    services.

18    119.    Defendants have violated California Penal Code § 502(c)(6) by

19    knowingly, fraudulently, and without permission providing, or assisting in providing, a means of

20    accessing Oracle's computers, computer system, and/or computer network.

21    120.    Defendants have violated California Penal Code § 502(c)(7) by

22    knowingly, fraudulently, and without permission accessing, or causing to be accessed, Oracle's

23    computers, computer system, and/or computer network.

24    121.    Oracle owns the data that comprises the Software and Support Materials

25    obtained by Defendants as alleged above.

26    122.    As a direct and proximate result of Defendants' unlawful conduct within

27    the meaning of California Penal Code § 502, Defendants have caused damage to Oracle in an

28

**FIRST AMENDED COMPLAINT**

1  amount to be proven at trial.  Oracle is also entitled to recover its reasonable attorneys' fees

2  pursuant to California Penal Code § 502(e).

3        123.    Oracle is informed and believes that the aforementioned acts of the

4  Defendants were willful and malicious in that Defendants' acts described above were done with

5  the deliberate intent to injure Oracle's business and improve its own.  Oracle is therefore entitled

6  to punitive damages.

7        124.    Oracle has also suffered irreparable injury from these acts, and due to the

8  continuing threat of such injury, has no adequate remedy at law, entitling Oracle to injunctive

9  relief.

10                    **Fourth Claim for Relief**

11                       **Breach of Contract**

12                  (By Oracle Against All Defendants)

13        125.    Oracle incorporates by reference the allegations of paragraphs 1 through

14  81, 89 through 96, and 108 through 124 of this Complaint as though fully set forth here.

15        126.    Defendants agreed to be bound by the Customer Connection Terms of

16  Use, the Special Terms of Use, the SAR legal restrictions, and/or the Legal Download

17  Agreement when Defendants accessed or downloaded Software and Support Materials from

18  Customer Connection.

19        127.    Oracle has performed all conditions, covenants, and promises required on

20  its part to be performed in accordance with the terms and conditions of the Customer Connection

21  Terms of Use, the Special Terms of Use, the SAR legal restrictions, and the Legal Download

22  Agreement.

23        128.    Defendants have breached the Customer Connection Terms of Use, the

24  Special Terms of Use, the SAR legal restrictions, and/or the Legal Download Agreement by,

25  among other things:

26            •   Accessing or using portions of the Software and Support Materials,

27                not expressly licensed to and/or paid for by Defendants or the

28

**FIRST AMENDED COMPLAINT**

1                   customers in whose name Defendants accessed Customer Connection

2                   and took the Software and Support Materials;

3          •    Accessing the content available through Customer Connection, in the

4                   form of the Software and Support Materials, without being an

5                   authorized and designated Oracle technical support contact;

6          •    Using the Software and Support Materials other than in support of a

7                   customer's authorized use of Oracle software for which a customer

8                   holds a supported license from Oracle;

9          •    Using the Software and Support Materials without a legitimate

10                 business purpose; and,

11         •    Using the Software and Support Materials in ways other than the

12                 furtherance of a relationship with Oracle.

13      129.    As a result of Defendants' breach of the Customer Connection Terms of

14  Use, the Special Terms of Use, the SAR legal restrictions, and the Legal Download Agreement,

15  Defendants have caused damage to Oracle in an amount to be proven at trial.

16                            **Fifth Claim for Relief**

17        **Intentional Interference With Prospective Economic Advantage**

18                (By Oracle Against All Defendants)

19      130.    Oracle incorporates by reference the allegations of paragraphs 1 through

20  81, 89 through 96, and 108 through 129 of this Complaint as though fully set forth here.

21      131.    Oracle has and had an expectancy in continuing and advantageous

22  economic relationships with current and prospective purchasers and licensees of Oracle's support

23  services and software.

24      132.    These relationships contained the probability of future economic benefit

25  in the form of profitable support service contracts and software licenses.  Had Defendants

26  refrained from engaging in the unlawful and wrongful conduct described in this complaint, there

27  is a substantial probability that Oracle support customers would have initiated, renewed, or

28  expanded support contracts and software licenses with Oracle rather than Defendants.

1          133.    Defendants were aware of these economic relationships and intended to

2   interfere with and disrupt them by wrongfully:

3                  •    gaining unauthorized access to Oracle's computer systems through

4                       Oracle's password-protected Customer Connection support website in

5                       violation of the agreements governing such access;

6                  •    gaining unauthorized access to the Software and Support Materials

7                       available on Oracle's computer systems through Customer

8                       Connection, in violation of the agreements governing such access,

9                       including by using log in credentials of customers with no right or

10                      license to the Software and Support Materials taken by Defendants;

11                 •    breaching the agreements governing access to, and use of, the website

12                      and the Software and Support Materials available through it,

13                 •    luring Oracle's current and prospective customers by making

14                      promotional and marketing statements regarding Defendants' ability to

15                      provide support services for Oracle software that were only possible

16                      because of Defendants' improper access to, and taking from, Oracle's

17                      computer systems through Customer Connection; and,

18                 •    using information learned through the improper access to, and taking

19                      from, Oracle's computer systems through Customer Connection to

20                      provide support services to SAP TN customers.

21         134.    Defendants' conduct was wrongful by a measure beyond the fact of the

22   interference itself.  Defendants gained unauthorized access to Oracle's computer systems through

23   Oracle's password-protected Customer Connection support website, breached the agreements

24   governing access to, and use of, Customer Connection and the Software and Support Materials

25   available through it, and wrongfully used the property that they found there to advertise their

26   services, and otherwise obtain and retain Oracle's current and prospective clients.

27         135.    This conduct, as alleged above, constitutes violations of numerous state

28   and federal statutes and codes, including, but not limited to, violation of the Federal Computer

1    Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*, receipt of stolen property, Cal. Penal Code §

2    496, unauthorized access to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343,

3    violation of RICO, 18 U.S.C. § 1962, fraud and related activity in connection with an access

4    device, 18 U.S.C. § 1029, and violation of the Stored Communications Act, 18 U.S.C. §§ 2701-

5    11.  Defendants' conduct also constitutes trespass to chattels, breach of contract, and unjust

6    enrichment.

7            136.    As a result of Defendants' acts, the above-described relationships have

8    been actually disrupted, causing certain current and prospective support clients to contract with

9    Defendants instead of Oracle for their software support and maintenance and, in some cases, for

10   their enterprise software.

11           137.    As a direct and proximate result of Defendants' actions, Oracle has

12   suffered economic harm, including, but not limited to, loss of profits from sales or licenses to

13   current and potential customers of Oracle support services and enterprise software programs.

14   Defendants' wrongful conduct was a substantial factor in causing this harm.

15           138.    Unless Defendants are restrained by appropriate injunctive relief, their

16   actions are likely to recur and will cause Oracle irreparable injury for which there is no adequate

17   remedy at law.

18           139.    Defendants' interference with Oracle's prospective economic advantage

19   with its current and future customers, as described above, was willful, malicious, oppressive, and

20   in conscious disregard of Oracle's rights, and Oracle is therefore entitled to an award of punitive

21   damages to punish their wrongful conduct and deter future wrongful conduct.

22                           **<u>Sixth Claim for Relief</u>**

23               **Negligent Interference With Prospective Economic Advantage**

24                        (By Oracle Against All Defendants)

25           140.    Oracle incorporates by reference the allegations of paragraphs 1 through

26   81, 89 through 96, and 108 through 139 of this Complaint as though fully set forth here.

27

28

FIRST AMENDED COMPLAINT

1    141.    Oracle has and had an expectancy in continuing and advantageous

2  economic relationships with current and prospective purchasers and licensees of Oracle's support

3  services and software.

4    142.    These relationships contained the probability of future economic benefit

5  in the form of profitable support service contracts and enterprise software licenses.  Had

6  Defendants refrained from engaging in the unlawful and wrongful conduct described in this

7  complaint, there is a substantial probability that Oracle support customers would have initiated,

8  renewed, or expanded support contracts and enterprise software licenses with Oracle rather than

9  Defendants.

10    143.    Defendants knew or should have known about the economic relationship,

11  described above, and knew or should have known that these relationships would be interfered

12  with and disrupted if Defendants failed to act with reasonable care in their access of Customer

13  Connection and use of Oracle's Software and Support Materials.  Defendants failed to act with

14  reasonable care.  Instead, they:

15    • gained unauthorized access to Oracle's computer systems through

16    Oracle's password-protected Customer Connection support website in

17    violation of the agreements governing such access;

18    • gained unauthorized access to the Software and Support Materials

19    available on Oracle's computer systems through Customer Connection, in

20    violation of the agreements governing such access, including by using log

21    in credentials of customers with no right or license to the Software and

22    Support Materials taken by Defendants;

23    • breached the agreements governing access to, and use of, the website and

24    the Software and Support Materials available through it;

25    • lured Oracle's current and prospective customers by making promotional

26    and marketing statements regarding Defendants' ability to provide

27    support services for Oracle software that were only possible because of

28

1  Defendants' improper access to, and taking from, Oracle's computer

2  systems through Customer Connection; and,

3  • used information learned through the improper access to, and taking

4  from, Oracle's computer systems through Customer Connection to

5  provide support services to SAP TN customers.

6  144.  Defendants' conduct was wrongful by a measure beyond the fact of the

7  interference itself.  Defendants gained unauthorized access to Oracle's computer systems through

8  Oracle's password-protected Customer Connection support website, breached the agreements

9  governing access to, and use of, Customer Connection and the Software and Support Materials

10  available through it, and wrongfully used the property that they found there to advertise their

11  services, and otherwise obtain and retain Oracle's current and prospective clients.

12  145.  This conduct, as alleged above, constitutes violations of numerous state

13  and federal statutes and codes, including, but not limited to, violation of the Federal Computer

14  Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq*., receipt of stolen property, Cal. Penal Code §

15  496, unauthorized access to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343,

16  violation of RICO, 18 U.S.C. § 1962, fraud and related activity in connection with an access

17  device, 18 U.S.C. § 1029, and violation of the Stored Communications Act, 18 U.S.C. §§ 2701-

18  11.  Defendants' conduct also constitutes trespass to chattels, breach of contract, and unjust

19  enrichment.

20  146.  As a result of Defendants' acts, the above-described relationships have

21  been actually disrupted, causing certain current and prospective support clients to contract with

22  Defendants instead of Oracle for their software support and maintenance and, in some cases, for

23  their enterprise software.

24  147.  As a direct and proximate result of Defendants' actions, Oracle has

25  suffered economic harm, including, but not limited to, loss of profits from sales or licenses to

26  current and potential customers of Oracle support services and enterprise software programs.

27  Defendants' wrongful conduct was a substantial factor in causing this harm.

28

43

1    148.    Unless Defendants are restrained by appropriate injunctive relief, their

2    actions are likely to recur and will cause Oracle irreparable injury for which there is no adequate

3    remedy at law.

4    **Seventh Claim for Relief**

5    **Unfair Competition - Cal. Bus. & Prof. Code § 17200**

6    (By Oracle Against All Defendants)

7    149.    Oracle incorporates by reference the allegations of paragraphs 1 through

8    81, 89 through 96, and 108 through 148 of this Complaint as though fully set forth here.

9    150.    Defendants have engaged in unlawful business acts or practices by

10    committing acts including computer fraud, trespass, breach of contract, interference with

11    business relationships, and other illegal acts and practices as alleged above, all in an effort to

12    gain unfair competitive advantage over Oracle.

13    151.    These unlawful business acts or practices were committed pursuant to

14    business activity related to providing business applications software and related support and

15    maintenance for that software.

16    152.    The acts and conduct of Defendants constitute fraudulent, unlawful, and

17    unfair competition as defined by California Bus. & Prof. Code §§ 17200, *et seq.*

18    153.    Defendants' conduct constitutes violations of numerous state and federal

19    statutes and codes, including, but not limited to, violation of the Computer Fraud and Abuse Act,

20    18 U.S.C. §§ 1030 *et seq.*, receipt of stolen property, Cal. Penal Code § 496, unauthorized access

21    to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343, violation of RICO, 18 U.S.C.

22    § 1962, fraud and related activity in connection with an access device, 18 U.S.C. § 1029, and

23    violation of the Stored Communications Act, 18 U.S.C. §§ 2701-11.  Defendants' conduct also

24    constitutes trespass to chattels, intentional interference with prospective economic advantage,

25    negligent interference with prospective economic advantage, and unjust enrichment.

26    154.    Defendants have improperly and unlawfully taken commercial advantage

27    of Oracle's investment in its confidential, proprietary, and copyrighted Software and Support

28

1    Materials.  In light of Defendants' conduct, it would be inequitable to allow Defendants to retain

2    the benefit of the funds obtained though the unauthorized and unlawful use of Oracle's property.

3         155.    Defendants' unfair business practices have unjustly minimized Oracle's

4    competitive advantage and have caused and are causing Oracle to suffer damages.

5         156.    As a result of such unfair competition, Oracle has also suffered

6    irreparable injury and, unless Defendants are enjoined from such unfair competition, will

7    continue to suffer irreparable injury, whereby Oracle has no adequate remedy at law.

8         157.    Defendants should be compelled to disgorge and/or restore any and all

9    revenues, earnings, profits, compensation, and benefits they may have obtained in violation of

10   California Business & Professions Code § 17200 *et seq*., including, but not limited to, returning

11   the  any revenue earned from the unlawful and unfair use of Oracle's stolen property, and should

12   be enjoined from further unlawful, unfair, and deceptive business practices.

13                          **Eighth Claim for Relief**

14                          **Trespass To Chattels**

15                       (By Oracle Against All Defendants)

16        158.    Oracle incorporates by reference the allegations of paragraphs 1 through

17   81, 89 through 96, and 108 through 157 of this Complaint as though fully set forth here.

18        159.    At all times mentioned in this Complaint, Oracle had legal title to and

19   actual possession of Customer Connection, its access-restricted internet-based support system,

20   and the Software and Support Materials on that support system, as described above.

21        160.    Defendants intentionally interfered with Oracle's use or possession of

22   both Customer Connection and Oracle's related internal databases and systems, and the Software

23   and Support Materials housed for licensed access through Customer Connection.

24        161.    Defendants' trespass and interference proximately caused damage to

25   Oracle, including, but not limited to, damage to the functionality of Oracle's computer system

26   and data, damage to Oracle's rights to dominion and control over its property, and damage to the

27   confidential nature of the information on Oracle's website.  As a result, Defendants caused

28

1   Oracle's property to greatly diminish in value and deprived Oracle of the intended use of its

2   computer systems.

3          162.     Oracle is entitled to recover any and all damages it sustained as a result of

4   such trespass, in an amount to be determined at trial.

5          163.     Defendants' trespass interfered with, and damaged, the integrity and

6   functionality of Oracle's computer system and data.  Defendants will continue to commit such

7   acts and other competitors will be encouraged to sweep Oracle's website, potentially to the point

8   of denying effective access to Oracle's customers and preventing Oracle from using its systems

9   and data for their intended purpose.  Defendants' trespass therefore threatens to cause irreparable

10   harm to Oracle, for which Oracle's remedy at law is not adequate to compensate it for the

11   injuries inflicted and threatened.

12                        **Ninth Claim for Relief**

13                   **Unjust Enrichment/Restitution**

14                 (By Oracle Against All Defendants)

15          164.     Oracle incorporates by reference the allegations of paragraphs 1 through

16   81, 89 through 96, and 108 through 163 of this Complaint as though fully set forth here.

17          165.     Defendants unjustly received benefits at the expense of Oracle through

18   their wrongful conduct, including Defendants' breach of the agreements governing access to and

19   use of Customer Connection, interference with Oracle's business relationships and other unfair

20   business practices, as well as Defendants' trespass on, and computer fraud concerning the

21   Software and Support Materials, which took substantial time and money for Oracle to develop.

22   Defendants continue to unjustly retain these benefits at the expense of Oracle.  It would be unjust

23   for Defendants to retain any value they obtained as a result of their wrongful conduct.

24          166.     Oracle is accordingly entitled to full restitution of all amounts in which

25   Defendants have been unjustly enriched at Oracle's expense.

26

27

28

1     **Tenth Claim for Relief**

2     **An Accounting**

3     (By Oracle Against All Defendants)

4     167.    Oracle incorporates by reference the allegations of paragraphs 1 through

5     81, 89 through 96, and 108 through 166 of this Complaint as though fully set forth here.

6     168.    Since at least September 2006, Defendants have obtained business

7     through the use of unlawful conduct including, but not limited to:

8          (a)    Breaching the agreements governing access to or use of Customer

9     Connection;

10         (b)    Intentionally and/or negligently interfering with Oracle's

11     prospective economic advantage with its existing and potential customers;

12         (c)    Improperly, willfully, and unlawfully taking commercial advantage

13     of Oracle's investment in its Software and Support Materials, for the purpose of sabotaging

14     Oracle's ability to do business and compete in the market; and

15         (d)    Fraudulently accessing and intentionally trespassing on Oracle's

16     password-protected Customer Connection website, without authorization or consent, in

17     furtherance of their unlawful and deceptive scheme as described above.

18     169.    Defendants have received money as a result of their misconduct, at

19     Oracle's expense, and that some or all of such money is rightfully due to Oracle.

20     170.    The amount of money due from Defendants to Oracle is unknown to

21     Oracle and cannot be ascertained without an accounting of the income and gross profits

22     Defendants have obtained through their wrongful and unlawful conduct.  Oracle is entitled,

23     therefore, to a full accounting.

24     **Prayer For Relief**

25     WHEREFORE, Oracle respectfully prays for the following:

26         A.    For a preliminary and permanent injunction restraining

27     Defendants, their officers, agents, servants, employees, and attorneys, and those in active concert

28     or participation with any of them, from the following:

FIRST AMENDED COMPLAINT

1               (1)     Downloading, distributing or using any Oracle Software

2  and Support Materials Defendants except as authorized by and in support of a specific licensed

3  customer, using only that licensed customer's log in credentials, and with respect only to

4  Software and Support Materials for which that customer has a current right to have and use;

5               (2)     Distributing any Software and Support Materials to any

6  person or entity without keeping records to show accurately what was transferred, when, and to

7  whom;

8               (3)     Downloading Oracle Software and Support Materials from

9  Oracle without keeping records to show accurately what was downloaded, when, using what log

10  in credentials, and for whom;

11             (4)     Commingling Oracle Software and Support Materials

12  downloaded for different customers;

13             (5)     Using Oracle Software and Support Materials to train

14  employees or generate derived works; and,

15             (6)     Otherwise engaging in acts of unfair competition, copyright

16  infringement, trespass, computer fraud, and interference with Oracle's business relationships;

17         B.     That the Court order Defendants to file with the Court and serve on

18  Oracle within thirty (30) days after the service on Defendants of such injunction a report in

19  writing, under oath, setting forth in detail the manner and form in which Defendants have

20  complied with the injunction;

21         C.     For an Order directing Defendants to return Oracle's property,

22  including, without limitation, Oracle's confidential, proprietary, and copyrighted Software and

23  Support Materials, including data, internal documents, and valuable updates, patches, fixes, and

24  other computer code, that Defendants took from Oracle, as set forth in this Complaint;

25         D.     For an order impounding or destroying any and all infringing

26  materials pursuant to 17 U.S.C. § 503;

27         E.     For an Order awarding Oracle punitive damages in a sum to be

28  determined at trial, on the basis of Defendants' willful and deliberate unauthorized computer

FIRST AMENDED COMPLAINT

1   access, intentional interference with Oracle's prospective economic advantage, aiding and

2   abetting and conspiracy;

3           F.      For restitution and disgorgement of all ill-gotten gains unjustly

4   obtained and retained by Defendants through the acts complained of here;

5           G.      For damages to be proven at trial;

6           H.      For prejudgment interest;

7           I.      For an accounting;

8           J.      For an Order awarding Oracle its attorneys' fees and costs; and,

9           K.      For an Order awarding Oracle such other and further relief as the

10  Court deems just and proper.
    DATED:  June 1, 2007

11                                          BINGHAM McCUTCHEN LLP

12

13                                          By: _____

14                                                  Christopher B. Hockett
                                                    Attorneys for Plaintiffs
15                                          Oracle Corporation, Oracle USA, Inc., and
                                            Oracle International Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT

## DEMAND FOR JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle Corporation, Oracle International Corporation and Oracle USA, Inc. demand a trial by jury on all issues triable by a jury.

DATED: June 1, 2007

BINGHAM McCUTCHEN LLP

By: _____
Christopher B. Hockett
Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and
Oracle International Corporation