```
 1  BINGHAM McCUTCHEN LLP
    CHRISTOPHER B. HOCKETT (SBN 121539)
 2  GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
 3  ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
 4  Three Embarcadero Center
    San Francisco, CA 94111-4067
 5  Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
 6  chris.hockett@bingham.com
    geoff.howard@bingham.com
 7  holly.house@bingham.com
    zachary.alinder@bingham.com
 8  bree.hann@bingham.com

 9  DORIAN DALEY (SBN 129049)
    JEFFREY S. ROSS (SBN 138172)
10  500 Oracle Parkway
    M/S 5op7
11  Redwood City, CA 94070
    Telephone: (650) 506-4846
12  Facsimile: (650) 506-7114
13  dorian.daley@oracle.com
    jeff.ross@oracle.com
14
    Attorneys for Plaintiffs
15  Oracle Corporation, Oracle USA, Inc.,
    and Oracle International Corporation
16
```

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

21  ORACLE CORPORATION, a Delaware            Case No. 07-CV-1658 (MJJ)
    corporation, ORACLE USA, INC., a Colorado
22  corporation, and ORACLE INTERNATIONAL
    CORPORATION, a California corporation,
23                                            **STIPULATION AND [PROPOSED]
                  Plaintiffs,                 ORDER RESCHEDULING CASE
24        v.                                  MANAGEMENT CONFERENCE**

25  SAP AG, a German corporation, SAP
    AMERICA, INC., a Delaware corporation,
26  TOMORROWNOW, INC., a Texas corporation,
    and DOES 1-50, inclusive,
27
                  Defendants.
28
                                                            Case No. 07-CV-1658 (MJJ)

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1 **STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE**

2      IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation on the one hand and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. on the other, by and through their undersigned counsel, that due to unavailability of counsel on the current Case Management Conference date of August 7, 2007, good cause exists to reschedule the Case Management Conference in this action to September 4, 2007, at 2 p.m., or as soon thereafter as the matter may be heard before the Honorable Martin J. Jenkins in Courtroom 11 on the 19th Floor of the United States District Court for the Northern District of California, San Francisco Division.

**IT IS SO AGREED AND STIPULATED.**

DATED: June 18, 2007

　　　　　　　　　　　　　　　　　BINGHAM McCUTCHEN LLP

　　　　　　　　　　　　　　　　　By: _____[signature]_____
　　　　　　　　　　　　　　　　　　　　Geoffrey M. Howard
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　Oracle Corporation, Oracle International
　　　　　　　　　　　　　　　　Corporation, and Oracle USA, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below on behalf of Defendants.

DATED: June 18, 2007

　　　　　　　　　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　By: :_____/s/ Tharan Gregory Lanier_____
　　　　　　　　　　　　　　　　　　　　Tharan Gregory Lanier
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　SAP AG, SAP America, Inc., and
　　　　　　　　　　　　　　　　　　　TomorrowNow, Inc.

...

**ORDER**

Pursuant to the Stipulation between the parties, the Case Management Conference in this matter will be rescheduled to September 4, 2007, at 2 p.m., or as soon thereafter as the matter may be heard. A Joint Case Management Statement shall be due 7 days prior to the conference.

**IT IS SO ORDERED.**

DATED: 6/22/2007, 2007

By: /s/ Martin J. Jenkins
The Honorable Martin J. Jenkins
United States District Judge