1   Robert A. Mittelstaedt (SBN 060359)
    JONES DAY
2   San Francisco Office
    555 California Street, 26th Floor
3   San Francisco, CA 94104
    Telephone:    (415) 626-3939
4   Facsimile:    (415) 875-5700
    ramittelstaedt@jonesday.com
5
    Tharan Gregory Lanier (SBN 138784)
6   Robert A. Mittelstaedt (SBN 220776)
    JONES DAY
7   Silicon Valley Office
    1755 Embarcadero Road
8   Palo Alto, CA 94303
    Telephone:    650-739-3939
9   Facsimile:    650-739-3900
    tglanier@jonesday.com
10  jfroyd@jonesday.com

11  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
12  TOMORROWNOW, INC.

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17  ORACLE CORPORATION, a Delaware         Case No. 07-CV-1658
    corporation, ORACLE USA, INC., a
18  Colorado corporation, and ORACLE       **NOTICE OF APPEARANCE**
    INTERNATIONAL CORPORATION, a
19  California corporation,

20                  Plaintiffs,

21           v.

22  SAP AG, a German corporation, SAP
    AMERICA, INC., a Delaware corporation,
23  TOMORROWNOW, INC., a Texas
    corporation, and DOES 1-50, inclusive,
24
                    Defendants.
25

26

27

28

    SFI-566370v1                          NOTICE OF APPEARANCE
                                          Case No. 07-CV-1658

1        Robert A. Mittelstaedt of Jones Day Silicon Valley hereby enters his appearance as an

2  attorney of record for defendants SAP AG, SAP AMERICA, INC. and TOMORROWNOW,

3  INC.

4

5

6  Dated: June 25, 2007                    JONES DAY

7

8                                    By: /s/ Robert A. Mittelstaedt
                                       Robert A. Mittelstaedt

9
                                    Counsel for Defendants

10                               SAP AG, SAP AMERICA, INC., and
                               TOMORROWNOW, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-566370v1

NOTICE OF APPEARANCE
Case No. 07-CV-1658