Robert A. Mittelstaedt (SBN 060359)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
ramittelstaedt@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     650-739-3939
Facsimile:      650-739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 MJJ<br><br>**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants SAP AG, SAP

2    America, Inc. and TomorrowNow, Inc. state the following:

3    SAP AG is a a stock corporation organized under the laws of the Federal Republic of

4    Germany and there is no publicly held corporation that owns 10% or more of its stock.

5    SAP America, Inc. is a privately held corporation organized under the laws of the state of

6    Delaware and is a wholly owned subsidiary of SAP AG.

7    TomorrowNow, Inc. is a privately held corporation organized under the laws of the state

8    of Texas and is a wholly owned subsidiary of SAP America, Inc.

9

10   Dated: July 2, 2007                                    JONES DAY

11

12                                                          By: /s/ Tharan Gregory Lanier
                                                                Tharan Gregory Lanier

13                                                          Counsel for Defendants
                                                            SAP AG, SAP AMERICA, INC., and
14                                                          TOMORROWNOW, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28