1  Robert A. Mittelstaedt (SBN 060359)
   JONES DAY
2  San Francisco Office
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 626-3939
4  Facsimile:   (415) 875-5700
   ramittelstaedt@jonesday.com
5
   Tharan Gregory Lanier (SBN 138784)
6  Robert A. Mittelstaedt (SBN 220776)
   JONES DAY
7  Silicon Valley Office
   1755 Embarcadero Road
8  Palo Alto, CA 94303
   Telephone:   650-739-3939
9  Facsimile:   650-739-3900
   tglanier@jonesday.com
10 jfroyd@jonesday.com

11 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
12 TOMORROWNOW, INC.

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. 07-CV-1658<br><br><br><br>**AMENDED<br>NOTICE OF APPEARANCE** |

SFI-566370v1

AMENDED NOTICE OF APPEARANCE
Case No. 07-CV-1658

1  Robert A. Mittelstaedt of Jones Day San Francisco hereby enters his appearance as an
2  attorney of record for defendants SAP AG, SAP AMERICA, INC. and TOMORROWNOW,
3  INC.

Dated: July 2, 2007

JONES DAY

By: /s/ Robert A. Mittelstaedt
    Robert A. Mittelstaedt

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

SFI-566370v1

- 2 -

AMENDED NOTICE OF APPEARANCE
Case No. 07-CV-1658