Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
Alexis A. Phocas (Cal. Bar No. 194481)
aap@classlitigation.com
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Attorneys for Individual and
Representative Plaintiff James R. Pittman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>APPLE, INC., a California Corporation,<br><br>Defendant | Case No. C 08-05375 JW<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE THAT Alexis A. Phocas, admitted to practice before this Court, appears in this case as associated counsel for Plaintiff James R. Pittman.

                                                        **LITIGATION LAW GROUP**

Date: April 6, 2009                By: \_\_\_\_\_/S/ Alexis A. Phocas_____
                                                    Alexis A. Phocas

                                                    1801 Clement Avenue, Suite 101
                                                    Alameda, California 94501
                                                    Telephone (510) 238-9610
                                                    Facsimile (510) 337-1431

                                                   Attorneys for Individual and Representative
                                                   Plaintiff James R. Pittman