Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, ORACLE USA, INC., and ORACLE INTERNATIONAL CORPORATION,

Plaintiff(s),

v.

SAP AG, SAP AMERICA, INC., TOMORROWNOW, INC., and DOES 1-50, inclusive,

Defendant(s).

CASE NO. 07-CV-1658 MJJ

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

SCOTT W. COWAN , an active member in good standing of the bar of TEXAS whose business address and telephone number
(particular court to which applicant is admitted)
is JONES DAY
717 Texas Ave., Suite 3300, Houston, TX 77002
(832) 239-3939
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DEFENDANTS.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 19 2007

Honorable Martin J. Jenkins
United States District Judge

FILED
JUL 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA