1  Robert A. Mittelstaedt (SBN 060359)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA 94104
3  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
4  ramittelstaedt@jonesday.com

5  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
6  JONES DAY
   1755 Embarcadero Road
7  Palo Alto, CA 94303
   Telephone:    (650) 739-3939
8  Facsimile:    (650) 739-3900
   tglanier@jonesday.com
9  jfroyd@jonesday.com

10 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
11 JONES DAY
   717 Texas, Suite 3300
12 Houston, TX 77002
   Telephone:    (832) 239-3939
13 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
14 jlfuchs@jonesday.com

15 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
16 TOMORROWNOW, INC.

17                      UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20  ORACLE CORPORATION, a Delaware          Case No. 07-CV-1658 MJJ
    corporation, ORACLE USA, INC., a
21  Colorado corporation, and ORACLE        **STIPULATION AND [PROPOSED]**
    INTERNATIONAL CORPORATION, a            **ORDER RESCHEDULING CASE**
22  California corporation,                 **MANAGEMENT CONFERENCE**

23                 Plaintiffs,

24       v.

25  SAP AG, a German corporation, SAP
    AMERICA, INC., a Delaware corporation,
26  TOMORROWNOW, INC., a Texas
    corporation, and DOES 1-50, inclusive,
27
                   Defendants.
28

SVI-50173v1

1    **STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE**

2            IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Oracle

3    Corporation, Oracle USA, Inc., and Oracle International Corporation on the one hand and

4    Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. on the other, by and through

5    their undersigned counsel, that due to unavailability of counsel on the current Case Management

6    Conference date of September 11, 2007, good cause exists to reschedule the Case Management

7    Conference in this action to September 18, 2007, at 2 p.m., or as soon thereafter as the matter may

8    be heard before the Honorable Martin J. Jenkins in courtroom 11 on the 19th Floor of the United

9    States District Court for the Northern District of California, San Francisco Division.

10

11   **IT IS SO AGREED AND STIPULATED.**

12   DATED:  September 6, 2007                    JONES DAY

13

14                                                By:   /S/ Tharan Gregory Lanier

15                                                      Tharan Gregory Lanier

16                                                Attorneys for Defendants
                                                 SAP AG, SAP AMERICA, INC., and
17                                                TOMORROWNOW, INC.

18            In accordance with General Order No. 45, Rule X, the above signatory attests that

19   concurrence in the filing of this document has been obtained from the signatory below.

20   DATED:  September 6, 2007                    BINGHAM McCUTCHEN LLP

21

22                                                By:   /S/ Geoffrey M. Howard

23                                                      Geoffrey M. Howard

24                                                Attorneys for Plaintiffs
                                                 ORACLE CORPORATION, ORACLE
25                                                INTERNATIONAL CORPORATION, and
                                                 ORACLE USA, INC.

26

27

28

1

## ORDER

2          Pursuant to the Stipulation between the parties, the Case Management Conference

3   in this matter will be rescheduled to September 18, 2007, at 2 p.m., or as soon thereafter as the

4   matter may be heard.

5

6   **IT IS SO ORDERED.**

7

8   DATED:_____, 2007    By:_____

9                                                                THE HONORABLE MARTIN J. JENKINS
                                                                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28