1   Robert A. Mittelstaedt (SBN 060359)
    JONES DAY
2   555 California Street, 26th Floor
    San Francisco, CA  94104
3   Telephone:      (415) 626-3939
    Facsimile:      (415) 875-5700
4   ramittelstaedt@jonesday.com

5   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
6   JONES DAY
    1755 Embarcadero Road
7   Palo Alto, CA  94303
    Telephone:      (650) 739-3939
8   Facsimile:      (650) 739-3900
    tglanier@jonesday.com
9   jfroyd@jonesday.com

10  Scott W. Cowan (Admitted *Pro Hac Vice)*
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
11  JONES DAY
    717 Texas, Suite 3300
12  Houston, TX  77002
    Telephone:      (832) 239-3939
13  Facsimile:      (832) 239-3600
    swcowan@jonesday.com
14  jlfuchs@jonesday.com

15  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
16  TOMORROWNOW, INC.

17                     UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20  ORACLE CORPORATION, a Delaware              Case No. 07-CV-1658 MJJ
    corporation, ORACLE USA, INC., a
21  Colorado corporation, and ORACLE            **STIPULATION AND [PROPOSED]**
    INTERNATIONAL CORPORATION, a               **ORDER RESCHEDULING CASE**
22  California corporation,                      **MANAGEMENT CONFERENCE**

23                    Plaintiffs,

24           v.

25  SAP AG, a German corporation, SAP
    AMERICA, INC., a Delaware corporation,
26  TOMORROWNOW, INC., a Texas
    corporation, and DOES 1-50, inclusive,
27
                      Defendants.
28

    SVI-50231v1

1      <u>**STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE**</u>

2      IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Oracle Corporation,

3    Oracle USA, Inc., and Oracle International Corporation on the one hand and Defendants SAP

4    AG, SAP America, Inc., and TomorrowNow, Inc. on the other, by and through their undersigned

5    counsel, that due to unavailability of counsel on the current Case Management Conference date of

6    September 11, 2007, good cause exists to reschedule the Case Management Conference in this

7    action to September 25, 2007, at 2 p.m., or as soon thereafter as the matter may be heard before

8    the Honorable Martin J. Jenkins in courtroom 11 on the 19th Floor of the United States District

9    Court for the Northern District of California, San Francisco Division.

10

11   **IT IS SO AGREED AND STIPULATED.**

12   DATED:  September 10, 2007                JONES DAY

13

14                                            By:   /S/ Tharan Gregory Lanier
                                                    Tharan Gregory Lanier
15
                                             Attorneys for Defendants
16                                           SAP AG, SAP AMERICA, INC., and
                                             TOMORROWNOW, INC.
17

18        In accordance with General Order No. 45, Rule X, the above signatory attests that

19   concurrence in the filing of this document has been obtained from the signatory below.

20   DATED:  September 10, 2007                BINGHAM McCUTCHEN LLP

21

22                                            By:   /S/ Geoffrey M. Howard
                                                    Geoffrey M. Howard
23
                                             Attorneys for Plaintiffs
24                                           ORACLE CORPORATION, ORACLE
                                             INTERNATIONAL CORPORATION, and
25                                           ORACLE USA, INC.

26

27

28

SVI-50231v1                    - 2 -          STIPULATION AND [PROPOSED] ORDER
                                                    RESCHEDULING CMC
                                                 Case No. 07-CV-1658 MJJ

1

**ORDER**

2          Pursuant to the Stipulation between the parties, the Case Management Conference in this

3     matter will be rescheduled to September 25, 2007, at 2 p.m., or as soon thereafter as the matter

4     may be heard.

5

6     **IT IS SO ORDERED.**

7

8     DATED:_____, 2007     By:_____

                                          THE HONORABLE MARTIN J. JENKINS
9                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SVI-50231v1                              - 3 -