1  Robert A. Mittelstaedt (SBN 060359)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA 94104
3  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
4  ramittelstaedt@jonesday.com

5  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
6  JONES DAY
   1755 Embarcadero Road
7  Palo Alto, CA 94303
   Telephone:   (650) 739-3939
8  Facsimile:   (650) 739-3900
   tglanier@jonesday.com
9  jfroyd@jonesday.com

10 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
11 JONES DAY
   717 Texas, Suite 3300
12 Houston, TX 77002
   Telephone:   (832) 239-3939
13 Facsimile:   (832) 239-3600
   swcowan@jonesday.com
14 jlfuchs@jonesday.com

15 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
16 TOMORROWNOW, INC.

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 20 ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

SVI-50231v1

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CMC
Case No. 07-CV-1658 MJJ

**STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation on the one hand and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. on the other, by and through their undersigned counsel, that due to unavailability of counsel on the current Case Management Conference date of September 11, 2007, good cause exists to reschedule the Case Management Conference in this action to September 25, 2007, at 2 p.m., or as soon thereafter as the matter may be heard before the Honorable Martin J. Jenkins in courtroom 11 on the 19th Floor of the United States District Court for the Northern District of California, San Francisco Division.

**IT IS SO AGREED AND STIPULATED.**

DATED: September 10, 2007         JONES DAY

                                  By:  /S/ Tharan Gregory Lanier
                                       Tharan Gregory Lanier

                                  Attorneys for Defendants
                                  SAP AG, SAP AMERICA, INC., and
                                  TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 10, 2007         BINGHAM McCUTCHEN LLP

                                  By:  /S/ Geoffrey M. Howard
                                       Geoffrey M. Howard

                                  Attorneys for Plaintiffs
                                  ORACLE CORPORATION, ORACLE
                                  INTERNATIONAL CORPORATION, and
                                  ORACLE USA, INC.

1 **ORDER**

2   Pursuant to the Stipulation between the parties, the Case Management Conference in this
3 matter will be rescheduled to September 25, 2007, at 2 p.m., or as soon thereafter as the matter
4 may be heard.  A joint statement from the parties is due ten days prior to the conference.

5

6 **IT IS SO ORDERED.**

7

8 DATED:__9/10/07_____, 2007     By: _____
9                                              THE HONORABLE MARTIN J. JENKINS
                                              UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Martin J. Jenkins