# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**Judge MARTIN J. JENKINS**

Date: **9/25/2007**

## C - 07-1658 MJJ

## ORACLE CORPORATION, et al. v SAP AG, et al.

Attorneys: Pla:Christopher B. Hockett & Geoffrey Howard
        Def:Robert A. Mittelstaedt & Tharan Gregory Lanier

Deputy Clerk: **LASHANDA SCOTT**          Reporter:  **Not Reported**

## PROCEEDINGS:                                              RULING:

1. Initial Case Management Conference _____ Matter Held _____
2. _____ _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

## ORDERED AFTER HEARING:
Counsel will meet and confer re the selection of a Special Master. Counsel will submit a
letter brief outlining the name of the neutral, due by September 28, 2007. _____
( XX  ) ORDER TO BE PREPARED BY:     Plntf_____   Deft_____   Court XX

( XX  ) Referred to Magistrate Judge Joseph C. Spero for a Settlement Conference to
occur in October, 2008.

( XX  ) CASE CONTINUED TO February 12, 2008 at 2:00 p.m. for further status
conference.

Non Expert Discovery Cut-Off: July 25, 2008
Expert Discovery Cut-Off: September 12, 2008
Plntf to Name Experts by August 8, 2008
Deft to Name Experts by August 8, 2008
P/T Conference Date: January 27, 2009 at 3:30 p.m.
Jury Trial Date: February 9, 2009 at 8:30 a.m.   Set for 4 weeks

Notes: _____