# BINGHAM

Zachary J. Alinder
Direct Phone:  (415) 393-2226
Direct Fax:      (415) 393-2286
zachary.alinder@bingham.com

September 28, 2007

**Via Hand Delivery**

The Hon. Martin J. Jenkins
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 11
San Francisco, California 94102

Re:  *Oracle Corporation, et al. v. SAP AG, et al.*, 07-CV-01658 MJJ

Dear Judge Jenkins:

Plaintiffs Oracle Corporation, et al. and Defendants SAP AG, et al. jointly submit this letter regarding the selection of a special master for discovery matters, pursuant to the Court's Pretrial Order, dated September 25, 2007.

The parties have agreed on two alternative choices: Hon. Fern M. Smith and Hon. Charles A. Legge. The parties request that the Court select one of the two foregoing neutrals to act as special master for discovery matters in this action.

Sincerely yours,

Zachary J. Alinder

cc:     Chris Hockett
        Geoff Howard
        Robert A. Mittelstaedt (via email only)
        Greg Lanier (via email only)
        Scott Cowan (via email only)
        Jane Froyd (via email only)

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com