| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>San Francisco Office |
| 4 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 5 | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 6 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 7 | ewallace@jonesday.com |
| 8 | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776) |
| 9 | JONES DAY<br>Silicon Valley Office |
| 10 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 11 | Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900 |
| 12 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 13 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 14 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 15 | 717 Texas, Suite 3300<br>Houston, TX 77002 |
| 16 | Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600 |
| 17 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 18 | Attorneys for Defendants |
| 19 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v. | Case No. 07-CV-1658<br><br><br><br>**NOTICE OF APPEARANCE** |

SFI-573395v1

| | |
|---|---|
| 1<br>2<br>3<br>4 | SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>　　　　　　　　Defendants. |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jason McDonell and Elaine Wallace of Jones Day San Francisco hereby enter their appearances as attorneys of record for defendants SAP AG, SAP AMERICA, INC. and TOMORROWNOW, INC.

Dated: December 3, 2007

JONES DAY

By: /s/ Jason McDonell
    Jason McDonell

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

Dated: December 3, 2007

JONES DAY

By: /s/ Elaine Wallace
    Elaine Wallace

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.