IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**  Courtroom Clerk: **Monica Narcisse**

DATE: **February 12, 2008**  [**2:17 - 2:35 pm**]  Court reporter: **Sahar McVickar**

Case Number: **C07-01658 MJJ**

Case Name: **ORACLE CORPORATION**  v.  **SAP AG**

COUNSEL FOR PLAINTIFF(S):  COUNSEL FOR DEFENDANT(S):
**Christopher Hockett**  **Robert Mittelstaedt**
**Geoffrey Howard**  **Tharan Lanier**

TYPE OF HEARING:  **Status Conference**

MOTIONS PROCEEDINGS:  RULING:
1.

ORDERED AFTER HEARING:
- **Matter referred to ADR for Mediation Program**

ORDER TO BE PREPARED BY:  Plntf ()  Deft ()  Joint ()  Court ()

Referred to Magistrate Judge  For:  **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:  for

Pre-Trial Conference Date :  at 3:30 p.m.

Trial Date:  at 8:30 a.m.  Set for days
Type of Trial:  ()Jury  ( )Court

Notes:  **Plaintiffs anticipates filing amended complaint.**

cc:  **ADR**