# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Oracle Corporation,<br><br>        Plaintiff(s),<br><br>v.<br><br>SAP AG,<br><br>        Defendant(s). | 07-01658 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Richard H. Abramson**
SRI Headquarters
333 Ravenswood Ave
Menlo Park, CA 94025-3493
650-859-2000

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-01658 PJH MED                              - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: February 26, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-01658 PJH MED                         - 2 -