| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|  | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|  | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|  | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|  | San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000 |
|  | Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
|  | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|  | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|  | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway |
|  | M/S 5op7 |
| 11 | Redwood City, CA 94070 |
|  | Telephone: (650) 506-4846 |
| 12 | Facsimile: (650) 506-7114 |
|  | dorian.daley@oracle.com |
| 13 | jennifer.gloss@oracle.com |
| 14 | Attorneys for Plaintiffs |
|  | ORACLE CORPORATION, ORACLE |
| 15 | USA, INC., and ORACLE |
|  | INTERNATIONAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | | No. 07-CV-1658 (MJJ) |
| | | **NOTICE OF CHANGE IN COUNSEL** |
| Plaintiffs, | | |
| v. | | |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | | |
| Defendants. | | |

A/72448821.1/2021039-0000324170

Case No.: 07-CV-1658 (MJJ)

NOTICE OF CHANGE IN COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately Christopher B. Hockett should be removed from the email notification in this matter, as he is no longer with the firm of Bingham McCutchen LLP, counsel to the plaintiffs.

PLEASE TAKE NOTICE that effective immediately Jeffrey Scott Ross of Oracle U.S.A., Inc. should also be removed from the email notification in this matter.

DATED: March 6, 2008

BINGHAM McCUTCHEN LLP


By: _____/s/Bree Hann_____
Bree Hann
Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC., and ORACLE INTERNATIONAL CORPORATION