# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** April 24, 2008                                      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-1658 PJH

**Case Name:** Oracle Corporation, et al. v. SAP AG, et al.

**Attorney(s) for Plaintiff:** Donn Pickett; Geoff Howard; Holly A. House
**Attorney(s) for Defendant:** Tharan Gregory Lanier; Robert A. Mittelstaedt

**Deputy Clerk:** Nichole Heuerman         **Court Reporter:** Not Reported

## PROCEEDINGS

Case Management Conference-Held. The court discussed the issues regarding the special master. The order referring and appointing a special discovery master is withdrawn. The court elects instead to refer the parties to Magistrate Judge Laporte to oversee discovery and resolve discovery disputes.

The parties shall go forward with the mediation currently set on 5/29/08 and the settlement conference before Magistrate Judge Spero set in October 2008.

The court informs the parties that all discovery is open including damages discovery.

Each side will be allowed 350 hours for depositions.

Plaintiff counsel informs the court that a request to amend the complaint is forthcoming. The court encourages the parties to stipulate to the filing of an amended complaint.

The court informs the parties regarding policy of sealing documents. The parties are referred to the court's standing order on sealed and confidential documents as well as civil local rule 79-5.

The court sets a pretrial schedule. The parties shall meet and confer and submit a stipulation as to the deadlines regarding disclosure of experts and expert discovery within one week. The court will prepare an updated case management and pretrial order.

**PRETRIAL SCHEDULE:**
**Discovery cutoff: 6/19/09**
**Dispositive Motions heard by: 10/21/09**
**Pretrial Conference: 1/14/2010**
**Trial: 2/8/2010 at 8:30 a.m., for 6 weeks, by [x] Jury [] Court**

**cc: file; JCS; EDL**