IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>SAP AG,<br><br>         Defendant.<br>_____/ | No. C-07-01658 PJH (EDL)<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

On April 25, 2008, Judge Hamilton referred this matter to this Court to oversee discovery and resolve discovery disputes. Accordingly, a discovery conference is scheduled for May 6, 2008 at 2:00 p.m. No later than May 1, 2008 at noon, the parties shall submit a short discovery conference statement setting forth a proposed re-briefing schedule for the pending objections to the special master's three reports and recommendations in the event that the Court decides that re-briefing is necessary. At the conference, the parties should be prepared to discuss the discovery plans set forth in their April 17, 2008 joint case management conference statement.

**IT IS SO ORDERED.**

Dated: April 28, 2008

                                                               *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge