1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:     (415) 626-3939
    Facsimile:      (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:     (650) 739-3939
10  Facsimile:     (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX  77002
    Telephone:     (832) 239-3939
15  Facsimile:     (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and
Oracle International Corporation

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                 SAN FRANCISCO DIVISION

22  ORACLE CORPORATION, *et al.*,           Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,                 **STIPULATION AND [PROPOSED]
                                            ORDER RE EXPERT DISCOVERY**
24      v.                                  **AND DISPOSITIVE MOTIONS
                                            BRIEFING SCHEDULE**
25  SAP AG, *et al.*,

26              Defendants.

27

28

Dockets.Justia.com

Pursuant to the Court's April 24, 2008 Order, Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, the "Parties') hereby submit this Stipulation and [Proposed] Order Re Expert Discovery and Dispositive Motions Briefing Schedule.

The Parties agree to the following expert discovery and dispositive motions briefing schedule (placed in context with the other dates established by the Court on April 24, 2008):

| EVENT | AGREED DATES |
|---|---|
| Deadline for party with burden to designate experts | 06/01/2009 |
| Non-expert discovery cut-off | 06/19/2009 |
| Deadline for party with burden to serve expert reports and back-up (experts who provide reports are available immediately for deposition) | 06/22/2009 |
| Deadline to designate rebuttal experts | 07/31/2009 |
| Deadline to serve rebuttal expert reports and back-up (experts who provide rebuttal reports are available immediately for deposition) | 08/21/2009 |
| Expert discovery cut-off | 10/09/2009 |
| Deadline to file opening briefs for dispositive motions | 09/09/2009 |
| Deadline to file opposition briefs for dispositive motions | 09/30/2009 |
| Deadline to file reply briefs for dispositive motions | 10/07/2009 |
| Dispositive motions hearing | 10/21/2009 |
| Pretrial conference | 01/14/2010 |
| Trial | 02/08/2010 |

**SO STIPULATED.**

DATED:  May 1, 2008                    JONES DAY


By:  /s/ Jason McDonell
        Jason McDonell

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

        In accordance with General Order No. 45, Rule X, the above signatory attests that

concurrence in the filing of this document has been obtained from the signatory below.

DATED:  May 1, 2008                    BINGHAM McCUTCHEN LLP


By:  /s/ Geoffrey M. Howard
        Geoffrey M. Howard

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE
INTERNATIONAL CORPORATION, and
ORACLE USA, INC.


**SO ORDERED:**

DATED:  _____, 2008
                                                    _____
                                                    Hon. Phyllis Hamilton
                                                    United States District Judge