IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, | No. C-07-01658 PJH (EDL) |
| Plaintiff, | **ORDER FOLLOWING DISCOVERY CONFERENCE** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

After the May 6, 2008 discovery conference, the Court issues the following Order:

1. The Court adopts the parties' proposed briefing schedule for the objections to Judge Legge's special master reports. Defendants' consolidated opening brief shall be filed no later than May 16, 2008. Plaintiff's opposition brief shall be filed no later than May 30, 2008. Defendants' reply brief shall be filed no later than June 6, 2008. The Court will hold a hearing on July 1, 2008 at 9:00 a.m.

2. The Court accepts the parties' proposal for a technology tutorial, which is scheduled for May 23, 2008 at 9:30 a.m.

3. The Court will hold another discovery conference on May 28, 2008 at 10:45 a.m. The parties shall file a joint discovery conference statement no later than May 22, 2008. In the meantime, if the parties reach a stipulation as to all current discovery disputes, they shall submit that stipulation to the Court for approval and request that the discovery conference be

//

taken off calendar.

**IT IS SO ORDERED.**

Dated: May 7, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge