**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: May 6, 2008

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

    Attorneys:    Pltf:  Geoffrey M. Howard, Holly A. House
                         Deft: Jason McDonell, Scott W. Cowan

Deputy Clerk: Lili M. Harrell        FTR digital recording: 2:07pm - 3:00pm

**PROCEEDINGS:**

1. Discovery Conference - Held

2.

**ORDERED AFTER HEARING:**
  Briefing schedule for objections to Special Master Reports:
        Defendant's Opening Brief:   5/16/08
        Plaintiff's Opposition:         5/30/08
        Defendant's Reply Brief:     6/6/08
        Hearing:                     7/1/08 at 9:00am

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 5/28/08 at 10:45am for further discovery conference. Joint discovery conference statement due no later than noon on 5/22/08.

Notes:

cc: