**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7
8   ORACLE CORPORATION,
                                                    No. C 07-01658  EDL
9              Plaintiff,
                                                    CLERK'S NOTICE
10        v.
11  SAP AG,
12             Defendant.
    _____/
13
14        TO ALL PARTIES AND COUNSEL OF RECORD:
15  YOU ARE NOTIFIED THAT the Discovery Conference scheduled for May 28, 2008 has been **reset**
16  **to 3:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San
17  Francisco. All other provisions of this Court's Order Following Discovery Conference remain in effect.
18
19  Dated:  May 16, 2008
20                                              FOR THE COURT,
                                                Richard W. Wieking, Clerk
21
22                                       by:  _____
                                                Lili M. Harrell
23                                              Courtroom Deputy
24
25
26
27
28