Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH <br><br> **DECLARATION OF JASON McDONELL IN SUPPORT OF DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE: DISCOVERY HEARINGS 1 AND 2** <br><br> Date: July 1, 2008 <br> Time: 9:00 a.m. <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

SFI-583837v1

McDONELL DECL. ISO DEFS.' OBJS. TO SPECIAL MASTER'S
REPORT AND RECOMMENDATIONS
Case No. 07-CV-1658 PJH

1  I, JASON McDONELL, declare:

2  I am a partner in the law firm of Jones Day, 555 California Street, San Francisco,

3 California 94104, a member in good standing of the bar of this state, and counsel of record for

4 Defendants SAP AG, SAP Americas, and TomorrowNow, Inc. ("TN") in the above-captioned

5 action. I make this declaration based on personal knowledge and, if called upon to do so, could

6 testify competently thereto.

7  1. Attached hereto as Exhibit 1 are true and correct copies of SAP AG's and SAP

8 Americas' October 1, 2007 responses to RFP No. 55 in Plaintiffs' First Set of Requests for

9 Production of Documents.

10  2. Attached hereto as Exhibit 2 is a true and correct copy of TN's September 21,

11 2007 response to RFP No. 84 in Plaintiffs' First Set of Requests for Production of Documents.

12  3. Attached hereto as Exhibit 3 is a true and correct copy of the Special Master's

13 Report and Recommendations Re: Discovery Hearing No. 1, dated February 22, 2008 ("R&R No.

14 1").

15  4. Attached hereto as Exhibit 4 are true and correct copies of Oracle's September 14,

16 2007 responses to RFP Nos. 25 and 26 in Defendants' First Set of Requests for Production of

17 Documents.

18  5. Attached hereto as Exhibit 5 is a true and correct copy of the Special Master's

19 Report and Recommendations Re: Discovery Hearing No. 2, dated March 20, 2008 ("R&R No.

20 2").

21  6. Attached hereto as Exhibit 6 are true and correct copies of the relevant excerpts

22 from the transcript of the March 4, 2008 hearing with the Special Master on the parties' second

23 set of motions to compel.

24  7. Attached hereto as Exhibit 7 are true and correct copies of the relevant excerpts

25 from the transcript of the February 13, 2008 hearing with the Special Master on the parties'

26 second set of motions to compel.

27  8. Attached hereto as Exhibit 8 is a true and correct copy of a July 10, 2002 letter

28 from David Chavez of PeopleSoft to Seth Ravin of TomorrowNow.

9. I have reviewed Oracle's January 28, 2008 Motion to Compel Production of Documents Related to Government Investigations and Further Responses to Interrogatories (the "Letter Brief"). In the Letter Brief, at page 3, Oracle states: "Since the government is investigating Defendant's conduct as it relates to Oracle's claims [Oracle presumes], materials related to that investigation, and particularly whatever materials Defendants have provided to the government, are relevant." Oracle further argues, at page 4, that the only way for Oracle to know whether Defendants have produced the same documents to the government that they have produced to Oracle is to "compare and contrast Defendants' . . . production[s]."

10. Oracle further states in the Letter Brief, at page 2, that "Defendants themselves publicly disclosed that the government's investigation is addressed to the conduct Oracle alleges in the Complaint."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 16th day of May, 2008 in San Francisco, California.

                                                /S/ Jason McDonell
                                                JASON McDONELL