**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: May 23, 2008

Case No:  **C-07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG**

　　　Attorneys:　　Pltf:　Geoffrey M. Howard, Donn P. Pickett
　　　　　　　　　　　Deft:　Scott W. Cowan, Joshua L. Fuchs, Jason McDonell

　　Deputy Clerk:  Lili M. Harrell　　　　　　　　　　Reporter:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Time: 9:26am - 11:52am)

**PROCEEDINGS:**
　　　Tutorial - Held

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**  for


**Notes:** Experts present: Kevin Mandia, Chris Price


cc: