**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: May 28, 2008

Case No: **C-07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

    Attorneys:    Pltf:    Geoffrey M. Howard
                       Deft:    Jason McDonell, Scott W. Cowan

Deputy Clerk: Lili M. Harrell        FTR Digital Recorder: 3:05pm-3:50pm
                                                       (Time: 45 min)

**PROCEEDINGS:**
    Further Discovery Conference - Held

**ORDERED AFTER HEARING:**
    Parties shall provide an update to the court regarding search terms and custodians by 6/11/08.

**Order to be prepared by:**  [] Plntf  [] Deft  [X] Court

**Case continued to:**  for

**Notes:**

cc: