BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF HOLLY A. HOUSE IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE: DISCOVERY HEARINGS 1 AND 2**<br><br>Date: July 1, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom E, Floor 15<br>Judge: Honorable Elizabeth D. Laporte |

Case No. 07-CV-1658 PJH (EDL)

DECLARATION OF HOLLY A. HOUSE

A/72547141.3

Dockets.Justia.com

I, Holly A. House, declare as follows:

1.  I am an attorney admitted to practice law in the State of California and before this Court, and a partner at Bingham McCutchen LLP, counsel of record for plaintiffs Oracle Corporation, Oracle USA, Inc. and Oracle International Corporation (collectively, "Oracle" or "Plaintiffs") in this matter. I have personal knowledge of the facts contained in this Declaration and could competently testify to them if required to do so.

2.  Oracle served its First Sets of Requests for Production of Documents ("Requests") on TomorrowNow, Inc. on August 2, 2007, and on SAP AG and SAP America, Inc. on August 30, 2007. I am informed and believe that at the time that Oracle served these Requests, it was unaware that Defendants had received a subpoena from a grand jury or, indeed, that a grand jury had been impaneled. On February 13, 2008, at the hearing on Oracle's first motion to compel, counsel for Defendants stated for the first time that a grand jury subpoena had been served on Defendants.

3.  Attached as **Exhibit A** is a true and correct copy of a printout of a July 3, 2007 press release, available at http://www.tnlawsuit.com/uploads/pdf/pressrelease/ pressrelease_ResponsetoOracleComplaint.pdf (a website maintained by Defendants), last visited on May 30, 2008.

4.  Attached as **Exhibit B** is a true and correct copy of a November 16, 2007 letter from Jason McDonell of Jones Day, counsel for Defendants, to Zachary Alinder of Bingham McCutchen. I am further informed and believe that, during meet and confer calls in fall 2007 with Mr. Alinder and Bree Hann, also of Bingham McCutchen, counsel for Defendants refused to produce documents in response to Oracle's Requests for Production relating to government investigation documents and would not elaborate on their reasons for that refusal.

5.  Attached as **Exhibit C** are excerpts from a true and correct copy of Oracle's January 28, 2008 letter brief to Judge Legge. The excerpt includes Oracle's motion to compel production of documents in response to its Requests for Production relating to government investigation documents. In an abundance of caution, Oracle has redacted footnote 2 and Section III to protect references to Defendants' confidential information.

6. Attached as **Exhibit D** are true and correct copies of bracketed excerpts from the transcript of the hearing held by Judge Legge on February 13, 2008, during which the parties and Judge Legge discussed Oracle's motion to compel production of government investigation documents.

7. Attached as **Exhibit E** is a true and correct copy of a December 12, 2007 letter from Mr. McDonell to Mr. Alinder and Geoff Howard, also of Bingham McCutchen.

8. Attached as **Exhibit F** is a true and correct copy of a January 4, 2008 letter from Mr. Alinder to Mr. McDonell.

9. Attached as **Exhibit G** is a true and correct copy of a January 14, 2008 email from Mr. Alinder to Mr. McDonell.

10. Attached as **Exhibit H** is a true and correct copy of a January 24, 2008 email from Mr. McDonell to Mr. Alinder.

11. Attached as **Exhibit I** are true and correct copies of excerpts from Oracle's Responses and Supplemental Responses to TomorrowNow Inc.'s First Set of Document Requests, including Responses and Supplemental Responses Nos. 2, 4, 82-84, 90, 92-93 and 95-96.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct, and that this Declaration was executed on May 30, 2008 in San Francisco, California.

_____
Holly A. House

DECLARATION OF HOLLY A. HOUSE

A/72547141.3