FILED
JUN 0 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Oracle Corporation,<br><br>        Plaintiff(s),<br><br>    v.<br><br>SAP AG,<br><br>        Defendant(s). | No. C 07-01658 PJH MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __5/29/08__

2. Did the case settle? ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☑ another session scheduled for (date) __After further focused discovery, if the parties so agree.__

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES*   ☐ NO

   * subject to possible renewal as noted above.

   Dated: __[signature] 5/29/08__

   **Mediator, Richard H. Abramson**
   SRI Headquarters
   333 Ravenswood Ave
   Menlo Park, CA 94025-3493

**Certification of ADR Session**
07-01658 PJH MED