Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:   (832) 239-3939
Facsimile:    (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH <br><br> **REPLY DECLARATION OF JASON McDONELL IN SUPPORT OF DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE: DISCOVERY HEARINGS 1 AND 2** <br><br> Date/Time: July 1, 2008, 11:00 am <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

I, JASON McDONELL, declare:

I am a partner in the law firm of Jones Day, 555 California Street, San Francisco, California 94104, a member in good standing of the bar of this state, and counsel of record for Defendants SAP AG, SAP Americas, and TomorrowNow, Inc. ("TN") in the above-captioned action. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the transcript of the February 13, 2008 hearing with the Special Master on the parties' first set of motions to compel.

2. Attached hereto as Exhibit 2 is a true and correct copy of a July 27, 2002 letter from James R.J. Spencer, then General Counsel for TN, to David Chavez, then Assistant General Counsel for PeopleSoft. A copy of this letter was produced to Oracle by Blank Rome LLP on May 16, 2008 in response to a subpoena from Oracle.

3. I have reviewed Oracle's January 28, 2008 Motion to Compel Production of Documents Related to Government Investigations and Further Responses to Interrogatories (the "Letter Brief"). The quoted text cited at page 4 of Defendants' reply brief appears at page 4 of Oracle's Letter Brief. Defendants have not included the Letter Brief itself because Oracle designated it under the Protective Order as containing confidential and highly confidential information. Instead, Defendants have quoted the relevant non-confidential text in the reply brief.

4. To date, Defendants have produced 2,181,283 Bates-numbered TN documents, 125,591 Bates-numbered SAP documents, and over 6 terabytes of native data (not Bates-numbered).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 6th day of June, 2008 in San Francisco, California.

/S/ Jason McDonell
JASON McDONELL