United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

        Plaintiff,                                         No. C 07-01658 PJH (EDL)

    v.                                                   CLERK'S NOTICE

SAP AG,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing regarding Special Master's Report and Recommendations and further discovery conference scheduled for 11:00 a.m. on July 1, 2008 has been **reset to 1:15 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: June 25, 2008

                                                          FOR THE COURT,
                                                          Richard W. Wieking, Clerk

                                        by: _____
                                                       Lili M. Harrell
                                                      Courtroom Deputy