**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: July 2, 2008

Case No:  **C-07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG**

| | | |
|---|---|---|
| Attorneys: | Pltf: | Holly House, Geoffrey M. Howard |
| | Deft: | Martha Boersch, Jason McDonell,  Scott W. Cowan |

Deputy Clerk:  Lili M. Harrell          Court Reporter: Belle Ball
                                            (Time: 1 hour 52min)

**PROCEEDINGS**:

Hearing re Special Master's Report & Recommendations and Further Discovery Conference held

**ORDERED AFTER HEARING:**

Parties shall file their joint proposal or prospective proposals as stated during the hearing on 7/18/08. Further Discovery Conferences scheduled for 7/24/08 at 2:30pm and 8/28/08 at 10am


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   for

**Notes:**

cc: