| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway<br>M/S 5op7 |
| 11 | Redwood City, CA 94070 |
| 12 | Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114 |
| 13 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com |
| 14 | |
| 15 | Attorneys for Plaintiffs<br>ORACLE CORPORATION, ORACLE |
| 16 | USA, INC., and ORACLE<br>INTERNATIONAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

<u>TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:</u>

PLEASE TAKE NOTICE that attorney Jennifer Gloss from Oracle USA, Inc., member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Plaintiffs Oracle Corporation, Oracle USA, Inc. and Oracle International Corporation.

DATED: July 9, 2008          ORACLE USA, INC.

By: _____
Jennifer Gloss
Attorneys for Plaintiffs
Oracle Corporation, Oracle International
Corporation, and Oracle USA, Inc.