| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) | Elaine Wallace (SBN 197882)<br>JONES DAY |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 4 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 5 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com | ewallace@jonesday.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776) |
| 8 | bree.hann@bingham.com | JONES DAY<br>1755 Embarcadero Road |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) | Palo Alto, CA 94303<br>Telephone: (650) 739-3939 |
| 10 | 500 Oracle Parkway<br>M/S 5op7 | Facsimile: (650) 739-3900<br>tglanier@jonesday.com |
| 11 | Redwood City, CA 94070 | jfroyd@jonesday.com |
| 12 | Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114 | Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com | JONES DAY<br>717 Texas, Suite 3300 |
| 14 | | Houston, TX 77002<br>Telephone: (832) 239-3939 |
| 15 | Attorneys for Plaintiffs<br>Oracle Corporation, Oracle USA, Inc., and | Facsimile: (832) 239-3600<br>swcowan@jonesday.com |
| 16 | Oracle International Corporation | jlfuchs@jonesday.com |
| 17 | | Attorneys for Defendants |
| 18 | | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

19　UNITED STATES DISTRICT COURT

20　NORTHERN DISTRICT OF CALIFORNIA

21　SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | ORACLE CORPORATION, et al., | Case No. 07-CV-1658 PJH (EDL) |
| 23 | Plaintiffs, | STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND TIME TO |
| 24 | v. | COMPLY WITH DISCOVERY ORDER |
| 25 | SAP AG, et al., | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER T0 EXTEND TIME<br>TO COMPLY DISCOVERY ORDER

Pursuant to Civil Local Rule 6-2, and in accordance with Local Rule 7-12, Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation ("Oracle") and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants") hereby submit this agreed upon stipulation extending the deadline for Defendants to comply with the Court's July 3, 2008 Discovery Order to produce materials sent to the federal grand jury to July 23, 2008. The accompanying Declaration of Jason McDonell sets forth the reasons for the requested extension of time.

DATED: July 13, 2008　　　　　　　　　　JONES DAY

By:　/s/ Jason McDonell
　　　　Jason McDonell

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: July 13, 2008　　　　　　　　　　BINGHAM McCUTCHEN LLP

By:　/s/ Geoffrey M. Howard
　　　　Geoffrey M. Howard

Attorneys for Plaintiffs
Oracle Corporation, Oracle International Corporation, and Oracle USA, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge