BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and
Oracle International Corporation

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH DISCOVERY ORDER |

| | | |
|---|---|---|
| 1 | Pursuant to Civil Local Rule 6-2, and in accordance with Local Rule 7-12, Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation ("Oracle") and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants") hereby submit this agreed upon stipulation extending the deadline for Defendants to comply with the Court's July 3, 2008 Discovery Order to produce materials sent to the federal grand jury to <u>July 23, 2008</u>. The accompanying Declaration of Jason McDonell sets forth the reasons for the requested extension of time. | |

DATED: July 13, 2008                      JONES DAY

By: /s/ Jason McDonell
   Jason McDonell

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: July 13, 2008                      BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
   Geoffrey M. Howard

Attorneys for Plaintiffs
Oracle Corporation, Oracle International
Corporation, and Oracle USA, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 17, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Signature and seal: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte / United States District Court Northern District of California]*