| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle Corporation, Oracle USA, Inc.,<br>and Oracle International Corporation | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAP AG, et al.,<br><br>　　　　Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION TO STAY OR TO EXTEND TIME TO COMPLY WITH JULY 3, 2008 DISCOVERY ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation ("Oracle") and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants") hereby submit this stipulated request to shorten time to hear Defendants' Motion to Stay or to Extend Time to Comply with the Court's July 3, 2008 Discovery Order ("Defendants' Motion").

Defendants' Motion is being filed concurrently with this Stipulated Request. The motion seeks a stay of, or an extension of time to comply with, the Court's July 3, 2008 Order to produce documents provided to the grand jury, pending appeal of that Order to Judge Hamilton. Specifically, the motion seeks a stay of or an extension from the current compliance date of July 23, 2008 until a date seven (7) days after the disposition by Judge Hamilton of Defendants' appeal.

Oracle plans to oppose Defendants' Motion. Under Civil Local Rule 6-3(c), Oracle has until July 23rd to file its opposition. However, Oracle has agreed to file its opposition two (2) days early, on July 21, and Defendants have agreed not to file a reply brief so that the Court may rule on Defendants' Motion on or before the current compliance date of July 23. The reasons for this requested shortening of time are set forth in the accompanying Declaration of Jason McDonell.

DATED: July 18, 2008    JONES DAY

By: /s/ Jason McDonell
    Jason McDonell

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: July 18, 2008                    BINGHAM McCUTCHEN LLP


                                        By:  /s/ Geoffrey M. Howard
                                             Geoffrey M. Howard

                                        Attorneys for Plaintiffs
                                        Oracle Corporation, Oracle International
                                        Corporation, and Oracle USA, Inc.


PURSUANT TO STIPULATION , IT IS SO ORDERED.


Dated: _____

                                        _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge