BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF HOLLY A. HOUSE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY OR EXTEND TIME TO COMPLY WITH JULY 3, 2008 DISCOVERY ORDER** |

I, Holly A. House, declare:

1. I am an attorney admitted to practice law in the State of California and before this Court, and a partner in the law firm of Bingham McCutchen LLP, counsel of record for plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") in this matter. I have personal knowledge of the matters contained within this Declaration and could testify competently as to them if called to do so.

2. On August 2, 2007, Oracle served its First Set of Requests for Production on Defendant TomorrowNow, Inc. ("SAP TN"). On August 30, 2007, Oracle served its First Set of Requests for Production on Defendants SAP AG and SAP America, Inc. Among those requests, Oracle sought documents from TomorrowNow, SAP AG, and SAP America (collectively, "Defendants") relating to government investigations (No. 55 to SAP AG and SAP America and No. 84 to SAP TN, together the "Request"):

> All Documents relating to Department of Justice, Federal Bureau of Investigation, or other federal, state, or local government agency's request or investigation into the allegations in the Complaint and First Amended Complaint, including without limitation all Documents provided by You to any such agency in response to a request or investigation of those allegations.

This Request is therefore not limited to, and does not specifically mention, documents subpoenaed by a grand jury – though they would be included.

3. Counsel for Oracle and for Defendants met and conferred about the Request in the fall of 2007. Defendants refused to produce any documents in response, citing a grand jury privilege.

4. In January 2008, before then-Discovery Magistrate Legge, Oracle moved to compel production of documents responsive to the Request. A month later, Judge Legge ordered Defendants to comply. Oracle's Request had then been outstanding for six months. Defendants then filed an objection with Judge Hamilton in March 2008; after referral to this Court, they filed another objection on May 16, 2008. *See* Docket Items 68, 88. This Court heard argument on July 1 and, on July 3, affirmed Judge Legge's ruling and ordered Defendants to produce responsive documents by July 15 (the "July 3 Order"). *See* Docket Item 106.

2  Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF HOLLY A. HOUSE

5. Defendants then asked Oracle to agree to a short extension of time for their compliance with the July 3 Order. Among the bases for the request were Defendants' asserted difficulties in eliminating from the production the narrow subset of non-responsive private information the Court allowed as a carve-out in the July 3 Order. Oracle agreed to this courtesy, which gave Defendants another week, until July 23, to comply. *See* Docket Item 113.

6. On July 17, 2008, I participated in a telephonic meet and confer with Defendants' counsel on unrelated topics. At the end of the discussion, Jason McDonell of Jones Day informed me that Defendants intended to appeal the July 3 Order to Judge Hamilton. Mr. McDonell requested that Oracle stipulate to a stay of that order until after that appeal is resolved. I asked Mr. McDonell to memorialize his request in writing. Attached as **Exhibit A** is a true and correct copy of the email I received from Mr. McDonell that afternoon, containing Defendants' request.

7. Because of the significant additional delay that such a stay would impose, and the need for the documents in connection with the current deposition schedule of crucial SAP AG and SAP America witnesses, Oracle was unwilling to agree unconditionally to such an extension. In an attempt at compromise, I conveyed our offer to agree to the requested stay if Defendants would then consent to the public filing of Oracle's Second Amended Complaint ("SAC"). Defendants have had Oracle's draft SAC in its essentially final form since April and now have it in its fully final form. (At the April 24, 2008 case management conference, which I attended, Judge Hamilton told the parties that her general expectation is that parties consent to the filing of amended complaints, and that such complaints generally should not be filed under seal.) Oracle's request stems from its frustration with Defendants' unwillingness to say whether they would agree to the SAC's filing. Attached as **Exhibit B** is a true and correct copy of the email I sent to Mr. McDonell on July 17, 2008, containing that proffered compromise.

8. Mr. McDonell and I continued to discuss the proffered compromise over email on July 18, but ultimately Defendants refused to agree to the public filing, or any filing, of Oracle's Second Amended Complaint. Attached as **Exhibit C** is a true and correct copy of that email

DECLARATION OF HOLLY A. HOUSE

correspondence. Nonetheless, Oracle agreed to stipulate that Defendants' motion for a stay of the July 3 Order could be heard on shortened time.

9. Several key depositions of SAP AG and SAP America witnesses have been scheduled, including Josef Schmidt on August 1, Thomas Ziemen on August 14-15, John Zepecki on August 21, SAP AG CEO Henning Kagermann on September 26, and Leo Apotheker on October 2. In addition, Oracle has outstanding deposition notices for several additional key SAP AG and America witnesses, which Defendants have represented will also take place in September, October, and November. These witnesses are crucial to Oracle's theory of the case and understanding of Defendants' involvement. Oracle believes documents responsive to the Request will be important to prepare for, and take, these depositions. In addition, these depositions have been hard to schedule based on Defendants' assertions of how crowded these individuals' calendars are and the need to follow certain procedures in Germany. Thus, if the stay were granted, moving the dates or reopening the depositions to allow for questioning about the documents once they are finally produced would be difficult and expensive.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on July 21, 2008, in San Francisco, California.

_____
Holly A. House

# Exhibit A

| From: | Jason McDonell [jmcdonell@JonesDay.com] |
|---|---|
| Sent: | Thursday, July 17, 2008 4:52 PM |
| To: | House, Holly |
| Cc: | Hann, Bree; Howard, Geoff; Jane L Froyd; Joshua L Fuchs; Scott Cowan; Alinder, Zachary J.; Elaine Wallace; Martha Boersch |
| Subject: | request for further extension of time re grand jury docs |

Holly,

This follows up on our phone call of a short while ago in which I informed you that we will appeal Judge LaPorte's order on the grand jury documents to Judge Hamilton.

Please let me know whether Oracle will agree to a further extension of the time to comply with that order until 7 days after Judge Hamilton's disposition of the issue.

Thank you.


Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
SF Office Main Tel.: (415) 626-3939
Direct Dial: (415) 875-5820
Fax: (415) 875-5700
Email: jmcdonell@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

7/21/2008

# Exhibit B

| From: | House, Holly |
|---|---|
| Sent: | Thursday, July 17, 2008 7:08 PM |
| To: | 'jmcdonell@JonesDay.com' |
| Cc: | Hann, Bree; Howard, Geoff; 'jfroyd@JonesDay.com'; 'jlfuchs@JonesDay.com'; 'swcowan@JonesDay.com'; Alinder, Zachary J.; 'ewallace@JonesDay.com'; 'mboersch@JonesDay.com' |
| Subject: | Re: 2ND Stipulation to extend production of grand jury documents pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time to Comply with Order.DOC |

Oracle is willing to extend this courtesy if SAP is willing to agree to allow Oracle to file its SAC and not under seal. Let us know and we can work out appropriate documentation.

----- Original Message -----
From: Jason McDonell <jmcdonell@JonesDay.com>
To: House, Holly
Cc: Hann, Bree; Howard, Geoff; Jane L Froyd <jfroyd@JonesDay.com>; Joshua L Fuchs <jlfuchs@JonesDay.com>; Scott Cowan <swcowan@JonesDay.com>; Alinder, Zachary J.; Elaine Wallace <ewallace@JonesDay.com>; Martha Boersch <mboersch@JonesDay.com>
Sent: Thu Jul 17 18:07:48 2008
Subject: 2ND Stipulation to extend production of grand jury documents pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time to Comply with Order.DOC

Holly,

For your consideration in connection with my pending request for a stipulation, please see the attached drafts. Thanks.

Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
SF Office Main Tel.: (415) 626-3939
Direct Dial: (415) 875-5820
Fax: (415) 875-5700
Email: jmcdonell@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# Exhibit C

**From:** Jason McDonell [mailto:jmcdonell@JonesDay.com]
**Sent:** Friday, July 18, 2008 12:12 PM
**To:** House, Holly
**Cc:** Hann, Bree; ewallace@JonesDay.com; Howard, Geoff; jfroyd@JonesDay.com; jlfuchs@JonesDay.com; swcowan@JonesDay.com; Alinder, Zachary J.
**Subject:** Re: 2ND Stipulation to extend production of grand jury documents pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time to Comply with Order.DOC


Thank you for agreeing that the motion can be heard on shortened time.

Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
SF Office Main Tel.: (415) 626-3939
Direct Dial: (415) 875-5820
Fax: (415) 875-5700
Email: jmcdonell@jonesday.com


| | |
|---|---|
| "House, Holly" <holly.house@bingham.com><br><br>07/18/2008 11:54 AM | To jmcdonell@JonesDay.com<br>cc "Hann, Bree" <bree.hann@bingham.com>, ewallace@JonesDay.com, "Howard, Geoff" <geoff.howard@bingham.com>, jfroyd@JonesDay.com, jlfuchs@JonesDay.com, swcowan@JonesDay.com, "Alinder, Zachary J." <zachary.alinder@bingham.com><br>Subject Re: 2ND Stipulation to extend production of grand jury documents pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time to Comply with Order.DOC |


We agree the motion can be heard on shortened time. After all, we are the ones hurt by defendants' continued refusal to produce.

----- Original Message -----
From: Jason McDonell <jmcdonell@JonesDay.com>
To: House, Holly
Cc: Hann, Bree; ewallace@JonesDay.com <ewallace@JonesDay.com>; Howard, Geoff; jfroyd@JonesDay.com <jfroyd@JonesDay.com>; jlfuchs@JonesDay.com <jlfuchs@JonesDay.com>; swcowan@JonesDay.com <swcowan@JonesDay.com>; Alinder, Zachary J.
Sent: Fri Jul 18 11:05:28 2008
Subject: RE: 2ND Stipulation to extend production of grand jury documents pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time to Comply with Order.DOC


7/21/2008

Holly,

I disagree with your assertions and continue to believe that it is not appropriate for you to link these unrelated issues. Under the circumstances, defendants are not in a position to agree to your requests concerning the SAC.

It is thus my understanding that Oracle is unwilling to stipulate to the requested extension of time and unwilling to stipulate that our motion be heard on shortened time. If this is incorrect, please let me know ASAP. Otherwise, we will proceed to file an appropriate motion.

Thank you.


Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
SF Office Main Tel.: (415) 626-3939
Direct Dial: (415) 875-5820
Fax: (415) 875-5700
Email: jmcdonell@jonesday.com



"House, Holly" <holly.house@bingham.com>


07/18/2008 10:36 AM
To
     jmcdonell@JonesDay.com
cc
     "Hann, Bree" <bree.hann@bingham.com>, ewallace@JonesDay.com, "Howard, Geoff" <geoff.howard@bingham.com>, jfroyd@JonesDay.com, jlfuchs@JonesDay.com, swcowan@JonesDay.com, "Alinder, Zachary J." <zachary.alinder@bingham.com>
Subject
     RE: 2ND Stipulation to extend production of grand jury documents pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time to Comply with Order.DOC




Jason:

Your assertion that Oracle is not giving up any substantive rights by
agreeing to Defendants' request that it stipulate to stay Magistrate
Laporte's order is wishful thinking. Oracle propounded its request for
Defendants' government produced materials in October 2007. After
extensive -- and expensive -- meet and confer efforts and motion
practice, Oracle secured orders for Defendants' production of these
highly relevant materials not once but twice. Magistrate Laporte's
pending order would have secured us those documents by this week, but we
extended you the courtesy of an extension until July 18th. Even if
Defendants secure the first possible hearing date before Judge Hamilton
(which Oracle will insist Defendants seek rather than draw this out
indefinitely), being subject to Defendants' requested stay would mean
Oracle remains without these documents while you brief and argue this
once again and we await hearing -- all while we have key depositions
ongoing that will likely be benefited by those documents.

In exchange, all Oracle asks is for Defendants' long-awaited agreement
that it be allowed to file its SAC -- a right supported by the law and
which Judge Hamilton admonished Defendants she would allow. That the
facts set forth in the SAC are embarrassing to Defendants is no
justification for Defendants' ongoing refusal to commit to allow Oracle
to make that filing.

Thus Oracle asks your clients to reconsider their response to Oracle's
proposal.


----- Original Message -----
From: Jason McDonell <jmcdonell@JonesDay.com>
To: House, Holly
Cc: Hann, Bree; ewallace@JonesDay.com <ewallace@JonesDay.com>; Howard,
Geoff; jfroyd@JonesDay.com <jfroyd@JonesDay.com>; jlfuchs@JonesDay.com

7/21/2008

<jlfuchs@JonesDay.com>; swcowan@JonesDay.com <swcowan@JonesDay.com>;
Alinder, Zachary J.
Sent: Thu Jul 17 21:24:55 2008
Subject: Re: 2ND Stipulation to extend production of grand jury
documents pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time
to Comply with Order.DOC


Holly,

These two issues are not related, and we cannot accept your invitation
for our client to trade significant substantive rights for a routine
procedural courtesy. Please ask your client to reconsider my request.


If Oracle remains unwilling to stipulate to the extension, will Oracle
stipulate that our motion for extension can be heard on an expedited
basis so it can be decided before the 7/23 production date?

If I do not hear from you by noon tomorrow, I will assume that Oracle is
unwilling to stipulate to either the extension or the shortened time and
we will file an appropriate motion.

Thank you.


Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104-1500
SF Office Main Tel.:  (415) 626-3939
Direct Dial:  (415) 875-5820
Fax:  (415) 875-5700
Email:  jmcdonell@jonesday.com



"House, Holly" <holly.house@bingham.com>


07/17/2008 07:08 PM
To
                jmcdonell@JonesDay.com
cc
                "Hann, Bree" <bree.hann@bingham.com>, "Howard, Geoff"
<geoff.howard@bingham.com>, jfroyd@JonesDay.com, jlfuchs@JonesDay.com,
swcowan@JonesDay.com, "Alinder, Zachary J."
<zachary.alinder@bingham.com>, ewallace@JonesDay.com,
mboersch@JonesDay.com Subject
                Re: 2ND Stipulation to extend production of grand jury documents
pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time to Comply
with Order.DOC




Oracle is willing to extend this courtesy if SAP is willing to agree to
allow Oracle to file its SAC and not under seal. Let us know and we can
work out appropriate documentation.

----- Original Message -----
From: Jason McDonell <jmcdonell@JonesDay.com>
To: House, Holly
Cc: Hann, Bree; Howard, Geoff; Jane L Froyd <jfroyd@JonesDay.com>;
Joshua L Fuchs <jlfuchs@JonesDay.com>; Scott Cowan
<swcowan@JonesDay.com>; Alinder, Zachary J.; Elaine Wallace
<ewallace@JonesDay.com>; Martha Boersch <mboersch@JonesDay.com>
Sent: Thu Jul 17 18:07:48 2008
Subject: 2ND Stipulation to extend production of grand jury documents
pending appeal.DOC;McDonell Decl ISO 2ND Stip to Extend Time to Comply
with Order.DOC


Holly,

For your consideration in connection with my pending request for a
stipulation, please see the attached drafts. Thanks.



7/21/2008

Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
SF Office Main Tel.: (415) 626-3939
Direct Dial: (415) 875-5820
Fax: (415) 875-5700
Email: jmcdonell@jonesday.com

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege. If you received this e-mail in error, please delete it from
your system without copying it and notify sender by reply e-mail, so
that our records can be corrected.
==========

================================================================
====
Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with
IRS requirements, we inform you that any U.S. federal tax advice
contained in this communication is not intended or written to be used,
and cannot be used by any taxpayer, for the purpose of avoiding any
federal tax penalties. Any legal advice expressed in this message is
being delivered to you solely for your use in connection with the
matters addressed herein and may not be relied upon by any other person
or entity or used for any other purpose without our prior written
consent.
The information in this e-mail (including attachments, if any) is
considered confidential and is intended only for the recipient(s) listed
above. Any review, use, disclosure, distribution or copying of this
e-mail is prohibited except by or on behalf of the intended recipient.
If you have received this email in error, please notify me immediately
by reply email, delete this email, and do not disclose its contents to
anyone. Thank you.
================================================================
====

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege. If you received this e-mail in error, please delete it from
your system without copying it and notify sender by reply e-mail, so
that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by
attorney-client or other privilege. If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by
attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be corrected.

7/21/2008