United States District Court
Northern District of California

# DOCUMENT LOCATOR

**Case Number:**  CV-07-1658  PJH

**Date Filed:**  7-21-08

**Document:**

____  **Reporter's Transcript:**

____  **Trial Exhibits:**

____  **Lodged Documents:**

__X__  **Sealed Documents**

____  **Declaration:**

____  **Other:**

**Location:**

____  **Expando (Next to Case File)**

____  **Overflow Shelf:**

__X__  **Vault**

____  **Other:**

## Document Number:   128