**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: July 24, 2008

Case No: **C-07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

    Attorneys:   Pltf:   Geoffrey M. Howard, Holly House, Zach Alinder, Jennifer Gloss
                       Deft:   Jason McDonell, Scott W. Cowan, Jane Froyd John Hickey

Deputy Clerk: Lili M. Harrell        Court Reporter: Sahar McVickar
                                                (Time: 61 min)

**PROCEEDINGS:**

- Further Discovery Conference held

**ORDERED AFTER HEARING:**
- Further Discovery Conference scheduled for 8/28/08 at 10am


**Order to be prepared by:** [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**Notes:**

cc: