1   BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA  94111-4067
5   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
6   donn.pickett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10  500 Oracle Parkway
    M/S 5op7
11  Redwood City, CA  94070
    Telephone:  (650) 506-4846
12  Facsimile:  (650) 506-7114
    dorian.daley@oracle.com
13  jennifer.gloss@oracle.com

14  Attorneys for Plaintiffs
    Oracle Corporation, Oracle USA, Inc.,
15  and Oracle International Corporation

16

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19                            SAN FRANCISCO DIVISION

20  ORACLE CORPORATION, a Delaware          CASE NO.  07-CV-01658 PJH (EDL)
    corporation, ORACLE USA, INC., a Colorado
21  corporation, and ORACLE INTERNATIONAL    **DECLARATION OF GEOFFREY M.
    CORPORATION, a California corporation,    HOWARD IN SUPPORT OF
22                                            PLAINTIFFS' MOTION TO
                 Plaintiffs,                  COMPEL PRODUCTION OF
23                                            CLAWED BACK DOCUMENTS**
             v.
24                                            Date: TBD
    SAP AG, a German corporation, SAP        Time: TBD
25  AMERICA, INC., a Delaware corporation,    Courtroom: E, 15th Floor
    TOMORROWNOW, INC., a Texas corporation,   Judge: Hon. Elizabeth D. Laporte
26  and DOES 1-50, inclusive,

27               Defendants.

28
    A/72610335.1/2021039-0000324170

1     I, Geoffrey M. Howard, declare:

2     1.     I am a member of the State Bar of California and a partner at Bingham

3 McCutchen LLP, counsel of record for plaintiffs Oracle Corporation, Oracle USA, Inc., and

4 Oracle International Corporation (together "Oracle") in this action.  Except for matters stated

5 below on information and belief, I have personal knowledge of the matters stated in this

6 declaration by virtue of my representation of Oracle in this action.  If called and sworn as a

7 witness, I could and would competently testify to such matters.

8     2.     Attached as Exhibit A is a table created in support of the above-captioned motion,

9 listing the 49 Contested Documents at issue in the motion.

10     3.     Attached as Exhibit B is a true and correct redacted copy of a document produced

11 by Defendants and later clawed back, Bates labeled TN-OR00854803-804.  An unredacted

12 version of this document will be submitted to the Court by Defendants.

13     4.     Attached as Exhibit C is a true and correct redacted copy of a document produced

14 by Defendants and later clawed back, Bates labeled TN-OR00164402-410.  An unredacted

15 version of this document will be submitted to the Court by Defendants.

16     5.     Attached as Exhibit D is a true and correct copy of a document produced by

17 Defendants, later clawed back as privileged, and then re-produced in full, Bates labeled TN-

18 OR00596327-328.

19     6.     Attached as Exhibit E is a true and correct copy of a document produced by

20 Defendants, Bates labeled SAP-OR00091723-728, that was introduced as Exhibit 210 at the

21 deposition of Mr. Arlen Shenkman on June 4, 2008.

22     7.     Attached as Exhibit F is a true and correct copy of a document produced by

23 Defendants, Bates labeled SAP-OR00004973-974, that was introduced as Exhibit 217 at the

24 deposition of Mr. Arlen Shenkman on June 4, 2008.

25     8.     Attached as Exhibit G is a true and correct copy of a document produced by

26 Defendants, Bates labeled SAP-OR00004991-007, that was introduced as Exhibit 225 at the

27 deposition of Mr. Arlen Shenkman on June 4, 2008.

28

1        9.      Attached as Exhibit H is a true and correct copy of a document produced by

2    Defendants, Bates labeled SAP-OR00004763-771, that was introduced as Exhibit 220 at the

3    deposition of Mr. Arlen Shenkman on June 4, 2008.

4        10.     Attached as Exhibit I is a true and correct copy of a document produced by

5    Defendants, Bates labeled SAP-OR00096318, that was introduced as Exhibit 316 at the

6    deposition of Mr. James Mackey on July 15, 2008.

7        11.     Attached as Exhibit J is a true and correct copy of a document produced by

8    Defendants, Bates labeled TN-OR00217199-201, that was introduced as Exhibit 261 at the

9    deposition of Mr. Arlen Shenkman on June 5, 2008.

10       12.     Attached as Exhibit K is a true and correct copy of excerpts from Defendant TN's

11   Second Amended and Supplemental Response to Oracle's First Set of Interrogatories (Set One).

12       13.     Attached as Exhibit L is a true and correct copy of a press release issued by

13   Defendant SAP on July 3, 2007, and downloaded from their website

14   (http://www.sap.com/about/press/press.epx?pressid=7971) on July 29, 2008.

15       14.     Attached as Exhibit M is a true and correct copy of excerpts from the deposition

16   of Ms. Shelley Nelson, taken in Houston, Texas on December 6, 2007.

17       15.     Attached as Exhibit N is a true and correct copy of excerpts from the deposition

18   of Mr. Arlen Shenkman, taken in East Palo Alto, California, on June 4, 2008.

19       16.     Attached as Exhibit O is a true and correct copy of excerpts from the deposition

20   of Mr. Arlen Shenkman, taken in East Palo Alto, California, on June 5, 2008.

21       17.     Attached as Exhibit P is a true and correct copy of excerpts from the deposition of

22   Mr. James Mackey, taken in San Francisco, California, on July 15, 2008.

23       18.     Attached as Exhibit Q is a true and correct copy of Defendants' Privilege Log

24   Relating to Claw-Back Documents, dated July 11, 2008.

25       19.     Attached as Exhibit R is a true and correct copy of a letter dated April 17, 2008,

26   from Jason McDonell, Esq. to Geoffrey Howard, Esq.

27       20.     Attached as Exhibit S is a true and correct copy of a letter dated May 29, 2008,

28   from Jason McDonell, Esq. to Holly House, Esq.

DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF CLAWED BACK DOCUMENTS

1  21.  Attached as Exhibit T is a true and correct copy of a letter dated July 2, 2008,
2  from Jason McDonell, Esq. to Holly House, Esq.

3  22.  Attached as Exhibit U is a true and correct redacted copy of a document produced
4  by Defendants and later clawed back, Bates labeled TN-OR01157057-059. An unredacted
5  version of this document will be submitted to the Court by Defendants.

6  23.  Attached as Exhibit V is a placeholder for a document produced by Defendants
7  and later clawed back, Bates labeled TN-OR01058166-170. This document will be submitted to
8  the Court by Defendants.

9  24.  Attached as Exhibit W is a true and correct redacted copy of a document produced
10  by Defendants and later clawed back, Bates labeled TN-OR00868717-719. An unredacted
11  version of this document will be submitted to the Court by Defendants.

12  25.  Attached as Exhibit X is a true and correct copy of a document produced by
13  Defendants, Bates labeled TN-OR00980230-234.

14  26.  Attached as Exhibit Y is a true and correct copy of a document produced by
15  Defendants, Bates labeled TN-OR01088467-468.

16  27.  The parties have met and conferred extensively about the Contested Documents.

17  28.  Per the Court's Order resulting from the July 24, 2008 discovery conference,
18  Oracle shared a copy of the motion that accompanies this declaration with Defendants on July
19  31, 2008. On August 1, 2008, hours before the Motion to Compel was due to be filed,
20  Defendants withdrew their claim of privilege as to one of the six exemplar documents.

21  29.  After receiving each of the letters attached hereto as exhibits R-T, Oracle
22  promptly took steps to destroy all copies but one of each document, and sequestered the
23  remaining copies, in compliance with Fed. R. Civ. P. 26(b)(5)(B), with the Protective Order in
24  this matter and with the Court's instructions at the May 28, 2008 hearing where the procedure for
25  this motion was initially discussed. During the May 28, 2008 hearing, the Court allowed the

26
27
28

1  parties, if they were petitioning the court for review of a clawed-back document, to refer to the

2  contents of that document as part of making a case that it should not have been withheld.[1]

3      30.      A recent electronic search undertaken by attorneys under my supervision for SAP

4  attorney Chris Faye's name returned 1,085 documents in the SAP and TN document productions,

5  many dealing with subjects substantially similar to the clawed-back documents.  Oracle pointed

6  out the large number of Faye documents to Defendants during the meet and confer process, but

7  Defendants offered no explanation for why some fell within the privilege and others did not.  At

8  no point since the initial discovery of the "inadvertently produced" documents have Defendants

9  requested that Oracle return any of the other documents that deal with the same topics and

10  involve the same attorneys.

11      I declare under penalty of perjury under the laws of the United States of America

12  that the foregoing is true and correct.

13      Executed on August 1, 2008 in San Francisco, California.

14

15

16  By:_____ /s/ Geoffrey M. Howard_____
                    Geoffrey M. Howard

17

18

19

20

21

22

23

24

25

26  _____

27  [1] Bingham McCutchen has created a written transcript of the audio tape of this hearing, which it would be happy to provide to the Court upon request.

28