# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number: (415) 875-5820
jmcdonell@jonesday.com

JP009227
530198-645001

July 2, 2008

*E-mail to holly.house@bingham.com*

Ms. Holly House, Esq.
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Re: Case No. 07-CV-1658; *Oracle Corporation, et al., v. SAP AG et al.*
U. S. District Court, Northern District of California, San Francisco Division

Dear Ms. House:

Defendants have discovered the inadvertent production of two privileged documents that have been produced to Plaintiffs from the files of TomorrowNow custodians. Pursuant to paragraph 15 of the Stipulated Protective Order, Plaintiffs have an obligation to promptly return the documents and all copies thereof to which the claim of inadvertent production has been made. Plaintiffs may not use these documents for any purpose other than using information concerning the documents in connection with a motion to compel.

- TN-OR00868518 to TN-OR00868519; and

- TN-OR01688352 to TN-OR01688353.

Notably, these documents are identical to several documents that were the subject of Defendants' inadvertent production letter of May 29, 2008. Defendants will promptly provide a placeholder tiff image and the accompanying load file which should be used to replace this document.

Please let me know if you have any questions.

Very truly yours,

Jason McDonell

HUI-99226v1
ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

cc: *Via E-mail*
    Donn Pickett – Bingham McCutchen, LLP – donn.pickett@bingham.com
    Geoffrey M. Howard – Bingham McCutchen, LLP – geoff.howard@bingham.com
    Zachary J. Alinder – Bingham McCutchen, LLP – zachary.alinder@bingham.com
    Bree Hann – Bingham McCutchen, LLP – bree.hann@bingham.com

    *Via E-mail*
    Robert A. Mittelstaedt – Jones Day San Francisco – ramittelstaedt@jonesday.com
    Greg Lanier – Jones Day Silicon Valley – tglanier@jonesday.com
    Scott W. Cowan – Jones Day Houston – swcowan@jonesday.com
    Elaine Wallace – Jones Day San Francisco – ewallace@jonesday.com