| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| | |
| 9 | DORIAN DALEY (SBN 129049) |
| | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway |
| | M/S 5op7 |
| 11 | Redwood City, CA 94070 |
| | Telephone: (650) 506-4846 |
| 12 | Facsimile: (650) 506-7114 |
| | dorian.daley@oracle.com |
| 13 | jennifer.gloss@oracle.com |
| | |
| 14 | Attorneys for Plaintiffs |
| | Oracle Corporation, Oracle USA, Inc., |
| 15 | and Oracle International Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | | Case No. 07-CV-01658 PJH (EDL) |
| | | **PROOF OF SERVICE** |
| Plaintiffs, | | |
| v. | | |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | | |
| Defendants. | | |

A/72613441.3/2021039-0000324170              Case No. 07-CV-01658 PJH (EDL)

PROOF OF SERVICE

**1**      I am over eighteen years of age, not a party in this action, and employed in San

**2** Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-

**3** 4067. I am readily familiar with the practice of this office for collection and processing of

**4** correspondence electronic delivery and for next business day delivery, and they are deposited

**5** that same day in the ordinary course of business.

**6**      On August 1, 2008, I served:

**PLAINTIFFS' ADMINSTRATIVE MOTION TO FILE THEIR MOTION TO COMPEL AND SUPPORTING DOCUMENTS UNDER SEAL; DECLARATION OF TANYA K. DUMAS IN SUPPORT**

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS [REDACTED VERSION]**

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS [UNREDACTED VERSION]**

**DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS [REDACTED VERSION]**

**DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS [UNREDACTED VERSION]**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR MOTION TO COMPEL AND SUPPORTING DECLARATION UNDER SEAL**

X  (OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Federal Express in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

X  (VIA EMAIL) by transmitting via email the document(s) listed above on this date to the person(s) at the email address(es) set forth below.

| | | |
|---|---|---|
| 1 | Robert A. Mittelstaedt, Esq. | Tharan Gregory Lanier, Esq. |
| 2 | Jason McDonell, Esq. | Jane L. Froyd, Esq. |
|   | Elaine Wallace | Jones Day |
| 3 | Jones Day | Silicon Valley Office |
|   | 555 California Street, 26th Floor | 1755 Embarcadero Road |
| 4 | San Francisco, CA 94104 | Palo Alto, CA 94303 |
| 5 | Scott W. Cowan, Esq. | |
|   | Joshua L. Fuchs, Esq. | |
| 6 | Jones Day | |
| 7 | 717 Texas, Suite 3300 | |
|   | Houston, TX 77002 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on August 1, 2008, at San Francisco, California.

By: ___/s/ Lisa K. Large___
            Lisa K. Large