BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND RESPONSIVE BRIEFING SCHEDULE FOR: (1) PLAINTIFFS' MOTION TO COMPEL FILED ON 8-1-2008; AND (2) PLAINTIFF'S ADMINISTRATIVE MOTION FILED ON 8-1-2008** |
| v. | |
| SAP AG, et al., | |
| Defendants. | Date: N/A <br> Time: N/A <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

- 2 -

STIP. AND [PROPOSED] ORDER
EXTENDING RESPONSIVE BRIEFING SCHED.
Case No. 07-CV-1658 PJH (EDL)

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants") and Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation ("Plaintiffs") (collectively the "Parties") hereby submit this stipulated request to extend the responsive briefing schedule for Defendants' opposition/response (and Plaintiffs' subsequent replies thereto) to the following motions filed on August 1, 2008: (1) Plaintiffs' Motion to Compel Clawed Back Documents; and (2) Plaintiffs' Administrative Motion to File Their Motion to Compel and Supporting Documents Under Seal. Specifically, the Parties have stipulated to, and seek the Court's approval of the following amended responsive briefing schedule: (1) Defendants' Opposition/Response to each motion to be filed by August 13; and (2) Plaintiffs' reply to such Oppositions/Responses be filed by August 20.

On July 25, 2008, the Court issued an Order setting a briefing schedule for Plaintiffs' motion to compel. Dkt. No. 130. The Order directed Plaintiffs to file their motion by August 1, Defendants to file their opposition by August 8, and Plaintiffs to file their reply by August 13. *Id.* The Court did not set a hearing date for the motion, but indicated that it may hear the motion at the next discovery conference on August 28. *Id.*

Plaintiffs' filed their motion to compel on August 1, as scheduled, along with a related administrative motion to file the motion to compel and related exhibits under seal. Defendants now seek a short extension of time from August 8 to August 13 to file their opposition/response to the August 1 motion to compel and related administrative motion. As set forth in the accompanying Declaration of Scott W. Cowan, the requested extension is necessary because Defendants' work on the opposition/response, which is being handled primarily by lawyers in Jones Day's Houston office, was disrupted by Tropical Storm Edouard's August 4 approach and August 5 landfall near the Houston area. Plaintiffs have agreed to the requested extension provided that Defendants agree to extend Plaintiffs' reply briefing schedule an equal number of business days, which would permit Plaintiffs to file their reply on August 20. Defendants have so agreed.

| | | |
|---|---|---|
| 1 | DATED: August 7, 2008 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Scott W. Cowan |
| | | Scott W. Cowan |
| 4 | | |
| | | Attorneys for Defendants |
| 5 | | SAP AG, SAP AMERICA, INC., and |
| | | TOMORROWNOW, INC. |

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: August 7, 2008                                      BINGHAM McCUTCHEN LLP

By:   /s/ Geoffrey M. Howard
       Geoffrey M. Howard

Attorneys for Plaintiffs
Oracle Corporation, Oracle International
Corporation, and Oracle USA, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge