| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
| | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
| | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
| | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., | Case No. 07-CV-1658 PJH |
| Plaintiffs, | **DECLARATION OF MARK WHITE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR MOTION TO COMPEL AND SUPPORTING DOCUMENTS UNDER SEAL** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |
| | Date: N/A |
| | Time: N/A |
| | Courtroom: E, 15th Floor |
| | Judge: Hon. Elizabeth D. Laporte |

I, MARK WHITE, declare:

I am an individual over 18 years old. I am the Executive Chairman of TomorrowNow, Inc., one of the Defendants in this action. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. The document that TomorrowNow produced in this case and Bates labeled TN-OR00217199 through TN-OR00217201 is a two-part email string that I originated on March 22, 2005 between myself and several TomorrowNow and SAP employees regarding the status of TomorrowNow's integration into SAP's global organization. The email describe issues arising from the integration of TomorrowNow into the SAP family of companies, including financial assistance, pricing strategies, global terms and conditions for customer participation in the Safe Passage Program, and the termination of a number of TomorrowNow employees. This email contains information regarding TomorrowNow's financial plans, business plans, compensation plans, confidential pricing information and other types of commercially sensitive information. The entire document is confidential and was always intended to be kept confidentially within SAP and TomorrowNow. For example, the top half of the email chain dated April 5, 2005 contains very specific information regarding VSOE testing for financial reporting purposes. VSOE is vendor-specific objective evidence, a method for determining the individual value of each item within a contract in order to recognize partial revenue before the entire contract is fulfilled.

2. As the former COO and CFO of SAP America, Inc., I am familiar with SAP's integration strategies and financial reporting practices. The business issues raised and discussed in this email are descriptive not only of SAP's business model for integrating acquired companies with regards to Tomorrow Now, but also of SAP's integration and financial reporting strategies generally. As such, public revelation of the contents of this email would cause competitive injury to SAP and compromise its negotiation power with companies SAP has or may attempt to acquire in the future.

1    I declare under penalty of perjury under the laws of the United States and the State of
2    California that the foregoing is true and correct. Executed on August 11, 2008 in Newtown
3    Square, Pennsylvania.

_____
MARK WHITE