1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone: (415) 626-3939
   Facsimile: (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone: (650) 739-3939
10 Facsimile: (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone: (832) 239-3939
15 Facsimile: (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT
20              NORTHERN DISTRICT OF CALIFORNIA
21                   SAN FRANCISCO DIVISION

22 ORACLE CORPORATION, et al.,           Case No. 07-CV-1658 PJH
23              Plaintiffs,              **DECLARATION OF ALBERT VAN WISSEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR MOTION TO COMPEL AND SUPPORTING DOCUMENTS UNDER SEAL**
24       v.
25 SAP AG, et al.,
26              Defendants.
                                         Date: N/A
27                                       Time: N/A
                                         Courtroom: E, 15th Floor
28                                       Judge: Hon. Elizabeth D. Laporte

I, ALBERT VAN WISSEN, declare:

I am an individual over 18 years old. I am the CFO of TomorrowNow, one of the Defendants in the above-entitled action. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. As part of my work at TomorrowNow, I assisted with the integration of TomorrowNow into SAP following SAP's acquisition of TomorrowNow. Prior to working for TomorrowNow, I was employed by SAP. Through my positions at both SAP and TomorrrowNow, I became familiar with SAP's business strategies, policies and procedures regarding facilities planning and real estate leasing.

2. I am the author of and participant in an email communication that TomorrowNow produced in the course of discovery in this case, Bates labeled TN-OR00980230 through TN-OR00980234, which my understanding is attached as Exhibit X to the Declaration of Geoffrey M. Howard In Support Of Plaintiffs' Motion to Compel Production of Clawed Back Documents.

3. Information in the email chain referenced in paragraph 2 above includes TomorrowNow's and SAP's real estate negotiation strategy, integration policies, hiring practices, and customer service models. The discussion in the email of these topics involve TomorrowNow's and SAP's financial and business plans, confidential financial data, and confidential information regarding corporate assets (leases), all of which are commercially sensitive information. These sensitive internal discussions were non-public and confidential in order to, among other reasons, protect SAP's and TomorrowNow's negotiating strategies and positions in these areas.

4. Public disclosure of the non-public, confidential email chain referenced in paragraph 2 above would injure TN and SAP in several ways, including but not limited to compromising TN's and SAP's negotiation positions with their current or future landlords by revealing financial information and internal corporate strategies and processes relating to real estate leasing.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 8, 2008 in Amsterdam, Netherlands.

_____
ALBERT VAN WISSEN