1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:   (650) 739-3939
10 Facsimile:   (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:   (832) 239-3939
15 Facsimile:   (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH <br><br> **DECLARATION OF SHELLEY NELSON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS** <br> Date: N/A <br> Time: N/A <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

I, SHELLEY NELSON, declare:

I am an individual over 18 years old. At the times relevant to the document discussed in this declaration, I was the Vice President of PeopleSoft Enterprise Support for TomorrowNow, Inc., one of the Defendants in this action. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. The document that has been produced by TomorrowNow in this case and Bates labeled TN-OR00868717 through TN-OR00868719 is an email that I sent to Chris Jackson of TomorrowNow on October 10, 2006. The email was intended to document a meeting I had with Chris Jackson where we discussed several of TomorrowNow's business plans, including (1) recruitment efforts for support staff who would work with European customers and related marketing plans and strategies; (2) potential clients TomorrowNow was targeting at the time; and (3) the status of service delivery and related customer information for existing TomorrowNow customers. The sixth and seventh printed lines below the subject line of page one of this email contain a summary of a discussion with Christopher Faye, an in-house attorney at SAP, who was providing legal advice and recommendations to TomorrowNow in response to the company's inquiry regarding his legal interpretation of what level of cooperation between TomorrowNow and SAP would be permissible under TomorrowNow's Rules of Engagement. This entire email contains and was intended to contain extremely sensitive, highly confidential non-public information relating to what were at the time TomorrowNow's current and future business plans and strategies.

2. My understanding is that the sixth and seventh lines of this email were redacted by TomorrowNow's outside counsel in this case based on the assertion of the Attorney-Client privilege. Even the un-redacted portions of this email contain sensitive, highly confidential non-public information relating to what were at the time TomorrowNow's current and future business practices and what was considered by TomorrowNow to be internal, commercially sensitive information. For example, this email also includes information concerning confidential personnel evaluations and medical concerns of individual employees, and their privacy would be pointlessly violated by the public release of this information.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 12th day of August, 2008 in Bryan, Texas.

_____
SHELLEY NELSON