Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH <br><br> **DECLARATION OF ANDREW NELSON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS** <br><br> Date: N/A <br> Time: N/A <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

I, ANDREW NELSON, declare:

I am the former President and Chief Executive Officer, of TomorrowNow, Inc., one of the Defendants in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. The document that has been produced by TomorrowNow in this case and Bates labeled TN-OR00854803 through TN-OR00854804 is an email that I sent to Shelley Nelson of TomorrowNow on March 16, 2005. While this email reflects a combination of notes, to-do lists and communications, it contains two primary types of information. The first nine printed lines below the subject line of the email is a request by me to Shelley Nelson that she provide me with certain business information for me to use as part of my communications with Chris Faye, an in-house attorney with SAP. The remainder of the email (i.e., the majority of the email beginning with "Back to . . ." on the first page through the end of the document) is directly related to TomorrowNow's seeking and receiving legal advice on a number of issues from Chris Faye. This portion of the email contains: (1) summaries of information collected and to be collected at the request of, and/or for the purposes of continued communications with Chris Faye regarding seeking and receiving his legal advice on the issues described in the email; (2) proposed agenda for a call with Chris Faye for purposes of seeking and obtaining legal advice; and (3) notes from portions of the legal advice that was provided to TomorrowNow by Chris Faye.

2. This email contains and was intended to contain extremely sensitive, highly confidential non-public information relating to legal advice regarding what were at the time TomorrowNow's current and future business plans and strategies. My understanding is that except for the first nine printed lines below the subject line of the email on page one and the signature block on page two, all other portions of the email have been redacted withheld by TomorrowNow's oustide counsel in this case based on the assertion of the Attorney-Client privilege. Even the un-redacted portions of this email contain sensitive, confidential non-public information relating to what were at the time TomorrowNow's current and future business practices and what was considered by TomorrowNow to be internal, commercially sensitive information.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 8th day of August, 2008 in Bryan, Texas.

ANDREW NELSON