Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH <br><br> **PROOF OF SERVICE** <br><br> Date: TBD <br> Time: TBD <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

**PROOF OF SERVICE**

I, Christine Lok, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104. On August 14, 2008, I served a copy of the within document(s):

**DEFENDANTS' ADMINISTRATIVE REQUEST FOR FILE EXHIBITS 3 AND 4 TO THE DECLARATION OF ELAINE WALLACE UNDER SEAL**

**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE EXHIBITS 3 AND 4 TO THE DECLARATION OF ELAINE WALLACE UNDER SEAL**

**MANUAL FILING NOTIFICATION**

**DECLARATION OF ELAINE WALLACE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS; MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS; EXHS. 3 & 4 SUBMITTED UNDER SEAL**

**EXHS. 3 & 4 TO THE DECLARATION OF ELAINE WALLACE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS; DOCUMENTS SUBMITTED UNDER SEAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| 1  | Donn P. Pickett |
| 2  | Geoffrey M. Howard |
|    | Holly A. House |
| 3  | Zachary J. Alinder |
|    | Bree Hann |
| 4  | BINGHAM McCUTCHEN LLP |
|    | Three Embarcadero Center |
| 5  | San Francisco, CA 94111-4067 |
|    | donn.pickett@bingham.com |
| 6  | geoff.howard@bingham.com |
|    | holly.house@bingham.com |
| 7  | zachary.alinder@bingham.com |
| 8  | bree.hann@bingham.com |

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 14, 2008, San Francisco, California.

_____
Christine Lok