Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 739-3939
Facsimile:      (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:     (832) 239-3939
Facsimile:      (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., | Case No. 07-CV-1658 PJH |
| Plaintiffs, | [PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE EXHIBITS 3 AND 4 TO THE DECLARATION OF ELAINE WALLACE UNDER SEAL |
| v. | |
| SAP AG, et al., | |
| Defendants. | Date: TBD |
| | Time: TBD |
| | Courtroom: E, 15th Floor |
| | Judge: Hon. Elizabeth D. Laporte |

Defendants' SAP AG, SAP America, and TomorrowNow, Inc. ("Defendants") have filed an Administrative Request to File Exhibits 3 and 4 to the Declaration of Elaine Wallace Under Seal. Defendants request that Exhibits 3 and 4 be filed under seal because they contain information designated by Defendants as "Confidential Information" or "Confidential Information – Attorneys' Eyes Only" under the Protective Order in this action.

Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. Proc. 26(c). In particular, when the request for sealing concerns discovery documents attached to a non-dispositive motion, a showing of good cause to seal the documents is sufficient to justify protection under Rule 26(c). *See* Navarro *v. Eskanos & Adler*, Case No. C-06 02231 WHA(EDL), 2007 U.S. Dist. LEXIS 24864 at *7 (March 22, 2007) (citing *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

In accordance with Local Rule 79-5, Defendants filed the declaration of Christopher Faye to provide evidence of good cause for this Court to permit filing under seal. That declaration establishes both that Defendants have considered and treated the information contained in the subject documents as confidential or proprietary, and that public disclosure of such information would result in a particularized harm or prejudice to the Defendants. *See Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2006). Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. Exhibit 3 to the Declaration of Elaine Wallace in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Production of Clawed Back Documents; and

2. Exhibit 4 to the Declaration of Elaine Wallace in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Production of Clawed Back Documents

1    IT IS SO ORDERED.

2

3    Dated: _____August 15, 2008_____

4                                          
                                           _____
                                           HON. ELIZABETH D. LAPORTE
5                                          United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28