UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

        Plaintiff,

        v.

SAP AG,

        Defendant.
_____/

No. C 07-01658 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT further discovery conference set for August 28, 2008 has been **reset to 9:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 450 Golden Gate Avenue, San Francisco.

Dated: August 19, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy