BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR REPLY IN SUPPORT OF MOTION TO COMPEL UNDER SEAL; DECLARATION OF TANYA K. DUMAS IN SUPPORT**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

A/72630187.1

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

| | |
|---|---|
| 1 | Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle Corporation, Oracle USA, |
| 2 | Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") request that the |
| 3 | Court order the Clerk of the Court to file under seal the Reply in Support of Motion to Compel |
| 4 | Production of Clawed Back Documents that Plaintiffs lodged with the Court on August 20, 2008. |
| 5 | The requested relief is necessary and narrowly tailored to protect the alleged |
| 6 | confidentiality of the content of Defendants' documents put at issue by the Motion. Those |
| 7 | documents are the subject of Plaintiff's prior Administrative Motion to File Their Motion to |
| 8 | Comepl and Supporting Documents Under Seal, filed on August 1,2008, and Defendants' |
| 9 | Response to Plaintiffs' Administrative Motion to File Under Seal, filed on August 13, 2008. |
| 10 | This request is supported by the declaration of Tanya K. Dumas below. |
| 11 | Pursuant to Local Rule 79-5, a proposed order accompanies this request to file the |
| 12 | Motion to Compel under seal. |
| 13 | DATED: August 20, 2008 |

BINGHAM MCCUTCHEN LLP


By:  /s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and
Oracle International Corporation

**DECLARATION OF TANYA K. DUMAS IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

I, Tanya K. Dumas, declare:

1. I am a member of the State Bar of California and an associate at Bingham McCutchen LLP, counsel of record for plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation (together "Oracle") in this action. Except for matters stated below on information and belief, I have personal knowledge of the matters stated in this declaration by virtue of my representation of Oracle in this action. If called and sworn as a witness, I could and would competently testify to such matters.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case (Docket No. 32), I make this Declaration in support of Oracle's Administrative Motion to File its Reply in Support of Motion to Compel under seal.

3. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Motion until such time as the Court makes a final ruling as to confidentiality of the relevant subject matter. *See* Plaintiffs' Admin. Mot. to File Their Mot. to Compel and Supporting Documents Under Seal (Docket No. 134, filed Aug. 1, 2008); Defendants' Response to Plaintiffs' Admin. Mot. to File Under Seal (Docket No. 147, filed Aug. 13, 2008). Specifically, Oracle's Motion and supporting exhibits contain information designated by Defendants as "Highly Confidential Information - Attorneys' Eyes Only," as well as information designated by Defendants as "Confidential Information," pursuant to the Protective Order entered on June 6, 2007 in this action.

4. Pursuant to Civil Local Rule 7-11, no stipulation is included with this Administrative Motion, because the parties disagree over whether the documents that are the subject of this motion are properly designated as confidential or highly confidential and whether they need to be filed under seal. The parties have met and conferred over the confidentiality designations of these particular materials, resulting in Defendants filing their Response on August 13, 2008 (Docket No. 147).

5. The following sections of the Motion to Compel contain information designated Highly Confidential and/or Confidential by Defendants:

Page 3, portion of line 28

Page 4, portions of lines 1-2, 21

Page 6, portion of line 8

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on August 20, 2008.

By: /s/ Tanya K. Dumas
Tanya K. Dumas