| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway<br>M/S 5op7 |
| 11 | Redwood City, CA 94070<br>Telephone: (650) 506-4846 |
| 12 | Facsimile: (650) 506-7114<br>dorian.daley@oracle.com |
| 13 | jennifer.gloss@oracle.com |
| 14 | Attorneys for Plaintiffs<br>Oracle Corporation, Oracle USA, Inc., |
| 15 | and Oracle International Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-01658 PJH (EDL)<br><br>**PROOF OF SERVICE** |

A/72628928.1/2021039-0000324170

Case No. 07-CV-01658 PJH (EDL)

PROOF OF SERVICE

Dockets.Justia.com

| | |
|---|---|
| 1 | I am over eighteen years of age, not a party in this action, and employed in San |
| 2 | Francisco County, California at Three Embarcadero Center, San Francisco, California 94111- |
| 3 | 4067. I am readily familiar with the practice of this office for collection and processing of |
| 4 | correspondence electronic delivery and for next business day delivery, and they are deposited |
| 5 | that same day in the ordinary course of business. |

On August 20, 2008, I served:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR REPLY IN SUPPORT OF MOTION TO COMPEL UNDER SEAL; DECLARATION OF TANYA K. DUMAS IN SUPPORT**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR REPLY IN SUPPORT OF MOTION TO COMPEL UNDER SEAL**

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS [REDACTED VERSION]**

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS [UNREDACTED VERSION]**

X (OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Federal Express in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

X (VIA EMAIL) by transmitting via email the document(s) listed above on this date to the person(s) at the email address(es) set forth below.

Robert A. Mittelstaedt, Esq.  
Jason McDonell, Esq.  
Elaine Wallace  
Jones Day  
555 California Street, 26th Floor  
San Francisco, CA 94104  

Tharan Gregory Lanier, Esq.  
Jane L. Froyd, Esq.  
Jones Day  
Silicon Valley Office  
1755 Embarcadero Road  
Palo Alto, CA 94303  

Scott W. Cowan, Esq.  
Joshua L. Fuchs, Esq.  
Jones Day  
717 Texas, Suite 3300  
Houston, TX 77002  

A/72628928.1/2021039-0000324170     1     Case No. 07-CV-01658 PJH (EDL)

PROOF OF SERVICE

1     I declare that I am employed in the office of a member of the bar of this court at
2 whose direction the service was made and that this declaration was executed on August 20, 2008,
3 at San Francisco, California.

By: /s/ Lisa K. Large
Lisa K. Large