Oracle Corporation et al v. SAP AG et al Doc. 166

**United States District Court**
**Northern District of California**

# DOCUMENT LOCATOR

**Case Number:**  CV-07-1658  PJH

**Date Filed:**  8-14-08

**Document:**

____  **Reporter's Transcript:**

____  **Trial Exhibits:**

__X__  **Lodged Documents:**

__X__  **Sealed Documents**

____  **Declaration:**

____  **Other:**

**Location:**

____  **Expando (Next to Case File)**

____  **Overflow Shelf:**

__X__  **Vault**

____  **Other:**

# Document Number:  166

Dockets.Justia.com