**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

CIVIL MINUTES

Date:   August 28, 2008

Case No:  **C-07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG**

    Attorneys:   Pltf:   Geoffrey M. Howard, Holly House, Donn Pickett, Jennifer Gloss
                       Deft:   Jason McDonell,  Scott W. Cowan, Elaine Wallace

Deputy Clerk:  Lili M. Harrell         Court Reporter: Kathy Wyatt
(Time: 1 hour 25 min)

**PROCEEDINGS:**

- Further Discovery Conference held
- Plaintiffs' Motion to Compel Production of Clawed Back Documents - Granted in part

**ORDERED AFTER HEARING:**
- Further Discovery Conference scheduled for 10/10/08 at 2:00pm


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**Notes:**

cc: