**United States District Court**
**Northern District of California**

# DOCUMENT LOCATOR

**Case Number:**     CV-07-1658  PJH

**Date Filed:**  8-1-08

**Document:**

\_\_\_\_  **Reporter's Transcript:**

\_\_\_\_  **Trial Exhibits:**

\_\_\_\_  **Lodged Documents:**

\_\_X\_  **Sealed Documents**

\_\_\_\_  **Declaration:**

\_\_\_\_  **Other:**


**Location:**

\_\_\_\_  **Expando (Next to Case File)**

\_\_\_\_  **Overflow Shelf:**

\_\_X\_  **Vault**

\_\_\_\_  **Other:**


# Document Number:   173

Dockets.Justia.com