Oracle Corporation et al v. SAP AG et al     Doc. 174

# United States District Court
# Northern District of California

# DOCUMENT LOCATOR

**Case Number:** CV-07-1658 PJH

**Date Filed:** 8-1-08

**Document:**

\_\_\_\_ **Reporter's Transcript:**

\_\_\_\_ **Trial Exhibits:**

\_\_\_\_ **Lodged Documents:**

\_\_**X**\_ **Sealed Documents**

\_\_\_\_ **Declaration:**

\_\_\_\_ **Other:**

**Location:**

\_\_\_\_ **Expando (Next to Case File)**

\_\_\_\_ **Overflow Shelf:**

\_\_**X**\_ **Vault**

\_\_\_\_ **Other:**

# Document Number: 174

Dockets.Justia.com