**United States District Court**
**Northern District of California**

# DOCUMENT LOCATOR

**Case Number:** <mark>CV-07-1658 PJH</mark>

**Date Filed:** <mark>8-1-08</mark>

**Document:**

\_\_\_\_ **Reporter's Transcript:**

\_\_\_\_ **Trial Exhibits:**

\_\_\_\_ **Lodged Documents:**

\_\_**X**\_ **Sealed Documents**

\_\_\_\_ **Declaration:**

\_\_\_\_ **Other:**

**Location:**

\_\_\_\_ **Expando (Next to Case File)**

\_\_\_\_ **Overflow Shelf:**

\_\_**X**\_ **Vault**

\_\_\_\_ **Other:**

# Document Number: <mark>175</mark>