| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com | JONES DAY<br>ROBERT A. MITTELSTAEDT (SBN 060359)<br>JASON McDONELL (SBN 115084)<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br><br>JONES DAY<br>THARAN GREGORY LANIER (SBN 138784)<br>JANE L. FROYD (SBN 220776)<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com |
| DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle Corporation, Oracle USA, Inc.,<br>and Oracle International Corporation | JONES DAY<br>SCOTT W. COWAN (Admitted *Pro Hac Vice*)<br>JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP America, Inc., and<br>TomorrowNow, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION RE ORACLE'S PROPOSED THIRD AMENDED COMPLAINT** |

Plaintiffs Oracle Corporation, Oracle USA, Inc. and Oracle International Corporation ("Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants" and together with Oracle, the "Parties") jointly submit this Stipulation regarding Oracle's proposed Third Amended Complaint.

WHEREAS, Oracle filed its First Amended Complaint on June 1, 2007;

WHEREAS, Defendants answered the First Amended Complaint on July 2, 2007;

WHEREAS, Oracle filed its Second Amended Complaint on July 28, 2008;

WHEREAS, Defendants currently must respond to the Second Amended Complaint by September 11, 2008;

WHEREAS, Oracle wishes to make further amendments related to the plaintiff entities for each claim;

WHEREAS, the Parties agree that good cause exists for Defendants to consider the proposed amendments by Oracle before deciding whether to respond to the Second Amended Complaint or to delay that response pending a potential stipulation to allow Oracle to file its proposed Third Amended Complaint; and,

WHEREAS, the Parties wish to avoid unnecessary motion practice relating to the further amendment of the Complaint if possible.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the Parties, through their respective counsel of record, as follows:

(1) Oracle shall provide its proposed Third Amended Complaint and shall make reasonable efforts to complete a supplemental production of documents related to the proposed amendments on or before September 29, 2008;

(2) Within seven calendar days of being provided Oracle's proposed Third Amended Complaint, Defendants shall respond as to whether they will stipulate to Oracle filing that Complaint;

(3) Should Defendants elect not to stipulate to the filing of the proposed Third Amended Complaint, then (a) Oracle may move to amend the Second Amended Complaint, and (b) Defendants reserve the right to respond to the Second Amended Complaint within seven

1 calendar days of the date on which the proposed Third Amended Complaint was provided to
2 them, as set forth in paragraph 1 above;
3     (4) If Defendants stipulate to Oracle filing the proposed Third Amended
4 Complaint, Oracle will file that Complaint within two calendar days of receiving the stipulation
5 signed by Defendants, and Defendants will respond to that Complaint within seven calendar days
6 of it being filed;
7     (5) Should Defendants file a motion, rather than an Answer, as their response to
8 Oracle's Second Amended Complaint or Third Amended Complaint, the Parties further agree to
9 work together to develop a mutually agreeable extended briefing schedule for any opposition and
10 reply papers; and,
11     (6) Oracle agrees that it will not seek to change the discovery scope or limits or
12 the overall schedule of this case by virtue of the requested additional amendment.

**IT IS SO STIPULATED.**

DATED: September 11, 2008

BINGHAM McCUTCHEN LLP

By: /s/ Geoff Howard
Geoff Howard
Attorneys for Plaintiffs
Oracle Corporation, Oracle International Corporation,
and Oracle USA, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 11, 2008

JONES DAY

By: /s/ Tharan Gregory Lanier
Tharan Gregory Lanier
Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.