# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 07-1658 MJJ (JCS)**

**CASE NAME: Oracle Corp. v. SAP AG, et al.**

**MAGISTRATE JUDGE JOSEPH C. SPERO    COURTROOM DEPUTY: Frank Justiliano**

**DATE**: October 6, 2008  **TIME**: 9:30 a.m. - 1:15 p.m.   **COURT REPORTER**: None

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Donn Pickett | Jason McDonell |
| Geoffrey Howard | Tharan Lanier |
| Holly House | |
| Dorian Daley | |

() Status Conf.    () P/T Conf.    () Discovery Conf.    () Further Case Mgmt. Conf.

**OTHER PROCEEDINGS:**                                           **RULING:**

1. Settlement Conference                                          Held.

___

**ORDERED AFTER HEARING:**

After extended discussions no settlement is reached. A telephonic scheduling conference is set for Monday, October 20, 2008 at 3:30 p.m. Parties are directed to contact the courtroom deputy at (415) 522-3018 no later than Friday, November 17, 2008 to advise him of their respective phone number.

cc:    Chambers; Karen