## In the United States District Court
## for the Northern District of California
## Magistrate Judge ELIZABETH D. LAPORTE
## CIVIL MINUTES

**E-FILING**

**Date:** October 10, 2008

**Case No:** C07-1658 PJH (EDL)  **FTR Time:** 2:07 p.m. - 3:18 .m.

**Case Name:** Oracle Corporation v SAP AG, et al

**Attorneys:** Jason McDonell, Scott Cowan, and Elaine Wallace for Plaintiff
Geoff Howard and Zachary Alinder for Defendants

**Deputy Clerk:** Betty Fong

| PROCEEDINGS: | ORDERED AFTER HEARING: |
|---|---|
| Further Discovery Conference | Parties made progress through meet and confer and are continuing to work to try to resolve disputes. Issues in motion to compel have been identified and will contact court if discovery conference is needed. Next Discovery Conference is set for 11/25/08 at 2:00 p.m. |

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [ ] Court
**Case continued to:** 11/25/08 at 2:00 p.m. Further Discovery Conference

cc: EDL