Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAP AG, *et al.*,<br><br>  Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION TO DISMISS** |

SVI-62584v1

| | |
|---|---|
| 1 | Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle |
| 2 | International Corporation, Oracle Systems Corporation, Oracle EMEA Limited, and J.D. Edwards |
| 3 | Europe Limited and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. |
| 4 | (collectively, the "Parties") request that the Court order the Clerk of the Court to file under seal |
| 5 | Exhibits 1-4 to the Declaration of Tharan Gregory Lanier in support of Defendants' FRCP |
| 6 | 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiffs' Claims for Copyright Infringement, |
| 7 | Interference with Prospective Economic Advantage, Breach of Contract, Unfair Competition, An |
| 8 | Accounting, and Unjust Enrichment, lodged with the Court on October 15, 2008. |
| 9 | The requested relief is necessary and narrowly tailored to protect the alleged |
| 10 | confidentiality of the content of Plaintiffs' documents put at issue by the Motion. This request is |
| 11 | supported by the Stipulation and Declaration of Tharan Gregory Lanier in support of Defendants' |
| 12 | Administrative Motion to File Under Seal attached. |
| 13 | Pursuant to Local Rule 79-5, a proposed order and stipulation accompanies this request to |
| 14 | file Exhibits 1-4 in support of Defendants' Motion to Dismiss under seal. |
| 15 | DATED: October 15, 2008    JONES DAY |

By: /s/ Tharan Gregory Lanier
Tharan Gregory Lanier

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.