Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAP AG, *et al.*,<br><br>　　　　Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION TO DISMISS** |

| | |
|---|---|
| 1 | Having considered Defendants' administrative motion to file under seal Plaintiffs' |
| 2 | documents supporting Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiffs' |
| 3 | Claims for Copyright Infringement, Interference with Prospective Economic Advantage, Breach |
| 4 | of Contract, Unfair Competition, An Accounting, and Unjust Enrichment ("Motion to Dismiss"), |
| 5 | supporting declaration of Tharan Gregory Lanier, Stipulation to Permit Defendants to File Under |
| 6 | Seal, and Exhibits 1-4 to the Declaration of Tharan Gregory Lanier in support of Defendants' |
| 7 | Motion to Dismiss, that were lodged with the Court on October 15, 2008: |
| 8 | IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED. The Clerk of the |
| 9 | Court shall file under seal Exhibits 1-4 to the Declaration of Tharan Gregory Lanier in Support of |
| 10 | Defendants' Motion to Dismiss. |

DATED: _____  By: _____
                                          Hon. Phyllis J. Hamilton