# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 07-01658JCS**

**CASE NAME:  ORACLE CORPORATION v. SAP AG**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: October 20, 2008   **TIME**: | **COURT REPORTER**: None |

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Plf Don Pickett | Dft Jason McDonell |
| Geoffrey Howard | Tharan Greg Lanier |
| Holly House | |

**all parties appeared telephonically.**

---

( ) Status Conf.     ( ) P/T Conf.     ( ) Discovery Conf.     ( ) Further Case Mgmt. Conf.

**OTHER PROCEEDINGS:**                                                      **RULING:**

1. Telephonic Scheduling Conference                                         Held

_____

**ORDERED AFTER HEARING:**
Parties reported that they are making progress and that they will continue to meet and confer on unresolved issue. The Court set the following dates: Settlement Conference set for Monday, 2/23/09 at 9:30 a.m. Joint statement due by noon 2/20/09 by email to court as stated on the record. Hard copy of joint statement to be sent to chambers. Demand by plaintiff to settle entire case with a specific dollar demand is due by 2/13/09. Defendant's counter proposal to settle entire case including specific dollar offer is due by 2/18/09.

_____

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:**

cc:     Chambers; Karen