| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP | JONES DAY |
| | DONN P. PICKETT (SBN 72257) | ROBERT A. MITTELSTAEDT (SBN 060359) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) | JASON McDONELL (SBN 115084) |
| | HOLLY A. HOUSE (SBN 136045) | 555 California Street, 26th Floor |
| 3 | ZACHARY J. ALINDER (SBN 209009) | San Francisco, CA 94104 |
| | BREE HANN (SBN 215695) | Telephone: (415) 626-3939 |
| 4 | Three Embarcadero Center | Facsimile: (415) 875-5700 |
| | San Francisco, CA 94111-4067 | ramittelstaedt@jonesday.com |
| 5 | Telephone: (415) 393-2000 | |
| | Facsimile: (415) 393-2286 | JONES DAY |
| 6 | donn.pickett@bingham.com | THARAN GREGORY LANIER (SBN 138784) |
| | geoff.howard@bingham.com | JANE L. FROYD (SBN 220776) |
| 7 | holly.house@bingham.com | 1755 Embarcadero Road |
| | zachary.alinder@bingham.com | Palo Alto, CA 94303 |
| 8 | bree.hann@bingham.com | Telephone: (650) 739-3939 |
| | | Facsimile: (650) 739-3900 |
| 9 | DORIAN DALEY (SBN 129049) | tglanier@jonesday.com |
| | JENNIFER GLOSS (SBN 154227) | jfroyd@jonesday.com |
| 10 | 500 Oracle Parkway, M/S 5op7 | |
| | Redwood City, CA 94070 | JONES DAY |
| 11 | Telephone: (650) 506-4846 | SCOTT W. COWAN (Admitted *Pro Hac Vice*) |
| | Facsimile: (650) 506-7114 | JOSHUA L. FUCHS (Admitted *Pro Hac Vice*) |
| 12 | dorian.daley@oracle.com | 717 Texas, Suite 3300 |
| | jennifer.gloss@oracle.com | Houston, TX 77002 |
| 13 | | Telephone: (832) 239-3939 |
| | Attorneys for Plaintiffs | Facsimile: (832) 239-3600 |
| 14 | Oracle USA, Inc., Oracle International | swcowan@jonesday.com |
| | Corp., Oracle Systems Corp., Oracle EMEA | jlfuchs@jonesday.com |
| 15 | Ltd., and J.D. Edwards Europe Ltd. | |
| | | Attorneys for Defendants |
| 16 | | SAP AG, SAP America, Inc., and |
| | | TomorrowNow, Inc. |
| 17 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | | |
| 21 | ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation, ORACLE SYSTEMS CORPORATION, a Delaware corporation, ORACLE EMEA LIMITED, an Irish private limited company, and J.D. EDWARDS EUROPE LIMITED, an Irish private limited company, | CASE NO. 07-CV-01658 PJH (EDL) |
| 22 | | **STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| 23 | | |
| 24 | Plaintiffs, | |
| 25 | v. | |
| 26 | SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | |
| 27 | | |
| 28 | Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF DEFENDANTS' MOTION TO SEAL

| | |
|---|---|
| 1 | Plaintiffs Oracle USA, Inc. Oracle International Corporation, Oracle Systems |
| 2 | Corporation, Oracle EMEA Limited, and J.D. Edwards Europe Limited ("Plaintiffs") and |
| 3 | Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together |
| 4 | with Oracle, the "Parties") jointly submit this Stipulation to withdraw Defendants' Motion to |
| 5 | Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' FRCP |
| 6 | 12(b)(1) and 12(b)(6) Motion to Dismiss. |
| 7 | WHEREAS, Plaintiffs filed their Third Amended Complaint on October 8, 2008; |
| 8 | WHEREAS, Defendants filed their Motion to Dismiss on October 15, 2008; |
| 9 | WHEREAS, On the same day, October 15, 2008, Defendants filed, at Plaintiffs' |
| 10 | request, an Administrative Motion to File Plaintiffs' Documents Supporting Defendants' Motion |
| 11 | to Dismiss Under Seal (the "Motion to Seal"). Through the Motion to Seal, the Parties sought an |
| 12 | Order permitting Defendants to file under seal Exhibits 1 though 4 to the Declaration of Tharan |
| 13 | Gregory Lanier in Support of Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss; |
| 14 | WHEREAS, Plaintiffs do not at this time contend that Exhibits 1 though 4, |
| 15 | referenced above, need to be filed under seal; |
| 16 | NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through |
| 17 | their respective counsel of record, that Defendants hereby withdraw the Motion to Seal, filed in |
| 18 | this matter on October 15, 2008. It is further stipulated that Exhibits 1 though 4 to the |
| 19 | Declaration of Tharan Gregory Lanier in Support of Defendants' FRCP 12(b)(1) and 12(b)(6) |
| 20 | Motion to Dismiss may be filed publicly, and that the filing shall not be construed as a waiver of |
| 21 | any confidentiality designation, right to file under seal, or other protection with respect to |
| 22 | documents or other information related or similar to, or referred to by, the filed documents. |
| 23 | **IT IS SO STIPULATED.** |

| | |
|---|---|
| DATED: October 22, 2008 | BINGHAM McCUTCHEN LLP |
| | By: /s/ Zachary J. Alinder |
| | Zachary J. Alinder |
| | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corp.,<br>Oracle Systems Corp., Oracle EMEA Ltd.,<br>and J.D. Edwards Europe Ltd. |

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | |
|---|---|
| DATED: October 22, 2008 | JONES DAY |
| | By: /s/ Tharan Gregory Lanier |
| | Tharan Gregory Lanier |
| | Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

| | |
|---|---|
| DATED: _____ | By: _____<br>Phyllis J. Hamilton<br>United States District Court Judge |