BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and
Oracle International Corporation

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
 SAP AG, SAP AMERICA, INC., and
 TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAP AG, *et al.*,<br><br>　　　　　Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**JOINT STATUS REPORT REGARDING MEET AND CONFER PROGRESS RELATING TO THE TIME RANGE FOR DISCOVERY**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: N/A<br>Judge: Hon. Elizabeth D. Laporte |

| | |
|---|---|
| 1 | Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation |
| 2 | (collectively, "Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. |
| 3 | (collectively, "Defendants," and with Oracle, the "Parties") hereby submit this Joint Status Report |
| 4 | Regarding Meet And Confer Progress Relating To The Time Range For Discovery. |
| 5 | Paragraph 3 of this Court's October 16, 2008 Order Following Discovery Conference |
| 6 | states that "The parties shall continue to meet and confer regarding the time range for discovery. |
| 7 | If the parties cannot reach an agreement, the parties shall provide a joint statement regarding their |
| 8 | dispute to the Court no later than October 24, 2008." The purpose of this status report is to advise |
| 9 | the Court of the parties' meet and confer progress on that issue. |
| 10 | The Parties continue to meet and confer on the timing and scope of production in response |
| 11 | to requests for production, interrogatory responses and targeted searches beyond the previously- |
| 12 | agreed discovery time ranges. As the Court is aware, the Parties agreed at the start of discovery |
| 13 | to a presumptive January 1, 2004 front-end cut-off date for responsive materials, with a further |
| 14 | agreement that certain topics or later discovery may warrant adjustments to this general rule. |
| 15 | Oracle's recently-filed Third Amendment Complaint alleges wrongdoing dating back to 2002 and |
| 16 | post-dating the filing of the original Complaint. The Parties continue to agree that it may be |
| 17 | possible and appropriate for the Parties to locate and produce certain limited categories of |
| 18 | responsive documents, from certain custodians and document sources, that date back to at least |
| 19 | January 1, 2002, as well as certain limited categories of documents post-dating the filing of this |
| 20 | action. |
| 21 | On October 10, 2008, Oracle provided a written proposal regarding the expansion of the |
| 22 | time ranges for discovery related to certain topics. Defendants provided a written counter- |
| 23 | proposal on October 23, 2008 and the parties continued to meet and confer on this issue that same |
| 24 | day. Progress has been made, but a final agreement has not been reached. Therefore, the parties |
| 25 | have committed to continue to meet and confer during the week of October 27, 2008, with the |
| 26 | goal of either reaching resolution on this issue by November 7, 2008 or on that date providing a |
| 27 | joint statement to the Court of any remaining disputes on this topic. The parties remain hopeful |
| 28 | that they can resolve this issue by agreement, without the need for Court intervention. |

JOINT STATUS REPORT
Case No. 07-CV-1658 PJH (EDL)

| | | |
|---|---|---|
| 1 | DATED: October 24, 2008 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Jason McDonell |
| 4 | | Jason McDonell<br>Attorneys for Defendants |
| 5 | | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: October 24, 2008  BINGHAM McCUTCHEN LLP

By:  /s/ Holly A. House
Holly A. House
Attorneys for Plaintiffs
Oracle Corporation, Oracle International
Corporation, and Oracle USA, Inc.