BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp., Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe Ltd.

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al*.,<br><br>Plaintiffs,<br>v.<br>SAP AG, *et al*.,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE OPPOSITION TO MOTION TO DISMISS, AND DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF, UNDER SEAL** |

A/72727150.2/2021039-0000324170

Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE OPPOSITION TO MOTION TO DISMISS, AND DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF, UNDER SEAL

Dockets.Justia.com

1      Pursuant to Local Rules 7-11(a) and 79-5(b)-(c), Plaintiffs Oracle USA Inc., Oracle

2 International Corporation, Oracle Systems Corporation, Oracle EMEA Limited, and J.D.

3 Edwards Europe Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and

4 TomorrowNow, Inc. ("Defendants") jointly submit this stipulation to permit Plaintiffs to file

5 their Opposition to Defendants' Motion to Dismiss ("Opposition"), and declaration and exhibits

6 in support thereof, under seal.

7      The requested relief is necessary and narrowly tailored to protect the alleged

8 confidentiality of the materials relied upon by Plaintiffs in opposing the Motion to Dismiss filed

9 by Defendants on October 15, 2008, until such time as the Court rules on the confidentiality of

10 the relevant subject matter.

11     Specifically, Exhibits D–T to the Declaration of Chad L. Russell in support of Plaintiffs'

12 Opposition to the Motion to Dismiss ("Russell Declaration"), and references to these exhibits

13 within the Opposition to Motion to Dismiss and the Declaration of Kevin Mandia in support of

14 the Opposition to Motion to Dismiss ("Mandia Declaration"), contain information designated by

15 Defendants as "Confidential Information" and "Highly Confidential Information - Attorneys'

16 Eyes Only," pursuant to the Protective Order entered in this action on June 6, 2007.

17     Accordingly, the parties, through their respective counsel of record, stipulate that

18 Plaintiffs be permitted to file Exhibits D–T to the Russell Declaration, and unredacted versions

19 of Plaintiffs' Opposition and the Mandia Declaration under seal. The parties further agree that

20 Plaintiffs reserve their rights to challenge the confidentiality of the information filed under seal

21 pursuant to this stipulation. The parties agree that neither the act of filing nor the filed

22 documents shall be construed as a waiver of confidentiality designation or other protection with

23 respect to documents, transcripts, or other information referred to in, or that serve as the basis

24 for, the allegations or arguments made therein.

25     IT IS SO STIPULATED.

26

27

28

| | | |
|---|---|---|
| 1 | DATED: October 29, 2008 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: /s/ Zachary J. Alinder |
| 4 | | Zachary J. Alinder<br>Attorneys for Plaintiffs<br>ORACLE USA, INC., ORACLE<br>INTERNATIONAL CORP., ORACLE<br>SYSTEMS CORP.,<br>ORACLE EMEA LTD., AND J.D.<br>EDWARDS EUROPE LTD. |

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| DATED: October 29, 2008 | | JONES DAY |
| | | By: /s/ Tharan Gregory Lanier |
| | | Tharan Gregory Lanier<br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., AND<br>TOMORROWNOW, INC. |

A/72727150.2/2021039-0000324170  2  Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE OPPOSITION TO MOTION TO DISMISS, AND DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF, UNDER SEAL