BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp., Oracle
Systems Corp., Oracle EMEA Ltd., and J.D. Edwards
Europe Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>    Plaintiffs,<br>        v.<br>SAP AG, *et al.*,<br><br>    Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DEFENDANTS' DOCUMENTS UNDER SEAL** |

A/72722251.1/2021039-0000324170                              Case No. 07-CV-01658 PJH (EDL)

1   Pending before this Court is Plaintiffs' Administrative Motion to File their Opposition to
2   Defendants' Motion to Dismiss, and Declarations and Exhibits in support thereof, Under Seal
3   (the "Motion to Seal").  Through their Motion to Seal, Oracle USA, Inc., Oracle International
4   Corporation, Oracle Systems Corporation, Oracle EMEA Limited, and J.D. Edwards Europe
5   Limited ("Plaintiffs"), together with SAP AG, SAP America, Inc., and TomorrowNow, Inc.
6   ("Defendants"), request an Order sealing (1) portions of the Oracle's Opposition to Defendants'
7   FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss ("Oracle's Opposition"), (2) portions of the
8   Declaration of Kevin Mandia in support of Oracle's Opposition to Defendants' FRCP 12(b)(1)
9   and 12(b)(6) Motion to Dismiss ("Mandia Declaration"), and (3) Exhibits D through T to the
10  Declaration of Chad Russell in support of Oracle's Opposition to Defendants' FRCP 12(b)(1)
11  and 12(b)(6) Motion to Dismiss ("Russell Declaration").  Unredacted versions of these
12  documents were lodged with the Court on October 29, 2008.
13      Having considered Plaintiffs' Motion to Seal and the documents and exhibits filed in
14  support, including the Stipulation to Permit Plaintiffs to File Opposition to Motion to Dismiss, and
15  Declarations and Exhibits in Support Thereof, Under Seal, and good cause having been shown:
16      IT IS HEREBY ORDERED THAT:  Plaintiffs' Motion to Seal is GRANTED.  The Clerk
17  of the Court shall file under seal the unredacted versions of the following documents that have
18  been lodged with the Court: (1) Oracle's Opposition, (2) the Mandia Declaration, and (3)
19  Exhibits D through T to the Russell Declaration.

DATED: _____, 2008    By:_____
                                    Phyllis J. Hamilton
                                    United States District Court Judge