1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:   (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA  94070
11 Telephone:  (650) 506-4846
   Facsimile:   (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corp., Oracle
15 Systems Corp., Oracle EMEA Ltd., and J.D. Edwards
   Europe Ltd.

16

17                   UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20 ORACLE USA, INC., a Colorado corporation,        CASE NO.  07-CV-01658 PJH (EDL)
   ORACLE INTERNATIONAL CORPORATION,
21 a California corporation, ORACLE SYSTEMS          **DECLARATION OF CHAD RUSSELL**
   CORPORATION, a Delaware corporation,             **IN SUPPORT OF ORACLE'S**
22 ORACLE EMEA LIMITED, an Irish private             **OPPOSITION TO DEFENDANTS'**
   limited company, and J.D. EDWARDS EUROPE         **FRCP 12(B)(1) AND 12(B)(6) MOTION**
23 LIMITED, an Irish private limited company,        **TO DISMISS**

24                          Plaintiffs,

                   v.
25

26 SAP AG, a German corporation, SAP
   AMERICA, INC., a Delaware corporation,
27 TOMORROWNOW, INC., a Texas corporation,
   and DOES 1-50, inclusive,

28                          Defendants.

I, Chad Russell, declare:

1.     I am member of the State Bar of California and an associate at Bingham McCutchen LLP, counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated in this Declaration by virtue of my representation of Plaintiffs in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2.     Attached as Exhibit A are true and correct copies of documents Bates-labeled ORCL00043749 thru 3752, entitled "Certificate of Ownership and Merger Merging PeopleSoft, Inc., a Delaware Corporation, into Oracle Corporation, a Delaware Corporation."

3.     Attached as Exhibit B are true and correct copies of documents Bates-labeled ORCL00182510 thru 2513, entitled "Certificate of Ownership and Merger Merging J.D. Edwards World Source Company, a Colorado Corporation, into Oracle Corporation, a Delaware Corporation."

4.     Attached as Exhibit C are true and correct copies of documents Bates-labeled ORCL00182514 thru 2517, entitled "Certificate of Ownership and Merger Merging J.D. Edwards YOUCentric Company, a Delaware Corporation, into Oracle Corporation, a Delaware Corporation."

5.     Attached as Exhibit D are true and correct copies of excerpts from the transcript of the deposition of Mark Kreutz, taken on October 30, 2007.

6.     Attached as Exhibit E are true and correct copies of excerpts from the transcript of the deposition of Shelley Nelson, taken on December 6, 2007.

7.     Attached as Exhibit F are true and correct copies of excerpts from the transcript of the deposition of Bill Thomas, taken on October 29, 2007.

8.     Attached as Exhibit G are true and correct copies of excerpts from the transcript of the deposition of John Baugh, taken on February 6-7, 2008.

9.     Attached as Exhibit H are true and correct copies of excerpts from the transcript of the deposition of Roderic Russell, taken on June 25, 2008.

10.     Attached as Exhibit I are true and correct copies of excerpts from the transcript of the deposition of Catherine Hyde, taken on April 1, 2008.

1      11.     Attached as Exhibit J are true and correct copies of excerpts from the transcript of

2  the deposition of Henning Kagermann, taken on September 25-26, 2008.

3      12.     Attached as Exhibit K is a true and correct copy of an email and attachment

4  entitled "Business Case," Bates-labeled SAP-OR0091829 thru 1838, and previously marked by

5  Plaintiffs as deposition Exhibit 427. This exhibit includes three pages attached at the end, and

6  included in the deposition copy, created by Plaintiffs to reflect hard-to-read text in pages SAP-

7  OR00091836, 837, and 838.

8      13.     Attached as Exhibit L is a true and correct copy of an email and attachment

9  entitled "Business Case TomorrowNow," Bates-labeled SAP-OR00157405-7424, and previously

10  marked by Plaintiffs as deposition Exhibit 431.

11      14.     Attached as Exhibit M are true and correct copies of excerpts from the transcript

12  of the deposition of Thomas Ziemen, taken on October 1, 2008.

13      15.     Attached as Exhibit N is a true and correct copy of a document entitled

14  "TomorrowNow Global Leadership Meeting," Bates-labeled SAP-OR00007470 thru 7537, and

15  previously marked by Plaintiffs as deposition Exhibit 473.

16      16.     Attached as Exhibit O is a true and correct copy of a document that includes an

17  attachment entitled "Apollo Competitive Program Update," beginning at the page Bates-labeled

18  SAP-OR00139919. The entire exhibit is Bates-labeled SAP-OR00139918 thru 9969, and was

19  previously marked by Plaintiffs as deposition Exhibit 418. It includes one page translated from

20  German to English, as noted in the translator's certificate at the third page of the exhibit.

21      17.     Attached as Exhibit P are true and correct copies of excerpts from the transcript of

22  the deposition of Leo Apotheker, taken on October 2, 2008.

23      18.     Attached as Exhibit Q is a true and correct copy of a document entitled "Oracle

24  Competitive Update," Bates-labeled SAP-OR00018638 thru 8666, and previously marked by

25  Plaintiffs as deposition Exhibit 421.

26      19.     Attached as Exhibit R are true and correct copies of excerpts from the transcript

27  of the deposition of Arlen Shenkman, taken on June 4, 2008.

28      20.     Attached as Exhibit S is a true and correct copy of a document entitled "RE:

1    Peoplesoft 1-2-3," Bates-labeled SAP-OR00091723 thru 91728, and previously marked by

2    Plaintiffs as deposition Exhibit 210.

3        21.    Attached as Exhibit T is a true and correct copy of two printouts from the "SAS"

4    database, produced by Defendants in this matter.  The first page shows a view from the

5    "OneWorld" portion of the database called "Engagements by Region," and the engagement list

6    for EMEA has been expanded by clicking on it.  The second page shows the same for the

7    "World" portion of the database.

8            I declare under penalty of perjury under the laws of the United States of America

9    that the foregoing is true and correct.

10           Executed on October 29, 2008 in San Francisco, California.

11

12

13                                                _____
                                                            Chad Russell
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

# Delaware

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:

"PEOPLESOFT, INC.", A DELAWARE CORPORATION,

WITH AND INTO "ORACLE CORPORATION" UNDER THE NAME OF "ORACLE
CORPORATION", A CORPORATION ORGANIZED AND EXISTING UNDER THE
LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS
OFFICE THE FIRST DAY OF MARCH, A.D. 2005, AT 9:32 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE
NEW CASTLE COUNTY RECORDER OF DEEDS.

2105895  8100M

050171027

_Harriet Smith Windsor_
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 3711040

DATE: 03-01-05

## EXHIBIT B

ORCL00043749

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:32 AM 03/01/2005
FILED 09:32 AM 03/01/2005
SRV 050171027 - 2105895 FILE

# CERTIFICATE OF OWNERSHIP AND MERGER

## MERGING

## PEOPLESOFT, INC., A DELAWARE CORPORATION,

### INTO

## ORACLE CORPORATION, A DELAWARE CORPORATION

*Pursuant to Section 253*
*of the General Corporation Law of the State of Delaware*

March 1, 2005

Oracle Corporation, a corporation organized and existing under and by virtue of the laws of the State of Delaware with a principal office address of 500 Oracle Parkway, Redwood Shores, California 94065 (the "Parent Corporation").

DOES HEREBY CERTIFY:

FIRST: That the Parent Corporation was incorporated pursuant to the General Corporation Law of the State of Delaware (the "DGCL").

SECOND: That the Parent Corporation owns all of the outstanding shares of each class of the capital stock of PeopleSoft, Inc., a Delaware corporation with a principal office address of 4460 Hacienda Drive, Pleasanton, California 94588 (the "Subsidiary Corporation").

THIRD: That the Parent Corporation, by the following resolutions of its Board of Directors, duly adopted on February 23, 2005, determined to merge the Subsidiary Corporation into itself, with the Parent Corporation being the surviving corporation:

> RESOLVED, that pursuant to Section 253 of the DGCL, the Subsidiary Corporation shall be merged (the "PeopleSoft Merger") with and into the Parent Corporation, whereupon the separate existence of the Subsidiary Corporation shall cease, and the Parent Corporation shall be the surviving corporation (the "Surviving Corporation");

> RESOLVED, that the PeopleSoft Merger is hereby approved pursuant to the provisions of Section 253 of the DGCL;

> RESOLVED, that the PeopleSoft Merger shall become effective upon filing of the Certificate of Ownership and Merger with the Delaware Secretary of State or at such later time as is otherwise specified in the Certificate of Ownership and Merger (the "Effective Time");

> RESOLVED, that from and after the Effective Time, until successors are duly elected or appointed in accordance with applicable law, the directors of the Parent Corporation at the Effective Time shall be the directors of the Surviving Corporation, and the officers of Parent

1

Confidential Information

Corporation at the Effective Time shall be the officers of the Surviving Corporation;

RESOLVED, that from and after the Effective Time, the name of the Surviving Corporation shall be Oracle Corporation;

RESOLVED, that from and after the Effective Time, the bylaws of the Parent Corporation shall be the bylaws of the Surviving Corporation;

RESOLVED, that from and after the Effective Time, the certificate of incorporation of the Parent Corporation shall be the certificate of incorporation of the Surviving Corporation until amended in accordance with applicable law.

FOURTH: That the merger of the Subsidiary Corporation into the Parent Corporation shall be effective as of the date and time of filing of this Certificate of Ownership and Merger with the Delaware Secretary of State.

(This space intentionally left blank.)

2

Confidential Information

ORCL00043751

IN WITNESS WHEREOF, the Parent Corporation has caused this Certificate of Ownership and Merger to be signed as of the date first written above by a duly authorized officer, declaring that the facts stated herein are true.

ORACLE CORPORATION

By      /s/ Daniel Cooperman
Name:   Daniel Cooperman
Title:  Senior Vice President, General Counsel &
        Secretary

3

ORCL00043752

**Exhibit B**



## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:

"J.D. EDWARDS WORLD SOURCE COMPANY", A COLORADO CORPORATION,

WITH AND INTO "ORACLE CORPORATION" UNDER THE NAME OF "ORACLE CORPORATION", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF MARCH, A.D. 2005, AT 9:35 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

2105895  8100M

050171039

AUTHENTICATION: 3711073

DATE: 03-01-05

Confidential Information

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 09:32 AM 03/01/2005*
*FILED 09:35 AM 03/01/2005*
*SRV 050171039 - 2105895 FILE*

# CERTIFICATE OF OWNERSHIP AND MERGER

## MERGING

## J.D. EDWARDS WORLD SOURCE COMPANY, A COLORADO CORPORATION,

## INTO

## ORACLE CORPORATION, A DELAWARE CORPORATION

*Pursuant to Section 253*
*of the General Corporation Law of the State of Delaware*

March 1, 2005

Oracle Corporation, a corporation organized and existing under and by virtue of the laws of the State of Delaware with a principal office address of 500 Oracle Parkway, Redwood Shores, California 94065 (the "Parent Corporation"),

**DOES HEREBY CERTIFY:**

**FIRST:** That the Parent Corporation was incorporated pursuant to the General Corporation Law of the State of Delaware (the "DGCL").

**SECOND:** That the Parent Corporation owns all of the outstanding shares of each class of the capital stock of J.D. Edwards World Source Company, a Colorado corporation with a principal office address of One Technology Way, Denver, Colorado 80237 (the "Subsidiary Corporation").

**THIRD:** That the Parent Corporation, by the following resolutions of its Board of Directors, duly adopted on February 23, 2005, determined to merge the Subsidiary Corporation into itself, with the Parent Corporation being the surviving corporation:

> RESOLVED, that pursuant Section 253 of the DGCL, the Board hereby authorizes and approves the merger of the Subsidiary Corporation with and into the Parent Corporation, whereupon the separate existence of the Subsidiary Corporation shall cease, and the Parent Corporation shall be the surviving corporation (such merger, the "JDE WorldSource Merger");

> RESOLVED, that the JDE WorldSource Merger shall become effective upon filing of the Certificate of Ownership and Merger with the Delaware Secretary of State or at such later time as is otherwise specified in the Certificate of Ownership and Merger;

> RESOLVED, that, from and after the effective time of the JDE WorldSource Merger until successors are duly elected or appointed in accordance with applicable law, the directors of the Parent Corporation at the effective time shall be the directors of the surviving corporation, and the officers of the Parent Corporation at the effective time shall be the officers of the surviving corporation;

SFODMS/6436767.3

1

Confidential Information

ORCL00182511

RESOLVED, that, from and after the effective time of the JDE WorldSource Merger, the name of the surviving corporation shall be "Oracle Corporation";

RESOLVED, that, from and after the effective time of the JDE WorldSource Merger, the bylaws of the Parent Corporation shall be the bylaws of the surviving corporation;

RESOLVED, that, from and after the effective time of the JDE WorldSource Merger, the certificate of incorporation of the Parent Corporation shall be the certificate of incorporation of the surviving corporation until amended in accordance with applicable law.

**FOURTH:** That the merger of the Subsidiary Corporation into the Parent Corporation shall be effective as of the date and time of filing of this Certificate of Ownership and Merger with the Delaware Secretary of State.

(This space intentionally left blank.)

2

Confidential Information

ORCL00182512

IN WITNESS WHEREOF, the Parent Corporation has caused this Certificate of Ownership and Merger and Statement of Merger to be signed as of the date first written above by a duly authorized officer, declaring that the facts stated herein are true.

ORACLE CORPORATION

By    /s/ Daniel Cooperman

Name: Daniel Cooperman

Title: Senior Vice President, General Counsel & Secretary

3

**Exhibit C**



### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:

"J.D. EDWARDS YOUCENTRIC COMPANY", A DELAWARE CORPORATION, WITH AND INTO "ORACLE CORPORATION" UNDER THE NAME OF "ORACLE CORPORATION", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF MARCH, A.D. 2005, AT 9:34 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

Harriet Smith Windsor, Secretary of State

2105895  8100M

050171035

AUTHENTICATION: 3711062

DATE: 03-01-05

Confidential Information

ORCL00182514

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 09:32 AM 03/01/2005*
*FILED 09:34 AM 03/01/2005*
*SRV 050171035 - 2105895 FILE*

# CERTIFICATE OF OWNERSHIP AND MERGER

## MERGING

## J.D. EDWARDS YOUCENTRIC COMPANY, A DELAWARE CORPORATION,

## INTO

## ORACLE CORPORATION, A DELAWARE CORPORATION

*Pursuant to Section 253*
*of the General Corporation Law of the State of Delaware*

March 1, 2005

Oracle Corporation, a corporation organized and existing under and by virtue of the laws of the State of Delaware with a principal office address of 500 Oracle Parkway, Redwood Shores, California 94065 (the "Parent Corporation"),

### DOES HEREBY CERTIFY:

**FIRST:** That the Parent Corporation was incorporated pursuant to the General Corporation Law of the State of Delaware (the "DGCL").

**SECOND:** That the Parent Corporation owns all of the outstanding shares of each class of the capital stock of J.D. Edwards YOUCentric Company, a Delaware corporation with a principal office address of One Technology Way, Denver, Colorado 80237 (the "Subsidiary Corporation").

**THIRD:** That the Parent Corporation, by the following resolutions of its Board of Directors, duly adopted on February 23, 2005, determined to merge the Subsidiary Corporation into itself, with the Parent Corporation being the surviving corporation:

RESOLVED, that pursuant Section 253 of the DGCL, the Board hereby authorizes and approves the merger of the Subsidiary Corporation with and into the Parent Corporation, whereupon the separate existence of the Subsidiary Corporation shall cease, and the Parent Corporation shall be the surviving corporation (such merger, the "JDE YOUCentric Merger");

RESOLVED, that the JDE YOUCentric Merger shall become effective upon filing of the Certificate of Ownership and Merger with the Delaware Secretary of State or at such later time as is otherwise specified in the Certificate of Ownership and Merger;

RESOLVED, that, from and after the effective time of the JDE YOUCentric Merger until successors are duly elected or appointed in accordance with applicable law, the directors of the Parent Corporation at the effective time shall be the directors of the surviving corporation, and the officers of the Parent Corporation at the effective time shall be the officers of the surviving corporation;

1

Confidential Information

RESOLVED, that, from and after the effective time of the JDE YOUCentric Merger, the name of the surviving corporation shall be "Oracle Corporation";

RESOLVED, that, from and after the effective time of the JDE YOUCentric Merger, the bylaws of the Parent Corporation shall be the bylaws of the surviving corporation;

RESOLVED, that, from and after the effective time of the JDE YOUCentric Merger, the certificate of incorporation of the Parent Corporation shall be the certificate of incorporation of the surviving corporation until amended in accordance with applicable law.

**FOURTH:** That the merger of the Subsidiary Corporation into the Parent Corporation shall be effective as of the date and time of filing of this Certificate of Ownership and Merger with the Delaware Secretary of State.

(This space intentionally left blank.)

2

Confidential Information

IN WITNESS WHEREOF, the Parent Corporation has caused this Certificate of Ownership and Merger to be signed as of the date first written above by a duly authorized officer, declaring that the facts stated herein are true.

ORACLE CORPORATION

By      /s/ Daniel Cooperman
Name:  Daniel Cooperman
Title:   Senior Vice President, General Counsel
         & Secretary

3

Confidential Information

**Exhibit D**

# Exhibit D

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit E**

**Exhibit E**

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit F**

## Exhibit F

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit G**

**Exhibit G**

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit H**

**Exhibit H**

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit I**

## Exhibit I

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit J**

## Exhibit J

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit K**

# Exhibit K

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit L**

# Exhibit L

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit M**

# Exhibit M

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit N**

# Exhibit N

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit O**

# Exhibit O

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit P**

# Exhibit P

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit Q**

## Exhibit Q

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit R**

## Exhibit R

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit S**

# Exhibit S

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.

**Exhibit T**

# Exhibit T

Lodged with the Court under seal
pursuant to the Stipulated Protective
Order filed June 6, 2007, and the
[Proposed] Order to File Documents
Under Seal filed October 29, 2008.