BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

    Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

    Defendants.

Case No. 07-CV-01658 PJH (EDL)

**PROOF OF SERVICE**

A/72728303.1/2021039-0000324170

Case No. 07-CV-01658 PJH (EDL)

PROOF OF SERVICE

| | |
|---|---|
| 1 | I am over eighteen years of age, not a party in this action, and employed in San |
| 2 | Francisco County, California at Three Embarcadero Center, San Francisco, California 94111- |
| 3 | 4067. I am readily familiar with the practice of this office for collection and processing of |
| 4 | correspondence for next business day delivery, and they are deposited that same day in the |
| 5 | ordinary course of business. |

**ORACLE'S OPPOSITION TO DEFENDANTS' FRCP 12(B)(1) AND 12(B)(6) MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR COPYRIGHT INFRINGEMENT, INTERERENCE WITH PROPSPECTIVE ECONOMOIC ADVANTAGE, BREACH OF CONTRACT, UNFAIR COMPETITION, AN ACCOUNTING AND UNJUST ENRICHMENT [UNREDACTED VERSION]**

**DECLARATION OF KEVIN MANDIA IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' FRCP 12(B)(1) AND 12(B)(6) MOTION TO DISMISS [UNREDACTED VERSION]**

**DECLARATION OF CHAD RUSSELL IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' FRCP 12(B)(1) AND 12(B)(6) MOTION TO DISMISS [UNREDACTED VERSION]**

X  (OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Federal Express in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

Robert A. Mittelstaedt, Esq.
Jason McDonell, Esq.
Elaine Wallace
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104

Tharan Gregory Lanier, Esq.
Jane L. Froyd, Esq.
Jones Day
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303

Scott W. Cowan, Esq.
Joshua L. Fuchs, Esq.
Jones Day
717 Texas, Suite 3300
Houston, TX  77002

| | |
|---|---|
| 1 | I declare that I am employed in the office of a member of the bar of this court at |
| 2 | whose direction the service was made and that this declaration was executed on |
| 3 | October 29, 2008, at San Francisco, California. |
| 4 | |
| 5 | |
| 6 | By: *[signature]* |
| 7 | Lisa K. Large |