| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359) <br> Jason McDonell (SBN 115084) <br> Elaine Wallace (SBN 197882) <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 626-3939 <br> Facsimile: (415) 875-5700 <br> ramittelstaedt@jonesday.com <br> jmcdonell@jonesday.com <br> ewallace@jonesday.com <br><br> Tharan Gregory Lanier (SBN 138784) <br> Jane L. Froyd (SBN 220776) <br> JONES DAY <br> 1755 Embarcadero Road <br> Palo Alto, CA 94303 <br> Telephone: (650) 739-3939 <br> Facsimile: (650) 739-3900 <br> tglanier@jonesday.com <br> jfroyd@jonesday.com <br><br> Scott W. Cowan (Admitted *Pro Hac Vice*) <br> Joshua L. Fuchs (Admitted *Pro Hac Vice*) <br> JONES DAY <br> 717 Texas, Suite 3300 <br> Houston, TX 77002 <br> Telephone: (832) 239-3939 <br> Facsimile: (832) 239-3600 <br> swcowan@jonesday.com <br> jlfuchs@jonesday.com <br><br> Attorneys for Defendants <br> SAP AG, SAP AMERICA, INC., and <br> TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP <br> DONN P. PICKETT (SBN 72257) <br> GEOFFREY M. HOWARD (SBN 157468) <br> HOLLY A. HOUSE (SBN 136045) <br> ZACHARY J. ALINDER (SBN 209009) <br> BREE HANN (SBN 215695) <br> Three Embarcadero Center <br> San Francisco, CA 94111-4067 <br> Telephone: (415) 393-2000 <br> Facsimile: (415) 393-2286 <br> donn.pickett@bingham.com <br> geoff.howard@bingham.com <br> holly.house@bingham.com <br> zachary.alinder@bingham.com <br> bree.hann@bingham.com <br><br> DORIAN DALEY (SBN 129049) <br> JENNIFER GLOSS (SBN 154227) <br> 500 Oracle Parkway <br> M/S 5op7 <br> Redwood City, CA 94070 <br> Telephone: (650) 506-4846 <br> Facsimile: (650) 506-7114 <br> dorian.daley@oracle.com <br> jennifer.gloss@oracle.com <br><br> Attorneys for Plaintiffs <br> Oracle USA, Inc., Oracle International Corporation, Oracle Systems Corporation, Oracle EMEA Limited, and J.D. Edwards Europe Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, *et al.*, <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PARTIAL WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1       Plaintiffs Oracle USA, Inc. Oracle International Corporation, Oracle Systems Corporation, Oracle EMEA Limited, and J.D. Edwards Europe Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with Oracle, the "Parties") jointly submit this Stipulation to partially withdraw Plaintiffs' Motion to File Opposition to Motion to Dismiss, and Declarations and Exhibits in Support Thereof, Under Seal.

      WHEREAS, Plaintiffs filed their Third Amended Complaint on October 8, 2008;

      WHEREAS, Defendants filed their Motion to Dismiss on October 15, 2008;

      WHEREAS, Plaintiffs filed their Opposition to the Motion to Dismiss, as well as Declarations and Exhibits in Support Thereof, on October 29, 2008.

      WHEREAS, on the same day, October 29, 2008, Plaintiffs filed, at Defendants' request, an Administrative Motion to File Opposition to Motion to Dismiss, and Declarations and Exhibits in Support Thereof, Under Seal (the "Plaintiffs' Motion to Seal"). Through the Plaintiffs' Motion to Seal, the Parties sought an Order permitting Plaintiffs to file under seal (1) portions of Oracle's Opposition to Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss ("Plaintiffs' Opposition"), (2) portions of the Declaration of Kevin Mandia in Support of Oracle's Opposition to Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss ("Mandia Declaration"), and (3) Exhibits D through T to the Declaration of Chad Russell in Support of Oracle's Opposition to Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss ("Russell Declaration");

      WHEREAS, in deference to the presumption in favor of public access to court records, Defendants do not at this time contend that any portion of Oracle's Opposition, the Mandia Declaration itself, or Exhibits D, E, G, and I to the Russell Declaration, referenced above, need to be filed under seal;

      WHEREAS, Defendants continue to contend that Exhibits F, H, and J through T to the Russell Declaration need to be filed under seal as set forth in the accompanying Declaration of Tharan Gregory Lanier in Support of Plaintiffs' Motion to Seal.

      NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Plaintiffs hereby withdraw Plaintiffs' Motion to Seal as to Plaintiffs' Opposition, the Mandia Declaration, and Exhibits D, E, G, and I to the Russell

Declaration, but not as to Exhibits F, H, and J through T to the Russell Declaration, filed in this matter on October 29, 2008. It is further stipulated that Plaintiffs' Opposition, the Mandia Declaration, and Exhibits D, E, G, and I to the Russell Declaration, but not Exhibits F, H, and J through T to the Russell Declaration, may be filed publicly, and that the filing shall not be construed as a waiver of any confidentiality designation, right to file under seal, or other protection with respect to documents or other information related or similar to, or referred to by, the filed documents.

**IT IS SO STIPULATED.**

DATED: November 5, 2008                JONES DAY

By: /s/ Tharan Gregory Lanier
    Tharan Gregory Lanier

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: November 5, 2008                BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
    Geoffrey M. Howard

Attorneys for Plaintiffs
ORACLE USA, INC., ORACLE
INTERNATIONAL CORPORATION,
ORACLE SYSTEMS CORPORATION,
ORACLE EMEA LIMITED, and J.D.
EDWARDS EUROPE LIMITED

SVI-63133

STIPULATION / PROPOSED ORDER RE: PARTIAL
WITHDRAWAL OF MOTION TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)