Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAP AG, et al.,<br><br>    Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF THARAN GREGORY LANIER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DEFENDANTS' DOCUMENTS SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER SEAL**<br><br>Date: November 19, 2008; Time: 9:00 a.m.<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

I, THARAN GREGORY LANIER, declare:

1. I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case, I make this Declaration in support of Plaintiffs' Administrative Motion to File Opposition to Motion to Dismiss, and Declarations and Exhibits in Support Thereof, Under Seal ("Plaintiffs' Motion to Seal").

3. The requested relief is necessary and narrowly tailored to protect the confidentiality of the materials put at issue by Plaintiffs' Opposition to Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss ("Plaintiffs' Opposition"). Specifically, Exhibits F, H, and J through T to the Declaration of Chad Russell in support of Oracle's Opposition to Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss ("Russell Declaration") contain information constituting "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only" pursuant to the Protective Order entered on June 6, 2007 in this action. In particular, Exhibits F, N, and O contain information designated Highly Confidential - Attorneys' Eyes Only in good faith by Defendants. Additionally, Exhibits H, J through M, and P through T to the Russell Declaration contain information designated Confidential in good faith by Defendants.

4. Exhibit F contains Highly Confidential Information related to Defendant TomorrowNow, Inc.'s ("TN") specific network structure, the disclosure of which would be likely to cause competitive and business injury to Defendants.

5. Exhibit H contains Confidential Information consisting of non-public, customer-specific information.

6. Exhibit J contains Confidential Information related to Defendants' business and

marketing plans, analyses, and strategies for competing with Plaintiffs, as well as Confidential Information related to non-public, commercially sensitive analyses of business transactions and combinations.

7. Exhibit K contains Confidential Information related to non-public, commercially sensitive analyses of a business transaction.

8. Exhibit L contains Confidential Information related to Defendants' business and marketing plans, analyses, and strategies for competing with Plaintiffs.

9. Exhibit M contains Confidential Information related to Defendants' business and marketing plans, analyses, and strategies for competing with Plaintiffs.

10. Exhibit N contains Highly Confidential Information related to Defendants' current and future business plans, analyses, and strategies for competing in the market, the disclosure of which would be likely to cause competitive and business injury to Defendants.

11. Exhibit O contains Highly Confidential Information related to Defendants' current and future business plans, analyses, and strategies for competing in the market generally and with Plaintiffs specifically, the disclosure of which would be likely to cause competitive and business injury to Defendants.

12. Exhibit P contains Confidential Information related to Defendants' business and marketing plans, analyses, and strategies for competing with Plaintiffs.

13. Exhibit Q contains Confidential Information related to Defendants' business and marketing plans, analyses, and strategies for competing with Plaintiffs.

14. Exhibit R contains Confidential Information related to non-public, commercially sensitive analyses of business transactions and combinations.

15. Exhibit S contains Confidential Information related to Defendants' business and marketing plans, analyses, and strategies for competing with Plaintiffs, as well as Confidential Information related to non-public, commercially sensitive analyses of business transactions and combinations.

16. Exhibit T contains non-public, commercially sensitive customer information.

17. Defendants note that although Plaintiffs quote minor excerpts from Exhibits F, H,

| | |
|---|---|
| 1 | and J through T to the Russell Declaration in support of Plaintiffs' Opposition, there are extensive |
| 2 | portions of these documents that Plaintiffs do not contend are relevant to this Court's |
| 3 | consideration of Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss ("Defendants' |
| 4 | Motion to Dismiss") and that still deserve protection under the Protective Order entered in this |
| 5 | case. Defendants further contend that although Plaintiffs' Opposition puts in issue these very |
| 6 | limited portions of Exhibits F, H, and J through T to the Russell Declaration, even these portions |
| 7 | have no bearing on the Court's decision of the issues raised in Defendants' Motion to Dismiss. |
| 8 | *See* Defendants' Reply in Support of Defendants' Motion to Dismiss at 3. |
| 9 |     I declare under penalty of perjury under the laws of the United States and the State of |
| 10 | California that the foregoing is true and correct. Executed this 5th day of November, 2008 in |
| 11 | Palo Alto, California. |

                                              /S/ Tharan Gregory Lanier
                                                Tharan Gregory Lanier

SVI-63138