Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.,*<br><br>                    Plaintiffs,<br><br>     v.<br><br>SAP AG, *et al.*,<br><br>                    Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS F, H, AND J THROUGH T TO DECLARATION OF CHAD RUSSELL ISO OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

1   Pending before this Court is Plaintiffs' Administrative Motion to File Exhibits F, H, and J
2   through T to the Declaration of Chad Russell in Support of Plaintiffs' Opposition to Defendants'
3   FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss Under Seal (the "Plaintiffs' Current Motion to
4   Seal"). On October 29, 2008, Plaintiffs filed an Administrative Motion to File Opposition to
5   Motion to Dismiss, and Declarations and Exhibits in Support Thereof, Under Seal (the "Plaintiffs'
6   Original Motion to Seal"). Through the Plaintiffs' Motion to Seal, the Parties sought an Order
7   permitting Plaintiffs to file under seal (1) portions of Oracle's Opposition to Defendants' FRCP
8   12(b)(1) and 12(b)(6) Motion to Dismiss ("Plaintiffs' Opposition"), (2) portions of the
9   Declaration of Kevin Mandia in support of Oracle's Opposition to Defendants' FRCP 12(b)(1)
10  and 12(b)(6) Motion to Dismiss ("Mandia Declaration"), and (3) Exhibits D through T to the
11  Declaration of Chad Russell in support of Oracle's Opposition to Defendants' FRCP 12(b)(1) and
12  12(b)(6) Motion to Dismiss ("Russell Declaration"). Unredacted versions of these documents
13  were lodged with the Court on October 29, 2008. On November 5, 2008, the Parties filed a
14  stipulation withdrawing Plaintiffs' Original Motion to Seal as to Plaintiffs' Opposition, the
15  Mandia Declaration itself, and Exhibits D, E, G, and I to the Russell Declaration, but not as to
16  Exhibits F, H, and J through T to the Russell Declaration. As a result, the Court now considers
17  only Plaintiffs' Current Motion to Seal Exhibits F, H, and J through T to the Russell Declaration.

18  Having considered Plaintiffs' Current Motion to Seal and the documents and exhibits filed
19  in support, including the Stipulation to Permit Plaintiffs to File Opposition to Motion to Dismiss,
20  and Declarations and Exhibits in Support Thereof, Under Seal, the Declaration of Zachary J.
21  Alinder in Support of Plaintiffs' Original Motion to Seal, and the Declaration of Tharan Gregory
22  Lanier in Support of Plaintiffs' Current Motion to Seal, and good cause having been shown:

IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal Exhibits F, H, and J through T to the Russell Declaration is GRANTED. The Clerk of the Court shall file under seal the unredacted versions of the following documents that have been lodged with the Court: Exhibits F, H, and J through T to the Russell Declaration.

DATED: _____ By: _____
Hon. Phyllis J. Hamilton

SVI-63142