United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,

        Plaintiffs,

       v.

SAP AG, et al.,

        Defendants.

_____/

No. C 07-1658 PJH

**ORDER DENYING REQUEST TO
FILE DOCUMENTS UNDER SEAL**

       Plaintiffs having filed an administrative motion on October 29, 2008, for leave to file certain documents under seal, which documents were previously designated by defendants as "Highly Confidential," and having failed to establish good cause for such request, and defendants having filed to establish either "good cause" or a "compelling reasons" <u>see</u> <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1178-80 (9th Cir. 2006), the court finds that the request must be DENIED.

**IT IS SO ORDERED.**

Dated: November 6, 2008

                                                     

_____
PHYLLIS J. HAMILTON
United States District Judge