BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp., Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation, ORACLE SYSTEMS CORPORATION, a Delaware corporation, ORACLE EMEA LIMITED, an Irish private limited company, and J.D. EDWARDS EUROPE LIMITED, an Irish private limited company,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF CHAD RUSSELL IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' FRCP 12(B)(1) AND 12(B)(6) MOTION TO DISMISS** |

I, Chad Russell, declare:

1. I am member of the State Bar of California and an associate at Bingham McCutchen LLP, counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated in this Declaration by virtue of my representation of Plaintiffs in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. Attached as Exhibit A are true and correct copies of documents Bates-labeled ORCL00043749 thru 3752, entitled "Certificate of Ownership and Merger Merging PeopleSoft, Inc., a Delaware Corporation, into Oracle Corporation, a Delaware Corporation."

3. Attached as Exhibit B are true and correct copies of documents Bates-labeled ORCL00182510 thru 2513, entitled "Certificate of Ownership and Merger Merging J.D. Edwards World Source Company, a Colorado Corporation, into Oracle Corporation, a Delaware Corporation."

4. Attached as Exhibit C are true and correct copies of documents Bates-labeled ORCL00182514 thru 2517, entitled "Certificate of Ownership and Merger Merging J.D. Edwards YOUCentric Company, a Delaware Corporation, into Oracle Corporation, a Delaware Corporation."

5. Attached as Exhibit D are true and correct copies of excerpts from the transcript of the deposition of Mark Kreutz, taken on October 30, 2007.

6. Attached as Exhibit E are true and correct copies of excerpts from the transcript of the deposition of Shelley Nelson, taken on December 6, 2007.

7. Attached as Exhibit F are true and correct copies of excerpts from the transcript of the deposition of Bill Thomas, taken on October 29, 2007.

8. Attached as Exhibit G are true and correct copies of excerpts from the transcript of the deposition of John Baugh, taken on February 6-7, 2008.

9. Attached as Exhibit H are true and correct copies of excerpts from the transcript of the deposition of Roderic Russell, taken on June 25, 2008.

10. Attached as Exhibit I are true and correct copies of excerpts from the transcript of the deposition of Catherine Hyde, taken on April 1, 2008.

11.     Attached as Exhibit J are true and correct copies of excerpts from the transcript of the deposition of Henning Kagermann, taken on September 25-26, 2008.

12.     Attached as Exhibit K is a true and correct copy of an email and attachment entitled "Business Case," Bates-labeled SAP-OR0091829 thru 1838, and previously marked by Plaintiffs as deposition Exhibit 427. This exhibit includes three pages attached at the end, and included in the deposition copy, created by Plaintiffs to reflect hard-to-read text in pages SAP-OR00091836, 837, and 838.

13.     Attached as Exhibit L is a true and correct copy of an email and attachment entitled "Business Case TomorrowNow," Bates-labeled SAP-OR00157405-7424, and previously marked by Plaintiffs as deposition Exhibit 431.

14.     Attached as Exhibit M are true and correct copies of excerpts from the transcript of the deposition of Thomas Ziemen, taken on October 1, 2008.

15.     Attached as Exhibit N is a true and correct copy of a document entitled "TomorrowNow Global Leadership Meeting," Bates-labeled SAP-OR00007470 thru 7537, and previously marked by Plaintiffs as deposition Exhibit 473.

16.     Attached as Exhibit O is a true and correct copy of a document that includes an attachment entitled "Apollo Competitive Program Update," beginning at the page Bates-labeled SAP-OR00139919. The entire exhibit is Bates-labeled SAP-OR00139918 thru 9969, and was previously marked by Plaintiffs as deposition Exhibit 418. It includes one page translated from German to English, as noted in the translator's certificate at the third page of the exhibit.

17.     Attached as Exhibit P are true and correct copies of excerpts from the transcript of the deposition of Leo Apotheker, taken on October 2, 2008.

18.     Attached as Exhibit Q is a true and correct copy of a document entitled "Oracle Competitive Update," Bates-labeled SAP-OR00018638 thru 8666, and previously marked by Plaintiffs as deposition Exhibit 421.

19.     Attached as Exhibit R are true and correct copies of excerpts from the transcript of the deposition of Arlen Shenkman, taken on June 4, 2008.

20.     Attached as Exhibit S is a true and correct copy of a document entitled "RE:

1  Peoplesoft 1-2-3," Bates-labeled SAP-OR00091723 thru 91728, and previously marked by

2  Plaintiffs as deposition Exhibit 210.

3        21.    Attached as Exhibit T is a true and correct copy of two printouts from the "SAS"

4  database, produced by Defendants in this matter. The first page shows a view from the

5  "OneWorld" portion of the database called "Engagements by Region," and the engagement list

6  for EMEA has been expanded by clicking on it. The second page shows the same for the

7  "World" portion of the database.

8        I declare under penalty of perjury under the laws of the United States of America

9  that the foregoing is true and correct.

10       Executed on October 29, 2008 in San Francisco, California.

_____
Chad Russell