# Exhibit N

Dockets.Justia.com





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00007470



## SAP Priorities by Cluster

**Expand Addressable Market by Organic Growth**

~$30bn ➔ ~$70bn

| | |
|---|---|
| 2005 | 2010E |

2005: #1 CRM, #1 SCM, #1 SRM, #1 PLM, #1 ERP

2010E: Leader in Business User Solutions, #1 Mid-market, #1 Business Process Platform, Leader in Industry Solutions + #1 CRM, #1 SCM #1 SRM, #1 PLM, #1 ERP

**Business User**
- Duet
- Usability (Project Muse)
- Analytics

**Midmarket**
- A1s without compromise
- Modernized simplified A1 ("New A1")
- "New A1" as appliance for 2 industries
- CRM on Demand, deployment models

**Platform**
- Service Enablement of ERP2005 (BPP)
- Establish SAP NetWeaver as the integration platform #1
- Enterprise SOA showcases
- Ecosystem

**Industries**
- Improve solution for "services industries"
- New industry positioning

**Suite**
- Stabilize CRM
- Accelerate ERP upgrade
- End-to-end supportability
- SCM

**Best-Run SAP**
- BPR for volume business

© SAP AG 2006, Global Service & Support Manager Info Session, G. Oswald / 2     THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     SAP-OR00007471



## Accelerated Progress Towards 2010 Vision...

**2006** — Launch Strategic Products
- mySAP ERP 2005 generally available
- mySAP ERP evolves into a BPP
- Duet, SAP xApps
- SAP Analytics, BI-Accelerator
- SAP CRM On-Demand
- First pilot customer testing of enhanced midmarket portfolio

**2007** — ESOA Roadmap Completed
- mySAP Business Suite on a BPP
- Enhanced Midmarket portfolio available

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00007472



# ...And Doubling of Addressable Market by 2010

**2007**

**Enterprise Service-Oriented Architecture Established**

- mySAP Business Suite on a BPP
- Enhanced midmarket portfolio available

**...**

**2010**

**Addressable Market $75bn**

- ~20% market share, $15bn in product revenue (CAGR 2007-2010 of 15%)
- ~100,000 customers
- ~2/3 of installed base on Enterprise SOA
- ~50% of SAP's software revenues from new products
- ~40-45% of SAP's order entry from midmarket

© SAP AG 2006, Title of Presentation / Speaker Name / 4

THE BEST-RUN BUSINESSES RUN SAP™

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00007473



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00007474



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00007475

# Oracle – Complete Stack



© SAP AG 2006, Oracle Strategy Review / Nov 21, 2006 / T. Ziemen / 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Chronology of Oracle's Growth by Acquisition Strategy

**2005**

| Jan | Feb | Mar | Apr | Mai | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

PeopleSoft/ JD Edwards ($ 10.3B)  Retek ($ 0.7B)  Oblix  TripleHop  ProfitLogic  i-Flex ($ 1.0B)  G-Log  Innobase  Thor  TempoSoft

TimesTen  Context Media  OctetString

**2006**

| Jan | Feb | Mar | Apr | Mai | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

Siebel ($ 5.9B)  HotSip  Sleepycat  Net4Call  Demantra  Sigma Dynamics  Sunopsis  Stellent

360Commerce  Portal Software  Telephony@Work  MetaSolv  SPL

## 2005 Acquisitions

- Context Media: Enterprise content integration software
- G-Log: Logistics management
- i-Flex: Banking
- Innobase: Open source database
- Oblix: Identity management
- OctetString: Identity management
- PeopleSoft/JD Edwards: Enterprise applications
- ProfitLogic: Retail
- Retek: Retail
- TempoSoft: Retail
- Thor: Identity management
- TimesTen: Real time data management software
- TripleHop: Enterprise search products and technology

*Since January 2005, Oracle has made more than 20 acquisitions, totaling approx. US$ 21B*

## 2006 Acquisitions

- Demantra: SCP
- Portal Software, HotSip and Net4Call: Telecom software
- Siebel: CRM
- Sigma Dynamics: Real-time predictive analytics technology
- Sleepycat: Open Source DB
- Telephony@Work: Telecom software
- 360Commerce: Retail
- Sunopsis: Data integration
- MetaSolv Software: OSS service fulfillment, media & communication
- Stellent: Enterprise content management software
- SPL: Utilities & tax management software

*„Oracle would have to spend an est. $17B on acquisitions to generate a sustained EPS CAGR of 20% over the next three years (2007-2009)" BernsteinResearch, Oct16, 2006*

© SAP AG 2006, Oracle Strategy Review / Nov 21, 2006 / T. Ziemen / 8

THE BEST-RUN BUSINESSES RUN SAP

# Financial Performance – SAP vs. Oracle (1/2)



**ORACLE**

| Product | Q1/FY07 in US$ millions | YoY | R4Q (Q2/06–Q1/07) in US$ millions | YoY |
|---|---|---|---|---|
| **Product** | **2,745** | **+29%** | **12,407** | **+21%** |
| Software | 804 | +28% | 5,079 | +22% |
| Applications | 228 | +80% | 1,404 | +66% |
| Database & Middleware | 576 | +15% | 3,675 | +11% |
| Maintenance | 1,941 | +18% | 7,328 | +20% |
| – Applications | 700 | +16% | 2,738 | +39% |
| – Database & Middleware | 1,241 | +20% | 4,590 | +11% |
| **Services** | **846** | **+33%** | **3,049** | **+20%** |
| Consulting | 633 | +33% | 2,272 | +17% |
| Training | 88 | +19% | 339 | +16% |
| On Demand | 125 | +49% | 438 | +40% |
| **Total** | **3,591** | **+30%** | **15,456** | **+21%** |

**Rolling 4 Quarters**

47% (-1)
33% (+1)
3%  2%  15%

◫ Software    ▨ Maintenance
▨ Consulting    ▨ Training
▨ On Demand

**SAP**

| Product | Q3/2006 in US$ millions* | YoY | R4Q (Q4/05–Q3/06) in US$ millions* | YoY |
|---|---|---|---|---|
| **Product** | **1,994** | **+13%** | **7,956** | **+14%** |
| Software | 875 | +17% | 3,699 | +16% |
| Maintenance | 1,119 | +10% | 4,257 | +13% |
| **Services** | **827** | **+8%** | **3,308** | **+11%** |
| Consulting | 712 | +8% | 2,847 | +10% |
| Training | 115 | +8% | 461 | +15% |
| **Other** | **21** | **-11%** | **88** | **-9%** |
| **Total** | **2,842** | **+11%** | **11,352** | **+13%** |

37% (-1)
33% (+1)
1%  4%  25%

◫ Software    ▨ Maintenance
▨ Consulting    ▨ Training
▨ Other

Source: SGM

* SAP revenues in US$ based on quarter end exchange rates

© SAP AG 2006, Oracle Strategy Review / Nov 21, 2006 / T. Ziemen / 9

THE BEST-RUN BUSINESSES RUN SAP™

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY