Oracle Corporation et al v. SAP AG et al

Doc. 218

# Exhibit O

Dockets.Justia.com

| | |
|---|---|
| Message | |
| From: | Weber, Ina Daniela [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000049718] |
| Sent: | 7/22/2005 3:29:18 AM |
| To: | WALTER, CHRISTIAN [/O=SAP/OU=EUROPE2/CN=RECIPIENTS/CN=000000104626] |
| CC: | Ziemen, Thomas [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000042894] |
| Subject: | Safe Passage Updates |
| Attachments: | Apollo Program Update_Leo.ppt; Safe_Passage_Update_Board_Meeting_Paris_Gerd.ppt |
| Importance: | High |

Hello Christian:

As discussed, here are the updates.



Apollo Program Update_Leo.ppt   Safe_Passage_...

Warm greetings,
Thomas

**Thomas Ziemen**
Vice President
Service Solution Management
SAP AG
Dietmar-Hopp-Allee 16
69190 Walldorf
T +49/6227/7-44768
F +49/6227/78-20080
M +49/171/5263644
E thomas.ziemen@sap.com
http://www.sap.com

EXHIBIT 418
WIT: Kagermann
DATE: 9/25/08
FRANK BAS, RPR

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY   SAP-OR00139918

| | |
|---|---|
| Message | |
| From: | Weber, Ina Daniela [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000049718] |
| Sent: | 7/22/2005 3:29:18 AM |
| To: | WALTER, CHRISTIAN [/O=SAP/OU=EUROPE2/CN=RECIPIENTS/CN=000000104626] |
| CC: | Ziemen, Thomas [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000042894] |
| Subject: | Safe Passage Updates |
| Attachments: | Apollo Program Update_Leo.ppt; Safe_Passage_Update_Board_Meeting_Paris_Gerd.ppt |
| Importance: | High |

Hallo Christian,

Wie besprochen, hier die Updates:

 

Apollo Program    Safe_Passage_...
Update_Leo.ppt

Viele Grüße
Thomas

**Thomas Ziemen**
Vice President
Service Solution Management
SAP AG
Dietmar-Hopp-Allee 16
69190 Walldorf
T   +49/6227/7-44766
F   +49/6227/78-20080
M  +49/171/3363644
E   thomas.ziemen@sap.com
http://www.sap.com

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY      SAP-OR00139918



ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Imène Reda, hereby certify that the following documents are, to the best of my knowledge and belief, true and accurate translations from German into English.

SAP-OR00139918
SAP-OR00224503-5
SAP-OR00225604

*Imène Reda*

Imène Reda

Sworn to before me this

22nd day of September 2008

*Stephanie Dill*

Signature, Notary Public

Stephanie Dill
Notary Public, State of New York
No. 01DI6180934
Qualified in NEW YORK County
Commission Expires Jan 22, 2012

_____

Stamp, Notary Public

TPT 077 rev. 1 20060612

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM



# Apollo Competitive Program Update



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY	SAP-OR00139919

# Status Report

**Key Messages:**
- Program management office initiated June 1.
- All WS level planning is complete.
- Operational planning and execution in process
- The first 120 days is phase 1 of Apollo
- All activities are on track and moving forward

| Apollo Plan Component | Focus | Status |
|---|---|---|
| **4 Point Plan** (identified work streams) | Work Stream 1: SAP Applistructure Thought Leadership (Graf, Burch, Heitmann) | G |
| | Work Stream 2: Industry & Segment Battlegrounds (Graf, Bradley) | Y |
| | Work Stream 3: Convert Oracle Customers (Bradley) | G |
| | Work Stream 4: Accelerate DB Commoditization (Graf, Bradley, Klaey) | Y |
| **Communication Strategy** (across all work streams) *Internal Communications = Sales Management, AE's, SE's, Global and Regional Comms, PTG, MCO; External Comms = Customers, Shareholders, Partners, AR, PR; Apollo SMI Site = All SAP Employees, role based; Executive Stakeholder = Board-FLT/PLT, Marketing Council, Global Jour Fixe* | Internal Communications (GC, CSO) | G |
| | External Communications (GC, CSO) | G |
| | Apollo SMI Site (CSO) | G |
| | Executive Stakeholders (CSO) | G |
| **Cross Topics** | Program Management System | Y |
| | Global Rollout | G |
| | Budget | Y |
| | Headcount & Personnel | G |

Legend: ✓ Completed | G Activities on track, no critical issues | Y Work in progress; some critical issues, being resolved | ● Critical issues requiring intervention | ○ Not yet started

© SAP AG 2005, Apollo Competitive Program 2

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY    SAP-OR00139920

# Issue and Action Summary for (Y) Items

| Work Stream | Issue | Action | Responsible | Timing |
|---|---|---|---|---|
| Industry Battle Grounds | Industries have not formed "attack teams" and have not aligned on attack priorities or plans | • Review attack plan status with Herzberg<br>• Apollo to drive Virtual team development | Bradley<br>Program Office | July 12 – 20 |
| Data Base | Data base teams completing analysis and determining Oracle contract position | • Continue to work with Graf/Hess on coordinated DB strategy by segment<br>• Work with Klaey and AP team on Emerging Markets strategy<br>• CMI Anti-competitive practices analysis under development | Mann | Plans by July 31 |
| Program Management System | Program Office still going through start-up | • MCO to run weekly operational meeting<br>• Apollo to leverage CMI's Alert Operating processes for fast response<br>• Marketing Council to meet bi-weekly to drive more aggressive strategy/execution and address "alert" alignment issues | Homlish | Ongoing |
| Cross-topics | "War Chest" funding | • Budget request completed based on revised launch calendar and battle plans | Mann | July 20 |

© SAP AG 2005, Apollo Competitive Program 3

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00139921

## Apollo Accomplishments (First 30 Days)

Apollo Launch at the NASSM

Launch of Apollo Site on SMI
- June's Most Popular Assets on SMI report– The Apollo site had the ninth highest number of downloads in June – Site live for 10 days as of this metric

Insertion of SAP in Oracle news streams
- Disruption of Oracle news stream resulting in broader dissemination of SAP positioning and dilution of Oracle Messages

Three Apollo-created documents completed and issued
- Oracle – pricing and hosting,
- Oracle – "OFF SAP" Analysis and rebuttal
- Effective countering of the Oracle earnings announcement
- Effectively using CMI as the Apollo analysis "back-office"

Launch of Safe Passage for Small and Midsize Enterprises and Safe Passage for Retail

© SAP AG 2005, Apollo Competitive Program 4

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY    SAP-OR00139922



## Sharpening The Razor (1)

| Cornerstones | Description | Due |
|---|---|---|
| Integrated Marketing Communications Plans | ▶ Comprehensive plans to drive all positioning, messaging and activities to deliver the truth and the SAP message into the market | August 1 (Draft Plans) |
| SAP Apollo Evangelists | ▶ To be proactive and take an offensive stance, it is critical that in addition to our key spokespeople we task a specific group of individuals with the responsibility of *evangelizing the truth* to the market and ensure Oracle will remain in reactive mode (recommended evangelists)<br><br>▶ Apollo will promote speakers for market-facing speaking opportunities | July 25 (Invite) |
| Message Calendar | ▶ We will focus the company on a particular topic and Attack Oracle relentlessly through all of our communication channels (sample messages, *"The Fusion Myth, Business Process Platform Realities", "SAP Market share realities etc…"*<br><br>▶ Every employee will be aware of these messages and will drive thru their own channels, but the official spokespersons will be responsible for message delivery<br><br>▶ After the market is thoroughly immersed in our messages, we will shift to a new topic forcing Oracle to react yet again<br><br>▶ Ensures that Oracle remains in reactive mode | August 5 |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY    SAP-OR00139924

## Sharpening The Razor (2)

| Cornerstones | Description | Due |
|---|---|---|
| Monthly Message Briefs | ▶ Delivery of message briefs to SAP executives, Apollo Evangelists and those responsible for our key communication channels<br>▶ Briefs will provide the key messages and facts to drive Oracle attacks thus ensuring the entire organization is on message | August 5<br>(August/Sept Messages) |
| External Speakers Bureau | ▶ Develop, promote and fund a small group of external market influencers (eg. Josh Greenbaum, Erik Keller, Geoffrey Moore, Ray Lane etc..)<br>▶ Will deliver SAP-oriented business and technology messages in public forums and press engagements | August 5 |
| Rapid Response Analysis Team | ▶ Apollo will manage content development and delivery for rapid response to the field, executives and evangelists to rebut false Oracle claims, as well as drive rapid assembly of SWOT teams to analyze Oracle's next moves, Virtual Team identification already in progress | August 1<br>(Design & Experts ID'd) |
| Disruptive Strategy | ▶ Drive an aggressive approach to disrupting Oracle's database business (eg. Promoting open source, canceling reseller agreements, etc...) | Ongoing |
| Scenario War-Gaming | ▶ CMI is driving an Oracle War-gaming exercise to develop a set of likely scenarios around market development, competitive pressures, acquisition strategies etc... that will then be tracked and regularly evaluated, PTG, CSO and CCT to participate | August 31 |

© SAP AG 2005, Apollo Compware Program 7

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00139925

# Disruptive Strategy: Next Efforts (60 Days)

**Objective: Its not enough to "just tell the truth." SAP must aggressively attack Oracle's business with a laser like focus on their database business. These workstreams are meant to focus the organization on this goal.**

Global Efforts
- Launch Apollo Globally
- Global Rollout of Sales Incentive program
- Pre-emptive analysis of SAP v. Oracle Earnings (to be released just after SAP's Earning's Announcement)

Accelerate Database Commoditization
- Explore anti-competitive Oracle behavior and develop action plan Review and Develop DB bundling recommendations with PTG and Partner teams Messaging around the commoditization of the database within the IT Stack, focusing on the business process message as opposed to Oracle's data centric message

Applistructure Thought Leadership
- Positioning SAP MDM v. Oracle – hard hitting responses for the field: collaborative PTG, CMI and Apollo document under development
- Development of a "Fusion Fobia" Document – highlighting all the Fusion myths and how to leverage them in a sales cycle -- externally developed piece
- Preemptive Apollo Event Response focused on Oracle's upcoming Fusion Tour in EMEA

Safe Passage
- Development and launch of Safe Passage for HCM and Analytics
- Promote Sales Advisory Service RFP database and ValueMart to ensure all RFPs have hard hitting responses

Key Industry and Segment Battlegrounds
- Finalized attack plans, for Industries, HCM, Analytics and JDE mid-market manufacturing


© SAP AG 2005, Apollo Competitive Program 8

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY          SAP-OR00139926

## Field Launch Plan

**North America – Complete**

Launched with the following content
- Apollo Regional "Teaser" Email Campaign
- Pre-Packaged Apollo Launch Content to be Provided:
  - Act I.   Opening Video "Lies" - 90 sec.
  - Act II.  Regional President Opening Remarks – appx. 3 min. (Generic Content provided: Regional Context to be added)
  - Act III. Humorous "Greek Mythology" satire video - 2.5 minutes
  - Act IV.  Léo Apotheker comments – appx. 8-10 mins. (Pre Recorded Taped Address - English)
  - Act V.   Regional Apollo lead - regional program specifics and closing comments - 6 min. (Generic Content provided: Regional Context to be added)

Apollo will syndicate all content to the above content to the regions by 25 July

Apollo will provide tactical content support

Official launch date to be set by the individual regions with a strong recommendation to launch as soon as possible (contingent on local summer schedules)

© SAP AG 2005, Apollo Competitive Program 9

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY    SAP-OR00139927

# NA Sales Incentive Program

Eligible roles: AEs all Business Units

The NA organization has created a sales incentive plan to drive the Apollo effort through the AE community

Five separate categories for incentives
- Applistructure – Referenceable net new NetWeaver customers
- Applications – Win applications deals over Oracle
- Safe Passage – Transition JDE/PSFT/Retek customers
- Databases – Expand the mix of third party databases sold
- "Trifecta" – Achieve any three of the four elements in ONE DEAL

**Next Steps: Global Rollout of Sales Incentive Program**



© SAP AG 2005, Apollo Competitive Program 10

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00139928

## Safe Passage Success

Total Safe Passage Deals Won: – 21
- US Safe Passage Deals – 11
  - Timken, Samsonite, Wabash National, Home Depot, Forest City, Amgen, ConocoPhillips, Goodyear (new), Pacific Gas & Electric, TriQuent Semi-Conductor, Ciber
  - Over 200 deals in the North American Safe Passage pipeline currently
- EMEA Central – 4
  - Winkhaus Data Gmb, HYAZAKI Europe Limited, Veka AG, Altana Chemie AG 
- EMEA News – 3
  - Unigrà S.p.A. (Italy), Al Gurg Group LLC (UAE), The Land Bank (South Africa)
- APA – 2
  - Telecom Malaysia, Unilab (Philippines)
- Latin America – 1
  - Femsa Empaque (Mexico)

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY     SAP-OR00139929

## NA Win/Loss Summary

- 58 total OraSoft deals in Q1 (Q2 analysis due in 2 weeks) Oracle: 33 deals, PeopleSoft: 25 deals

- SAP's win rate increased 12% for deals involving Oracle

- Up 3% up against PSFT

- SAP also saw dramatic increases in win rate for deals involving MSFT and i2.

- SAP's win rate against Siebel decreased 9%.

- SAP increased its win rate in 6 out of 12 solutions:
  - CRM, Financials, PLM, SCM, Industry Solutions, and SRM.

Source: CMI

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY　　　SAP-OR00139930

# NA Win/Loss Summary  

Win/Loss Reasons as reported by the Sales Force and confirmed by CMI "After Action" Interviews

**Wins**
- Product Functionality and Product Technology continue to be the most prominent reasons in win deals by frequency of mention. Product Technology has seen the second largest decrease in mentions though.
- Vendor Perception is also important and has increased in frequency to be close to Product Technology and Product Functionality.
- Implementation had a heavy decline for the second period in a row.

**Losses**
- Needs Matching, Selling Technique, and Implementation are mentioned prominently.
- Pricing has fallen heavily in number of mentions.

**Additional in-depth qualitative research on deals shows:**
- Good references were a key factor in winning.
- Demos are very important and can outweigh Product Functionality and Technology.
- Of critical importance was SAP demonstrating that it understands both the prospect's needs and its business.

Of the six industries with five or more deals in Q1 2005,
Machinery, Engineering & Construction was the only one to increase over 20% in its win rate, while Retail was the only one to drop by more than 20%. 

© SAP AG 2005, Apollo Competitive Program 13

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                    SAP-OR00139931


HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY
SAP-OR00139932

# 1. SAP Leadership/Applistructure Thought Leadership

**Key Messages:**
- Continued thought leadership in both NetWeaver and Applistructure
- Win the war for business leadership in the minds of customers and key influencers.
- Corporate View (all cross topics that influence SAP leadership e.g. licensing, M&A, market share, etc.)

| Work Items/Objectives | Work stream #1 Categories | Status |
|---|---|---|
| **Create & Drive the SAP Business and Applistructure thought leadership messaging platforms** <br> PTG/GC/CSO | Create competitive-focused leadership messaging platform | G |
| | Incorporate leadership concepts and focus into external communication channel' plans to drive leadership messaging (competitive focus) | Y |
| | Test & refine messaging and positioning with outside parties | Y |
| **Competitive Sales Program Starter Kit** <br> CSO/PTG | Analyze Pipeline by Competition, Region, Industry. Determine call to action by Region, for Region | Y |
| | Competitive Sales Program Starter Kit | G |
| **Arm the Field & Communication Channels** <br> Practical focused messaging, content, validation of SAP Execution, competitor weaknesses (corporate, leadership focus) <br> (SAP View) <br> CSO/PTG/GC | Identify & Package SAP differentiators and rebuttal points for Field & GC channels | G |
| | Drive positioning & validation to field and through GC channels via various methods (SMI, Battle calls, RFP DB, Sales Advisory Service, GC Portal, etc) | R |
| | Create and/or utilize targeted customer intelligence, references and stories | Y |
| | Deliver a comprehensive set of sales tools, techniques & targeted demos focused on competitive situation analysis – promote SAP, point out Oracle weaknesses | R |
| **Uncover & Debunk Competitive Sales & Communication Tactics** <br> (Competitive View) <br> CSO/PTG/GC | Create and package a repository of current sales and communication tactics with facts, FUD and positioning | G |
| | Incorporate into the GC channel plans the means to deliver this information as input for story angles, competitor evaluations, alerts/reports, etc. | B |

✓ Completed    ● Activities on track, no critical issues    Y Work in progress; some critical issues being resolved    ● Critical issues requiring intervention    ○ Not yet started

© SAP AG 2005, Apollo Competitive Program 15

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY     SAP-OR00139933

## Supporting Information – Items marked as 

*FYI Only - No Action Necessary*

- **Thought Leadership Messaging Platforms:** Communications plan to disseminate the information is not complete
- **External testing and refinement of messaging and positioning:** Materials not ready for externalization
- **Analyze Pipeline by Competition:** Apollo team headcount issue, team member started July 5, 2005
- **Utilize Targeted Customer Intelligence:** Process is in development, information is not readily available