Oracle Corporation et al v. SAP AG et al                                      Doc. 220

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: November 26, 2008**         **JUDGE:** Phyllis J. Hamilton

**Case No: C-07-1658 PJH**

**Case Name:** Oracle Corporation, et al. v. SAP AG, et al.

**Attorney(s) for Plaintiff:**      Geoff Howard; John Polito; Anthony Falzone
**Attorney(s) for Defendant:**      Tharan Gregory Lanier

**Deputy Clerk**: Nichole Heuerman         **Court Reporter**: Christina Triska

### PROCEEDINGS

Defendants' Motion to Dismiss-Held. The court takes the matter under submission.

**cc: file**