**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

CIVIL MINUTES

Date:     November 25, 2008

Case No:  **C-07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG, et al**

    Attorneys:    Pltf:    Donn Pickett, Zachary Alinder Holly House, Jennifer Gloss
                      Deft:   Jason McDonell, Scott W. Cowan, Jane Froyd

    Deputy Clerk:  Lili M. Harrell        FTR Digital Recorder: 2:05pm - 3:25pm
                                                    (Time: 1 hour 20 min)

**PROCEEDINGS:**

- Further Discovery Conference held

**ORDERED AFTER HEARING:**
- Further Discovery Conference set for 1/8/09 at 2:00pm. Joint status conference statement due 1/5/09.
- Further Discovery Conferences scheduled for 2:00pm on 2/17/09, 3/31/09 and 5/5/09, with statements due one week prior to the conference.


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**




**Notes:**


cc: