IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,   No. C-07-01658 PJH (EDL)

    Plaintiffs,   **ORDER FOLLOWING DISCOVERY CONFERENCE**

  v.

SAP AG, et al.,

    Defendants.
_____/

On November 25, 2008, this Court held a discovery conference in this matter. As stated at the hearing, the Court makes the following order:

1. Defendants shall produce, on a rolling basis, all information from the Data Warehouse that was requested by Plaintiffs no later than 90 days from November 18, 2008. Defendants shall provide Plaintiffs with a production plan, including benchmarks for production. Defendants shall provide Plaintiffs with weekly updates as to the status of the production.

2. Defendants shall provide Plaintiffs with an update as to the targeted searches regarding customer financial reports no later than December 3, 2008.

3. Parties shall produce documents relating to depositions no later than twenty-one days in advance of each deposition. Documents need not be produced on a rolling basis except as to Agassi. Defendants shall continue to attempt to contact Owen O'Neill to schedule his deposition. If Defendants are not able to do so by December 9, 2008, Plaintiffs shall subpoena him for his deposition. Shai Agassi shall make himself available for up to ten

hours of deposition with at least seven hours on January 5, 2009, and additional time on either January 4 or January 6, 2009 if Plaintiffs have not completed the deposition.

5. Further discovery conferences are scheduled for February 17, 2009, March 31, 2009 and May 5, 2009 at 2:00 p.m. The parties shall submit a joint discovery conference statement no later than one week in advance of the conference.

**IT IS SO ORDERED.**

Dated: November 26, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge