IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,　　　　　　　　No. C-07-01658 PJH (EDL)

　　　　　Plaintiffs,　　　　　　　　　　　　　　**ORDER FOLLOWING DISCOVERY CONFERENCE**

　　v.

SAP AG, et al.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　　/

On January 8, 2009, this Court held a discovery conference in this matter. As stated at the hearing, the Court makes the following order:

1.　The parties shall meet and confer regarding deposition scheduling. In particular, the parties shall discuss the scheduling of the initial depositions of Andrew Nelson, Greg Nelson and Mark White by mid-February 2009 regarding the time period from January 1, 2004 through March 22, 2007, and possibly also the earlier time period from January 1, 2002 through January 1, 2004, to be followed, if necessary, by further depositions of these individuals regarding the time period after the filing of this action (and, if not already done, the earliest period). If the parties are unable to resolve this issue, they may each file, no later than January 16, 2009, a proposed order along with a joint letter explaining the proposals for the Court's review.

2.　As stated in the Court's November 26, 2008 Order, the parties shall produce documents relating to depositions no later than twenty-one days in advance of each deposition, having completed their privilege review and produced all (or at least virtually all) non-privileged documents in this time frame.

3. Defendants shall produce an updated Exhibit 1 containing a complete list of Tomorrow Now customers no later than January 9, 2009.

4. The February 17, 2009 discovery conference is advanced to February 13, 2009 at 2:00 p.m. A joint discovery conference statement shall be filed no later than February 9, 2009.

**IT IS SO ORDERED.**

Dated: January 8, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge