**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:     January 8, 2009

Case No:  **C-07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG, et al**

      Attorneys:    Pltf:    Geoff Howard, Holly House, Jennifer Gloss
                        Deft:   Jason McDonell, Scott W. Cowan, Elaine Wallace

Deputy Clerk: Lili M. Harrell        FTR Digital Recorder: 2:20pm - 3:27pm
                                                       (Time: 1 hour)

**PROCEEDINGS:**

- Further Discovery Conference held

**ORDERED AFTER HEARING:**
- Further Discovery Conference set for 2/17/09 is advanced to 2/13/09 at 2:00pm. Joint status conference statement due 2/9/09.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

**Notes:**

cc: