BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOWARD (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAP AG, *et al.*,<br><br>    Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE DEFENDANTS' DOCUMENTS UNDER SEAL** |

A/72815675/2021039-0000324170                                           Case No. 07-CV-01658 PJH (EDL)

1    Pursuant to Local Rules 7-11(a) and 79-5(b)-(c), Plaintiffs Oracle USA, Inc., Oracle
2    International Corporation, and Oracle EMEA Limited (collectively, "Oracle") and Defendants
3    SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with
4    Oracle, the "Parties") jointly submit this stipulation to permit Oracle to file Defendants'
5    documents under seal.
6    The requested relief is necessary and narrowly tailored to protect the alleged
7    confidentiality of the materials put at issue by Oracle's Motion to Compel Production of
8    Documents, Answers to Interrogatories, and Rule 30(b)(6) Testimony Related to Hyperion,
9    Retek, and EBS Products ("Motion to Compel"), until such time as the Court rules on the
10   confidentiality of the relevant subject matter.
11   Specifically, Exhibits A, D, E, and F to the Declaration of Geoffrey M. Howard in
12   support of Oracle's Motion to Compel (the "Howard Declaration"), and references to these
13   Exhibits within the Howard Declaration, contain information designated by Defendants as
14   "Confidential Information" and "Highly Confidential Information - Attorneys' Eyes Only,"
15   pursuant to the Protective Order entered in this action on June 6, 2007.
16   Accordingly, the Parties, through their respective counsel of record, stipulate that Oracle
17   be permitted to file Exhibits A, D, E, and F to the Howard Declaration and unredacted versions
18   of the Howard Declaration under seal.  The Parties further agree that Oracle reserves its rights to
19   challenge the confidentiality of the information filed under seal pursuant to this Stipulation and
20   understand that this Stipulation is not intended to relieve Defendants' burden, under Local Rule
21   79-5(d), of supporting the confidentiality of the documents at issue.  The Parties agree that
22   neither the act of filing nor the filed documents shall be construed as a waiver of confidentiality
23   designation or other protection with respect to
24
25
26
27
28

| | |
|---|---|
| 1 | documents, transcripts, or other information referred to in, or that serve as the basis for, the |
| 2 | allegations or arguments made therein. |
| 3 |     IT IS SO STIPULATED. |

DATED:  January 16, 2009                              BINGHAM McCUTCHEN LLP

By:     /s/   Geoffrey M. Howard

Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

    In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED:  January 16, 2009                              JONES DAY

By:     /s/   Jason McDonell

Jason McDonell
Attorneys for Defendants
SAP AG, SAP America, Inc., and
TomorrowNow, Inc.