BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOWARD (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAP AG, *et al.*,<br><br>    Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DEFENDANTS' DOCUMENTS UNDER SEAL** |

A/72815657/2021039-0000324170                              Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
DEFENDANTS' DOCUMENTS UNDER SEAL

1   Pending before this Court is Plaintiffs' Administrative Motion to File Defendants'
2   Documents Under Seal (the "Motion to Seal").  Through their Motion to Seal, Plaintiffs Oracle
3   USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle"),
4   together with SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively,
5   "Defendants," and with Oracle, the "Parties"), request an Order sealing (1) portions of the
6   Declaration of Geoffrey M. Howard in support of Oracle's Motion to Compel Production of
7   Documents, Answers to Interrogatories, and Rule 30(b)(6) Testimony Related to Hyperion,
8   Retek, and EBS Products ("Howard Declaration"), and (2) Exhibits A, D, E, and F to the
9   Howard Declaration.  Unredacted versions of these documents were lodged with the Court on
10  January 16, 2009.
11          Having considered Plaintiffs' Motion to Seal and the documents and exhibits filed
12  in support, including the Stipulation to Permit Plaintiffs to File Defendants' Documents Under
13  Seal, and good cause having been shown:
14          IT IS HEREBY ORDERED THAT:  Plaintiffs' Motion to Seal is GRANTED.
15  The Clerk of the Court shall file under seal the unredacted versions of the following documents
16  that have been lodged with the Court: (1) the Howard Declaration, and (2) Exhibits A, D, E, and
17  F to the Howard Declaration.

DATED: _____, 2009

Hon. Elizabeth D. Laporte
United States Magistrate Judge