| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOWARD (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| 11 | Telephone: (650) 506-4846 |
| | Facsimile: (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
| | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | Oracle USA, Inc., Oracle International Corporation, and |
| | Oracle EMEA Limited |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |

A/72817497.1/2021039-0000324170          Case No. 07-CV-01658 PJH (EDL)

PROOF OF SERVICE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am over eighteen years of age, not a party in this action, and employed in San |
| 3 | Francisco County, California at Three Embarcadero Center, San Francisco, California 94111- |
| 4 | 4067. I am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited |
| 6 | that same day in the ordinary course of business. |
| 7 | On January 16, 2009, I served the attached: |

**[REDACTED] DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS, ANSWERS TO INTERROGATORIES, AND RULE 30(b)(6) TESTIMONY RELATED TO HYPERION, RETEK, AND EBS PRODUCTS**

**EXHIBITS A-J**

☐ (BY FAX) on _____ , at _____ _____ m, by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by _____ in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☐ (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below.

☐ (VIA LEXISNEXIS) by causing a true and correct copy of the document(s) listed above to be sent via electronic transmission through LexisNexis File & Serve to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Robert A. Mittelstaedt, Esq.<br>Jason McDonell, Esq.<br>Elaine Wallace, Esq.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 626-3939 | Tharan Gregory Lanier, Esq.<br>Jane L. Froyd, Esq.<br>Jones Day<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Tel: (650) 739-3939 |

Scott W. Cowan, Esq.
Joshua L. Fuchs, Esq.
Jones Day
717 Texas, Suite 3300
Houston, TX 77002
Tel: (832) 239-3721

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 16, 2009, at San Francisco, California.

By: /s/ Jennifer Hernandez
Jennifer Hernandez