Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br>SAP AG, *et al.*,<br><br>　　　　Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE MOTION TO COMPEL AND DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF, UNDER SEAL; DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION** |

## I. INTRODUCTION

Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle"), together with Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"), respectfully request an Order sealing (1) portions of Defendants' Motion to Compel Discovery Concerning Third Party Support Provided by Oracle's Partners ("Motion to Compel"), and (2) portions of the Declaration of Jason McDonell in support of Defendants' Motion to Compel ("McDonell Declaration"), and (3) Exhibits 18 and 19 to the McDonell Declaration.[1] Unredacted versions of these documents were lodged with the Court on January 16, 2009. This request is made pursuant to Civil Local Rules 7-11 and 79-5 and the Protective Order signed by Judge Martin Jenkins on June 6, 2007. This request is supported by the Parties' Stipulation Regarding Defendants' Administrative Motion to Seal, filed concurrently with this Motion.

## II. ARGUMENT

Defendants request that the documents listed in detail in the attached Declaration of Elaine Wallace ("Wallace Declaration") be filed under seal. Good cause exists for filing the referenced documents under seal, because they contain content that was designated by Oracle as either "Highly Confidential Information - Attorneys' Eyes Only," or "Confidential Information," pursuant to the Stipulated Protective Order. Pursuant to Civil Local Rule 79-5(d) and Paragraph 14 of the Protective Order, Defendants are obligated to lodge these documents with the Court with a request to file them under seal.

Defendants' request is narrowly tailored, as required by Local Rule 79-5(a), and seeks to protect only those documents that contain Oracle's allegedly confidential information, until such time as Oracle may submit a declaration in accordance with Civil Local Rule 75-9(d) and the Court makes a final ruling as to the confidentiality of the relevant subject matter. Therefore,

---

[1] Multiple exhibits attached to the McDonell Declaration contain redactions of non-relevant information. These redactions are designated with "Redacted for Relevance" and are not included as redactions that Defendants are moving to seal. Defendants move to file under seal an unredacted version of the Motion to Compel Discovery Concerning Third Party Support Provided by Oracle's Partners and Exhibits 18 and 19 in their entirety.

good cause supports this request, and the documents referenced herein should appropriately be filed under seal.

### III.     CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order the filing of the documents listed in detail in the attached Wallace Declaration under seal. A Proposed Order is submitted with this Motion.

DATED: January 16, 2009       JONES DAY

By:     /s/ Jason McDonell

Jason McDonell

Attorneys for Defendants

1 **DECLARATION OF ELAINE WALLACE IN SUPPORT OF**
2 **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

3 I, Elaine Wallace, declare:

4 1. I am a member of the State Bar of California and am counsel at Jones Day, counsel of record for Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants,") in this action. Except for matters stated below on information and belief, I have personal knowledge of the matters stated in this declaration by virtue of my representation of Defendants in this action. If called and sworn as a witness, I could and would competently testify to such matters.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case (Docket No. 32), I make this Declaration in support of Defendants' Administrative Motion to File Motion to Compel and Declarations and Exhibits in Support Thereof, Under Seal (the "Motion to Seal").

3. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by Defendants' Motion to Compel Discovery Concerning Third Party Support Provided by Oracle's Partners ("Motion to Compel"), until such time as the Court rules on the confidentiality of the relevant subject matter. Specifically, Exhibits 18 and 19 to the Declaration of Jason McDonell in support of Defendants' Motion to Compel (the "McDonell Declaration"), and references to these exhibits within the Motion to Compel and McDonell Declaration, contain information designated by Oracle as "Confidential Information" and "Highly Confidential Information - Attorneys' Eyes Only," pursuant to the Protective Order entered in this action on June 6, 2007.

4. Pursuant to Civil Local Rule 7-11, a stipulation is included with this Administrative Motion.

5. The following documents, or portions of documents, contain information designated Highly Confidential and/or Confidential by Oracle:

   a. Defendants' Motion to Compel
      Page 10, lines 16 - 18

Page 12, lines 5 - 6

    b. Exhibits 18 and 19 to the McDonell Declaration

        (1) (Ex. 18)  Email from Juan C. Jones to Dave Hare, forwarding an email from Rick Cummins to Juan C. Jones and Chris Madsen, on January 2, 2007 and entitled "Fw: Applications support initiatives," Bates stamped ORCL00087618—00087620.

        (2) (Ex. 19)  Email from Holger Mueller to Glenn Smith, et al., titled "Re: Relaunch of Support Offering for SAP Customers: aka OneStop," dated September 11, 2006, Bates stamped ORCL00025701-02.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on January 16, 2009.

By:    /s/ Elaine Wallace
        Elaine Wallace