| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
| | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted Pro Hac Vice) |
| | Joshua L. Fuchs (Admitted Pro Hac Vice) |
| 13 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
| | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
| | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., | Case No. 07-CV-1658 PJH |
| Plaintiffs, | **[REDACTED] DECLARATION OF JASON MCDONELL IN SUPPORT OF MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS** |
| v. | |
| SAP AG, et al., | |
| Defendants. | **EXHIBITS 18 AND 19 FILED UNDER SEAL** |
| | Date: February 10, 2009 |
| | Time: 2:00 PM |
| | Courtroom: E, 15th Floor |
| | Judge: Hon. Elizabeth D. Laporte |

[REDACTED] MCDONELL DECL. ISO OF MOT.
TO COMPEL DOCUMENTS CONCERNING ORACLE PARTNERS
Case No. 07-CV-1658 PJH

I, JASON MCDONELL, declare:

I am partner with the law firm of Jones Day and counsel for defendants in the above-captioned matter. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' Federal Rule of Civil Procedure 45(b) Notice of Intent to Serve Third-Party Subpoena, served October 31, 2008.

2. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Plaintiffs' Responses and Objections to Defendant TomorrowNow, Inc.'s First Set of Document Requests, Request Nos. 32, 33, 39, and 40, pages 23-25, 29-31, served September 14, 2007.

3. Attached as **Exhibit 3** is a true and correct copy of an excerpt from Plaintiffs' Amended and Supplemental Responses and Objections to Defendant TomorrowNow, Inc.'s First Set of Interrogatories, Interrogatory No. 11, pages 28-32, served October 26, 2007.

4. Attached as **Exhibit 4** is a true copy and correct of an excerpt from Plaintiffs' Responses and Objections to Defendant TomorrowNow, Inc.'s First Set of Interrogatories, Interrogatory No. 9, pages 24-25, served September 14, 2007.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a webpage from CedarCrestone's website, available at http://www.cedarcrestone.com/sol-ps-cms-main.php.

6. I attended the deposition of Oracle pursuant to Federal Rule of Civil Procedure 30(b)(6) that occurred on September 26, 2008. Among other topics, Oracle designated Ms. Buffy Ransom to testify on the subject of customer support for Oracle enterprise software customers. Attached hereto as **Exhibit 6** is a true and correct copy of the cover page and pages 78-82 from the transcript of that deposition, describing Chris Enyeart's third party support of Oracle enterprise software. Additionally, I am informed and believe that Chris Enyeart works for Mountain Business Solutions in Denver, Colorado, http://mountainbusinesssolutions.com/WhoAreWe.html, a company that represents itself as an Oracle Partner, http://mountainbusinesssolutions.com/index.html.

7. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Dale A. Coggins, counsel for CedarCrestone, Inc., sent to Lucia MacDonald, counsel for Plaintiffs, dated November 19, 2008.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the Second Notice of Deposition to Oracle Corporation, served June 17, 2008.

9. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from Oracle's Opposition to Defendants' Motion to Compel No. 1, pages 4-7, dated February 7, 2008.

10. I attended the deposition of Oracle pursuant to Federal Rule of Civil Procedure 30(b)(6) that occurred on September 23, 2008. Among other topics, Oracle designated Mr. Richard Cummins to testify about Oracle policies concerning third party support and companies known to Oracle to have provided third party support for PeopleSoft and J.D. Edwards enterprise software. Attached hereto as **Exhibit 10** is a true and correct copy of the cover page and pages 351-52 from the transcript of that deposition, confirming Plaintiffs' objection to Defendants' inquiry into Oracle partners that provide third party support.

11. Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt from Special Master Legge's Report and Recommendations Re: Discovery Hearing No. 1, page 7, dated February 27, 2008, Docket No. 66.

12. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from the Transcript of Proceedings, pages 61-62, dated August 28, 2008.

13. Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt from the discovery hearing transcript (*unofficial*), pages 63-67, dated November 25, 2008. Transcribed from an audio CD from the Court.

14. Attached hereto as **Exhibit 14** is a true and correct copy of Defendants' Federal Rule of Civil Procedure 45(b) Notice of Intent to Serve Third-Party Subpoena, served November 21, 2008. This subpoena was served upon counsel for CedarCrestone, Dale A. Coggins, who agreed to accept service, via email, on November 24, 2008.

15. Plaintiffs' counsel informed me via a telephone conference on or about December 12, 2008 that Plaintiffs had withdrawn the subpoena Plaintiffs served upon CedarCrestone.

3

[REDACTED] MCDONELL DECL. ISO OF MOT.
TO COMPEL DOCUMENTS CONCERNING ORACLE PARTNERS
Case No. 07-CV-1658 PJH

16. Attached hereto as **Exhibit 15** is a true and correct copy of a letter sent via facsimile by Dale A. Coggins, counsel for CedarCrestone, Inc., to me, dated December 8, 2008, objecting to Defendants' Federal Rule of Civil Procedure 45(b) Third-Party Subpoena served upon CedarCrestone, Inc.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiffs' Notice of Objections and Objections to Third-Party Subpoena Served by Defendants on Non-Party CedarCrestone, Inc. served December 8, 2008.

18. I spoke with Plaintiffs counsel via a telephone conference on or about December 12, 2008, and they requested that Defendants move to compel Plaintiffs, rather than CedarCrestone, to produce documents that are the subject of the motion to compel, filed herewith.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an Oracle document titled "Oracle and PeopleSoft Alliances and Channels Guide," located at www.oracle.com/peoplesoft/ac_guide.pdf.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an email from Juan C. Jones to Dave Hare, forwarding an email from Rick Cummins to Juan C. Jones and Chris Madsen, on January 2, 2007 and entitled "Fw: Applications support initiatives," Bates stamped ORCL00087618—00087620.

21. I am informed and believe that CedarCrestone is providing support services for at least one company that formerly was a TomorrowNow customer.

22. Attached hereto as **Exhibit 19** is a true and correct copy of an email from Holger Mueller to Glenn Smith, et al., titled "Re: Relaunch of Support Offering for SAP Customers: aka OneStop," dated September 11, 2006, Bates stamped ORCL00025701-02.

//
//
//
//
//

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of January 2009 in San Francisco, California.

_/s/ Jason McDonell_
Jason McDonell

Attorneys for Defendants SAP AG, et. al.