1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:  (650) 739-3939
10 Facsimile:  (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:  (832) 239-3939
15 Facsimile:  (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT
20              NORTHERN DISTRICT OF CALIFORNIA
21              SAN FRANCISCO DIVISION

| | |
|---|---|
| 22  ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| 23           Plaintiffs, | **PROOF OF SERVICE** |
| 24       v. | |
| 25  SAP AG, *et al.*, | |
| 26           Defendants. | |

27

28

# PROOF OF SERVICE

I, Christine Lok, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104. On January 16, 2009, I served a copy of the within document(s):

**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE MOTION TO COMPEL AND DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF, UNDER SEAL; DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE MOTION TO COMPEL AND DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF, UNDER SEAL**

**MANUAL FILING NOTIFICATION**

**[REDACTED] MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS**

**[UNREDACTED] MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS; FILED UNDER SEAL**

**[REDACTED] DECLARATION OF JASON MCDONELL IN SUPPORT OF MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS; EXHIBITS 18 AND 19 FILED UNDER SEAL**

**[UNREDACTED] DECLARATION OF JASON MCDONELL IN SUPPORT OF MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS; FILED UNDER SEAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| 1 | Donn P. Pickett |
| 2 | Geoffrey M. Howard |
| 3 | Holly A. House |
|   | Zachary J. Alinder |
| 4 | Bree Hann |
|   | BINGHAM McCUTCHEN LLP |
| 5 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 6 | donn.pickett@bingham.com |
| 7 | geoff.howard@bingham.com |
|   | holly.house@bingham.com |
| 8 | zachary.alinder@bingham.com |
|   | bree.hann@bingham.com |

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 16, 2009, San Francisco, California.

_____
Christine Lok

SFI-601463v1