Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> **DECLARATION OF ANNE TUMAN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION** |

I, ANNE TUMAN, declare:

I am an Associate Human Resources Business Partner at SAP America, Inc., one of the Defendants in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. The document produced by Defendants in this case, and Bates-labeled SAP-OR00503877 through SAP-OR00503882 and that has been attached as Exhibit "A" to the Declaration of Geoff Howard in support of Plaintiffs' Motion to Compel, contains communications between and amongst prospective and former employees of SAP America, Inc. and SAP AG regarding sensitive personal information, including information about compensation, health, and marital status.

2. Defendants' practices are that such information is to be kept confidential and must not publicly be disclosed.

3. Harm to SAP America, Inc., SAP AG, their prospective, current, and former employees, and/or other individuals mentioned in this document would result from the disclosure of the information contained in this document without the "Confidential" protections provided by the Agreed Protective Order.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 21st day of January, 2009 in Newtown Square, Pennsylvania.

_Anne Tuman_
ANNE TUMAN