Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH <br><br> **DECLARATION OF THOMAS ZIEMEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

I, THOMAS ZIEMEN, declare:

I am a Vice President, Service Solution Management – Global Services and Support of SAP AG, one of the Defendants in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Prior to this litigation, TomorrowNow, Inc. ("TN"), a subsidiary of SAP America, Inc., which is a subsidiary of SAP AG (collectively "SAP") and one of the defendants in this case, considered providing third party support for each of the Hyperion, Retek, and eBusiness Suite software product lines (collectively "HRE Products"). SAP's consideration of TN's potential servicing the HRE Products involved, among other things, an analysis of the projected revenues, expenses and other logistics associated with those potential new service offerings.

2. I participated in the drafting and delivery of business case presentations regarding SAP's consideration of TN providing third party support for the HRE Products. Ultimately, the decision was made that TN would not provide third party support for any of the HRE Products. And, to my knowledge, neither SAP nor TN ever provided such support for any of the HRE Products. To my knowledge, SAP and TN never received any revenue related to providing support services for any HRE Products.

3. To my knowledge, other than materials that were available to the general public (i.e., through the internet or other publicly available means), no one at SAP downloaded or otherwise accessed any of the HRE Products' proprietary software or confidential support materials for any purpose relating to SAP's consideration of TN providing third party support for those products.

4. SAP had a marketing campaign named Safe Passage that was focused on trying to get potential customers to switch from using competing software to using SAP's software. Potential customers who were using HRE Products were part of the target market for Safe Passage. However, the Safe Passage offering for potential SAP customers using HRE Products did not include a third party maintenance support offering for those products. Potential SAP customers who were using HRE Products were simply offered certain financial incentives if they replaced their HRE software by switching to SAP's software.

2

ZIEMEN DECL. ISO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL
Case No. 07-CV-1658 PJH(EDL)

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 22nd day of January, 2009 in Walldorf, Germany.

_____
THOMAS ZIEMEN