Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>SAP AG, et al.,<br><br>              Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF ANDREW NELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

I, ANDREW NELSON, declare:

I am the former President and Chief Executive Officer, of TomorrowNow, Inc. ("TN"), one of the Defendants in this case and a subsidiary of SAP America, Inc., which is a subsidiary of SAP AG (collectively "SAP"). I make this declaration based on my personal knowledge and, if called upon to do so, could testify competently thereto.

1. I resigned from TN in November 2007. Prior to my resignation, TN considered providing third party support for each of the Hyperion, Retek, and eBusiness Suite software product lines (collectively "HRE Products"). TN's consideration of servicing the HRE Products involved, among other things, an analysis of the projected revenues, expenses and other logistics associated with those potential new service offerings.

2. Ultimately, TN did not provide third party support for any of the HRE Products. Those decisions were made prior to my resignation and to my knowledge, TN never provided direct third party support for the HRE Products. I believe that TN never received any revenue for providing such support services.

3. To my knowledge, other than materials that were available to the general public (i.e., through the Internet or other publicly available means), no one at TN downloaded or otherwise accessed any of the HRE Products' proprietary software or confidential support materials for any purpose relating to TN's consideration of providing third party support for those products. If any such downloads or access occurred, to my knowledge it was not sanctioned or otherwise condoned by TN at any time prior to my resignation in November 2007.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 22nd day of January, 2009 in Bryan, Texas.

_____
ANDREW NELSON