Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF ALBERT VAN WISSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

I, ALBERT VAN WISSEN, declare:

Since June 1, 2006, I have been the Chief Financial Officer ("CFO") of TomorrowNow, Inc. ("TN"), one of the Defendants in this case and a subsidiary of SAP America, Inc., which is a subsidiary of SAP AG (collectively "SAP"). I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Prior to the present litigation, I am aware that TN considered providing third party support for the Hyperion and eBusiness Suite ("EBS") software product lines. TN's consideration of servicing Hyperion and EBS products involved, among other things, an analysis of the projected revenues, expenses and other logistics associated with those potential new service offerings.

2. Ultimately, TN did not provide third party support for Hyperion and EBS products. To my knowledge, while I have been CFO, TN has never received any revenue for providing such support services, it never incur any expenses related to Hyperion and EBS products, and it never received revenue or incurred expenses related to Retek products.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 23rd day of January, 2009 in Amsterdam, The Netherlands.

_____
ALBERT VAN WISSEN