1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA 94111-4067
5  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
11 Telephone: (650) 506-4846
   Facsimile: (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>  Plaintiffs,<br>v.<br>SAP AG, *et al.*,<br><br>  Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF COLLEEN A. KELLY IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS**<br><br>Date: February 10, 2009<br>Time: 2 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

I, Colleen Kelly, declare as follows:

1. I am the Senior Director of Global Practices for Oracle Corporation and Oracle USA, Inc. In that role, I am the business practices lead for the global Oracle PartnerNetwork, and have been since 2005. In addition, I have been employed by Oracle for approximately sixteen years. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. The global Oracle PartnerNetwork (also known as Alliances and Channels) involves over 20,000 Oracle Partners, concerning dozens of Oracle applications, middleware and database products, and involving at least 19 different industries. These Partner arrangements cover a wide variety of activities, including distributing Oracle's software programs, providing limited (i.e., "first" and/or "second" level) support to those customers to whom a Partner distributes the programs, providing consulting, integration, and implementation services, and providing training or cross-marketing for Oracle database and applications products. For example, SAP provides first level support for Oracle's database program to certain of SAP's customers who operate SAP's applications on a version of the Oracle database licensed by SAP.

3. Oracle's Partners are spread across the globe, and programs and practices overseas vary from those in the U.S. Oracle contracts with only a small percentage of its Partners to provide support services on PeopleSoft, J.D. Edwards or Siebel applications – and those are all limited to overseas arrangements where, for example, Oracle acquired a company where such arrangements were already in place, or where Oracle has difficulty providing service in the local language of the region. These support Partners are only licensed to handle first level support and, in some cases, second level support. First level support typically involves responding to telephone, email or web-based requests for support, incident tracking and resolving customer issues. Second level support may include the same services provided in first level of support, but could involve more complex issues, and might also involve the partner helping the customer create and manage an incident request that is sent to Oracle's support team seeking Oracle's assistance. In that instance, Oracle is providing much of the support, with the

1           Case No. 07-CV-1658 PJH (EDL)

Partner acting as the conduit for communication purposes. For purposes of supporting these customers, these Partners are not licensed by Oracle to use its intellectual property to create patches, fixes, or updates.

4. Indeed, I am not aware of any license with any Partner that would allow that partner to copy Oracle's application software and support materials in order to create their own fixes, patches or updates for customers.

5. Oracle has no licensed support Partners for PeopleSoft, J.D. Edwards or Siebel applications in the United States -- including Cedar Crestone. Nor has Oracle licensed any Partner to provide support for any de-supported release of PeopleSoft, J.D. Edwards or Siebel applications -- including Cedar Crestone.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 23, 2009 at Redwood City, California

Colleen A. Kelly