BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., *et al.*,

    Plaintiffs,

v.

SAP AG, *et al.*,

    Defendants.

CASE NO. 07-CV-01658 PJH (EDL)

**DECLARATION OF JENNIFER GLOSS IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS**

Date: February 10, 2009
Time: 2 p.m.
Place: Courtroom E, 15th Floor
Judge: Hon. Elizabeth D. Laporte

Case No. 07-CV-1658 PJH (EDL)

DECLARATION OF JENNIFER GLOSS

| | |
|---|---|
| 1 | I, Jennifer Gloss, declare as follows: |
| 2 | 1. I am Senior Corporate Counsel at Oracle USA, Inc. I have personal |
| 3 | knowledge of the facts set forth in this declaration and would competently testify to them if |
| 4 | called upon to do so. |
| 5 | 2. On or about November 21st, 2007, I spoke with Dale Coggins, counsel for |
| 6 | CedarCrestone, concerning the scope of the subpoena. I advised Ms. Coggins that a mistake had |
| 7 | been made and that Oracle only intended to subpoena information regarding the two acquisition- |
| 8 | related topics: (i) CedarCrestone's consideration of investment in, and possible acquisition of, |
| 9 | TomorrowNow, including due diligence documents, communications concerning such due |
| 10 | diligence documents, and (ii) any representations that were made in connection with negotiations |
| 11 | between Defendants and CedarCrestone, particularly relating to any liability issues. |
| 12 | I declare under penalty of perjury that the foregoing is true and correct and that |
| 13 | this declaration was executed on January 23, 2009 at Redwood City, California. |

_____
Jennifer Gloss

1

DECLARATION OF JENNIFER GLOSS