BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF MARTHA JEONG IN SUPPORT OF ORACLE'S REPLY RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS, ANSWERS TO INTERROGATORIES, AND RULE 30(b)(6) TESTIMONY RELATED TO HYPERION, RETEK, AND EBS PRODUCTS** |

I, Martha Jeong, declare:

1. I am a member of the State Bar of California and an associate at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle") in this action. I have personal knowledge of the matters stated in this Declaration by virtue of my representation of Oracle in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. Attached as **Exhibit A** is a true and correct copy of relevant excerpts from the transcripts of the following depositions at which Oracle asked about the HRE products:

 a. Leo Apotheker, taken on October 2, 2008 (Ex. A at 1-3)
 b. Werner Brandt, taken on November 13, 2008 (Ex. A at 4-6)
 c. Christopher Faye, taken on October 22, 2008 (Ex. A at 7-9)
 d. Henning Kagermann, taken on September 25, 2008 (Ex. A at 10-11)
 e. Henning Kagermann, taken on September 26, 2008 (Ex. A at 12-15)
 f. Lesley Loftus, taken on June 13, 2008 (Ex. A at 16-25)
 g. Gerhard Oswald, taken on December 11, 2008 (Ex. A at 26-31)
 h. Stephen Tseng, taken on December 9, 2008 (Ex. A at 32-33)
 i. Jeffrey Word, taken on December 11, 2008 (Ex. A at 34-36)
 j. Thomas Ziemen, taken on October 1, 2008 (Ex. A at 37-50)

3. Attached as **Exhibit B** is a true and correct copy of relevant excerpts from the transcript of the deposition of Catherine Hyde, taken on April 1, 2008.

4. Attached as **Exhibit C** is a true and correct copy of relevant excerpts from the transcript of the deposition of Bernd Welz, taken on January 23, 2009.

5. Attached as **Exhibit D** is a true and correct copy of relevant excerpts from the transcript of the deposition of Sharon Piper, taken on June 25, 2008.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the |
| 2 | facts contained within this Declaration are true and correct, and that this Declaration was signed |
| 3 | on January 27, 2009, in San Francisco, California. |
| 4 | |
| 5 | |
| 6 | */s/ Martha Jeong* |
| 7 | Martha Jeong |