Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted Pro Hac Vice)
Joshua L. Fuchs (Admitted Pro Hac Vice)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:   (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., | Case No. 07-CV-1658 PJH |
| Plaintiffs, | **REPLY DECLARATION OF JASON MCDONELL IN SUPPORT OF MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |
| | Date: February 10, 2009<br>Time: 2:00 PM<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

I, JASON MCDONELL, declare:

I am a partner with the law firm of Jones Day and counsel for Defendants in the above-captioned matter. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of pages downloaded from CedarCrestone's website. For ease of reference, I have caused the pages to be numbered pages 1 through 14.

2. I am informed and believe that George Weston Bakeries and Integris Health are former customers of TomorrowNow, which based upon disclosures on CedarCrestone's website, are now customers of CedarCrestone. *See* Exhibit 1, pp. 10-14.

3. Attached hereto as **Exhibit 2** are true and correct copies of excerpts from a transcript of the January 8, 2009 discovery conference before this Court.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Responses and Objections to Defendant TomorrowNow Inc.'s Third Set of Interrogatories (redacted to remove material claimed by Plaintiffs to be confidential).

5. Attached hereto as **Exhibit 4** is a true and correct copy of a page from a document produced by Plaintiffs during discovery in this case (redacted to remove material claimed by Plaintiffs to be confidential), Bates numbered ORCL00079745.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 27th day of January 2009 in San Francisco, California.

/s/ Jason McDonell
Jason McDonell

2                                                REPLY MCDONELL DECL. ISO OF REPLY
                                                 Case No. 07-CV-1658 PJH