| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| 11 | Telephone: (650) 506-4846 |
| | Facsimile: (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
| | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | Oracle USA, Inc., Oracle International |
| 15 | Corporation, and Oracle EMEA Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| Plaintiffs, | **STIPULATION TO PERMIT PLAINTIFFS TO FILE DRAFT STIPULATION UNDER SEAL** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |

A/72839181/2021039-0000324170  Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE DRAFT STIPULATION UNDER SEAL

| | |
|---|---|
| 1 | Pursuant to Local Rules 7-11(a) and 79-5(b)-(c), Plaintiffs Oracle USA, Inc., Oracle |
| 2 | International Corporation, and Oracle EMEA Limited (collectively, "Oracle") and Defendants |
| 3 | SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with |
| 4 | Oracle, the "Parties") jointly submit this stipulation to permit Oracle to file Exhibit A to the |
| 5 | Parties' February 9, 2009 Joint Discovery Conference Statement ("Statement") under seal. |
| 6 | The requested relief is necessary and narrowly tailored to protect the alleged |
| 7 | confidentiality of the materials put at issue by the Parties' Statement, until such time as the Court |
| 8 | rules on the confidentiality of the relevant subject matter. |
| 9 | Specifically, Exhibit A to the Statement contains information designated by Defendants |
| 10 | as "Confidential Information" and "Highly Confidential Information – Attorneys' Eyes Only," |
| 11 | pursuant to the Protective Order entered in this action on June 6, 2007.  Moreover, Defendants |
| 12 | contend that Exhibit A to the Statement reflects a "snapshot" of the Parties' inchoate |
| 13 | compromise discussions under Fed. R. Evid. 408 regarding PeopleSoft HRMS environments and |
| 14 | updates/fixes and should be protected accordingly. |
| 15 | Accordingly, the Parties, through their respective counsel of record, stipulate that Oracle |
| 16 | be permitted to file Exhibit A to the Statement under seal.  The Parties further agree that Oracle |
| 17 | reserves its rights to challenge the confidentiality of the information filed under seal pursuant to |
| 18 | this Stipulation and understand that this Stipulation is not intended to relieve Defendants' |
| 19 | burden, under Local Rule 79-5(d), of supporting the confidentiality of the documents at issue. |
| 20 | The Parties agree that neither the act of filing nor the filed documents shall be construed as a |
| 21 | waiver of confidentiality designation or other protection (under Fed. R. Evid. 408 or otherwise) |
| 22 | with respect to documents, transcripts, or other information referred to in, or that serve as the |
| 23 | basis for, the allegations or arguments made therein. |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1     IT IS SO STIPULATED.

DATED: February 9, 2009                      BINGHAM McCUTCHEN LLP

By:     /s/   Bree Hann

Bree Hann
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: February 9, 2009                      JONES DAY

By:     /s/   Jason McDonell

Jason McDonell
Attorneys for Defendants
SAP AG, SAP America, Inc., and
TomorrowNow, Inc.