Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DEFENDANTS' EXHIBIT C TO THE PARTIES' FEBRUARY 9, 2009 JOINT DISCOVERY STATEMENT** |
| v. | |
| SAP AG, et al., | Date: February 13, 2009 |
| Defendants. | Time: 2:00 p.m.<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

Dockets.Justia.com

1  Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively,

2  "Defendants") hereby submit Exhibit C to the parties' Joint Discovery Statement filed with the

3  Court on February 9 2009 (Dkt. No. 265).  As discussed in Section 6 of the Joint Statement (*id.* at

4  9-10), Exhibit C contains Defendants' proposal for de-designation of TomorrowNow documents.

5  For the Court's convenience, Exhibit C also includes a redline comparison of Oracle's proposal,

6  submitted on February 9 as Exhibit B to the Joint Statement, and Defendants' proposal.

Dated:  February 10, 2009                    JONES DAY


                                             By:  /s/ Scott Cowan
                                                  Scott W. Cowan

                                             Counsel for Defendants
                                             SAP AG, SAP AMERICA, INC., and
                                             TOMORROWNOW, INC.