| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359) <br> Jason McDonell (SBN 115084) <br> Elaine Wallace (SBN 197882) <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 626-3939 <br> Facsimile: (415) 875-5700 <br> ramittelstaedt@jonesday.com <br> jmcdonell@jonesday.com <br> ewallace@jonesday.com <br><br> Tharan Gregory Lanier (SBN 138784) <br> Jane L. Froyd (SBN 220776) <br> JONES DAY <br> 1755 Embarcadero Road <br> Palo Alto, CA 94303 <br> Telephone: (650) 739-3939 <br> Facsimile: (650) 739-3900 <br> tglanier@jonesday.com <br> jfroyd@jonesday.com <br><br> Scott W. Cowan (Admitted *Pro Hac Vice*) <br> Joshua L. Fuchs (Admitted *Pro Hac Vice*) <br> JONES DAY <br> 717 Texas, Suite 3300 <br> Houston, TX 77002 <br> Telephone: (832) 239-3939 <br> Facsimile: (832) 239-3600 <br> swcowan@jonesday.com <br> jlfuchs@jonesday.com <br><br> Attorneys for Defendants <br> SAP AG, SAP AMERICA, INC., and <br> TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP <br> DONN P. PICKETT (SBN 72257) <br> GEOFFREY M. HOWARD (SBN 157468) <br> HOLLY A. HOUSE (SBN 136045) <br> ZACHARY J. ALINDER (SBN 209009) <br> BREE HANN (SBN 215695) <br> Three Embarcadero Center <br> San Francisco, CA 94111-4067 <br> Telephone: (415) 393-2000 <br> Facsimile: (415) 393-2286 <br> donn.pickett@bingham.com <br> geoff.howard@bingham.com <br> holly.house@bingham.com <br> zachary.alinder@bingham.com <br> bree.hann@bingham.com <br><br> DORIAN DALEY (SBN 129049) <br> JENNIFER GLOSS (SBN 154227) <br> 500 Oracle Parkway <br> M/S 5op7 <br> Redwood City, CA 94070 <br> Telephone: (650) 506-4846 <br> Facsimile: (650) 506-7114 <br> dorian.daley@oracle.com <br> jennifer.gloss@oracle.com <br><br> Attorneys for Plaintiffs <br> Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> **STIPULATION [AND PROPOSED ORDER] REGARDING EXPERT DISCOVERY** |

1 **STIPULATION REGARDING EXPERT DISCOVERY**

2 Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited
3 and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (together with Plaintiffs,
4 "the Parties") jointly enter into this Stipulation regarding expert discovery.

5 **IT IS HEREBY STIPULATED** by the Parties, through their respective counsel of record,
6 that the following agreement shall govern expert discovery:

7 For the purposes of this agreement, "experts" means only those individuals identified and
8 disclosed pursuant to the protective order as well as their staff and others working under the
9 experts direction and control.

10 a. No communications between counsel and experts after October 1, 2006 will be the
11 subject of discovery or inquiry in deposition or at trial, except as described in paragraphs d and e
12 below.

13 b. No communications between experts and clients or among experts after October 1,
14 2006 will be the subject of discovery or inquiry in deposition or at trial, except as described in
15 paragraphs d and e below.

16 c. No notes, drafts or other types of preliminary work by or for experts, including
17 draft expert reports, prepared after October 1, 2006 will be the subject of discovery or inquiry in
18 deposition or at trial, except as described in paragraphs d and e below.

19 d. Paragraphs a, b and c will not apply to any communications or documents on which
20 experts intend to rely or that form the basis for any part of that expert's opinion; such
21 communications or documents shall be subject to discovery or inquiry in deposition or at trial.

22 e. Notwithstanding the foregoing, all documents provided to experts (including,
23 without limitation, publications and documents produced in discovery), other than those
24 generated for the purpose of the litigation and/or for the purpose of communicating with the
25 expert, that were considered by the expert in formulating his or her opinion (whether or not they
26 support the opinion) are discoverable and may be the subject of questioning at deposition and trial.

27 f. While this stipulation does not affect the potential discoverability of any expert
28 communications or related documents generated in conjunction with any other litigation, expert

1  communications and related documents generated in conjunction with this litigation, which the
2  parties have agreed are not discoverable pursuant to paragraphs a, b, or c above, shall not later be
3  discoverable in any future litigation that may arise between the parties.

Dated:  February 11, 2009                         JONES DAY


                                                  By: /s/ Jason McDonell
                                                      Jason McDonell

                                                  Counsel for Defendants
                                                  SAP AG, SAP AMERICA, INC., and
                                                  TOMORROWNOW, INC.



    In accordance with General Order No. 45, Rule X, the above signatory attests that
concurrence in the filing of this document has been obtained from the signatory below.

DATED:  February 11, 2009                         BINGHAM McCUTCHEN LLP


                                                  By:  /s/ Zachary J. Alinder
                                                       Zachary J. Alinder

                                                  Attorneys for Plaintiffs
                                                  ORACLE USA, INC., ORACLE
                                                  INTERNATIONAL CORPORATION, and
                                                  ORACLE EMEA LIMITED



**SO ORDERED.**


Dated: _____, 2009                           By: _____
                                                       The Honorable Elizabeth D. Laporte
                                                       United States District Magistrate Judge