**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 10, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

        Attorneys:    Pltf:  Geoffrey M. Howard, Zach Alinder, Holly House, Jennifer Gloss
                            Deft:  Scott W. Cowan, Jason McDonell, Elaine Wallace, Lisa Buccino

Deputy Clerk:  Lili M. Harrell         Court Reporter: Connie Kuhl
                                                 (Time: 1 hour 8 min)

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Plaintiffs' Motion to Compel Production of Documents, Answers to Interrogatories and Rule 30(b)(6) | Granted in part/Denied in part |
| 2. Defendants' Motion to Compel Discovery Concerning Third Party Support Provided by Oracle Partners | Granted in part/Denied in part |

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 2/13/2009 at 2:00pm for further discovery conference.


Notes:


cc: