| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882)<br>JONES DAY |
| 3 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY<br>1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303<br>Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900<br>tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY<br>717 Texas, Suite 3300 |
| 14 | Houston, TX 77002<br>Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600<br>swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF THARAN GREGORY LANIER ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FED. R. CIV. P. 54(B) OR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)**<br><br>Date: March 4, 2009; Time: 9:00 a.m.<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

WAI-2910260v1

DECLARATION OF THARAN GREGORY LANIER
Case No. 07-CV-1658 PJH (EDL)

Dockets.Justia.com

I, THARAN GREGORY LANIER, declare:

1. I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. On January 21, 2009, Plaintiffs' counsel notified Defendants that Plaintiffs intended to file the present motion. This communication was the first notice to Defendants that Plaintiffs intended to file this motion or contended that the Court's ruling was unclear. Attached as Exhibit 1 is a true and correct copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel relating to this motion.

3. Attached as Exhibit 2 is a true and correct copy of pages 1 and 19-20 of the Transcript of Proceedings from the November 26, 2008, hearing on Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiffs' Claims.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 11th day of February, 2009 in Palo Alto, California.

/S/ Tharan Gregory Lanier
Tharan Gregory Lanier