Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted Pro Hac Vice)
Joshua L. Fuchs (Admitted Pro Hac Vice)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH <br><br> **DECLARATION OF SCOTT W. COWAN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION** <br><br> Date: N/A <br> Time: N/A <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

I, SCOTT W. COWAN, declare:

I am a partner with the law firm of Jones Day and counsel for Defendants in the above-captioned matter. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Exhibit "A" to the February 9, 2009 Joint Discovery Conference Statement is a "snapshot" from the Parties' inchoate compromise discussions regarding Plaintiffs' claims regarding PeopleSoft HRMS environments and updates/fixes. Exhibit "A" is Plaintiffs' current proposed stipulation that Defendants have not accepted. Defendants' counsel has made clear throughout the negotiation process regarding the proposed stipulation that Defendants' continued negotiation with Plaintiffs is an attempt to reach a compromise regarding how certain facts in this case can be established and presented in a more streamlined fashion regarding the claims and defenses in this case. Defendants' counsel has also informed Plaintiffs' counsel that Defendants are engaging in such compromise discussions under Fed. R. Evid. 408.

2. Defendants' counsel has further made clear that: (a) no statement (or conversely, lack of comment) made during the negotiations is intended to be, or should otherwise be construed as, an agreement, stipulation, concession or admission regarding any fact whatsoever; and (b) unless and until the Parties negotiate, finalize and fully execute a formal stipulation, there will be no such agreement, stipulation, concession or admission.

3. In addition, Defendants have protected certain information contained in Exhibit "A" from improper public disclosure through the Stipulated Protective Order (D.I. 32) that is designed to prevent the Parties' private commercial information from being improperly disclosed. Under the terms of that Order, Defendants designate certain documents, deposition transcripts, and discovery responses containing private commercial information as either "Confidential" or "Highly Confidential" prior to producing such documents in the course of discovery. Exhibit "A" contains certain information taken from documents and testimony that was so designated.

4. Given that Exhibit "A" is a "snapshot" from the Parties' inchoate compromise discussions relating to Plaintiffs' claims regarding PeopleSoft HRMS environments and updates/fixes, it reveals, at least in part, the substance of those compromise discussions. The

policy of Fed. R. Evid. 408 is to promote the out-of-court settlement of claims. Thus, if the information contained in Exhibit "A" were publicly disclosed, such disclosure could prejudice, chill or otherwise harm the Parties' bilateral negotiations relating to Plaintiffs' claims regarding PeopleSoft HRMS environments and updates/fixes.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 17th day of February 2009 in Houston, Texas.

/s/ Scott W. Cowan
Scott W. Cowan