1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:   (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA  94070
11 Telephone:  (650) 506-4846
   Facsimile:   (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAP AG, *et al.*,<br><br>        Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DRAFT STIPULATION UNDER SEAL** |

A/72839173      Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
DRAFT STIPULATION UNDER SEAL

1   Pending before this Court is Plaintiffs' Administrative Motion to File Draft
2  Stipulation Under Seal (the "Motion to Seal"). Through their Motion to Seal, Plaintiffs Oracle
3  USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle"),
4  together with SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively,
5  "Defendants," and with Oracle, the "Parties"), request an Order sealing Exhibit A to the Parties'
6  February 9, 2009 Joint Discovery Conference Statement.
7   Having considered Plaintiffs' Motion to Seal and the documents and exhibits filed
8  in support, including the Stipulation to Permit Plaintiffs to File Draft Stipulation Under Seal, and
9  good cause having been shown:
10   IT IS HEREBY ORDERED THAT: Oracle's Motion to Seal is GRANTED. The
11 Clerk of the Court shall file under seal the unredacted version of the following document that has
12 been lodged with the Court: Exhibit A to the Parties' February 9, 2009 Joint Discovery
13 Conference Statement. ~~In light of this Order, Defendants need not file a declaration in support of~~
14 ~~Oracle's Motion to Seal, as would be otherwise required under Civil Local Rule 79-5(d)~~. ED

16 DATED: __February 18___, 2009
17 _____
    Hon. Elizabeth D. Laporte
    [IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]

A/72839173                                    2                        Case No. 07-CV-01658 PJH (EDL)
[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
DRAFT STIPULATION UNDER SEAL