# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-1658 PJH (JCS)**

**CASE NAME: Oracle Corp., et al v. SAP AG**

**MAGISTRATE JUDGE JOSEPH C. SPERO**   **COURTROOM DEPUTY:** Karen Hom

**DATE: 2/23/9**   **TIME: 2 hrs**   **COURT REPORTER: Not recorded**

**COUNSEL FOR PLAINTIFF:**
Donn Pickett
Geoff Howard
Holly House
Dorian Daley
Jennifer Gloss

**COUNSEL FOR DEFENDANT:**
Greg Lanier
Jason McDonnell

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE      X FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:

☐ TELEPHONIC CONFERENCE RE:

☐ OTHER:

CASE CONTINUED TO: **11/30/09 at 9:30 a.m.** FOR **A Further Settlement Conference**

NOTES:

Case did not settle. Updated settlement conference statements due by Nov. 23, 2009.

cc: Chambers