United States District Court

For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6    ORACLE CORPORATION, ET AL.,              No. C07-01658 PJH (JCS)

7              Plaintiff(s),                  **NOTICE AND ORDER SETTING
                                              FURTHER SETTLEMENT**
8         v.                                  **CONFERENCE**

9    SAP AG, ET AL.,

10             Defendant(s).
     _____/

11

12   TO ALL PARTIES AND COUNSEL OF RECORD:

13        You are hereby notified that a Further Settlement Conference is scheduled for **November 30,**

14   **2009, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California

15   94102.  Updated confidential settlement conference statements shall be lodged with the Court by

16   **November 23, 2009.**

17        Lead trial counsel shall appear at the Settlement Conference with the parties and persons

18   having unlimited authority to negotiate and settle the case.

19        The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this

20   case settles prior to the date set for the Further Settlement Conference.  All other provisions of this

21   Court's original Notice and Settlement Conference Order remain in effect.

22        IT IS SO ORDERED.

23

24   Dated:  February 24, 2009

25                                            _____
                                             JOSEPH C. SPERO
26                                           United States Magistrate Judge

27

28