**United States District Court**
**Northern District of California**

# DOCUMENT LOCATOR

**Case Number:** CV-07-1658 PJH

**Date Filed:** 1-16-09 for docs 286-288 and 2-18-09 for doc 285

**Document:**

\_\_\_\_ **Reporter's Transcript:**

\_\_\_\_ **Trial Exhibits:**

\_\_\_\_ **Lodged Documents:**

__X_ **Sealed Documents**

\_\_\_\_ **Declaration:**

\_\_\_\_ **Other:**

**Location:**

\_\_\_\_ **Expando (Next to Case File)**

\_\_\_\_ **Overflow Shelf:**

__X_ **Vault**

\_\_\_\_ **Other:**

## Document Number: 285-288