1   BINGHAM MCCUTCHEN LLP
    DONN P. PICKETT (SBN 72257) (donn.pickett@bingham.com)
2   GEOFFREY M. HOWARD (SBN 157468) (geoff.howard@bingham.com)
    HOLLY A. HOUSE (SBN 136045) (holly.house@bingham.com)
3   ZACHARY J. ALINDER (SBN 209009) (zachary.alinder@bingham.com)
    BREE HANN (SBN 215695) (bree.hann@bingham.com)
4   Three Embarcadero Center
    San Francisco, CA 94111-4067
5   Telephone:    (415) 393-2000
    Facsimile:    (415) 393-2286
6
    JOHN F. BARG (SBN 60230) (jfb@bcltlaw.com)
7   MARCO QUAZZO (SBN 142182) (mq@bcltlaw.com)
    CHRISTOPHER D. JENSEN (SBN 235108) (cdj@bcltlaw.com)
8   BARG COFFIN LEWIS & TRAPP, LLP
    350 California Street, 22nd Floor
9   San Francisco, California 94104-1435
    Telephone: (415) 228-5400
10  Facsimile: (415) 228-5450

11  DORIAN DALEY (SBN 129049) (dorian.daley@oracle.com)
    JENNIFER GLOSS (SBN 154227) (jennifer.gloss@oracle.com)
12  ORACLE CORPORATION
    500 Oracle Parkway, M/S 5op7
13  Redwood City, CA 94070
    Telephone:    (650) 506-4846
14  Facsimile:    (650) 506-7114

15  Attorneys for Plaintiffs Oracle USA, Inc., Oracle International Corp.,
    Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe, Ltd.
16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                          SAN FRANCISCO

20  ORACLE USA, INC., a Colorado corporation;        Case No. 07-CV-01658 PJH (EDL)
    ORACLE INTERNATIONAL CORP., a
21  California corporation; ORACLE SYSTEMS           Before:        Hon. Phyllis J. Hamilton
    CORP., a Delaware corporation; ORACLE            Complaint Filed: March 22, 2007
22  EMEA LTD., an Irish private limited
    company; and J.D. EDWARDS EUROPE                 **NOTICE OF ENTRY OF
23  LTD., an Irish private limited company,          APPEARANCES OF JOHN F. BARG,
                                                     MARCO QUAZZO, AND
24              Plaintiffs,                           CHRISTOPHER D. JENSEN**
                v.
25
    SAP AG, a German corporation; SAP
26  AMERICA, INC., a Delaware corporation;
    TOMORROWNOW, INC., a Texas
27  corporation; and DOES 1-50, inclusive,

28              Defendants.

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

NOTICE OF ENTRY OF APPEARANCES
U.S.D.C Case No. Civ. 07-CV-01658 PJH (EDL)

589013.4

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

1    TO THE COURT AND ALL COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that John F. Barg, Marco Quazzo, and Christopher D. Jensen

3    of the law firm of Barg Coffin Lewis & Trapp, LLP hereby enter their appearances as counsel for

4    Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle Systems Corporation,

5    Oracle EMEA Ltd., and J.D. Edwards Europe, Ltd.  Please add Christopher D. Jensen to all e-

6    filing service lists in this matter.

7        Counsel's contact information is as follows:

8    Christopher D. Jensen **(cdj@bcltlaw.com)**
     Barg Coffin Lewis & Trapp, LLP
9    350 California Street, 22nd Floor
     San Francisco, California 94104-1435
10   Telephone:    (415) 228-5400
     Facsimile:    (415) 228-5450
11

12
     DATED:  March 24, 2009                    JOHN F. BARG
13                                             MARCO QUAZZO
                                               CHRISTOPHER D. JENSEN
14                                             BARG COFFIN LEWIS & TRAPP, LLP

15

16                              By:    /s/ Christopher D. Jensen
                                       Attorneys for Plaintiffs Oracle USA, Inc., Oracle
17                                     International Corp., Oracle Systems Corp., Oracle
                                       EMEA Ltd., and J.D. Edwards Europe, Ltd.
18

19

20

21

22

23

24

25

26

27

28                                                                                        2

NOTICE OF ENTRY OF APPEARANCES
U.S.D.C Case No. Civ. 07-CV-01658 PJH (EDL)

589013.4