Oracle Corporation et al v. SAP AG et al                                                                       Doc. 292

**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: March 31, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

    Attorneys:    Pltf:  Geoffrey M. Howard, Zach Alinder, Holly House, Bree Hann
                                 Jennifer Gloss
                      Deft:  Scott W. Cowan, Jason McDonell, Elaine Wallace, Lisa Buccino
                      Third-Party: Michael Levin

    Deputy Clerk:  Lili M. Harrell        FTR Digital Recording: 2:09pm-3:53pm**
                                                 (Time: 1 hour 44 min)

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Discovery Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

Notes: ** Portion of conference sealed by Court.

cc:

Dockets.Justia.com