UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


ORACLE CORPORATION,

        Plaintiff,

       v.

SAP AG, et al.,

        Defendants

_____/

No.  C 07-01658 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Defendant's Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims noticed for May 19, 2009, will be heard at 2:00 p.m. before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.


Dated:  April 22, 2009

                       FOR THE COURT,
                       Richard W. Wieking, Clerk


                       by:  _____
                              Lili M. Harrell
                              Courtroom Deputy

**United States District Court**
For the Northern District of California