UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

    Plaintiff,

v.

SAP AG, et al.,

    Defendants.
_____/

No. C 07-01658 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further discovery conference scheduled for May 5, 2009 has been continued to May 26, 2009 at 2:00 p.m. before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint discovery conference statement shall be filed no later than May 19, 2009. Additionally, a further discovery conference is set for June 25, 2009 at 10:00 a.m. with the joint discovery conference statement due no later than June 18, 2009.

Dated: April 29, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy