UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,

       Plaintiff(s),                    No. C 07-1658 PJH

  v.                                **CLERK'S NOTICE**

SAP AG, et al.,

       Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on **May 28, 2009** at **2:30 p.m.**, in Courtroom No. 5 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct a Case Management Conference, in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: May 15, 2009