UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

    Plaintiff,

    v.

SAP AG, et al.,

    Defendants.

No. C 07-01658 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Defendant's Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims scheduled for May 19, 2009 is continued to May 27, 2009 at 9:30 a.m.. before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: May 18, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy