**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

          Plaintiff,

    v.

SAP AG, et al.,

          Defendants.
_____/

No.  C 07-01658 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Defendant's Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims scheduled for May 27, 2009 is **reset  to 9:00 a.m.**  before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: May 26, 2009

                            FOR THE COURT,
                            Richard W. Wieking, Clerk

                    by:  _____
                            Lili M. Harrell
                            Courtroom Deputy