IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, et al., | No. C-07-01658 PJH (EDL) |
| Plaintiffs, | **ORDER FOLLOWING DISCOVERY CONFERENCE** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

On May 26, 2009, this Court held a discovery conference in this matter. As stated at the hearing, the Court makes the following order:

1. No later than June 9, 2009, Defendants shall serve supplemental declarations from Terry Hurst, Michael Roth, Bernd Welz and Shelley Nelson attesting to what these declarants did prior to completing their April 2009 declarations to inform themselves of the facts contained in the April declarations.

2. Plaintiffs may take a deposition of no more than four hours of one of the four declarants listed above in paragraph 1.

**IT IS SO ORDERED.**

Dated: May 28, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge