## In the United States District Court
## for the Northern District of California
## Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: May 26, 2009

Case No:  **C- 07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG, et al**

    Attorneys:   Pltf:  Geoffrey M. Howard, Zach Alinder, Holly House, Jennifer Gloss
                        Deft:  Scott W. Cowan, Jason McDonell, Jane Froyd

Deputy Clerk:  Lili M. Harrell        FTR Digital Recording: 2:17pm - 2:44pm
                                                 (Time: 27 min)

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Discovery Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**


Notes:


cc: