**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

## CIVIL MINUTES

Date: May 27, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

Attorneys: Pltf: Anthony Falzone, Zach Alinder
Deft: Elaine Wallace, Greg Lanier, Jane Froyd

Deputy Clerk: Lili M. Harrell        Court Reporter: Sahar McVickar
(Time: 23 min)

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Defendants' Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims | Granted in part |
| 2. | |

**ORDERED AFTER HEARING:**


**Order to be prepared by:** [ ] Plntf  [X] Deft  [ ]  Court

**Case continued to:**


Notes:


cc: