# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** May 28, 2009  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-1658 PJH

**Case Name:** Oracle Corporation, et al. v. SAP AG, et al.

**Attorney(s) for Plaintiff:**    Geoff Howard
**Attorney(s) for Defendant:**   Tharan Gregory Lanier

**Deputy Clerk**: Nichole Heuerman    **Court Reporter**: Not Reported

## PROCEEDINGS

Case Management Conference-Held. The court discusses the administrative motion to modify the May 5, 2009 case management order. The court approves 450 hours per side for fact depositions. Each side will be allowed 15 expert depositions. The court will allow an early motion for summary judgment by defendant regarding theory of damages. The early motion shall be filed on 8/26/09; opposition filed on 9/23/09; reply filed on 10/7/09 with a hearing to noticed for 10/28/09 at 9:00 a.m. The court extends the trial schedule. The parties shall meet and confer and submit a revised stipulation to the court including all the new dates that have been set.

**REVISED TRIAL SCHEDULE:**

**Dispositive Motions heard by (2ND round): 5/5/10**
**Pretrial Conference: 9/30/10 at 2:30 p.m.**
**Trial: 11/1/10 at 8:30 a.m., for 6 weeks, by [x] Jury  [] Court**

**cc: chambers**