Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted Pro Hac Vice)
Joshua L. Fuchs (Admitted Pro Hac Vice)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY RELEVANT TO PLAINTIFFS' COPYRIGHT CLAIMS** <br><br> Date: May 27, 2009 <br> Time: 9:00 am <br> Courtroom: E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

The Court having before it Defendants' Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims, and having considered the papers and argument of the parties, hereby GRANTS the motion in part and ORDERS as follows:

1. Subject to No. 3 below, Plaintiffs shall supplement their response to Interrogatory No. 13 by specifically identifying the preexisting material upon which each derivative work is based, including identifying by title and version number each previous version upon which the derivative work is based and the specific modules, features, and functions from each previous version incorporated into the derivative work.

2. Subject to No. 3 below, Plaintiffs shall produce documents sufficient to show the acquisition, assignment, or transfer of the Registered Works, and any preexisting materials upon which they are based, relating to PeopleSoft, Inc.'s acquisitions of The Vantive Corporation, Red Pepper Software Company, and Distinction Software, Inc.

3. The parties shall meet and confer regarding the deadline for producing the information and documents described in Nos. 1 and 2 above and regarding any burden objections raised by Plaintiffs. If the parties are unable to agree on the deadline, the parties shall notify the Court no later than June 29, 2009 and the Court shall set a deadline. If the parties are unable to resolve the burden objections, Plaintiffs shall submit to the Court no later than June 29, 2009 a detailed declaration describing the basis for the burden objections.

4. No later than June 29, 2009, Plaintiffs shall confirm in writing that they have produced all inter-Oracle entity agreements relating to the acquisition, assignment, or transfer of the Registered Works located after a diligent search of all locations at which such materials might plausibly exist.

5. No later than June 29, 2009, Plaintiffs shall produce all documents on which it intends to rely to meet its burden of proving copyrightability and ownership for the Registered Works to which no presumption of validity applies.

IT IS SO ORDERED.

Dated: _____

ELIZABETH D. LAPORTE
United States Magistrate Judge