**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: June 30, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG, et al**

Attorneys:   Pltf:   Geoffrey M. Howard, Holly House
             Deft:   Scott W. Cowan, Jason McDonell

Deputy Clerk: Lili M. Harrell        FTR Digital Recording: 2:08pm - 3:04pm
                                     (Time: 56 min)

**PROCEEDINGS:**                      **RULING:**

1. Further Discovery Conference       Held

2.

**ORDERED AFTER HEARING:**  Further Discovery Conferences set for 8/25/09, 9/30/09 and 11/14/09 at 2:00 p.m.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

Notes:

cc: