Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:   (832) 239-3939
Facsimile:   (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL** |
| v. | |
| SAP AG, et al., | **DISCOVERY MATTER** |
| Defendants. | |

1  Oracle filed a Motion to Compel Production of Documents Related to Damages Model
2  and Interrogatory Responses Related to Use of Plaintiffs' Intellectual Property.  The relief sought
3  in Oracle's Motion is as follows:
4      1.    An Order compelling Defendants to produce certain documents responsive to
5  Requests for Production 21-23 and 27 from Oracle's Second Set of Requests for Production of
6  Documents and subpart (l) of Oracle's First Targeted Search Request; and
7      2.    An Order compelling Defendant TomorrowNow, Inc. to provide supplemental
8  responses to Interrogatory 13 from Oracle Corporation's First Set of Interrogatories and
9  Interrogatory 14 from Oracle USA, Inc.'s Second Set of Interrogatories.

11  The Court, having considered all of the pleadings and supporting papers submitted by the
12  parties, and having heard the arguments of counsel, ORDERS as follows:
13      1.    Number 1 above is MOOT by agreement of the parties, and is therefore DENIED.
14      2.    Number 2 above is DENIED, as Defendant TomorrowNow, Inc. has complied
15  with its obligations under Federal Rules of Civil Procedure 33 and 26.

17  IT IS SO ORDERED.

19  Dated:  _____

                      ELIZABETH D. LAPORTE
                      United States Magistrate Judge