1. Terms of Use, the SAR legal restrictions, Oracle's Technical Support Policies, and the Legal
2. Download Agreement. Further, Oracle refers defendants to Oracle's production of the server
3. logs in this matter as they show defendants' access to and downloading from Customer
4. Connection. Oracle's production of such documents is continuing, but includes materials Bates
5. numbered ORCL00000001 through ORCL00007590, and ORCL00009434. Further, Oracle
6. refers defendants to the First Amended Complaint and defendants' Answer, and incorporates
7. both here.

8. **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

9. <u>Second Supplemental Response to Interrogatory No. 3(a)</u>:

10. Oracle further objects to the extent that supplementation would require Oracle to
11. summarize the documents and testimony provided on this subject; Oracle cannot and will not and
12. is not required to do so and incorporates all such evidence by reference into this supplemented
13. answer. Subject to and without waiving the specific and general objections stated above, Oracle
14. further responds that Defendants have interfered with, directly breached contract terms and/or
15. induced breach of contractual terms with respect to at least the customers set forth on Defendant
16. TomorrowNow, Inc.'s Supplemental Exhibit 1 to its First Sets of Requests for Production, whose
17. agreements with Oracle have been produced. Oracle's production of such documents is
18. continuing, but includes materials Bates numbered ORCL00000001 through ORCL00007714,
19. ORCL00009434, ORCL00051950 through ORCL00052052, ORCL00139148 through
20. ORCL00159820, ORCL00176128 through ORCL00180465 and ORCL00372975 through
21. ORCL00381654. Oracle also refers Defendants to their own communications with customers
22. urging or requiring them to either download themselves or allow to download and/or use
23. materials outside of the scope of the customers' license. Oracle further responds that the
24. Defendants' breaches of agreements and inducement of breach are set forth in detail in Oracle's
25. responses to Defendants' Fifth Set of Interrogatory Nos. 22-31 and incorporates those responses
26. here as if set forth in full.

27. <u>Second Supplemental Response to Interrogatory No. 3(b)</u>:

28. Oracle further objects to the extent that supplementation would require Oracle to

18 | 07-CV-1658 PJH (EDL)
PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
DEFENDANT TOMORROWNOW, INC.'S FIRST SET OF INTERROGATORIES

Dockets.Justia.com

summarize the documents and testimony provided on this subject; Oracle cannot and will not and is not required to do so and incorporates all such evidence by reference into this supplemented answer. Oracle further objects to the extent that supplementation would require Oracle to summarize the documents and testimony provided on this subject; Oracle cannot and will not and is not required to do so and incorporates all such evidence by reference into this supplemented answer. Subject to and without waiving the specific and general objections stated above, Oracle further responds that Defendants have interfered with, directly breached contract terms and/or induced breach of contractual terms with respect to at least the customers set forth on Defendant TomorrowNow, Inc.'s Supplemental Exhibit 1 to its First Sets of Requests for Production, whose agreements with Oracle have been produced. Oracle's production of such documents is continuing, but includes materials Bates numbered ORCL00000001 through ORCL00007714, ORCL00009434, ORCL00051950 through ORCL00052052, ORCL00139148 through ORCL00159820, ORCL00176128 through ORCL00180465 and ORCL00372975 through ORCL00381654. Oracle also refers Defendants to their own communications with customers urging or requiring them to either download themselves or allow to download and/or use materials outside of the scope of the customers' license. Oracle further responds that the Defendants' interference with Oracle's relationships are set forth in detail in Oracle's responses to Defendants' Fifth Set of Interrogatory Nos. 39-76 and incorporates those responses here as if set forth in full.

**INTERROGATORY NO. 4:**

For each item of Software and Support Materials that Oracle claims was accessed or Downloaded improperly by any Defendant, describe in as much detail as possible the circumstances of the access or Download, including the specific item allegedly accessed or Downloaded, the date and time of the access or Download, and the reasons why the access or Download was improper.

**RESPONSE TO INTERROGATORY NO. 4:**

In addition to its General Objections, Oracle objects that its investigation into the circumstances related to defendants' intrusion into and theft from Oracle's systems is not yet

PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
DEFENDANT TOMORROWNOW, INC.'S FIRST SET OF INTERROGATORIES

1  complete. Oracle further objects to the extent that this Interrogatory calls for information
2  protected by the attorney-client or work product privileges. Oracle further objects to this
3  Interrogatory on the ground that many of the facts concerning defendants' access and
4  downloading are solely within the knowledge and/or control of defendants or third parties.
5  Oracle further objects to the extent the Interrogatory purports to require Oracle to create a
6  compilation, abstract, or summary from business records that Oracle has already produced or
7  will produce.
8      Subject to and without waiver of these objections, Oracle responds as follows:
9      Pursuant to Fed. R. Civ. Proc. Rule 33(d), Oracle refers defendants to Oracle's
10 production of the server logs in this matter as they show defendants' access to and downloading
11 of the Software and Support Materials available through Customer Connection. Each access by
12 defendants was improper to the extent that the customer, whose log-in credentials were used by
13 defendants, was not licensed to access, download, and/or receive the downloaded Software and
14 Support Materials, including because the customer's support rights had expired. Defendants had
15 no license of their own, and no other independent right to access, download, or use Oracle's
16 Software and Support Materials.

17 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

18     Subject to and without waiving the above objections, and pursuant to the extensive meet
19 and confer discussions and agreements as described in more detail above, Oracle further
20 responds that pursuant to Fed. R. Civ. Proc. Rule 33(d), Oracle refers defendants to Oracle's
21 production of the server logs in this matter, including ORCL00009434, as they show defendants'
22 access to and downloading of the Software and Support Materials available through Customer
23 Connection. Each access by defendants was improper to the extent that the customer, whose log-
24 in credentials were used by defendants, was not licensed to access, download, and/or receive the
25 downloaded Software and Support Materials, including because the customer's support rights
26 had expired. Defendants had no license of their own, and no other independent right to access,
27 download, or use Oracle's Software and Support Materials.
28

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

Oracle further objects to the extent that supplementation would require Oracle to summarize the documents and testimony provided on this subject; Oracle cannot and will not and is not required to do so and incorporates all such evidence by reference into this supplemented answer. Subject to and without waiving the specific and general objections stated above, Oracle further responds that the business records and depositions of Defendants' employees confirm that (a) Defendants policy was to indiscriminately download all support materials regardless of whether the customer was licensed to it, (b) Defendants regularly downloaded support materials for customers after their maintenance end date with Oracle, (c) Defendants downloaded support materials for customers that never signed an agreement with them, and often kept those illegal downloads for later use, even though the customer never signed on with Defendants, (d) for years Defendants held downloads for all customers in one central repository making it impossible to know which support material was downloaded for which customer, or to know which customer was entitled to access such support materials, (e) Defendants created computer scripts to accomplish their scheme of mass, indiscriminate downloading, which later were more formally developed into computer scrapers, including a computer program, called Titan, so that all support materials available on Oracle's customer support websites could be mass downloaded as quickly as possible, and (f) Defendants created numerous libraries to house their mass, illegal downloads, that are evident all across Defendants' servers and computer systems, including the millions of downloads that exist on TomorrowNow's servers.

**INTERROGATORY NO. 5:**

Describe in as much detail as possible how Oracle believes any activity alleged in the Complaint has damaged it, including how Oracle was damaged by each allegedly improper Download identified in the response to Interrogatory No. 4 and, if Oracle claims to have lost any customer as a result of any activity alleged in the Complaint, all facts and inferences upon which Oracle bases that claim for each customer allegedly lost.

**RESPONSE TO INTERROGATORY NO. 5:**

In addition to its General Objections, Oracle objects that this Interrogatory is compound,

as it includes two distinct inquiries. Oracle will therefore treat this Interrogatory as though it were two separate Interrogatories, as follows:

**Interrogatory No. 5(a):**

Describe in as much detail as possible how Oracle believes any activity alleged in the Complaint has damaged it, including how Oracle was damaged by each allegedly improper Download identified in the response to Interrogatory No. 4.

**Response to Interrogatory No. 5(a):**

In addition to its General Objections, Oracle objects that the internal reference to Interrogatory No. 4 renders this Interrogatory vague and ambiguous. Oracle further objects that this interrogatory seeks information that is not relevant to the litigation, nor likely to lead to the discovery of admissible evidence. Oracle further objects that its investigation into the circumstances related to defendants' intrusion into and theft from Oracle's systems, and the resulting damage, is not yet complete, including but not limited to its investigation into customers implicated by SAP's unlawful conduct. Oracle further objects to the extent that this Interrogatory calls for information protected by the attorney-client or work product privileges. Oracle further objects to the extent that the Interrogatory calls for expert opinion or testimony in advance of the time for production of this information. Oracle further objects to this Interrogatory on the ground that many of the facts concerning defendants' interference are solely within the knowledge and/or control of defendants or other third parties.

Subject to and without waiver of these objections, Oracle responds as follows:

As a result of the conduct described in its First Amended Complaint, Oracle has suffered damages, including without limitation loss of profits from sales or licenses to current and potential customers of Oracle support services and software programs; diminution of Oracle's competitive advantage; harm to Oracle's data, programs, and computer systems, including without limitation damage to their functionality; loss of the revenues, earnings, profits, compensation, and benefits that SAP obtained from the unlawful and unfair use of Oracle's stolen property; damage to Oracle's rights to dominion and control over its property; damage to the confidential nature of the information on Oracle's website; diminution in value of Oracle's

1 stolen property; deprivation of the intended use of Oracle's computer systems; and irreparable
2 harm as a result of SAP's illegal, wrongful, and unfair business practices, for which Oracle has
3 no adequate remedy at law. Oracle may discover additional categories of damage as it continues
4 its investigation of the matter. A calculation of damages has not been made. After computation
5 of damages is complete, Oracle will make available to SAP the documents or other evidentiary
6 material, not privileged or protected from disclosure, on which such computation is based,
7 including materials bearing on the nature and extent of injuries suffered.

**Interrogatory No. 5(b)**:

If Oracle claims to have lost any customer as a result of any activity alleged in the Complaint, all facts and inferences upon which Oracle bases that claim for each customer allegedly lost.

**Response to Interrogatory No. 5(b)**:

In addition to its General Objections, Oracle objects on the grounds that the undefined phrase "all facts and inferences" renders the Interrogatory vague and ambiguous. Oracle further objects that this Interrogatory seeks information that is not relevant to the litigation, and is not likely to lead to the discovery of admissible evidence. Oracle further objects that its investigation into the circumstances related to defendants' intrusion into and theft from Oracle's systems, and the resulting damage, is not yet complete, including but not limited to its investigation into customers implicated by SAP's unlawful conduct. Such a request is objectionable as a premature contention interrogatory before discovery has begun in earnest. *See In re Convergent Technologies,* 108 F.R.D. 328 (N.D. Cal. 1985). Oracle further objects to the extent that this Interrogatory calls for information protected by the attorney-client or work product privileges. Oracle further objects to this Interrogatory on the ground that many of the facts concerning lost customers are solely within the knowledge and/or control of defendants or other third parties.

Subject to and without waiver of these objections, Oracle responds as follows:

As a result of the conduct described in its First Amended Complaint, Oracle has lost a number of current and potential customers of Oracle support services and software programs.

1  The full extent of customers lost due to SAP's unlawful conduct will be revealed as Oracle
2  continues its investigation of the matter and conducts discovery. However, at a minimum and
3  without limitation, Oracle has lost the Named Customers as a result of the activity alleged in the
4  First Amended Complaint. Pursuant to Fed. R. Civ. Proc. Rule 33(d), Oracle refers defendants
5  to Oracle's document production, including Oracle's production of the customer license
6  agreements related to each of the Named Customers and the customer's license agreement file,
7  and including correspondence related to the customer's support renewal. Further, Oracle refers
8  defendants to the First Amended Complaint and defendants' Answer.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

   **Supplemental Response to Interrogatory No. 5(b):**

   Subject to and without waiving the above objections, and pursuant to the extensive meet and confer discussions and agreements as described in more detail above, Oracle further responds that pursuant to Fed. R. Civ. Proc. Rule 33(d), Oracle refers defendants to Oracle's document production, including Oracle's production of the customer license agreements related to each of the Named Customers and the customer's license agreement file, and including correspondence related to the customer's support renewal. Oracle's production of such documents is continuing, but includes materials Bates numbered ORCL00000001 through ORCL00007590. Further, Oracle refers defendants to the First Amended Complaint and defendants' Answer.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

   **Second Supplemental Response to Interrogatory No. 5(a):**

   Oracle further objects to the extent that supplementation would require Oracle to summarize the documents and testimony provided on this subject, including, e.g., the deposition testimony of Redacted Redacted ; Oracle cannot and will not and is not required to do so and incorporates all such evidence by reference into this supplemented answer. Subject to and without waiving the specific and general objections stated above, Oracle further incorporates by reference the damages-related responses and information contained in Oracle's responses to