# EXHIBIT C

Dockets.Justia.com

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE
USA, INC., a Colorado corporation, and ORACLE
INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a
Delaware corporation, TOMORROWNOW, INC., a Texas
corporation, and DOES 1-50, inclusive,

Defendants.

_____

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 6, 2008
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)

_____

PURSUANT TO NOTICE, the Videotape Rule
30(b)(6) deposition of JOHN M. BAUGH was taken on
behalf of the Plaintiffs at 1700 Lincoln Street, Suite
4100, Denver, Colorado 80203, on February 6, 2008, at
1:17 p.m., before Sandra L. Bray, Registered Diplomate
Reporter, Certified Realtime Reporter, and Notary Public
within Colorado.

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 70

| | | |
|---|---|---|
| 15:39:18 | 17 | Q.   Are there any -- are there any local |
| 15:39:27 | 18 | environments that are still existing that TomorrowNow |
| 15:39:35 | 19 | used to support a customer in this direct model where |
| 15:39:44 | 20 | that software came from a different customer's |
| 15:39:47 | 21 | software? |
| 15:39:49 | 22 | A.   To be able to know that, I would have to |
| 15:39:52 | 23 | be able to go back and do research to determine where |
| 15:39:56 | 24 | that has happened and to determine if that client |
| 15:40:02 | 25 | we're supporting at that environment is still active. |

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5

Page 71

| | | |
|---|---|---|
| 15:40:08 | 1 | Q.   So how would you find out, you know, if |
| 15:40:12 | 2 | any given environment, local environment, that's used |
| 15:40:15 | 3 | to support a customer, that that environment came from |
| 15:40:18 | 4 | a different customer software? |
| 15:40:20 | 5 | A.   The only way to really know that would |
| 15:40:23 | 6 | be to look through all my e-mails and see if there's |
| 15:40:29 | 7 | anything in any of my e-mails that would indicate |
| 15:40:34 | 8 | that, and then if I did find an instance of that, I |
| 15:40:41 | 9 | would like to check against our SAS database to see if |
| 15:40:44 | 10 | we're still supporting that client on that |
| 15:40:47 | 11 | environment. |

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 73

| | | |
|---|---|---|
| 15:44:44 | 16 | Q.   So who would you go talk to in order to |
| 15:44:49 | 17 | figure out whether and in what specific instances it |
| 15:44:53 | 18 | occurred that a customer's local environment was |
| 15:44:55 | 19 | created in part from a different customer's software? |
| 15:45:06 | 20 | A.   Specifically who I would talk to?  The |
| 15:45:20 | 21 | majority of people who would have that -- to answer |
| 15:45:24 | 22 | that question are no longer with TomorrowNow.  Like |
| 15:45:26 | 23 | George Lester, my manager at the time, would be one |
| 15:45:35 | 24 | good example.  Like I said, probably the best way to |
| 15:45:41 | 25 | determine that would be to research through my e-mails |

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 74

15:45:47    1      and see if I had some information there.  Possibly

15:45:51    2      Shelley Nelson, I could talk to to see if she was

15:45:55    3      aware of any specific cases.

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 150

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE
USA, INC., a Colorado corporation, and ORACLE
INTERNATIONAL CORPORATION, \a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a
Delaware corporation, TOMORROWNOW, INC., a Texas
corporation, and DOES 1-50, inclusive,

Defendants.
_____

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 7, 2008 - Volume II
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)
_____

PURSUANT TO NOTICE, the Videotape Rule
30(b)(6)deposition of JOHN M. BAUGH was continued on
behalf of the Plaintiffs at 1700 Lincoln Street, Suite
4100, Denver, Colorado 80203, on February 7, 2008, at
8:40 a.m., before Sandra L. Bray, Registered Diplomate
Reporter, Certified Realtime Reporter, and Notary Public
within Colorado.

4a9face5-2080-4313-8bd7-286a801052d0

Page 155

| | | |
|---|---|---|
| 08:43:30 | 21 | Q.   What do you understand F842TMP0 to be? |
| 08:43:35 | 22 | A.   This would have been a temporary |
| 08:43:37 | 23 | environment.  It was a copy of one of our existing |
| 08:43:43 | 24 | support environments. |
| 08:43:53 | 25 | Q.   And do you know what that environment |

4a9face5-2080-4313-8bd7-286a801052d0

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 156

| | | |
|---|---|---|
| 08:43:55 | 1 | was used for? |
| 08:43:56 | 2 | A.   No. |
| 08:44:00 | 3 | Q.   Do you know whose software was used to |
| 08:44:03 | 4 | create it? |
| 08:44:04 | 5 | A.   No. |
| 08:44:13 | 6 | Q.   Do you know who requested it be built? |
| 08:44:15 | 7 | A.   I may be able to find that information |
| 08:44:22 | 8 | in either the environment tracker or BakTrak. |
| 08:44:27 | 9 | Q.   When you refer to the environment |
| 08:44:29 | 10 | tracker, what are you referring to? |
| 08:44:31 | 11 | A.   That's the SAS-based system we use that |
| 08:44:37 | 12 | users can submit requests.  So there may be |
| 08:44:47 | 13 | information related to this environment in that |
| 08:44:49 | 14 | database. |

4a9face5-2080-4313-8bd7-286a801052d0

CATHERINE LEE HYDE      April 1, 2008
HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ORACLE CORPORATION, ET AL, *
        Plaintiffs,      *
                         *
VS.                      * CASE NO. 07-CV-01658 (MJJ)
                         *
SAP AG, ET AL,           *
        Defendants.      *


*********************************************************

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

CATHERINE LEE HYDE

APRIL 1, 2008

*********************************************************


REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

cc135916-83a4-4e53-bc9c-87b220a8daac

CATHERINE LEE HYDE      April 1, 2008
HIGHLY CONFIDENTIAL

Page 47

| 17:31:51 | 7 | Q.   (By Mr. Howard)  Which client software was used |
| 17:31:59 | 8 | to create the HG751CSS environment? |
| 17:32:08 | 9 | A.   I -- I looked for, and I -- I knew it earlier |
| 17:32:12 | 10 | today, but it's just escaping me right now.  But we |
| 17:32:17 | 11 | could probably look back in SAS and see the clients at |
| 17:32:22 | 12 | that time. |

cc135916-83a4-4e53-bc9c-87b220a8daac

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, ET AL, *
       Plaintiffs,   *
                  *
VS.                 * CASE NO. 07-CV-01658 (MJJ)
                  *
SAP AG, ET AL,        *
       Defendants.   *

*********************************************************

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

KATHERINE WALKER WILLIAMS

APRIL 1, 2008

*********************************************************

REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 53

10:00:52    15          Q.    We've covered that, I think.

10:00:53    16          A.    Yeah.  F, going back up, the -- the E -- the

10:00:59    17    EPM environments, that is one, two EPM environments

10:01:03    18    would be used the same way as the CRM to support clients

10:01:06    19    on the EPM module by the primary support engineers.

10:01:10    20          Q.    Here are you referring to lines 151 and 295 or

10:01:15    21    environment IDs 151 and 295 on Exhibit 75?

10:01:18    22          A.    Yes.

10:01:18    23          Q.    So the E stands for EPM?

10:01:22    24          A.    Yes.

10:01:24    25          Q.    And your answers with respect to those would be

KATHERINE WALKER WILLIAMS    April 1, 2008
HIGHLY CONFIDENTIAL

Page 54

| | | |
|---|---|---|
| 10:01:26 | 1 | the same as with respect to the CRM databases |
| 10:01:29 | 2 | environments? |
| 10:01:30 | 3 | A.   That they're used by the primary support |
| 10:01:32 | 4 | engineers, not by development. |
| 10:01:38 | 5 | Q.   Okay. |
| 10:01:38 | 6 | A.   The next one which is 1 -- line 174, that |
| 10:01:43 | 7 | appears to be for a 752 client for support of their |
| 10:01:49 | 8 | financial databases. |
| 10:01:50 | 9 | Q.   That's environment ID 174? |
| 10:01:55 | 10 | A.   Yes. |
| 10:01:56 | 11 | Q.   And that's an environment for a specific |
| 10:01:59 | 12 | financials client? |
| 10:02:02 | 13 | A.   Yes. |
| 10:02:02 | 14 | Q.   On the 752 release? |
| 10:02:05 | 15 | A.   Yes. |
| 10:02:05 | 16 | Q.   Okay.  And how -- how is that environment used |
| 10:02:09 | 17 | at TomorrowNow? |
| 10:02:10 | 18 | A.   This would be used to support the client with |
| 10:02:14 | 19 | bug fixes and how to questions.  The primary support |
| 10:02:19 | 20 | engineers would use these. |
| 10:02:20 | 21 | Q.   So is this similar to the EPM and CRM |
| 10:02:25 | 22 | environments in that the primary support engineers, but |
| 10:02:29 | 23 | not a separate development team, would be using it? |
| 10:02:32 | 24 | A.   Yes.  In that way, it's different also from the |
| 10:02:36 | 25 | CRM and the EPM in that it might have some regulatory |

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS        April 1, 2008
HIGHLY CONFIDENTIAL

Page 55

| | | |
|---|---|---|
| 10:02:44 | 1 | compliance requirements.  I couldn't tell that from |
| 10:02:48 | 2 | looking at this list. |
| 10:02:52 | 3 | Q.   What would you need to know to know whether |
| 10:02:58 | 4 | there were regulatory compliance requirements relevant |
| 10:03:01 | 5 | to the environment ID 174? |
| 10:03:03 | 6 | A.   I would have to look in SAS to see what product |
| 10:03:09 | 7 | lines and what services that we are servicing for this |
| 10:03:12 | 8 | particular client. |

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 62

| | | |
|---|---|---|
| 10:15:38 | 20 | Q.   (By Mr. Howard)  Now, you left out on Exhibit |
| 10:16:05 | 21 | 75 in your most recent list of financials local |
| 10:16:10 | 22 | environments Nos. 140 and 142 which appear to both have |
| 10:16:16 | 23 | a -- an underscore in place of the last character of the |
| 10:16:21 | 24 | environment name? |
| 10:16:21 | 25 | A.   That's correct. |

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 63

| | | |
|---|---|---|
| 10:16:22 | 1 | Q.   Do you know what that underscore indicates? |
| 10:16:26 | 2 | A.   No, I don't. |
| 10:16:28 | 3 | Q.   And you don't know how those environments were |
| 10:16:31 | 4 | used? |
| 10:16:31 | 5 | A.   No. |
| 10:16:32 | 6 | Q.   And you left out environment 247 which appears |
| 10:16:44 | 7 | to have the DMO extension? |
| 10:16:49 | 8 | A.   Yes. |
| 10:16:51 | 9 | Q.   And you don't know how that environment was |
| 10:16:53 | 10 | used? |
| 10:16:53 | 11 | A.   I'm not positive, no. |
| 10:16:55 | 12 | Q.   Okay.  Well, do you have a -- an estimate or a |
| 10:16:58 | 13 | general sense? |
| 10:16:59 | 14 | A.   Being that it's FDM, it's possible that that's |
| 10:17:04 | 15 | -- that's an abbreviation of a client, but I wasn't |
| 10:17:08 | 16 | positive. |

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 77

| | | |
|---|---|---|
| 10:34:40 | 16 | Q.   Okay.  Did you ask anybody as part of preparing |
| 10:34:43 | 17 | for your deposition today what these -- any of these |
| 10:34:46 | 18 | three CSS environments were used for? |
| 10:34:49 | 19 | A.   I asked some general questions, but I don't |
| 10:34:52 | 20 | recall that specific database, but some general |
| 10:34:55 | 21 | questions on the name extenders and what they were used |
| 10:34:57 | 22 | for. |
| 10:34:57 | 23 | Q.   All right.  Well, what -- what can you tell me |
| 10:35:00 | 24 | about the CSS name extension? |
| 10:35:01 | 25 | MR. McDONELL:  Vague and ambiguous. |

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 78

| | | |
|---|---|---|
| 10:35:03 | 1 | A.   I don't recall the response on that. |
| 10:35:05 | 2 | Q.   (By Mr. Howard)  Okay.  You believe you got |
| 10:35:08 | 3 | one, but you just can't recall it? |
| 10:35:09 | 4 | A.   Yeah, I just can't recall it. |
| 10:35:11 | 5 | Q.   Are there any notes or anything that would |
| 10:35:13 | 6 | refresh your recollection? |
| 10:35:14 | 7 | A.   I would have to look in -- at -- look in SAS |
| 10:35:17 | 8 | maybe to see what they were used for or I would ask |
| 10:35:22 | 9 | Catherine. |

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 179

| | | |
|---|---|---|
| 14:52:34 | 19 | Q.   Okay.  Now, on the second page of Exhibit 83, |
| 14:52:37 | 20 | there's -- about two-thirds of the way down, there's a |
| 14:52:41 | 21 | heading Source.  Do you see that? |
| 14:52:44 | 22 | A.   Yes. |
| 14:52:45 | 23 | Q.   And do you know what that refers to? |
| 14:52:47 | 24 | A.   We required two source documents before -- to |
| 14:52:50 | 25 | validate that this is a fix that really should happen as |

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS     April 1, 2008
HIGHLY CONFIDENTIAL

Page 180

| | | |
|---|---|---|
| 14:52:54 | 1 | our process that we can't just get one piece of paper |
| 14:52:57 | 2 | from one client saying this change.  We would -- we |
| 14:52:59 | 3 | would go back to the regulating agency to validate that |
| 14:53:04 | 4 | not only has this been proposed but that it passed the |
| 14:53:07 | 5 | election or whatever process is necessary to get it into |
| 14:53:10 | 6 | legal law. |
| 14:53:13 | 7 | Q.   Then the next heading is Development at the |
| 14:53:16 | 8 | bottom of that page.  Do you see that? |
| 14:53:17 | 9 | A.   Yes. |
| 14:53:17 | 10 | Q.   Then carrying over to the top of the next page, |
| 14:53:21 | 11 | there's a list of releases, object types and object |
| 14:53:25 | 12 | names. |
| 14:53:26 | 13 | A.   Yes. |
| 14:53:26 | 14 | Q.   What is that part of the record telling us? |
| 14:53:31 | 15 | A.   It's telling you by release number what the |
| 14:53:35 | 16 | object type and the file -- the object name actually is. |
| 14:53:40 | 17 | And some of them are DAT files; some of them are DMS |
| 14:53:45 | 18 | files. |
| 14:53:53 | 19 | Q.   Is this a complete list of the objects that are |
| 14:53:56 | 20 | the components of this particular fix? |
| 14:54:00 | 21 | A.   I would not -- I don't know for sure.  This |
| 14:54:06 | 22 | little thing attachment provided by fix delivery |
| 14:54:09 | 23 | developer is what's making me think there might be more. |
| 14:54:14 | 24 | Q.   And below that there's a heading Test Plan? |
| 14:54:16 | 25 | A.   Yes. |

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 181

| | | |
|---|---|---|
| 14:54:17 | 1 | Q.   What does test plan indicate? |
| 14:54:19 | 2 | A.   The individual test QA person would create a |
| 14:54:24 | 3 | test plan for the different releases, how they plan to |
| 14:54:29 | 4 | test it, what their data requirements are and what their |
| 14:54:33 | 5 | expected outcome should be. |
| 14:54:35 | 6 | Q.   So for the 7.02 environment, it indicates that |
| 14:54:40 | 7 | the testing has been completed for this fix? |
| 14:54:43 | 8 | A.   Yes. |
| 14:54:43 | 9 | Q.   And is this -- is this now referring to the fix |
| 14:54:47 | 10 | level testing that we talked about? |
| 14:54:52 | 11 | A.   Yes. |
| 14:54:52 | 12 | MR. McDONELL:  Vague as well. |
| 14:54:53 | 13 | A.   I believe so, yes. |
| 14:54:53 | 14 | Q.   (By Mr. Howard)  And -- |
| 14:54:55 | 15 | A.   Yes, it would. |
| 14:54:59 | 16 | Q.   And the person who did that testing was Eugene |
| 14:55:04 | 17 | Chua? |
| 14:55:05 | 18 | A.   Correct. |
| 14:55:05 | 19 | Q.   And that testing occurred in the H702RHIM |
| 14:55:12 | 20 | environment? |
| 14:55:12 | 21 | A.   That's correct. |
| 14:55:13 | 22 | Q.   What happens when the testing is -- shows as |
| 14:55:17 | 23 | complete under the test status for each of the -- these |
| 14:55:20 | 24 | releases?  What does that signify? |
| 14:55:23 | 25 | MR. McDONELL:  Vague and ambiguous. |

Merrill Legal Solutions
(800) 869-9132

5da84a35-f228-4714-ab72-83c27c42a206

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 182

| | | |
|---|---|---|
| 14:55:24 | 1 | A.   It -- it has passed that level of test.  That |
| 14:55:32 | 2 | it was run.  The expected results were indeed the output |
| 14:55:34 | 3 | that they received. |
| 14:55:36 | 4 | Q.   (By Mr. Howard)  And does that mean that that |
| 14:55:37 | 5 | particular fix has then been through the fix testing |
| 14:55:42 | 6 | stage and is ready for the bundle testing stage? |
| 14:55:47 | 7 | A.   Possibly.  I'm not sure if that's always the |
| 14:55:51 | 8 | case, yes. |
| 14:55:52 | 9 | Q.   Thinking back then to the list of clients on |
| 14:56:03 | 10 | Exhibit 82 underneath this particular fix number? |
| 14:56:14 | 11 | A.   Yes. |
| 14:56:14 | 12 | Q.   Is the -- is this record telling us that of |
| 14:56:21 | 13 | that list, individual testing was done in the three |
| 14:56:27 | 14 | environments that are identified here as completed under |
| 14:56:30 | 15 | test plan on Exhibit 83? |
| 14:56:33 | 16 | A.   That would be -- |
| 14:56:34 | 17 | MR. McDONELL:  Vague, compound, ambiguous. |
| 14:56:37 | 18 | A.   That would be my conclusion. |

5da84a35-f228-4714-ab72-83c27c42a206