CATHERINE LEE HYDE        April 2, 2008
           HIGHLY CONFIDENTIAL

Page 66

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ORACLE CORPORATION, ET AL, *
          Plaintiffs,      *
                           *
VS.                        * CASE NO. 07-CV-01658 (MJJ)
                           *
SAP AG, ET AL,             *
          Defendants.      *


************************************************************

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6)

DEPOSITION OF

CATHERINE LEE HYDE

VOLUME 2

APRIL 2, 2008

************************************************************


REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

Dockets.Justia.com

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE      April 2, 2008
HIGHLY CONFIDENTIAL

Page 85

08:18:05    25          Q.   Now, back to the D810DATM environment, was that

Merrill Legal Solutions
(800) 869-9132

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE        April 2, 2008
HIGHLY CONFIDENTIAL

Page 86

08:18:19   1       environment created before TomorrowNow had any 810

08:18:27   2       clients?

08:18:29   3          A.   I'd have to look back at Backtrack and then

08:18:33   4       look in SAS and determine that.

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 130

| 09:41:50 | 19 | Q.   And is the one below that, HPA, a |
| 09:41:58 | 20 | customer-specific environment? |
| 09:42:00 | 21 | A.   I think it might have been for a particular |
| 09:42:03 | 22 | project.  I couldn't find anything on it, but I was |
| 09:42:06 | 23 | thinking it was a HIPAA project. |
| 09:42:08 | 24 | Q.   A which project? |
| 09:42:10 | 25 | A.   HIPAA. |

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE      April 2, 2008
HIGHLY CONFIDENTIAL

Page 131

| | | |
|---|---|---|
| 09:42:11 | 1 | Q.   Could you explain what you mean? |
| 09:42:13 | 2 | A.   HIPAA.  It would have been some kind of |
| 09:42:16 | 3 | regulatory thing for our extended support clients. |
| 09:42:20 | 4 | Q.   So is HR751HPA an environment created to re -- |
| 09:42:25 | 5 | research HIPAA issues that could then be used to provide |
| 09:42:31 | 6 | better support to HR751 clients? |
| 09:42:34 | 7 | MR. McDONELL:  Vague and ambiguous, |
| 09:42:35 | 8 | compound. |
| 09:42:36 | 9 | A.   Not research.  I believe we had hired a |
| 09:42:40 | 10 | contractor to develop something for whatever.  This is |
| 09:42:45 | 11 | just all from memory because I couldn't find any |
| 09:42:48 | 12 | supporting documentation, but that's what I believe it |
| 09:42:50 | 13 | was. |
| 09:42:50 | 14 | Q.   (By Mr. Howard)  So you hired a contractor to |
| 09:42:53 | 15 | develop what related to HIPAA for 751 clients? |
| 09:43:01 | 16 | A.   It would have been to modify or create new |
| 09:43:04 | 17 | objects to meet the criteria set by whoever puts out |
| 09:43:13 | 18 | HIPAA.  I can't really -- |
| 09:43:15 | 19 | Q.   Which client's software was used to create |
| 09:43:19 | 20 | HR751HPA? |
| 09:43:20 | 21 | A.   If it's what I think it is, it would have been |
| 09:43:23 | 22 | from the original one, which would be Washington Gas |
| 09:43:28 | 23 | Light or Safeway. |
| 09:43:31 | 24 | Q.   Was there HIPAA-related objects developed for |
| 09:43:39 | 25 | use in supporting HR751 customers? |

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE      April 2, 2008
HIGHLY CONFIDENTIAL

Page 132

09:43:43    1                    MR. McDONELL:  Vague and ambiguous.

09:43:44    2          A.   I'd have to look back into SAS and see what was

09:43:47    3       delivered.

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE       April 2, 2008
HIGHLY CONFIDENTIAL

Page 284

| | | |
|---|---|---|
| 14:52:56 | 15 | Q.  (By Mr. Howard)  So which environments were |
| 14:53:03 | 16 | used to create the 8399 retrofit fix? |
| 14:53:12 | 17 | A.  05C, like HR81005C.  I'm not sure why it's |
| 14:53:20 | 18 | compared to 751, but I'm 99.9 percent sure we didn't |
| 14:53:26 | 19 | deliver it to anybody in 751. |
| 14:53:29 | 20 | Q.  And in addition to the HR81OC environment, what |
| 14:53:36 | 21 | other environments were used to create this fix? |
| 14:53:38 | 22 | A.  HR702CSS. |
| 14:53:41 | 23 | Q.  Any others? |
| 14:53:42 | 24 | A.  No. |
| 14:53:44 | 25 | Q.  Well, it looks like HR751CSS was used? |

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 285

| | | |
|---|---|---|
| 14:53:54 | 1 | A.   I don't believe so.  They're comparing it here, |
| 14:54:03 | 2 | but I don't know why. |
| 14:54:04 | 3 | Q.   That's what I meant, that the HR751CSS |
| 14:54:08 | 4 | environment was used for comparison purposes? |
| 14:54:09 | 5 | A.   They were probably looking to see if it needed |
| 14:54:13 | 6 | to be done to the 751 extended support clients, also. |
| 14:54:17 | 7 | Q.   And you believe that, when that comparison was |
| 14:54:20 | 8 | done using the HR751CSS environment, the determination |
| 14:54:24 | 9 | was made that this retrofit did not need to be delivered |
| 14:54:27 | 10 | to those clients? |
| 14:54:29 | 11 | A.   The original reason that it was for 702 only is |
| 14:54:35 | 12 | because we couldn't get the original version to work in |
| 14:54:38 | 13 | 702.  So it's on its wheels for a while, and even though |
| 14:54:44 | 14 | it's a retrofit, it's not really.  It's one of those |
| 14:54:48 | 15 | ones where you have to really work hard to get it to be |
| 14:54:50 | 16 | what the client wants. |
| 14:54:52 | 17 | Q.   So is that a "yes," the determination was made |
| 14:54:57 | 18 | after using the HR751CSS environment to compare that it |
| 14:55:02 | 19 | did not need to be delivered to the HR751 clients? |
| 14:55:09 | 20 | MR. McDONELL:  Vague and ambiguous. |
| 14:55:09 | 21 | A.   I'm not sure that development even looked at |
| 14:55:12 | 22 | 751 other than this screen shot, which I'm not sure who |
| 14:55:14 | 23 | did this. |
| 14:55:15 | 24 | Q.   (By Mr. Howard)  Well, let me -- maybe I can |
| 14:55:16 | 25 | refresh you.  Let's look at the 11th page of |

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 286

14:55:33    1       Exhibit 103.

14:56:14    2               Does reviewing the notes on this page

14:56:15    3       refresh your recollection as to whether the 3899 -- 8399

14:56:26    4       fix was retrofitted for the 751 clients?

14:56:29    5           A.   It looks like Sid did it, but I'm not sure that

14:56:32    6       we ever delivered it.

14:56:34    7           Q.   So it was -- the fix was retrofitted for the

14:56:38    8       751 clients and tested, but you don't think it was ever

14:56:41    9       delivered to any customers?

14:56:43    10          A.   I don't think so.

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

LARRY GARCIA    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a          )
Delaware corporation, ORACLE   )
USA, INC., a Colorado          )
corporation, and ORACLE        )
INTERNATIONAL CORPORATION,     )
a California corporation,      )
                               )
        Plaintiffs,            )
                               )
vs.                            ) CASE NO. 07-CV-01658 (MJJ)
                               )
SAP AG, a German corporation,  )
SAP AMERICA, INC., a Delaware  )
corporation, TOMORROWNOW,      )
INC., a Texas corporation, and )
DOES 1-50, inclusive,          )
                               )
        Defendants.            )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
ORAL VIDEOTAPED DEPOSITION
30(B)(6) TOMORROWNOW, INC.
LARRY GARCIA
JUNE 25, 2008

ORAL VIDEOTAPED DEPOSITION OF LARRY GARCIA, produced as a

witness at the instance of the Plaintiffs and duly sworn, was

taken in the above-styled and numbered cause on the 25th day

of June, 2008, from 2:50 P.m. to 3:37 p.m., before Dana

Richardson, Certified Shorthand Reporter in and for the State

of Texas, reported by computerized stenotype machine at the

offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas

77002, pursuant to the Federal Rules of Civil Procedure and

the provisions stated on the record or attached hereto.

Job No. 1603-87429

8b6564e4-51c6-4cc0-8bfb-ef3ec97869c5

LARRY GARCIA   June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 12

| | | |
|---|---|---|
| 15:01:58 | 5 | Q. (By Mr. Howard) All right. On Exhibit 302, there |
| 15:02:13 | 6 | was a note that we talked about earlier for the 8.81 release, |
| 15:02:18 | 7 | which is the release that Waste Management was on, and -- and |
| 15:02:23 | 8 | that testing wasn't going to be done in that release per an |
| 15:02:28 | 9 | instruction from you. |
| 15:02:28 | 10 | A. Yes, that's correct. |

8b6564e4-51c6-4cc0-8bfb-ef3ec97869c5

LARRY GARCIA   June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 19

| | | |
|---|---|---|
| 15:15:09 | 17 | Q.   All right.  So, Exhibit 287 is the -- is the master |
| 15:15:12 | 18 | fix view for the 6621 fix, right? |
| 15:15:16 | 19 | A.   Yes. |
| 15:15:16 | 20 | Q.   And it has a test plan as part of it, right? |
| 15:15:18 | 21 | A.   Yes. |
| 15:15:21 | 22 | Q.   And in that test plan, there are environments |
| 15:15:24 | 23 | identified as the environments to use for testing in that |
| 15:15:28 | 24 | particular release? |
| 15:15:31 | 25 | A.   Yes. |

LARRY GARCIA    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 20

15:15:34    1          Q.   And here for the 8.81 release, which is the one Waste

15:15:36    2      Management was on, that environment is the CCO environment?

15:15:42    3          A.   Yes.

Merrill Legal Solutions
(800) 869-9132

8b6564e4-51c6-4cc0-8bfb-ef3ec97869c5

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 07-CV-01658 (MJJ) ) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | ) ) ) ) ) |
| Defendants. | ) |

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
ORAL VIDEOTAPED DEPOSITION
30(B)(6) TOMORROWNOW, INC.
RODERIC RUSSELL
JUNE 25, 2008

ORAL VIDEOTAPED DEPOSITION OF RODERIC RUSSELL, produced
as a witness at the instance of the Plaintiffs and duly sworn,
was taken in the above-styled and numbered cause on the 25th
day of June, 2008, from 8:42 a.m. to 2:40 p.m., before Dana
Richardson, Certified Shorthand Reporter in and for the State
of Texas, reported by computerized stenotype machine at the
offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas
77002, pursuant to the Federal Rules of Civil Procedure and
the provisions stated on the record or attached hereto.

Job No. 1603-87429

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 31

| | | |
|---|---|---|
| 09:25:18 | 19 | Q.   What did the developer do in order to develop the DAT |
| 09:25:25 | 20 | file and DMS file for the 8.8 SP1 clients? |
| 09:25:35 | 21 | A.   In speaking with -- or actually, I was not able to |
| 09:25:37 | 22 | speak with the developer for this particular fix because he's |
| 09:25:42 | 23 | no longer employed with TomorrowNow.  In reviewing the fix |
| 09:25:51 | 24 | itself, what they did was they entered into an 8.8 |
| 09:25:56 | 25 | environment, H881BKBM, and they entered the data changes for |

Merrill Legal Solutions
(800) 869-9132

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 32

| | | |
|---|---|---|
| 09:26:08 | 1 | this particular requirement for this Kentucky locality and |
| 09:26:15 | 2 | then they extracted the change that they made out of that |
| 09:26:20 | 3 | environment into what's called the DAT file. |
| 09:26:32 | 4 | Q.   And I saw you refer back, I think, to Exhibit 287 to |
| 09:26:36 | 5 | remember the name of the environment that was initially used |
| 09:26:39 | 6 | for the development of the DAT file for the 8.81 clients. |
| 09:26:46 | 7 | A.   Yes. |
| 09:26:47 | 8 | Q.   Were you referring to the environments that are |
| 09:26:49 | 9 | listed on page 3 of Exhibit 287 immediately below this list of |
| 09:26:56 | 10 | releases and -- and -- and file names under the "Development" |
| 09:26:59 | 11 | heading? |
| 09:27:00 | 12 | A.   Yes, I did. |
| 09:27:03 | 13 | Q.   And was Hadi Arakib the developer, to your |
| 09:27:08 | 14 | understanding, who developed these objects for this 6621 fix? |
| 09:27:14 | 15 | A.   As I understand it from what's represented here, yes. |
| 09:27:17 | 16 | Q.   And, so, looking at this list of environments on |
| 09:27:20 | 17 | page 3 of Exhibit 287, is it correct that that would then be |
| 09:27:24 | 18 | the list of environments that were initially used for each |
| 09:27:27 | 19 | release to develop these DAT files and DMS files? |
| 09:27:31 | 20 | A.   It appears for this particular fix, that's what he |
| 09:27:34 | 21 | did. |

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 47

09:53:51    25        Q.   (By Mr. Howard)  Mr. Russell, do you recognize what's

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 48

| | | |
|---|---|---|
| 09:53:53 | 1 | been marked as Exhibit 290? |
| 09:53:56 | 2 | A.   Yes. |
| 09:53:57 | 3 | Q.   What is it? |
| 09:53:57 | 4 | A.   It is evidence of a unit test. |
| 09:54:02 | 5 | Q.   And is this the -- this, then, is the document which |
| 09:54:07 | 6 | appears to be attached to the master fix view, which is |
| 09:54:12 | 7 | Exhibit 287, on page 3 of that document? |
| 09:54:26 | 8 | A.   Yes, it does. |
| 09:54:43 | 9 | Q.   And what does this document, then, show, referring |
| 09:54:51 | 10 | now to Exhibit 290? |
| 09:54:53 | 11 | A.   On 290.  Again, it shows evidence that a unit test |
| 09:54:57 | 12 | was performed by Hadi. |
| 09:55:01 | 13 | Q.   Is this a standard form of -- of record for the |
| 09:55:04 | 14 | completion of unit testing for a data file? |
| 09:55:09 | 15 | MR. FUCHS:  Objection, form. |
| 09:55:10 | 16 | A.   At this particular time, this form was common for a |
| 09:55:15 | 17 | unit test. |
| 09:55:18 | 18 | Q.   (By Mr. Howard)  And, so, this -- this, then, |
| 09:55:20 | 19 | reflects -- is a -- is a further record of the environments |
| 09:55:32 | 20 | that were used for development of the data file for this 6621 |
| 09:55:36 | 21 | fix? |
| 09:55:41 | 22 | A.   He does specify here which environments that he was |
| 09:55:43 | 23 | using, yes. |
| 09:55:44 | 24 | Q.   And then for each of those environments, for each |
| 09:55:48 | 25 | release, he then has a row reflecting the application of the |

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL   June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 49

| | | |
|---|---|---|
| 09:55:55 | 1 | DMS script in that environment to the new -- newly developed |
| 09:56:01 | 2 | data file? |
| 09:56:06 | 3 | A.   Could you say that one more time? |
| 09:56:07 | 4 | Q.   Yeah.  Well, let me just ask you:  What, then, |
| 09:56:09 | 5 | does -- under the "Test Plan" row, there's a series of rows |
| 09:56:14 | 6 | relating to each of these releases in which the development |
| 09:56:17 | 7 | was done; is that right? |
| 09:56:19 | 8 | A.   That's correct. |
| 09:56:19 | 9 | Q.   And in looking at the -- the -- on page 3, the |
| 09:56:25 | 10 | H881BKBM row, what does that show us where it says "Apply the |
| 09:56:33 | 11 | DMS scripts"? |
| 09:56:33 | 12 | A.   That basically is indicating that he logged into the |
| 09:56:36 | 13 | BKBM environment and executed the DMS script that he had |
| 09:56:43 | 14 | created and that it completed successfully. |
| 09:56:46 | 15 | Q.   All right.  And is it at that point, then, that |
| 09:56:49 | 16 | the -- the newly developed data file which is still in the |
| 09:56:55 | 17 | development and staging path is turned over to the testing |
| 09:56:59 | 18 | team? |
| 09:56:59 | 19 | A.   Yes. |

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 61

| | | |
|---|---|---|
| 10:32:51 | 19 | Let's look at page 6, page 6 of Exhibit 293. |
| 10:32:59 | 20 | And there's a heading here, again, "Development."  Do you see |
| 10:33:02 | 21 | that? |
| 10:33:06 | 22 | A.   Yes. |
| 10:33:07 | 23 | Q.   And then there's a series of notes that appear to be |
| 10:33:10 | 24 | from Mr. Frank? |
| 10:33:12 | 25 | A.   Yes. |

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL   June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 62

| | | |
|---|---|---|
| 10:33:12 | 1 | Q.   And are these his unit testing notes? |
| 10:33:14 | 2 | A.   Yes. |
| 10:33:15 | 3 | Q.   All right.  And is it fair to assume, then, that one |
| 10:33:22 | 4 | of the environments that he identifies here was the one that |
| 10:33:26 | 5 | he initially developed the tax810ks.sqr fix? |
| 10:33:34 | 6 | MR. FUCHS:  Objection, form. |
| 10:33:35 | 7 | A.   We could assume that based upon a unit test.  And in |
| 10:33:39 | 8 | asking him that question, he believed that would be a safe |
| 10:33:42 | 9 | assumption as well. |
| 10:33:43 | 10 | Q.   (By Mr. Howard)  But among these environments, he |
| 10:33:45 | 11 | can't say which one was the very first? |
| 10:33:49 | 12 | A.   Oh, no. |
| 10:33:54 | 13 | Q.   All right.  Now, it is true, isn't it, that, at least |
| 10:34:12 | 14 | according to his notes, the very first unit test is done in |
| 10:34:16 | 15 | the 7.02 environment? |
| 10:34:23 | 16 | MR. FUCHS:  Objection, form. |
| 10:34:24 | 17 | A.   It would be judging by the date/time stamp of where |
| 10:34:27 | 18 | he successfully tested it.  That doesn't necessarily mean |
| 10:34:31 | 19 | that that was the first environment that he developed at.  But |
| 10:34:36 | 20 | it does seem to indicate that's the first environment that he |
| 10:34:39 | 21 | successfully tested at. |
| 10:34:41 | 22 | Q.   (By Mr. Howard)  All right.  And in looking at the |
| 10:34:42 | 23 | 8.81 release, which is the one that Waste Management is on, |
| 10:34:46 | 24 | right -- |
| 10:34:47 | 25 | A.   Correct. |

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 63

| | | |
|---|---|---|
| 10:34:47 | 1 | Q.   -- which environment did he unit-test for that |
| 10:34:50 | 2 | release? |
| 10:34:51 | 3 | A.   The H881OXFM environment. |
| 10:34:56 | 4 | Q.   Okay.  And that's a client-specific environment; is |
| 10:34:58 | 5 | that correct? |
| 10:34:59 | 6 | A.   Yes, it was. |
| 10:35:00 | 7 | Q.   Do you know which client? |
| 10:35:01 | 8 | A.   Oxford. |
| 10:35:04 | 9 | Q.   Oxford? |
| 10:35:05 | 10 | A.   International. |
| 10:35:11 | 11 | Q.   And there appears only to be unit testing done in one |
| 10:35:14 | 12 | 8.81 release; is that right? |
| 10:35:17 | 13 | A.   That appears to be the case. |

Merrill Legal Solutions
(800) 869-9132

RODERIC RUSSELL   June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 91

11:36:23   18        Q.   (By Mr. Howard)  Mr. Russell, do you recognize

11:36:24   19   Exhibit 299 as the unit test document for the 2594 fix?

11:36:30   20        A.   Yes, I do.

11:36:37   21        Q.   Does this document tell you which environment was

11:36:42   22   used to develop the 8.81 Source 1 2594 fix?

11:36:51   23        A.   At -- on page 30, it does.

11:37:00   24        Q.   Is that the CCO environment?

11:37:02   25        A.   Yes.

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 92

| | | | |
|---|---|---|---|
| 11:37:03 | 1 | Q. | Do you know which client that is? |
| 11:37:07 | 2 | A. | CompuCom. |

db61db6f-555b-4f6a-9692-28611c7993c1

RODERIC RUSSELL   June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 116

| | | |
|---|---|---|
| 13:08:39 | 1 | Q.   (By Mr. Howard)  All right.  So, does Exhibit 300, |
| 13:08:42 | 2 | then, appear to you to be the expanded set of information |
| 13:08:46 | 3 | that's partially depicted on page 6 of Exhibit 297 under the |
| 13:08:50 | 4 | heading "Test Plan"? |
| 13:08:52 | 5 | A.   Yes, it does. |
| 13:08:53 | 6 | Q.   All right.  And for the 8.81 Source 1 group that was |
| 13:09:01 | 7 | the -- the group that Waste Management was in, which |
| 13:09:05 | 8 | environment was used as the testing environment? |
| 13:09:09 | 9 | A.   H881COHM. |
| 13:09:14 | 10 | Q.   That's a client-specific environment? |
| 13:09:16 | 11 | A.   Yes, it is. |
| 13:09:17 | 12 | Q.   Which client's software is that? |
| 13:09:19 | 13 | A.   City of Huntsville. |
| 13:09:20 | 14 | Q.   City of Huntsville. |
| 13:09:23 | 15 |      So, that's a different environment, then, that |
| 13:09:28 | 16 | was used to develop the 2594 fix for the 8.81 Source 1 group |
| 13:09:33 | 17 | in the first place? |
| 13:09:35 | 18 | A.   Yes, that is correct. |

Merrill Legal Solutions
(800) 869-9132

db61db6f-555b-4f6a-9692-28611c7993c1