MATTHEW BOWDEN      December 5, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


ORACLE CORPORATION,            )
A DELAWARE CORPORATION,        )
ORACLE USA, INC., A COLORADO   )
CORPORATION, AND ORACLE        )
INTERNATIONAL CORPORATION, A   )
CALIFORNIA CORPORATION,        )
        Plaintiffs,            )
                               )
vs.                            ) CASE NO. 07-CV-01658 (MJJ)
                               )
SAP AG, A GERMAN CORPORATION,  )
SAP AMERICA, INC., A DELAWARE  )
CORPORATION, TOMORROWNOW,      )
INC., A TEXAS CORPORATION, AND )
DOES 1-50, INCLUSIVE,          )
        Defendants.            )


*****************************************************
    "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
        ORAL VIDEOTAPED DEPOSITION OF
                MATTHEW BOWDEN
              December 5, 2008
*****************************************************


    ORAL VIDEOTAPED DEPOSITION OF MATTHEW BOWDEN, produced
as a witness at the instance of the Plaintiffs and duly
sworn, was taken in the above-styled and numbered cause on
Friday, December 5, 2008, from 9:04 a.m. to 5:51 p.m.,
before JAMES M. PLAIR, Certified Shorthand Reporter in and
for the State of Texas, reported by computerized stenotype
machine at the offices of JONES DAY, 717 Texas, Suite
3300, Houston, Texas 77002-2712, pursuant to the Federal
Rules of Civil Procedure and the provisions stated on the
record or attached hereto.


Job No. 1603-89469

Dockets.Justia.com
066b5ffb-d42c-4e23-ad57-235fe8834e95

MATTHEW BOWDEN      December 5, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 158

14          MR. POLITO:  I'm going to mark as

15   Plaintiff's Exhibit 538 a document from SAS.  The title at

16   the top reads PY06FEB Individual Fix Testing,

17   CSS-TN-0207066113, and it begins with -- it's from SAS.

18   It begins with Bates No. SAS-TN-OR00009569-OR-00648 and

19   continues through 658.

20          (Exhibit 538 marked)

21     Q.   (BY MR. POLITO) Mr. Bowden, I will represent to

22   you that this document that's marked Plaintiff's Exhibit

23   538 is a printout of the last little Word document that's

24   in Exhibit 537 on the last page titled Kimberley Martinez,

25   titled with the fix number, and then Spec Accum for Supp

066b5ffb-d42c-4e23-ad57-2351e8834e95

MATTHEW BOWDEN        December 5, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 159

1      Earnings.doc

2           A.   Okay.

3           Q.   Have you seen this document before?

4           A.   Perhaps not.

5           Q.   Earlier you said that from looking at the actual

6      Master Fix that you would expect this to be a QA document?

7           A.   Yes.

8           Q.   So we're just going to look on the first page.

9      You're welcome to look at the entire document --

10          A.   Okay.

11          Q.   -- but my questions are going to limited at this

12     time.

13          A.   Okay.

14          Q.   So up at the top it says CSS-TN-0207066113.

15     That's the same fix we've been talking about in the

16     special fix, right --

17          A.   Yes.

18          Q.   -- the timing fix?  "Big Lots and Foot Locker

19     need update process for Taxable Bonus Earnings Special

20     Accumulator", and then if you go to the fourth row of the

21     table on the right-hand side, it says:  "Databases,

22     H831BLSD (where Unit Testing was completed)", and then it

23     says:  "H830FLIO (QA only testing)".  Do you see that,

24     Mr. Bowden?

25          A.   Yes.

066b5ffb-d42c-4e23-ad57-2351e8834e95

MATTHEW BOWDEN     December 5, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 160

1       Q.    Are those the same environment names that
2   appeared in Plaintiff's Exhibit 536 which is the e-mail
3   that we started with?
4       A.    Yes.
5       Q.    And do you see that it says that unit testing
6   was done in Big Lots' environment?
7       A.    Yes.
8       Q.    Do you see there where it says that Foot Locker
9   was the location for QA only testing?
10      A.    Yes.
11      Q.    Looking at this document, do you have an
12  understanding that this fix was tested -- unit tested in
13  Big Lots' environment and QA tested in Foot Locker's
14  environment?
15      A.    Yes.

066b5ffb-d42c-4e23-ad57-2351e8834e95

MATTHEW BOWDEN     December 5, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 227

14      Q.   Great.  Let's proceed.  I'm going to give you

15   what's been already marked as Plaintiff's Exhibit 289.

16   Mr. Bowden, TomorrowNow's corporate representative has

17   identified that the line that says REM database on here

18   and it says D881DATM --

19      A.   Uh-huh.

20      Q.   -- in fact indicates that database that was used

21   to create the file.  Is that your understanding as well?

22      A.   Yes.

066b5ffb-d42c-4e23-ad57-2351e8834e95

Page 249

5           MR. POLITO:  Okay.  So I'm going to mark

6    some more exhibits.  Mr. Bowden, this is Plaintiff's

7    Exhibit 558.  It's a series of first pages of documents,

8    all of which are contained in their entirety on

9    Exhibit 551 and these are TN-OR00009557 DW-11 through 15,

10   and as with all the other documents from this disk, I am

11   representing to you that -- or, rather, for all of them --

12   all of them in this section of the deposition Bates

13   numbers DW-2 through 41, that, in fact, the path here is

14   the path at which the file is found.

15           (Exhibit 558 marked)

16       Q.   (BY MR. POLITO) Mr. Bowden, take a moment to

17   examine the first four pages of this exhibit and my

18   question for you is at the time at which these documents

19   were created, which I'll represent to you was March 20th,

20   2007, was a single file delivered both to ArvinMeritor and

21   ConAgra the TN-PY07MARM.DAT created on D831DATM?

22       A.   That would be my assumption.

23       Q.   And the same is true for what's on Bates numbers

24   12 and 14 TN-PY07MARU_DAT?

25           MR. ARMSTRONG:  Objection.  These documents

066b5ffb-d42c-4e23-ad57-2351e8834e95

MATTHEW BOWDEN        December 5, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 250

1      speak for themselves.

2            A.    That would be my assumption.

066b5ffb-d42c-4e23-ad57-2351e8834e95

MATTHEW BOWDEN        December 5, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 279

7        Q.   (BY MR. POLITO) If you go to the page ending in

8    Bates No. 592, which is the last page --

9        A.   Okay.

10       Q.   -- if you look at the information for testing,

11   I'm reading the names of the unit test file names and I

12   see an H890GKN.  Is that for release level 8.9 if the file

13   name convention actually matches the contents?

14       A.   Yes.

15       Q.   How about H801TPN -- I'm sorry -- TMPM?  Is that

16   for 8 Service Pack 1?

17       A.   Based on the naming convention, I would assume

18   that.

19       Q.   Again, based on the naming convention, is the

20   next one for 8.3 Service Pack 1?

21       A.   Yes.

22       Q.   And is the next one for 8.3 Service Pack 1 as

23   well?

24       A.   Yes.

25       Q.   And then the last one is also for 8.3 Service

066b5ffb-d42c-4e23-ad57-2351e8834e95

MATTHEW BOWDEN        December 5, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 280

1     Pack 1?

2          A.   Yeah.

066b5ffb-d42c-4e23-ad57-2351e8834e95

RODERIC RUSSELL        February 5, 2009
HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware   )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION,       )
a California corporation,        )
        Plaintiffs,              )
                                 )
vs.                              ) CASE NO. 07-CV-01658 (MJJ)
                                 )
SAP AG, a German corporation,    )
SAP AMERICA, INC., a Delaware    )
corporation, TOMORROWNOW, INC., a)
Texas corporation, and DOES 1-50,)
inclusive,                       )
        Defendants.              )

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION

RODERIC RUSSELL

FEBRUARY 5, 2009

        ORAL VIDEOTAPED DEPOSITION OF RODERIC RUSSELL, produced

as a witness at the instance of the Plaintiffs and duly sworn,

was taken in the above-styled and numbered cause on the 5th

day of February, 2009, from 8:56 a.m. to 4:05 p.m., before

Dana Richardson, Certified Shorthand Reporter in and for the

State of Texas, reported by computerized stenotype machine at

the offices of Jones Day, 717 Texas Avenue, Suite 3300,

Houston, Texas 77002, pursuant to the Federal Rules of Civil

Procedure and the provisions stated on the record or attached

hereto.

        Job No. 1603-90332

Merrill Legal Solutions
(800) 869-9132

ab5ab864-348c-46f1-8700-130c0b3b8120

RODERIC RUSSELL        February 5, 2009
HIGHLY CONFIDENTIAL

Page 143

| | | |
|---|---|---|
| 13:52:34 | 4 | Q.   Is that consistent with your memory of this fix? |
| 13:52:39 | 5 | A.   I didn't have any independent memory other than |
| 13:52:43 | 6 | what's read here. |
| 13:52:44 | 7 | Q.   If you go to the next page, which ends in 299, in the |
| 13:52:49 | 8 | middle, there's an e-mail from Kim Martinez to multiple |
| 13:52:55 | 9 | recipients, including you, where she says:  "Sharon and Rod, |
| 13:52:57 | 10 | This fix is in the 'year end' range of reports...I see that |
| 13:53:00 | 11 | RHI reported to this." |
| 13:53:04 | 12 | Does that refresh your recollection that RHI |
| 13:53:06 | 13 | reported this error? |
| 13:53:10 | 14 | A.   Yes.  It -- it states that. |
| 13:53:18 | 15 | Q.   So, going back to the prior page, which is 298, you |
| 13:53:26 | 16 | see there's a reference to an Excel document there -- |
| 13:53:30 | 17 | A.   Yes. |
| 13:53:31 | 18 | Q.   -- with the fix number and then fix object list dot |
| 13:53:34 | 19 | xls? |
| 13:53:36 | 20 | MR. POLITO:  I mark as Plaintiff's Exhibit 817 |
| 13:53:47 | 21 | an Excel spreadsheet, Bates No. SAS-TN-OR-01823633 OR-00294. |
| | 22 | (Exh.817 marked) |
| 13:54:10 | 23 | Q.   (By Mr. Polito)  Mr. Russell, I'll represent to you |
| 13:54:12 | 24 | that this is the printout of that fix object list file. |
| 13:54:19 | 25 | So, looking at the "Fix ID" column, which is |

ab5ab864-348c-46f1-8700-130c0b3b8120

RODERIC RUSSELL       February 5, 2009
HIGHLY CONFIDENTIAL

Page 144

| 13:54:23 | 1 | the third column -- |
|---|---|---|

13:54:23    1    the third column --

13:54:25    2    A.   Yes.

13:54:26    3    Q.   -- it's the same fix that we're talking about in that

13:54:28    4    prior exhibit, 816?

13:54:32    5    A.   Yes.

13:54:33    6    Q.   And if you look at the second-to-last column, it

13:54:37    7    says: "Locally maintained clients who get this fix."  And

13:54:41    8    there's a long list.  And it says:  "Remote customers who

13:54:43    9    received PY07JUNE also need this."  And there's two more

13:54:48    10   customers.

13:54:49    11              Do you see that?

13:54:49    12   A.   Yes.

13:54:57    13   Q.   Do you recall that a number of local remote customers

13:55:02    14   received this fix?

13:55:03    15              MR. FUCHS:  Objection, form.

13:55:06    16   A.   Given this list, I would assume a number did.

13:55:07    17   Q.   (By Mr. Polito)  And by talking about this fix here,

13:55:09    18   I mean they received a set of object changes and data changes.

13:55:14    19   I don't mean that they received the SAS printout.

13:55:19    20              MR. FUCHS:  Objection, form.

13:55:20    21   A.   Yes.  I would assume so based upon this list.

13:55:25    22   Q.   (By Mr. Polito)  So, if you go back to the prior

13:55:27    23   exhibit, which is 816, if you go to the page ending in 297 --

13:55:35    24   I think it might be a page back from where you are -- you see

13:55:40    25   at the top -- actually, it starts just on the bottom of the

ab5ab864-348c-46f1-8700-130c0b3b8120

RODERIC RUSSELL      February 5, 2009
HIGHLY CONFIDENTIAL

Page 145

| | | |
|---|---|---|
| 13:55:45 | 1 | page before, I'm sorry, where the words "Test Plan" occur. |
| 13:55:51 | 2 | And then it continues to the next page, and there's a list of |
| 13:55:54 | 3 | one environment per release. |
| 13:55:59 | 4 | A.   Yes. |
| 13:56:06 | 5 | Q.   Was this fix tested only for one environment per |
| 13:56:09 | 6 | release? |
| 13:56:13 | 7 | A.   I would have to assume that based upon what's listed |
| 13:56:16 | 8 | here. |
| 13:56:31 | 9 | Q.   Was this fix developed for only one client per |
| 13:56:36 | 10 | release? |
| 13:56:38 | 11 | MR. FUCHS:  Objection, form. |
| 13:56:40 | 12 | A.   I don't believe that it was. |
| 13:56:43 | 13 | Q.   (By Mr. Polito)  How do you believe this fix was |
| 13:56:46 | 14 | developed? |
| 13:56:57 | 15 | A.   I'm not sure.  The -- the reason why I wouldn't |
| 13:57:00 | 16 | believe that is because there were remote clients as well. |
| 13:57:05 | 17 | Q.   Do you see any indication that either of the remote |
| 13:57:07 | 18 | clients listed in Exhibit 817 were tested? |
| 13:57:27 | 19 | A.   Do we have the updated test plan document here in the |
| 13:57:31 | 20 | Excel spreadsheet on 297? |
| 13:57:38 | 21 | Q.   I don't think that I do.  Would that be where you |
| 13:57:40 | 22 | would look to determine whether the remote -- |
| 13:57:43 | 23 | A.   Well, I would look at everything related to this |
| 13:57:47 | 24 | particular item.  It is possible that there is additional |
| 13:57:52 | 25 | information there. |

ab5ab864-348c-46f1-8700-130c0b3b8120

CATHERINE HYDE      May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
CASE NO. 07-CV-01658 PJH(EDL)


ORACLE USA, INC., a Colorado
corporation, et al.,

            Plaintiffs,

-vs-

SAP AG, a German corporation, et al.,

            Defendants.
                              /


* * * * * * * * * * * * * * * * * * * * * * * * * * *

            HIGHLY CONFIDENTIAL
            ATTORNEYS' EYES ONLY

VIDEOTAPED
DEPOSITION OF:        CATHERINE HYDE

DATE TAKEN:           TUESDAY, MAY 12, 2009

TIME:                 9:06 A.M.

PLACE:                9300 AIRPORT BOULEVARD
                      ORLANDO, FLORIDA

REPORTED BY:          CARMEN THOMAS, REGISTERED
                      PROFESSIONAL REPORTER AND
                      NOTARY PUBLIC


* * * * * * * * * * * * * * * * * * * * * * * * * * *

812c2609-7a35-4778-b644-686560493fc4

CATHERINE HYDE      May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 125

| | | |
|---|---|---|
| 14:09:08 | 17 | Q    Then turning two more pages to where they're |
| 14:09:14 | 18 | listing -- where it says, testing documentation and |
| 14:09:16 | 19 | there's a series of entries by Wanda Jones.  Do you see |
| 14:09:22 | 20 | that? |
| 14:09:22 | 21 | A    Yes. |
| 14:09:22 | 22 | Q    And it says, testing completed for 801QGIS, |
| 14:09:26 | 23 | 751ACTM, 831TAIM and 881COHM, testing completed for all |
| 14:09:34 | 24 | releases.  You see those entries? |
| 14:09:36 | 25 | A    Yes. |

812c2609-7a35-4778-b644-686560493fc4

CATHERINE HYDE        May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 126

| | | |
|---|---|---|
| 14:09:36 | 1 | Q    Is that indicating that those are the |
| 14:09:40 | 2 | environments chosen for the testing for each of those |
| 14:09:44 | 3 | releases? |
| 14:09:44 | 4 | MS. LEE:  Objection.  Lack of foundation. |
| 14:09:46 | 5 | THE WITNESS:  I'd say it meant that this was |
| 14:09:52 | 6 | completed in that version -- that release there, |
| 14:09:56 | 7 | the QTIS or ACTM. |
| 14:09:58 | 8 | BY MR. HOWARD: |
| 14:09:58 | 9 | Q    But for all 751 clients receiving that fix? |
| 14:10:04 | 10 | MS. LEE:  Same objection. |
| 14:10:04 | 11 | THE WITNESS:  I am not sure. |
| 14:10:06 | 12 | BY MR. HOWARD: |
| 14:10:06 | 13 | Q    You see where it says, testing completed for |
| 14:10:08 | 14 | all releases? |
| 14:10:10 | 15 | A    Yes. |
| 14:10:10 | 16 | Q    Does that indicate to you that that was the |
| 14:10:12 | 17 | testing that was done for each release as indicated in |
| 14:10:16 | 18 | each of those four lines above? |
| 14:10:16 | 19 | A    I'm not sure. |
| 14:10:20 | 20 | Q    Is that how you would interpret it? |
| 14:10:28 | 21 | A    For the individual test possibly. |
| 14:10:30 | 22 | Q    For the individual fixed testing you mean? |
| 14:10:34 | 23 | A    Yes. |
| 14:10:34 | 24 | Q    As opposed to the bundle testing? |
| 14:10:38 | 25 | A    Yes. |

Merrill Legal Solutions
(800) 869-9132

812c2609-7a35-4778-b644-686560493fc4

CATHERINE HYDE      May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 132

| 14:19:36 | 3 | Q    Then on the last page of the 1277 exhibit, |
|---|---|---|

14:19:36     3              Q    Then on the last page of the 1277 exhibit,

14:19:46     4         after a series of sources for 751, the last line says,

14:19:54     5         for ADV, BSC, GCG, HVH, ICF, NCL use HR751CSS to test.

14:20:04     6         Do you see that?

14:20:04     7              A    Yes.

14:20:04     8              Q    Why would HR751CSS be the testing environment

14:20:10     9         for that group of six clients?

14:20:12     10              MS. LEE:  Objection.  Lack of foundation.

14:20:14     11              THE WITNESS:  I would guess that those were

14:20:18     12         all the extended support that rolled over into the

14:20:22     13         751CSS.

14:20:22     14    BY MR. HOWARD:

14:20:40     15              Q    Is that -- do you recall those are the

14:20:40     16         extended support clients on HR751 at the time that the

14:20:46     17         change was made to the HR751CSS?

14:20:50     18              A    Some of them I recognize, but I don't recall

14:20:52     19         every single one of them.

812c2609-7a35-4778-b644-686560493fc4

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 157

15:05:26    2        Q    So with those two possible caveats,

15:05:28    3    Exhibit 1283 is the master fix view of the 765 fix.

15:05:34    4             Ms. Hyde, looking at this on page two, do you

15:05:38    5    see that the TAX810AK.SQR is one of the objects that's

15:05:42    6    being developed for this fix?

15:05:44    7        A    It's listed here, yes.

15:05:46    8        Q    Right.  That's the same object that's being

15:05:50    9    -- that was being discussed in the Exhibit 1282 that we

15:05:54   10    just saw?

15:05:54   11        A    This one's about online stuff.  This 1282 was

15:06:04   12    about -- was an online issue.

15:06:04   13        Q    The panel group?

15:06:08   14        A    Yes.

15:06:08   15        Q    But is -- is that issue part of the 765 fix

15:06:18   16    that's been -- the master fix view which has been marked

15:06:24   17    as Exhibit 1283?

15:06:24   18             MS. LEE:  Objection.  Lack of foundation.

15:06:26   19             THE WITNESS:  Based on that e-mail I would

15:06:30   20             think it is, yes.

15:06:30   21    BY MR. HOWARD:

15:06:36   22        Q    And so it would be -- for example, on page

15:06:38   23    two of Exhibit 1283, would it be the TAX810.AK.SQRs that

15:06:48   24    are listed for development in the 8.X releases?

15:06:54   25             MS. LEE:  Objection.  Vague and ambiguous.

812c2609-7a35-4778-b644-686560493fc4

Page 158

| | | |
|---|---|---|
| 15:06:56 | 1 | THE WITNESS:  I'm not sure what the question |
| 15:06:58 | 2 | is. |
| 15:06:58 | 3 | BY MR. HOWARD: |
| 15:07:00 | 4 | Q    I'm just trying to -- I'm just trying to |
| 15:07:02 | 5 | place the discussion from Exhibit 1282 in the developed |
| 15:07:10 | 6 | objects that are listed in the fix that's 1283. |
| 15:07:16 | 7 | A    They're talking about an online issue here. |
| 15:07:18 | 8 | It doesn't impact the SQR. |
| 15:07:22 | 9 | Q    When -- right.  But when Mr. Tong says that |
| 15:07:40 | 10 | he used HG751ANC as the baseline, I guess my question |
| 15:07:46 | 11 | is, is it true that he's saying he used it as the |
| 15:07:52 | 12 | baseline for the SQRs that are listed here under |
| 15:07:58 | 13 | development for the 751 releases in Exhibit 1283? |
| 15:08:04 | 14 | MS. LEE:  Objection.  Lack of foundation. |
| 15:08:06 | 15 | THE WITNESS:  I couldn't say. |
| 15:08:06 | 16 | BY MR. HOWARD: |
| 15:08:28 | 17 | Q    Now, under the development notes in |
| 15:08:32 | 18 | Exhibit 1283, that's on the fifth page of the exhibit, |
| 15:08:54 | 19 | does that indicate that Barbara Myrick assigned the |
| 15:08:56 | 20 | development to Ed Tong and Hadi Arakib? |
| 15:09:00 | 21 | A    That's what it looks like, yes. |
| 15:09:00 | 22 | Q    And then three weeks later or so she |
| 15:09:06 | 23 | indicates that Ed is working solo on the development? |
| 15:09:10 | 24 | A    That's what it says. |
| 15:09:12 | 25 | Q    And then he makes an entry that versions for |

812c2609-7a35-4778-b644-686560493fc4

CATHERINE HYDE       May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 159

| 15:09:14 | 1 | 702, 751 commercial, 8SP1 8.3SP1, 8.8SP1, 8.9SP1 are |
|---|---|---|
| 15:09:26 | 2 | copied to the development staging folders? |
| 15:09:28 | 3 | A    That's what it says. |
| 15:09:30 | 4 | Q    Then he says, unit test document was produced |
| 15:09:36 | 5 | using the H801TMPM environment.  You see that? |
| 15:09:40 | 6 | A    I see it. |
| 15:09:40 | 7 | Q    Did you ever use the H801TMPM environment? |
| 15:09:50 | 8 | A    It doesn't ring any bells. |

812c2609-7a35-4778-b644-686560493fc4