# EXHIBIT D

Dockets.Justia.com

## *Customer Connect JDE World Downloads*

| | |
|---|---|
| Client Name | Merck |
| Customer Connection User Name | jagjit_singh@merck.com |
| Customer Connection Password | kanyakumari2000 |
| User Name | Jagjit Singh |
| E-mail | jagjit_singh@merck.com |
| Phone Number | (908)-236 5846 |
| PepleSoft End of Maintenance date | 31-Dec-06 |
| JDE Products | 00, 01,02, 04 09 12 40 43 81, 82, 83,91, 92, 94, 96, 98 |
| JDE Releases | A7.3 & A7.3 Double Byte cume 7 |

### SAR Search
### Code Change Documents (Paper Fixes)

| Search For(Name, ID, Object, "text") | Release | System Code(s) | Last Combination Downloaded | Completed By/Date |
|---|---|---|---|---|
| 00017 | A7.3 & A7.3 Double Byte | All | *401* | |
| | A7.3 & A7.3 Double Byte | All | | |
| | A7.3 & A7.3 Double Byte | All | | |

Printed 10/13/2006 @ 11:44 AM



EXHIBIT
66
KREUTZ
2·19-08

PENGAD 800-631-6989

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR 00000490

## Enterprise One + World Update Center

| Type | Release | Search For(Name, ID, Object, "text") | Object Count (per Change Assistant) | Object Count (Folder-Downloaded) | Download Complete and Verified |
|---|---|---|---|---|---|
| JD Edwards World (PCCPY) | A7.3 & A7.3 Double Byte | • | *** IT req. *** | *** IT req. *** | *** IT req. *** |
| JD Edwards World - Double Byte (PCCPY) | A7.3 & A7.3 Double Byte | • | *** IT req. *** | *** IT req. *** | *** IT req. *** |
| XPI World (PCCPY) | A7.3 & A7.3 Double Byte | • | *** IT req. *** | *** IT req. *** | *** IT req. *** |
| XPI World - Double Byte (PCCPY) | A7.3 & A7.3 Double Byte | • | *** IT req. *** | *** IT req. *** | *** IT req. *** |

### White Papers
### Search from Main Page

| Release | Search For(Name, ID, Object, "text") | Count Downloaded | | Last Combination Downloaded | Completed By/Date |
|---|---|---|---|---|---|
| A7.3 & A7.3 Double Byte | CIP-??-???? | 13 | | | |
| A7.3 & A7.3 Double Byte | CMQ-??-?? | 4 | | | |
| A7.3 & A7.3 Double Byte | CRM-??-???? | 52 | | | |

Printed 10/13/2006 @ 11:44 AM

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR 00000491

| | | | | | |
|---|---|---|---|---|---|
| A7.3 & A7.3 Double Byte | KBI-??-???? | 1 | | | |
| A7.3 & A7.3 Double Byte | KMT-??-???? | 3 | | | |
| A7.3 & A7.3 Double Byte | ODS-??-???? | 442 | | | |
| A7.3 & A7.3 Double Byte | OFN-??-???? | 547 | | | |
| A7.3 & A7.3 Double Byte | OHR-??-???? | 150 | | | |
| A7.3 & A7.3 Double Byte | OMN-??-???? | 208 | | | |
| A7.3 & A7.3 Double Byte | OTI-??-???? | 226 | | | |
| A7.3 & A7.3 Double Byte | OTM-??-???? | 290 | | | |
| A7.3 & A7.3 Double Byte | OTT-??-???? | 329 | | | |
| A7.3 & A7.3 Double Byte | WDS-??-???? | 215 | | | |
| A7.3 & A7.3 Double Byte | WFN-??-???? | 422 | | | |
| A7.3 & A7.3 Double Byte | WHR-??-???? | 107 | | | |
| A7.3 & A7.3 Double Byte | WMN-??-???? | 85 | | | |
| A7.3 & A7.3 Double Byte | WST-??-???? | 236 | | | |
| A7.3 & A7.3 Double Byte | XPI-??-???? | 7 | | | |

Printed 10/13/2006 @ 11:44 AM

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR 00000492

3337

Printed 10/13/2006 @ 11:44 AM

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR 00000493

| PeopleBooks | | | | | |
|---|---|---|---|---|---|
| Release | | | | Last Combination Downloaded | Completed By/Date |
| A7.3 & A7.3 Double Byte | | | | | |

| Notes/Problems/Issues | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Localizations | | | | | |
|---|---|---|---|---|---|
| To Be Determined | | | | | |
| | | | | | |

| Minimum Technical Requirements | | | | | |
|---|---|---|---|---|---|
| To Be Determined | | | | | |
| | | | | | |

Printed 10/13/2006 @ 11:44 AM

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR 00000494

| Regulatory Updates | | | | | |
|---|---|---|---|---|---|
| To Be Determined | | | | | |
| | | | | | |

| Breaking News | | | | | |
|---|---|---|---|---|---|
| To Be Determined | | | | | |
| | | | | | |

Printed 10/13/2006 @ 11:44 AM

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR 00000495

DB Name    sasienterprise.nsf   Doc ID 3B14EF8BA2CD661286257147007 6B56E

# Master Fix    **TOMORROW NOW**

## Fix Information

Fix Owner: Kimberley Martinez/TomorrowNow

Active Date: 04/05/2006

TN Interested Parties:    PSE HR Enterprise

Fix Type: ☐ Individual

Fix ID: CSS-TN-0405063925

Fix Priority: Publish Indiv

Short Description: District of Columbia to increase exemption and standard deduction amounts effective January 1, 2007

Status:   Open - Bundle Development

Severity:  Required Fix

Source:  CCH Tracker News for April 5, 2006

Prerequisites:

Available in Bundle: TN-PY07MAR

Postrequisites:

## Fix Task Status

| Task | Task Status | Task Owner | Due Date | Complete Date |
|---|---|---|---|---|
| Documentation | Complete | | | |
| Sponsor | Not Started | | | |
| Development | Complete | Kristin Paige | 01/23/2007 | 01/22/2007 |
| Scope | Complete | Catherine Hyde | | 01/09/2007 |

## Fix Specifications

Product Line: HRMS

Market:

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

EXHIBIT
83

| Applications Payroll Covered: | | Application Release: | |
|---|---|---|---|
| Vendor Tools Release: | | Regs Territory: DC | |
| Database: | | Regs Updates Included: | |
| Hardware/OS: | | Vendor Maintenance: | |
| | | Last Vendor Update: | |
| | | First TomorrowNow Update: | |

## Fix Issues

Issue Summary: District of Columbia --to increase exemption and standard deduction amounts effective 01/01/2007

Solution Summary:

## Source

o Insert Requirements Source URL(s) (2 sources required)
  - initial notification of requirement or issue and the source
    http://otr.cfo.dc.gov
  - the confirmation of the requirement or issue and the source

o Attach Requirements Specifications (if applicable)

DC_2007_FR-230.pdf

Note: the tax rates have been reduced to reflect the standard deduction changes.

## Development

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

| Release | Object Type | Object Name | Clients | Comments |
|---------|-------------|-------------|---------|----------|
| 7.02 | DAT | UPD0405063925_TN.DAT | | |
| 7.02 | DMS | UPD0405063925_TN.DMS | | |
| 7.51 | DAT | UPD0405063925_TN.DAT | | |
| 7.51 | DMS | UPD0405063925_TN.DMS | | |
| 8 SP1 | DAT | UPD0405063925_TN.DAT | | |

- Attachment provided by Fix Delivery developer

## Test Plan

| Release | Test Status | Test Owner | Environment | Comments |
|---------|-------------|------------|-------------|----------|
| 7.02 | Complete | Eugene Chua | H702RHIM | |
| 7.51 | Complete | Eugene Chua | H751ACTM | One issue came out of tes resolved. See attached do |
| 8 SP1 | Complete | Eugene Chua | H801RRNO | |

- Attachment of Quality Test Document

01/25/2007 01:51:20 PM ZE10 Eugene Chua: RHI-TN-0405063925.doc ACT-TN-0405063925.doc a

H751ACTM-TN-0405063925_01.doc RRN-TN-0405063925.doc TAI-TN-0405063925.doc CCO-TN-0405063925.doc

GKN-TN-0405063925.doc

## Documentation

- Client Documentation (copy client documentation entered)

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00380

**Fix Deliverables**

# Fix Notes (Internal Use Only)
**Functional / Technical Analysis**

## Client Information

### Scoping
01/05/2007 10:45:40 AM CST Hadi Arakib: Spoke with Michael Copper General General Legal Consul for DC at 202-442-6500 and he confirmed that Bill B16-557 to increase exemption and standard deduction amounts effective January 2007 passed but no funding meaning "Dead". Based on this information I recommend that we put this fix on hold for now.

**Development**

**QA / Testing**

**Documentation**

**General Notes**

*SCOPING INFORMATION:*

*DEVELOPMENT NOTES:*

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00381

TESTING DOCUMENTATION:

DOCUMENTATION COMPLETED:

# Fix Notes (Available To Customers)

Fix Form Opened by:    CN=Kimberley
                       Martinez/O=TomorrowNow          On:  04/05/2006

Last Updated by:       CN=Shelley
                       Nelson/O=TomorrowNow            On:  02/10/2007 01:10:43 PM

Please Delete:

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00382

DB Name    sas\enterprise.nsf   Doc ID D576153FA65BAC8886257045005873BD

## Master Fix

**TOMORROW NOW**

### Fix Information

Fix Owner:  Sharon Piper/TomorrowNow

TN Interested Parties:

TRT

Active Date:  07/21/2005

Fix Type:  ☐ Individual

Fix ID:  CSS-TN-0721058399

Fix Priority:

Short Description: TAX810MN.SQR is modified to correctly report the Minnesota quarterly reporting changes.

Status:  Available for Client Use

Severity:  Required Fix

Source:  TN-070105521

Prerequisites:  TN-2005D

Available in Bundle:  TN-PY05DEC

Postrequisites:

### Fix Task Status

| Task | Task Status | Task Owner | Due Date | Complete Date |
|------|-------------|------------|----------|---------------|
|      |             |            |          |               |

### Fix Specifications

Product Line:  HRMS

Market:  Commercial, Education & Government, Public Sector, Student Admin

**EXHIBIT**
**103**
PENGAD 800-631-6989

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00149

| Applications Payroll Covered: | Application 7.02, 7.51 Release: |
| Vendor Tools Release: | Regs Territory: MN |
| Database: | Regs Updates Included: |
| Hardware/OS: | Vendor Maintenance Maintenance: |
| | Last Vendor Update: |
| | First TomorrowNow Update: |

## Fix Issues

Issue Summary: TAX810MN.SQR is modified to correctly report the Minnesota quarterly reporting changes effective June 30, 2005.

Solution Summary: Apply project, copy sqr and copy sqc delivered in this update.

## Source

o  Insert Requirements Source URL(s) (2 sources required)
  - initial notification of requirement or issue and the source
  - the confirmation of the requirement or issue and the source
o  Attach Requirements Specifications (if applicable)

## Development

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00150

| Release | Object Type | Object Name | Clients | Comments |
|---------|-------------|-------------|---------|----------|
|         |             |             |         |          |

- Attachment provided by Fix Delivery developer

## Test Plan

| Release | Test Status | Test Owner | Environment | Comments |
|---------|-------------|------------|-------------|----------|
|         |             |            |             |          |

- Attachment of Quality Test Document

## Documentation

- Client Documentation (copy client documentation entered)

## Fix Deliverables

702 - RHI:
SQR:
tax810mn.sqr

Online

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00151

Record: CO_UI_RPTCD_TBL
Panel: CO_UI_RPTCD_TBL
Panel Group: CO_UI_RPTCD_TBL.NA
Menu: DEFINE_PAYROLL_TAXES
Field: EMPLOYER_ID_EXT

# Fix Notes (Internal Use Only)
## Functional / Technical Analysis

**Client Information**

**Scoping**

**Development**

**QA / Testing**

**Documentation**

**General Notes**

Sharon Piper's analysis and notes.
07/21/2005 11:34:11 AM CDT Sharon Piper:  This was originally reported by RHI and I did the following research.  I believe this can be retrofitted to 7.51 and 7.02.

It appears that in version 8 PeopleSoft handled this change with adding a new record and modifying the report to handle multiple UI reporting for Minnesota.

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-000152

I believe I have noted the differences between 8 and 7.51 below but do not feel this is really a detailed specification of work to be done.

Axaris Merge screenshot of where the SQR code begins in 8 versus 7.51.

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00153

P:\hr75105c\sqr\tax810mn.sqr

```
484         when = 'T'
485           move &TX.Tape_Density       to $Density
486           move &TX.Recording_Cd       to $Recording_Cd
487           move 'SL'                    to $Tape_Label
488           move &TX.Computer_Mfr        to $Computer_Mfr
489           move 'MT'                    to $FilingType
490           move '09'                    to $Tracks
491           break
492
493         when = 'C'
494           move &TX.Recording_Cd        to $Recording_Cd
495           move 'SL'                     to $Tape_Label
496           move &TX.Computer_Mfr         to $Computer_Mfr
497           move 'MC'                     to $FilingType
498
499       end-evaluate
500     end-procedure
501
502   !Begin TN 2005C
503   begin-procedure Get-Quarter-Dates
504
505       move &TX.Balance_Year    to $EifYear 9999
506       move &TX.Balance_Qtr     to $EifQuarter 9
507
508       let #EifYear    = to_number($EifYear)
509       let #EifQuarter = to_number($EifQuarter)
510
511       evaluate $EifQuarter
512         when = '1'
513           move '01'               to $1stmonth
514           move '02'               to $2ndmonth
515           move '03'               to $3rdmonth
516           move '31'               to $Lastday
```

H:\hr81005c\sqr\tax810mn.sqr

```
702         move '09'                  to $Tracks
703         break
704
705       when = 'C'
706         move &TX.Recording_Cd      to $Recording_Cd
707         move 'SL'                  to $Tape_label
708         move &TX.Computer_Mfr      to $Computer_Mfr
709         move 'MC'                  to $FilingType
710
711       end-evaluate
712   end-procedure
713
714   begin-procedure Read-Employer-ID-Default
715
716       do Get-State-Tax-Data
717
718       if RTRIM(&Employer_ID_SUT,' ') = ''
719         display 'Company' noline
720         display $company  noline
721         display ' State:  ' noline
722         display $state
723         display '*** State Unemployment ID missing in com
724         display '**********************  Processing supp
725         stop
726       end-if
727
728       do Format-Employer-ID-SUT
729
730       let $StateEIN = RTRIM(&Employer_ID_SUT,' ')
731     ! let $StateEIN = RTRIM(&Employer_ID_SUT,'-')
732     end-procedure
733
734   begin-procedure Get-Employer-ID
735
```

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00154

```
517/       move  'Jan'     to  $Month1_Name
518        move  'Feb'     to  $Month2_Name
519        move  'Mar'     to  $Month3_Name
```

| | | |
|---|---|---|
| 736 | let $Employer_ID = $StateEIN |
| 737 | let $Employer_ID_Ext = ' ' |
| 738 | |

8 removals - 23 insertions - 22 changes  [Ln 797 of 1083   Col

Press F1 for help. Right-click in a file or folder comparison window for a context menu.

There is a record/panel which has been added in PeopleSoft also - please review in HR81005C.

Record - PS_CO_UI_RPTCD_TBL
Page - CO_UI_RPTCD_TBL

09/21/2005 03:10:24 PM EDT Beth Lester:   See email chain for current information.  Still waiting for details from MN before developing.

09/22/2005 01:59:04 PM CDT Sharon Piper:  Talked with Linda at RHI again this morning.  She added two more things as food for thought while development is coding the changes.

1)  What is reported if the employee does not have a pay period on the 12th?  Are we reporting the closest pay period to the 12th?  For example, if the employee is hired on the 15th is anything going to be reported for that month?

2)  If we are going against the Job record to obtain the employee's tax location code to determine the "unit" code for the employee what happens if the employee's Job record isn't in MN but his pay record is?  This is an issue that will probably happen to RHI since they have such a mobile workforce.  I am not totally sure WE need to worry about this but if you have an answer that would be great.

DEVELOPMENT NOTES:
09/27/2005 02:29:53 PM EDT Catherine Hyde:  Re-assigned to Sid.

09/29/2005 01:49:29 PM CDT Sid Aliwarga:  Talked with John Thompson from Dept. Of Labor Bureau of Labor Stastistic. John said that as long as an employee work during or receive compensation on any pay period that include the 12th, then that employee has to be counted in. For example: if an employee was hired on the 15th by a company who pay their employees semi-monthly, then the employee will be counted in.

John Thompson's phone number: 202-691-6495

09/29/2005 02:04:55 PM CDT Sid Aliwarga:  the program has to be modified so that for each month an employee is counted, the program will write a separate line. Look at the example below:

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00155

```
1234567822222200531001254563354MINNESOTA          FATS    0000000020000000  160        X
1234567844442005301012545636354MINNESOTA          FATS    0000000020000000  160        X
1234567855552005300112545636354MINNESOTA          FATS    0000000020000000  160        X
```

Because of that, BALANCE_PERIOD has to be included when querying data from PS_TAX_BALANCE and instead of TXGRS_QTD and NLGRS_QTD, the program will select TXGRS_MTD and NLGRS_MTD.

Procedure Get-Hours has to be modify so that it will calculate the total hours by each month of the quarter.

09/29/2005 03:36:43 PM CDT Sid Aliwarga: After further conversation with John Thompson, John said that even if an employee is counted in for a particular month, but if during that month, the employee has wage which is applicable to Unemployment Insurance tax, then the wage has to be counted in so that we can have an accurate QTD wage for that employee.

Sid's analysis and comment from Sharon

**Sid Aliwarga/TomorrowNow**

09/30/2005 11:11 AM

To    Sharon Piper/TomorrowNow

cc

bcc

Subject   Re: changes to tax810mn.sqr256FDDE4493F80F98625708C0056CAAB

Sharon,

I agree with you! I will change logic# 4 appropriately.

Thank you for your input!

Regards,

Sid Aliwarga
TomorrowNow, Inc
Enterprise HCM Developer
979-571-4321
Sharon Piper/TomorrowNow

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

**Sharon Piper/TomorrowNow**
09/30/2005 10:50 AM

To    Sid Aliwarga/TomorrowNow

cc

Subject   Re: changes to tax810mn.sqr

Sid,

I agree with your logic. But with #4 this will only help if the employee was hired or rehired into the wrong "unit" (tax location code). We might instead want to check their job record for an effective dated record within the 12th pay period timeframe for the "unit" equal to MN.

The reason I say this is fairly unique to RHI is becuase they have an extremely mobile workforce (temps) that can move from location to location even on a daily basis.

Does that make sense?

Feel free to give me a call.

Thanks,

Sharon Piper
Primary Support Engineer
TomorrowNow, Inc.
T: +1 913 362 4988
www.tomorrownow.com

Sid Aliwarga/TomorrowNow

**Sid Aliwarga/TomorrowNow**
09/30/2005 10:42 AM

To    Sharon Piper/TomorrowNow

cc

Subject   changes to tax810mn.sqr

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00157

2) If we are going against the Job record to obtain the employee's tax location code to determine the "unit" code for the employee what happens if the employee's Job record is? This is an issue that will probably happen to RHI since they have such a mobile workforce. I am not totally sure WE need to worry about this but if you have a

Hi Sharon,

I'd like to propose a solution to the above question. Please let me know if you think there is flaw in the logic of my proposal... or if you are confuse with my english :-)

Since we are going to write separate line for each month reported in the quarter so we need to include BALANCE_PERIOD in the logic when we query data from PS_TAX_BALANCE and instead of selecting TXGRS_QTD, we have to query TXGRS_MTD since each line will report only amount for that specific month.

The following logic will be added to make sure that we are only reporting MN data:
1. When querying PS_TAX_BALANCE, the program will query the data one month at a time for each employee (where STATE = 'MN' and TAX_CLASS = 'U' and BALANCE_YEAR = Processing Year and BALANCE_QTR = Processing QTR and BALANCE_PERIOD = ProcessingMonth and NLGRS_MTD <> 0). If this query find a hit, then at least we know that we have to report the wage since according to John Thompson from Bureau of Labor Statistics, even though the employee is not included in the monthly count, but if the employee has a wage in which Unemployment Insurance is applied, then we have to report the wage for that month so that we can have an accurate Quarterly Wage.
2. For every hit from #1, then we will go to PS_PAY_CHECK table to check if the employee receive any ON CYCLE compensation on the processing month's pay period that include the 12th. If he/she does then go to step 3. If he/she does not, then  go to step 4.
3. Go to PS_PAY_TAX and check whether Unemployment Insurance tax (TAX_CLASS = 'U') has been applied where STATE = 'MN'. If yes, then set MonthEligFlag to '1'.
4. We will check his/her hire_dt or rehire_dt to check if he/she was working during the pay period that include the 12th (since I know there are some companies who do not pay their new hires until the second pay period the new hires works). If he/she does work during the pay period, then we have no choice but to go to JOB table to check if his/her "unit" is in MN. If yes, then set the Month Elig Flag to '1'.

Hopefully, I don't confuse you too much :-). Please let me know if you have any problem with the logic, otherwise I will go ahead move with the above logic.

Thank you very much!

Regards,

Sid Aliwarga
TomorrowNow, Inc
Enterprise HCM Developer
979-571-4321

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00158

10/03/2005 04:36:54 PM CDT Sid Aliwarga:    development for 7.51 complete. Unit testing is on the way.

10/12/2005 11:26:54 PM CDT Sid Aliwarga:
10/12/2005 11:26:54 PM CDT Sid Aliwarga:
Per input from Linda from RHI, the logic in tax810mn.sqr is modified a little bit so that it will look at the max effseq where the Tax Location Cd is
MN. Completed and Unit Tested.

Development for 7.51 Commercial and unit testing is complete. The fix consist of the following objects:
1. Field: EMPLOYER_ID_EXT (New)
2. Panel: CO_UI_RPTCD_TBL
3. Record: PS_CO_UI_RPTCD_TBL
4. SQR: tax810mn.sqr, gethrstn.sqc (new)

Development for 7.51 E&G and unit testing is complete.  The fix consist of the following objects:
1. Field: MONTH1_ELIG (New), MONTH2_ELIG (New), MONTH3_ELIG (NEW)
2. Record: PS_R_TAX810MN
4. SQR: tax810mn.sqr, gethrstn.sqc (new)

Development for 8.8SP1,8.3SP1,8SP1 and unit testing are complete. The fix consist of the following objects:
1. Field: MONTH1_ELIG (New), MONTH2_ELIG (New), MONTH3_ELIG (NEW)
2. Record: PS_R_TAX810MN
4. SQR: tax810mn.sqr, gethrstn.sqc (new)

## 11/17/2005 12:05:15 PM CST Kimberley Martinez:   Catherine and I discussed and here is the plan:

Melissa will retrofit this SQR for 7.02, and once it is developed and tested, will be sent immediately to RHI.

And further analysis and development, if needed, will be completed by Sid for PY06JAN for ALL other clients.Melissa will retrofit this SQR for 7.02,
and once it is developed and tested, will be sent immediately to RHI.

11/21/2005 03:30:10 PM CST Kimberley Martinez:  I asked Vicky to begin testing this on 11/22/05.

22/11/2005 10:44:05 GMT Vicky D'Amello:  Cannot begin testing as it is not in Checked in Objects – and is still in Open-Development

11/22/2005 12:17:17 PM CST Melissa Dominguez:  Development Complete for 702 RHI Deliverables in HRMS 7.02 Commercial checked-in folder
. Did SQR retrofit from 8sp1 05E.

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00159

24/11/2005 15:32:31 GMT Vicky D'Amello:  I tested this but have not changed status yet. Sent Kimberley my test doc to look at before I change status.

DOCUMENTATION NOTES:
12/01/2005 12:52:41 AM CST Shelley Nelson:  SQR doc begun.  Need to doc online.
12/02/2005 10:09:53 AM CST Kristin Paige:  Documentation Complete...

# U.S. SQRs delivered with Regulatory Update «Fix_Name» for PeopleSoft «Product_Line»

Quarterly Reporting SQRs

| SQR | Description |
| --- | --- |
| TAX810MN.SQR | TAX810MN.SQR is modified to correctly report the Minnesota quarterly reporting changes effective June 30, 2005.<br><br>(TN-0721058399)<br><br>John Thompson from Dept. Of Labor Bureau of Labor Statistics |

# Online Object Changes delivered in Tax Update «Fix_Name» for PeopleSoft «Product_Line»

**Records:**

| Name | Field | Description | Create/ Alter? |
| --- | --- | --- | --- |
| CO_UI_RPTCD_TBL | EMPLOYER_ID_EXT | Report ID 0721058399 Added new record. | Cre ate |

**Fields:**

| Name | Description |
| --- | --- |
| EMPLOYER_ID_EXT | Report ID 0721058399 Added new field. |

**Menus:**

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00160

| Name | Description |
|------|-------------|
| DEFINE_PAYROLL_TAXES | Report ID 0721058399 Added Panel Groups CO_UI_RPTCD_TBL.NA. |

**Panels:**

| Name | Description |
|------|-------------|
| CO_UI_RPTCD_TBL | Report ID 0721058399 New Panel. |

**Panel Groups:**

| Name | Description |
|------|-------------|
| CO_UI_RPTCD_TBL.NA | Report ID 0721058399 Added new Panel Group. |

# Fix Notes (Available To Customers)

Fix Form Opened by:    CN=Sharon Piper/O=TomorrowNow    On: 07/21/2005

Last Updated by:    CN=Beth Lester/O=TomorrowNow    On: 01/06/2006 09:02:37 AM

Please Delete:

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00161

EXHIBIT NO. 287
DR 6/25/08

DB Name   saslenterprise2.nsf        Doc ID C6BD890C3D4962E862573302004C7724

**TOMORROW NOW**

## Master Fix

### Fix Information

Fix Owner: Sharon Piper/TomorrowNow                                Active Date: 06/22/2007

TN Interested Parties:     Enterprise FDE

Fix Type: ☐ Ind Modify

Fix ID: CSS-TN-0622076621

Fix Priority: Publish Indiv

Short Description: KY Local 067SD delivered in PY07JUN has a non-resident rate.

Status:  Open - Documentation          Severity:  Required Fix

Source:  Client Case            Prerequisites: TN-PY07JUN

Available in Bundle: TN-PY07AUG         Postrequisites:

### Fix Task Status

| Task | Task Status | Task Owner | Due Date | Complete Date |
|---|---|---|---|---|
| Documentation | Complete | Heather Cole | 06/28/2007 | |
| [Replication or Save Conflict] | | | | |
| Sponsor | In Progress | Carol Geiger | | |
| [Replication or Save Conflict] | | | | |
| Test | Complete | Robert Guichon | 06/29/2007 | |

### Fix Specifications

Product Line: HRMS              Market:

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00076

| | |
|---|---|
| Applications Payroll Covered: | Application Release: |
| Vendor Tools Release: | Regs Territory: KY |
| Database: | Regs Updates Included: |
| Hardware/OS: | Vendor Maintenance: |
| | Last Vendor Update: |
| | First TomorrowNow Update: |

**Fix Issues**

| Issue Summary: KY Local 067SD delivered in PY07JUN has a non-resident rate. |
|---|
| Solution Summary: |

## Source

- ○ Insert Requirements Source URL(s) (2 sources required)
  - • Initial notification of requirement or issue and the source
  - • the confirmation of the requirement or issue and the source
- ○ Attach Requirements Specifications (if applicable)

## Development

CONFIDENTIAL
INFORMATION

| Release | Object Type | Object Name | Clients |
|---|---|---|---|
| 7.5 | DAT | UPD062207662_TN.DAT | ADV,BSC,HVH,UNI,NCL, EDE,TPA |
| 7.5 | DMS | UPD062207662_TN.DMS | ACT |
| 7.5 | DMS | UPD062207662_TN.DMS | ADV,BSC,HVH,UNI,NCL, EDE,TPA |
| 7.6 | DAT | UPD062207662_TN.DAT | UOM |
| 7.6 | DMS | UPD062207662_TN.DMS | UOM |
| 8.SP1 | DAT | UPD062207662_TN.DAT | AOS,BAX,BDG,BGP,CAG,MCC,QGI,ROS,RPL |
| 8.SP1 | DMS | UPD062207662_TN.DMS | AOS,BAX,BDG,BGP,CAG,MCC,QGI,ROS,RPL |
| 8.SP3 | DAT | UPD062207662_TN.DAT | ACE,AFL,ALC,ARM,BLS,CCI,FCS,FLI,HDI,HC WAK,WEN |
| 8.3 SP? | DMS | UPD062207662_TN.DMS | ACE,AFL,ALC,ARM,BLS,CCI,FCS,FLI,HDI,HC WAK,WEN |
| 8.8 SP1 | DAT | UPD062207662_TN.DAT | BKB,CCO,CHS,COH,CSK,DDM,EBM,IPG,KCM |
| 8.8 SH1 | DMS | UPD062207662_TN.DMS | BKB,CCO,CHS,COH,CSK,DDM,EBM,IPG,KCM |

* Attachment provided by Fix Delivery developer

06/22/2007 03:31:41 PM CDT Hadi Arakid   Environment used for development

HR702CSS,HR751CSS,H801BDGM,H831TSUM,H881BKBM,H890GKNM

Unit test CSS-TN-062207662T.doc

**Test Plan**

SAS-TN-OR-01823633-
OR-00078

| Release | Test Status | Test Owner | Environment | Comments |
|---------|-------------|------------|-------------|----------|
| 7.02 | Complete | Robert Guichon | H702RHIM | |
| 7.51 | Complete | Robert Guichon | H751ACTM | |
| 8 SP1 | Complete | Robert Guichon | H801MCCM | |
| 8.3 SP1 | Complete | Robert Guichon | H831TSUM | |
| 8.8 | Complete | Robert Guichon | H881CCOO | |
| 8.9 | Complete | Robert Guichon | H890GSFM | |

- Attachment of Quality Test Document



CSS-TN-062207621 - KY Local 067SD Non Res - Test Plan.xls

CONFIDENTIAL
INFORMATION



## Documentation

- Client Documentation (copy client documentation entered):

**Local Tax Table – Kentucky**
(TN-0622017662)

| State | Locality | Locality Name | OLD Rate/Amt | NEW Rate/Amt | Effective Date |
|---|---|---|---|---|---|
| KY | 067S | FAYETTE COUNTY | 0.005000 / Resident | 0.005000 / Resident | 01/01/2007 |



CONFIDENTIAL
INFORMATION

D    SCHOOL DISTRICT    0.005000 /    0.000000 /
                          Nonresident    Nonresident

(TN-0622076621)

## Fix Deliverables

## Fix Notes (Internal Use Only)
**Functional / Technical Analysis**

### Client Information

06/22/2007 08:56:59 AM CDT Sharon Piper:  Case reported by RHI 📇

06/22/2007 11:02:37 AM EDT Carol Geiger:  Case #062007 2610 reported by CCI 📇

### Scoping

### Development

06/22/2007 04:30:18 PM CDT Hadi Arakib:  Please see attachment for affected release and clients.

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00081

Affected Clients for CSS-TN-062207652 1 -- KY Loc.txt

## QA / Testing

06/25/2007 07:04:21 PM PDT Larry Garcia:  Assigned QA testing to Robert Guichon

## Documentation

## General Notes

# Fix Notes (Available To Customers)

| | | |
|---|---|---|
| Fix Form Opened by: | CN=Sharon Piper/O=TomorrowNow | On: 06/22/2007 |
| Last Updated by: | CN=Larry Garcia/O=TomorrowNow | On: 07/11/2007 02:32:30 PM |

Please Delete:

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00082