```
                              TN_PY07AUG_C.DAT

      SET VERSION_DAM  8.4:7:0

      SET ENDIAN LE
      SET BASE_LANGUAGE ENG
      REM Database: D881DATM
      REM Started: Fri Jun 22 09:47:28 2007
      EXPORT  RECORD/SPACE.x
      HRLARGE,PSHRDMOH,
      PTTLRG,PSPTDMO,
      GIAPP,PSHRDMOP,
      TLWORK,PSHRDMO2,
      EOEIAPP,PSHRDMOO,
      EOTPAPP,PSHRDMOO,
      PTAPP,PSHRDMO,
      PTWORK,PSPTDMO,
      EPLARGE,PSHRDMOC,
      CUAUDIT,PSHRDMOC,
      PTTBL,PSHRDMO,
      HRAPP2,PSHRDMOH,
      INAPP,PSHRDMOF,
      PYWORK,PSHRDMO2,
      HRAPP6,PSHRDMOH,
      DIAPP,PSHRDMOP,
      CULARG3,PSHRDMOC,
      STLARGE,PSHRDMOH,
      PTAMSG,PSPTDMO,
      EODITBL,PSHRDMOP,
      EOAPP,PSHRDMOC,
      PTTREE,PSPTDMO,
      PTPRJWK,PSPTDMO,
      EPAPP,PSHRDMOC,
      PYWORK,,
      CULARG1,PSHRDMOC,
      EOIUAPP,PSHRDMOO,
      BNLARGE,PSHRDMOB,
      AMAPP,PSHRDMOF,
      STAPP,PSHRDMOH,
      HRAPP3,PSHRDMOH,
      CULARGE,PSHRDMOC,
      HRWORK,PSHRDMO1,
      PCLARGE,PSHRDMOF,
      PTTBL,PSPTDMO,
      PTAPP,PSPTDMO,
      GPAPP,PSHRDMOP,
      PY0LRG,PSHRDMOP,
      PSIMAGE,PSHRDMO,
      CULARG2,PSHRDMOC,
      COAPP,PSHRDMOB,
      PTTLRG,PSHRDMO,
      PYAPP,,
      EOEWAPP,PSHRDMOO,
      PTAUDIT,PSPTDMO,
      PIWORK,PSHRDMO2,
      FGAPP,PSHRDMOH,
      PVAPP,PSHRDMOF,
      PTRPTS,PSPTDMO,
      PAAPP,PSHRDMOH,
      PTAPPE,PSPTDMO,
      HRAPP4,PSHRDMOH,
      ERAPP,PSHRDMOB,
      PILARGE,PSHRDMOP,
      PSIMGR,PSPTDMO,
      PCAPP,PSHRDMOF,
```



EXHIBIT NO 289
DR 6-25-08

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00053

Dockets.Justia.com

TN_PY07AUG_C.DAT

```
PALARGE,PSHRDMOH,
EOLARGE,PSHRDMOC,
PTPRC,PSPTDMOT,
TLAPP,PSHRDMOP,
HRAPP,PSHRDMOH,
PYAPP,PSHRDMOP,
TLLARGE,PSHRDMOP,
PTLOCK,PSPTDMO,
EOCMAPP,PSHRDMOO,
BDAPP,PSHRDMOF,
HRLARGE,,
HPAPP,PSHRDMOH,
BNAPP,PSHRDMOB,
EOECLRG,PSHRDMOO,
STWORK,PSHRDMO1,
HTAPP,PSHRDMOH,
HRAPP5,PSHRDMOH,
PIAPP,PSHRDMOP,
EOECAPP,PSHRDMOO,
PTPRC,PSHRDMOT,
PSIMAGE,PSPTDMO,
FSAPP,PSHRDMOF,
HRAPP,,2
HRAPP1,PSHRDMOH,
EOTPLRG,PSHRDMOO,
/
A( )B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAA)A(J)B(AAAAAA)A(C)B(AA)A(R)
A()B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)
B()A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)
B()A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AAFLAA)A(T)B(AA)A(B)
A()B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AA)
B(FNAA)A(\))B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAABAAAAAAABAAABAAAIOAAAAAA)
B()A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(T)
A()B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)
B()A(O)B(AA)A(W)B(AA)A(N)B(AA)A(E)B(AA)A(R)B(AA)A(*)B(AA)A(*)B(AA)A(.)
A()B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)A(B)B(AA)A(M)B(AA)A(E)B(AAFNAA)
B()A( )B(AA)A(\()B(AAFLAA)A(T)B(AA)A(B)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)
B()A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A( )B(AA)A(I)B(AA)
B()A(N)B(AA)A( )B(AAFLAA)A(D)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)
B()A(E)B(AAFNAA)A(.)B(AAFLAA)A(T)B(AA)A(B)B(AA)A(C)B(AA)A(P)B(AA)A(C)B(AA)
B()A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A(;)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAGAAAAAAABAAACAA)A(n)B(ABAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)
B()A(T)B(AA)A(E)B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)
A()B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(A)B(AA)A(A)B(AA)A(M)B(AA)A(E)
A()B(AAFNAA)A( )B(AA)A(\()B(AAFLAA)A(T)B(AA)A(B)B(AA)A(C)B(AA)A(O)B(AA)
B()A(L)B(AA)A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A( )B(AA)
B()A(T)B(AA)A(A)B(AA)A(A)B(AA)A(B)B(AA)A(S)B(AA)A(P)B(AA)A(A)
A()B(AA)A(C)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(S)B(AA)A(P)
A()B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(S)
A()B(AA)A(T)B(AA)A(O)B(AA)A(R)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AA)A( )B(AA)
B()A(\()B(AA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)A(I)B(AA)A(A)B(AA)A(L)
A()B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B()A(*)B(AA)A(*)B(AA)A( )B(AA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A( )
A()B(AA)A(*)B(AA)A( )B(AA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A(*)B(AA)
B()A(*)B(AA)A( )B(AA)A(M)B(AA)A(A)B(AA)A(X)B(AA)A(E)B(AA)A(X)B(AA)A(T)
A()B(AA)A(E)B(AA)A(N)B(AA)A(A)B(AA)A(S)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)
B()A(M)B(AA)A(A)B(AA)A(X)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A(*)B(AA)A(*)
A()B(AA)A( )B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(I)B(AA)A(N)B(AA)A(C)B(AA)
B()A(R)B(AA)A(E)B(AA)A(A)B(AA)A(S)B(AA)A(E)B(AA)A( )B(AA)A(*)B(AA)A(*)
A()B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(*)B(AA)A(*)B(AA)A(\))B(AA)A( )B(AA)
B()A(P)B(AA)A(C)B(AA)A(T)B(AA)A(F)B(AA)A(R)B(AA)A(E)B(AA)A(E)B(AA)A( )
A()B(AA)A(*)B(AA)A(*)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(F)B(AA)A(R)B(AA)
B()A(E)B(AA)A(E)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(P)B(AA)A(C)B(AA)A(T)
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00054

TN_PY07AUG_C.DAT

```
A()B(AA)A(U)B(AA)A(S)B(AA)A(E)B(AA)A(D)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)
B()A(P)B(AA)A(C)B(AA)A(T)B(AA)A(U)B(AA)A(S)B(AA)A(E)B(AA)A(D)B(AA)A(*)
A()B(AA)A(*)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAADAAIEAAAAAA)
B()A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(T)
A()B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)
A()B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A( )B(AAFNAA)A( )B(AA)A(\()B(AAFLAA)
B()A(T)B(AA)A(B)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)A(I)B(AA)A(S)
A()B(AA)A(T)B(AAFNAA)A(\))B(AA)A( )B(AA)A(I)B(AA)A(N)B(AA)A( )B(AAFLAA)
B()A(T)B(AA)A(B)B(AA)A(S)B(AA)A(P)B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)
A()B(AA)A(E)B(AAFNAA)A( )B(AA)A(L)B(AA)A(O)B(AA)A(C)B(AA)A(K)B(AA)A( )
A()B(AA)A(M)B(AA)A(O)B(AA)A(D)B(AA)A(C)B(AA)A( )B(AA)A(D)B(AA)A(O)B(AA)
B()A(W)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAEAAMCAAAAAA)A(C)B(AA)
B()A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(T)B(AA)A(A)
A()B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)
A()B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)
A()B(AAFNAA)A(\))B(AA)A( )B(AA)A(I)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(S)B(AA)A(P)B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)
A()B(AAFNAA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AA)A( )
A()B(AA)A(I)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(S)B(AA)A(P)
A()B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A(I)B(AA)A(D)
A()B(AA)A(X)B(AA)A( )B(AA)A(N)B(AA)A(O)B(AA)A(T)B(AA)A( )B(AA)A(L)B(AA)
B()A(O)B(AA)A(G)B(AA)A(G)B(AA)A(E)B(AA)A(D)B(AA)A( )B(AA)A(I)B(AA)A(N)
A()B(AA)A(I)B(AA)A(T)B(AA)A(I)B(AA)A(A)B(AA)A(L)B(AA)A(L)B(AA)A(Y)B(AA)
B()A(;)B(AAAAAAAAAAAAAAAAAAAAAAAABAAAAAABAAAFAA)A(v)B(AAAAAA)A(C)B(AA)
B()A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(P)B(AA)A(U)
A()B(AA)A(B)B(AA)A(L)B(AA)A(I)B(AA)A(C)B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)
B()A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)
B()A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AAFLAA)A(T)B(AA)A(B)
A()B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AA)
B(FNAA)A(\))B(AA)A( )B(AA)A(I)B(AA)A(N)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)
B()A(F)B(AA)A(I)B(AA)A(L)B(AA)A(E)B(AA)A(S)B(AA)A(E)B(AA)A(T)B(AA)A(*)
A()B(AA)A(*)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAGAA)A(J)B(AA)
B(AAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)
B()A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AA)
B(FLAA)A(T)B(AA)A(B)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)A(I)B(AA)
B()A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A( )B(AA)A( )B(AAAAAAAAAAAAAAAAAAAAAAAA)
B(AAABAAAHAA)A(J)B(AAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)
B()A(E)B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )
A()B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)
B()A( )B(AA)A(\()B(AAFLAA)A(T)B(AA)A(B)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)
B()A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A(;)B(AAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAABAAAIAA)A(J)B(AAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)
B()A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)
A()B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)
A()B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AAFLAA)A(T)B(AA)A(B)B(AA)A(C)B(AA)
B()A(O)B(AA)A(L)B(AA)A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)
B()A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAA)A(x)B(AAAAAA)A(C)B(AA)
B()A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AAFLAA)A(U)B(AA)
B()A(N)B(AA)A(I)B(AA)A(A)B(AA)A(Q)B(AA)A(U)B(AA)A(E)B(AAFNAA)A( )B(AA)A(I)B(AA)
A()B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AA)A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)
B()A(X)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)
B()A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)
B()A(E)B(AAFNAA)A( )B(AA)A(\()B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)
A()B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))
A()B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAGAAAAAAACAAABAAIMABAAAA)A(C)B(AA)
B()A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AAFLAA)A(U)B(AA)
B()A(N)B(AA)A(I)B(AA)A(A)B(AA)A(Q)B(AA)A(U)B(AA)A(E)B(AAFNAA)A( )B(AA)A(I)B(AA)
B()A(N)B(AA)A(A)B(AA)A(E)B(AA)A(X)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(O)
A()B(AA)A(W)B(AA)A(N)B(AA)A(E)B(AA)A(R)B(AA)A(*)B(AA)A(*)B(AA)A(.)B(AA)
B(FLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AA)
B(FNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(O)B(AA)
```

Page 3

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00055

TN_PY07AUG_C.DAT

```
B()A(W)B(AA)A(N)B(AA)A(E)B(AA)A(R)B(AA)A(2)B(AA)A(*)B(AA)A(*)B(AA)A(.)
A()B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)A(M)B(AA)A(E)B(AAFNAA)
B()A( )B(AA)A(\()B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)
B()A(L)B(AA)A(L)B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A( )B(AA)
B()A(U)B(AA)A(S)B(AA)A(I)B(AA)A(N)B(AA)A(G)B(AA)A( )B(AA)A(S)B(AA)A(T)
A()B(AA)A(O)B(AA)A(G)B(AA)A(R)B(AA)A(O)B(AA)A(U)B(AA)A(P)B(AA)A( )B(AA)
B()A(*)B(AA)A(*)B(AA)A(S)B(AA)A(T)B(AA)A(O)B(AA)A(G)B(AA)A(R)B(AA)A(O)
A()B(AA)A(U)B(AA)A(P)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(P)B(AA)A(R)B(AA)
B()A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(P)
A()B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)A(*)B(AA)A(*)B(AA)
B()A( )B(AA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(R)B(AA)A(T)B(AA)A(Y)B(AA)A( )
A()B(AA)A(*)B(AA)A(*)B(AA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)
B()A(Y)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AAFLAA)A(C)B(AA)A(L)B(AA)A(U)B(AA)
B()A(S)B(AA)A(T)B(AA)A(E)B(AA)A(R)B(AAFNAA)A( )B(AA)A(B)B(AA)A(U)B(AA)
B()A(F)B(AA)A(F)B(AA)A(E)B(AA)A(R)B(AA)A(P)B(AA)A(O)B(AA)A(O)B(AA)A(L)
A()B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(B)B(AA)A(U)B(AA)A(F)B(AA)A(F)B(AA)
B()A(E)B(AA)A(R)B(AA)A(P)B(AA)A(L)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(C)
A()B(AA)A(L)B(AA)A(O)B(AA)A(S)B(AA)A(E)B(AA)A( )B(AA)A(N)B(AA)A(O)B(AA)
B()A( )B(AA)A(D)B(AA)A(E)B(AA)A(F)B(AA)A(I)B(AA)A(N)B(AA)A(E)B(AA)A( )
A()B(AA)A(N)B(AA)A(O)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAHAAAAAAACAAACAA)
B(IMABAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)
B(FLAA)A(U)B(AA)A(N)B(AA)A(I)B(AA)A(Q)B(AA)A(U)B(AA)A(E)B(AAFNAA)A( )B(AA)
B()A(*)B(AA)A(*)B(AA)A(B)B(AA)A(I)B(AA)A(T)B(AA)A(M)B(AA)A(A)B(AA)A(P)
A()B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)
B()A(X)B(AA)A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)
B()A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AA)
B(FLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)
B()A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)
B()A(B)B(AA)A(L)B(AA)A(E)B(AA)A(S)B(AA)A(P)B(AA)A(A)B(AA)A(C)B(AA)A(E)
A()B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)
B()A(X)B(AA)A(A)B(AA)A(S)B(AA)A(P)B(AA)A(C)B(AA)A(*)B(AA)A(*)B(AA)A(S)
A()B(AA)A(T)B(AA)A(O)B(AA)A(R)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AA)A( )B(AA)
B()A(\()B(AA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)A(I)B(AA)A(A)B(AA)A(L)
A()B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B()A(*)B(AA)A(*)B(AA)A( )B(AA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A( )
A()B(AA)A(*)B(AA)A(*)B(AA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A(*)B(AA)
B()A(*)B(AA)A( )B(AA)A(M)B(AA)A(A)B(AA)A(X)B(AA)A(E)B(AA)A(X)B(AA)A(T)
A()B(AA)A(E)B(AA)A(N)B(AA)A(T)B(AA)A(S)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)
B()A(M)B(AA)A(A)B(AA)A(X)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A(*)B(AA)A(*)
A()B(AA)A( )B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(I)B(AA)A(N)B(AA)A(C)B(AA)
B()A(R)B(AA)A(E)B(AA)A(A)B(AA)A(S)B(AA)A(E)B(AA)A( )B(AA)A(*)B(AA)A(*)
A()B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(*)B(AA)A(*)B(AA)A(\))B(AA)A( )B(AA)
B()A(P)B(AA)A(C)B(AA)A(T)B(AA)A(F)B(AA)A(R)B(AA)A(E)B(AA)A(E)B(AA)A( )
A()B(AA)A(*)B(AA)A(*)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(F)B(AA)A(R)B(AA)
B()A(E)B(AA)A(E)B(AA)A(*)B(AA)A(*)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAB)
B(AAAAAAACAAADAAJIAAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)
B()A(E)B(AA)A( )B(AAFLAA)A(U)B(AA)A(N)B(AA)A(I)B(AA)A(Q)B(AA)A(U)B(AA)
B()A(E)B(AAFNAA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AA)
B()A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)
B()A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)
B()A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AAFLAA)A(I)
A()B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)A(I)B(AA)
B()A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A( )B(AA)A(I)B(AA)A(N)B(AA)A( )B(AA)
B()A(*)B(AA)A(*)B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AA)A(S)
A()B(AA)A(P)B(AA)A(C)B(AA)A(*)B(AA)A(*)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAACAAAEAA)A(x)B(AAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)
B()A(T)B(AA)A(E)B(AA)A( )B(AAFLAA)A(U)B(AA)A(N)B(AA)A(I)B(AA)A(Q)B(AA)
B()A(U)B(AA)A(E)B(AAFNAA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)
B()A(X)B(AA)A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)
B()A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AA)
B(FLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)
```

Page 4

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00056

```
B()A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAACAAAFAA)A(f)B(AAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)
B()A(T)B(AA)A(E)B(AA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)
A()B(AA)A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)A(M)
A()B(AA)A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AA)
B(FLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)
B()A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAACAAAGAAIMAAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)
B()A(E)B(AA)A( )B(AAFLAA)A(U)B(AA)A(N)B(AA)A(I)B(AA)A(Q)B(AA)A(U)B(AA)
B()A(E)B(AAFNAA)A( )B(AAFLAA)A(C)B(AA)A(L)B(AA)A(U)B(AA)A(S)B(AA)A(T)B(AA)
B()A(E)B(AA)A(R)B(AAFNAA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)
B()A(X)B(AA)A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)
B()A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AA)
B(FLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)
B()A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAACAAAHAAIMAAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)
B()A(E)B(AA)A( )B(AAFLAA)A(U)B(AA)A(N)B(AA)A(I)B(AA)A(Q)B(AA)A(U)B(AA)
B()A(E)B(AAFNAA)A( )B(AAFLAA)A(C)B(AA)A(L)B(AA)A(U)B(AA)A(S)B(AA)A(T)B(AA)
B()A(E)B(AA)A(R)B(AAFNAA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)
B()A(X)B(AA)A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)
B()A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AA)
B(FLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)
B()A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAACAAAIAA)A(x)B(AAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)
B()A(T)B(AA)A(E)B(AA)A( )B(AAFLAA)A(U)B(AA)A(N)B(AA)A(I)B(AA)A(Q)B(AA)
B()A(U)B(AA)A(E)B(AAFNAA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)
B()A(X)B(AA)A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)
B()A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AA)
B(FLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)
B()A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAADAAAAAAAAAA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAHAAAAAAADAA)
B(ABAAJEABAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )
A()B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A(S)B(AA)A(P)B(AA)
B()A(A)B(AA)A(C)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)A(A)B(AA)A(S)B(AA)
B()A(P)B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)
B()A(I)B(AA)A(N)B(AA)A( )B(AAFLAA)A(D)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)
B()A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(U)B(AA)A(S)B(AA)A(I)B(AA)A(N)B(AA)
B()A(G)B(AA)A( )B(AA)A(S)B(AA)A(T)B(AA)A(O)B(AA)A(G)B(AA)A(R)B(AA)A(O)
A()B(AA)A(U)B(AA)A(P)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(S)B(AA)A(T)B(AA)
B()A(O)B(AA)A(G)B(AA)A(R)B(AA)A(O)B(AA)A(U)B(AA)A(P)B(AA)A(*)B(AA)A(*)
A()B(AA)A( )B(AA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)
B()A( )B(AA)A(*)B(AA)A(*)B(AA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)
A()B(AA)A(Y)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(S)B(AA)A(E)B(AA)A(C)B(AA)
B()A(Q)B(AA)A(T)B(AA)A(Y)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(S)B(AA)A(E)
A()B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)
B()A(S)B(AA)A(E)B(AA)A(G)B(AA)A(S)B(AA)A(I)B(AA)A(Z)B(AA)A(E)B(AA)A( )
A()B(AA)A(*)B(AA)A(*)B(AA)A(S)B(AA)A(E)B(AA)A(G)B(AA)A(S)B(AA)A(I)B(AA)
B()A(Z)B(AA)A(E)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(P)B(AA)A(C)B(AA)A(T)
A()B(AA)A(F)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(E)B(AA)A( )B(AA)A(*)B(AA)
B()A(P)B(AA)A(C)B(AA)A(T)B(AA)A(F)B(AA)A(R)B(AA)A(E)B(AA)A(E)B(AA)A(*)
A()B(AA)A(*)B(AA)A( )B(AA)A(B)B(AA)A(U)B(AA)A(F)B(AA)A(F)B(AA)A(E)B(AA)
B()A(R)B(AA)A(P)B(AA)A(O)B(AA)A(O)B(AA)A(L)B(AA)A( )B(AA)A(*)B(AA)A(*)
A()B(AA)A(B)B(AA)A(U)B(AA)A(F)B(AA)A(F)B(AA)A(E)B(AA)A(R)B(AA)A(P)B(AA)
B()A(L)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(L)B(AA)A(O)B(AA)A(C)B(AA)A(K)
A()B(AA)A(S)B(AA)A(I)B(AA)A(Z)B(AA)A(E)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)
B()A(L)B(AA)A(O)B(AA)A(C)B(AA)A(K)B(AA)A(S)B(AA)A(I)B(AA)A(Z)B(AA)A(E)
A()B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(C)B(AA)A(L)B(AA)A(O)B(AA)A(S)B(AA)
B()A(E)B(AA)A( )B(AA)A(N)B(AA)A(O)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAG)
B(AAAAAAADAAACAA)A(T)B(ABAAAA)A(C)B(AA)A(N)B(AA)A(E)B(AA)A(A)B(AA)A(T)
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00057

TN_PY07AUG_C.DAT
```
A()B(AA)A(E)B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)
B()A(S)B(AA)A(P)B(AA)A(A)B(AA)A(C)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(S)B(AA)A(P)B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)
A()B(AAFNAA)A( )B(AA)A(D)B(AA)A(A)B(AA)A(A)B(AA)A(F)B(AA)A(I)
A()B(AA)A(L)B(AA)A(E)B(AA)A( )B(AA)A(')B(AA)A(*)B(AA)A(*)B(AA)A(D)B(AA)
B()A(I)B(AA)A(R)B(AA)A(*)B(AA)A(*)B(AAFLAA)A(T)B(AA)A(B)B(AA)A(S)B(AA)
B()A(P)B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A(.)B(AA)
B()A(D)B(AA)A(B)B(AA)A(F)B(AA)A(')B(AA)A( )B(AA)A(S)B(AA)A(I)B(AA)A(Z)
A()B(AA)A(E)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(S)B(AA)A(I)B(AA)A(Z)B(AA)
B()A(E)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(D)B(AA)A(E)B(AA)A(F)B(AA)A(A)
A()B(AA)A(U)B(AA)A(L)B(AA)A(T)B(AA)A( )B(AA)A(S)B(AA)A(T)B(AA)A(O)B(AA)
B()A(R)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AA)A( )B(AA)A(\()B(AA)A(I)B(AA)A(N)
A()B(AA)A(I)B(AA)A(T)B(AA)A(I)B(AA)A(A)B(AA)A(L)B(AA)A( )B(AA)A(*)B(AA)
B()A(*)B(AA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)A(*)B(AA)A(*)B(AA)A( )
A()B(AA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)
B()A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(M)
A()B(AA)A(A)B(AA)A(X)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A(E)B(AA)A(N)B(AA)
B()A(T)B(AA)A(S)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(M)B(AA)A(A)B(AA)A(X)
A()B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)A(*)B(AA)A(*)B(AA)A( )B(AA)A(P)B(AA)
B()A(C)B(AA)A(T)B(AA)A(I)B(AA)A(N)B(AA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)
A()B(AA)A(S)B(AA)A(E)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(P)B(AA)A(C)B(AA)
B()A(T)B(AA)A(*)B(AA)A(*)B(AA)A(\))B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAADAAADAAAEAAAAAA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAABAAAAAAADAAAEAA)
B(KIAAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)
B()A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A(S)B(AA)A(P)B(AA)A(A)
A()B(AA)A(C)B(AA)A(E)B(AA)A( )B(AAFLAA)A(T)B(AA)A(B)B(AA)A(S)B(AA)A(P)
A()B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(M)
A()B(AA)A(A)B(AA)A(N)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AA)A(D)B(AA)A( )B(AA)
B()A(B)B(AA)A(Y)B(AA)A( )B(AA)A(D)B(AA)A(A)B(AA)A(T)B(AA)A(A)B(AA)A(B)
A()B(AA)A(A)B(AA)A(S)B(AA)A(E)B(AA)A( )B(AA)A(U)B(AA)A(S)B(AA)A(I)B(AA)
B()A(N)B(AA)A(G)B(AA)A( )B(AA)A(\()B(AA)A(')B(AA)A(*)B(AA)A(*)B(AA)A(D)
A()B(AA)A(I)B(AA)A(R)B(AA)A(*)B(AA)A(*)B(AAFLAA)A(T)B(AA)A(B)B(AA)A(S)
A()B(AA)A(P)B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A(.)
A()B(AA)A(D)B(AA)A(E)B(AA)A(F)B(AA)A(')B(AA)A(\))B(AA)A(;)B(AAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAADAAAFAA)A(t)B(AAAAAA)A(C)B(AA)A(R)B(AA)A(E)B(AA)
B()A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(U)B(AA)A(N)B(AA)A(I)B(AA)A(Q)
A()B(AA)A(U)B(AA)A(E)B(AA)A( )B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)
B()A(X)B(AA)A( )B(AAFLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(N)B(AA)A(A)B(AA)
B()A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(O)B(AA)A(N)B(AA)A( )B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(\()B(AA)
B(FLAA)A(I)B(AA)A(D)B(AA)A(X)B(AA)A(C)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)
B()A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A(\))B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAADAAAGAAAEAAAAAA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAADAA)
B(AHAAAEAAAAAA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAADAAAIAA)A(@)B(AAAA)
B(AA)A(C)B(AA)A(R)B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(C)
A()B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)A(E)B(AA)A(C)B(AA)A(T)B(AA)A(I)B(AA)
B()A(O)B(AA)A(N)B(AA)A( )B(AA)A(*)B(AA)A(*)B(AA)A(A)B(AA)A(C)B(AA)A(C)
A()B(AA)A(E)B(AA)A(S)B(AA)A(S)B(AA)A(I)B(AA)A(D)B(AA)A(*)B(AA)A(*)B(AA)
B()A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAABAAAAIABAAAA)A(R)B(AA)A(U)B(AA)
B()A(N)B(AA)A(S)B(AA)A(T)B(AA)A(A)B(AA)A(T)B(AA)A(S)B(AA)A( )B(AA)A(T)
A()B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A(P)B(AA)A(A)B(AA)
B()A(C)B(AA)A(E)B(AA)A( )B(AAFLAA)A(D)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)
B()A(M)B(AA)A(E)B(AAFNAA)A(.)B(AAFLAA)A(T)B(AA)A(B)B(AA)A(S)B(AA)A(P)B(AA)
B()A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)A(T)B(AA)
B()A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A(\()B(AAFLAA)A(D)B(AA)A(B)B(AA)
B()A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A(.)B(AAFLAA)A(T)B(AA)A(A)B(AA)
B()A(B)B(AA)A(L)B(AA)A(E)B(AA)A(\))B(AA)A( )B(AA)A(S)B(AA)A(A)B(AA)
B()A(M)B(AA)A(P)B(AA)A(L)B(AA)A(E)B(AA)A( )B(AA)A(2)B(AA)A(5)B(AA)A( )
A()B(AAFLAA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AA)A(L)B(AA)A(I)
A()B(AA)A(S)B(AA)A(T)B(AAFNAA)A( )B(AA)A(R)B(AA)A(E)B(AA)A(P)B(AA)A(O)
A()B(AA)A(R)B(AA)A(T)B(AA)A( )B(AA)A(N)B(AA)A(O)B(AA)A( )B(AA)A(S)B(AA)
B()A(H)B(AA)A(R)B(AA)A(L)B(AA)A(E)B(AA)A(V)B(AA)A(E)B(AA)A(L)B(AA)A( )
A()B(AA)A(C)B(AA)A(H)B(AA)A(A)B(AA)A(N)B(AA)A(G)B(AA)A(E)B(AA)A( )B(AA)
```
Page 6

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00058

TN_PY07AUG_C.DAT
```
B()A(U)B(AA)A(P)B(AA)A(D)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )B(AA)A(A)
A()B(AA)A(C)B(AA)A(C)B(AA)A(E)B(AA)A(S)B(AA)A(S)B(AA)A(P)B(AA)A(A)B(AA)
B()A(T)B(AA)A(H)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAACAA)A(X)
A()B(AAAAAA)A(L)B(AA)A(N)B(AA)A(A)B(AA)A(L)B(AA)A(Y)B(AA)A(Z)B(AA)A(E)
A()B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )B(AA)
B(FLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A( )B(AA)
A()B(E)B(AA)A(S)B(AA)A(T)B(AA)A(I)B(AA)A(M)B(AA)A(A)B(AA)A(T)B(AA)A(E)
A()B(AA)A( )B(AA)A(S)B(AA)A(T)B(AA)A(A)B(AA)A(T)B(AA)A(I)B(AA)A(S)B(AA)
B()A(T)B(AA)A(I)B(AA)A(C)B(AA)A(S)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAEAAAFAAAEAAAAAA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAFAAABAA)
B(PEAAAAAA)A(R)B(AA)A(U)B(AA)A(N)B(AA)A(S)B(AA)A(T)B(AA)A(A)B(AA)A(T)B(AA)
B()A(S)B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A(S)
A()B(AA)A(P)B(AA)A(A)B(AA)A(C)B(AA)A(E)B(AA)A( )B(AAFLAA)A(D)B(AA)A(B)
A()B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)A(.)B(AAFLAA)A(T)B(AA)
B()A(B)B(AA)A(S)B(AA)A(P)B(AA)A(C)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)
A()B(AAFNAA)A( )B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A(\()
A()B(AAFLAA)A(D)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)
B()A(.)B(AAFLAA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AAFNAA)A(\))
A()B(AA)A( )B(AAFLAA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AA)A(L)
A()B(AA)A(I)B(AA)A(S)B(AA)A(T)B(AAFNAA)A( )B(AA)A(R)B(AA)A(E)B(AA)A(P)
A()B(AA)A(O)B(AA)A(R)B(AA)A(T)B(AA)A( )B(AA)A(N)B(AA)A(O)B(AA)A( )B(AA)
B()A(S)B(AA)A(H)B(AA)A(R)B(AA)A(L)B(AA)A(E)B(AA)A(V)B(AA)A(E)B(AA)A(L)
A()B(AA)A( )B(AA)A(C)B(AA)A(H)B(AA)A(A)B(AA)A(N)B(AA)A(G)B(AA)A(E)B(AA)
B()A( )B(AA)A(U)B(AA)A(P)B(AA)A(D)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)A( )
A()B(AA)A(A)B(AA)A(C)B(AA)A(C)B(AA)A(E)B(AA)A(S)B(AA)A(S)B(AA)A(P)B(AA)
B()A(A)B(AA)A(T)B(AA)A(H)B(AA)A(;)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFAA)
B(ACAA)A(V)B(AAAAAA)A(A)B(AA)A(N)B(AA)A(A)B(AA)A(L)B(AA)A(Y)B(AA)A(Z)B(AA)
B()A(E)B(AA)A( )B(AA)A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AA)A(E)B(AA)A( )
A()B(AAFLAA)A(T)B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(M)B(AA)A(E)B(AAFNAA)
B()A( )B(AA)A(C)B(AA)A(O)B(AA)A(M)B(AA)A(P)B(AA)A(U)B(AA)A(T)B(AA)A(E)
A()B(AA)A( )B(AA)A(S)B(AA)A(T)B(AA)A(A)B(AA)A(I)B(AA)A(S)B(AA)
B()A(T)B(AA)A(I)B(AA)A(C)B(AA)A(S)B(AA)A(;)B(AAAAAAAAAAAAAA)A(%)B(AAAA)
B(AAAAAAAAAAABAAABAAAMAAAAAA)A(O)B(AA)A(W)B(AA)A(N)B(AA)A(E)B(AA)A(R)B(AA)
B(AAAAACAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)
A()B(AA)A(T)B(AAAAAAAMAAAAAA)A(4)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAABAAACAAAOAAAAAA)A(M)B(AA)A(A)B(AA)A(X)B(AA)A(E)
A()B(AA)A(X)B(AA)A(T)B(AA)A(AAAAAABEAAAAAA)A(U)B(AA)A(N)B(AA)A(L)B(AA)A(I)B(AA)
B()A(M)B(AA)A(I)B(AA)A(T)B(AA)A(E)B(AA)A(D)B(AAAAAAAAAAAAAAAAAAAAAAAAAAB)
B(AAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAAOAAAAAA)A(1)B(AA)
B()A(0)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AAAAAAAAAAAAAAAAAAAAAAAAB)
B(AAACAAAIAAAAAA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAAAEAAAAAA)A(0)B(AAAAAAAA)
B(AAAAAAAAAAAAAABAAACAABAAAAAAAA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(F)B(AA)A(R)
A()B(AA)A(E)B(AA)A(E)B(AAAAAAAGAAAAAA)A(1)B(AA)A(0)B(AAAAAAAAAAAAAAAAA)
B(AAAAAAABAAACAABAAAAAAAA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(U)B(AA)A(S)B(AA)
B()A(E)B(AA)A(D)B(AAAAAAAGAAAAAA)A(8)B(AA)A(0)B(AAAAAAAAAAAAAAAAAAAAAA)
B(ABAAAFAABAAAAAAA)A(F)B(AA)A(I)B(AA)A(L)B(AA)A(E)B(AA)A(S)B(AA)A(E)B(AA)
B()A(T)B(AAAAAAAKAAAAAA)A(F)B(AA)A(I)B(AA)A(L)B(AA)A(E)B(AAAAAAAAAAAA)
B(AAAAAAAAAAAACAAABAABCAAAAAA)A(B)B(AA)A(U)B(AA)A(F)B(AA)A(F)B(AA)A(E)B(AA)
B()A(R)B(AA)A(P)B(AA)A(L)B(AAAAAAAIAAAAAA)A(B)B(AA)A(P)B(AA)A(3)B(AAAA)
B(AAAAAAAAAAAAAAAACAAABAAAMAAAAAA)A(O)B(AA)A(W)B(AA)A(N)B(AA)A(E)B(AA)
B()A(R)B(AAAAAACAAAAAAAAAAAAAAAAAAAAAACAAABAAAOAAAAAA)A(O)B(AA)A(W)
A()B(AA)A(N)B(AA)A(E)B(AA)A(R)B(AA)A(2)B(AAAAAAACAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAACAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)
B()A(Y)B(AAAAAAIAAAAAA)A(7)B(AA)A(2)B(AA)A(0)B(AAAAAAAAAAAAAAAAAAAAAA)
B(ACAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)
B(AAAAAIAAAAAA)A(7)B(AA)A(2)B(AA)A(0)B(AAAAAAAAAAAAAAAAAACAAABAA)
B(BCAAAAAA)A(S)B(AA)A(T)B(AA)A(O)B(AA)A(G)B(AA)A(R)B(AA)A(O)B(AA)A(U)B(AA)
B()A(P)B(AAAAAABCAAAAAA)A(P)B(AA)A(S)B(AA)A(S)B(AA)A(G)B(AA)A(I)B(AA)A(X)
A()B(AA)A(P)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAACAAACAAAOAAAAAA)A(B)B(AA)
B()A(I)B(AA)A(T)B(AA)A(M)B(AA)A(A)B(AA)A(P)B(AAAAAAACAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAACAAACAABCAAAAAA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AA)
B()A(S)B(AA)A(P)B(AA)A(C)B(AAAAAABAAAAAA)A(P)B(AA)A(S)B(AA)A(I)B(AA)A(N)
A()B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AAAAAAAAAAAAAAAAAAAAAAACAAACAAAKAAAAAA)
```
Page  7

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00059

TN_PY07AUG_C.DAT

```
B()A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAMAAAAAA)A(4)B(AA)A(0)B(AA)A(0)
A()B(AA)A(0)B(AA)A(0)B(AAAAAAAAAAAAAAAAAAAAAAAACAAACAAAOAAAAAA)A(M)B(AA)
B()A(A)B(AA)A(X)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAABEAAAAAA)A(U)B(AA)A(N)
A()B(AA)A(L)B(AA)A(I)B(AA)A(M)B(AA)A(I)B(AA)A(T)B(AA)A(E)B(AA)A(D)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAACAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)
A()B(AAAAAAAOAAAAAA)A(1)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)
B(AAAAAAAAAAAAAAAAAAACAAACAAAIAAAAAA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAA)
B(AEAAAAAA)A(0)B(AAAAAAAAAAAAAAAAAAAAAAAACAAACAABAAAAAAA)A(P)B(AA)A(C)B(AA)
B()A(T)B(AA)A(F)B(AA)A(R)B(AA)A(E)B(AA)A(E)B(AAAAAAAGAAAAAA)A(1)B(AA)A(0)
A()B(AAAAAAAAAAAAAAAAAAACAAADAABCAAAAAA)A(I)B(AA)A(N)B(AA)A(D)B(AA)
B()A(E)B(AA)A(X)B(AA)A(S)B(AA)A(P)B(AA)A(C)B(AAAAAABAAAAAA)A(P)B(AA)A(S)
A()B(AA)A(I)B(AA)A(N)B(AA)A(D)B(AA)A(E)B(AA)A(X)B(AAAAAAAAAAAAAAAAAAAAA)
B(AAADAAABAABCAAAAAA)A(B)B(AA)A(U)B(AA)A(F)B(AA)A(F)B(AA)A(E)B(AA)A(R)
A()B(AA)A(P)B(AA)A(L)B(AAAAAAAIAAAAAA)A(B)B(AA)A(P)B(AA)A(l)B(AAAAAAAA)
B(AAAAAAAAAAAAAAAADAAABAABCAAAAAA)A(L)B(AA)A(0)B(AA)A(C)B(AA)A(K)B(AA)A(S)
A()B(AA)A(I)B(AA)A(Z)B(AA)A(E)B(AAAAAAAIAAAAAA)A(A)B(AA)A(N)B(AA)A(Y)B(AA)
B(AAAAAAAAAAAAAAAAAAAADAAABAABAAAAAA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(F)
A()B(AA)A(R)B(AA)A(E)B(AA)A(E)B(AAAAAAAGAAAAAA)A(1)B(AA)A(0)B(AAAAAAAA)
B(AAAAAAAAAAAAAAAADAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)
A()B(AA)A(Y)B(AAAAAAAIAAAAAA)A(7)B(AA)A(2)B(AA)A(0)B(AAAAAAAAAAAAAAAAAA)
B(AAAAAAAADAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)
B()A(Y)B(AAAAAAAIAAAAAA)A(7)B(AA)A(2)B(AA)A(0)B(AAAAAAAAAAAAAAAAAA)
B(ADAAABAABAAAAAAA)A(S)B(AA)A(E)B(AA)A(G)B(AA)A(S)B(AA)A(I)B(AA)A(Z)B(AA)
B()A(E)B(AAAAAAAEAAAAAA)A(4)B(AAAAAAAAAAAAAAAAAAAAAAADAAABAABCAAAAAA)A(S)
A()B(AA)A(T)B(AA)A(O)B(AA)A(G)B(AA)A(A)B(AA)A(O)B(AA)A(U)B(AA)A(P)B(AA)
B(AAAABCAAAAAA)A(P)B(AA)A(S)B(AA)A(S)B(AA)A(G)B(AA)A(T)B(AA)A(S)B(AA)A(P)
A()B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAADAAACAAAIAAAAAA)A(D)B(AA)A(I)B(AA)
B()A(R)B(AAAAAAAMAAAAAA)A(/)B(AA)A(d)B(AA)A(i)B(AA)A(r)B(AA)A(/)B(AAAA)
B(AAAAAAAAAAAAAAAAAAADAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B(AAAAAMAAAAAA)A(4)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAADAAACAAAOAAAAAA)A(M)B(AA)A(A)B(AA)A(X)B(AA)A(E)B(AA)A(X)B(AA)
B()A(T)B(AAAAAABEAAAAAA)A(U)B(AA)A(N)B(AA)A(L)B(AA)A(I)B(AA)A(M)B(AA)A(I)
A()B(AA)A(T)B(AA)A(E)B(AA)A(D)B(AAAAAAAAAAAAAAAAAAAAAAAADAAACAAAKAAAAAA)
B()A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAAOAAAAAA)A(1)B(AA)A(0)B(AA)A(0)
A()B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AAAAAAAAAAAAAAAAAAAAAAADAAACAAAIAAAAAA)
B()A(P)B(AA)A(C)B(AA)A(T)B(AAAAAAAEAAAAAA)A(0)B(AAAAAAAAAAAAAAAAAAAA)
B(ADAAACAAAKAAAAAA)A(S)B(AA)A(I)B(AA)A(Z)B(AA)A(E)B(AAAAAABCAAAAAA)A(3)
A()B(AA)A(0)B(AA)A(0)B(AA)A(L)B(AA)A(A)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)
B(AAAAAAAAAAAAAAAAAAAADAAAEAAAIAAAAAA)A(D)B(AA)A(I)B(AA)A(R)B(AAAAAA)
B(AKAAAAAA)A(d)B(AA)A(i)B(AA)A(r)B(AA)A(/)B(AAAAAAAAAAAAAAAAAAAAAAAADAA)
B(AIAABCAAAAAA)A(A)B(AA)A(C)B(AA)A(C)B(AA)A(E)B(AA)A(S)B(AA)A(S)B(AA)A(I)
A()B(AA)A(D)B(AAAAAAAEAAAAAA)A(")B(AAAAAAAAAAAAAA)A(M)B(AAAAAAAAAAAA)
B(ABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAA)
B(AAAKAAAAAA)A(1)B(AA)A(8)B(AA)A(4)B(AA)A(0)B(AAAAAACAAAAAAAAAAAMAAAA)
B(AA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAA)
B(ABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAA)
B(AAAIAAAAAA)A(2)B(AA)A(8)B(AA)A(0)B(AAAAAACAAAAAAAAAAAMAAAA)A(B)B(AA)
B()A(N)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)
B()A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAKAAAAAA)A(1)
A()B(AA)A(1)B(AA)A(6)B(AA)A(0)B(AAAAAACAAAAAAAAAABAAAAAA)A(B)B(AA)A(N)
A()B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAA)
B(AAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)
B(AAAAAIAAAAAA)A(2)B(AA)A(0)B(AA)A(0)B(AAAAAACAAAAAAAAAABAAAAAA)A(B)
A()B(AA)A(N)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAA)
B(AAAAAAAAAAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)
B()A(Y)B(AAAAAAAIAAAAAA)A(1)B(AA)A(6)B(AA)A(0)B(AAAAAACAAAAAAAAAAMAA)
B(AAAA)A(G)B(AA)A(I)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAA)
B(AAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)
B(AAAAAGAAAAAA)A(4)B(AA)A(0)B(AAAAAACAAAAAAAAAAMAAAAAA)A(G)B(AA)A(I)
A()B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)
A()B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAKAAAAAA)A(1)B(AA)
B()A(4)B(AA)A(4)B(AA)A(0)B(AAAAAACAAAAAAAAAAMAAAAAA)A(H)B(AA)A(R)B(AA)
B()A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00060

TN_PY07AUG_C.DAT

```
B( )A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAIAAAAAA)A(2)B(AA)A(4)
A( )B(AA)A(0)B(AAAAAAACAAAAAAAAAAABAAAAAAA)A(H)B(AA)A(R)B(AA)A(A)B(AA)A(P)
A( )B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)
A( )B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAKAAAAAA)A(4)B(AA)A(4)B(AA)
B( )A(0)B(AAAAAAACAAAAAAAAAABAAAAAAA)A(H)B(AA)A(R)B(AA)A(L)B(AA)A(A)B(AA)
B( )A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)
B( )A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAIAAAAAA)A(7)B(AA)A(2)
A( )B(AA)A(0)B(AAAAAAACAAAAAAAAAABAAAAAAA)A(H)B(AA)A(R)B(AA)A(L)B(AA)A(A)
A( )B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)
A( )B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAIAAAAAA)A(4)B(AA)
B( )A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(H)B(AA)A(T)B(AA)A(A)B(AA)
B( )A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)
B( )A(C)B(AA)A(A)B(AA)A(T)B(AA)A(Y)B(AAAAAAAGAAAAAA)A(8)B(AA)A(0)B(AAAA)
B(AAACAAAAAAAAAAAAMAAAAAA)A(H)B(AA)A(T)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AA)
B(AAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)
B( )A(T)B(AA)A(Y)B(AAAAAAAIAAAAAA)A(7)B(AA)A(6)B(AA)A(0)B(AAAAAAACAAAA)
B(AAAAAAAMAAAAAA)A(P)B(AA)A(A)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAA)
B(AAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)
B( )A(Y)B(AAAAAAAIAAAAAA)A(1)B(AA)A(2)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAA)
B(AAAA)A(P)B(AA)A(A)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAA)
B(AAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)
B(AAAAAIAAAAAA)A(8)B(AA)A(0)B(AA)A(0)B(AAAAAAACAAAAAAAAAAABAAAAAAA)A(P)
A( )B(AA)A(A)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAA)
B(AAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)
B( )A(Y)B(AAAAAAAIAAAAAA)A(1)B(AA)A(6)B(AA)A(0)B(AAAAAAACAAAAAAAAAABAAA)
B(AAAA)A(P)B(AA)A(A)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AA)
B(AAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)
B( )A(T)B(AA)A(Y)B(AAAAAAAIAAAAAA)A(1)B(AA)A(2)B(AA)A(0)B(AAAAAAACAAAA)
B(AAAAAAAMAAAAAA)A(P)B(AA)A(I)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAA)
B(AAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)
B( )A(Y)B(AAAAAAGAAAAAA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)
A( )B(AA)A(I)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAAABAAAO)
B(AAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAGAA)
B(AAAA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAABAAAAAAA)A(P)B(AA)A(I)B(AA)A(L)
A( )B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAABAAAO)
B(AAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAGAA)
B(AAAA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAABAAAAAAA)A(P)B(AA)A(I)B(AA)A(L)
A( )B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAABAAAO)
B(AAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAMAA)
B(AAAA)A(1)B(AA)A(9)B(AA)A(8)B(AA)A(0)B(AA)A(0)B(AAAAAAACAAAAAAAAAABA)
B(AAAAAA)A(P)B(AA)A(S)B(AA)A(I)B(AA)A(M)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AA)
B(AAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)
B( )A(T)B(AA)A(Y)B(AA)A(Y)B(AAAAAAAKAAAAAA)A(3)B(AA)A(0)B(AA)A(8)B(AA)A(0)B(AAAA)
B(AAACAAAAAAAAAAABAAAAAAA)A(P)B(AA)A(S)B(AA)A(I)B(AA)A(M)B(AA)A(A)B(AA)
B( )A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)
B( )A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAKAAAAAA)A(4)B(AA)A(0)B(AA)A(8)
A( )B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(T)B(AA)A(A)B(AA)A(P)
A( )B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)
A( )B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAIAAAAAA)A(6)B(AA)A(4)B(AA)A(0)B(AA)
B(AAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(T)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AA)
B(AAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)
B( )A(T)B(AA)A(Y)B(AAAAAAAGAAAAAA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAA)
B(AAAA)A(P)B(AA)A(T)B(AA)A(P)B(AA)A(R)B(AA)A(C)B(AAAAAAAAAAAAAAAAAA)
B(AAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AA)
B(AAAAAGAAAAAA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(T)
A( )B(AA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(C)B(AAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)
A( )B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAMAAAAAA)A(2)B(AA)
B( )A(7)B(AA)A(A)B(AA)A(2)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)
B( )A(T)B(AA)A(A)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAABAAAOAAAAAA)
B( )A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAKAAAAAA)A(4)
A( )B(AA)A(2)B(AA)A(0)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(T)
A( )B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)
A( )B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAMAAAAAA)A(2)B(AA)
```

Page 9

CONFIDENTIAL
INFORMATION

```
                                TN_PY07AUG_C.DAT
B()A(2)B(AA)A(6)B(AA)A(8)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAAOAAAAAA)A(P)B(AA)
B()A(Y)B(AA)A(0)B(AA)A(L)B(AA)A(R)B(AA)A(G)B(AAAAAAAAAAAAAAAAAAAAAAB)
B(AAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAA)
B(AKAAAAAA)A(3)B(AA)A(5)B(AA)A(2)B(AA)A(0)B(AAAAAAACAAAAAAAAAAOAAAAAA)
B()A(P)B(AA)A(Y)B(AA)A(0)B(AA)A(L)B(AA)A(R)B(AA)A(G)B(AAAAAAAAAAAAAAAA)
B(AAAAAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)
A()B(AAAAAAAKAAAAAA)A(2)B(AA)A(7)B(AA)A(2)B(AA)A(0)B(AAAAAAACAAAAAAAA)
B(AAAMAAAAAA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAA)
B(AAAAAAAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)
A()B(AAAAAAAIAAAAAA)A(4)B(AA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)
B()A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAAAAB)
B(AAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAA)
B(AGAAAAAA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(T)B(AA)A(L)B(AA)
B()A(A)B(AA)A(L)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(S)B(AA)
B()A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAGAAAAAA)A(4)B(AA)A(0)
A()B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(T)B(AA)A(L)B(AA)A(A)B(AA)A(L)B(AA)A(L)
A()B(AAAAAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)
A()B(AA)A(T)B(AA)A(Y)B(AAAAAAAGAAAAAA)A(8)B(AA)A(0)B(AAAAAAACAAAAAAAA)
B(AAAMAAAAAA)A(T)B(AA)A(L)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAA)
B(AAAAAAAAABAAAOAAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)
A()B(AAAAAAAGAAAAAA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(T)B(AA)
B()A(L)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAAAABAAAOAAAAAA)
B()A(P)B(AA)A(R)B(AA)A(I)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAIAAAAAA)A(1)
A()B(AA)A(2)B(AA)A(0)B(AAAAAAACAAAAAAAAAABAAAAAAA)A(T)B(AA)A(L)B(AA)A(L)
A()B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAAABAAAO)
B(AAAAAA)A(S)B(AA)A(E)B(AA)A(C)B(AA)A(Q)B(AA)A(T)B(AA)A(Y)B(AAAAAAAGAA)
B(AAAA)A(4)B(AA)A(0)B(AAAAAAACAAAAAAAAAABAAAAAAA)A(T)B(AA)A(L)B(AA)A(L)
A()B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAAACAAAK)
B(AAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAMAAAAAA)A(1)B(AA)A(5)
A()B(AA)A(6)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(B)B(AA)A(N)
A()B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)
A()B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAAKAAAAAA)A(2)B(AA)A(8)B(AA)A(0)B(AA)
B()A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(B)B(AA)A(N)B(AA)A(A)B(AA)A(P)B(AA)
B()A(P)B(AAAAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)
B()A(T)B(AAAAAAAMAAAAAA)A(1)B(AA)A(0)B(AA)A(0)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAAABAAAAAAA)A(B)B(AA)A(N)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)
B()A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)
B()A(X)B(AA)A(T)B(AAAAAAAKAAAAAA)A(2)B(AA)A(0)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAAABAAAAAAA)A(B)B(AA)A(N)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)
B()A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)
B()A(I)B(AA)A(T)B(AAAAAAAKAAAAAA)A(1)B(AA)A(6)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAAAMAAAAAA)A(G)B(AA)A(I)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AA)
B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)
B(AAAAAIAAAAAA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(G)
A()B(AA)A(I)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAACAAAK)
B(AAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAMAAAAAA)A(1)B(AA)A(2)
A()B(AA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(H)B(AA)A(R)
A()B(AA)A(A)B(AA)A(X)B(AA)A(T)B(AAAAAAACAAAAAAAAAAAMAAAAAACAAAKAAAAAA)A(N)
A()B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAAKAAAAAA)A(2)B(AA)A(4)B(AA)A(0)B(AA)
B()A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(H)B(AA)A(R)B(AA)A(A)B(AA)A(P)B(AA)
B()A(P)B(AAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)
B()A(T)B(AAAAAAAMAAAAAA)A(3)B(AA)A(7)B(AA)A(6)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAABAAAAAAA)A(H)B(AA)A(R)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)
B()A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)
B()A(X)B(AA)A(T)B(AAAAAAAKAAAAAA)A(7)B(AA)A(2)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAABAAAAAAA)A(H)B(AA)A(R)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)
B()A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)
B()A(I)B(AA)A(T)B(AAAAAAAKAAAAAA)A(4)B(AA)A(0)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAAMAAAAAA)A(H)B(AA)A(T)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AA)
B(AAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)
B(AAAAAIAAAAAA)A(8)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(H)
A()B(AA)A(T)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAACAAAK)
B(AAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAKAAAAAA)A(6)B(AA)A(4)
```
                                   Page 10

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00062

```
                              TN_PY07AUG_C.DAT
A()B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(A)B(AA)A(A)
A(0)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)
A(0)B(AA)A(X)B(AA)A(T)B(AAAAAAAKAAAAAA)A(1)B(AA)A(2)B(AA)A(0)B(AA)A(M)B(AA)
B(AAAAACAAAAAAAAAAMAAAAAA)A(P)B(AA)A(A)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B(AAAAAKAAAAAA)A(6)B(AA)A(8)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAABAAA)
B(AAAA)A(P)B(AA)A(A)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AA)
B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)
B(AAAAAKAAAAAA)A(1)B(AA)A(6)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAABAAA)
B(AAAA)A(P)B(AA)A(A)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AA)
B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B(AAAAAKAAAAAA)A(1)B(AA)A(2)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAAMAA)
B(AAAA)A(P)B(AA)A(I)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAA)
B(AAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAAIAAAAAA)A(4)B(AA)
B()A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(I)B(AA)A(A)B(AA)
B()A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)
B()A(I)B(AA)A(T)B(AAAAAAAIAAAAAA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAA)
B(AAAAAABAAAAAA)A(P)B(AA)A(I)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)
B()A(E)B(AAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)
B()A(T)B(AAAAAAAIAAAAAA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAABAAA)
B(AAAA)A(P)B(AA)A(I)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AA)
B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B(AAAAAOAAAAAA)A(1)B(AA)A(6)B(AA)A(7)B(AA)A(6)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAAABAAAAAA)A(P)B(AA)A(S)B(AA)A(I)B(AA)A(M)B(AA)A(A)B(AA)
B()A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)
B()A(X)B(AA)A(T)B(AAAAAAAMAAAAAA)A(3)B(AA)A(0)B(AA)A(8)B(AA)A(0)B(AA)A(M)
A(0)B(AAAAAAACAAAAAAAAAABAAAAAA)A(P)B(AA)A(S)B(AA)A(I)B(AA)A(M)B(AA)A(A)
A(0)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)
A(0)B(AA)A(I)B(AA)A(T)B(AAAAAAAMAAAAAA)A(3)B(AA)A(4)B(AA)A(4)B(AA)A(0)B(AA)
B()A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(T)B(AA)A(A)B(AA)A(P)B(AA)
B()A(P)B(AAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)
B()A(T)B(AAAAAAAKAAAAAA)A(6)B(AA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAA)
B(AAAAAAAMAAAAAA)A(P)B(AA)A(T)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAA)
B(AAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAIAA)
B(AAAA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(T)
A()B(AA)A(P)B(AA)A(R)B(AA)A(C)B(AAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)
A(0)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAAIAAAAAA)A(4)B(AA)A(0)B(AA)A(M)B(AA)
B(AAAAACAAAAAAAAAAMAAAAAA)A(P)B(AA)A(T)B(AA)A(P)B(AA)A(R)B(AA)A(C)B(AA)
B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B(AAAAAOAAAAAA)A(2)B(AA)A(2)B(AA)A(9)B(AA)A(6)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAAAMAAAAAA)A(P)B(AA)A(T)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AA)
B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)
B(AAAAAMAAAAAA)A(4)B(AA)A(2)B(AA)A(0)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAA)
B(AAAAAAAMAAAAAA)A(P)B(AA)A(T)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AA)A(AAAAAAAAA)
B(AAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAOAA)
B(AAAA)A(1)B(AA)A(9)B(AA)A(2)B(AA)A(0)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAA)
B(AAAAAOAAAAAA)A(P)B(AA)A(Y)B(AA)A(0)B(AA)A(L)B(AA)A(R)B(AA)A(G)B(AA)
B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AA)
B(AAAAMAAAAAA)A(3)B(AA)A(5)B(AA)A(2)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAA)
B(AAAAAOAAAAAA)A(P)B(AA)A(Y)B(AA)A(0)B(AA)A(L)B(AA)A(R)B(AA)A(G)B(AA)
B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B(AAAAMAAAAAA)A(2)B(AA)A(3)B(AA)A(2)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAA)
B(AAAAAAAMAAAAAA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAA)
B(AAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAAKAA)
B(AAAA)A(4)B(AA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(P)
A()B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAACAAAK)
B(AAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAIAAAAAA)A(4)B(AA)A(0)
A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(T)B(AA)A(L)B(AA)A(A)B(AA)A(L)
A(0)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)
A(0)B(AA)A(T)B(AAAAAAAIAAAAAA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAA)
B(AAAMAAAAAA)A(T)B(AA)A(L)B(AA)A(A)B(AA)A(L)B(AA)A(L)B(AAAAAAAAAAAAA)
B(AAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAIAAAAAA)
B()A(8)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAAMAAAAAA)A(T)B(AA)A(L)B(AA)
```

Page 11

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00063

```
                              TN_PY07AUG_C.DAT
B()A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)
B(A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAAIAAAAAA)A(4)B(AA)A(0)B(AA)A(M)B(AAAA)
B(AAACAAAAAAAAAAAMAAAAAA)A(T)B(AA)A(L)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AA)
B(AAAAAAAAAAAAAAAAAAAACAAAKAAAAAA)A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AA)
B(AAAAAIAAAAAA)A(8)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAABAAAAAAA)A(T)
A()B(AA)A(L)B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAA)
B(AAAAAAAAAAAAAACAAAKAAAAAA)A(N)B(AA)A(E)B(AA)A(X)B(AA)A(T)B(AAAAAAIAA)
B(AAAA)A(4)B(AA)A(0)B(AA)A(M)B(AAAAAAACAAAAAAAAAAABAAAAAAA)A(T)B(AA)A(L)
A()B(AA)A(L)B(AA)A(A)B(AA)A(R)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAA)
B(AAAHAAACAAAAAAAAAAACAAAAAAAAAAACAAAAAAAAAAABAAAAAAA)A(E)B(AA)A(0)B(AA)
B()A(C)B(AA)A(M)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAA)
/
EXPORT   CAN_TAX_TBL.PS_CAN_TAX_TBL
/
A(E)B(AA)A(N)B(AA)A(G)B(AAAAAA)A(H)B(AA)A(P)B(AA)A(Y)B(AAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)
A()B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)
B()A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(N)B(AA)
B(AAAAAAAAABAAAAAAAAAAAAAAHAAAAAA)A(*)B(AA)A(AAAAAAABAAAAAAABAAAAAAAABAAAA)
B(AAAHAAAAAAJE)A(2)B(AAAAABAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAA)A(B)B(ABIAAAAAAAEAAAAAAAKAAAA)
B(AA)A(c)B(AAAAAAAAAAAAAAAAAA)A(C)B(AA)A(P)B(AA)A(P)B(AA)A(_)B(AA)A(M)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(E)B(AA)A(A)B(AA)A(R)B(AA)A(N)B(AA)
B()A(S)B(AAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)
B()A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAABAAAAAACAAAAAAAAAAAIAAAAAAAACAAAAAAAKAAAAAA)
B()A(c)B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(P)B(AA)A(P)B(AA)A(_)B(AA)A(B)B(AA)
B()A(A)B(AA)A(S)B(AA)A(I)B(AA)A(C)B(AA)A(_)B(AA)A(E)B(AA)A(X)B(AA)A(E)
A()B(AA)A(M)B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)
B()A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAABAAAAAACAAAAAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)
B()A(c)B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(P)B(AA)A(P)B(AA)A(_)B(AA)A(E)B(AA)
B()A(E)B(AA)A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)
B()A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAABAAAAAAADAAAAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAA)
B(AAAAAAAA)A(C)B(AA)A(P)B(AA)A(P)B(AA)A(_)B(AA)A(M)B(AA)A(I)B(AA)A(N)B(AA)
B()A(_)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B()A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)
A()B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAA)
B(AAAAAAAAAAAAIAAAAAAAACAAAAAAADAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(P)B(AA)A(P)B(AA)A(_)B(AA)A(M)B(AA)A(X)B(AA)A(_)B(AA)A(A)
A()B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)
A()B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)
B()A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAAIA)
B(AAAAAAACAAAAAAADAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(U)B(AA)A(I)B(AA)A(_)
A()B(AA)A(E)B(AA)A(E)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(E)B(AA)A(M)B(AA)
B()A(I)B(AA)A(U)B(AA)A(M)B(AA)A(_)B(AA)A(C)B(AA)A(C)B(AA)A(T)B(AAAAAA)
B(AAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAA)
B(AAAAAFAAAAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(U)
A()B(AA)A(I)B(AA)A(_)B(AA)A(S)B(AA)A(T)B(AA)A(D)B(AA)A(_)B(AA)A(E)B(AA)
B()A(R)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(E)B(AA)A(M)B(AA)A(_)B(AA)A(R)
A()B(AA)A(T)B(AAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)
B()A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAA)
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00064

```
                              TN_PY07AUG_C.DAT
B(AAAAAAAAAAAAAAAAABAAAAAAAEAAAAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AA)
B(AAAAAAAAAAAAAAA)A(U)B(AA)A(I)B(AA)A(_)B(AA)A(M)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(A)B(AA)A(N)B(AA)A(N)B(AA)A(L)B(AA)A(_)B(AA)A(E)B(AA)A(A)
A()B(AA)A(R)B(AA)A(N)B(AA)A(S)B(AAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)
A()B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAAIAAAAAAAACAAAA)
B(AAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(U)B(AA)A(I)B(AA)A(_)B(AA)A(M)B(AA)
B()A(I)B(AA)A(N)B(AA)A(_)B(AA)A(W)B(AA)A(K)B(AA)A(L)B(AA)A(Y)B(AA)A(_)
A()B(AA)A(H)B(AA)A(O)B(AA)A(U)B(AA)A(R)B(AA)A(S)B(AAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAADAAAAAAA)
B(AAAAIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(U)B(AA)A(I)B(AA)
B()A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AA)A(_)B(AA)A(M)B(AA)A(A)B(AA)A(X)
A()B(AA)A(_)B(AA)A(E)B(AA)A(A)B(AA)A(R)B(AA)A(N)B(AA)A(S)B(AAAAAAAAAA)
B(AAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAA)
B(AAAAADAAAAAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAAA)A(U)
A()B(AA)A(I)B(AA)A(_)B(AA)A(M)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(A)B(AA)
B()A(G)B(AA)A(E)B(AA)A(A)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)B(AA)A(A)
A()B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)
B()A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAAAAIA)
B(AAAAAAACAAAAAAADAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(Q)B(AA)A(I)B(AA)A(T)
A()B(AA)A(_)B(AA)A(H)B(AA)A(_)B(AA)A(D)B(AA)A(E)B(AA)A(D)B(AA)A(_)B(AA)
B()A(R)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)
A()B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)
B()A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAAIAAAAAAAAC)
B(AAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(_)
A()B(AA)A(H)B(AA)A(_)B(AA)A(D)B(AA)A(E)B(AA)A(D)B(AA)A(_)B(AA)A(M)B(AA)
B()A(A)B(AA)A(X)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)
A()B(AA)A(A)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAA)
B(AAAIAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)
B()A(C)B(AA)A(U)B(AA)A(M)B(AA)A(_)B(AA)A(T)B(AA)A(X)B(AA)A(_)B(AA)A(C)
A()B(AA)A(R)B(AA)A(E)B(AA)A(D)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAA)
B(AAABIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(M)B(AA)A(R)B(AA)
B()A(I)B(AA)A(9)B(AA)A(V)B(AA)A(_)B(AA)A(B)B(AA)A(A)B(AA)A(S)B(AA)A(I)
A()B(AA)A(C)B(AA)A(A)B(AA)A(A)B(AA)A(M)B(AA)A(T)B(AAAAAAAAAAAAAAAAA)A(C)
A()B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)
B()A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAA)
B(AAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)
A()B(AA)A(T)B(AA)A(_)B(AA)A(T)B(AA)A(3)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)
B()A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(L)B(AAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAAIAAAAAAAACAAAAAAAKAAAAAA)A(c)B(AA)
B(AAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(A)B(AA)A(N)B(AA)
B()A(N)B(AA)A(_)B(AA)A(A)B(AA)A(A)B(AA)A(S)B(AA)A(I)B(AA)A(C)B(AA)A(_)
A()B(AA)A(R)B(AA)A(T)B(AAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)
B()A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)
B()A(c)B(AAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(A)B(AA)
B()A(N)B(AA)A(N)B(AA)A(_)B(AA)A(E)B(AA)A(X)B(AA)A(C)B(AA)A(E)B(AA)A(S)
A()B(AA)A(S)B(AA)A(_)B(AA)A(R)B(AA)A(T)B(AAAAAAAAAA)A(C)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)
A()B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAABIAAAAA)
B(AAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)
B()A(_)B(AA)A(C)B(AA)A(U)B(AA)A(M)B(AA)A(_)B(AA)A(B)B(AA)A(A)B(AA)A(S)
A()B(AA)A(I)B(AA)A(C)B(AA)A(_)B(AA)A(R)B(AA)A(T)B(AAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAA)
B(AAABIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(C)B(AA)A(U)B(AA)A(A)B(AA)A(M)B(AA)A(_)B(AA)A(E)B(AA)A(X)
                                 Page 13
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00065

```
TN_PY07AUG_C.DAT
A()B(AA)A(C)B(AA)A(E)B(AA)A(S)B(AA)A(S)B(AA)A(_)B(AA)A(R)B(AA)A(T)B(AA)
B(AAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAA)
B(AAAAAFAAAAAAAAABIAAAAAAAAACAAAAAAAGAAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(T)
A()B(AA)A(D)B(AA)A(1)B(AA)A(_)B(AA)A(A)B(AA)A(B)B(AA)A(S)B(AA)A(I)B(AA)
B()A(C)B(AA)A(_)B(AA)A(A)B(AA)A(M)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAA)
B(AA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)
A()B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAA)
B(ACAAAAAAAAAAIAAAAAAAAACAAAAAAAIAAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(G)B(AA)
B()A(S)B(AA)A(T)B(AA)A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)
B()A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAABAAAAAACAAAAAAAAAIAAAAAAACAAAAAAAFAAAAAA)
B()A(c)B(AAAAAAAAAAAAAAAAAAAA)A(W)B(AA)A(G)B(AA)A(E)B(AA)A(_)B(AA)A(C)B(AA)
B()A(L)B(AA)A(A)B(AA)A(I)B(AA)A(M)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(U)
A()B(AA)A(T)B(AA)A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAA)A(C)B(AA)A(A)
A()B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)
B()A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAADAAAAAAAAAAIA)
B(AAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(L)B(AA)A(C)B(AA)A(F)
A()B(AA)A(_)B(AA)A(M)B(AA)A(A)B(AA)A(X)B(AAAAAAAAAAAAAAAAAAAAAAAAAIA)
B(AAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)
B()A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)A(c)B(AA)
B(AAAAAAAAAAAAAAAA)A(L)B(AA)A(C)B(AA)A(F)B(AA)A(_)B(AA)A(R)B(AA)A(T)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)
A()B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAIAAAAAA)
B(AAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(Q)B(AA)A(P)B(AA)A(P)B(AA)
B()A(_)B(AA)A(E)B(AA)A(E)B(AA)A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)
B()A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAABAAAAAADAAAAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)
B()A(c)B(AAAAAAAAAAAAAAAAA)A(Q)B(AA)A(P)B(AA)A(P)B(AA)A(_)B(AA)A(B)B(AA)
B()A(A)B(AA)A(S)B(AA)A(I)B(AA)A(C)B(AA)A(_)B(AA)A(E)B(AA)A(X)B(AA)A(E)
A()B(AA)A(M)B(AAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)
B()A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAA)
B(AAAAAAAAAAAAAAAAAAAAABAAAAAACAAAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)
B()A(c)B(AAAAAAAAAAAAAAAAA)A(Q)B(AA)A(P)B(AA)A(P)B(AA)A(_)B(AA)A(M)B(AA)
B()A(A)B(AA)A(X)B(AA)A(_)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)
A()B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAABAAAAAAAAAAAAIAAAAAAAACAAAAAAADAAAAAA)A(c)B(AAAAAA)
B(AAAAAAAAAAAAAA)A(Q)B(AA)A(P)B(AA)A(P)B(AA)A(_)B(AA)A(M)B(AA)A(A)B(AA)A(X)
A()B(AA)A(_)B(AA)A(E)B(AA)A(A)B(AA)A(R)B(AA)A(N)B(AA)A(S)B(AAAAAAAAAA)
B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(A)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)
B()A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAABAAAAAAACAAAAAAAAAIAAAAAAAACAAAAAAKAAAAAA)A(c)B(AAAAAAAAAA)
B(AAAAAAAA)A(Q)B(AA)A(P)B(AA)A(P)B(AA)A(_)B(AA)A(M)B(AA)A(I)B(AA)A(N)B(AA)
B()A(_)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B()A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)
A()B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAA)
B(AAAAAAAAAAAIAAAAAAAACAAAAAADAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(Q)B(AA)
B()A(E)B(AA)A(I)B(AA)A(_)B(AA)A(E)B(AA)A(E)B(AA)A(_)B(AA)A(P)B(AA)A(R)
A()B(AA)A(E)B(AA)A(M)B(AA)A(I)B(AA)A(U)B(AA)A(M)B(AA)A(_)B(AA)A(P)B(AA)
B()A(C)B(AA)A(T)B(AAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)
B()A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAA)
B(AAAAAAAAAAAAABAAAAAAFAAAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)A(c)B(AA)
B(AAAAAAAAAAAAAAA)A(Q)B(AA)A(A)B(AA)A(E)B(AA)A(I)B(AA)A(_)B(AA)A(M)B(AA)A(A)B(AA)
B()A(X)B(AA)A(_)B(AA)A(A)B(AA)A(G)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAA)
B(AAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)
A()B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAA)
B(AAABAAAAAAAAAAAAAAAAAAAAIAAAAAAAACAAAAAAADAAAAAA)A(c)B(AAAAAAAAAAAAAA)
B(AAAA)A(Q)B(AA)A(E)B(AA)A(I)B(AA)A(_)B(AA)A(M)B(AA)A(A)B(AA)A(X)B(AA)
Page 14
```
WMIFIX-TN-OR-01823634-
OR-00066

TN_PY07AUG_C.DAT
```
B()A(_)B(AA)A(A)B(AA)A(N)B(AA)A(N)B(AA)A(L)B(AA)A(_)B(AA)A(E)B(AA)A(A)
A()B(AA)A(R)B(AA)A(N)B(AA)A(S)B(AAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)
A()B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAB AAAAAAACAAAAAAAAAAIAAAAAAAACAAAAAAAAKAA)
B(AAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(Q)B(AA)A(E)B(AA)A(I)B(AA)A(_)B(AA)A(M)
A()B(AA)A(I)B(AA)A(N)B(AA)A(_)B(AA)A(W)B(AA)A(K)B(AA)A(L)B(AA)A(Y)B(AA)
B()A(_)B(AA)A(H)B(AA)A(O)B(AA)A(U)B(AA)A(R)B(AA)A(S)B(AAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAADAAAAAA)
B(AAAAIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(Q)B(AA)A(E)B(AA)
B()A(I)B(AA)A(_)B(AA)A(P)B(AA)A(T)B(AA)A(_)B(AA)A(M)B(AA)A(A)
A()B(AA)A(X)B(AA)A(_)B(AA)A(E)B(AA)A(A)B(AA)A(R)B(AA)A(N)B(AA)A(S)B(AA)
B(AAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAABAA)
B(AAAAADAAAAAAAAAAIAAAAAAAACAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAA)A(Q)
A()B(AA)A(E)B(AA)A(I)B(AA)A(_)B(AA)A(S)B(AA)A(T)B(AA)A(D)B(AA)A(_)B(AA)
B()A(E)B(AA)A(R)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(E)B(AA)A(M)B(AA)A(_)
A()B(AA)A(R)B(AA)A(T)B(AAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAABAAAAAAAEAAAAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)A(c)
A()B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(F)B(AA)A(_)
A()B(AA)A(F)B(AA)A(A)B(AA)A(C)B(AA)A(T)B(AA)A(O)B(AA)A(R)B(AAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)
A()B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAABAAAAAAACAAAAAAAAAAIAAAAAAAACAAAAAAAKAAAAAA)A(c)B(AAAAAA)
B(AAAAAAAAAAAAA)A(P)B(AA)A(R)B(AA)A(E)B(AA)A(S)B(AA)A(C)B(AA)A(R)B(AA)A(I)
A()B(AA)A(B)B(AA)A(E)B(AA)A(D)B(AA)A(_)B(AA)A(N)B(AA)A(T)B(AA)
B()A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)
A()B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAADAAAAAAAAAAIAAAAAAAACAAAA)
B(AAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAA)A(Q)B(AA)A(P)B(AA)A(I)B(AA)A(P)B(AA)
B()A(_)B(AA)A(E)B(AA)A(E)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(E)B(AA)A(M)
A()B(AA)A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)
A()B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFAAAAAAAFAAAAAAAAAAIAAAAAA)
B(AAACAAAAAAAIAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(Q)B(AA)A(P)B(AA)A(I)B(AA)
B()A(P)B(AA)A(_)B(AA)A(E)B(AA)A(R)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(E)
A()B(AA)A(M)B(AA)A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAGAAAAAAAFAAAAAA)
B(AAAAIAAAAAAAACAAAAAAAIAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(Q)B(AA)A(P)B(AA)
B()A(I)B(AA)A(P)B(AA)A(_)B(AA)A(M)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(A)
A()B(AA)A(N)B(AA)A(N)B(AA)A(L)B(AA)A(_)B(AA)A(E)B(AA)A(A)B(AA)A(R)B(AA)
B()A(N)B(AAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)
B()A(X)B(AA)A(_)B(AA)A(T)B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAEAAAAAAACAAAAAAAAAAIAAAAAAACAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAA)
B(AAAAAAAA)
A(_)B(AAABAAAAAAABAAAAAAABAAABAAABAAABAAABAAABAAABAAABAAABAAAB)
B(AAABAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B()A(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00067

TN_PY07AUG_C.DAT

```
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
A(  )B(AA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(H)B(AA)A(R)B(AA)A(D)B(AA)A(M)
A()B(AA)A(O)B(AA)A(P)B(AAAAA)
/
EFFDT:DATE(10)~~~CPP_MAX_EARNS:NUMBER(10,10)~~~
CPP_BASIC_EXEM:NUMBER(8,8)~~~CPP_EE_PCT:NUMBER(6,6)~~~
CPP_MIN_AGE:NUMBER(3)~~~CPP_MAX_AGE:NUMBER(3)~~~
UI_EE_PREMIUM_PCT:NUMBER(8,8)~~~UI_STD_ER_PREM_RT:NUMBER(6,6)~~~
UI_MAX_ANNL_EARNS:NUMBER(10,10)~~~UI_MIN_WKLY_HOURS:NUMBER(6,6)~~~
UI_PCT_MAX_EARNS:NUMBER(6,6)~~~UI_MAX_AGE:NUMBER(3)~~~
QIT_H_DED_RT:NUMBER(6,6)~~~QIT_H_DED_MAX:NUMBER(8,8)~~~
QIT_CUM_TX_CREDIT:NUMBER(6,6)~~~MR19V_BASIC_AMT:NUMBER(8,8)~~~
CIT_T3:NUMBER(10,10)~~~CIT_ANN_BASIC_RT:NUMBER(6,6)~~~
CIT_ANN_EXCESS_RT:NUMBER(6,6)~~~CIT_CUM_BASIC_RT:NUMBER(6,6)~~~
CIT_CUM_EXCESS_RT:NUMBER(6,6)~~~TD1_BASIC_AMT:NUMBER(8,8)~~~
GST_PCT:NUMBER(5,5)~~~WGE_CLAIM_PROT_PCT:NUMBER(6,6)~~~
LCF_MAX:NUMBER(8,8)~~~LCF_RT:NUMBER(6,6)~~~
QPP_EE_PCT:NUMBER(6,6)~~~QPP_BASIC_EXEM:NUMBER(8,8)~~~
QPP_MAX_AGE:NUMBER(3)~~~QPP_MAX_EARNS:NUMBER(10,10)~~~
QPP_MIN_AGE:NUMBER(3)~~~QEI_EE_PREMIUM_PCT:NUMBER(8,8)~~~
QEI_MAX_AGE:NUMBER(3)~~~QEI_MAX_ANNL_EARNS:NUMBER(10,10)~~~
QEI_MIN_WKLY_HOURS:NUMBER(6,6)~~~QEI_PCT_MAX_EARNS:NUMBER(6,6)~~~
QEI_STD_ER_PREM_RT:NUMBER(6,6)~~~CIT_F_FACTOR:NUMBER(10,10)~~~
PRESCRIBED_INT_PCT:NUMBER(6,6)~~~QPIP_EE_PREM_PCT:NUMBER(8,8)~~~
QPIP_ER_PREM_PCT:NUMBER(8,8)~~~QPIP_MAX_ANNL_EARN:NUMBER(10,10)~~~
/
A(2007-07-01),A(43700),A(3500),A(4.95),A(18),A(70),A(1.8),A(1.4),A(40)
A(000),A(0),A(0),A(999),A(0),A(0),A(.2),A(9750),A(9999999.99),A(0),A(.)
A(05),A(.015),A(.05),A(8929),A(6),A(0),A(750),A(.15),A(4.95),A(3500),A(9)
A(9),A(43700),A(18),A(1.46),A(999),A(40000),A(0),A(0),A(1.4),A(19000),A(7),
A(.416),A(.583),A(59000),
//
/
EXPORT  CAN_TAX_CITLUMP.PS_CAN_TAX_CITLUMP
/
A(E)B(AA)A(N)B(AA)A(G)B(AAAAAA)A(H)B(AA)A(P)B(AA)A(Y)B(AAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)B(AA)A(I)B(AA)A(T)
A()B(AA)A(L)B(AA)A(U)B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(N)
A()B(AAAAAAAAAAAABAAAAAAABAAAAAAABAAAAAAAEAAAAAAABAAAAAAABAAAAAAABAAAA)
B(AAABAAAAAANM)A(2)B(AAAAAABAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(L)B(AA)
B(A(U)B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAAAAABAAAAAAAAAAAAA)A(A)B(ABIAAA)
B(AAAAAEAAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)
A()B(AA)A(_)B(AA)A(L)B(AA)A(U)B(AA)A(M)B(AA)A(P)B(AA)A(_)B(AA)A(S)B(AA)
B()A(U)B(AA)A(M)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00068

```
                           TN_PY07AUG_C.DAT
A()B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)B(AA)A(I)B(AA)
B()A(T)B(AA)A(L)B(AA)A(U)B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAAABAAAAAAAC)
B(AAAAAA)A(A)B(AAIAAAAAAAACAAAAAAAKAAAAAA)A(C)B(AAAAAAAAAAAAAAAAAAA)A(C)
A()B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(L)B(AA)
B()A(U)B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAABIAAAAAAA)
B(ACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)
B()A(_)B(AA)A(P)B(AA)A(Q)B(AA)A(_)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)
B()A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)B(AA)A(T)B(AA)A(L)B(AA)A(U)
A()B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAABIAAAAAAAAACAA)
B(AAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAA)
A(_)B(AAACAAAAAAABAAAAAAAABAAAABAAAABAAABAAAABAAAABAAABAAAABAAABAAABAAAB)
B(AAABAAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(L)B(AA)A(U)B(AA)A(M)B(AA)A(P)B(AA)A(_)B(AA)A(S)
A()B(AA)A(U)B(AA)A(M)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAAAAAAAAAAA)
B(AAAA)
B(ACAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
A( )B(AA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(H)B(AA)A(R)B(AA)A(D)B(AA)A(M)
A()B(AA)A(O)B(AA)A(P)B(AAAAA)
/
EFFDT:DATE(10)~~~CIT_LUMP_SUM:NUMBER(10,10)~~~CIT_T:NUMBER(6,6)~~~
CIT_PQ_T:NUMBER(6,6)~~~
/
A(2007-07-01),A(0),A(.1),A(.05),
//
A(2007-07-01),A(5000),A(.2),A(.1),
//
A(2007-07-01),A(15000),A(.3),A(.15),
//
/
EXPORT  CAN_TAX_QITLUMP.PS_CAN_TAX_QITLUMP
/
A(E)B(AA)A(N)B(AA)A(G)B(AAAAAA)A(H)B(AA)A(P)B(AA)A(Y)B(AAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(Q)B(AA)A(I)B(AA)A(T)
A()B(AA)A(L)B(AA)A(U)B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
                           Page 17
```

```
                              TN_PY07AUG_C.DAT
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(N)
A()B(AAAAAAAAAAAABAAAAAAAABAAAAAAAABAAAAAAAADAAAAAAAABAAAAAAAABAAAAAAAABAAAA)
B(AAABAAAAAA)A($3)B(AAAAABAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(L)B(AA)
B()A(U)B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)A(A)B(ABIAAA)
B(AAAAAEAAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)
A()B(AA)A(_)B(AA)A(L)B(AA)A(U)B(AA)A(M)B(AA)A(P)B(AA)A(_)B(AA)A(S)B(AA)
B()A(U)B(AA)A(M)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)
A()B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(Q)B(AA)A(I)B(AA)
B()A(T)B(AA)A(L)B(AA)A(U)B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAAABAAAAAAAC)
B(AAAAAA)A(A)B(AAIAAAAAAAACAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(C)
A()B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(L)B(AA)
B()A(U)B(AA)A(M)B(AA)A(P)B(AAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAABIAAAAAAA)
B(ACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)
A(_)B(AAACAAAAAAABAAAAAAABAAABAAAABAAABAAAABAAABAAAABAAABAAAABAAABAAAB)
B(AAABAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(L)B(AA)A(U)B(AA)A(M)B(AA)A(P)B(AA)A(_)B(AA)A(S)
A()B(AA)A(U)B(AA)A(M)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAAAAAAAAAA)
B(AAAA)
B(ACAAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
A( )B(AA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(H)B(AA)A(R)B(AA)A(D)B(AA)A(M)
A()B(AA)A(O)B(AA)A(P)B(AAAAA)
/
EFFDT:DATE(10)~~~CIT_LUMP_SUM:NUMBER(10,10)~~~CIT_T:NUMBER(6,6)~~~
/
A(2007-07-01),A(0),A(.16),
//
A(2007-07-01),A(5000),A(.2),
//

EXPORT   CAN_TAX_CITRATE.PS_CAN_TAX_CITRATE
/
A(E)B(AA)A(N)B(AA)A(G)B(AAAAAA)A(H)B(AA)A(P)B(AA)A(Y)B(AAAAAAAAAAAAAA)
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00070

```
                        TN_PY07AUG_C.DAT
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(_)B(AA)A(C)B(AA)A(I)B(AA)A(T)
A()B(AA)A(R)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(N)
A()B(AAAAAAAAAAAABAAAAAAAABAAAAAAABAAAAAAAEAAAAAAABAAAAAAABAAAAAAABAAAA)
B(AAABAAAAAA)A(13)B(AAAAABAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(R)B(AA)
B()A(A)B(AA)A(T)B(AA)A(E)B(AAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAA)A(A)B(ABIAAA)
B(AAAAAEAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)
A()B(AA)A(_)B(AA)A(A)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)
A()B(AA)A(_)B(AA)A(A)B(AA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(R)B(AA)A(A)B(AA)A(T)B(AA)
B()A(E)B(AAAAAAAAAAAAAAAABAAAAAAAACAAAAAA)A(A)B(AAIAAAAAAAAACAAAAAAAAKAAAA)
B(AA)A(c)B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(R)
A()B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)
A()B(AA)A(I)B(AA)A(T)B(AA)A(R)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AAAAAAAAAA)
B(AAAAABAAAAAAAFAAAAAAAABIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAA)
B(AAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(K)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(C)B(AA)A(I)B(AA)A(T)
A()B(AA)A(E)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AAAAAAAAAAAAAAAABAAAAAAAACAAAA)
B(AAAAAIAAAAAAAACAAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAAAAAA)
A(_)B(AAACAAAAAAAABAAAAAAAABAAABAAAABAAAABAAAABAAAABAAAABAAAABAAAABAAAB)
B(AAABAAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(A)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAACAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B(A)A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
A( )B(AA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(H)B(AA)A(R)B(AA)A(D)B(AA)A(M)
A()B(AA)A(O)B(AA)A(P)B(AAAAAA)
/
EFFDT:DATE(10)~~~CIT_A:NUMBER(10,10)~~~CIT_R:NUMBER(6,6)~~~
CIT_K:NUMBER(10,10)~~~
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00071

```
                              TN_PY07AUG_C.DAT
/
A(2007-07-01),A(0),A(.155),A(0),
//
A(2007-07-01),A(37178),A(.22),A(2417),
//
A(2007-07-01),A(74357),A(.26),A(5391),
//
A(2007-07-01),A(120887),A(.29),A(9017),
//
/
EXPORT   CAN_TAX_QITRATE.PS_CAN_TAX_QITRATE
/
A(E)B(AA)A(N)B(AA)A(G)B(AAAAAA)A(H)B(AA)A(P)B(AA)A(Y)B(AAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(Q)B(AA)A(I)B(AA)A(T)
A()B(AA)A(R)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(N)
A()B(AAAAAAAAAAAABAAAAAAAABAAAAAAABAAAAAAAFAAAAAAABAAAAAAABAAAAAAABAAAA)
B(AAABAAAAAALE)A(3)B(AAAABAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(A)B(AA)A(_)B(AA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(R)B(AA)
B()A(A)B(AA)A(T)B(AA)A(E)B(AAAAAAAAAAAAAAAABAAAAAAAAAAAA)A(A)B(ABIAAA)
B(AAAAAEAAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(Q)B(AA)A(I)B(AA)A(T)
A()B(AA)A(_)B(AA)A(I)B(AA)A(1)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)
B()A(X)B(AA)A(_)B(AA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(R)B(AA)A(A)B(AA)A(T)
A()B(AA)A(E)B(AAAAAAAAAAAAAAAABAAAAAAACAAAAAA)A(A)B(AAIAAAAAAAACAAAAAA)
B(AKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)
B()A(R)B(AA)A(1)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)
A()B(AA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(R)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AA)
B(AAAAAAAAAAAABAAAAAAAFAAAAAAAAAAIAAAAAAAAACAAAAAAAAIAAAAAA)A(c)B(AAAA)
B(AAAAAAAAAAAAAAA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(K)B(AA)A(1)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(Q)B(AA)A(I)
A()B(AA)A(T)B(AA)A(R)B(AA)A(A)B(AA)A(T)B(AA)A(E)B(AAAAAAAAAAAAAAABAAAA)
B(AAACAAAAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(Q)
A()B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(Q)B(AA)A(I)B(AA)A(T)B(AA)A(R)B(AA)
B()A(A)B(AA)A(T)B(AA)A(E)B(AAAAAAAAAAAAABAAAAAAAFAAAAAAAAABIAAAAAAAA)
B(ACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)
A(_)B(AAACAAAAAAABAAAAAAABAAAABAAAABAAAABAAAABAAAABAAAABAAAABAAAB)
B(AAABAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAAAA)A(Q)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(I)B(AA)A(1)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAACAAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
A(A)B(AA)A(2)B(AA)A(8)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
                              Page 20
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00072

```
                              TN_PY07AUG_C.DAT
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAABAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
A( )B(AA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(H)B(AA)A(R)B(AA)A(D)B(AA)A(M)
A()B(AA)A(O)B(AA)A(P)B(AAAAAA)
/
EFFDT:DATE(10)~~~QIT_I1:NUMBER(10,10)~~~QIT_R1:NUMBER(8,8)~~~
QIT_K1:NUMBER(8,8)~~~QIT_T:NUMBER(6,6)~~~
/
A(2007-07-01),A(0),A(0),A(0),A(.16),
//
A(2007-07-01),A(29290),A(0),A(1171),A(.2),
//
A(2007-07-01),A(58595),A(0),A(3515),A(.24),
//
/
EXPORT   CAN_TAX_PROV.PS_CAN_TAX_PROV
/
A(E)B(AA)A(N)B(AA)A(G)B(AAAAAA)A(H)B(AA)A(P)B(AA)A(Y)B(AAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(T)
A()B(AA)A(B)B(AA)A(L)B(AAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)
A()B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(N)B(AAAAAAAAAA)
B(ABAAAAAAABAAAAAAABAAAAABKAAAAAAABAAAAAAABAAAAAAABAAAAAAABAAAAAAPM)A(3)
A()B(AAAAABAAAAAAAAAAAAABAAAAAAAAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)A(A)B(ABIAAAAAAAEAAAAAAAK)
B(AAAAAA)A(c)B(AAAAAAAAAAAAAAA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)
B()A(I)B(AA)A(N)B(AA)A(C)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)
A()B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAA)
B(AAAAAAABAAAAAAAAAAAAA)A(!)B(AJIAAAAAAAAAAAAAAAGAAAAAA)A(c)B(AAAAAA)
B(AAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(V)B(AAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)
A(B)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)
B()A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAAAIAAAAA)
B(AAACAAAAAAAHAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)
B()A(_)B(AA)A(V)B(AA)A(1)B(AA)A(A)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(B)
A()B(AA)A(X)B(AA)A(_)B(AA)A(A)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)
B(AAAAAAAAAAAABAAAAAAAAFAAAAAAAAAAIAAAAAAAACAAAAAAAAHAAAAAA)A(c)B(AAAAAA)
B(AAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(V)B(AA)A(1)B(AA)A(B)
A()B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)
A()B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAA)
B(IAAAAAAAAACAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)
```
                              Page 21

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00073

```
                              TN_PY07AUG_C.DAT
B()A(T)B(AA)A(_)B(AA)A(V)B(AA)A(2)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)
A()B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAA)
B(AAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAAIAAAAAAAACAAAAAAAHAAAAAA)A(C)B(AA)
B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(V)B(AA)A(3)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)
A()B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAA)
B(IAAAAAAAAACAAAAAAAAHAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(V)B(AA)A(4)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)
A()B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAA)
B(AAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)A(C)B(AA)
B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(S)B(AAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)
A()B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAA)
B(IAAAAAAAAACAAAAAAAIAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(N)B(AA)A(1)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)
A()B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAA)
B(AAAAAAAAAAAAAAAABAAAAAAAEAAAAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)A(C)B(AA)
B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(N)B(AA)A(2)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)
A()B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAA)
B(IAAAAAAAAACAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(N)B(AA)A(C)B(AA)A(A)B(AAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)
B()A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAA)
B(AAAAAAAAAAAAAAAAAAAABAAAAAAAIAAAAAAAACAAAAAAAKAAAAAA)A(c)
A()B(AAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(T)B(AA)A(H)
A()B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)
A()B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)
B()A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAA)
B(AAAAIAAAAAAAACAAAAAAAIAAAAAA)A(C)B(AAAAAAAAAAAAAAAAA)A(H)B(AA)A(E)B(AA)
B()A(A)B(AA)A(L)B(AA)A(T)B(AA)A(H)B(AA)A(_)B(AA)A(I)B(AA)A(N)B(AA)A(S)
A()B(AA)A(_)B(AA)A(R)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)
A()B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)
B()A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAGAAAAAA)
B(AAAAIAAAAAAAACAAAAAAAIAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(W)B(AA)A(C)B(AA)
B()A(B)B(AA)A(_)B(AA)A(L)B(AA)A(I)B(AA)A(M)B(AA)A(I)B(AA)A(T)B(AAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)
A()B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)
B()A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAIAAAAAAAACAAAA)
B(AAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(T)B(AA)A(_)B(AA)
B()A(P)B(AA)A(C)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAA)
B(AAABAAAAAAACAAAAAAAAAAIAAAAAAAACAAAAAAAFAAAAAA)A(c)B(AAAAAAAAAAAAAA)
B(AAAA)A(P)B(AA)A(A)B(AA)A(Y)B(AA)A(R)B(AA)A(O)B(AA)A(L)B(AA)A(L)B(AA)
B()A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(R)B(AA)A(T)B(AAAAAA)
B(AAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)
B()A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAA)
B(AAAAAAAAAAABAAAAAAAEAAAAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAA)
B(AAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(T)B(AA)A(I)B(AA)A(_)B(AA)A(P)B(AA)A(C)
A()B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)
A()B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAA)
B(AAAAAAAAIAAAAAAAACAAAAAAAFAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAAA)A(L)B(AA)A(C)
A()B(AA)A(P)B(AA)A(_)B(AA)A(M)B(AA)A(X)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00074

TN_PY07AUG_C.DAT

```
B(AAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAIAAAAAAAACAAAAAAAIAAAAAA)
B()A(C)B(AAAAAAAAAAAAAAAAA)A(L)B(AA)A(C)B(AA)A(P)B(AA)A(_)B(AA)A(R)B(AA)
B()A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)
B()A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)
A()B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAA)
B(AAAAAAAAIAAAAAAAACAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAAA)A(H)B(AA)A(S)
A()B(AA)A(T)B(AA)A(_)B(AA)A(P)B(AA)A(C)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAAIAAAAAAAACAAAAAAAFAAAAAA)
B()A(c)B(AAAAAAAAAAAAAAAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(V)B(AA)
B()A(1)B(AA)A(A)B(AA)A(2)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAABAAAAAAAFAAAAAAAAAAIAAAAAAAACAAAAAAAHAAAAAA)A(c)B(AAAAAAAAAAAAAA)
B(AAAA)A(C)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(V)B(AA)A(1)B(AA)A(B)B(AA)
B()A(2)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)
A()B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAACAAAAAAAAA)
B(IAAAAAAAAACAAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(H)B(AA)A(P)B(AA)
B()A(_)B(AA)A(S)B(AA)A(T)B(AA)A(A)B(AA)A(T)B(AA)A(S)B(AA)A(_)B(AA)A(P)
A()B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)A(C)B(AA)A(D)B(AAAAAAAAAAAA)
B(AAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAA)
B(AAABAAAAAAAAAAAAAAAAAABIAAAAAAAAAAAIAAAFAAAAAA)A(c)B(AAAAAAAAAAAAAA)
B(AAAA)A(P)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(K)B(AA)A(1)B(AA)A(P)B(AA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)
A()B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)
B()A(O)B(AA)A(V)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAFAAAAAAAAAAIAAAAA)
B(AAACAAAAAAAHAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(P)B(AA)A(I)B(AA)A(T)B(AA)
B()A(_)B(AA)A(T)B(AA)A(C)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)
B()A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AAAAAAAAAAAAAA)
B(AAAAAAAAAAABAAAAAAACAAAAAAAAAIAAAAAAAACAAAAAAAKAAAAAA)A(c)B(AAAAAA)
B(AAAAAAAAAAAA)
A(_)B(AAACAAAAAAABAAAAAAABAAABAAABAAABAAABAAABAAABAAABAAABAAABAAAB)
B(AAABAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAAAAA)A(P)B(AA)A(R)B(AA)
B()A(O)B(AA)A(V)B(AA)A(I)B(AA)A(N)B(AA)A(C)B(AA)A(E)B(AAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAAABAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAA)A(2)B(AA)A(2)B(AA)
B()A(5)B(AA)A(2)B(AA)A(8)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAIAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(ACAAAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)
A(I)B(AA)A(N)B(AA)A(I)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAA)A(3)B(AA)A(3)B(AA)
B()A(7)B(AA)A(9)B(AA)A(2)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
A(  )B(AA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
```

Page 23

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00075

```
                              TN_PY07AUG_C.DAT
B(AAAAAAAAAAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(H)B(AA)A(R)B(AA)A(D)B(AA)A(M)
A()B(AA)A(O)B(AA)A(P)B(AAAAA)
/
EFFDT:DATE(10)~~~PROVINCE:CHAR(6)~~~CIT_V:NUMBER(7,7)~~~
CIT_V1A:NUMBER(7,7)~~~CIT_V1B:NUMBER(10,10)~~~CIT_V2:NUMBER(7,7)~~~
CIT_V3:NUMBER(7,7)~~~CIT_V4:NUMBER(8,8)~~~CIT_S:NUMBER(8,8)~~~
CIT_N1:NUMBER(6,6)~~~CIT_N2:NUMBER(10,10)~~~
CIT_NCA:NUMBER(10,10)~~~CIT_TH:NUMBER(8,8)~~~
HEALTH_INS_RT:NUMBER(8,8)~~~WCB_LIMIT:NUMBER(10,10)~~~
PST_PCT:NUMBER(5,5)~~~PAYROLL_TAX_RT:NUMBER(6,6)~~~
PSTI_PCT:NUMBER(5,5)~~~LCP_MAX:NUMBER(8,8)~~~LCP_RT:NUMBER(6,6)~~~
HST_PCT:NUMBER(5,5)~~~CIT_V1A2:NUMBER(7,7)~~~
CIT_V1B2:NUMBER(10,10)~~~HP_STATS_PROV_CD:CHAR(5)~~~
PIT_K1P:NUMBER(7,7)~~~PIT_TCP:NUMBER(10,10)~~~
/
A(2007-07-01),A(AB),A(.44),A(0),A(0),A(0),A(.005),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(64600),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(84821),A(.)
A(1),A(15435),
//
A(2007-07-01),A(BC),A(.495),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(64400),A(0),A(0),A(0),A(2000),A(.15),A(0),A(0),A(0),A(859)
A(21),A(.0535),A(9027),
//
A(2007-07-01),A(MB),A(.47),A(0),A(0),A(.02),A(0),A(600),A(225),A(0),A(0),
A(12210),A(100),A(.0215),A(71000),A(0),A(0),A(0),A(1800),A(.15),A(0),A(0),
A(0),A(84621),A(.109),A(7834),
//
A(2007-07-01),A(NB),A(.57),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(51900),A(0),A(0),A(0),A(750),A(.15),A(14),A(0),A(0),A(813)
A(21),A(.1056),A(8239),
//
A(2007-07-01),A(NL),A(.62),A(0),A(0),A(7032),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(.02),A(48425),A(0),A(0),A(0),A(750),A(.15),A(14),A(0),A(0),A(8)
A(1021),A(.0870),A(7558),
//
A(2007-07-01),A(NS),A(.575),A(.1),A(10000),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(0),A(46700),A(0),A(0),A(0),A(1000),A(.2),A(14),A(0),A(0),A(8)
A(1221),A(.0879),A(7481),
//
A(2007-07-01),A(NT),A(.45),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(67500),A(0),A(.02),A(0),A(29250),A(.3),A(0),A(0),A(0),A(8)
A(6121),A(.059),A(12125),
//
A(2007-07-01),A(NU),A(.45),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(67500),A(0),A(.02),A(0),A(29250),A(.3),A(0),A(0),A(0),A(8)
A(6221),A(.04),A(11149),
//
A(2007-07-01),A(ON),A(.365),A(.2),A(4100),A(0),A(0),A(0),A(198),A(0),A(0),
A(0),A(.0195),A(71800),A(8),A(0),A(8),A(750),A(.15),A(0),A(.36),A(5)
A(172),A(83521),A(.0605),A(8553),
//
A(2007-07-01),A(PE),A(.565),A(.1),A(12500),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(0),A(44700),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(811)
A(21),A(.098),A(7708),
//
A(2007-07-01),A(QC),A(.165),A(0),A(0),A(0),A(QC),A(0),A(0),A(0),A(0),A(0),
A(0),A(.0426),A(59000),A(7.5),A(0),A(9),A(750),A(.15),A(0),A(0),A(0),A(8)
A(2421),A(0),A(0),
//
A(2007-07-01),A(SK),A(.48),A(0),A(0),A(.01),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(55000),A(0),A(0),A(0),A(1000),A(.2),A(0),A(0),A(0),A(8472)
A(1),A(.11),A(8778),
//
```

Page 24

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00076

```
                              TN_PY07AUG_C.DAT
A(2007-07-01),A(YT),A(.46),A(.05),A(6000),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(0),A(73200),A(0),A(0),A(0),A(1250),A(.25),A(0),A(0),A(0),A(8)
A(6021),A(.0704),A(8929),
//
A(2007-07-01),A(ZZ),A(.48),A(.495),A(0),A(0),A(0),A(0),A(0),A(0),A(0),
A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(0),A(99999),A(0),A(0),
//
/
EXPORT   CAN_TAX_PROVTHR.PS_CAN_TAX_PROVTHR
/
A(E)B(AA)A(N)B(AA)A(G)B(AAAAAA)A(H)B(AA)A(P)B(AA)A(Y)B(AAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)
A()B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)
B()A(R)B(AA)A(O)B(AA)A(V)B(AA)A(T)B(AA)A(H)B(AA)A(R)B(AAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAA)A(N)B(AAAAAAAAAAAABAAAAAAAABAAAAAAAAFAAAAAAABAAAAAAA)
B(ABAAAAAAAAAAAAAAAAABAAAAAA)A(D4)B(AAAAABAAAAAAAAAAAAAAAABAAAAAAAAAAAAAAA)
B(AAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)
A()B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)
B()A(T)B(AA)A(H)B(AA)A(R)B(AAAAAAAAAAAAAAAABAAAAAAAAAAAAAA)A(A)B(ABIAAA)
B(AAAAAEAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(P)B(AA)A(R)B(AA)A(O)
A()B(AA)A(V)B(AA)A(I)B(AA)A(N)B(AA)A(C)B(AA)A(E)B(AAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)
B()A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)A(T)
A()B(AA)A(H)B(AA)A(R)B(AAAAAAAAAAAAAABAAAAAAAAAAAAAAAB)A(A)B(IAAAAAAA)
B(AAAAAAAAAAGAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(P)B(AA)A(I)B(AA)A(T)B(AA)
B()A(_)B(AA)A(A)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)
B()A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)B(AA)A(T)B(AA)A(H)B(AA)A(R)
A()B(AAAAAAAAAAAAAAABAAAAAAAACAAAAAAABAAIAAAAAAAAACAAAAAAAKAAAAAA)A(c)B(AA)
B(AAAAAAAAAAAAAAAAAA)A(P)B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(V)B(AAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)
B()A(N)B(AA)A(_)B(AA)A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)
A()B(AA)A(O)B(AA)A(V)B(AA)A(I)B(AA)A(T)B(AA)A(H)B(AA)A(R)B(AAAAAAAAAAAAAABAAAA)
B(AAAFAAAAAAAAAIAAAAAAAACAAAAAAAHAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)A(P)
A()B(AA)A(I)B(AA)A(T)B(AA)A(_)B(AA)A(K)B(AA)A(P)B(AAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAA)A(C)B(AA)A(A)B(AA)A(N)B(AA)A(_)B(AA)
B()A(T)B(AA)A(A)B(AA)A(X)B(AA)A(_)B(AA)A(P)B(AA)A(R)B(AA)A(O)B(AA)A(V)
A()B(AA)A(T)B(AA)A(H)B(AA)A(R)B(AAAAAAAAAABAAAAAAAACAAAAAAAAAIAAA)
B(AAAAACAAAAAAAKAAAAAA)A(c)B(AAAAAAAAAAAAAAAAAA)
A(_)B(AAADAAAAAAAAAAAAABAAABAAAABAAABAAAABAAABAAABAAABAAABAAAB)
B(AAABAAAAAAAAAA)
A(E)B(AA)A(F)B(AA)A(F)B(AA)A(D)B(AA)A(T)B(AAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(P)B(AA)A(R)B(AA)
B()A(O)B(AA)A(V)B(AA)A(I)B(AA)A(N)B(AA)A(C)B(AA)A(E)B(AAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAACAAAAAAABAAAAAAAAAA)A(P)B(AA)A(I)B(AA)
B()A(T)B(AA)A(_)B(AA)A(A)B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAADAAAAAAABAAAAAAAAAA)
A(  )B(AA)A(P)B(AA)A(Y)B(AA)A(A)B(AA)A(P)B(AA)A(P)B(AAAAAAAAAAAAAAAAAA)
B(AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA)A(P)B(AA)A(S)B(AA)A(H)B(AA)A(R)B(AA)A(D)B(AA)A(M)
A()B(AA)A(O)B(AA)A(P)B(AAAAAA)
/
EFFDT:DATE(10)~~~PROVINCE:CHAR(6)~~~PIT_A:NUMBER(10,10)~~~
PIT_V:NUMBER(7,7)~~~PIT_KP:NUMBER(10,10)~~~
/
A(2007-07-01),A(AB),A(0),A(.1),A(0),
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00077

```
                              TN_PY07AUG_C.DAT
//
A(2007-07-01),A(BC),A(0),A(.0535),A(0),
//
A(2007-07-01),A(BC),A(34397),A(.0815),A(963),
//
A(2007-07-01),A(BC),A(68794),A(.105),A(2580),
//
A(2007-07-01),A(BC),A(78984),A(.123),A(4001),
//
A(2007-07-01),A(BC),A(95909),A(.147),A(6303),
//
A(2007-07-01),A(MB),A(0),A(.109),A(0),
//
A(2007-07-01),A(MB),A(30544),A(.13),A(641),
//
A(2007-07-01),A(MB),A(65000),A(.174),A(3501),
//
A(2007-07-01),A(NB),A(0),A(.1056),A(0),
//
A(2007-07-01),A(NB),A(34186),A(.1614),A(1908),
//
A(2007-07-01),A(NB),A(68374),A(.1708),A(2550),
//
A(2007-07-01),A(NB),A(111161),A(.1806),A(3640),
//
A(2007-07-01),A(NL),A(0),A(.087),A(0),
//
A(2007-07-01),A(NL),A(30182),A(.138),A(1539),
//
A(2007-07-01),A(NL),A(60364),A(.165),A(3169),
//
A(2007-07-01),A(NS),A(0),A(.0879),A(0),
//
A(2007-07-01),A(NS),A(29590),A(.1495),A(1823),
//
A(2007-07-01),A(NS),A(59180),A(.1667),A(2841),
//
A(2007-07-01),A(NS),A(93000),A(.175),A(3613),
//
A(2007-07-01),A(NT),A(0),A(.059),A(0),
//
A(2007-07-01),A(NT),A(35315),A(.086),A(954),
//
A(2007-07-01),A(NT),A(70631),A(.122),A(3496),
//
A(2007-07-01),A(NT),A(114830),A(.1405),A(5621),
//
A(2007-07-01),A(NU),A(0),A(.04),A(0),
//
A(2007-07-01),A(NU),A(37178),A(.07),A(1115),
//
A(2007-07-01),A(NU),A(74357),A(.09),A(2602),
//
A(2007-07-01),A(NU),A(120887),A(.115),A(5625),
//
A(2007-07-01),A(ON),A(0),A(.0605),A(0),
//
A(2007-07-01),A(ON),A(35488),A(.0915),A(1100),
//
A(2007-07-01),A(ON),A(70976),A(.1116),A(2527),
//
A(2007-07-01),A(PE),A(0),A(.098),A(0),
//
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00078

```
                              TN_PY07AUG_C.DAT
A(2007-07-01),A(PE),A(31984),A(.138),A(1279),
//
A(2007-07-01),A(PE),A(63969),A(.167),A(3134),
//
A(2007-07-01),A(SK),A(0),A(.11),A(0),
//
A(2007-07-01),A(SK),A(38405),A(.13),A(768),
//
A(2007-07-01),A(SK),A(109729),A(.15),A(2963),
//
A(2007-07-01),A(YT),A(0),A(.0704),A(0),
//
A(2007-07-01),A(YT),A(37178),A(.0968),A(981),
//
A(2007-07-01),A(YT),A(74357),A(.1144),A(2290),
//
A(2007-07-01),A(YT),A(120887),A(.1276),A(3886),
//
/
REM Ended: Fri Jun 22 09:47:29 2007
```

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00079