Unite Test - CSS-TN-0622076621

| | |
|---|---|
| KY Local 067SD delivered in PY07JUN has a non-resident rate. | |
| Developer: | Hadi Arakib |
| Test Plan: | ☐ Make sure the DMS scripts loaded successfully with not error and update the locale tax table with correct info for the tax rate effective date and locality name and number as well state.<br><br>Development were made in the following Environments:<br>  1- HR702CSS<br>  2- HR751CSS<br>  3- H801BDGM<br>  4- H831TSUM<br>  5- H881BKBM<br>  6- H890GKNM |
| HR702CSS<br><br>Apply the DMS scripts | *(screenshot of DataMover window showing:)*<br><br>SET INPUT C:\TEMP\UPD0622076621_TN.dat<br>SET LOG C:\TEMP\UPD0622076621_TN.log<br><br>REMARK<br>CSS-TN-0622076621 This script imports Fayette County school districts Resident, Nonresident Tax rate.<br>/<br>DELETE FROM PS_LOCAL_TAX_TBL<br>WHERE STATE = 'KY'<br>AND LOCALITY = '067SD'<br>AND EFFDT = %DATEIN('2007-01-01');<br><br>IMPORT *; |



Unite Test - CSS-TN-0622076621

| | |
|---|---|
| **HR751CSS**<br><br>Apply the DMS scripts | *[Screenshot: UPD0622076621_TN DMS - Data Mover window showing SET INPUT C:\TEMP\UPD0622076621_TN.dat; SET LOG C:\TEMP\UPD0622076621_TN.log; REMARK \ CSS-TN-0622076621 This script imports Fayette County school districte Resident, Nonresident Tax rate. DELETE FROM PS_LOCAL_TAX_TBL WHERE STATE = 'KY' AND LOCALITY = '067SD' AND EFFDT = %DATEIN('2007-01-01'); IMPORT *; Started: Fri Jun 22 16:18:33 2007, Data Mover Release: 7.6, SQL Successful: DELETE FROM PS_LOCAL_TAX_TBL WHERE STATE='KY' AND LOCALITY='067SD' AND EFFDT=%DATEIN('2007-01-01'), Commit done at end of record, Importing LOCAL_TAX_TBL, Import LOCAL_TAX_TBL 1, Ended: Fri Jun 22 16:18:33 2007, Successful completion, Script Completed.]* |
| **H801BDGM**<br><br>Apply the DMS scripts | *[Screenshot: UPD0622076621_TN DMS - Data Mover window showing SET INPUT D:\TEMP\UPD0622076621_TN.dat; SET LOG D:\TEMP\UPD0622076621_TN.log; REMARK \ CSS-TN-0622076621 This script imports Fayette County school districte Resident, Nonresident Tax rate. DELETE FROM PS_LOCAL_TAX_TBL WHERE STATE = 'KY' AND LOCALITY = '067SD' AND EFFDT = %DATEIN('2007-01-01'); IMPORT *;]* |
| **H831TSUM**<br><br>Apply the DMS scripts | *[Screenshot: UPD0622076621_TN DMS - Data Mover window showing SET INPUT D:\TEMP\UPD0622076621_TN.dat; SET LOG D:\TEMP\UPD0622076621_TN.log; REMARK \ CSS-TN-0622076621 This script imports Fayette County school districte Resident, Nonresident Tax rate. DELETE FROM PS_LOCAL_TAX_TBL WHERE STATE = 'KY' AND LOCALITY = '067SD' AND EFFDT = %DATEIN('2007-01-01'); IMPORT *;]* |

CONFIDENTIAL INFORMATION

| Unite Test – CSS-TN-0622076621 | |
|---|---|
| H881BKBM<br><br>Apply the DMS scripts | *(screenshot of UPD0622076621_TN.DMS - Data Mover showing DMS script)* |
| H890GKNM<br><br>Apply the DMS scripts | *(screenshot of UPD0622076621_TN.DMS - Data Mover showing DMS script)* |
| Successful | |



EXHIBIT NO. 293
WR 6-25-08

DB Name: sas\enterprise2.nsf    Doc ID 0D11BBBB651AB7A08625730000EF4C7

# Master Fix

**TOMORROW NOW**

## Fix Information

Fix Owner: Sharon Piper/TomorrowNow    Active Date: 06/19/2007

TN Interested Parties: Enterprise FDE

Fix Type: ☐ Individual

Fix ID: CSS-TN-0619077017

Fix Priority: Publish Indiv

Short Description: TAX810KS.sqr has the wrong quarter value in Position 215-216 in the 'S' record. It lists the month of the beginning of the quarter and it should be the last month of the quarter.

Severity: Required Fix

Status: Open - Documentation

Source: Client Reported

Prerequisites: TN-PY07JUN

Available in Bundle: TN-PY-07AUG

Postrequisites:

## Fix Task Status

| Task | Task Status | Task Owner | Due Date | Complete Date |
|---|---|---|---|---|
| Design | Complete | Rick Frank | | 06/20/2007 |
| Scope | Complete | Rick Frank | | 06/20/2007 |
| Documentation | Complete | Heather Cole | 07/11/2007 | |
| Sponsor | In Progress | Betty Sanderson | | |
| Development | Complete | Rick Frank | | 06/20/2007 |

## Fix Specifications

CONFIDENTIAL INFORMATION

| | |
|---|---|
| Product Line: HRMS | Market: |
| Applications Payroll Covered: | Application Release: |
| Vendor Tools Release: | Regs Territory: KS |
| Database: | Regs Updates Included: |
| Hardware/OS: | Vendor Maintenance: |
| | Last Vendor Update: |
| | First TomorrowNow Update: |

**Fix Issues**

| |
|---|
| Issue Summary: TAX810KS.sqr has the wrong quarter value in Position 215-216 in the 'S' record. It lists the month of the beginning of the quarter and it should be the last month of the quarter. |
| Solution Summary: An error was found in the output file generated by the tax810ks.sqr delivered in PY07JUN. In the 'S' record the quarter end month was populated with the reporting quarter number (01,02,03 or 04) instead of the quarter end month (03,06,09, or 12). This fix corrects this error. |

## Source

o  Insert Requirements Source URL(s) (2 sources required)
   - initial notification of requirement or issue and the source
   - the confirmation of the requirement or issue and the source
o  Attach Requirements Specifications (if applicable)
   Client Case

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00049

## Development

| Release | Object Type | Object Name | Clients |
|---|---|---|---|
| 7.02 | SQR | tax810ks.sqr | |
| 7.51 | SQR | tax810ks.sqr | |
| 8 SP1 | SQR | tax810ks.sqr | |
| 8.3 SP1 | SQR | tax810ks.sqr | |
| 8.8 SP1 | SQR | tax810ks.sqr | |
| 8.9 | SQR | tax810ks.sqr | |

- Attachment provided by Fix Delivery developer 06/20/2007 05:59:29 PM PDT Rick Frank:

TN-0619077017-DEV-Unit Test.doc

## Test Plan

CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-
OR-00050

| Release | Test Status | Test Owner | Environment | Comments |
|---|---|---|---|---|
| 7.02 | Complete | Kimberley Martinez | H702RHIM | |
| 7.51 | Complete | Kimberley Martinez | H751NCLO | |
| 8 SP1 | Complete | Kimberley Martinez | H801QGIS | |
| 8.3 SP1 | Complete | Kimberley Martinez | H831BLSD | |
| 8.8 SP1 | Not Applicable | Kimberley Martinez | H881CSKI | Per Larry Garcia - we are on resource issues & avai[l] |
| 8.9 SP1 | Complete | Kimberley Martinez | H890GKNM | |

● Attachment of Quality Test Document

TN-0619077017 H890GKNM.xls

CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-
OR-00051



## Documentation

- Client Documentation (copy client documentation entered)

| Quarterly | TAX810KS.SQR | KS | TAX810KS.SQR delivered in PY07JUN populates position 215 – 216 with the first month of the quarter. The specifications require that the last month of the quarter be populated in this position. | Tax810ks.sqr was modified to put the quarter end month in positions 215-216 of the "S" record. | TN-0619077017 |

**CONFIDENTIAL INFORMATION**

SAS-TN-OR-01823633-
OR-00052

**Fix Deliverables**

**Fix Notes (Internal Use Only)**
**Functional / Technical Analysis**

### Client Information

06/19/2007 09:45:59 PM CDT Sharon Piper: Case reported by RHI

Replication Documents -



Test Item.doc   sqr.log   tax810ks.lis   TAX810KS.txt

07/06/2007 03:37:25 PM CDT Sharon Piper: Case reported by PAS 

### Scoping

### Development

**06/20/2007 11:08:40 AM PDT Rick Frank:** I've made the changes for all releases of HR, and successfully tested in 7.02 (RHI).

**06/20/2007 03:24:58 PM PDT Rick Frank:** Completed sucessful tests in:

   H702RHIM
   H751TPAM
   H801SPGM
   H831TSUM

CONFIDENTIAL
INFORMATION

Waiting for environments to test 8.81 and 8.9.

**06/20/2007 06:00:03 PM PDT Rick Frank:** Completed successful tests in:

H881OXFM

H890GSFM

This is ready for QA.

### QA / Testing

06/21/2007 09:48:50 AM PDT Larry Garcia: Assigned to Kim Martinez

### Documentation

### General Notes

## Fix Notes (Available To Customers)

Fix Form Opened by: CN=Sharon Piper/O=TomorrowNow    On: 06/19/2007

Last Updated by: CN=Kimberley Martinez/O=TomorrowNow    On: 07/10/2007 11:34:34 AM

Please Delete:

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00054