TOMORROW NOW

**Master Fix Id: CSS-TN-1214062594**

Item #: CSS-TN-1214062594

Summary:
New legislation, effective Jan. 1, 2007, provides that the overtime should be itemized as corrections on the pay stub for the next regular pay period. Any correction in a subsequently issued pay stub must state the date of the pay period to which it relates [ Cal. Lab. Cd. § 204(b)(2) , as amended by L. 2005, AB 2095.
Source Reference: http://www.leginfo.ca.gov/cgi-bin/calawquery?codesection=lab&codebody=

*Full text of CA Labor Code section 204 (b)*
(b) (1) Notwithstanding any other provision of this section, **all wages earned for labor in excess of the normal work period shall be paid no later than the payday for the next regular payroll period.**
(2) An employer is in compliance with the requirements of subdivision (a) of Section 226 relating to total hours worked by the employee, if hours worked in excess of the normal work period during the current pay period are itemized as corrections on the pay stub for the next regular pay period. **Any corrections set out in a subsequently issued pay stub shall state the inclusive dates of the pay period for which the employer is correcting its initial report of hours worked.**

The employees' paycheck (PAY003) and advice (DDP003) will need to be modified to the following criteria:
1) All non-salaried employees who have pay earnings for the State of California.
2) All overtime earnings earned for current payroll to be paid during next pay period will need to be reflected as a correction for next pay period.
3) All earnings adjustments whose earnings end date is less than current pay period begin date.

Modify PAY003 (Paycheck print) and DDP003 (Advice print) to meet the following requirements for all non-salaried employees:

- If there are prior pay period earnings associated with current payroll for overtime and other earnings, modify paycheck/advice print programs to display these earnings as a separate line item.
- Modify paycheck/advice print programs display earnings code, earnings, earnings begin date and earnings end date for prior period California earnings.
- Modify paycheck/advice print programs display earnings code, earnings, pay begin date and pay end date for current payroll California earnings.
- Modify paycheck/advice print programs to print a cross foot message for California Prior Pay Period earnings which has reached the maximum of 13 earnings and has summarized additional current/prior earnings in to one amount with a description of "Other".
- Modify paycheck/advice to ensure sort order allows for all current payroll earnings appear first, followed by any prior pay period earnings on the paycheck for all California hourly employees.

EXHIBIT NO. 299
HR 6-25-08

| Databases: H831TSUM | Successfully processed the modified PAY003.SQR and DDP003.SQR against these databases. |
|---|---|
| Prerequisites:<br>Application Dependencies<br>Direct Deposit Setup<br>Payroll Process<br>Peopletools: Project for Temporary Work Table | Application Dependencies:<br>PAY003/DDP003 – Must run after a successful Pay Confirmations<br><br>*Data Dependencies:*<br>Payroll Data for California/Non California Employees |



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00145

Dockets.Justia.com

**NOTE: Navigation is for version PeopleSoft ver 8.31.**

Direct Deposit Data/Non California Employees

*Direct Deposit Setup*

1. Verify Banking information has been setup –
   Define Business Rules > Manage Human Resources (GBL) > Setup > Pay Group Table (Page: Calc Parameters )
   Define Business Rules > Manage Human Resources (GBL) > Setup > Source Bank (listed on Pay Group Table - Calc Parameters)
2. Verify Bank/Branch table has been setup with valid bank information. - Define Business Rules > Manage Human Resources (GBL) > Setup > Bank/Branch Table
3. Setup Employee Direct Deposit - Compensate Employees > Maintain Payroll Data (US) > Use > Direct Deposit

*Payroll Process:*

1. Create Paysheets - Compensate Employees > Manage Payroll Process (US) > Process > Paysheet Creation
2. Update Paysheets with both Current and Prior Pay Earnings - Compensate Employees > Manage Payroll Process (US) > Use > Payline
3. Calculate Payroll - Compensate Employees > Manage Payroll Process (US) > Process > Pay Calculation
4. Review and Correct Payroll Error Messages - Compensate Employees > Manage Payroll Process (US) > Inquire > Payroll Error Messages
5. Final Calculation – (same navigation as 4)
6. Confirm Payroll - Compensate Employees > Manage Payroll Process (US) > Process > Pay Confirmation
7. Print Pay Checks – PAY003.SQR - Compensate Employees > Manage Payroll Process (US) > Report 1 > Check Print
8. Print Advices – DDP003.SQR - Compensate Employees > Manage Payroll Process (US) > Report 1 > DDP Advice Print

*Navigation:*

| Program | Navigation | Run Control Parameter(s) |
|---|---|---|
| PAY003.SQR | Compensate Employees > Manage Payroll Process (US) > Report 1 > Check Print | Payrun ID |
| DDP003.SQR | Compensate Employees > Manage Payroll Process (US) > Report 1 > DDP Advice Print | Payrun ID |

Project: Created Temporary Work Table used to Sort California Earnings.
Version 7.02 Project: PRJ1214062594_702_TN - PeopleSoft Version did not have field COMP_RATECD.
Version 7.02 does not have field COMP_RATECD available.

Version 7.51, 8.01, and 8.31: PRJ1214062594_TN.

Version 8.8 and 8.9: PRJ1214062594_881_890_TN.

```
CREATE TABLE PS_WRK_PYERN_PRC (PROCESS_INSTANCE DECIMAL(10) NOT NULL,
   EARNS_TYPE CHAR(1) NOT NULL,
   ERNCD CHAR(3) NOT NULL,
   EARNS_BEGIN_DT PSDATE NULL,
   EARNS_END_DT PSDATE NULL,
   COMP_RATECD CHAR(6) NOT NULL,
   HOURLY_RT DECIMAL(18, 6) NOT NULL,
   DESCR CHAR(30) NOT NULL,
   EARNS_HRS DECIMAL(6, 2) NOT NULL,
   EARNS_AMT DECIMAL(10, 2) NOT NULL)
```

California Employees:

**Oracle SQL Statement used to select potential California Wage Earning Employees:**

```
SELECT
A.EMPLID,
A.EMPL_RCD,
A.EFFDT,
A.EMPL_TYPE,
A.DEPTID,
A.LOCATION,
A.TAX_LOCATION_CD,
A.REG_TEMP,
A.FULL_PART_TIME,
A.COMPANY,
A.PAYGROUP,
A.STD_HOURS,
A.COMPRATE,
A.BUSINESS_UNIT,
B.STATE,
B.RESIDENT,
B.UI_JURISDICTION
FROM PS_JOB A,
   PS_STATE_TAX_DATA B
WHERE A.EMPLID = B.EMPLID
 AND B.COMPANY = A.COMPANY
 AND A.EFFDT =
        (SELECT MAX(A_ED.EFFDT) FROM PS_JOB A_ED
        WHERE A.EMPLID = A_ED.EMPLID
         AND A.EMPL_RCD = A_ED.EMPL_RCD
         AND A_ED.EFFDT <= SYSDATE)
 AND A.EFFSEQ =
        (SELECT MAX(A_ES.EFFSEQ) FROM PS_JOB A_ES
        WHERE A.EMPLID = A_ES.EMPLID
         AND A.EMPL_RCD = A_ES.EMPL_RCD
         AND A.EFFDT = A_ES.EFFDT)
 AND B.EFFDT =
        (SELECT MAX(B_ED.EFFDT) FROM PS_STATE_TAX_DATA B_ED
        WHERE B.EMPLID = B_ED.EMPLID
```



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00147

```
            AND B.COMPANY = B_ED.COMPANY
            AND B_ED.EFFDT <= SYSDATE)
 AND A.EMPL_STATUS = 'A'
 AND A.COMPANY = 'GBI'
 AND A.PAYGROUP = 'KU2'
/*  AND B.STATE = 'CA'*/
ORDER BY B.STATE,
A.EMPL_TYPE,
A.EMPLID
```

**SQL Server SQL Statement used to select potential California Wage Earning Employees:**

```
SELECT
A.EMPLID,
A.EMPL_RCD,
(CONVERT(CHAR(10),A.EFFDT,121)),
A.EMPL_TYPE,
A.DEPTID,
A.LOCATION,
A.TAX_LOCATION_CD,
A.REG_TEMP,
A.FULL_PART_TIME,
A.COMPANY,
A.PAYGROUP,
A.STD_HOURS,
A.COMPRATE,
A.BUSINESS_UNIT,
B.STATE,
B.RESIDENT,
B.UI_JURISDICTION
FROM PS_JOB A,
   PS_STATE_TAX_DATA B
WHERE A.EMPLID = B.EMPLID
 AND B.COMPANY = A.COMPANY
 AND A.EFFDT =  (SELECT MAX(A_ED.EFFDT)
                 FROM PS_JOB A_ED
                   WHERE A.EMPLID = A_ED.EMPLID
                     AND A.EMPL_RCD = A_ED.EMPL_RCD
                     AND A_ED.EFFDT <= SUBSTRING(CONVERT(CHAR,GETDATE(),121), 1, 10))
 AND A.EFFSEQ =  (SELECT MAX(A_ES.EFFSEQ)
                  FROM PS_JOB A_ES
                    WHERE A.EMPLID = A_ES.EMPLID
                      AND A.EMPL_RCD = A_ES.EMPL_RCD
                      AND A.EFFDT = A_ES.EFFDT)
 AND B.EFFDT =  (SELECT MAX(B_ED.EFFDT)
                 FROM PS_STATE_TAX_DATA B_ED
                   WHERE B.EMPLID = B_ED.EMPLID
                     AND B.COMPANY = B_ED.COMPANY
                     AND B_ED.EFFDT <= SUBSTRING(CONVERT(CHAR,GETDATE(),121), 1, 10))
 AND A.EMPL_STATUS = 'A'
 AND A.COMPANY = 'GBI'
 AND A.PAYGROUP = 'KU2'
/*  AND B.STATE = 'CA'*/
ORDER BY A.EMPL_TYPE,
```

A.EMPLID

**Db2 SQL Statement used to select potential California Wage Earning Employees:**

```
SELECT
A.EMPLID,
A.EMPL_RCD,
A.EFFDT,
A.EMPL_TYPE,
A.DEPTID,
A.LOCATION,
A.TAX_LOCATION_CD,
A.REG_TEMP,
A.FULL_PART_TIME,
A.COMPANY,
A.PAYGROUP,
A.STD_HOURS,
A.COMPRATE,
A.BUSINESS_UNIT,
B.STATE,
B.RESIDENT,
B.UI_JURISDICTION
FROM PS_JOB A,
  PS_STATE_TAX_DATA B
WHERE A.EMPLID = B.EMPLID
 AND B.COMPANY = A.COMPANY
 AND A.EFFDT =
        (SELECT MAX(A_ED.EFFDT) FROM PS_JOB A_ED
        WHERE A.EMPLID = A_ED.EMPLID
         AND A.EMPL_RCD = A_ED.EMPL_RCD
         AND A_ED.EFFDT <= (CURRENT DATE))
 AND A.EFFSEQ =
        (SELECT MAX(A_ES.EFFSEQ) FROM PS_JOB A_ES
        WHERE A.EMPLID = A_ES.EMPLID
         AND A.EMPL_RCD = A_ES.EMPL_RCD
         AND A.EFFDT = A_ES.EFFDT)
 AND B.EFFDT =
        (SELECT MAX(B_ED.EFFDT) FROM PS_STATE_TAX_DATA B_ED
        WHERE B.EMPLID = B_ED.EMPLID
         AND B.COMPANY = B_ED.COMPANY
         AND B_ED.EFFDT <= (CURRENT DATE))
 AND A.EMPL_STATUS = 'A'
 AND A.COMPANY = 'GBI'
 AND A.PAYGROUP = 'KU2'
ORDER BY A.EMPL_TYPE,
A.EMPLID
```

**Steps performed to Resolve Issue:**

Modified the PAY003.SQR and PAY003.SQR with the following code changes relatively across all clients impacted:



CONFIDENTIAL INFORMATION

TOMORROW NOW



| | | |
|---|---|---|
| !****************************************<br>!<br>!****************************************<br>! Modified for Education & Government *<br>! HP99999 Release 8 Technical Merge *<br>! HP99998 E&G 7.51 AU Merge *<br>!**************************************** | !****************************************<br>!<br>!****************************************<br>! Modified for Education & Government *<br>! HP99999 Release 8 Technical Merge *<br>! HP99998 E&G 7.51 AU Merge *<br>! *<br>! Modification Type: TomorrowNow Update - changes *<br>! Modification Tags/TN Report ID: 1214062594 *<br>!**************************************** | 1. Modification History |
| let #lastRow = (m)-1<br>let #lastCol = (n)-1<br>let $lastCode = '***'<br>let $lastNamel = 'Other'<br>let $lastCmpRtCd = '***'<br>let #lastRate = 0<br><br>create-array name = ETDarray -<br>size = (m) -<br>field = Code:char:(n) -<br>field = Name:char:(n) -<br>field = CmpRtCd:char:(n) - ! Comp_rate_code<br>field = Cur:number:(n) -<br>field = YTD:number:(n) | let #lastRow = (m)-1<br>let #lastCol = (n)-1<br>let $lastCode = '***'<br>let $lastNamel = 'Other'<br>let $lastCmpRtCd = '***'<br>let #lastRate = 0<br>let $lastEarnBegin = '' !1214062594<br>let $lastEarnEnd = '' !1214062594<br><br>create-array name = ETDarray -<br>size = (m) -<br>field = Code:char:(n) -<br>field = Name:char:(n) -<br>field = Earn_Begin_Dt:char:(n) - !1214062594<br>field = Earn_End_Dt:char:(n) - !1214062594<br>field = CmpRtCd:char:(n) - ! Comp_rate_code<br>field = Cur:number:(n) -<br>field = YTD:number:(n) | begin-procedure Init-Arrays<br>1. Create variables to process last earnings end date in the array.<br>2. Create an array to process Earns Begin and Earns End date for California employees who have prior period earnings. |
| begin-SELECT<br>A.COMPANY,A.PAYGROUP,A.PAY_BEGIN_DT,A.PAY_END_DT,A1.BALANCE_ID<br>A1.BALANCE_YEAR,A1.BALANCE_PERIOD,A.CHECK_DT<br>B.OFF_CYCLE,B.PAGE_NUM,B.LINE_NUM,B.SEPCHK<br>B.FORM_ID,B.PAYCHECK_NBR,B.CHECK_DT<br>B.EMPLID,B.EMPL_RCD,B.NAME,B.PAYCHECK_NAME,B.ADDRESS1,B.ADDRESS2,B.ADDRESS3<br>B.CITY,B.STATE,B.POSTAL<br>B.PAYCHECK_OPTION,B.PAYCHECK_ADDR_OPTN<br>B.TOTAL_GROSS,B.TOTAL_TAXES,B.TOTAL_DEDUCTIONS,B.NET_PAY<br>B.PAY_SHEET_SRC, B.BUSINESS_UNIT<br>G.EFFDT<br>Y.TOTAL_GROSS_YTD,Y.TOTAL_TAXES_YTD,Y.TOTAL_DEDNS_YTD,Y.NET_PAY_YTD<br><br>add #CheckNetPay to #TotalNetPay | begin-SELECT<br>A.COMPANY,A.PAYGROUP,A.PAY_BEGIN_DT,A.PAY_END_DT,A1.BALANCE_ID<br>A1.BALANCE_YEAR,A1.BALANCE_PERIOD,A.CHECK_DT<br>B.OFF_CYCLE,B.PAGE_NUM,B.LINE_NUM,B.SEPCHK<br>B.FORM_ID,B.PAYCHECK_NBR,B.CHECK_DT<br>B.EMPLID,B.EMPL_RCD,B.NAME,B.PAYCHECK_NAME,B.ADDRESS1,B.ADDRESS2,B.ADDRESS3<br>B.CITY,B.STATE,B.POSTAL<br>B.PAYCHECK_OPTION,B.PAYCHECK_ADDR_OPTN<br>B.TOTAL_GROSS,B.TOTAL_TAXES,B.TOTAL_DEDUCTIONS,B.NET_PAY<br>B.PAY_SHEET_SRC, B.BUSINESS_UNIT<br>G.EFFDT<br>Y.TOTAL_GROSS_YTD,Y.TOTAL_TAXES_YTD,Y.TOTAL_DEDNS_YTD,Y.NET_PAY_YTD<br><br>let $CA_Earns_Found = 'N' !1214062594<br>do Find-CA-Earns !1214062594<br>add #CheckNetPay to #TotalNetPay<br>do Delete-Wrk_Pyern_Prc !1214062594 | begin-procedure Get-Paychecks<br>1. Determine if there are any Employees who have California earnings.<br>2. Refers to a procedure used to clear temporary work table used to sort California Employees earnings. |
| !****************************************<br>begin-procedure Get-Ee-Job-Data<br>!****************************************<br><br>begin-SELECT<br>J.DEPTID,J.JOBCODE,J.LOCATION,J.COMPRATE<br>P.NAME,P.ADDRESS1,P.ADDRESS2,P.CITY,P.STATE,P.POSTAL<br>J.BUSINESS_UNIT<br>J.SETID_JOBCODE<br>FQ.FREQUENCY_TYPE | !****************************************<br>begin-procedure Get-Ee-Job-Data<br>!****************************************<br><br>begin-SELECT<br>J.DEPTID,J.JOBCODE,J.LOCATION,J.COMPRATE<br>P.NAME,P.ADDRESS1,P.ADDRESS2,P.CITY,P.STATE,P.POSTAL<br>J.BUSINESS_UNIT<br>J.SETID_JOBCODE<br>J.EMPL_TYPE !1214062594<br>FQ.FREQUENCY_TYPE | begin-procedure Get-Ee-Job-Data<br>1. Empl_Type is used to select non-salary California employees. |



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00150

```
!*********************************************************************
```

```
!Begin-1214062594
!*********************************************************************
begin-procedure Find-CA-Earns
!*********************************************************************

begin-SELECT
'X'

  let $CA_Earns_Found = 'Y'

FROM  PS_PAY_EARNINGS EA
WHERE EA.COMPANY      = &A.Company
  AND EA.PAYGROUP     = &A.PayGroup
  AND EA.PAY_END_DT   = &A.Pay_End_Dt
  AND EA.OFF_CYCLE    = &B.Off_Cycle
  AND EA.PAGE_NUM     = &B.PAGE_NUM
  AND EA.LINE_NUM     = &B.LINE_NUM
  AND EA.SEPCHK       = &B.SepChk
  AND EA.SINGLE_CHECK_USE IN ('C', 'N')
  AND EA.STATE = 'CA'
end-SELECT

  if $CA_Earns_Found = 'Y'
    do Find-Min-Max-Earn-Dts
  end-if

end-procedure
```

begin-procedure Find-CA-Earns

1. New procedure used to determine if there are any employees who have California Earnings.

```
!*********************************************************************
begin-procedure Find-Min-Max-Earn-Dts
!*********************************************************************

begin-SELECT
MAX(MME.EARNS_END_DT)      &MME_Earns_End
MIN(MME.EARNS_BEGIN_DT)    &MME_Earns_Begin


FROM  PS_PAY_EARNINGS MME
WHERE MME.COMPANY      = &A.Company
  AND MME.PAYGROUP     = &A.PayGroup
  AND MME.PAY_END_DT   = &A.Pay_End_Dt
  AND MME.OFF_CYCLE    = &B.Off_Cycle
  AND MME.PAGE_NUM     = &B.PAGE_NUM
  AND MME.LINE_NUM     = &B.LINE_NUM
  AND MME.SEPCHK       = &B.SepChk
  AND MME.SINGLE_CHECK_USE IN ('C', 'N')
  AND MME.STATE = 'CA'
  AND MME.EARNS_END_DT < &A.PAY_BEGIN_DT
end-SELECT

               move &MME_Earns_Begin     to $lastEarnBegin
               move &MME_Earns_End       to $lastEarnEnd

end-procedure

!End-1214062594
```

begin-procedure Find-Min-Max-Earn-Dts

1. Select minimum and maximum earnings begin date for summarized prior pay period earnings.
2. These are the dates shown on the paycheck when "Other" earns are comprised of all prior period earnings.



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00151

```
begin-procedure Get-Earnings-Detail
!*******************************************************************

begin-SELECT
! E.HOURLY_RT
E.REG_HRS
E.REG_HRLY_EARNS
E.OT_HRS
E.OT_HRLY_EARNS
E.REG_EARNS
E.COMP_RATECD_REG
E.COMP_RATECD_OT
E.COMPRATE_USED_REG
E.COMPRATE_USED_OT
E.ADDL_NBR
E.RATE_USED
E.SHIFT_RT
```

```
begin-procedure Get-Earnings-Detail
!*******************************************************************

!Begin-1214062594
  if $CA_Earns_Found = 'Y'
    and &J.EMPL_TYPE <> 'S'
     let $E_Paysheet_Src = 'AND E.PAY_SHEET_SRC <> ''F'''
     let $E_OrderBy = 'ORDER BY E.EARNS_END_DT DESC, E.EARNS_BEGIN_DT DESC'
  else
     let $E_Paysheet_Src = ''
     let $E_OrderBy = 'ORDER BY E.ADDL_NBR'
  end-if
!End-1214062594
begin-SELECT
! E.HOURLY_RT
E.REG_HRS
E.REG_HRLY_EARNS
E.OT_HRS
E.OT_HRLY_EARNS
E.REG_EARNS
E.COMP_RATECD_REG
E.COMP_RATECD_OT
E.COMPRATE_USED_REG
E.COMPRATE_USED_OT
E.ADDL_NBR
E.RATE_USED
E.SHIFT_RT
E.EARNS_BEGIN_DT                                    !1214062594
E.EARNS_END_DT                                      !1214062594

!Begin-1214062594
  if $CA_Earns_Found = 'Y'
    and &J.EMPL_TYPE <> 'S'
      if &E.EARNS_END_DT < &A.PAY_BEGIN_DT
         move &E.EARNS_BEGIN_DT     to $Earn_Begin_Dt
         move &E.EARNS_END_DT       to $Earn_End_Dt
      else
         move &A.PAY_BEGIN_DT       to $Earn_Begin_Dt
         move &A.PAY_END_DT         to $Earn_End_Dt
      end-if
  else
     let $Earn_Begin_Dt = ''
     let $Earn_End_Dt = ''
  end-if
!End-1214062594
```

begin-procedure Get-Earnings-Detail

1. If Hourly Employee has California earnings processes all earnings that are not defined by FLSA processing rules and orders the earnings by Earnings Begin and End Dates.
2. Added Earnings Begin Dt and Earnings End Dt to select statement to process California prior payroll earnings.
3. If hourly California Employee has prior period California Earnings, populates earnings date variables with Earnings Begin Dt and Earnings End Dt.
4. If hourly California Employee does not have prior period California Earnings populates earnings date variables with Pay Begin Dt and Pay End Dt.
5. For all other state earnings and Salaried California employee, populates earnings date variables with a null value.
6. Sets Earn Begin Date and Earn End Dt to null to ensure current employee value processing.
7. If Employee does not have California earnings or is a Salaried California employee, the earnings process defaults to current processing and the paycheck format.
8. Prepare California Earnings array to be sorted by earnings begin dt, earnings type, erncd, and hourly rate.



CONFIDENTIAL INFORMATION

```
FROM  PS_PAY_EARNINGS E
WHERE E.COMPANY     = &A.Company
  AND E.PAYGROUP    = &A.PayGroup
  AND E.PAY_END_DT  = &A.Pay_End_Dt
  AND E.OFF_CYCLE   = &B.Off_Cycle
  AND E.PAGE_NUM       = &B.PAGE_NUM
  AND E.LINE_NUM       = &B.LINE_NUM
  AND E.SEPCHK       = &B.SepChk
  AND E.SINGLE_CHECK_USE IN ('C', 'N')

ORDER BY E.ADDL_NBR
end-SELECT

  do Get-Earning-Balances

end-procedure
```

```
FROM  PS_PAY_EARNINGS E
WHERE E.COMPANY     = &A.Company
  AND E.PAYGROUP    = &A.PayGroup
  AND E.PAY_END_DT  = &A.Pay_End_Dt
  AND E.OFF_CYCLE   = &B.Off_Cycle
  AND E.PAGE_NUM       = &B.PAGE_NUM
  AND E.LINE_NUM       = &B.LINE_NUM
  AND E.SEPCHK       = &B.SepChk
  AND E.SINGLE_CHECK_USE IN ('C', 'N')
[$E_Paysheet_Src]
[$E_Orderby]
end-SELECT

!Begin-1214062594
  let $Earn_Begin_Dt = ''
  let $Earn_End_Dt = ''

  if $CA_Earns_Found = 'Y'
    do Process-Earnings
  end-if
!End-1214062594

  do Get-Earning-Balances

end-procedure
```

```
!reset ETDarray
  move 0 to #i
  while #i <= #lastRow
    move 0 to #j
    while #j <= #lastCol
      put ' ' ' ' ' ' 0 0 into ETDarray(#i) Code(#j) Name(#j) CmpRtCd(#j) Cur(#j) YT
      add 1 to #j
    end-while
    add 1 to #i
  end-while

!reset vacation totals
  move 0 to #VacStartBal
  move 0 to #VacEarned
  move 0 to #VacBought
  move 0 to #VacTaken
  move 0 to #VacSold
  move 0 to #VacAdjust
  move 0 to #VacEndBal

!reset non-crossfoot message switch
  move 'N' to $NeedXfootMsg

!reset current and YTD recalc totals
  move 0 to #HourCurTotal
  move 0 to #HourYTDTotal
  move 0 to #PreTaxDedCurTotal
  move 0 to #PreTaxDedYTDTotal
  move 0 to #PostTaxDedCurTotal
  move 0 to #PostTaxDedYTDTotal
  move 0 to #FedTaxGrossCur
  move 0 to #FedTaxGrossYTD

!reset net pay distribution totals
  move 0 to #CheckNetPay
  move 0 to #DepositNetPay

end-procedure
```

```
!reset ETDarray
  move 0 to #i
  while #i <= #lastRow
    move 0 to #j
    while #j <= #lastCol
      put ' ' ' ' ' ' 0 0 0 0 into ETDarray(#i) Code(#j) Name(#j)        !121
          Earn_Begin_Dt(#j) Earn_End_Dt(#j) CmpRtCd(#j) Cur(#j) YTD(#j)  !121
      add 1 to #j
    end-while
    add 1 to #i
  end-while

!reset vacation totals
  move 0 to #VacStartBal
  move 0 to #VacEarned
  move 0 to #VacBought
  move 0 to #VacTaken
  move 0 to #VacSold
  move 0 to #VacAdjust
  move 0 to #VacEndBal

!reset non-crossfoot message switch
  move 'N' to $NeedXfootMsg
  move 'N' to $Print_Other_Msg                                   !1214062594

!reset current and YTD recalc totals
  move 0 to #HourCurTotal
  move 0 to #HourYTDTotal
  move 0 to #PreTaxDedCurTotal
  move 0 to #PreTaxDedYTDTotal
  move 0 to #PostTaxDedCurTotal
  move 0 to #PostTaxDedYTDTotal
  move 0 to #FedTaxGrossCur
  move 0 to #FedTaxGrossYTD

!reset net pay distribution totals
  move 0 to #CheckNetPay
  move 0 to #DepositNetPay

!reset California Employees values
      let $Earn_Begin_Dt = ''                                     !1214062!
      let $Earn_End_Dt = ''                                       !1214062!
      do Delete-Wrk_Pyern_Prc                                     !1214062!
end-procedure
```

begin-procedure Reset-Variables

1. Added Earns Begin and Earns End date to reset array variables used to process California Wages earned for current payroll processing.
2. Reset Print Other Msg Variable used to determine whether to print cross foot message for hourly California Employee's Prior Pay Period earnings which has reached the maximum of 13 earnings and has summarized additional prior earnings in to one amount with a description of "Other" .
3. Resets Earn Begin Dt and Earn End Dr to null.
4. Refers to a procedure used to clear temporary work table used to sort California Employees earnings.



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00153

```
move #RatesRow to #i
move 0 to #j
while #j <= #lastCol
  get $jCode $jCmpRtCd #jRate from ETDarray(#i) Code(#j) CmpRtCd(#j) Cur(#j)

  if rtrim($jCode,' ') = ''                    !if array entry is null
    break                                      !exit the "while"
  else
    if $Code = $jCode and $CmpRtCd = $jCmpRtCd and #Rate = #jRate   !if array e
      break                                    !exit the "
    else
      if #j = #lastCol

        move $lastCode to $Code
        move $lastName1 to $Name
        move $lastCmpRtCd to $CmpRtCd
        move #lastRate to #Rate
        break                                  !exit the "while"
      end-if
    end-if
  end-if
  add 1 to #j
end-while

while #i <= #EarnsRow
  evaluate #i
    when = #RatesRow
      move #Rate  to #Cur
    when = #HoursRow
      move #Hours to #Cur
    when = #EarnsRow
      move #Earns to #Cur
    when-other
      move 0      to #Cur
  end-evaluate

  put $Code $Name $CmpRtCd into ETDarray(#i) Code(#j) Name(#j) CmpRtCd(#j)
```

```
move #RatesRow to #i
move 0 to #j
while #j <= #lastCol
!Begin-1214062594
    get $jCode $jEarnBegin $jEarnEnd $jCmpRtCd #jRate -
      from ETDarray(#i) Code(#j) Earn_Begin_Dt(#j) Earn_End_Dt(#j) CmpRtCd(#j) Cu

!End-1214062594
  if rtrim($jCode,' ') = ''                    !if arra
    break                                      !exit th
  else
    if $Code = $jCode and $CmpRtCd = $jCmpRtCd and #Rate = #jRate     !if arra
      and $Earn_Begin_Dt = $jEarnBegin                                 !121
      and $Earn_End_Dt = $jEarnEnd                                     !121
    break                                                              !exit th
    else
      if #j = #lastCol
        if $Earn_End_Dt = &A.PAY_END_DT                                !121
          move &A.PAY_END_DT to $lastEarnEnd                           !121
        end-if                                                         !121
                            move $lastCode      to $Code
                            move $lastName1     to $Name
                            move $lastCmpRtCd   to $CmpRtCd
                            move #lastRate      to #Rate
                            move $lastEarnBegin to $Earn_Begin_Dt
                            move $lastEarnEnd   to $Earn_End_Dt
        break
      end-if
    end-if
  end-if
  add 1 to #j
end-while

while #i <= #EarnsRow
  evaluate #i
    when = #RatesRow
      move #Rate  to #Cur
    when = #HoursRow
      move #Hours to #Cur
    when = #EarnsRow
      move #Earns to #Cur
    when-other
      move 0      to #Cur
  end-evaluate

  put $Code $Name $Earn_Begin_Dt $Earn_End_Dt $CmpRtCd -
    into ETDarray(#i) Code(#j) Name(#j) Earn_Begin_Dt(#j) Earn_End_Dt(#j) CmpRt
```

begin-procedure Update-ETDarray-Current-Earnings

1. Added Earns Begin and Earns End date to update earnings array variables used to process hourly California Wages earned for current payroll processing.
2. Added logic to process Hourly California wages when "Other" is a summation of both current and prior pay period earnings. The $LastEarnEnd is now default to Pay Period End Date instead of Earnings End Dt.

```
!**********************************************************************
begin-procedure Read-ETDarray
!**********************************************************************

 move 0 to #i
 while #i <= #lastRow
  get $Name $CmpRtCd #Cur #YTD from ETDarray(#i) Name(#j) CmpRtCd(#j) Cur(#j) YTD
  evaluate #i
    when = #RatesRow
      move $Name to $EarnName
      move $CmpRtCd to $CompCode
      move #Cur  to #EarnRate

    when = #HoursRow
      move #Cur  to #HourCur
      move #YTD  to #HourYTD
      add  #Cur  to #HourCurTotal
```

```
!**********************************************************************
begin-procedure Read-ETDarray
!**********************************************************************

 move 0 to #i
 while #i <= #lastRow
  get $Name $Earn_Begin_Dt $Earn_End_Dt $CmpRtCd #Cur #YTD from -
    ETDarray(#i) Name(#j) Earn_Begin_Dt(#j) Earn_End_Dt(#j) CmpRtCd(#j) Cur(#j)
  evaluate #i
    when = #RatesRow
      move $Name to $EarnName
      move $CmpRtCd to $CompCode
      move #Cur  to #EarnRate
      move $Earn_Begin_Dt to $Prt_EarnBegin
      move $Earn_End_Dt   to $Prt_EarnEnd
    when = #HoursRow
      move #Cur  to #HourCur
      move #YTD  to #HourYTD
      add  #Cur  to #HourCurTotal
```

begin-procedure Read-ETDarray

1. Added Earns Begin and Earns End date to read earnings array variables used to process California Wages earned for current payroll processing.



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00154

```
! print 'Rate'                (+1,25)

 print '-'                    (+1,34,16) fill
 print 'Current'              (,44)
 print '-'                    (,50,16)   fill
 print '-'                    (,64,12)   fill
 print 'YTD'                  (,71)
 print '-'                    (,75,10)   fill
 print 'Description'          (+1,2)
 print 'Code'                 (,25)
 print 'Rate'                 (,34)
 print 'Hours'                (,45)
 print 'Earnings'             (,53)
 print 'Hours'                (,64)
 print ' Earnings'            (,74)

columns 2 25 32 44 51 63 71  86 105 117  2 24 33  44 66 75  86 108 117

move 0 to #j
while #j <= (n)
  if #j = (n)                 !totals lines
    move 'Total:'             to $EarnName

    move 0                    to #EarnRate
    move #HourCurTotal        to #HourCur
    move #HourYTDTotal        to #HourYTD
    move &B.Total_Gross       to #EarnCur
    move &Y.Total_Gross_YTD   to #EarnYTD
```

```
!Begin-1214062594
  if $CA_Earns_Found = 'Y'
   and &J.EMPL_TYPE <> 'S'
   print '-'                        (+1,14,4) fill
   print 'Current/Prior Period'           (,17)
   print '-'                        (,31,3) fill
   print '-'                        (,37,16) fill
   print 'Current'                  (,46)
   print '-'                        (,52,16)  fill
   print '-'                        (,66,12)  fill
   print 'YTD'                      (,73)
   print '-'                        (,77,10)  fill

   print 'Description'              (+1,2)
   print 'Begin Date'               (,14)
   print 'End Date'                 (,25)
   print 'Rate'                     (,37)
   print 'Hours'                    (,46)
   print 'Earnings'                 (,55)
   print 'Hours'                    (,66)
   print '  Earnings'               (,75)
  else
   print '-'                        (+1,34,16) fill
   print 'Current'                  (,44)
   print '-'                        (,50,16)  fill
   print '-'                        (,64,12)  fill
   print 'YTD'                      (,71)
   print '-'                        (,75,10)  fill
   print 'Description'              (+1,2)

   print 'Rate'                     (,34)
   print 'Hours'                    (,45)
   print 'Earnings'                 (,53)
   print 'Hours'                    (,64)
   print ' Earnings'                (,74)
  end-if
!End-1214062594

!Begin-1214062594
  if $CA_Earns_Found = 'Y'
    and &J.EMPL_TYPE <> 'S'
    columns 2 14 25 35 44 52 64 72  86 105 117  2 24 33  44 66 75  86 108 117
  else
    columns 2 25 32 44 51 63 71  86 105 117  2 24 33  44 66 75  86 108 117
  end-if
!End-1214062594

move 0 to #j
while #j <= (n)
  if #j = (n)                 !totals lines
    move 'Total:'             to $EarnName
    move ''                   to $Prt_EarnBegin        !1214062594
    move ''                   to $Prt_EarnEnd          !1214062594
    move 0                    to #EarnRate
    move #HourCurTotal        to #HourCur
    move #HourYTDTotal        to #HourYTD
    move &B.Total_Gross       to #EarnCur
    move &Y.Total_Gross_YTD   to #EarnYTD
```

begin-procedure Print-Statement

1. If an Hourly Employee has California earnings, modified Print Statement to Print Earnings Begin and Earnings End Date for Employees.
2. If Employee does not have California earnings defaults to original pay earnings Print Statement.
3. If a California Employee who has Prior Pay Period Earnings has reached the maximum of 13 earnings, all additional prior pay period earnings will summarized in to one amount with a description of "Other". The following message will appear on the cross foot notes section of the Pay Check. *"NOTE: "Other" can be summarization of both current/prior period earnings. Please contact the Payroll Administrator for a detailed list of other prior period earnings."*
4. If Earnings Name Exceeded 14 characters in length, modified Earnings Name to prevent to the description from overwriting Earnings Begin Date.



CONFIDENTIAL INFORMATION

```
print $EarnName                (#row1,1)

! print $CompCode              () ++

next-column
if #HourCur <> 0
  print #EarnRate              () edit b999.999999mi !change to 12,6 if needed
end-if
next-column
print #HourCur                 () edit b999.99mi
next-column
if rtrim($EarnName,' ') <>
  print #EarnCur               () edit 9,999,990.99mi
end-if
next-column
print #HourYTD                 () edit b9,999.99mi
next-column
if rtrim($EarnName,' ') <>
  print #EarnYTD               () edit 999,999,990.99mi
end-if
```

```
!Begin-1214062594
    if $EarnName = 'Other'
      if $CA_Earns_Found = 'Y'
        and &J.EMPL_TYPE <> 'S'
          move 'Y'          to $Print_Other_Msg
        end-if
    end-if

    Let #length = length($EarnName)
    if #length > 14
      and $CA_Earns_Found = 'Y'
         and &J.EMPL_TYPE <> 'S'
            Let $EarnName = substr($EarnName,1,14)
            print $EarnName               (#row1,1)
    else
            print $EarnName               (#row1,1)
    end-if
!End-1214062594

!Begin-1214062594
   if $CA_Earns_Found = 'Y'
      and &J.EMPL_TYPE <> 'S'
         do Format-DateTime($Prt_EarnBegin, $out, {DEFDATE}, '', '')
         print $out
         next-column
         do Format-DateTime($Prt_EarnEnd, $out, {DEFDATE}, '', '')
         print $out
         next-column
       if #HourCur <> 0
         print #EarnRate          () edit b999.999999mi !change to 12,6 if needed
       end-if
       next-column
       print #HourCur             () edit b999.99mi
       next-column
       if rtrim($EarnName,' ') <>
       print #EarnCur             () edit 99,999,990.99mi
       end-if
       next-column
       print #HourYTD             () edit b9,999.99mi
       next-column
       if rtrim($EarnName,' ') <>
         print #EarnYTD           () edit 999,999,990.99mi
       end-if
   else
       next-column
       if #HourCur <> 0
         print #EarnRate          () edit b999.999999mi !change to 12,6 if needed
       end-if
       next-column
       print #HourCur             () edit b999.99mi
       next-column
       if rtrim($EarnName,' ') <>
       print #EarnCur             () edit 99,999,990.99mi
       end-if
       next-column
       print #HourYTD             () edit b9,999.99mi
       next-column
       if rtrim($EarnName,' ') <>
         print #EarnYTD           () edit 999,999,990.99mi
       end-if
   end-if
!End-1214062594

!Begin-1214062594
        if $Print_Other_Msg = 'Y'
                let #row = 49
                columns 30
                          print 'NOTE: "Other" can be summarization of both current/p
                          print 'period earnings.  Please contact the Payroll Admini
                          print 'for a detailed list of other prior period earnings'
        end-if
!End-1214062594
```



CONFIDENTIAL
INFORMATION

| | | |
|---|---|---|
| | !Begin-1214062594<br>!****************************************<br>begin-procedure Delete-Wrk_Pyern_Prc<br>!****************************************<br><br>begin-SQL on-error=Ignore<br>DELETE FROM PS_WRK_PYERN_PRC<br>WHERE PROCESS_INSTANCE = #prcs_process_instance<br>end-SQL<br><br>end-procedure | begin-procedure Delete-Wrk_Pyern_Prc<br>1. Procedure used to clear temporary work table used to sort California Employees earnings. |
| | !****************************************<br>begin-procedure Process-Earnings<br>!****************************************<br><br>move 0 to #j<br>while #j <= #lastCol<br>get $jCode $jName $jEarnBegin $jEarnEnd $jCapRtCd #jRate -<br>from ETDarray(0) Code(#j) Name(#j) Earn_Begin_Dt(#j) Earn_End_Dt(#j) CapR(<br>if rtrim($jCode,' ') = '' !if array entry is null<br>break !exit the "while"<br>else<br>get #jEarns_Hrs<br>from ETDarray(1) Cur(#j)<br>get #jEarns_Amt<br>from ETDarray(2) Cur(#j)<br>evaluate $jCode<br>when = &PG.ErnCd_Reg_Hrs<br>move '1' to $jEarns_Type !Regular Hourly<br>break<br>when = &PG.ErnCd_Reg_Earns<br>move '2' to $jEarns_Type !Regular Salary<br>break<br>when = &PG.ErnCd_OT_Hrs<br>move '3' to $jEarns_Type !Overtime<br>break<br>when = '***' !1214062594<br>move '5' to $jEarns_Type !Other Earnings !1214062594<br>break !1214062594<br>when-other<br>move '4' to $jEarns_Type<br>break<br>end-evaluate<br>do Process-Earns-Wrk<br>end-if<br>add 1 to #j<br>end-while<br><br>!reset ETDarray<br>move 0 to #i<br>while #i <= #lastRow<br>move 0 to #j<br>while #j <= #lastCol<br>put ' ' ' ' ' ' ' ' ' ' 0 0 into ETDarray(#i) Code(#j) Name(#j) -<br>Earn_Begin_Dt(#j) Earn_End_Dt(#j) CapRtCd(#j) Cur(#j) YTD(#j)<br><br>add 1 to #j<br>end-while<br>add 1 to #i<br>end-while<br><br>do Process-Earnings-Array<br><br>end-procedure | begin-procedure Process-Earnings<br>1. Procedure used to get Earnings from array to be sorted by Earnings Type. i.e. Regular Hourly, Regular Salary, Regular Overtime and other earnings. |

```
!***************************************************************************
begin-procedure Process-Earns-Wrk
!***************************************************************************

 let $Earns_Wrk_Found = 'N'

 if IsNull(rtrim($jEarnBegin,' '))
   let $jEarnBegin = &A.PAY_BEGIN_DT
 end-if

 if IsNull(rtrim($jEarnEnd, ' '))
   let $jEarnEnd = &A.PAY_END_DT
 end-if

 if IsNull(rtrim($jCmpRtCd, ' '))
   let $jCmpRtCd = ' '
 end-if

begin-SELECT DISTINCT
WRK.PROCESS_INSTANCE

 let $Earns_Wrk_Found = 'Y'

FROM PS_WRK_PYERN_PRC WRK
WHERE WRK.PROCESS_INSTANCE = #prcs_process_instance
AND WRK.EARNS_TYPE = $jEarns_Type
AND WRK.ERNCD = $jCode
AND WRK.EARNS_BEGIN_DT = $jEarnBegin
AND WRK.EARNS_END_DT = $jEarnEnd
AND WRK.COMP_RATECD = $jCmpRtCd
AND WRK.HOURLY_RT = #jRate
end-SELECT

 if $Earns_Wrk_Found = 'N'
   do Insert-Earns-Wrk
 else
   do Update-Earns-Wrk
 end-if

end-procedure
```

begin-procedure Process-Earns-Wrk

1. Sets Default values for Earnings Begin Dt, Earnings End Dt and comp rate code which may be null. Cannot insert null values in to temporary work table.
2. Procedure used to determine if California Earnings has been processed previously for an hourly employee.
3. If California earnings exist for an earnings code, will add amounts and hours and update values.
4. If California earnings do not exist will insert new earnings.

```
!***************************************************************************
begin-procedure Insert-Earns-Wrk
!***************************************************************************

begin-SQL
INSERT INTO PS_WRK_PYERN_PRC
(PROCESS_INSTANCE,
EARNS_TYPE,
ERNCD,
EARNS_BEGIN_DT,
EARNS_END_DT,
COMP_RATECD,
HOURLY_RT,
DESCR,
EARNS_HRS,
EARNS_AMT)
VALUES(#prcs_process_instance ,
$jEarns_Type,
$jCode,
$jEarnBegin,
$jEarnEnd,
$jCmpRtCd,
#jRate,
$jName,
#jEarns_Hrs,
#jEarns_Amt)
end-SQL
end-procedure
```

begin-procedure Insert-Earns-Wrk

1. Inserts California Earnings in to Temporary table used to sort earnings.



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00158

```
!*****************************************************************
begin-procedure Update-Earns-Wrk
!*****************************************************************
begin-SQL
UPDATE PS_WRK_PYERN_PRC
SET EARNS_HRS = EARNS_HRS + #jEarns_Hrs,
    EARNS_AMT = EARNS_AMT + #jEarns_Amt
WHERE PROCESS_INSTANCE = #prcs_process_instance
AND EARNS_TYPE = $jEarns_Type
AND ERNCD = $jCode
AND EARNS_BEGIN_DT = $jEarnBegin
AND EARNS_END_DT = $jEarnEnd
AND COMP_RATECD = $jCmpRtCd
AND HOURLY_RT = #jRate
end-SQL
end-procedure
```

begin-procedure Update-Earns-Wrk

1. Updates California earnings for an existing earnings code.

```
!*****************************************************************
begin-procedure Process-Earnings-Array
!*****************************************************************

 move 0 to #j
begin-SELECT
EW.EARNS_TYPE
EW.ERNCD
EW.EARNS_BEGIN_DT
EW.EARNS_END_DT
EW.COMP_RATECD
EW.HOURLY_RT
EW.DESCR
EW.EARNS_HRS
EW.EARNS_AMT

 move 0 to #i
 while #i <= #EarnsRow
   evaluate #i
    when = 0
      put &EW.ERNCD &EW.DESCR &EW.EARNS_BEGIN_DT &EW.EARNS_END_DT -
          &EW.COMP_RATECD &EW.HOURLY_RT -
              into ETDarray(#i) Code(#j) Name(#j) Earn_Begin_Dt(#j) Earn_End_Dt(#
                  CmpRtCd(#j) Cur(#j)
    when = 1
      put &EW.ERNCD &EW.DESCR &EW.EARNS_BEGIN_DT &EW.EARNS_END_DT -
          &EW.COMP_RATECD &EW.EARNS_HRS -
              into ETDarray(#i) Code(#j) Name(#j) Earn_Begin_Dt(#j) Earn_End_Dt(#
                  CmpRtCd(#j) Cur(#j)
    when = 2
      put &EW.ERNCD &EW.DESCR &EW.EARNS_BEGIN_DT &EW.EARNS_END_DT -
          &EW.COMP_RATECD &EW.EARNS_AMT -
              into ETDarray(#i) Code(#j) Name(#j) Earn_Begin_Dt(#j) Earn_End_Dt(#
                  CmpRtCd(#j) Cur(#j)
  end-evaluate
  add 1 to #i
 end-while

 add 1 to #j

FROM PS_WRK_PYERN_PRC EW
WHERE EW.PROCESS_INSTANCE = #prcs_process_instance
ORDER BY EW.EARNS_BEGIN_DT DESC,
                        EW.EARNS_TYPE ASC,
                        EW.ERNCD ASC,
         EW.HOURLY_RT ASC
end-SELECT

end-procedure
```

begin-procedure Process-Curr-Earns-Array

1. Selects earnings array California Earnings from temporary work table by earnings begin dt, earnings type, erncd, and hourly rate.Puts Earnings in to array based upon whether the earnings code has an hourly rate, hours earned or earnings amount.



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00159