**TOM_RROW NOW**

Master Fix Id: CSS-TN-1214062594

begin-procedure Ignore
1. Procedure used handle processing if there is no data to be deleted from temporary table

Comparison of Output files before and after running the Modified PAY003.SQR and DDP003.SQR

Please see attached files in SAS Development Unit Testing for supporting documentation of comparisons:

Completed Payroll Process for RunID – KU2-07-01, KU2-07-02, KU2-07-03, KU2-07-04.

1) Comparison of an employee who does not have California Wages.
   a) Paycheck – 0090
   b) Advice – 0012

For other state employees, the earnings section of the paycheck will resemble to original paycheck currently being printed.

## Non California Emplid – 0090
### Original Hours and Earnings

Jacob Armstrong
4526 Bluejay
Ann Arbor MI 31346

| Employee ID: | 0090 |
|---|---|
| Department: | 10000-Human Resources |
| Location: | Corporation Headquarters |
| Job Title: | Human Resources Analyst |
| Pay Rate: | $5,833.33 Monthly |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 33.653846 | 72.00 | 2,423.07 | 312.00 | 10,499.97 |
| Overtime | 42.067188 | 8.00 | 437.50 | 56.00 | 3,030.14 |
| Automobile Allowance | | | 150.00 | | 300.00 |
| Award – Cash | | | 200.00 | | 400.00 |
| Double Time | 67.307692 | 56.00 | 3,769.22 | 112.00 | 7,538.44 |
| Overtime | 45.192188 | 8.00 | 450.00 | | 0.00 |
| Bonus | | | 400.00 | | 600.00 |
| Overtime | 50.480769 | 8.00 | 403.85 | | 0.00 |
| Paid Time Off | 33.653846 | 16.00 | 538.46 | 24.00 | 807.69 |
| Advance | | | 200.00 | | 200.00 |
| Compensatory Time Off | 33.653846 | 8.00 | 269.23 | 8.00 | 269.23 |
| Overtime | 44.871667 | 16.00 | 897.44 | | 0.00 |
| Overtime | 40.384500 | 8.00 | 430.77 | | 0.00 |
| Total | | 184.00 | 9,708.00 | 512.00 | 23,645.47 |

## Non California Emplid – 0012
### Original Hours and Earnings

### New Hours Earnings

Jacob Armstrong
4526 Bluejay
Ann Arbor MI 31346

| Employee ID: | 0090 |
|---|---|
| Department: | 10000-Human Resources |
| Location: | Corporation Headquarters |
| Job Title: | Human Resources Analyst |
| Pay Rate: | $5,833.33 Monthly |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 33.653846 | 72.00 | 2,423.07 | 312.00 | 10,499.97 |
| Overtime | 42.067188 | 8.00 | 437.50 | 56.00 | 3,030.14 |
| Automobile Allowance | | | 150.00 | | 300.00 |
| Award – Cash | | | 200.00 | | 400.00 |
| Double Time | 67.307692 | 56.00 | 3,769.22 | 112.00 | 7,538.44 |
| Overtime | 45.192188 | 8.00 | 450.00 | | 0.00 |
| Bonus | | | 400.00 | | 600.00 |
| Overtime | 50.480769 | 8.00 | 403.85 | | 0.00 |
| Paid Time Off | 33.653846 | 16.00 | 538.46 | 24.00 | 807.69 |
| Advance | | | 200.00 | | 200.00 |
| Compensatory Time Off | 33.653846 | 8.00 | 269.23 | 8.00 | 269.23 |
| Overtime | 44.871667 | 16.00 | 897.44 | | 0.00 |
| Overtime | 40.384500 | 8.00 | 430.77 | | 0.00 |
| Total | | 184.00 | 9,708.00 | 512.00 | 23,645.47 |

### New Hours Earnings

March 22, 2007

CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00160

Dockets.Justia.com

**TOMORROW NOW**

## Master Fix Id: CSS-TN-1214062594

Camara Anaya
56213 Park
Goshen, KY 12456

| | | | Employee ID: | 0012 |
| | | | Department: | 10000-Human Resources |
| | | | Location: | Corporation Headquarters |
| | | | Job Title: | Human Resources Analyst |
| | | | Pay Rate: | $8,750.00 Monthly |

HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular | 50.480769 | 80.00 | 4,038.46 | 320.00 | 16,153.84 |
| Automobile Allowance | | | 400.00 | | 700.00 |
| Bonus | | | 500.00 | | 1,300.00 |
| Award – Cash | | | 150.00 | | 400.00 |
| Paid Time Off | 50.480769 | 24.00 | 1,211.54 | 64.00 | 3,230.77 |
| Double Time | | | 0.00 | 12.00 | 1,211.54 |
| Overtime | | | 0.00 | 16.00 | 1,293.59 |
| **Total:** | | 104.00 | 6,300.00 | 412.00 | 24,289.74 |

*For other state employees, the earnings section of the paycheck will resemble to original paycheck currently being printed.*

Camara Anaya
56213 Park
Goshen, KY 12456

| | | | Employee ID: | 0012 |
| | | | Department: | 10000-Human Resources |
| | | | Location: | Corporation Headquarters |
| | | | Job Title: | Human Resources Analyst |
| | | | Pay Rate: | $8,750.00 Monthly |

HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular | 50.480769 | 80.00 | 4,038.46 | 320.00 | 16,153.84 |
| Automobile Allowance | | | 400.00 | | 700.00 |
| Bonus | | | 500.00 | | 1,300.00 |
| Award – Cash | | | 150.00 | | 400.00 |
| Paid Time Off | 50.480769 | 24.00 | 1,211.54 | 64.00 | 3,230.77 |
| Double Time | | | 0.00 | 12.00 | 1,211.54 |
| Overtime | | | 0.00 | 16.00 | 1,293.59 |
| **Total:** | | 104.00 | 6,300.00 | 412.00 | 24,289.74 |

2) *Comparison of a Salaried Employee who has California Wages.*
   a) *Paycheck – KUTR02*

Paycheck Emplid – KUTR02 - Prior Earnings
Original Hours and Earnings

John Gardner
444 Glendale Ave.
Moraga CA 94563

| | | | Employee ID: | KUTR02 |
| | | | Department: | 10500-Benefits |
| | | | Location: | California Location |
| | | | Job Title: | Manager-Compensation/Benefits |
| | | | Pay Rate: | $3,800.00 Monthly |

HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular | | 320.00 | 2,676.92 | 320.00 | 10,707.68 |
| General Credits | | | 119.23 | | 476.92 |
| Medical Credits | | | 7.38 | | 29.52 |
| Dental Credits | | | 1.85 | | 7.40 |
| **Total:** | | 320.00 | 2,805.38 | 320.00 | 11,221.52 |

New Hours Earnings

*For Salaried California employees, the earnings section of the paycheck will resemble to original paycheck currently being printed.*

John Gardner
444 Glendale Ave.
Moraga CA 94563

| | | | Employee ID: | KUTR02 |
| | | | Department: | 10500-Benefits |
| | | | Location: | California Location |
| | | | Job Title: | Manager-Compensation/Benefits |
| | | | Pay Rate: | $3,800.00 Monthly |

HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular | | 320.00 | 2,676.92 | 320.00 | 10,707.68 |
| General Credits | | | 119.23 | | 476.92 |
| Medical Credits | | | 7.38 | | 29.52 |
| Dental Credits | | | 1.85 | | 7.40 |
| **Total:** | | 320.00 | 2,805.38 | 320.00 | 11,221.52 |

New Hours Earnings

3) *Comparison of Hourly California Employee who has both a check and advice with current and prior are being summarized as "OTHER" earnings on both Paycheck and Advice.*
   a) *Paycheck – KUZ003*
   b) *Advice – KUZ003*

Paycheck Emplid – KUZ003
Original Hours and Earnings

## TOMORROW NOW

**Master Fix Id: CSS-TN-1214062594**

Joanna Muirwood
1989 Emb Way
San Jose CA. 94538

Employee ID: KU2003
Department: 13000-Finance
Location: Delaware Operations
Job Title: Sr Financial Analyst
Pay Rate: $2,562.50 Monthly

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | Begin Date | End Date | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 14.783654 | 48.00 | 709.62 | 02/01/2007 | 02/23/2007 | 299.00 | 872.24 |
| Overtime | 16.462200 | 5.00 | 115.07 | 02/10/2007 | 02/23/2007 | 25.00 | 560.94 |
| Automobile All | | | 15.00 | 02/10/2007 | 02/23/2007 | | 15.00 |
| Adjustment | | | 1.50 | 02/10/2007 | 02/23/2007 | | 300.00 |
| Bonus | | | 100.00 | 02/10/2007 | 02/23/2007 | | 30.00 |
| Advance | | | 200.00 | 02/10/2007 | 02/23/2007 | | 200.00 |
| Automobile All | | | 50.00 | 02/10/2007 | 02/23/2007 | | 50.00 |
| Award + Cash | | | 100.00 | 02/10/2007 | 02/23/2007 | | 100.00 |
| Bonus | | | 10.00 | 02/10/2007 | 02/23/2007 | | 30.00 |
| Compensatory T | | 16.00 | 236.54 | 02/10/2007 | 02/23/2007 | 16.00 | 236.54 |
| Double Time | 29.567308 | 5.00 | 147.84 | 02/10/2007 | 02/23/2007 | 15.00 | 443.52 |
| Earned net Pai | 14.783654 | 16.00 | 236.54 | 02/10/2007 | 02/23/2007 | 16.00 | 236.54 |
| Refund Award | | | 50.00 | 02/10/2007 | 02/23/2007 | | 50.00 |
| Other | | 67.00 | 1381.72 | 01/02/2007 | 02/23/2007 | 26.00 | 447.51 |
| **Total:** | | 157.00 | 3,543.33 | | | 397.00 | 3,542.33 |

NOTE: Rate * Hours = Earnings unless an hours or earnings
adjustment is included or Rate is from an FLSA calculations
NOTE: "Other" can be summarization of both current/prior
period earnings. Please contact the Payroll Administrator
for a detailed list of other prior period earnings.

### PTO HOURS
| | VTD |
|---|---|
| Start Balance: | 0.0 |
| + Earned: | |
| + Bought: | |
| - Taken: | |
| - Sold: | |
| - Adjustment: | |
| End Balance: | 0.0 |

MESSAGE: New SQR Test Payroll for RunID KU2-07-04

### NET PAY DISTRIBUTION
| | |
|---|---|
| Advice #000000000000246 | 1,899.29 |
| Check #000000000001587 | 633.09 |
| **Total:** | 2,532.38 |

---

Joanna Muirwood
1989 Emb Way
San Jose CA. 94538

Employee ID: KU2003
Department: 13000-Finance
Location: Delaware Operations
Job Title: Sr Financial Analyst
Pay Rate: $2,562.50 Monthly

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 14.783654 | 59.00 | 872.24 | 299.00 | 872.24 |
| Automobile Allowance | | | 15.00 | | 15.00 |
| Adjustments | | | 300.00 | | 300.00 |
| Bonus | | | 30.00 | | 30.00 |
| Double Time | 29.567308 | 15.00 | 443.52 | 15.00 | 443.52 |
| Earned net Paid | 14.783654 | 16.00 | 236.54 | 16.00 | 236.54 |
| Overtime | 16.462200 | 5.00 | 113.07 | 25.00 | 560.94 |
| Refund Award | | | 50.00 | | 50.00 |
| Advance | | | 200.00 | | 200.00 |
| Automobile Allowance | | | 50.00 | | 50.00 |
| Award + Cash | | | 100.00 | | 100.00 |
| Compensatory Time Off Adjust | 14.783654 | 16.00 | 236.54 | 16.00 | 236.54 |
| Other | | 46.00 | 889.42 | 26.00 | 447.51 |
| **Total:** | | 157.00 | 3,543.33 | 397.00 | 3,542.33 |

### PTO HOURS
| | VTD |
|---|---|
| Start Balance: | 0.0 |
| + Earned: | |
| + Bought: | |
| - Taken: | |
| - Sold: | |
| - Adjustment: | |
| End Balance: | 0.0 |

MESSAGE: Old SQR Test Payroll for RunID KU2-07-04

### NET PAY DISTRIBUTION
| | |
|---|---|
| Advice #000000000000246 | 1,899.29 |
| Check #000000000001587 | 633.09 |
| **Total:** | 2,532.38 |

Advice Emplid – KU2003
Original Hours and Earnings

New Hours Earnings

---

For an hourly California Employee, the earnings section of the paycheck will now include Earnings Begin and End dates for both current and prior pay period earnings.

When hourly California Employee warnings section of the check contains the maximum number of earnings which can be displayed on a check with pay period begin and end dates for current earnings displayed, additional current and prior period earnings have been summarized with an earnings description of "Other", the earnings begin date will be populated with minimum earnings begin date and the earnings end with current pay period end date.

NOTE: Earnings are sorted by earnings begin date, desc and emcd with "Other" always appearing as the 13 line in earnings section of check when maximum earnings for display are reached.

# TOM·RROW NOW

**Master Fix Id: CSS-TN-1214062594**

Joanna Minetossi
1989 Ernah Way
San Jose, CA 94538

| | Employee ID: KU2003 |
|---|---|
| Department | 13000-Finance |
| Location | Delaware Operations |
| Job Title | Sr Financial Analyst |
| Pay Rate | $2,562.50 Monthly |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular | 14.783654 | 59.00 | 872.24 | | 872.24 |
| Automobile Allowance | | | 15.00 | | 15.00 |
| Adjustments | | | 300.00 | | 300.00 |
| Bonus | | | 30.00 | | 30.00 |
| Double Time | 29.567308 | 15.00 | 443.52 | | 443.52 |
| Earned per Paid | 14.783654 | 16.00 | 236.54 | | 236.54 |
| Overtime | 16.462200 | 5.00 | 115.07 | | 560.96 |
| Referral Award | | | 50.00 | | 50.00 |
| Advance | | | 300.00 | | 300.00 |
| Automobile Allowance | | | 50.00 | | 50.00 |
| Award - Cash | | | 100.00 | | 100.00 |
| Compensatory Time Off Adjust | 14.783654 | 16.00 | 236.54 | 16.00 | 236.54 |
| Other | | 46.00 | 891.42 | 26.00 | 447.53 |
| **Total** | | 97.00 | 3,542.33 | 97.00 | 3,542.33 |

NQ(*) Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

### HOURS
Start Balance ........ 0.0
- Earned:
- Bought:
- Taken:
- Sold:
- Adjustments:
End Balance: ........ 0.0

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000000000246 | 1,899.29 |
| Check #000000000001587 | 633.09 |
| **Total:** | 2,532.38 |

MESSAGE: Old SQR Test Payroll for RunID KU2-07-04

---

JoAnna Minetossi
1989 Ernah Way
San Jose, CA 94538

| | Employee ID: KU2003 |
|---|---|
| Department | 13000-Finance |
| Location | Delaware Operations |
| Job Title | Sr Financial Analyst |
| Pay Rate | $2,562.50 Monthly |

## HOURS AND EARNINGS

| Description | Current Period Begin Date | End Date | Current Period Rate | Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 02/10/2007 | 02/23/2007 | 14.783654 | 48.00 | 709.62 | 59.00 | 872.24 |
| Overtime | 02/10/2007 | 02/23/2007 | 16.462200 | 5.00 | 115.07 | 25.00 | 560.96 |
| Automobile Allowance | 02/10/2007 | 02/23/2007 | | | -5.00 | | 15.00 |
| Adjustments | 02/10/2007 | 02/23/2007 | | | 100.00 | | 300.00 |
| Advance | 02/10/2007 | 02/23/2007 | | | 100.00 | | 300.00 |
| Automobile Allowance | 02/10/2007 | 02/23/2007 | | | 50.00 | | 50.00 |
| Award - Cash | 02/10/2007 | 02/23/2007 | | | 100.00 | | 100.00 |
| Bonus | 02/10/2007 | 02/23/2007 | | | 10.00 | | 30.00 |
| Compensatory T | 02/10/2007 | 02/23/2007 | 14.783654 | 16.00 | 236.54 | 16.00 | 236.54 |
| Double Time | 02/10/2007 | 02/23/2007 | 29.567308 | 5.00 | 147.84 | 15.00 | 443.52 |
| Earned per Pai | 02/10/2007 | 02/23/2007 | 14.783654 | 16.00 | 236.54 | 16.00 | 236.54 |
| Referral Award | 02/10/2007 | 02/23/2007 | | | 50.00 | | 50.00 |
| Other | 02/10/2007 | 02/23/2007 | | 67.00 | 1,543.13 | 26.00 | 447.53 |
| **Total** | | | | 151.75 | 1,543.13 | 199.00 | 3,542.33 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation. NOTE: "Other" can be summarization of both current/prior period earnings. Please contact the Payroll Administrator for a detailed list of other prior period earnings.

### PRO HOURS
Start Balance ........ 0.0
- Earned:
- Bought:
- Taken:
- Sold:
End Balance: ........ 0.0

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000000000246 | 1,899.29 |
| Check #000000000001587 | 633.09 |
| **Total:** | 2,532.38 |

MESSAGE: New SQR Test Payroll for RunID KU2-07-04

---

4)  Comparison of Hourly California Employee who has maximized prior earnings and these earnings are being summarized as "OTHER" earnings on paycheck and advice.
    a) Paycheck – KU0090
    b) Advice – KU0118

Paycheck Emplid – KU0090
Original Hours and Earnings

New Hours Earnings

March 22, 2007

TN-1214062594-DEV-Unit Test_04.doc

CONFIDENTIAL INFORMATION

**TOM. RROW NOW**

## Master Fix Id: CSS-TN-121406254

For an hourly California Employee, the earnings section of the paycheck will now include Earnings Begin and Earnings End dates for both current and prior pay period earnings.

When an hourly California Employee has Prior Pay Period Earnings, all prior period earnings will appear with earnings begin and earnings end date. If prior period earnings have reached the maximum of 12 earnings, all additional prior pay period earnings will summarized in to one amount with a description of "Other".

NOTE: Earnings are sorted by earnings begin date, desc and ernd with "Other" always appearing as the 13 line in earnings section of check when maximum earnings for display are reached.

---

### Advice Emplid – KU0118
### Original Hours and Earnings

### New Hours Earnings

---

March 22, 2007

TN-121406254-DEV-Unit Test_04.doc

SAS-TN-OR-01823633-OR-00164

CONFIDENTIAL INFORMATION

**TOM RROW NOW**

5) *Comparison of Hourly California Employee who current earnings which reached the maximum number of earnings to appear on Paycheck/Advice.*
 a) *Paycheck – KUTR05*
 b) *Advice – KUZ002*

---

**Paycheck Emplid – KUTR05**
**Original Hours and Earnings**

Marie Matererua
900 Cyprus Way
Walnut Creek CA 94596

Employee ID: KUTR05
Department: 10500-Benefits
Location: California Location
Job Title: Administrative Assistant
Pay Rate: $17.000000/Hourly

HOURS AND EARNINGS

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 17.000000 | 60.00 | 1,020.00 | 156.00 | 2,652.00 |
| Automobile Allowance | | | 50.00 | | 50.00 |
| Adjustments | | | 75.00 | | 75.00 |
| Advance | | | 100.00 | | 100.00 |
| Automobile Allowance | | | 10.00 | | 10.00 |
| Award – Cash | | | 25.00 | | 25.00 |
| Bonus | | | 50.00 | | 50.00 |
| Compensatory Time Off | 17.000000 | 8.00 | 136.00 | 8.00 | 136.00 |
| Earned sun Paid | 17.000000 | 16.00 | 272.00 | 16.00 | 272.00 |
| Expense Reimbursement | | | 25.00 | | 25.00 |
| Jury Pay | | | 20.00 | | 20.00 |
| Double Time | 34.000000 | 4.00 | 136.00 | 4.00 | 136.00 |
| Other | | 36.00 | 859.33 | 36.00 | 859.33 |
| Total | | 124.00 | 2,778.33 | 220.00 | 4,410.33 |

NOTE: Rate * Hours + Earnings unless no hours or earnings adjustment is included or Rate is from an FLSA calculation.

PTO HOURS
Start Balance: 0.0
- Earned:
- Bought:
- Taken:
- Sold: 0.0
- Adjustments:
End Balance: 0.0

MESSAGE: Old SQR Test Payroll for RunID KU2-07-04

---

**California Emplid – KUZ002**
**Advice**

Master Fix Id: CSS-TN-1214062594

PTO HOURS                VTD
Start Balance: 0.0       0.0
- Earned:
- Bought:
- Taken:
- Sold:
- Adjustments:
End Balance: 0.0         0.0

MESSAGE: New SQR Test Payroll for RunID KU2-07-04

New Hours Earnings

Marie Matererua
900 Cyprus Way
Walnut Creek CA 94596

Employee ID: KUTR05
Department: 10500-Benefits
Location: California Location
Job Title: Administrative Assistant
Pay Rate: $17.000000/Hourly

HOURS AND EARNINGS

| Description | Begin Date | End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 02/10/2007 | 02/23/2007 | 17.000000 | 60.00 | 1,020.00 | 156.00 | 2,652.00 |
| Automobile-All | 02/10/2007 | 02/23/2007 | | | 50.00 | | 50.00 |
| Adjustments | 02/10/2007 | 02/23/2007 | | | 75.00 | | 75.00 |
| Advance | 02/10/2007 | 02/23/2007 | | | 100.00 | | 100.00 |
| Automobile-All | 02/10/2007 | 02/23/2007 | | | 10.00 | | 10.00 |
| Award – Cash | 02/10/2007 | 02/23/2007 | | | 25.00 | | 25.00 |
| Bonus | 02/10/2007 | 02/23/2007 | | | 50.00 | | 50.00 |
| Compensatory T | 02/10/2007 | 02/23/2007 | 17.000000 | 8.00 | 136.00 | 8.00 | 136.00 |
| Double Time | 02/10/2007 | 02/23/2007 | 34.000000 | 4.00 | 136.00 | 4.00 | 136.00 |
| Earned sun Paid | 02/10/2007 | 02/23/2007 | 17.000000 | 16.00 | 272.00 | 16.00 | 272.00 |
| Expense Reimbu | 02/10/2007 | 02/23/2007 | | | 25.00 | | 25.00 |
| Jury Pay | 02/10/2007 | 02/23/2007 | | | 20.00 | | 20.00 |
| Other | 02/10/2007 | 02/23/2007 | | 36.00 | 859.33 | 36.00 | 859.33 |
| Total | | | | 124.00 | 2,778.33 | 220.00 | 4,410.33 |

NOTE: Rate * Hours + Earnings unless no hours or earnings adjustment is included or Rate is from an FLSA calculation.

PTO HOURS                VTD
Start Balance: 0.0       0.0
- Earned:
- Bought:
- Taken:
- Sold:
- Adjustments:
End Balance: 0.0         0.0

MESSAGE: New SQR Test Payroll for RunID KU2-07-04

New Hours Earnings

---

For an hourly California Employee, the earnings section of the paycheck will now include Earnings Begin and Earnings End dates for both current and prior pay period earnings.

When an hourly California Employee has all current earnings, all current earnings will appear with an earnings begin and earnings end date. If current earnings have reached the maximum of 12 earnings, all additional current earnings will summarized in to one amount with a description of "Other".

NOTE: Earnings are sorted by earnings begin date, desc and erned with "Other" always appearing as the 13 line in earnings section of check when maximum earnings for display are reached.

---

CONFIDENTIAL INFORMATION

SAS-TN-01823633-OR-00165

# TOM_RROW NOW

Melody Johnson
444 Estabrook Way
Unit 214
San Jose, CA 94588

| | | |
|---|---|---|
| Employee ID: | KU22002 | |
| Department: | 11003-Information System | |
| Location: | California Location | |
| Job Title: | Sr Financial Analyst | |
| Pay Rate: | $20.78 Monthly | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 20.000000 | 32.00 | 640.00 | 300.00 | 672.16 |
| Automobile Allowance | | | 50.00 | | 50.00 |
| Adjustments | | | 75.00 | | 75.00 |
| Advance | | | 100.00 | | 100.00 |
| Automobile Allowance | | | 10.00 | | 10.00 |
| Award – Cash | | | 25.00 | | 25.00 |
| Bonus | | | 50.00 | | 50.00 |
| Compensatory Time Off | 20.000000 | 8.00 | 160.00 | 8.00 | 160.00 |
| Earned net Paid | 20.000000 | 16.00 | 330.00 | 16.00 | 330.00 |
| Espense Reimbursement | | | 25.00 | | 25.00 |
| Jury Pay | | | 20.00 | | 20.00 |
| Regular | 0.119905 | 28.00 | 3.36 | | 0.00 |
| Other | | 60.00 | 256.72 | 60.00 | 256.72 |
| **Total** | | **144.00** | **1735.08** | **384.00** | **1763.88** |

NOTE: Rate + Hours + Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE: Old SQR Test Payroll for RunID KU2-07-04

### DEDUCTIONS

| | |
|---|---|
| Start Balance: | 0.0 |
| + Earned: | |
| + Bought: | |
| – Taken: | |
| – Sold: | |
| – Adjustment: | |
| End Balance: | 0.0 |

---

Melody Johnson
444 Estabrook Way
Unit 214
San Jose, CA 94588

| | | |
|---|---|---|
| Employee ID: | KU22002 | |
| Department: | 11003-Information System | |
| Location: | California Location | |
| Job Title: | Sr Financial Analyst | |
| Pay Rate: | $20.78 Monthly | |

## Master Fix Id: CSS-TN-1214062594

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 02/10/2007 | 02/23/2007 | 0.119905 | 18.00 | 3.36 | 300.00 | 672.16 |
| Regular | 02/10/2007 | 02/23/2007 | 20.000000 | 32.00 | 640.00 | | 50.00 |
| Automobile Allt | 02/10/2007 | 02/23/2007 | | | 50.00 | | 50.00 |
| Adjustments | 02/10/2007 | 02/23/2007 | | | 75.00 | | 75.00 |
| Advance | 02/10/2007 | 02/23/2007 | | | 100.00 | | 100.00 |
| Automobile All | 02/10/2007 | 02/23/2007 | | | 10.00 | | 10.00 |
| Award – Cash | 02/10/2007 | 02/23/2007 | | | 25.00 | | 25.00 |
| Bonus | 02/10/2007 | 02/23/2007 | | | 50.00 | | 50.00 |
| Compensatory T | 02/10/2007 | 02/23/2007 | | | 160.00 | | 160.00 |
| Earned net Paid | 02/10/2007 | 02/21/2007 | 20.000000 | 8.00 | 160.00 | 8.00 | 330.00 |
| Espense Reimbu | 02/10/2007 | 02/21/2007 | 20.000000 | 16.00 | 330.00 | 16.00 | 25.00 |
| Jury Pay | 02/10/2007 | 02/21/2007 | | | 25.00 | | 20.00 |
| Other | 02/10/2007 | 02/21/2007 | | | 20.00 | | 256.72 |
| **Total** | | | | **60.00** | **256.72** | **60.00** | **1763.88** |
| | | | | **144.00** | **1735.08** | **384.00** | |

NOTE: Rate + Hours + Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation. NOTE: "Other" can be summarization of both current/prior period earnings. Please contact the Payroll Administrator for a detailed list of other prior period earnings.

MESSAGE: New SQR Test Payroll for RunID KU2-07-04

### DEDUCTIONS

| | |
|---|---|
| Start Balance: | 0.0 |
| + Earned: | |
| + Bought: | |
| – Taken: | |
| – Sold: | |
| – Adjustment: | |
| End Balance: | 0.0 |

---

## Development Validation of Paycheck and Advice:

Used the following Display coding to create a CSV file which was used to validate the data that appears on the paycheck. This data will be written to the check and advice log file:

Update-ETDarray-Current-Earnings – will show an entry for each earnings to be copied and loaded into Excel for balancing checks and advices. The logic will not appear in delivered source code for clients. It is used by the developer only to validate data being processed.

```
!***********************************************************
begin-procedure Update-ETDarray-Current-Earnings
!***********************************************************

if #Hours <> 0 or #Earns <> 0

if SCA_Earns_Found = Y'
    and &J.EMPL_TYPE <> 'S'
    let SCSV2_Emplid = ltrim(&B.EmplID',')
    let SCSV2_Rate = ltrim(edit(#Rate,'999.9999'),' ')
    let SCSV2_Earns_hrs = ltrim(edit(#Hours,'999.99'),' ')
    let SCSV2_Earns_amt = ltrim(edit(#Earns,'99,999,990.99'),' ')

    let SCSV2_Comma = ','
    let SCSV2_STR = $CSV2_Emplid || $SCSV2_Comma || $SName || $SCSV2_Comma
    let SCSV2_STR2 = $Earn_Begin_Dt || $SCSV2_Comma || $SEarn_End_Dt || $SCmpRiCd || $SCSV2_Comma
    let SCSV2_STR2 = $Earn_Begin_Dt || $SCSV2_Comma || $SCode || $SCSV2_Comma || $SName || $SCSV2_Comma
```

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00166

Master Fix Id: CSS-TN-1214062594

```
          let $CSV2_STR3 = $CSV2_Rate || $CSV2_Comma || $CSV2_Earns_hrs || $CSV2_Comma || $CSV2_Earns_amt
          let $CSV2_All = $CSV2_STR || $CSV2_STR2 || $CSV2_STR3
          display $CSV2_All
     end-if
```

Data is from PAY003_539_out_after.html file:

From Paycheck Output Log File:

```
KU2003    ,REG,Regular,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,40.00,591.35
KU2003    ,AAL,Automobile Allowance,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,0.0000,0.00,5.00
KU2003    ,ADJ,Adjustments,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,0.00,100.00
KU2003    ,BNS,Bonus,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,0.0000,0.00,10.00
KU2003    ,DBT,Double Time,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,29.5673,5.00,147.84
KU2003    ,ENP,Earned not Paid,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,16.00,236.54
KU2003    ,OTP,Overtime,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,16.4622,5.00,115.07
KU2003    ,RFA,Referral Award,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,0.0000,0.00,50.00
KU2003    ,REG,Regular,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,8.00,118.27
KU2003    ,ADV,Advance,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,0.0000,0.00,200.00
KU2003    ,AUT,Automobile Allowance,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,0.0000,0.00,50.00
KU2003    ,AWA,Award -- Cash,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,0.00,100.00
KU2003    ,CMA,Compensatory Time Off Adjust,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,16.00,236.54
KU2003    ,CMP,Compensatory Time Off,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,8.00,118.27
KU2003    ,EXP,Expense Reimbursement,2007-02-10 00:00:00.000,2007-02-23 00:00:00.000    ,0.0000,0.00,25.00
KU2003    ,SCK,Sick Leave,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,8.00,118.27
KU2003    ,AAL,Automobile Allowance,2007-01-08 00:00:00.000,2007-01-12 00:00:00.000    ,0.0000,0.00,5.00
KU2003    ,BNS,Bonus,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,0.0000,0.00,10.00
KU2003    ,DBT,Double Time,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,29.5673,5.00,147.84
KU2003    ,OTP,Overtime,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,15.2600,10.00,224.14
KU2003    ,OTS,Straight Overtime,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,15.2600,5.00,112.07
KU2003    ,REG,Regular,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,1.00,14.78
KU2003    ,AAL,Automobile Allowance,2007-01-02 00:00:00.000,2007-01-07 00:00:00.000    ,0.0000,0.00,5.00
KU2003    ,ADJ,Adjustments,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,0.00,200.00
KU2003    ,BNS,Bonus,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,0.0000,0.00,10.00
KU2003    ,DBT,Double Time,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,29.5673,5.00,147.84
KU2003    ,OTP,Overtime,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,22.1755,10.00,221.75
KU2003    ,OTS,Straight Overtime,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,5.00,73.92
KU2003    ,REG,Regular,2007-01-02 00:00:00.000,2007-02-23 00:00:00.000    ,14.7837,10.00,147.84
KU2003    ,BNS,Bonus,2007-01-02 00:00:00.000,2007-01-06 00:00:00.000    ,0.0000,0.00,10.00
KU2003    ,BNS,Bonus,2007-01-02 00:00:00.000,2007-01-06 00:00:00.000    ,0.0000,0.00,-10.00
```

```
/*******************************************************************
begin-procedure Process-Earnings-Array
/*******************************************************************

   move 0 to #j
```

Process-Earnings-Array -- will show an entry for each earnings up to a maximum of 12 and will show "OTHER" for summarized earnings over the maximum which will be copied and loaded into Excel for balancing checks and advices. The logic will not appear in delivered source code for clients. It is used by the developer only to validate data being processed.

CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00167

# TON_ RROW NOW

— Master Fix Id: CSS-TN-1214062594

```
begin-SELECT
EW.EARNS_TYPE
EW.ERNCD
EW.EARNS_BEGIN_DT
EW.EARNS_END_DT
EW.COMP_RATECD
EW.HOURLY_RT
EW.DESCR
EW.EARNS_HRS
EW.EARNS_AMT

move &EW.EARNS_TYPE      to   SEARNS_TYPE
move &EW.ERNCD           to   SERNCD
move &EW.EARNS_BEGIN_DT  to   SEARNS_BEGIN_DT
move &EW.EARNS_END_DT    to   SEARNS_END_DT
move &EW.COMP_RATECD     to   SCOMP_RATECD
move &EW.HOURLY_RT       to   #HOURLY_RT
move &EW.DESCR           to   SDESCR
move &EW.EARNS_HRS       to   #EARNS_HRS
move &EW.EARNS_AMT       to   #EARNS_AMT

let SCSV_Emplid = ltrim(&B.EmplID,' ')
let SCSV_Rate = ltrim(edit(#HOURLY_RT,'999.9999'),' ')
let SCSV_Earns_hrs = ltrim(edit(#EARNS_HRS,'999.99'),' ')
let SCSV_Earns_amt = ltrim(edit(#EARNS_AMT,'99,999,990.99'),' ')

let SCSV_Comma = ','
let SCSV_STR = SCSV_Emplid || SCSV_Comma || SEARNS_TYPE  || SCSV_Comma || SERNCD || SCSV_Comma
let SCSV_STR2 = SDESCR || SCSV_Comma || SEARNS_BEGIN_DT || SCSV_Comma || SEARNS_END_DT || SCSV_Comma
let SCSV_STR3 = SCOMP_RATECD || SCSV_Comma || SCSV_Rate || SCSV_Comma || SCSV_Earns_hrs || SCSV_Comma || SCSV_Earns_amt
let SCSV_All = SCSV_STR || SCSV_STR2 || SCSV_STR3

display SCSV_All
```

From Paycheck Output Log File:

| | | | | | |
|---|---|---|---|---|---|
| KU2003 | ,1.REG.Regular | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,14.7837,48.00,709.62 |
| KU2003 | ,3.OTP,Overtime | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,16.4622,5.00,115.07 |
| KU2003 | ,4.AAL,Automobile Allowance | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,0.0000,0.00,5.00 |
| KU2003 | ,4.ADJ,Adjustments | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,14.7837,0.00,100.00 |
| KU2003 | ,4.ADV,Advance | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,0.0000,0.00,200.00 |
| KU2003 | ,4.AUT,Automobile Allowance | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,0.0000,0.00,50.00 |
| KU2003 | ,4.AWA,Award -- Cash | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,14.7837,0.00,100.00 |
| KU2003 | ,4.BNS,Bonus | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,0.0000,0.00,10.00 |
| KU2003 | ,4.CMP,Compensatory Time Off Adjust | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,14.7837,16.00,236.54 |
| KU2003 | ,4.DBP,Double Time | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,29.5673,5.00,147.84 |
| KU2003 | ,4.ENP,Earned not Paid | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,14.7837,16.00,236.54 |
| KU2003 | ,4.RFA,Referral Award | ,2007-02-10 | 00:00:00.000, | 2007-02-23 | 00:00:00.000, | ,0.0000,0.00,50.00 |
| KU2003 | ,5.***,Other | ,2007-01-02 | 00:00:00.000, | 2007-02-23 | 00:00:00.000.*** | ,0.0000,67.00,1,581.72 |

TN-1214062594-DEV-Unit Test_04.doc

March 22, 2007

SAS-TN-OR-01823633-OR-00168

CONFIDENTIAL
INFORMATION

**TOMORROW NOW**

SPREADSHEET VALIDATION - EMPLID-KUZ2003-VALIDATION.XLS:

Update-ETDarray-Current-Earnings

Master Fix Id: CSS-TN-1214062594

| EMPLID | ERNCD | DESCR | BEGIN DT | END DT | RATE | HRS | AMT | TOTALS HRS | TOTALS AMT |
|---|---|---|---|---|---|---|---|---|---|
| KUZ2003 | REG | Regular | 2/10/2007 | 2/23/2007 | 14.7837 | 40 | 591.35 | | |
| KUZ2003 | REG | Regular | 2/10/2007 | 2/23/2007 | 14.7837 | 8 | 118.27 | | |
| KUZ2003 | OTP | Overtime | 2/10/2007 | 2/23/2007 | 16.4622 | 5 | 115.07 | | |
| KUZ2003 | AAL | Automobile Allowance | 2/10/2007 | 2/23/2007 | 0 | 0 | 5 | | |
| KUZ2003 | ADJ | Adjustments | 2/10/2007 | 2/23/2007 | 14.7837 | 0 | 100 | | |
| KUZ2003 | ADV | Advance | 2/10/2007 | 2/23/2007 | 0 | 0 | 200 | | |
| KUZ2003 | AUT | Automobile Allowance | 2/10/2007 | 2/23/2007 | 0 | 0 | 50 | | |
| KUZ2003 | AWA | Award - Cash | 2/10/2007 | 2/23/2007 | 14.7837 | 0 | 100 | | |
| KUZ2003 | BNS | Bonus | 2/10/2007 | 2/23/2007 | 0 | 0 | 10 | | |
| KUZ2003 | CMA | Compensation Time Off Adjust | 2/10/2007 | 2/23/2007 | 14.7837 | 16 | 236.54 | | |
| KUZ2003 | DBT | Double Time | 2/10/2007 | 2/23/2007 | 29.5673 | 5 | 147.84 | | |
| KUZ2003 | TENP | Earned Not Paid | 2/10/2007 | 2/23/2007 | 14.7837 | 16 | 236.54 | | |
| KUZ2003 | REA | Referral Award | 2/10/2007 | 2/23/2007 | | | 50 | 90 | 1960.61 |
| KUZ2003 | CMP | Compensatory Time Off | 2/10/2007 | 2/23/2007 | 14.7837 | 8 | 118.27 | | |
| KUZ2003 | EXP | Expense Reimbursement | 2/10/2007 | 2/23/2007 | 0 | 0 | 25 | | |
| KUZ2003 | SCK | Sick Leave | 1/2/2007 | 2/23/2007 | 14.7837 | 8 | 118.27 | | |
| KUZ2003 | AAL | Automobile Allowance | 1/8/2007 | 1/12/2007 | 0 | 0 | 5 | | |
| KUZ2003 | BNS | Bonus | 1/2/2007 | 2/23/2007 | 0 | 0 | 10 | | |
| KUZ2003 | DBT | Double Time | 1/2/2007 | 2/23/2007 | 29.5673 | 5 | 147.84 | | |
| KUZ2003 | OTP | Overtime | 1/2/2007 | 2/23/2007 | 15.26 | 10 | 224.14 | | |
| KUZ2003 | OTS | Straight Overtime | 1/2/2007 | 2/23/2007 | 15.26 | 5 | 112.07 | | |
| KUZ2003 | REG | Regular | 1/2/2007 | 1/7/2007 | 14.7837 | 1 | 14.78 | | |
| KUZ2003 | AAL | Automobile Allowance | 1/2/2007 | 2/23/2007 | 0 | 0 | 5 | | |
| KUZ2003 | ADJ | Adjustments | 1/2/2007 | 2/23/2007 | 14.7837 | 0 | 200 | | |
| KUZ2003 | BNS | Bonus | 1/2/2007 | 2/23/2007 | 0 | 0 | 10 | | |
| KUZ2003 | DBT | Double Time | 1/2/2007 | 2/23/2007 | 29.5673 | 5 | 147.84 | | |
| KUZ2003 | OTP | Overtime | 1/2/2007 | 2/23/2007 | 22.1755 | 10 | 221.75 | | |
| KUZ2003 | OTS | Straight Overtime | 1/2/2007 | 2/23/2007 | 14.7837 | 5 | 73.92 | | |
| KUZ2003 | REG | Regular | 1/2/2007 | 2/23/2007 | 14.7837 | 10 | 147.84 | | |
| KUZ2003 | BNS | Bonus | 1/2/2007 | 1/6/2007 | 0 | 0 | 10 | | |
| KUZ2003 | BNS | Bonus | 1/2/2007 | 1/6/2007 | 0 | 0 | -10 | | |

Process-Earnings-Array

TN-1214062594-DEV-Unit Test_04.doc

March 22, 2007

CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00169

# TOMORROW NOW

### Master Fix Id: CSS-TN-1214062594

| EMPLID | | ERNCD | DESCR | BEGIN DT | END DT | RATE | HRS | AMT |
|--------|---|-------|-------|----------|--------|------|-----|-----|
| KUZ003 | 1 | REG | Regular | 2/10/2007 | 2/23/2007 | 14.7837 | 48 | 709.62 |
| KUZ003 | 3 | OTP | Overtime | 2/10/2007 | 2/23/2007 | 16.4622 | 5 | 115.07 |
| KUZ003 | 4 | AAL | Automobile Allowance | 2/10/2007 | 2/23/2007 | 0 | | 5 |
| KUZ003 | 4 | ADJ | Adjustments | 2/10/2007 | 2/23/2007 | 14.7837 | 0 | 100 |
| KUZ003 | 4 | ADV | Advance | 2/10/2007 | 2/23/2007 | 0 | 0 | 200 |
| KUZ003 | 4 | AUT | Automobile Allowance | 2/10/2007 | 2/23/2007 | 0 | 0 | 50 |
| KUZ003 | 4 | AWA | Award – Cash | 2/10/2007 | 2/23/2007 | 14.7837 | 0 | 100 |
| KUZ003 | 4 | BNS | Bonus | 2/10/2007 | 2/23/2007 | 0 | 0 | 10 |
| KUZ003 | 4 | CMA | Compensatory Time Off Adjust | 2/10/2007 | 2/23/2007 | 14.7837 | 16 | 236.54 |
| KUZ003 | 4 | DBT | Double Time | 2/10/2007 | 2/23/2007 | 29.5673 | 5 | 147.84 |
| KUZ003 | 4 | ENP | Earned not Paid | 2/10/2007 | 2/23/2007 | 14.7837 | 16 | 236.54 |
| KUZ003 | 4 | RFA | Referral Award | 2/10/2007 | 2/23/2007 | 0 | 0 | 50 |
| KUZ003 | 5 | *** | Other | 1/2/2007 | 2/23/2007 | 0 | 0 | 50 |
| | | | | | | | 167 3542.35 | 157 3542.35 |

## QA – Recommendation for Testing and Validation SQL

1. Recommended Scenarios for Testing
2. SQL Scripts to be used for Validating data appearing on the Check and Advice

1) *Salaried and Hourly employee who does not have California Wages but has current earnings for Paycheck/Advice.*
2) *Salaried and Hourly employee who does not have California Wages but has current earnings and prior period earnings for Paycheck/Advice.*
3) *Salaried California Employee who has current payroll earnings for Paycheck/Advice.*
4) *Salaried California Employee who has current and prior period payroll earnings for Paycheck/Advice. I.e. Erncd: SCK, PTO, BNS, VAC, JUR, BRV, COM, etc.*
5) *Hourly California Employees who have both a check and advice with current and prior earnings; and these earnings are being summarized as "OTHER" earnings on both Paycheck and Advice.*
6) *Hourly California Employee who has maximized prior earnings and these earnings are being summarized as "OTHER" earnings on paycheck and advice.*
7) *Hourly California Employee whose current earnings have reached the maximum number of earnings to appear on Paycheck/Advice.*
8) *Hourly California Employee whose current earnings have not reached the maximum number to appear on the on Paycheck/Advice.*
9) *Hourly California Employee whose current and prior period earnings have not reached the maximum number to appear on the on Paycheck/Advice.*

QA Validation of Paycheck and Advice: (NOTE: These are SQL Server Scripts, please contact the developer for Oracle or DB2 scripts)
Created the following SQL statements which QA can use to create a CSV file which can be used to validate the data that appears on the paycheck/ddp003. Note: Need to utilize the Paycheck/Advice to eliminate all earnings which are actually appearing. By process of eliminating the earnings appearing on the check/advice, the "Other" will be a total of hours and earnings amounts.

Select used to retrieve Regular Earnings for current payroll:
```
/*SQL STATEMENT USED FOR DATA VALIDATION*/
SELECT A.EMPLID,
A.EMPL_RCD,
(CONVERT(CHAR(10),A.PAY_END_DT,121))PAY_END_DT,
A.ADDL_NBR,
(CONVERT(CHAR(10),A.EARNS_BEGIN_DT,121))EARNS_BEGIN_DT,
```

TN-1214062594-DEV-Unit Test_04.doc          March 22, 2007

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00170

TOM_RROW NOW

Master Fix Id: CSS-TN-1214062594

```
(CONVERT(CHAR(10),A.EARNS_END_DT,121))EARNS_END_DT,
A.STATE,
A.HOURLY_RT,
A.FLSA_RT,
A.RATE_USED,
A.FLSA_REQUIRED,
A.ERNCD_REG_HRS,
A.ERNCD_OT_HRS,
A.REG_PAY_HRS,
A.REG_HRS,
A.OT_HRS,
A.REG_HRLY_EARNS,
A.OT_HRLY_EARNS
FROM PS_PAY_EARNINGS A
WHERE A.PAY_END_DT = '02-23-2007'
AND A.EMPLID in ('KUTR05','KUZ003','KU0090','KUTR02','KUZ002','KU0118','KUTR04')
AND (A.REG_PAY_HRS <> 0
OR A.REG_HRS <> 0)
GROUP BY A.EMPLID,
A.EMPL_RCD,
A.PAY_END_DT,
A.ADDL_NBR,
A.EARNS_END_DT,
A.EARNS_BEGIN_DT,
A.STATE,
A.HOURLY_RT,
A.FLSA_RT,
A.RATE_USED,
A.FLSA_REQUIRED,
A.ERNCD_REG_HRS,
A.ERNCD_OT_HRS,
A.REG_PAY_HRS,
A.REG_HRS,
A.OT_HRS,
A.REG_HRLY_EARNS,
A.OT_HRLY_EARNS
ORDER BY A.EMPLID,
A.EARNS_END_DT DESC
```

**Select used to retrieve Other Earnings for current payroll:**

```
/*SQL STATEMENT USED FOR DATA VALIDATION*/
SELECT A.EMPLID,
A.EMPL_RCD,
(CONVERT(CHAR(10),A.PAY_END_DT,121))PAY_END_DT,
A.ADDL_NBR,
(CONVERT(CHAR(10),A.EARNS_BEGIN_DT,121))EARNS_BEGIN_DT,
(CONVERT(CHAR(10),A.EARNS_END_DT,121))EARNS_END_DT,
A.STATE,
B.ERNCD,
B.OTH_HRS,
B.OTH_PAY,
B.OTH_EARNS
FROM PS_PAY_EARNINGS A,
```

SAS-TN-OR-01823633-OR-00171

March 22, 2007

TN-1214062594-DEV-Unit Test_04.doc

CONFIDENTIAL INFORMATION

# TON. RROW NOW

Master Fix Id: CSS-TN-1214062594

```
PS PAY_OTH_EARNS B
WHERE A.COMPANY = B.COMPANY
AND A.PAYGROUP = B.PAYGROUP
AND A.PAY_END_DT = B.PAY_END_DT
AND A.OFF_CYCLE = B.OFF_CYCLE
AND A.PAGE_NUM = B.PAGE_NUM
AND A.LINE_NUM = B.LINE_NUM
AND A.ADDL_NBR = B.ADDL_NBR
AND A.PAY_END_DT = '02-23-2007'
AND A.EMPLID in ('KUTR05','KUZ003','KU0090','KUTR02','KUZ002','KU0118','KUTR04')
GROUP BY A.EMPLID,
A.EMPL_RCD,
A.PAY_END_DT,
A.ADDL_NBR,
A.EARNS_END_DT,
A.EARNS_BEGIN_DT,
A.STATE,
B.ERNCD,
B.OTH_HRS,
B.OTH_PAY,
B.OTH_EARNS
ORDER BY A.EMPLID,
A.EARNS_END_DT DESC
```

**List of Clients used as a Baseline for PAY003.SQR**

H831TSUM

QA Testing - PAY003.SQR files are located in the following directories:

1. F:\Development Staging\CSS HRMS 7.02\PY07MAR\Individual Fixes\TN-1214062594
2. F:\Development Staging\CSS HREG 7.51 Education & Government\PY07MAR\Individual Fixes\TN-1214062594
3. F:\Development Staging\CSS HRMS 8SP1\PY07MAR\Individual Fixes\TN-1214062594
4. F:\Development Staging\CSS HRMS 8.3SP1\PY07MAR\Individual Fixes\TN-1214062594
5. F:\Development Staging\CSS HRMS 8.8SP1\PY07MAR\Individual Fixes\TN-1214062594
6. F:\Development Staging\CSS HRMS 8.9SP1\PY07MAR\Individual Fixes\TN-1214062594

**List of Clients used as a Baseline for DDP003.SQR**

H831TSUM

QA Testing - DDP003.SQR files are located in the following directories:

1. F:\Development Staging\CSS HRMS 7.02\PY07MAR\Individual Fixes\TN-1214062594
2. F:\Development Staging\CSS HREG 7.51 Education & Government\PY07MAR\Individual Fixes\TN-1214062594
3. F:\Development Staging\CSS HRMS 8SP1\PY07MAR\Individual Fixes\TN-1214062594
4. F:\Development Staging\CSS HRMS 8.3SP1\PY07MAR\Individual Fixes\TN-1214062594

TN-1214062594-DEV-Unit Test_04.doc

March 22, 2007

28 of 30

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00172

# TOMORROW NOW

**Master Fix Id: CSS-TN-1214062594**

| | |
|---|---|
| 5. | F:\Development Staging\CSS HRMS 8.8SP1\PY07MAR\Individual Fixes\TN-1214062594 |
| 6. | F:\Development Staging\CSS HRMS 8.9SP1\PY07MAR\Individual Fixes\TN-1214062594 |

March 22, 2007

SAS-TN-OR-01823633-
OR-00173

TN-1214062594-DEV-Unit Test_04.doc

CONFIDENTIAL
INFORMATION

TOM. RROW NOW

Master Fix Id: CSS-TN-1214062594

Sources for PAY003 and DDP003 California Wage
Earnings Regulatory modification:

| PAY003/DDP003 | Source | Clients |
|---|---|---|
| H702RHIM | Source1 | RHI |
| H751ACTM | Source1 | ACT,UOM,UTH |
| H751EDEO | Source2 | EDE,ICF,NLI,TPA |
| HR751CSS | Source3 | ADV,BSC,UNI |
| H801QGIS | Source1 | QGI |
| H801BGPO | Source2 | BGP,CAG,SPL,RRN |
| H801BDGM | Source3 | BDG,MCC,ROS,SPG,RPL |
| H881RWCM | Source1 | RWC |
| H831TSUM | Source2 | XCE,AFL,ARM,BLS,CCT,FGS,FLI,HII,LFS,OLN,PAS,SGE,SPB,STA,TA,IT,TSU,WEN |
| H881CCOO | Source1 | CCO,CHS,COH,DDM,EBM,KCM,WMI |
| H881RIIO | Source2 | RII |
| H881OXFM | Source3 | BKB,CSK,OXF,MKL,MOH,PVW |
| H890GKNM | Source1 | GKN |
| H890GSFM | Source2 | GSF |

March 22, 2007

30 of 30

TN-1214062594-DEV-Unit Test_04.doc

SAS-TN-OR-01823633-
OR-00174

CONFIDENTIAL
INFORMATION