| Release | Test Status | Test Owner | Environment | Comments |
|---|---|---|---|---|
| 7.02 | Complete | Sara Lu | H702RHIM | Source 1 |
| 7.51 | Complete | Sara Lu | H751TPAM | Source 2 |
| 7.51 | Complete | Sara Lu | H751ACTM | Source 1 |
| 7.51 | Complete | Sara Lu | HG751CSS | Source 3 - HR751CSS |
| 8 SP1 | Complete | David Swartwood | H801QGIS | Source 1 Need to apply project - WTS01 is down - Done |
| 8 SP1 | Complete | David Swartwood | H801MCCM | Source 3 Complete pending response from developer |
| 8 SP1 | Complete | David Swartwood | H801BGPO | Source 2 1) Issue with before output - issue also exists for after output. 2) Need to apply project - WTS01 is down - Resolved 05/01/07 11:30 AM 3) All issue resolved 3) H801CAGO has problem - will test in h801bgpo instead |
| 8.3 SP1 | Complete | David Swartwood | H831ACEM | Source 2 |
| 8.3 SP1 | Complete | David Swartwood | H831RWCM | Source 1 Per Melissa Dominguez (4/25/2007 12:29:54 PM): RWC no longer receives our updates. Therefore,this is not applicable.  (05/09/07 10:05 AM): Changed Test Status from "Not Applicable" to Complete since Not Applicable did not close test status. |
| 8.8 SP1 | Complete | Robert Guichon | H881MOHO | Source 2  "Source 2 and Source3 have been merged into one source now called Source 2" |
| 8.8 SP1 | Complete | Robert Guichon | H881COHM | Source 1 |
| 8.8 SP1 | Complete | Robert Guichon | H881RIIO | Source 2 H881RIIO is Not Applicable |
| 8.9 | Complete | Kimberley Martinez | H890QSFM | Source 2 |
| 8.9 | Complete | Kimberley Martinez | H890GKNM | Source 1 |

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00175



EXHIBIT NO. 300

RDR 6-25-08

Dockets.Justia.com

| Release | Test Status | Test Owner | Environment | Comments |
|---|---|---|---|---|
| 7.02 | Complete | Kimberley Martinez | H702RHIM | |
| 7.51 | Complete | Kimberley Martinez | H751NCLO | |
| 8 SP1 | Complete | Kimberley Martinez | H801QGIS | |
| 8.3 SP1 | Complete | Kimberley Martinez | H831BLSD | |
| 8.8 SP1 | Not Applicable | Kimberley Martinez | H881CSKI | Per Larry Garcia - we are skipping this based on resource issues & availability. |
| 8.9 SP1 | Complete | Kimberley Martinez | H890GKNM | |



EXHIBIT NO. 302

DR 6-25-08

CONFIDENTIAL
INFORMATION

WMIFIX-TN-OR-01823634-
OR-00115

| PY06FEB Individual Fix Testing | |
|---|---|
| **CSS-TN-0207066113** Big Lots and Foot Locker need update process for Taxable Bonus earnings Special Accumulator | The report will list the following information:<br>  o  Employee ID<br>  o  Employee Name<br>  o  Company<br>  o  Total Supplemental Earnings<br>  o  Total Earnings<br>  o  Total Taxable Gross<br>  o  Supplemental Special Accumulator Balance<br>  o  If Total Taxable Gross is different than Supplemental Special Accumulator Balance, then (per Mathew's request) the program will print '****' |
| Developers notes | Development complete for H831BLSD and H830FLIO |
| Tester: | Kimberley Martinez |
| Test Plan: | ▪ Databases<br>  ❑ H831BLSD (where Unit Testing was completed)<br>  ❑ H830FLIO (QA ONLY testing)<br>▪ Set EE's up with Supplemental Earnings so that the total will be MORE than $1m<br>▪ Run 2006 payroll<br>▪ Verify EE's Balances BEFORE applying the fix<br>▪ Apply the Fix<br>▪ Run the SQR<br>▪ Verify balances and special accumulator are updated appropriately<br>▪ Verify the report matches the requirements, and that all the data matches the balance tables |
| Objects Delivered | prj0207066113_tn<br>tax516sp.sqr |

EXHIBIT NO. *538*
*Bowles*
12/5/08

HIGHLY CONFIDENTIAL INFORMATION ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL INFORMATION ATTORNEYS' EYES ONLY



PY06FEB Individual Fix Testing

Special Accumulator Updated

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00650

**PY06FEB Individual Fix Testing**

| Apply Fix | Copied Project |
|---|---|
| Copied SQR – it's new, so no replacement was done |  |
| Copied NEW Project to BLS |  |
| Review the new run control, and run the report<br><br>This is on the USF menu – the clients in need of this fix, BLS and FLI, do not license this product and will not be able to run the process from this menu.  Sid is now developing the run control to be on the US Menu.<br><br> |  |

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

**PY06FEB Individual Fix Testing**

## New Menu and Run Control –



RESULTS AS EXPECTED!

Sid's testing data was still in BLSD, so the menu and report work fine in here.  My new employees had everything set up appropriately so they should NOT have shown up on the report, and they did not.

H830FLIO

Before applying ANY part of the fix, need to pay out some bonuses – over $1m – and without the Supplemental Special Accumulator to make sure the sqr updates correctly.

Run next available payroll which is KU2-06-04.

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00652

PY06FEB Individual Fix Testing

Verified there is NO Special Accumulator
attached to the 'BNS' Earnings Code.



Pay BNS out to 3 different EE's and confirm
payroll.  Verify bonuses were paid out as
expected.  Will have to run 2
payrolls...error'd out when I input $1.5m on
one check.



HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY                          SAS-TN-OR00009569-
OR-00653

# PY06FEB Individual Fix Testing

## Second Bonus Checks – same EE's are used



HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00654

PY06FEB Individual Fix Testing

**Set Up Special Accumulator – it was already set up –**

**Attach to the 'BNS' Earnings Code –**

**Note the Special Accumulator Balances for the employees – there are 30 rows**





HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00655

**PY06FEB Individual Fix Testing**



Copy SQR to H830FLIO pshome –

Copy project to H830FLIO -

Add the new menu through Security

Menu –

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00656

# PY06FEB Individual Fix Testing



## Run in Audit Mode

Audit Mode – did not update the balances yet

## Run in Update Mode

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00657

**PY06FEB Individual Fix Testing**

## Spec Accumulator Balances updated:



## RESULTS AS EXPECTED!!

## TEST SUCCESSFUL

HIGHLY CONFIDENTIAL INFORMATION ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-OR-00658