Client Fixes\MAIL03\C\ClientFix\TN-PY07MAR\ARM-TN-PY07MAR\ARM-TN-PY07MAR.zip\ARM-TN-
PY07MAR\PY07MAR\PY07MAR_BATCH\data\TN_PY07MAR_M.DAT


SET VERSION_DAM 8.2:1:0

REM Database: D831DATM
REM Started: Tue Mar 20 15:28:00 2007
 Export  RECORD/SPACE.x

FSAPP
PTTLRG
PCLARGE
AMAPP
HRAPP5
CULARG1
HRAPP6
PTAPPE
PVAPP
PTAMSG
PTTREE
HRAPP3
FGAPP
DIAPP
STAPP
BDAPP
HRAPP4
COAPP
INAPP
ERAPP
EOAPP
STLARGE
PTAUDIT
CULARGE
PIWORK
HRAPP1
PTLOCK
CULARG3
TLWORK
PCAPP
PYWORK
HRAPP2
CULARG2
PTRPTS
WAAPP
GPAPP
HRWORK
POAPP
GPDEAPP
PTWORK
CUAUDIT
HPAPP
EOLARGE
STWORK
GIAPP
TLAPP
PTAPP
PYLARGE
PILARGE
PTPRC

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY


EXHIBIT NO. SSB
Bowdes
12/5/08

TN-OR00009557-
DW-00000011

Client Fixes\MAIL03\C\ClientFix\TN-PY07MAR\ARM-TN-PY07MAR\ARM-TN-PY07MAR.zip\ARM-TN-
PY07MAR\PY07MAR\PY07MAR_BATCH\data\TN_PY07MAR_U.DAT

```
SET VERSION_DAM 8.2:10:0

REM Database: D831DATM
REM Started: Tue Mar 20 12:09:57 2007
 Export  RECORD/SPACE.x


FSAPP
PTTLRG
PCLARGE
AMAPP
HRAPP5
CULARG1
HRAPP6
PTAPPE
PVAPP
PTAMSG
PTTREE
HRAPP3
FGAPP
DIAPP
STAPP
BDAPP
HRAPP4
COAPP
INAPP
ERAPP
EOAPP
STLARGE
PTAUDIT
CULARGE
PIWORK
HRAPP1
PTLOCK
CULARG3
TLWORK
PCAPP
PYWORK
HRAPP2
CULARG2
PTRPTS
WAAPP
GPAPP
HRWORK
POAPP
GPDEAPP
PTWORK
CUAUDIT
HPAPP
EOLARGE
STWORK
GIAPP
TLAPP
PTAPP
PYLARGE
PILARGE
PTPRC
```

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

TN-OR00009557-
DW-00000012

Client Fixes\MAIL03\C\ClientFix\TN-PY07MAR\CAG-TN-PY07MAR.zip\CAG-TN-
PY07MAR\PY07MAR\PY07MAR_BATCH\data\TN_PY07MAR_M.DAT

```
SET VERSION_DAM 8.2:1:0

REM Database: D831DATM
REM Started: Tue Mar 20 15:28:00 2007
 Export  RECORD/SPACE.x

   FSAPP
   PTTLRG
   PCLARGE
   AMAPP
   HRAPP5
   CULARG1
   HRAPP6
   PTAPPE
   PVAPP
   PTAMSG
   PTTREE
   HRAPP3
   FGAPP
   DIAPP
   STAPP
   BDAPP
   HRAPP4
   COAPP
   INAPP
   ERAPP
   EOAPP
   STLARGE
   PTAUDIT
   CULARGE
   PIWORK
   HRAPP1
   PTLOCK
   CULARG3
   TLWORK
   PCAPP
   PYWORK
   HRAPP2
   CULARG2
   PTRPTS
   WAAPP
   GPAPP
   HRWORK
   POAPP
   GPDEAPP
   PTWORK
   CUAUDIT
   HPAPP
   EOLARGE
   STWORK
   GIAPP
   TLAPP
   PTAPP
   PYLARGE
   PILARGE
   PTPRC
```

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

TN-OR00009557-
DW-00000013

Client Fixes\MAIL03\C\ClientFix\TN-PY07MAR\CAG-TN-PY07MAR\CAG-TN-PY07MAR.zip\CAG-TN-
PY07MAR\PY07MAR\PY07MAR_BATCH\data\TN_PY07MAR_U.DAT


```
SET VERSION_DAM 8.2:10:0

REM Database: D831DATM
REM Started: Tue Mar 20 12:09:57 2007
 Export  RECORD/SPACE.x


FSAPP
PTTLRG
PCLARGE
AMAPP
HRAPP5
CULARG1
HRAPP6
PTAPPE
PVAPP
PTAMSG
PTTREE
HRAPP3
FGAPP
DIAPP
STAPP
BDAPP
HRAPP4
COAPP
INAPP
ERAPP
EOAPP
STLARGE
PTAUDIT
CULARGE
PIWORK
HRAPP1
PTLOCK
CULARG3
TLWORK
PCAPP
PYWORK
HRAPP2
CULARG2
PTRPTS
WAAPP
GPAPP
HRWORK
POAPP
GPDEAPP
PTWORK
CUAUDIT
HPAPP
EOLARGE
STWORK
GIAPP
TLAPP
PTAPP
PYLARGE
PILARGE
PTPRC
```

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

TN-OR00009557-
DW-00000014

Client Fixes\MAIL03\C\ClientFix\TN-PY05AUG\ARM-TN-PY05AUG\ARM-TN-PY05AUG.zip\ARM-TN-PY05AUG\PY05AUG\PY05AUG_BATCH\data\TN_PY05AUG_U.DAT


SET VERSION_DAM 8.2:9:0

REM Database: HR810DAT
REM Started: Tue Sep 13 11:29:59 2005
 Export  RECORD/SPACE.x


HRAPP2
NOTBLSPC
STLARGE
CULARGE
PYWORK
PTWORK
PTTREE
EOLARGE
HRAPP5
HRAPP6
INAPP
BDAPP
HRAPP1
TLWORK
EOAPP
HRWORK
FSAPP
STWORK
CUAUDIT
HRAPP4
PCAPP
PTAPPE
PTTLRG
CULARG2
WAAPP
POAPP
FGAPP
CULARG1
PTAMSG
HRAPP3
GPAPP
PTLOCK
PTRPTS
PCLARGE
AMAPP
HPAPP
PIWORK
PVAPP
CULARG3
STAPP
GIAPP
BNAPP
PTTBL
PSIMAGE
HTAPP
PALARGE
TLLARGE
BNLARGE
TLAPP
HRAPP

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

TN-OR00009557-
DW-00000015