DB Name     sas\enterprise.nsf   Doc ID  DDB7AAF12C5781DC852571E7005E317E

# Master Fix                                          TOMORROW NOW

## Fix Information

| | | | |
|---|---|---|---|
| Fix Owner: | Shelley Blackmarr/TomorrowNow | Active Date: | 09/12/2006 |
| TN Interested Parties: | Barbara Myrick/TomorrowNow<br>Kristin Paige/TomorrowNow<br>Sharon Piper/TomorrowNow<br>Matthew Bowden/TomorrowNow | Fix Type: | ☐ Individual |
| | | Fix ID: | CSS-TN-0912063346 |
| | | Fix Priority: | |
| Short Description: | Supporting Translate values for EEO1 Reporting changes required for 2007 reporting | | |
| Status: | Open - Test | Severity: | Required Fix |
| Source: | http://www.eeoc.gov/eeo1/index.htm | Prerequisites: | 8sp1 - PS Update 158209<br>831  - PS Update 155016<br>881  - PS Update 150053 |
| Available in Bundle: | | Postrequisites: | |

## Fix Task Status

| Task | Task Status | Task Owner | Due Date | Complete Date |
|---|---|---|---|---|
| Scope | Not Started | | | |
| Design | Not Started | | | |
| Development | Not Started | | | |
| Test | Not Started | | | |
| Documentation | Not Started | | | |

## Fix Specifications

| | | | |
|---|---|---|---|
| Product Line: | HRMS | Market: | |
| Applications Covered: | Human Resources | Application Release: | 8.3 SP1, 8.9, 8.8, 8.8 SP1, 8 SP1, 8.3, 7.51, 7.6 |
| Vendor Tools Release: | | Regs Territory: | |
| Database: | | Regs Updates Included: | |
| Hardware/OS: | | Vendor Maintenance: | |
| | | Last Vendor Update: | |


EXHIBIT NO. 566
Bowden
12/5/08

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

Dockets.Justia.com

SAS-TN-OR00009569-
OR-00587

| First TomorrowNow Update: |
|---|
| |

## Fix Issues

| Issue Summary: | Delivering translates values to support data entry required for 2007 EEO1 Reporting. Reports to be delivered at a later date. |
|---|---|
| Solution Summary: | |

## Source

- Insert Requirements Source URL(s) (2 sources required)
  - initial notification of requirement or issue and the source
  - the confirmation of the requirement or issue and the source
- Attach Requirements Specifications (if applicable)

## Development

| Release | Object Type | Object Name | Clients | Comments |
|---|---|---|---|---|
| | | | | |

- Attachment provided by Fix Delivery developer

## Test Plan

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00588

| Release | Test Status | Test Owner | Environment | Comments |
| --- | --- | --- | --- | --- |

- Attachment of Quality Test Document

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00589