### Documentation

- Client Documentation (copy client documentation entered)

### Fix Deliverables

Release 702 and 751 and RWC(831), QGI(801)
Release 702 and 751

ETHNIC_GROUP 7 and 8 are new values; 2, 3, and 4 have a modified description.

| | | | | | |
|---|---|---|---|---|---|
| ETHNIC_GROUP | ENG | 1 | 1/1/1900 | 62692 A | White |
| ETHNIC_GROUP | ENG | 2 | 1/1/1900 | 62692 A | Black |
| ETHNIC_GROUP | ENG | 2 | 1/2/1900 | 62692 A | Black/African American |
| ETHNIC_GROUP | ENG | 3 | 1/1/1900 | 62692 A | Hispanic |
| ETHNIC_GROUP | ENG | 3 | 1/2/1900 | 62692 A | Hispanic/Latino |
| ETHNIC_GROUP | ENG | 4 | 1/1/1900 | 62692 A | Asian/Pacific Islander |
| ETHNIC_GROUP | ENG | 4 | 1/2/1900 | 62692 A | Asian |
| ETHNIC_GROUP | ENG | 5 | 1/1/1900 | 62692 A | American Indian/Alaskan Native |
| ETHNIC_GROUP | ENG | 6 | 1/1/1900 | 62692 A | Not Applicable |
| ETHNIC_GROUP | ENG | 7 | 1/2/1900 | 62692 A | Native Hawaiin/Oth Pac Island |
| ETHNIC_GROUP | ENG | 8 | 1/2/1900 | 62692 A | Two or more races |

EEO1CODE 0 is new translate, 1, 6, 7, and 8 are modified descriptions.

5 is also modified to Administrative Support Workers (effdt 1/2/1900)

| | | | | | | |
|---|---|---|---|---|---|---|
| EEO1CODE | ENG | 0 | 1/2/1900 | 62691 A | Executive/Senior Officials | Ex |
| EEO1CODE | ENG | 1 | 1/1/1900 | 62691 A | Officials and Managers | M: |
| EEO1CODE | ENG | 1 | 1/2/1900 | 62691 A | 1st/Mid Level Officials/Mgrs | M: |
| EEO1CODE | ENG | 2 | 1/1/1900 | 62691 A | Professionals | Pr |
| EEO1CODE | ENG | 3 | 1/1/1900 | 62691 A | Technicians | Te |
| EEO1CODE | ENG | 4 | 1/1/1900 | 62691 A | Sales Workers | Sa |
| EEO1CODE | ENG | 5 | 1/1/1900 | 62691 A | Office and Clerical | Cl |
| EEO1CODE | ENG | 6 | 1/1/1900 | 62691 A | Craft Workers (Skilled) | Cr |
| EEO1CODE | ENG | 6 | 1/2/1900 | 62691 A | Craft Workers | Cr |
| EEO1CODE | ENG | 7 | 1/1/1900 | 62691 A | Operatives (Semi-Skilled) | Of |
| EEO1CODE | ENG | 7 | 1/2/1900 | 62691 A | Operatives | Of |
| EEO1CODE | ENG | 8 | 1/1/1900 | 62691 A | Laborers (Unskilled) | La |
| EEO1CODE | ENG | 8 | 1/2/1900 | 62691 A | Laborers and Helpers | La |
| EEO1CODE | ENG | 9 | 1/1/1900 | 62691 A | Service Workers | Se |
| EEO1CODE | ENG | N | 1/1/1900 | 62691 A | No EEO-1 Reporting | No |

All others (8sp1/831/881/890)
All others (8sp1/831/881/890)
Added translate value of 8

Dockets.Justia.com

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00590

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ETHNIC_GROUP | ENG | | 8 | 1/2/1900 | 62692 A | Two or more races | Mult races |

09/14/2006 08:11:49 AM CDT Barbara Myrick: the added translate value of '8' for ethnic group will not be used ! the SQR will look at the identify/diversity page where multiple ethnic groups may be ad ded.

EEO1CODE 0 is new translate, 1,5, 6, 7, and 8 are modified descriptions.

5 is also modified to Administrative Support Workers (effdt 1/2/1900)

| | | | | | | |
|---|---|---|---|---|---|---|
| EEO1CODE | ENG | 0 | 1/2/1900 | 62691 A | Executive/Senior Officials | E> |
| EEO1CODE | ENG | 1 | 1/1/1900 | 62691 A | Officials and Managers | M: |
| EEO1CODE | ENG | 1 | 1/2/1900 | 62691 A | 1st/Mid Level Officials/Mgrs | M: |
| EEO1CODE | ENG | 2 | 1/1/1900 | 62691 A | Professionals | Pr |
| EEO1CODE | ENG | 3 | 1/1/1900 | 62691 A | Technicians | Te |
| EEO1CODE | ENG | 4 | 1/1/1900 | 62691 A | Sales Workers | Sa |
| EEO1CODE | ENG | 5 | 1/1/1900 | 62691 A | Office and Clerical | Cl |
| EEO1CODE | ENG | 6 | 1/1/1900 | 62691 A | Craft Workers (Skilled) | Cr |
| EEO1CODE | ENG | 6 | 1/2/1900 | 62691 A | Craft Workers | Cr |
| EEO1CODE | ENG | 7 | 1/1/1900 | 62691 A | Operatives (Semi-Skilled) | O| |
| EEO1CODE | ENG | 7 | 1/2/1900 | 62691 A | Operatives | O| |
| EEO1CODE | ENG | 8 | 1/1/1900 | 62691 A | Laborers (Unskilled) | La |
| EEO1CODE | ENG | 8 | 1/2/1900 | 62691 A | Laborers and Helpers | La |
| EEO1CODE | ENG | 9 | 1/1/1900 | 62691 A | Service Workers | Se |
| EEO1CODE | ENG | N | 1/1/1900 | 62691 A | No EEO-1 Reporting | No |

**Fix Notes (Internal Use Only)**
**Functional / Technical Analysis**

**Client Information**

**Scoping**

**Development**

**QA / Testing**

**Documentation**

**General Notes**
Related to this fix. CSS-TN-1207056719 EEO-1 Reporting Changes

09/12/2006 04:05:58 PM EDT Catherine Hyde:

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00591

<006>
<006>
<006>
<006>

To meet data entry requirements for EEO1 Reporting due by Sept 1, 2007, we are providing our clients with new translate values.
**See sections in fix deliverables for delivered translate values by release.**

09/12/2006 05:07:41 PM EDT Catherine Hyde:  Development complete for all releases
09/13/2006 01:11:02 PM EDT Catherine Hyde:  Completed  890.

Functional Document identifying changes -  11/08/2006 E. Simeonidis


FDD- Changes to EEO 2007.doc

Testing documents done by E. Tong for 1st part of the EEO-1changes. - attached by E. Simeonidis on 11/8/2006

   
TN_0912063346_Unit Test_H890GKN.doc [ TN_0912063346_Unit Test_H801TMPM.doc


TN_0912063346_Unit Test_H831RWCM.doc  TN_0912063346_Unit Test_H831STAO.doc


TN_0912063346_Unit Test_H831TMPM.doc

**QA TESTING:**
**QA TESTING:**
**09/13/2006 08:58:42 AM CDT Shelley Blackmarr:**  Testing
**09/13/2006 03:59:03 PM CDT Shelley Blackmarr:**  7.02, 8.81 and 8.09 completed,  "Hold" per Barbara Myrick

**SPONSOR/PSE REVIEW:**
**SPONSOR/PSE REVIEW:**

**DOCUMENTATION:**

## Fix Notes (Available To Customers)

| | | |
|---|---|---|
| Fix Form Opened by: | CN=Catherine Hyde/O=TomorrowNow | On: 09/12/2006 |
| Last Updated by: | CN=Matt Rasmussen/O=bingham | On: 04/19/2008 06:49:32 PM |
| Please Delete: | | |

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

SAS-TN-OR00009569-
OR-00592