DB Name   sas\enterprise2.nsf   Doc ID  39F96F24D9DDDB75862573CA006D1704

## Master Fix

**TOMORROW NOW**

### Fix Information

| | |
|---|---|
| Fix Owner: Sharon Piper/TomorrowNow | Active Date: 01/08/2008 |
| TN Interested Parties: Enterprise FDE | Fix Type: ☐ Individual |
| | Fix ID: CSS-TN-0108088023 |
| | Fix Priority: Medium |

Short Description: Modify TAX810NJ.sqr to remove an extra period at the end of the file name

Status: Open - Bundle Development   Severity: Required Fix

Source: Client Reported   Prerequisites: TN-PY07JUN

Available in Bundle: TN-PY08MAR   Postrequisites:

### Fix Task Status

| Task | Task Status | Task Owner | Due Date | Complete Date |
|---|---|---|---|---|
| Design | Complete | Rick Frank | 01/25/2008 | 01/21/2008 |
| Sponsor | Complete | Dale Petter | | 01/23/2008 |
| Development | Complete | Rick Frank | 02/01/2008 | 01/22/2008 |
| Documentation | Complete | Heather Cole | 02/07/2008 | 02/14/2008 |
| Scope | Complete | Sharon Piper | | 01/08/2008 |

### Fix Specifications

| | |
|---|---|
| Product Line: HRMS | Market: |
| Applications Covered: Payroll | Application Release: |
| Vendor Tools Release: | Regs Territory: NJ |
| Database: | Regs Updates Included: |
| Hardware/OS: | Vendor Maintenance: |
| | Last Vendor Update: |
| | First TomorrowNow |

**CONFIDENTIAL INFORMATION**


EXHIBIT NO. 816

SAS-TN-OR-01823633-OR-00295

Update:

### Fix Issues

Issue Summary: TAX810NJ.sqr has an extra period at the end of the file name.

Solution Summary: Removed the extra period from within the literal string used to form the output file name

## Source

o  Insert Requirements Source URL(s) (2 sources required)
   - initial notification of requirement or issue and the source
   - the confirmation of the requirement or issue and the source

o  Attach Requirements Specifications (if applicable)

## Development

| Release | Object Type | Object Name | Clients | Comments |
|---------|-------------|-------------|---------|----------|
| 5 | Message | see "Fix Deliverables" | | |

- Attachment provided by Fix Delivery developer
  **01/22/2008 04:12:55 PM PST Rick Frank:**



TN-0108088023 Dev-Unit Test.doc

## Test Plan

CONFIDENTIAL
INFORMATION

| Release | Test Status | Test Owner | Environment | Comments |
|---|---|---|---|---|
| 7.02 | Complete | Usha Ramamoorthy | H702RHIM | |
| 7.51 | Complete | Vicky Cunningham | H751EDEO | |
| 8 SP1 | Complete | Usha Ramamoorthy | H801QGIS | |
| 8.3 SP1 | Complete | Vicky Cunningham | H831BLSD | |
| 8.8 SP1 | Complete | Usha Ramamoorthy | H881CCOO | Unable to locate output file tracker |
| 8.9 | Complete | Vicky Cunningham | H890GSFM | PSNT file extension did no the change |

- Attachment of Quality Test Document
  [attachment "Test Plan TN-0108088023 - TAX810NJ SQR has extra period in filename.xls" deleted by Vicky Cunningham/TomorrowNow] 01/29/2008 03:25:49 PM CST 02/12/2008 06:46:49 PM CST Vicky Cunningham: Cunningham:

02/21/2008 11:08:57 AM PST Larry Garcia:   Updated Test Plan:



TN-0108088023 - TAX810NJ SQR Filename Correction.xls

## Documentation

- Client Documentation (copy client documentation entered)
  **01/22/2008 04:13:20 PM PST Rick Frank:**

  

  TN-0108088023.doc

  **02/15/2008 09:08:07 AM CST Heather Cole:   Revised documentation:**

  

  TN-0108088023_v2.doc

## Fix Deliverables

01/22/2008 12:45:33 PM PST Rick Frank:



TN-0108088023_FixObjectList.xls

## Fix Notes (Internal Use Only)
### Functional / Technical Analysis

**01/22/2008 12:32:05 PM PST Rick Frank:**  Design doc:



TN-0108088023-FTRS.doc

### Client Information

01/08/2008 02:08:44 PM CST Sharon Piper:   Case reported by RHI

### Scoping

01/08/2008 04:44:33 PM CST Sharon Piper:   Below is the offending line of code in the Open-File paragraph.

let $FileID = '{FILEPREFIX}' || 'WR' || $MagAuthNo || '.txt.'


**01/21/2008 04:48:44 PM PST Rick Frank:**  Every client who received PY07JUN needs this fix. There is only version of TAX810NJ.SQR for each HR release.

### Development

### QA / Testing

01/23/2008 10:24:51 AM CST Kimberley Martinez: Fix assigned to Jennifer. Due date is set for 02/07/2008.

01/24/2008 12:11:22 PM CST Kimberley Martinez: Confirmed with Sharon - no one needs this individually, and the due date is fine.

Kimberley,

RHI is definitely not expecting this fix in an urgent way. They have a workaround and I would not expect it to need to be delivered individually.

Thanks,

Sharon

-----Original Message-----
From: Kimberley Martinez [mailto:Kimberley_Martinez@TomorrowNow.com]
Sent: Thursday, January 24, 2008 11:56 AM
To: Sharon Piper; Rod Russell
Cc: Larry Garcia; Kimberley Martinez; Jennifer Grbich
Subject: PLEASE RESPOND:Master Fix ID: CSS-TN-0108088023 - TAX810NJ.sqr has an extra period at the end of the file name.

Sharon and Rod - This fix is in the 'year end' range of reports...I see that RHI reported to this. Is there an expectation for a delivery date?
It's priority is set at Medium and I wanted to make sure that a Testing Due Date of February 7th is okay, and that no one is expecting this Individually. Please confirm this for me.

Thanks so much!

Kim

### Documentation

### General Notes

### Fix Notes (Available To Customers)

**CONFIDENTIAL INFORMATION**

SAS-TN-OR-01823633-
OR-00299

| | | |
|---|---|---|
| Fix Form Opened by: | CN=Sharon Piper/O=TomorrowNow | On: 01/08/2008 |
| Last Updated by: | CN=Rod Russell/O=TomorrowNow | On: 02/26/2008 06:01:05 PM |
| Please Delete: | | |

**CONFIDENTIAL INFORMATION**

SAS-TN-OR-01823633
OR-00300

| N/A | Fix Description | Fix ID | Regs Territory | N/A | Object Type | Objects | Action | N/A | Client Profile | Change Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | TAX810RI.SQR: weeks and hours are reversed in W record | TN-0108088023 | NJ | | SQR | TAX810NJ.SQR | Copy | | Locally maintained clients who get this fix: | Removed the extra period from within the literal string used to form the output file name. |
| | | | | | | | | | 7.02: RHI | |
| | | | | | | | | | 7.51: ACT, ADV, BSC, EDE, HVH, NCL, TPA, UNI, UOM | |
| | | | | | | | | | 8: AOS, BAX, BDG, BGP, CAG, MCC, QGI, ROS, RPL, SPG, SPL | |
| | | | | | | | | | 8.3: ACE, ALC, ARM, BLS, CCI, FCS, FLI, HON, LFS, OLN, PAS, SCE, SHN, STA, TSU, WAK, WEN | |
| | | | | | | | | | 8.8: BKB, CCO, CHS, COH, DDM, EBM, IPG, MKL, MOH, OPC, OXF, PVW, RII, WMI | |
| | | | | | | | | | 8.9: GSF | |
| | | | | | | | | | Remote customers who received PY07JUN also need this. TAI, KCM | |

EXHIBIT NO. 817
ADE 2/5/09

TN-0108088023_FixObjectList.xls

CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00294

page 1 of 1