DB Name: sas\enterprise.nsf   Doc ID 3F9E766174E017008625711400543FB2

# Master Fix

**TOMORROW NOW**

## Fix Information

| | |
|---|---|
| Fix Owner: Sid Aliwarga/TomorrowNow | Active Date: 02/13/2006 |
| TN Interested Parties: Catherine Hyde/TomorrowNow, Kimberley Martinez/TomorrowNow, Kristin Paige/TomorrowNow, Beth Lester/TomorrowNow | Fix Type: ☐ Individual |
| | Fix ID: CSS-TN-0213062207 |
| | Fix Priority: |
| Short Description: New W2 Locality Reporting Agency: GRAPD (Grand Rapids, Michigan) | |
| Status: Available for Client Use | Severity: Required Fix |
| Source: http://www.ci.grand-rapids.mi.us/download_upload/income_tax/2004/electronic_media_w-2_reporting_gr.pdf | Prerequisites: |
| Available in Bundle: TN-PY06MAR | Postrequisites: |

## Fix Task Status

| Task | Task Status | Task Owner | Due Date | Complete Date |
|---|---|---|---|---|
| | | | | |

## Fix Specifications

| | |
|---|---|
| Product Line: HRMS | Market: |
| Applications Covered: Payroll | Application Release: |
| Vendor Tools Release: | Regs Territory: MI |
| Database: | Regs Updates Included: |
| Hardware/OS: | Vendor Maintenance: |
| | Last Vendor Update: |

EXHIBIT
C. Hyde
1276
5-12-09

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00857

|  | First TomorrowNow Update: |
|---|---|

## Fix Issues

| Issue Summary: | New W2 Locality Reporting Agency: GRAPD (Grand Rapids, Michigan) |
|---|---|
| Solution Summary: | |

## Source

- o  Insert Requirements Source URL(s) (2 sources required)
  - initial notification of requirement or issue and the source
  - the confirmation of the requirement or issue and the source
- o  Attach Requirements Specifications (if applicable)

## Development

| Release | Object Type | Object Name | Clients | Comments |
|---|---|---|---|---|
| | | | | |

- Attachment provided by Fix Delivery developer

## Test Plan

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00858

| Release | Test Status | Test Owner | Environment | Comments |
|---------|-------------|------------|-------------|----------|

- Attachment of Quality Test Document

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00859

### Documentation

- Client Documentation (copy client documentation entered)

### Fix Deliverables

This fix is consisted of:

1. UPD0213062207_TN.DMS

2. For deliverable SQR, please take a look at the following document:


New W2 Reporting Agencies doc.doc

For 8.8sp1 (tax960lc.sqr and taxmmref.sqc):

1. COH
2. CHS
3. PCA


For 8.3sp1

STARTING SOURCE 1 (tax960lc.sqr and taxmmref.sqc)

1. ACE
2. ARM
3. FLI
4. HHS
5. SPC
6. SPS
7. TAI


STARTING SOURCE 2 (tax960lt.sqr and taxmmref.sqc)

1. BLS
2. RWC

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00860

For 8sp1:

STARTING SOURCE 1 (tax960lt.sqr and taxmmref.sqc)

1. QGI

STARTING SOURCE 2 (tax960lc.sqr and taxmmref.sqc)

1. RRN

2. SPL

STARTING SOURCE 3 (tax960lc.sqr)

1. HII

2. OLN

3. PAS

STARTING SOURCE 4 (tax960lc.sqr)

1. CBR

2. STA

STARTING SOURCE 5 (tax960lc.sqr)

1. BGP

For 7.51

STARTING SOURCE 1 (tax960lt.sqr and taxmmref.sqc)

1. SBH

2. ACT

3. COF

03/30/2006 10:08:12 AM CST Sid Aliwarga: after discussing with Catherine, EDE,BRH, and UOM have to be grouped with SOURCE 3

STARTINg SOURCE 2 (tax960lc.sqr and taxmmref.sqc)

1. ~~EDE~~

2. TPA

3. ~~BRH~~

4. ~~UOM~~

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00861

**STARTING SOURCE 3 (tax960lc.sqr and taxmmref.sqc)**

1. ADV
2. BSC
3. GCG
4. HVH
5. ICF
6. NCL
7. BRH
8. EDE
9. UOM

## Fix Notes (Internal Use Only)
### Functional / Technical Analysis

**Client Information**

**Scoping**

**Development**

**QA / Testing**

**Documentation**

**General Notes**

02/13/2006 09:22:40 AM CST Sid Aliwarga: Found the following PDF from
http://www.ci.grand-rapids.mi.us/download_upload/income_tax/2004/electronic_media_w-2_reporting_gr.pdf

Grand Rapids electronic_media_w-2_reporting_gr.pdf

Below is the summary requirement for GRAPD (Grand Rapids, MI):


GRAPD.doc

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00862

The output file name is W2GRAPD for TAX960LT.SQR and GRAPD for TAX960LC.SQR. The extension will depend on the type of reporting medium.

**Development Notes:**
02/14/2006 09:36:22 AM CST Sid Aliwarga: development complete for 8.8sp1,8.3sp1,8sp1,and 7.51. Unit testing document is in progress.

02/15/2006 09:24:42 AM CST Sid Aliwarga: Unit testing document for **TAX960LT.SQR version**


GRAPD Unit Testing.doc

02/15/2006 09:31:46 AM CST Sid Aliwarga: Unit testing document for **TAX960LC.SQR version**


GRAPD Unit Testing TAX960LC version.doc

**TESTING DOCUMENTATION:**
02/24/2006 03:00:00 PM CST Wanda Jones: Testing completed for H801QGIS..
03/06/2006 01:00:17 PM CST Wanda Jones: Testing completed for H751ACTM.
03/15/2006 05:20:04 PM CST Wanda Jones: Testing completed for H831TAIM.
03/16/2006 03:21:06 PM CST Wanda Jones: Testing completed for H881COHM.
Testing completed for all releases.


CSS-TN-0213062207 GRAPD New W2 Reporting Agency.doc

**DOCUMENTATION:**

| | | |
|---|---|---|
| MI | City of Battle Creek, Income Tax Division<br><br>http://ci.battle-creek.mi.us/Services/IncomeTax/Overview.htm | BTLCK |
| new | City of Grand Rapids, Income Tax Division<br><br>http://www.ci.grand-rapids.mi.us/download_upload/income_tax/2004/electronic_media_w-2_reporting_gr.pdf | GRAPD |
| | City of Port Huron, Income Tax Division<br><br>http://www.porthuron.org/residents/dept%2Dincometax.asp | HURON |
| new | City of Saginaw, Income Tax Division<br><br>http://www.saginaw-mi.com/Government/Departments/Finance/IncomeTax/withholding.php | SAGIN |

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00863

| City of Walker, Income Tax Department -Withholding Tax Section | WALKR |
|---|---|
| http://www.ci.walker.mi.us/Services/IncomeTax/W-2MagneticMediaSpecifications.html | |

| | |
|---|---|
| TAX960LC.SQR<br><br>**NOT IN ALL RELEASES – REMOVE AS NEEDED**<br><br><br><br><br>TN-0126065962<br><br>8.8sp1<br><br><br>8.3sp1<br><br><br><br><br><br><br><br>8sp1<br><br><br><br>7.51 | Local MMREF format changes<br><br>TAX960LC.SQR is a program used to create files to submit W-2 data electronically or on magnetic media to local tax agencies that accept submissions in the MMREF-1 file format specifications published by the Social Security Administration.<br><br>(TN-0126065962 LJCKY KY<br>TN-0126064621 MORAI OH<br>TN-0126068343 JOHNS OH<br>TN-0127061702 WSTRV OH<br>TN-0130069363 BTLCK MI<br>TN-0213062207 GRAPD MI<br>TN-0214063340 SAGIN MI<br>TN-0214064785 CLMBS OH<br>TN-0130063456 HURON MI<br>TN-0314061883 CINCI OH<br>TN-0120063889 LCTCB OH)<br><br><br>FINALLY, here are the clients who receive the LC version in TN-0126065962:<br><br>CHS<br>COH<br>PCA<br><br>ACE<br>ARM<br>FLI<br>HHS<br>SPC<br>SPS<br>TAI |

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00864

| | RRN |
| --- | --- |
| | SPL |
| | |
| | EDE |
| | TPA |
| | BRH |
| | |
| | Continued below |
| **TN-0213062207**<br><br>8.8sp1<br><br>8.3sp1<br><br><br><br><br>8sp1<br><br>7.51 | FINALLY, here are the clients who receive the LC version in TN-0126062207:<br><br>none<br><br><br>HII<br>OLN<br>PAS<br>CBR<br>STA<br><br>BGP<br><br>ADV<br>BSC<br>GCG<br>HVH<br>ICF<br>NCL |
| TAX960LT.SQR<br><br>**NOT IN ALL RELEASES – REMOVE AS NEEDED** | Local MMREF format changes<br><br>TAX960LT.SQR is a program used to create files to submit W-2 data electronically or on magnetic media to local tax agencies that accept submissions in the MMREF-1 file format specifications published by the Social Security Administration. |

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00865

| | |
|---|---|
| | (TN-0126065962 LJCKY KY<br>TN-0126064621 MORAI OH<br>TN-0126068343 JOHNS OH<br>TN-0127061702 WSTRV OH<br>TN-0130069363 BTLCK MI<br>TN-0213062207 GRAPD MI<br>TN-0214063340 SAGIN MI<br>TN-0214064785 CLMBS OH<br>TN-0130063456 HURON MI<br>TN-0314061883 CINCI OH<br>TN-0120063889 LCTCB OH) |
| **TN-0126065962**<br><br>8.8sp1 | FINALLY, here are the clients who receive the LT version: |
| 8.3sp1 | none |
| 8sp1 | BLS<br>RWC |
| 7.51 | QGI |
| **TN-0213062207** | SBH<br>ACT<br>COF<br><br>NONE |

## Fix Notes (Available To Customers)

Fix Form Opened by: CN=Sid Aliwarga/O=TomorrowNow   On: 02/13/2006

Last Updated by: CN=Matt Rasmussen/O=bingham   On: 04/06/2008 09:12:56 PM

Please Delete:

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00866