## New W2 Reporting Agencies

List Of New W2 Reporting Agencies in PY06MAR:

| W2 Reporting Agency | Description | Related SAS Fix# |
|---|---|---|
| LJCKY | Louisville/ Jefferson County (Kentucky) | CSS-TN-0126065962 |
| JOHNS | Village Of Johnstown, OH | CSS-TN-0126068343 |
| MORAI | Moraine, OH | CSS-TN-0126064621 |
| WSTRV | Westerville, OH | CSS-TN-0127061702 |
| BTLCK | Battle Creek, MI | CSS-TN-0130069363 |
| HURON | Port Huron, MI | CSS-TN-0130063456 |
| SIDNE | Sidney, OH | CSS-TN-0131068837 |
| GRAPD | Grand Rapids, MI | CSS-TN-0213062207 |
| CLMBS | Columbus, OH | CSS-TN-0214064785 |
| SAGIN | Saginaw, MI | CSS-TN-0214063340 |

The deliverable scripts (for data mover) will use the following naming convention for each fix:
**UPD + Fix# + _TN.DMS   (i.e. UPD0126065962_TN.DMS for LJCKY)**

List Of Clients Receiving This Fix By Peoplesoft Releases:
**8.8SP1**

| Client | L J C K Y | J O O S I | M O S T V | W T R N | B L D E | H R A D | S D M S | G A N | C M P B | S G R L A I | A N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHS | X | X | X | X | X | X | X | X | X | X | X |
| COH | X | X | X | X | X | X | X | X | X | X | X |
| PCA | X | X | X | X | X | X | X | X | X | X | X |



CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00867

Dockets.Justia.com

Starting source programs are the same: tax960lc.sqr and taxmmref.sqc (can be found under TN-0126065962 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

**8.3SP1**

| Client | L J C K Y | J O H N S | M O R A I | W S T C O V | B T L N K | H U R O N | S I D E | G R A M S | C L M G | S A | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACE | X | X | X | X |   | X | X | X | X | | |
| ARM | X | X | X | X |   | X | X | X | X | | |
| FLI | X | X | X | X |   | X | X | X | X | | |
| HHS | X | X | X | X |   | X | X | X | X | | |
| SPC | X | X | X | X |   | X | X | X | X | | |
| SPS | X | X | X | X |   | X | X | X | X | | |
| TAI | X | X | X | X | X | X | X | X | X | | |

Starting source programs are the same: tax960lc.sqr and taxmmref.sqc (can be found under TN-0126065962 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

| Client | L J C K Y | J O H N S | M O R A I | W S T C O V | B T L N K | H U R O N | S I D E | G R A M S | C L M G | S A |
|---|---|---|---|---|---|---|---|---|---|---|
| BLS | X | X | X | X | X | X | X | X | X | X |
| RWC | X | X | X | X | X | X | X | X | X | X |

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00868

Starting source programs are the same: tax960lt.sqr and taxmmref.sqc (can be found under TN-0126065962 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

| Client | L J C K Y | J O H N S | M O R A I | W S T L R V | B T D C K | H U R O N | S I D P B E | G R A B D | C L M I S | S A G N N |
|---|---|---|---|---|---|---|---|---|---|---|
| HII | | | | | | | | X | X | |
| OLN | | | | | | | | X | X | X |
| PAS | | | | | | | | X | | X |

Starting source programs are the same: tax960lc.sqr (can be found under TN-0213062207 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

| Client | L J C K Y | J O H N S | M O R A I | W S T L R V | B T D C K | H U R O N | S I D P B E | G R A B D | C L M I S | S A G N N |
|---|---|---|---|---|---|---|---|---|---|---|
| CBR | | | | | | | | X | X | X |
| STA | | | | | | | | X | X | X |

Starting source programs are the same: tax960lc.sqr (can be found under TN-0213062207 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00869