## 8SP1

| Client | L | J | M | W | B | H | S | G | C | S |
|---|---|---|---|---|---|---|---|---|---|---|
|  | J | O | O | S | T | U | I | R | L | A |
|  | C | H | R | T | L | R | D | A | M | G |
|  | K | N | A | R | C | O | N | P | B | I |
|  | Y | S | I | V | K | N | E | D | S | N |
| QGI | X | X | X | X | X | X | X | X | X | X |

Starting source programs are the same: tax960lt.sqr and taxmmref.sqc (can be found under TN-0126065962 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

| Client | L | J | M | W | B | H | S | G | C | S |
|---|---|---|---|---|---|---|---|---|---|---|
|  | J | O | O | S | T | U | I | R | L | A |
|  | C | H | R | T | L | R | D | A | M | G |
|  | K | N | A | R | C | O | N | P | B | I |
|  | Y | S | I | V | K | N | E | D | S | N |
| RRN | X | X | X | X |   |   |   | X | X | X |
| SPL | X | X | X | X |   |   |   | X | X | X |

Starting source programs are the same: tax960lc.sqr and taxmmref.sqc (can be found under TN-0126065962 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00870

Dockets.Justia.com

| Client | L J C K Y | J O H N S | M O R A I | W S T C O V | B T L O K | H U R N N | S I D P E | G R A B D | C L M I S | S A G   N |
|---|---|---|---|---|---|---|---|---|---|---|
| BGP | | | | | | | | X | X | X |

Starting source programs are the same: tax960lc.sqr (can be found under TN-0213062207 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

**7.51 (All the deliverables can be found under CSS HRMS 7.51 Commercial in development staging area)**

| Client | L J C K Y | J O H N S | M O R A I | W S T C O V | B T L O K | H U R N N | S I D P E | G R A B D | C L M I S | S A G   N |
|---|---|---|---|---|---|---|---|---|---|---|
| SBH | X | X | X | X | X | X | X | X | X | X |
| ACT | X | X | X | X | X | X | X | X | X | X |
| COF | X | X | X | X | X | X | X | X | X | X |

Starting source programs are the same: tax960lt.sqr and taxmmref.sqc (can be found under TN-0126065962 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00871

| Client | L J C K Y | J O H N S | M O R T I | W S L N V | B T R C K | H U D O N | S I A P E | G R M B D | C L G I S | S A   N | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EDE | X | X | X | X | | | | X | X | X | | | |
| TPA | X | X | X | | | | | X | X | X | | | |
| BRH | X | X | X | | | | | X | X | X | | | |

Starting source programs are the same: tax960lc.sqr and taxmmref.sqc (can be found under TN-0126065962 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME**

| Client | L J C K Y | J O H N S | M O R T I | W S L N V | B T R C K | H U D O N | S I A P E | G R M B D | C L G I S | S A   N |
|---|---|---|---|---|---|---|---|---|---|---|
| ADV | X | X | X | X | | | | X | X | X |
| BSC | X | X | X | X | | | | X | X | X |
| GCG | X | X | X | X | | | | X | X | X |
| HVH | X | X | X | X | | | | X | X | X |
| ICF | X | X | X | X | | | | X | X | X |
| NCL | X | X | X | X | | | | X | X | X |

Starting source programs are the same: tax960lc.sqr and taxmmref.sqc (can be found under TN-0126065962 folder in development staging area).

**DELIVERABLES TO ABOVE CLIENTS ARE THE SAME. For ADV, BSC, GCG, HVH, ICF, NCL, use HR751CSS to test.**

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00872