DB Name: sas\enterprise.nsf   Doc ID 43B17A78B403A53D862571D300641C28

# Master Fix



## Fix Information

| | | | |
|---|---|---|---|
| Fix Owner: | Edward Tong/TomorrowNow | Active Date: | 08/23/2006 |
| | | Fix Type: | ☐ Individual |
| TN Interested Parties: | Enterprise FDE<br>Enterprise HR P<br>Matthew Bowden/TomorrowNow | Fix ID: | CSS-TN-0823063765 |
| | | Fix Priority: | Medium |
| Short Description: | Alaska - State Quarterly Reporting Changes effective 01/01/2007 | | |
| Status: | Open - Documentation | Severity: | Required Fix |
| Source: | Client Reported | Prerequisites: | |
| Available in Bundle: | TN-PY06DEC | Postrequisites: | |

## Fix Task Status

| Task | Task Status | Task Owner | Due Date | Complete Date |
|---|---|---|---|---|
| Sponsor | Not Started | | | |
| Scope | Not Started | | | |
| Development | Complete | Edward Tong | | 11/21/2006 |
| Test | Complete | Paul Henville | | 11/29/2006 |
| Documentation | Not Started | | | |

## Fix Specifications

| | | | |
|---|---|---|---|
| Product Line: | HRMS | Market: | |
| Applications Covered: | Payroll | Application Release: | |
| Vendor Tools Release: | | Regs Territory: | AK |
| Database: | | Regs Updates Included: | |
| Hardware/OS: | | Vendor Maintenance: | |
| | | Last Vendor Update: | |
| | | First TomorrowNow | |



EXHIBIT
C Hyde
1283
5-12-09

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00873

Dockets.Justia.com

Update:

## Fix Issues

Issue Summary: Alaska - State Quarterly Reporting Changes effective 01/01/2007

Solution Summary: Amended tax810ak.sqr to conform to new record changes and also enhanced run control page to capture header details.

## Source

o Insert Requirements Source URL(s) (2 sources required)
  - initial notification of requirement or issue and the source
  - the confirmation of the requirement or issue and the source

o Attach Requirements Specifications (if applicable)

## Development

| Release | Object Type | Object Name | Clients | Comments |
|---|---|---|---|---|
| 7.02 | DAT | PRJ0823063765_TN.DAT | | |
| 7.02 | DMS | PRJ0823063765_i_TN.DMS | | |
| 7.02 | SQR | tax810ak.sqr | | |
| 7.51 | DAT | PRJ0823063765_TN.DAT | | |
| 7.51 | DMS | PRJ0823063765_i_TN.DMS | | |
| 7.51 | SQR | tax810ak.sqr | | |
| 8 SP1 | Project | PRJ0823063765_TN | | |
| 8 SP1 | SQR | tax810ak.sqr | | |
| 8.3 SP1 | Project | PRJ0823063765_TN | | |
| 8.3 SP1 | SQR | tax810ak.sqr | | |
| 8.8 SP1 | Project | PRJ0823063765_TN | | |
| 8.8 SP1 | SQR | tax810ak.sqr | | |
| 8.9 SP1 | Project | PRJ0823063765_TN | | |

- Attachment provided by Fix Delivery developer

  TN-0823063765_Unit_Test_H751.doc    TN-0823063765_Unit_Test_H881.doc    TN-0823063765_Unit_Test_H890.doc

  21/11/2006 09:09:51 PM ZE10 Edward Tong:  Tests were also run in 8sp1, 8.3sp1 & 702

## Test Plan

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00874

| Release | Test Status | Test Owner | Environment | Comments |
|---|---|---|---|---|
| 7.02 | Complete | Paul Henville | H702RHI | |
| 7.51 | Complete | Paul Henville | | HG751ANC |
| 8 SP1 | Complete | Elizabeth Simeonidis | | env H801CAGO - test plan |
| 8.3 | Complete | Paul Henville | | H830FLIO |
| 8.3 SP1 | Complete | Paul Henville | | H831BLSD |
| 8.8 SP1 | Complete | Elizabeth Simeonidis | | Env H881COHM - Test pla |
| 8.9 SP1 | Complete | Eugene Chua | | H890GKNM test plan attac |

- Attachment of Quality Test Document


GKN-TN-0823063765.doc

      
COH-TN-0823063765_881.doc   CAG-TN-0823063765_801.doc   TN-0823063765_Alaskan State Quarterly Reporting Changes_702.doc


TN-0823063765_Alaskan State Quarterly Reporting Changes_751.doc


TN-0823063765_Alaskan State Quarterly Reporting Changes_830.doc


TN-0823063765_Alaskan State Quarterly Reporting Changes_831.doc

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00875

### Documentation
- Client Documentation (copy client documentation entered)

### Fix Deliverables
Online project containing 2 field changes, 1 record change and a run control page change

sqr: tax810ak.sqr

### Fix Notes (Internal Use Only)
#### Functional / Technical Analysis

#### Client Information

#### Scoping

#### Development

#### QA / Testing

#### Documentation

#### General Notes

SOURCE INFORMATION
SOURCE INFORMATION

08/23/2006 01:23:03 PM CDT Kimberley Martinez:  Received the following information from the Municipality of Anchorage:

My name is Chris Erickson and I am a member of the PeopleSoft group working as a functional analyst. We have received (CSV) file specifications for the State of Alaska DOL ESC Quarterly Report.   We

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00876

currently send the data via diskette. Due to the State of Alaska fully functional online reporting and payment system, they will no longer accept magnetic media effective December 31, 2006. Electronic filing is now required as specified in Alaska Statue 8 AAC 85.020 when an individual or a cumulative total of wage items submitted by a company totals 250 or more.

I have attached the file specifications for the new CSV file and the current SQR program we are currently running.

I have several questions:

1. Does TomorrowNow have a SQR already written to match these specifications?
2. If you do not have a SQR, what is the lead time to write one?
3. Is it possible to have the program by the end of September?
4. What are the next steps?

In the past, the current program needed to be modified to pull job code information rather than the SOC (Standard Occupational Codes). The Municipality of Anchorage has since populated the US_SOC_CD field on the JOBCODE_TBL.

At your convenience, please call me at the number below so we can discuss further.

Attached is the requirements:


alaska file requirements_1.pdf

## FUNCTIONAL ANALYSIS

### DEVELOPMENT NOTES

08/24/2006 05:26:11 PM CDT Barbara Myrick: Assigned to Ed Tong and Hadi Arakib
09/08/2006 11:25:50 AM CDT Barbara Myrick: Ed is working solo on this.

28/09/2006 10:24:36 AM ZE10 Edward Tong: Versions for 7.02, 7.51 Commercial, 8SP1, 8.3SP1, 8.8SP1 & 8.9SP1 copied to the development Staging folders.

Unit Test document was produced using the H801TMPM environment. I have done tests in all the above releases. I could not run the sqr on 8.8 & 8.9 due to process scheduler startup issues we are having on tn-dell2650-01.


TN-0823063765_Unit_Test.doc

11/29/2006 02:10:50 AM CST Barbara Myrick: Ed completed developent; Paul completed testing

### TESTING DOCUMENTATION

### DOCUMENTATION COMPLETED

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00877

## Fix Notes (Available To Customers)

Fix Form Opened by: CN=Kimberley Martinez/O=TomorrowNow     On: 08/23/2006

Last Updated by: CN=Eugene Chua/O=TomorrowNow     On: 11/29/2006 02:07:09 PM

Please Delete:

CONFIDENTIAL INFORMATION
SAS-TN-OR00009569-OR-00878