## Customer Connect JDE World Downloads

| | |
|---|---|
| Client Name | Merck |
| Customer Connection User Name | jagjit_singh@merck.com |
| Customer Connection Password | kanyakumari2000 |
| User Name | Jagjit Singh |
| E-mail | jagjit_singh@merck.com |
| Phone Number | (908)-236 5846 |
| PepleSoft End of Maintenance date | 31-Dec-06 |
| JDE Products | 00, 01,02, 04 09 12 40 43 81, 82, 83,91, 92, 94, 96, 98 |
| JDE Releases | A7.3 & A7.3 Double Byte cume 7 |

### SAR Search
### Code Change Documents (Paper Fixes)

| Search For(Name, ID, Object, "text") | Release | System Code(s) | | Last Combination Downloaded | Completed By/Date |
|---|---|---|---|---|---|
| 00017 | A7.3 & A7.3 Double Byte | All | 401 | | |
| | A7.3 & A7.3 Double Byte | All | | | |
| | A7.3 & A7.3 Double Byte | All | | | |

Page 1 of 6                           Printed 10/13/2006 @ 11:44 AM

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR 00000490



Dockets.Justia.com

## Enterprise One + World Update Center

| Type | Release | Search For(Name, ID, Object, *text*) | Object Count (per Change Assistant) | Object Count (Folder-Downloaded) | Download Complete and Verified |
|---|---|---|---|---|---|
| JD Edwards World (PCCPY) | A7.3 & A7.3 Double Byte | * | *** IT req *** | *** IT req *** | *** IT req *** |
| JD Edwards World - Double Byte (PCCPY) | A7.3 & A7.3 Double Byte | * | *** IT req *** | *** IT req *** | *** IT req *** |
| XPI World (PCCPY) | A7.3 & A7.3 Double Byte | * | *** IT req *** | *** IT req *** | *** IT req *** |
| XPI World - Double Byte (PCCPY) | A7.3 & A7.3 Double Byte | * | *** IT req *** | *** IT req *** | *** IT req *** |

## White Papers
### Search from Main Page

| Release | Search For(Name, ID, Object, *text*) | Count Downloaded | | Last Combination Downloaded | Completed By/Date |
|---|---|---|---|---|---|
| A7.3 & A7.3 Double Byte | CIP-??-???? | 13 | | | |
| A7.3 & A7.3 Double Byte | CMQ-??-?? | 4 | | | |
| A7.3 & A7.3 Double Byte | CRM-??-???? | 52 | | | |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR 00000491

| | | | | | |
|---|---|---|---|---|---|
| A7.3 & A7.3 Double Byte | KBI-??-???? | 1 | | | |
| A7.3 & A7.3 Double Byte | KMT-??-???? | 3 | | | |
| A7.3 & A7.3 Double Byte | ODS-??-???? | 442 | | | |
| A7.3 & A7.3 Double Byte | OFN-??-???? | 547 | | | |
| A7.3 & A7.3 Double Byte | OHR-??-???? | 150 | | | |
| A7.3 & A7.3 Double Byte | OMN-??-???? | 208 | | | |
| A7.3 & A7.3 Double Byte | OTI-??-???? | 226 | | | |
| A7.3 & A7.3 Double Byte | OTM-??-???? | 290 | | | |
| A7.3 & A7.3 Double Byte | OTT-??-???? | 329 | | | |
| A7.3 & A7.3 Double Byte | WDS-??-???? | 215 | | | |
| A7.3 & A7.3 Double Byte | WFN-??-???? | 422 | | | |
| A7.3 & A7.3 Double Byte | WHR-??-???? | 107 | | | |
| A7.3 & A7.3 Double Byte | WMN-??-???? | 85 | | | |
| A7.3 & A7.3 Double Byte | WST-??-???? | 236 | | | |
| A7.3 & A7.3 Double Byte | XPI-??-???? | 7 | | | |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                    TN-OR 00000492

|  3337  |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                TN-OR 00000493

| PeopleBooks | | | | | |
|---|---|---|---|---|---|
| Release | | | | Last Combination Downloaded | Completed By/Date |
| A7.3 & A7.3 Double Byte | | | | | |

| Notes/Problems/Issues | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Localizations | | | | | |
|---|---|---|---|---|---|
| To Be Determined | | | | | |
| | | | | | |

| Minimum Technical Requirements | | | | | |
|---|---|---|---|---|---|
| To Be Determined | | | | | |
| | | | | | |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                           TN-OR 00000494

| Regulatory Updates | | | | | |
|---|---|---|---|---|---|
| To Be Determined | | | | | |
| | | | | | |

| Breaking News | | | | | |
|---|---|---|---|---|---|
| To Be Determined | | | | | |
| | | | | | |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                    TN-OR 00000495