## Customer Connect JDE One World Downloads

| Field | Value |
|---|---|
| Client Name | Bacup Shoe Company |
| Customer Connection User Name | mikerigby |
| Customer Connection Password | password3 |
| User Name | Mike Rigby |
| E-mail | mrigby@bacup.com |
| Phone Number | |
| PepleSoft End of Maintenance date | 4/21/06 |
| JDE Products | One World |
| JDE Releases | ERP 8.9 |

| Type | Release | Platforms | Search For (Name, ID, Object, *text*) | Last Combination Downloaded | Completed By/Date |
|---|---|---|---|---|---|
| Electronic Software Updates | 8.9 | All | All Numerically, Example JD11*, JD12* | | |



Exhibit No.: 1469
Deponent: SURETTE
Date/RPR: 6/19/09 SD
Hunter + Geist, Inc.

TN-OR01541300

Dockets.Justia.com

| | | | | | Enterprise One Tools Releases | PeopleSoft EnterpriseOne | Enterprise One CRM | XPI Foundation | XPI - Enterprise One XBPs |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 8.9 | All | All | All | All |
| | | | | | All | All | All | All | All |
| | | | | | All | All Numerically | All Numerically | All Numerically | All Numerically |

TN-OR01541300

| Category | | | | |
|---|---|---|---|---|
| PeopleSoft E1 Intergrations | All | All | All Numerically | |
| Enterprise Portal | All | All | All Numerically | |
| Portal Component | All | All | All Numerically | |
| Portal Component | All | All | A* | |
| Portal Component | All | All | B* | |
| Portal Component | All | All | M* | |
| Portal Component | All | All | N* | |
| Portal Component | All | All | V* | |
| Colaborative Portlet | All | All | All | |
| Mobile Sales | All | All | All | |
| Content Manager | All | All | All | |

TN-OR01541300