# White Papers
## Search from Main Page

| Release | Search For(Name, ID, | All | All | All | EPM |
|---|---|---|---|---|---|
| | CIP-??-???? | | | | |
| | CMQ-??-?? | | | | |
| | CRM-??-???? | | | | |
| | KBI-??-???? | | | | |
| | KMT-??-???? | | | | |
| | ODS-??-???? | | | | |
| | OFN-??-???? | | | | |
| | OHR-??-???? | | | | |
| | OMN-??-???? | | | | |
| | OTI-??-???? | | | | |
| | OTM-??-???? | | | | |

Columns also include: Last Combination Downloaded, Completed By/Date

Dockets.Justia.com
TN-OR01541300

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| OTT-??-???? | WDS-??-???? | WFN-??-???? | WHR-??-???? | WMN-??-???? | WST-??-???? | XPI-??-???? | | | | | | | | |
| | | | | | | | | | | | | | | |

Notes/Problems/Issues

PeopleBooks

| Release | Search For All | Last Combination Downloaded | Completed By/Date |
|---|---|---|---|

TN-OR01541300

TN-OR01541300