# EXHIBIT F

Dockets.Justia.com

```
 1  Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
 2  Elaine Wallace (SBN 197882)
    JONES DAY
 3  San Francisco Office
    555 California Street, 26th Floor
 4  San Francisco, CA 94104
    Telephone:   (415) 626-3939
 5  Facsimile:   (415) 875-5700
    ramittelstaedt@jonesday.com
 6  jmcdonell@jonesday.com
    ewallace@jonesday.com
 7
    Tharan Gregory Lanier (SBN 138784)
 8  Jane L. Froyd (SBN 220776)
    JONES DAY
 9  Silicon Valley Office
    1755 Embarcadero Road
10  Palo Alto, CA 94303
    Telephone:   (650) 739-3939
11  Facsimile:   (650) 739-3900
    tglanier@jonesday.com
12  jfroyd@jonesday.com

13  Scott W. Cowan (Admitted Pro Hac Vice)
    Joshua L. Fuchs (Admitted Pro Hac Vice)
14  JONES DAY
    717 Texas, Suite 3300
15  Houston, TX 77002
    Telephone:   (832) 239-3939
16  Facsimile:   (832) 239-3600
    swcowan@jonesday.com
17  jlfuchs@jonesday.com

18  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
19  TOMORROWNOW, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH |
| Plaintiffs, | DEFENDANT TOMORROWNOW, INC.'S SECOND AMENDED AND SUPPLEMENTAL RESPONSES TO PLAINTIFF ORACLE CORP.'S THIRD SET OF INTERROGATORIES AND SAP AMERICA, INC.'S, AND SAP AG'S SECOND AMENDED AND SUPPLEMENTAL RESPONSES TO PLAINTIFF ORACLE CORP.'S SECOND SET OF INTERROGATORIES |
| v. | |
| SAP AG, et al. | |
| Defendants. | |

HUI-113066v1

DEF. TN'S SECOND AMEND. & SUPP. RESP. TO 3RD SET
AND SAP'S AMEND. RESP. TO 2ND SET OF ROGS
Case No. 07-CV-1658 PJH (EDL)

**INTERROGATORY NO. 8:**

For any tax or regulatory updates delivered by SAP TN to any Customer after March 22, 2007, explain all ways in which SAP TN has used any Local Environment or Software and Support Material.

- 37 -

DEF. TN'S SECOND AMEND. & SUPP. RESP. TO 3RD SET AND
SAP'S AMEND. RESP. TO 2ND SET OF ROGS
Case No. 07-CV-1658 PJH (EDL)

1  **RESPONSE TO INTERROGATORY NO. 8:**

2  **ALL ANSWERS TO THIS REQUEST ARE DESIGNATED AS CONFIDENTIAL INFORMATION**

3

4  *TomorrowNow's Answer*

5        In addition to Defendants' General Objections and Responses, TomorrowNow objects that
6  the request is overly broad and unduly burdensome. In addition, TomorrowNow objects to the
7  extent the Interrogatory purports to require TomorrowNow to create a compilation, abstract, or
8  summary from business records that TomorrowNow has already produced or will produce.
9  TomorrowNow also objects that the information being requested is unreasonably cumulative or
10 duplicative of discovery already being conducted by Plaintiffs. TomorrowNow further objects
11 that the information being sought can be obtained by a more convenient source, namely
12 depositions that Plaintiffs have already taken. TomorrowNow further objects that this request
13 imposes a burden or obligation the Parties have not yet agreed to. The Parties are still in the
14 process of meeting and conferring regarding the limited issues for which the parties will agree to
15 expand the discovery time period. This request is outside of the parties currently agreed discovery
16 time period. TomorrowNow further objects to this Interrogatory to the extent that it calls for
17 information protected by the attorney-client or work product privileges. TomorrowNow will not
18 provide such privileged information. Subject to and without waiving its Objections,
19 TomorrowNow respond as follows:

20       TomorrowNow has used PeopleSoft local environments and PeopleSoft software and
21 support materials after March 22, 2007 in accordance with the TomorrowNow Rule 30(b)(6)
22 deposition testimony provided on June 25, 2008. This testimony was provided pursuant to
23 Plaintiffs' Notice of TomorrowNow, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6),
24 dated April 23, 2008. TomorrowNow has used PeopleSoft local environments and PeopleSoft
25 software and support materials for the development process, the unit testing process, the bundle
26 testing process, and the delivery process. TomorrowNow has also used PeopleSoft local
27 environments and PeopleSoft software and support materials in identifying and responding to
28 customer questions and problems. Pursuant to Federal Rule of Civil Procedure 33(d),

- 38 -

DEF. TN'S SECOND AMEND. & SUPP. RESP. TO 3RD SET AND
SAP'S AMEND. RESP. TO 2ND SET OF ROGS
Case No. 07-CV-1658 PJH (EDL)

1   TomorrowNow further refers Plaintiffs to the production of the SAS database relating to Waste
2   Management. *See* Bates No. TN-OR 01823633 a/k/a TN(Disc).76.
3       TomorrowNow has not used JDE local environments for any tax or regulatory updates
4   delivered by TomorrowNow to any customer after March 22, 2007. TomorrowNow has not used
5   JDE software and support materials for any tax or regulatory updates delivered by TomorrowNow
6   to any customer after March 22, 2007.

*SAP America's and SAP AG's Answer*

In addition to Defendants' General Objections and Responses, SAP objects that the request is overly broad and unduly burdensome. In addition, SAP objects to the extent the Interrogatory purports to require SAP to create a compilation, abstract, or summary from business records that TomorrowNow has already produced or will produce. SAP also objects that the information being requested is unreasonably cumulative or duplicative of discovery already being conducted by Plaintiffs. SAP further objects that the information being sought can be obtained by a more convenient source namely depositions that Plaintiffs have already taken. SAP further objects that this request imposes a burden or obligation the Parties have not yet agreed to. The Parties are still in the process of meeting and conferring regarding the limited issues for which the parties will agree to expand the discovery time period. This request is outside of the parties currently agreed discovery time period. SAP further objects to this Interrogatory to the extent that it calls for information protected by the attorney-client or work product privileges. SAP will not provide such privileged information. Subject to and without waiving their Objections, SAP responds as follows:

SAP has no additional knowledge other than what is reflected in TomorrowNow's answer to this Interrogatory.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

**ALL ANSWERS TO THIS REQUEST ARE DESIGNATED AS CONFIDENTIAL INFORMATION**

This compound request would require TomorrowNow to chronicle information that involved numerous employees, took place over a year period, and is too complex and detailed to

1  describe in an Interrogatory response. Pursuant to Rule 33(d), TomorrowNow points Plaintiffs to
2  the SAS database, which is the tool TomorrowNow used to chronicle its business efforts to
3  service clients. *See* TN-OR01823633, TN(Disc).76, TN-OR 03775478, TN(Hard drive).67, TN-
4  OR 04446717, TN(Disc).173, TN-OR 04446719, TN(Hard drive).75. Pursuant to Rule 33(d),
5  TomorrowNow also relies on the extensive deposition testimony that has been taken on the tax or
6  regulatory updates provided by TomorrowNow to its customers after the litigation commenced.
7  *See* June 25, 2008 Deposition of Rod Russell Pursuant to Rule 30(b)(6); June 25, 2008
8  Deposition of Larry Garcia Pursuant to Rule 30(b)(6); June 25, 2008 Deposition of Sharon Piper
9  Pursuant to Rule 30(b)(6); April 1, 2008 Deposition of Kathy Williams Pursuant to Rule 30(b)(6);
10 April 1, 2008 Deposition of Catherine Hyde Pursuant to Rule 30(b)(6); February 12, 2009
11 Deposition of Catherine Hyde; May 12, 2009 Deposition of Catherine Hyde; February 5, 2009
12 Deposition of Rod Russell. Further, since January 2008, TomorrowNow was to follow the
13 policies and procedures in the Compliance Guidelines for Support Services to service its
14 customers. *See* SAP-OR00631484–SAP-OR00631485; TN-OR03775494–TN-OR03775495.

- 40 -

DEF. TN'S SECOND AMEND. & SUPP. RESP. TO 3RD SET AND
SAP'S AMEND. RESP. TO 2ND SET OF ROGS
Case No. 07-CV-1658 PJH (EDL)

**INTERROGATORY NO. 10:**

Identify all entities not listed on Exhibit 1 to SAP TN's First Set of Requests for Production to Oracle for whom any Defendant has downloaded Software and Support Materials, and Identify the corresponding Software and Support Materials.

- 43 -

DEF. TN'S SECOND AMEND. & SUPP. RESP. TO 3RD SET AND
SAP'S AMEND. RESP. TO 2ND SET OF ROGS
Case No. 07-CV-1658 PJH (EDL)

## RESPONSE TO INTERROGATORY NO. 10:

**ALL ANSWERS TO THIS REQUEST ARE DESIGNATED AS CONFIDENTIAL INFORMATION**

*TomorrowNow's Answer*

In addition to Defendants' General Objections and Responses, TomorrowNow objects that the request is overly broad and unduly burdensome. TomorrowNow further objects that this is a compound request and if submitted properly would be two separate individual requests. In addition, TomorrowNow objects to the extent the Interrogatory purports to require TomorrowNow to create a compilation, abstract, or summary from business records that TomorrowNow has already produced or will produce. TomorrowNow also objects that the information being requested is unreasonably cumulative or duplicative of discovery already being conducted by Plaintiffs. TomorrowNow further objects to the extent that the request assumes that TomorrowNow downloaded software and support materials for all entities listed on Exhibit 1 to TomorrowNow's First Set of Requests for Production to Plaintiffs. TomorrowNow's response to this request interprets the word "entities" as referring to all current, former or prospective customers of TomorrowNow. TomorrowNow objects to any other interpretation of the word "entities" in the context of this request as not being not relevant to any of Plaintiffs' claims in this case and such an interpretation would also make the request vague, overly broad and unduly burdensome. TomorrowNow further objects to this Interrogatory to the extent that it calls for information protected by the attorney-client or work product privileges. TomorrowNow will not provide such privileged information. Subject to and without waiving its Objections, TomorrowNow responds as follows:

TomorrowNow downloaded material from Customer Connection for the following entities not contained on Exhibit 1:

- Apria Health Care (JDE) – \\dcitbu01\JDE\JDE Delivered Updates & Fixes\Apria Health Care
- Fuelserv (JDE) – \\dcitbu01\JDE\JDE Delivered Updates & Fixes\Fuelserv
- Banta Global Turnkey (JDE) – \\JD-wsvr01\JDE Delivered Updates & Fixes\NewDownloads\Banta Global Turnkey

- 44 -

DEF. TN'S SECOND AMEND. & SUPP. RESP. TO 3RD SET AND
SAP'S AMEND. RESP. TO 2ND SET OF ROGS
Case No. 07-CV-1658 PJH (EDL)

- Lonestar (PS) – \\dcitbu01\Downloads\PeopleSoft\Lonestar
- Park Stuff (PS) – \\dcitbu01\Downloads\Peoplesoft\Park Stuff
- TBC (JDE) – \\dcitbu01\JDE\JDE Delivered Updates & Fixes\TBC Corp
- Thomson Financials (PS) – \\dcitbu01\Downloads\PeopleSoft\Thomson Financials

Pursuant to Federal Rule of Civil Procedure 33(d), TomorrowNow directs Plaintiffs to the customer downloads that TomorrowNow either has or will produce. Additionally, all customer downloads are being made available to Plaintiffs through the Data Warehouse. The exact file paths for these downloads are contained in the list above.

*SAP America's and SAP AG's Answer*

In addition to Defendants' General Objections and Responses, SAP objects that the request is overly broad and unduly burdensome. SAP further objects that this is a compound request and if submitted properly would be two separate individual requests. In addition, SAP objects to the extent the Interrogatory purports to require SAP to create a compilation, abstract, or summary from business records that TomorrowNow has already produced or will produce. SAP also objects that the information being requested is unreasonably cumulative or duplicative of discovery already being conducted by Plaintiffs. SAP further objects to the extent that the request assumes that TomorrowNow downloaded software and support materials for all entities listed on Exhibit 1 to TomorrowNow's First Set of Requests for Production to Plaintiffs. SAP's response to this request interprets the word "entities" as referring to all current, former or prospective customers of TomorrowNow. SAP objects to any other interpretation of the word "entities" in the context of this request as not being not relevant to any of Plaintiffs' claims in this case and such an interpretation would also make the request vague, overly broad and unduly burdensome. SAP further objects to this Interrogatory to the extent that it calls for information protected by the attorney-client or work product privileges. SAP will not provide such privileged information. Subject to and without waiving its Objections, SAP responds as follows:

SAP has no additional knowledge other than what is reflected in TomorrowNow's answer to this Interrogatory.

- 45 -

DEF. TN'S SECOND AMEND. & SUPP. RESP. TO 3RD SET AND
SAP'S AMEND. RESP. TO 2ND SET OF ROGS
Case No. 07-CV-1658 PJH (EDL)

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

**ALL ANSWERS TO THIS REQUEST ARE DESIGNATED AS CONFIDENTIAL INFORMATION**

*TomorrowNow's Answer*

TomorrowNow further states that it also downloaded material from Customer Connection for the following entities not contained on Exhibit 1:

- Canada Lands Company (JDE) – believed to have been deleted; and
- Energy Northwest (PS) – TN-OR 02989992, TN (Hard Drive).28.

*See* TN-OR00049617, TN-OR01225265.

Pursuant to Rule 33(d), TomorrowNow directs Plaintiffs to the download locations that have been identified in the current responses to Interrogatory No. 11 from Oracle Corporation's First Set of Interrogatories to TomorrowNow, Inc. Additionally, all identified downloads are being made available to Plaintiffs through the Data Warehouse. TomorrowNow further incorporates by reference its Supplemental Exhibit 1 to its First Sets of Request for Production and Interrogatories to Plaintiffs, produced January 9, 2009.

- 46 -

DEF. TN'S SECOND AMEND. & SUPP. RESP. TO 3RD SET AND
SAP'S AMEND. RESP. TO 2ND SET OF ROGS
Case No. 07-CV-1658 PJH (EDL)