# EXHIBIT G

Dockets.Justia.com

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | **CASE NO. 07-CV-1658 PHJ** |
| Plaintiffs, | **DEFENDANT TOMORROWNOW, INC.'S FOURTH AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF ORACLE USA, INC.'S FIRST SET OF INTERROGATORIES (SET ONE)** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

**INTERROGATORY NO. 2:**

Describe in as much detail as possible any express or implied authorization, permission, or agreement, including any referenced in ¶¶ 9 or 72 of Your Answer, which You contend allows You to access or Download Software and Support Materials from Oracle-maintained software support websites, including Customer Connection.

**RESPONSE TO INTERROGATORY NO. 2:**

THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL INFORMATION.

TomorrowNow objects that this interrogatory is unduly burdensome and oppressive to the extent that it seeks a narrative with respect to each customer of TomorrowNow. Subject to and without waiving the foregoing objection and the General Responses and Objections, TomorrowNow responds as follows: Oracle was aware that TomorrowNow, on behalf of its customers, had access to and conducted downloads of information from Oracle-maintained software support websites, including Customer Connection, and did not object. Oracle has provided training to TomorrowNow employees concerning access to and use of materials of the type at issue in the litigation, even after this litigation began. Oracle admits in this action that third party service providers are entitled to undertake such activities on behalf of their customers to the extent the customers' license rights permit that activity. (Oracle has thus far failed to produce those licenses, which may further evidence authorization of TomorrowNow's activities on behalf of its customers.) TomorrowNow's contracts with its customers typically contain a variety of representations and warranties that the customer is entitled to permit TomorrowNow access to licensed materials for purposes of providing service to the customer. TomorrowNow typically obtains from its customers written or other representations concerning the materials to which that customer is licensed and to which TomorrowNow may have access for purposes of providing service to the customer. Additional information responsive to this interrogatory as to specific customers may be derived or ascertained from TomorrowNow's business records, including specifically its contracts with its customers, emails with customers in the contract

| | |
|---|---|
| 1 | negotiation process and initial steps to establish service for the customer (often referred to as the |
| 2 | "onboarding" process) and documentation concerning customer representations in the customer |
| 3 | onboarding process, which contracts, emails and onboarding documentation will be included in |
| 4 | TomorrowNow's production of documents in this case and on which TomorrowNow relies to |
| 5 | further respond to this interrogatory pursuant to Rule 33(d) of the Federal Rules of Civil |
| 6 | Procedure ("Rule 33(d)"). |
| 7 | **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:** |
| 8 | THIS SUPPLEMENTAL RESPONSE IS DESIGNATED AS CONFIDENTIAL |
| 9 | INFORMATION. |
| 10 | TomorrowNow further responds that its customer contracts include but are not limited to: |
| 11 | TN-OR00000027 – TN-OR00001007 and TN-OR 00004204 – TN-OR00004276; and that its |
| 12 | onboarding documentation includes but is not limited to TN-OR00001008 – TN-OR00001277. |
| 13 | TomorrowNow reserves the right to further supplement this response as necessary during the |
| 14 | course of document production. |
| 15 | **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:** |
| 16 | THIS SECOND SUPPLEMENTAL RESPONSE IS DESIGNATED AS |
| 17 | CONFIDENTIAL INFORMATION. |
| 18 | As stated in Defendants' General Responses and Objections, TomorrowNow objects that |
| 19 | this interrogatory calls for a legal conclusion and for information protected by the work product |
| 20 | immunity. TomorrowNow further supplements its interrogatory response by incorporating by |
| 21 | reference and relying upon all of its current responses to Interrogatory No. 10 of Plaintiff Oracle |
| 22 | Corporation's First Set of Interrogatories (Set One) and Interrogatory No. 4 contained herein. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |