

1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:     (415) 626-3939
    Facsimile:     (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:     (650) 739-3939
10  Facsimile:     (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX  77002
    Telephone:     (832) 239-3939
15  Facsimile:     (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22  ORACLE USA, INC., *et al.*,          Case No. 07-CV-1658 PJH (EDL)

23            Plaintiffs,               **DEFENDANTS' ADMINISTRATIVE
                                        MOTION TO PERMIT
24       v.                             DEFENDANTS TO FILE UNDER
                                        SEAL DOCUMENTS SUPPORTING
25  SAP AG, *et al.*,                   DEFENDANTS' MOTION FOR
                                        SANCTIONS AND MOTION TO
26            Defendants.               COMPEL**

27

28
                                        DEFENDANTS' ADMINISTRATIVE MOTION
                                               TO FILE UNDER SEAL
                                          Case No. 07-CV-1658 PJH (EDL)

Dockets.Justia.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## I.   INTRODUCTION

Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, Defendants) respectfully request that the Court order the Clerk of the Court to file the following documents under seal:

1.  Portions of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f);

2.  Exhibits D, J, K, L, P and Q to the Declaration of Elaine Wallace in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f) with;

3.  Portions of the Declaration of Stephen K. Clarke in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f);

4.  Portions of Defendants' Motion to Compel Production of Financial Information of Plaintiffs; and

5.  Exhibits 6, 7, 8, 9, 10, 11, 18 and 19 to the Declaration of Jason McDonell in Support of Defendants' Motion to Compel Production of Financial Information of Plaintiffs.

Unredacted versions of these documents were lodged with the Court on July 14, 2009. This request is made pursuant to Civil Local Rules 7-11 and 79-5 and the Protective Order signed by Judge Martin Jenkins on June 6, 2007.  This request is supported by the Parties' Stipulation Regarding Defendants' Administrative Motion to Seal, filed concurrently with this Motion.

## II.   ARGUMENT

Defendants request that the above listed documents, discussed in the attached Declaration of Elaine Wallace ("Wallace Declaration") be filed under seal.  Good cause exists for filing them under seal because they contain content that was designated by Plaintiffs as either "Highly Confidential Information - Attorneys' Eyes Only," or "Confidential Information," pursuant to the Stipulated Protective Order.  Defendants' request is narrowly tailored, as required by Local Rule 79-5(a), and seeks to protect only those documents that contain information so designated.

This request is supported by the accompanying Declaration of Elaine Wallace in Support of Defendants' Administrative Motion to File Under Seal and the parties' Stipulation.

DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### III.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order the filing of the documents listed in detail in the attached declaration under seal.  Pursuant to Local Rule 79-5, a Proposed Order is submitted with this Motion.


DATED:  July 14, 2009                                    JONES DAY


                                                         By:  /s/ Jason McDonell
                                                              Jason McDonell

                                                         Attorneys for Defendants
                                                         SAP AG, SAP AMERICA, INC., and
                                                         TOMORROWNOW, INC.

SFI-614583v1

DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)