| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
| | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
| | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
| | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DECLARATION OF ELAINE WALLACE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR SANCTIONS AND MOTION TO COMPEL** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |

I, ELAINE WALLACE, declare:

I am an associate with the law firm of Jones Day and counsel for Defendants in the above-captioned matter. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. I make this declaration in support of Defendant's Administrative Motion to Permit Defendants to File Under Seal the following documents:

  (a) Portions of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 19(f) ("Motion for Sanctions");

  (b) Exhibits D, J, K, L, P and Q to the Declaration of Elaine Wallace in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f);

  (c) Portions of the Declaration of Stephen K. Clarke in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f) ("Clarke Declaration");

  (d) Portions of Defendants' Motion to Compel Production of Financial Information of Plaintiffs ("Motion to Compel"); and

  (e) Exhibits 6, 7, 8, 9, 10, 11, 18 and 19 to the Declaration of Jason McDonell in Support of Defendants' Motion to Compel Production of Financial Information of Plaintiffs with.

Sealing of the documents identified above is requested because each of these documents contains information designated by Plaintiffs as Confidential or Highly Confidential – Attorneys Eyes' Only under the protective order entered into in this case. Defendants have narrowly tailored this request by redacting only a limited number of lines or paragraphs of documents and only the precise text that describes or discloses designated information.

1     I declare under penalty of perjury under the laws of the United States and the State of

2 California that the foregoing is true and correct.

3     Executed this 14th day of July, 2009 in San Francisco, California.

5 DATED: July 14, 2009                    JONES DAY

7                                                By: /s/ Elaine Wallace
                                                           Elaine Wallace

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

SFI-614586v1

- 3 -

WALLACE DECL. ISO DEFS'
ADMIN. MOTION TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)