| | |
|---|---|
| 1   Robert A. Mittelstaedt (SBN 060359)<br>    Jason McDonell (SBN 115084) | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) |
| 2   Elaine Wallace (SBN 197882)<br>    JONES DAY | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) |
| 3   555 California Street, 26th Floor<br>    San Francisco, CA 94104 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) |
| 4   Telephone:  (415) 626-3939<br>    Facsimile:  (415) 875-5700 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 5   ramittelstaedt@jonesday.com<br>    jmcdonell@jonesday.com | Telephone: (415) 393-2000<br>Facsimile:  (415) 393-2286 |
| 6   ewallace@jonesday.com | donn.pickett@bingham.com<br>geoff.howard@bingham.com |
| 7   Tharan Gregory Lanier (SBN 138784)<br>    Jane L. Froyd (SBN 220776) | holly.house@bingham.com<br>zachary.alinder@bingham.com |
| 8   JONES DAY<br>    1755 Embarcadero Road | bree.hann@bingham.com |
| 9   Palo Alto, CA 94303<br>    Telephone:  (650) 739-3939 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) |
| 10  Facsimile:  (650) 739-3900<br>    tglanier@jonesday.com | 500 Oracle Parkway<br>M/S 5op7 |
| 11  jfroyd@jonesday.com | Redwood City, CA 94070<br>Telephone: (650) 506-4846 |
| 12  Scott W. Cowan (Admitted *Pro Hac Vice*)<br>    Joshua L. Fuchs (Admitted *Pro Hac Vice*) | Facsimile:  (650) 506-7114 |
| 13  JONES DAY<br>    717 Texas, Suite 3300 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com |
| 14  Houston, TX 77002<br>    Telephone:  (832) 239-3939 | Attorneys for Plaintiffs |
| 15  Facsimile:  (832) 239-3600<br>    swcowan@jonesday.com | Oracle USA, Inc., Oracle International<br>Corporation, and Oracle EMEA Limited |
| 16  jlfuchs@jonesday.com | |
| 17  Attorneys for Defendants | |
| 18  SAP AG, SAP AMERICA, INC., and<br>    TOMORROWNOW, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>SAP AG, *et al.*,<br><br>              Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION TO PERMIT DEFENDANTS TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS AND MOTION TO COMPEL** |

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)

Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc. Oracle International Corporation, and Oracle EMEA Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with Oracle, the "Parties") jointly submit this Stipulation to permit Defendants to file under seal documents supporting Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16 (f) ("Motion for Sanctions") and Defendants' Motion to Compel Production of Financial Information of Plaintiffs ("Motion to Compel").

WHEREAS, the requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Defendants' Motion for Sanctions and Motion to Compel until such time as the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, the following materials constitute documents that contain information designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only" pursuant to the Protective Order entered on June 6, 2007 in this action:

1. Portions of Defendants' Motion for Sanctions containing quotes or other material from documents identified herein that have been designated as are designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";

2. Exhibits D, J, K, L, P and Q to the Declaration of Elaine Wallace in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16 (f) with;

3. Paragraph 27 and a portion of paragraph 22 of the Declaration of Stephen K. Clarke in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16 (f);

4. Portions of Defendants' Motion to Compel containing quotes or other material from documents identified herein that have been designated as are designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";

5. Exhibits 6, 7, 8, 9, 10, 11, and 19 and portions of Exhibits 2 and 18 to the Declaration of Jason McDonell in Support of Defendants' Motion to Compel Production of Financial Information of Plaintiffs.

//

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Defendant be permitted to file under seal their documents supporting Defendants' Motion for Sanctions and Motion to Compel. The Parties further agree that Plaintiffs reserve their rights to challenge the confidentiality of the information filed under seal pursuant to this Stipulation.

**IT IS SO STIPULATED.**

DATED: July 14, 2009                          JONES DAY

                                              By: /s/ Jason McDonell
                                                  Jason McDonell

                                              Attorneys for Defendants
                                              SAP AG, SAP AMERICA, INC., and
                                              TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: July 14, 2009                          BINGHAM McCUTCHEN LLP

                                              By: /s/ Zachary Alinder
                                                  Zachary Alinder

                                              Attorneys for Plaintiffs
                                              ORACLE USA, INC., ORACLE
                                              INTERNATIONAL CORPORATION, and,
                                              ORACLE EMEA LIMITED

SFI-614646v1

- 3 -

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)