Dockets.Justia.com

| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
|   | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
|   | JONES DAY |
| 3 | 555 California Street, 26th Floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone:    (415) 626-3939 |
|   | Facsimile:    (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
|   | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
|   | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| 9 | 1755 Embarcadero Road |
|   | Palo Alto, CA 94303 |
|   | Telephone:    (650) 739-3939 |
| 10 | Facsimile:    (650) 739-3900 |
|   | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
|   | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
|   | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
|   | Telephone:    (832) 239-3939 |
| 15 | Facsimile:    (832) 239-3600 |
|   | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
|   | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

19                          UNITED STATES DISTRICT COURT

20                          NORTHERN DISTRICT OF CALIFORNIA

21                          SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| 23 | Plaintiffs, | **PROOF OF SERVICE** |
| 24 | v. | |
| 25 | SAP AG, *et al.*, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

DEF.'S ADMIN. MOT. TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH(EDL)

## PROOF OF SERVICE

I, Christine Lok, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104. On July 14, 2009, I served a copy of the within document(s):

**DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR SANCTIONS AND MOTION TO COMPEL**

**DECLARATION OF ELAINE WALLACE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR SANCTIONS AND MOTION TO COMPEL**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR SANCTIONS AND MOTION TO COMPEL**

**STIPULATION TO PERMIT DEFENDANTS TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS AND MOTION TO COMPEL**

**DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37(c) AND 16(f)**

**DECLARATION OF ELAINE WALLACE IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37(c) AND 16(f)**

**DECLARATION OF STEPHEN K. CLARKE IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37(C) AND 16(F); FILED UNDER SEAL**

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FINANCIAL INFORMATION FROM PLAINTIFFS; FILED UNDER SEAL**

**DECLARATION OF JASON McDONELL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FINANCIAL INFORMATION OF PLAINTIFFS; EXS. 2, 6, 7, 8, 9, 10, 11, 18 & 19 FILED UNDER SEAL**

| | | |
|---|---|---|
| | ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| | ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| | ☒ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| | ☒ | by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

Donn P. Pickett
Geoffrey M. Howard
Holly A. House
Zachary J. Alinder
Bree Hann
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2009, San Francisco, California.

*/s/ Christine Lok*
Christine Lok