1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:   (650) 739-3939
10 Facsimile:   (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:   (832) 239-3939
15 Facsimile:   (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                      UNITED STATES DISTRICT COURT
20                     NORTHERN DISTRICT OF CALIFORNIA
21                          SAN FRANCISCO DIVISION

22 ORACLE CORPORATION, et al.,            Case No. 07-CV-1658 PJH

23          Plaintiffs,                    **DECLARATION OF JASON McDONELL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FINANCIAL INFORMATION OF PLAINTIFFS**
      v.
24
   SAP AG, et al.,
25
            Defendants.                    **EXS. 2, 6, 7, 8, 9, 10, 11, 18 & 19 REDACTED**
26
27                                         Date:  August 18, 2007
                                           Time:  TBD
28                                         Courtroom: E, 15th Floor
                                           Judge: Hon. Elizabeth D. Laporte

SFI-614214v1

REDACTED McDONELL DECL. ISO OF MOT. TO COMPEL
Case No. 07-CV-1658 PJH

1    I, JASON McDONELL, declare:

2    I am partner with the law firm of Jones Day and counsel for defendants in the above-
3    captioned matter. I make this declaration based on personal knowledge and, if called upon to do
4    so, could testify competently thereto.

5    1.   Attached hereto as **Exhibit 1** is a true copy of a July 10, 2009 letter from Holly
6    House to me.

7    2.   Attached hereto as **Exhibit 2** is a true copy of a July 13, 2009 letter from me to
8    Holly House.

9    3.   Defendants' First Set of Document Requests to Plaintiffs was served on July 26,
10   2007, the first day discovery was permitted to be served in this case. Attached hereto as **Exhibit**
11   **3** is a true copy of the Plaintiffs' Responses and Objection to Requests Nos. 65 through 73 from
12   Defendants' First Set of Document Requests to Plaintiffs. The requests were served on July 26,
13   2007.

14   4.   Attached hereto as **Exhibit 4** is a true copy of my June 2, 2008 letter to Geoffrey
15   Howard.

16   5.   Attached hereto as **Exhibit 5** is a true copy of the cover page and page 103 from
17   Defendants' Deposition Exhibit 31 which, in turn, is a copy of Oracle Corporation's Annual
18   Report on Form 10-K.

19   6.   Attached hereto as **Exhibit 6** are true copies of the cover page and pages 14-15,
20   43, 63-64 and 72-73 from the transcript of the deposition of Oracle Corporation presented by
21   designee Ivgen Guner.

22   7.   Attached hereto as **Exhibit 7** is a true copy of the cover page and pages 179-180
23   from the transcript of the deposition of Safra Catz.

24   8.   Attached hereto as **Exhibit 8** is a true copy of the cover page and pages 69-70 and
25   170-179 from the transcript of the deposition of Corey West.

26   9.   Attached hereto as **Exhibit 9** is a true copy of the cover page and pages 47-49
27   from the transcript of the deposition of Lawrence Ellison.

28

SFI-614214v1

2

REDACTED McDONELL DECL. ISO OF MOT.
TO COMPEL
Case No. 07-CV-1658 PJH

1    10.   Attached hereto as **Exhibit 10** is a true copy of the cover page, pages 177-180 and
2    194-196 from the transcripts of the deposition of Juergen Rottler.
3    11.   Attached hereto as **Exhibit 11** is a true copy of the excerpts from Defendants'
4    deposition Exhibit 445.
5    12.   Attached hereto as **Exhibit 12** is a true copy of the cover page and pages 46-51
6    from the transcript of the August 28, 2008 Discovery Conference.
7    13.   Attached hereto as **Exhibit 13** is a true copy of the cover page and pages 55-57
8    from the unofficial transcript of the January 8, 2009 Discovery Conference.
9    14.   Attached hereto as **Exhibit 14** are true copies of cover letters from Oracle's
10   counsel dated February 13, 2009, February 18, 2009, March 11, 2009 and March 26, 2009 which
11   accompanied Plaintiffs' production of charts of accounts information.
12   15.   Attached hereto as **Exhibit 15** is a true copy of an exchange of email among
13   counsel dated April 29 and May 4, 2009
14   16.   Attached hereto as **Exhibit 16** is a true copy of Plaintiffs' Supplemental Responses
15   and Objections to Defendants' "Second" and "Third" Targeted Search Requests.
16   17.   Attached hereto as **Exhibit 17** is a true copy of Defendants' Deposition Exhibit
17   No. 244, which is Defendants' Amended Second Notice of Deposition of Plaintiff Oracle
18   International Corporation Pursuant to Federal Rule of Civil Procedure 30(b)(6).
19   18.   Attached hereto as **Exhibit 18** is a true copy of my June 12, 2009 letter to Zachary
20   Alinder.
21   19.   Attached hereto as **Exhibit 19** is a true copy of the cover page and pages 16, 41,
22   52, 63, 67, 78-79, 82-83, 94-95, 105-107, 122-126, 135, 150, 155, 159-160, 183-188, 195, 206,
23   208 and 222-226 from the transcript of the deposition of Oracle International Corporation
24   presented by corporate designee Ms. Ann Kishore.
25   20.   I have met and conferred with Plaintiffs' counsel concerning the issues raised in
26   this motion on numerous occasions over the course of the last year.  Most recently, I have
27   conferred by telephone on May 11, June 4 and July 10, 2009.  I have also met and conferred in
28

1 | writing, including by not limited to, the correspondence included as Exhibits 1, 2, 4 and 18 to this
2 | declaration.

3 |     I declare under penalty of perjury under the laws of the United States and the State of
4 | California that the foregoing is true and correct.

5 |     Executed this 14th day of July 2009 in San Francisco, California.

                          /S/ Jason McDonell
                            Jason McDonell