| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|   | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|   | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 5 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 6 | donn.pickett@bingham.com |
|   | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|   | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|   | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway |
|    | M/S 5op7 |
| 11 | Redwood City, CA 94070 |
|    | Telephone:  (650) 506-4846 |
| 12 | Facsimile:  (650) 506-7114 |
|    | dorian.daley@oracle.com |
| 13 | jennifer.gloss@oracle.com |
| 14 | Attorneys for Plaintiffs |
|    | Oracle USA, Inc., Oracle International Corporation, and |
| 15 | Oracle EMEA Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE USA, INC., *et al.*, | | No. 07-CV-1568 PJH (EDL) |
| | Plaintiffs, | **DECLARATION OF KEVIN MANDIA IN SUPPORT OF ORACLE'S MOTION TO AMEND COMPLAINT** |
| | v. | |
| SAP AG, *et al.*, | | |
| | Defendants. | Date:       August 19, 2009<br>Time:       9:00 a.m.<br>Courtroom: 5, 17th Floor<br>Judge:      Hon. Phyllis J. Hamilton |

DECLARATION OF KEVIN MANDIA IN SUPPORT OF ORACLE'S MOTION TO AMEND COMPLAINT

I, Kevin Mandia, declare:

1. I am CEO and president of Mandiant Corporation ("Mandiant"), a computer forensics and information security consultation firm. Except for matters stated below on information and belief, I have personal knowledge of the matters stated in this Declaration by virtue of my retention by Plaintiffs in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. As part of the discovery process in this case, Mandiant has been given access to copies of images of servers that I am informed and believed resided at TomorrowNow, Inc.'s ("SAP TN") facilities and are described by Defendants their "Data Warehouse" materials.

3. The Data Warehouse materials contain SAP TN's copies of Oracle software environments and downloads of Oracle Software and Support Materials (as that term is used in the Third Amended Complaint) from Oracle's password-protected systems. These materials also tend to show how SAP TN created fixes, including by copying and manipulating those environments and downloads. Based on Mandiant's review, the Data Warehouse information appears to reflect some of SAP TN's daily activities, showing its continuing support of specific customers over time, including each fix provided to each customer.

4. I understand that Defendants have represented that the Data Warehouse production, once completed, will total over seven terabytes of data and 14 million files. Much of the data is produced in a compressed format. As an example, of the materials received to date, more than 3,000 files are compressed copies of software environments that appear to have originated from Oracle's software licensed to its customers, and which exist as a copy of that software, sometimes modified, on SAP TN's servers. These environment files are on average roughly 200 megabytes in size but when extracted and decompressed can expand to 3.5 gigabytes per environment. In other words, decompression could potentially add approximately 10 terabytes to the volume of just our current data set. Furthermore, it takes an average of a week per terabyte to extract and decompress this data. Based on all of the information available to me, I estimate that the sum decompressed size of the Data Warehouse production, once complete, could exceed 16 terabytes and 15 million files.

5. In my experience, and by way of comparison, one terabyte is the equivalent of approximately 50 million pages of documents.

6. To determine the extent to which SAP TN copied Oracle code and modified it (or did not modify it), and distributed it to customers, Mandiant must analyze the Data Warehouse and SAS records (which are by far the best information sources available to Mandiant for this purpose) to trace SAP TN's fix development. This includes a code comparison between Oracle code and the code SAP TN provided to its customers and used in developing fixes.

7. Mandiant has been building the necessary infrastructure, and then analyzing the millions of files in the Data Warehouse since Oracle received the first production in October 2008. This data review process is very complex and manually intensive, and not yet complete. Mandiant cannot simply run searches and read the documents like a review of, for instance, an email production. Instead, it must run file-compares and perform forensic analysis on the data – often involving line by line code comparisons – to determine which files are copies of, or modifications of, others, and how the files have been manipulated, and their relationship to the software environment copies. To complete such an analysis for even a reasonable sample of the available data will take Mandiant several more months, if not longer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on July 14, 2009.

*Kevin Mandia*

Kevin Mandia

2

DECLARATION OF KEVIN MANDIA IN SUPPORT OF ORACLE'S MOTION TO AMEND COMPLAINT