1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:   (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA  94070
11 Telephone:  (650) 506-4846
   Facsimile:   (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corp.,
15 and Oracle EMEA Ltd..

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20  ORACLE USA, INC., a Colorado corporation,         CASE NO.  07-CV-1658 PJH (EDL)
    ORACLE INTERNATIONAL CORPORATION,
21  a California corporation, and ORACLE EMEA         **[PROPOSED] ORDER GRANTING
    LIMITED, an Irish private limited company,        ORACLE LEAVE TO FILE
22                                                    ORACLE'S FOURTH AMENDED
                   Plaintiffs,                        COMPLAINT**
23         v.

24  SAP AG, a German corporation, SAP
    AMERICA, INC., a Delaware corporation,
25  TOMORROWNOW, INC., a Texas corporation,
    and DOES 1-50, inclusive,
26
                   Defendants.
27

28

1    Pending before this Court is Oracle's Motion to Amend Complaint ("Motion").
2 Through the Motion, Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle
3 EMEA Limited (collectively, "Oracle"), request an Order granting Oracle leave to file Oracle's
4 Fourth Amended Complaint for Damages and Injunctive Relief in the form attached as Exhibit A
5 to the Motion.
6    Having considered the Motion, and pursuant to Federal Rule of Civil Procedure
7 15(a)(2):
8    IT IS HEREBY SO ORDERED THAT Oracle is granted leave to file its Fourth
9 Amended Complaint for Damages and Injunctive Relief in the form attached as Exhibit A to the
10 Motion. Oracle shall file the Fourth Amended Complaint within ten (10) days of entry of this
11 Order.
12
13    This Order moots, and the Court declines to decide, Oracle's Alternative Motion
14 to File Stipulated Amended Complaint, filed concurrently with the Motion.
15
16 DATED: _____, 2009
17                                           Hon. Phyllis J. Hamilton
                                             United States District Court Judge

1                                                                      Case No. 07-CV-01658 PJH (EDL)
[PROPOSED] ORDER GRANTING ORACLE LEAVE TO FILE ORACLE'S FOURTH AMENDED COMPLAINT