| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
| | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
| | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
| | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | Oracle USA, Inc., Oracle International Corp., |
| 15 | and Oracle EMEA Ltd.. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE EMEA LIMITED, an Irish private limited company, | CASE NO.  07-CV-1658 PJH (EDL) |
| 21 | | **[PROPOSED] ORDER GRANTING ORACLE LEAVE TO FILE THE STIPULATED FORM OF ORACLE'S FOURTH AMENDED COMPLAINT** |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | |
| 26 | Defendants. | |

Case No. 07-CV-1658 PJH (EDL)

[PROPOSED] ORDER GRANTING ORACLE LEAVE TO FILE THE STIPULATED
FORM OF ORACLE'S FOURTH AMENDED COMPLAINT

Dockets.Justia.com

1    Pending before this Court is Plaintiffs' Alternative Motion to File a Stipulated
2 Amended Complaint.  Through the Alternative Motion to Amend, Plaintiffs Oracle USA, Inc.,
3 Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle"), request an
4 Order granting Oracle leave to file a stipulated version of Oracle's Fourth Amended Complaint
5 for Damages and Injunctive Relief.
6    Having considered the Motion, and pursuant to Federal Rule of Civil Procedure
7 15(a)(2) and paragraph five of the June 11, 2009 Stipulated Revised Case Management and
8 Pretrial Order:
9    IT IS HEREBY SO ORDERED THAT Oracle is granted leave to file its Fourth
10 Amended Complaint in the form stipulated to by the Parties.  Oracle shall file the Fourth
11 Amended Complaint within ten (10) days of entry of this Order.
12
13 DATED: _____, 2009    _____
14                                   Hon. Phyllis J. Hamilton
                                    United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28