UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC, et al.,

    Plaintiffs,

    v.

SAP AG, et al.,

    Defendants.

_____/

No. C 07-1658 PJH

**NOTICE**

    The court is in receipt of a chambers copy of the Declaration of Chad Russell in Support of Oracle's Motion to Amend Complaint, filed by plaintiffs in the above-entitled action on July 15, 2009. The chambers copy is not in usable format. Please take notice that the court will not consider the contents of any chambers copy that is not in usable format.

    A document that is in "usable format" is one that is usable by the court for its intended purpose. The Russell Declaration consists of a five-page declaration with 20 attached exhibits. The entire group of 20 exhibits is tabbed "Exhibit A." A declaration that includes numerous untabbed exhibits is not in usable format.

    The court will consider the contents of the chambers copy only if it is submitted in usable format no later than one court day after the date of this notice.

_____
PHYLLIS J. HAMILTON
United States District Judge

Dated: July 17, 2009