# Exhibit B

Case4:07-cv-01658-PJH   Document354-2   Filed07/17/09   Page1 of 9

Dockets.Justia.com

1  Robert A. Mittelstaedt (SBN 060359)
   JONES DAY
2  San Francisco Office
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700
   ramittelstaedt@jonesday.com
5
   Tharan Gregory Lanier (SBN 138784)
6  Jane L. Froyd (SBN 220776)
   JONES DAY
7  Silicon Valley Office
   1755 Embarcadero Road
8  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
9  Facsimile:    (650) 739-3900
   tglanier@jonesday.com
10 jfroyd@jonesday.com

11 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
12 JONES DAY
   717 Texas, Suite 3300
13 Houston, TX 77002
   Telephone:    (832) 239-3939
14 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
15 jlfuchs@jonesday.com

16 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
17 TOMORROWNOW, INC.

18                    UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20                      SAN FRANCISCO DIVISION

21 ORACLE CORPORATION, et al.,          Case No. 07-CV-1658 PJH

22              Plaintiffs,             **DEFENDANT TOMORROWNOW,
                                        INC.'S FIRST AMENDED AND
23      v.                              SUPPLEMENTAL RESPONSE TO
                                        PLAINTIFF ORACLE USA, INC.'S
24 SAP AG, et al.,                      SECOND SET OF
                                        INTERROGATORIES**
25              Defendants.

26

27

28

1

2

3

4

5

6

7

8  **INTERROGATORY NO. 12:**

9      For each Customer for whom SAP TN has created one or more local PeopleSoft

10  environments on SAP TN's systems from copies of that Customer's PeopleSoft software, as

11  testified by Shelley Nelson (Shelley Nelson Dep. at 13:24-17:11 (Oct. 30, 2007)), Identify the

12  Customer, Identify each product name and release copied to create the local environment, and

13  state the total number of local environments created for the customer.

14  **RESPONSE TO INTERROGATORY NO. 12:**

15      THIS RESPONSE IS DESIGNATED AS HIGHLY CONFIDENTIAL.

16      TomorrowNow objects that this interrogatory is compound, unduly burdensome and

17  oppressive to the extent that it seeks a narrative answer with respect to Peoplesoft environments

18  and each product name and release copied to each such environment.  Subject to and without

19  waiving the foregoing objections and the General Responses and Objections, TomorrowNow

20  responds as follows: TomorrowNow has maintained approximately 183 Peoplesoft environments

21  on behalf of approximately 122 different customers, which have variously included one or more

22  of the CRM, EPM, FDM, SA, Portal, and HRMS products, with varying releases of each

23  (including CRM - releases 8.4, 8.8 SP1, and 8.9; EPM- release 8.9; FDM - releases 7.52, 7.53, 8

24  SP3, 8.4, 8.4 SP1, 8.4 SP2, 8.8 SP1,  and 8.9; SA – releases 7.6 and 8 SP1; Portal – releases 8.4

25  and 9.9; and HRMS - releases 7.02, 7.50, 7.51, 8, 8 SP1, 8.3, 8.3 SP1, 8.8 SP1, and 8.9).

26  Additional information responsive to this interrogatory as to specific customers may be derived or

27  ascertained from TomorrowNow's business records, including specifically TomorrowNow's E

28  Portal .nsf file, produced at TN-OR 00169313, information contained at TN-OR 00169315,

1    TomorrowNow's emails among development and support engineers and its databases of customer

2    service information, including its SAS databases (which have been previously produced, in native

3    format, at TN-OR 00009569), which have been or will be included in TomorrowNow's

4    production of documents and on which TomorrowNow relies to further respond to this

5    interrogatory pursuant to Rule 33(d).

6    **AMENDED AND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 12:**

7        TomorrowNow amends the confidentiality designation of its prior response to be

8    designated as Confidential Information.

9        THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL.

10       TomorrowNow further responds that an Excel workbook that has been produced at

11   TN-OR06515456 that contains the most detailed information TomorrowNow has been able to

12   gather regarding the PeopleSoft environment components that might have existed on

13   TomorrowNow's network. Additional information responsive to this interrogatory may be

14   derived or ascertained from TomorrowNow's business records of local PeopleSoft environments

15   and their locations, including specifically TomorrowNow's BakTrack database, produced at TN-

16   OR 06125330, TomorrowNow's SAS database, produced at TN-OR 03775478, TN(Hard

17   drive).67, TN-OR 04446717, TN(Disc).173, TN-OR 04446719, TN(Hard drive).75,

18   TomorrowNow's SAS environment portals, produced at TN-OR 00169313, TN-OR 00871902,

19   TN-OR 03775478, and TN-OR04446719, TomorrowNow's Path Finder database, produced at

20   TN-OR 04498712, and TomorrowNow's DotProject database, produced at TN-OR06220764,

21   TN(Disc).214, as well as through the servers that have been made available in the "Data

22   Warehouse," all which have been included in TomorrowNow's production of documents or

23   otherwise made available to Plaintiffs and on which TomorrowNow relies to further respond to

24   this interrogatory pursuant to Rule 33(d).

25       Further, in response to these noticed topics and during the course of individual depositions

26   of TomorrowNow witnesses, TomorrowNow has provided more than sufficient testimony on the

27   local PeopleSoft environments. *See, e.g.,* February 6-7, 2008 Deposition of John Baugh Pursuant

28   to Rule 30(b)(6); June 25, 2008 Deposition of Rod Russell Pursuant to Rule 30(b)(6);  April 1,

1  2008 Deposition of Kathy Williams Pursuant to Rule 30(b)(6); April 1, 2008 Deposition of

2  Catherine Hyde Pursuant to Rule 30(b)(6); December 5, 2008 Deposition of Matthew Bowden;

3  February 12, 2009 Deposition of Catherine Hyde; May 12, 2009 Deposition of Catherine Hyde;

4  February 5, 2009 Deposition of Rod Russell; April 18, 2008 Deposition of Shelley Nelson.

5  Pursuant to Rule 33(d), TomorrowNow relies on this testimony to further respond to this

6  interrogatory.

7  **INTERROGATORY NO. 13:**

8      For each Customer for whom SAP TN has created one or more local J.D. Edwards

9  environments on SAP TN's systems from copies of that Customer's J.D. Edwards software, as

10  testified by Mark Kreutz (Mark Kreutz Dep. at 90:14-94:12-18 (Oct. 30, 2007)), Identify the

11  Customer, Identify each product name and release copied to create the local environment, and

12  state the total number of local environments created for that customer.

13  **RESPONSE TO INTERROGATORY NO. 13:**

14      THIS RESPONSE IS DESIGNATED AS HIGHLY CONFIDENTIAL.

15      TomorrowNow objects that this interrogatory is compound, unduly burdensome and

16  oppressive to the extent that it seeks a narrative answer with respect to JDE environments and

17  each product name and release copied to each such environment.  Subject to and without waiving

18  the foregoing objections and the General Responses and Objections, TomorrowNow responds as

19  follows: TomorrowNow has maintained JDE environments on behalf of three different customers:

20  Koontz-Wagner Electric, Inc., The Bonne Bell Company, Inc., and Praxair, Inc.  For Koontz-

21  Wagner, there are nine environments, which include products Distribution, Financials, HRMS,

22  and Manufacturing, release A7.3, Cumulative Update 7.  For Bonne Bell, there are three

23  environments, which include products Distribution, Financials, HRMS, and Manufacturing,

24  release A8.1, Cumulative Update 6.  For Praxair, there are twelve environments, which include

25  products Distribution, Financials, HRMS, and Manufacturing, release Xe SP23G1.  Additional

26  Information responsive to this interrogatory as to specific customers may be derived or

27  ascertained from TomorrowNow's business records, including TomorrowNow's emails among

28  development and support engineers and its databases of customer service information, including

1   its SAS databases (which have been previously produced, in native format, at TN-OR 00009569),

2   which have been or will be included in TomorrowNow's production of documents and on which

3   TomorrowNow relies to further respond to this interrogatory pursuant to Rule 33(d).

4   **AMENDED AND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13:**

5        TomorrowNow amends the confidentiality designation of its prior response to be

6   designated as Confidential.

7        THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL.

8        TomorrowNow further responds that Plaintiffs have questioned TomorrowNow's

9   witnesses extensively in deposition on topics related to this interrogatory.  For example, Plaintiffs

10  requested deposition testimony on TomorrowNow's "creation and use of Customer Local

11  Environments, including without limitation: b. The manner and method by which Customer Local

12  Environments were created, stored and Used by You; . . . d. The total number of Customer Local

13  Environments created for each identified customer; e. The name, release, and version of all PSFT

14  or JDE branded Software obtained and/or copied to create each identified Customer Local

15  Environment; f. The identity and description of all Customer Local Environments maintained in

16  any way by You relating to Customers for whom You had ceased to provide support services; g.

17  The identity and description of all Customer Local Environments Used by You in any way to

18  support any Customer other than the one that provided the Software used to create the Customer

19  Local Environment; . . . [and] l. The process by which Customer Local Environments were Used

20  as part of the ordinary course of business for SAP TN, including without limitation to on-

21  boarding of new Customers; support of Customer cases, issues, and problems; reactive and

22  proactive development of bug fixes, updates, patches, explanations, or regulatory changes for

23  Customers; and testing of other operating systems levels. . . ." *See* January 22, 2008 Amended

24  Notice of Deposition of TomorrowNow, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

25        In response to these noticed topics and during the course of individual depositions of

26  TomorrowNow witnesses, TomorrowNow has provided more than sufficient testimony on the

27  creation and use of TomorrowNow's local JDE environments. *See, e.g.,* February 19, 2008

28  Deposition of Mark Kreutz Pursuant to Rule 30(b)(6); April 10, 2009 Deposition of Patti

1    VonFeldt. *See also* Future Deposition of Keith Shankle.  In addition, TomorrowNow has made

2    the relevant server partitions available through "Data Warehouse."  Pursuant to Rule 33(d),

3    TomorrowNow relies upon all testimony and each document cited in this Supplemental Response

4    to further respond to this interrogatory.

5    **INTERROGATORY NO. 14:**

6         For each local environment Identified in Your responses to Interrogatories 12 and 13,

7    Identify all Customers who received support based on the Use of that environment, and a detailed

8    description of that support (such as, for example, the retrofit tax updates testified to by Shelley

9    Nelson (Shelley Nelson Dep. at 32:19-34:13 (Oct. 30, 2007)) including, where applicable,

10   Identification of the name, number, version or other Identifying information of the product

11   provided as part of the support.

12   **RESPONSE TO INTERROGATORY NO. 14:**

13        THIS RESPONSE IS DESIGNATED AS HIGHLY CONFIDENTIAL.

14        TomorrowNow objects that this interrogatory is cumulative, compound, unduly

15   burdensome and oppressive to the extent it seeks to require TomorrowNow to attempt to evaluate

16   millions of pages of documents and data relating to customer support that have been created over

17   several years.  Subject to and without waiving the foregoing objections and the General

18   Responses and Objections, TomorrowNow responds as follows: Generally, to the extent a

19   particular entity is or was a TomorrowNow customer, and when TomorrowNow maintains an

20   environment on that customer's behalf, TomorrowNow provided or provides support to that

21   customer utilizing that environment.  For updates and/or fixes to Peoplesoft and JDE products,

22   TomorrowNow has generally used the customer's environment(s) (whether maintained by

23   TomorrowNow or the customer) to create or test the updates and/or fixes.  TomorrowNow is

24   aware of certain instances where an environment maintained on behalf of one customer may have

25   been used to create or test updates and/or fixes for other customers.  *See, e.g.*, Tr. of October 30,

26   2007 Deposition of Mark Kreutz, at 197:8-199:25; Tr. of October 30, 2007 Deposition of Shelley

27   Nelson at 32:19-41:17, 53:13-55:7; Dec. 6, 2007 Deposition of Shelley Nelson at 126:4-139:3,

28   145:1-14, 160:16-161:5, 185:3-16, 195:24-196:20.  Additional information responsive to this

1   interrogatory as to specific customers may be derived or ascertained from TomorrowNow's

2   business records; specifically, the relevant specific customer support efforts, updates, and fixes

3   are set forth and described in detail in TomorrowNow's emails among development and support

4   engineers and its databases of customer service information, including its SAS databases (which

5   have been previously produced, in native format, at TN-OR 00009569), which have been or will

6   be included in TomorrowNow's production of documents and on which TomorrowNow relies to

7   further respond to this interrogatory pursuant to Rule 33(d).

8   **AMENDED AND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:**

9         TomorrowNow amends the confidentiality designation of its prior response to be

10  designated as Confidential.

11        TomorrowNow supplements it prior response as follows:

12        THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL.

13        TomorrowNow further responds that information responsive to this interrogatory can be

14  found in the SAS database. *See* TN-OR 03775478, TN(Hard drive).67. TomorrowNow further

15  responds that Plaintiffs have questioned TomorrowNow's witnesses extensively in deposition on

16  topics related to this interrogatory. For example, Plaintiffs requested deposition testimony on

17  TomorrowNow's "creation and use of Customer Local Environments, including without

18  limitation: b. The manner and method by which Customer Local Environments were created,

19  stored and Used by You; . . . d. The total number of Customer Local Environments created for

20  each identified customer; e. The name, release, and version of all PSFT or JDE branded Software

21  obtained and/or copied to create each identified Customer Local Environment; f. The identity and

22  description of all Customer Local Environments maintained in any way by You relating to

23  Customers for whom You had ceased to provide support services; g. The identity and description

24  of all Customer Local Environments Used by You in any way to support any Customer other than

25  the one that provided the Software used to create the Customer Local Environment; . . . [and] l.

26  The process by which Customer Local Environments were Used as part of the ordinary course of

27  business for SAP TN, including without limitation to on-boarding of new Customers; support of

28  Customer cases, issues, and problems; reactive and proactive development of bug fixes, updates,

TOMORROWNOW'S FIRST AMENDED AND
SUPP. RESP. TO INTERROGATORIES
Case No. 07-CV-1658 PJH

1   patches, explanations, or regulatory changes for Customers; and testing of other operating

2   systems levels. . . ." *See* January 22, 2008 Amended Notice of Deposition of TomorrowNow, Inc.

3   Pursuant to Fed. R. Civ. P. 30(b)(6).

4          In response to these noticed topics and during the course of individual depositions of

5   TomorrowNow witnesses, TomorrowNow has provided more than sufficient testimony on the use

6   of TomorrowNow's local environments. *See, e.g.,* February 6-7, 2008 Deposition of John Baugh

7   Pursuant to Rule 30(b)(6); February 19, 2008 Deposition of Mark Kreutz Pursuant to Rule

8   30(b)(6); December 6, 2007 Deposition Testimony of Shelley Nelson Pursuant to Rule 30(b)(6);

9   June 25, 2008 Deposition of Rod Russell Pursuant to Rule 30(b)(6);  April 1, 2008 Deposition of

10  Kathy Williams Pursuant to Rule 30(b)(6); April 1, 2008 Deposition of Catherine Hyde Pursuant

11  to Rule 30(b)(6); April 18, 2008 Deposition of Shelley Nelson; December 5, 2008 Deposition of

12  Matthew Bowden; February 12, 2009 Deposition of Catherine Hyde; May 12, 2009 Deposition of

13  Catherine Hyde; February 5, 2009 Deposition of Rod Russell; April 10, 2009 Deposition of Patti

14  VonFeldt; February 26, 2009 Deposition for Andrew Nelson; April 29, 2009 Deposition of

15  Andrew Nelson.

16         TomorrowNow further states that it would be impossible and unreasonable to expect

17  TomorrowNow to provide a detailed description of the support provided with each local

18  environment.  This interrogatory calls for tracking information for hundreds of environments

19  from 2002 until the local environments were shut down on April 30, 2008.  TomorrowNow relies

20  upon all testimony and each document cited in this Supplemental Response to further respond to

21  this interrogatory pursuant to Rule 33(d).

22  Dated: May 22, 2009                          JONES DAY

23

24                                              By: _____

25                                                  Jason McDonell

26                                              Counsel for Defendants
                                                SAP AG, SAP AMERICA, INC., and
27                                              TOMORROWNOW, INC.

28