# Exhibit C

Applications and Database Versions

Database 8.1.7.0.0
Database 8.1.7.1.0
Database 8.1.7.4.0
Database 9.0.2.0.0
Database 9.0.2.692.1
Database 9.2.0.1.0
Database 9.2.0.4.0
Database 9.2.0.6.0
Database 10.1.0.2.0
Database 10.1.0.3.0
Database 10.1.0.4.0
Database 10.1.2.0.0
Database 10.2.0.0.0
Database 10.2.0.1.0
Database 10.2.0.2.0
Database 10.2.0.3.0
JDE Distribution 8
JDE Distribution 8.1
JDE Distribution 8.11
JDE Distribution 8.12
JDE Distribution 8.9
JDE Distribution A7.3
JDE Distribution A8.1
JDE Distribution A9.1
JDE Distribution B7.3.3.2
JDE Distribution Xe
JDE Financials 8
JDE Financials 8.1
JDE Financials 8.11
JDE Financials 8.12
JDE Financials 8.9
JDE Financials A7.3
JDE Financials A8.1
JDE Financials A9.1
JDE Financials B7.3.3.2
JDE Financials Xe
JDE HRMS 8
JDE HRMS 8.1
JDE HRMS 8.9
JDE HRMS A7.3
JDE HRMS A8.1
JDE HRMS A9.1
JDE HRMS Xe
JDE Manufacturing 8
JDE Manufacturing 8.1
JDE Manufacturing 8.11
JDE Manufacturing 8.12
JDE Manufacturing 8.9
JDE Manufacturing A7.3
JDE Manufacturing A8.1
JDE Manufacturing A9.1
JDE Manufacturing B7.3.3.2

Applications and Database Versions

JDE Manufacturing Xe
PeopleSoft CRM 8
PeopleSoft CRM 8.4
PeopleSoft CRM 8.4 SP1
PeopleSoft CRM 8.8
PeopleSoft CRM 8.8 SP1
PeopleSoft CRM 8.9
PeopleSoft EPM 8.3 SP1
PeopleSoft EPM 8.3 SP4
PeopleSoft EPM 8.4 SP1
PeopleSoft EPM 8.8
PeopleSoft EPM 8.8 SP1
PeopleSoft EPM 8.9
PeopleSoft FDM 7
PeopleSoft FDM 7.5.0
PeopleSoft FDM 7.52 C
PeopleSoft FDM 7.52 EG
PeopleSoft FDM 7.53
PeopleSoft FDM 7.53 C
PeopleSoft FSCM 8
PeopleSoft FSCM 8 SP1
PeopleSoft FSCM 8 SP2
PeopleSoft FSCM 8 SP3
PeopleSoft FSCM 8.4
PeopleSoft FSCM 8.4 SP1
PeopleSoft FSCM 8.4 SP2
PeopleSoft FSCM 8.8
PeopleSoft FSCM 8.8 SP1
PeopleSoft FSCM 8.9
PeopleSoft HCM 8 SP1
PeopleSoft HCM 8.3
PeopleSoft HCM 8.3 SP1
PeopleSoft HCM 8.8
PeopleSoft HCM 8.8 SP1
PeopleSoft HCM 8.9
PeopleSoft HCM 8.9 SP1
PeopleSoft HRMS 7 C
PeopleSoft HRMS 7 SA
PeopleSoft HRMS 7.02 C
PeopleSoft HRMS 7.02 P
PeopleSoft HRMS 7.02 PS
PeopleSoft HRMS 7.5 AP
PeopleSoft HRMS 7.5 C
PeopleSoft HRMS 7.51 C
PeopleSoft HRMS 7.51 EG
PeopleSoft HRMS 7.6 SA
PeopleSoft HRMS Portal 8.4
PeopleSoft SA 8 SP1
Siebel Analytics 7.5
Siebel Analytics 7.7.2
Siebel Analytics 7.8.x Apps
Siebel CRM 5.x

Applications and Database Versions

Siebel CRM 6.x
Siebel CRM 7.0
Siebel CRM 7.5
Siebel CRM 7.7
Siebel CRM 7.8