# Exhibit D

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 1 | A O Smith | F890AOSO | FDM | 8.9 | 4/4/2007 | FSCM 8.9 | 3rd Party Apps, General Ledger, PeopleTools |
| 2 | A O Smith | H801AOSO | HRMS | 8 SP1 | 4/5/2007 | HRMS 8.0 SP1 | Benefits Admin, eBenefits, eDevelopment, ePay, ePerformance, eProfile, Human Resources, Payroll, Payroll Interface, Pension Admin, |
| 3 | AC Transit | H751ACTM | HRMS | 7.51 | 12/16/2004 | HRMS 7.51 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 4 | Academy Sports and Outdoors, LTD | F842ASOD | FDM | 8.4 SP2 | 7/31/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, eProcurement, Enterprise Portal, General Ledger, Payables, PeopleTools, Projects, Purchasing |
| 5 | Academy Sports and Outdoors, LTD | P840ASOD | PORTAL | 8.4 | 8/18/2006 | Enterprise Portal 8.40 | 3rd Party Apps, Enterprise Portal, Enterprise Warehouse, PeopleTools |
| 6 | Ace Parking Management, Inc. | F842APMD | FDM | 8.4 SP2 | 5/24/2005 | FSCM 8.4 SP2 | 3rd Party Apps, General Ledger, Payables, PeopleTools |
| 7 | AFLAC | H831AFLM | HRMS | 8.3 SP1 | 9/27/2006 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, ePay, eProfile, eRecruit, eRecruit Manager Desktop, Human Resources, Payroll, PeopleTools, Resume processing |
| 8 | AgFirst Farm Credit Bank | F842AGFM | FDM | 8.4 SP2 | 3/21/2007 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Expenses, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 9 | Alcon Laboratories, Inc | H831ALCM | HRMS | 8.3 SP1 | 2/14/2007 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |
| 10 | Allianz Australia Services Pty Ltd | F842AAIS | FDM | 8.4 SP2 | 1/31/2007 | FSCM 8.4 SP2 | 3rd Party Apps, Payables, PeopleTools, Receivables Assets, General Ledger, Purchasing |
| 11 | Allianz Life Insurance Company of North America | H831ALIM | HRMS | 8.3 SP1 | 1/31/2007 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll Interface, PeopleTools |
| 12 | American Commercial Barge Line LLC | F803ACBO | FDM | 8 SP3 | 8/6/2006 | HRMS 8.0 SP3 | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 13 | American Council on Education | F841ACEM | FDM | 8.4 SP1 | 11/16/2005 | FSCM 8.4 SP1 | 3rd Party Apps, Assets, Billing, Budgets, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Purchasing, Receivables |
| 14 | American Council on Education | H831ACEM | HRMS | 8.3 SP1 | 11/16/2005 | HRMS 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools, Time and Labor |
| 15 | American Media Inc. | F841AMIM | FDM | 8.4 SP1 | 4/21/2006 | FSCM 8.4 SP1 | 3rd Party Apps, Assets, Budgets, Expenses, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| 16 | American Media Inc. | H801AMIM | HRMS | 8 SP1 | 5/22/2006 | HRMS 8.0 SP1 | 3rd Party Apps, Human Resources, Payroll Connector to ADP, PeopleTools |
| 17 | Ariba | F842ARBM | FDM | 8.4 SP2 | 9/19/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Budgets, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 18 | Ariba | H801ARBM | HRMS | 8 SP1 | 10/26/2006 | HR 8.0 SP1 | 3rd Party Apps, eCompensation, eCompensation Manager Desktop, eDevelopment, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Human Resources, PeopleTools, Resume processing |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 19 | Arvato | F840ARVM | | | 5/18/2007 | FSCM 8.4 (export) | 3rd Party Apps, Billing, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| 20 | ArvinMeritor, Inc. | H831ARMO | HRMS | 8.3 SP1 | 7/19/2005 | HCM 8.3SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eDevelopment, ePay, eProfile, Payroll, Payroll Interface, PeopleTools |
| 21 | ASTAR Air Cargo | F881ASTM | FDM | 8.8 SP1 | 1/23/2007 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, Billing, Budgets, Cash Management , Contracts, Expenses, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 22 | ASTAR Air Cargo | H881ASTM | HRMS | 8.8 SP1 | 1/19/2007 | HR 8.8 SP1 | Benefits Admin, eBenefits, Employee Portal, Human Resources, Payroll Interface, Time and Labor |
| 23 | Baker Botts LLP | H881BKBM | HRMS | 8.8 SP1 | 7/26/2006 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, ePay, eProfile, FSA Admin, Human Resources, Payroll, PeopleTools |
| 24 | Baptist Health System | F881BHSD | FDM | 8.8 SP1 | 8/18/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Purchasing |
| 25 | Baxter International Inc | H801BAXO | HRMS | 8 SP1 | 10/3/2006 | HR 8.0 SP1 | 3rd Party Apps, eCompensation, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |
| 26 | Baxter International Inc | H80EBAXO | HRMS | 8 SP1 | 11/17/2006 | HR 8.0 SP1(export) | |
| 27 | Bear Stearns & Co., Inc. | F753BSCS | FDM | 7.53 | | | 3rd Party Apps, Assets, Inventory, Payables, PeopleTools, Purchasing |
| 28 | Big Lots Stores, Inc. | H831BLSD | HRMS | 8.3 SP1 | 12/10/2004 | HCM 8.3SP1 | Human Resources, Payroll, Benefits Admin 3rd Party Apps, PeopleTools |
| 29 | Blue Diamond Growers | H801BDGM | HRMS | 8 SP1 | 10/3/2006 | HR 8.0 SP1 | 3rd Party Apps, Human Resources, PeopleTools |
| 30 | Borders Group, Inc. | H801BGPO | HRMS | 8 SP1 | 11/21/2005 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 31 | Capital Group | TN1H801O | HRMS | 8 SP1 | | | |
| 32 | CC Industries, Inc. | H831CCIM | HRMS | 8.3 SP1 | 9/15/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 33 | Children's Health System of Alabama | F842CHSO | FDM | 8.4 SP2 | 7/12/2005 | FSCM 8.4 SP2 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Purchasing |
| 34 | Children's Health System of Alabama | H881CHSO | HRMS | 8.8 SP1 | 7/15/2005 | HCM 8.8 SP1 | Benefits Admin, eBenefits, eCompensation, eDevelopment, ePay, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Managers, FSA Admin, Human Resources, Payroll, Time and Labor |
| 35 | Ciber, Inc. | F842CBRO | FDM | 8.4 SP2 | 5/10/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, Contracts, Expenses, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 36 | Ciber, Inc. | H831CBRO | HRMS | 8.3 SP1 | 11/21/2005 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 37 | City of Atlanta | H751COAM | HRMS | 7.51 | 12/23/2004 | HR 7.51 E&G | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 38 | City of Huntsville | H881COHM | HRMS | 8.8 SP1 | 6/24/2005 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 39 | Commerce Bank | F842CBHO | FDM | 8.4 SP2 | 1/2/2007 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Payables, PeopleTools, Purchasing |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 40 | CompuCom | H881CCOO | HRMS | 8.8 SP1 | 5/12/2006 | HR 8.8 SP1 | Benefits Admin, eBenefits, eCompensation, eDevelopment, ePay, eProfile, FSA Admin, Human Resources, Payroll |
| 41 | ConAgra Foods, Inc | H801CAGO | HRMS | 8 SP1 | 4/18/2006 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, ePay, eProfile, Human Resources, Payroll, Pension Admin, PeopleTools |
| 42 | Cowlitz County, WA | F752CCWM | FDM | 7.52 | | | 3rd Party Apps, General Ledger, Payables, PeopleTools, Projects |
| 43 | Cowlitz County, WA | HG751CCW | HRMS | 7.51 | | | Human Resources, Payroll |
| 44 | CSK Auto | H881CSKI | HRMS | 8.8 SP1 | 11/7/2006 | HR 8.8 SP1 | Human Resources, Payroll, PeopleTools |
| 45 | Delta Dental Plan of Michigan | F842DDMO | FDM | 8.4 SP2 | 5/5/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, eBilling, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| 46 | Delta Dental Plan of Michigan | H881DDMO | HRMS | 8.8 SP1 | 2/9/2006 | HR 8.8 SP1 | Benefits Admin, eBenefits, eCompensation, eDevelopment, ePay, eRecruit, eRecruit Managers, FSA Admin, HCM Portal Pack, Human Resources, Payroll |
| 47 | Development | F842TMPO | FDM | 8.4 SP2 | 1/9/2006 | FDM 8.4 SP2 | |
| 48 | Development | FC752DEV | FDM | 7.52 | 1/5/2004 | FDM 7.52 | |
| 49 | Development | FC753DEV | FDM | 7.53 | 8/4/2004 | FDM 7.53 | |
| 50 | Development | FS803DMO | FDM | 8 SP3 | | FDM 8.0 SP3 | |
| 51 | Development | H801TMPM | HRMS | 8 SP1 | 12/6/2005 | HRMS 8.0 SP1 | |
| 52 | Development | H831BAK - Not in Use | HRMS | 8.3 SP1 | 7/18/2005 | HRMS 8.3 SP1 | |
| 53 | Development | H831DEVM | HRMS | 8.3 SP1 | 1/31/2005 | HRMS 8.3 SP1 | |
| 54 | Development | H831PSEO | HRMS | 8.3 SP1 | 10/11/2005 | HRMS 8.3 SP1 | |
| 55 | Development | H831TEMP | HRMS | 8.3 SP1 | 7/11/2005 | HRMS 8.3 SP1 | |
| 56 | Development | H831TMPM | HRMS | 8.3 SP1 | 1/19/2006 | HRMS 8.3 SP1 | |
| 57 | Development | H83TCCIM | HRMS | 8.3 SP1 | 3/7/2007 | HRMS 8.3 SP1 | |
| 58 | Development | H881MKGP | HRMS | 8.8 SP1 | 1/11/2007 | HRMS 8.8 SP1 | |
| 59 | Development | H881MKUK | HRMS | 8.8 SP1 | 3/29/2007 | HRMS 8.8 SP1 | |
| 60 | Development | H881TMPM | HRMS | 8.8 SP1 | 11/30/2005 | HRMS 8.8 SP1 | |
| 61 | Development | HG70205C | HRMS | 7.02 | 4/12/2004 | HRMS 7.02 | |
| 62 | Development | HG70205D | HRMS | 7.02 | | HRMS 7.02 | |
| 63 | Development | HG75103C | HRMS | 7.51 | | HRMS 7.51 | |
| 64 | Development | HG75105C | HRMS | 7.51 | | HRMS 7.51 | |
| 65 | Development | HG75105D | HRMS | 7.51 | 8/15/2005 | HRMS 7.51 | |
| 66 | Development | HR70205C | HRMS | 7.02 | 4/8/2005 | HRMS 7.02 | |
| 67 | Development | HR70205D | HRMS | 7.02 | 8/15/2005 | HRMS 7.02 | |
| 68 | Development | HR702DEV | HRMS | 7.02 | 1/12/2003 | HRMS 7.02 | |
| 69 | Development | HR702REP | HRMS | 7.02 | 1/12/2003 | HRMS 7.02 | |
| 70 | Development | HR702TST | HRMS | 7.02 | 2/12/2004 | HRMS 7.02 | |
| 71 | Development | HR75105C | HRMS | 7.51 | 4/8/2005 | HRMS 7.51 | |
| 72 | Development | HR75105D | HRMS | 7.51 | 8/15/2005 | HRMS 7.51 | |
| 73 | Development | HR751DEV | HRMS | 7.51 | | HRMS 7.51 | |
| 74 | Development | HR751REP | HRMS | 7.51 | 1/21/2003 | HRMS 7.51 | |
| 75 | Development | HR751TST | HRMS | 7.51 | 12/29/2003 | HRMS 7.51 | |
| 76 | Development | HR75CTST | HRMS | 7.51 | 4/22/2004 | HRMS 7.51 | |
| 77 | Development | HR801FM | HRMS | 8 SP1 | | HRMS 8.0 SP1 | |
| 78 | Development | HR81005D | HRMS | 8 SP1 | 8/15/2005 | HRMS 8.0 SP1 | |
| 79 | Development | HR81005F | HRMS | 8 SP1 | 1/18/2006 | HRMS 8.0 SP1 | |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 80 | Development | HR81006a | HRMS | 8 SP1 | 1/23/2006 | HRMS 8.0 SP1 | |
| 81 | Development | HR81006B | HRMS | 8 SP1 | 5/4/2006 | HRMS 8.0 SP1 | |
| 82 | Development | HR81006C | HRMS | 8 SP1 | 7/28/2006 | HRMS 8.0 SP1 | |
| 83 | Development | HR81006D | HRMS | 8 SP1 | 10/17/2006 | HRMS 8.0 SP1 | |
| 84 | Development | HR81006E | HRMS | 8 SP1 | 12/21/2006 | HRMS 8.0 SP1 | |
| 85 | Development | HR81006F | HRMS | 8 SP1 | 12/21/2006 | HRMS 8.0 SP1 | |
| 86 | Development | HR81007A | HRMS | 8 SP1 | 1/29/2007 | HRMS 8.0 SP1 | |
| 87 | Development | HR810DEV | HRMS | 8 SP1 | | HRMS 8.0 SP1 | |
| 88 | Development | HR810DMO | HRMS | 8 SP1 | | HRMS 8.0 SP1 | |
| 89 | Development | HR831DMO | HRMS | 8.3 SP1 | 2/4/2004 | HRMS 8.3 SP1 | |
| 90 | Development | TSDMO - Not in use | HRMS | 8.8 SP1 | 6/30/2005 | HRMS 8.8 SP1 | |
| 91 | Diocese Service Corporation | F842DSCM | FDM | 8.4 SP2 | 7/5/2005 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, Budgets, General Ledger, Payables, PeopleTools, Receivables |
| 92 | Diocese Service Corporation | H831DSCM | HRMS | 8.3 SP1 | 2/25/2005 | HCM 8.3SP1 | 3rd Party Apps, Human Resources, PeopleTools |
| 93 | Eagle Family Foods Holdings, Inc. | F753EFFO | FDM | 7.53 | | | |
| 94 | East Bay Municipal Utility District | F842EBMO | FDM | 8.4 SP2 | 2/16/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Expenses, General Ledger, PeopleTools, Projects, Receivables |
| 95 | East Bay Municipal Utility District | H881EBMO | HRMS | 8.8 SP1 | 7/12/2006 | HR 8.8 SP1 | Benefits Admin, eBenefits, ePay, eProfile, Human Resources, Payroll, Time and Labor |
| 96 | El Paso Corporation | F803EPCM | FDM | 8 SP3 | 10/20/2006 | FDM 8.0 SP3 | 3rd Party Apps, Assets, eProcurement, Expenses, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 97 | Employees' Retirement System of Georgia | H702ERSO | HRMS | 7.02 | 12/1/2004 | | Human Resources, Payroll |
| 98 | Fairchild Semiconductor | F842FCSO | FDM | 8.4 SP2 | 10/18/2005 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Bills & Routing, Budgets, Cost Management, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Production Management, Production Planning, Projects, Purchasing, Receivables |
| 99 | Fairchild Semiconductor | H831FCSO | HRMS | 8.3 SP1 | 4/21/2006 | HR 8.3 SP1 | 3rd Party Apps, Absence Management, Benefits Admin, FSA Admin, Human Resources, Payroll, Payroll Interface, PeopleTools, Time and Labor, Talent Acquisition Manager |
| 100 | Federated Services Company | H831FIIO | HRMS | 8.3 SP1 | 11/6/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, eRecruit, Human Resources, Payroll Interface, PeopleTools |
| 101 | Fireman's Fund | | | | 3/13/2007 | FSCM 8.4 SP2 | 3rd Party Apps, eProcurement, General Ledger, Payables, PeopleTools, Purchasing |
| 102 | Foot Locker, Inc. | F752FLIO | FDM | 7.52 | 7/8/2005 | FIN 7.52 | 3rd Party Apps, Assets, Budgets, General Ledger, Payables, PeopleTools, Receivables |
| 103 | Foot Locker, Inc. | H830FLIO | HRMS | 8.3 | 7/29/2005 | HR 8.3 | Benefits Admin, Human Resources, Payroll |
| 104 | Fundamental | H890FUAO | | | 10/1/2007 | HR 8.9 | Benefits Admin, eCompensation, eDevelopment, ePay, eProfile, eRecruit, Human Resources, Payroll |
| 105 | General Chemical Group | H751GCGO | HRMS | 7.51 | 8/12/2005 | HR 7.51 Commercial | Human Resources, Payroll, Benefits Admin |
| 106 | George Weston Bakeries, Inc. | F753GWBO | FDM | 7.53 | 3/22/2005 | FIN 7.52 SP1 | Assets, Budgets, General Ledger, Inventory, Payables, Projects, Purchasing |
| 107 | GKN Driveline North America Inc | F881GKNM | FDM | 8.8 SP1 | 6/26/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Expenses, PeopleTools |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 108 | GKN Driveline North America Inc | H890GKNM | HRMS | 8.9 | 5/24/2006 | HR 8.9 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Human Resources, Payroll, Payroll Connector to ADP, Payroll Interface, PeopleTools, Resume processing |
| 109 | GlobalSantaFe Corporation | H890GSFM | HRMS | 8.9 | 1/16/2007 | HR 8.9 | 3rd Party Apps, Absence Management, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Employee Portal, Enterprise Portal, Global Payroll Core, Global Payroll United Kingdom, Human Resources, Payroll, PeopleTools, Time and Labor, Talent Acquisition Manager |
| 110 | Greater Vancouver Regional District | F881GVRM | FDM | 8.8 SP1 | 8/22/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, Budgets, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 111 | Greater Vancouver Regional District | H801GVRM | HRMS | 8 SP1 | 8/8/2006 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 112 | Harley Davidson, Inc. | H831HDIM | HRMS | 8.3 SP1 | 4/5/2007 | HR 8.3 SP1 | Human Resources, Payroll, PeopleTools |
| 113 | Health and Human Services Commission | F753HHSO | FDM | 7.53 | 11/22/2005 | FIN 7.52 SP1 | Assets, General Ledger, Payables, Purchasing |
| 114 | Health and Human Services Commission | F881HHSO | FDM | 8.8 SP1 | | FSCM 8.8 SP1 | Assets, General Ledger, Payables, Purchasing |
| 115 | Health and Human Services Commission | H831HHSO | HRMS | 8.3 SP1 | 10/20/2005 | HCM 8.3SP1 | |
| 116 | Heritage Valley Healthcare | | | | | | Human Resources, Payroll |
| 117 | High Industries, Inc. | H831HIIO | HRMS | 8.3 SP1 | 1/9/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, FSA Admin, Human Resources, Payroll, PeopleTools |
| 118 | Hitachi Global Storage Technology | H881HGSD | HRMS | 8.8 SP1 | 11/8/2006 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, ePay, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, HCM Portal Pack, Human Resources, Payroll, Payroll Interface, PeopleTools, Time and Labor, Stock Administration |
| 119 | Hitachi Global Storage Technology | H890HGSD | HRMS | 8.9 | 10/12/2006 | HR 8.9 | |
| 120 | Honeywell International, Inc. | H831HONO | HRMS | 8.3 SP1 | 3/1/2007 | HRMS 8.3 SP1 | 3rd Party Apps, Human Resources, PeopleTools |
| 121 | ICF Consulting Group, Inc. | H751ICFM | HRMS | 7.51 | | | Human Resources, Payroll, Benefits Admin |
| 122 | Intraware, Inc. | F752ITRO | FDM | 7.52 | 4/21/2005 | Fin 7.52 | 3rd Party Apps, Assets, Billing, Expenses, General Ledger, Payables, PeopleTools, Receivables |
| 123 | J.B. Hunt Transport Inc. | F842JBHD | FDM | 8.4 SP2 | 12/22/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Budgets, Expenses, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 124 | J.B. Hunt Transport Inc. | H831JBHD | HRMS | 8.3 SP1 | 12/20/2006 | HR 8.3 SP1 | Benefits Admin, ePay, Human Resources, Payroll |
| 125 | J.B. Hunt Transport Inc. | H890JBHD | | | 6/22/2007 | HR 8.9 | Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Enterprise Portal, Human Resources, Payroll, Resume processing |
| 126 | Kent County Michigan | F881KCMO | FDM | 8.8 SP1 | 3/13/2006 | HR 8.8 SP1 | Benefits Admin, Human Resources, Payroll |
| 127 | Kent County Michigan | H881KCMO | HRMS | 8.8 SP1 | 3/31/2006 | FSCM 8.8 SP1 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Purchasing |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 128 | Linc Facility Services LLC (Summit) | F842LFSM | FDM | 8.4 SP2 | 12/6/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, Contracts, General Ledger, Payables, PeopleTools, Projects, Receivables |
| 129 | Linc Facility Services LLC (Summit) | H831LFSM | HRMS | 8.3 SP1 | 5/9/2006 | HR 8.3 SP1 | Human Resources, Payroll, Time and Labo |
| 130 | LS Management Inc. | F842STAO | FDM | 8.4 SP2 | 1/27/2006 | FDM 8.4 SP2 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools |
| 131 | LS Management Inc. | H831STAO | HRMS | 8.3 SP1 | 12/7/2005 | HRMS 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 132 | Manugistics Group, Inc | C881MGIO | CRM | 8.8 SP1 | 5/26/2006 | CRM 8.8 SP1 | 3rd Party Apps, CRM Portal Pack, Quality Management, Sales, Support, Support Self Service, PeopleTools |
| 133 | Manugistics Group, Inc | C890MGIO | CRM | 8.9 | 8/1/2006 | CRM 8.9 | 3rd Party Apps, CRM Portal Pack, Quality Management, Sales, Support, Support Self Service, PeopleTools |
| 134 | Manugistics Group, Inc | P880MGIO | PORTAL | 8.8 | 7/19/2006 | Portal 8.8 | Enterprise Portal |
| 135 | Markel Corporation | H881MKLM | HRMS | 8.8 SP1 | | | |
| 136 | McLennan County | F753MCCM | FDM | 7.53 | 2/1/2006 | FDM 7.53 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools, Purchasing |
| 137 | McLennan County | H801MCCM | HRMS | 8 SP1 | 2/21/2006 | HR 8.0 SP1 | Benefits Admin, Human Resources, Payroll |
| 138 | Mieco Inc | F803MIEM | FDM | 8 SP3 | 3/22/2006 | FDM 8.0 SP3 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Receivables |
| 139 | Municipality of Anchorage | F752ANCD | FDM | 7.52 | | | |
| 140 | Municipality of Anchorage | FG752ANC | FDM | 7.52 | | Fin 7.52 E&G | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 141 | Municipality of Anchorage | HG751ANC | HRMS | 7.51 | 11/11/2003 | HR 7.51 E&G | Human Resources, Payroll, Benefits Admin, Time and Labor |
| 142 | Mutual of Omaha | E890MOHO | EPM | 8.9 | 10/13/2006 | EPM 8.9 | 3rd Party Apps, Budget Planning, PeopleTools |
| 143 | Mutual of Omaha | F842MOHO | FDM | 8.4 SP2 | 9/7/2006 | FSCM 8.4 SP2 | 3rd Party Apps, General Ledger, PeopleTools |
| 144 | Mutual of Omaha | F881MOHO | FDM | 8.8 SP1 | 3/23/2007 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, eProcurement, Expenses, Inventory, Payables, PeopleTools, Purchasing, Treasury Management |
| 145 | Mutual of Omaha | H881MOHO | HRMS | 8.8 SP1 | 9/15/2006 | HCM 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, ePay, eProfile, FSA Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 146 | National Americas Investment, Inc. | F803NAIO | FDM | 8 SP3 | | | 3rd Party Apps, General Ledger, Payables, PeopleTools |
| 147 | National Foods Services Pty Limited | H750NFSO | HRMS | 7.5 | 8/21/2006 | | 3rd Party Apps, Human Resources, Payroll for Asia Pacific, Payroll Interface, PeopleTools |
| 148 | National Surgical Hospitals | F841NSHM | FDM | 8.4 SP1 | 11/16/2006 | FSCM 8.4 SP1 | 3rd Party Apps, General Ledger, Payables, PeopleTools |
| 149 | National Surgical Hospitals | H881NSHM | HRMS | 8.8 SP1 | 10/20/2006 | HR 8.8 SP1 | 3rd Party Apps, Human Resources, Payroll Interface, PeopleTools |
| 150 | NBC Universal | | | | | | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 151 | New Era Cap Company | n/a | | | 9/13/2007 | FSCM 8.8 SP1 | 3rd Party Apps, Billing, Bills & Routing, Budgets, Cost Management, Enterprise Planning, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Product Configurator, Production Management, Production Planning, Purchasing, Receivables |
| 152 | Norstan Communications, Inc. | TN1H831M | HRMS | 8.3 SP1 | | | |
| 153 | Norwegian Cruise Lines Ltd. (EDS) | F753NCLO | FDM | 7.53 | 6/15/2004 | Fin 7.52 SP1 | General Ledger, Payables, Purchasing |
| 154 | Norwegian Cruise Lines Ltd. (EDS) | F841NCLO | FDM | 8.4 SP1 | 6/15/2004 | Fin 8.4 SP1 | |
| 155 | Norwegian Cruise Lines Ltd. (EDS) | H751NCLO | HRMS | 7.51 | 12/23/2004 | HR 7.51 Commercial | Human Resources, Payroll |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 156 | Oklahoma Publishing Corporation | H881OPCM | HRMS | 8.8 SP1 | 1/31/2007 | HR 8.8 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 157 | Olin Corporation | H831OLNI | HRMS | 8.3 SP1 | 1/17/2006 | HR 8.3 SP1 | 3rd Party Apps, eBenefits, eDevelopment, ePay, eProfile, FSA Admin, Human Resources, Payroll, PeopleTools |
| 158 | Organon International | | | | 9/13/2007 | HR 8.3 SP1 | eDevelopment, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Human Resources |
| 159 | Overwaitea Food Group Limited Partnership | H881OFGO | HRMS | 8.8 SP1 | 1/28/2007 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, ePay, eProfile, Human Resources, Payroll, PeopleTools, Time and Labor |
| 160 | Oxford Global Resources, Inc. | F842OXFM | FDM | 8.4 SP2 | | | |
| 161 | Oxford Global Resources, Inc. | H881OXFM | HRMS | 8.8 SP1 | | | |
| 162 | Parkview Health | F842PVWO | FDM | 8.4 SP2 | 11/6/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools, Projects |
| 163 | Parkview Health | H881PVWO | HRMS | 8.8 SP1 | 1/11/2007 | HR 8.8 SP1 | eRecruit, eRecruit Manager Desktop, Human Resources, Payroll |
| 164 | PepsiAmericas | F753PASO | FDM | 7.53 | 1/5/2006 | FDM 7.53 | 3rd Party Apps, Assets, Billing, Expenses, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 165 | PepsiAmericas | H831PASO | HRMS | 8.3 SP1 | 1/11/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 166 | PetSmart | H881PSMO | HRMS | 8.8 SP1 | 11/6/2006 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, HCM Portal Pack, Human Resources, Payroll Connector to ADP, Payroll Interface, PeopleTools |
| 167 | Phelps Dodge Corporation | H831PDCM | HRMS | 8.3 SP1 | 4/24/2007 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, ePay, eProfile, Human Resources, Payroll, Pension Admin, PeopleTools, Time and Labor |
| 168 | Philadelphia Corporation of Aging | F840PCAO | FDM | 8.4 | 12/12/2005 | FSCM 8.4 | 3rd Party Apps, Payables, PeopleTools |
| 169 | Philadelphia Corporation of Aging | H881PCAO | HRMS | 8.8 SP1 | 5/18/2005 | HCM 8.8 SP1 | 3rd Party Apps, Payroll, PeopleTools |
| 170 | Pillsbury Winthrop Shaw Pittman LLP | H880PILM | | | 5/2/2007 | HR 8.80 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation Manager Desktop, ePay, eRecruit, eRecruit Manager Desktop, Human Resources, Payroll, PeopleTools, Time and Labor |
| 171 | Praxair | H801PRXO | HRMS | 8 SP1 | 10/11/2004 | HR 8Sp1 | Benefits Admin, Human Resources, Payroll |
| 172 | Praxair | HR810PRX | HRMS | 8 SP1 | 9/21/2004 | HR 8Sp1 | |
| 173 | Progress Software Coporation | C840PRGM | CRM | 8.4 | 2/7/2006 | CRM 8.4 | Interaction Management, Quality Management, Support |
| 174 | Progress Software Coporation | F803PRGM | FDM | 8 SP3 | 3/5/2006 | FSCM 8 SP3 | 3rd Party Apps, Assets, Billing, Contracts, Expenses, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Receivables |
| 175 | Quad Graphics, Inc. | H801QGIS | HRMS | 8 SP1 | 4/5/2005 | HR 8Sp1 | 3rd Party Apps, ePay, Human Resources, Payroll, PeopleTools |
| 176 | Remy International, Inc | H881RIIO | HRMS | 8.8 SP1 | 8/8/2006 | HR 8.8 SP1 | 3rd Party Apps, Directory Interface, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 177 | Remy International, Inc | H890RIIO | HRMS | 8.9 | 8/14/2006 | HR 8.9 | 3rd Party Apps, Directory Interface, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |
| 178 | Rentway Corp. | F841RWCM | FDM | 8.4 SP1 | 10/25/2004 | Fin 8.4 SP1 | 3rd Party Apps, PeopleTools, Purchasing |
| 179 | Rentway Corp. | F842RWCM | FDM | 8.4 SP2 | 10/14/2004 | Fin 8.4 SP2 | |
| 180 | Rentway Corp. | H831RWCM | HRMS | 8.3 SP1 | 1/4/2004 | HCM 8.3SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 181 | Richmond Power & Light | F803RPLO | FDM | 8 SP3 | 10/13/2006 | FDM 8.0 SP3 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Purchasing |
| 182 | Richmond Power & Light | H801RPLO | HRMS | 8 SP1 | 10/13/2006 | HR 8.0 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 183 | Robert Half International, Inc. | H702RHIM | HRMS | 7.02 | 7/5/2006 | HR 7.02 Commercial | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 184 | Rockwell Automation | F842ROKO | FDM | 8.4 SP2 | 8/13/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools |
| 185 | Rolls-Royce of North America Inc. | H801RRNO | HRMS | 8 SP1 | 8/4/2005 | HR 8 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 186 | Ross Dress for Less, Inc | F803ROSO | FDM | 8 SP3 | 10/31/2006 | FDM 8.0 SP3 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools |
| 187 | Ross Dress for Less, Inc | H801ROSO | HRMS | 8 SP1 | 10/27/2006 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, eCompensation, Human Resources, Payroll, PeopleTools |
| 188 | Saint Barnabas Health Care System | H751SBHO | HRMS | 7.51 | 10/11/2004 | HR 7.51 Commercial | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 189 | Seattle Public Schools | H831SPSM | HRMS | 8.3 SP1 | 8/23/2005 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eProfile, Enterprise Portal, Human Resources, Payroll, PeopleTools |
| 190 | Shands Healthcare | F842SHND | FDM | 8.4 SP2 | 12/6/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, eProcurement, General Ledger, Inventory, Payables, PeopleTools, Purchasing, Receivables |
| 191 | Shands Healthcare | H831SHND | HRMS | 8.3 SP1 | 1/30/2007 | HR 8.3 SP1 | Benefits Admin, eBenefits, eCompensation, ePay, eProfile, eRecruit, eRecruit Manager Desktop, Human Resources, Payroll |
| 192 | Simon Property Group, LP | H801SPGM | HRMS | 8 SP1 | 7/3/2006 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 193 | Simon Property Group, LP | H80TSPGM | HRMS | 8 | 3/15/2007 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 194 | Sirva, Inc. | F841SIRO | FDM | 8.4 SP1 | 12/16/2005 | FSCM 8.4 SP1 | General Ledger, Payables, Projects, Purchasing, Receivables |
| 195 | Sirva, Inc. | F881SIRO | FDM | 8.8 SP1 | 11/18/2005 | FSCM 8.8 SP1 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 196 | Sky City Entertainment Group Limited | H881SKYO | HRMS | 8.8 SP1 | | | |
| 197 | Southern California Edison | H831SCED | HRMS | 8.3 SP1 | 1/5/2007 | HR 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 198 | Suburban Propane, L.P. | H801SPLO | HRMS | 8 SP1 | 4/28/2005 | HR 8Sp1 | 3rd Party Apps, Benefits Admin, eBenefits, eDevelopment, ePay, eProfile, Human Resources, Payroll, PeopleTools, Time and Labor |
| 199 | Susquehanna Pfaltzgraff Company | H831SPCO | HRMS | 8.3 SP1 | 10/6/2005 | HR 8.3 SP1 | Benefits Admin, eBenefits, ePay, Human Resources, Payroll |
| 200 | Telapex | H751TELO | HRMS | 7.51 | 12/21/2004 | HR 7.51 Commercial | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 201 | The Empire District Electric Company | F753EDEO | FDM | 7.53 | 5/23/2005 | Fin 7.52 SP1 | |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 202 | The Empire District Electric Company | F881EDEM | FDM | 8.8 SP1 | 6/10/2005 | Fin 8.8 Sp1 | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 203 | The Empire District Electric Company | H751EDEO | HRMS | 7.51 | 8/10/2005 | HR 7.51 Commercial | |
| 204 | The Empire District Electric Company | H881EDEM | HRMS | 8.8 SP1 | 6/6/2005 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 205 | The Interpublic Group of Companies, Inc | H881IPGO | HRMS | 8.8 SP1 | 4/9/2007 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eDevelopment, eEquity, ePay, eProfile, eRecruit, Human Resources, Payroll, PeopleTools, Stock Administration |
| 206 | The Park Associates | H751TPAM | HRMS | 7.51 | | | |
| 207 | The Park Associates (Billit) | F753TPAM | FDM | 7.53 | 10/25/2005 | HR 7.51 Commercial | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 208 | Toshiba America Information Systems | H831TAIM | HRMS | 8.3 SP1 | 4/15/2005 | HCM 8.3SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 209 | Trend International | | | | | | 3rd Party Apps, Billing, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Purchasing, Receivables |
| 210 | Tropical Shipping USA, LLC | F842TSUM | FDM | 8.4 SP2 | 3/10/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Budgets, eProcurement, General Ledger, Inventory, Payables, PeopleTools, Purchasing, Receivables |
| 211 | Tropical Shipping USA, LLC | H831TSUM | HRMS | 8.3 SP1 | 2/10/2006 | HR 8.3 SP1 | 3rd Party Apps, eCompensation Manager Desktop, eProfile Manager Desktop , eRecruit Manager Desktop, PeopleTools |
| 212 | United Dominion Realty Trust, Inc. | F841UDRO | FDM | 8.4 SP1 | 4/19/2005 | FSCM 8.4SP1 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools |
| 213 | United Space Alliance | H751USAO | HRMS | 7.51 | 12/13/2004 | HR 7.51 Commercial | Payroll |
| 214 | Universitas 21 Global | F881U21O | FDM | 8.8 SP1 | 10/27/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, Enterprise Portal, General Ledger, Payables, PeopleTools, Receivables |
| 215 | Universitas 21 Global | H881U21O | HRMS | 8.8 SP1 | 11/19/2006 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eCompensation, eCompensation Manager Desktop, ePerformance, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Enterprise Learning Management, Enterprise Portal, Human Resources, PeopleTools, Resume processing |
| 216 | Universitas 21 Global | S801U21O | SA | 8 SP1 | 2/1/2007 | SA 8.0 SP1 | 3rd Party Apps, Academic Advisement, Campus Community, Campus Self Service, Recruiting and Admissions, Student Financials, Student Records |
| 217 | University of Massachusetts | F752UOMO | FDM | 7.52 | 11/30/2005 | FDM 7.52 E&G Export | Payables |
| 218 | University of Massachusetts | S760UOMO | SA | 7.6 | | | |
| 219 | Veolia Water Indianapolis | F753VWIO | FDM | 7.53 | 11/3/2004 | FDM 7.52 SP1 Commercial | 3rd Party Apps, Assets, Billing, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 220 | Visteon Financials | H881VICO | HRMS | 8.8 SP1 | 4/24/2006 | HR 8.8 SP1 | 3rd Party Apps, eProfile, Employee Portal, Human Resources, PeopleTools |
| 221 | Visteon Financials | P880VICO | PORTAL | 8.8 | 7/21/2006 | Portal 8.8 SP1 | |
| 222 | Wakefern Food Corporation | H831WAKD | HRMS | 8.3 SP1 | 1/9/2007 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |

PeopleSoft Demo Environments

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 223 | Waste Management Resources, LLP | F842WMIO | FDM | 8.4 SP2 | 6/8/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools, Projects |
| 224 | Waste Management Resources, LLP | H881WMIO | HRMS | 8.8 SP1 | 3/21/2006 | HR 8.8 SP1 | Benefits Admin, Human Resources, Payroll |
| 225 | Wellbridge Company | F881WELM | FDM | 8.8 SP1 | 11/30/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Billing, eProcurement, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| 226 | Wendy's | F842WEND | FDM | 8.4 SP2 | 9/29/2006 | HR 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 227 | Wendy's | H831WEND | HRMS | 8.3 SP1 | 10/31/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |