# Exhibit E

Baugh, John M Vol 1 Final version  2/6/2008  12:00:00 PM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE

USA, INC., a Colorado corporation, and ORACLE

INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a

Delaware corporation, TOMORROWNOW, INC., a Texas

corporation, and DOES 1-50, inclusive,

Defendants.

_____

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:

JOHN M. BAUGH - February 6, 2008

TomorrowNow, Inc.

(Highly Confidential - Attorneys' Eyes Only)

_____

PURSUANT TO NOTICE, the Videotape Rule

30(b)(6) deposition of JOHN M. BAUGH was taken on

behalf of the Plaintiffs at 1700 Lincoln Street, Suite

4100, Denver, Colorado 80203, on February 6, 2008, at

17 p.m., before Sandra L. Bray, Registered Diplomate

Reporter, Certified Realtime Reporter, and Notary Public

within Colorado.

Baugh, John M Vol 1 Final version  2/6/2008  12:00:00 PM

95

1  Q.  The BakTrak database that you referred
2  to, could you describe what that is?
3  A.  That's a database we developed in-house
4  to track the backups and restores that we had made of
5  each environment.
6  Q.  Is it used for any other purpose?
7  A.  Yes.  We also track what we call our
8  check-in/check-out process.
9  Q.  Anything else?
10 A.  It also would -- there's a table in
11 there that keeps track of the environments and which
12 ones are running.
13 Q.  Anything else?
14 A.  Well, now that we have some remote
15 environments, it also contains the client's name or --
16 actually, not the name, but the three-digit client
17 designation so we can track which backups are related
18 to which client.
19 Q.  When did TomorrowNow start using the
20 BakTrak system?
21 A.  I'm not sure when that started.
22 Q.  Was it after you started your employ at
23 TomorrowNow?
24 A.  Yes.  I just don't recall the exact time
25 frame they started using it.

Baugh, John M Vol 1 Final version  2/6/2008  12:00:00 PM

116

1  those as a matter of routine?
2  A.  Those are also by request.
3  Q.  And do you have a sense of approximately
4  what percentage of times when a regulatory update is
5  created a backup is made of that environment?
6  A.  The majority of time, it should be.
7  Q.  How many backups of environments exist
8  for customers who have offboarded and left TomorrowNow
9  approximately?
10 A.  I really don't have any way of knowing
11 that without looking for a specific customer.  It
12 would depend on if they received regulatory updates.
13 If they did receive regulatory updates, it would
14 depend on how many they've received from us, how long
15 they'd been clients, and how often that was requested.
16 Q.  Well, I mean, you have a sense of how
17 many backup environments there are in total?
18 A.  How many backups we have in total?
19 Q.  Yes.
20 A.  No, I really don't have any sense other
21 than the number in BakTrak should be fairly close.
22 Q.  And what's that number?
23 A.  I don't remember how many rows were in
24 the backup table.
25 Q.  Thousands, though, right?

117

1  A.  Thousands, yes.
2  Q.  And of those, do you have any sense of
3  how many of them pertain to customers who have left
4  TomorrowNow?
5  A.  I really don't have any idea of that
6  number.
7  Q.  Is that something BakTrak can tell us,
8  which ones pertain to current customers and which ones
9  pertain to former customers?
10 A.  The BakTrak would tie the backup --
11 would give us that customer's PSHome name.  You could
12 take that PSHome name or designation and go to either
13 Pathfinder or the SAS Environment Portal, get the
14 customer's name and product line, and then you could
15 go to SAS Enterprise and find out when that customer
16 was actually -- what their dates of service would be.
17 Q.  And you'd have to do that for each of
18 the more than couple thousand lines that show the
19 backed-up environments?
20 A.  If you wanted to tie those back to
21 terminated customers?
22 Q.  Yes.
23 A.  Yeah.
24 Q.  Has a backed-up environment for a former
25 customer ever been restored for use by anybody at

Baugh, John M Vol 1 Final version  2/6/2008  12:00:00 PM

141

1  copies of that customer's PeopleSoft software as
2  testified by Shelley Nelson," the citation, "identify
3  the customer, identify each product name and release
4  copied to create the local environment, and state the
5  total number of local environments created for the
6  customer."  And then the answer is some objections,
7  and here's the answer:  "TomorrowNow has maintained
8  approximately 183 PeopleSoft environments on behalf of
9  approximately 122 different customers," and then it
10  goes on to say which products those environments were
11  created for.
12  Is that, to your current understanding,
13  an accurate answer, that TomorrowNow has maintained
14  approximately 183 PeopleSoft environments on behalf of
15  approximately 122 different customers?
16  MR. FUCHS:  Objection, form.
17  A.  I don't know for certain how many
18  customers we've had.
19  Q.  Let put aside the customers.  Is that an
20  accurate answer with respect to how many PeopleSoft
21  environments TomorrowNow has maintained?
22  A.  Could you read me that piece of it
23  again?
24  Q.  "TomorrowNow has maintained
25  approximately 183 PeopleSoft environments on behalf of

142

1  approximately 122 different customers."
2  A.  No, based on the research, that's not an
3  accurate number.
4  Q.  And, in fact, really even the
5  environments reflected on Exhibit 31, the 227, that's
6  not all of them either, right?
7  A.  That's correct.
8  Q.  To get the total number, you've got to
9  look at this BakTrak reporting that you generated to
10  include the backup environments and all of the total
11  environments?
12  A.  Yes.
13  Q.  And that's the several thousand number
14  that we talked about?
15  MR. FUCHS:  Objection, form.
16  A.  No, that would not be correct.  We have
17  not had several thousand environments.
18  Q.  What's your best understanding of what
19  the total number of environments that PeopleSoft has
20  ever -- that TomorrowNow has ever maintained of
21  PeopleSoft applications?
22  MR. FUCHS:  Objection, form.
23  A.  It's my understanding that TomorrowNow
24  has had a little over 300 environments on our hardware
25  at one time.