# Exhibit G

Dockets.Justia.com

| Customer | Start | End |
|---|---|---|

**CRM**
    24X7 Hrly - CRM 8.4
    <mark>24X7 Hrly - CRM 8.4 SP1</mark>
    24X7 Stnd - CRM 8
    24X7 Stnd - CRM 8.8
    24X7 Stnd - CRM 8.8 SP1
    24x7 Stnd - CRM 8.9
**EPM**
    24X7 Stnd - EPM 8.3 SP1 - Europe
    <mark>24X7 Stnd - EPM 8.3 SP4</mark>
    24X7 Stnd - EPM 8.4 SP1
    24X7 Stnd - EPM 8.8
    24X7 Stnd - EPM 8.8 SP1
    24x7 Stnd - EPM 8.9
    24x7 Stnd - EPM 8.9 - Europe
    Translations
**FDM**
    24X7 Hrly - FDM 7.52 EG
    24X7 Hrly - FDM 7.53 C
    24X7 Hrly - FSCM 8 SP2
    24X7 Hrly - FSCM 8.4
    24X7 Hrly - FSCM 8.4 SP1
    24X7 Hrly - FSCM 8.8
    24X7 Stnd - FDM 7.0 - APAC
    24X7 Stnd - FDM 7.52 C
    24X7 Stnd - FDM 7.52 EG
    24X7 Stnd - FDM 7.53 APAC
    24X7 Stnd - FDM 7.53 C
    24x7 Stnd - FDM 7.5.0
    24X7 Stnd - FSCM 8
    24X7 Stnd - FSCM 8 SP1
    24X7 Stnd - FSCM 8 SP1 - APAC
    24X7 Stnd - FSCM 8 SP2
    24X7 Stnd - FSCM 8 SP2 - APAC
    24X7 Stnd - FSCM 8 SP3
    24X7 Stnd - FSCM 8 SP3 - APAC
    24X7 Stnd - FSCM 8 SP3 - Europe
    24X7 Stnd - FSCM 8.4
    24X7 Stnd - FSCM 8.4 - Europe
    24X7 Stnd - FSCM 8.4 SP1
    24X7 Stnd - FSCM 8.4 SP1 - APAC
    24X7 Stnd - FSCM 8.4 SP2
    24X7 Stnd - FSCM 8.4 SP2 - APAC
    24X7 Stnd - FSCM 8.8
    24X7 Stnd - FSCM 8.8 - APAC
    24X7 Stnd - FSCM 8.8 SP1
    24X7 Stnd - FSCM 8.8 SP1 - Europe
    24x7 Stnd - FSCM 8.9
    Ext Supp - FDM 7.52 EG
    Ext Supp - FDM 7.53 C
    Legs/Regs - FDM 7.52 C

| Customer | Start | End |
|---|---|---|
| Legs/Regs - FDM 7.52 EG | | |
| Legs/Regs - FDM 7.53 C | | |
| Legs/Regs - FDM 7.5.0 | | |
| Legs/Regs - FSCM 8 | | |
| Legs/Regs - FSCM 8 SP1 | | |
| Legs/Regs - FSCM 8 SP1 - APAC | | |
| Legs/Regs - FSCM 8 SP2 | | |
| Legs/Regs - FSCM 8 SP2 - APAC | | |
| Legs/Regs - FSCM 8 SP3 | | |
| Legs/Regs - FSCM 8 SP3 - APAC | | |
| Legs/Regs - FSCM 8 SP3 - Europe | | |
| Legs/Regs - FSCM 8 SP3 - Latin | | |
| Legs/Regs - FSCM 8 SP3 - Latin Amer | | |
| Legs/Regs - FSCM 8.4 | | |
| Legs/Regs - FSCM 8.4 - Europe | | |
| Legs/Regs - FSCM 8.4 SP1 | | |
| Legs/Regs - FSCM 8.4 SP1 - APAC | | |
| Legs/Regs - FSCM 8.4 SP2 | | |
| Legs/Regs - FSCM 8.8 | | |
| Legs/Regs - FSCM 8.8 - APAC | | |
| Legs/Regs - FSCM 8.8 SP1 | | |
| Legs/Regs - FSCM 8.9 | | |
| Other Consulting | | |
| Partner Support - FSCM | | |
| Translations | | |
| Upgrade Support | | |
| **HRMS** | | |
| 24X7 Hrly - HCM 8 SP1 | | |
| 24X7 Hrly - HCM 8.3 | | |
| 24X7 Hrly - HCM 8.3 SP1 | | |
| 24X7 Hrly - HCM 8.8 | | |
| 24X7 Hrly - HCM 8.8 SP1 | | |
| 24X7 Hrly - HCM 8.8 SP1 - APAC | | |
| 24X7 Hrly - HRMS 7.02 C | | |
| 24X7 Hrly - HRMS 7.51 C | | |
| 24X7 Hrly - HRMS 7.51 EG | | |
| 24X7 Hrly - HRMS 7.6 SA | | |
| 24X7 Stnd - HCM 8 SP1 | | |
| 24X7 Stnd - HCM 8 SP1 - APAC | | |
| 24X7 Stnd - HCM 8 SP1 - Europe | | |
| 24X7 Stnd - HCM 8 SP1 - Latin Amer | | |
| 24X7 Stnd - HCM 8.3 | | |
| 24X7 Stnd - HCM 8.3 - Europe | | |
| 24X7 Stnd - HCM 8.3 SP1 | | |
| 24X7 Stnd - HCM 8.3 SP1 - APAC | | |
| 24X7 Stnd - HCM 8.3 SP1 - Europe | | |
| 24X7 Stnd - HCM 8.3 SP1 - Latin Amer | | |
| 24X7 Stnd - HCM 8.8 | | |
| 24X7 Stnd - HCM 8.8 - APAC | | |
| 24X7 Stnd - HCM 8.8 - Latin Amer | | |
| 24X7 Stnd - HCM 8.8 SP1 | | |

| Customer | Start | End |
|---|---|---|
| 24X7 Stnd - HCM 8.8 SP1 - Europe | | |
| 24x7 Stnd - HCM 8.9 | | |
| 24x7 Stnd - HCM 8.9 - APAC | | |
| 24x7 Stnd - HCM 8.9 SP 1 | | |
| 24x7 Stnd - HCM 8.9 SP1 | | |
| 24X7 Stnd - HRMS 7.02 C | | |
| 24X7 Stnd - HRMS 7.02 P | | |
| 24x7 Stnd - HRMS 7.5 AP | | |
| 24X7 Stnd - HRMS 7.51 C | | |
| 24X7 Stnd - HRMS 7.51 EG | | |
| 24x7 Stnd - HRMS Portal 8.4 | | |
| Ext Supp - HRMS 7 C | | |
| Ext Supp - HRMS 7 SA | | |
| Ext Supp - HRMS 7.02 C | | |
| Ext Supp - HRMS 7.02 PS | | |
| Ext Supp - HRMS 7.5 C | | |
| Ext Supp - HRMS 7.51 C | | |
| Ext Supp - HRMS 7.51 EG | | |
| Ext Supp - HRMS 7.6 SA | | |
| Implement Tax Updates | | |
| Legs/Regs - HCM 8 SP1 | | |
| Legs/Regs - HCM 8 SP1 - APAC | | |
| Legs/Regs - HCM 8 SP1 - Europe | | |
| Legs/Regs - HCM 8 SP1 - Latin Amer | | |
| Legs/Regs - HCM 8.3 | | |
| Legs/Regs - HCM 8.3 - Europe | | |
| Legs/Regs - HCM 8.3 SP1 | | |
| Legs/Regs - HCM 8.3 SP1 - APAC | | |
| Legs/Regs - HCM 8.3 SP1 - Europe | | |
| Legs/Regs - HCM 8.3 SP1 - Latin Amer | | |
| Legs/Regs - HCM 8.8 | | |
| Legs/Regs - HCM 8.8 - APAC | | |
| Legs/Regs - HCM 8.8 - Latin Amer | | |
| Legs/Regs - HCM 8.8 SP1 | | |
| Legs/Regs - HCM 8.8 SP1 - APAC | | |
| Legs/Regs - HCM 8.8 SP1 - Europe | | |
| Legs/Regs - HCM 8.8 SP1 - Latin Amer | | |
| Legs/Regs - HCM 8.9 | | |
| Legs/Regs - HCM 8.9 | | |
| Legs/Regs - HCM 8.9 - APAC | | |
| Legs/Regs - HCM 8.9 SP1 | | |
| Legs/Regs - HRMS 7.02 C | | |
| Legs/Regs - HRMS 7.02 PS | | |
| Legs/Regs - HRMS 7.5 AP | | |
| Legs/Regs - HRMS 7.51 C | | |
| Legs/Regs - HRMS 7.51 EG | | |
| Legs/Regs - HRMS 7.6 SA | | |
| Other Consulting | | |
| Partner Support - HCM | | |
| Platform Verification | | |
| Translations | | |

| Customer | Start | End |
|---|---|---|
| Upgrade HRMS 7.5 C to 8.3 | | |
| Upgrade Support | | |
| (Not Categorized) | | |
| **SA** | | |
| 24x7 Stnd - SA 8 SP1 - APAC | | |
| (Not Categorized) | | |