# Exhibit H

Dockets.Justia.com

| Customer | Start | End |
|---|---|---|

**CRM**
   24X7 Hrly - CRM 8.4
   24X7 Stnd - CRM 8
   24X7 Stnd - CRM 8.8
   24x7 Stnd - CRM 8.9

**EPM**
   24X7 Stnd - EPM 8.3 SP1 - Europe
   24X7 Stnd - EPM 8.4 SP1
   24X7 Stnd - EPM 8.8
   24X7 Stnd - EPM 8.8 SP1
   24x7 Stnd - EPM 8.9

**FDM**
   24X7 Hrly - FDM 7.52 EG
   24X7 Hrly - FDM 7.53 C
   24X7 Hrly - FSCM 8 SP2
   24X7 Hrly - FSCM 8.4
   24X7 Hrly - FSCM 8.4 SP1
   24X7 Hrly - FSCM 8.8
   24X7 Stnd - FDM 7.0 - APAC
   24X7 Stnd - FDM 7.52 C
   24X7 Stnd - FDM 7.52 EG
   24X7 Stnd - FDM 7.53 APAC
   24X7 Stnd - FDM 7.53 C
   24x7 Stnd - FDM 7.5.0
   24X7 Stnd - FSCM 8
   24X7 Stnd - FSCM 8 SP1
   24X7 Stnd - FSCM 8 SP1 - APAC
   24X7 Stnd - FSCM 8 SP2
   24X7 Stnd - FSCM 8 SP2 - APAC
   24X7 Stnd - FSCM 8 SP3
   24X7 Stnd - FSCM 8 SP3 - APAC
   24X7 Stnd - FSCM 8 SP3 - Europe
   24X7 Stnd - FSCM 8.4
   24X7 Stnd - FSCM 8.4 - Europe
   24X7 Stnd - FSCM 8.4 SP1
   24X7 Stnd - FSCM 8.4 SP1 - APAC
   24X7 Stnd - FSCM 8.4 SP2
   24X7 Stnd - FSCM 8.4 SP2 - APAC
   24X7 Stnd - FSCM 8.8
   24X7 Stnd - FSCM 8.8 - APAC
   24X7 Stnd - FSCM 8.8 SP1
   24x7 Stnd - FSCM 8.9
   Ext Supp - FDM 7.52 EG
   Ext Supp - FDM 7.53 C
   Legs/Regs - FDM 7.52 C
   Legs/Regs - FDM 7.52 EG
   Legs/Regs - FDM 7.53 C
   Legs/Regs - FDM 7.5.0
   Legs/Regs - FSCM 8 SP1
   Legs/Regs - FSCM 8 SP1 - APAC
   Legs/Regs - FSCM 8 SP2

| Customer | Start | End |
|---|---|---|
| Legs/Regs - FSCM 8 SP2 - APAC | | |
| Legs/Regs - FSCM 8 SP3 | | |
| Legs/Regs - FSCM 8 SP3 - APAC | | |
| Legs/Regs - FSCM 8 SP3 - Europe | | |
| Legs/Regs - FSCM 8 SP3 - Latin | | |
| Legs/Regs - FSCM 8 SP3 - Latin Amer | | |
| Legs/Regs - FSCM 8.4 | | |
| Legs/Regs - FSCM 8.4 - Europe | | |
| Legs/Regs - FSCM 8.4 SP1 | | |
| Legs/Regs - FSCM 8.4 SP1 - APAC | | |
| Legs/Regs - FSCM 8.4 SP2 | | |
| Legs/Regs - FSCM 8.8 | | |
| Legs/Regs - FSCM 8.8 - APAC | | |
| Legs/Regs - FSCM 8.8 SP1 | | |
| Legs/Regs - FSCM 8.9 | | |
| Other Consulting | | |
| Partner Support - FSCM | | |
| Translations | | |
| Upgrade Support | | |
| **HRMS** | | |
| 24X7 Hrly - HCM 8 SP1 | | |
| 24X7 Hrly - HCM 8.3 SP1 | | |
| 24X7 Hrly - HCM 8.8 | | |
| 24X7 Hrly - HCM 8.8 SP1 | | |
| 24X7 Hrly - HRMS 7.02 C | | |
| 24X7 Hrly - HRMS 7.51 C | | |
| 24X7 Hrly - HRMS 7.51 EG | | |
| 24X7 Hrly - HRMS 7.6 SA | | |
| 24X7 Stnd - HCM 8 SP1 | | |
| 24X7 Stnd - HCM 8 SP1 - APAC | | |
| 24X7 Stnd - HCM 8 SP1 - Europe | | |
| 24X7 Stnd - HCM 8 SP1 - Latin Amer | | |
| 24X7 Stnd - HCM 8.3 | | |
| 24X7 Stnd - HCM 8.3 - Europe | | |
| 24X7 Stnd - HCM 8.3 SP1 | | |
| 24X7 Stnd - HCM 8.3 SP1 - APAC | | |
| 24X7 Stnd - HCM 8.3 SP1 - Europe | | |
| 24X7 Stnd - HCM 8.3 SP1 - Latin Amer | | |
| 24X7 Stnd - HCM 8.8 | | |
| 24X7 Stnd - HCM 8.8 - APAC | | |
| 24X7 Stnd - HCM 8.8 - Latin Amer | | |
| 24X7 Stnd - HCM 8.8 SP1 | | |
| 24X7 Stnd - HCM 8.8 SP1 - Europe | | |
| 24x7 Stnd - HCM 8.9 | | |
| 24x7 Stnd - HCM 8.9 SP 1 | | |
| 24x7 Stnd - HCM 8.9 SP1 | | |
| 24X7 Stnd - HRMS 7.02 C | | |
| 24X7 Stnd - HRMS 7.02 P | | |
| 24x7 Stnd - HRMS 7.5 AP | | |
| 24X7 Stnd - HRMS 7.51 C | | |
| 24X7 Stnd - HRMS 7.51 EG | | |

| Customer | Start | End |
|---|---|---|
| **24x7 Stnd - HRMS Portal 8.4** | | |
| **Ext Supp - HRMS 7 C** | | |
| **Ext Supp - HRMS 7 SA** | | |
| **Ext Supp - HRMS 7.02 C** | | |
| **Ext Supp - HRMS 7.02 PS** | | |
| **Ext Supp - HRMS 7.5 C** | | |
| **Ext Supp - HRMS 7.51 C** | | |
| **Ext Supp - HRMS 7.51 EG** | | |
| **Ext Supp - HRMS 7.6 SA** | | |
| **Implement Tax Updates** | | |
| **Legs/Regs - HCM 8 SP1** | | |
| **Legs/Regs - HCM 8 SP1 - APAC** | | |
| **Legs/Regs - HCM 8 SP1 - Europe** | | |
| **Legs/Regs - HCM 8 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.3** | | |
| **Legs/Regs - HCM 8.3 - Europe** | | |
| **Legs/Regs - HCM 8.3 SP1** | | |
| **Legs/Regs - HCM 8.3 SP1 - APAC** | | |
| **Legs/Regs - HCM 8.3 SP1 - Europe** | | |
| **Legs/Regs - HCM 8.3 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.8** | | |
| **Legs/Regs - HCM 8.8 - APAC** | | |
| **Legs/Regs - HCM 8.8 - Latin Amer** | | |
| **Legs/Regs - HCM 8.8 SP1** | | |
| **Legs/Regs - HCM 8.8 SP1 - APAC** | | |
| **Legs/Regs - HCM 8.8 SP1 - Europe** | | |
| **Legs/Regs - HCM 8.8 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.9** | | |
| **Legs/Regs - HCM 8.9 SP1** | | |
| **Legs/Regs - HRMS 7.02 C** | | |
| **Legs/Regs - HRMS 7.02 PS** | | |
| **Legs/Regs - HRMS 7.5 AP** | | |
| **Legs/Regs - HRMS 7.51 C** | | |
| **Legs/Regs - HRMS 7.51 EG** | | |
| **Legs/Regs - HRMS 7.6 SA** | | |
| **Other Consulting** | | |
| **Partner Support - HCM** | | |
| **Platform Verification** | | |
| **Translations** | | |
| **Upgrade HRMS 7.5 C to 8.3** | | |
| **Upgrade Support** | | |
| **SA** | | |
| **24x7 Stnd - SA 8 SP1 - APAC** | | |
| **Legs/Regs - SA 8 SP1 - APAC** | | |