# Exhibit I

Dockets.Justia.com

Hearing, Discovery before Judge Laporte  11/25/2008  12:00:00 PM

1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3        MAGISTRATE JUDGE ELIZABETH D. LAPORTE

4

5    ORACLE CORPORATION, a Delaware )   Case No. C07-1658
     Corporation; ORACLE, USA, INC.,)   PJH(EDL)

6    a Colorado Corporation; and   )
     ORACLE INTERNATIONAL          )

7    CORPORATION, a California     )
     Corporation,                  )

8                                  )
              Plaintiffs,  )

9                                  )
         vs.              )   FURTHER DISCOVERY

10                         )   CONFERENCE
                                   )

11    SAP AG, a German Corporation; )
      SAP AMERICA, INC., a Delaware )

12    CORPORATION; TOMORROWNOW, INC.,)
      a Texas Corporation; and DOES  )

13    1-50, Inclusive,              )
                                    )

14          Defendants.   )
      _____  )

15

16            November 25, 2008

17    TRANSCRIPT OF AUDIO RECORDING OF DISCOVERY CONFERENCE

18

19

20

21

22

23

24

25        TRANSCRIBED BY:  FREDDIE REPPOND

Oracle_SAP                    Unsigned                    Page 1

Hearing, Discovery before Judge Laporte  11/25/2008  12:00:00 PM

5

| | |
|---|---|
| 1 | remotely.  They don't have to go somewhere. |
| 2 | THE COURT:  Right. |
| 3 | MR. COWAN:  We first made available a total of |
| 4 | 52 partitions of servers.  It's a little less than -- a |
| 5 | little less servers, but some servers have more than one |
| 6 | partition on the hard drive; but at 52 partitions they |
| 7 | completed that review in August.  And of those 52, 32 of |
| 8 | them they indicated that there were no files that they |
| 9 | wanted copies of immediately; but there were 20 of those |
| 10 | that they did want copies from.  Then subsequently since |
| 11 | mid-August until now we made available another net 15 |
| 12 | partitions.  And of those partitions we just got final |
| 13 | confirmation from them today that that's complete.  And |
| 14 | so there's an ongoing effort on our part to produce |
| 15 | copies that they tagged. |
| 16 | The issue really that's in dispute here is the |
| 17 | timing of the production of those copies.  And to give |
| 18 | the Court some feel for what volume we're talking about, |
| 19 | to date Defendants have produced 4 -- over 4 million |
| 20 | pages -- 4 million Bates-stamped pages of documents in |
| 21 | this case.  The tagged documents that they have out of |
| 22 | this data warehouse are over 5 million files.  So it is |
| 23 | a huge number of -- |
| 24 | THE COURT:  And the files may have more than |
| 25 | one page, of course. |

6

| | |
|---|---|
| 1 | MR. COWAN:  A file could be -- what is known |
| 2 | as a TST file.  And inside of that is a whole e-mail |
| 3 | inbox that could be thousands if not tens of thousands |
| 4 | of additional documents and pages.  And so it does -- |
| 5 | there are some things that we can look at and say |
| 6 | there's no need for a file-by-file review because |
| 7 | there's no way this thing just by the nature of it could |
| 8 | be privileged; and we are doing that.  We're doing that |
| 9 | in an expeditious way.  It just takes time, given the |
| 10 | volume. |
| 11 | We have committed to everything they've tagged |
| 12 | to review and produce in 90 days.  Their position is |
| 13 | that's not fast enough.  Our position is we're going as |
| 14 | fast as we can and still keeping the other productions |
| 15 | on track. |
| 16 | THE COURT:  Well, are you doing it in some |
| 17 | kind of phased way?  In other words, the ones that you |
| 18 | determine you don't have to review you're producing |
| 19 | those quickly? |
| 20 | MR. COWAN:  Yes, we are.  And the phasing that |
| 21 | we're doing is we're letting them focus on what they |
| 22 | want first and prioritize that.  There was a partition |
| 23 | on this TNFS01 that they said want pieces of that |
| 24 | immediately; and that involved a lot of review on our |
| 25 | part.  But we did review it and we've gotten those |