# Exhibit M

Message

| | |
|---|---|
| **From**: | CN=John Baugh/O=TomorrowNow |
| **Sent**: | 1/25/2005 8:08:20 AM |
| **To**: | CN=Greg Nelson/O=TomorrowNow |
| **CC**: | CN=George Lester/O=TomorrowNow@TomorrowNow |
| **Subject**: | Oracle Licensing |

Greg,

Generating the entry level server spreadsheet got me to thinking about our current database software licensing, specifically with regard to Oracle. For every other database vendor, we purchased a development copy of their database software. Oracle allows downloading and use of their database software "free" for development environments. However, now that we are under the SAP umbrella, we may need to look at purchasing Oracle licenses. Oracle may attempt to argue that these support environments are production, not development. The Oracle rdbms is fairly expensive, but it may be more cost effective in the long run to make sure we have all our bases covered.

Thanks,
John


John Baugh
Sr. Technology Specialist
TomorrowNow, Inc.
979-571-6783
john_baugh@tomorrownow.com