# Exhibit N

Dockets.Justia.com

Message

---

| | |
|---|---|
| **From**: | CN=Greg Nelson/O=TomorrowNow |
| **Sent**: | 3/24/2006 10:03:25 AM |
| **To**: | CN=Alex La Mar/O=TomorrowNow |
| **Subject**: | Re: Fw: TomorrowNow Laptops |

---

Yes, three 43's and a 60.

**Greg Nelson**
**VP Global Service Automation & IT**
TomorrowNow, Inc.
+1 979 691 4130 Tel
+1 979 691 4110 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>


**Alex La Mar/TomorrowNow** 03/24/2006 09:43 AM
To Greg Nelson/TomorrowNow   cc   Subject Re:
Fw: TomorrowNow Laptops

Hi Greg,

Am I to continue to pursue the T43 or do you want me to procure the T60.  Jennifer Mrak is currently working with their
vendors to get us quotes for the T43 & T60.

Best Regards,

**Alex La Mar**
**I.T. Analyst**
TomorrowNow, Inc
+1 979 571 0181 Mobile
+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>




**Greg Nelson/TomorrowNow**  03/24/2006 08:52
AM To Alex La Mar/TomorrowNow  cc   Subject Fw:
TomorrowNow Laptops


FYI


**Greg Nelson**
**VP Global Service Automation & IT**
TomorrowNow, Inc.
+1 979 691 4130 Tel
+1 979 691 4110 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>
----- Forwarded by Greg Nelson/TomorrowNow on 03/24/2006 08:51 AM -----

**"Hulett, Mark" <mark.hulett@sap.com>**
03/24/2006 07:53 AM To "Greg Nelson"
<greg_nelson@tomorrownow.com>  cc   Subject
FW: TomorrowNow Laptops

CONFIDENTIAL INFORMATION                                                                          TN-OR01029402

Greg,

We did not certify the T43 as it has no real gain over the T42's and instead are focused on the T60 as the replacement for the T42's. T42's are supported and avail today, T43 will cause you more issues, but since you support them and the image on your own it's your call, just not our std. FYI

Best Regards,

Mark Hulett

**From:** Greg Nelson [mailto:greg_nelson@tomorrownow.com]
**Sent:** Monday, March 20, 2006 10:43 PM
**To:** Bigos, Paul
**Cc:** Alex La Mar
**Subject:** Fw: SAP Laptops

Hi Paul,

The ORACLE license is urgently needed to support our PeopleSoft customers using this technology and the laptops are intended for executive travel purposes and not as a standard for all TN staff.

I approve these items. Please assist as necessary so that we may continue the procurement cycle.

Thank you. - Greg

**Greg Nelson**
**VP Global Service Automation & IT**
TomorrowNow, Inc.
+1 979 691 4130 Tel
+1 979 691 4110 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>

----- Forwarded by Greg Nelson/TomorrowNow on 03/20/2006 09:35 PM -----
**Alex La Mar/TomorrowNow**  03/20/2006 09:12 PM   To Greg
Nelson/TomorrowNow   cc   Subject Fw: SAP Laptops

Hello Greg,

I want to update you with my progress for a couple of items I'm working on for you. I've come to a momentary standstill with procuring the ThinkPad T43 with integrated fingerprint reader. Paul Bigos has been kindly assisting me with getting the specifications and price quote for the T43, however, this turns out not to be a certified SAP standard issue.

The next matter deals with the acquisition of Oracle database licenses for environments where we develop our customer's deliverables. Specifically, we need to obtain Oracle Standard Edition for a 4 CPU machine running AIX and a 4 CPU machine running Windows. I've contacted Mr. Georg Schraeder and he forwarded the request to Mr. Jochen Scholten, however, I've not heard anything back since.

Please advise as to how I am to proceed to the above mentioned topics.

Thank you,

**Alex La Mar**
**I.T. Analyst**
TomorrowNow, Inc
+1 979 571 0181 Mobile

CONFIDENTIAL INFORMATION                                                    TN-OR01029403

+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>

----- Forwarded by Alex La Mar/TomorrowNow on 03/20/2006 08:03 PM -----
**"Bigos, Paul" <paul.bigos@sap.com>**
03/20/2006 12:07 PM   To "Alex La Mar"
<Alex_Lamar@tomorrownow.com>   cc "Mrak,
Jennifer" <jennifer.mrak@sap.com>, "Hulett,
Mark" <mark.hulett@sap.com>   Subject RE:
FW: SAP Laptops


Hi Alex,

Apparently the T43 is not a certified SAP standard.

Regards,
Paul


**From:** Eichler, Uwe
**Sent:** Monday, March 20, 2006 3:36 AM
**To:** Bigos, Paul
**Cc:** Hulett, Mark; Owens, Douglas; Berlinghof, Ulrich; Glatz, Andreas; Henke, Silke
**Subject:** RE: T42, T43 or T60

Hello Paul,


Out of this mail I see that Mark is including the T43 in his consideration; please keep in mind that the T43 is still not
certified an released for purchasing!

You can buy dedicated models as soon as they are appearing at the GCMIT site in SAP-Portal.
There is the global overview about all certified and released models!
If you are not sure about the status of a model that you want to buy please contact Andreas Glatz or me for clarification.

Normally it should not happen that somebody buys not certified hardware because the global material management
allows only the use of global created material numbers. But in this case you are using generic material numbers like e.g.
49005790 (EUS Equipment - Taggable). Then we can't avoid the buying of not certified hardware...


Best regards,
Uwe

**From:** Alex La Mar [mailto:Alex_Lamar@tomorrownow.com]
**Sent:** Friday, March 17, 2006 5:38 PM
**To:** Bigos, Paul
**Cc:** Mrak, Jennifer; Hulett, Mark
**Subject:** Re: FW: SAP Laptops


Hi Paul,

Thank you very much for your prompt response.  The specifications for each laptop mentioned below meets our
requirements.  I'd like to verify that the T43 (1871CTO) comes standard with the fingerprint reader/security chip.  I will
convey this information with my management team and I'll be in contact with you before I enter anything into EBP.

Best Regards,

CONFIDENTIAL INFORMATION                                                                                    TN-OR01029404

**Alex La Mar**
**I.T. Analyst**
TomorrowNow, Inc
+1 979 571 0181 Mobile
+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>

"Bigos, Paul" <paul.bigos@sap.com>
03/17/2006 01:58 PM    To
<Alex_Lamar@tomorrownow.com>    cc "Mrak,
Jennifer" <jennifer.mrak@sap.com>, "Hulett,
Mark" <mark.hulett@sap.com>    Subject FW:
SAP Laptops

Hi Alex,

Please review the following (HP NC6220 and IBM/Lenovo T42 & T43) laptops. Contact **Mark Hulett** to harmonize
your requirement with his. Contact me **before** entering anything into EBP.

The price and description below is for the **HP NC6220** with Accidental Damage Carepaq.

| Material Master | Description | Cost (each) |
|---|---|---|
| 49005790 | Laptop HP NC6220 : 2GB RAM, 60GB HD | $1,219 |
| | Includes: | |
| | PL813AV Base Unit nc6220 | |
| | Windows XP Pro O/S nc6220 | |
| | P-M 750 (1.86G) Processor nc6200 | |
| | 2G 533 2 DM Memory Module nc6200 | |
| | 60G 5400RPM FX Hard Drive nc6200 | |
| | 14.1 XGA Panel nc6200 | |
| | 6 Cell 51WH 4.8Ah Battery nc6200 | |
| | Dual Point Keyboard nc6200 | |
| | 56K High Speed (HAT) Modem nc6200 | |
| | 802.11b/g I(Si) MoW Wireless nc6200 | |
| | Combo DVD/CDRW MBII nc6200 Drive | |
| | TPM Security Module nc6200 | |
| | 3/3/0 Warranty nc6200 US | |
| | 65W w/Power Hardware Kit nc6200 | |
| | Label Centrino | |
| | 3-year Accidental Damage for NC6220 Laptop | |
| | PN U4428E | |

The price and description below is for the **IBM /Lenovo T42** with Accidental Damage Coverage.

| Material Master | Description | Cost (each) |
|---|---|---|
| 50075124 | Laptop IBM /Lenovo ThinkPad T42 2373VPC | $1,285 |
| | PN 2373VPC | |
| | Includes: | |
| | 14" XGA Display | |

CONFIDENTIAL INFORMATION

Pentium M 725 1.6ghz
2GB Memory PC2700 DDR-SDRAM (2 x 1GB)
60GB Disk with IBM Active Protection System
DVD Rom / CDRW Combo Drive
ATI Mobility Radeon 32mb
Intel 802.11 b/g Integrated Wireless with UltraConnect Antenna
Integrated 10/100/1000 ethernet
56k modem
2 USB 2.0 Ports
UltraNav Combination TrackPoint & TouchPad Pointing Device
2 Type I, II PC Card Slots
Windows XP Professional
3yr EasyServ onsite pickup and delivery warranty
Thinkpad Protection 3-Years
PN 41C9340

The price and description below is for the **IBM /Lenovo T43**  with Accidental Damage Coverage.

| Material Master | Description | Cost (each) |
|---|---|---|
| 49005790 | Laptop IBM / Lenovo ThinkPad T43   1871CTO | **$1, 285** |
| | Includes: | |
| | 14" XGA Display | |
| | Pentium M 725 1.6ghz | |
| | 2GB Memory PC 4200 DDR2 (2 x 1GB) | |
| | 60GB Disk with IBM Active Protection System | |
| | DVD Rom / CDRW Combo Drive | |
| | Integrated Intel GMA 900 Graphics | |
| | Intel 802.11 b/g Integrated Wireless with UltraConnect Antenna | |
| | Integrated 10/100/1000 ethernet | |
| | 56k modem | |
| | 2 USB 2.0 Ports | |
| | UltraNav Combination TrackPoint & TouchPad Pointing Device | |
| | 2 Type I, II PC Card Slots | |
| | Windows XP Professional | |
| | 3yr EasyServ onsite pickup and delivery warranty | |
| | Thinkpad Protection 3-Years | |
| | PN 41C9340 | |

Please call me with any questions.

_____
Paul Bigos, C.P.M.
IT Purchasing Manager

SAP America
Global Purchasing Organization
3999 West Chester Pike
Newtown Square, PA 19073

T: 610-661-2923
F: 610-661-2924
E: paul.bigos@sap.com

CONFIDENTIAL INFORMATION                                                                    TN-OR01029406

External use: <http://www.sap.com/>
SAP internal use: <http://intranet.sap.com/gpo>

**From:** Alex La Mar [mailto:Alex_Lamar@tomorrownow.com]

**Sent:** Thursday, March 16, 2006 2:51 PM

**To:** Mrak, Jennifer

**Subject:** Quotes for T43 & T60

Hi Jen,

Here is another high priority item for us.  I'd like a quote for the following items listed below.  I've attached a quote for each item from Lenovo's website.

Item:  ThinkPad T43

Price on site:  $2066.40

QTY: 1

Quote from site:

Item:  ThinkPad T60

Price on site:  $2222.20

QTY: 1

Quote from site:

Also, would it be possible to upgrade these to have 2GB of RAM or would it be better to just purchase the memory sticks separately?

Thank you,

CONFIDENTIAL INFORMATION

**Alex La Mar**

**I.T. Analyst**

TomorrowNow, Inc

+1 979 571 0181 Mobile

+1 979 393 9899 Fax

www.tomorrownow.com <http://www.tomorrownow.com/>

TN-OR01029408