# Exhibit O

Message

| | |
|---|---|
| **From**: | CN=John Baugh/O=TomorrowNow |
| **Sent**: | 10/26/2006 2:56:56 AM |
| **To**: | CN=Joo Wah Low/O=TomorrowNow |
| **Subject**: | Re: Oracle Bugs Fixed in 10.2.0.3 |

We talked about that.  At one time I had talked with George about getting the clients' metalink accounts with the preinstall questionairre when we get their CC access.  I will bring it up again the next time I talk to Shelley.

**John Baugh**
**Senior Enterprise Technology Support Engineer**

Tel: +1 979 571 6360
Cell: +1 979 571 6360
John_Baugh@TomorrowNow.com
www.tomorrownow.com


**Joo Wah Low/TomorrowNow** 10/26/2006 02:54 AM     To John Baugh/TomorrowNow cc  Subject Re: Oracle Bugs Fixed in 10.2.0.3

What about leveraging the relationship with SAP ? I'm sure SAP will have something ?

Regards,
Joo Wah


**John Baugh/TomorrowNow** 10/26/2006 03:51 PM     To Joo Wah Low/TomorrowNow cc  Subject Re: Oracle Bugs Fixed in 10.2.0.3

Hi Joo Wah,

I'm glad to help.

==I brought up the issue again in a meeting I had last week with Shelley.  I don't think we're going to get an Oracle license.==  I think I may look into getting personal Oracle just so I can get access to metalink.  I'll let you know what happens.

Thanks,
John

**John Baugh**
**Senior Enterprise Technology Support Engineer**

Tel: +1 979 571 6360
Cell: +1 979 571 6360
John_Baugh@TomorrowNow.com
www.tomorrownow.com

CONFIDENTIAL INFORMATION                                                              TN-OR00434268

**Joo Wah Low/TomorrowNow**  10/26/2006 02:46 AM     To John Baugh/TomorrowNow cc  Subject Re: Oracle Bugs Fixed in 10.2.0.3

Thanks John.

The temp alternate workaround can be done by 'ALTER SESSION SET "_gby_hash_aggregation_enabled" = FALSE;'
or in the init.ora too

Going to ask them to try it, rather than apply patch since it's urgent and they need to do closing.

Thanks.

Can we bring up to the mgmt that we do not have maintenace for Oracle Servers ? I think it's useful to have metalink access.

Regards,
Joo Wah



**John Baugh/TomorrowNow**  10/26/2006 03:24 PM     To Joo Wah Low/TomorrowNow cc  Subject Oracle Bugs Fixed in 10.2.0.3




John Baugh
**Senior Enterprise Technology Support Engineer**

Tel: +1 979 571 6360
Cell: +1 979 571 6360
John_Baugh@TomorrowNow.com
www.tomorrownow.com

CONFIDENTIAL INFORMATION                                                                                                          TN-OR00434269