Exhibit P

Dockets.Justia.com

DCPSTEMP01

(Image 1/3)

(Image 2/3)

(Image 3/3)



DCPSTEMP02 Produce

(Image 1/2)



(Image 2/2)



(Image 1/3)



(Image 2/3)



(Image 3/3)



DCPSTEMP02 Record

(Image 1/2)

(Image 2/2)



Image (1/3)

(Image 2/3)



(Image 3/3)



PSDEV 01

(Image 1/2)



(Image 2/2)



(Image 1/3)



(Image 2/3)



(Image 3/3)

(Image 1/2)



(Image 2/2)



(Image 1/3)



(Image 3/3)



(Image 3/3)



PSDEV 02

(Image 1/3)



(Image 2/3)



(Image 3/3)



(Image 1/2)



(Image 2/2)

