# Exhibit Q

Lester, George Final  4/23/2009  12:00:00 PM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a         )
Delaware corporation, ORACLE   )
USA, INC., a Colorado         )
corporation, and ORACLE       )
INTERNATIONAL CORPORATION, a   )
California corporation,       )
)
Plaintffs,    )
)
vs.            ) NO. 07-CV-1658 (PJH)
)
SAP AG, a German corporation,  )
SAP AMERICA, INC., a Delaware  )
corporation, TOMORROWNOW,      )
INC., a Texas corporation, and )
DOES 1-50, inclusive,         )
)
Defendants.    )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GEORGE LESTER
(Taken by Plaintiff)
Charlotte, North Carolina
Thursday, April 23rd, 2009


Reported in Stenotype by
Lisa A. Wheeler, RPR, CRR
Transcript produced by computer-aided transcription

Lester, George Final  4/23/2009  12:00:00 PM

19

| | | |
|---|---|---|
| 1 | Q. | When was that approximately? |
| 2 | A. | I'm not exactly sure. |
| 3 | Q. | How did your responsibilities change |
| 4 | when you were promoted? | |
| 5 | A. | My responsibilities were to manage the |
| 6 | technical support engineers and manage the | |
| 7 | engineers building environments. | |
| 8 | Q. | By environments, what -- what does that |
| 9 | include? | |
| 10 | A. | That would be just PeopleSoft |
| 11 | environments. | |
| 12 | Q. | And can you be more specific about what |
| 13 | the environment is, what it includes? | |
| 14 | A. | It would be a support environment.  A |
| 15 | demo installation of -- of PeopleSoft is what was | |
| 16 | installed to the best of my recollection. | |
| 17 | Q. | And -- and you're speaking of the -- the |
| 18 | PeopleSoft applications? | |
| 19 | A. | That is correct.  The client's -- the |
| 20 | client's environment. | |
| 21 | Q. | You say the client's environment.  You |
| 22 | mean the -- the software that the client provided to | |
| 23 | TomorrowNow? | |
| 24 | A. | That is correct. |
| 25 | Q. | And did those environments also have a |

20

| | | |
|---|---|---|
| 1 | database component? | |
| 2 | A. | Correct. |
| 3 | Q. | Was your team also responsible for |
| 4 | building out the database component for those | |
| 5 | environments? | |
| 6 | A. | That is correct. |
| 7 | Q. | And where did the database layer come |
| 8 | from that was used to build those environments? | |
| 9 | A. | Where did the database layer software -- |
| 10 | actually, I do not know.  I believe that was | |
| 11 | installed by -- that was -- either existed before I | |
| 12 | got there or that was -- actually, yeah.  I think | |
| 13 | the software for the database layer was in place | |
| 14 | when I arrived in 2004 so I don't know. | |
| 15 | Q. | Was it the same -- same combination of |
| 16 | database software that you described that you worked | |
| 17 | with earlier at PeopleSoft, Oracle and -- and -- and | |
| 18 | SQL? | |
| 19 | MR. COWAN:  Objection, form. | |
| 20 | BY MR. HOWARD: | |
| 21 | Q. | What -- what different databases were -- |
| 22 | were in existence when you arrived at TomorrowNow? | |
| 23 | A. | SQL Server, Oracle.  I believe those are |
| 24 | it. | |
| 25 | Q. | What versions of Oracle were used in |