# Exhibit S

Dockets.Justia.com

Hearing, Discovery before Judge Laporte  2/13/2009  12:00:00 PM

```
 1          IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3          MAGISTRATE JUDGE ELIZABETH D. LAPORTE
 4
 5     ORACLE CORPORATION, a Delaware )   Case No. C07-1658
       Corporation; ORACLE, USA, INC.,)   PJH (EDL)
 6     a Colorado corporation; and    )
       ORACLE INTERNATIONAL           )
 7     CORPORATION, a California      )
       corporation,                   )
 8                                    )
               Plaintiffs,            )
 9                                    )
            vs.                       )   FURTHER DISCOVERY
10                                    )   CONFERENCE
                                      )
11     SAP AG, a German corporation;  )
       SAP AMERICA, INC., a Delaware  )
12     corporation; TOMORROWNOW, INC.,)
       a Texas corporation; and DOES  )
13     1-50, Inclusive,               )
                                      )
14             Defendants.            )
       _____)
15
16              February 13, 2009
17          TRANSCRIPT OF AUDIO RECORDING
18
19
20
21
22
23
24
25     TRANSCRIBED BY:  FREDDIE REPPOND
```

Hearing, Discovery before Judge Laporte  2/13/2009  12:00:00 PM

15

```
 1    insisting that we say every single object or every
 2    single fix be done, but what we are asking is for a
 3    stipulation that reflects reality and is independent of
 4    damages.  And we think that that is fair.  And if we
 5    think that we can get it, then we're not as far apart
 6    as we may otherwise be on the needs of the calendar.
 7         THE COURT:  All right.  And --
 8         MR. COWAN:  Couple things.  One, on the
 9    obviously his characterization of my clients' conduct,
10    pre- or post-litigation, I don't agree with.  But I
11    think for purposes of this discussion, we can deal with
12    the other points he made.
13         I agree that the SAS database provides some
14    enriched source of information.  We have under the
15    extended discovery timeline agreement now completed our
16    privilege review of that.  I believe it's being
17    produced today.  I believe our office has already sent
18    Mr. Howard an e-mail indicating whether he wants
19    delivery tomorrow or not.  It required an incredible
20    amount of review to get that ready, but it is ready.
21    So as of tomorrow or Tuesday, whenever they elect
22    delivery, they should have the SAS database through
23    October 31, 2008.  And that database has all the data
24    points in it -- or most of the data points in it --
25    that Mr. Howard is referring to.
```

16

```
 1         You notice on the stipulation that was filed
 2    as Exhibit A to the discovery conference statement
 3    there are a number of appendices.  Those appendices
 4    were created using that SAS database.  So that database
 5    has a rich source of information for them.  Regardless
 6    of whether we have a stipulation, that database is
 7    available to them to meet their burden of proof to come
 8    forward and establish whatever they think they can
 9    establish with that information.
10         With respect to the need for testimony to
11    come out of the witnesses' mouths rather than the
12    lawyers' characterization of that, I would hope that
13    Mr. Howard can appreciate and certainly hope the Court
14    could appreciate what the lawyers say happened is not
15    something particularly that has liability implications
16    and potentially significant damages implications.  It's
17    not something that the business folks want to rely a
18    hundred percent on.  They want to know what the
19    witnesses have to say about this, particularly since
20    we're dealing with a subsidiary company.  The
21    decision-making on these kinds of things are certainly
22    being made at the highest level of the parent company;
23    and we have to have that evidence.
24         THE COURT:  Well, you -- I mean, of course,
25    unlike the Plaintiffs, you can interview the witnesses
```