# Exhibit T

Hearing, Discovery before Judge Laporte  3/31/2009 12:00:00 PM

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION |
| 3 | BEFORE:  HON. ELIZABETH D. LaPORTE |
| 4 | --O0o-- |
| 5 | ORACLE CORPORATION, a Delaware Corporation; ORACLE, USA, INC., |
| 6 | a Colorado Corporation, and ORACLE INTERNATIONAL CORPORATION, |
| 7 | a California Corporation, |
| 8 | Plaintiffs, |
| 9 | Vs.         No. 07-CV-01658 (PJH) |
| 10 | SAP AG, a German Corporation, |
| 11 | SAP AMERICA, INC., a Delaware     FURTHER DISCOVERY Corporation, TOMORROWNOW, INC.,    CONFERENCE |
| 12 | a Texas Corporation, and DOES 1-50, inclusive, |
| 13 | Defendants. |
| 14 | _____/ |
| 15 | Tuesday, March 31, 2009 |
| 16 | TRANSCRIPT OF AUDIO RECORDING OF DISCOVERY CONFERENCE |
| 17 | |
| 18 | Transcribe By:  WENDY E. ARLEN, CSR #4355, CRR, RMR |
| 19 | Job 418456 |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Hearing, Discovery before Judge Laporte  3/31/2009  12:00:00 PM
63

1  With that, I think we can reach an agreement not only on
2  which severs' partitions, but the timing of that.  We
3  have started producing those -- some of the ones that
4  Mr. Howard has already mentioned on the record and, in
5  fact, in the order what's outlined in his March 16th
6  request.
7        There is another -- I guess the bigger issue,
8  and I don't know if Mr. Howard included this in the 12
9  servers, is when they originally went through the
10  original data warehouse review, they marked files either
11  produce or record, and we provided the court in this
12  discovery statement the stats on that.  They now come
13  back and said we want the ones we marked record as well.
14  You know, that's another six million files and three
15  terabytes of data.
16        So at some point the volume gets to be useless,
17  I think, no matter how many world's of time they're
18  going to have to use this in whatever form this case
19  ultimately takes.
20        THE COURT:  Well, I mean, and that's where I
21  would be inclined -- I mean, if then there is a desire
22  for more than the 12, I would very much be inclined to
23  cost shift, and I don't know if you're saying to
24  those -- are you objecting to producing the record ones
25  then?