UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

        Plaintiffs,                              No. C 07-01658 PJH (EDL)

   v.                                      CLERK'S NOTICE

SAP AG, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion to Compel Production of Documents Related to Damages Model and Interrogatory Responses Related to use of Plaintiffs' Intellectual Property scheduled for August 4, 2009 has been **reset to 2:00 p.m** before Judge Laporte. Defendants' Motion for Sanctions and Motion to Compel Production of Financial Information from Plaintiffs will be heard at **2:00 p.m.** on August 18, 2009 before Judge Laporte.

Dated: July 20, 2009

                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk

                                         by: _____
                                              Lili M. Harrell
                                              Courtroom Deputy