BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC. *et al*,<br><br>            Plaintiffs,<br>      v.<br><br>SAP AG, *et al*.,<br><br>            Defendants. | No. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO DAMAGES MODEL AND INTERROGATORY RESPONSES RELATED TO USE OF PLAINTIFFS' INTELLECTUAL PROPERTY**<br><br>Date:      August 4, 2009<br>Time:      2:00 pm<br>Place:     E, 15th Floor<br>Judge:    Hon. Elizabeth D. Laporte |

Case No. 07-CV-01658 PJH (EDL)
DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF PLAINTIFFS' REPLY
IN SUPPORT OF  MOTION TO COMPEL

I, Geoffrey M. Howard, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and before this Court, and am a partner at Bingham McCutchen LLP, counsel of record for plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (together, "Oracle") in this action. I have personal knowledge of the facts stated below and, if called as a witness, could competently testify as to them.

2. Attached as **Exhibit A** is a true and correct copy of an excerpt from Defendant TomorrowNow's Fourth Amended and Supplemental Response to Plaintiff to Oracle Corporation's First Set of Interrogatories, containing Defendants' responses and objections to Interrogatory 13.

3. Attached as **Exhibit B** is a true and correct copy of an excerpt from Defendant TomorrowNow's First Amended and Supplemental Response to Plaintiff Oracle USA's Second Set of Interrogatories, containing Defendants' responses and objections to Interrogatory 14.

4. Oracle estimates that it has spent over $160,000 just in expert fees trying to understand and manipulate the information in SAS, and estimates it has spent more than $2 million reviewing the database, analyzing the available information, and preparing for and taking depositions on these issues. Oracle even consulted with a technical SAS expert provided by Defendants. Overall, based on Defendants' representations regarding the cost incurred to review and produce documents, it appears the parties have spent roughly comparable amounts on those activities.

5. Attached as **Exhibit C** are true and correct copies of excerpts from the following deposition transcripts: February 5, 2009 Deposition of Roderic Russell at 203:3-203:21; March 13, 2009 Deposition of John Tanner at 20:23-21:20; May 12, 2009 Deposition of Catherine Hyde at 186:19-187:11.

6. Attached as **Exhibit D** is a true and correct copy of an excerpt from the December 6, 2007 Deposition of Shelley Nelson at 185:3-186:8.

7. Attached as **Exhibit E** is a true and correct copy of a July 3, 2007 press

1                                                              Case No. 07-CV-01658 PJH (EDL)

1  release downloaded from SAP's official website entitled "SAP Responds to Oracle Complaint."

2      I declare under penalty of perjury under the laws of the State of California and the

3  United States that the foregoing is true and correct, and that this Declaration was signed on July

4  21, 2009 in Wailea, Hawaii.

                                                                               /s/
                                                Geoffrey M. Howard

DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF PLAINTIFFS' REPLY
IN SUPPORT OF MOTION TO COMPEL