# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
Plaintiffs, )
)
vs.                                  ) CASE NO. 07-CV-01658 (MJJ)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, INC., a )
Texas corporation, and DOES 1-50,)
inclusive, )
Defendants. )

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION

RODERIC RUSSELL

FEBRUARY 5, 2009

ORAL VIDEOTAPED DEPOSITION OF RODERIC RUSSELL, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 5th day of February, 2009, from 8:56 a.m. to 4:05 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Job No. 1603-90332

1

2

3　　Q. What's the scope of your duties as a consultant for

4　　TomorrowNow?

5　　A. To basically be available to counsel and answer any

6　　questions or clarify anything for them.

7　　Q. So, is -- testifying here today is part -- is within

8　　the scope of your consultant relationship?

9　　MR. FUCHS: Objection, form.

10　　A. Not as I understand it. That I would have to testify

11　　here today regardless of that relationship.

12　　Q. (By Mr. Polito) Are you being compensated to testify

13　　here today?

14　　A. Not as I understand it, no.

15　　Q. Are you compensated when you're -- you make yourself

16　　available to counsel on other occasions?

17　　A. If they have questions, yes.

18　　Q. What's the rate that you're being compensated at to

19　　be a consultant for this case?

20　　MR. FUCHS: Objection, form.

21　　A.　　　**Redacted**

22

23

24

25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a            )
Delaware corporation, ORACLE     )
USA, INC., a Colorado            )
corporation, and ORACLE          )
INTERNATIONAL CORPORATION,       )
a California corporation,        )
Plaintiffs,                      )
                                 )
vs.                              ) CASE NO. 07-CV-01658 (MJJ)
                                 )
SAP AG, a German corporation,    )
SAP AMERICA, INC., a Delaware    )
corporation, TOMORROWNOW,        )
INC., a Texas corporation, and)
DOES 1-50, inclusive,            )
Defendants.                      )


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ORAL VIDEOTAPED DEPOSITION
JOHN TANNER
MARCH 13, 2009

ORAL VIDEOTAPED DEPOSITION OF JOHN TANNER, produced as a
witness at the instance of the Plaintiffs and duly sworn, was
taken in the above-styled and numbered cause on the 13th day
of March, 2009, from 9:27 a.m. to 6:26 p.m., before Dana
Richardson, Certified Shorthand Reporter in and for the State
of Texas, reported by computerized stenotype machine at the
offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston,
Texas 77002, pursuant to the Federal Rules of Civil Procedure
and the provisions stated on the record or attached hereto.
Job No. 1603-90679

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23    Q.  You haven't consulted with anyone regarding this
24    lawsuit?
25    A.  What do you mean?

1    Q. Provided consultation services for pay in relation to
2    this lawsuit.
3    A. Provided consultation for pay, yes.
4    Q. Okay. And can you describe that?
5    A. Yes. The agreement is for me to be available to
6    answer any kind of technical question that I can remember from
7    the time at TomorrowNow in case any of the legal team needs --
8    needs help deciphering what -- what they see or find in their
9    research.
10   Q. Okay. And who -- who do you report to for that --
11   that consultation?
12   A. I don't have a manager that I know of.
13   Q. Okay. Who is it that's asking you these questions
14   regarding the lawsuit?
15   A. Counsel, Jones Day counsel.
16   Q. Anyone else other than Jones Day?
17   A. And my personal counsel, Reid Wittliff.
18   Q. And how much are you being paid for providing these
19   consultation services?
20   A.        **Redacted**
21
22
23
24
25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
Plaintiffs, )
)
vs. ) CASE NO. 07-CV-01658 (MJJ)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, INC., a )
Texas corporation, and DOES 1-50,)
inclusive, )
Defendants. )

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION

CATHERINE HYDE

FEBRUARY 12, 2009

ORAL VIDEOTAPED DEPOSITION OF CATHERINE HYDE, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 12th day of February, 2009, from 8:37 a.m. to 5:26 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Job No. 1603-90347

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19    Q   Ms. Hyde, the last time we were together you

20    testified that you were being paid by SAP at the rate of

21    **Redacted** month as a consultant, do you recall that?

22    A   By TomorrowNow.

23    Q   Is that -- are you -- I believe you said that

24    at that time that your contract expired in April of

25    2009?

1   A   Yes.

2   Q   Has it been extended?

3   A   Yes.

4   Q   Does it have an expiration date?

5   A   Ten months from -- they added ten months.

6   Q   They added -- so it ends in February of 2010?

7   A   Yes. If that's ten months, yes.

8   Q   Has the rate of pay changed?

9   A   Yes.

10  Q   What has it changed to?

11  A        **Redacted**

12

13

14

15

16

17

18

19

20

21

22

23

24

25