Oracle Corporation et al v. SAP AG et al
Case4:07-cv-01658-PJH   Document359-4   Filed07/21/09   Page1 of 4
Doc. 359 Att. 3

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a           )
Delaware corporation, ORACLE    )
USA, INC., a Colorado           )
corporation, and ORACLE         )
INTERNATIONAL CORPORATION, a    )
California corporation,         )
Plaintiffs,                     )
                                )
vs.                             ) CASE NO. 07-CV-01658 (MJJ)
                                )
SAP AG, a German                )
corporation, SAP AMERICA,       )
INC., a Delaware corporation,   )
TOMORROWNOW, INC., a Texas      )
corporation, and DOES 1-50,     )
inclusive,                      )
Defendants.                     )


"HIGHLY CONFIDENTIAL"
ORAL VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH SHELLEY NELSON
VOLUME 2
DECEMBER 6, 2007


ORAL VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as
a witness at the instance of the Plaintiffs and duly sworn,
was taken in the above-styled and numbered cause on the 6th
day of December, 2007, from 9:10 a.m. to 3:53 p.m., before
Dana Richardson, Certified Shorthand Reporter in and for the
State of Texas, reported by computerized stenotype machine at
the offices of Jones Day, 717 Texas, Suite 3300, Houston,
Texas 77002, pursuant to the Federal Rules of Civil Procedure
and the provisions stated on the record or attached hereto.
Job No. 1603-85363

Oracle_SAP                        Nelson, Shelley Vol 2                        12/6/2007

1

2

3    Q.  Let's not limit it to the batch process but the --

4    but the entire process that you described where you said you

5    called up, you know, individual client environments.  The

6    process of generating the payroll tax updates that you

7    described, does it involve any common development that is

8    applied to the individual local client environments?

9    A.  It definitely involves common design.  For most of

10   our clients, their code line is different.  And, so, the

11   development is -- it's going to be a different object across

12   the different clients.  There is a possibility that if a

13   program was seen to be exactly the same between a small subset

14   of clients for a particular release, it's possible that a

15   developer may have used that same program for the different

16   folders versus just using the code.

17   Q.  How would you determine whether that had occurred?

18   A.  I would ask the developer.

19   Q.  Who's the developer for the payroll tax updates since

20   the litigation was filed?

21   A.  We have a team of developers.

22   Q.  Who is that?

23   A.  Ethe'Ann Gary.

24   Q.  Anybody else?

25   A.  John Geiger; Catherine Hyde; Kristin Paige; Rick

1    Frank; and the development manager, Rod Russell.  Oh, also Ed

2    Tong.

3    Q.  Has that team changed at all since the litigation was

4    filed?

5    A.  Yes.

6    Q.  How has it changed?

7    A.  We've hired at least one person, John Geiger.  I

8    believe that's it.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25