| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|   | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|   | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
|   | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
|   | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|   | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|   | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
|   | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
|   | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
|   | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
|   | Oracle USA, Inc., Oracle International Corporation, and |
| 15 | Oracle EMEA Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| Plaintiffs, | **DECLARATION OF JOHN A. POLITO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO DAMAGES MODEL AND INTERROGATORY RESPONSES RELATED TO USE OF PLAINTIFFS' INTELLECTUAL PROPERTY** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |
| | Date:       August 4, 2009 |
| | Time:       2:00 p.m. |
| | Place:      Courtroom E, 15th Floor |
| | Judge:     Hon. Elizabeth D. Laporte |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF JOHN A. POLITO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL

I, John A. Polito, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at Bingham McCutchen LLP, counsel of record for plaintiffs Oracle USA, Inc., Oracle International Corporation and Oracle EMEA Ltd. (collectively, "Oracle"). I have personal knowledge of the facts stated within this Declaration and could testify competently to them if required.

2. As part of the discovery process in this case, Defendants have produced copies of several Lotus Notes application databases. These Lotus Notes application databases have been collectively described by Defendants as TomorrowNow's ("SAP TN's") "SAS Database." The SAS Database contains certain records of SAP TN's support activities for the PeopleSoft, J.D. Edwards, and Siebel products lines, including certain records relating to the development, testing, and delivery of SAP TN-delivered fixes, updates, patches, documentation, and other material delivered (collectively, a "fix" or "fixes").

3. Defendants' most recent production of the SAS Database, including but not limited to materials Bates-numbered TN-OR03775478, TN-OR03727374, TN-OR03775478, TN-OR04446717, TN-OR04446719, and TN-OR04446728 to TN-OR04447185 (collectively, the "March 2009 SAS Database"), was produced on or before March 6, 2009.

4. For the PeopleSoft product line, certain records related to certain SAP TN-delivered fixes are stored as "Master Fix" and related records. The March 2009 SAS Database contains 1887 Master Fix records for the PeopleSoft product line, according to a form-based search for "Master Fix" forms across the entire March 2009 SAS Database for that product line.

5. Based upon my review, and the review of attorneys working under my supervision, there is no environment information contained within at least 920 Master Fix records in the March 2009 SAS Database. Fewer than 100 Master Fix records appear to contain information about the environments used at more than one point in the fix-delivery process.

6. Only 51 of the 1887 Master Fix records in the March 2009 SAS Database, or less than 3% of such records, appear to contain four or more attachments documenting the use

1                                                      Case No. 07-CV-01658 PJH (EDL)
DECLARATION OF JOHN A. POLITO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL

1  of environments at any point in the fix-delivery process.

3        I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct, and that this Declaration was executed on July 21, 2009, in San Francisco, California.

_____
John A. Polito