1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:    (650) 739-3939
10  Facsimile:    (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice)*
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX  77002
    Telephone:    (832) 239-3939
15  Facsimile:    (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com


DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com


Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21              SAN FRANCISCO DIVISION

22  ORACLE USA, INC., *et al.,*

23              Plaintiffs,

24      v.

25  SAP AG, *et al.*,

26              Defendants.

27

28

Case No. 07-CV-1658 PJH (EDL)

**STIPULATED ADMINISTRATIVE
MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT**

SFI-615239v1

MOT. TO REMOVE INCORRECTLY
FILED DOCUMENT
Case No. 07-CV-1658 PJH (EDL)

1    Pursuant to Local Rule 7-11, Defendants SAP AG, SAP America, Inc., and

2 TomorrowNow, Inc. ("Defendants") and Plaintiffs Oracle USA, Inc. Oracle International

3 Corporation, and Oracle EMEA Limited ("Plaintiffs," and together with Defendants, the

4 "Parties") respectfully request that the Court order the Clerk of the Court to remove the following

5 document from the docket in the above-referenced matter:  Docket No. 342, Defendants' Motion

6 for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f) (the "Document").

7    The Document contains information designated by Plaintiffs as Confidential or Highly

8 Confidential - Attorneys' Eyes Only pursuant to the protective order entered in the case.  Wallace

9 Decl. ¶ 1.[1]  On July 14, 2009, Defendants lodged the Document with the Court under seal and e-

10 filed a copy in redacted form.[2]  *Id.*  However, some designated information inadvertently was not

11 redacted from the Document.  *Id.* at ¶ 2.  On July 20, Plaintiffs' counsel brought this to

12 Defendants' counsel's attention.  *Id.*  The Parties met and conferred on July 21 and 22.  On July

13 22, Defendants had a temporary lock placed on the document pending resolution of this motion.

14 *Id.*

15    The information at issue consists of one parenthetical on page 18, lines 8 and 9 of the

16 Document, two words in quotation marks on page 18, line 24, and one sentence on page 19,

17 footnote 12.  Concurrently with this motion, Defendants have e-filed a corrected version of the

18 Document with this information redacted.  Wallace Decl. ¶ 3.

19    For the foregoing reasons, the Parties respectfully request that the Court grant this motion

20 and order the relief requested.

21

22

23

24

---

25    [1] All references to "Wallace Decl." are to the Declaration of Elaine Wallace in Support of Stipulated Administrative Motion to Remove Document from the Docket, filed herewith.

26    [2] Defendants also submitted a motion to file the document under seal.  Dkt. Nos. 338-40.

27 The basis for the motion is that the information sought to be sealed has been designated by Plaintiffs under the protective order and Plaintiffs have requested that it not be publicly filed.  *Id.* On July 20, Plaintiffs submitted a declaration and proposed order in support of the proposed

28 sealing.  Dkt. Nos. 356-57.

SFI-615239v1                    - 2 -          MOT. TO REMOVE INCORRECTLY FILED DOCUMENT
Case No. 07-CV-1658 PJH (EDL)

1   DATED:  July 22, 2009                          JONES DAY

2

3                                                  By:  /s/ Elaine Wallace
                                                        Elaine Wallace
4
                                                   Attorneys for Defendants
5                                                  SAP AG, SAP AMERICA, INC., and
                                                   TOMORROWNOW, INC.
6

7         In accordance with General Order No. 45, Rule X, the above signatory attests that

8   concurrence in the filing of this document has been obtained from the signatory below.

9   DATED:  July 22, 2009                          BINGHAM McCUTCHEN LLP

10

11                                                 By:  /s/ Zachary Alinder
                                                        Zachary Alinder
12
                                                   Attorneys for Plaintiffs
13                                                 ORACLE USA, INC., ORACLE
                                                   INTERNATIONAL CORPORATION, and,
14                                                 ORACLE EMEA LIMITED

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-615239v1                        - 3 -