1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:    (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
10 Facsimile:     (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice)*
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX  77002
   Telephone:    (832) 239-3939
15 Facsimile:     (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                          UNITED STATES DISTRICT COURT

20                        NORTHERN DISTRICT OF CALIFORNIA

21                               SAN FRANCISCO DIVISION

22 ORACLE USA, INC., *et al.*,              Case No. 07-CV-1658 PJH (EDL)

23                   Plaintiffs,            **DECLARATION OF ELAINE WALLACE IN SUPPORT OF STIPULATED ADMINISTRATIVE MOTION TO REMOVE DOCUMENT FROM DOCKET**
24        v.

25 SAP AG, *et al.*,

26                   Defendants.

27

28

SFI-615246v1

WALLACE DECL. ISO ADMIN.
MOT. TO REMOVE DOC. FROM DKT.
Case No. 07-CV-1658 PJH (EDL)

I, ELAINE WALLACE, declare:

I am an associate with the law firm of Jones Day and counsel for Defendants in the above-captioned matter. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. On July 14, 2009, Defendants filed Docket No. 342, Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f) (the "Document"). The Document contains information designated by Plaintiffs as Confidential or Highly Confidential - Attorneys' Eyes Only pursuant to the protective order entered in the case. Defendants therefore lodged the Document with the Court under seal and e-filed a copy in redacted form. Defendants also submitted a motion to file the document under seal. *See* Dkt. Nos. 338-40. The basis for the motion is that the information sought to be sealed has been designated by Plaintiffs under the protective order and Plaintiffs have requested that it not be publicly filed. *Id.* On July 20, Plaintiffs submitted a declaration and proposed order in support of the proposed sealing. *See* Dkt. Nos. 356-57.

2. Some designated information inadvertently was not redacted from the Document. Plaintiffs' counsel brought this to Defendants' counsel's attention by email on the evening of July 20. The Parties met and conferred by email on July 21 and by telephone and email on July 22. On July 22, Defendants requested that the Court's ECF Help Desk place a temporary lock on the Document pending resolution of a motion to have the Document permanently removed from the docket. The ECF Help Desk promptly did so.

3. The information at issue consists of one parenthetical on page 18, lines 8 and 9 of the Document, two words in quotation marks on page 18, line 24, and one sentence on page 19, footnote 12. Concurrently with this motion, Defendants have e-filed a corrected version of the Document with this information redacted.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 22nd day of July, 2009 in San Francisco, California.

1  DATED: July 22, 2009                    JONES DAY

2

3                                          By: /s/ Elaine Wallace
4                                              Elaine Wallace

5                                          Attorneys for Defendants
                                           SAP AG, SAP AMERICA, INC., and
6                                          TOMORROWNOW, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-615246v1                        - 3 -                  WALLACE DECL. ISO ADMIN.
                                                           MOT. TO REMOVE DOC. FROM DKT.
                                                           Case No. 07-CV-1658 PJH (EDL)