| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 10 | Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX 77002 |
| 15 | Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO REMOVE DOCUMENT FROM DOCKET** |

SFI-615250v1

[PROPOSED] ORDER GRANTING MOTION TO
REMOVE DOC. FROM DOCKET
Case No. 07-CV-1658 PJH (EDL)

1    Having considered the parties' Stipulated Administrative Motion to Remove Document
2    from Docket, the Court hereby GRANTS the motion. The Clerk of the Court shall remove
3    Docket No. 342 (Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f))
4    from the docket in this matter.
5    SO ORDERED:

6    DATED: July 28, 2009           By: _____
7                                        Elizabeth D. Laporte
                                         United States Magistrate Judge

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*

SFI-615250v1                    - 2 -            [PROPOSED] ORDER GRANTING MOTION TO
                                                 REMOVE DOC. FROM DOCKET
                                                 Case No. 07-CV-1658 PJH (EDL)