# EXHIBIT F

Dockets.Justia.com

**From:** Elaine Wallace [mailto:ewallace@JonesDay.com]
**Sent:** Wednesday, April 29, 2009 10:03 AM
**To:** Alinder, Zachary J.; Hann, Bree; Howard, Geoff; House, Holly
**Cc:** Greg Lanier; Jason McDonell; Scott Cowan; Jane L Froyd; Joshua L Fuchs
**Subject:** Request for production of portions of Oracle's general ledger

Counsel,

Further to our meet and confer discussions regarding Oracle's general ledger, attached is a list of the portions of the general ledger we need Oracle to produce. In addition to the attached list, and because the consolidated charts of accounts provided by Oracle only covered income statement accounts, we also request production of all the detailed general ledger accounts included in the following categories in the balance sheets of Oracle's audited financial statements from 2005 through the present date:

- Intangible assets
- Goodwill
- Deferred revenues (both current and non-current)


We will follow up shortly regarding the PeopleSoft and JD Edwards general ledgers.



Elaine Wallace
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 875-5831 (Direct Dial)
(415) 875-5700 (Fax)
ewallace@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# DOCUMENT SUBMITTED
# UNDER SEAL