# EXHIBIT G

**From:** Alinder, Zachary J.
**Sent:** Thursday, May 14, 2009 6:35 PM
**To:** 'Jason McDonell'; Jindal, Nitin
**Cc:** Elaine Wallace
**Subject:** RE: general ledger and financial information

Jason,
Is there some specific concern that you would like to discuss further? It would be helpful to know whether we'll have information sufficient to discuss that in more detail tomorrow. As you know, we already sent a responsive letter and further described our concerns and the burden in detail on the telephonic meet and confer. We're happy to discuss the burden further, but we either need to know what specifically you need more clarity on or it's your turn to tell us how you would propose to limit the request given the burden and relevance issues that we've put forth. In any event, we won't be in a position to tell you tomorrow morning what our clients would be "willing to give." We'll need to discuss any proposed narrowing with our clients to understand whether and/or how it would affect burden, relevance and other similar concerns.
Best regards,
Zac

---

**From:** Jason McDonell [mailto:jmcdonell@JonesDay.com]
**Sent:** Thursday, May 14, 2009 5:53 PM
**To:** Alinder, Zachary J.; Jindal, Nitin
**Cc:** Elaine Wallace
**Subject:** Re: general ledger and financial information

Need to understand better your concerns about our request and what you are willing tto give us.

I would think 30 minutes will be ample time.

-------------------
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
-------------------

---

**From:** "Alinder, Zachary J." [zachary.alinder@bingham.com]
**Sent:** 05/14/2009 05:41 PM MST
**To:** Jason McDonell; "Jindal, Nitin" <nitin.jindal@bingham.com>
**Cc:** Elaine Wallace
**Subject:** RE: general ledger and financial information

Jason,
My schedule is fairly tight tomorrow. Can you describe what questions you have related to the general ledger requests, so that we can get a sense of how long it will take and whether we can be prepared to discuss those items tomorrow morning?
Thanks,
Zac

---

**From:** Jason McDonell [mailto:jmcdonell@JonesDay.com]

**Sent:** Thursday, May 14, 2009 5:40 PM
**To:** Alinder, Zachary J.; Jindal, Nitin
**Cc:** Wallace, Elaine
**Subject:** general ledger and financial information


Zac and Nitin,

Following up on our call earlier this week, can we set up a call tomorrow (preferably in the AM) to discuss our requests for general ledger information?

Thanks.


Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104-1500
SF Office Main Tel.:  (415) 626-3939
Direct Dial:  (415) 875-5820
Fax:  (415) 875-5700
Email:  jmcdonell@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


========================================================================
Bingham McCutchen LLP Circular 230 Notice:   To ensure compliance with IRS requireme
The information in this e-mail (including attachments, if any) is considered confide
========================================================================