# EXHIBIT J

| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | San Francisco Office |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:   (415) 626-3939 |
| 5 | Facsimile:   (415) 875-5700 |
| | ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com |
| | ewallace@jonesday.com |
| 7 | |
| | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776) |
| | JONES DAY |
| 9 | Silicon Valley Office |
| | 1755 Embarcadero Road |
| 10 | Palo Alto, CA  94303 |
| | Telephone:   (650) 739-3939 |
| 11 | Facsimile:   (650) 739-3900 |
| | tglanier@jonesday.com |
| 12 | jfroyd@jonesday.com |
| | |
| 13 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 14 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 15 | Houston, TX  77002 |
| | Telephone:   (832) 239-3939 |
| 16 | Facsimile:   (832) 239-3600 |
| | swcowan@jonesday.com |
| 17 | jlfuchs@jonesday.com |
| | |
| 18 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 19 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAP AG, et al.,<br><br>    Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DEFENDANTS' NOTICE OF DEPOSITION OF ALEX SAN JUAN** |

SFI-611075v1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil
3  Procedure, Defendants SAP AG, SAP America (together, "SAP"), and TomorrowNow, Inc.
4  ("TN") will take the deposition of Alex San Juan on June 19, 2009, commencing at 9:00 a.m. at
5  the law offices of Jones Day, 555 California St., 26th Floor, San Francisco, CA 94104.

6  The deposition will be recorded stenographically, using real time transcription, by a
7  certified court reporter, and by video and audio by a certified videographer.

10  Dated: May 26, 2009

JONES DAY

By: _____
Patrick Delahunty

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

# PROOF OF SERVICE

I, Denise Harmon, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On May 26, 2009, I served a copy of the attached document(s):

**DEFENDANTS' NOTICE OF DEPOSITION OF ALEX SAN JUAN**

      By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

      by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

X    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett
Geoffrey M. Howard
Zachary J. Alinder
Bree Hann
Holly A. House
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
donn.pickett@bingham.com
geoff.howard@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com
holly.house@bingham.com

SAN JUAN DEPO. NOTICE
Case No. 07-CV-1658 PJH (EDL)

SFI-611075v1

1     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on May 26, 2009, at San Francisco, California.

_Denise Harmon_
Denise Harmon