# EXHIBIT L

**From:** Jason McDonell [mailto:jmcdonell@JonesDay.com]
**Sent:** Tuesday, June 16, 2009 2:17 PM
**To:** Howard, Geoff; House, Holly; Alinder, Zachary J.; Hann, Bree; Scott Cowan; Joshua L Fuchs; Greg Lanier; Jane L Froyd; Jacqueline K. S. Lee; Elaine Wallace
**Subject:** Alex San Juan deposition


Counsel,

We need to take the scheduled date of June 19 for Alex San Juan off calendar. We will let you know when we are able to try to reschedule it.

Thank you.


Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
SF Office Main Tel.: (415) 626-3939
Direct Dial: (415) 875-5820
Fax: (415) 875-5700
Email: jmcdonell@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========