# EXHIBIT Q

**From:** Christine Lok
**To:** House, Holly
**Cc:** Pickett, Donn; Howard, Geoff; Alinder, Zachary J.; Hann, Bree; Robert A Mittelstaedt ; Greg Lanier ; Scott Cowan ; Elaine Wallace ; Jane L Froyd ; Joshua L Fuchs ; Jason McDonell
**Sent:** Mon Jul 13 19:24:02 2009
**Subject:** Docket 07-CV-1658, Oracle Corp. v. SAP AG -- meet and confer


Ms. House,

The attached is being sent on behalf of Jason McDonell. Thank you.



Christine Lok
Paralegal

JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
415-875-5852 Direct
415-875-5700 Facsimile
clok@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========