# EXHIBIT V

Pages 1 - 23

United States District Court

Northern District of California

Before The Honorable Elizabeth D. Laporte

Oracle Corporation, et al. )
)
  Plaintiff,    )
)
vs.            )    No. C07-1658 PJH (EDL)
)
SAP AG, et al.,    )
)
  Defendant.    )
_____)

San Francisco, California

Wednesday, May 27, 2009

Reporter's Transcript Of Proceedings

Appearances:

For Plaintiff:     Bingham McCutchen

                   Three Embarcadero Center

                   San Francisco, California 94111

            By:    Anthony Falzone, Esquire

                   Zachary Alinder, Esquire

For Defendant:     Jones Day

                   555 California Street, 26th Floor

                   San Francisco, California 94104

            By:    Elaine Wallace, Esquire

                   Greg Lanier, Esquire

                   Jane Froyd, Esquire

Reported By:       Sahar McVickar, RPR, CSR No. 12963

                   Official Reporter, U.S. District Court

                   For the Northern District of California

                   (Computerized Transcription By Eclipse)

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | THE COURT: Could that be done -- I mean, what's the |

1  most efficient way to do that? Perhaps a detailed
2  interrogatory response?
3      MS. WALLACE: That would be our preference. And, in
4  fact, that -- we originally, as we've said in the papers,
5  suggested -- or sought 30(b)(6) testimony on this. Oracle came
6  back and said --
7      THE COURT: No, I hate to have real people have to
8  memorize reams of information for a 30(b)(6).
9      MS. WALLACE: Yeah. And when Oracle said an
10 interrogatory response is more appropriate, we agreed to that.
11 And so that would be our ideal response, would be an
12 interrogatory response.
13     MR. FALZONE: I think, in light of what Your Honor
14 has told us today, we should confer about the burden of doing
15 that and figure out if that is something that we believe is
16 feasible.
17     THE COURT: Well, I'm going to order you to do
18 something.
19     MR. FALZONE: Understood.
20
21
22
23
24
25