```
 1  BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
 2  GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
 3  ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
 4  Three Embarcadero Center
    San Francisco, CA 94111-4067
 5  Telephone: 415.393.2000
    Facsimile: 415.393.2286
 6  donn.pickett@bingham.com
    geoff.howard@bingham.com
 7  holly.house@bingham.com
    zachary.alinder@bingham.com
 8  bree.hann@bingham.com

 9  DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10  500 Oracle Parkway, M/S 5op7
    Redwood City, CA 94070
11  Telephone: 650.506.4846
    Facsimile: 650.506.7114
12  dorian.daley@oracle.com
    jennifer.gloss@oracle.com
13
    Attorneys for Plaintiffs
14  Oracle USA, Inc., Oracle International Corporation, and
    Oracle EMEA Limited
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>SAP AG, *et al.*,<br><br>            Defendants. | No. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF IVGEN GUNER IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**<br><br>**REDACTED** |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF IVGEN GUNER IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

I, Ivgen Guner, declare as follows:

1. I am over the age of 18 and competent to testify to the facts stated in this declaration. All statements made in this declaration are based upon my personal knowledge and belief. If called and sworn as a witness, I could and would competently testify as to such matters.

2. I am currently employed as the Vice President of Financial Planning and Analysis at Oracle USA, Inc., a subsidiary of Oracle Corporation (together, "Oracle"). My current responsibilities include financial planning and analysis; corporate forecasting; budgeting; product revenue reporting; and support for investor relations, development, and services organizations. I have performed these functions in different contexts at Oracle for over 8 years, and have been employed with Oracle since 1996. As the Vice President of Financial Planning and Analysis at Oracle, I am familiar with Oracle's financial reporting systems and their capabilities.

**REDACTED**

1

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF IVGEN GUNER IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

1
2
3
**REDACTED**
4
5
6
7   I declare under penalty of perjury under the laws of the United States that the
8   foregoing is true and correct and that this declaration is executed in Redwood Shores, California
9   on July 24, 2009.
10
11                                            _____
12                                                  Ivgen Guner
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2        Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF IVGEN GUNER IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS'
MOTION TO COMPEL