1   Bingham McCutchen LLP
    DONN P. PICKETT (SBN 72257)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA  94111-4067
5   Telephone:  415.393.2000
    Facsimile:  415.393.2286
6   donn.pickett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10  500 Oracle Parkway, M/S 5op7
    Redwood City, CA  94070
11  Telephone:  650.506.4846
    Facsimile: 650.506.7114
12  dorian.daley@oracle.com
    jennifer.gloss@oracle.com
13
    Attorneys for Plaintiffs
14  Oracle USA, Inc., Oracle International Corporation, and
    Oracle EMEA Limited
15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20  ORACLE USA, INC.,*et al.*, | No. 07-CV-01658 PJH (EDL) |
| 21        Plaintiffs,<br>    v. | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL FINANCIAL INFORMATION** |
| 22  SAP AG, *et al.*, | |
| 23        Defendants. | Date:        August 18, 2009 |
| 24 | Time:        2:00 pm<br>Place:       Courtroom E, 15th Floor |
| 25 | Judge:       Hon. Elizabeth D. Laporte |

26

27

28
                                                    Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL FINANCIAL INFORMATION

Dockets.Justia.com

1    This Motion to Compel Financial Information filed by Defendants SAP AG, SAP

2    America, Inc. and TomorrowNow, Inc. (collectively "Defendants") came on regularly for

3    hearing before this Court.  All parties received notice and an opportunity to be heard.  After

4    considering the pleadings and memoranda submitted by the parties, and all supporting papers,

5    and having heard the arguments of counsel, the Court issues the following Order:

6           1.    The Court finds that three of the requests in Defendants' Motion to

7    Compel – product profitability reports, plaintiff-specific profit and loss statements, and a

8    response to Defendants' Targeted Search Request No. 3 –  are moot and DENIES Defendants'

9    motion on that ground.

10           2.    Defendants' motion to compel production of Oracle's entire General

11    Ledger data is DENIED as unduly burdensome and overbroad pursuant to Federal Rule of Civil

12    Procedure 26(b)(C)(iii) and for failure to meet and confer in accordance with N.D. Cal. Civil

13    Local Rule 37-1(a) and this Court's Standing Order.

14           3.    Defendants' motion to compel further testimony in response to

15    Defendants' Amended Second Notice of Deposition of Plaintiff Oracle International Corporation

16    Pursuant to Federal Rule of Civil Procedure 30(b)(6) ("Amended Second Notice") is DENIED.

17    The Court further orders that, absent agreement of the parties or an Order of the Court,

18    Defendants may not examine any witness testifying as a 30(b)(6) designee regarding the topics

19    and subtopics of either the First Notice of Deposition of Plaintiff Oracle International

20    Corporation Pursuant to Federal Rule of Civil Procedure 30(b)(6) or the Amended Second

21    Notice.  Plaintiffs may instruct their 30(b)(6) designees not to answer pursuant to this Order.

22

23    IT IS SO ORDERED.

24

25    DATED: _____, 2009    _____

26                             Hon. Elizabeth D. Laporte
                         United States Magistrate Judge

27

28
                                  Case No. 07-CV-01658 PJH (EDL)