# EXHIBIT D

Dockets.Justia.com

1   BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA 94111-4067
5   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
6   donn.pickett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10  500 Oracle Parkway, M/S 5op7
    Redwood City, CA 94070
11  Telephone: (650) 506-4846
    Facsimile: (650) 506-7114
12  dorian.daley@oracle.com
    jennifer.gloss@oracle.com
13
    Attorneys for Plaintiffs
14  Oracle USA, Inc., Oracle International Corporation, and
    Oracle EMEA Limited
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19

20  ORACLE USA, INC., *et al.*,              CASE NO. 07-CV-01658 PJH (EDL)

21         Plaintiffs,                       **PLAINTIFFS' RESPONSES AND
                                             OBJECTIONS TO DEFENDANTS'**
22     v.                                    **FIFTH SET OF INTERROGATORIES**

23  SAP AG, *et al.*,

24         Defendants.                       **CONTAINS HIGHLY
                                             CONFIDENTIAL INFORMATION**
25                                           **DESIGNATED PURSUANT TO
                                             PROTECTIVE ORDER**

26

27

28
                              1
                                                  07-CV-01658 PJH (EDL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15 **INTERROGATORY NO. 25:**

16       DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

17 YOUR responses to Interrogatory Nos. 22 and 23.

18 **RESPONSE TO INTERROGATORY NO. 25:**

19       In addition to its General Objections, which Oracle incorporates here by reference, Oracle

20 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

21 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

22 disclosure of information protected from discovery by any privilege, protection or immunity,

23 including but not limited to attorney-client privilege and work product protection. Oracle objects

24 to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

25       Subject to and without waiver of the foregoing General and Specific objections, Oracle

26 incorporates its response to Interrogatory Nos. 22-24 as if set forth here in full. Oracle further

27 responds that, as a result of the conduct described in response to Interrogatory Nos. 22-23,

28 Defendants have violated agreements with Oracle and induced customers to violate agreements

1   with Oracle, including the Customer Connection Terms of Use, the Special Terms of Use, the

2   SAR legal restrictions, and/or the Legal Download Agreement, in ways that do not solely involve

3   copying, distribution, public display or creation of a derivative work.

4        While Oracle objects to any premature recitation of its damages calculation, which will

5   be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

6   ways, including at least the following:

7   • Lost, diminished or delayed current and prospective customer revenues and profits,

8       including as it relates to support and maintenance and software applications licensing;

9   • Harmed current and prospective customer relationships, even though they did not result

10      in a loss of a customer support contract or software licensing;

11  • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

12      investment in the development and/or purchase of the same, including downward

13      pressure on the value of licenses for, harm to the confidential nature of, minimized

14      competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

15      remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

16      same;

17  • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

18      illegal conduct;

19  • Harm to Oracle's overall market cap;

20  • Harm and impairment to Oracle's customer support websites and underlying customer

21      support data, including impaired access to the same by Oracle and its legitimate

22      customers, harm to Oracle's control of and the ability to use the same by Oracle and its

23      customers for the purposes for which they were intended, including to improve Oracle's

24      customer support processes, and harm to the functionality of these systems; and,

25  • Costs associated with investigating, mitigating (including for example lowered prices,

26      time and effort to retain customers or to address reputational harm) and litigating against

27      all these activities.

28      Some of the above types of harm include elements that are irreparable in nature. Further,

14

1  calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

2  expert opinion, which shall be provided at the appropriate time.

15

1
2
3
4
5                                                                                      ʟ
6
7
8
9
10

11  **INTERROGATORY NO. 30:**

12      DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

13  YOUR responses to Interrogatory Nos. 27 and 28.

14  **RESPONSE TO INTERROGATORY NO. 30:**

15      In addition to its General Objections, which Oracle incorporates here by reference, Oracle

16  objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

17  they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

18  disclosure of information protected from discovery by any privilege, protection or immunity,

19  including but not limited to attorney-client privilege and work product protection. Oracle objects

20  to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

21      Subject to and without waiver of the foregoing General and Specific objections, Oracle

22  incorporates its response to Interrogatory Nos. 22 & 27-29 as if set forth here in full. Oracle

23  further responds that, as a result of the conduct described in response to Interrogatory Nos. 27-

24  28, Defendants have violated agreements with Oracle and induced customers to violate

25  agreements with Oracle, including the Customer Connection Terms of Use, the Special Terms of

26  Use, the SAR legal restrictions, and/or the Legal Download Agreement, in ways that do not

27  solely involve copying, distribution, public display or creation of a derivative work.

28

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1    While Oracle objects to any premature recitation of its damages calculation, which will

2    be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

3    ways, including at least the following:

4    • Lost, diminished or delayed current and prospective customer revenues and profits,

5      including as it relates to support and maintenance and software applications licensing;

6    • Harmed current and prospective customer relationships, even though they did not result

7      in a loss of a customer support contract or software licensing;

8    • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

9      investment in the development and/or purchase of the same, including downward

10     pressure on the value of licenses for, harm to the confidential nature of, minimized

11     competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

12     remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

13     same;

14   • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

15     illegal conduct;

16   • Harm to Oracle's overall market cap;

17   • Harm and impairment to Oracle's customer support websites and underlying customer

18     support data, including impaired access to the same by Oracle and its legitimate

19     customers, harm to Oracle's control of and the ability to use the same by Oracle and its

20     customers for the purposes for which they were intended, including to improve Oracle's

21     customer support processes, and harm to the functionality of these systems; and,

22   • Costs associated with investigating, mitigating (including for example lowered prices,

23     time and effort to retain customers or to address reputational harm) and litigating against

24     all these activities.

25   Some of the above types of harm include elements that are irreparable in nature. Further,

26   calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

27   expert opinion, which shall be provided at the appropriate time.

28

19                                    07-CV-01658 PJH (EDL)

1

2

3   **INTERROGATORY NO. 41:**

4       DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

5   YOUR response to Interrogatory No. 39.

6   **RESPONSE TO INTERROGATORY NO. 41:**

7       In addition to its General Objections, which Oracle incorporates here by reference, Oracle

8   objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

9   they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

10  disclosure of information protected from discovery by any privilege, protection or immunity,

11  including but not limited to attorney-client privilege and work product protection. Oracle objects

12  to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

13      Subject to and without waiver of the foregoing General and Specific objections, Oracle

14  incorporates its response to Interrogatory Nos. 39-40 as if set forth here in full. Oracle further

15  responds that, as a result of the conduct described in response to Interrogatory No. 39,

16  Defendants have interfered with Oracle's current or prospective customer relationships, in ways

17  that do not solely involve copying, distribution, public display or creation of a derivative work.

18      While Oracle objects to any premature recitation of its damages calculation, which will

19  be provided expert discovery, Defendants' illegal conduct has harmed Oracle in many ways,

20  including at least the following:

21      • Lost, diminished or delayed current and prospective customer revenues and profits,

22          including as it relates to support and maintenance and software applications licensing;

23      • Harmed current and prospective customer relationships, even though they did not result

24          in a loss of a customer support contract or software licensing;

25      • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

26          investment in the development and/or purchase of the same, including downward

27          pressure on the value of licenses for, harm to the confidential nature of, minimized

28          competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1    remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

2    same;

3    • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

4    illegal conduct;

5    • Harm to Oracle's overall market cap;

6    • Harm and impairment to Oracle's customer support websites and underlying customer

7    support data, including impaired access to the same by Oracle and its legitimate

8    customers, harm to Oracle's control of and the ability to use the same by Oracle and its

9    customers for the purposes for which they were intended, including to improve Oracle's

10    customer support processes, and harm to the functionality of these systems; and,

11    • Costs associated with investigating, mitigating (including for example lowered prices,

12    time and effort to retain customers or to address reputational harm) and litigating against

13    all these activities.

14    Some of the above types of harm include elements that are irreparable in nature. Further,

15 calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

16 expert opinion, which shall be provided at the appropriate time.

17  **INTERROGATORY NO. 42:**

18

19

20

21

22

23

24

25

26

27

28

36

1

2

3

4

5          :

6

7

8

9

10                                                              .

11

12                                                                    .

13

14

15

16

17

18

19

20

21

22   **INTERROGATORY NO. 45:**

23          DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

24   YOUR response to Interrogatory No. 43.

25   **RESPONSE TO INTERROGATORY NO. 45:**

26          In addition to its General Objections, which Oracle incorporates here by reference, Oracle

27   objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

28   they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

44                                                              07-CV-01658 PJH (EDL)

1  disclosure of information protected from discovery by any privilege, protection or immunity,

2  including but not limited to attorney-client privilege and work product protection. Oracle objects

3  to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

4  Subject to and without waiver of the foregoing General and Specific objections, Oracle

5  incorporates its response to Interrogatory Nos. 43-44 as if set forth here in full. Oracle further

6  responds that, as a result of the conduct described in response to Interrogatory No. 43,

7  Defendants have interfered with Oracle's current or prospective customer relationships, in ways

8  that do not solely involve copying, distribution, public display or creation of a derivative work.

9  While Oracle objects to any premature recitation of its damages calculation, which will

10  be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

11  ways, including at least the following:

12  • Lost, diminished or delayed current and prospective customer revenues and profits,

13  including as it relates to support and maintenance and software applications licensing;

14  • Harmed current and prospective customer relationships, even though they did not result

15  in a loss of a customer support contract or software licensing;

16  • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

17  investment in the development and/or purchase of the same, including downward

18  pressure on the value of licenses for, harm to the confidential nature of, minimized

19  competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

20  remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

21  same;

22  • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

23  illegal conduct;

24  • Harm to Oracle's overall market cap;

25  • Harm and impairment to Oracle's customer support websites and underlying customer

26  support data, including impaired access to the same by Oracle and its legitimate

27  customers, harm to Oracle's control of and the ability to use the same by Oracle and its

28

45                                                      07-CV-01658 PJH (EDL)

1    customers for the purposes for which they were intended, including to improve Oracle's

2    customer support processes, and harm to the functionality of these systems; and,

3    • Costs associated with investigating, mitigating (including for example lowered prices,

4    time and effort to retain customers or to address reputational harm) and litigating against

5    all these activities.

6    Some of the above types of harm include elements that are irreparable in nature. Further,

7    calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

8    expert opinion, which shall be provided at the appropriate time.

9    **INTERROGATORY NO. 46:**

1

2

3

4

5

6

7

8

9 **INTERROGATORY NO. 49:**

10 DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

11 YOUR response to Interrogatory No. 47.

12 **RESPONSE TO INTERROGATORY NO. 49:**

13 In addition to its General Objections, which Oracle incorporates here by reference, Oracle

14 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

15 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

16 disclosure of information protected from discovery by any privilege, protection or immunity,

17 including but not limited to attorney-client privilege and work product protection. Oracle objects

18 to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

19 Subject to and without waiver of the foregoing General and Specific objections, Oracle

20 incorporates its response to Interrogatory Nos. 47-48 as if set forth here in full. Oracle further

21 responds that, as a result of the conduct described in response to Interrogatory No. 47,

22 Defendants have interfered with Oracle's current or prospective customer relationships, in ways

23 that do not solely involve copying, distribution, public display or creation of a derivative work.

24 While Oracle objects to any premature recitation of its damages calculation, which will

25 be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

26 ways, including at least the following:

27 • Lost, diminished or delayed current and prospective customer revenues and profits,

28 including as it relates to support and maintenance and software applications licensing;

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1     •  Harmed current and prospective customer relationships, even though they did not result

2        in a loss of a customer support contract or software licensing;

3     •  Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

4        investment in the development and/or purchase of the same, including downward

5        pressure on the value of licenses for, harm to the confidential nature of, minimized

6        competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

7        remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

8        same;

9     •  Loss of goodwill and reputational harm and costs associated with addressing Defendants'

10       illegal conduct;

11     •  Harm to Oracle's overall market cap;

12     •  Harm and impairment to Oracle's customer support websites and underlying customer

13       support data, including impaired access to the same by Oracle and its legitimate

14       customers, harm to Oracle's control of and the ability to use the same by Oracle and its

15       customers for the purposes for which they were intended, including to improve Oracle's

16       customer support processes, and harm to the functionality of these systems; and,

17     •  Costs associated with investigating, mitigating (including for example lowered prices,

18       time and effort to retain customers or to address reputational harm) and litigating against

19       all these activities.

20       Some of the above types of harm include elements that are irreparable in nature. Further,

21 calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

22 expert opinion, which shall be provided at the appropriate time.

23 **INTERROGATORY NO. 50:**

24

25

26

27

28

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1

2

3

4

5

6

7                                                                                                      ;

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    **INTERROGATORY NO. 53:**

24         DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

25    YOUR response to Interrogatory No. 51.

26    **RESPONSE TO INTERROGATORY NO. 53:**

27         In addition to its General Objections, which Oracle incorporates here by reference, Oracle

28    objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

                                                        63                         07-CV-01658 PJH (EDL)

1  they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

2  disclosure of information protected from discovery by any privilege, protection or immunity,

3  including but not limited to attorney-client privilege and work product protection. Oracle objects

4  to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

5  Subject to and without waiver of the foregoing General and Specific objections, Oracle

6  incorporates its response to Interrogatory Nos. 51-52 as if set forth here in full. Oracle further

7  responds that, as a result of the conduct described in response to Interrogatory No. 51,

8  Defendants have interfered with Oracle's current or prospective customer relationships, in ways

9  that do not solely involve copying, distribution, public display or creation of a derivative work.

10  While Oracle objects to any premature recitation of its damages calculation, which will

11  be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

12  ways, including at least the following:

13  • Lost, diminished or delayed current and prospective customer revenues and profits,

14  including as it relates to support and maintenance and software applications licensing;

15  • Harmed current and prospective customer relationships, even though they did not result

16  in a loss of a customer support contract or software licensing;

17  • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

18  investment in the development and/or purchase of the same, including downward

19  pressure on the value of licenses for, harm to the confidential nature of, minimized

20  competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

21  remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

22  same;

23  • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

24  illegal conduct;

25  • Harm to Oracle's overall market cap;

26  • Harm and impairment to Oracle's customer support websites and underlying customer

27  support data, including impaired access to the same by Oracle and its legitimate

28  customers, harm to Oracle's control of and the ability to use the same by Oracle and its

1  customers for the purposes for which they were intended, including to improve Oracle's
2  customer support processes, and harm to the functionality of these systems; and,
3  • Costs associated with investigating, mitigating (including for example lowered prices,
4  time and effort to retain customers or to address reputational harm) and litigating against
5  all these activities.
6  Some of the above types of harm include elements that are irreparable in nature. Further,
7  calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to
8  expert opinion, which shall be provided at the appropriate time.
9  **INTERROGATORY NO. 54:**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1

2

3

4

5

6

7

8 **RESPONSE TO INTERROGATORY NO. 57:**

9      In addition to its General Objections, which Oracle incorporates here by reference, Oracle

10 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

11 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

12 disclosure of information protected from discovery by any privilege, protection or immunity,

13 including but not limited to attorney-client privilege and work product protection. Oracle objects

14 to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

15      Subject to and without waiver of the foregoing General and Specific objections, Oracle

16 incorporates its response to Interrogatory Nos. 22 and 51-56 as if set forth here in full. Oracle

17 further responds that, as a result of the conduct described in response to Interrogatory No. 55,

18 Defendants have interfered with Oracle's current or prospective customer relationships, in ways

19 that do not solely involve copying, distribution, public display or creation of a derivative work.

20      While Oracle objects to any premature recitation of its damages calculation, which will

21 be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

22 ways, including at least the following:

23     • Lost, diminished or delayed current and prospective customer revenues and profits,

24       including as it relates to support and maintenance and software applications licensing;

25     • Harmed current and prospective customer relationships, even though they did not result

26       in a loss of a customer support contract or software licensing;

27     • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

28       investment in the development and/or purchase of the same, including downward

1    pressure on the value of licenses for, harm to the confidential nature of, minimized

2    competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

3    remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

4    same;

5    • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

6    illegal conduct;

7    • Harm to Oracle's overall market cap;

8    • Harm and impairment to Oracle's customer support websites and underlying customer

9    support data, including impaired access to the same by Oracle and its legitimate

10   customers, harm to Oracle's control of and the ability to use the same by Oracle and its

11   customers for the purposes for which they were intended, including to improve Oracle's

12   customer support processes, and harm to the functionality of these systems; and,

13   • Costs associated with investigating, mitigating (including for example lowered prices,

14   time and effort to retain customers or to address reputational harm) and litigating

15   against all these activities.

16   Some of the above types of harm include elements that are irreparable in nature. Further,

17   calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

18   expert opinion, which shall be provided at the appropriate time.

19   **INTERROGATORY NO. 58:**

20

21

22

23

24

25

26

27

28

74                     07-CV-01658 PJH (EDL)

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20 **INTERROGATORY NO. 61:**

21 DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

22 YOUR response to Interrogatory No. 59.

23 **RESPONSE TO INTERROGATORY NO. 61:**

24 In addition to its General Objections, which Oracle incorporates here by reference, Oracle

25 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

26 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

27 disclosure of information protected from discovery by any privilege, protection or immunity,

28 including but not limited to attorney-client privilege and work product protection. Oracle objects

1  to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

2  Subject to and without waiver of the foregoing General and Specific objections, Oracle
3  incorporates its response to Interrogatory Nos. 51-53 and 55-57 as if set forth here in full. Oracle
4  further responds that, as a result of the conduct described in response to Interrogatory No. 59,
5  Defendants have interfered with Oracle's current or prospective customer relationships, in ways
6  that do not solely involve copying, distribution, public display or creation of a derivative work.

7  While Oracle objects to any premature recitation of its damages calculation, which will
8  be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many
9  ways, including at least the following:

10  • Lost, diminished or delayed current and prospective customer revenues and profits,
11     including as it relates to support and maintenance and software applications licensing;

12  • Harmed current and prospective customer relationships, even though they did not result
13     in a loss of a customer support contract or software licensing;

14  • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's
15     investment in the development and/or purchase of the same, including downward
16     pressure on the value of licenses for, harm to the confidential nature of, minimized
17     competitive advantages regarding, destruction of Oracle's exclusive exploitation of and
18     remuneration of, and the denial of Oracle's licensing rights and revenues regarding the
19     same;

20  • Loss of goodwill and reputational harm and costs associated with addressing Defendants'
21     illegal conduct;

22  • Harm to Oracle's overall market cap;

23  • Harm and impairment to Oracle's customer support websites and underlying customer
24     support data, including impaired access to the same by Oracle and its legitimate
25     customers, harm to Oracle's control of and the ability to use the same by Oracle and its
26     customers for the purposes for which they were intended, including to improve Oracle's
27     customer support processes, and harm to the functionality of these systems; and,

28

78                    07-CV-01658 PJH (EDL)

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1     •   Costs associated with investigating, mitigating (including for example lowered prices,

2         time and effort to retain customers or to address reputational harm) and litigating

3         against all these activities.

4         Some of the above types of harm include elements that are irreparable in nature. Further,

5 calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

6 expert opinion, which shall be provided at the appropriate time.

7 **INTERROGATORY NO. 62:**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15 **INTERROGATORY NO. 65:**

16 DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

17 YOUR response to Interrogatory No. 63.

18 **RESPONSE TO INTERROGATORY NO. 65:**

19 In addition to its General Objections, which Oracle incorporates here by reference, Oracle

20 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

21 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

22 disclosure of information protected from discovery by any privilege, protection or immunity,

23 including but not limited to attorney-client privilege and work product protection. Oracle objects

24 to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

25 Subject to and without waiver of the foregoing General and Specific objections, Oracle

26 incorporates its response to Interrogatory Nos. 63-64 as if set forth here in full. Oracle further

27 responds that, as a result of the conduct described in response to Interrogatory No. 63,

28 Defendants have interfered with Oracle's current or prospective customer relationships, in ways

1    that do not solely involve copying, distribution, public display or creation of a derivative work.

2        While Oracle objects to any premature recitation of its damages calculation, which will

3    be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

4    ways, including at least the following:

5      • Lost, diminished or delayed current and prospective customer revenues and profits,

6        including as it relates to support and maintenance and software applications licensing;

7      • Harmed current and prospective customer relationships, even though they did not result

8        in a loss of a customer support contract or software licensing;

9      • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

10       investment in the development and/or purchase of the same, including downward

11       pressure on the value of licenses for, harm to the confidential nature of, minimized

12       competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

13       remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

14       same;

15      • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

16       illegal conduct;

17      • Harm to Oracle's overall market cap;

18      • Harm and impairment to Oracle's customer support websites and underlying customer

19       support data, including impaired access to the same by Oracle and its legitimate

20       customers, harm to Oracle's control of and the ability to use the same by Oracle and its

21       customers for the purposes for which they were intended, including to improve Oracle's

22       customer support processes, and harm to the functionality of these systems; and,

23      • Costs associated with investigating, mitigating (including for example lowered prices,

24       time and effort to retain customers or to address reputational harm) and litigating

25       against all these activities.

26        Some of the above types of harm include elements that are irreparable in nature. Further,

27    calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

28    expert opinion, which shall be provided at the appropriate time.

1

2

3

4

5

6 **INTERROGATORY NO. 69:**

7 DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

8 YOUR response to Interrogatory No. 67.

9 **RESPONSE TO INTERROGATORY NO. 69:**

10 In addition to its General Objections, which Oracle incorporates here by reference, Oracle

11 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

12 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

13 disclosure of information protected from discovery by any privilege, protection or immunity,

14 including but not limited to attorney-client privilege and work product protection. Oracle objects

15 to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

16 Subject to and without waiver of the foregoing General and Specific objections, Oracle

17 incorporates its response to Interrogatory Nos. 67-68 as if set forth here in full. Oracle further

18 responds that, as a result of the conduct described in response to Interrogatory No. 67,

19 Defendants have interfered with Oracle's current or prospective customer relationships, in ways

20 that do not solely involve copying, distribution, public display or creation of a derivative work.

21 While Oracle objects to any premature recitation of its damages calculation, which will

22 be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

23 ways, including at least the following:

24 • Lost, diminished or delayed current and prospective customer revenues and profits,

25 including as it relates to support and maintenance and software applications licensing;

26 • Harmed current and prospective customer relationships, even though they did not result

27 in a loss of a customer support contract or software licensing;

28

92                                          07-CV-01658 PJH (EDL)

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1  • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's
2    investment in the development and/or purchase of the same, including downward
3    pressure on the value of licenses for, harm to the confidential nature of, minimized
4    competitive advantages regarding, destruction of Oracle's exclusive exploitation of and
5    remuneration of, and the denial of Oracle's licensing rights and revenues regarding the
6    same;

7  • Loss of goodwill and reputational harm and costs associated with addressing Defendants'
8    illegal conduct;

9  • Harm to Oracle's overall market cap;

10  • Harm and impairment to Oracle's customer support websites and underlying customer
11    support data, including impaired access to the same by Oracle and its legitimate
12    customers, harm to Oracle's control of and the ability to use the same by Oracle and its
13    customers for the purposes for which they were intended, including to improve Oracle's
14    customer support processes, and harm to the functionality of these systems; and,

15  • Costs associated with investigating, mitigating (including for example lowered prices,
16    time and effort to retain customers or to address reputational harm) and litigating
17    against all these activities.

18  Some of the above types of harm include elements that are irreparable in nature. Further,
19  calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to
20  expert opinion, which shall be provided at the appropriate time.

21  **INTERROGATORY NO. 70:**

93                                    07-CV-01658 PJH (EDL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 **INTERROGATORY NO. 73:**

25 DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

26 YOUR response to Interrogatory No. 71.

27 **RESPONSE TO INTERROGATORY NO. 73:**

28 In addition to its General Objections, which Oracle incorporates here by reference, Oracle

96        07-CV-01658 PJH (EDL)

1  objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that
2  they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks
3  disclosure of information protected from discovery by any privilege, protection or immunity,
4  including but not limited to attorney-client privilege and work product protection. Oracle objects
5  to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

6  Subject to and without waiver of the foregoing General and Specific objections, Oracle
7  incorporates its response to Interrogatory Nos. 71-72 as if set forth here in full. Oracle further
8  responds that, as a result of the conduct described in response to Interrogatory No. 71,
9  Defendants have interfered with Oracle's current or prospective customer relationships, in ways
10  that do not solely involve copying, distribution, public display or creation of a derivative work.

11  While Oracle objects to any premature recitation of its damages calculation, which will
12  be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many
13  ways, including at least the following:

14  • Lost, diminished or delayed current and prospective customer revenues and profits,
15  including as it relates to support and maintenance and software applications licensing;

16  • Harmed current and prospective customer relationships, even though they did not result
17  in a loss of a customer support contract or software licensing;

18  • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's
19  investment in the development and/or purchase of the same, including downward
20  pressure on the value of licenses for, harm to the confidential nature of, minimized
21  competitive advantages regarding, destruction of Oracle's exclusive exploitation of and
22  remuneration of, and the denial of Oracle's licensing rights and revenues regarding the
23  same;

24  • Loss of goodwill and reputational harm and costs associated with addressing Defendants'
25  illegal conduct;

26  • Harm to Oracle's overall market cap;

27  • Harm and impairment to Oracle's customer support websites and underlying customer
28  support data, including impaired access to the same by Oracle and its legitimate

97                                                    07-CV-01658 PJH (EDL)

1         customers, harm to Oracle's control of and the ability to use the same by Oracle and its

2         customers for the purposes for which they were intended, including to improve Oracle's

3         customer support processes, and harm to the functionality of these systems; and,

4     •  Costs associated with investigating, mitigating (including for example lowered prices,

5         time and effort to retain customers or to address reputational harm) and litigating

6         against all these activities.

7         Some of the above types of harm include elements that are irreparable in nature. Further,

8 calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

9 expert opinion, which shall be provided at the appropriate time.

10 **INTERROGATORY NO. 74:**

17   (

18   (

20   :

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1
2
3
4
5 **RESPONSE TO INTERROGATORY NO. 76:**

6      In addition to its General Objections, which Oracle incorporates here by reference, Oracle
7 objects to the use of the undefined terms "class," "conduct," and "harmed" on the grounds that
8 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks
9 disclosure of information protected from discovery by any privilege, protection or immunity,
10 including but not limited to attorney-client privilege and work product protection. Oracle objects
11 to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

12      Subject to and without waiver of the foregoing General and Specific objections, Oracle
13 incorporates its response to Interrogatory No. 75 as if set forth here in full. Oracle further
14 responds that, as a result of the conduct described in response to Interrogatory No. 75, among
15 other things, Defendants have interfered with Oracle's current or prospective customer
16 relationships, violated agreements with Oracle, induced breaches of contract, perpetrated
17 computer fraud, trespassed and interfered with Oracle's property, perpetrated unfair, unlawful
18 and deceptive business practices, in ways that do not solely involve copying, distribution, public
19 display or creation of a derivative work.

20      While Oracle objects to any premature recitation of its damages calculation, which will
21 be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many
22 ways, including at least the following:

23      • Lost, diminished or delayed current and prospective customer revenues and profits,
24        including as it relates to support and maintenance and software applications licensing;
25      • Harmed current and prospective customer relationships, even though they did not result
26        in a loss of a customer support contract or software licensing;
27      • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's
28        investment in the development and/or purchase of the same, including downward

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1    pressure on the value of licenses for, harm to the confidential nature of, minimized

2    competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

3    remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

4    same;

5    • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

6    illegal conduct;

7    • Harm to Oracle's overall market cap;

8    • Harm and impairment to Oracle's customer support websites and underlying customer

9    support data, including impaired access to the same by Oracle and its legitimate

10   customers, harm to Oracle's control of and the ability to use the same by Oracle and its

11   customers for the purposes for which they were intended, including to improve Oracle's

12   customer support processes, and harm to the functionality of these systems; and,

13   • Costs associated with investigating, mitigating (including for example lowered prices,

14   time and effort to retain customers or to address reputational harm) and litigating

15   against all these activities.

16   Some of the above types of harm include elements that are irreparable in nature. Further,

17   calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

18   expert opinion, which shall be provided at the appropriate time.

19   **INTERROGATORY NO. 77:**

20

21

22

23

24

25

26

27

28

108                                          07-CV-01658 PJH (EDL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 **<u>INTERROGATORY NO. 78</u>:**

28     For each class of conduct identified in response to Interrogatory No. 77, describe in as

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1    much detail as possible how each Plaintiff was damaged as a result of such conduct.

2    **RESPONSE TO INTERROGATORY NO. 78:**

3    In addition to its General Objections, which Oracle incorporates here by reference, Oracle

4    objects to the use of the undefined terms "class," "conduct," and "damages" on the grounds that

5    they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

6    disclosure of information protected from discovery by any privilege, protection or immunity,

7    including but not limited to attorney-client privilege and work product protection. Oracle objects

8    to this Interrogatory to the extent it seeks expert testimony or a legal conclusion. Oracle further

9    objects to the term "damaged" as calling for a legal conclusion, and therefore will interpret that

10    term to mean "harmed."

11    Subject to and without waiver of the foregoing General and Specific objections, Oracle

12    incorporates its response to Interrogatory No. 77 as if set forth here in full. Oracle further

13    responds that, as a result of the conduct described in response to Interrogatory No. 77,

14    Defendants received money and property rightfully belonging to Oracle as a direct result of each

15    category of unfair, unlawful and deceptive business practices, as described in response to

16    Interrogatory No. 77. The money and property that Defendants received at Oracle's expense,

17    due to their unfair, unlawful and deceptive business practices, should properly be restored to

18    Oracle.

19    While Oracle objects to any premature recitation of its damages calculation, which will

20    be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

21    ways, including at least the following:

22    • Lost, diminished or delayed current and prospective customer revenues and profits,

23    including as it relates to support and maintenance and software applications licensing;

24    • Harmed current and prospective customer relationships, even though they did not result

25    in a loss of a customer support contract or software licensing;

26    • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

27    investment in the development and/or purchase of the same, including downward

28    pressure on the value of licenses for, harm to the confidential nature of, minimized

1     competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

2     remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

3     same;

4     • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

5     illegal conduct;

6     • Harm to Oracle's overall market cap;

7     • Harm and impairment to Oracle's customer support websites and underlying customer

8     support data, including impaired access to the same by Oracle and its legitimate

9     customers, harm to Oracle's control of and the ability to use the same by Oracle and its

10     customers for the purposes for which they were intended, including to improve Oracle's

11     customer support processes, and harm to the functionality of these systems; and,

12     • Costs associated with investigating, mitigating (including for example lowered prices,

13     time and effort to retain customers or to address reputational harm) and litigating

14     against all these activities.

15     Some of the above types of harm include elements that are irreparable in nature. Further,

16 calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

17 expert opinion, which shall be provided at the appropriate time.

18 **INTERROGATORY NO. 79:**

19

20

21

22

23

24

25

26

27

28

111     07-CV-01658 PJH (EDL)

1
2
3
4
5
6
7
8
9

10  **INTERROGATORY NO. 81:**

11      DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

12  YOUR response to Interrogatory No. 79.

13  **RESPONSE TO INTERROGATORY NO. 81:**

14      In addition to its General Objections, which Oracle incorporates here by reference, Oracle

15  objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

16  they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

17  disclosure of information protected from discovery by any privilege, protection or immunity,

18  including but not limited to attorney-client privilege and work product protection. Oracle objects

19  to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

20      Subject to and without waiver of the foregoing General and Specific objections, Oracle

21  incorporates its response to Interrogatory Nos. 77-80 as if set forth here in full. Oracle further

22  responds that, as a result of the conduct described in response to Interrogatory No. 79,

23  Defendants' business practices constitute unfair, unlawful and deceptive business practices, in

24  ways that do not solely involve copying, distribution, public display or creation of a derivative

25  work.

26      While Oracle objects to any premature recitation of its damages calculation, which will

27  be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

28  ways, including at least the following:

1    •   Lost, diminished or delayed current and prospective customer revenues and profits,

2        including as it relates to support and maintenance and software applications licensing;

3    •   Harmed current and prospective customer relationships, even though they did not result

4        in a loss of a customer support contract or software licensing;

5    •   Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

6        investment in the development and/or purchase of the same, including downward

7        pressure on the value of licenses for, harm to the confidential nature of, minimized

8        competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

9        remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

10       same;

11    •   Loss of goodwill and reputational harm and costs associated with addressing Defendants'

12       illegal conduct;

13    •   Harm to Oracle's overall market cap;

14    •   Harm and impairment to Oracle's customer support websites and underlying customer

15       support data, including impaired access to the same by Oracle and its legitimate

16       customers, harm to Oracle's control of and the ability to use the same by Oracle and its

17       customers for the purposes for which they were intended, including to improve Oracle's

18       customer support processes, and harm to the functionality of these systems; and,

19    •   Costs associated with investigating, mitigating (including for example lowered prices,

20       time and effort to retain customers or to address reputational harm) and litigating

21       against all these activities.

22       Some of the above types of harm include elements that are irreparable in nature. Further,

23 calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

24 expert opinion, which shall be provided at the appropriate time.

25 **INTERROGATORY NO. 82:**

26

27

28

1

2 **INTERROGATORY NO. 85:**

3 DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

4 YOUR response to Interrogatory No. 83.

5 **RESPONSE TO INTERROGATORY NO. 85:**

6 In addition to its General Objections, which Oracle incorporates here by reference, Oracle

7 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

8 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

9 disclosure of information protected from discovery by any privilege, protection or immunity,

10 including but not limited to attorney-client privilege and work product protection. Oracle objects

11 to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

12 Subject to and without waiver of the foregoing General and Specific objections, Oracle

13 incorporates its response to Interrogatory Nos. 77-84 as if set forth here in full. Oracle further

14 responds that, as a result of the conduct described in response to Interrogatory No. 83,

15 Defendants' business practices constitute unfair, unlawful and deceptive business practices, in

16 ways that do not solely involve copying, distribution, public display or creation of a derivative

17 work.

18 While Oracle objects to any premature recitation of its damages calculation, which will

19 be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

20 ways, including at least the following:

21 • Lost, diminished or delayed current and prospective customer revenues and profits,

22 including as it relates to support and maintenance and software applications licensing;

23 • Harmed current and prospective customer relationships, even though they did not result

24 in a loss of a customer support contract or software licensing;

25 • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

26 investment in the development and/or purchase of the same, including downward

27 pressure on the value of licenses for, harm to the confidential nature of, minimized

28 competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

118                                   07-CV-01658 PJH (EDL)

1  remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

2  same;

3  • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

4  illegal conduct;

5  • Harm to Oracle's overall market cap;

6  • Harm and impairment to Oracle's customer support websites and underlying customer

7  support data, including impaired access to the same by Oracle and its legitimate

8  customers, harm to Oracle's control of and the ability to use the same by Oracle and its

9  customers for the purposes for which they were intended, including to improve Oracle's

10  customer support processes, and harm to the functionality of these systems; and,

11  • Costs associated with investigating, mitigating (including for example lowered prices,

12  time and effort to retain customers or to address reputational harm) and litigating

13  against all these activities.

14  Some of the above types of harm include elements that are irreparable in nature. Further,

15  calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

16  expert opinion, which shall be provided at the appropriate time.

17  **INTERROGATORY NO. 86:**

18

19

20

21

22

23

24

25

26

27

28

1

2

3 ·

4

5 ;

6

7

8

9 ;

10

11

12

13

14

15 ·

16

17

18

19

20

21

22

23 **<u>INTERROGATORY NO. 89</u>:**

24     DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

25 YOUR response to Interrogatory No. 87.

26 **<u>RESPONSE TO INTERROGATORY NO. 89</u>:**

27     In addition to its General Objections, which Oracle incorporates here by reference, Oracle

28 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

1  they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

2  disclosure of information protected from discovery by any privilege, protection or immunity,

3  including but not limited to attorney-client privilege and work product protection. Oracle objects

4  to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

5      Subject to and without waiver of the foregoing General and Specific objections, Oracle

6  incorporates its response to Interrogatory Nos. 77-88 as if set forth here in full. Oracle further

7  responds that, as a result of the conduct described in response to Interrogatory No. 87,

8  Defendants' business practices constitute unfair, unlawful and deceptive business practices, in

9  ways that do not solely involve copying, distribution, public display or creation of a derivative

10  work.

11      While Oracle objects to any premature recitation of its damages calculation, which will

12  be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

13  ways, including at least the following:

14      • Lost, diminished or delayed current and prospective customer revenues and profits,

15         including as it relates to support and maintenance and software applications licensing;

16      • Harmed current and prospective customer relationships, even though they did not result

17         in a loss of a customer support contract or software licensing;

18      • Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

19         investment in the development and/or purchase of the same, including downward

20         pressure on the value of licenses for, harm to the confidential nature of, minimized

21         competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

22         remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

23         same;

24      • Loss of goodwill and reputational harm and costs associated with addressing Defendants'

25         illegal conduct;

26      • Harm to Oracle's overall market cap;

27      • Harm and impairment to Oracle's customer support websites and underlying customer

28         support data, including impaired access to the same by Oracle and its legitimate

1    customers, harm to Oracle's control of and the ability to use the same by Oracle and its

2    customers for the purposes for which they were intended, including to improve Oracle's

3    customer support processes, and harm to the functionality of these systems; and,

4    • Costs associated with investigating, mitigating (including for example lowered prices,

5    time and effort to retain customers or to address reputational harm) and litigating

6    against all these activities.

7    Some of the above types of harm include elements that are irreparable in nature. Further,

8    calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

9    expert opinion, which shall be provided at the appropriate time.

10   **INTERROGATORY NO. 90:**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16 **INTERROGATORY NO. 93:**

17     DESCRIBE the harm YOU claim to have suffered from the alleged conduct described in

18 YOUR response to Interrogatory No. 91.

19 **RESPONSE TO INTERROGATORY NO. 93:**

20     In addition to its General Objections, which Oracle incorporates here by reference, Oracle

21 objects to the use of the undefined terms "harm," "suffered," and "conduct" on the grounds that

22 they are vague and ambiguous. Oracle objects to this Interrogatory to the extent it seeks

23 disclosure of information protected from discovery by any privilege, protection or immunity,

24 including but not limited to attorney-client privilege and work product protection. Oracle objects

25 to this Interrogatory to the extent it seeks expert testimony or a legal conclusion.

26     Subject to and without waiver of the foregoing General and Specific objections, Oracle

27 incorporates its response to Interrogatory Nos. 90-92 as if set forth here in full. Oracle further

28 responds that, as a result of the conduct described in response to Interrogatory No. 91,

1    Defendants received money – some or all of such money is rightfully due to Oracle – as a result

2    of Defendants' misconduct, as described further above response to Interrogatory Nos. 22, 23, 27,

3    39, 43, 47, 51, 55, 59, 63, 67, 71, 75, 77, 79, 83, and 87, in ways that do not solely involve

4    copying, distribution, public display or creation of a derivative work.  Accordingly, Oracle

5    incorporates those responses here as if set forth in full.  Oracle further responds that it has been

6    harmed, because the amount of money due from Defendants to Oracle is unknown to Oracle, and

7    cannot be ascertained without an accounting of the income and gross profits Defendants have

8    obtained through their wrongful and unlawful conduct.

9            While Oracle objects to any premature recitation of its damages calculation, which will

10   be provided during expert discovery, Defendants' illegal conduct has harmed Oracle in many

11   ways, which may require accounting, including at least the following:

12   •    Lost, diminished or delayed current and prospective customer revenues and profits,

13        including as it relates to support and maintenance and software applications licensing;

14   •    Harmed current and prospective customer relationships, even though they did not result

15        in a loss of a customer support contract or software licensing;

16   •    Devaluation of Oracle's intellectual property and other intangible assets and Oracle's

17        investment in the development and/or purchase of the same, including downward

18        pressure on the value of licenses for, harm to the confidential nature of, minimized

19        competitive advantages regarding, destruction of Oracle's exclusive exploitation of and

20        remuneration of, and the denial of Oracle's licensing rights and revenues regarding the

21        same;

22   •    Loss of goodwill and reputational harm and costs associated with addressing Defendants'

23        illegal conduct;

24   •    Harm to Oracle's overall market cap;

25   •    Harm and impairment to Oracle's customer support websites and underlying customer

26        support data, including impaired access to the same by Oracle and its legitimate

27        customers, harm to Oracle's control of and the ability to use the same by Oracle and its

28

                                                    128                    07-CV-01658 PJH (EDL)

1    customers for the purposes for which they were intended, including to improve Oracle's

2    customer support processes, and harm to the functionality of these systems; and,

3    • Costs associated with investigating, mitigating (including for example lowered prices,

4    time and effort to retain customers or to address reputational harm) and litigating

5    against all these activities.

6    Some of the above types of harm include elements that are irreparable in nature. Further,

7    calculation of the damages to Oracle from Defendants' illegal conduct is properly subject to

8    expert opinion, which shall be provided at the appropriate time.

9    **INTERROGATORY NO. 94:**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

129                           07-CV-01658 PJH (EDL)

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22   DATED:  April 16, 2009

23                                        BINGHAM McCUTCHEN LLP

24

25                              By:_____
                                         Zachary J. Alinder
26                                       Attorneys for Plaintiffs
                                         Oracle USA, Inc., Oracle International
27                                       Corporation, and Oracle EMEA Limited

28

                                  130

1

## PROOF OF SERVICE

2         I am over 18 years of age, not a party to this action and employed in the

3 County of San Francisco, California at Three Embarcadero Center, San Francisco, California

4 94111-4067. I am readily familiar with the practice of this office for collection and processing

5 of correspondence by Express Mail and Electronic Mail, and they are deposited and/or sent that

6 same day in the ordinary course of business.

7         Today I served the following documents:

8
9 **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES**

10
11 ☒   (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

12
13 ☒   (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by FedEx in sealed envelope(s) with all fees prepaid at the addresses set forth below.

14

15 Robert A. Mittelstaedt, Esq.         Tharan Gregory Lanier, Esq.
Jason McDonell, Esq.              Jane L. Froyd, Esq.

16 Elaine Wallace, Esq.              Jones Day
Jones Day                      1755 Embarcadero Road

17 555 California Street            Palo Alto, CA 94303
26th Floor                     Tel: (650) 739-3939

18 San Francisco, CA 94104
Tel: (415) 626.3939           tglanier@JonesDay.com

19                            jfroyd@JonesDay.com
ramittelstaedt@JonesDay.com

20 jmcdonell@JonesDay.com
ewallace@JonesDay.com

21         I declare that I am employed in the office of a member of the bar of this court at

22 whose direction the service was made and that this declaration was executed on April 16, 2009 at

23 San Francisco, California.

24

25 Rosaleen Doran

26

27

28

PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIFTH SET OF INTERROGATORIES