# EXHIBIT I
# DOCUMENT SUBMITTED UNDER SEAL

Dockets.Justia.com