# EXHIBIT J
# DOCUMENT SUBMITTED UNDER SEAL