1   BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOWARD (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA  94111-4067
5   Telephone:  (415) 393-2000
    Facsimile:   (415) 393-2286
6   donn.pickett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10  500 Oracle Parkway, M/S 5op7
    Redwood City, CA  94070
11  Telephone:  (650) 506-4846
    Facsimile:   (650) 506-7114
12  dorian.daley@oracle.com
    jennifer.gloss@oracle.com
13

14  Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle International Corporation, and
15  Oracle EMEA Limited

16                  UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19

20   ORACLE USA, INC., *et al.*,          CASE NO.  07-CV-01658 PJH (EDL)

21              Plaintiffs,              **STIPULATION TO FILE
                                         PLAINTIFFS' DOCUMENTS AND
             v.                          DEPOSITION TESTIMONY UNDER
22                                       SEAL**
     SAP AG, *et al.*,
23
                Defendants.
24

25

26

27

28

Dockets.Justia.com

1    Pursuant to Local Rules 7-11(a) and 79-5(b)-(c), Plaintiffs Oracle USA, Inc., Oracle

2    International Corporation, and Oracle EMEA Limited (collectively, "Oracle") and Defendants

3    SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with

4    Oracle, the "Parties") jointly submit this stipulation to permit Oracle to file documents and

5    testimony under seal.

6    The requested relief is necessary and narrowly tailored to protect the confidentiality of

7    materials that have been designated "Confidential Information" or "Highly Confidential

8    Information" by Oracle pursuant to the Stipulated Protective Order entered in this action, and

9    that Oracle intends to file in support ofits Oppositions to Defendants' Motion for Sanctions

10   Pursuant to Fed. R. Civ. P. 37(c) and 16(f) (the "Opposition to Sanctions Motion") and Oracle's

11   Opposition to Defendants' Motion to Compel Financial Information ("Motion to Compel

12   Opposition"), until such time as the Court rules on the confidentiality of the relevant subject

13   matter.

14   Specifically, (1) portions of the Opposition to Sanctions Motion; (2) the testimony

15   identified as Exhibits G through J of the Declaration of Holly A. House (the "House Sanctions

16   Declaration") filed in support of Plaintiffs' Opposition to Sanctions; (3) portions of the Motion to

17   Compel Opposition; (4) portions of Declaration of Holly A. House in support of Plaintiffs'

18   Motion to Compel Opposition (the "House Motion to Compel Declaration"); (5) the document

19   identified as Exhibit F of the House Motion to Compel Declaration; (6) portions of the

20   Declaration of Ivgen Guner in support of Plaintiffs' Motion to Compel Opposition (the "Guner

21   Declaration"); (7) portions of the Declaration of Alex San Juan in support of Plaintiffs' Motion

22   to Compel Opposition (the "San Juan Declaration"); and, (8) portions of the Declaration of Paul

23   K. Meyer (the "Meyer Declaration") in support of Plaintiffs' Motion to Compel Opposition,

24   contain information designated by Oracle as "Confidential Information" and "Highly

25   Confidential Information - Attorneys' Eyes Only," pursuant to the Protective Order entered in

26   this action on June 6, 2007.

27   Accordingly, the Parties, through their respective counsel of record, stipulate that Oracle

28   be permitted to file (1) portions of the Opposition to Sanctions Motion; (2) the testimony

STIPULATION TO FILE PLAINTIFFS' DOCUMENTS AND DEPOSITION TESTIMONY UNDER
SEAL

1    identified as Exhibits G through J of the Declaration of Holly A. House (the "House Sanctions

2    Declaration") filed in support of Plaintiffs' Opposition to Sanctions; (3) portions of the Motion to

3    Compel Opposition; (4) portions of Declaration of Holly A. House in support of Plaintiffs'

4    Motion to Compel Opposition (the "House Motion to Compel Declaration"); (5) the document

5    identified as Exhibit F of the House Motion to Compel Declaration; (6) portions of the

6    Declaration of Ivgen Guner in support of Plaintiffs' Motion to Compel Opposition (the "Guner

7    Declaration"); (7) portions of portions of the Declaration of Alex San Juan in support of

8    Plaintiffs' Motion to Compel Opposition (the "San Juan Declaration"); and, (8) portions of the

9    Declaration of Paul K. Meyer (the "Meyer Declaration") in support of Plaintiffs' Motion to

10    Compel Opposition.  The Parties further agree that Defendants reserve their rights to challenge

11    the confidentiality of the information filed under seal pursuant to this Stipulation and understand

12    that this Stipulation is not intended to relieve Oracle's burden, under Local Rule 79-5(d), of

13    supporting the confidentiality of the documents at issue.  The Parties agree that neither the act of

14    filing nor the filed documents shall be construed as a waiver of confidentiality designation or

15    other protection with respect to documents, transcripts, or other information referred to in, or that

16    serve as the basis for, the allegations or arguments made therein.

17          IT IS SO STIPULATED.

18

19    DATED:  July 27, 2009                BINGHAM McCUTCHEN LLP

20                                     By:_____ /s/ _____

21                                      Holly A. House

22                                Attorneys for Plaintiffs
                             Oracle USA, Inc., Oracle International

23                            Corporation, and Oracle EMEA Limited

24

25          In accordance with General Order No. 45, Rule X, the above signatory attests that

26    concurrence in the filing of this document has been obtained from the signatory below.

27

28

1   DATED:  July 27, 2009                JONES DAY

2
                                         By:     /s/
3                                           Jason McDonell
                                         Attorneys for Defendants
4                                        SAP AG, SAP America, Inc., and
                                         TomorrowNow, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO FILE PLAINTIFFS' DOCUMENTS AND DEPOSITION TESTIMONY UNDER
SEAL