BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

CASE NO. 07-CV-01658 PJH (EDL)

**PROOF OF SERVICE**

Dockets.Justia.com

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail//hand delivery/electronic mail, and they are deposited that same day in the ordinary course of business.

Today I served the following documents:

**ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FINANCIAL INFORMATION;**
**[DOCUMENT SUBMITTED UNDER SEAL]**

**DECLARATION OF HOLLY A. HOUSE IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL FINANCIAL INFORMATION;**
**[DOCUMENT SUBMITTED UNDER SEAL-- DECLARATION AND EXHIBIT F]**

**ORACLE'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R.CIV. P. 37(C) AND 16(F);**
**[DOCUMENT SUBMITTED UNDER SEAL]**

**DECLARATION OF HOLLY A. HOUSE IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS PURSUANT TO FED. R. CIV. P. 37(C) AND 16(F);**
**[DOCUMENT SUBMITTED UNDER SEAL EXHIBITS G, H, I AND J]**

**DECLARATION OF PAUL K. MEYER IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL;**
**[DOCUMENT SUBMITTED UNDER SEAL]**

**DECLARATION OF ALEX SAN JUAN IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL;**
**[DOCUMENT SUBMITTED UNDER SEAL]**

**DECLARATION OF IVGEN GUNER IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**
**[DOCUMENT SUBMITTED UNDER SEAL**

☒ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

**BY HAND DELIVERY & EMAIL**

Robert A. Mittelstaedt, Esq.
Jason McDonell, Esq.
Elaine Wallace, Esq.
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104
Tel: (415) 626.3939

ramittelstaedt@JonesDay.com
jmcdonell@jonesday.com
ewallace@JonesDay.com

**BY EMAIL AND U.S. MAIL**

Tharan Gregory Lanier, Esq.
Jane L. Froyd, Esq.
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939

tglanier@JonesDay.com
jfroyd@JonesDay.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 28, 2009 at San Francisco, California.

Rosaleen Doran

Rosaleen Doran