# EXHIBIT B

Dockets.Justia.com



Registration Number:

# TXu 1-607-455

**Effective date of registration:**

July 1, 2009

# Title
**Title of Work:** Database of Documentary Customer Support Materials for J.D. Edwards Software

# Completion/Publication
**Year of Completion:** 2009

# Author

- **Author:** J.D. Edwards & Co., LLC
  **Author Created:** text, Automated Database containing text with pictorial elements.
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

- **Author:** J.D. Edwards World Source Co.
  **Author Created:** text, Automated Database containing text with pictorial elements.
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

- **Author:** J.D. Edwards YOUcentric Co.
  **Author Created:** text, Automated Database containing text with pictorial elements.
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

- **Author:** PeopleSoft, Inc.
  **Author Created:** text, Automated Database containing text with pictorial elements.
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

|     |     |     |     |
| --- | --- | --- | --- |
| **Author:** | Oracle USA, Inc. | | |
| **Author Created:** | text, Automated Database containing text with pictorial elements. | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

**Copyright Claimant:** Oracle International Corporation

500 Oracle Parkway, Redwood Shores, CA, 94065, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, Preexisting code and text in approximately 45 prior registrations including those noted in this section.

**Previous registration and year:** TX 6-541-030   2007

TX 6-541-041   2007

**New material included in claim:** text, Revised and additional code, text and pictorial elements.

## Rights and Permissions

| | | | |
| --- | --- | --- | --- |
| **Organization Name:** | Oracle International Corporation | | |
| **Name:** | Todd Adler | | |
| **Email:** | todd.adler@oracle.com | **Telephone:** | 650-506-4160 |
| **Address:** | 500 Oracle Parkway | | |
| | Redwood Shores, CA 94065   United States | | |

## Certification

**Name:** David O. Johanson

**Date:** July 1, 2009

**IPN#:**

**Registration #:**  TXU001607455

**Service Request #:**  1-211222101

Bingham McCutchen
David O. Johanson
One Federal Street
Boston, MA 02110  United States