# EXHIBIT C

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


ORACLE CORPORATION, et al.,

       Plaintiffs,

    vs.                No. C07-1658 PJH (EDL)

SAP AG, et al.,

       Defendants.

_____


REPORTER'S TRANSCRIPTION OF DISCOVERY CONFERENCE

BEFORE:  HON. ELIZABETH D. LAPORTE

Friday, October 10, 2008


Reported by:
CLAUDIA A. BETTUCCHI
CSR No. 12214

JOB No. 98424

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

5dec582b-2c09-4db0-8da7-9d96e2eddb28

Page 61

1   is right for us to negotiate a briefing schedule.
2           THE COURT:  Okay.
3           MR. McDONELL:  There is one issue that we
4   think could be addressed now.  Very narrow.  There is a
5   third amended complaint that is brand new.  It changes
6   the parties to the case so Oracle corporation is out,
7   other Oracle authorities are in.  And it rejiggers who
8   owns copyrights in a way that we can't quite understand.
9   And all of that is contingent on how the various Oracle
10  affiliates have intercompany agreements by which they
11  license copyrights.
12          All we are asking for is a statement by the
13  plaintiffs that they have now produced all of the
14  relevant intercompany licensing agreements so that we
15  know we are no longer shooting at a moving target.  And
16  thus far they have declined to confirm or deny, as far
17  as I know.
18          MR. HOWARD:  Well, I don't agree with the
19  characterization of the complaint.  I think the
20  ownership allegations are the same as they were in the
21  prior versions of the complaint.  But we have produced
22  all of the documents that we believe support the
23  allegations of the complaint and demonstrate the
24  ownership or otherwise the copyright standing of each of
25  those plaintiffs that are in the current third amended

Page 62

1   complaint.
2           THE COURT: Okay. But you are asking for a --
3   and I think a declaration of a person most knowledgeable
4   as to what?
5           MR. McDONELL: No, I'm willing to take
6   counsel's representation here on the record that they
7   have now produced all of the intercompany license
8   agreements that substantiate which of the entities have
9   copyrights rights. And I think counsel, as I heard him,
10  said they have now been produced.
11          MR. HOWARD: Yes. The -- I'm not sure what
12  copyrights rights are. We've alleged that one of the
13  plaintiffs owns the copyrights and other plaintiff have
14  claims of the copyrights. And we have indeed produced
15  all of the documents that substantiate those allegations
16  in the complaint.
17          THE COURT: Okay. Have you produced all of
18  the intercompany agreements that relate to any of the
19  copyrighted material that is the subject of the
20  complaint?
21          MR. HOWARD: The reason I'm hesitating, Your
22  Honor, is because there are a lot of entities and a lot
23  of intercompany agreements. But what I am confident of
24  is that we have produced all of the intercompany
25  agreements that are relevant to determining the

TRANSCRIPTION OF DISCOVERY CONFERENCE  10/10/08

Page 63

1   ownership or other copyright standing of the named
2   plaintiffs with respect to each of the copyright
3   registrations that are identified in the complaint as
4   the registered works at issue in the case.
5           MR. McDONELL:  Then we'll rely on that --
6           THE COURT:  Okay.
7           MR. McDONELL:  -- for present purposes.
8           THE COURT:  All right.
9           MR. McDONELL:  I think what he's saying is
10  that they have produced all of --
11          THE COURT:  It sounds like it's sufficient to
12  show as opposed to everything possible, but that is
13  normally a good approach.
14          MR. McDONELL:  Sufficient to show who owned
15  what and when they owned it.
16          THE COURT:  And that's --
17          MR. McDONELL:  We'll rely on that.
18          THE COURT:  Yes, but let's just -- so on the
19  mo- -- you were anticipating a motion to compel with
20  documents related to potential new plaintiffs?  Is that
21  what this boils down to?
22          MR. McDONELL:  It's a little -- it's a little
23  different issue, and I think we've got that worked out
24  by agreement.  We didn't want to have to start --
25          THE COURT:  Right.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

5dec582b-2c09-4db0-8da7-9d96e2eddb28