# EXHIBIT D

Pages 1 - 23

United States District Court

Northern District of California

Before The Honorable Elizabeth D. Laporte

Oracle Corporation, et al.  )
                            )
        Plaintiff,          )
                            )
vs.                         )   No. C07-1658 PJH (EDL)
                            )
SAP AG, et al.,             )
                            )
        Defendant.          )
_____)

San Francisco, California
Wednesday, May 27, 2009

Reporter's Transcript Of Proceedings

Appearances:

For Plaintiff:          Bingham McCutchen
                        Three Embarcadero Center
                        San Francisco, California   94111
                  By:   **Anthony Falzone, Esquire**
                        **Zachary Alinder, Esquire**

For Defendant:          Jones Day
                        555 California Street, 26th Floor
                        San Francisco, California   94104
                  By:   **Elaine Wallace, Esquire**
                        **Greg Lanier, Esquire**
                        **Jane Froyd, Esquire**

Reported By:            *Sahar McVickar, RPR, CSR No. 12963*
                        *Official Reporter, U.S. District Court*
                        *For the Northern District of California*

(Computerized Transcription By Eclipse)

1    was glossed over, but you seem to be saying, well, most of it's
2    only -- it's going to be module, so it's no big problem for
3    them.
4            And they're saying they did give you the modules, so
5    what else is it and how burdensome is it?  And if looking for
6    fragments, that may be going too far.
7            **MS. WALLACE:**  Well, there are really two separate
8    issues.  The identification of the modules in Interrogatory No.
9    13, in the response to Interrogatory No. 13, that identifies
10   the modules contained in each asserted registered work.  That
11   does not tell us what were the underlying modules that were
12   incorporated into each of the registered works.
13           So what we are looking for is an identification of
14   the new material and the old material.  There is no way that
15   that appears in a list of modules.  We don't know -- if I look
16   at the list of modules for one asserted work, I can't tell, is
17   this a module that came from a preexisting version that is not
18   asserted in the case or is this a new module.  I have no way of
19   telling that just from seeing a list of modules contained in a
20   particular work.
21           And one thing I would like to correct about a
22   statement that Oracle's counsel has made, what we have are
23   copies of the software that's actually asserted in the case,
24   the registered works, we don't have copies of preexisting works
25   that are not asserted in the case.  And Oracle has indicated

```
 1  that it may want to add 63 additional registrations for
 2  preexisting works; our view is --
 3           THE COURT:  Well, I mean --
 4           MS. WALLACE:  -- it's way too late for that.
 5           THE COURT:  That's up to the trial judge but I think
 6  it's way too late.
 7           And I thought that was a red herring, too, that
 8  somehow you get this discovery, that means that you have to add
 9  them to the complaint, again, I think that's confusing the Zoom
10  situation with this one.  I don't think they are the same.
11           MS. WALLACE:  So because we don't have the
12  underlying software, we have no way of comparing the asserted
13  works with the underlying works, which may or may not be
14  asserted.  We have no way of knowing even what the underlying
15  works are because the registrations don't provide that
16  information.  The registrations are, in fact, inconsistent --
17           THE COURT:  Well, I saw you found a mistake,
18  seemingly, in one of the responses.
19           MS. WALLACE:  Well, they are actually inconsistent
20  in a broader way:  Most of the registrations indicate that
21  there are preexisting works but they are unregistered; that is
22  inconsistent with the position that Oracle has taken in its
23  interrogatory response and also that the Oracle's Counsel has
24  taken in the meet and confer.
25           Oracle's counsel has said each registered work
```