# EXHIBIT B-1

Dockets.Justia.com

JOHN M. BAUGH      February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE
USA, INC., a Colorado corporation, and ORACLE
INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a
Delaware corporation, TOMORROWNOW, INC., a Texas
corporation, and DOES 1-50, inclusive,

Defendants.

_____

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 6, 2008
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)

_____

PURSUANT TO NOTICE, the Videotape Rule
30(b)(6) deposition of JOHN M. BAUGH was taken on
behalf of the Plaintiffs at 1700 Lincoln Street, Suite
4100, Denver, Colorado 80203, on February 6, 2008, at
1:17 p.m., before Sandra L. Bray, Registered Diplomate
Reporter, Certified Realtime Reporter, and Notary Public
within Colorado.

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 36

| | | |
|---|---|---|
| 14:16:41 | 16 | Q.   Was that the case in the majority of |
| 14:16:46 | 17 | environments that were built using customer software? |
| 14:16:57 | 18 | In how many instances where an environment was created |
| 14:17:00 | 19 | for a customer was it also the case that a database |
| 14:17:05 | 20 | was created to support that particular environment? |
| 14:17:11 | 21 | A.   It should be all, all cases. |
| 14:17:16 | 22 | Q.   And is it fair to say that those |
| 14:17:20 | 23 | databases were from a variety of different vendors? |
| 14:17:30 | 24 | A.   The database platform? |
| 14:17:31 | 25 | Q.   Yes. |

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 37

| | | |
|---|---|---|
| 14:17:32 | 1 | A.   Yes. |
| 14:17:32 | 2 | Q.   How did TomorrowNow obtain the database |
| 14:17:39 | 3 | software that was used to support the individual |
| 14:17:46 | 4 | application environments? |
| 14:17:49 | 5 | A.   From the database vendor. |
| 14:18:01 | 6 | Q.   Who were those database vendors that |
| 14:18:04 | 7 | TomorrowNow obtained the database software from to |
| 14:18:08 | 8 | support the individual customer application |
| 14:18:12 | 9 | environments? |
| 14:18:16 | 10 | A.   Microsoft, IBM, Sybase, Oracle, and we |
| 14:18:39 | 11 | also have INFORMIX.  I think INFORMIX is owned by IBM |
| 14:18:50 | 12 | now, but I'm not sure. |

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 84

| 16:09:30 | 21 | Q.   And with respect to the database |
| 16:09:32 | 22 | platform, was that always obtained from the customer |
| 16:09:34 | 23 | or did it ever happen that the existing database |
| 16:09:37 | 24 | platform that you had at TomorrowNow was used to |
| 16:09:39 | 25 | support a new local environment? |

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH      February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 85

| | | |
|---|---|---|
| 16:09:44 | 1 | A.   Yes, we did always ask the customer for |
| 16:09:50 | 2 | that information, but yes, we did have to support |
| 16:09:54 | 3 | clients on database platforms that we had available to |
| 16:09:57 | 4 | us. |
| 16:10:06 | 5 | Q.   And just staying on that subject for a |
| 16:10:10 | 6 | second, in the extended support model, did you use |
| 16:10:16 | 7 | database platforms that you had already at TomorrowNow |
| 16:10:20 | 8 | to support any of the extended support local |
| 16:10:23 | 9 | environments? |
| 16:10:26 | 10 | A.   Right, we used SQL server 7. |
| 16:10:31 | 11 | Q.   For all of the extended support |
| 16:10:33 | 12 | environments? |
| 16:10:33 | 13 | A.   Initially, yes. |
| 16:10:35 | 14 | Q.   Were there any other database platforms |
| 16:10:37 | 15 | used for extended support environments? |
| 16:10:40 | 16 | A.   SQL server 2000 I think was used.  I'm |
| 16:11:01 | 17 | not sure if any of the other platforms were used for |
| 16:11:06 | 18 | extended support. |
| 16:11:06 | 19 | Q.   And in the direct support local |
| 16:11:09 | 20 | environment model, which database platforms of the |
| 16:11:15 | 21 | ones that were used generally to support the local |
| 16:11:18 | 22 | environments did TomorrowNow use from its own existing |
| 16:11:25 | 23 | software resources? |
| 16:11:26 | 24 | A.   Could you restate that question? |
| 16:11:30 | 25 | Q.   In the direct support model, which |

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH      February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 86

| | | |
|---|---|---|
| 16:11:34 | 1 | database software did TomorrowNow use that it didn't |
| 16:11:37 | 2 | obtain from a customer in order to support a local |
| 16:11:39 | 3 | environment? |
| 16:11:40 | 4 | A.   We didn't use any -- we obtained all our |
| 16:11:45 | 5 | own database software.  We did not obtain database |
| 16:11:50 | 6 | software -- any database software from a client. |
| 16:11:52 | 7 | Q.   So you sourced that software directly |
| 16:11:54 | 8 | from the vendors? |
| 16:11:56 | 9 | A.   Correct. |

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 130

| | | |
|---|---|---|
| 18:07:49 | 17 | MR. HOWARD:  Let's mark as Plaintiffs' |
| 18:07:52 | 18 | Exhibit 31 a document titled PeopleSoft Demo |
| 18:08:02 | 19 | Environments, consisting of 10 pages, which is -- |
| 18:08:07 | 20 | which was produced as Bates Number TN-OR 169315, but |
| 18:08:18 | 21 | there's no Bates number on the hard copy because it |
| 18:08:20 | 22 | was produced natively with the Bates number on the CD. |
| 18:08:23 | 23 | (Deposition Exhibit 31 was marked.) |
| 18:08:33 | 24 | MR. FUCHS:  Just add on the record per |
| 18:08:34 | 25 | party's agreements to produce all Excel files in |

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 131

| | | |
|---|---|---|
| 18:08:41 | 1 | native form. |
| 18:09:03 | 2 | Q.   (BY MR. HOWARD) Mr. Baugh, are you |
| 18:09:05 | 3 | familiar with the document that's been marked as |
| 18:09:07 | 4 | Exhibit 31? |
| 18:09:08 | 5 | A.   Yes. |
| 18:09:08 | 6 | Q.   What is it? |
| 18:09:09 | 7 | A.   This is a document that was generated |
| 18:09:14 | 8 | from looking at information in our project management |
| 18:09:19 | 9 | system and in SAS. |
| 18:09:26 | 10 | Q.   The project management system is the |
| 18:09:28 | 11 | dotProject? |
| 18:09:29 | 12 | A.   DotProject, yes. |
| 18:09:30 | 13 | Q.   And where in SAS did you look to find |
| 18:09:33 | 14 | the information that's contained on Exhibit 31? |
| 18:09:38 | 15 | A.   The SAS Environment Portal and I also |
| 18:09:43 | 16 | think the SAS Enterprise.  I was not the only person |
| 18:09:53 | 17 | that worked on this doc. |
| 18:09:59 | 18 | Q.   But you were one of the people that |
| 18:10:01 | 19 | authored this doc by referencing dotProject and SAS? |
| 18:10:05 | 20 | A.   Yes. |
| 18:10:05 | 21 | Q.   And what was the purpose for which you |
| 18:10:09 | 22 | participated in the creation of Exhibit 31? |
| 18:10:10 | 23 | A.   Trying to generate a document that would |
| 18:10:15 | 24 | show all the PeopleSoft -- all our current PeopleSoft |
| 18:10:23 | 25 | demo support environments that we're supporting for |

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH       February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 132

| | | |
|---|---|---|
| 18:10:29 | 1 | our customers. |
| 18:10:35 | 2 | Q.   And is it fair to say that Exhibit 31 is |
| 18:10:38 | 3 | a compilation of information which is created and |
| 18:10:43 | 4 | maintained in the ordinary course of business of |
| 18:10:45 | 5 | TomorrowNow? |
| 18:10:46 | 6 | A.   Yes. |
| 18:10:46 | 7 | Q.   And is it a true and accurate reflection |
| 18:10:52 | 8 | of that information as you found it in dotProject and |
| 18:10:56 | 9 | in the SAS database? |
| 18:10:59 | 10 | A.   Yes. |
| 18:10:59 | 11 | Q.   And you're familiar with the information |
| 18:11:08 | 12 | from the dotProject and SAS database as part of your |
| 18:11:12 | 13 | responsibilities at TomorrowNow? |
| 18:11:14 | 14 | A.   Yes. |
| 18:11:14 | 15 | Q.   So how many environments does Exhibit 31 |
| 18:11:23 | 16 | reflect?  Do you know? |
| 18:11:28 | 17 | A.   I'm not sure of the number.  I think |
| 18:11:45 | 18 | there's -- I'd say at least a couple of hundred. |
| 18:11:48 | 19 | Q.   If I said that I had counted this up to |
| 18:11:52 | 20 | be 227, would that sound accurate to you? |
| 18:11:56 | 21 | A.   That sounds about right, yes. |

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 140

18:26:34    11            Q.    Were you involved at all in and was this

18:26:40    12    created as part of an effort to respond to Oracle's

18:26:46    13    discovery requests in this case?

18:26:48    14            A.    Yes, that is my understanding.

18:26:50    15            Q.    And did you participate in helping

18:26:55    16    develop the answer to an interrogatory that Oracle

18:26:59    17    asked about the number of PeopleSoft environments that

18:27:02    18    had been created and maintained at TomorrowNow?

18:27:11    19            A.    I was asked to provide information on

18:27:14    20    the number of environments.

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 141

18:29:10     24          Q.    "TomorrowNow has maintained

18:29:12     25     approximately 183 PeopleSoft environments on behalf of

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 142

| | | |
|---|---|---|
| 18:29:15 | 1 | approximately 122 different customers." |
| 18:29:18 | 2 | A.   No, based on the research, that's not an |
| 18:29:30 | 3 | accurate number. |
| 18:29:32 | 4 | Q.   And, in fact, really even the |
| 18:29:38 | 5 | environments reflected on Exhibit 31, the 227, that's |
| 18:29:43 | 6 | not all of them either, right? |
| 18:29:44 | 7 | A.   That's correct. |
| 18:29:46 | 8 | Q.   To get the total number, you've got to |
| 18:29:49 | 9 | look at this BakTrak reporting that you generated to |
| 18:29:54 | 10 | include the backup environments and all of the total |
| 18:30:01 | 11 | environments? |
| 18:30:01 | 12 | A.   Yes. |
| 18:30:01 | 13 | Q.   And that's the several thousand number |
| 18:30:04 | 14 | that we talked about? |
| 18:30:05 | 15 | MR. FUCHS:  Objection, form. |
| 18:30:06 | 16 | A.   No, that would not be correct.  We have |
| 18:30:13 | 17 | not had several thousand environments. |
| 18:30:15 | 18 | Q.   What's your best understanding of what |
| 18:30:22 | 19 | the total number of environments that PeopleSoft has |
| 18:30:25 | 20 | ever -- that TomorrowNow has ever maintained of |
| 18:30:28 | 21 | PeopleSoft applications? |
| 18:30:31 | 22 | MR. FUCHS:  Objection, form. |
| 18:30:32 | 23 | A.   It's my understanding that TomorrowNow |
| 18:30:37 | 24 | has had a little over 300 environments on our hardware |
| 18:30:46 | 25 | at one time. |

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH      February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 148

1          I, JOHN M. BAUGH, do hereby certify that I

2    have read the above and foregoing deposition and that

3    the same is a true and accurate transcription of my

4    testimony, except for attached amendments, if any.

5          Amendments attached    (  ) Yes     (  ) No

6

7

8                                        _____

9                                        JOHN M. BAUGH

10

11

12

13          The signature above of JOHN M. BAUGH was

14    subscribed and sworn to before me in the county of

15    Brazos_____, state of Texas_____,

16    this 5th_____ day of March_____, 2008.

17

18    ┌─────────────────────────┐
      │  PEGGY W. LANFORD        │
19    │  Notary Public, State of Texas │   _____
      │  My Commission Expires   │
      │  DECEMBER 31, 2011       │   Notary Public
20    └─────────────────────────┘   My commission expires:

21

22

23

24

25    Oracle Corporation, et al. 2/6/08 (sb)

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 149

REPORTER'S CERTIFICATE

STATE OF COLORADO          )
                           )  ss.
CITY AND COUNTY OF DENVER  )

        I, SANDRA L. BRAY, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public, State of Colorado, do hereby certify that previous to the commencement of the examination, the said JOHN M. BAUGH was duly sworn by me to testify to the truth in relations to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

        I further certify that I am not employed by, related to, nor of counsel for any of the parties herein nor otherwise interested in the outcome of this litigation.

        IN WITNESS WHEREOF, I have affixed my signature this 10th of February, 2008.

        My commission expires January 16, 2012.

__X__   Reading and Signing was requested.

_____   Reading and Signing was waived.

_____   Reading and Signing is not required.

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5