# EXHIBIT B-3

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ORACLE CORPORATION, ET AL, *
      Plaintiffs,        *
                           *
VS.                        * CASE NO. 07-CV-01658 (MJJ)
                           *
SAP AG, ET AL,             *
      Defendants.        *


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

KATHERINE WALKER WILLIAMS

APRIL 1, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

KATHERINE WALKER WILLIAMS          April 1, 2008
HIGHLY CONFIDENTIAL

Page 47

| | | |
|---|---|---|
| 09:53:22 | 7 | Q.   And what does the last letter in the name |
| 09:53:26 | 8 | indicate? |
| 09:53:26 | 9 | A.   Which database platform it's on, which |
| 09:53:28 | 10 | relational database platform it's built on. |
| 09:53:30 | 11 | Q.   So this first one would be on an Oracle |
| 09:53:33 | 12 | platform? |
| 09:53:37 | 13 | A.   Yes. |

KATHERINE WALKER WILLIAMS         April 1, 2008
                HIGHLY CONFIDENTIAL

Page 107

| | | |
|---|---|---|
| 11:29:43 | 13 | Q.  For clarity, actually, why don't we -- why |
| 11:29:46 | 14 | don't you describe the different pieces of what would |
| 11:29:49 | 15 | constitute a complete client environment including the |
| 11:29:52 | 16 | database piece. |
| 11:29:52 | 17 | A.  Again, I'm not a technician, so -- and I know |
| 11:29:56 | 18 | that you questioned this with John Baugh, so I can refer |
| 11:29:59 | 19 | back to some of my notes from -- some of my memory from |
| 11:30:03 | 20 | his notes or his deposition. |
| 11:30:04 | 21 | You have a -- the environment includes |
| 11:30:07 | 22 | having a database built on some relational database |
| 11:30:12 | 23 | platform.  And that -- then you would have a PS home |
| 11:30:16 | 24 | which includes all the objects that you need to run this |
| 11:30:22 | 25 | COBOL, the SQRs.  And then you would have a library for |

KATHERINE WALKER WILLIAMS           April 1, 2008
HIGHLY CONFIDENTIAL

Page 108

| | | |
|---|---|---|
| 11:30:27 | 1 | your portal objects.  And then there would be another |
| 11:30:30 | 2 | library for your third-party environments.  Products, |
| 11:30:37 | 3 | not environments, products, third-party products. |
| 11:30:40 | 4 |     Q.   So in your early testimony when you're |
| 11:30:43 | 5 | referring to database, you're referring to the totality |
| 11:30:46 | 6 | of the environment? |
| 11:30:47 | 7 |         MR. McDONELL:  Vague and ambiguous. |
| 11:30:50 | 8 |     A.   In most cases.  I couldn't say that was the |
| 11:30:51 | 9 | case everywhere. |

5da84a35-f228-4714-ab72-83c27c42a206

Page 202

7

8        *[signature: K Williams]*

9                KATHERINE WALKER WILLIAMS

10

11   THE STATE OF TEXAS    )

12       SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned

13   authority, by the said KATHERINE WALKER WILLIAMS on this

14   the __17th__ day of __April__, __2008__.

15

16                      _[signature]_

17              Notary Public in and for

18              the State of Texas

19

20   My Commission Expires: _[notary seal: DEBORAH DIANE WALKER, NOTARY PUBLIC, CHEROKEE COUNTY, GA, MY COMMISSION EXPIRES JULY 13TH, 2009]_

21

22

23

24

25