# EXHIBIT B-4

Dockets.Justia.com

CATHERINE LEE HYDE          April 2, 2008
HIGHLY CONFIDENTIAL

Page 66

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
ORACLE CORPORATION, ET AL,  *
         Plaintiffs,        *
                            *
VS.                         *  CASE NO. 07-CV-01658 (MJJ)
                            *
SAP AG, ET AL,              *
         Defendants.        *
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6)

DEPOSITION OF

CATHERINE LEE HYDE

VOLUME 2

APRIL 2, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

Merrill Legal Solutions
(800) 869-9132

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE         April 2, 2008
HIGHLY CONFIDENTIAL

Page 112

```
09:13:26   12          Q.   (By Mr. Howard)  Ms. Hyde, yesterday you
09:13:28   13     referred to environments that would be on a SQL database
09:13:36   14     or an Oracle database.
09:13:37   15                Do you recall that?
09:13:39   16          A.   Vaguely.
09:13:39   17          Q.   Is there something in the naming convention of
09:13:45   18     the environments that would tell us whether it's on a
09:13:48   19     SQL database or an Oracle database?
09:13:52   20                MR. McDONELL:  Vague and ambiguous.
09:13:53   21                THE VIDEOGRAPHER:  I'm sorry.  Someone's
09:13:56   22     phone is really blanking our sound.
09:14:01   23                MR. McDONELL:  Still doing it?
09:14:01   24          A.   Can you repeat that?
09:14:05   25          Q.   (By Mr. Howard)  Is there a designator in any
```

CATHERINE LEE HYDE          April 2, 2008
HIGHLY CONFIDENTIAL

Page 113

```
09:14:10   1    of the environment names to indicate whether that
09:14:12   2    environment is on a SQL database or an Oracle database?
09:14:15   3             MR. McDONELL:  Vague and ambiguous, lack
09:14:16   4    of foundation.
09:14:18   5        A.   In later naming conventions, and I don't know
09:14:24   6    exactly when it started, but the last alpha character
09:14:27   7    identifies the database type.
09:14:30   8        Q.   What's the identifier in those later naming
09:14:33   9    conventions for a SQL database environment?
09:14:36  10             MR. McDONELL:  Same objections.
09:14:38  11        A.   M.
09:14:39  12        Q.   (By Mr. Howard)  What's the indicator in those
09:14:41  13    later naming conventions for an Oracle database
09:14:45  14    environment?
09:14:45  15             MR. McDONELL:  Same objections.
09:14:46  16        A.   O.
```

Merrill Legal Solutions
(800) 869-9132

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

Page 322

```
 9
10               _Catheren L Hyde_____
11                    CATHERINE LEE HYDE
12
                           Florida
13     THE STATE OF ~~TEXAS~~   )
14     SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned
15     authority, by the said CATHERINE LEE HYDE on this the
16     __18th__ day of __April__, __2008__.
17
18                    _Candice R. Holland_
19               Notary Public in and for
20               the State of ~~Texas~~ Florida
21
22     My Commission Expires: June 28, 2011
23
24     [NOTARY SEAL: CANDICE R. HOLLAND
           MY COMMISSION # DD 690006
25         EXPIRES: June 28, 2011
           Bonded Thru Notary Public Underwriters]
```