# EXHIBIT B-6

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a           )
Delaware corporation, ORACLE    )
USA, INC., a Colorado           )
corporation, and ORACLE         )
INTERNATIONAL CORPORATION, a    )
California corporation,         )
      Plaintiffs,              )
                                )
vs.                             ) CASE NO. 07-CV-01658 (MJJ)
                                )
SAP AG, a German                )
corporation, SAP AMERICA,       )
INC., a Delaware corporation,   )
TOMORROWNOW, INC., a Texas      )
corporation, and DOES 1-50,     )
inclusive,                      )
      Defendants.              )

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION OF

TOMORROWNOW BY AND THROUGH SHELLEY NELSON

VOLUME 2

DECEMBER 6, 2007

    ORAL VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 6th day of December, 2007, from 9:10 a.m. to 3:53 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

    Job No. 1603-85363

| | | |
|---|---|---|
| 09:28:01 | 12 | Q.  What other materials, then, with that modification |
| 09:28:04 | 13 | was Titan used to download? |
| 09:28:08 | 14 | A.  A -- Titan was coded to download other categories of |
| 09:28:15 | 15 | materials.  It -- a lot of those didn't get moved into |
| 09:28:21 | 16 | production.  So, it may have -- they may have downloaded as |
| 09:28:27 | 17 | part of testing Titan; but they had -- they were working on |
| 09:28:30 | 18 | development of -- of functionality to allow it to download |
| 09:28:36 | 19 | white papers, red papers, upgrade documentation.  It was |
| 09:28:45 | 20 | developed to download solutions, and that did get rolled out |
| 09:28:51 | 21 | for at least one client. |
| 09:29:03 | 22 | That's -- that's all I can recall right now. |
| 09:29:06 | 23 | Q.  Let me make sure I understand.  So, Titan was |
| 09:29:11 | 24 | modified or improved to allow for downloading of additional |
| 09:29:16 | 25 | materials beyond simply updates and fixes, including white |

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 74

| | | |
|---|---|---|
| 09:29:22 | 1 | papers, red papers, upgrade documentation and solutions.  Is |
| 09:29:27 | 2 | that correct so far? |
| 09:29:28 | 3 | A.    Correct. |
| 09:29:30 | 4 | Q.    And in at least one case that you recall, it was used |
| 09:29:37 | 5 | to download materials beyond updates and fixes; and that would |
| 09:29:40 | 6 | be solutions? |
| 09:29:42 | 7 | A.    Yes. |
| 09:29:43 | 8 | Q.    It was also used to download the other items that you |
| 09:29:49 | 9 | identified, white papers, red papers, upgrade documentation |
| 09:29:55 | 10 | and solutions, on a test basis, correct? |
| 09:29:59 | 11 | A.    From what I understand, yes. |
| 09:30:00 | 12 | Q.    And are you aware of any instances in which it was |
| 09:30:03 | 13 | used to download these other materials, white papers, red |
| 09:30:08 | 14 | papers, upgrade documentation, for a client? |
| 09:30:11 | 15 | A.    I'm not -- I'm not aware, for sure, that it -- it |
| 09:30:17 | 16 | actually got rolled into -- to actually use by our download |
| 09:30:21 | 17 | team. |

b1e1d09b-3509-4c1d-8a78-0d8a39676007

SHELLEY NELSON     December 6, 2007
HIGHLY CONFIDENTIAL

Page 241

8    I declare under penalty of perjury that the foregoing is
9    true and correct.

11   _____
12            SHELLEY NELSON

15   SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned
16   authority, by the witness, SHELLEY NELSON, on this the 5th
17   day of January, 2008.

19   _____
     NOTARY PUBLIC IN AND FOR
     THE STATE OF Texas

     NOTARY PUBLIC
     Richard A. Baur
     State of Texas
     My Commission Expires 08-29-2010

23   My Commission Expires: 8-29-2010