# EXHIBIT B-7

JOSH TESTONE      June 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

```
ORACLE CORPORATION, a           )
Delaware corporation, ORACLE    )
USA, INC., a Colorado           )
corporation, and ORACLE         )
INTERNATIONAL CORPORATION,      )
a California corporation,       )
                                )
          Plaintiffs,           )
                                )
VS.                             )   CASE NO. 07-CV-0658
                                )
SAP AG, a German corporation    )
SAP AMERICA, INC., a Delaware   )
corporation, TOMORROWNOW,       )
INC., a Texas corporation,      )
and DOES 1-50, inclusive,       )
                                )
          Defendants.           )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

ORAL/VIDEO DEPOSITION OF

JOSH TESTONE

JUNE 3, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL/VIDEO DEPOSITION OF JOSH TESTONE, produced as a witness at the instance of the Plaintiffs, was duly sworn, was taken in the above-styled and numbered cause on the JUNE 3, 2009, from 8:33 a.m. to 12:52 p.m., before Chris Carpenter, CSR, in and for the State of Texas, reported by machine shorthand, at the Rotunda

Merrill Legal Solutions
(800) 869-9132

82f6f64b-5b9d-47a8-baf1-11468955ef2a

| | | |
|---|---|---|
| 09:02 | 12 | Q. (By Ms. Hann) What would your understanding |
| 09:02 | 13 | be? |
| 09:02 | 14 | A. An environment, as defined locally inside |
| 09:02 | 15 | TomorrowNow, would be a database and other software |
| 09:02 | 16 | programs required to run an instance of that |
| 09:02 | 17 | environment. |

82f6f64b-5b9d-47a8-baf1-11468955ef2a

Page  Line

___ ___   Change:_____

Reason:_____

___ ___   Change:_____

Reason:_____

___ ___   Change:_____

Reason:_____

___ ___   Change:_____

Reason:_____

___ ___   Change:_____

Reason:_____

___ ___   Change:_____

Reason:_____

___ ___   Change:_____

Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

___X___ No changes have been made. I certify that the transcript is true and correct.

_____                    7/9/09
(signature)                                  (date)