# EXHIBIT C1
# FILED UNDER SEAL