# EXHIBIT G

Dockets.Justia.com

1  BINGHAM McCUTCHEN LLP
   CHRISTOPHER B. HOCKETT (SBN 121539)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
6  chris.hockett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway
   M/S 5op7
11 Redwood City, CA  94070
   Telephone:  (650) 506-4846
12 Facsimile:  (650) 506-7114
   dorian.daley@oracle.com
13 jennifer.gloss@oracle.com

14 Attorneys for Plaintiffs
   Oracle Corporation, Oracle USA, Inc.,
15 and Oracle International Corporation

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

20 ORACLE CORPORATION, a Delaware          Case No. 07-CV-1658 MJJ
   corporation, ORACLE USA, INC., a Colorado
21 corporation, and ORACLE INTERNATIONAL   **PLAINTIFF ORACLE USA, INC.'S**
   CORPORATION, a California corporation,   **SECOND SET OF**
22                                          **INTERROGATORIES TO**
                                            **DEFENDANT TOMORROWNOW,**
           Plaintiffs,                      **INC.**
23      v.

24 SAP AG, a German corporation, SAP
   AMERICA, INC., a Delaware corporation,
25 TOMORROWNOW, INC., a Texas corporation,
   and DOES 1-50, inclusive,               **CONTAINS INFORMATION**
26                                          **DESIGNATED CONFIDENTIAL**
           Defendants.                      **PURSUANT TO PROTECTIVE**
27                                          **ORDER**
   _____

28
                                                   07-CV-1658 MJJ

1   **INTERROGATORY NO. 12:**

2       For each Customer for whom SAP TN has created one or more local PeopleSoft

3   environments on SAP TN's systems from copies of that Customer's PeopleSoft software, as

4   testified by Shelley Nelson (Shelley Nelson Dep. at 13:24-17:11 (Oct. 30, 2007)), Identify the

5   Customer, Identify each product name and release copied to create the local environment, and

6   state the total number of local environments created for that customer.

7   **RESPONSE TO INTERROGATORY NO. 12:**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES TO TOMORROWNOW, INC.

1

2

DATED:  November 27, 2007          Bingham McCutchen LLP

3

4

5          By:_____

6                          Aaron Schur
                        Attorneys for Plaintiffs
7          Oracle International Corporation, Oracle USA, Inc.,
                        Oracle Corporation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6                                    07-CV-1658 MJJ

1                               <u>PROOF OF SERVICE</u>

2         I am over 18 years of age, not a party to this action and employed in the

3 County of San Francisco, California at Three Embarcadero Center, San Francisco, California

4 94111-4067.  I am readily familiar with the practice of this office for collection and processing

5 of correspondence by U.S. Mail and Electronic Mail, and they are deposited and/or sent that

6 same day in the ordinary course of business.

7         Today I served the following document:

8 **PLAINTIFF ORACLE USA, INC.'S SECOND SET OF**
**INTERROGATORIES TO DEFENDANT**
9 **TOMORROWNOW, INC.**

10     ☒    (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in
portable document format (PDF) listed below to the email address set forth below
11           on this date.

12     ☒    (BY MAIL) by causing a true and correct copy of the above to be placed in the
United States Mail at San Francisco, California in sealed envelope(s) with postage
13           prepaid, addressed as set forth below.  I am readily familiar with this law firm's
14           practice for collection and processing of correspondence for mailing with the
United States Postal Service.  Correspondence is deposited with the United States
15           Postal Service the same day it is left for collection and processing in the ordinary
course of business.
16

17     Robert A. Mittelstaedt, Esq.           Tharan Gregory Lanier, Esq.
Jones Day                             Jane L. Froyd, Esq.
18     555 California Street, 26th Floor       Jones Day
San Francisco, CA 94104            1755 Embarcadero Road
19     Tel: (415) 626.3939                Palo Alto, CA  94303
                                         Tel: (650) 739-3939
20     ramittelstaedt@JonesDay.com

21                                          tglanier@JonesDay.com
                                         jfroyd@JonesDay.com

22     Jason McDonell, Esq.
Jones Day
23     555 California Street, 26th Floor
San Francisco, CA 94104
24     Tel: (415) 875-5820

25     jmcdonell@jonesday.com

26

27

28

                                          7                           07-CV-1658 MJJ

1        I declare that I am employed in the office of a member of the bar of this court at

2  whose direction the service was made and that this declaration was executed on November 27,

3  2007, at San Francisco, California.

4                               *Rosaleen Doran*

                                         Rosaleen Doran

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

07-CV-1658 MJJ

PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES TO TOMORROWNOW, INC.