# EXHIBIT H

Dockets.Justia.com

1  Robert A. Mittelstaedt (SBN 060359)
   JONES DAY
2  San Francisco Office
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700
   ramittelstaedt@jonesday.com
5
   Tharan Gregory Lanier (SBN 138784)
6  Jane L. Froyd (SBN 220776)
   JONES DAY
7  Silicon Valley Office
   1755 Embarcadero Road
8  Palo Alto, CA 94303
   Telephone:    (650) 739-3939
9  Facsimile:    (650) 739-3900
   tglanier@jonesday.com
10 jfroyd@jonesday.com

11 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
12 JONES DAY
   717 Texas, Suite 3300
13 Houston, TX 77002
   Telephone:    (832) 239-3939
14 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
15 jlfuchs@jonesday.com

16 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
17 TOMORROWNOW, INC.

18                        UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20                              SAN FRANCISCO DIVISION

21 | ORACLE CORPORATION, et al., | Case No. 07-CV-1658 MJJ
22 | Plaintiffs, | **DEFENDANT TOMORROWNOW, INC.'S RESPONSE TO PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES**
23 | v. |
24 | SAP AG, et al., |
25 | Defendants. | **HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**INTERROGATORY NO. 12:**

For each Customer for whom SAP TN has created one or more local PeopleSoft environments on SAP TN's systems from copies of that Customer's PeopleSoft software, as testified by Shelley Nelson (Shelley Nelson Dep. at 13:24-17:11 (Oct. 30, 2007)), Identify the Customer, Identify each product name and release copied to create the local environment, and state the total number of local environments created for the customer.

**RESPONSE TO INTERROGATORY NO. 12:**

THIS RESPONSE IS DESIGNATED AS HIGHLY CONFIDENTIAL.

TomorrowNow objects that this interrogatory is compound, unduly burdensome and oppressive to the extent that it seeks a narrative answer with respect to Peoplesoft environments and each product name and release copied to each such environment. Subject to and without waiving the foregoing objections and the General Responses and Objections, TomorrowNow responds as follows: TomorrowNow has maintained approximately 183 Peoplesoft environments on behalf of approximately 122 different customers, which have variously included one or more of the CRM, EPM, FDM, SA, Portal, and HRMS products, with varying releases of each (including CRM - releases 8.4, 8.8 SP1, and 8.9; EPM- release 8.9; FDM - releases 7.52, 7.53, 8 SP3, 8.4, 8.4 SP1, 8.4 SP2, 8.8 SP1, and 8.9; SA – releases 7.6 and 8 SP1; Portal – releases 8.4 and 9.9; and HRMS - releases 7.02, 7.50, 7.51, 8, 8 SP1, 8.3, 8.3 SP1, 8.8 SP1, and 8.9). Additional information responsive to this interrogatory as to specific customers may be derived or ascertained from TomorrowNow's business records, including specifically TomorrowNow's E Portal .nsf file, produced at TN-OR 00169313, information contained at TN-OR 00169315, TomorrowNow's emails among development and support engineers and its databases of customer service information, including its SAS databases (which have been previously produced, in native format, at TN-OR 00009569), which have been or will be included in TomorrowNow's production of documents and on which TomorrowNow relies to further respond to this

1  interrogatory pursuant to Rule 33(d).

Dated: December 27, 2007                    JONES DAY

                                            By: _____
                                                Tharan Gregory Lanier

                                            Counsel for Defendants
                                            SAP AG, SAP AMERICA, INC., and
                                            TOMORROWNOW, INC.

                                            * signed by permission

## PROOF OF SERVICE

I, Michelle Delos Angeles, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1755 Embarcadero Road, Palo Alto, California 94303. On December 27, 2007, I served a copy of the attached document(s):

**DEFENDANT TOMORROWNOW, INC.'S RESPONSE TO PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES — HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Christopher B. Hockett
Geoffrey M. Howard
Zachary J. Alinder
Bree Hahn
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*chris.hockett@bingham.com*
*geoff.howard@bingham.com*
*zachary.alinder@bingham.com*
*bree.hahn@bingham.com*

Executed on December 27, 2007, at Palo Alto, California.

By: _____
Michelle Delos Angeles

HUI-92597v1

HIGHLY CONFIDENTIAL—TOMORROWNOW'S
RESPONSE TO INTERROGATORIES
Case No. 07-CV-1658 MJJ