# EXHIBIT K1

# FILED UNDER SEAL