# EXHIBIT L-1



**APPENDIX A,**
effective 21st February, 2006("Appendix"),
to
**TOMORROWNOW NEDERLAND B.V. ("TOMORROWNOW") SUPPORT SERVICES AGREEMENT,**
Effective 21st February, 2006 ("Agreement"), with

REDACTED ("Client")

1. This Appendix is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Appendix contradict or are inconsistent with the provisions of the Agreement, the provisions of this Appendix shall prevail and govern. The parties hereby agree as follows:

1. **Covered Products.**

    A. **Production System.**

| Production Database #_1_ ||
|---|---|
| IT System Physical Location: | The Netherlands |
| Support Team Location: | The Netherlands |
| Support Team Language(s): | English/Dutch |
| Database Platform: | oracle |
| Operating System: | Windows 2000 |
| System Access Option: | Remote Access to Client-Hosted System |
| Language Responsibility: | Client (All) |
| Country Localizations: | None |
| Interface Responsibility: | Client (All) |
| Tax & Regulatory Coverage: | The Netherlands |

   B. **Covered Products.** The Covered Products are the products listed in the table, limited to the database platform and operating system specified in section 1(A).

| Covered Product | Current Release and Patch Level | Possible Future Release(s) | Production Database Number | Tax & Regulatory Geographic Coverage |
|---|---|---|---|---|
| Peoplesoft HCM: Human resources, payroll interface, general ledger | 8.3 | None | 8.1.7.4.1 | The Netherlands |
| Peopelsoft finance: Asset management, billing, contracts, demand planning, expenses, eBill payment, eproductmanagement, flow production, general ledger, payables, projects, purchasing, quality, receivables, resource management, travel. | 8.4 | None | 8.1.7.4.1 | The Netherlands |
| Peoplesoft EPM : enterprise warehouse, ltd lic enterprise warehouse, budgeting, etl repository(erp products: billing, asset management, budgets, general ledger, payables, projects, purchasing, receivables) | 8.3 sp1 | None | 8.1.7.4.1 | The Netherlands |
| Peopletools 8.18 and 8.41 | | | | |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY          TN-OR 00007174