# EXHIBIT L-3

Dockets.Justia.com



## APPENDIX A,
### effective July 17, 2006 ("Appendix"),
### to
### TomorrowNow, Inc. ("TOMORROWNOW") Support services agreement,
### effective July 17, 2006 ("Agreement"), with
### REDACTED  ■"Client")

This Appendix is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Appendix contradict or are inconsistent with the provisions of the Agreement, the provisions of this Appendix shall prevail and govern. The parties hereby agree as follows:

1. <u>Covered Products</u>.

    A. Production System.

| Production Database # 1 ||
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | |
| Database Platform: | Oracle |
| Operating System: | Unix |
| System Access Option: | Remote Access to Client-Hosted System, and/or Access to Software Copies, and/or Access to Client Leased Site. |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |

    B. Covered Products. The Covered Products are the products listed in the table, limited to the database platform, operating system, hardware, and languages specified in section 1(A), with Tax and Regulatory Coverage as limited in the table below and as consistent with the standard product as delivered by PeopleSoft.

| Covered Product (PeopleSoft) | Current Release and Patch Level | Possible Future Release(s) | Production Database Number | Tax & Regulatory Geographic Coverage by Country |
|---|---|---|---|---|
| PeopleSoft Inventory | 8.0 SP1 | None | 1 | N/A |
| PeopleSoft Purchasing | 8.0 SP1 | None | 1 | N/A |

    C. Initial Support Period. The Initial Support Period for the Services is as set forth in this Section 1(C).

| Starting at one minute past midnight United States Central time on: | Ending at one minute before midnight United States time on: |
|---|---|
| August 1, 2006 | December 31, 2009 |

2. <u>Services</u>. Services provided pursuant to this Appendix shall include:

    A. Product Support. TomorrowNow will provide product diagnostic services, product fixes, and/or operational workarounds for Serious Issues (as defined herein) identified for the Covered Products.

        i. Support for Serious Issues. TomorrowNow will attempt to diagnose and create fixes and/or workarounds for Serious Issues. A "Serious Issue" is defined as a code defect that meets all of the following criteria: the code defect is (i) found by Client in the online or batch code of Covered Products in an un-customized PeopleSoft DEMO database or in un-customized updates and fixes provided to Client by PeopleSoft up

*TOMORROWNOW CONFIDENTIAL & SUBJECT TO NON-DISCLOSURE*

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                              TN-OR 00008137