# EXHIBIT L-6



## APPENDIX A,
### Effective January 22, 2007 ("Appendix"),
to
TomorrowNow, Inc. ("TOMORROWNOW") Support Services Agreement,
Effective January 22, 2007 ("Agreement"), with
REDACTED ("Client")

This Appendix is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Appendix contradict or are inconsistent with the provisions of the Agreement, the provisions of this Appendix shall prevail and govern. The parties hereby agree as follows:

1. **Covered Products.**

   A. **Production System.**

| Production Database #1 (HRMS) | |
|---|---|
| IT System Physical Location: | Canada |
| Support Team Location: | Canada |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | HP |
| Database Platform: | Oracle |
| Operating System: | HP Unix |
| System Access Option: | Remote Access to Client-Hosted System |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Vendor Maintenance End Date: | March 21, 2008 |

| Production Database #2 (FSCM) | |
|---|---|
| IT System Physical Location: | Canada |
| Support Team Location: | Canada |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | HP |
| Database Platform: | Oracle |
| Operating System: | HP Unix |
| System Access Option: | Remote Access to Client-Hosted System |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Vendor Maintenance End Date: | March 21, 2008 |

   B. **Covered Products.** The Covered Products are the products identified by Client and listed in the table below, limited to the database platform, operating system, hardware, and languages specified in section 1(A), with Tax and Regulatory Coverage as listed in the table below and as consistent with the standard product as delivered by PeopleSoft.

| Covered Product (PeopleSoft) | Current Release and Patch Level | Possible Future Release(s) | Production Database Number | Tax & Regulatory Geographic Coverage by Country | Vendor Maintenance End Date: |
|---|---|---|---|---|---|
| PeopleSoft Human Resources | 8.3 SP1 | 8.8, 8.9 | 1 | Canada | March 21, 2008 |
| PeopleSoft Payroll for North America | 8.3 SP1 | 8.8, 8.9 | 1 | Canada | March 21, 2008 |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY        TN-OR 02812885

**TOMORROW NOW**

| | | | | | |
|---|---|---|---|---|---|
| PeopleSoft Benefits Administration | 8.3 SP1 | 8.8, 8.9 | 1 | Canada | March 21, 2008 |
| PeopleSoft FSA Administration | 8.3 SP1 | 8.8, 8.9 | 1 | Canada | March 21, 2008 |
| PeopleSoft Time and Labor | 8.3 SP1 | 8.8, 8.9 | 1 | Canada | March 21, 2008 |
| PeopleSoft eCompensation | 8.3 SP1 | 8.8, 8.9 | 1 | Not Applicable | March 21, 2008 |
| PeopleSoft eCompensation Manager Desktop | 8.3 SP1 | 8.8, 8.9 | 1 | Not Applicable | March 21, 2008 |
| PeopleSoft eProfile | 8.3 SP1 | 8.8, 8.9 | 1 | Not Applicable | March 21, 2008 |
| PeopleSoft eProfile Manager Desktop | 8.3 SP1 | 8.8, 8.9 | 1 | Not Applicable | March 21, 2008 |
| PeopleSoft eDevelopment | 8.3 SP1 | 8.8, 8.9 | 1 | Not Applicable | March 21, 2008 |
| PeopleSoft eBenefits | 8.3 SP1 | 8.8, 8.9 | 1 | Not Applicable | March 21, 2008 |
| PeopleSoft ePay | 8.3 SP1 | 8.8, 8.9 | 1 | Not Applicable | March 21, 2008 |
| PeopleSoft General Ledger | 8.0 | 8.4, 8.8, 8.9 | 2 | Canada | March 21, 2008 |
| PeopleSoft Receivables | 8.0 | 8.4, 8.8, 8.9 | 2 | Canada | March 21, 2008 |
| PeopleSoft Asset Management | 8.0 | 8.4, 8.8, 8.9 | 2 | Canada | March 21, 2008 |
| PeopleSoft Projects | 8.0 | 8.4, 8.8, 8.9 | 2 | Not Applicable | March 21, 2008 |
| PeopleTools | 8.18.12 | | | | |

C. **Initial Support Period.** The Initial Support Period for the Services is as set forth in this Section 1(C).

| Starting at one minute past midnight United States Central time on: | Ending at one minute before midnight United States time on: |
|---|---|
| February 21, 2008 | March 20, 2009 |

D. **Verification of Products.** Client acknowledges and agrees that TomorrowNow will limit its Services to the products listed above in Section 1(B) of this Appendix and Client verifies that the products and maintenance end dates listed above in Section 1(B) and in any applicable Urgent Steps Memo are a complete and accurate listing of Covered Products and dates

2. **Services.**

Client acknowledges and agrees that TomorrowNow will provide consulting Services under this Agreement to Client under Client's license agreement with PeopleSoft (or Oracle as successor in interest) as a service provider working on Client's behalf and that TomorrowNow may make customizations, modifications, and recommendations for changes to the Covered Products on Client's behalf. Client hereby confirms that it has a current and valid license to each Covered Product identified above. Client agrees that it has reviewed its license(s), confidentiality agreements, terms of use, and other agreements with Vendor related to the Covered Products and has determined that the necessary license rights and permissions exist for TomorrowNow to perform its Services to Client in the manner described in the Agreement and this Appendix.
Services provided pursuant to this Appendix shall include:

    A. **Product Support.** TomorrowNow will provide product diagnostic services, product fixes, and/or operational workarounds for Serious Issues (as defined herein) identified for the Covered Products.

    i. **Support for Serious Issues.** TomorrowNow will attempt to diagnose and only create fixes and/or workarounds for Serious Issues. A "Serious Issue" is defined as a code defect that meets all of the following criteria: the code defect is (i) found by Client in the online or batch code of Covered Products in an un-customized PeopleSoft database or in un-customized updates and fixes provided to Client by PeopleSoft up through the date that Client terminates its Support Services Agreement with Oracle for Covered Products; (ii) comes to Client's attention during the Support Period; (iii) seriously impacts Client's ability to process; and (iv) causes the failure of a substantial feature or function of Covered Products.

    ii. **Use of Fixes and Updates.** Fixes and updates provided by TomorrowNow pursuant to this Agreement may only be used in the number of production databases listed Section 1(A) for each Covered Product. Client may use the provided fixes and updates in other databases as needed to test fixes and updates prior to moving the fixes and updates into production.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY      TN-OR 02812886