Oracle Corporation et al v. SAP AG et al Doc. 382 Att. 27

# EXHIBIT N

Dockets.Justia.com

Robert A. Mittelstaedt (SBN 060359)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

Case No. 07-CV-1658 MJJ

**DEFENDANT TOMORROWNOW, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF ORACLE'S 30(B)(6) AMENDED NOTICE OF DEPOSITION**

**TOPIC NO. 13:**

The manner in which Software and Support Materials, or any support product developed by You, derived by You, or otherwise obtained by You, is maintained, archived, indexed and transmitted to any Customer, including descriptions of hardware and software Used and where this hardware or software is physically located.

**RESPONSE TO TOPIC NO. 13:**

Subject to and without waiving the General Objections, TomorrowNow agrees to produce a witness on Topic 13.

**TOPIC NO. 14:**

The use, distribution, transmission or other communication of Software and Support Materials including without limitation (a) the use, distribution, transmission or other communication of Software and Support Materials within SAP TN or between SAP TN, SAP America, and/or SAP AG; (b) the use, distribution, transmission or other communication of Software and Support Materials into, within, or out of any database or storage device, method, or application; (c) the use, distribution, transmission or other communication of Software and Support Materials between You and Your Customers; (d) the hardware and software Used for any such use, distribution, transmission or other communication identified in this paragraph; and (e) any "separate systems," "firewalls," or other methods or devices that prevent the distribution, transmission or other communication of Oracle's Software and Support Materials from You to SAP AG and SAP America.

**RESPONSE TO TOPIC NO. 14:**

TomorrowNow objects that this Topic is vague, and that it is unduly burdensome and overbroad. Subject to and without waiving the foregoing objections and the General Objections, TomorrowNow agrees to produce a witness on Topic 14.

Dated: October 26, 2007

JONES DAY

By: ______________________
Tharan Gregory Lanier

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

**PROOF OF SERVICE**

I, Jane Louise Froyd, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1755 Embarcadero Road, Palo Alto, California 94303. On October 26, 2007, I served a copy of the attached document(s):

**DEFENDANT TOMORROWNOW, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF ORACLE'S 30(B)(6) AMENDED NOTICE OF DEPOSITION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Christopher B. Hockett
Geoffrey M. Howard
Zachary J. Alinder
Bree Hahn
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*chris.hockett@bingham.com*
*geoff.howard@bingham.com*
*zachary.alinder@bingham.com*
*bree.hahn@bingham.com*

Executed on October 26, 2007, at Palo Alto, California.

By: Jane Louise Froyd