| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104<br>Telephone:    (415) 626-3939 |
| 5 | Facsimile:    (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 10 | Telephone:    (650) 739-3939<br>Facsimile:    (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX 77002 |
| 15 | Telephone:    (832) 239-3939<br>Facsimile:    (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| 23 | Plaintiffs, | **[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFFS' MOTION TO AMEND COMPLAINT** |
| 24 | v. | |
| 25 | SAP AG, et al., | |
| 26 | Defendants. | |

SVI-70805v1

- 1 -

[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFFS' MOTION TO AMEND COMPLAINT
Case No. 07-CV-1658 PJH (EDL)

Dockets.Justia.com

1   Before this Court is Plaintiffs' July 15, 2009 Motion to Amend Complaint ("Motion") seeking leave to file a Fourth Amended Complaint to add four categories of proposed amendments: (1) amendments relating to Siebel software and certain post-litigation conduct, (2) amendments relating to the addition of seven copyright registrations for Oracle database technology, (3) amendments relating to the addition of two copyright registrations for PeopleSoft and J.D. Edwards "Database[s] of Documentary Support" ("Knowledge Management registrations") and (4) amendments relating to the addition of 20 historic PeopleSoft copyright registrations.

Having considered the Motion, and pursuant to Rule 16(b) and Rule 15(a) of the Federal Rules of Civil Procedure and paragraph five of the June 11, 2009 Revised Case Management and Pretrial Order,

IT IS HEREBY ORDERED THAT:

As to categories (2), (3) and (4) of the proposed amendments described above, the Court DENIES Plaintiffs' Motion pursuant to Rule 16(b) because Plaintiffs' lack of diligence in moving to amend fails to establish good cause to modify the scheduling order. Additionally, the Court DENIES Plaintiffs' Motion pursuant to Rule 15(a) because the Motion has been brought in bad faith, after undue delay, to the prejudice Defendants and the interests of justice.

As to category (1) of the proposed amendments described above, the Court GRANTS Plaintiffs' Motion.

**IT IS SO ORDERED.**

DATED: _____   By: _____
                                          Hon. Phyllis J. Hamilton
                                          United States District Court Judge

SVI-70805v1

- 1 -

[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFFS' MOTION TO AMEND COMPLAINT
Case No. 07-CV-1658 PJH (EDL)