Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> **[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

SVI-70805v1

- 1 -

[PROPOSED] ORDER DENYING IN PART AND GRANTING IN
PART PLAINTIFFS' MOTION TO AMEND COMPLAINT
Case No. 07-CV-1658 PJH (EDL)

Dockets.Justia.com

Before this Court is Plaintiffs' July 15, 2009 Motion to Amend Complaint ("Motion") seeking leave to file a Fourth Amended Complaint to add four categories of proposed amendments: (1) amendments relating to Siebel software and certain post-litigation conduct, (2) amendments relating to the addition of seven copyright registrations for Oracle database technology, (3) amendments relating to the addition of two copyright registrations for PeopleSoft and J.D. Edwards "Database[s] of Documentary Support" ("Knowledge Management registrations") and (4) amendments relating to the addition of 20 historic PeopleSoft copyright registrations.

Having considered the Motion, and pursuant to Rule 16(b) and Rule 15(a) of the Federal Rules of Civil Procedure and paragraph five of the June 11, 2009 Revised Case Management and Pretrial Order,

IT IS HEREBY ORDERED THAT:

As to categories (2), (3) and (4) of the proposed amendments described above, the Court DENIES Plaintiffs' Motion pursuant to Rule 16(b) because Plaintiffs' lack of diligence in moving to amend fails to establish good cause to modify the scheduling order. Additionally, the Court DENIES Plaintiffs' Motion pursuant to Rule 15(a) because the Motion has been brought in bad faith, after undue delay, to the prejudice Defendants and the interests of justice.

As to category (1) of the proposed amendments described above, the Court GRANTS Plaintiffs' Motion.

**IT IS SO ORDERED.**

DATED: _____   By: _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

SVI-70805v1

- 1 -

[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFFS' MOTION TO AMEND COMPLAINT
Case No. 07-CV-1658 PJH (EDL)