1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:    (650) 739-3939
10  Facsimile:    (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX  77002
    Telephone:    (832) 239-3939
15  Facsimile:    (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

19                  UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                   SAN FRANCISCO DIVISION

22  ORACLE USA, INC., *et al.*,              Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,                  **DEFENDANTS' ADMINISTRATIVE
                                             MOTION TO PERMIT
24          v.                               DEFENDANTS TO FILE UNDER
                                             SEAL PLAINTIFFS' DOCUMENTS
25  SAP AG, *et al.*,                        SUPPORTING DEFENDANTS'
                                             OPPOSITION TO PLAINTIFFS'
26              Defendants.                  MOTION TO AMEND**

27

28

1    Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle

2  International Corporation and Oracle EMEA Limited ("Plaintiffs") and Defendants SAP AG,

3  SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the

4  "Parties") request that the Court order the Clerk of the Court to file under seal, at Plaintiffs'

5  request, portions of Defendants' Opposition to Plaintiffs' Motion to Amend ("Opposition"),

6  portions of the Declaration of Joshua L. Fuchs in Support of Plaintiffs' Motion to Amend ("Fuchs

7  Declaration") and Exhibits C-1 and K-1 to the Fuchs Declaration, which Defendants lodged with

8  the Court on October 15, 2008.

9    The requested relief sought is necessary and narrowly tailored to protect the alleged

10 confidentiality of the content of Plaintiffs' documents put at issue by the Opposition.  This

11 request is supported by the Stipulation and Declaration of Tharan Gregory Lanier in support of

12 Defendants' Administrative Motion to File Under Seal attached.

13    Pursuant to Local Rule 79-5, a proposed order and stipulation accompanies this request to

14 file portions of the Opposition, portions of the Fuchs Declaration, and Exhibits C-1 and K-1 to the

15 Fuchs Declaration under seal.

16

17 DATED:  July 29, 2009                          JONES DAY

18

19                                              By:  /s/ Tharan Gregory Lanier
                                                   Tharan Gregory Lanier

20                                              Attorneys for Defendants
21                                              SAP AG, SAP AMERICA, INC., and
                                                TOMORROWNOW, INC.

22

23

24

25

26

27

28

- 2 -                          DEFENDANTS' ADMINISTRATIVE MOTION
                               TO FILE UNDER SEAL
                               Case No. 07-CV-1658 PJH (EDL)