Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:     (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209000)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>              Plaintiffs,<br><br>        v.<br><br>SAP AG, *et al.*,<br><br>              Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND** |

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)

1    Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle

2    International Corporation and Oracle EMEA Limited ("Plaintiffs") and Defendants SAP AG,

3    SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the

4    "Parties") jointly submit this Stipulation to Permit Defendants to File Under Seal Plaintiffs'

5    Documents Supporting Defendants' Opposition to Plaintiffs' Motion to Amend.

6    WHEREAS, Plaintiffs filed their Motion to Amend Complaint on July 15, 2009;

7    WHEREAS, Defendants filed their Opposition to Plaintiffs' Motion to Amend Complaint

8    ("Opposition") on July 29, 2009, along with the Declaration of Joshua L. Fuchs in Support of

9    Defendants' Opposition to Plaintiffs' Motion to Amend ("Fuchs Declaration") and supporting

10   exhibits;

11   WHEREAS, at Plaintiffs' request, Defendants have filed an Administrative Motion to

12   Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' Opposition

13   to Plaintiffs' Motion to Amend;

14   WHEREAS the requested relief is necessary and narrowly tailored to protect the alleged

15   confidentiality of the materials put at issue by the Opposition until such time as the Court makes a

16   final ruling as to confidentiality of the relevant subject matter.  Specifically, the following

17   documents and portions of documents contain information designated by Plaintiffs as

18   "Confidential Information":

19   - Exhibits C-1 and K-1 to the Fuchs Declaration;

20   - Paragraph 18 and portions of paragraph 41 of the Fuchs Declaration; and

21   - Portions of page 6, lines 26-28 and portions of page 18, line 26 of the Opposition.

22   NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their

23   respective counsel of record, that Defendant be permitted to move for permission to file under

24   seal (1) Exhibits C-1 and K-1 to the Fuchs Declaration, (2) paragraph 18 and portions of

25   paragraph 41 of the Fuchs Declaration and (3) portions of page 6, lines 26-28 and portions of

26   page 18, line 26 of the Opposition.  The Parties further agree that Defendants reserve their rights

27   to challenge the confidentiality of the information filed under seal pursuant to this Stipulation.

28   While the Parties agree that the Opposition may be publicly filed, the Parties also agree that the

1   filing shall not be construed as a waiver of any confidentiality designation or other protection

2   with respect to documents, transcripts or other information referred to in, or that serve as the basis

3   for, the allegations or arguments made in it.

4        **IT IS SO STIPULATED.**

5   DATED:  July 29, 2009            JONES DAY

6

7                        By:  /s/ Tharan Gregory Lanier

8                             Tharan Gregory Lanier

9                        Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and

10                       TOMORROWNOW, INC.

11       In accordance with General Order No. 45, Rule X, the above signatory attests that

12  concurrence in the filing of this document has been obtained from the signatory below.

13  DATED:  July 29, 2009            BINGHAM McCUTCHEN LLP

14

15                       By:  /s/ Geoffrey M. Howard

16                            Geoffrey M. Howard

17                       Attorneys for Plaintiffs
ORACLE USA, INC., ORACLE

18                       INTERNATIONAL CORPORATION, and
ORACLE EMEA LIMITED

19

20

21

22

23

24

25

26

27

28

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)