| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone: (650) 739-3939
10 Facsimile: (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone: (832) 239-3939
15 Facsimile: (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE USA, INC., et al., | | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | | **DECLARATION OF THARAN GREGORY LANIER ISO DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND** |
| v. | | |
| SAP AG, et al., | | |
| Defendants. | | |

DECLARATION OF THARAN GREGORY LANIER ISO
MOTION TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

I, THARAN GREGORY LANIER, declare:

1. I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case, I make this Declaration in support of Defendants' Administrative Motion to Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' Opposition to Plaintiffs' Motion to Amend.

3. Defendants' file this motion at Plaintiffs' request. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by Defendants' Opposition to Plaintiffs' Motion to Amend Complaint ("Opposition") until such time as Plaintiffs may submit a declaration in accordance with Civil Local Rule 79-5(d), and the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, the following documents and portions of documents filed and lodged with the Court contain information designated by Plaintiffs as "Confidential Information":

    a. Exhibits C-1 and K-1 to the Declaration of Joshua L. Fuchs in Support of Defendants' Opposition to Plaintiffs' Motion to Amend ("Fuchs Declaration");

    b. Paragraph 18 and portions of paragraph 41 of the Fuchs Declaration; and

    c. Portions of page 6, lines 26-28 and portions of page 18, line 26 of the Opposition.

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct.  Executed this 29th day of July, 2009 in Palo
3  Alto, California.

4  /s/ Tharan Gregory Lanier
   Tharan Gregory Lanier