1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:   (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:   (650) 739-3939
10 Facsimile:    (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX  77002
   Telephone:   (832) 239-3939
15 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19               UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21                   SAN FRANCISCO DIVISION

22  ORACLE USA, INC., *et al.*,                    Case No. 07-CV-1658 PJH (EDL)

23                 Plaintiffs,                     **[PROPOSED] ORDER GRANTING
                                                   DEFENDANTS' ADMINISTRATIVE
24        v.                                       MOTION TO PERMIT
                                                   DEFENDANTS TO FILE UNDER
25  SAP AG, *et al.*,                              SEAL PLAINTIFFS' DOCUMENTS
                                                   SUPPORTING DEFENDANTS'
26                 Defendants.                     OPPOSITION TO PLAINTIFFS'
                                                   MOTION TO AMEND**

27

28

1 Having considered Defendants' Administrative Motion to File Under Seal Plaintiffs' Documents Supporting Defendants' Opposition to Plaintiffs' Motion to Amend, supporting declaration of Tharan Gregory Lanier, Stipulation to Permit Defendants to File Under Seal, Defendants' Opposition to Plaintiffs' Motion to Amend Complaint, the Declaration of Joshua L. Fuchs in Support of Defendants' Opposition to Plaintiffs' Motion to Amend Complaint ("Fuchs Declaration") and Exhibits C-1 and K-1 to the Fuchs Declaration, that were lodged with the Court on July 29, 2009:

IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED. The Clerk of the Court shall file under seal the following documents and portions of documents:

- Exhibits C-1 and K-1 to the Fuchs Declaration;
- Paragraph 18 and portions of paragraph 41 of the Fuchs Declaration; and
- Portions of page 6, lines 26-28 and portions of page 18, line 26 of the Opposition.

DATED: _____    By: _____
                                              Hon. Phyllis J. Hamilton