| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104<br>Telephone:    (415) 626-3939 |
| 5 | Facsimile:     (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA  94303 |
| 10 | Telephone:    (650) 739-3939<br>Facsimile:     (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX 77002 |
| 15 | Telephone:    (832) 239-3939<br>Facsimile:     (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>SAP AG, et al.,<br><br>            Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**PROOF OF SERVICE** |

SVI-71109v1

PROOF OF SERVICE
Case No. 07-CV-1658 PJH (EDL)

Dockets.Justia.com

| | |
|---|---|
| 1 | I, Shirley Nakano-McSwain, declare: |
| 2 | I am a citizen of the United States and employed in Santa Clara County, California. I am |
| 3 | over the age of eighteen years and not a party to the within-entitled action. My business address |
| 4 | is 1755 Embarcadero Road, Palo Alto, California 94303. On July 30, 2009, I served a copy of the |
| 5 | attached document(s): |

**[UNREDACTED] DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

**[UNREDACTED] DECLARATION OF JOSHUA L. FUCHS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

[x] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

[x] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below on July 29, 2009.

Donn P. Pickett
Geoffrey M. Howard
Holly A. House
Zachary J. Alinder
Bree Hann
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

Executed on July 30, 2009, at Palo Alto, California.

By: _____
Shirley Nakano-McSwain