Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAP AG, et al.,<br><br>          Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**REQUEST AND [PROPOSED] ORDER AUTHORIZING VISUAL EQUIPMENT TO BE BROUGHT INTO COURT FOR USE AT HEARING**<br><br>Date: August 4, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

REQUEST AND [PROPOSED] ORDER AUTHORIZING VISUAL EQUIPMENT TO BE BROUGHT INTO
COURT FOR USE AT HEARING - CASE NO. 07-CV-1658 PJH (EDL)

The defendants hereby request that the Court enter an order permitting them to bring in visual equipment for purposes of displaying a technical presentation. Specifically, the defendants request that the Court permit them to bring a projector, and any necessary ancillary cables and/or wiring and/or other associated equipment needed to operate the projector for use in the courtroom during the hearing.

IT IS HEREBY ORDERED that defendant may bring into Court on August 4, 2009 a projector, and any necessary ancillary cables and/or wiring and/or other associated equipment needed to operate the projector.

Dated: August 4, 2009

JONES DAY

By: /s/
   Scott W. Cowan
   Attorneys for Defendants
   SAP AG, SAP AMERICA, INC. and
   TOMORROWNOW, INC.

**IT IS SO ORDERED.**

Dated: August __, 2009

The Honorable Elizabeth LaPorte
United States Magistrate Judge

SFI-584395v2