| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>San Francisco Office<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAP AG, et al.,<br><br>        Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**REQUEST AND [PROPOSED] ORDER AUTHORIZING VISUAL EQUIPMENT TO BE BROUGHT INTO COURT FOR USE AT HEARING**<br><br>Date: August 4, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

REQUEST AND [PROPOSED] ORDER AUTHORIZING VISUAL EQUIPMENT TO BE BROUGHT INTO COURT FOR USE AT HEARING - CASE NO. 07-CV-1658 PJH (EDL)

Dockets.Justia.com

1  The defendants hereby request that the Court enter an order permitting them to bring in visual equipment for purposes of displaying a technical presentation. Specifically, the defendants request that the Court permit them to bring a projector, and any necessary ancillary cables and/or wiring and/or other associated equipment needed to operate the projector for use in the courtroom during the hearing.

IT IS HEREBY ORDERED that defendant may bring into Court on August 4, 2009 a projector, and any necessary ancillary cables and/or wiring and/or other associated equipment needed to operate the projector.

Dated: August 4, 2009

JONES DAY

By: /s/
Scott W. Cowan
Attorneys for Defendants
SAP AG, SAP AMERICA, INC. and
TOMORROWNOW, INC.

**IT IS SO ORDERED.**

Dated: August 3, 2009

The Honorable Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

SFI-584395v2