BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp.,
and Oracle EMEA Ltd..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE EMEA LIMITED, an Irish private limited company,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.  07-CV-1658 PJH (EDL)<br><br>**REQUEST AND [PROPOSED] ORDER AUTHORIZING VISUAL EQUIPMENT TO BE BROUGHT IN TO COURT FOR USE AT HEARING**<br><br>Date:  August 4, 2009<br>Time:  2:00 p.m.<br>Place:  Courtroom E, 15th Floor<br>Judge:  Hon. Elizabeth D. Laporte |

Case No. 07-CV-1658 PJH (EDL)
REQUEST AND [PROPOSED] ORDER AUTHORIZING VISUAL EQUIPMENT TO BE BROUGHT IN THE COURT FOR USE AT HEARING

Dockets.Justia.com

1   Plaintiffs hereby request that the Court enter an order permitting them to bring in
2   visual equipment for purposes of displaying a technical presentation.  Specifically, Plaintiffs
3   request that the Court permit them to bring a projector, and any necessary ancillary cables and/or
4   wiring and/or other associated equipment needed to operate the projector for use in the
5   courtroom during the hearing.
6   IT IS HEREBY ORDERED that Plaintiffs may bring into Court on August 4,
7   2009 a projector, and any necessary ancillary cables and/or wiring and/or other associated
8   equipment needed to operate the projector.
9   DATED:  August 3, 2009
10  BINGHAM McCUTCHEN LLP
11
12
13  By:_____/s/ Geoffrey M. Howard_____
    Geoffrey M. Howard
14  Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle International
15  Corporation, and Oracle EMEA Limited
16
17  **IT IS SO ORDERED.**
18  DATED:  August __3__, 2009
19
    IT IS SO ORDERED
    Judge Elizabeth D. Laporte
20
21
22
23
24
25
26
27
28

1   Case No. 07-CV-01658 PJH (EDL)
REQUEST AND [PROPOSED] ORDER AUTHORIZING VISUAL EQUIPMENT TO BE BROUGHT IN THE COURT
FOR USE AT HEARING