| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
|   | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
|   | JONES DAY |
| 3 | 555 California Street, 26th Floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
|   | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
|   | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
|   | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
|   | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
|   | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
|    | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice)* |
|    | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
|    | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
|    | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
|    | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
|    | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | ORACLE USA, INC., *et al.,* | Case No. 07-CV-1658 PJH (EDL) |
| 23 | Plaintiffs, | **DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS AND REPLY IN SUPPORT OF MOTION TO COMPEL** |
| 24 | v. | |
| 25 | SAP AG, *et al.*, | |
| 26 | Defendants. | |

## I. INTRODUCTION

Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, Defendants) respectfully request that the Court order the Clerk of the Court to file the following documents under seal:

1. Portions of Defendants' Motion for Sanctions Reply containing quotes or other material from documents identified herein that have been designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";

2. A portion of the Reply Declaration of Stephen K. Clarke in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f);

3. Portions of Defendants' Motion to Compel Reply containing quotes or other material from documents identified herein that have been designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";

4. Exhibit 8 to the Reply Declaration of Jason McDonell in Support of Defendants' Motion to Compel Production of Financial Information of Plaintiffs; and,

5. Portions of the Reply Declaration of Stephen K. Clarke in Support of Defendants' Motion to Compel Production of Financial Information from Plaintiffs.

Unredacted versions of these documents were lodged with the Court on August 4, 2009. This request is made pursuant to Civil Local Rules 7-11 and 79-5 and the Protective Order signed by Judge Martin Jenkins on June 6, 2007. This request is supported by the Parties' Stipulation Regarding Defendants' Administrative Motion to Seal ("Stipulation"), filed concurrently with this Motion.

## II. ARGUMENT

Defendants request that the above listed documents, discussed in the attached Declaration of Jason McDonell ("McDonell Declaration") be filed under seal. Good cause exists for filing them under seal because they contain content that was designated by Plaintiffs as either "Highly

Confidential Information - Attorneys' Eyes Only," or "Confidential Information," pursuant to the Stipulated Protective Order.  Defendants' request is narrowly tailored, as required by Local Rule 79-5(a), and seeks to protect only those documents that contain information so designated.

This request is supported by the accompanying Declaration of Jason McDonell in Support of Defendants' Administrative Motion to File Under Seal and the parties' Stipulation.

### III.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order the filing of the documents listed in detail in the attached declaration under seal.  Pursuant to Local Rule 79-5, a Proposed Order is submitted with this Motion.

DATED:  August 4, 2009                    JONES DAY

By:  /s/ Jason McDonell
     Jason McDonell

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

SFI-616138v1