1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:  (650) 739-3939
10 Facsimile:  (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice)*
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:  (832) 239-3939
15 Facsimile:  (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

22 ORACLE USA, INC., *et al.*,        Case No. 07-CV-1658 PJH (EDL)

23           Plaintiffs,               **DECLARATION OF JASON
                                       MCDONELL ISO DEFENDANTS'**
24      v.                             **ADMINISTRATIVE MOTION TO
                                       PERMIT DEFENDANTS TO FILE**
25 SAP AG, *et al.*,                   **UNDER SEAL DOCUMENTS ISO
                                       DEFENDANTS' REPLY ISO**
26           Defendants.               **MOTION FOR SANCTIONS AND
                                       REPLY ISO MOTION TO COMPEL**
27

28

McDONELL DECL. ISO DEFS'
ADMIN. MOTION TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

I, JASON McDONELL, declare:

I am an attorney with the law firm of Jones Day and counsel for Defendants in the above-captioned matter. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. I make this declaration in support of Defendant's Administrative Motion to Permit Defendants to File Under Seal the following documents:

   A. Portions of Defendants' Motion for Sanctions Reply containing quotes or other material from documents identified herein that have been designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";

   B. A portion of the Reply Declaration of Stephen K. Clarke in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f);

   C. Portions of Defendants' Motion to Compel Reply containing quotes or other material from documents identified herein that have been designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";

   D. Exhibit 8 to the Reply Declaration of Jason McDonell in Support of Defendants' Motion to Compel Production of Financial Information of Plaintiffs; and,

   E. Portions of the Reply Declaration of Stephen K. Clarke in Support of Defendants' Motion to Compel Production of Financial Information from Plaintiffs.

2. Sealing of the documents identified above is requested because each of these documents contains information designated by Plaintiffs as Confidential or Highly Confidential – Attorneys Eyes' Only under the protective order entered into in this case. Defendants have narrowly tailored this request by redacting only a limited number of lines or paragraphs of documents and only the precise text that describes or discloses designated information.

- 2 -

1
2
3
4       I declare under penalty of perjury under the laws of the United States and the State of
5   California that the foregoing is true and correct.
6       Executed this 4th day of August, 2009 in San Francisco, California.
7
8   DATED: August 4, 2009                JONES DAY
9
10                                          By: /s/ Jason McDonell
                                                  Jason McDonell
11
12                                          Attorneys for Defendants
                                        SAP AG, SAP AMERICA, INC., and
                                        TOMORROWNOW, INC.
13
14
15  SFI-616140v1
16
17
18
19
20
21
22
23
24
25
26
27
28