| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International<br>Corporation, and Oracle EMEA Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAP AG, *et al.*,<br><br>    Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION TO PERMIT DEFENDANTS TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS AND REPLY IN SUPPORT OF MOTION TO COMPEL** |

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)

Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc. Oracle International Corporation, and Oracle EMEA Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the "Parties") jointly submit this Stipulation to permit Defendants to file under seal documents supporting Defendants' Reply in Support of Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f) ("Motion for Sanctions Reply") and Defendants' Reply in Support of Motion to Compel Production of Financial Information of Plaintiffs ("Motion to Compel Reply").

WHEREAS, the requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Defendants' Motion for Sanctions Reply and Motion to Compel Reply until such time as the Court makes a final ruling as to confidentiality of the relevant subject matter. Whereas, with limited exceptions, requested relief similar to that here was previously ordered by this Court (D.I. 367) or is pending (D.I. 378). Specifically, the following materials constitute documents that contain information designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only" pursuant to the Protective Order entered on June 6, 2007 in this action:

1. Portions of Defendants' Motion for Sanctions Reply containing quotes or other material from documents identified herein that have been designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";

2. A portion of the Reply Declaration of Stephen K. Clarke in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f);

3. Portions of Defendants' Motion to Compel Reply containing quotes or other material from documents identified herein that have been designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";

4. Exhibit 8 to the Reply Declaration of Jason McDonell in Support of Defendants' Motion to Compel Production of Financial Information of Plaintiffs.

5. Portions of the Reply Declaration of Stephen K. Clarke in Support of Defendants' Motion to Compel Production of Financial Information from Plaintiffs.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Defendant be permitted to file under seal their documents supporting Defendants' Motion for Sanctions Reply and Motion to Compel Reply.  The Parties further agree that Plaintiffs reserve their rights to challenge the confidentiality of the information filed under seal pursuant to this Stipulation.

DATED:  August 4, 2009					JONES DAY


							By:  /s/ Jason McDonell
							       Jason McDonell

							Attorneys for Defendants
							SAP AG, SAP AMERICA, INC., and
							TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED:  August 4, 2009					BINGHAM McCUTCHEN LLP


							By:  /s/ Zachary Alinder
							       Zachary Alinder

							Attorneys for Plaintiffs
							ORACLE USA, INC., ORACLE
							INTERNATIONAL CORPORATION, and,
							ORACLE EMEA LIMITED

SFI-616115v2