1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:   (650) 739-3939
10 Facsimile:   (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:   (832) 239-3939
15 Facsimile:   (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                      SAN FRANCISCO DIVISION

22 ORACLE CORPORATION, et al.,        Case No. 07-CV-1658 PJH

23             Plaintiffs,            **REPY DECLARATION OF JASON McDONELL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FINANCIAL INFORMATION OF PLAINTIFFS**
         v.
24
   SAP AG, et al.,
25
               Defendants.            **EX. 8 REDACTED**
26
                                      Date:  August 18, 2009
27                                    Time:  2:00 p.m.
                                      Courtroom:  E, 15th Floor
28                                    Judge:  Hon. Elizabeth D. Laporte

SFI-616032v1
                                                    REDACTED REPLY McDONELL DECL. ISO OF MOT.
                                                    TO COMPEL
                                                    Case No. 07-CV-1658 PJH

1    I, JASON McDONELL, declare:

2    I am partner with the law firm of Jones Day and counsel for defendants in the above-
3    captioned matter. I make this declaration based on personal knowledge and, if called upon to do
4    so, could testify competently thereto.

5    1.    Attached hereto as **Exhibit 1** is a true copy of an August 4, 2009 email from Holly
6    House to me.

7    2.    Attached hereto as **Exhibit 2** is a true copy of excerpts from Defendants' Motion
8    to Compel No. 1 letter brief to Judge Legge.

9    3.    Attached hereto as **Exhibit 3** is a true copy of excerpts from Oracle's Opposition
10   to Defendants' Motion to Compel No. 1 letter brief to Judge Legge

11   4.    Attached hereto as **Exhibit 4** is a true copy of excerpts from my October 9, 2008
12   letter to Zachary Alinder.

13   5.    Attached hereto as **Exhibit 5** is a true copy of the cover page and page 66 from a
14   transcript of the October 10, 2008 Discovery Conference.

15   6.    Attached hereto as **Exhibit 6** is a true copy of the cover page and pages 56-58
16   from a transcript of the January 8, 2009 Discovery Conference.

17   7.    Attached hereto as **Exhibit 7** is a true copy of a January 13, 2009 email from
18   Zachary Alinder.

19   8.    Attached hereto as **Exhibit 8** is a true copy of Plaintiffs' Second Supplemental
20   Responses and Objections to Defendants' "Second" and "Third" Targeted Search Requests.

21   9.    Attached hereto as **Exhibit 9** is a true copy of the cover page and page 166 from
22   the transcript of the deposition of Ms. Kishore.

23   I declare under penalty of perjury under the laws of the United States and the State of
24   California that the foregoing is true and correct.

25   Executed this 4th day of August 2009 in San Francisco, California.

26

27                                                /S/ Jason McDonell
                                                  Jason McDonell
28

SFI-616032v1

REDACTED REPLY McDONELL DECL. ISO OF MOT.
TO COMPEL
Case No. 07-CV-1658 PJH