# EXHIBIT B

Dockets.Justia.com

```
BINGHAM McCUTCHEN LLP
CHRISTOPHER B. HOCKETT (SBN 121539)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile:  (415) 393-2286
chris.hockett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-01658 (MJJ)<br><br>**NOTICE OF DEPOSITION OF TOMORROWNOW, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)**<br><br>Contains information designated Confidential pursuant to Protective Order |

Case No. 07-CV-01658 (MJJ)

NOTICE OF DEPOSITION OF TOMORROWNOW, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)
CONTAINS INFORMATION DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

A/72326874.3

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that plaintiff Oracle Corporation ("Oracle"), through its counsel, shall conduct the deposition of defendant TomorrowNow, Inc. ("You" or "SAP TN") regarding the topics of examination set forth below. The deposition will be taken at the law office of Jones Day, 717 Texas, Suite 3300, Houston, Texas, 77002-2712, and will commence at 9:00 a.m. on January 22, 2008, continuing day to day, Sundays and holidays excepted, until completed. SAP TN is directed, pursuant to Federal Rule of Civil Procedure 30(b)(6), to designate one or more officers, directors, managing agents, or other persons who can testify on behalf of SAP TN with respect to the matters set forth below.

The examination shall be conducted before an officer or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure. The testimony at the deposition will be recorded stenographically by a qualified certified shorthand reporter who is authorized to administer the oath, through instant visual display means (Live Note), and by video. Parties wishing to see the real time display must supply their own computer. Oracle reserves the right to use the written transcript or video as evidence in the trial of this matter.

## DEFINITIONS

For purposes of this Notice of Deposition, the following definitions shall apply, unless otherwise indicated:

1. "Customer" refers to Your current and former customers and clients, including, without limitation, all customers listed or described on Your website.

2. "Customer Local Environment" means a copy of a PSFT or JDE branded software release obtained from a Customer or other source which is or was at any time maintained locally by TomorrowNow (as discussed by Mark Kreutz and Shelley Nelson at their depositions on October 29, October 30, and December 6, 2007).

3. "Distribute" or "Distribution" means to make available to a Customer, another third party, or to another party to this action, through any means.

1                                                                        Case No. 07-CV-1658 (MJJ)
NOTICE OF DEPOSITION OF TOMORROWNOW, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)
CONTAINS INFORMATION DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

A/72326874.3

4. "Download" or "Downloading" means any duplication, copying, transfer, or replication, in whole or in part, of any file, document, data, or other information from an outside source connected through the internet to a computer, server, or network that is part of another Person's computer infrastructure or subject to that Person's control.

5. "Employee(s)" means past and present officers, executives, directors, employees, attorneys, agents, representatives, and other Persons acting or purporting to act on behalf of the entity to which the term refers.

6. "Facilities" means any building or part of any building, structure, or real property owned, rented, leased, or controlled by You and used in any way to provide or to assist in providing software support services, including without limitation offices, call centers, Downloading facilities, training facilities, data or other storage facilities, or other places where Your Employees work.

7. "Master Library", also referred to as a master folder, means any manner or means of storing Software and Support Materials obtained using the credentials of more than one Customer to Download them from Oracle's systems, in a pooled fashion that does not separate them into separate, client specific folders (as discussed by Mark Kreutz in his deposition on October 29, 2007).

8. "Oracle" means plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation, their predecessors, and their successors.

9. "Person(s)" means, without limitation, any individual or entity.

10. "SAP America" means defendant SAP America, Inc., its predecessors, successors, employees, directors, managers, consultants, agents, and any other Person acting on its behalf.

11. "SAP AG" means defendant SAP AG, its predecessors, successors, employees, directors, managers, consultants, agents, and any other Person acting on its behalf.

2   Case No. 07-CV-1658 (MJJ)
NOTICE OF DEPOSITION OF TOMORROWNOW, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)
CONTAINS INFORMATION DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

A/72326874.3

1  12. "SAP TN," "You," and/or "Yours" means defendant TomorrowNow, Inc., its predecessors, successors, employees, directors, managers, consultants, agents, and any other Person acting on its behalf.

13. "Software and Support Materials" means, without limitation, all program updates, software updates, bug fixes, patches, custom solutions, and instructional materials, created or owned by Oracle, or derived from, copied from, or based on any such materials, including by SAP AG, SAP America, or SAP TN, across the entire family of PeopleSoft and JD Edwards branded products.

14. To "Use" means to maintain, manage, store, or otherwise interact with.

## SCOPE OF TESTIMONY

Unless otherwise stated, the time period covered by this Notice of Deposition shall be from January 1, 2004 to and including the date of the examination.

1. Your creation and Use of Customer Local Environments, including without limitation:

   a. Your acquisition of Oracle's PSFT and JDE Software from Customers or any other source;

   b. The manner and method by which Customer Local Environments were created, stored and Used by You;

   c. The identity of all PSFT and JDE Customers for whom You created any type of Customer Local Environment;

   d. The total number of Customer Local Environments created for each identified Customer;

   e. The name, release, and version of all PSFT or JDE branded Software obtained and/or copied to create each identified Customer Local Environment;

   f. The identity and description of all Customer Local Environments maintained in any way by You relating to Customers for whom You had ceased to provide support services;

3                                                          Case No. 07-CV-1658 (MJJ)
NOTICE OF DEPOSITION OF TOMORROWNOW, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)
CONTAINS INFORMATION DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

A/72326874.3

g. The identity and description of all Customer Local Environments Used by You in any way to support any Customer other than the one that provided the Software Used to create the Customer Local Environment;

h. The "off-boarding" process relating to Customer Local Environments for Customers who leave SAP TN support, including without limitation: 1) whether copies of any Customer Local Environments are destroyed or deleted; 2) the manner and method for creating any back-up of the Customer Local Environment; and 3) the storage of any created back-up for any Customer Local Environment;

i. Any instances in which a backed-up Customer Local Environment was restored, including without limitation any instance in which a back-up of a Customer Local Environment was restored for a Customer that left SAP TN support but later returned;

j. A description of all methods and means You Used with any Customer Local Environment to support any Customer other than the one that provided the Software Used to create that Customer Local Environment;

k. All ways in which You supported any Customer using a Customer Local Environment created with Software obtained from a different Customer, including without limitation the name, description, date created, date delivered, exact recipients, and identities of all involved SAP TN personnel and, of any Support Material created, developed, or modified for one Customer using a Customer Local Environment created with Software from a different Customer;

l. The process by which Customer Local Environments were Used as part of the ordinary course of business for SAP TN, including without limitation to on-boarding of new Customers; support of Customer cases, issues, and problems; reactive and proactive development of bug fixes, updates, patches, explanations, or regulatory changes for Customers; research into and design of those changes; troubleshooting for Customers; and testing of other operating system levels;

4

Case No. 07-CV-1658 (MJJ)

NOTICE OF DEPOSITION OF TOMORROWNOW, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)
CONTAINS INFORMATION DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

A/72326874.3

     m. Any instance in which the existence and Use of Customer Local Environments was communicated to anyone at SAP AG or SAP America, including during the negotiation of the acquisition by SAP AG or SAP America of SAP TN.

     n. Any instance in which anyone from SAP AG or SAP America was given or had access to any Customer Local Environment or any Support Material created using such Customer Local Environment; and

     o. All policies, and communications with Customers, relating to the creation and Use of Customer Local Environments.

2. The creation and Use of the Master Library in which Downloads of Customers Kountz Wagner or Praxair were stored, and any similar or equivalent Master Library for any PSFT Customers, including without limitation:

     a. The process by which the Master Library was created;

     b. The process by which it was Used;

     c. How and where the Master Library was stored;

     d. Any possible back-up of the Master Library after Customer-specific folders were created, including the AA Cleanup folder and possible local storage;

     e. The process by which Downloads in the Master Library were identified; and

     f. The process by which Downloads from the pooled Master Library were split and copied into Customer-specific folders, including without limitation documents related to the splitting process and identification of the SAP TN team members who were involved in the splitting process.

     g. The creation and Use of Information Station.

3. The source code that is "exploded" on the AS/400, as described by Mark Kreutz at his deposition on October 30, 2007, including without limitation:

     a. The movement of Downloaded items from Customer libraries to the AS/400;

     b. The manner, method, and purpose of "exploding" Downloaded items;

     c. The purpose of creating a list of objects resulting from the explosion process to

5     Case No. 07-CV-1658 (MJJ)
NOTICE OF DEPOSITION OF TOMORROWNOW, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)
CONTAINS INFORMATION DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

A/72326874.3

|   |   |   |
|---|---|---|
| 1 |   | bring back to the Customer's Download libraries and indexing with Information |
| 2 |   | Station; |
| 3 | d. | The Use for any purpose of the exploded files on AS/400; |
| 4 | e. | Any instances in which any source code on the AS/400 was Used in any way by |
| 5 |   | SAP TN; |
| 6 | f. | How source code on the AS/400 is identified by Customer, if at all. |

DATED: December 20, 2007

By: _____
Zachary J. Alinder
**BINGHAM MCCUTCHEN LLP**
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
zachary.alinder@bingham.com
Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

6     Case No. 07-CV-1658 (MJJ)

NOTICE OF DEPOSITION OF TOMORROWNOW, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)
CONTAINS INFORMATION DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

A/72326874.3

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2  I am over 18 years of age, not a party to this action and employed in the
3  County of San Francisco, California at Three Embarcadero Center, San Francisco, California
4  94111-4067. My email address is cindy.short@bingham.com. I am readily familiar with the
5  practice of this office for collection and processing of correspondence by U.S. Mail and
6  Electronic Mail, and they are deposited and/or sent that same day in the ordinary course of
7  business.

8  Today I served the following documents:

9  **NOTICE OF DEPOSITION OF TOMORROWNOW, INC.
10  PURSUANT TO FED. R. CIV. P. 30(b)(6)**

11  ☒   (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in
12       portable document format (PDF) listed below to the email address set forth below on this date.

13  ☒   (BY MAIL) by causing a true and correct copy of the above to be placed in the
14       United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's
15       practice for collection and processing of correspondence for mailing with the
             United States Postal Service. Correspondence is deposited with the United States
16       Postal Service the same day it is left for collection and processing in the ordinary
17       course of business.

18

19  Robert A. Mittelstaedt, Esq.           Tharan Gregory Lanier, Esq.
    Jones Day                              Jane L. Froyd, Esq.
20  555 California Street                  Jones Day
    26th Floor                             1755 Embarcadero Road
21  San Francisco, CA 94104                Palo Alto, CA 94303

22  ramittelstaedt@JonesDay.com            tglanier@JonesDay.com
                                           jfroyd@JonesDay.com
23

24  I declare that I am employed in the office of a member of the bar of this court at
25  whose direction the service was made and that this declaration was executed on December 20,
26  2007, at San Francisco, California.

                                            _____
27                                          Cynthia Short
                                            Case No. 07-CV-01658 (MJJ)
28

---