# EXHIBIT C

Dockets.Justia.com

# BINGHAM

Geoffrey M. Howard
Direct Phone: 415.393.2485
Direct Fax:    415.393.2286
geoff.howard@bingham.com

March 7, 2008

**Via Electronic Mail**

Jason McDonell
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Re:   **Oracle Corporation, et al. v. SAP AG, et al.**

Dear Jason:

I write to follow up on my email from yesterday and to further meet and confer with respect to SAP TN's cancellation of the deposition of Shelley Nelson, scheduled for March 11, 2008. Although we accept your representation that you first became aware yesterday of the reasons that led you to cancel the deposition, we are not satisfied with the explanation that you have provided for that cancellation. A further explanation is particularly appropriate given that Defendants have repeatedly stated, and witnesses have repeatedly testified, that Ms. Nelson is the person most knowledgeable on the 30(b)(6) topics for which she was designated (Topics 1(a), 1(b), 1(g), 1(j), 1(k), 1(l), 1(m), 1(n), 1(o), 2(a), 2(b), 2(c), 2(d), and 2(e)).

Accordingly, please provide a more detailed explanation for why Ms. Nelson's testimony cannot go forward as scheduled. Although you have indicated that you must be careful not to violate the attorney-client privilege and the work product protection, subject to those concerns, we believe you should be able to provide some additional detail that will enable us to understand and evaluate this sudden change in circumstances. In addition, please confirm that whatever reasons preclude Ms. Nelson from appearing apply to Ms. Nelson's previously anticipated testimony on each of the topics for which she has been designated.

Sincerely yours,

Geoff Howard /CLR

cc:   Donn Pickett
      Holly House
      Scott Cowan

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com