# EXHIBIT F

Pages 1 - 23

United States District Court

Northern District of California

Before The Honorable Elizabeth D. Laporte

| | |
|---|---|
| Oracle Corporation, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. C07-1658 PJH (EDL) |
| ) | |
| SAP AG, et al., ) | |
| ) | |
| Defendant. ) | |

San Francisco, California
Wednesday, May 27, 2009

Reporter's Transcript Of Proceedings

Appearances:

For Plaintiff:      Bingham McCutchen
                    Three Embarcadero Center
                    San Francisco, California   94111
              By:   Anthony Falzone, Esquire
                    Zachary Alinder, Esquire

For Defendant:      Jones Day
                    555 California Street, 26th Floor
                    San Francisco, California   94104
              By:   Elaine Wallace, Esquire
                    Greg Lanier, Esquire
                    Jane Froyd, Esquire

Reported By:        Sahar McVickar, RPR, CSR No. 12963
                    Official Reporter, U.S. District Court
                    For the Northern District of California

(Computerized Transcription By Eclipse)

*Sahar McVickar, C.S.R. No. 12963, RPR*
*Official Court Reporter, U.S. District Court*
*(415) 626-6060*

1    MS. WALLACE: Well, maybe I can address that, Your
2    Honor.
3         I think it may well turn out to be that all we need
4    Oracle to do is for each derivative work identify each prior
5    version on which it's based, identify the modules and the
6    module level, which modules from each prior version were
7    incorporated, and, if necessary, if an entire module was not
8    incorporated, at the feature or function level.
9         I don't think we are going to need to go to,
10   certainly not in all instances, and probably not even in most
11   instances, lines of code. I think where we may get to lines of
12   code is that Oracle has focused a lot of its discovery, so far
13   in the case, on not alleged copying of entire works, but
14   alleged copying of individual objects or fixes or features, and
15   appears to be hinging its damages theory on that.
16        We may, at some point, get to the point where what
17   we're talking about are experts comparing lines of code, but we
18   are certainly not there yet. We are looking for a starting
19   point, the starting point being tell us which preexisting works
20   each version is based on, tell us which modules, which
21   features, which enhancements you included in the derivative
22   work. And then, if we need to get to lines of code, we can
23   address that at that point, but we are certainly not asking for
24   that now.
25        THE COURT: Could that be done -- I mean, what's the

Sahar McVickar, C.S.R. No. 12963, RPR
Official Court Reporter, U.S. District Court
(415) 626-6060

## CERTIFICATE OF REPORTER

I, Sahar McVickar, Official Court Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing. The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

/s/ Sahar McVickar
_____

Sahar McVickar, RPR, CSR No. 12963

Wednesday, May 27, 2009