# EXHIBIT G

# JONES DAY

717 TEXAS • SUITE 3300 • HOUSTON, TEXAS  77002-2712

TELEPHONE: (832) 239-3939 • FACSIMILE: (832) 239-3600

Direct Number:  (832) 239-3813
cdscobie@jonesday.com

July 31, 2009

*Via E-mail to geoff.howard@bingham.com*

Mr. Geoffrey M. Howard
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA  94111-4067

Re:  Case No. 07-CV-1658; *Oracle Corporation, et al., v. SAP AG et al.*
U. S. District Court, Northern District of California, San Francisco Division

Dear Mr. Howard:

Defendants have discovered the inadvertent production of 56 privileged documents from TN custodians.  Defendants request, pursuant to paragraph 15 of the Stipulated Protective Order, that Plaintiffs promptly return or destroy all copies, electronic or otherwise, of the following documents, except the original production disk for disaster recovery purposes.[1]

The document at issue is listed in the chart below.

| Beginning Bates No. | Ending Bates No. |
|---|---|
| TN-OR00014030 | TN-OR00014031 |
| TN-OR00051785 | TN-OR00051786 |
| TN-OR00071038 | TN-OR00071038 |
| TN-OR00071039 | TN-OR00071062 |
| TN-OR00031807 | TN-OR00031807 |
| TN-OR00031809 | TN-OR00031810 |
| TN-OR00049893 | TN-OR00049894 |
| TN-OR00049895 | TN-OR00049897 |
| TN-OR00901966 | TN-OR00901966 |
| TN-OR00901967 | TN-OR00901990 |
| TN-OR01030272 | TN-OR01030273 |
| TN-OR01049534 | TN-OR01049534 |
| TN-OR01049535 | TN-OR01049558 |
| TN-OR01057022 | TN-OR01057023 |

---

[1] Per Judge Laporte's August 29, 2008 Order ("[U]nder the existing protective order and the parties' agreement regarding disaster recovery, the party from whom documents are clawed back shall not retain a copy of the documents (except one for disaster recovery purposes) and shall not subsequently read or take notes about the clawed back documents.")

HUI-116448v1

Mr. Geoffrey M. Howard
July 31, 2009
Page 2

| Beginning Bates No. | Ending Bates No. |
|---|---|
| TN-OR01057070 | TN-OR01057070 |
| TN-OR01057071 | TN-OR01057094 |
| TN-OR01042057 | TN-OR01042057 |
| TN-OR01042058 | TN-OR01042081 |
| TN-OR01042196 | TN-OR01042197 |
| TN-OR01083984 | TN-OR01083985 |
| TN-OR01083608 | TN-OR01083610 |
| TN-OR01084037 | TN-OR01084038 |
| TN-OR01084039 | TN-OR01084062 |
| TN-OR01151092 | TN-OR01151092 |
| TN-OR01151093 | TN-OR01151116 |
| TN-OR01164728 | TN-OR01164729 |
| TN-OR01564726 | TN-OR01564726 |
| TN-OR01564727 | TN-OR01564750 |
| TN-OR01564751 | TN-OR01564752 |
| TN-OR02766619 | TN-OR02766642 |
| TN-OR02124110 | TN-OR02124111 |
| TN-OR01819638 | TN-OR01819661 |
| TN-OR02170769 | TN-OR02170769 |
| TN-OR02170770 | TN-OR02170793 |
| TN-OR05659197 | TN-OR05659198 |
| TN-OR06490726 | TN-OR06490726 |
| TN-OR06490727 | TN-OR06490750 |
| TN-OR06490756 | TN-OR06490756 |
| TN-OR00078539 | TN-OR00078540 |
| TN-OR00093687 | TN-OR00093687 |
| TN-OR00873637 | TN-OR00873638 |
| TN-OR00873639 | TN-OR00873667 |
| TN-OR00889058 | TN-OR00889058 |
| TN-OR00889059 | TN-OR00889087 |
| TN-OR00889089 | TN-OR00889119 |
| TN-OR01564687 | TN-OR01564687 |
| TN-OR01564688 | TN-OR01564716 |
| TN-OR03555405 | TN-OR03555436 |
| TN-OR02943519 | TN-OR02943549 |
| TN-OR03561266 | TN-OR03561297 |
| TN-OR02124041 | TN-OR02124071 |
| TN-OR05639023 | TN-OR05639024 |

HUI-116448v1

JONES DAY

Mr. Geoffrey M. Howard
July 31, 2009
Page 3

| Beginning Bates No. | Ending Bates No. |
|---|---|
| TN-OR05639025 | TN-OR05639053 |
| TN-OR05663657 | TN-OR05663658 |
| TN-OR05672435 | TN-OR05672466 |
| TN-OR05672468 | TN-OR05672498 |

In addition, and as will be reflected in Defendants' next privilege log, Defendants have removed the privilege designation on portions of the following four documents:

| Beginning Bates Number | Ending Bates Number |
|---|---|
| TN-OR02766618 | TN-OR02766618 |
| TN-OR01820071 | TN-OR01820072 |
| TN-OR01819626 | TN-OR01819627 |
| TN-OR01819637 | TN-OR01819637 |

Due to the size of this clawback, Defendants will not provide temporary PDF copies of these documents by email. However, we will promptly provide replacement .tif images and a load file for these documents.

Please let us know if you have any questions.

Regards,
/s/
Courtney D. Scobie

HUI-116448v1

JONES DAY

Mr. Geoffrey M. Howard
July 31, 2009
Page 4

cc:     *Via E-mail*
      Donn Pickett – Bingham McCutchen, LLP – donn.pickett@bingham.com
      Holly House – Bingham McCutchen, LLP – holly.house@bingham.com
      Zachary J. Alinder – Bingham McCutchen, LLP – zachary.alinder@bingham.com
      Bree Hann – Bingham McCutchen, LLP – bree.hann@bingham.com
      Chad Russell- Bingham McCutchen, LLP – chad.russell@bingham.com

      *Via E-mail*
      Greg Lanier – Jones Day Silicon Valley – tglanier@jonesday.com
      Scott W. Cowan – Jones Day Houston – swcowan@jonesday.com
      Jason McDonell - Jones Day San Francisco – jmcdonell@jonesday.com
      Elaine Wallace – Jones Day San Francisco – ewallace@jonesday.com
      Jane Froyd – Jones Day Silicon Valley – jfroyd@jonesday.com
      Josh Fuchs – Jones Day Houston – jlfuchs@jonesday.com
      Jacqueline K. S. Lee – Jones Day Silicon Valley – jkslee@jonesday.com

HUI-116448v1