Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:     (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **[CORRECTED] EXHIBIT L-2 TO THE DECLARATION OF JOSHUA L. FUCHS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT** |
| v. | |
| SAP AG, et al., | |
| Defendants. | Date:      August 19, 2009 |
| | Time:      9:00 a.m. |
| | Courtroom: 5, 17th Floor |
| | Judge:     Hon. Phyllis J. Hamilton |

# EXHIBIT L-2

REDACTED

2vic 10400650



### APPENDIX A,
### effective June 8, 2007 ("Appendix"),
### to
### TomorrowNow, Inc. ("TOMORROWNOW") Support services agreement,
### effective June 8, 2007 ("Agreement"), with
### REDACTED ("Client")

This Appendix is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Appendix contradict or are inconsistent with the provisions of the Agreement, the provisions of this Appendix shall prevail and govern. The parties hereby agree as follows:

1. **Covered Products**.

    A. **Production System.**

| Production Database #1 (HCM) | |
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | IBM |
| Database Platform: | Oracle/SQL Server |
| Operating System: | AIX/Windows |
| System Access Option: | Access to Software Copies, and/or Remote Access to Client-Hosted System |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Production Database #2 (FMD) | |
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | IBM |
| Database Platform: | Oracle |
| Operating System: | AIX |
| System Access Option: | Access to Software Copies, and/or Remote Access to Client-Hosted System |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |

    B. **Covered Products.** The Covered Products are the products listed in the table, limited to the database platform, operating system, hardware, and languages specified in section 1(A), with Tax and Regulatory Coverage as listed in the table below and as consistent with the standard product as delivered by PeopleSoft.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                    TN-OR 00007580

**REDACTED**

**TOMORROW NOW**

| Covered Product (PeopleSoft) | Current Release and Patch Level | Possible Future Release(s) | Production Database Number | Tax & Regulatory Geographic Coverage by Country |
|---|---|---|---|---|
| PeopleSoft Human Resources | 8.3 SP1 | 8.8 SP1, 8.9 MP1 | 1 | United States |
| PeopleSoft Payroll for North America | 8.3 SP1 | 8.8 SP1, 8.9 MP1 | 1 | United States |
| PeopleSoft Time and Labor | 8.3 SP1 | 8.8 SP1, 8.9 MP1 | 1 | United States |
| PeopleSoft General Ledger | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | United States |
| PeopleSoft Receivables | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Payables | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | United States |
| PeopleSoft Asset Management | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | United States |
| PeopleSoft Project Costing | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Order Management | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Billing | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Purchasing | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Inventory | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Production Planning | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Bills and Routings | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Production Planning - Advanced | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Enterprise Planning | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Production Management | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft Cost Management | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 2 | N/A |
| PeopleSoft PeopleTools | 8.x | None | 1 and 2 | N/A |

**C.    Initial Support Period.** The Initial Support Period for the Services is as set forth in this Section 1(C).

| Starting at one minute past midnight United States Central time on: | Ending at one minute before midnight United States time on: |
|---|---|
| June 15, 2007 | June 14, 2012 |

**2.    Services.** Services provided pursuant to this Appendix shall include:

**A.    Product Support.** TomorrowNow will provide product diagnostic services, product fixes, and/or operational workarounds for Serious Issues (as defined herein) identified for the Covered Products.

**i.    Support for Serious Issues.** TomorrowNow will only attempt to diagnose and create fixes and/or workarounds for Serious Issues. A "**Serious Issue**" is defined as a code defect that meets all of the following criteria: the code defect is (i) found by Client in the online or batch code of Covered Products in an un-customized PeopleSoft DEMO database or in un-customized updates and fixes provided to Client by PeopleSoft up through the date that Client terminates its Support Services Agreement with Oracle for Covered Products; (ii) comes to Client's attention during the Support Period; (iii)

---

[1] TomorrowNow will make available to Client support for the 9.x release if and when such support is made generally available for other clients on the same release and service pack and for which Client has taken delivery of Covered Products prior to the end of maintenance with Oracle.

*TOMORROWNOW CONFIDENTIAL & SUBJECT TO NON-DISCLOSURE*

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY     TN-OR 00007581

ƷѴӀ૮ 𝒍𝒐𝟒𝟎𝟎𝟎𝑺𝟏

TOMORROW NOW

**APPENDIX B**
**effective June 8, 2007 ("Appendix"),**
**to**
**TomorrowNow, Inc. ("TOMORROWNOW") Support services agreement,**
**effective June 8, 2007 ("Agreement"), with**
REDACTED **("Client")**

This Appendix is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Appendix contradict or are inconsistent with the provisions of the Agreement, the provisions of this Appendix shall prevail and govern. The parties hereby agree as follows:

1.  **Covered Products.**

    A.  **Production System.**

| Production Database #3 (CRM) | |
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | IBM |
| Database Platform: | Oracle |
| Operating System: | AIX |
| System Access Option: | Access to Software Copies, and/or Remote Access to Client-Hosted System |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |

    B.  **Covered Products.** The Covered Products are the products listed in the table, limited to the database platform, operating system, hardware, and languages specified in section 1(A), with Tax and Regulatory Coverage as listed in the table below and as consistent with the standard product as delivered by PeopleSoft.

| Covered Product (PeopleSoft) | Current Release and Patch Level | Possible Future Release(s) | Production Database Number | Tax & Regulatory Geographic Coverage by Country |
|---|---|---|---|---|
| PeopleSoft CRM Support | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 3 | N/A |
| PeopleSoft CRM CTI Integration | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 3 | N/A |
| PeopleSoft CRM Interaction Management | 8.4 SP1 | 8.8 SP1, 8.9 MP1 | 3 | N/A |
| PeopleSoft PeopleTools | 8.x | None | 3 | N/A |

    C.  **Initial Support Period.** The Initial Support Period for the Services is as set forth in this Section 1(C).

---

[2] TomorrowNow will make available to Client support for the 9.x release if and when such support is made generally available for other clients on the same release and service pack and for which Client has taken delivery of Covered Products prior to the end of maintenance with Oracle.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY     TN-OR 00007585