Oracle Corporation et al v. SAP AG et al | Doc. 412
Case 3:07-cv-01658-PJH Document 347 Filed 08/12/09 Page 1 of 3
Case4:07-cv-01658-PJH Document 412 Filed 08/28/09 Page 1 of 3

1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOWARD (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA 94111-4067
5  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
11 Telephone: (650) 506-4846
   Facsimile: (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corporation, and
15 Oracle EMEA Limited

16                      UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18                           SAN FRANCISCO DIVISION

19
   ORACLE USA, INC., *et al.*,                CASE NO. 07-CV-01658 PJH (EDL)
20
           Plaintiffs,                        **[PROPOSED]** ORDER GRANTING
21                                            PLAINTIFFS' ADMINISTRATIVE
       v.                                     MOTION TO FILE UNDER SEAL
22                                            DOCUMENTS SUPPORTING
   SAP AG, *et al.*,                          PLAINTIFFS' OPPOSITIONS TO
23                                            DEFENDANTS' MOTIONS FOR
           Defendants.                        SANCTIONS AND TO COMPEL
24
                                              Date: August 18, 2009
25                                            Time: 2:00 pm
                                              Place: Courtroom E, 15th Floor
26                                            Judge: Hon. Elizabeth D. Laporte
27
28
                                                    Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
UNDER SEAL DOCUMENTS SUPPORTING PLAINTIFFS' OPPOSITIONS TO DEFENDANTS'
                  MOTIONS FOR SANCTIONS AND TO COMPEL

1      Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle International
2 Corporation, and Oracle EMEA Limited (collectively, "Oracle," and with Defendants, the
3 "Parties") Administrative Request to File Under Seal Documents and Declarations Supporting
4 Plaintiffs' Opposition to Defendants' Motion for Sanctions and Plaintiff's Opposition to
5 Defendants' Motion to Compel Financial Information (the "Request to Seal").
6      Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to
7 permit sealing of court documents for, *inter alia,* the protection of "a trade secret or other
8 confidential research, development, or commercial information." Fed. R. Civ. Proc. 26(c). In
9 particular, when the request for sealing concerns discovery documents attached to a non-
10 dispositive motion, a showing of good cause to seal the documents is sufficient to justify
11 protection under Rule 26(c). *See* Navarro v. *Eskanos & Adler,* Case No. C-06 02231
12 WHA(EDL), 2007 U.S. Dist. LEXIS 24864 at *7 (March 22,2007) (citing *Kamakana v.*
13 *Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006).
14      In compliance with this Court's Standing Order for Cases Involving Sealed or
15 Confidential Documents, Rule 26(c) and Civil Local Rule 79-5, Oracle has filed the Declaration
16 of Jennifer Gloss (the "Gloss Declaration") in support of Plaintiffs' Motion to Seal on July 28,
17 2009. Through the Gloss Declaration, Oracle provides evidence of good cause sufficient for this
18 Court to permit filing the requested exhibits under seal. The Gloss Declaration establishes both
19 that Oracle has considered and treated the information contained in the subject documents as
20 confidential, commercially sensitive and proprietary, and that public disclosure of such
21 information would create a risk of significant competitive injury and particularized harm and
22 prejudice to Oracle. *See Phillips v. General Motors Corp.* 307 F. 3d 1206, 1211 (9th Cir. 2006).
23 The Gloss Declaration also establishes that the request for sealing has been narrowly tailored.
24      Having considered Plaintiffs' Request to Seal and the documents and exhibits
25 filed in support, including the Gloss Declaration and the Stipulation of the Parties to Permit
26 Plaintiffs to File Documents Under Seal, and GOOD CAUSE having been shown:
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
UNDER SEAL DOCUMENTS SUPPORTING PLAINTIFFS' OPPOSITIONS TO DEFENDANTS'
MOTIONS FOR SANCTIONS AND TO COMPEL

IT IS HEREBY ORDERED THAT: Plaintiffs' Request to Seal is GRANTED. The Clerk of the Court shall file under seal the unredacted versions of the following documents that have been lodged with the Court: (1) portions of the Opposition to Sanctions Motion; (2) the testimony identified as Exhibits G through J of the House Sanctions Declaration; (3) portions of the Motion to Compel Opposition; (4) portions of the House Motion to Compel Declaration; (5) the document identified as Exhibit F of the House Motion to Compel Declaration; (6) portions of the Guner Declaration; (7) portions of San Juan Declaration; and (8) portions of the Meyer Declaration.

IT IS SO ORDERED

DATED: August 12, 2009

Hon. Elizabeth D. Laporte
United States Judge Elizabeth D. Laporte

*IT IS SO ORDERED — United States District Court, Northern District of California*

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUPPORTING PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SANCTIONS AND TO COMPEL