| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOWARD (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 11 | Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114 |
| 12 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corporation, and<br>Oracle EMEA Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAP AG, *et al.*,<br><br>    Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS AND REPLY IN SUPPORT OF MOTION TO COMPEL** |

Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT
DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' REPLY IN
SUPPORT OF MOTION FOR SANCTIONS AND REPLY IN SUPPORT OF MOTION TO COMPEL

Dockets.Justia.com

1  Pending before this Court is SAP AG, SAP America, Inc., and TomorrowNow,
2  Inc.'s (collectively, "Defendants") Administrative Motion to Permit Defendants to File Under
3  Seal Documents Supporting Defendants' Reply in Support of Motion for Sanctions and Reply in
4  Support of Motion to Compel ("Motion to Seal"). Through their Motion to Seal, Defendants
5  together with Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA
6  Limited (collectively, "Oracle," and with Defendants, the "Parties"), request an Order sealing (1)
7  Portions of Defendants' Reply in Support of Motion for Sanctions Pursuant to Fed. R. Civ. P.
8  37(c) and 16(f) ("Motion for Sanctions Reply"); (2) Portions of the Reply Declaration of Stephen
9  K. Clarke in Support of Defendants' Motion for Sanctions Reply; (3) Portions of Defendants'
10 Reply in Support of Motion to Compel Production of Financial Information ("Motion to Compel
11 Reply"); (4) Portions of the Declaration of Stephen K. Clarke in Support of Defendants' Motion
12 to Compel Reply; and (5) Exhibit 8 to the Declaration of Jason McDonell in Support of
13 Defendants' Motion to Compel Reply ("McDonell Declaration").
14  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to
15 permit sealing of court documents for, *inter alia,* the protection of "a trade secret or other
16 confidential research, development, or commercial information." Fed. R. Civ. Proc. 26(c). In
17 particular, when the request for sealing concerns discovery documents attached to a non-
18 dispositive motion, a showing of good cause to seal the documents is sufficient to justify
19 protection under Rule 26(c). *See Navarro v. Eskanos & Adler,* Case No. C-06 02231
20 WHA(EDL), 2007 U.S. Dist. LEXIS 24864 at *7 (March 22,2007) (citing *Kamakana v.*
21 *Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006)).
22  In compliance with this Court's Standing Order for Cases Involving Sealed or
23 Confidential Documents, Rule 26(c) and Civil Local Rule 79-5, Oracle has filed the Declaration
24 of Zachary Alinder (the "Alinder Declaration") in support of Defendants' Motion to Seal on
25 August 11, 2009. Through the Alinder Declaration, Oracle provides evidence of good cause
26 sufficient for this Court to permit filing the requested exhibits under seal. The Alinder
27 Declaration establishes both that Oracle has considered and treated the information contained in
28 the subject documents as confidential, commercially sensitive and proprietary, and that public

disclosure of such information would create a risk of significant competitive injury and particularized harm and prejudice to Oracle. *See Phillips v. General Motors Corp.* 307 F. 3d 1206, 1211 (9th Cir. 2006). The Alinder Declaration also establishes that the request for sealing has been narrowly tailored.

        Having considered Defendants' Motion to Seal and the documents and exhibits filed in support, including the Alinder Declaration and the Stipulation of the Parties to Permit Defendants to File Plaintiffs' Documents Under Seal, and GOOD CAUSE having been shown:

        IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the unredacted versions of the following documents that have been lodged with the Court:

1. Defendants' Sanctions Reply Brief: Portions of page 12, containing materials designated by Oracle as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only."

2. Declaration of Stephen K. Clarke in Support of Defendants' Motion for Sanctions Reply: Portions of pages 2 (including ¶8), 3 and 7, containing materials designated by Oracle as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only."

3. Defendants' Motion to Compel Reply: Portions of pages 3-5, 7, 9, 12, and 14-15 of Defendants' Motion to Compel Reply, containing materials designated by Oracle as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only."

4. Declaration of Stephen K. Clarke in Support of Defendants' Motion to Compel Reply: Portions of pages 3 and 5-7, containing materials designated by Oracle as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only."

5. Ex. 8 to the McDonell Declaration: Exhibit 8 contains portions of Oracle's Supplemental Responses and Objections to Defendants' Second and Third Targeted Search Requests, containing materials designated by Oracle as

3    Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS AND REPLY IN SUPPORT OF MOTION TO COMPEL

1  "Confidential Information" or "Highly Confidential Information - Attorneys'
2  Eyes Only."
3  IT IS SO ORDERED

4
5  DATED: __August 12__, 2009     _____
6                                  Hon. Elizabeth D. Laporte
                                    United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS AND REPLY IN SUPPORT OF MOTION TO COMPEL