**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION

        Plaintiff(s),                No. 07-01658 PJH (EDL)

  v.                                      CLERK'S NOTICE

SAP AG

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's motion for sanctions and motion to compel previously scheduled for 2:00 p.m. has been advanced to **10:45 a.m.** on Tuesday, August 18, 2009 before the Honorable Elizabeth D. Laporte, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California .

Dated: August 17, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Frank Justiliano
     Courtroom Deputy