UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION

           Plaintiff(s),                          No. 07-01658 PJH (EDL)

    v.                                   CLERK'S NOTICE

SAP AG

           Defendant(s).

_____/

      TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further discovery conference scheduled for 2:00 p.m. on Tuesday,

August 25, 2009 before the Honorable Elizabeth D. Laporte, Courtroom E, 15th Floor, 450 Golden Gate

Avenue, San Francisco, California  has been **advanced to 11:30 a.m.** on the same day.

Dated:  August 17, 2009

                            FOR THE COURT,
                            Richard W. Wieking, Clerk

                         by:   _____
                                Frank Justiliano
                                Courtroom Deputy

United States District Court

For the Northern District of California