Dockets.Justia.com

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:     (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>SAP AG, et al.,<br><br>              Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**REQUEST AND [PROPOSED] ORDER AUTHORIZING OVERSIZED DEMONSTRATIVE TO BE BROUGHT INTO COURT FOR USE AT HEARING**<br><br>Date:     August 18, 2009<br>Time:     10:45 a.m.<br>Place:    Courtroom E, 15th Floor<br>Judge:    Hon. Elizabeth D. Laporte |

1  The Defendants hereby request that the Court enter an order permitting them to bring in an
2  oversized demonstrative to use during argument. Specifically, the defendants request that the
3  Court permit them to bring a poster-sized chart and an easel to display it on in the courtroom.
4  IT IS HEREBY ORDERED that Defendants may bring into Court on August 18, 2009 an
5  oversized demonstrative and an easel.

Dated: August 17, 2009

JONES DAY

By: /s/
　　Jason McDonell
　　Attorneys for Defendants
　　SAP AG, SAP AMERICA, INC. and
　　TOMORROWNOW, INC.

**IT IS SO ORDERED.**

Dated: August _____, 2009

_____
The Honorable Elizabeth LaPorte
United States Magistrate Judge

SFI-584395v3