| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | San Francisco Office |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:      (415) 626-3939 |
| 5 | Facsimile:      (415) 875-5700 |
| | ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com |
| | ewallace@jonesday.com |
| 7 | |
| | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776) |
| | JONES DAY |
| 9 | Silicon Valley Office |
| | 1755 Embarcadero Road |
| 10 | Palo Alto, CA  94303 |
| | Telephone:      (650) 739-3939 |
| 11 | Facsimile:      (650) 739-3900 |
| | tglanier@jonesday.com |
| 12 | jfroyd@jonesday.com |
| 13 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 14 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 15 | Houston, TX  77002 |
| | Telephone:      (832) 239-3939 |
| 16 | Facsimile:      (832) 239-3600 |
| | swcowan@jonesday.com |
| 17 | jlfuchs@jonesday.com |
| 18 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 19 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORACLE CORPORATION, et al., | | Case No. 07-CV-1658 PJH (EDL) |
| | Plaintiffs, | **REQUEST AND [PROPOSED] ORDER AUTHORIZING OVERSIZED DEMONSTRATIVE TO BE BROUGHT INTO COURT FOR USE AT HEARING** |
| v. | | |
| SAP AG, et al., | | |
| | Defendants. | Date:    August 18, 2009 |
| | | Time:    10:45 a.m. |
| | | Place:   Courtroom E, 15th Floor |
| | | Judge:   Hon. Elizabeth D. Laporte |

REQUEST AND [PROPOSED] ORDER AUTHORIZING OVERSIZED DEMONSTRATIVE TO BE
BROUGHT INTO COURT FOR USE AT HEARING - CASE NO. 07-CV-1658 PJH (EDL)

1   The Defendants hereby request that the Court enter an order permitting them to bring in an
2   oversized demonstrative to use during argument.  Specifically, the defendants request that the
3   Court permit them to bring a poster-sized chart and an easel to display it on in the courtroom.
4   IT IS HEREBY ORDERED that Defendants may bring into Court on August 18, 2009 an
5   oversized demonstrative and an easel.

7   Dated: August 17, 2009                                JONES DAY

8                                                        By: /s/
                                                         Jason McDonell
9                                                        Attorneys for Defendants
10                                                       SAP AG, SAP AMERICA, INC. and
                                                         TOMORROWNOW, INC.

13            IT IS SO ORDERED.

15   Dated: August ___18___, 2009
                                                         _____
16                                                       The Honorable Elizabeth D. Laporte
                                                         United States Magistrate Judge

18   SFI-584395v3

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*