**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: August 4, 2009

Case No:  **C- 07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG, et al**

Attorneys:    Pltf:   Geoffrey M. Howard, Holly House, John Pulito, Zach Alinder
              Deft:  Scott W. Cowan, Jacqueline Lee Heather Fugitt

Deputy Clerk:  Lili M. Harrell          Court Reporter: Debra Pas
                                        (Time: 1 hour 17 min)

**PROCEEDINGS:**                                    **RULING:**

1. Plaintiff's Motion to Compel Production of Documents          Held
   Related to Damages Model and Interrogatory
   Responses Related to Plaintiffs' Intellectual Property

2.

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**

Notes:

cc:

Dockets.Justia.com