**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: August 18, 2009

Case No:  **C- 07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG, et al**

Attorneys:    Pltf:  Zach Alinder, Holly House, Geoffrey M. Howard, Nitin Jindal
              Deft: Jason McDonell, Elaine Wallace, Patrick Delahunty

Deputy Clerk:  Lili M. Harrell          Court Reporter: Margo Gurule
                                        (Time: 1 hour 30 min)

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Defendants' Motions<br>    - for Sanctions<br>    - to Compel Production of Financial Information from Plaintiffs | Submitted |

2.

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

Notes:

cc: