## In the United States District Court
## for the Northern District of California
## Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: August 25, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG, et al**

Attorneys: Pltf: Geoff Howard, Zach Alinder, Bree Hann, Jennifer Gloss
Deft: Scott Cowan, Elaine Wallace, Daniel Dobrygowski

Deputy Clerk: Lili M. Harrell    FTR: 11:44am - 12:29pm
(Time: 45 min)

**PROCEEDINGS:**                                **RULING:**

1. Further Discovery Conference                  Held

2.

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

Notes:

cc: