1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:   (650) 739-3939
10 Facsimile:   (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:   (832) 239-3939
15 Facsimile:   (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                        UNITED STATES DISTRICT COURT

20                      NORTHERN DISTRICT OF CALIFORNIA

21                             SAN FRANCISCO DIVISION

| | |
|---|---|
| 22  ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| 23             Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM** |
| 24       v. | |
| 25  SAP AG, et al., | |
| 26             Defendants. | |
| 27 | Date: October 28, 2009; Time: 9:00 a.m.<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |
| 28 | |

1 | Having considered Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim ("Motion for Partial Summary Judgment"), supporting declaration of Tharan Gregory Lanier, and exhibits attached thereto, which were lodged with the Court on August 26, 2009:

IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED. Summary judgment is proper when the pleadings, discovery and affidavits show that there is "no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). The undisputed facts in this case show that Plaintiffs and Defendants would not have agreed to a hypothetical license but for the alleged infringement. The Court therefore grants partial summary judgment that Plaintiffs are not entitled to pursue actual damages in the form of a hypothetical license.

**IT IS SO ORDERED.**

DATED: _____   By: _____
Hon. Phyllis J. Hamilton
United States District Court Judge