# EXHIBIT B
# [REDACTED]

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>       vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07-CV-1658 (PJH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

VIDEOTAPED DEPOSITION OF

CHARLES PHILLIPS

_____

FRIDAY, APRIL 17, 2009


HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY


REPORTED BY:   HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-418649)

CHARLES PHILLIPS          April 17, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 57

```
10:28:02    11      competitive language is normal.
10:28:05    12              MR. LANIER:  Q.  The next story is titled,
10:28:09    13      "Why Oracle Loves a Fight."  It's down toward the
10:28:12    14      bottom of the first page.  And the -- I'm not sure
10:28:16    15      of the journalistic term, maybe the tagline, I don't
10:28:19    16      know, says:
10:28:20    17              In the middle of the battle with rival
10:28:22    18          SAP for retail-software specialist Retek,
10:28:25    19          President Charles Phillips admits, quote, "we
10:28:29    20          always need an enemy," close quote.
10:28:31    21              Do you see that?
10:28:32    22          A.  Yes.
10:28:32    23          Q.  Did you say that, "we always need an
10:28:34    24      enemy"?
10:28:34    25          A.  Probably did.
```

CHARLES PHILLIPS           April 17, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 58

```
10:28:35    1           Q.  Did you say it in reference to SAP?
10:28:37    2           A.  I said it -- I'm assuming it was a
10:28:42    3   reference to SAP.
10:28:43    4           Q.  Why does Oracle always need an enemy?
10:28:50    5           A.  It was a reference to, having a focused
10:29:01    6   competitor gets the competitive juices flowing.
10:29:06    7           Q.  On the second page of this same exhibit, so
10:29:09    8   it's page -113, about 40 percent down the page,
10:29:15    9   there's a question and answer.
10:29:17   10               "Question:  SAP certainly -- has
10:29:21   11       certainly become enemy number one for Oracle.
10:29:23   12               "Answer:  Yeah, well, we always need an
10:29:25   13       enemy."
10:29:26   14           Do you see that?
10:29:28   15           A.  Yeah.
10:29:29   16           Q.  Do you recall that specific dialogue?
10:29:34   17           A.  Well, now that I see it here.  I mean, I
10:29:36   18   wouldn't have 2 minutes ago, but yes.
```

| | | |
|---|---|---|
| 11:27:07 | 3 | MR. LANIER:  Q.  So Mr. Phillips, this |
| 11:27:08 | 4 | email says it's from Charles Phillips to Charles |
| 11:27:14 | 5 | Phillips, and it's dated April 25, 2006. |
| 11:27:18 | 6 | I'm going to ask you about the first |
| 11:27:19 | 7 | paragraph.  Look at as much of this as you want to. |
| 11:27:22 | 8 | My first question is going to be, do you remember |
| 11:27:24 | 9 | it; and the second question is going to be, why did |
| 11:27:26 | 10 | you write it to yourself, if you remember? |
| 11:27:28 | 11 | A.  I do remember it.  This is a broad |
| 11:27:33 | 12 | organizational announcement, and was sent out on my |
| 11:27:37 | 13 | behalf to a distribution list, and I'm on the |
| 11:27:40 | 14 | distribution list. |
| 11:27:41 | 15 | Q.  Okay.  Do you recall the distribution list? |
| 11:27:46 | 16 | A.  I don't, yeah, remember exactly.  Probably |
| 11:27:49 | 17 | the Global Sales. |
| 11:27:52 | 18 | Q.  Okay.  The first -- so your assistant or |
| 11:27:56 | 19 | somebody sent this for you, so that's why it's from |
| 11:27:59 | 20 | you; and you got it because whatever the |
| 11:28:01 | 21 | distribution list was, you're a member of that list. |
| 11:28:04 | 22 | Is that correct? |
| 11:28:05 | 23 | A.  Right. |
| 11:28:06 | 24 | Q.  The first paragraph says:  "Oracle Apps" -- |
| 11:28:09 | 25 | actually, let me back up. |

Page 96

| | | |
|---|---|---|
| 11:28:11 | 1 | Do you recall writing the substance of this |
| 11:28:13 | 2 | email? |
| 11:28:22 | 3 | A. Yes. |
| 11:28:23 | 4 | Q. First paragraph says: "Oracle Apps |
| 11:28:26 | 5 | Development has committed to new versions of all of |
| 11:28:29 | 6 | our existing applications on an ongoing basis well |
| 11:28:32 | 7 | beyond Fusion." |
| 11:28:34 | 8 | Do you see that sentence? |
| 11:28:35 | 9 | A. Yes. |
| 11:28:40 | 10 | Q. Was this a new commitment? |
| 11:28:44 | 11 | A. It was a formal documentation and packaging |
| 11:28:48 | 12 | of things we had already been saying, but we needed |
| 11:28:51 | 13 | to productize it in a message so people could focus |
| 11:28:58 | 14 | on it. |
| 11:28:58 | 15 | Q. Why did you need to do that? |
| 11:29:00 | 16 | A. Because our main competitor, SAP, was out |
| 11:29:06 | 17 | telling customers that the products wouldn't be |
| 11:29:10 | 18 | supported, or they wouldn't continue, there would be |
| 11:29:12 | 19 | no new enhancements -- all the things, you know, |
| 11:29:16 | 20 | they obviously were saying that weren't helpful. |
| 11:29:20 | 21 | And so we wanted to respond. |

CHARLES PHILLIPS          April 17, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 117

CHARLES PHILLIPS          April 17, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 118



CHARLES PHILLIPS             April 17, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 119



CHARLES PHILLIPS        April 17, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 120



Merrill Legal Solutions
(800) 869-9132

9d75cce5-eca2-4ef4-af65-aa831585f3d9

CHARLES PHILLIPS          April 17, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 13:41:43 | 1 | THE VIDEO OPERATOR: Okay. This marks the |
| 13:41:44 | 2 | ends of Tape No. 2 in the deposition of Charles |
| 13:41:46 | 3 | Phillips. Going off the record, the time is 1:41. |
| 13:41:50 | 4 | (Recess from 1:41 p.m.) |
| 13:42:02 | 5 | --o0o-- |
| 13:42:02 | 6 | I declare under penalty of perjury that |
| 13:42:02 | 7 | the foregoing is true and correct.  Subscribed at |
| 13:42:02 | 8 | _____, California, this ___ day of |
| 13:42:02 | 9 | _____ 2009. |
| 13:42:02 | 10 | |
| 13:42:02 | 11 | _____ |
| 13:42:02 | 12 | CHARLES PHILLIPS |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

150

```
 1                    CERTIFICATE OF REPORTER

 2          I, HOLLY THUMAN, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell the

 5   truth, the whole truth, and nothing but the truth in the

 6   within-entitled cause; that said deposition was taken

 7   down in shorthand by me, a disinterested person, at the

 8   time and place therein stated, and that the testimony of

 9   the said witness was thereafter reduced to typewriting,

10   by computer, under my direction and supervision;

11          That before completion of the deposition,

12   review of the transcript [X] was [ ] was not requested.

13   If requested, any changes made by the deponent (and

14   provided to the reporter) during the period allowed are

15   appended hereto.

16          I further certify that I am not of counsel or

17   attorney for either or any of the parties to the said

18   deposition, nor in any way interested in the event of

19   this cause, and that I am not related to any of the

20   parties thereto.

21

22          DATED  April 27, 2009

23

24          _____

25          HOLLY THUMAN, CSR No. 6834
```