# EXHIBIT C
# [REDACTED]

Dockets.Justia.com

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 07-CV-1658 (PJH) ) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) |

VIDEOTAPED DEPOSITION OF

LARRY ELLISON

_____

TUESDAY, MAY 5, 2009

HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-418128)

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 58

11:31:24      5      with counsel, no.

11:31:29      6              MR. LANIER:  Q.  Let's go back to the

11:31:31      7      PeopleSoft acquisition.

11:31:33      8              What were your goals in entering into the

11:31:36      9      PeopleSoft acquisition?

11:31:38     10              A.  To expand our applications business.

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 73

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 74



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON        May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 75



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 76



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON       May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 77



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 78



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON        May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 79



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 80



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 81



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON    May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 82



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 83



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 84



443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 85

| | | |
|---|---|---|
| 12:18:24 | 7 | Q.  We're going to look at a few documents for |
| 12:18:26 | 8 | a little bit.  Always an exciting part of a |
| 12:18:28 | 9 | deposition. |
| 12:18:34 | 10 | I'm sure, sir, you are familiar with this |
| 12:18:37 | 11 | process.  This is a document that has not yet been |
| 12:18:40 | 12 | marked.  It is a press release, or it's a printout |
| 12:18:43 | 13 | from the good old internet of a press release, or |
| 12:18:47 | 14 | article, excuse me, titled, "Ellison Tries To Allay |
| 12:18:50 | 15 | PeopleSoft Customers' Fears," and it is 3 pages |
| 12:18:55 | 16 | long.  I'll give one to the court reporter, and she |
| 12:18:57 | 17 | will soon pass it to you. |
| 12:18:58 | 18 | (Deposition Exhibit 399 was marked for |
| 12:18:59 | 19 | identification.) |
| 12:19:11 | 20 | MR. LANIER:  Q.  Mr. Ellison, Exhibit 399 |
| 12:19:12 | 21 | is in front of you.  It's an article, it's -- |
| 12:19:17 | 22 | A.  It's a small font. |
| 12:19:18 | 23 | Q.  Yes.  I am on the ragged bleeding edge, |
| 12:19:22 | 24 | probably past it, of needing help reading it myself. |
| 12:19:26 | 25 | It's three pieces of paper.  The article's |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 86

| | | |
|---|---|---|
| 12:19:28 | 1 | only on one page.  You're welcome to look at as much |
| 12:19:31 | 2 | or as little of it as you wish.  I'm going to ask |
| 12:19:34 | 3 | you a couple of specific questions.  Tell me when |
| 12:19:36 | 4 | you are ready. |
| 12:19:37 | 5 | A.  Okay.  Give me a couple seconds. |
| 12:19:39 | 6 | Q.  Please. |
| 12:19:40 | 7 | A.  (Examining document.) |
| 12:19:46 | 8 | Is there a date on this document that I |
| 12:19:47 | 9 | just can't find? |
| 12:19:48 | 10 | Q.  Yes.  It is -- do you see the title, it's |
| 12:19:51 | 11 | about a third of the way down the page, maybe 40 |
| 12:19:53 | 12 | percent of down, there's the byline "By Charles |
| 12:19:56 | 13 | Babcock"? |
| 12:19:57 | 14 | A.  Got it.  December 9, 2004.  Thank you. |
| 12:20:26 | 15 | Okay. |
| 12:20:27 | 16 | Q.  Sir, have you seen this article before? |
| 12:20:30 | 17 | A.  I may have.  I have no recollection of the |
| 12:20:32 | 18 | article, though. |
| 12:20:33 | 19 | Q.  Okay.  There's a couple of quotes |
| 12:20:34 | 20 | attributed to you.  I am going to ask you about them |
| 12:20:38 | 21 | and some other questions. |
| 12:20:40 | 22 | So the first is in the first paragraph, in |
| 12:20:43 | 23 | the second sentence, there's a quote attributed to |
| 12:20:46 | 24 | you that says, ""We're going to oversupport |
| 12:20:49 | 25 | PeopleSoft customers,' Ellison said Wednesday," and |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 87

| | | |
|---|---|---|
| 12:20:51 | 1 | it goes on. |
| 12:20:52 | 2 | Do you see that? |
| 12:20:54 | 3 | A.  I do. |
| 12:20:55 | 4 | Q.  Do you recall saying that or words to that |
| 12:20:56 | 5 | effect? |
| 12:20:57 | 6 | A.  Words to that effect. |
| 12:20:58 | 7 | Q.  What did you mean by "oversupport"? |
| 12:21:00 | 8 | A.  We're going to do as good -- we're going to |
| 12:21:09 | 9 | focus very heavily on these new customers, we're |
| 12:21:12 | 10 | going to pay a lot of attention to them, we're going |
| 12:21:14 | 11 | to make sure we're doing a -- you know, A-plus-level |
| 12:21:19 | 12 | support.  Communicating with them on a regular |
| 12:21:20 | 13 | basis, even sometimes proactively.  You know, rather |
| 12:21:24 | 14 | than waiting for them to call us, we'll call them. |
| 12:21:27 | 15 | Q.  And these were plans that were already in |
| 12:21:29 | 16 | place as of December 9, 2004? |
| 12:21:31 | 17 | A.  Correct. |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 114

| | | |
|---|---|---|
| 13:40:57 | 1 | THE VIDEO OPERATOR:  This marks the end of |
| 13:40:58 | 2 | Videotape No. 2 in the deposition of Larry Ellison. |
| 13:41:01 | 3 | Going off the record, the time now is 1:41. |
| 13:41:04 | 4 | (Time noted, 1:41 p.m.) |
| 13:41:09 | 5 | --o0o-- |
| 13:41:09 | 6 | I declare under penalty of perjury that |
| 13:41:09 | 7 | the foregoing is true and correct.  Subscribed at |
| 13:41:09 | 8 | _____, California, this ____ day of |
| 13:41:09 | 9 | _____ 2009. |
| 13:41:09 | 10 | |
| 13:41:09 | 11 | |
| 13:41:09 | 12 | LARRY ELLISON |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

137

```
1                  CERTIFICATE OF REPORTER

2            I, HOLLY THUMAN, a Certified Shorthand

3      Reporter, hereby certify that the witness in the

4      foregoing deposition was by me duly sworn to tell the

5      truth, the whole truth, and nothing but the truth in the

6      within-entitled cause; that said deposition was taken

7      down in shorthand by me, a disinterested person, at the

8      time and place therein stated, and that the testimony of

9      the said witness was thereafter reduced to typewriting,

10     by computer, under my direction and supervision;

11            That before completion of the deposition,

12     review of the transcript [X] was [ ] was not requested.

13     If requested, any changes made by the deponent (and

14     provided to the reporter) during the period allowed are

15     appended hereto.

16            I further certify that I am not of counsel or

17     attorney for either or any of the parties to the said

18     deposition, nor in any way interested in the event of

19     this cause, and that I am not related to any of the

20     parties thereto.

21

22        DATED   May 11, 2009.

23

24                        _____

25                        HOLLY THUMAN, CSR No. 6834
```