# EXHIBIT E

Dockets.Justia.com

HENNING KAGERMANN                    September 25, 2008
                    HIGHLY CONFIDENTIAL

Page 1

```
                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

------------------------------x
ORACLE CORPORATION, a Delaware :
corporation; ORACLE USA, INC.,
a Colorado corporation; and    :
ORACLE INTERNATIONAL
CORPORATION, a California      :
corporation,
                               :
            Plaintiffs,          No. 07-CV-1658
                               :   (PJH) (EDL)
    vs.
                               :
SAP AG, a German corporation;
SAP AMERICA INC., a Delaware   :
corporation; TOMORROWNOW, INC.,
a Texas corporation; and DOES  :
1-50, inclusive,
                               :
            Defendants.
------------------------------x

                       September 25, 2008
                       9:14 a.m.

                    HIGHLY CONFIDENTIAL
                         VOLUME 1
```

        Videotaped Deposition of HENNING

KAGERMANN, held at the offices of BINGHAM

McCUTCHEN LLP, 399 Park Avenue, New York, New

York, before Frank J. Bas, a Registered

Professional Reporter and Notary Public of the

State of New York.

                    Merrill Legal Solutions
                       (800) 869-9132

752de1e5-809b-4afb-9c1a-e9979c035f9f

16:16:21        25         Q.    Do you agree with the conclusion

```
HENNING KAGERMANN                    September 25, 2008
              HIGHLY CONFIDENTIAL
```

Page 168

```
           1            HIGHLY CONFIDENTIAL - H. KAGERMANN
16:16:22   2    here on Slide 8 that Oracle is a dangerous
16:16:25   3    competitor?
16:16:32   4            A.   I agree, but I wouldn't use the word
16:16:46   5    "dangerous."
16:16:47   6            Q.   What word would you use?
16:16:49   7            A.   Our main competitor.
```

HENNING KAGERMANN                September 25, 2008
HIGHLY CONFIDENTIAL

Page 222

1        HIGHLY CONFIDENTIAL - H. KAGERMANN
18:01:43   2        MR. HOWARD: Let's end for today.
18:01:46   3        THE VIDEO OPERATOR: Going off the
18:01:48   4    record at 6:02, and this will mark the end
18:01:50   5    of Tape Number 4.
18:01:54   6        (Time noted: 6:02 p.m.)
           7
           8    _____
           9        HENNING KAGERMANN
          10
          11    Subscribed and sworn to before me
          12    this _____ day of _____, 2008.
          13
18:02:02  14    _____
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25

Merrill Legal Solutions
(800) 869-9132

752de1e5-809b-4afb-9c1a-e9979c035f9f

```
                        C E R T I F I C A T E

         STATE OF NEW YORK      )
                                : ss.
         COUNTY OF NEW YORK     )


                    I, FRANK J. BAS, a Notary Public

         within and for the State of New York, do

         hereby certify:

                    That HENNING KAGERMANN, the witness

         whose deposition is hereinbefore set forth,

         was duly sworn by me and that such

         deposition is a true record of the

         testimony given by the witness.

                    I further certify that I am not

         related to any of the parties to this

         action by blood or marriage, and that I am

         in no way interested in the outcome of this

         matter.

                    IN WITNESS WHEREOF, I have hereunto

         set my hand this 29th day of September,

         2008.


                                    _____
                                    FRANK J. BAS, RPR
```