# EXHIBIT F

Dockets.Justia.com

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION

 3

   _____)
 4                                )
   ORACLE CORPORATION, a          )
 5 Delaware corporation, ORACLE   )
   USA, INC., A Colorado          )
 6 Corporation, and ORACLE        )
   INTERNATIONAL CORPORATION,     )
 7 A California corporation       )
                                  )
 8         Plaintiffs,            )
                                  )
 9         Vs.                    )      Case No.
                                  )    07-CV-01685
10                                )     PJH (EDL)
   SAP AG, a German corporation,  )
11 SAP AMERICA, INC., a Delaware  )
   Corporation, TOMORROWNOW,      )
12 INC., a Texas corporation,     )
   And DOES 1-50, inclusive,      )
13                                )
           Defendant.             )
14 _____)

15
              VIDEOTAPED DEPOSITION UPON
16                ORAL EXAMINATION
                       OF
17              LEO APOTHEKER

18                  Taken on:

19          Thursday, October 2, 2008
              Commencing at 8:58 a.m.
20

21                  Taken at:

22          American Consulate General
             Special Consular Services,
23            Giessener Strasse 30
         60435 Frankfurt am Main, Germany
24

25 REPORTED BY:  FREDERICK WEISS, CSR, CM
```

```
10          Q.      Is Oracle a focus of SAP's

11   competitive work in the field?

12          A.      As much as they are a competitor,

13   yes.

14          Q.      Are they SAP's number one

15   competitor?

16          A.      They are our largest competitor,

17   yes.

18          Q.      SAP is the market leader, though.

19                  True?

20          A.      True.

21          Q.      And in what areas -- what makes SAP

22   the market leader?

23          A.      Our market share.
```

Page 358

1          I, Leo Apotheker, am a deponent in the

2     foregoing video deposition.  I have read the

3     foregoing video deposition, and having made such

4     changes and corrections as I desired, I certify

5     that the transcript is a true and accurate record

6     of my responses to the questions put to me on

7     Thursday, October 2, 2008.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24     Signed_____

25          LEO APOTHEKER

181948f5-63a7-4e20-b268-858fd29901d1

```
1                 CERTIFICATE OF COURT REPORTER
2            I, Frederick Weiss, CSR, CM, do hereby
3    certify that I took the stenotype notes of the
4    foregoing deposition and that the transcript
5    thereof is a true and accurate record transcribed
6    to the best of my skill and ability.
7            I further certify that I am neither
8    counsel for, related to, nor employed by any of
9    the parties to the action in which this deposition
10   was taken, and that I am not a relative or
11   employee of any attorney or counsel employed by
12   the parties hereto, nor financially or otherwise
13   interested in the outcome of the action.
14
15
16
17
18
19
20   _____
21   FREDERICK WEISS, CSR, CM
22
23
24   _____
25   DATE
```

Frederick Weiss & Associates - http://www.eureporter.com