| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone:    (415) 626-3939<br>Facsimile:    (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7<br>8<br>9<br>10<br>11 | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:    (650) 739-3939<br>Facsimile:    (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12<br>13<br>14<br>15<br>16 | Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone:    (832) 239-3939<br>Facsimile:    (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17<br>18 | Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>                Plaintiffs,<br><br>     v.<br><br>SAP AG, *et al.*,<br><br>                Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM** |

1    Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle International Corporation and Oracle EMEA Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the "Parties") request that the Court order the Clerk of the Court to file under seal, at Plaintiffs' request, portions of Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim ("Motion for Partial Summary Judgment") and portions of Exhibits A, B, C and H to the Declaration of Tharan Gregory Lanier in Support of Defendants' Motion for Partial Summary Judgment ("Lanier Declaration"), which Defendants lodged with the Court on August 26, 2009.

The requested relief sought is necessary and narrowly tailored to protect the alleged confidentiality of the content of Plaintiffs' documents put at issue by the Motion for Partial Summary Judgment. This request is supported by the Stipulation and Declaration of Tharan Gregory Lanier in support of Defendants' Administrative Motion to File Under Seal attached.

Pursuant to Local Rule 79-5, a proposed order and stipulation accompanies this request to file portions of the Motion for Partial Summary Judgment and portions of Exhibits A, B, C and H to the Lanier Declaration under seal.

DATED: August 26, 2009                    JONES DAY

                                          By:  /s/ Tharan Gregory Lanier
                                              Tharan Gregory Lanier

                                          Attorneys for Defendants
                                          SAP AG, SAP AMERICA, INC., and
                                          TOMORROWNOW, INC.

- 2 -

DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)