| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
|   | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
|   | JONES DAY |
| 3 | 555 California Street, 26th Floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
|   | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
|   | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
|   | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
|   | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
|   | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
|    | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
|    | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
|    | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
|    | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
|    | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
|    | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| 22 | Plaintiffs, | **DECLARATION OF THARAN GREGORY LANIER ISO DEFENDANTS'** |
| 23 | v. | **ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL** |
| 24 | SAP AG, et al., | **PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR PARTIAL** |
| 25 | Defendants. | **SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE** |
| 26 | | **DAMAGES CLAIM** |

SVI-71760v1

DECLARATION OF THARAN GREGORY LANIER ISO
MOTION TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

I, THARAN GREGORY LANIER, declare:

1. I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case, I make this Declaration in support of Defendants' Administrative Motion to Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim.

3. Defendants' file this motion at Plaintiffs' request. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim ("Motion for Partial Summary Judgment") until such time as Plaintiffs may submit a declaration in accordance with Civil Local Rule 79-5(d), and the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, the following documents and portions of documents filed and lodged with the Court contain information designated by Plaintiffs as "Confidential Information":

   a. The following portions of Exhibit A to the Declaration of Tharan Gregory Lanier in Support of Defendants' Motion for Partial Summary Judgment ("Lanier Declaration"): 10:1-11:17, 159:16-160:2;

   b. The following portions of Exhibit C to the Lanier Declaration: 73:25-84:6, 114:16-24; and

   c. The following portions of the Motion for Partial Summary Judgment: portions of 2:13-17, 3:11, 4:10-12, 4:15-17, 4:20-24, 5:28, 6:1-8, 11:14, 11:18-19, 11:21-22, 11:24-27, 12:12-13, 13:15-16, 13:18-19, 14:4-6, and

16:18-19.

Additionally, the following documents and portions of documents filed and lodged with the Court contain information designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only":

    a.    The following portions of Exhibit A to the Lanier Declaration: 19:23-20:25, 25:19-27:15, 46:6-47:15, 158:13-159:15;

    b.    The following portions of Exhibit B to the Lanier Declaration: 117:9-120:18;

    c.    The following portions of Exhibit H to the Lanier Declaration: portions of page 47, line 20; page 48, lines 9 and 12; and page 49, line 27; and

    d.    The following portions of the Motion for Partial Summary Judgment: portions of 1:19-20, 1:24, 2:16, 3:13-14, 4:18-19, 5:26-27, 11:22, 12:12, 13:19, and 20:10.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed this 26th day of August, 2009 in Palo Alto, California.

                                                /s/ Tharan Gregory Lanier
                                               Tharan Gregory Lanier