1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:  (650) 739-3939
10 Facsimile:  (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:  (832) 239-3939
15 Facsimile:  (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

   BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
   GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
   ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
   Three Embarcadero Center
   San Francisco, CA 94111-4067
   Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
   donn.pickett@bingham.com
   geoff.howard@bingham.com
   holly.house@bingham.com
   zachary.alinder@bingham.com
   bree.hann@bingham.com

   DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
   500 Oracle Parkway
   M/S 5op7
   Redwood City, CA 94070
   Telephone:  (650) 506-4846
   Facsimile:  (650) 506-7114
   dorian.daley@oracle.com
   jennifer.gloss@oracle.com

   Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International
   Corporation, and Oracle EMEA Limited

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                         SAN FRANCISCO DIVISION

22 | ORACLE USA, INC., *et al.*, | Case No. 07-CV-1658 PJH (EDL)
23 | Plaintiffs, | **STIPULATION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM**
24 | v. |
25 | SAP AG, *et al.*, |
26 | Defendants. |

SVI-71761v1

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)

1    Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
2    International Corporation and Oracle EMEA Limited ("Plaintiffs") and Defendants SAP AG,
3    SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the
4    "Parties") jointly submit this Stipulation to Permit Defendants to File Under Seal Plaintiffs'
5    Documents Supporting Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs'
6    Hypothetical License Damages Claim ("Motion for Partial Summary Judgment").

7    WHEREAS, Defendants filed their Motion for Partial Summary Judgment, along with the
8    Declaration of Tharan Gregory Lanier in Support of Defendants' Motion for Partial Summary
9    Judgment ("Lanier Declaration") and supporting exhibits, on August 26, 2009;

10   WHEREAS, at Plaintiffs' request, Defendants have filed an Administrative Motion to
11   Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' Motion for
12   Partial Summary Judgment;

13   WHEREAS the requested relief is necessary and narrowly tailored to protect the alleged
14   confidentiality of the materials put at issue by the Motion for Partial Summary Judgment until
15   such time as the Court makes a final ruling as to confidentiality of the relevant subject matter.
16   Specifically, the following documents and portions of documents contain information designated
17   by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only":

18   - The following portions of Exhibit A to the Lanier Declaration: 19:23-20:25, 25:19-
19     27:15, 46:6-47:15, 158:13-159:15;
20   - The following portions of Exhibit B to the Lanier Declaration: 117:9-120:18;
21   - The following portions of Exhibit H to the Lanier Declaration: portions of page 47,
22     line 20; page 48, lines 9 and 12; and page 49, line 27; and
23   - The following portions of the Motion for Partial Summary Judgment: portions of 1:19-
24     20, 1:24, 2:16, 3:13-14, 4:18-19, 5:26-27, 11:22, 12:12, 13:19, and 20:10.

25   Additionally, the following documents and portions of documents contain information designated
26   by Plaintiffs as "Confidential Information":

27   - The following portions of Exhibit A to the Lanier Declaration: 10:1-11:17, 159:16-
28     160:2;

- The following portions of Exhibit C to the Lanier Declaration: 73:25-84:6, 114:16-24; and

- The following portions of the Motion for Partial Summary Judgment: portions of 2:13-17, 3:11, 4:10-12, 4:15-17, 4:20-24, 5:28, 6:1-8, 11:14, 11:18-19, 11:21-22, 11:24-27, 12:12-13, 13:15-16, 13:18-19, 14:4-6, and 16:18-19.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Defendants be permitted to move for permission to file under seal (1) portions of Exhibits A, B, C and H to the Lanier Declaration and (2) portions of the Motion for Partial Summary Judgment, as described above.  The Parties further agree that Defendants reserve their rights to challenge the confidentiality of the information filed under seal pursuant to this Stipulation.  While the Parties agree that portions of the Motion for Partial Summary Judgment may be publicly filed, the Parties also agree that the filing shall not be construed as a waiver of any confidentiality designation or other protection with respect to documents, transcripts or other information referred to in, or that serve as the basis for, the allegations or arguments made in it.

**IT IS SO STIPULATED.**

DATED:  August 26, 2009                     JONES DAY


                                            By:  /s/ Tharan Gregory Lanier
                                                 Tharan Gregory Lanier

                                            Attorneys for Defendants
                                            SAP AG, SAP AMERICA, INC., and
                                            TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 1 | DATED: August 26, 2009 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By:   /s/ Geoffrey M. Howard |
| 4 | | Geoffrey M. Howard |
| 5 | | Attorneys for Plaintiffs<br>ORACLE USA, INC., ORACLE<br>INTERNATIONAL CORPORATION, and |
| 6 | | ORACLE EMEA LIMITED |