1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
10 Facsimile:    (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice)*
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX  77002
   Telephone:    (832) 239-3939
15 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                       UNITED STATES DISTRICT COURT

20                      NORTHERN DISTRICT OF CALIFORNIA

21                              SAN FRANCISCO DIVISION

| | |
|---|---|
| 22  ORACLE USA, INC., *et al.*, | Case No. 07-CV-1658 PJH (EDL) |
| 23            Plaintiffs, | **DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT** |
| 24       v. | **DEFENDANTS TO FILE UNDER SEAL PLAINTIFF'S INFORMATION** |
| 25  SAP AG, *et al.*, | **DISCLOSED IN DEFENDANTS' ANSWER AND AFFIRMATIVE** |
| 26            Defendants. | **DEFENSES TO FOURTH AMENDED COMPLAINT** |

27

28

1  Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle International Corporation and Oracle EMEA Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the "Parties") request that the Court order the Clerk of the Court to file under seal, at Plaintiffs' request, portions of Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint ("Answer"), which Defendants lodged with the Court on August 26, 2009.

The requested relief sought is necessary and narrowly tailored to protect the alleged confidentiality of the content of Plaintiffs' information put at issue by the Answer. Specifically, a portion of paragraph 13 of the Answer filed and lodged with the Court contains information designated by Plaintiffs as "Confidential Information." The parties agree that the materials put at issue by the Answer are governed by Fed. R. Evid. 408. This request is supported by the Stipulation and Declaration of Tharan Gregory Lanier in support of Defendants' Administrative Motion to File Under Seal attached.

Pursuant to Local Rule 79-5, a proposed order and stipulation accompanies this request to file portions of the Answer under seal.

DATED: August 26, 2009					JONES DAY


							By: /s/ Tharan Gregory Lanier
							    Tharan Gregory Lanier

							Attorneys for Defendants
							SAP AG, SAP AMERICA, INC., and
							TOMORROWNOW, INC.

- 2 -

DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)