Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAP AG, *et al.*,<br><br>          Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION DISCLOSED IN DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED COMPLAINT** |

SVI-71927v1

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)

Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle International Corporation and Oracle EMEA Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the "Parties") jointly submit this Stipulation to Permit Defendants to File Under Seal Plaintiffs' Information Disclosed in Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint ("Answer").

WHEREAS, Defendants filed their Answer on August 26, 2009;

WHEREAS, at Plaintiffs' request, Defendants have filed an Administrative Motion to Permit Defendants to File Under Seal Plaintiffs' Information Disclosed in Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint;

WHEREAS the requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Answer. Specifically, a portion of paragraph 13 of the Answer filed and lodged with the Court contains information designated by Plaintiffs as "Confidential Information." The parties agree that the materials put at issue by the Answer are governed by Fed. R. Evid. 408.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Defendant be permitted to move for permission to file under seal a portion of paragraph 13 of the Answer. The Parties further agree that Defendants reserve their rights to challenge the confidentiality of the information filed under seal pursuant to this Stipulation. While the Parties agree that portions of the Answer may be publicly filed, the Parties also agree that the filing shall not be construed as a waiver of any confidentiality designation or other protection with respect to documents, transcripts or other information referred to in, or that serve as the basis for, the allegations or arguments made in it.

**IT IS SO STIPULATED.**

1  DATED: August 26, 2009                    JONES DAY

2

3                                             By: /s/ Tharan Gregory Lanier
                                                  Tharan Gregory Lanier
4
                                              Attorneys for Defendants
5                                             SAP AG, SAP AMERICA, INC., and
                                              TOMORROWNOW, INC.
6

7        In accordance with General Order No. 45, Rule X, the above signatory attests that

8  concurrence in the filing of this document has been obtained from the signatory below.

9  DATED: August 26, 2009                    BINGHAM McCUTCHEN LLP

10

11                                            By: /s/ Geoffrey M. Howard
                                                  Geoffrey M. Howard
12
                                              Attorneys for Plaintiffs
13                                            ORACLE USA, INC., ORACLE
                                              INTERNATIONAL CORPORATION, and
14                                            ORACLE EMEA LIMITED

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
SVI-71927v1

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)