```
 1  Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
 2  Elaine Wallace (SBN 197882)
    JONES DAY
 3  555 California Street, 26th Floor
    San Francisco, CA  94104
 4  Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
 5  ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
 6  ewallace@jonesday.com

 7  Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
 8  JONES DAY
    1755 Embarcadero Road
 9  Palo Alto, CA  94303
    Telephone:    (650) 739-3939
10  Facsimile:    (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted Pro Hac Vice)
    Joshua L. Fuchs (Admitted Pro Hac Vice)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX 77002
    Telephone:    (832) 239-3939
15  Facsimile:    (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DECLARATION OF THARAN GREGORY LANIER ISO DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION DISCLOSED IN DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED COMPLAINT** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

SVI-71926v1

DECLARATION OF THARAN GREGORY LANIER ISO
MOTION TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

1  I, THARAN GREGORY LANIER, declare:

2  1.  I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2.  Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case, I make this Declaration in support of Defendants' Administrative Motion to Permit Defendants to File Under Seal Plaintiffs' Information Disclosed in Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint.

3.  Defendants' file this motion at Plaintiffs' request. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint ("Answer"), until such time as Plaintiffs may submit a declaration in accordance with Civil Local Rule 79-5(d), and the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, a portion of paragraph 13 of the Answer filed and lodged with the Court contains information designated by Plaintiffs as "Confidential Information."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 26th day of August, 2009 in Palo Alto, California.

/s/ Tharan Gregory Lanier
Tharan Gregory Lanier

SVI-71926v1

- 2 -

DECLARATION OF THARAN GREGORY LANIER ISO
MOTION TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)