| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104<br>Telephone:    (415) 626-3939 |
| 5 | Facsimile:    (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 10 | Telephone:    (650) 739-3939<br>Facsimile:    (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice)* |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX  77002 |
| 15 | Telephone:    (832) 239-3939<br>Facsimile:    (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE USA, INC., *et al.,* | | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION DISCLOSED IN DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED COMPLAINT** |
| v. | | |
| SAP AG, *et al.*, | | |
| Defendants. | | |

SVI-71929v1

[PROPOSED] ORDER GRANTING MOTION TO
FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

1  Having considered Defendants' Administrative Motion to File Under Seal Plaintiffs'
2  Information Disclosed in Defendants' Answer and Affirmative Defenses to Fourth Amended
3  Complaint, supporting declaration of Tharan Gregory Lanier, Stipulation to Permit Defendants to
4  File Under Seal and Defendants' Answer and Affirmative Defenses to Fourth Amended
5  Complaint ("Answer"), that were lodged with the Court on August 26, 2009:
6  IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED.  The Clerk of the
7  Court shall file under seal portions of paragraph 13 to the Answer.
8
9  DATED: _____   By: _____
10                                                                Hon. Phyllis J. Hamilton