| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104<br>Telephone:     (415) 626-3939 |
| 5 | Facsimile:      (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA  94303 |
| 10 | Telephone:     (650) 739-3939<br>Facsimile:      (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice)* |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX  77002 |
| 15 | Telephone:     (832) 239-3939<br>Facsimile:      (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>SAP AG, *et al.*,<br><br>              Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM** |

SVI-71762v1

[PROPOSED] ORDER GRANTING MOTION TO
FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

1   Having considered Defendants' Administrative Motion to File Under Seal Plaintiffs'
2   Documents Supporting Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs'
3   Hypothetical License Damages Claim, supporting declaration of Tharan Gregory Lanier,
4   Stipulation to Permit Defendants to File Under Seal, Defendants' Motion for Partial Summary
5   Judgment Regarding Plaintiffs' Hypothetical License Damages Claim ("Motion for Partial
6   Summary Judgment"), the Declaration of Tharan Gregory Lanier in Support of Defendants'
7   Motion for Partial Summary Judgment ("Lanier Declaration") and Exhibits A, B, C and H to the
8   Lanier Declaration, that were lodged with the Court on August 26, 2009:

9   IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED.  The Clerk of the
10  Court shall file under seal the following documents and portions of documents:

- The following portions of Exhibit A to the Lanier Declaration: 10:1-11:17, 19:23-20:25, 25:19-27:15, 46:6-47:15, 158:13-160:2;
- The following portions of Exhibit B to the Lanier Declaration: 117:9-120:18;
- The following portions of Exhibit C to the Lanier Declaration: 73:25-84:6, 114:16-24;
- The following portions of Exhibit H to the Lanier Declaration: portions of page 47, line 20; page 48, lines 9 and 12; and page 49, line 27; and
- The following portions of the Motion for Partial Summary Judgment: the requested portions of 1:19-20, 1:24, 2:13-17, 3:11, 3:13-14, 4:10-12, 4:15-19, 4:20-24, 5:26-28, 6:1-8, 11:14, 11:18-19, 11:21-22, 11:24-27, 12:12-13, 13:15-16, 13:18-19, 14:4-6, 16:18-19 and 20:10.

DATED: _____   By: _____
                                          Hon. Phyllis J. Hamilton