```
 1   Robert A. Mittelstaedt (SBN 060359)
     Jason McDonell (SBN 115084)
 2   Elaine Wallace (SBN 197882)
     JONES DAY
 3   555 California Street, 26th Floor
     San Francisco, CA  94104
 4   Telephone:    (415) 626-3939
     Facsimile:    (415) 875-5700
 5   ramittelstaedt@jonesday.com
     jmcdonell@jonesday.com
 6   ewallace@jonesday.com

 7   Tharan Gregory Lanier (SBN 138784)
     Jane L. Froyd (SBN 220776)
 8   JONES DAY
     1755 Embarcadero Road
 9   Palo Alto, CA  94303
     Telephone:    (650) 739-3939
10   Facsimile:    (650) 739-3900
     tglanier@jonesday.com
11   jfroyd@jonesday.com

12   Scott W. Cowan (Admitted Pro Hac Vice)
     Joshua L. Fuchs (Admitted Pro Hac Vice)
13   JONES DAY
     717 Texas, Suite 3300
14   Houston, TX 77002
     Telephone:    (832) 239-3939
15   Facsimile:    (832) 239-3600
     swcowan@jonesday.com
16   jlfuchs@jonesday.com

17   Attorneys for Defendants
     SAP AG, SAP AMERICA, INC., and
18   TOMORROWNOW, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

SVI-71940v1

PROOF OF SERVICE
Case No. 07-CV-1658 PJH (EDL)

I, Shirley Nakano-McSwain, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1755 Embarcadero Road, Palo Alto, California 94303. On August 26, 2009, I served a copy of the attached document(s):

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED COMPLAINT *[DOCUMENT SUBMITTED UNDER SEAL]***

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM *[DOCUMENT SUBMITTED UNDER SEAL]***

[x] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

[x] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below on August 26, 2009.

Donn P. Pickett
Geoffrey M. Howard
Holly A. House
Zachary J. Alinder
Bree Hann
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

Executed on August 26, 2009, at Palo Alto, California.

By: *Shirley Nakano-McSwain*
Shirley Nakano-McSwain