| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International<br>Corporation, and Oracle EMEA Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>SAP AG, *et al.*,<br><br>            Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

SVI-71959v1

STIPULATED ADMINISTRATIVE MOTION TO
REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 07-CV-1658 PJH (EDL)

Dockets.Justia.com

1    Pursuant to Local Rule 7-11, Defendants SAP AG, SAP America, Inc., and
2 TomorrowNow, Inc. ("Defendants") and Plaintiffs Oracle USA, Inc. Oracle International
3 Corporation, and Oracle EMEA Limited ("Plaintiffs," and together with Defendants, the "Parties")
4 respectfully request that the Court order the Clerk of the Court to remove the following
5 documents from the docket in the above-referenced matter: Docket No. 431, Defendants' Notice
6 of Motion and Motion for Partial Summary Judgment Regarding Plaintiffs' Damages Claim, and
7 Docket No. 437, Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint
8 (the "Documents").

9    The Documents contain information designated by Plaintiffs as Confidential or Highly
10 Confidential - Attorneys' Eyes Only pursuant to the protective order entered in the case. *See*
11 Declaration of Tharan Gregory Lanier in Support of Stipulated Motion to Remove Incorrectly
12 Filed Documents ("Lanier Decl.") at ¶ 2. On August 26, 2009, Defendants lodged the Documents
13 with the Court under seal and e-filed copies of the Documents in redacted form.[1] *Id.* at ¶ 2.

14   After filing the Documents, it came to Defendants' attention that there were errors in the
15 redaction process. To protect the alleged confidentiality of the materials put at issue by the
16 Documents until such time as the Court makes a final ruling as to confidentiality of the relevant
17 subject matter, the Parties respectfully request that the Court grant this motion and order the relief
18 requested.

20   **IT IS SO STIPULATED.**

---

[1] Defendants also submitted motions to file the document under seal. *See* D.I. 434, 438. The basis for these motions is that the information sought to be sealed has been designated Confidential or Highly Confidential - Attorneys' Eyes Only by Plaintiffs under the protective order, and Plaintiffs have requested that it not be publicly filed. *Id.* at ¶ 2.

SVI-71959v1 - 2 - STIPULATED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 07-CV-1658 PJH (EDL)

| | | |
|---|---|---|
| 1 | DATED:  August 27, 2009 | JONES DAY |
| 2 | | |
| 3 | | By:  /s/ Tharan Gregory Lanier |
| 4 | | Tharan Gregory Lanier |
| 5 | | Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

7    In accordance with General Order No. 45, Rule X, the above signatory attests that

8    concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 9 | DATED:  August 27, 2009 | BINGHAM McCUTCHEN LLP |
| 11 | | By:  /s/ Geoffrey M. Howard |
| 12 | | Geoffrey M. Howard |
| 13 | | Attorneys for Plaintiffs<br>ORACLE USA, INC., ORACLE<br>INTERNATIONAL CORPORATION, and<br>ORACLE EMEA LIMITED |