1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
10 Facsimile:    (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:    (832) 239-3939
15 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20                  SAN FRANCISCO DIVISION

21 | ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL)
22 |         Plaintiffs, | **DECLARATION OF THARAN GREGORY LANIER ISO STIPULATED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**
23 |    v. |
24 | SAP AG, et al., |
25 |         Defendants. |

SVI-71964v1

DECLARATION OF THARAN GREGORY LANIER ISO
STIPULATED ADMINISTRATIVE MOTION TO REMOVE
Case No. 07-CV-1658 PJH (EDL)

1  I, THARAN GREGORY LANIER, declare:

2  1. I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. On August 26, 2009, Defendants filed Docket No. 431, Defendants' Notice of Motion and Motion for Partial Summary Judgment Regarding Plaintiffs' Damages Claim, and Docket No. 437, Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint (the "Documents"). The Documents contain information designated by Plaintiffs as Confidential or Highly Confidential - Attorneys' Eyes Only pursuant to the protective order entered in the case. For this reason, Defendants lodged the Documents with the Court under seal and e-filed copies of the Documents in redacted form. Defendants also submitted motions to file the Documents under seal. *See* D.I. 434, 438. The basis for these motions is that the information sought to be sealed has been designated Confidential or Highly Confidential - Attorneys' Eyes Only by Plaintiffs under the protective order, and Plaintiffs have requested that it not be publicly filed.

3. After filing the Documents, it came to Defendants' attention that there were errors in the redaction process. Upon this discovery, Defendants' counsel contacted the ECF Help Desk by e-mail and voicemail to request that the Documents be placed under temporary lock as soon as possible. Defendants' counsel also immediately brought this issue to Plaintiffs' counsel's attention.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 27th day of August, 2009 in Palo Alto, California.

/s/ Tharan Gregory Lanier
Tharan Gregory Lanier

SVI-71964v1

- 2 -

DECLARATION OF THARAN GREGORY LANIER ISO STIPULATED ADMINISTRATIVE MOTION TO REMOVE
Case No. 07-CV-1658 PJH (EDL)