| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882)<br>JONES DAY |
| 3 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone:   (415) 626-3939<br>Facsimile:    (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY<br>1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303<br>Telephone:   (650) 739-3939 |
| 10 | Facsimile:    (650) 739-3900<br>tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice)*<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY<br>717 Texas, Suite 3300 |
| 14 | Houston, TX 77002<br>Telephone:   (832) 239-3939 |
| 15 | Facsimile:    (832) 239-3600<br>swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.,*<br><br>        Plaintiffs,<br><br>    v.<br><br>SAP AG, *et al.*,<br><br>        Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

SVI-71965v1

[PROPOSED] ORDER GRANTING STIPULATED
ADMINISTRATIVE MOTION TO REMOVE
Case No. 07-CV-1658 PJH (EDL)

1  Having considered the parties' Stipulated Administrative Motion to Remove Incorrectly Filed Documents and the Declaration of Tharan Gregory Lanier in support, the Court hereby GRANTS the motion. The Clerk of the Court shall remove Docket No. 431, Defendants' Notice of Motion and Motion for Partial Summary Judgment Regarding Plaintiffs' Damages Claim, and Docket No. 437, Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint, from the docket in this matter.

DATED: _____      By: _____
                                          Hon. Phyllis J. Hamilton