| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104<br>Telephone:      (415) 626-3939 |
| 5 | Facsimile:      (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA  94303 |
| 10 | Telephone:      (650) 739-3939<br>Facsimile:      (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX  77002 |
| 15 | Telephone:      (832) 239-3939<br>Facsimile:      (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | ORACLE USA, INC., *et al.*, | Case No. 07-CV-1658 PJH (EDL) |
| 23 | Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |
| 24 | v. | |
| 25 | SAP AG, *et al.*, | |
| 26 | Defendants. | |

SVI-71965v1

[~~PROPOSED~~] ORDER GRANTING STIPULATED
ADMINISTRATIVE MOTION TO REMOVE
Case No. 07-CV-1658 PJH (EDL)

1     Having considered the parties' Stipulated Administrative Motion to Remove Incorrectly

2 Filed Documents and the Declaration of Tharan Gregory Lanier in support, the Court hereby

3 GRANTS the motion.  The Clerk of the Court shall remove Docket No. 431, Defendants' Notice

4 of Motion and Motion for Partial Summary Judgment Regarding Plaintiffs' Damages Claim, and

5 Docket No. 437, Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint,

6 from the docket in this matter.

8 DATED: __August 28, 2009__     By: _____
                                                   Hon. Phyllis J. Hamilton

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton (United States District Court, Northern District of California)