| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SAP AG, *et al.*,<br><br>                    Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

SVI-72014v1

STIPULATED ADMINISTRATIVE MOTION TO
REMOVE INCORRECTLY FILED DOCUMENTS
Case No. 07-CV-1658 PJH (EDL)

1   Pursuant to Local Rule 7-11, Defendants SAP AG, SAP America, Inc., and
2   TomorrowNow, Inc. ("Defendants") and Plaintiffs Oracle USA, Inc., Oracle International
3   Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs," and together with
4   Defendants, the "Parties") respectfully request that the Court order the Clerk of the Court to
5   remove the following documents from the docket in the above-referenced matter: Docket No. 380,
6   Defendants' Opposition to Plaintiffs' Motion to Amend Complaint, and Docket No. 382,
7   Declaration of Joshua L. Fuchs in Support of Defendants' Opposition to Plaintiffs' Motion to
8   Amend Complaint (the "Documents").

9   The Documents contain information designated by Plaintiffs as Confidential Information
10  pursuant to the protective order entered in the case. *See* Declaration of Tharan Gregory Lanier in
11  Support of Stipulated Motion to Remove Incorrectly Filed Documents ("Lanier Decl.") at ¶ 2.
12  On July 29, 2009, Defendants lodged the Documents with the Court under seal and e-filed copies
13  of the Documents in redacted form.[1]  *Id.* at ¶ 2.

14  After filing the Documents, it came to Defendants' attention that there were errors in the
15  redaction process. To protect the alleged confidentiality of the materials put at issue by the
16  Documents until such time as the Court makes a final ruling as to confidentiality of the relevant
17  subject matter, the Parties respectfully request that the Court grant this motion and order the relief
18  requested.

20  **IT IS SO STIPULATED.**

---

[1] Defendants also submitted a motion to file the documents under seal. *See* D.I. 386. The basis for this motion was that the information sought to be sealed has been designated Confidential Information by Plaintiffs under the protective order, and Plaintiffs requested that it not be publicly filed. *Id.* at ¶ 2.

1  DATED: August 31, 2009                JONES DAY

2

3                                         By: /s/ Tharan Gregory Lanier
                                              Tharan Gregory Lanier
4
                                          Attorneys for Defendants
5                                         SAP AG, SAP AMERICA, INC., and
                                          TOMORROWNOW, INC.
6

7       In accordance with General Order No. 45, Rule X, the above signatory attests that

8  concurrence in the filing of this document has been obtained from the signatory below.

9  DATED: August 31, 2009                BINGHAM McCUTCHEN LLP

10

11                                        By:  /s/ Geoffrey M. Howard
                                               Geoffrey M. Howard
12
                                          Attorneys for Plaintiffs
13                                        ORACLE USA, INC., ORACLE
                                          INTERNATIONAL CORPORATION,
14                                        ORACLE EMEA LIMITED, and SIEBEL
                                          SYSTEMS, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SVI-72014v1                         - 3 -         STIPULATED ADMINISTRATIVE MOTION TO
                                                  REMOVE INCORRECTLY FILED DOCUMENTS
                                                  Case No. 07-CV-1658 PJH (EDL)