| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 4 | Telephone:     (415) 626-3939 |
| | Facsimile:      (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| | |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA  94303 |
| | Telephone:     (650) 739-3939 |
| 10 | Facsimile:      (650) 739-3900 |
| | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| | |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
| | Telephone:     (832) 239-3939 |
| 15 | Facsimile:      (832) 239-3600 |
| | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| | |
| 17 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| 22 | Plaintiffs, | **DECLARATION OF THARAN GREGORY LANIER ISO STIPULATED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| 23 | v. | |
| 24 | SAP AG, et al., | |
| 25 | Defendants. | |

SVI-72016v1

DECLARATION OF THARAN GREGORY LANIER ISO
STIPULATED ADMINISTRATIVE MOTION TO REMOVE
Case No. 07-CV-1658 PJH (EDL)

1      I, THARAN GREGORY LANIER, declare:

2      1.     I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2.     On July 29, 2009, Defendants filed Docket No. 380, Defendants' Opposition to Plaintiffs' Motion to Amend Complaint, and Docket No. 382, Declaration of Joshua L. Fuchs in Support of Defendants' Opposition to Plaintiffs' Motion to Amend Complaint (the "Documents"). The Documents contain information designated by Plaintiffs as Confidential Information pursuant to the protective order entered in the case. For this reason, Defendants lodged the Documents with the Court under seal and e-filed copies of the Documents in redacted form. Defendants also submitted a motion to file the Documents under seal. *See* D.I. 386. The basis for this motion is that the information sought to be sealed has been designated Confidential Information by Plaintiffs under the protective order, and Plaintiffs have requested that it not be publicly filed.

3.     After filing the Documents, it came to Defendants' attention that there were errors in the redaction process. Upon this discovery, Defendants' counsel contacted the ECF Help Desk by e-mail and telephone to request that the Documents be placed under temporary lock as soon as possible. The ECF Help Desk instructed Defendants to e-file the corrected versions of the Documents, as well as the unaffected exhibits that were linked to the Documents. Defendants' counsel also promptly brought this issue to Plaintiffs' counsel's attention.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 31st day of August, 2009 in Palo Alto, California.

                                                    /s/ Tharan Gregory Lanier
                                                    Tharan Gregory Lanier

SVI-72016v1

- 2 -

DECLARATION OF THARAN GREGORY LANIER ISO STIPULATED ADMINISTRATIVE MOTION TO REMOVE
Case No. 07-CV-1658 PJH (EDL)