

1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:     (415) 626-3939
    Facsimile:     (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:     (650) 739-3939
10  Facsimile:     (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice)*
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX  77002
    Telephone:     (832) 239-3939
15  Facsimile:     (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21                SAN FRANCISCO DIVISION

22  ORACLE USA, INC., *et al.,*            Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,               **[PROPOSED] ORDER GRANTING
                                          STIPULATED ADMINISTRATIVE
24       v.                               MOTION TO REMOVE
                                          INCORRECTLY FILED
25  SAP AG, *et al.*,                     DOCUMENTS**

26              Defendants.

27

28
                                               [PROPOSED] ORDER GRANTING STIPULATED
    SVI-72012v1                                ADMINISTRATIVE MOTION TO REMOVE
                                               Case No. 07-CV-1658 PJH (EDL)

1       Having considered the parties' Stipulated Administrative Motion to Remove Incorrectly

2 Filed Documents and the Declaration of Tharan Gregory Lanier in support, the Court hereby

3 GRANTS the motion.  The Clerk of the Court shall remove Docket No. 380, Defendants'

4 Opposition to Plaintiffs' Motion to Amend Complaint, and Docket No. 382, Declaration of

5 Joshua L. Fuchs in Support of Defendants' Opposition to Plaintiffs' Motion to Amend Complaint,

6 from the docket in this matter.

7

8 DATED: _____     By: _____

9                                                          Hon. Phyllis J. Hamilton

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SVI-72012v1                      - 2 -         [PROPOSED] ORDER GRANTING STIPULATED
ADMINISTRATIVE MOTION TO REMOVE
Case No. 07-CV-1658 PJH (EDL)