# EXHIBIT B-1

Dockets.Justia.com

Page 1

```
              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION

       Case No. 07-CV-01658 (MJJ)

       ORACLE CORPORATION, a Delaware corporation, ORACLE
       USA, INC., a Colorado corporation, and ORACLE
       INTERNATIONAL CORPORATION, a California corporation,

       Plaintiffs,

       v.

       SAP AG, a German corporation, SAP AMERICA, INC., a
       Delaware corporation, TOMORROWNOW, INC., a Texas
       corporation, and DOES 1-50, inclusive,

       Defendants.
       _____

              VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
                 JOHN M. BAUGH - February 6, 2008
                        TomorrowNow, Inc.
             (Highly Confidential - Attorneys' Eyes Only)
       _____

               PURSUANT TO NOTICE, the Videotape Rule
       30(b)(6) deposition of JOHN M. BAUGH was taken on
       behalf of the Plaintiffs at 1700 Lincoln Street, Suite
       4100, Denver, Colorado 80203, on February 6, 2008, at
       1:17 p.m., before Sandra L. Bray, Registered Diplomate
       Reporter, Certified Realtime Reporter, and Notary Public
       within Colorado.
```

JOHN M. BAUGH         February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 36

| | | |
|---|---|---|
| 14:16:41 | 16 | Q.   Was that the case in the majority of |
| 14:16:46 | 17 | environments that were built using customer software? |
| 14:16:57 | 18 | In how many instances where an environment was created |
| 14:17:00 | 19 | for a customer was it also the case that a database |
| 14:17:05 | 20 | was created to support that particular environment? |
| 14:17:11 | 21 | A.   It should be all, all cases. |
| 14:17:16 | 22 | Q.   And is it fair to say that those |
| 14:17:20 | 23 | databases were from a variety of different vendors? |
| 14:17:30 | 24 | A.   The database platform? |
| 14:17:31 | 25 | Q.   Yes. |

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH          February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 37

```
14:17:32   1          A.   Yes.
14:17:32   2          Q.   How did TomorrowNow obtain the database
14:17:39   3     software that was used to support the individual
14:17:46   4     application environments?
14:17:49   5          A.   From the database vendor.
14:18:01   6          Q.   Who were those database vendors that
14:18:04   7     TomorrowNow obtained the database software from to
14:18:08   8     support the individual customer application
14:18:12   9     environments?
14:18:16  10          A.   Microsoft, IBM, Sybase, Oracle, and we
14:18:39  11     also have INFORMIX.  I think INFORMIX is owned by IBM
14:18:50  12     now, but I'm not sure.
```

Page 84

| | | |
|---|---|---|
| 16:09:30 | 21 | Q.  And with respect to the database |
| 16:09:32 | 22 | platform, was that always obtained from the customer |
| 16:09:34 | 23 | or did it ever happen that the existing database |
| 16:09:37 | 24 | platform that you had at TomorrowNow was used to |
| 16:09:39 | 25 | support a new local environment? |

Page 85

```
16:09:44   1              A.   Yes, we did always ask the customer for
16:09:50   2     that information, but yes, we did have to support
16:09:54   3     clients on database platforms that we had available to
16:09:57   4     us.
16:10:06   5              Q.   And just staying on that subject for a
16:10:10   6     second, in the extended support model, did you use
16:10:16   7     database platforms that you had already at TomorrowNow
16:10:20   8     to support any of the extended support local
16:10:23   9     environments?
16:10:26   10             A.   Right, we used SQL server 7.
16:10:31   11             Q.   For all of the extended support
16:10:33   12    environments?
16:10:33   13             A.   Initially, yes.
16:10:35   14             Q.   Were there any other database platforms
16:10:37   15    used for extended support environments?
16:10:40   16             A.   SQL server 2000 I think was used.  I'm
16:11:01   17    not sure if any of the other platforms were used for
16:11:06   18    extended support.
16:11:06   19             Q.   And in the direct support local
16:11:09   20    environment model, which database platforms of the
16:11:15   21    ones that were used generally to support the local
16:11:18   22    environments did TomorrowNow use from its own existing
16:11:25   23    software resources?
16:11:26   24             A.   Could you restate that question?
16:11:30   25             Q.   In the direct support model, which
```

22c626e8-3dc4-4717-b441-8cb0781a80d5

JOHN M. BAUGH           February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 86

| | | |
|---|---|---|
| 16:11:34 | 1 | database software did TomorrowNow use that it didn't |
| 16:11:37 | 2 | obtain from a customer in order to support a local |
| 16:11:39 | 3 | environment? |
| 16:11:40 | 4 |     A.   We didn't use any -- we obtained all our |
| 16:11:45 | 5 | own database software.  We did not obtain database |
| 16:11:50 | 6 | software -- any database software from a client. |
| 16:11:52 | 7 |     Q.   So you sourced that software directly |
| 16:11:54 | 8 | from the vendors? |
| 16:11:56 | 9 |     A.   Correct. |

| | | |
|---|---|---|
| 18:07:49 | 17 | MR. HOWARD: Let's mark as Plaintiffs' |
| 18:07:52 | 18 | Exhibit 31 a document titled PeopleSoft Demo |
| 18:08:02 | 19 | Environments, consisting of 10 pages, which is -- |
| 18:08:07 | 20 | which was produced as Bates Number TN-OR 169315, but |
| 18:08:18 | 21 | there's no Bates number on the hard copy because it |
| 18:08:20 | 22 | was produced natively with the Bates number on the CD. |
| 18:08:23 | 23 | (Deposition Exhibit 31 was marked.) |
| 18:08:33 | 24 | MR. FUCHS: Just add on the record per |
| 18:08:34 | 25 | party's agreements to produce all Excel files in |

```
18:08:41    1     native form.
18:09:03    2              Q.   (BY MR. HOWARD) Mr. Baugh, are you
18:09:05    3     familiar with the document that's been marked as
18:09:07    4     Exhibit 31?
18:09:08    5              A.   Yes.
18:09:08    6              Q.   What is it?
18:09:09    7              A.   This is a document that was generated
18:09:14    8     from looking at information in our project management
18:09:19    9     system and in SAS.
18:09:26   10              Q.   The project management system is the
18:09:28   11     dotProject?
18:09:29   12              A.   DotProject, yes.
18:09:30   13              Q.   And where in SAS did you look to find
18:09:33   14     the information that's contained on Exhibit 31?
18:09:38   15              A.   The SAS Environment Portal and I also
18:09:43   16     think the SAS Enterprise.  I was not the only person
18:09:53   17     that worked on this doc.
18:09:59   18              Q.   But you were one of the people that
18:10:01   19     authored this doc by referencing dotProject and SAS?
18:10:05   20              A.   Yes.
18:10:05   21              Q.   And what was the purpose for which you
18:10:09   22     participated in the creation of Exhibit 31?
18:10:10   23              A.   Trying to generate a document that would
18:10:15   24     show all the PeopleSoft -- all our current PeopleSoft
18:10:23   25     demo support environments that we're supporting for
```

JOHN M. BAUGH      February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 132

| | | |
|---|---|---|
| 18:10:29 | 1 | our customers. |
| 18:10:35 | 2 | Q.   And is it fair to say that Exhibit 31 is |
| 18:10:38 | 3 | a compilation of information which is created and |
| 18:10:43 | 4 | maintained in the ordinary course of business of |
| 18:10:45 | 5 | TomorrowNow? |
| 18:10:46 | 6 | A.   Yes. |
| 18:10:46 | 7 | Q.   And is it a true and accurate reflection |
| 18:10:52 | 8 | of that information as you found it in dotProject and |
| 18:10:56 | 9 | in the SAS database? |
| 18:10:59 | 10 | A.   Yes. |
| 18:10:59 | 11 | Q.   And you're familiar with the information |
| 18:11:08 | 12 | from the dotProject and SAS database as part of your |
| 18:11:12 | 13 | responsibilities at TomorrowNow? |
| 18:11:14 | 14 | A.   Yes. |
| 18:11:14 | 15 | Q.   So how many environments does Exhibit 31 |
| 18:11:23 | 16 | reflect?  Do you know? |
| 18:11:28 | 17 | A.   I'm not sure of the number.  I think |
| 18:11:45 | 18 | there's -- I'd say at least a couple of hundred. |
| 18:11:48 | 19 | Q.   If I said that I had counted this up to |
| 18:11:52 | 20 | be 227, would that sound accurate to you? |
| 18:11:56 | 21 | A.   That sounds about right, yes. |

Page 140

```
18:26:34    11              Q.   Were you involved at all in and was this
18:26:40    12     created as part of an effort to respond to Oracle's
18:26:46    13     discovery requests in this case?
18:26:48    14              A.   Yes, that is my understanding.
18:26:50    15              Q.   And did you participate in helping
18:26:55    16     develop the answer to an interrogatory that Oracle
18:26:59    17     asked about the number of PeopleSoft environments that
18:27:02    18     had been created and maintained at TomorrowNow?
18:27:11    19              A.   I was asked to provide information on
18:27:14    20     the number of environments.
```

18:29:10   24              Q.   "TomorrowNow has maintained
18:29:12   25       approximately 183 PeopleSoft environments on behalf of

JOHN M. BAUGH         February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 142

```
18:29:15   1    approximately 122 different customers."
18:29:18   2         A.   No, based on the research, that's not an
18:29:30   3    accurate number.
18:29:32   4         Q.   And, in fact, really even the
18:29:38   5    environments reflected on Exhibit 31, the 227, that's
18:29:43   6    not all of them either, right?
18:29:44   7         A.   That's correct.
18:29:46   8         Q.   To get the total number, you've got to
18:29:49   9    look at this BakTrak reporting that you generated to
18:29:54  10    include the backup environments and all of the total
18:30:01  11    environments?
18:30:01  12         A.   Yes.
18:30:01  13         Q.   And that's the several thousand number
18:30:04  14    that we talked about?
18:30:05  15              MR. FUCHS:  Objection, form.
18:30:06  16         A.   No, that would not be correct.  We have
18:30:13  17    not had several thousand environments.
18:30:15  18         Q.   What's your best understanding of what
18:30:22  19    the total number of environments that PeopleSoft has
18:30:25  20    ever -- that TomorrowNow has ever maintained of
18:30:28  21    PeopleSoft applications?
18:30:31  22              MR. FUCHS:  Objection, form.
18:30:32  23         A.   It's my understanding that TomorrowNow
18:30:37  24    has had a little over 300 environments on our hardware
18:30:46  25    at one time.
```

JOHN M. BAUGH          February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 148

1      I, JOHN M. BAUGH, do hereby certify that I
2  have read the above and foregoing deposition and that
3  the same is a true and accurate transcription of my
4  testimony, except for attached amendments, if any.
5      Amendments attached    ( ) Yes    ( ) No
6
7
8                                    _____
9                                      JOHN M. BAUGH
10
11
12
13     The signature above of JOHN M. BAUGH was
14 subscribed and sworn to before me in the county of
15 __Brazos__, state of __Texas__,
16 this __5th__ day of __March__, 2008.
17
18
19                                    _____
20                                      Notary Public
                                       My commission expires:

[Notary stamp: PEGGY W. LANFORD, Notary Public, State of Texas, My Commission Expires DECEMBER 31, 2011]

21
22
23
24
25 Oracle Corporation, et al. 2/6/08 (sb)

Merrill Legal Solutions
(800) 869-9132

22c626e8-3dc4-4717-b441-8cb0781a80d5

Page 149

REPORTER'S CERTIFICATE

STATE OF COLORADO         )
                          )  ss.
CITY AND COUNTY OF DENVER )

      I, SANDRA L. BRAY, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public, State of Colorado, do hereby certify that previous to the commencement of the examination, the said JOHN M. BAUGH was duly sworn by me to testify to the truth in relations to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

      I further certify that I am not employed by, related to, nor of counsel for any of the parties herein nor otherwise interested in the outcome of this litigation.

      IN WITNESS WHEREOF, I have affixed my signature this 10th of February, 2008.

      My commission expires January 16, 2012.

__X__   Reading and Signing was requested.

_____   Reading and Signing was waived.

_____   Reading and Signing is not required.

22c626e8-3dc4-4717-b441-8cb0781a80d5