# EXHIBIT B-2

JOHN M. BAUGH          February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 150

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, \a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.
_____

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 7, 2008 - Volume II
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)
_____

        PURSUANT TO NOTICE, the Videotape Rule 30(b)(6)deposition of JOHN M. BAUGH was continued on behalf of the Plaintiffs at 1700 Lincoln Street, Suite 4100, Denver, Colorado 80203, on February 7, 2008, at 8:40 a.m., before Sandra L. Bray, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public within Colorado.

Merrill Legal Solutions
(800) 869-9132

4a9face5-2080-4313-8bd7-286a801052d0

JOHN M. BAUGH            February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 182

09:34:47    25            A.   When we first compiled this document, I

JOHN M. BAUGH        February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 183

| | | |
|---|---|---|
| 09:34:56 | 1 | had thought that all of our environments were in SAS |
| 09:35:12 | 2 | Environment Portal and dotProject, but it was only in |
| 09:35:14 | 3 | performing research over the last few days in |
| 09:35:19 | 4 | preparation for this deposition that we found, looking |
| 09:35:24 | 5 | at BakTrak, that there was some additional |
| 09:35:27 | 6 | environments that were not in this document. |

JOHN M. BAUGH         February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 317

1      I, JOHN M. BAUGH, do hereby certify that I
2  have read the above and foregoing deposition and that
3  the same is a true and accurate transcription of my
4  testimony, except for attached amendments, if any.
5      Amendments attached    ( ) Yes    ( ) No
6
7
8
9                                    _____
                                     JOHN M. BAUGH
10
11
12
13     The signature above of JOHN M. BAUGH was
14  subscribed and sworn to before me in the county of
15  _Brazos_____, state of _Texas_____,
16  this __5th___ day of __March_____, 2008.
17
18
19                                   _____
20                                   Notary Public
                                     My commission expires:
21
22
23
24
25  Oracle Corporation, 2/7/08 - Volume II (sb)

Merrill Legal Solutions
(800) 869-9132

4a9face5-2080-4313-8bd7-286a801052d0

Page 318

REPORTER'S CERTIFICATE

STATE OF COLORADO    )
    ) ss.
CITY AND COUNTY OF DENVER  )

    I, SANDRA L. BRAY, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public, State of Colorado, do hereby certify that previous to the commencement of the examination, the said JOHN M. BAUGH was duly sworn by me to testify to the truth in relations to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

    I further certify that I am not employed by, related to, nor of counsel for any of the parties herein nor otherwise interested in the outcome of this litigation.

    IN WITNESS WHEREOF, I have affixed my signature this 12th of February, 2008.

    My commission expires January 16, 2012.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

Merrill Legal Solutions
(800) 869-9132

4a9face5-2080-4313-8bd7-286a801052d0