# EXHIBIT B-3

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ORACLE CORPORATION, ET AL,  \*
          Plaintiffs,       \*
                            \*
VS.                         \* CASE NO. 07-CV-01658 (MJJ)
                            \*
SAP AG, ET AL,              \*
          Defendants.       \*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

KATHERINE WALKER WILLIAMS

APRIL 1, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

KATHERINE WALKER WILLIAMS          April 1, 2008
HIGHLY CONFIDENTIAL

Page 47

```
09:53:22    7            Q.   And what does the last letter in the name
09:53:26    8       indicate?
09:53:26    9            A.   Which database platform it's on, which
09:53:28   10       relational database platform it's built on.
09:53:30   11            Q.   So this first one would be on an Oracle
09:53:33   12       platform?
09:53:37   13            A.   Yes.
```

Page 107

| | | |
|---|---|---|
| 11:29:43 | 13 | Q. For clarity, actually, why don't we -- why |
| 11:29:46 | 14 | don't you describe the different pieces of what would |
| 11:29:49 | 15 | constitute a complete client environment including the |
| 11:29:52 | 16 | database piece. |
| 11:29:52 | 17 | A. Again, I'm not a technician, so -- and I know |
| 11:29:56 | 18 | that you questioned this with John Baugh, so I can refer |
| 11:29:59 | 19 | back to some of my notes from -- some of my memory from |
| 11:30:03 | 20 | his notes or his deposition. |
| 11:30:04 | 21 | You have a -- the environment includes |
| 11:30:07 | 22 | having a database built on some relational database |
| 11:30:12 | 23 | platform. And that -- then you would have a PS home |
| 11:30:16 | 24 | which includes all the objects that you need to run this |
| 11:30:22 | 25 | COBOL, the SQRs. And then you would have a library for |

KATHERINE WALKER WILLIAMS           April 1, 2008
HIGHLY CONFIDENTIAL

Page 108

| | | |
|---|---|---|
| 11:30:27 | 1 | your portal objects.  And then there would be another |
| 11:30:30 | 2 | library for your third-party environments.  Products, |
| 11:30:37 | 3 | not environments, products, third-party products. |
| 11:30:40 | 4 |     Q.   So in your early testimony when you're |
| 11:30:43 | 5 | referring to database, you're referring to the totality |
| 11:30:46 | 6 | of the environment? |
| 11:30:47 | 7 |         MR. McDONELL:  Vague and ambiguous. |
| 11:30:50 | 8 |     A.   In most cases.  I couldn't say that was the |
| 11:30:51 | 9 | case everywhere. |

5da84a35-f228-4714-ab72-83c27c42a206

Page 202

```
 7
 8              _____
 9                   KATHERINE WALKER WILLIAMS
10
11    THE STATE OF TEXAS    )
12         SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned
13    authority, by the said KATHERINE WALKER WILLIAMS on this
14    the   17th   day of    April    ,  2008  .
15
16                             _____
17                             Notary Public in and for
18                             the State of Texas
19
20    My Commission Expires: _____
21
22
23
24
25
```

[Notary seal: DEBORAH DIANE WALKER, NOTARY PUBLIC, CHEROKEE COUNTY, GA, MY COMMISSION EXPIRES JULY 13TH, 2009]