Oracle Corporation et al v. SAP AG et al
Case4:07-cv-01658-PJH   Document455-5   Filed08/31/09   Page1 of 5
Doc. 455 Att. 4

# EXHIBIT B-4

CATHERINE LEE HYDE          April 2, 2008
HIGHLY CONFIDENTIAL

Page 66

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
ORACLE CORPORATION, ET AL,  *
         Plaintiffs,        *
                            *
VS.                         * CASE NO. 07-CV-01658 (MJJ)
                            *
SAP AG, ET AL,              *
         Defendants.        *
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6)

DEPOSITION OF

CATHERINE LEE HYDE

VOLUME 2

APRIL 2, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

Merrill Legal Solutions
(800) 869-9132

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE          April 2, 2008
HIGHLY CONFIDENTIAL

Page 112

| | | |
|---|---|---|
| 09:13:26 | 12 | Q.  (By Mr. Howard)  Ms. Hyde, yesterday you |
| 09:13:28 | 13 | referred to environments that would be on a SQL database |
| 09:13:36 | 14 | or an Oracle database. |
| 09:13:37 | 15 | Do you recall that? |
| 09:13:39 | 16 | A.  Vaguely. |
| 09:13:39 | 17 | Q.  Is there something in the naming convention of |
| 09:13:45 | 18 | the environments that would tell us whether it's on a |
| 09:13:48 | 19 | SQL database or an Oracle database? |
| 09:13:52 | 20 | MR. McDONELL:  Vague and ambiguous. |
| 09:13:53 | 21 | THE VIDEOGRAPHER:  I'm sorry.  Someone's |
| 09:13:56 | 22 | phone is really blanking our sound. |
| 09:14:01 | 23 | MR. McDONELL:  Still doing it? |
| 09:14:01 | 24 | A.  Can you repeat that? |
| 09:14:05 | 25 | Q.  (By Mr. Howard)  Is there a designator in any |

CATHERINE LEE HYDE          April 2, 2008
HIGHLY CONFIDENTIAL

Page 113

| | | |
|---|---|---|
| 09:14:10 | 1 | of the environment names to indicate whether that |
| 09:14:12 | 2 | environment is on a SQL database or an Oracle database? |
| 09:14:15 | 3 | MR. McDONELL: Vague and ambiguous, lack |
| 09:14:16 | 4 | of foundation. |
| 09:14:18 | 5 | A.  In later naming conventions, and I don't know |
| 09:14:24 | 6 | exactly when it started, but the last alpha character |
| 09:14:27 | 7 | identifies the database type. |
| 09:14:30 | 8 | Q.  What's the identifier in those later naming |
| 09:14:33 | 9 | conventions for a SQL database environment? |
| 09:14:36 | 10 | MR. McDONELL: Same objections. |
| 09:14:38 | 11 | A.  M. |
| 09:14:39 | 12 | Q.  (By Mr. Howard)  What's the indicator in those |
| 09:14:41 | 13 | later naming conventions for an Oracle database |
| 09:14:45 | 14 | environment? |
| 09:14:45 | 15 | MR. McDONELL: Same objections. |
| 09:14:46 | 16 | A.  O. |

Merrill Legal Solutions
(800) 869-9132

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

Page 322

9
10      *[signature: Catheren L Hyde]*
11              CATHERINE LEE HYDE
12
13      THE STATE OF ~~TEXAS~~ Florida  )
14          SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned
15      authority, by the said CATHERINE LEE HYDE on this the
16      18th  day of  April  ,  2008  .
17
18                      *[signature: Candice R. Holland]*
19              Notary Public in and for
20              the State of ~~Texas~~ Florida
21
22      My Commission Expires: June 28, 2011
23
24      [Notary seal: CANDICE R. HOLLAND, MY COMMISSION # DD 690006, EXPIRES: June 28, 2011, Bonded Thru Notary Public Underwriters]
25

Merrill Legal Solutions
(800) 869-9132

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535