# EXHIBIT B-6

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 59

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a          )
Delaware corporation, ORACLE   )
USA, INC., a Colorado          )
corporation, and ORACLE        )
INTERNATIONAL CORPORATION, a   )
California corporation,        )
         Plaintiffs,           )
                               )
vs.                            )  CASE NO. 07-CV-01658 (MJJ)
                               )
SAP AG, a German               )
corporation, SAP AMERICA,      )
INC., a Delaware corporation,  )
TOMORROWNOW, INC., a Texas     )
corporation, and DOES 1-50,    )
inclusive,                     )
         Defendants.           )

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION OF

TOMORROWNOW BY AND THROUGH SHELLEY NELSON

VOLUME 2

DECEMBER 6, 2007

     ORAL VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as
a witness at the instance of the Plaintiffs and duly sworn,
was taken in the above-styled and numbered cause on the 6th
day of December, 2007, from 9:10 a.m. to 3:53 p.m., before
Dana Richardson, Certified Shorthand Reporter in and for the
State of Texas, reported by computerized stenotype machine at
the offices of Jones Day, 717 Texas, Suite 3300, Houston,
Texas 77002, pursuant to the Federal Rules of Civil Procedure
and the provisions stated on the record or attached hereto.

     Job No. 1603-85363

Merrill Legal Solutions
(800) 869-9132

| | | |
|---|---|---|
| 09:28:01 | 12 | Q.  What other materials, then, with that modification |
| 09:28:04 | 13 | was Titan used to download? |
| 09:28:08 | 14 | A.  A -- Titan was coded to download other categories of |
| 09:28:15 | 15 | materials.  It -- a lot of those didn't get moved into |
| 09:28:21 | 16 | production.  So, it may have -- they may have downloaded as |
| 09:28:27 | 17 | part of testing Titan; but they had -- they were working on |
| 09:28:30 | 18 | development of -- of functionality to allow it to download |
| 09:28:36 | 19 | white papers, red papers, upgrade documentation.  It was |
| 09:28:45 | 20 | developed to download solutions, and that did get rolled out |
| 09:28:51 | 21 | for at least one client. |
| 09:29:03 | 22 |         That's -- that's all I can recall right now. |
| 09:29:06 | 23 | Q.  Let me make sure I understand.  So, Titan was |
| 09:29:11 | 24 | modified or improved to allow for downloading of additional |
| 09:29:16 | 25 | materials beyond simply updates and fixes, including white |

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 74

| | | |
|---|---|---|
| 09:29:22 | 1 | papers, red papers, upgrade documentation and solutions.  Is |
| 09:29:27 | 2 | that correct so far? |
| 09:29:28 | 3 | A.   Correct. |
| 09:29:30 | 4 | Q.   And in at least one case that you recall, it was used |
| 09:29:37 | 5 | to download materials beyond updates and fixes; and that would |
| 09:29:40 | 6 | be solutions? |
| 09:29:42 | 7 | A.   Yes. |
| 09:29:43 | 8 | Q.   It was also used to download the other items that you |
| 09:29:49 | 9 | identified, white papers, red papers, upgrade documentation |
| 09:29:55 | 10 | and solutions, on a test basis, correct? |
| 09:29:59 | 11 | A.   From what I understand, yes. |
| 09:30:00 | 12 | Q.   And are you aware of any instances in which it was |
| 09:30:03 | 13 | used to download these other materials, white papers, red |
| 09:30:08 | 14 | papers, upgrade documentation, for a client? |
| 09:30:11 | 15 | A.   I'm not -- I'm not aware, for sure, that it -- it |
| 09:30:17 | 16 | actually got rolled into -- to actually use by our download |
| 09:30:21 | 17 | team. |

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 241

8      I declare under penalty of perjury that the foregoing is
9   true and correct.

                    _____
                         SHELLEY NELSON

15     SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned
16  authority, by the witness, SHELLEY NELSON, on this the 5th
17  day of January, 2008.

                    _____
                    NOTARY PUBLIC IN AND FOR
                    THE STATE OF Texas

[Notary seal: NOTARY PUBLIC, Richard A. Baur, State of Texas, My Commission Expires 08-29-2010]

23  My Commission Expires: 8-29-2010

Merrill Legal Solutions
(800) 869-9132

b1e1d09b-3509-4c1d-8a78-0d8a39676007