# EXHIBIT B-7

Dockets.Justia.com

JOSH TESTONE       June 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a        )
Delaware corporation, ORACLE )
USA, INC., a Colorado        )
corporation, and ORACLE      )
INTERNATIONAL CORPORATION,   )
a California corporation,    )
                             )
          Plaintiffs,        )
                             )
VS.                          )   CASE NO. 07-CV-0658
                             )
SAP AG, a German corporation )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW,    )
INC., a Texas corporation,   )
and DOES 1-50, inclusive,    )
                             )
          Defendants.        )


************************************************

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

ORAL/VIDEO DEPOSITION OF

JOSH TESTONE

JUNE 3, 2009


************************************************

ORAL/VIDEO DEPOSITION OF JOSH TESTONE, produced as

a witness at the instance of the Plaintiffs, was duly

sworn, was taken in the above-styled and numbered cause

on the JUNE 3, 2009, from 8:33 a.m. to 12:52 p.m.,

before Chris Carpenter, CSR, in and for the State of

Texas, reported by machine shorthand, at the Rotunda

Merrill Legal Solutions
(800) 869-9132

82f6f64b-5b9d-47a8-baf1-11468955ef2a

JOSH TESTONE      June 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 27

09:02    12        Q.    (By Ms. Hann)  What would your understanding

09:02    13    be?

09:02    14        A.    An environment, as defined locally inside

09:02    15    TomorrowNow, would be a database and other software

09:02    16    programs required to run an instance of that

09:02    17    environment.

82f6f64b-5b9d-47a8-baf1-11468955ef2a

Page   Line

____  ____            Change:_____

                      Reason:_____

____  ____            Change:_____

                      Reason:_____

____  ____            Change:_____

                      Reason:_____

____  ____            Change:_____

                      Reason:_____

____  ____            Change:_____

                      Reason:_____

____  ____            Change:_____

                      Reason:_____

____  ____            Change:_____

                      Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

___X___ No changes have been made.  I certify that the transcript is true and correct.


_____          _7/9/09_____
(signature)                               (date)