# EXHIBIT C-2

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a          )
Delaware corporation, ORACLE   )
USA, INC., a Colorado          )
corporation, and ORACLE        )
INTERNATIONAL CORPORATION, a   )
California corporation,        )
                               )
           Plaintiffs,         )
                               )
      vs.                      ) No. 07-CV-1658 (PJH)
                               )
SAP AG, a German corporation,  )
SAP AMERICA, INC., a Delaware  )
corporation, TOMORROWNOW,      )
INC., a Texas corporation, and )
DOES 1-50, inclusive,          )
                               )
           Defendants.         )
_____)


VIDEOTAPED DEPOSITION OF

EDWARD ABBO

_____

MONDAY, JUNE 29, 2009


HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY


REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-420746)

Merrill Legal Solutions
(800) 869-9132

Page 193

```
14:58:02   9      Q.  And then you -- then you say, you assume
14:58:08  10   that the customer, Pomeroy is augmenting rather than
14:58:14  11   replacing its existing support with test services
14:58:17  12   from TomorrowNow.
14:58:18  13           What's your reference to test services?
14:58:21  14      A.  Well, again, I -- you know, and when I
14:58:25  15   reread this article today, I notice -- let me see
14:58:36  16   where I keyed that from.
14:58:49  17      Q.  Is it down in the -- almost the last
14:58:52  18   paragraph there on the page you're look at, on
14:58:55  19   page -2 of 3?
14:58:57  20      A.  Yeah.  TomorrowNow set up a test
14:58:59  21   environment at its own site that mirrored Pomeroy's.
14:59:02  22   That way, when the solution was ready, it was
14:59:05  23   straightforward to implement on Pomeroy's systems.
14:59:07  24      Q.  So is that what you're referencing in your
14:59:10  25   email to Holger here?
```

EDWARD ABBO          June 29, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 194

```
14:59:11   1        A.  Yeah, I -- and again, this is me
14:59:13   2   speculating what may be going on, because I hadn't
14:59:16   3   really talked to Pomeroy, nor had I any interaction
14:59:22   4   with TomorrowNow.
14:59:22   5        But I was interpreting from this article
14:59:24   6   that they -- you know, we were -- Oracle is the only
14:59:32   7   organization that can actually produce the fix to
14:59:36   8   the IE browser change, and what possibly Pomeroy was
14:59:44   9   having TomorrowNow do was to test that fix before
14:59:49  10   they took it.
14:59:50  11        Q.  Presumably, at the test environment that
14:59:54  12   this article references that TomorrowNow had set up
14:59:58  13   at its own site that mirrored Pomeroy's.  Correct?
15:00:02  14        A.  That's --
15:00:02  15            MS. HOUSE:  Lacks foundation.
15:00:03  16            THE WITNESS:  -- again, all speculative.
15:00:05  17            MR. COWAN:  Q.  Well, you say speculative
15:00:07  18   on your part.  But this is what you were reading
15:00:08  19   back then in this article.  Right?
15:00:10  20        A.  That's correct.  I read that in the article
15:00:12  21   and made some -- what's the right term --
15:00:27  22   conjectures that I put down on this note.
```

EDWARD ABBO     June 29, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 258

1        CERTIFICATE OF REPORTER

2        I, HOLLY THUMAN, a Certified Shorthand

3   Reporter, hereby certify that the witness in the

4   foregoing deposition was by me duly sworn to tell

5   the truth, the whole truth, and nothing but the

6   truth in the within-entitled cause;

7        That said deposition was taken down in

8   shorthand by me, a disinterested person, at the time

9   and place therein state, and that the testimony of

10  said witness was thereafter reduced to typewriting,

11  by computer, under my direction and supervision;

12       That before completion of the deposition review

13  of the transcript [X] was [] was not requested.  If

14  requested, any changes made by the deponent (and

15  provided to the reporter) during the period allowed

16  are appended hereto.

17       I further certify that I am not of counsel or

18  attorney for either or any of the parties to the

19  said deposition, nor in any way interested in the

20  event of this cause, and that I am not related to

21  any of the parties thereto.

22

23  DATED:_____

24  _____
         HOLLY THUMAN, CSR
25

Merrill Legal Solutions
(800) 869-9132

ecf1e2fb-799a-4b44-8a6e-d8d1b2722d58

1   July 6, 2009

2   EDWARD ABBO

3   c/o: HOLLY HOUSE, Attorney at Law

4   BINGHAM McCUTCHEN
    Three Embarcadero Center
5   San Francisco, California 94111

6   RE: Oracle vs. SAP AG, et al.

7   Dear Mr. Abbo:

8

    Please be advised that the original transcript of
9   your deposition taken June 29, 2009 in the
    above-entitled matter is available for reading and
10  signing.  The original transcript will be held at
    the offices of:
11

        Merrill Legal Solutions
12       135 Main Street, 4th Floor
        San Francisco, CA 94105
13       (415) 357-4300

14  for thirty (30) days in accordance with Federal
    Rules of Civil Procedure Section 30(e).  If you do
15  not sign your deposition within 30 days, it may be
    used as fully as though signed.
16

    If you are represented by counsel in this matter,
17  you may wish to ask your attorney how to proceed.
    If you are not represented by counsel and wish to
18  review your transcript, please contact our office
    for a mutually convenient appointment to review your
19  deposition.

20  Thank you for your cooperation in this matter.

21  Sincerely yours,

22

23  Holly Thuman, CSR 6834

24

    cc:  Original Transcript
25      All counsel