# EXHIBIT E

| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | CHRISTOPHER B. HOCKETT (SBN 121539) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 6 | chris.hockett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JEFFREY S. ROSS (SBN 138172) |
| 10 | 500 Oracle Parkway |
| 11 | M/S 5op7 |
| | Redwood City, CA 94070 |
| 12 | Telephone: (650) 506-4846 |
| | Facsimile: (650) 506-7114 |
| 13 | dorian.daley@oracle.com |
| | jeff.ross@oracle.com |
| 14 | |
| 15 | Attorneys for Plaintiffs |
| | Oracle Corporation, Oracle USA, Inc., |
| | and Oracle International Corporation |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 07-CV-1658 MJJ |
| 22 | | **PLAINTIFF ORACLE USA, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT TOMORROWNOW, INC.** |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

07-CV-1658 MJJ

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO TOMORROWNOW, INC.

**INTERROGATORY NO. 9:**

Describe in as much detail as possible all JD Edwards or PeopleSoft software applications which have ever resided or been installed on any computer, internal or external hard drive, disk, tape, CD-ROM, DVD-ROM, flash drive, portable drive, network, server, or any other type of electronic storage device or medium within Your possession, custody, or control, including but not limited to Identifying the devices on which the applications reside or resided and Describing in as much detail as possible how You obtained the applications and for what purposes You have used them.

**RESPONSE TO INTERROGATORY NO. 9:**

1
2
3
4
5
6
7
8   DATED: August 2, 2007
9
10                              Bingham McCutchen LLP
11
12                              By: /s/ Geoffrey M. Howard
13                                  Geoffrey M. Howard
                                    Attorneys for Plaintiffs
                                    Oracle International Corporation, Oracle USA, Inc.,
                                    Oracle Corporation
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9                                                                                           07-CV-1658 MJJ

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO TOMORROWNOW, INC.