# EXHIBIT G

Dockets.Justia.com

1  BINGHAM McCUTCHEN LLP
   CHRISTOPHER B. HOCKETT (SBN 121539)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA 94111-4067
5  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
6  chris.hockett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway
   M/S 5op7
11 Redwood City, CA 94070
   Telephone: (650) 506-4846
12 Facsimile: (650) 506-7114
   dorian.daley@oracle.com
13 jennifer.gloss@oracle.com

14 Attorneys for Plaintiffs
   Oracle Corporation, Oracle USA, Inc.,
15 and Oracle International Corporation

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20 ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado 21 corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, 22<br>Plaintiffs,<br>23     v.<br>24 SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, 25 TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, 26<br>Defendants. | Case No. 07-CV-1658 MJJ<br><br>**PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANT TOMORROWNOW, INC.**<br><br>**CONTAINS INFORMATION DESIGNATED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** |

27
28

07-CV-1658 MJJ

PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES TO TOMORROWNOW, INC.

1 **INTERROGATORY NO. 12:**

2  For each Customer for whom SAP TN has created one or more local PeopleSoft
3 environments on SAP TN's systems from copies of that Customer's PeopleSoft software, as
4 testified by Shelley Nelson (Shelley Nelson Dep. at 13:24-17:11 (Oct. 30, 2007)), Identify the
5 Customer, Identify each product name and release copied to create the local environment, and
6 state the total number of local environments created for that customer.

7 **RESPONSE TO INTERROGATORY NO. 12:**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5                                                      07-CV-1658 MJJ

PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES TO TOMORROWNOW, INC.

DATED: November 27, 2007        Bingham McCutchen LLP

By: _____
Aaron Schur
Attorneys for Plaintiffs
Oracle International Corporation, Oracle USA, Inc.,
Oracle Corporation

6

07-CV-1658 MJJ

PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES TO TOMORROWNOW, INC.

# PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence by U.S. Mail and Electronic Mail, and they are deposited and/or sent that same day in the ordinary course of business.

Today I served the following document:

**PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANT TOMORROWNOW, INC.**

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

Robert A. Mittelstaedt, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 626.3939

ramittelstaedt@JonesDay.com

Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 875-5820

jmcdonell@jonesday.com

Tharan Gregory Lanier, Esq.
Jane L. Froyd, Esq.
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939

tglanier@JonesDay.com
jfroyd@JonesDay.com

1  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on November 27, 2007, at San Francisco, California.

_____
Rosaleen Doran

8                                                              07-CV-1658 MJJ

PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES TO TOMORROWNOW, INC.