# EXHIBIT L-4

Dockets.Justia.com

REDACTED



APPENDIX A,
Effective September 8, 2006 ("Appendix"),
to
TomorrowNow, Inc. ("TOMORROWNOW") Support services agreement,
Effective September 6, 2006 ("Agreement"), with
REDACTED "Client")

This Appendix is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Appendix contradict or are inconsistent with the provisions of the Agreement, the provisions of this Appendix shall prevail and govern. The parties hereby agree as follows:

1. <u>Covered Products</u>.

   A. Production System.

| Production Database #1 (HCM) | |
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | Compaq |
| Database Platform: | Oracle |
| Operating System: | Windows NT 4.0 |
| System Access Option: | Remote Access to Client-Hosted System, and/or Access to Software Copies |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |

Production System.

| Production Database #2 (FDM) | |
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | Compaq |
| Database Platform: | Oracle |
| Operating System: | Windows NT 4.0 |
| System Access Option: | Remote Access to Client-Hosted System, and/or Access to Software Copies |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |

   B. Covered Products. The Covered Products are the products listed in the table, limited to the database platform, operating system, hardware, and languages specified in section 1(A), with Tax and Regulatory Coverage as listed in the table below and as consistent with the standard product as delivered by PeopleSoft.

| Covered Product (PeopleSoft) | Current Release and Patch Level | Possible Future Release(s) | Production Database Number | Tax & Regulatory Geographic Coverage by Country |
|---|---|---|---|---|
| PeopleSoft Human Resources | 8.0 SP1 | 8.3, 8.8, 8.9 | 1 (HCM) | United States |
| PeopleSoft Payroll | 8.0 SP1 | 8.3, 8.8, 8.9 | 1 (HCM) | United States |
| PeopleSoft General Ledger | 8.0 SP1 | 8.4, 8.8, 8.9 | 2 (FDM) | United States |
| PeopleSoft Accounts Payable | 8.0 SP1 | 8.4, 8.8, 8.9 | 2 (FDM) | United States |
| PeopleSoft Purchasing | 8.0 SP1 | 8.4, 8.8, 8.9 | 2 (FDM) | N/A |

TOMORROWNOW CONFIDENTIAL & SUBJECT TO NON-DISCLOSURE
09082006

REDACTED

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                              TN-OR 00008385