# EXHIBIT L-5

Case4:07-cv-01658-PJH   Document455-24   Filed08/31/09   Page2 of 3



[FOR PEOPLESOFT SOFTWARE]

**APPENDIX 1,**
**effective 1st January 2007 ("Appendix"),**
**to**
**TomorrowNow Singapore Pte. Ltd.. ("TOMORROWNOW") Support Services Agreement,**
**effective 1st January 2007 ("Agreement"), with**
REDACTED ("Customer")

This Appendix is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Appendix contradict or are inconsistent with the provisions of the Agreement, the provisions of this Appendix shall prevail and govern. The parties hereby agree as follows:

1. **Covered Products.**

    A. **Production System**

    | Production Database #1 & 2 | |
    |---|---|
    | IT System Physical Location: | Singapore – REDACTED |
    | Customer Support Team Location: | Singapore |
    | Support Team Language(s): | English |
    | Hardware Platform: | Sun Microsystem |
    | Database Platform: | Oracle RDBMS |
    | Operating System: | Solaris 8.0 |
    | System Access Option: | Remote Access to Customer-Hosted System |
    | Supported Language Objects: | English |
    | Customisations: | Customer (All) |
    | Interface Responsibility: | Customer (All) |

    | Production Database #3 | |
    |---|---|
    | IT System Physical Location: | Singapore – REDACTED |
    | Customer Support Team Location: | Singapore |
    | Support Team Language(s): | English |
    | Hardware Platform: | Sun Microsystem |
    | Database Platform: | Oracle RDBMS |
    | Operating System: | Solaris 8.0 |
    | System Access Option: | Remote Access to Customer-Hosted System |
    | Supported Language Objects: | English |
    | Customisations: | Customer (All) |
    | Interface Responsibility: | Customer (All) |

    B. **Covered Products.** The Covered Products are the products listed in the table, limited to the database platform, operating system, hardware, and languages specified in section 1(A), with Tax and Regulatory Coverage as listed in the table below and as consistent with the standard product as delivered by PeopleSoft.

*TOMORROWNOW CONFIDENTIAL & SUBJECT TO NON-DISCLOSURE*

Page 8 of 13

REDACTED

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                              TN-OR 00008747

**TOMORROW NOW**

| Covered Product (PeopleSoft) | Current Release and Patch Level | Possible Future Release(s) | Production Database Number | Tax & Regulatory Geographic Coverage by Country |
|---|---|---|---|---|
| PeopleSoft Financial Management Modules | 8.0 SP1/PT 8.19 | NA | 1&2 | Singapore |
| General Ledger | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| Budgeting | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| Project Costing | 8.0 SP1 /PT 8.19 | NA | 1&2 | |
| Contract Management | 8.0 SP1 /PT 8.19 | NA | 1&2 | |
| Purchasing Management | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| Payables | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| Asset Management | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| Order Management | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| Inventory Management | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| Billing, | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| Receivables | 8.0 SP1/PT 8.19 | NA | 1&2 | |
| People Tools Enterprise Development | 8.19 | NA | 1&2 | |
| Micro Focus Server Express | 2.0.11 SP1 | NA | 1&2 | |