# EXHIBIT L-7

Dockets.Justia.com



# APPENDIX B
### Effective September 28, 2007 ("Appendix"),
### to
### TomorrowNow, Inc. ("TOMORROWNOW") Support Services Agreement,
### Effective 10/09/2006 ("Agreement"), with
### REDACTED ("Client")

This Appendix is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Appendix contradict or are inconsistent with the provisions of the Agreement, the provisions of this Appendix shall prevail and govern. The parties hereby agree as follows:

1. **Covered Products**.

    A. **Production System**.

| Production Database #1 LA/AP/US | |
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | HP |
| Database Platform: | Oracle |
| Operating System: | UNIX |
| System Access Option: | Remote Access to Client-Hosted System and/or Access to Client Leased Site. |
| Supported Language Objects: | American English, Japanese, Chinese, Spanish, |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Vendor Maintenance End Date: | Refer to schedule in Section B |

| Production Database #2 EMEA | |
|---|---|
| IT System Physical Location: | Brussels Belgium |
| Support Team Location: | Brussels Belgium |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | HP |
| Database Platform: | Oracle |
| Operating System: | Unix |
| System Access Option: | Remote Access to Client-Hosted System and/or Access to Client Leased Site. |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Vendor Maintenance End Date: | Refer to schedule in Section B |

| Production Database #3 LA/AP/US EPM | |
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | HP |
| Database Platform: | Oracle |
| Operating System: | Unix |
| System Access Option: | Remote Access to Client-Hosted System and/or Access to Client Leased Site. |
| Supported Language Objects: | American English, Japanese, Chinese, Spanish, |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Vendor Maintenance End Date: | Refer to schedule in Section B |

*TOMORROWNOW CONFIDENTIAL & SUBJECT TO NON-DISCLOSURE*

CONFIDENTIAL INFORMATION                                                                    TN-OR03768152

**TOMORROW NOW**

| Production Database #4 CRM Merckury ||
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | HP |
| Database Platform: | Oracle |
| Operating System: | Unix |
| System Access Option: | Remote Access to Client-Hosted System and/or Access to Client Leased Site. |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Vendor Maintenance End Date: | Refer to schedule in Section B |

| Production Database #5 CRM HRMS ||
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English (only) |
| Hardware Platform: | HP |
| Database Platform: | Oracle |
| Operating System: | Unix |
| System Access Option: | Remote Access to Client-Hosted System and/or Access to Client Leased Site. |
| Supported Language Objects: | American English |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Vendor Maintenance End Date: | Refer to schedule in Section B |

| Production Database #6 Canada ||
|---|---|
| IT System Physical Location: | United States |
| Support Team Location: | United States |
| Support Team Language(s): | American English, French Canadian |
| Hardware Platform: | HP |
| Database Platform: | Oracle |
| Operating System: | Unix |
| System Access Option: | Remote Access to Client-Hosted System and/or Access to Client Leased Site. |
| Supported Language Objects: | American English, French Canadian |
| Customizations: | Client (All) |
| Interface Responsibility: | Client (All) |
| Vendor Maintenance End Date: | Refer to schedule in Section B |

**TOMORROW NOW**

B. **Covered Products.** The Covered Products include the products identified by Client and listed in the table below, limited to the database platform, operating system, hardware, and languages specified in section 1(A), with Tax and Regulatory Coverage as listed in the table below and as consistent with the standard product as delivered by PeopleSoft.

Client acknowledges & agrees that the pricing set-forth in this Appendix is reflective of the products listed in Clients license with Vendor. TomorrowNow agrees that if an products associated with the Clients existing license Agreement for the PeopleSoft Enterprise applications was omitted from the Covered product through error or omission that the Appendix will be amended to incorporate these products at no additional cost to Client.

| Covered Product (PeopleSoft) | Current Release and Patch Level | Possible Future Release(s) | Production Database Number | Tax & Regulatory Geographic Coverage by Country | Vendor Maintenance End Date: MM/DD/YY |
|---|---|---|---|---|---|
| PeopleSoft Payroll for North America | 8.8 SP1 | None | 1 | United States | 11/07/07 |
| PeopleSoft Human Resources | 8.8 SP1 | None | 1 | United States | 10/25/07 |
| PeopleSoft Payroll Interface (no support required) | 8.8 SP1 | None | 1 | United States | 10/25/07 |
| PeopleSoft Time and Labor | 8.8 SP1 | None | 1 | United States | 07/11/07 |
| PeopleSoft eProfile | 8.8 SP1 | None | 1 | NA | 10/25/07 |
| PeopleSoft eCompensation | 8.8 SP1 | None | 1 | NA | 10/25/07 |
| PeopleSoft eDevelopment | 8.8 SP1 | None | 1 | NA | 10/25/07 |
| PeopleSoft eBenefits | 8.8 SP1 | None | 1 | NA | 10/25/07 |
| PeopleSoft ePay | 8.8 SP1 | None | 1 | NA | 10/25/07 |
| PeopleSoft eProfile Manager Desktop | 8.8 SP1 | None | 1 | NA | 10/25/07 |
| PeopleSoft eCompensation Manager Desktop | 8.8 SP1 | None | 1 | NA | 10/25/07 |
| PeopleSoft Enterprise Portal/HRMS Portal Pack | 8.8 SP1 | None | 1 | NA | 09/21/07 |
| PeopleSoft Workforce Analysis | 8.3 SP4 | None | 3 | NA | 10/25/07 |
| PeopleSoft Workforce Scorecard | 8.3 SP4 | None | 3 | NA | 10/25/07 |
| PeopleSoft Workforce Rewards | 8.3 SP4 | None | 3 | NA | 10/25/07 |
| PeopleSoft ODS-EPM/HRMS Warehouse | 8.3 SP4 | None | 3 | NA | 10/25/07 |
| PeopleSoft Helpdesk (Merckury) | 8.8 SP1 | None | 4 | NA | 12/31/07 |
| PeopleSoft Helpdesk for HRMS | 8.9 | None | 5 | NA | 05/30/08 |