# EXHIBIT N

| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
|  | JONES DAY |
| 2 | San Francisco Office |
|  | 555 California Street, 26th Floor |
| 3 | San Francisco, CA  94104 |
|  | Telephone:     (415) 626-3939 |
| 4 | Facsimile:      (415) 875-5700 |
|  | ramittelstaedt@jonesday.com |
| 5 | |
|  | Tharan Gregory Lanier (SBN 138784) |
| 6 | Jane L. Froyd (SBN 220776) |
|  | JONES DAY |
| 7 | Silicon Valley Office |
|  | 1755 Embarcadero Road |
| 8 | Palo Alto, CA  94303 |
|  | Telephone:     (650) 739-3939 |
| 9 | Facsimile:      (650) 739-3900 |
|  | tglanier@jonesday.com |
| 10 | jfroyd@jonesday.com |
| 11 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
|  | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 12 | JONES DAY |
|  | 717 Texas, Suite 3300 |
| 13 | Houston, TX  77002 |
|  | Telephone:     (832) 239-3939 |
| 14 | Facsimile:      (832) 239-3600 |
|  | swcowan@jonesday.com |
| 15 | jlfuchs@jonesday.com |
| 16 | Attorneys for Defendants |
|  | SAP AG, SAP AMERICA, INC., and |
| 17 | TOMORROWNOW, INC. |

18          UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA

20          SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 07-CV-1658 MJJ |
| 22 | | |
| 23 | | **DEFENDANT TOMORROWNOW, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF ORACLE'S 30(B)(6) AMENDED NOTICE OF DEPOSITION** |
| 24 | Plaintiffs, | |
|  | v. | |
| 25 | SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | |
| 26 | | |
| 27 | | |
|  | Defendants. | |
| 28 | | |

SVI-51660v1

**TOPIC NO. 13:**

The manner in which Software and Support Materials, or any support product developed by You, derived by You, or otherwise obtained by You, is maintained, archived, indexed and transmitted to any Customer, including descriptions of hardware and software Used and where this hardware or software is physically located.

**RESPONSE TO TOPIC NO. 13:**

Subject to and without waiving the General Objections, TomorrowNow agrees to produce a witness on Topic 13.

**TOPIC NO. 14:**

The use, distribution, transmission or other communication of Software and Support Materials including without limitation (a) the use, distribution, transmission or other communication of Software and Support Materials within SAP TN or between SAP TN, SAP America, and/or SAP AG; (b) the use, distribution, transmission or other communication of Software and Support Materials into, within, or out of any database or storage device, method, or application; (c) the use, distribution, transmission or other communication of Software and Support Materials between You and Your Customers; (d) the hardware and software Used for any such use, distribution, transmission or other communication identified in this paragraph; and (e) any "separate systems," "firewalls," or other methods or devices that prevent the distribution, transmission or other communication of Oracle's Software and Support Materials from You to SAP AG and SAP America.

**RESPONSE TO TOPIC NO. 14:**

TomorrowNow objects that this Topic is vague, and that it is unduly burdensome and overbroad. Subject to and without waiving the foregoing objections and the General Objections, TomorrowNow agrees to produce a witness on Topic 14.

1
2
3
4
5
6
7  Dated: October 26, 2007                    JONES DAY
8
9                                             By: _____
                                                  Tharan Gregory Lanier
10
                                              Counsel for Defendants
11                                            SAP AG, SAP AMERICA, INC., and
                                              TOMORROWNOW, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, Jane Louise Froyd, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1755 Embarcadero Road, Palo Alto, California 94303. On October 26, 2007, I served a copy of the attached document(s):

**DEFENDANT TOMORROWNOW, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF ORACLE'S 30(B)(6) AMENDED NOTICE OF DEPOSITION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Christopher B. Hockett
Geoffrey M. Howard
Zachary J. Alinder
Bree Hahn
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*chris.hockett@bingham.com*
*geoff.howard@bingham.com*
*zachary.alinder@bingham.com*
*bree.hahn@bingham.com*

Executed on October 26, 2007, at Palo Alto, California.

By: _____
Jane Louise Froyd

SVI-51660v1

TN'S RESP. & OBJ. TO ORACLE'S 30(B)(6)
AMENDED NOTICE OF DEPO.
Case No. 07-CV-1658 MJJ