```
 1  BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
 2  GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
 3  ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
 4  Three Embarcadero Center
    San Francisco, CA 94111-4067
 5  Telephone: (415) 393-2000
    Facsimile:  (415) 393-2286
 6  donn.pickett@bingham.com
    geoff.howard@bingham.com
 7  holly.house@bingham.com
    zachary.alinder@bingham.com
 8  bree.hann@bingham.com

 9  DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10  500 Oracle Parkway, M/S 5op7
    Redwood City, CA 94070
11  Telephone: (650) 506-4846
    Facsimile:  (650) 506-7114
12  dorian.daley@oracle.com
    jennifer.gloss@oracle.com
13

14  Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle International Corporation, and
15  Oracle EMEA Limited, and Siebel Systems, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF DORIAN DALEY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION DISCLOSED IN DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED COMPLAINT** |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF DORIAN DALEY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION

A/73129545.4/2021039-0000324170

Dockets.Justia.com

I, Dorian Daley, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am Senior Vice President, General Counsel, and Secretary of Oracle Corporation ("Oracle"). I have personal knowledge of the facts stated within this Declaration and could testify competently to them if required.

2. I have reviewed the material contained in paragraph 13 of Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint ("Defendants' Answer"). The part of paragraph 13 that Oracle requests be filed under seal relates to a meeting in November 2007 that included me, Michael Junge (the General Counsel of SAP AG) and outside counsel. SAP's counsel requested the meeting for the stated purpose of discussing my desire as litigation counsel to have access to material designated as "Highly Confidential -- Attorneys Eyes Only" pursuant to the Protective Order entered in this case. At that meeting, Mr. Junge and his counsel initiated a settlement discussion. The proposal SAP made was unacceptable to Oracle for many reasons, including because I felt strongly it could have the unintended consequence of violating antitrust laws. The meeting ended with no settlement and no agreement to continue the discussions.

3. The participants did agree on one thing, however, which was that the discussions in that meeting were confidential settlement discussions governed by, and pursuant to, Federal Rule of Evidence 408. *See* Docket No. 439 (August 26, 2009 Stipulation to Permit Defendants to File Under Seal Plaintiffs' Information Disclosed in Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint stating that "the parties agree that the materials put at issue by the Answer are governed by Fed. R. Evid. 408.") As a confidential settlement communication, Oracle believes this material should be maintained by the parties in confidence, which Oracle has done. In addition, because the description itself is inaccurate, incomplete, and lacks context, the disclosure may cause Oracle competitive harm by leading customers or partners to believe, incorrectly, that Oracle did not act reasonably in enforcing its intellectual property rights.

1      4.    For the reasons above, the material in paragraph 13 contains non-public, commercially sensitive and confidential information the disclosure of which would violate the policies behind Rule 408 and would pose the risk of significant competitive injury and particularized harm and prejudice to Oracle.

    I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California, on August 31, 2009.

_____
Dorian Daley

---

3      Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF DORIAN DALEY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION

A/73129545.4/2021039-0000324170