# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a                )
Delaware corporation, ORACLE         )
USA, INC., a Colorado                )
corporation, and ORACLE              )
INTERNATIONAL CORPORATION, a         )
California corporation,              )
                                     )
              Plaintiffs,            )
                                     )
         vs.                         )   No. 07-CV-1658 (PJH)
                                     )
SAP AG, a German corporation,        )
SAP AMERICA, INC., a Delaware        )
corporation, TOMORROWNOW,            )
INC., a Texas corporation, and       )
DOES 1-50, inclusive,                )
                                     )
              Defendants.            )
_____      )


VIDEOTAPED DEPOSITION OF

LARRY ELLISON


TUESDAY, MAY 5, 2009


HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY


REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-418128)

LARRY ELLISON          May 5, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 92

| Time | # | |
|---|---|---|
| 12:25:38 | 1 | |
| 12:25:39 | 2 | |
| 12:25:40 | 3 | |
| 12:25:41 | 4 | |
| 12:25:43 | 5 | |
| 12:25:45 | 6 | |
| 12:25:47 | 7 | |
| 12:25:49 | 8 | Q.  I'm done with this document.  We're going |
| 12:25:51 | 9 | to let you look at another one.  It's also one that |
| 12:25:54 | 10 | has not yet been marked, so it will become |
| 12:25:58 | 11 | Exhibit 400.  It was produced by Oracle.  It bears |
| 12:26:01 | 12 | the production numbers ORCL223497 through -531.  It |
| 12:26:07 | 13 | looks like a transcript of at least part of a video |
| 12:26:10 | 14 | presentation titled, "Oracle and PeopleSoft -- |
| 12:26:12 | 15 | Better Together," January 18th, 2005. |
| 12:26:15 | 16 | I'm going to ask you about a couple of |
| 12:26:17 | 17 | specific pieces in it, not the whole thing.  You'll |
| 12:26:21 | 18 | see a copy in a moment. |
| 12:26:22 | 19 | (Deposition Exhibit 400 was marked for |
| 12:26:32 | 20 | identification.) |
| 12:26:35 | 21 | MR. LANIER:  Q.  Mr. Ellison, Exhibit 400 |
| 12:26:36 | 22 | is in front of you.  You have every right to look at |
| 12:26:40 | 23 | it as much or as little as you want.  I'm going to |
| 12:26:42 | 24 | direct you to a couple of specific places, which I'm |
| 12:26:45 | 25 | ready to start doing now, but if you want to look at |

| | | |
|---|---|---|
| 12:26:49 | 1 | it before, just tell me, and I'll let you do that. |
| 12:26:54 | 2 | A. Okay. Who is this -- okay. Is this -- |
| 12:26:58 | 3 | this says video presentation. |
| 12:27:00 | 4 | Q. There's a video presentation. There are |
| 12:27:02 | 5 | different speakers. There's a point where it's |
| 12:27:05 | 6 | represented that you are the speaker. I'm going to |
| 12:27:07 | 7 | point you there eventually. |
| 12:27:08 | 8 | A. So I'm the speaker. All right. |
| 12:27:10 | 9 | Q. I don't know that you're the speaker at the |
| 12:27:15 | 10 | beginning here on the video presentation. |
| 12:27:17 | 11 | If you'll notice on page -- |
| 12:27:18 | 12 | A. It doesn't sound like me, okay. |
| 12:27:20 | 13 | Q. I don't know if it is. I'm not going to |
| 12:27:21 | 14 | ask you about any of that. |
| 12:27:23 | 15 | A. All right. |
| 12:27:23 | 16 | Q. On page 5, up at the top right corner, it |
| 12:27:26 | 17 | says, "Larry Ellison," and you start off saying, |
| 12:27:31 | 18 | "Thank you, Safra," and then the next several pages, |
| 12:27:33 | 19 | I believe the rest of this, are, according to this |
| 12:27:36 | 20 | transcript, your comments. So I'm going to ask you |
| 12:27:39 | 21 | about a couple of things in here. |
| 12:27:42 | 22 | First off, general question: Do you recall |
| 12:27:43 | 23 | the speech or presentation that this is supposedly a |
| 12:27:48 | 24 | transcript of? |
| 12:27:49 | 25 | A. No. I don't doubt that it's -- you know, |

LARRY ELLISON     May 5, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 94

| | | |
|---|---|---|
| 12:27:53 | 1 | it's -- I don't doubt it's something.  I'm not sure |
| 12:28:00 | 2 | what it is.  Okay. |
| 12:28:02 | 3 | Q.  Do you recall that on January 18th, 2005 -- |
| 12:28:05 | 4 | well, do you recall that was right about the time of |
| 12:28:08 | 5 | the completion of the PeopleSoft acquisition? |
| 12:28:09 | 6 | A.  Yes. |
| 12:28:10 | 7 | Q.  And do you recall doing a presentation with |
| 12:28:12 | 8 | Ms. Catz and potentially a video or some other |
| 12:28:15 | 9 | presentation to a whole lot of people? |
| 12:28:18 | 10 | A.  I don't specifically recall it. |
| 12:28:20 | 11 | Q.  I am going to ask you about a couple of |
| 12:28:22 | 12 | pieces in here, and we'll see if that refreshes your |
| 12:28:25 | 13 | recollection. |
| 12:28:26 | 14 | In page -- on page 11 -- I'll represent to |
| 12:28:31 | 15 | you, sir, this is still within the section that |
| 12:28:33 | 16 | is -- |
| 12:28:33 | 17 | A.  Can I read it -- |
| 12:28:35 | 18 | Q.  Please. |
| 12:28:35 | 19 | A.  -- take a couple seconds to look at this? |
| 12:28:37 | 20 | Q.  Take your time.  I'm going to direct you to |
| 12:28:40 | 21 | page 11, when you are ready. |
| 12:28:42 | 22 | A.  Okay.  (Examining document.) |
| 12:29:05 | 23 | Okay, yeah, sounds like me. |
| 12:29:08 | 24 | Q.  Thank you, sir. |
| 12:29:09 | 25 | A.  So I believe this transcript -- go to page |

```
12:29:11   1    11?
12:29:12   2         Q.  Page 11, please.
12:29:14   3         A.  All right.
12:29:15   4         Q.  So the second paragraph that starts on page
12:29:18   5    11 starts, "Again, there's very small" -- just for
12:29:21   6    the record, I'm just going to read it in.  You can
12:29:23   7    read it to yourself:
12:29:25   8              "There is very small, there are little
12:29:27   9         pieces of technology embedded in the
12:29:28  10         PeopleSoft -- this is also true of the Oracle
12:29:31  11         application suite.  We have little pieces of
12:29:35  12         technology we acquire from small companies,
12:29:36  13         and we're always concerned to be overly
12:29:38  14         dependent upon those pieces of technology,
12:29:39  15         because we don't know if we can accurately
12:29:42  16         predict the longetivity of those companies."
12:29:45  17             Do you see that?
12:29:46  18         A.  Yes.  Longevity.
12:29:47  19         Q.  Thank you.  Can you recall saying things
12:29:48  20    like that around the closing of the PeopleSoft
12:29:50  21    acquisition?
12:29:50  22         A.  I do.
12:29:52  23
12:29:54  24
12:29:56  25
```

```
 1                    CERTIFICATE OF REPORTER
 2            I, HOLLY THUMAN, a Certified Shorthand
 3     Reporter, hereby certify that the witness in the
 4     foregoing deposition was by me duly sworn to tell the
 5     truth, the whole truth, and nothing but the truth in the
 6     within-entitled cause; that said deposition was taken
 7     down in shorthand by me, a disinterested person, at the
 8     time and place therein stated, and that the testimony of
 9     the said witness was thereafter reduced to typewriting,
10     by computer, under my direction and supervision;
11            That before completion of the deposition,
12     review of the transcript [X] was [ ] was not requested.
13     If requested, any changes made by the deponent (and
14     provided to the reporter) during the period allowed are
15     appended hereto.
16            I further certify that I am not of counsel or
17     attorney for either or any of the parties to the said
18     deposition, nor in any way interested in the event of
19     this cause, and that I am not related to any of the
20     parties thereto.
21
22            DATED May 11, 2009
23
24                            _____
25                            HOLLY THUMAN, CSR No. 6834
```