# EXHIBIT C

LARRY ELLISON   May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a                )
Delaware corporation, ORACLE         )
USA, INC., a Colorado                )
corporation, and ORACLE              )
INTERNATIONAL CORPORATION, a         )
California corporation,              )
                                     )
              Plaintiffs,            )
                                     )
     vs.                             )  No. 07-CV-1658 (PJH)
                                     )
SAP AG, a German corporation,        )
SAP AMERICA, INC., a Delaware        )
corporation, TOMORROWNOW,            )
INC., a Texas corporation, and       )
DOES 1-50, inclusive,                )
                                     )
              Defendants.            )
                                     )

VIDEOTAPED DEPOSITION OF

LARRY ELLISON

TUESDAY, MAY 5, 2009

HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-418128)

Merrill Legal Solutions
(800) 869-9132

LARRY ELLISON    May 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 134

```
13:33:15   1
13:33:16   2
13:33:17   3
13:33:18   4
13:33:21   5
13:38:07   6
13:38:08   7
13:38:12   8
13:38:12   9                       --oOo--
16:29:58  10              EXAMINATION BY MR. HOWARD
13:38:13  11         MR. HOWARD:  Q.  Mr. Ellison, you were
13:38:15  12   asked a series of hypothetical questions about
13:38:16  13   negotiating with SAP for a license to the
13:38:18  14   PeopleSoft, JD Edwards and Siebel intellectual
13:38:21  15   property to allow SAP to do what it did in the
13:38:26  16   market after January 2005.
13:38:29  17         Do you recall those questions generally?
13:38:31  18      A.  I do.
13:38:32  19      Q.  At one point, you said something to the
13:38:34  20   effect that if Oracle had agreed to a certain
13:38:37  21   license for PeopleSoft and JD Edwards in January
13:38:40  22   2005, Oracle would not have bought Siebel.
13:38:43  23         Do you recall that answer?
13:38:45  24      A.  Yeah.  If they had paid us so much money
13:38:48  25   for the -- you know, PeopleSoft and JD Edwards
```

LARRY ELLISON    May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 135

```
13:38:51  1   licenses, they were willing to give us so much
13:38:56  2   money, we -- they might have been able to get us to
13:38:58  3   exit -- you know, exit the application business
13:39:01  4   entirely.
13:39:01  5        Q.  Are there other circumstances,
13:39:05  6   hypothetically, that you can imagine where Oracle
13:39:07  7   would have bought Siebel even if it had already
13:39:11  8   entered a license with SAP for the PeopleSoft and
13:39:14  9   JD Edwards IP?
13:39:16 10        A.  Yeah.  For a smaller amount of money, and
13:39:19 11   license -- you know, license terms somewhat
13:39:22 12   different, but still give them full access to our
13:39:26 13   IP, we would then be in a situation where we'd be
13:39:29 14   competing with -- you know, with SAP and continuing
13:39:32 15   in the applications business.
13:39:33 16        Q.  So are there circumstances you can imagine
13:39:36 17   where Oracle still would have bought Siebel if it
13:39:38 18   had licensed PeopleSoft and JD Edwards to SAP?
13:39:40 19        A.  Again, the first hypothetical was, they
13:39:43 20   paid us so much money they got us to exit the
13:39:46 21   application business.
13:39:47 22            The second hypothetical is, they're paying
13:39:49 23   us less money for a slightly different license, and
13:39:53 24   we're continuing to compete in the application
13:39:55 25   business.  And under those circumstances, we would
```

LARRY ELLISON    May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 136

```
13:39:57   1    have bought SAP.
13:39:58   2        Q.  And if you had bought SAP, and even though
13:40:00   3    you had already licensed PeopleSoft and --
13:40:03   4            MR. LANIER:  I think you've both misspoken.
13:40:05   5    Just to be efficient here, he had just said he would
13:40:06   6    have bought SAP, which maybe was on your mind, but
13:40:09   7    may not have been what he intended.  I hate to
13:40:09   8    interrupt, but --
13:40:11   9            THE WITNESS:  I'm sorry.  I don't think the
13:40:12  10    Justice Department, which didn't like us buying
13:40:14  11    PeopleSoft, would ever have let us buy SAP.
13:40:17  12            We would have bought Siebel, I apologize.
13:40:19  13            MR. HOWARD:  Q.  And my question was not a
13:40:22  14    good one.  Let me ask it again.
13:40:25  15            If you had bought Siebel --
13:40:28  16        A.  Yes.
13:40:28  17        Q.  -- and you had already licensed PeopleSoft
13:40:32  18    and JD Edwards to SAP, would you have considered in
13:40:36  19    that circumstance, under some set of conditions,
13:40:42  20    also licensing Siebel to SAP?
13:40:47  21        A.  Sure.
13:40:49  22
13:40:51  23
13:40:52  24
13:40:55  25
```

1              CERTIFICATE OF REPORTER

2           I, HOLLY THUMAN, a Certified Shorthand

3  Reporter, hereby certify that the witness in the

4  foregoing deposition was by me duly sworn to tell the

5  truth, the whole truth, and nothing but the truth in the

6  within-entitled cause; that said deposition was taken

7  down in shorthand by me, a disinterested person, at the

8  time and place therein stated, and that the testimony of

9  the said witness was thereafter reduced to typewriting,

10 by computer, under my direction and supervision;

11          That before completion of the deposition,

12 review of the transcript [X] was [ ] was not requested.

13 If requested, any changes made by the deponent (and

14 provided to the reporter) during the period allowed are

15 appended hereto.

16          I further certify that I am not of counsel or

17 attorney for either or any of the parties to the said

18 deposition, nor in any way interested in the event of

19 this cause, and that I am not related to any of the

20 parties thereto.

21

22         DATED May 11, 2009.

23

24                         _____

25                         HOLLY THUMAN, CSR No. 6834