Oracle Corporation et al v. SAP AG et al ⸱ Doc. 487 Att. 1

**PAUL K. MEYER**                                                            **ATTACHMENT B**
**TESTIMONY IN LAST FOUR YEARS (JULY 2005 – PRESENT)**

**Waltrip, et al. v. Kimberlin, et al.,** In the Superior Court of the State of California in and for County of San Francisco (Deposition, Trial), 2005, (Deposition), 2008

**SEC v. Gary D. Kennedy,** In the United States District Court for the District of Utah , Central Division (Deposition), 2005

**Acco Brands, Inc., d/b/a/ Kensington Technology Group v. ABA Locks Manufacturer Co., Ltd., and Belkin Components**, In the United States District Court for the Eastern District of Texas, Marshall Division (Deposition, Trial), 2005

**Samsung Electronics, Inc. v. Quanta Computer, Inc.,** In the United States District Court for the Northern District of California, San Francisco Division (Deposition), 2006

**Samsung Electronics, Inc. v. Compal Electronics, Inc.,** In the United States District Court for the Northern District of California, San Francisco Division (Deposition, Trial), 2006

**In The Matter Of: Certain Baseband Processor Chips and Chipsets, Transmitter And Receiver (Radio) Chips, Power Control Chips And Products Containing Same, Including Cellular Telephone Handsets (Kyocera Wireless Corporation)**, United States International Trade Commission Investigation Number 337-TA-543, Washington D.C., (Deposition, Trial), 2006

**Certain High-Brightness Light Emitting Diodes and Products Containing Same (Lumileds Lighting U.S., L.L.C.)**, United States International Trade Commission Investigation Number 337-TA-556, Washington D.C., (Deposition), 2006

**CGI-AMS Inc. v. Fireman's Fund Insurance Company,** American Arbitration Association (Deposition), 2006

**New World TMT Ltd. v. Prediwave Corporation, et al.,** In the Superior Court of the State of California in and for County of Santa Clara (Deposition), 2006

**NAVIGANT CONSULTING, INC.**

Dockets.Justia.com

**LG.Philips LCD CO., LTD. v. Tatung Co. Of America, Tatung Company And Chunghwa Picture Tubes, LTD.,** In the United States District Court for the Central District of California, Western Division Los Angeles (Deposition, Trial), 2006

**Sputtered Films, Inc. v. Sergey Mishin, Agilent Technologies, Inc., Avago Technologies, Inc., et al.,** In the Superior Court of the State of California in and for the County of Santa Barbara, Anacapa Division (Deposition), 2006

**Mylan v. Procter & Gamble Pharmaceuticals**; In the Superior Court of the State of California in and for County of San Francisco (Deposition), 2006

**Lexmark International v. Static Control Components, Inc.,** In the United States District Court for the Eastern District of Kentucky, Lexington Division (Deposition), 2006

**Informatica Corporation v. Business Objects Data Integration, Inc.,** In The United States District Court for the Northern District of California, San Francisco Division (Deposition), 2006; (Trial), 2007

**The Boeing Company v. The United States**, In The United States Court of Federal Claims, Washington D.C. (Deposition, Trial), 2007

**Funai Electric Company, Ltd. v. Daewoo Electronics Corporation, et al.,** In The United States District Court for the Northern District of California, San Francisco Division (Deposition), 2007

**Boston Scientific Corporation, et al. v. Johnson & Johnson And Cordis Corporation,** In The United States District Court for the Northern District of California, San Francisco Division (Deposition, Trial), 2007

**Tinkers & Chance v. LeapFrog Enterprises, Inc.** In The United States District Court for the Northern District of California, San Francisco Division (Deposition), 2007

**Funai Electric Company, Ltd. v. Daewoo Electronics Corporation, et al.,** In The United States District Court for the Northern District of California, San Francisco Division (Trial), 2008

**NAVIGANT CONSULTING, INC.**

**First National Mortgage Company v. Federal Realty Investment Trust,** In The United States District Court for the Northern District of California, San Jose Division (Deposition, Trial), 2008

**Unilever U.K. Central Resources Ltd., et al. v. Concat L.P., et al.,** In The London Court Of International Arbitration, London, U.K. (Arbitration), 2008

**Bally's Gaming Inc. v. International Game Technology ("IGT")**, In the United States District Court, District of Nevada (Deposition), 2008

**Carter Bryant v. Mattel, Inc., and Consolidated Actions**, In the United States District Court for the Central District of California, Eastern Division – Riverside, CA, (Deposition, Trial), 2008

**Auerbach Acquisition Associates, Inc. v. Greg Daily, etc.,** In the Superior Court of the State of California in and for the County of Los Angeles (Deposition), 2008; (Trial), 2009

**Biogen Idec Inc. v. Genentech, Inc.**, American Arbitration Association, Commercial Arbitration Division, San Francisco, CA (Deposition, Arbitration), 2008

**Emptoris, Inc. v. Ariba, Inc**., In the United States District Court for the Eastern District of Texas, Lufkin Division, (Deposition, Trial), 2008

**Wistron Corporation v. Samsung Electronics Co., Ltd.,** In the United States District Court for the Northern District of California, San Francisco Division (Deposition), 2008

**Fair Isaac Corporation; and myFICO Consumer Services, Inc. v. Equifax, Inc.; Equifax Information Services LLC; Experian Information Solutions, Inc., et al.,** In the United States District Court, District of Minnesota (Deposition), 2008

**Mosaic Systems, Inc. v. Cisco Systems, Inc.,** In the Superior Court of the State of California in and for the County of Santa Clara (Deposition), 2009

**Centillion Data Systems, LLC v. Qwest Corporation, et al.**, In the United States District Court for the Southern District of Indiana, Indianapolis Division (Deposition), 2009

**Rembrandt Data Technologies, LP v. DirecTV Group Inc., et al.**, In the United States District Court for the Eastern District of Virginia, Alexandria Division (Deposition), 2009

**Linear Technology Corp. v. Applied Materials, Inc.**, In the Superior Court of the State of California in and for the County of Santa Clara (Deposition), 2009

**STMicroelectronics, Inc. v. Eliyahou Harari, SanDisk Corporation, et al.** In the Superior Court of the State of California in and for the County of Santa Clara (Deposition), 2009