# EXHIBIT 5

1   BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA  94111-4067
5   Telephone:  (415) 393-2000
    Facsimile:   (415) 393-2286
6   donn.pickett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10  500 Oracle Parkway
    M/S 5op7
11  Redwood City, CA  94070
    Telephone:  (650) 506-4846
12  Facsimile:   (650) 506-7114
    dorian.daley@oracle.com
13  jennifer.gloss@oracle.com

14  Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle International Corp., Oracle
15  EMEA Ltd., and Siebel Systems, Inc.

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, 21  a California corporation, ORACLE EMEA LIMITED, an Irish private limited company, and 22  SIEBEL SYSTEMS INC., a Delaware corporation, 23                    Plaintiffs, 24             v. 25  SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, 26  TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, 27                    Defendants. 28 | CASE NO.  07-CV-01658 PJH (EDL) **FOURTH AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:** (1) COPYRIGHT INFRINGEMENT; (2) VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT; (3) VIOLATIONS OF THE COMPUTER DATA ACCESS AND FRAUD ACT; (4) BREACH OF CONTRACT; (5) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; |

1  unlawful conduct extended in full to Oracle's Siebel software line as well. In addition, it now

2  appears SAP also infringed Oracle's copyrighted database technology software.

3      16.   As alleged in Oracle's prior Complaints, in the illicit downloading
4  component of its scheme, SAP, through SAP TN, stole thousands of proprietary, copyrighted
5  software products and other confidential materials that Oracle developed to service its own
6  support customers.[2] SAP gained repeated and unauthorized access, in many cases by use of
7  pretextual customer log-in credentials, to Oracle's proprietary, password-protected customer
8  support websites. From these websites, SAP has copied and swept into its servers thousands of
9  copyrighted Oracle Software and Support Materials. As a result, SAP compiled a massive illegal
10 library of Oracle's copyrighted software code and other materials. This storehouse of stolen
11 Oracle intellectual property is part of what enables SAP, through SAP TN, to offer cut rate
12 support services to customers who use Oracle software, and to attempt to lure them to SAP's
13 applications software platform and away from Oracle's.

14     17.   Oracle's own records show at least 10,000 illegal downloads by SAP
15 between September 2006 and February 2007. However, Oracle has now obtained SAP's internal
16 records, which confirm that SAP has spent years systematically taking unauthorized support
17 materials from Oracle's systems, most recently using a dedicated bank of twenty servers in a
18 "download center" and a customized software tool called "Titan." SAP programmed Titan
19 specifically to ignore any access or use restrictions for any particular customer log-in credential.
20 Instead, SAP designed Titan to gain any form of access with any active log-in credential, and to
21 "scrape" Oracle's websites for bug fixes, patches, updates and instruction manuals. At the time
22 Oracle filed its prior Complaints, Titan and other tools had filled SAP storage vaults with more
23 than *five terabytes* worth of Oracle's Software and Support Materials. On just one of SAP's

---

[2] These copyrighted materials, which include program updates, software updates, bug fixes, patches, custom solutions, instructional documents, knowledge management solutions, FAQs, Tech Notes and Alerts related to Oracle software products, including the PeopleSoft, JDE and Siebel families of software products, are referred to throughout as "Software and Support Materials."

1  servers, Oracle discovered nearly *8 million* downloaded Oracle Software and Support Materials.

2  18.   For years, SAP dumped these materials into a co-mingled, master download library, and "exploded" the software support packages into their constituent objects to facilitate later indexing and searching by product. SAP accessed these master download libraries as needed when customers needed a fix – regardless of which log-in credential SAP had used to download a particular fix in the library, regardless of whether the customer getting the fix had any license to receive it, and regardless of whether the customer had a support contract with Oracle entitling them to receive that fix.

3  19.   But these downloads of Software and Support Materials, though massive, were just one part of SAP TN's fundamentally illegal business model:

- Beginning as early as 2002, SAP TN co-founders Andrew Nelson and Seth Ravin decided that SAP TN would expand its services and, in doing so, would create and keep on its computer systems illegal copies of Oracle's *underlying software applications*;

- Nelson and Ravin directed SAP TN to warehouse dozens of these copies simply as "generic software environments" and use them as a "sandbox" to service other customers, train its employees, and create phony SAP TN-branded fixes to sell to its customers;

- In particular, SAP TN used these generic copies of Oracle software to "develop" (by copying Oracle software or creating illegal derivative works from it) SAP TN-branded "tax and regulatory updates," and deliver them to its customers paying for SAP TN support of each Oracle software release;

- In at least hundreds of instances, in a process created by Nelson and Ravin, SAP TN did this by first updating one "generic" environment with the Oracle-authored update code that SAP TN would download from Oracle's systems with one customer's log-in credential. SAP TN would then use software comparison tools to compare this "updated" generic software environment to a generic copy (also obtained from some unidentified customer) of an earlier

7

FOURTH AMENDED COMPLAINT
CASE NO. 07-CV-01658 PJH (EDL)

| | |
|---|---|
| 1 | release of the same software. SAP TN then copied the differing code and |
| 2 | used it to "develop" (again, by creating an illegal derivative work) what it |
| 3 | called an SAP TN "retrofit update" in another "generic" environment. In the |
| 4 | course of this development process, SAP TN would normally make at least |
| 5 | four, and sometimes many more, generic copies of Oracle's software |
| 6 | applications. In effect, there was no original development at all but merely |
| 7 | repeated, illegal copying and use of the Oracle software code; |
| 8 | • In at least hundreds of other instances, SAP TN simply used these generic |
| 9 | environments copied from customers' Oracle software to develop and test |
| 10 | SAP TN "authored" (again, illegally created) updates that it delivered to its |
| 11 | customers. After it bought SAP TN, SAP AG directly assisted in this process |
| 12 | using its own software support resources; |
| 13 | • Many of SAP TN's environments, including generic environments, in turn ran |
| 14 | upon copies of Oracle's database software that were not licensed for |
| 15 | commercial or production use. After purchasing SAP TN, SAP AG and SAP |
| 16 | America refused to purchase Oracle database licenses for SAP TN use, even |
| 17 | though as an authorized Oracle database reseller, they knew full well the |
| 18 | permissible uses of database copies, and even though SAP TN described the |
| 19 | licenses as "urgently needed to support [SAP TN's] PeopleSoft customers |
| 20 | using this technology"; |
| 21 | • In total, SAP TN made thousands of copies of Oracle's software, and |
| 22 | distributed thousands of individual fixes, for a fee, through its illegal "generic |
| 23 | retrofit" and "direct update" models; |
| 24 | • In addition to the code associated with these retrofit software updates, SAP |
| 25 | TN provided its customers with stolen Oracle instruction manuals, guides, |
| 26 | notes and other support documentation related to the updates. It did this by |
| 27 | "copying and pasting" downloaded Oracle documentation into re-branded |
| 28 | SAP TN documentation that was, according to the sworn testimony of SAP |

8

1  ==TN's third employee, "essentially identical" and "virtually verbatim with
2  small changes" as the Oracle documentation. SAP TN then distributed these
3  copied documents to its customers with a cover letter signed by its CEO,
4  Andrew Nelson;== and,

5  • SAP TN prepared operations manuals to instruct SAP TN employees how to
6  download Oracle documentation and alter it to conceal its origin and make it
7  look like SAP TN's. These instructions mandated specific, but minor changes
8  to Oracle materials, stating for example, "Go to Document Properties and
9  change author to TomorrowNow," or "[w]here the [Oracle] document talks
10  about the appendix, edit so that the TomorrowNow document says
11  'summary.'"

12  20.  The illegal downloads and the illegal software copies are part of an
13  integrated, illegal business model. Without this stolen intellectual property, SAP TN could not
14  operate. For example, whenever SAP TN wished to advertise support services for a new Oracle
15  software product, it would need to first obtain a "seed" copy of the software. It needed this first
16  copy so it could train its employees to support the software and create a generic software
17  environment from which to "recycle" its support efforts and scale them across other customers.
18  For these reasons, SAP TN's internal business plans specify that the first SAP TN customer on a
19  new Oracle software release must contractually agree with SAP TN to provide copies of its
20  Oracle software CDs to SAP TN.

21  21.  SAP AG and SAP America have made repeated false statements about
22  their own involvement in, and benefit from, SAP TN's theft.

23  22.  While admitting that "inappropriate" downloads took place, in a July 3,
24  2007 press conference, SAP AG CEO Henning Kagermann stated that a "firewall" existed
25  between SAP AG and SAP TN that prevented SAP AG from having access to the Oracle
26  software downloaded by SAP TN. That was not true:

27  • SAP AG and SAP America employees accessed SAP TN's systems
28  through a special link on SAP TN's website;

9

1  programs with Oracle retaining all copyright and other intellectual property rights in these works.
2  In addition, licensed customers can, and typically do, purchase some set of technical support
3  services that include the right to obtain upgraded products such as updates, bug fixes, or patches
4  to those software programs the customers have expressly licensed from Oracle and have the right
5  to use for purposes authorized by Oracle.

6          52.    Oracle's license agreements with its customers may vary according to the
7  products licensed, including because the customers originally contracted with PeopleSoft, JDE,
8  and/or Siebel, but all of the relevant license agreements for what is now Oracle software set
9  comparable rules for access to, and use of, that software. Among other things, those rules
10 prohibit access to, or use of, any portion of the software not expressly licensed to and paid for by
11 the licensee, and any sublicense, disclosure, use, rent, or lease of the software to third parties.

12         53.    Oracle's license agreements define Oracle's confidential information to
13 include, without limitation, Oracle's software, its object and source code, and any associated
14 documentation or service offerings. Licensees may designate third parties to help maintain
15 Oracle's software, but only subject to the terms of the relevant license agreement between the
16 licensee and Oracle. Those agreements generally preclude the third party from installing the
17 software on a server, or accessing the source code of the software. The License Agreements
18 generally prohibit the licensee or any third party from using the software offsite without notice to
19 Oracle, prohibit disclosure to third parties, and prohibit any use other than by the customer for
20 production, backup, archival and in-house disaster recovery purposes. As defined in one
21 illustrative license agreement, "software" specifically includes the update products made
22 available to customers as part of the support contracts that customers purchased from Oracle.

23         54.    Through its Terms of Use, Oracle also restricts access to the customer
24 support websites used by Oracle customers and/or their authorized agents to access and
25 download Oracle software, including for its JDE, PeopleSoft, and Siebel, Software and Support
26 Materials licensed to Oracle customers. For example, the Terms of Use on Oracle's Customer
27 Connection support website, which relates to Oracle's PeopleSoft and JDE software, stated:
28

FOURTH AMENDED COMPLAINT
CASE NO. 07-CV-01658 PJH (EDL)

> You agree that access to Customer Connection…will be granted only to your designated Oracle technical support contacts and that the Materials [on the support website] may be used solely in support of your authorized use of the Oracle Programs for which you hold a supported license from Oracle. Unless specifically provided in your licensing or distribution agreement with Oracle, the Materials may not be used to provide services for or to third parties and may not be shared with or accessed by third parties.

55. The Terms of Use explicitly describe the confidential nature of the material on Customer Connection: "the information contained in the Materials [available through Customer Connection] is the confidential proprietary information of Oracle. *You may not use, disclose, reproduce, transmit, or otherwise copy in any form or by any means the information contained in the Materials for any purpose*, other than to support your authorized use of the Oracle Programs for which you hold a supported license from Oracle, without the prior written permission of Oracle." (emphasis supplied).

56. Access to the secured areas of Customer Connection is also governed by Special Terms of Use. By using the secured website, the user agrees to accept and comply with these Special Terms of Use. The Special Terms of Use provide that access is only permitted via the user's "personal username and password" and that all materials on the secured website are confidential and proprietary. The Special Terms of Use clearly provide that: "Use of such CONFIDENTIAL and PROPRIETARY information and materials for any other purpose is strictly prohibited."

57. Prior to downloading Software and Support Materials from Oracle's support websites, a user must also specifically agree to additional terms of use and restrictions specified in Oracle's Legal Download Agreement:

> Your username and password are provided to you for your sole use in accessing this Server and are confidential information subject to your existing confidentiality agreement with Oracle / PeopleSoft / JDEdwards. If you do not have a confidentiality agreement in effect with Oracle / PeopleSoft / JDEdwards, you are hereby notified that your username and password are confidential information and may only be distributed to persons within your organization who have a legitimate business purpose for accessing the materials contained on this server in furtherance of your relationship with Oracle / PeopleSoft / JDEdwards.

- According to SAP TN's sworn testimony, each of these several thousand software copies may have illegally downloaded software patches or updates contained within them;

- For each particular Oracle software release that it wanted to "support," SAP TN used unauthorized and unlicensed copies of Oracle software to create "generic" or "sandbox" environments;

- In addition to the generic, all-purpose software copies, SAP TN also maintained thousands of copies of Oracle's software releases for the ostensible purpose of supporting the customer who previously had licensed that software. SAP TN has admitted under oath that it constructed some of these software copies with software not licensed by that customer or provided by that customer to SAP TN. It has also admitted it used even these supposedly customer-specific software copies as reference and development tools to support other customers;

- SAP TN used these "generic" and "customer specific" software copies to support multiple customers, with no regard for which customer had originally provided the copy of the Oracle software that SAP TN was using;

- SAP TN used these software copies for general development of its SAP-branded fixes, for otherwise supporting other customers, and for general testing, research, and training; and,

- SAP TN did not limit itself to possession of Oracle software provided by SAP TN's active customers. If an SAP customer left SAP's service, SAP TN considered itself entitled to keep the Oracle software copy provided by that customer on SAP TN computers for "reference" – and did so many times.

123. Each instance of each such use constitutes an illegal, unauthorized use of Oracle's software copy. This cross-use of the software copies was an essential part of the SAP TN business model, and fundamental to the success of the SAP Safe Passage program.

124. SAP TN additionally misused Oracle database software licensed under the

42

==Developer License in violation of that Developer License by using it for internal data processing or commercial or production purposes. Oracle's database software was used in violation of that Developer License to support "about 40% of [SAP TN's] customer base."==

125. Because SAP TN's assets essentially consist of, and SAP TN generated so many of its support deliverables by using, illegal copies and downloads of Oracle's software, it is unclear that SAP AG could effectively sell any of SAP TN's assets, as it publicly said it intended to do, in 2008, prior to the filing of Oracle's prior Complaint. SAP TN's business processes relied on repeated copyright infringement, and its assets consisted of thousands of co-mingled illegal downloads and software environments. Indeed, SAP AG's stated intent to sell SAP TN raised additional questions about whether SAP AG intended to perpetuate its own illegal conduct by selling for profit infringing copies of Oracle's software. After keeping SAP TN running for almost three years, including eighteen months after Oracle sued, all the while using known illegal software copies and creating knowingly illegal derivative support deliverables for its customers, SAP finally concluded that these very activities made a sale impossible. SAP shut down SAP TN in October 2008, admitting that SAP TN could not be operated in an ethical manner.

G.  **Oracle's Software And Support Materials Are Registered With The Copyright Office**

126. The Software and Support Materials and software applications that SAP TN copied from its customers and downloaded from Oracle's systems included numerous works that are protected under the Federal Copyright Act, 17 U.S.C. §§ 101 *et seq*. These protected works are original works of authorship, owned by Oracle. Defendants' acts violated Oracle's exclusive rights to reproduce, create derivative works, publish, publicly display, offer for sale, and distribute these works. Defendants' acts were willful and intentional and constitute both direct and indirect copyright infringement under the Federal Copyright Act, 17 U.S.C. §§ 101 *et seq*.

127. **The Copyright Registrations.** With literally thousands of software programs available for licensing, Oracle does not typically obtain copyright registrations on all

1  materials pursuant to 17 U.S.C. § 503;

2          E.   For an Order awarding Oracle punitive damages in a sum to be
3  determined at trial, on the basis of Defendants' willful and deliberate unauthorized computer
4  access and fraud, intentional interference with Oracle's prospective economic advantage,
5  trespass, aiding and abetting and conspiracy;

6          F.   For restitution and disgorgement of all ill-gotten gains unjustly
7  obtained and retained by Defendants through the acts complained of here;

8          G.   For an Order finding a Constructive Trust for Oracle's benefit,
9  consisting of all revenues received by Defendants from their wrongful conduct which should
10 rightfully have been received by Oracle and all profits derived from that wrongful conduct, and
11 directing Defendants to pay all such sums to Oracle;

12         H.   For damages to be proven at trial;
13         I.   For statutory damages pursuant to 17 U.S.C. § 504;
14         J.   For prejudgment interest;
15         K.   For an accounting;
16         L.   For an Order awarding Oracle its attorneys' fees and costs; and,
17         M.   For an Order awarding Oracle such other and further relief as the
18 Court deems just and proper.

19 DATED: August 18, 2009          BINGHAM McCUTCHEN LLP

                                  By: /s/ Geoffrey M. Howard

                                  Attorneys for Plaintiffs
                                  Oracle USA, Inc., Oracle International
                                  Corp., Oracle EMEA Ltd., and Siebel
                                  Systems, Inc.

1  <u>DEMAND FOR JURY TRIAL</u>

2  In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle USA, Inc., Oracle

3  International Corp., Oracle EMEA Ltd., and Siebel Systems, Inc. demand a trial by jury on all

4  issues triable by a jury.

DATED: August 18, 2009                    BINGHAM McCUTCHEN LLP

                                          By: _____
                                               Geoffrey M. Howard

                                          Attorneys for Plaintiffs
                                          Oracle USA, Inc., Oracle International
                                          Corp., Oracle EMEA Ltd., and Siebel
                                          Systems, Inc.

FOURTH AMENDED COMPLAINT
CASE NO. 07-CV-01658 PJH (EDL)