# EXHIBIT 6

Dockets.Justia.com



# "Clear Sailing"
## Oracle Competitive Program

SAP Board Update
February 23, 2005

CONFIDENTIAL



**SAP**

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR 00299519

## Global Program Syndication

**KEY MESSAGES:**
- Critical path items are nearing completion

- **TomorrowNow Expansion** — TN presence in Europe and Asia to be finalized by early-March
- **Global Offering Terms** — To be released next week or sooner
- **Sales Support Materials** — To be finalized by mid-March
- **Regional Launch Plans** — Regional plans to be completed by mid-March



THE BEST-RUN BUSINESSES RUN SAP

© SAP AG 2005, Oracle Competitive Program, February 22, 2005 / 7

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY       SAP-OR 00299525