Oracle Corporation et al v. SAP AG et al                                                                                         Doc. 487 Att. 8

# EXHIBIT 7

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---------------------------------x
ORACLE CORPORATION, a Delaware    :
corporation; ORACLE USA, INC.,
a Colorado corporation; and       :
ORACLE INTERNATIONAL
CORPORATION, a California         :
corporation,
                                  :
         Plaintiffs,                  No. 07-CV-1658
                                  :      (PJH) (EDL)
    vs.
                                  :
SAP AG, a German corporation;
SAP AMERICA INC., a Delaware      :
corporation; TOMORROWNOW, INC.,
a Texas corporation; and DOES     :
1-50, inclusive,
                                  :
         Defendants.
---------------------------------x

                              September 25, 2008
                              9:14 a.m.

               HIGHLY CONFIDENTIAL
                    VOLUME 1

        Videotaped Deposition of HENNING

KAGERMANN, held at the offices of BINGHAM

McCUTCHEN LLP, 399 Park Avenue, New York, New

York, before Frank J. Bas, a Registered

Professional Reporter and Notary Public of the

State of New York.

|  |  |
|---|---|
|  | 1    HIGHLY CONFIDENTIAL - H. KAGERMANN |
| 14:21:19 | 2 |
| 14:21:20 | 3 |
| 14:21:20 | 4 |
| 14:21:21 | 5 |
| 14:21:22 | 6 |
| 14:21:24 | 7 |
| 14:21:25 | 8 |
| 14:21:26 | 9 |
| 14:21:33 | 10 |
| 14:21:34 | 11 |
| 14:21:35 | 12 |
| 14:21:36 | 13 |
| 14:21:50 | 14 |
| 14:21:52 | 15 |
| 14:21:55 | 16 |
| 14:21:56 | 17        Q.    And the second paragraph there says, |
| 14:22:00 | 18   "Interrupt Oracle's acquired maintenance income |
| 14:22:03 | 19   stream, making it difficult for them to invest |
| 14:22:06 | 20   in development of their fusion platform." |
| 14:22:08 | 21             Was that part of the TomorrowNow |
| 14:22:13 | 22   acquisition strategy? |
| 14:22:26 | 23        A.    TomorrowNow was part of that |
| 14:22:29 | 24   strategy. |
| 14:22:30 | 25 |

```
              1         HIGHLY CONFIDENTIAL - H. KAGERMANN
14:56:01      2
14:56:14      3
14:56:15      4
14:56:27      5
14:56:30      6
14:56:35      7
14:56:37      8
14:56:38      9
14:56:41     10
14:56:51     11
14:56:51     12
14:56:57     13
14:57:00     14
14:57:02     15
14:57:23     16
14:57:26     17
14:57:26     18
14:57:35     19
14:57:39     20
14:57:45     21
14:57:46     22         Q.   Was it part of the plan, immediate
14:57:47     23    plan, for TomorrowNow to expand its capabilities
14:57:50     24    into Europe and Asia?
14:58:05     25         A.   I think so.  Yes.
```

```
                1       HIGHLY CONFIDENTIAL - H. KAGERMANN
15:22:47        2
15:22:48        3
15:22:51        4
15:22:59        5
15:23:02        6
15:23:04        7
15:23:08        8
15:23:10        9
15:23:12       10
15:23:13       11
15:23:13       12
15:23:17       13
15:23:20       14
15:23:24       15
15:23:27       16
15:23:28       17
15:23:29       18
15:23:30       19      Q.   And then in 8.1 you say -- there's a
15:23:32       20  heading, Battling For Market Share - Oracle.
15:23:36       21  And it says: "Through its acquisitions, Oracle
15:23:38       22  has emerged as the number-one competitor for
15:23:41       23  SAP."
15:23:42       24           A true statement at the time?
15:23:43       25      A.   Yes.
```

HENNING KAGERMANN        September 25, 2008
HIGHLY CONFIDENTIAL

Page 222

| Time | Line | |
|---|---|---|
| | 1 | HIGHLY CONFIDENTIAL - H. KAGERMANN |
| 18:01:43 | 2 | MR. HOWARD: Let's end for today. |
| 18:01:46 | 3 | THE VIDEO OPERATOR: Going off the |
| 18:01:48 | 4 | record at 6:02, and this will mark the end |
| 18:01:50 | 5 | of Tape Number 4. |
| 18:01:54 | 6 | (Time noted: 6:02 p.m.) |
| | 7 | |
| | 8 | _____ |
| | 9 | HENNING KAGERMANN |
| | 10 | |
| | 11 | Subscribed and sworn to before me |
| | 12 | this _____ day of _____, 2008. |
| | 13 | |
| 18:02:02 | 14 | _____ |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Merrill Legal Solutions
(800) 869-9132

752de1e5-809b-4afb-9c1a-e9979c035f9f

CERTIFICATE

STATE OF NEW YORK    )

                     : ss.

COUNTY OF NEW YORK   )

     I, FRANK J. BAS, a Notary Public within and for the State of New York, do hereby certify:

     That HENNING KAGERMANN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

     I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

     IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of September 2008.

*Frank J. Bas*
FRANK J. BAS, RPR