Oracle Corporation et al v. SAP AG et al Doc. 487 Att. 9

# EXHIBIT 8

Dockets.Justia.com

| Document type | Description |
|---|---|
| DA | General A/R posting and/or clearing document |
| UB | Take over postings |
| Z1 | Support maintenance for A/R invoices |
| Z4 | Consulting billing |

Explanation of reporting columns

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General ledger | Customer number | Customer name | CoCd | Document type | Doc Number | Doc Date | Product Line | Invoiced amount | LCurr | Type of clearing | Clearing number | Clearing date | Total | |

| | Description |
|---|---|
| Cocd | Company code (TN US = 257, TN UK = 0258, TN NL = 0227, TN SG = 0259, TN AU = 0268) |
| Document type | See above |
| Doc Number | Document number in ISP system |
| Doc Date | |
| Product Line | Type of revenue (PSFT = Peoplesoft, JDE = JD Edwards, SBL = Siebel, #N/A = not assigned) |
| Invoiced Amount | |
| L Curr | Currency used |
| Type of clearing | This determines the way the invoice has been cleared in the system, 4 different types |
| | Incoming payment --> Payment received by customer |
| | Intercompany clearing --> Payment received by SAP and forwarded by I/Co channel |
| | Internal clearing --> Invoices cleared on customer account and/or clearing of general ledger |
| | Outgoing payment --> Credit invoices has been paid to customer |
| Clearing number | |
| Clearing date | |
| Total | Total revenue over period by document |

Remark Non US entities

These reports have been calculated with the FX rate used in the SAP system at 30 November 2008

Conversion rate EUR/USD as of 30th of November 2008 1.27?

When the rate in the yellow cell will be changed the report will be re-calculated

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

TN-OR06125333

REDACTED — table illegible at this resolution

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Overview of invoiced revenue TN NL 2005 - 2008
(in USD)

| General ledger | Customer number | Customer name | CoCd | Document type | Doc Number | Doc Date | Product Line | Invoiced amount | LCurr | Type of clearing | Clearing date | Recognized Revenue 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140000 | 11776 | REDACTED | 227 | Z1 | 6227000007 | 1/8/2007 | JDE | 124,299 | USD | Incoming payment | 3/23/2007 | - | - | 104,453 | - | - | - | 104,453 |
| 140000 | 11776 | | 227 | Z1 | 6227000015 | 1/4/2008 | JDE | 124,299 | USD | Incoming payment | 3/14/2008 | - | - | - | 104,453 | - | - | 104,453 |
| 140000 | 11776 | | 227 | DA | 23000013 | 10/22/2008 | JDE | - 95,453 | USD | Outgoing payment | 10/31/2008 | - | - | - | - 95,453 | - | - | - 95,453 |
| 140000 | 11776 | | 227 | Z1 | 6227000037 | 10/28/2008 | JDE | - 20,773 | USD | Outgoing payment | 10/31/2008 | - | - | - | - 17,456 | - | - | - 17,456 |
| Total | 11776 | | | | | | | 132,373 | | | | - | - | 104,453 | - 8,454 | - | - | 95,999 |
| 141000 | 14656 | | 227 | Z1 | 6227000009 | 5/3/2007 | JDE | 7,636 | USD | Incoming payment | 6/4/2007 | - | - | 7,636 | - | - | - | 7,636 |
| 141000 | 14656 | | 227 | Z1 | 6227000016 | 1/4/2008 | JDE | 8,553 | USD | Incoming payment | 2/15/2008 | - | - | - | 8,553 | - | - | 8,553 |
| 141000 | 14656 | | 227 | DA | 23000010 | 9/8/2008 | JDE | - 8,553 | USD | Outgoing payment | 9/25/2008 | - | - | - | - 8,553 | - | - | - 8,553 |
| 141000 | 14656 | | 227 | Z1 | 6227000032 | 9/23/2008 | JDE | - 2,156 | USD | Outgoing payment | 9/25/2008 | - | - | - | - 2,156 | - | - | - 2,156 |
| Total | 14656 | | | | | | | 5,480 | | | | - | - | 7,636 | - 2,156 | - | - | 5,480 |
| 140000 | 295555 | | 227 | Z1 | 6227000013 | 7/10/2007 | PSFT | 78,756 | USD | Incoming payment | 9/14/2007 | - | 33,090 | 33,090 | - | - | - | 66,180 |
| 140000 | 295555 | | 227 | Z1 | 6227000026 | 7/1/2008 | PSFT | 78,756 | USD | Internal clearing | 9/29/2008 | - | - | 33,090 | 33,090 | - | - | 66,180 |
| 140000 | 295555 | | 227 | Z1 | 6227000036 | 7/1/2008 | PSFT | - 78,756 | USD | Internal clearing | 9/29/2008 | - | - | - 33,090 | - 33,090 | - | - | - 66,180 |
| 140000 | 295555 | | 227 | Z1 | 6227000034 | 9/26/2008 | PSFT | 17,909 | USD | Incoming payment | 11/6/2008 | - | - | - | 15,050 | - | - | 15,050 |
| Total | 295555 | | | | | | | 96,663.79 | | | | | 33,090 | 33,090 | 15,050 | | | 81,230 |
| 141000 | 383036 | | 227 | DA | 23000014 | 10/29/2008 | BAAN | - 39,152 | USD | Outgoing payment | 10/30/2008 | - | - | - | - 39,152 | - | - | - 39,152 |
| Total | 383036 | | | | | | | - 39,151.79 | | | | - | - | - | - 39,152 | - | - | - 39,152 |
| 141000 | 404958 | | 227 | Z1 | 6227000017 | 1/7/2008 | PFST | 217,709 | USD | Incoming payment | 4/2/2008 | - | - | 18,142 | 199,566 | - | - | 217,708 |
| 141000 | 404958 | | 227 | Z1 | 6227000018 | 1/7/2008 | PFST | 72,570 | USD | Incoming payment | 4/2/2008 | - | - | - | 18,142 | 54,427 | - | 72,569 |
| 141000 | 404958 | | 227 | Z1 | 6227000019 | 1/7/2008 | SBL | 96,949 | USD | Internal clearing | 1/7/2008 | - | - | - | 96,949 | - | - | 96,949 |
| 141000 | 404958 | | 227 | Z1 | 6227000020 | 1/7/2008 | SBL | 96,949 | USD | Internal clearing | 1/7/2008 | - | - | - | 96,949 | - | - | 96,948 |
| 141000 | 404958 | | 227 | Z1 | 6227000021 | 1/7/2008 | SBL | - 96,949 | USD | Incoming payment | 4/2/2008 | - | - | - | - 96,949 | - | - | - 96,949 |
| 141000 | 404958 | | 227 | Z1 | 6227000022 | 1/7/2008 | SBL | 48,475 | USD | Incoming payment | 4/2/2008 | - | - | - | 48,475 | - | - | 48,475 |
| 141000 | 404958 | | 227 | DA | 23000011 | 10/28/2008 | Various | - 425,819 | USD | Outgoing payment | 10/31/2008 | - | - | - | - 425,819 | - | - | - 425,819 |
| 141000 | 404958 | | 227 | Z1 | 6227000038 | 10/30/2008 | PFST | - 90,190 | USD | Outgoing payment | 10/31/2008 | - | - | - | - 35,763 | - 54,427 | - | - 90,190 |
| 141000 | 404958 | | 227 | Z1 | 6227000039 | 10/30/2008 | SBL | - 12,484 | USD | Outgoing payment | 10/31/2008 | - | - | - | - 12,484 | - | - | - 12,484 |
| 141000 | 404958 | | 227 | Z1 | 6227000040 | 10/30/2008 | SBL | - 6,241 | USD | Outgoing payment | 10/31/2008 | - | - | - | - 6,241 | - | - | - 6,241 |
| Total | 404958 | | | | | | | - 98,831 | | | | - | - | 18,142 | - 116,975 | - | - | - 98,833 |
| 141000 | 473633 | | 227 | Z1 | 6227000027 | 8/7/2008 | BAAN | 11,136 | USD | Internal clearing | 9/25/2008 | - | - | - | 11,136 | - | - | 11,136 |
| 141000 | 473633 | | 227 | Z1 | 6227000029 | 9/23/2008 | BAAN | - 11,136 | USD | Internal clearing | 9/25/2008 | - | - | - | - 11,136 | - | - | - 11,136 |
| Total | 473633 | | | | | | | - | | | | - | - | - | - | - | - | - |
| 141000 | 690357 | | 227 | Z1 | 6227000005 | 1/8/2007 | SBL | 195,688 | USD | Internal clearing | 3/7/2007 | - | - | 164,444 | - | - | - | 164,444 |
| 141000 | 690357 | | 227 | Z1 | 6227000010 | 1/8/2007 | SBL | - 195,688 | USD | Internal clearing | 3/7/2007 | - | - | - 164,444 | - | - | - | - 164,444 |
| 141000 | 690357 | | 227 | Z1 | 6227000011 | 3/7/2007 | SBL | 164,444 | USD | Incoming payment | 4/4/2007 | - | - | 164,444 | - | - | - | 164,444 |
| Total | 690357 | | | | | | | 164,443.94 | | | | - | - | 164,444 | - | - | - | 164,444 |
| 141000 | 779538 | | 227 | Z1 | 6227000023 | 1/15/2008 | JDE | 53,840 | USD | Incoming payment | 2/15/2008 | - | - | - | 53,840 | - | - | 53,840 |
| 141000 | 779538 | | 227 | Z1 | 6227000030 | 9/23/2008 | JDE | - 15,193 | USD | Outgoing payment | 9/30/2008 | - | - | - | - 15,193 | - | - | - 15,193 |
| Total | 779538 | | | | | | | 38,647.10 | | | | - | - | - | 38,647 | - | - | 38,647 |
| 141000 | 809255 | | 227 | DA | 23000012 | 10/30/2008 | BAAN | - 190,905 | USD | Outgoing payment | 10/30/2008 | - | - | - | - 190,905 | - | - | - 190,905 |
| Total | 809255 | | | | | | | - 190,905.00 | | | | - | - | - | - 190,905 | - | - | - 190,905 |
| 140000 | 813195 | | 227 | Z1 | 6227000004 | 5/8/2006 | JDE | 81,784 | USD | Incoming payment | 7/14/2006 | - | 57,272 | 11,464 | - | - | - | 68,728 |
| 140000 | 813195 | | 227 | Z1 | 6227000012 | 3/7/2007 | JDE | 66,327 | USD | Incoming payment | 4/13/2007 | - | - | 60,453 | 12,091 | - | - | 72,544 |
| 140000 | 813195 | | 227 | Z1 | 6227000025 | 4/2/2008 | JDE | 90,671 | USD | Incoming payment | 6/3/2008 | - | - | - | 63,635 | 12,727 | - | 76,362 |
| 140000 | 813195 | | 227 | DA | 23000003 | 8/27/2008 | JDE | - 63,635 | USD | Outgoing payment | 9/25/2008 | - | - | - | - 63,635 | - | - | - 63,635 |
| 140000 | 813195 | | 227 | Z1 | 6227000028 | 9/23/2008 | JDE | - 52,635 | USD | Outgoing payment | 9/25/2008 | - | - | - | - 31,504 | - 12,727 | - | - 44,231 |
| Total | 813195 | | | | | | | 142,711.34 | | | | - | 57,272 | 71,906 | - 19,414 | - | - | 109,765 |
| 140000 | 874023 | | 227 | Z1 | 6227000014 | 7/10/2007 | JDE | 24,859 | USD | Incoming payment | 8/16/2007 | - | - | 10,445 | 10,445 | - | - | 20,890 |
| 140000 | 874023 | | 227 | Z1 | 6227000033 | 9/26/2008 | JDE | 5,666 | USD | Incoming payment | 10/23/2008 | - | - | - | 4,761 | - | - | 4,761 |
| Total | 874023 | | | | | | | 30,525.01 | | | | - | - | 10,445 | 15,206 | - | - | 25,651 |
| 140000 | 905632 | | 227 | Z1 | 6227000024 | 2/1/2008 | JDE | 18,931 | USD | Incoming payment | 3/10/2008 | - | - | - | 14,583 | 1,326 | - | 15,909 |
| 140000 | 905632 | | 227 | DA | 23000004 | 9/8/2008 | JDE | - 15,909 | USD | Outgoing payment | 9/25/2008 | - | - | - | - 15,909 | - | - | - 15,909 |
| 140000 | 905632 | | 227 | Z1 | 6227000031 | 9/23/2008 | JDE | - 6,414 | USD | Outgoing payment | 9/25/2008 | - | - | - | - 4,064 | - 1,326 | - | - 5,389 |
| Total | 905632 | | | | | | | - 3,391.30 | | | | - | - | - | - 5,389 | - | - | - 5,389 |
| 141000 | 10161 | | 227 | Z1 | 6227000035 | 9/26/2008 | PFST | 65,660 | USD | Outstanding invoice | | - | - | - | 65,660 | - | - | 65,660 |
| Total | 10161 | | | | | | | 65,659.87 | | | | - | - | - | 65,660 | - | - | 65,660 |
| 140000 | 951694 | | 227 | #N/A | #N/A | | | - | | | | | | | | | | |
| Total | 951694 | | | | | | | - | | | | | | | | | | |
| 140000 | 80670 | | 227 | #N/A | #N/A | | | - | | | | | | | | | | |
| Total | 80670 | | | | | | | - | | | | | | | | | | |
| 140000 | 330306 | | 227 | #N/A | #N/A | | | - | | | | | | | | | | |
| Total | 330306 | | | | | | | - | | | | | | | | | | |
| 140000 | 392413 | | 227 | #N/A | #N/A | | | - | | | | | | | | | | |
| Total | | | | | | | | - | | | | | | | | | | |
| General total | | | | | | | | 344,225.15 | | | | - | ####### | 410,118.62 | (247,883.91) | - | - | 252,596.41 |

Conversion rate EUR/USD as of 30th of November 2008 1.273

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



REDACTED

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Overview of invoiced revenue TN AU 2006 - 2008
(in USD)

[Table redacted - financial data spreadsheet with columns for General ledger, Customer number, Customer name, CoCd, Document type, Doc Number, Doc Date, Product Line, Invoiced amount, LCurr, Type of clearing, Clearing number, Clearing date, Recognized Revenue by year. Large portion marked "REDACTED". General total: 344,017]

Conversion rate AUD/USD as of 30th of November 2008   0.851554