Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 10

Dockets.Justia.com

# EXHIBIT 9

Oracle and PeopleSoft – Better Together                                                          1
January 18, 2005
Safra Catz, President, Oracle Corporation
Larry Ellison, CEO, Oracle Corporation
UIDs: SCATZ: 3689353 (real) 3689388 (wm), LJE: 3689358 (real) 3689389 (wm)
Project#: #: EXT-MKT-05-02

    [Moderator – housekeeping]

    [VIDEO PRESENTATION]

    *The best of the best have come together. Oracle and PeopleSoft.*

    *This is really exciting. This really changes the game for us in the applications business.*

    *I have all the faith in the world in the Oracle leadership to be able to bring the strengths of these two companies together and make it an even better company.*

    *They now have the size and the depth of the organization to not only serve the broad market that they have, but also to cater to the vertical markets and even to the individual customer needs.*

    *The integration of the two companies are obviously going to build some efficiencies across the entire enterprise.*

    *It's about simplifying the moving parts, both for our businesses as well as the industries in which we operate.*

    *It's always an advantage to have a single vendor. And have more professionals here in [indiscernible] to support the local business.*


Ellison Exhibit 400
5-5-09
Holly Thuman, CSR

Confidential Information                                                          ORCL00223497

Oracle and PeopleSoft – Better Together                                                     5
January 18, 2005
Safra Catz, President, Oracle Corporation
Larry Ellison, CEO, Oracle Corporation
UIDs: SCATZ: 3689353 (real) 3689388 (wm), LJE: 3689358 (real) 3689389 (wm)
Project#: #: EXT-MKT-05-02

    Larry Ellison: Thank you, Safra. Welcome, everybody. I'm going to talk about three things. The very first is that we're going to continue to develop all three application product lines for some years to come. I know there's a lot of concern early on.

    It was reported in the press that if we were successful in acquiring PeopleSoft the first thing we would do is cancel all the PeopleSoft products and tell the customers they had 48 hours to move to the Oracle products. Of course, that's not really a very good idea. We have no idea how to implement that, though I did read about it. Just the opposite is true. Nothing could be further from the truth.

    Our intention is to not only support the PeopleSoft products and the J.D. Edwards products and the current Oracle line of products for the next several years -- ten years.

    We said at the beginning we'd support the PeopleSoft product for a decade, for ten years, and we intend to do that. But we're going to do more than just support those products. We intend to enhance those products. And I'll talk about that.