# EXHIBIT 12

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>          Defendants. | No. 07-CV-1658 (PJH) |

VIDEOTAPED DEPOSITION OF

SHAI AGASSI

MONDAY, JANUARY 5, 2009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-415445)

Merrill Legal Solutions
(800) 869-9132

Case4:07-cv-01658-PJH Document487-14 Filed09/23/09 Page3 of 10
SHAI AGASSI    January 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 27

```
08:57:03   1
08:57:05   2
08:57:08   3
08:57:09   4    Q.  You're also quoted as having said, quote:
08:57:12   5        "I work for an IP company, and we believe
08:57:14   6    in the importance of investors owning the IP
08:57:17   7    they create.  At SAP, we believe that without
08:57:19   8    the ability to protect IP, most companies
08:57:23   9    will no longer invest so much of their
08:57:24  10    current revenues in future product
08:57:27  11    innovation."
08:57:28  12        Do you recall saying that?
08:57:28  13    A.  Uh-huh.
08:57:29  14    Q.  That would be a yes?
08:57:31  15    A.  Yes.
08:57:31  16
08:57:33  17
08:57:33  18
08:57:37  19
08:57:39  20
08:57:40  21
08:57:46  22
08:57:50  23
08:57:52  24
08:57:53  25
```

```
13:43:18   1
13:43:19   2
13:43:23   3
13:43:26   4
13:43:27   5          MR. PICKETT:  Q.  Now, Mr. Word tells you
13:43:29   6   to pay special attention to the last 3 paragraphs.
13:43:33   7   So let me direct your attention to those last three
13:43:37   8   paragraphs.
13:43:38   9          Do you know why he thought those were
13:43:40  10   very -- potentially very important?
13:43:42  11       A.  Uh-huh.
13:43:42  12       Q.  Why?
13:43:43  13       A.  Because it's -- it shows that Oracle is
13:43:46  14   actually assuming that it will keep most of the
13:43:48  15   PeopleSoft customers, and that had they -- that they
13:43:54  16   ran this model on keeping at least 90 percent if not
13:43:58  17   more of the PeopleSoft customers.
13:44:00  18       Q.  Did you think that was realistic?
13:44:02  19       A.  No.
13:44:02  20       Q.  Why not?
13:44:04  21       A.  Because I thought we'd be able to offer a
13:44:07  22   better proposition by offering PeopleSoft and
13:44:11  23   J.D. Edwards in particular customers to move over to
13:44:15  24   SAP.
13:44:17  25       Q.  By offering them maintenance options?
```

SHAI AGASSI        January 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 193

13:44:20  1       A.  No.  By offering them a roadmap for a
13:44:23  2   future product that actually has an investment in
13:44:25  3   it.
13:44:26  4       Q.  The beginning of the roadmap was a
13:44:27  5   maintenance offering that --
13:44:29  6       A.  You buy into a full roadmap.
13:44:31  7       Q.  The beginning of the roadmap was what?
13:44:34  8       A.  The beginning of the roadmap is an
13:44:36  9   agreement with SAP to become a customer, that we
13:44:40 10   will take you through a whole set of steps to be a
13:44:44 11   full-fledged SAP customer.  That includes a
13:44:48 12   short-term maintenance of your existing software, a
13:44:52 13   conversion of your data, movement into a new
13:44:55 14   technology platform, and eventually a transition to
13:44:59 15   a full-blown SAP software across the board.
13:45:01 16       Q.  So was it fair to say that getting the
13:45:03 17   ability to offer that maintenance was a part of the
13:45:06 18   roadmap that you were offering?
13:45:08 19       A.  Yes.
13:45:09 20
13:45:11 21
13:45:12 22
13:45:13 23
13:45:14 24
13:45:15 25

```
16:49:03  1
16:49:04  2
16:49:06  3
16:49:08  4
16:49:09  5
16:49:12  6
16:49:14  7
16:49:16  8
16:49:18  9
16:49:22 10
16:49:23 11
16:49:27 12
16:49:29 13
16:49:31 14
16:49:32 15
16:49:32 16
```

16:49:33 17      Q.  And why was the board more interested in
16:49:35 18  numbers of converted customers rather than revenues?
16:49:37 19      A.  Because it was a better guidance as to
16:49:40 20  whether we are successful in getting the original
16:49:45 21  goal, which was to get customers for SAP.
16:49:49 22      Q.  It was more important to get the customers
16:49:51 23  converted rather than the maintenance revenues?
16:49:54 24      A.  Yes.
16:49:55 25

```
16:49:57   1    :
16:49:59   2
16:50:00   3
16:50:01   4
16:50:03   5
16:50:03   6
16:50:05   7
16:50:07   8
16:50:09   9
16:50:13  10
16:50:14  11
16:50:15  12        Q.  And did you have any reason to question
16:50:17  13   those projections, either the one presented in the
16:50:20  14   January 7, 2005 business plan or subsequently?
16:50:23  15        A.  I thought we could -- we could do better.
16:50:26  16        Q.  And better than the original projection,
16:50:28  17   January 7?
16:50:29  18        A.  And better than the execution.
16:50:31  19        Q.  Why did you think you could do better than
16:50:33  20   the original projection January 7?
16:50:35  21        A.  Because I thought that given the disruption
16:50:39  22   Oracle has put on the market, there will be better
16:50:42  23   acceptance by PeopleSoft's customers.
16:50:44  24        Q.  Did you have any assessment of how many of
16:50:50  25   the 12,000 PeopleSoft customers might be subject to
```

Case4:07-cv-01658-PJH   Document487-14   Filed09/23/09   Page8 of 10
SHAI AGASSI         January 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 312

16:50:56  1   conversion by SAP?
16:50:57  2       A.   No.  No exact number.
16:50:59  3       Q.   Half?
16:51:00  4       A.   I -- I thought that if Oracle would do a
16:51:04  5   bad job, we could see a similar distribution of the
16:51:07  6   customers as the share of customers between SAP and
16:51:10  7   Oracle.
16:51:13  8       Q.   And what's that ratio?  You're bigger than
16:51:17  9   Oracle.
16:51:18  10      A.   Yes.
16:51:19  11      Q.   Do you know what roughly that is?  60/40?
16:51:22  12      A.   Yeah, something like that.
16:51:23  13      Q.   Something like that?
16:51:24  14      A.   Yeah.
16:51:47  15
16:51:54  16
16:52:18  17
16:52:21  18
16:52:26  19
16:52:27  20
16:52:30  21
16:52:32  22
16:52:36  23
16:52:39  24
16:52:40  25

Corrections to the Transcript of the Deposition of

Shai Agassi

Taken on January 5, 2009

Volume 1, pages 1 - 426

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
|      |         |       |             |

**NO CORRECTIONS**

_[signature: Shai A.]_                                February 12, 2009

Witness Signature                                     Date

SVI-32042v1

```
 1                    CERTIFICATE OF REPORTER

 2              I, HOLLY THUMAN, a Certified Shorthand

 3    Reporter, hereby certify that the witness in the

 4    foregoing deposition was by me duly sworn to tell the

 5    truth, the whole truth, and nothing but the truth in the

 6    within-entitled cause; that said deposition was taken

 7    down in shorthand by me, a disinterested person, at the

 8    time and place therein stated, and that the testimony of

 9    the said witness was thereafter reduced to typewriting,

10    by computer, under my direction and supervision;

11              That before completion of the deposition,

12    review of the transcript [X] was [ ] was not requested.

13    If requested, any changes made by the deponent (and

14    provided to the reporter) during the period allowed are

15    appended hereto.

16              I further certify that I am not of counsel or

17    attorney for either or any of the parties to the said

18    deposition, nor in any way interested in the event of

19    this cause, and that I am not related to any of the

20    parties thereto.

21

22              DATED January 8, 2009.

23

24                              _____

25                              HOLLY THUMAN, CSR No. 6834
```