# EXHIBIT 13

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., A Colorado Corporation, and ORACLE INTERNATIONAL CORPORATION, A California corporation<br><br>Plaintiffs,<br><br>Vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware Corporation, TOMORROWNOW, INC., a Texas corporation, And DOES 1-50, inclusive,<br><br>Defendant. | Case No.<br>07-CV-01685<br>PJH (EDL) |

VIDEOTAPED DEPOSITION UPON
ORAL EXAMINATION
OF
LEO APOTHEKER

Taken on:

Thursday, October 2, 2008
Commencing at 8:58 a.m.

Taken at:

American Consulate General
Special Consular Services,
Giessener Strasse 30
60435 Frankfurt am Main, Germany

REPORTED BY:  FREDERICK WEISS, CSR, CM

```
09:44:50    1
09:44:53    2
09:44:55    3
09:44:56    4
09:45:00    5
09:45:04    6
09:45:08    7
09:45:11    8
09:45:13    9
09:45:16   10          Q.     Is Oracle a focus of SAP's
09:45:25   11   competitive work in the field?
09:45:30   12          A.     As much as they are a competitor,
09:45:34   13   yes.
09:45:34   14          Q.     Are they SAP's number one
09:45:38   15   competitor?
09:45:38   16          A.     They are our largest competitor,
09:45:40   17   yes.
09:45:40   18
09:45:42   19
09:45:42   20
09:45:43   21
09:45:47   22
09:45:48   23
09:45:53   24
09:45:55   25
```

10:15:08  1

10:15:11  2

10:15:13  3

10:15:14  4

10:15:16  5

10:15:18  6

10:15:21  7

10:15:24  8

10:15:28  9

10:15:30 10

10:15:32 11

10:15:35 12

10:15:37 13

10:15:39 14

10:15:43 15

10:15:47 16

10:15:50 17

10:15:50 18

10:15:51 19

10:15:56 20

10:15:57 21

10:16:00 22       Q.    What has been the cumulative effect

10:16:03 23 on SAP of Oracle's acquisitions?

10:16:06 24       A.    That Oracle has become a

10:16:08 25 significantly larger competitor than it was before

```
10:16:11   1    it started all of these acquisitions.
10:16:13   2
10:16:14   3
10:16:20   4
10:16:22   5
10:16:24   6
10:16:26   7
10:16:29   8
10:16:30   9
10:16:31  10
10:16:32  11
10:16:34  12
10:16:35  13
10:16:35  14
10:16:36  15
10:16:37  16
10:16:43  17
10:16:47  18
10:16:50  19
10:16:53  20
10:16:56  21
10:16:57  22
10:16:59  23
10:17:00  24
10:17:02  25
```

```
10:22:39   1
10:22:41   2
10:22:42   3
10:22:43   4
10:22:43   5
10:22:45   6
10:22:46   7
10:22:48   8
10:22:50   9
10:22:50  10
10:22:51  11
```

10:22:52  12        Q.     Let me turn now to a new topic,

10:23:13  13   although related in many ways to all topics, this

10:23:16  14   would be the acquisition of TomorrowNow.

10:23:21  15             Do you recall whether there was any

10:23:24  16   specific purpose that SAP had in mind when it

10:23:28  17   acquired TomorrowNow?

10:23:29  18        A.     The acquisition of TomorrowNow was

10:23:37  19   meant to facilitate the movement of customers who

10:23:44  20   so desired to move away from PeopleSoft -- from

10:23:49  21   PeopleSoft software in that particular case to

10:23:52  22   SAP.

```
10:23:52  23
10:23:55  24
10:23:58  25
```

Page 358

1          I, Leo Apotheker, am a deponent in the

2    foregoing video deposition. I have read the

3    foregoing video deposition, and having made such

4    changes and corrections as I desired, I certify

5    that the transcript is a true and accurate record

6    of my responses to the questions put to me on

7    Thursday, October 2, 2008.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Signed _____

25        LEO APOTHEKER

CERTIFICATE OF COURT REPORTER

I, Frederick Weiss, CSR, CM, do hereby certify that I took the stenotype notes of the foregoing deposition and that the transcript thereof is a true and accurate record transcribed to the best of my skill and ability.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

FREDERICK WEISS, CSR, CM

DATE