Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 15

# EXHIBIT 14



# Business Case: TomorrowNow – Siebel

**Board Area: Gerd Oswald**



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR00995250

EXHIBIT NO. 472
jmsteno.com

##  Biz Opportunity – TNow Offering for Siebel

### CUSTOMER ANALYSIS

The Siebel customer base consists of **4,000 customers**, (including large number of joint SAP/Siebel customers) and presents a huge market opportunity

**Total Revenue by Region**



### RELEASE / MAINTENANCE STRATEGY

- Support for Siebel applications will continue until 20012
- Siebel's Standard Support fee has been 20%. **Oracle will likely try to uplift fees for many Siebel customers to 22%** by re-negotiating support contracts

© SAP AG 2006, *Thomas Ziemen, Service Solution Management*

### CURRENT SITUATION

Oracle will likely expand its Lifetime Support with **significant uplift of maintenance fees for Siebel customers** but so far Oracle has not provided road maps for support and enhancement plans
- **Gartner recommends that other CRM vendors take advantage of the uncertainty** surrounding the Siebel/Oracle event, as it may freeze some purchase decisions by current or prospective customers
- Particularly Siebel **customers using pre-7.5-versions** should according to Gartner **weigh the implications of moving off of support** within the next three years

### CONCLUSIONS

- As a result of the acquisition of Siebel by Oracle, **SAP may enhance the Safe Passage Program for customers running Siebel** to offer a way out of the uncertainties arisen by this acquisition
- **The Maintenance offering** – a key part of the Safe Passage Program and provided by TomorrowNow – **can be used as enabler** for future license revenue, to grow maintenance contract volume taken away from Oracle and to generate additional maintenance revenue for SAP
- Market / **Customers are already requesting SAP to offer** SafePassage / **TNow Services**, especially for Joint SAP/Siebel Customers (**e.g. Unilever**)

THE BEST-RUN BUSINESSES RUN SAP 

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR00995254