Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 19

# EXHIBIT 18

Dockets.Justia.com

# ORACLE CORPORATION

# ESTIMATION OF THE FAIR VALUE OF CERTAIN ASSETS AND LIABILITIES OF SIEBEL SYSTEMS, INC.

# AS OF JANUARY 31, 2006

Highly Confidential Information - Attorneys' Eyes Only

Mr. Tom Olinger
Vice President, Corporate Controller
Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065

July 20, 2006

Subject:   **ESTIMATION OF THE FAIR VALUE OF CERTAIN ASSETS AND
           LIABILITIES OF SIEBEL SYSTEMS, INC. AS OF JANUARY 31, 2006**

Dear Mr. Olinger:

This report presents our estimation of the Fair Value of certain assets and liabilities acquired from Siebel Systems, Inc. ("Siebel" or the "Company") as of January 31, 2006 (the "Valuation Date"). We understand the results of our valuation will be used to assist Oracle Corporation ("Oracle") management ("Management") in allocating the Siebel purchase price for financial reporting purposes.

**FAIR VALUE**

The Glossary in Appendix F of Statement of Financial Accounting Standards ("SFAS") 141 on Business Combinations defines **Fair Value** as "The amount at which an asset (or liability) could be bought (or incurred) or sold (or settled) in a current transaction between willing parties, that is, other than in a forced or liquidation sale." For the purposes of this engagement, we assumed the Company's existing business to be ongoing.

Highly Confidential Information - Attorneys' Eyes Only                                    ORCL00312748

## TABLE OF CONTENTS

| Section Number | | Page Number |
|---|---|---|
| 1.0 | SCOPE | 1 |
| 2.0 | SOURCES OF INFORMATION | 2 |
| 3.0 | PROCEDURES | 3 |
| 4.0 | HISTORY AND NATURE OF BUSINESSES | 4 |
| 5.0 | INDUSTRY OUTLOOK | 7 |
| 6.0 | VALUATION METHODS | 9 |
| 7.0 | VALUATION OF EXISTING AND IN-PROCESS TECHNOLOGY | 12 |
| 8.0 | VALUATION OF PATENTS/CORE TECHNOLOGY | 19 |
| 9.0 | VALUATION OF MAINTENANCE AGREEMENTS AND RELATED CUSTOMER RELATIONSHIPS | 20 |
| 10.0 | VALUATION OF CUSTOMER RELATIONSHIPS | 22 |
| 11.0 | VALUATION OF TRADE NAME/TRADEMARKS | 24 |
| 12.0 | VALUATION OF NON-COMPETITION AGREEMENT | 25 |
| 13.0 | VALUATION OF DEFERRED REVENUE | 28 |
| 14.0 | SUMMARY CONCLUSION | 32 |
| 15.0 | LIMITING CONDITIONS | 33 |
| | APPENDIX I – DETERMINATION OF DISCOUNT RATE | 34 |

Highly Confidential Information - Attorneys' Eyes Only

ORCL00312749

# INDEX TO EXHIBITS

| | |
|---|---|
| **EXHIBIT 1.0** | SUMMARY OF VALUES |
| **EXHIBIT 2.0** | VALUATION OF EXISTING TECHNOLOGY |
| **EXHIBIT 3.0** | VALUATION OF IN-PROCESS TECHNOLOGY |
| **EXHIBIT 4.0** | VALUATION OF PATENTS/CORE TECHNOLOGY |
| **EXHIBIT 5.0** | VALUATION OF MAINTENANCE AGREEMENTS AND RELATED CUSTOMER RELATIONSHIPS |
| **EXHIBIT 6.0** | VALUATION OF CUSTOMER RELATIONSHIPS |
| **EXHIBIT 7.0** | VALUATION OF TRADE NAME/TRADEMARKS |
| **EXHIBIT 8.0** | VALUATION OF NON-COMPETITION AGREEMENT |
| **EXHIBIT 9.0** | REVENUE ALLOCATION |
| **EXHIBIT 10.0** | FINANCIAL PROJECTIONS |
| **EXHIBIT 11.0** | WEIGHTED AVERAGE COST OF CAPITAL |
| **EXHIBIT 12.0** | VALUATION OF DEFERRED REVENUE |

Highly Confidential Information - Attorneys' Eyes Only                    ORCL00312750

### 4.2 Siebel Systems, Inc.

Founded in 1993 by Thomas Siebel, Siebel is a leading provider of customer-facing solutions that deliver demonstrable business results and long-term competitive advantage. Siebel's multichannel offerings allow organizations to intelligently manage and coordinate all customer interactions across the Internet, contact center, field sales/service force, branch/retail network and indirect and partner distribution channels. Siebel's solutions draw upon Siebel's industry-leading capabilities in customer relationship management, business intelligence, and customer data integration and can be deployed as licensed software or as a hosted service. Siebel's solutions are tailored to the particular needs of 23 industries and incorporate industry-specific business processes, best practices, and business insight. They are the product of more than $2 billion in R&D investments and reflect over 13 years of experience with more than 4,000 organizations. Together with its extensive global network of alliance partners, Siebel provides the people, process and technology expertise critical in driving business value from the deployment of customer-facing solutions.

In the fiscal year ended December 31, 2005, Siebel generated $1.4 billion in revenue and net income of $62.8 million. As of the Valuation Date, Siebel employed 4,839 full-time employees.

### 4.3 Background of Transaction

In June 2005, following the annual meeting of Siebel stockholders, senior management of Oracle contacted Thomas Siebel ("Mr. Siebel"), Chairman of the Board of Directors of Siebel, to discuss the possibility of Oracle acquiring Siebel at a price, to be paid in cash and/or stock, of approximately $11.00 per share. Mr. Siebel stated that he felt that the Siebel Board of Directors would be more receptive to a higher per share price. Oracle senior management contacted Mr. Siebel later that day, indicating that Oracle may be willing to pay a price in the range of $11.00 to $12.60 per share, subject to further business and financial analysis and due diligence.

Between June 10, 2005 and the execution of the merger agreement in September 2005, Mr. Siebel had a number of conversations with members of the Siebel Board of Directors to discuss and review the potential transaction with Oracle. Mr. Siebel also worked closely with George T. Shaheen, the Chief Executive Officer ("CEO") of Siebel, and other members of Siebel management throughout this period to analyze and review the transaction.

Oracle and its advisors engaged in a due diligence review and discussed with Siebel and its advisors the valuation and timing of the proposed transaction. In late June 2005, Oracle indicated that based on further discussions and analyses, the Company was not willing to enter into a transaction at the high end of the range that was previously discussed, and that the Company likely would not be able to execute a definitive agreement by the end of June.

In the beginning of July 2005, Charles Phillips (Co-President of Oracle) contacted Mr. Siebel and indicated that Oracle was not prepared to commence negotiations at the time but wanted to continue its due diligence investigation of Siebel. After discussions with the executive

5

Mr. Tom Olinger
Letter Report
July 20, 2006

committee at Siebel, Mr. Siebel communicated to Oracle that Siebel wished to terminate discussions with Oracle.

Following Siebel's report of its quarterly financial results in early August 2005, Oracle discussed with Siebel the possibility of reopening discussions with respect to a possible business combination. At the Siebel executive committee meetings on August 11, 2005 and August 12, 2005, the committee members discussed the potential transaction with Oracle and determined that Siebel should re-engage in discussions with Oracle. From August 16, 2005 though September 7, 2005, Oracle and its advisors re-engaged in a due diligence review of Siebel.

In September 2005, senior management of both companies negotiated the deal price and structure, concluding on $10.66 per share.

On September 12, 2005, Oracle and Siebel executed and delivered the merger agreement and issued a joint press release announcing the transaction. The deal price of $10.66 per share represented a 16.8% premium over Siebel's stock price of $9.13 as of September 11, 2005. The transaction closed on January 31, 2006. The total allocable purchase consideration was approximately $6.1 billion.

Through the acquisition, Oracle became the leader in the CRM segment of the enterprise software industry as Siebel offered the best-in-class CRM solutions as of the Valuation Date. The customer-facing CRM solutions will help Oracle become a more important strategic solutions provider, further augmenting Oracle's position in the enterprise software industry. Other considerations relied upon to approve the acquisition were: (1) Siebel adds significant customer references and industry expertise in customer centric applications; 2) customers are seeking to lower costs and complexity with a smaller number of strategic information technology ("IT") vendors; (3) Siebel's complementary solutions and customer base provide Oracle with additional cross-sell and up-sell opportunities; (4) the combined company will further amplify Oracle's commitment to deployment flexibility, whether on premise, hosted, or hybrid models; (5) the acquisition strengthens relationships with many key partners that influence customer decisions on application purchases; and (6) the combined company can more effectively compete with other enterprise software vendors such as SAP and Microsoft.

Highly Confidential Information - Attorneys' Eyes Only                                        ORCL00312756

Mr. Tom Olinger
Letter Report
July 20, 2006

At the end of 2004, the leaders in CRM were engaged in heavy competition. Siebel, Oracle, and SAP, all traditional transactional CRM suppliers, dominate the top 3 positions. Siebel remained the market leader with over $1.0 billion in revenue in 2004, capturing 10.7% market share. The newly combined Oracle/PeopleSoft entity moved ahead of SAP by 0.1 percentage point to capture the second place position. Oracle finished with a revenue market share of 6.8%, while SAP held third with 6.7%. The next cluster of suppliers, ranked fourth through eighth in the market, are clustered between 4% and approximately 3% of the overall market per company. This close grouping is a mixed set of both contact center enabling suppliers and transactional vendors. Avaya, Aspect, and Genesys (placed fourth, fifth, and seventh, respectively) are market leaders in the contact center market and finished the year within the top 10 for the broader CRM applications arena. Sprinkled among them are Amdocs (in sixth) and Reynolds & Reynolds (in eighth), both transactional vendors with more vertical-oriented installed bases.

## 6.0   VALUATION METHODS

We considered the following approaches when estimating the Fair Value of the Subject Assets: the Income Approach, the Market Approach, and the Cost Approach.

**Income Approach**

The Income Approach indicates the Fair Value of an asset based on the value of the cash flows that the asset can be expected to generate in the future. This approach is typically estimated through a Discounted Cash Flow Method.

The Discounted Cash Flow Method is comprised of four steps: 1) Estimate future cash flows for a certain discrete projection period; 2) Discount these cash flows to present value at a rate of return that considers the relative risk of achieving the cash flows and the time value of money; 3) Estimate the residual value of cash flows (if any) subsequent to the discrete projection period; and 4) Combine the present value of the residual cash flows with the discrete projection period cash flows to indicate the asset's Fair Value.

Securities and Exchange Commission ("SEC") approved guidelines on in-process research and development discussed in the AICPA IPR&D Practice Aid were utilized in the traditional Income Approach.

The Income Approach was used to estimate the Fair Value of the Company's Existing Technology, In-Process Technology, Maintenance Agreements and Related Customer Relationships, and Non-Competition Agreement.

We used the Income Approach in our valuation of the Non-Competition Agreement because of its appropriateness in calculating the value of such an asset to an investor. In estimating the Fair Value of the Non-Competition Agreement, we use a variation of the Income Approach called the Differential Cash Flow Method. As discussed above, the Income Approach measures the total

9

Mr. Tom Olinger
Letter Report
July 20, 2006

## 14.0   SUMMARY CONCLUSION

Based on our analysis as summarized above and detailed in the accompanying exhibits, we estimate the Fair Value of the Subject Assets and Liabilities acquired from Siebel as of January 31, 2006, to be approximately:

| | |
|---|---:|
| **Existing Technology** | $ 417,800,000 |
| **In-Process Technology** | 64,300,000 |
| **Patents/Core Technology** | 199,100,000 |
| **Maintenance Agreements and Related Customer Relationships** | 808,300,000 |
| **Customer Relationships** | 107,800,000 |
| **Trade Name/Trademarks** | 27,100,000 |
| **Non-Competition Agreement** | <u>4,100,000</u> |
| **Total Identified Intangible Assets** | $ 1,628,500,000 |
| **Deferred Revenue — Maintenance** | $ 129,000,000 |
| **Deferred Revenue — OnDemand** | $ 9,800,000 |
| **Deferred Revenue — Consulting and Training** | $ 48,000,000 |

Highly Confidential Information - Attorneys' Eyes Only                                     ORCL00312782