# EXHIBIT 19

Dockets.Justia.com

WERNER BRANDT          November 12, 2008
                HIGHLY CONFIDENTIAL

Page 1

H I G H L Y   C O N F I D E N T I A L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------x

ORACLE CORPORATION, a Delaware
corporation, ORACLE USA, INC., a
Colorado corporation, and ORACLE
INTERNATIONAL CORPORATION, a
California corporation,

                          Plaintiffs,
                                        No. 07-CV-1658
              -against-                      (PJH)
SAP AG, a German corporation,
SAP AMERICA, INC., a Delaware
corporation, TOMORROWNOW, INC.,
a Texas corporation, and
DOES 1-50, inclusive,

                          Defendants.

------------------------------------x

                        November 12, 2008
                        9:14 a.m.

       Videotaped deposition of WERNER BRANDT,

taken by Plaintiffs, pursuant to notice, at the

offices of Bingham McCutchen, LLP, 399 Park

Avenue, New York, New York, before Jack Finz and

Otis Davis, Shorthand Reporters and Notaries

Public within and for the State of New York.

Page 46

```
               1        WERNER BRANDT - HIGHLY CONFIDENTIAL
11:08:32       2
11:08:36       3
11:08:58       4
11:08:58       5
11:09:00       6
11:09:08       7
11:09:12       8        Q.      Now, SAP has significant
11:09:14       9   intellectual property itself, correct?
11:09:26      10        A.      That's correct.
11:09:27      11        Q.      And SAP vigorously protects
11:09:31      12   that intellectual property, doesn't it?
11:09:40      13        A.      Yes, that's correct.
11:09:42      14        Q.      As you've mentioned, SAP has
11:09:45      15   its own department that is devoted to
11:09:49      16   helping to protect that SAP IP, correct?
11:10:05      17        A.      That's correct.
11:10:07      18        Q.      And it has dozens of lawyers
11:10:08      19   whose job it is to assist in protecting
11:10:11      20   SAP's IP, correct?
11:10:24      21        A.      That's correct.
11:10:26      22
11:10:29      23
11:10:58      24
11:11:00      25
```

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 50

                    1        WERNER BRANDT - HIGHLY CONFIDENTIAL

11:16:44    2

11:16:46    3

11:16:50    4

11:16:52    5

11:16:54    6

11:17:17    7

11:17:18    8

11:17:20    9

11:17:26   10

11:17:27   11

11:17:29   12

11:17:32   13

11:17:34   14

11:17:40   15

11:17:53   16

11:17:55   17

11:17:57   18

11:18:14   19

11:18:14   20        Q.    And much of SAP's research and

11:18:18   21    development budget is funded by the

11:18:19   22    revenues that SAP's customers pay SAP to

11:18:23   23    service their SAP applications, correct?

11:18:52   24        A.    That's correct.

11:18:53   25

Page 220

1    WERNER BRANDT - HIGHLY CONFIDENTIAL

2    basis for the discussion (in English).

3         Q.    Other than the ones we've

4    looked at, do you recall receiving any

5    other summaries or other information

6    connected to due diligence?

7              MR. LANIER:  It's a yes-or-no

8         question, Mr. Brandt.

9         A.    I can't recall.

10             MS. HOUSE:  Why don't we break

11        for the day.

12             MR. LANIER:  Good.

13             THE VIDEOGRAPHER:  Going off

14        the record at 5:39, and this will mark

15        the end of tape number 4.

16             (Time noted: 5:39 p.m.)

17

18    _____

19              WERNER BRANDT

20

21

22    Subscribed and sworn to before me

23    this ____ day of _____ 2008.

24

25

e92d3b92-dec2-4807-8150-b273aa582a9b

1

2                    C E R T I F I C A T E

3    STATE OF NEW YORK    )

4                               : ss.

5    COUNTY OF NEW YORK   )

6

7              I, JACK FINZ, a Certified Shorthand

8    Reporter and Notary Public within and for the

9    State of New York, do hereby certify:

10             That WERNER BRANDT, the witness whose

11   deposition is hereinbefore set forth, was duly

12   sworn by me and that such deposition is a true

13   record of the testimony given by the witness.

14             I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage, and that I am in no way

17   interested in the outcome of this matter.

18             IN WITNESS WHEREOF, I have hereunto

19   set my hand this _17th_ day of _November_, 2008.

20

21   _____

22                    JACK FINZ, C.S.R.

23

24

25