| Message | |
|---|---|
| From: | Voorsanger, Conrad [/O=SAP/OU=AMERICA2/CN=RECIPIENTS/CN=000000125269] |
| Sent: | 3/24/2006 7:12:59 PM |
| To: | Kagermann; Henning |
| CC: | Sturm, Timmo Axel; Yusuf, Zia; Vejar, Raul |
| Subject: | Follow-up: Sun Tzu Request from Jim |
| Attachments: | 060323 - SunTzu (Jim Snabe Leadership Team).doc |
| Sensitivity: | Company Confidential |

Dear Henning,
up on Jim's request and your guidance, we have stripped out forward-looking financial information from the Sun Tzu document (see attached). *With your approval we will deliver this document to Jim to share with his leadership team.*
occur only in Chapter 4: SAP's Path of Profitable Growth:
- Section 4.1: 3rd bold - removed 2010 aspirations (share of market, product revenues)
- Section 4.1: Figure 4-2: removed 2010 revenue and margin expectations
- Section 4.1: removed 2007 Financial Objectives
- Section 4.2: "Growth from Core" - removed Keystone-based estimates for # of A1S transactions, B1 growth, BPP penetration
- Section 4.5: Figure 4-5 - removed revenue CAGRs estimates

the future, we could use this document as the starting point for similar requests.
regards,
& Team



060323 - SunTzu
(Jim Snabe Lead...

**Conrad Voorsanger** Strategy Management AG
3410 Hillview Ave
Palo Alto, CA 94304, USA
T: +1 (650) 320-3561, +1 (650) 320-3676, voorsanger@sap.com

EXHIBIT 415
WIT: Kagermann
DATE: 9/25/08
FRANK BAS, RPR

HIGHLY CONFIDENTIAL INFORMATION -
ATTORNEYS' EYES ONLY

KAGERMANN_TEMP000001

Dockets.Justia.com



Sun Tzu 2006

March 2006
Release v1.0

Industry Solutions
Leadership

# Shaping the Future – IT-Powered Business Innovation

## SAP's Midterm Strategy ("Sun Tzu")



Corporate Strategy Management (CSM)

November 2005

**SAP CONFIDENTIAL**

HIGHLY CONFIDENTIAL INFORMATION -
ATTORNEYS' EYES ONLY

KAGERMANN_TEMP000002

**REDACTED**

 **While the current application competitors command immediate attention, SAP has to prepare both the "battlefield" and the organization for the next phase of competition**

As continued ownership of the core enterprise applications market is critical, SAP will even more decisively challenge existing competitors, in particular Oracle. Key measures include:
- Taking advantage of our competitors' weaknesses and communicating our relative strengths to the market in order to increase our revenue streams
- Focusing resources on key industries, such as the ones that are at the "tipping point" or yet undecided between Oracle and SAP
- Implementing go-to-market approach measures, e.g., pricing innovation for highly penetrated customers and targeted support/maintenance services for non-SAP offerings

This will help us to strengthen existing customer relationships, i.e., deepen our "share of wallet."

**REDACTED**

**Our basic platform strategy to combine applications with infrastructure and build an open partner ecosystem is the foundation of our competitive approach**

**REDACTED**

- Build a defensive intellectual property (IP) portfolio (see section 8.4)

**REDACTED**

### 8.1  Battling for Market Share – Oracle

Through its acquisitions, Oracle has emerged as the number-one competitor for SAP. While Oracle faces significant challenges such as aligning its different product lines ("Project Fusion"), the company remains a formidable competitor.

Oracle's database business generates billions of dollars in cash flow that can fund significant flexibility, e.g., in their applications strategy. Specifically, Oracle can:
- Continue to acquire companies with large installed bases and maintenance revenue streams that are in and around our core enterprise application markets, especially in high-growth "strategic battleground" verticals (e.g., retail)
- Aggressively position analytics (based on acquired PeopleSoft and Siebel functionality) and data hubs (being the key element of account control) as a viable near-term alternative to SAP's ESA-based offerings, thus stalling SAP's upgrade efforts until Oracle's "Project Fusion" is further along
- Employ aggressive discounting programs such as zero up front license cost

HIGHLY CONFIDENTIAL INFORMATION -
ATTORNEYS' EYES ONLY

KAGERMANN_TEMP000058