# EXHIBIT 25

Message

| | |
|---|---|
| From: | Ziemen, Thomas [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000042894] |
| Sent: | 12/23/2004 8:05:11 AM |
| To: | APOTHEKER, Leo [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000042403]; Agassi, Shai [/O=SAP/OU=America2/cn=Recipients/cn=000000115784]; Homlish, Martin [/O=SAP/OU=America1/cn=Recipients/cn=000000061818] |
| CC: | Kagermann, Henning [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000046252]; Oswald, Gerhard [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000034905] |
| Subject: | PeopleSoft Attack Program |
| Attachments: | PS_Attack_Program_12_2004_V6.ppt |

Leo, Shai, Marty,
please find enclosed the updated version of the PeopleSoft Attack Program Presentation including the latest feedback and agreements.



PS_Attack_Prog...

Regarding the PSFT license recognition the current agreement is to start with minimum 75% of the net net license and leave it to the Regional Sales Heads to lift it up to 100%.
Over time we should start reducing that recognition (75-100% for the first year, 50-75% for the second and after that only 50%).

Merry Christmas and a very happy New Year,

Thomas

**Thomas Ziemen**
Vice President
Service Solution Management
SAP AG
Neurottstraße 16
69190 Walldorf
T  +49 6227 7-44766
F  +49 6227 78-20080
M +49 171 3363644
E  thomas.ziemen@sap.com
http://www.sap.com

EXHIBIT NO. 442

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY         SAP-OR00253278

# A Roadmap for PSFT Customers to SAP

Positioning Overview: December 23, 2004

Thomas Ziemen
Service Solution Management
SAP AG



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00253279

## PeopleSoft Attack Program Map

| No | Tasks | Status | Due Date | Owner | Next Steps |
|---|---|---|---|---|---|
| 1 | Check legal implications with legal department | Done | 12/04 | J. Scholten | |
| 2 | Customer Base Analysis (e.g. joint customers, applications, verticals) | In Progress | 01/05 | M. Breuer T. Baur | Match PSFT with SAP I-Base, Handover customer list to field |
| 3 | Development Messaging and Communication Plan (e.g. Customer letter, Press release) | In Progress | 01/05 | H. Heitmann B. Wohl | Alignment with M. Homlish/ P. Graf |
| 4a | Define Maintenance Offering Package (e.g. develop service contract) | In Progress | 03/05 | T. Ziemen | Specification of Service offering |
| 4b | Define Productized Integration & Migration Services (e.g. develop migration package for PSFT HR/FI business objects) | In Progress | 03/05 | T. Ziemen | Develop Tools and Content, first prototypes available for FKOM |
| 5 | Identify appropriate partners leveraging: knowledge, customer base, ability to execute | In Progress | 01/05 | J. Mackey J. Robertson | Check TomorrowNow and other vendors |
| 6 | PSFT Hiring Program (Solution Management and S&S): Perception Creation and Knowledge Transfer | In Progress | 03/05 | S. Ries A. Pelek | Identify Key PSFT People, Headhunter, recruiting event |
| 7 | Identify pilot customers, check customer base of vendor of appropriate pilots (e.g. Siemens) | In Progress | 02/05 | M. Breuer | Talk to Siemens (M. Brandl); Conduct further Customer Interviews |
| 8 | Go-to-Market Plan: Define Winning Proposition and Offering for Customers, Develop Sales KIT | In Progress | 01/05 | M. Homlish P. Graf | Alignment with Global Field (M. Breuer), US sales Initiative (G. McStravick), ERP Initiative (T. Baur) |
| 9 | Check Readiness of SAP's support eco system (e.g. Infrastructure, Knowledge, Resources) | In Progress | 03/05 | T. Ziemen | Alignment with U. Hommel, K.H. Hess |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

## Situation and Opportunity

| Situation | Opportunity |
|---|---|
| **Oracle and PeopleSoft will merge**<br>- Oracle tries to capture maintenance revenue<br>- Oracle tries to migrate customers to Oracle applications<br><br>**Lots of uncertainties in PeopleSofts installed base (12.750 in total)**<br>- Mostly with 6000 former JDE customers<br><br>**Strong overlap between SAP and PeopleSoft customers**<br>- PeopleSoft HR and SAP<br>- PeopleSoft Enterprise One (former JDE) and SAP<br><br>**SAP is running a PeopleSoft win-back campaign in the US and soon also worldwide** | **Independent service providers have started to offer maintenance for PSFT customers**<br>- TomorrowNow is the most aggressive player<br>- Many more are being founded<br><br>**Microsoft told PSFT customers to look for a new vendor**<br>- Explicitly mentioned MS Business Solutions and SAP (running on Windows)<br><br>**IBM has not communicated on this issue (yet)**<br>- Most likely PSFT customers are used as targets for outsourcing (especially those running PSFT HR) |



© SAP AG 2004, Thomas Ziemen / 3     THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY              SAP-OR00253281

## Solution

### PSFT Service Offering as "Key Value Proposition"
- Special Service Maintenance Offering for PeopleSoft Customers, including Standard and additional Advanced Services for 17% maintenance fee in order not to kill our common business model
- Clear and Smooth Upgrade Path from PSFT to SAP leveraging specific standardized, productized Migration & Integration Services incl. Tools, Content, Knowledgeware
- The Service Offering comes in combination with a Software License Up-Switch Offering (similar to the R/3 -> mySAP ERP upgrade) to avoid the risk of leaving customers vulnerable to the non-SAP software offerings

### The product sold is mySAP ERP
- Customers need to commit early to the SAP overall vision which has its strengths in a combination of apps and technology delivered as mySAP ERP
- The maintenance offer for PSFT customers provides the safety buffer that they need to leverage the current PSFT investment and to replace it by mySAP ERP later. Customers must license mySAP ERP to get the maintenance for the PSFT solution!
- We sweeten the deal by treating PSFT customers like R/3 customers in an "upgrade" discussion (i.e. license fees for PSFT will be recognized when cutting the mySAP deal)

### SAP NetWeaver is the "lock"
- Customers are required to first deploy NetWeaver as part of their ERP deal (in order to manage the lifecycle of the PSFT solution)
- They should integrate their existing SAP and non-SAP solutions with SAP NetWeaver

© SAP AG 2004, Thomas Ziemen / 4    THE BEST-RUN BUSINESSES RUN SAP 

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY    SAP-OR00253282



The transition to a "GOOD ENOUGH" world creates an opportunity for SAP's competitors we can trust they will seize. Keeping them off our turf will require a dual approach:
RE-INVENT OUR SOLUTIONS AROUND ESA/NETWEAVER,
REINFORCE OUR STRENGTH – INDUSTRY SOLUTIONS.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00253288