# EXHIBIT 26

Dockets.Justia.com

Message

| From: | Mulloy, Chuck [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000112384] |
|---|---|
| Sent: | 1/17/2005 3:31:55 AM |
| To: | Oswald, Gerhard [/O=SAP/OU=Europe1/cn=Recipients/cn=000000034905]; Bradley, David [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000226125]; Breuer, Martin [/O=SAP/OU=Europe1/cn=Recipients/cn=000000114001]; Graf, Peter [/O=SAP/OU=AMERICA2/cn=Recipients/cn=000000103249]; McCarthy, Anne [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000131178]; McStravick, Gregory [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000124784]; Popper, Susan [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000102891]; Ziemen, Thomas [/O=SAP/OU=Europe1/cn=Recipients/cn=000000042894]; Wendell, Michael [/O=SAP/OU=AMERICA2/cn=Recipients/cn=000000115912]; Clarke, Christopher [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000119114]; Homlish, Martin [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000061818]; Mann, Steven [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000119821]; Wohl, William [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000041767]; WAGNER, STEFAN [/O=SAP/OU=Europe2/cn=Recipients/cn=000000038169]; Welz, Bernd [/O=SAP/OU=Europe1/cn=Recipients/cn=000000034205]; APOTHEKER, Leo [/O=SAP/OU=Europe1/cn=Recipients/cn=000000042403]; Tseng, Stephen [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000128549]; Fanghaenel, Karsten [/O=SAP/OU=Europe1/cn=Recipients/cn=000000115438]; KIRCHNER, Tobias [/O=SAP/OU=Europe2/cn=Recipients/cn=000000134364]; Word, Jeffrey [/O=SAP/OU=AMERICA2/cn=Recipients/cn=000000064566]; Clarke, Christopher [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000119114]; Mackey, James [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000065459]; Agassi, Shai [/O=SAP/OU=AMERICA2/cn=Recipients/cn=000000115784] |
| Subject: | FW: Safe Passage Strategy Deck Update |
| Attachments: | Safe Passage v6.ppt |
| Importance: | High |

All,

The attached deck is the version that will be reviewed in hard copy during the meeting today at 1:00pm in Barcelona.

Best regards,

Chuck

-----Original Message-----

| From: | Lutz, Scott |
|---|---|
| Sent: | Sunday, January 16, 2005 3:22 PM |
| To: | Mulloy, Chuck; Bradley, David; Breuer, Martin; Graf, Peter; McCarthy, Anne; McStravick, Gregory; Popper, Susan; Ziemen, Thomas; Wendell, Michael; Clarke, Christopher; Homlish, Martin; Mann, Steven; Wohl, William |
| Subject: | Safe Passage Strategy Deck Update |
| Importance: | High |

All: please find attached an updated Safe Passage strategy deck.  Minor edits and inclusion of specific Field Enablement tactics from Mike Wendell.

Susan: Would you please arrange to have 10 color copies of this deck printed for Marty's meeting scheduled for early Monday afternoon.  Thank you in advance.

Thanks!



Safe Passage
v6.ppt



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00092046

Regards,
**Scott R. Lutz**
Global Solutions Marketing, Mid-Market Programs

**SAP Global Marketing**
Virtual Office:
95 Morton Street
New York, NY  10014
Home Office:
16932 Molina Place
Parker, CO 80134

+1 303.618.6977 Main/Mobile
+1 303.805.0231 Denver Home Office
+1 630.492.1312 Fax
+1 212.653.9836 NY virtual extension
Email: scott.lutz@sap.com

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00092047



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



## Overview

SAP's approach to the ORCL-PSFT merger should be defined by the following key principles of engagement:

- SAP has the winning strategy and we should play an aggressive game to keep Oracle off balance
- The press and analysts will do the job for us of discrediting Oracle (and Microsoft's response) – SAP's role is that of confident leader
  - ➢ Continued leadership voice in advertising and hard-hitting, targeted direct marketing
  - ➢ Proactive press/analyst/influencer discussions to seed our perspective
  - ➢ "SAP cares about our customers" and "SAP understands the challenges you now face"
- The PSFT-JDE installed base is segmented into a number of addressable groups with distinct migration needs and paths  - SAP must adopt a targeted strategy for communicating specific solutions and offers
  - ➢ Lead with an attention grabbing ERP and support offering   Then, build specific tailored offerings to targeted segments
- SAP must have an integrated strategy and coordinated execution
  - ➢ North America to lead execution, with global teams to drive syndication as appropriate
- Our implementation began months ago and continues today – we have an aggressive timeline which incorporates substantive SAP offerings



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00092049

## Strategy

### Convert and Contain

**Goal:** Our goal is to convert the majority of the PeopleSoft and J.D. Edwards customer base to SAP and contain Oracle's potential growth in the next generation application market.

**Strategy:** By offering full maintenance and support of PeopleSoft and J.D. Edwards systems, migration tools along with favorable upgrade licensing terms to SAP NetWeaver and mySAP ERP, SAP will siphon off the cash flow that Oracle needs to build or acquire it's next generation applications. SAP will establish or re-invigorate relationships with potentially thousands of new and existing customers.

**Key Tactics:**

- Announce a dramatic, market changing PeopleSoft and J.D. Edwards support and upgrade offering in January, just as Oracle announces their new strategy.
- Reach out to the joint SAP-PSFT-JDE accounts within the "Global 1,000" (est. 450) over the next 30 days (February) and aggressively convert their maintenance contracts to SAP and facilitate immediate adoption of NetWeaver and planned adoption of mySAP ERP at PSFT and JDE installations within those enterprises.
- Announce a joint initiative between SAP and IBM to service, support and upgrade the existing PeopleSoft and JDE installations by perhaps combining the IBM BCS PeopleSoft/JDE practice with the SAP practice and enable hundreds of IBM channel partners around the world to engage PeopleSoft and JDE accounts on behalf of the joint SAP and IBM initiative.
- Roll out targeted direct marketing and sales programs to a variety of PSFT and JDE market segments including strategic installed bases of mid market manufacturing, project/service industries, local/state governments and HCM.
- Wrap up the first half 2005 Safe Passage campaign at the SAPPHIRES with high profile closing events and special tracks to further education and nurture PeopleSoft and J.D. Edwards customers.



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00092050