Oracle Corporation et al v. SAP AG et al                                                                                        Doc. 487 Att. 28

# EXHIBIT 27



EXHIBIT 439
WIT: Kagermann
DATE: 9/26/08
FRANK BAS, RPR

## Oracle acquisition of Siebel : Impact on CRM & Business Suite revenues

**Key Message:**
- Historically, SAP's unique end-to-end process story and vendor viability enabled CRM wins while masking drawbacks in core CRM product.
- SAP competitive edge diminished by 40% post SEBL acquisition
- Core CRM deals drive x1.1 other SAP revenue[2] ; ~ €1.52B of SAP S/W revenue at risk over 3 years.

| Primary Reason for Win Against Competitors[1] | Pre Acquisition % of deals | % of deals | Post Acquisition Impact |
|---|---|---|---|
| Sales ability to execute | 35% | 35% | ▪ Assume no major changes. Need renewed CRM enablement efforts |
| End to end process story | 30% | 10% | ▪ SEBL can claim end-to-end process thru integration to ORCL; until they deliver we can win some times on FUD but only for 18 months |
| Vendor viability | 20% | 0% | ▪ SEBL vendor viability no longer in question |
| CRM product Capability | 15% | 15% | ▪ Becomes new battleground focus |
| | 100% | 60% | Ability to win diminished by 40% |

### Field Evidence

Sample deals won with end-to-end process story and vendor viability – would not be won today :

€1.6M CRM  € 6.4M Total
€4.7M CRM  €16.0M Total     REDACTED
€4.7M CRM  € 8.9M Total
€ 11M CRM  €31.3M Total

| | 2006 | 2007 | 2008 |
|---|---|---|---|
| Total Opportunity (b. Euro) (CRM + x1.1 *50% Business Suite) | 1.0 | 1.2 | 1.6 |
| Revenue under threat through reduction in competitive ability (calculated at 40%) | 0.40 | 0.48 | 0.64 |

At Risk (Billion Euro) :  1.52

1 - Based on Field Sales survey for competitive U S CRM Deals Q1 2004 – Q3 2005
2 - Impacted Business Suite estimated based on U.S COPA Q304 thru Q205 data where CRM was core portion of overall deal. Calculated at 50%

© SAP AG 2005, CRM Review, October 24, 2005, B. Smitz, D. Dencker Rasmussen   Page 7     THE BEST-RUN BUSINESSES RUN SAP 

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                    SAP-OR00164527