Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 29

# EXHIBIT 28

Case4:07-cv-01658-PJH   Document487-30   Filed09/23/09   Page2 of 4

Message

| | |
|---|---|
| From: | Jacobs, Marcia [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000113457] |
| Sent: | 11/8/2005 11:52:48 AM |
| To: | Hurst, Terry [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000114187]; Dunn, Pamela [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=l809144] |
| Subject: | FW: USE THIS ONE: Solution Summit Content |
| Attachments: | SolutionSummit05_CMI_Apollo_Final_Update.zip |

**From:** Mann, Steven
**Sent:** Monday, October 24, 2005 6:49 PM
**To:** Bhattacharjee, Devyani; De Heinrich, Antonia; Ickert, Frank; Jain, Vikas; Kantimm, Heino; Neugebauer, Claus; Peterson, Karen; Ritz, Bernhard; Roth, Hans-Jochen; Blevins, Shawn; Jacobs, Marcia; Mann, Steven; Nolan, Jeffrey; Prosceno, Michael
**Subject:** FW: USE THIS ONE: Solution Summit Content

Here's the deck being given at the Solution Summit tomorrow. Bill Wohl is doing this pitch for me.

S.


497
DEPOSITION EXHIBIT
Oct 2, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00042102



# Oracle's Impact on the SAP Market and the Apollo Response

**Steve Mann**
Vice President, CMI and Apollo
Marketing & Customer Operations, SAP AG

SAP CONFIDENTIAL   THE BEST-RUN BUSINESSES RUN SAP 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            SAP-OR00042103



We lose our position as the number one player in the CRM Market

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00042116