Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 30

# EXHIBIT 29

Dockets.Justia.com

# Project Spice
*PeopleSoft Operating Model*
($MM, unless otherwise noted)

Operating Case (1 = 10/31/04 Case, 2 = Realistic)   1.0

## LICENSE REVENUE BUILDUP

| | Sep-03A | Dec-03A | Mar-04A | Jun-04A | Sep-04A | Dec-04E | Txn Adj. Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | FY04A | FY05E PF | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACTIVE CUSTOMERS** | | | | | | | | | | | | | | | | | | |
| # of Active Customers, BOP - PeopleSoft | 4,365 | | | | | | | | | | | | | | | | | |
| Installed Customer Base, BOP | 4,365 | 9,232 | 9,332 | 9,452 | 9,612 | 9,750 | | 9,920 | 9,833 | 9,747 | 9,662 | 9,577 | 9,494 | | 9,612 | 9,747 | 9,410 | 9,081 |
| New PeopleSoft Customers | 177 | 100 | 120 | 160 | 138 | 170 | | 0 | 0 | 0 | 0 | 0 | 0 | 557 | 308 | 0 | 0 | 0 |
| JD Edwards Customers | 4,690 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 4,690 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | | |
| Attrition % of Customer Base | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.88% | 0.88% | 0.88% | 0.88% | 0.88% | 0.88% | 0.0% | 1.8% | 3.5% | 3.5% | 3.5% |
| Customer Attrition | | 0 | 0 | 0 | 0 | 0 | | (87) | (86) | (85) | (85) | (84) | (83) | | (173) | (337) | (329) | (318) |
| Installed Customer Base, EOP | 9,232 | 9,332 | 9,452 | 9,612 | 9,750 | 9,920 | | 9,833 | 9,747 | 9,662 | 9,577 | 9,494 | 9,410 | 9,612 | 9,747 | 9,410 | 9,081 | 8,763 |
| Installed Customer Base, Average | 9,144 | 9,282 | 9,392 | 9,532 | 9,681 | 9,835 | | 9,877 | 9,790 | 9,705 | 9,620 | 9,535 | 9,452 | 6,989 | 9,680 | 9,579 | 9,246 | 8,922 |
| | | | | | | | | | | | | | | | | | | |
| Existing Customer Purchases | 392 | 577 | 445 | 432 | 576 | 612 | | 200 | 210 | 255 | 290 | 295 | 400 | | 1,598 | 1,240 | 1,275 | 1,300 |
| % of BOP Customer Base | 4.33% | 6.25% | 4.77% | 4.57% | 5.99% | 6.28% | | 2.02% | 2.14% | 2.62% | 3.00% | 3.08% | 4.21% | | 16.6% | 12.7% | 13.5% | 14.3% |
| | | | | | | | | | | | | | | | | | | |
| Cum. Existing Customer Purchases, BOP | | | | | | | | 0 | 200 | 410 | 665 | 955 | 1,250 | | 0 | 410 | 1,650 | 2,925 |
| Cum. Existing Customer Purchases, EOP | | | | | | | | 200 | 410 | 665 | 955 | 1,250 | 1,650 | | 1,598 | 1,650 | 2,925 | 4,225 |
| Cum. Existing Customer Purchases, Average | | | | | | | | 100 | 305 | 538 | 810 | 1,103 | 1,450 | | 799 | 1,030 | 2,288 | 3,575 |
| | | | | | | | | | | | | | | | | | | |
| Number of New Customer Opportunities | | | | | | | | 60 | 65 | 70 | 100 | 125 | 160 | | | | | |
| % Captured by Oracle | | | | | | | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | | | | | |
| Incremental New Customers | | | | | | | | 60 | 65 | 70 | 100 | 125 | 160 | | 125 | 455 | 500 | 525 |
| % Growth (Y/Y) | | | | | | | | | | | | | | | | 9.9% | 5.0% |
| | | | | | | | | | | | | | | | | | | |
| Cum. Incremental New Customers, BOP | | | | | | | | 0 | 60 | 125 | 195 | 295 | 420 | | 0 | 125 | 580 | 1,080 |
| Cum. Incremental New Customers, EOP | | | | | | | | 60 | 125 | 195 | 295 | 420 | 580 | | 125 | 580 | 1,080 | 1,605 |
| Cum. Incremental New Customers, Average | | | | | | | | 30 | 93 | 160 | 245 | 358 | 500 | | 63 | 353 | 830 | 1,343 |
| | | | | | | | | | | | | | | | | | | |
| **INCREMENTAL NEW CUSTOMER LICENSE TRANSACTIONS** | | | | | | | | | | | | | | | | | | |
| Incremental New Customers | 177 | 100 | 120 | 160 | 138 | 170 | | 60 | 65 | 70 | 100 | 125 | 160 | 557 | 433 | 455 | 500 | 525 |
| ASP- Incremental New Customers ($000s) | $TAA. | $YYY. | $TAT. | $TTT. | $TYA. | $YIV.A | | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $404.0 | $371.4 | $300.0 | $300.0 | $300.0 |
| License Revenue | $76.1 | $47.7 | $45.8 | $55.4 | $52.3 | $71.0 | | $18.0 | $19.5 | $21.0 | $30.0 | $37.5 | $48.0 | $225.0 | $160.8 | $136.5 | $150.0 | $157.5 |
| Gross Margin | 92.3% | 92.2% | 91.1% | 89.9% | 92.8% | 92.0% | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 91.5% | 91.8% | 90.0% | 90.0% | 90.0% |
| Gross Profit | $70.3 | $44.0 | $41.8 | $49.8 | $48.5 | $65.3 | | $16.2 | $17.6 | $18.9 | $27.0 | $33.8 | $43.2 | $205.8 | $147.6 | $122.9 | $135.0 | $141.8 |
| | | | | | | | | | | | | | | | | | | |
| **EXISTING CUSTOMER LICENSE TRANSACTIONS** | | | | | | | | | | | | | | | | | | |
| Existing Customer Purchases | 392 | 577 | 445 | 432 | 576 | 612 | | 200 | 210 | 255 | 290 | 295 | 400 | | 1,598 | 1,240 | 1,275 | 1,300 |
| ASP- Existing Customers ($000s) | $215 | $239 | $191 | $173 | $190 | $170 | | $130 | $130 | $130 | $130 | $130 | $130 | | $167 | $130 | $130 | $130 |
| License Revenue | $84.3 | $137.7 | $85.0 | $74.7 | $109.1 | $104.0 | | $26.0 | $27.3 | $33.2 | $37.7 | $38.4 | $52.0 | | $266.4 | $161.2 | $165.8 | $169.0 |
| Gross Margin | 92.3% | 92.2% | 91.1% | 89.9% | 92.8% | 92.0% | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | | 91.9% | 90.0% | 90.0% | 90.0% |
| Gross Profit | $77.9 | $126.9 | $77.5 | $67.2 | $101.2 | $95.7 | | $23.4 | $24.6 | $29.8 | $33.9 | $34.5 | $46.8 | | $244.9 | $145.1 | $149.2 | $152.1 |
| | | | | | | | | | | | | | | | | | | |
| **Total License Revenue** | | | | | | | | | | | | | | | | | | |
| Total License Revenue | $160.5 | $185.4 | $130.9 | $130.0 | $161.4 | $175.0 | | $44.0 | $46.8 | $54.2 | $67.7 | $75.9 | $100.0 | $606.7 | $427.3 | $297.7 | $315.8 | $326.5 |
| Total Cost of License Revenue | 12.3 | 14.5 | 11.6 | 13.1 | 11.7 | 14.0 | | 4.4 | 4.7 | 5.4 | 6.8 | 7.6 | 10.0 | 51.4 | 34.8 | 29.8 | 31.6 | 32.7 |
| License Revenue Gross Profit | $148.1 | $170.9 | $119.3 | $116.9 | $149.7 | $161.0 | | $39.6 | $42.1 | $48.7 | $60.9 | $68.3 | $90.0 | $555.3 | $392.5 | $267.9 | $284.2 | $293.9 |
| License Revenue Gross Margin | 92.3% | 92.2% | 91.1% | 89.9% | 92.8% | 92.0% | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 91.5% | 91.9% | 90.0% | 90.0% | 90.0% |

Note: ASP for new customers for the Sep-04A quarter excludes the Mexican Tax Administration service deal, including that transaction increases the ASP to $760,000.

# Project Spice
## PeopleSoft Operating Model

### MAINTENANCE REVENUE BUILDUP

| | Sep-03A | Dec-03A | Mar-04A | Jun-04A | Sep-04A | Dec-04E | Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | | FY04A | FY05E PF | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MAINTENANCE REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Installed Customer Base, Average | 9,144 | 9,282 | 9,392 | 9,532 | 9,681 | 9,835 | | | 9,877 | 9,790 | 9,705 | 9,620 | 9,535 | 9,452 | | | 9,680 | 9,579 | 9,246 | 8,922 |
| Average Annual Maintenance Fee ($000s) | $103 | $114 | $126 | $127 | $132 | $133 | | | $133 | $133 | $133 | $133 | $133 | $133 | | | $134 | $133 | $132 | $131 |
| Maintenance Revenue (from Existing Customers) | 234.6 | 264.3 | 296.9 | 302.2 | 320.2 | 326.4 | | | 328.4 | 325.5 | 322.7 | 319.9 | 317.1 | 314.3 | | | $1,300.5 | $1,273.9 | $1,220.4 | $1,168.8 |
| Maintenance Gross Margin % | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | | | 75.5% | 77.0% | 80.0% | 80.0% | 80.0% | 80.0% | | | 75.6% | 80.0% | 80.0% | 80.0% |
| Maintenance Gross Margin $ | $175.9 | $198.2 | $222.6 | $226.7 | $240.2 | $244.8 | | | $247.9 | $250.7 | $258.1 | $255.9 | $253.6 | $251.4 | | | $983.6 | $1,019.1 | $976.4 | $935.0 |
| Maintenance Revenue, without writedown | $285.5 | $314.2 | $321.2 | $317.1 | $323.0 | $327.6 | | | | | | | | | | | | | | |
| Average Annual Maintenance Fee ($000s) | $125 | $135 | $137 | $133 | $133 | $133 | | | | | | | | | | | | | | |
| Cumulative Existing Customer Purchases, Average | | | | | | | | | 100 | 305 | 538 | 810 | 1,103 | 1,450 | | | 799 | 1,030 | 2,288 | 3,575 |
| Maintenance Fee as % of License ASP | | | | | | | | | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | | | 22.0% | 22.0% | 22.0% | 22.0% |
| Avg. Annual Maintenance Fee For Incremental Transactions ($000s) | | | | | | | | | $29 | $29 | $29 | $29 | $29 | $29 | | | $37 | $29 | $29 | $29 |
| Maintenance Revenue | | | | | | | | | $0.7 | $2.2 | $3.8 | $5.8 | $7.9 | $10.4 | | | $2.9 | $27.9 | $63.8 | $100.7 |
| Maintenance Gross Margin % | | | | | | | | | 75.5% | 77.0% | 80.0% | 80.0% | 80.0% | 80.0% | | | 76.6% | 80.0% | 80.0% | 80.0% |
| Maintenance Gross Margin $ | | | | | | | | | $0.5 | $1.7 | $3.1 | $4.6 | $6.3 | $8.3 | | | $2.2 | $22.3 | $51.1 | $80.5 |
| Cumulative New Customers, Average | | | | | | | | | 30 | 93 | 160 | 245 | 358 | 500 | | | 63 | 353 | 830 | 1,343 |
| Maintenance Fee as % of License ASP | | | | | | | | | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | | | 22.0% | 22.0% | 22.0% | 22.0% |
| Average Annual Maintenance Fee ($000s) | | | | | | | | | $66 | $66 | $66 | $66 | $66 | $66 | | | $82 | $66 | $66 | $66 |
| Maintenance Revenue | | | | | | | | | $0.5 | $1.5 | $2.6 | $4.0 | $5.9 | $8.3 | | | $2.0 | $20.8 | $52.3 | $86.2 |
| Maintenance Gross Margin % | | | | | | | | | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | | | 80.0% | 80.0% | 80.0% | 80.0% |
| Maintenance Gross Margin $ | | | | | | | | | $0.4 | $1.2 | $2.1 | $3.2 | $4.7 | $6.6 | | | $1.6 | $16.7 | $41.9 | $68.9 |
| Total Maint. Rev. (pre-Def. Rev. writedown) | $285.5 | $314.2 | $321.2 | $317.1 | $323.0 | $327.6 | | | $329.6 | $329.2 | $329.2 | $329.7 | $330.8 | $332.9 | | $1,238.0 | $1,309.5 | $1,322.6 | $1,336.6 | $1,355.6 |
| Total Cost of Maintenance | 71.4 | 78.6 | 80.3 | 79.3 | 80.8 | 81.9 | | | 80.7 | 75.7 | 65.8 | 65.9 | 66.2 | 66.6 | | 309.5 | 319.1 | 264.5 | 267.2 | 271.1 |
| Maintenance Gross Margin % | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | | | 75.5% | 77.0% | 80.0% | 80.0% | 80.0% | 80.0% | | 75.0% | 75.6% | 80.0% | 80.0% | 80.0% |
| Maintenance Gross Margin $ | $214.1 | $235.7 | $240.9 | $237.9 | $242.3 | $245.7 | | | $248.9 | $253.6 | $263.3 | $263.7 | $264.7 | $266.3 | | $928.5 | $990.4 | $1,058.1 | $1,069.3 | $1,084.5 |
| # of Maintenance Employees | 800 | 800 | 800 | 800 | 800 | 800 | | | 790 | 740 | 640 | 630 | 620 | 610 | | 800 | 783 | 625 | 590 | 575 |
| Annualized Cost / Support Employee ($000s) | $356.8 | $392.8 | $401.5 | $396.4 | $403.8 | $409.5 | (10) | | $408.8 | $409.1 | $411.4 | $418.6 | $426.9 | $436.6 | | $386.9 | $407.8 | $423.2 | $453.1 | $471.5 |
| (Installed Customer Base Only) | | | | | | | | | | | | | | | | | | | | |
| Total Writeoff | | | | | | | | | $134 | $134 | $94 | $40 | $14 | $14 | | | $268 | $162 | $57 | $0 |
| Recognized Maintenance Revenue (Excluding Writeoff) | | | | | | | | | 330 | 329 | 329 | 330 | 331 | 333 | | | 1,309 | 1,323 | 1,337 | 1,356 |
| Recognized Maintenance Revenue | | | | | | | | | 196 | 195 | 235 | 289 | 317 | 319 | | 1,238 | 1,042 | 1,160 | 1,280 | 1,356 |

### MAINTENANCE DEFERRED REVENUE CALCULATION

**Deferred Revenue Writeoff Schedule**

| | | | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | | FY05E PF | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amount to Haircut - Total | | | ($488) | (134) | (134) | (94) | (40) | (14) | (14) | | (268) | (162) | (57) | 0 |
| Short Term | | | (402) | (134) | (134) | (94) | (40) | (14) | (14) | | (268) | (134) | (57) | 0 |
| Long Term | | | (86) | 0 | 0 | 0 | 0 | 0 | 0 | long-term distribution | 0 | (29) | 0 | 0 |
| | | | short-term distribution | 33.3% | 33.3% | 23.3% | 10.0% | 16.7% | 16.7% | | 0% | 0% | 67% | 0% |

**Current Deferred Revenue Recognition**

| | | | Long-Term Turning to Short-Term | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Short-Term | | | $134 | $45 | $45 | $31 | $13 | $0 | $0 | | $89 | $45 | $0 | $0 |
| Long-Term | | | 29 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 19 | 0 |

**New Contract Deferred Revenue Recognition**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar-05E runoff | | | 330 | | 82 | 82 | 82 | 82 | 82 | | 82 | 247 | 247 | 82 |
| Jun-05E runoff | | | 329 | | | 82 | 82 | 82 | 82 | | 0 | 329 | 329 | 165 |
| Sep-05E runoff | | | 329 | | | | 82 | 82 | 82 | | 0 | 247 | 247 | 247 |
| Dec-05E runoff | | | 330 | | | | | 82 | 82 | | 0 | 165 | 165 | 248 |
| Mar-06E runoff | | | 331 | | | | | | 83 | | | 83 | 248 | 333 |
| Jun-06E runoff | | | 333 | | | | | | | | | | 333 | 333 |
| FY07E runoff | | | 1,337 | | | | | | | | | | 500 | 837 |
| FY08E runoff | | | 1,356 | | | | | | | | | | | 507 |
| **TOTALS** | | | | $45 | $127 | $196 | $260 | $334 | $334 | | $172 | $1,125 | $1,347 | $1,344 |
| Renewals | | | | $330 | $329 | $329 | $330 | $331 | $333 | | $1,309 | $1,323 | $1,337 | $1,356 |
| % Runoff in Period | | | | | | | | | | | | 37.4% | 37.4% | 37.4% |

**Deferred Account:**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning | | | | $163 | $447 | $650 | $783 | $852 | $849 | | $163 | $650 | $847 | $837 |
| Runoff | | | | (45) | (127) | (196) | (260) | (334) | (334) | | (172) | (1,125) | (1,347) | (1,344) |
| Renewals | | | | 330 | 329 | 329 | 330 | 331 | 333 | | 659 | 1,323 | 1,337 | 1,356 |
| Ending Balance (Long + Short Term) | | | | $447 | $650 | $783 | $852 | $849 | $847 | | $650 | $847 | $837 | $849 |

Note: Average salaries and other costs per employee have been estimated by corporate development.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00313255

# Project Spice
*PeopleSoft Operating Model*

## PROFESSIONAL SERVICES REVENUE BUILDUP

| | Sep-03A | Dec-03A | Mar-04A | Jun-04A | Sep-04A | Dec-04E | PeopleSoft Quarterly Data Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | FY04A | FY05E PF | PeopleSoft Fiscal Year Ending May 31, FY05E | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROFESSIONAL SERVICES REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Ratio of Services to Average License Revenue | 1.43x | 1.36x | 1.36x | 1.65x | 1.49x | 1.24x | | 1.24x | 52.0% | 48.0% | 27.0% | 26.0% | 24.0% | 23.0% | 1.48x | 1.50x | | 1.60x | 1.75x | 1.70x |
| Professional Services Revenue (before writedown) | $229.1 | $235.6 | $215.4 | $215.0 | $217.2 | $208.6 | | $208.6 | $181.8 | $167.9 | $156.6 | $150.8 | $139.2 | $133.4 | $895.0 | $775.5 | | $579.9 | $536.8 | $545.9 |
| Less: Writedown | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | distribution | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 |
| Professional Services Revenue | $229.1 | $235.6 | $215.4 | $215.0 | $217.2 | $208.6 | | $208.6 | $181.8 | $167.9 | $156.6 | $150.8 | $139.2 | $133.4 | $895.0 | $775.5 | | $579.9 | $536.8 | $545.9 |
| | | | | | | | writedown distribution | | 50% | 50% | 0% | 0% | | | | | | | | |
| Cost of Prof Services | 158.8 | 162.6 | 142.7 | 147.2 | 167.3 | 142.8 | | 142.8 | 154.6 | 139.3 | 125.3 | 120.6 | 111.3 | 106.7 | 611.3 | 604.0 | | 463.9 | 429.4 | 436.7 |
| Professional Services Gross Income | $70.2 | $73.0 | $72.7 | $67.8 | $49.9 | $65.8 | | $65.8 | $27.3 | $28.5 | $31.3 | $30.2 | $27.8 | $26.7 | $283.8 | $171.5 | | $116.0 | $107.4 | $109.2 |
| Prof Services Gross Margin (before writedown) | 30.7% | 31.0% | 33.8% | 31.6% | 23.0% | 31.5% | | 31.5% | 15.0% | 17.0% | 20.0% | 20.0% | 20.0% | 20.0% | 31.7% | 22.1% | | 20.0% | 20.0% | 20.0% |
| Number of Professional Services Employees | 4,097 | 3,829 | 3,679 | 3,495 | 3,345 | 3,357 | | 3,357 | 3,357 | 3,300 | 3,000 | 2,900 | 2,680 | 2,570 | 3,775 | 3,340 | | 2,788 | 2,570 | 2,600 |
| Annualized Cost / Employee ($000s) | $155.1 | $169.9 | $155.1 | $166.4 | $200.1 | $170.2 | | | $184.2 | $168.9 | $167.0 | $166.4 | $166.2 | $166.1 | $161.9 | $180.9 | | $166.4 | $167.1 | $168.0 |
| (before writedown) | | | | | | | | 0 | | | | | | | | | | | | |

Note: Average salaries and other costs per employee have been estimated by corporate development.

## OPERATING EXPENSE BUILDUP

| | Sep-03A | Dec-03A | Mar-04A | Jun-04A | Sep-04A | Dec-04E | PeopleSoft Quarterly Data Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | FY04A | FY05E PF | PeopleSoft Fiscal Year Ending May 31, FY05E | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R&D Costs | $127.7 | $136.9 | $127.4 | $137.9 | $137.6 | $135.1 | | $135.1 | $108.0 | $96.0 | $92.0 | $91.4 | $90.9 | $90.3 | $530.0 | $476.7 | | $364.6 | $354.2 | $349.6 |
| R&D Margin | 18.9% | 18.6% | 19.1% | 20.8% | 19.6% | 19.0% | | 19.0% | 19.4% | 17.7% | 17.0% | 16.7% | 16.6% | 15.9% | 18.4% | 19.0% | | 16.6% | 16.2% | 15.7% |
| R&D Employees | 3,693 | 3,668 | 3,626 | 3,553 | 3,526 | 3,525 | | 3,525 | 2,700 | 2,400 | 2,300 | 2,300 | 2,300 | 2,300 | 3,635 | 3,038 | | 2,300 | 2,300 | 2,300 |
| Annualized Cost / Employee ($000s) | $138.3 | $149.3 | $140.5 | $155.3 | $156.1 | $153.3 | | | $160.0 | $160.0 | $160.0 | $159.0 | $158.0 | $157.0 | $145.8 | $156.9 | | $158.5 | $154.0 | $152.0 |
| S&M Costs | $168.6 | $189.8 | $169.2 | $176.6 | $186.8 | $184.6 | | $184.6 | $77.9 | $43.4 | $37.7 | $38.4 | $38.2 | $42.5 | $704.2 | $492.7 | | $156.8 | $156.6 | $163.8 |
| % of License (Commission) | - | - | - | - | - | - | (825) | - | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | - | - | | 18.0% | 18.0% | 18.0% |
| S&M Employees | 2,341 | 2,240 | 2,088 | 2,083 | 2,047 | 2,035 | | 2,035 | 800 | 400 | 320 | 300 | 280 | 280 | 2,188 | 1,321 | | 295 | 285 | 300 |
| Annualized Cost / Employee ($000s) | $288.0 | $339.0 | $324.1 | $339.1 | $365.0 | $362.9 | (1,235) | | $350.0 | $350.0 | $350.0 | $350.0 | $350.0 | $350.0 | $321.8 | $360.7 | | $350.0 | $350.0 | $350.0 |
| **G&A Costs** | | | | | | | | | | | | | | | | | | | | |
| Business Expenses | $61.9 | $57.6 | $59.1 | $63.2 | $49.0 | $46.5 | | $46.5 | $33.8 | $18.8 | $7.5 | $2.8 | $1.9 | $0.9 | $241.7 | $148.0 | | $13.1 | $0.0 | $0.0 |
| Litigation Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | $0.0 | $0.0 | $0.0 |
| Total G&A Costs | $61.9 | $57.6 | $59.1 | $63.2 | $49.0 | $46.5 | | $46.5 | $33.8 | $18.8 | $7.5 | $2.8 | $1.9 | $0.9 | $241.7 | $148.0 | | $13.1 | $0.0 | $0.0 |
| G&A Margin | 9.2% | 7.8% | 8.8% | 9.5% | 7.0% | 6.5% | | 6.5% | 6.1% | 3.4% | 1.4% | 0.5% | 0.3% | 0.2% | 8.4% | 5.9% | | 0.6% | 0.0% | 0.0% |
| G&A Employees | 1,587 | 1,402 | 1,339 | 1,282 | 1,256 | 1,253 | (353) | | 900 | 500 | 200 | 75 | 50 | 25 | 1,403 | 977 | | 88 | 0 | 0 |
| Annualized Cost / Employee ($000s) | $156.0 | $164.3 | $176.5 | $197.1 | $156.2 | $148.4 | | | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $172.3 | $151.5 | | $150.0 | $150.0 | $150.0 |
| Total G&A Costs | | | | | | | | | $33.8 | $18.8 | $7.5 | $2.8 | $1.9 | $0.9 | $241.7 | $148.0 | | $13.1 | $0.0 | $0.0 |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00313255

# Project Spice
*PeopleSoft Operating Model*

## INCOME STATEMENT

| | \multicolumn{8}{c|}{PeopleSoft Quarterly Data} | | | \multicolumn{8}{c|}{PeopleSoft Fiscal Year Ending May 31,} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sep-03A | Dec-03A | Mar-04A | Jun-04A | Sep-04A | Dec-04E | Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | FY04A | FY05E PF | FY06E | FY07E | FY08E |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Licenses | $160.5 | $185.4 | $130.9 | $130.0 | $161.4 | $175.0 | | | $44.0 | $46.8 | $54.2 | $67.7 | $75.7 | $100.0 | $606.7 | $427.2 | $297.7 | $315.8 | $326.5 |
| Maintenance | 234.6 | 264.3 | 296.9 | 302.2 | 320.2 | 326.4 | | | 195.6 | 195.3 | 235.4 | 289.5 | 316.6 | 318.6 | 1,238.0 | 1,037.5 | 1,160.1 | 1,279.6 | 1,355.6 |
| Professional Services | 229.1 | 235.6 | 215.4 | 215.0 | 217.2 | 208.6 | | | 181.8 | 167.9 | 156.6 | 150.8 | 139.2 | 133.4 | 895.0 | 775.5 | 579.9 | 536.8 | 545.9 |
| Total Revenue (Including Writedowns) | $624.1 | $685.2 | $643.1 | $647.3 | $698.8 | $710.0 | | | $421.5 | $409.9 | $446.1 | $508.0 | $531.6 | $552.0 | $2,739.8 | $2,240.2 | $2,037.7 | $2,132.1 | $2,228.1 |
| Total Writedowns | 50.9 | 50.0 | 24.4 | 14.9 | 2.8 | 1.2 | | | 134.0 | 134.0 | 93.8 | 40.2 | 14.3 | 14.3 | 140.2 | 272.0 | 162.5 | 57.0 | 0.0 |
| Total Revenue Before Writedowns | $675.0 | $735.2 | $667.5 | $662.2 | $701.7 | $711.2 | | | $555.5 | $543.9 | $539.9 | $548.2 | $545.9 | $566.3 | $2,879.9 | $2,512.2 | $2,200.2 | $2,189.2 | $2,228.1 |
| **Cost of Revenue** | | | | | | | | | | | | | | | | | | | |
| Cost of Licenses | 12.3 | 14.5 | 11.6 | 13.1 | 11.7 | 14.0 | | | 4.4 | 4.7 | 5.4 | 6.8 | 7.6 | 10.0 | 51.4 | 18.9 | 29.8 | 31.6 | 32.7 |
| Cost of Maintenance | 71.4 | 78.6 | 80.3 | 79.3 | 80.8 | 81.9 | | | 80.7 | 75.7 | 65.8 | 65.9 | 66.2 | 66.6 | 309.5 | 326.1 | 264.5 | 267.3 | 271.1 |
| Cost of Prof Svcs | 158.8 | 162.6 | 142.7 | 147.2 | 167.3 | 142.8 | | | 154.6 | 139.3 | 125.3 | 120.6 | 111.3 | 106.7 | 611.3 | 612.8 | 463.9 | 429.4 | 436.7 |
| Total Cost of Revenue | $242.5 | $255.6 | $234.6 | $239.5 | $259.8 | $238.7 | | | $239.7 | $219.7 | $196.5 | $193.3 | $185.1 | $183.3 | $972.2 | $957.9 | $758.2 | $728.3 | $740.5 |
| Cost of Services (Maintenance & Professional) | 230.2 | 241.2 | 223.0 | 226.4 | 248.1 | 224.7 | | | | | | | | | | | | | |
| | 65.9% | 67.2% | 66.6% | 65.8% | 64.6% | 68.4% | | | | | | | | | | | | | |
| **Gross Profit** | | | | | | | | | | | | | | | | | | | |
| Licenses | 148.1 | 170.9 | 119.3 | 116.9 | 149.7 | 161.0 | | | 39.6 | 42.1 | 48.7 | 60.9 | 68.3 | 90.0 | 555.3 | 408.3 | 267.9 | 284.2 | 293.9 |
| Maintenance | 163.2 | 185.7 | 216.5 | 223.0 | 239.5 | 244.5 | | | 114.9 | 119.6 | 169.5 | 223.6 | 250.4 | 252.1 | 928.5 | 711.4 | 895.6 | 1,012.3 | 1,084.5 |
| Professional Services | 70.2 | 73.0 | 72.7 | 67.8 | 49.9 | 65.8 | | | 27.3 | 28.5 | 31.3 | 30.2 | 27.8 | 26.7 | 283.8 | 162.7 | 116.0 | 107.4 | 109.2 |
| Total Gross Profit | $381.6 | $429.6 | $408.6 | $407.8 | $439.0 | $471.3 | | | $181.8 | $190.2 | $249.6 | $314.6 | $346.5 | $368.7 | $1,767.6 | $1,282.3 | $1,279.5 | $1,403.8 | $1,487.6 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | |
| R&D | 127.7 | 136.9 | 127.4 | 137.9 | 137.6 | 135.1 | | | 108.0 | 96.0 | 92.0 | 91.4 | 90.9 | 90.3 | 530.0 | 476.7 | 364.6 | 354.2 | 349.6 |
| S&M | 168.6 | 189.8 | 169.2 | 176.6 | 186.8 | 184.6 | | | 77.9 | 43.4 | 37.7 | 38.4 | 38.2 | 42.5 | 704.2 | 492.7 | 156.8 | 156.6 | 163.8 |
| G&A | 61.9 | 57.6 | 59.1 | 63.2 | 49.0 | 46.5 | | | 33.8 | 18.8 | 7.5 | 2.8 | 1.9 | 0.9 | 241.7 | 148.0 | 13.1 | 0.0 | 0.0 |
| Total Operating Expenses | $358.1 | $384.4 | $355.6 | $377.7 | $373.5 | $366.2 | | | $219.7 | $158.2 | $137.2 | $132.7 | $130.9 | $133.7 | $1,475.8 | $1,117.5 | $534.5 | $510.8 | $513.4 |
| EBIT (before writedowns) | | | | | | | | | $96.1 | $166.0 | $206.1 | $222.2 | $229.9 | $249.3 | $431.9 | $436.8 | $907.5 | $950.1 | $974.2 |
| EBIT | 23.4 | 45.2 | 52.9 | 30.1 | 65.6 | 105.1 | | | (37.9) | 32.1 | 112.3 | 182.0 | 215.6 | 235.0 | 291.8 | 164.8 | 745.0 | 893.0 | 974.2 |
| Interest (Income) / Expense | (7.6) | (3.0) | (5.1) | (2.7) | (4.4) | (10.1) | | | (9.6) | (9.6) | (10.7) | (11.7) | (12.9) | (13.9) | (18.4) | (33.7) | (49.2) | (59.8) | (76.4) |
| Pre-Tax Income | $31.0 | $48.2 | $58.0 | $32.8 | $70.0 | $115.2 | | | ($28.3) | $41.7 | $123.0 | $193.7 | $228.5 | $248.9 | $310.1 | $198.6 | $794.1 | $952.8 | $1,050.6 |
| Income Taxes | 11.0 | 17.1 | 20.6 | 11.6 | 24.8 | 40.9 | | | (10.0) | 14.8 | 43.7 | 68.8 | 81.1 | 88.4 | 46.2 | 70.5 | 281.9 | 338.2 | 373.0 |
| Net Income | $20.0 | $31.1 | $37.4 | $21.1 | $45.1 | $74.3 | | | ($18.2) | $26.9 | $79.3 | $124.9 | $147.4 | $160.5 | $264.0 | $128.1 | $512.2 | $614.6 | $677.6 |
| **Margins** | | | | | | | | | | | | | | | | | | | |
| Gross Profit | | | | | | | | | | | | | | | | | | | |
| Licenses | 92.3% | 92.2% | 91.1% | 89.9% | 92.8% | 92.0% | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 91.5% | 95.6% | 90.0% | 90.0% | 90.0% |
| Maintenance | 69.6% | 70.3% | 72.9% | 73.8% | 74.8% | 74.9% | | | 58.7% | 61.2% | 72.0% | 77.2% | 79.1% | 79.1% | 75.0% | 68.6% | 77.2% | 79.1% | 80.0% |
| Professional Services | 30.7% | 31.0% | 33.8% | 31.6% | 23.0% | 31.5% | | | 15.0% | 17.0% | 20.0% | 20.0% | 20.0% | 20.0% | 31.7% | 21.0% | 20.0% | 20.0% | 20.0% |
| Total Gross Profit | 61.1% | 62.7% | 63.5% | 63.0% | 62.8% | 66.4% | | | 43.1% | 46.4% | 55.9% | 61.9% | 65.2% | 66.8% | 64.5% | 57.2% | 62.8% | 65.8% | 66.8% |
| Operating Expenses | | | | | | | | | | | | | | | | | | | |
| R&D | 20.5% | 20.0% | 19.8% | 21.3% | 19.7% | 19.0% | | | 25.6% | 23.4% | 20.6% | 18.0% | 17.1% | 16.4% | 19.3% | 21.3% | 17.9% | 16.6% | 15.7% |
| S&M | 27.0% | 27.7% | 26.3% | 27.3% | 26.7% | 26.0% | | | 18.5% | 10.6% | 8.5% | 7.6% | 7.2% | 7.7% | 25.7% | 22.0% | 7.7% | 7.3% | 7.4% |
| G&A | 9.9% | 8.4% | 9.2% | 9.8% | 7.0% | 6.5% | | | 8.0% | 4.6% | 1.7% | 0.6% | 0.4% | 0.2% | 8.8% | 6.6% | 0.6% | 0.0% | 0.0% |
| Total Operating Expenses | 57.4% | 56.1% | 55.3% | 58.4% | 53.4% | 51.6% | | | 52.1% | 38.6% | 30.8% | 26.1% | 24.6% | 24.2% | 53.9% | 49.9% | 26.2% | 24.0% | 23.0% |
| EBIT | 3.8% | 6.6% | 8.2% | 4.6% | 9.4% | 14.8% | | | (9.0%) | 7.8% | 25.2% | 35.8% | 40.6% | 42.6% | 10.6% | 7.4% | 36.6% | 41.9% | 43.7% |
| **Revenue Growth (P/P)** | | | | | | | | | | | | | | | | | | | |
| Licenses | - | 15.5% | (29.4%) | (0.7%) | 24.1% | 8.4% | | | (74.9%) | 6.4% | 15.7% | 18.0% | 12.0% | 31.8% | - | (29.6%) | (30.3%) | 6.1% | 3.4% |
| Maintenance | - | 12.6% | 12.3% | 1.8% | 5.9% | 1.9% | | | (40.1%) | (0.2%) | 20.5% | 23.0% | 9.4% | 0.7% | - | (16.2%) | 11.8% | 10.3% | 5.9% |
| Professional Services | - | 2.9% | (8.6%) | (0.2%) | 1.0% | (4.0%) | | | (12.8%) | (7.7%) | (6.7%) | (3.7%) | (7.7%) | (4.2%) | - | (13.4%) | (25.2%) | (7.4%) | 1.7% |
| Total | - | 9.8% | (6.1%) | 0.6% | 8.0% | 1.6% | | | (40.6%) | (2.7%) | 8.8% | 13.9% | 4.7% | 3.8% | - | (18.2%) | (9.0%) | 4.6% | 4.5% |

Note: Source for PeopleSoft projections through December 31, 2004 from Prudential Equity Group (10/21/04)

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00313255

# Project Spice
## PeopleSoft Operating Model

**DEFERRED REVENUE**

| | | Mar-04A | Jun-04A | Sep-04A | Dec-04E | Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | Txn Writedown | FY04A | FY05E PF | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Short Term Deferred Revenue** | | | | | | | | | | | | | | | | | | | |
| License Fees | | $6.4 | $6.6 | $6.6 | $6.6 | ($6.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 100% | $6.6 | $0.0 | $0.0 | $0.0 | $0.0 |
| Maintenance | 82% | 538.2 | 554.7 | 551.5 | 535.9 | (401.9) | 134.0 | 423.7 | 630.6 | 768.5 | 842.6 | 844.0 | 847.2 | 75% | 554.7 | 630.6 | 847.2 | 837.0 | 848.9 |
| Training | | 65.5 | 67.4 | 67.4 | 67.4 | 0.0 | 67.4 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 0% | 67.4 | 20.0 | 10.0 | 10.0 | 10.0 |
| Other Services | | 39.8 | 41.0 | 41.0 | 41.0 | 0.0 | 41.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 0% | 41.0 | 5.0 | 3.0 | 3.0 | 3.0 |
| Total | | $649.9 | $669.7 | $642.4 | $650.9 | ($408.5) | $242.4 | $448.7 | $655.6 | $793.5 | $867.6 | $869.0 | $872.2 | | $669.7 | $655.6 | $860.2 | $850.0 | $861.9 |
| **Long Term Deferred Revenue** | | | | | | | | | | | | | | | | | | | |
| License Fees | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Maintenance | 18% | 115.4 | 118.1 | 120.1 | 114.1 | (85.6) | 28.5 | 23.8 | 19.0 | 14.3 | 9.5 | 4.8 | 0.0 | 75% | 118.1 | 19.0 | 0.0 | 0.0 | 0.0 |
| Training | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Services | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total | | $115.4 | $118.1 | $120.1 | $114.1 | ($85.6) | $28.5 | $23.8 | $19.0 | $14.3 | $9.5 | $4.8 | $0.0 | | $118.1 | $19.0 | $0.0 | $0.0 | $0.0 |
| | 2003 Distribution | | | | | | | | | | | | | | | | | | |
| **Total Deferred Revenue** | 0.8% | | | | | | | | | | | | | | | | | | |
| License Fees | 85.4% | 6.4 | 6.6 | 6.6 | 6.6 | (6.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 |
| Maintenance | 8.6% | 653.6 | 672.8 | 671.6 | 650.0 | (487.5) | 162.5 | 447.4 | 649.6 | 782.8 | 852.1 | 848.8 | 847.2 | | 672.8 | 649.6 | 847.2 | 837.0 | 848.9 |
| Training | 5.2% | 65.5 | 67.4 | 67.4 | 67.4 | 0.0 | 67.4 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | | 67.4 | 20.0 | 10.0 | 10.0 | 10.0 |
| Other Services | | 39.8 | 41.0 | 41.0 | 41.0 | 0.0 | 41.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | | 41.0 | 5.0 | 3.0 | 3.0 | 3.0 |
| Total | | $765.3 | $787.8 | $786.6 | $765.0 | ($494.1) | $270.9 | $472.4 | $674.6 | $807.8 | $877.1 | $873.8 | $872.2 | | $787.8 | $674.6 | $860.2 | $850.0 | $861.9 |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00313255

# Project Spice
*PeopleSoft Operating Model*

**BALANCE SHEET**

| | | | PeopleSoft Quarterly Data | | | | | | | | | PeopleSoft Fiscal Year Ending May 31, | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-04A | Jun-04A | Sep-04A | Dec-04E | Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | FY04E S/A | FY05E PF | FY06E | FY07E | FY08E |
| **ASSETS** | | | | | | | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | | | | | | | |
| Cash & Marketable Securities | $1,537.1 | $1,576.7 | $1,627.7 | $1,603.7 | ($48.6) | $1,555.1 | $1,548.6 | $1,718.8 | $1,894.6 | $2,078.4 | $2,240.1 | $2,410.8 | $1,576.7 | $1,718.8 | $2,410.8 | $3,081.9 | $3,837.7 |
| Trade Receivables, net | 376.8 | 395.8 | 401.9 | 407.4 | (81.5) | 325.9 | 487.0 | 476.8 | 473.3 | 480.6 | 478.6 | 496.5 | 395.8 | 476.8 | 496.5 | 494.0 | 502.8 |
| Deferred Tax Assets | 51.0 | 43.5 | 22.5 | 22.5 | 0.0 | 22.5 | 94.1 | 165.8 | 213.1 | 237.7 | 236.5 | 236.0 | 43.5 | 165.8 | 236.0 | 228.1 | 232.3 |
| Other Current Assets | 87.4 | 78.3 | 64.6 | 65.5 | 0.0 | 65.5 | 111.1 | 108.8 | 108.0 | 109.6 | 109.2 | 113.3 | 78.3 | 108.8 | 113.3 | 112.7 | 114.7 |
| Property, Plant & Equipment, net | 435.1 | 482.4 | 512.4 | 608.3 | (121.2) | 487.1 | 470.8 | 454.3 | 437.7 | 421.0 | 404.2 | 387.4 | 482.4 | 454.3 | 387.4 | 317.4 | 245.7 |
| Deferred Tax Assets | 51.3 | 56.7 | 22.5 | 22.5 | 0.0 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 56.7 | 22.5 | 22.5 | 22.5 | 22.5 |
| Long-Term Other Assets | 8.9 | 10.3 | 8.3 | 8.3 | 0.0 | 8.3 | 8.3 | 8.3 | 8.3 | 8.3 | 8.3 | 8.3 | 10.3 | 8.3 | 8.3 | 8.3 | 8.3 |
| **LIABILITIES** | | | | | | | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | | | | | | | |
| Accounts Payable | $52.8 | $45.0 | $45.3 | $41.7 | $0.0 | $41.7 | $91.9 | $84.3 | $75.4 | $74.2 | $71.0 | $70.3 | $45.0 | $84.3 | $70.3 | $67.5 | $68.7 |
| Income Taxes Payable | 78.3 | 64.7 | 8.0 | 8.0 | 0.0 | 8.0 | 8.0 | 8.0 | 9.4 | 11.1 | 13.1 | 15.3 | 64.7 | 8.0 | 15.3 | 18.1 | 19.3 |
| Other Accrued Liabilities | 146.8 | 150.8 | 157.4 | 159.6 | 0.0 | 159.6 | 222.2 | 217.6 | 216.0 | 219.3 | 218.3 | 226.5 | 150.8 | 217.6 | 226.5 | 225.4 | 229.4 |
| Accrued Compensation & Related Expenses | 154.7 | 186.9 | 215.6 | 218.5 | 0.0 | 218.5 | 177.7 | 174.0 | 172.8 | 175.4 | 174.7 | 181.2 | 186.9 | 174.0 | 181.2 | 180.3 | 183.5 |
| Deferred Revenues | 649.9 | 669.7 | 642.4 | 650.9 | (408.5) | 242.4 | 448.7 | 655.6 | 793.5 | 867.6 | 869.0 | 872.2 | 669.7 | 655.6 | 872.2 | 850.0 | 861.9 |
| Long-Term Deferred Revenues | 115.4 | 118.1 | 120.1 | 114.1 | (85.6) | 28.5 | 23.8 | 19.0 | 14.3 | 9.5 | 4.8 | 0.0 | 118.1 | 19.0 | 0.0 | 0.0 | 0.0 |
| Other Long-Term Liabilities | 38.3 | 39.5 | 40.1 | 40.1 | 0.0 | 40.1 | 40.1 | 40.1 | 40.1 | 40.1 | 40.1 | 40.1 | 39.5 | 40.1 | 40.1 | 40.1 | 40.1 |
| **Balance Sheet Checker** | | | | | | | | | | | | | | | | | |
| Assets | | | $2,660 | $2,738 | ($251) | $2,487 | $2,742 | $2,955 | $3,158 | $3,358 | $3,499 | $3,675 | | $2,955 | $3,675 | $4,265 | $4,964 |
| Liabilities + Cumulative Net Income | | | 1,229 | 1,307 | (494) | 813 | 1,069 | 1,282 | 1,484 | 1,684 | 1,826 | 2,001 | | 1,282 | 2,001 | 2,591 | 3,290 |
| Cumulative Net Income | | | 0 | 74 | 0 | 74 | 56 | 83 | 162 | 287 | 435 | 595 | | 83 | 595 | 1,210 | 1,887 |
| Shareholders' Equity | | | 3,036 | 3,110 | NM | NM | NM | NM | NM | NM | NM | NM | | NM | NM | NM | NM |
| Assets - Liabilities + Cum Net Income | | | 1,431 | 1,431 | 243 | 1,674 | 1,674 | 1,674 | 1,674 | 1,674 | 1,674 | 1,674 | | 1,674 | 1,674 | 1,674 | 1,674 |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00313255

# Project Spice
*PeopleSoft Operating Model*

## CASH FLOW IMPACT

| | Dec-04E | Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | FY05E PF | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | $74.3 | | | ($18.2) | $26.9 | $79.3 | $124.9 | $147.4 | $160.5 | $128.1 | $512.2 | $614.6 | $677.6 |
| Depreciation | 21.3 | | | 20.4 | 20.6 | 20.7 | 20.8 | 20.9 | 21.1 | 62.3 | 83.5 | 86.3 | 88.4 |
| Amortization of Intangible Assets | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Decrease/(Increase) in Working Capital | | | | | | | | | | | | | |
| Trade Receivables, net | ($5.5) | | | ($161.1) | $10.1 | $3.5 | ($7.3) | $2.0 | ($17.9) | ($81.1) | ($19.6) | $2.5 | ($8.8) |
| Deferred Tax Assets - Short Term | 0.0 | | | (71.5) | (71.8) | (47.3) | (24.6) | 1.2 | 0.6 | (122.3) | (70.1) | 7.9 | (4.2) |
| Other Current Assets | (0.9) | | | (45.6) | 2.3 | 0.8 | (1.7) | 0.5 | (4.1) | (30.5) | (4.5) | 0.6 | (2.0) |
| Deferred Tax Assets - Long Term | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (34.2) | 0.0 | 0.0 | 0.0 |
| Long-Term Other Assets | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2.0) | 0.0 | 0.0 | 0.0 |
| Accounts Payable | (3.7) | | | 50.3 | (7.7) | (8.9) | (1.2) | (3.2) | (0.7) | 39.2 | (14.0) | 0.0 | 1.1 |
| Income Taxes Payable | 0.0 | | | 0.0 | 0.0 | 1.4 | 1.7 | 2.0 | 2.3 | (56.7) | 7.3 | (2.8) | 1.3 |
| Other Accrued Liabilities | 2.1 | | | 62.6 | (4.6) | (1.6) | 3.3 | (0.9) | 8.2 | 66.7 | 9.0 | 2.7 | 4.0 |
| Accrued Compensation & Related Expenses | 2.9 | | | (40.8) | (3.7) | (1.3) | 2.6 | (0.7) | 6.5 | (12.9) | 7.2 | (1.1) | 3.2 |
| Deferred Revenues | 2.5 | | | 201.5 | 202.2 | 133.2 | 69.3 | (3.3) | (1.6) | (113.2) | 197.6 | (0.9) | 11.9 |
| Other Long-Term Liabilities | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | (22.2) | 0.0 |
| Total Decrease/(Increase) in Working Capital | (2.4) | | | (4.6) | 126.8 | 79.9 | 42.2 | (2.5) | (6.7) | (346.2) | 112.8 | (13.4) | 6.5 |
| Net Cash Provided by Operating Activities | $93.2 | | | ($2.4) | $174.3 | $179.9 | $187.9 | $165.8 | $174.9 | ($155.8) | $708.5 | $687.5 | $772.6 |
| CapEx | (54.6) | | | (4.2) | (4.1) | (4.0) | (4.1) | (4.1) | (4.2) | (62.9) | (16.5) | (16.4) | (16.7) |
| Purchase of Building due to JDEC Acquisition | (62.6) | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (62.6) | 0.0 | 0.0 | 0.0 |
| Cash Flows Provided / (Used for) by Investing Activities | (117.2) | | | (4.2) | (4.1) | (4.0) | (4.1) | (4.1) | (4.2) | (125.5) | (16.5) | (16.4) | (16.7) |
| Total Cash Flows From Financing | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| BOP Cash | 1,627.7 | | | 1,555.1 | 1,548.6 | 1,718.8 | 1,894.6 | 2,078.4 | 2,240.1 | 1,576.7 | 1,718.8 | 2,410.8 | 3,081.9 |
| Plus: Total Increase / (Decrease) in Cash | (24.0) | | | (6.5) | 170.2 | 175.8 | 183.8 | 161.7 | 170.7 | (281.3) | 692.0 | 671.1 | 755.9 |
| EOP Cash | $1,603.7 | | | $1,548.6 | $1,718.8 | $1,894.6 | $2,078.4 | $2,240.1 | $2,410.8 | $1,295.4 | $2,410.8 | $3,081.9 | $3,837.6 |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00313255

# Project Spice
## PeopleSoft Operating Model

### BALANCE SHEET / CASH FLOW DRIVERS

| | Mar-04A | Jun-04A | Sep-04A | Dec-04E | Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | FY04A | FY05E PF | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | (Annual drivers based on Q4 results as an assumed % of FY results | | | |
| **Assets** | | | | | | | | | | | | | | | | | |
| Days Receivable (Annualized) | | | 52.3 | 52.3 | | | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | | 80.0 | 80.0 | 80.0 | 80.0 |
| Other Current Assets % of Sales (Annualized) | | | 2.3% | 2.3% | | | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | | 5.0% | 5.0% | 5.0% | 5.0% |
| **Liabilities** | | | | | | | | | | | | | | | | | |
| Days Payable (Annualized) | | | 15.9 | 15.9 | | | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | | 35.0 | 35.0 | 35.0 | 35.0 |
| Accrued Liabilities % of Sales (Annualized) | | | 5.6% | 5.6% | | | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | | 10.0% | 10.0% | 10.0% | 10.0% |
| Accrued Compensation % of Sales (Annualized) | | | 7.7% | 7.7% | | | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | | 8.0% | 8.0% | 8.0% | 8.0% |
| Income Taxes Payable (Growing at the rate of pre-tax income) | | | | | | | | | 17.6% | 17.6% | 17.6% | 17.6% | | 17.7% | 17.7% | | |
| **Cash Flow** | | | | | | | | | | | | | | | | | |
| Capex % of Sales | | | 7.7% | 7.7% | | | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% | 99.1% | 0.75% | 0.75% | 0.75% | 0.75% |
| Depreciation % of Capex | | | 47.9% | 39.1% | | | 490.3% | 503.8% | 510.7% | 506.1% | 511.4% | 496.1% | | 505.9% | 525.8% | 525.8% | 529.1% |
| **Q4 as a Percent of FY** | | | | | | | | | | | | | | | | | |
| Revenue | | | | 25.9% | | | | | | | | | | 25.7% | 25.7% | 25.7% | 25.7% |
| COGS | | | | 24.5% | | | | | | | | | | 24.2% | 24.2% | 24.2% | 24.2% |

### DEPRECIATION WATERFALL

| | Mar-04A | Jun-04A | Sep-04A | Dec-04E | Txn Adj. | Dec-04 PF | Mar-05E | Jun-05E | Sep-05E | Dec-05E | Mar-06E | Jun-06E | FY04A | FY05E PF | FY06E | FY07E | FY08E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Depreciation | | | | | | | | | |
| Sep-04A Existing PPE | | | $512.4 | $21.3 | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | $21.3 | $0.0 | $0.0 | $0.0 |
| Dec-04E PF Existing PPE | | | 487.1 | 0.0 | | | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | | 40.6 | 81.2 | 81.2 | 81.2 |
| Mar-05E Capex | | | 4.2 | | | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | | 0.3 | 0.5 | 0.5 | 0.5 |
| Jun-05E Capex | | | 4.1 | | | | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | | 0.1 | 0.5 | 0.5 | 0.5 |
| Sep-05E Capex | | | 4.0 | | | | | | 0.1 | 0.1 | 0.1 | 0.1 | | 0.0 | 0.4 | 0.5 | 0.5 |
| Dec-05E Capex | | | 4.1 | | | | | | | 0.1 | 0.1 | 0.1 | | 0.0 | 0.3 | 0.5 | 0.5 |
| Mar-06E Capex | | | 4.2 | | | | | | | | 0.1 | 0.1 | | 0.0 | 0.1 | 0.5 | 0.5 |
| Jun-06E Capex | | | 16.4 | | | | | | | | | 0.1 | | 0.0 | 0.0 | 2.1 | 2.1 |
| FY07E Capex | | | 16.7 | | | | | | | | | | | 0.0 | 0.0 | 0.0 | 2.1 |
| FY08E Capex | | | | | | | | | | | | | | | | | |
| **Total Depreciation** | | | | $21.3 | | | $20.4 | $20.6 | $20.7 | $20.8 | $20.9 | $21.1 | | $62.3 | $83.5 | $86.3 | $88.4 |

### LOOKUP TABLES

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Attrition** | | | | | | | | | | | | | | | | | |
| 10/31/04 Case | | | | | | | 0.88% | 0.88% | 0.88% | 0.88% | 0.88% | 0.88% | | | | 3.50% | 3.50% |
| Realistic | | | | | | | 0.40% | 0.60% | 1.10% | 1.20% | 1.10% | 0.90% | | | | 3.20% | 2.60% |
| 10/31/04 Case | | | | | | | 0.88% | 0.88% | 0.88% | 0.88% | 0.88% | 0.88% | | | | 3.50% | 3.50% |
| **Existing Customer Purchases** | | | | | | | | | | | | | | | | | |
| 10/31/04 Case | | | | | | | 200 | 210 | 255 | 290 | 295 | 400 | | | | 1,275 | 1,300 |
| Realistic | | | | | | | 580 | 580 | 665 | 665 | 665 | 665 | | | | 2,660 | 2,660 |
| 10/31/04 Case | | | | | | | 200 | 210 | 255 | 290 | 295 | 400 | | | | 1,275 | 1,300 |
| **Incremental New Customers** | | | | | | | | | | | | | | | | | |
| 10/31/04 Case | | | | | | | 60 | 65 | 70 | 100 | 125 | 160 | | | | 500 | 525 |
| Realistic | | | | | | | 0 | 0 | 96 | 96 | 96 | 96 | | | | 384 | 384 |
| 10/31/04 Case | | | | | | | 60 | 65 | 70 | 100 | 125 | 160 | | | | 500 | 525 |
| **Cum. Incremental New Customers, BOP** | | | | | | | | | | | | | | | | | |
| 10/31/04 Case | | | | | | | 0 | | | | | | | | | | |
| Realistic | | | | | | | 96 | | | | | | | | | | |
| 10/31/04 Case | | | | | | | 0 | | | | | | | | | | |
| **# of Maintenance Employees** | | | | | | | | | | | | | | | | | |
| 10/31/04 Case | | | | | | | 790 | 740 | 640 | 630 | 620 | 610 | | | | 590 | 575 |
| Realistic | | | | | | | 800 | 780 | 655 | 520 | 425 | 420 | | | | 400 | 400 |
| 10/31/04 Case | | | | | | | 790 | 740 | 640 | 630 | 620 | 610 | | | | 590 | 575 |
| **G&A Employees** | | | | | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL0031255

# Project Spice

## PeopleSoft Operating Model

|  | | | | |
|---|---|---|---|---|
| 10/31/04 Case | 200 | 75 | 50 | 25 |
| Realistic | 100 | 100 | 100 | 100 |
| 10/31/04 Case | 200 | 75 | 50 | 25 |

**Maintenance Gross Profit (%)**

|  | | | | |
|---|---|---|---|---|
| 10/31/04 Case | 80.0% | 80.0% | 80.0% | 80.0% |
| Realistic | 71.0% | 72.0% | 72.5% | 73.0% |
| 10/31/04 Case | 80.0% | 80.0% | 80.0% | 80.0% |

**Professional Service**
Ratio of Services to Average License Revenue

|  | | | | |
|---|---|---|---|---|
| 10/31/04 Case | | | | 1.75x |
| Realistic | | | | 1.63x |
| 10/31/04 Case | | | | 1.75x |

|  | |
|---|---|
| 10/31/04 Case | 0 |
| Realistic | 100 |
| 10/31/04 Case | 0 |

| 10/31/04 Case | 80.0% |
| Realistic | 74.5% |
| 10/31/04 Case | 80.0% |

| 10/31/04 Case | 1.70x |
| Realistic | 1.73x |
| 10/31/04 Case | 1.70x |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00313255