# EXHIBIT 30

Summary Incremental Case

| | Calendar Year | | Fiscal Year (Projections Based on Ozark Fiscal Year) (1) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | CY2004A | CY2005E | 02'06E | 05'06E | 2007E | 2008E | 2009E | 2010E |
| License Revenue | 487.1 | $343.2 | $72.0 | $45.0 | $240.0 | $241.6 | $244.0 | $246.4 |
| % Growth | 1.0% | (29.6%) | | | (21.8%) | 0.7% | 1.0% | 1.0% |
| % of Total Revenue | 36.4% | 26.9% | 23.3% | 16.2% | 22.6% | 21.8% | 21.1% | 20.4% |
| Maintenance Revenue | 469.8 | 494.7 | 127.4 | 128.5 | 540.9 | 577.1 | 613.7 | 650.7 |
| % Growth | 4.5% | 5.3% | | | 7.1% | 6.7% | 6.3% | 6.0% |
| % of Total Revenue | 35.1% | 38.7% | 41.2% | 46.4% | 51.0% | 52.0% | 53.0% | 54.0% |
| Services Revenue | 369.9 | 417.8 | 101.8 | 95.0 | 240.0 | 241.6 | 244.0 | 246.4 |
| % Growth | (12.2%) | 13.0% | | | (41.3%) | 0.7% | 1.0% | 1.0% |
| % of Total Revenue | 27.6% | 32.7% | 32.9% | 34.3% | 22.6% | 21.8% | 21.1% | 20.4% |
| OnDemand Revenue | 13.1 | 21.5 | 8.0 | 8.5 | 40.4 | 49.0 | 56.1 | 62.5 |
| % Growth | 828.4% | 64.6% | | | 33.7% | 21.3% | 14.5% | 11.4% |
| % of Total Revenue | 1.0% | 1.7% | 2.6% | 3.1% | 3.8% | 4.4% | 4.8% | 5.2% |
| Total Revenue | 1,339.8 | 1,277.2 | 309.3 | 277.0 | 1,061.3 | 1,109.3 | 1,157.8 | 1,206.0 |
| % Growth | (1.1%) | (4.7%) | | (11.7%) | (15.2%) | 4.5% | 4.4% | 4.2% |
| | | | | | | | | |
| License Gross Profit | 473.8 | 325.9 | 69.1 | 43.2 | 231.5 | 234.4 | 236.7 | 239.0 |
| % of License Revenue | 97.3% | 95.0% | 96.0% | 96.0% | 96.4% | 97.0% | 97.0% | 97.0% |
| Maintenance Gross Profit | 367.8 | 388.0 | 100.2 | 105.9 | 469.5 | 511.0 | 543.9 | 582.4 |
| % of Maintenance Revenue | 78.3% | 78.4% | 78.6% | 82.4% | 86.8% | 88.5% | 88.6% | 89.5% |
| Services Gross Profit | 34.1 | 55.8 | 10.5 | 14.2 | 41.1 | 48.3 | 48.8 | 49.3 |
| % of Services Revenue | 9.2% | 13.4% | 10.3% | 14.9% | 17.1% | 20.0% | 20.0% | 20.0% |
| OnDemand Gross Profit | 7.2 | 11.8 | 5.6 | 5.9 | 28.3 | 34.3 | 39.3 | 43.7 |
| % of OnDemand Revenue | 55.0% | 55.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% |
| Total Gross Profit | 882.9 | 781.6 | 185.4 | 169.2 | 770.3 | 828.0 | 868.6 | 914.5 |
| % of Total Revenue | 65.9% | 61.2% | 59.9% | 61.1% | 72.6% | 74.6% | 75.0% | 75.8% |
| | | | | | | | | |
| S&M Expenses | 337.7 | 355.9 | 83.5 | 78.5 | 120.0 | 120.8 | 122.0 | 123.2 |
| % of License Revenue | 69.3% | 103.7% | | | 50.0% | 50.0% | 50.0% | 50.0% |
| % of Total Revenue | 25.2% | 27.9% | 27.0% | 28.3% | 11.3% | 10.9% | 10.5% | 10.2% |
| R&D Expenses | 299.1 | 293.3 | 72.1 | 56.3 | 150.0 | 120.6 | 100.0 | 100.0 |
| % of Total Revenue | 22.3% | 23.0% | 23.3% | 20.3% | 14.1% | 10.9% | 8.6% | 8.3% |
| G&A Expenses | 99.5 | 101.5 | 22.6 | 10.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| % of Total Revenue | 7.4% | 8.0% | 7.3% | 3.6% | 1.9% | 1.8% | 1.7% | 1.7% |
| Total Operating Expenses | 736.3 | 750.7 | 178.2 | 144.7 | 290.0 | 261.4 | 242.0 | 243.2 |
| % of Total Revenue | 55.0% | 58.8% | 57.6% | 52.2% | 27.3% | 23.6% | 20.9% | 20.2% |
| | | | | | | | | |
| Operating Income | 146.6 | 30.9 | 7.2 | 24.5 | 480.3 | 566.6 | 626.6 | 671.3 |
| % of Total Revenue | 10.9% | 2.4% | 2.3% | 8.8% | 45.3% | 51.1% | 54.1% | 55.7% |

15%

Notes:
1. Sierra based on Ozark management estimates.
2. Assumes transaction closes 2/06.
3. Reflects Ozark's fiscal year end; doesn't show Q4FY06 which would be a transition quarter.

Sierra Input
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

1

ORCL00312843

Sales & Earnings Summary

| | Calendar Year | | |
|---|---|---|---|
| | 2005 | 2006 | 2007 |
| License Revenue | $343.2 | $237.0 | $240.9 |
| *% Growth* | | *21.2%* | |
| *% of Total Revenue* | *26.9%* | | |
| Maintenance Revenue | 494.7 | 526.4 | 562.0 |
| *% Growth* | | | |
| *% of Total Revenue* | *38.7%* | *47.1%* | |
| Services Revenue | 417.8 | 316.8 | 240.9 |
| *% Growth* | | | |
| *% of Total Revenue* | *32.7%* | *28.4%* | |
| OnDemand Revenue | 21.5 | 36.7 | 45.4 |
| *% Growth* | | | |
| *% of Total Revenue* | *1.7%* | *3.3%* | |
| Total Revenue | 1,277.2 | 1,116.9 | 1,089.3 |
| *% Growth* | | | |
| License Gross Profit | 325.9 | 228.0 | 233.1 |
| *% of License Revenue* | *95.0%* | *96.2%* | *96.8%* |
| Maintenance Gross Profit | 388.0 | 440.8 | 493.7 |
| *% of Maintenance Revenue* | *78.4%* | *83.7%* | *87.8%* |
| Services Gross Profit | 55.8 | 45.2 | 45.3 |
| *% of Services Revenue* | *13.4%* | *14.3%* | *18.8%* |
| OnDemand Gross Profit | 11.8 | 25.7 | 31.8 |
| *% of Services Revenue* | *55.0%* | *70.0%* | *70.0%* |
| Total Gross Profit | 781.6 | 739.8 | 804.0 |
| *% of Total Revenue* | *61.2%* | *66.2%* | |
| S&M Expenses | 355.9 | 222.0 | 120.5 |
| *% of Total Revenue* | *27.9%* | *19.9%* | |
| R&D Expenses | 293.3 | 203.3 | 132.8 |
| *% of Total Revenue* | *23.0%* | *18.2%* | |
| G&A Expenses | 101.5 | 42.6 | 20.0 |
| *% of Total Revenue* | *8.0%* | *3.8%* | |
| Total Operating Expenses | 750.7 | 467.9 | 273.3 |
| *% of Total Revenue* | *58.8%* | *41.9%* | |
| Operating Income | 30.9 | 271.8 | 530.7 |
| *% of Total Revenue* | *2.4%* | *24.3%* | |

2

Sierra Input
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00312843