Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 33

# EXHIBIT 32

10-K 1 form10k.htm FORM 10-K

---

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549**

---

**FORM 10-K**

**FOR ANNUAL AND TRANSITION REPORTS
PURSUANT TO SECTIONS 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**

---

[X] **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2004

**OR**

[ ] **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number: 0-20725

# SIEBEL SYSTEMS, INC.
(Exact Name of Registrant as Specified in Its Charter)

| Delaware | 94-3187233 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (IRS Employer Identification No.) |

**2207 Bridgepointe Parkway
San Mateo, CA   94404**
(Address of Principal Executive Offices, Including Zip Code)

**(650) 477-5000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act: None
Securities registered pursuant to Section 12(g) of the Act: Common Stock, $0.001 par value per share

*Universal Application Network*

Universal Application Network, or UAN, is a CDI solution developed with other leading technology companies that is designed to minimize the customization required for integration. UAN is a design and set of technical standards for data and process integration that is supported by leading integration consultants and providers of integration servers, including BEA Systems, IBM, Microsoft, SeeBeyond, Tibco, Vitria and webMethods. Based on XML and Web Services standards, UAN includes an industry-standard specification for defining business processes that is supported by these leading providers. UAN provides prebuilt data and process integration across multiple applications, eliminating the custom development associated with traditional integration approaches, thereby reducing the risk, cost and time of integration.

**Siebel CRM OnDemand**

Siebel CRM OnDemand is a hosted software service designed to allow companies to adopt CRM and business analytics software solutions quickly, easily and in a cost-effective manner. Siebel CRM OnDemand offers a standard range of sales, marketing and service software functionality, along with certain analytics functionality, to organizations interested in a software application delivered as an online service. In 2004, we introduced several industry-specific versions of Siebel CRM OnDemand. Siebel CRM OnDemand software is installed and operates on the servers of a third-party hosting provider, which maintains the software and the servers, and delivers the functionality to the customer over the Internet.

Please refer to Note 12 to the accompanying consolidated financial statements for a summary of our software license revenues by software product and our total revenues by geographic region.

**Product Development Expense**

We continue to invest in research and development in order to expand the technological, functional and industry-specific breadth and depth of our applications. From 2002 to 2004, we invested nearly $1 billion—approximately $368.4 million, $310.7 million, and $299.1 million during 2002, 2003 and 2004, respectively—in product development. As a result of these investments, during 2004 we introduced Siebel 7.7; industry-specific versions of Siebel CRM OnDemand for the financial services, high technology, life sciences and automotive industries; and an expanded suite of our business analytics products, including new enterprise analytic applications in four main areas: (i) customer analytics, (ii) financial analytics, (iii) workforce/employee performance management analytics and (iv) supply chain and supplier analytics.

We currently expect that most of our development of new products and enhancements to existing and future products will be developed internally, with selective acquisitions to complement and supplement our product development pipeline when deemed prudent. We rely primarily on a combination of patent, copyright, trade secret and trademark laws, confidentiality procedures and contractual provisions to protect our proprietary rights in our products. Please refer to "Risk Factors—We may not be able to protect our proprietary information" for further discussion of proprietary rights and intellectual property.

Our product development efforts to date have resulted in leading front-office software applications, and we believe that our current and future product development efforts will continue to yield leading software applications. There are risks associated with the development of software applications, which are discussed further in the section entitled "Risk Factors" in this annual report. Please refer to "Risk Factors—Software errors or defects in our products could reduce revenues" and "Risk Factors—Our continued success will require us to keep pace with technological developments, evolving industry standards and changing customer needs" for further discussion of risks associated with product development.

**Siebel Services**

We provide a wide range of professional services to our customers through our worldwide services organization. Siebel Services, comprised of more than 1,900 professionals, supports customers through every phase of their Siebel Business Applications project—from strategic planning and solution design to building and optimizing their Siebel applications. With its unique access to Siebel Product Marketing and Engineering, Siebel Services offers in-depth product knowledge and industry-specific expertise. Siebel Services is focused on helping ensure successful customer outcomes. We believe that there are four critical success factors in achieving successful customer outcomes using front-office solutions: (i) strategy and governance, (ii) process, (iii) data quality, and (iv) change management.

With these factors in mind, Siebel Services has developed a six-stage framework called the Customer Experience Blueprint, which provides (i) recommendations to our customers regarding the areas of their businesses on which they should focus and (ii) a sequence of six logical stages to organize their implementation efforts, both of which we believe will help ensure more