# EXHIBIT 33

ORCL00545983



ORACLE®

# FY08 Applications Development Budget Request

John Wookey
Senior Vice President

Highly Confidential Information - Attorneys' Eyes Only

# Applications Development Revenue & Expense

CD (Ms)

| Product Line | License Revenue | | | Maintenance Revenue* | | | TOTAL REVENUE | | | Operating Expense | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY07 | FY08 | Growth | FY07 | FY08 | Growth | FY07 | FY08 | Growth | FY07 | FY08 | Growth (Decline) |
| E-Business Suite | 856 | 997 | 16.5% | 1,221 | 1,358 | 11.2% | 2,077 | 2,355 | 13.4% | 390 | 225 | (42.3%) |
| Enterprise | 320 | 378 | 18.1% | 944 | 965 | 2.2% | 1,264 | 1,343 | 6.3% | 214 | 184 | (14.2%) |
| Siebel | 294 | 397 | 35.0% | 449 | 516 | 14.9% | 743 | 913 | 22.9% | 106 | 71 | (33.0%) |
| JD Edwards | 101 | 113 | 11.9% | 333 | 323 | (2.8%) | 434 | 436 | 0.6% | 88 | 81 | (7.9%) |
| Integration | - | 10 | NA | - | - | NA | - | 10 | NA | 2 | 19 | 792.1% |
| APPS UNLIMITED | 1,571 | 1,895 | 20.6% | 2,947 | 3,162 | 7.3% | 4,518 | 5,057 | 11.9% | 800 | 580 | (27.6%) |
| Fusion | - | - | - | NA | NA | NA | NA | NA | NA | 81 | 390 | 379.5% |
| DEVELOPMENT TOTAL | 1,571 | 1,895 | 20.6% | 2,947 | 3,162 | 7.3% | 4,518 | 5,057 | 11.9% | 882 | 969 | 9.9% |
| CRM On Demand | NA | NA | NA | NA | NA | NA | 45 | 82 | 83.2% | 43 | 76 | 76.1% |
| Apps IT | NA | NA | NA | NA | NA | NA | NA | NA | NA | 68 | 69 | 0.5% |
| WOOKEY TOTAL | 1,571 | 1,895 | 20.6% | 2,947 | 3,162 | 7.3% | 4,562 | 5,138 | 12.6% | 993 | 1,114 | 12.2% |

| * Annualized Average Cancellation Rates | EBS | Enterprise | Siebel | JDE |
|---|---|---|---|---|
| | 3.3% | 6.1% | 4.2% | 10.1% |

| OPEX/Total Revenue | | | % Change |
|---|---|---|---|
| Product Line | FY07 | FY08 | (F)/UF |
| E-Business Suite | 18.8% | 9.5% | (9.2%) |
| Enterprise | 17.0% | 13.7% | (3.3%) |
| Siebel | 14.3% | 7.8% | (6.5%) |
| JD Edwards | 20.4% | 18.6% | (1.7%) |
| Integration | NA | 187.5% | NA |
| Apps Unlimited | 17.7% | 11.5% | (6.3%) |
| Fusion | NA | NA | NA |
| Development Total | 19.5% | 19.2% | (0.3%) |
| CRM On Demand | 96.5% | 92.7% | (3.7%) |
| Apps IT | NA | NA | NA |
| Wookey Total | 21.8% | 21.7% | (0.1%) |

Oracle Confidential

Highly Confidential Information - Attorneys' Eyes Only

ORCL00545985