Oracle Corporation et al v. SAP AG et al                                                                                           Doc. 487 Att. 36

# EXHIBIT 35

Dockets.Justia.com

CHARLES PHILLIPS       April 17, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

vs.   No. 07-CV-1658 (PJH)

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

VIDEOTAPED DEPOSITION OF

CHARLES PHILLIPS

FRIDAY, APRIL 17, 2009

HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-418649)

Merrill Legal Solutions
(800) 869-9132

CHARLES PHILLIPS        April 17, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 17

| | | |
|---|---|---|
| 09:19:01 | 1 | |
| 09:19:05 | 2 | |
| 09:19:07 | 3 | |
| 09:19:08 | 4 | |
| 09:19:09 | 5 | |
| 09:19:10 | 6 | |
| 09:19:12 | 7 | |
| 09:19:14 | 8 | You gave a general understanding of |
| 09:19:17 | 9 | Oracle's allegations in this complaint.  Did the |
| 09:19:21 | 10 | activities of TomorrowNow and/or SAP, as you |
| 09:19:25 | 11 | understand them as alleged in this case, did they |
| 09:19:28 | 12 | hurt Oracle? |
| 09:19:29 | 13 | A.   Definitely. |
| 09:19:30 | 14 | Q.   How? |
| 09:19:31 | 15 | MS. HOUSE:  Objection.  Overbroad. |
| 09:19:33 | 16 | Go ahead. |
| 09:19:34 | 17 | THE WITNESS:  The -- in our business, the |
| 09:19:39 | 18 | major opportunity for growth is not so much |
| 09:19:44 | 19 | acquiring new customers, because there really aren't |
| 09:19:47 | 20 | that many new customers out there.  It's a very |
| 09:19:50 | 21 | mature market. |
| 09:19:51 | 22 | So it is very important to get -- if you |
| 09:19:54 | 23 | can get new customers, to keep that customer, |
| 09:19:57 | 24 | actually you can sell them additional product for |
| 09:20:00 | 25 | many years to come, and that's the whole business |

Merrill Legal Solutions
(800) 869-9132

```
09:20:02   1    model.
09:20:03   2              So if you lose that customer, not only do
09:20:05   3    you lose what they're paying you today, you lose
09:20:07   4    future sales, because people tend to stick with the
09:20:10   5    same product and continue to buy additional modules
09:20:14   6    as they automate more business processes.
09:20:17   7              And so there's -- for every customer we
09:20:21   8    lost, there's ten times that in license revenue that
09:20:25   9    we could have sold over the years as they continue
09:20:27  10    to standardize on our footprint.  So those 3- or 400
09:20:33  11    customers represent lost future sales as well.
09:20:35  12
09:20:39  13
09:20:40  14
09:20:41  15
09:20:43  16
09:20:46  17
09:20:51  18
09:20:52  19
09:20:54  20
09:20:58  21
09:21:01  22
09:21:03  23
09:21:06  24
09:21:09  25    provider.
```

| Time | Line |
|---|---|
| 09:43:25 | 1 |
| 09:43:30 | 2 |
| 09:43:32 | 3 |
| 09:43:35 | 4 |
| 09:43:39 | 5 |
| 09:43:43 | 6 |
| 09:43:45 | 7 |
| 09:43:50 | 8 |
| 09:43:53 | 9 |
| 09:43:56 | 10 |
| 09:44:00 | 11 |
| 09:44:03 | 12 |
| 09:44:06 | 13 |
| 09:44:08 | 14 |
| 09:44:09 | 15 |
| 09:44:11 | 16 |
| 09:44:13 | 17 |
| 09:44:16 | 18 |
| 09:44:19 | 19 |
| 09:44:21 | 20 |
| 09:44:24 | 21 |
| 09:44:27 | 22 |
| 09:44:42 | 23 |
| 09:44:46 | 24 |
| 09:44:50 | 25 |

25    Q.   What was Oracle's goal in acquiring

| | | |
|---|---|---|
| 09:44:52 | 1 | PeopleSoft? |
| 09:44:55 | 2 |     A.  To achieve scale in our core ERP business. |
| 09:45:00 | 3 | And because it's very hard to compete in a |
| 09:45:05 | 4 | fixed-cost business if someone else has a lot more |
| 09:45:09 | 5 | skill than you do, because they can amortize their |
| 09:45:12 | 6 | costs across more customers, having more customers |
| 09:45:14 | 7 | is kind of the goal, and -- because you can spend |
| 09:45:19 | 8 | more on the products and charge less across a lot of |
| 09:45:21 | 9 | customers. |
| 09:45:21 | 10 |     That's the business model.  So if they have |
| 09:45:24 | 11 | five times as many customers, they're going to get |
| 09:45:28 | 12 | more revenue and spend more on products. |
| 09:45:30 | 13 |     So we had to achieve some scale and close |
| 09:45:34 | 14 | the gap between us and SAP. |
| 09:45:37 | 15 | |
| 09:45:42 | 16 | |
| 09:45:45 | 17 | |
| 09:45:49 | 18 | |
| 09:45:49 | 19 | |
| 09:45:51 | 20 | |
| 09:45:55 | 21 | |
| 09:45:57 | 22 | |
| 09:45:59 | 23 | |
| 09:46:01 | 24 | |
| 09:46:04 | 25 | |

CHARLES PHILLIPS     April 17, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 13:41:43 | 1 | THE VIDEO OPERATOR: Okay. This marks the |
| 13:41:44 | 2 | ends of Tape No. 2 in the deposition of Charles |
| 13:41:46 | 3 | Phillips. Going off the record, the time is 1:41. |
| 13:41:50 | 4 | (Recess from 1:41 p.m.) |
| 13:42:02 | 5 | --oOo-- |
| 13:42:02 | 6 | I declare under penalty of perjury that |
| 13:42:02 | 7 | the foregoing is true and correct. Subscribed at |
| 13:42:02 | 8 | _____, California, this ___ day of |
| 13:42:02 | 9 | _____ 2009. |
| 13:42:02 | 10 | |
| 13:42:02 | 11 | _____ |
| 13:42:02 | 12 | CHARLES PHILLIPS |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

150

```
1                    CERTIFICATE OF REPORTER

2         I, HOLLY THUMAN, a Certified Shorthand

3  Reporter, hereby certify that the witness in the

4  foregoing deposition was by me duly sworn to tell the

5  truth, the whole truth, and nothing but the truth in the

6  within-entitled cause; that said deposition was taken

7  down in shorthand by me, a disinterested person, at the

8  time and place therein stated, and that the testimony of

9  the said witness was thereafter reduced to typewriting,

10 by computer, under my direction and supervision;

11         That before completion of the deposition,

12 review of the transcript [X] was [ ] was not requested.

13 If requested, any changes made by the deponent (and

14 provided to the reporter) during the period allowed are

15 appended hereto.

16         I further certify that I am not of counsel or

17 attorney for either or any of the parties to the said

18 deposition, nor in any way interested in the event of

19 this cause, and that I am not related to any of the

20 parties thereto.

21

22         DATED April 27, 2009

23

24                              _____

25                              HOLLY THUMAN, CSR No. 6834
```