Oracle Corporation et al v. SAP AG et al    Doc. 487 Att. 38

# EXHIBIT 37

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                    Plaintiffs,<br><br>            vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>                    Defendants. | No. 07-CV-1658 (PJH) |

VIDEOTAPED DEPOSITION OF

JESPER ANDERSEN

_____

WEDNESDAY, JUNE 10, 2009

HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-420229)

Merrill Legal Solutions
(800) 869-9132

| | |
|---|---|
| 16:16:49 | 1 |
| 16:16:50 | 2 |
| 16:16:53 | 3 |
| 16:16:59 | 4 |
| 16:17:07 | 5 |
| 16:17:13 | 6 |
| 16:17:30 | 7 |
| 16:17:34 | 8 |
| 16:17:37 | 9 |
| 16:17:39 | 10 |
| 16:17:41 | 11 |
| 16:17:42 | 12 |
| 16:17:46 | 13 |
| 16:17:50 | 14 |
| 16:17:52 | 15 |
| 16:17:55 | 16 |
| 16:17:59 | 17 |
| 16:18:00 | 18 |
| 16:18:01 | 19 | THE WITNESS: I got to believe, you know,
| 16:18:04 | 20 | for every customer that TomorrowNow took away from
| 16:18:07 | 21 | Oracle, we would have expected to make not only
| 16:18:10 | 22 | decades of maintenance, but obviously, like you do
| 16:18:13 | 23 | with most customers, you up-sell additional
| 16:18:16 | 24 | applications, technology, services, whatever it is.
| 16:18:19 | 25 |

1                         --oOo--

2        I declare under penalty of perjury that

3   the foregoing is true and correct.  Subscribed at

4   __San Jose__, California, this __16th__ day of

5   __July__ 2009.

6

7                    _____

8                         JESPER ANDERSEN

```
 1                CERTIFICATE OF REPORTER

 2          I, HOLLY THUMAN, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell the

 5   truth, the whole truth, and nothing but the truth in the

 6   within-entitled cause; that said deposition was taken

 7   down in shorthand by me, a disinterested person, at the

 8   time and place therein stated, and that the testimony of

 9   the said witness was thereafter reduced to typewriting,

10   by computer, under my direction and supervision;

11          That before completion of the deposition,

12   review of the transcript [X] was [ ] was not requested.

13   If requested, any changes made by the deponent (and

14   provided to the reporter) during the period allowed are

15   appended hereto.

16          I further certify that I am not of counsel or

17   attorney for either or any of the parties to the said

18   deposition, nor in any way interested in the event of

19   this cause, and that I am not related to any of the

20   parties thereto.

21

22         DATED June 17, 2009

23

24                                _____
25                                HOLLY THUMAN, CSR No. 6834
```