# EXHIBIT 38

Dockets.Justia.com

JUAN C. JONES      April 24, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

ORACLE CORPORATION, a
Delaware corporation, ORACLE
USA, INC., a Colorado
corporation, and ORACLE
INTERNATIONAL CORPORATION, a
California corporation,

      Plaintiffs,

    vs.                No. 07-CV-1658 (PJH)

SAP AG, a German
corporation, SAP AMERICA,
INC., a Delaware
corporation, TOMORROWNOW,
INC., a Texas corporation,
and DOES 1-50, inclusive,

      Defendants.
_____/

Deposition of

JUAN C. JONES

_____

Friday, April 24, 2009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  JOHN WISSENBACH, RMR, CRR, CBC,

CLR, CSR 6862        01-418986

JUAN C. JONES     April 24, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 208

| | | |
|---|---|---|
| 16:37:32 | 1 | |
| 16:37:39 | 2 | |
| 16:37:42 | 3 | |
| 16:37:45 | 4 | |
| 16:37:48 | 5 | |
| 16:37:49 | 6 | |
| 16:37:49 | 7 | |
| 16:37:51 | 8 | |
| 16:37:55 | 9 | |
| 16:37:57 | 10 | |
| 16:38:00 | 11 | |
| 16:38:01 | 12 | |
| 16:38:05 | 13 | |
| 16:38:09 | 14 | |
| 16:38:12 | 15 | |
| 16:38:14 | 16 | |
| 16:38:15 | 17 |     Q.  Do you have any reason to believe that |
| 16:38:16 | 18 | Oracle's retention rates for customers would have |
| 16:38:21 | 19 | been even higher without having to face |
| 16:38:23 | 20 | TomorrowNow's provision of service using Oracle IP |
| 16:38:27 | 21 | at half the price? |
| 16:38:30 | 22 |         MR. McDONELL:  Same objections; lack of |
| 16:38:33 | 23 | foundation. |
| 16:38:33 | 24 |         THE WITNESS:  Undoubtedly our cancellation |
| 16:38:37 | 25 | rate would have been lower, our renewal rate would |

JUAN C. JONES    April 24, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 209

| | | |
|---|---|---|
| 16:38:40 | 1 | have been, I believe, significantly higher, and we |
| 16:38:44 | 2 | would not have had the opportunity cost of having to |
| 16:38:49 | 3 | work in very -- an overwhelming workload against the |
| 16:38:57 | 4 | TomorrowNow competition, when they were offering the |
| 16:39:01 | 5 | same thing for half the price. |
| 16:39:04 | 6 | |
| 16:39:04 | 7 | |
| 16:39:16 | 8 | |
| 16:39:17 | 9 | |
| 16:39:21 | 10 | |
| 16:39:24 | 11 | |
| 16:39:29 | 12 | |
| 16:39:31 | 13 | |
| 16:39:32 | 14 | |
| 16:39:34 | 15 | |
| 16:39:38 | 16 | |
| 16:39:39 | 17 | |
| 16:39:42 | 18 | |
| 16:39:44 | 19 | |
| 16:39:48 | 20 | |
| 16:39:49 | 21 | |
| 16:39:53 | 22 | |
| 16:39:57 | 23 | |
| 16:39:59 | 24 | |
| 16:40:03 | 25 | |

```
 1    4:49 p.m.)

 2                        ---o0o---

 3         I declare under penalty of perjury that the

 4    foregoing is true and correct.  Subscribed at

 5    Pleasanton , California, this 15th day of

 6    May        , 2009.

 7

 8                    Juan C. Jones

 9                Signature of the witness

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

218

CERTIFICATE OF REPORTER

     I, JOHN WISSENBACH, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

     That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

     That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

     I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

     DATED: 4/26/09

JOHN WISSENBACH, CSR No. 6862

219