Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 40

# EXHIBIT 39

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
                                                       )
          Plaintiffs, )
                        )
    vs. ) No. 07-CV-1658 (PJH)
                        )
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and )
DOES 1-50, inclusive, )
                        )
         Defendants. )
                        )

VIDEOTAPED DEPOSITION OF

JUERGEN ROTTLER

WEDNESDAY, MAY 13, 2009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-417821)

Merrill Legal Solutions
(800) 869-9132

```
10:46:37   1
10:46:41   2
10:46:43   3
10:46:46   4
10:46:56   5
10:47:01   6
10:47:03   7
10:47:07   8
10:47:11   9
10:47:14  10
10:47:18  11
10:47:22  12
10:47:24  13
10:47:26  14
10:47:29  15
10:47:31  16
10:47:34  17
10:47:35  18
10:47:37  19
10:47:39  20
10:47:43  21
10:47:44  22
10:47:45  23         Q.  And I want to focus on price reductions
10:47:47  24    that you believe were granted primarily because of a
10:47:51  25    concern of competition with TomorrowNow.
```

| | | |
|---|---|---|
| 10:47:53 | 1 | Do you have those thoughts in mind? |
| 10:47:55 | 2 | A.  There is -- as you can see, even with the |
| 10:47:58 | 3 | exhibit that you gave me, TomorrowNow is mentioned |
| 10:48:00 | 4 | in here.  It was constantly on our mind, as with the |
| 10:48:05 | 5 | acquisition by SAP, it was the one perceived, you |
| 10:48:13 | 6 | know, credible alternative to our own support |
| 10:48:15 | 7 | offering.  And as such, it became a frequent reason |
| 10:48:24 | 8 | for people to ask for exceptions. |
| 10:48:30 | 9 | |
| 10:48:31 | 10 | |
| 10:48:35 | 11 | |
| 10:48:38 | 12 | |
| 10:48:43 | 13 | |
| 10:48:45 | 14 | |
| 10:48:46 | 15 | |
| 10:48:49 | 16 | |
| 10:48:53 | 17 | |
| 10:48:53 | 18 | |
| 10:48:55 | 19 | |
| 10:48:57 | 20 | |
| 10:49:02 | 21 | |
| 10:49:07 | 22 | |
| 10:49:10 | 23 | |
| 10:49:11 | 24 | |
| 10:49:13 | 25 | |

```
16:49:24   1
16:49:25   2
16:49:26   3
16:49:30   4
16:49:52   5
16:49:57   6
16:50:01   7
16:50:08   8
16:50:09   9
16:50:10  10
16:50:14  11
16:50:19  12
16:50:28  13
16:50:32  14
16:50:35  15
16:50:36  16
16:50:38  17
16:50:43  18
16:50:47  19
16:50:53  20
16:50:56  21
16:51:01  22
16:51:04  23
16:51:05  24      Q.  So what trends have you identified?
16:51:07  25      A.  In general, over time, we see renewal rates
```

```
16:51:13   1    improve for acquired companies.  We have
16:51:17   2    historically -- we have sustained and continued to
16:51:21   3    improve, historically, very high renewal rates on
16:51:25   4    the Oracle core products, and we see, over time, an
16:51:33   5    ability to drive renewal rates in that direction as
16:51:36   6    well.
16:51:37   7             We saw a significant impact from
16:51:39   8    SAP/TomorrowNow, but -- you know, but at the same
16:51:46   9    time, we've obviously taken a lot of countermeasures
16:51:50  10    to that threat as well.  So we've been able to --
16:51:54  11    you know, recover from what were at times very poor
16:52:00  12    renewal rates when the threat was the greatest.
16:52:04  13
16:52:07  14
16:52:11  15
16:52:12  16
16:52:15  17
16:52:18  18
16:52:21  19
16:52:23  20
16:52:26  21
16:52:29  22
16:52:32  23
16:52:34  24
16:52:39  25
```

| Time | Line | |
|---|---|---|
| 17:48:31 | 1 | |
| 17:48:33 | 2 | |
| 17:48:35 | 3 | |
| 17:48:38 | 4 | |
| 17:48:39 | 5 | |
| 17:48:41 | 6 | |
| 17:48:47 | 7 | |
| 17:48:49 | 8 | |
| 17:48:53 | 9 | Q.  Do you see there the entry for PeopleSoft, |
| 17:48:55 | 10 | and it's got a cancellation percentage of 7.14 |
| 17:48:58 | 11 | percent? |
| 17:49:01 | 12 | A.  Yep. |
| 17:49:02 | 13 | Q.  Is that a percentage of the support dollars |
| 17:49:05 | 14 | that were available to renew during that period? |
| 17:49:10 | 15 | A.  That would be my indication given the title |
| 17:49:15 | 16 | saying "Q2 Acquisitions," Slide No. 1. |
| 17:49:18 | 17 | Q.  Is that typically the way you look at |
| 17:49:23 | 18 | cancellation rates, as a percentage not renewed of |
| 17:49:28 | 19 | the available to renew for that period? |
| 17:49:31 | 20 | A.  In dollar terms, yes.  But not always by |
| 17:49:35 | 21 | quarter.  We'd look at it for the full year as well. |
| 17:49:38 | 22 | Because in the quarter, you could see a spike or you |
| 17:49:41 | 23 | could see something below what the real run rate is. |
| 17:49:44 | 24 | Q.  Okay.  So in that regard, in Exhibit 450, |
| 17:49:47 | 25 | would you look at Slide 12, please? |

Case4:07-cv-01658-PJH   Document487-41   Filed09/23/09   Page8 of 10
JUERGEN ROTTLER       May 13, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 274

| | | |
|---|---|---|
| 17:49:51 | 1 | A.  Could I make another comment on this, since |
| 17:49:53 | 2 | you asked me about it? |
| 17:49:54 | 3 | Q.  Okay.  Go ahead. |
| 17:49:55 | 4 | A.  So this would actually be a very alarming |
| 17:49:58 | 5 | number to look at.  Here we are in Q2, fiscal year |
| 17:50:03 | 6 | '07, more than 2 years after the acquisition of |
| 17:50:07 | 7 | PeopleSoft.  By now, we would have typically |
| 17:50:11 | 8 | expected to have cancellation rates to be much more |
| 17:50:15 | 9 | in line with Oracle's cancellation rates of 2 and 3 |
| 17:50:19 | 10 | percent.  You see some acquisitions here that have |
| 17:50:21 | 11 | high cancellation rates.  Those are all brand-new |
| 17:50:25 | 12 | acquisitions, where typically the high cancellation |
| 17:50:28 | 13 | rates show a cleanup that happens in the first |
| 17:50:30 | 14 | quarter or two of contracts that the company may |
| 17:50:34 | 15 | still show as active, but once we take over the |
| 17:50:39 | 16 | company and we inspect their contracts, it turns out |
| 17:50:41 | 17 | they're customers that had already canceled or |
| 17:50:44 | 18 | whatever.  She these are typical blips that we see |
| 17:50:47 | 19 | at the beginning of an acquisition. |
| 17:50:48 | 20 | By 2 years into it, a 7 percent |
| 17:50:51 | 21 | cancellation rate is very high, and, you know, would |
| 17:50:56 | 22 | have been continued cause for attention, which it |
| 17:50:59 | 23 | had.  So this shows the dire impact of the |
| 17:51:07 | 24 | activities of TomorrowNow and SAP. |
| 17:51:11 | 25 | |

| | | |
|---|---|---|
| 18:29:26 | 1 | Q. The opposite could be companies going the |
| 18:29:28 | 2 | other direction to SAP. |
| 18:29:29 | 3 | A. Yeah. |
| 18:29:31 | 4 | MR. McDONELL: Counsel, I have nothing |
| 18:29:32 | 5 | further now, but I am reserving rights to not have |
| 18:29:37 | 6 | this deposition concluded. I think there's some |
| 18:29:40 | 7 | real document concerns but I'll reserve rights. |
| 18:29:42 | 8 | MS. HOUSE: And we'll reserve ours. |
| 18:29:45 | 9 | MR. McDONELL: Okay. |
| 18:29:45 | 10 | MS. HOUSE: Okay, thank you. |
| 18:29:47 | 11 | MR. McDONELL: No questions? |
| 18:29:48 | 12 | MS. HOUSE: No questions. |
| 18:29:49 | 13 | THE VIDEO OPERATOR: This is the end of |
| 18:29:50 | 14 | Volume 1, Videotape No. 4 in the deposition of |
| 18:29:52 | 15 | Juergen Rottler. We're going off the record. The |
| 18:29:54 | 16 | time is 6:29. |
| 18:29:58 | 17 | (Time noted, 6:29 p.m.) |
| 18:30:04 | 18 | --oOo-- |
| 18:30:04 | 19 | I declare under penalty of perjury that |
| 18:30:04 | 20 | the foregoing is true and correct. Subscribed at |
| 18:30:04 | 21 | _Saratoga_, California, this _28_ day of |
| 18:30:04 | 22 | _June_ 2009. |
| 18:30:04 | 23 | |
| 18:30:04 | 24 | |
| 18:30:04 | 25 | JUERGEN ROTTLER |

```
 1                    CERTIFICATE OF REPORTER

 2              I, HOLLY THUMAN, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell the

 5   truth, the whole truth, and nothing but the truth in the

 6   within-entitled cause; that said deposition was taken

 7   down in shorthand by me, a disinterested person, at the

 8   time and place therein stated, and that the testimony of

 9   the said witness was thereafter reduced to typewriting,

10   by computer, under my direction and supervision;

11              That before completion of the deposition,

12   review of the transcript [X] was [ ] was not requested.

13   If requested, any changes made by the deponent (and

14   provided to the reporter) during the period allowed are

15   appended hereto.

16              I further certify that I am not of counsel or

17   attorney for either or any of the parties to the said

18   deposition, nor in any way interested in the event of

19   this cause, and that I am not related to any of the

20   parties thereto.

21

22              DATED  May 19th, 2009

23

24              _____

25              HOLLY THUMAN, CSR No. 6834
```