Oracle Corporation et al v. SAP AG et al										Doc. 487 Att. 41

# EXHIBIT 40

### Global

| | Q3 FY04 | Q4 FY04 | Q1 FY05 | Q2 FY05 | Q3 FY05 | Q4 FY05 | Q1 FY06 | Q2 FY06 | Q3 FY06 | Q4 FY06 | Q1 FY07 | Q2 FY07 | Q3 FY07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Enterprise** | | | | | | | | | | | | | |
| True Cancellations | | Breakout by product line not available | | | | | $ 1,790,447.92 | $ 6,737,091.69 | 20,555,036.74 | 19,512,894.66 | $ 12,077,156.23 | $ 11,814,368.28 | 12,285,362 |
| Available to Renew (ATR) | | | | | | | $ 42,900,168.65 | $ 209,893,647.56 | $ 355,882,418.24 | $ 255,098,217.47 | $ 223,300,445.82 | $ 199,018,419.32 | 333,683,848 |
| Cancel as % of ATR | | | | | | | 4.17% | 3.21% | 5.78% | 7.65% | 5.41% | 5.94% | 3.68% |
| **JDE** | | | | | | | | | | | | | |
| True Cancellations | | Breakout by product line not available | | | | | 1,051,730.38 | 3,946,688 | 11,394,327 | 11,824,440 | 7,621,079 | 8,594,868 | 12,786,071 |
| Available to Renew (ATR) | | | | | | | 26,756,546.19 | 71,758,001 | 146,092,300 | 92,732,610 | 74,158,701 | 86,805,389 | 151,056,487 |
| Cancel as % of ATR | | | | | | | 3.93% | 5.50% | 7.80% | 12.75% | 10.28% | 9.90% | 8.46% |
| **Total** | | | | | | | | | | | | | |
| True Cancellations | $ 25,000,000.00 | $ 18,900,000.00 | $ 20,900,000.00 | $ 26,100,000.00 | | | 2,842,178.3 | 10,683,779.2 | 31,949,363.8 | 31,337,334.5 | 19,698,235.6 | 20,409,236.2 | 25,071,433 |
| Available to Renew (ATR) | $ 297,619,047.62 | $ 300,000,000.00 | $ 321,538,461.54 | 338,961,038.96 | | | 69,656,714.8 | 281,651,648.3 | 501,974,718.5 | 347,830,827.0 | 297,459,146.9 | 285,823,808.5 | 484,740,336 |
| Cancel as % of ATR | 8.40% | 6.30% | 6.50% | 7.70% | | | 4.08% | 3.79% | 6.36% | 9.01% | 6.62% | 7.14% | 5.17% |

### North America

| | Q3 FY04 | Q4 FY04 | Q1 FY05 | Q2 FY05 | Q3 FY05 | Q4 FY05 | Q1 FY06 | Q2 FY06 | Q3 FY06 | Q4 FY06 | Q1 FY07 | Q2 FY07 | Q3 FY07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Enterprise** | | | | | | | | | | | | | |
| True Cancellations | | | | | | | | | 14,700,148 | 11,786,339 | 7,495,543 | 9,461,888 | 8,633,212 |
| Available to Renew (ATR) | | | | | | | | | 252,939,679 | 167,667,427 | 165,041,024 | 151,497,049 | 266,761,241 |
| Cancel as % of ATR | | | | | | | | | 5.81% | 7.03% | 4.54% | 6.25% | 3.24% |
| **JDE** | | | | | | | | | | | | | |
| True Cancellations | | | | | | | | | 7,211,332 | 6,152,561 | 3,842,578 | 3,172,132 | 9,090,170 |
| Available to Renew (ATR) | | | | | | | | | 91,308,100 | 49,552,567 | 42,378,990 | 46,805,442 | 99,444,001 |
| Cancel as % of ATR | | | | | | | | | 7.90% | 12.42% | 9.07% | 6.78% | 9.14% |
| **Total** | | | | | | | | | | | | | |
| True Cancellations | | | | | | | | | 21,911,480 | 17,938,900 | 11,338,121 | 12,634,019 | 17,723,382 |
| Available to Renew (ATR) | | | | | | | | | 344,247,779 | 217,219,993 | 207,420,014 | 198,302,491 | 366,205,242 |
| Cancel as % of ATR | | | | | | | | | 6.37% | 8.26% | 5.47% | 6.37% | 4.84% |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00103577

1

FY07Q3

| | | USA | Canada | NAS | LAD | APAC | EMEA | Japan | Global |
|---|---|---|---|---|---|---|---|---|---|
| JDE | True Cancellations | 7,007,037 | 2,083,133 | 9,090,170 | 649,918 | 757,157 | 2,162,225 | 126,602 | 12,786,071 |
| | Available to Renew (ATR) | 88,818,315 | 10,625,686 | 99,444,001 | 8,395,321 | 9,566,868 | 31,496,604 | 2,153,693 | 151,056,487 |
| | Cancel as % of ATR | 7.89% | 19.60% | 9.14% | 7.74% | 7.91% | 6.86% | 5.88% | 8.46% |
| Peoplesoft | True Cancellations | 7,734,475 | 898,737 | 8,633,212 | 673,901 | 648,585 | 2,057,903 | 271,762 | 12,285,362 |
| | Available to Renew (ATR) | 249,065,381 | 17,695,860 | 266,761,241 | 8,635,011 | 12,500,163 | 44,121,941 | 1,665,492 | 333,683,848 |
| | Cancel as % of ATR | 3.11% | 5.08% | 3.24% | 7.80% | 5.19% | 4.66% | 16.32% | 3.68% |
| Total | True Cancellations | 14,741,512 | 2,981,870 | 17,723,382 | 1,323,818 | 1,405,741 | 4,220,128 | 398,364 | 25,071,433 |
| | Available to Renew (ATR) | 337,883,696 | 28,321,546 | 366,205,242 | 17,030,332 | 22,067,031 | 75,618,545 | 3,819,185 | 484,740,336 |
| | Cancel as % of ATR | 4.36% | 10.53% | 4.84% | 7.77% | 6.37% | 5.58% | 10.43% | 5.17% |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00103577

FY07Q2

| | | USA | Canada | NAS | LAD | APAC | EMEA | Japan | Global |
|---|---|---|---|---|---|---|---|---|---|
| Enterprise | True Cancellations | 9,461,888 | 598,405 | 10,060,293 | 104,498 | 418,197 | 953,356 | 278,025 | 11,814,368 |
| | Available to Renew (ATR) | 151,497,049 | 12,186,947 | 163,683,995 | 5,680,274 | 7,850,564 | 20,188,062 | 1,615,525 | 199,018,419 |
| | Cancel as % of ATR | 6.25% | 4.91% | 6.15% | 1.84% | 5.33% | 4.72% | 17.21% | 5.94% |
| Enterprise One | True Cancellations | 2,620,185 | 28,309 | 2,648,494 | 44,733 | 302,471 | 3,988,344 | 50,025 | 7,034,068 |
| | Available to Renew (ATR) | 38,116,081 | 5,184,238 | 43,300,319 | 2,270,939 | 2,993,967 | 23,433,209 | 604,677 | 72,603,111 |
| | Cancel as % of ATR | 6.87% | 0.55% | 6.12% | 1.97% | 10.10% | 17.02% | 8.27% | 9.69% |
| World | True Cancellations | 551,947 | 0 | 551,947 | 0 | 0 | 980,694 | 18,477 | 1,560,800 |
| | Available to Renew (ATR) | 8,689,361 | 427,305 | 9,116,666 | 436,558 | 558,270 | 3,880,005 | 210,780 | 14,202,279 |
| | Cancel as % of ATR | 6.35% | 0.00% | 6.05% | 0.00% | 1.73% | 25.28% | 8.77% | 10.99% |
| Total | True Cancellations | 12,634,019 | 626,714 | 13,260,734 | 149,231 | 730,350 | 5,922,394 | 346,527 | 20,409,236 |
| | Available to Renew (ATR) | 198,302,491 | 17,798,490 | 216,100,980 | 8,387,770 | 11,402,801 | 47,501,275 | 2,430,982 | 285,823,808 |
| | Cancel as % of ATR | 6.37% | 3.52% | 6.14% | 1.78% | 6.41% | 12.47% | 14.25% | 7.14% |

Values are SPS only

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00103577

FY07Q1

| | | USA | Canada | NAS | LAD | APAC | EMEA | Japan | Global |
|---|---|---|---|---|---|---|---|---|---|
| Enterprise | True Cancellations | 7,495,543 | 430,323 | 7,925,866 | 388,425 | 603,440 | 3,044,746 | 114,679 | 12,077,156 |
| | Available to Renew (ATR) | 165,041,024 | 12,251,893 | 177,292,917 | 6,859,452 | 9,955,184 | 26,541,726 | 2,651,167 | 223,300,446 |
| | Cancel as % of ATR | 4.54% | 3.51% | 4.47% | 5.66% | 6.06% | 11.47% | 4.33% | 5.41% |
| Enterprise One | True Cancellations | 2,660,061 | 706,964 | 3,367,025 | 217,297 | 83,497 | 1,688,862 | 70,672 | 5,427,353 |
| | Available to Renew (ATR) | 25,229,003 | 4,000,398 | 29,229,400 | 2,132,875 | 2,824,114 | 13,905,902 | 394,619 | 48,486,910 |
| | Cancel as % of ATR | 10.54% | 17.67% | 11.52% | 10.19% | 2.96% | 12.14% | 17.91% | 11.19% |
| World | True Cancellations | 1,182,517 | 166,228 | 1,348,745 | 25,924 | 31,293 | 787,765 | 0 | 2,193,727 |
| | Available to Renew (ATR) | 17,149,987 | 1,313,047 | 18,463,035 | 458,215 | 456,417 | 5,980,022 | 314,102 | 25,671,791 |
| | Cancel as % of ATR | 6.90% | 12.66% | 7.31% | 5.66% | 6.86% | 13.17% | 0.00% | 8.55% |
| Total | True Cancellations | 11,338,121 | 1,303,515 | 12,641,635 | 631,646 | 718,229 | 5,521,373 | 185,352 | 19,698,236 |
| | Available to Renew (ATR) | 207,420,014 | 17,565,338 | 224,985,352 | 9,450,542 | 13,235,714 | 46,427,651 | 3,359,888 | 297,459,147 |
| | Cancel as % of ATR | 5.47% | 7.42% | 5.62% | 6.68% | 5.43% | 11.89% | 5.52% | 6.62% |

Values are SPS only

| | Q1 | Q2 | Q3 | Q4 | |
|---|---|---|---|---|---|
| | 11,338,121 | 12,634,019 | 22,382,308 | 18,376,056 | 6.63% |
| | 207,420,014 | 198,302,491 | 348,163,941 | 222,997,502 | |
| | | | | 64,730,504 | |
| | | | | 976,883,948 | |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00103577

| FY06Q4 | USA | | | Canada | | | NAS | | | LAD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q4 ATR | Q4 Cancellations | Cancellation Rate | Q4 ATR | Q4 Cancellations | Cancellation Rate | Q4 ATR | Q4 Cancellations | Cancellation Rate | Q4 ATR | Q4 Cancellations |
| Enterprise | 167,667,427 | 11,786,339 | 7.03% | 15,938,676 | 209,325 | 1.31% | 183,606,103 | 11,995,664 | 6.53% | 6,351,187 | 599,702 |
| Enterprise One | 27,361,986 | 4,170,937 | 15.24% | 2,232,595 | 127,734 | 5.72% | 29,594,581 | 4,298,671 | 14.53% | 2,467,465 | 374,421 |
| World | 22,190,581 | 1,981,624 | 8.93% | 1,810,394 | 155,779 | 8.60% | 24,000,975 | 2,137,403 | 8.91% | 1,082,736 | 205,954 |
| Advanced Customer Support | 5,777,509 | 437,156 | 7.57% | 717 | 0 | 0.00% | 5,778,226 | 437,156 | 7.57% | 0 | 0 |
| Total | 222,997,502 | 18,376,056 | 8.24% | 19,982,382 | 492,837 | 2.47% | 242,979,884 | 18,868,894 | 7.77% | 9,901,388 | 1,180,077 |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00103577

| EMEA | | | APAC | | | Japan | | | Global | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q4 ATR | Q4 Cancellations | Cancellation Rate | Q4 ATR | Q4 Cancellations | Cancellation Rate | Q4 ATR | Q4 Cancellations | Cancellation Rate | Q4 ATR | Q4 Cancellations | Cancellation Rate |
| 48,958,230 | 5,609,681 | 11.46% | 15,666,896 | 1,307,848 | 8.35% | 515,803 | 0 | 0.00% | 255,098,217 | 19,512,895 | 7.65% |
| 20,637,434 | 3,043,973 | 14.75% | 3,741,498 | 461,020 | 12.32% | 179,209 | 0 | 0.00% | 56,620,188 | 8,178,084 | 14.44% |
| 9,350,638 | 1,079,225 | 11.54% | 1,585,265 | 223,774 | 14.12% | 92,807 | 0 | 0.00% | 36,112,421 | 3,646,356 | 10.10% |
| 299,222 | 268,181 | 89.63% | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 6,077,447 | 705,337 | 11.61% |
| 79,245,524 | 10,001,060 | 12.62% | 20,993,659 | 1,992,641 | 9.49% | 787,819 | 0 | 0.00% | 353,908,274 | 32,042,671 | 9.05% |

(Cancellation Rate leftmost column values: 9.44%, 15.17%, 19.02%, 0.00%, 11.92%)

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00103577

| FY06Q3 | USA | | | Canada | | | NAS | | | LAD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 ATR | Q3 Cancellations | Cancellation Rate | Q3 ATR | Q3 Cancellations | Cancellation Rate | Q3 ATR | Q3 Cancellations | Cancellation Rate | Q3 ATR | Q3 Cancellations |
| Enterprise | 252,939,679 | 14,700,148 | 5.81% | 16,891,667 | 331,851 | 1.96% | 269,831,346 | 15,031,999 | 5.57% | 8,365,720 | 796,007 |
| Enterprise One | 42,519,563 | 2,673,143 | 6.29% | 3,496,438 | 287,362 | 8.22% | 46,016,002 | 2,960,506 | 6.43% | 3,198,014 | 1,167,942 |
| World | 48,788,537 | 4,538,189 | 9.30% | 3,266,333 | 69,194 | 2.12% | 52,054,870 | 4,607,383 | 8.85% | 3,788,425 | 159,355 |
| Advanced Customer Support | 3,916,161 | 470,828 | 12.02% | 717 | 0 | 0.00% | 3,916,878 | 470,828 | 12.02% | 0 | 0 |
| Total | 348,163,941 | 22,382,308 | 6.43% | 23,655,155 | 688,407 | 2.91% | 371,819,096 | 23,070,715 | 6.20% | 15,352,160 | 2,123,304 |

NOTE: Japan does not include Backlog in the ATR value since the Japan PSOFT contracts were not in OKS/OKI at the beginning of the period

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00103577

| EMEA | | | APAC | | | Japan | | | Global | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cancellation Rate | Q3 ATR | Q3 Cancellations | Cancellation Rate | Q3 ATR | Q3 Cancellations | Cancellation Rate | Q3 ATR | Q3 Cancellations | Cancellation Rate | Q3 Cancellations | Cancellation Rate |
| 9.52% | 59,943,090 | 4,182,132 | 6.98% | 16,824,380 | 542,905 | 3.23% | 917,882 | 1,994 | 0.22% | 355,882,418 | 20,555,037 | 5.78% |
| 36.52% | 18,377,296 | 696,954 | 3.79% | 3,919,311 | 348,499 | 8.89% | 425,343 | 55,836 | 13.13% | 71,935,965 | 5,229,736 | 7.27% |
| 4.21% | 13,263,153 | 1,002,662 | 7.56% | 3,788,220 | 307,451 | 8.12% | 1,261,668 | 87,741 | 6.95% | 74,156,335 | 6,164,592 | 8.31% |
| 0.00% | 965,005 | 72,194 | 7.48% | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 4,881,883 | 543,022 | 11.12% |
| 13.83% | 92,548,543 | 5,953,941 | 6.43% | 24,531,911 | 1,198,854 | 4.89% | 2,604,892 | 145,571 | 5.59% | 506,856,602 | 32,492,386 | 6.41% |

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

ORCL00103577