Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 42

# EXHIBIT 41



# ORACLE

## Implications of Maintenance Cancellations on Applications Product Strategy

Ognjen Pavlovic / Mohit Mahendra / Jesper Andersen, Applications Product Strategy

*Global Applications Board – January 19, 2007*

Highly Confidential Information - Attorneys' Eyes Only

# Maintenance is critical to profitability
### High impact on margins which are difficult to quickly replace

1. Oracle's license & maintenance margins are vastly different
   - 10-15% margin for license vs. 84-91% for maintenance

2. Loss of $100mil in maintenance contracts is equivalent to generating ~$470mil in license revenue (4.7x multiplier) to maintain margins

|  | Maint. Contract | | License |
|---|---|---|---|
| 5 YR Model: | [redacted] | Equivalent Margin → | [redacted] |

| for period Q4'06 and Q1'07 | EBS | PSFT | Siebel | JDE E1 | JDE World | Retail |
|---|---|---|---|---|---|---|
| Lic Rev Generated/Lic Rev Required, to replenish lost margin | 488% | 116% | 389% | | | 133% |

\* Detailed model calculation example in the appendix. Both $100mil of maintenance revenue lost and 470mil of license revenue replacement is on Day1. Model extends margin impact over 5years.

ORACLE

*Confidential – For Global Applications Board Only – Please Contact Author for Guidelines on Distribution*

Highly Confidential Information - Attorneys' Eyes Only

ORCL00285577

## Cancellations – By Contract Size (4Q06 - 2Q07)

|  |  | ORCL | PSFT | JDE | Siebel Apps |
|---|---|---|---|---|---|
|  | Cancel$/Cancel% |  |  |  |  |
| By size of contract | Upper Third | $2.5 / 1% | $11.6 / 5% | $10.2 / 12% | $1.1 / 1% |
|  | Middle Third | $6.1 / 2% | $10.5 / 5% | $5.1 / 7% | $3.9 / 4% |
|  | Bottom Third | $17.2 / 6% | $21.3 / 9% | $11.7 / 14% | $5.1 / 6% |
|  | Total Cancel | $26 | $43 | $28 | $10 |
|  | Total ATR | $902 | $692 | $254 | $263 |
|  | Cancel% | 3% | 6% | 11% | 4% |

- Small contracts/small customers => higher churn across all product lines
- JDE => high cancellations across the board
- PSFT cancellations moderate-high
- EBS and Siebel large contracts are very sticky

ORACLE

*Confidential – For Global Applications Board Only – Please Contact Author for Guidelines on Distribution*

Highly Confidential Information - Attorneys' Eyes Only



Highly Confidential Information - Attorneys' Eyes Only

# PSFT Acquisition performance
**Contracts base since acquisition (PSFT + JDE, 6 Qtrs: Q4'05 thru Q1'07)**



- Without adjustments (price/currency), combined contracts base would have declined
- JDE seeing lower replenishment levels than PSFT due to lower license sales and higher cancellation rates. Bottom line=>Not generating enough to cover for maint. losses

ORACLE

Confidential -- For Global Applications Board Only -- Please Contact Author for Guidelines on Distribution

Highly Confidential Information - Attorneys' Eyes Only
ORCL00285583