# EXHIBIT 44
## FILED UNDER SEAL

Dockets.Justia.com