Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 47

# EXHIBIT 46

Dockets.Justia.com



SAP Corporate Finance

# Purchase Price Allocation as of January 19, 2005 induced by the Acquisition of TomorrowNow, Inc., Bryan/USA

1 Preamble ........................................................................................... 2
2 Principles of Purchase Accounting ................................................... 2
   2.1 Purchase Accounting according to US-GAAP ...................... 2
   2.2 Available Information and Disclaimer .................................... 2
3 Description of the Transaction and the acquired Business ............ 3
   3.1 Description of the Transaction ............................................... 3
   3.2 Description of the Business ................................................... 3
4 Valuation of Intangible Assets .......................................................... 4
   4.1 Principles of Valuation of Intangible Assets .......................... 4
      4.1.1 Valuation Approaches for Intangible Assets ................ 4
      4.1.2 Valuation Techniques under the Income Method ........ 4
   4.2 Cost of Capital ....................................................................... 7
      4.2.1 Function of the Discount Rate ..................................... 7
      4.2.2 Weighted Average Cost of Capital .............................. 7
   4.3 Identification and Valuation of Intangible Assets .................. 9
      4.3.1 Marketing-related Intangible Assets ............................ 9
      4.3.2 Customer-related Intangible Assets .......................... 10
      4.3.3 Software and Subscriptions ....................................... 13
      4.3.4 Workforce .................................................................. 13
      4.3.5 Restrictive Covenants ............................................... 14
5 Valuation of Tangible Assets and Liabilities ................................. 14
   5.1 Tangible Fixed Assets ......................................................... 14
   5.2 Accounts Receivable ........................................................... 15
   5.3 Provisions and Liabilities ..................................................... 15
   5.4 Deferred Revenue ............................................................... 15
6 Purchase Price Allocation ............................................................... 15

Thomas Aßmann     Current as of April 4, 2005

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     SAP-OR00005574



| Purchase Price Allocation for the Share Deal of TomorrowNow Inc. | US-GAAP in kUSD |
|---|---:|
| Purchase Price | 10,000.0 |
| Acquisition-related additional charges | 175.9 |
| **Total Purchase Price** | **10,175.9** |
| - Net Assets | 561.3 |
| - Fair Value Maintenance Contracts | -72.3 |
| - Fair Value Customer Relationships | -509.3 |
| - Fair Value Trade Name | -334.8 |
| - Fair Value Covenants | -20.0 |
| + Fair Value Liability resulting from Deferred Revenue | 662.1 |
| **Goodwill** | **10,462.9** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            SAP-OR00005589