Oracle Corporation et al v. SAP AG et al                                                                    Doc. 487 Att. 49

# EXHIBIT 48

Dockets.Justia.com

| | |
|---|---|
| **Message** | |
| From: | Mackey, James [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000065459] |
| Sent: | 12/14/2004 9:06:38 AM |
| To: | Shenkman, Arlen [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000225832] |
| Subject: | FW: TomorrowNow |

FYI

| | |
|---|---|
| From: | Agassi, Shai |
| Sent: | Monday, December 13, 2004 9:05 AM |
| To: | Mackey, James |
| Subject: | RE: TomorrowNow |

Not at all...there is a preference to get someone with real experience and a bunch of customers to boot...

**From:** Mackey, James
**Sent:** Monday, December 13, 2004 2:30 PM
**To:** Agassi, Shai
**Cc:** Brandt, Werner
**Subject:** RE: TomorrowNow

Hi Shai,

We will take a quick look. It appears as if they are based in California and Georgia. I know that there are a couple of companies similar to this in India, one of which is called Hexaware Technologies. Is there a preference for location?

Best,
Jim

| | |
|---|---|
| From: | Agassi, Shai |
| Sent: | Monday, December 13, 2004 7:48 AM |
| To: | Mackey, James |
| Cc: | Brandt, Werner |
| Subject: | TomorrowNow |

Jim,

In continuation to the PSFT ORCL saga, we decided to take a strong look at the possibility of offering PSFT support/maintenance services from SAP starting early 2005. the idea is to take away the maintenance revenue stream away from ORCL. Recent research by IDC showed that 60% of PSFT customers would rather not get maintenance from ORCL if they could.

As such, after consulting with Henning we decided to look for ways we can seed such a group. I found out about the leader in this 3rd party support services, a company call TomorrowNow (www.tomorrownow.com <http://www.tomorrownow.com>) we would like to run a quick cycle on them and see if they can be acquired in a short term. Also please look at alternate possibilities as I know that there are two or three other contenders...

Thanks,

shai



Shenkman
Exhibit 708
6.4.08
Holly Thuman, CSR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         SAP-OR00004915