Oracle Corporation et al v. SAP AG et al                                                                                      Doc. 487 Att. 53

# EXHIBIT 52

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
)
              Plaintiffs, )
)
         vs. ) No. 07-CV-1658 (PJH)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and )
DOES 1-50, inclusive, )
)
             Defendants. )
)

DEPOSITION OF

ARLEN R. SHENKMAN

WEDNESDAY, JUNE 4, 2008

VOLUME 1; PAGES 1 - 320

HIGHLY CONFIDENTIAL

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-409543)

Merrill Legal Solutions
(800) 869-9132

```
09:46:31  1
09:46:35  2        Q.   What was the reason for the speed of the
09:46:41  3   acquisition?
09:46:43  4        A.   To attempt to announce a transaction as
09:46:46  5   close as we could to the Oracle -- Oracle closing
09:46:49  6   the PeopleSoft transaction.
09:46:50  7
09:46:54  8
09:46:55  9
09:46:57 10
09:47:03 11
09:47:08 12
09:47:11 13
09:47:13 14
09:47:15 15
09:47:20 16
09:47:23 17
09:47:27 18
09:47:28 19
09:47:34 20
09:47:37 21
09:47:40 22
09:47:42 23
09:47:43 24
09:47:44 25
```

ARLEN R. SHENKMAN   June 4, 2008
HIGHLY CONFIDENTIAL

Page 319

1  _____, California, this 15 day of
2  July 2008.
3
4
5                              ARLEN R. SHENKMAN
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    CERTIFICATE OF REPORTER
 2          I, HOLLY THUMAN, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell the
 5   truth, the whole truth, and nothing but the truth in the
 6   within-entitled cause; that said deposition was taken
 7   down in shorthand by me, a disinterested person, at the
 8   time and place therein stated, and that the testimony of
 9   the said witness was thereafter reduced to typewriting,
10   by computer, under my direction and supervision;
11          That before completion of the deposition,
12   review of the transcript [X] was [ ] was not requested.
13   If requested, any changes made by the deponent (and
14   provided to the reporter) during the period allowed are
15   appended hereto.
16          I further certify that I am not of counsel or
17   attorney for either or any of the parties to the said
18   deposition, nor in any way interested in the event of
19   this cause, and that I am not related to any of the
20   parties thereto.
21
22          DATED June 9, 2008.
23
24                                  _____
25                                  HOLLY THUMAN, CSR No. 6834
```