Oracle Corporation et al v. SAP AG et al

# EXHIBIT 54

Dockets.Justia.com





EXHIBIT NO. 455

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00009794

## Business and Resource Planning (1)

- **Customer base for TNow Maintenance Services**
  - **54 existing TNow customers, 200 planned for 2005 including JDE, up to 800 in 2009**
  - **2000 joint SAP/PSFT customer as primary focus, 300 covered in 2005**
  - **Overall 500 customers in 2005**
    - Scenario 1: 2000 customers in 2009 (2,5x original TNow planning)
    - Scenario 2: 4000 customers in 2009 (5x original TNow planning)

- **Planning assumptions**
  - **PeopleSoft Enterprise (20 FTE per 100 customers)**
    - 15:1 customers per Primary Support Engineer, 7 PSE per 100
    - 7,5:1 customers per Development Support Engineer, 13 DSE per 100
  - **PeopleSoft Enterprise One and World (30 FTE per 100 customers)**
    - 10:1 customers per PSE (in 2005/2006), 10 PSE per 100
    - 5:1 customers per DSE (in 2005/2006), 20 DSE per 100
    - Assuming PeopleSoft Enterprise planning ratios for 2009



© SAP AG 2005, Title of Presentation / Speaker Name / 24          THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY