Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 56

# EXHIBIT 55

Dockets.Justia.com

THOMAS GENE HURST II        April 30, 2008
HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

ORACLE CORPORATION, a
Delaware corporation, ORACLE
USA, INC., a Colorado
corporation, and ORACLE
INTERNATIONAL CORPORATION, a
California corporation,

    Plaintiffs,

  vs.                                  No. 07-CV-1658 (PJH)

SAP AG, a German
corporation, SAP AMERICA,
INC., a Delaware
corporation, TOMORROWNOW,
INC., a Texas corporation,
and DOES 1-50, inclusive,

    Defendants.
_____/

Rule 30(b)(6) Deposition of

THOMAS GENE HURST II

Volume I, Pages 1-282

Wednesday, April 30, 2008

HIGHLY CONFIDENTIAL

REPORTED BY:  JOHN WISSENBACH, CSR 6862   (01-408572)

Merrill Legal Solutions
(800) 869-9132

11:19:42  1
11:19:44  2
11:19:48  3
11:19:48  4
11:19:49  5
11:19:49  6
11:19:53  7       Q.  Does this confirm that from the inception
11:19:58  8   of the acquisition of TomorrowNow by SAP, that SAP
11:20:03  9   featured TomorrowNow prominently in its Safe Passage
11:20:03 10   program?
11:20:05 11       MR. McDONELL:  Vague and ambiguous,
11:20:06 12   argumentative, document speaks for itself.
11:20:12 13       THE WITNESS:  Yes, it does.
11:20:12 14
11:20:14 15
11:20:16 16
11:20:19 17
11:20:22 18
11:20:25 19
11:20:28 20
11:20:31 21
11:20:34 22
11:20:37 23
11:20:39 24
         25

```
15:14:56   1
15:14:56   2
15:14:58   3
15:15:07   4
15:15:11   5
15:15:15   6
15:15:16   7
15:15:16   8
15:15:17   9
15:15:18  10
15:15:31  11
```

15:15:35  12          And if you turn to the second page, there's
15:15:39  13    a reference under 12 that "Starting in 2006,
15:15:42  14    TomorrowNow has two programs, each specifically
15:15:47  15    designed to avoid any SAP VSOE issues."  One is "The
15:15:51  16    'Sunset' program is specifically designed for 'zero
15:15:55  17    dollar' pure Safe Passage transactions.  In a pure
15:15:58  18    Safe Passage deal, the customer does not pay any
15:16:01  19    fees to TomorrowNow as part of the Safe Passage
15:16:03  20    transaction.  In this case a customer does not have
15:16:06  21    the right to upgrade to new releases."
15:16:09  22          And then the second is, quote, "The
15:16:13  23    'Standard' program is can be used either stand-alone
15:16:16  24    or in conjunction with an SAP transaction, and in
          25    this case the customer pays TomorrowNow directly at

THOMAS GENE HURST II        April 30, 2008
HIGHLY CONFIDENTIAL

Page 210

| | | |
|---|---|---|
| 15:16:22 | 1 | the 50 percent off current Oracle fees.  Under the |
| 15:16:25 | 2 | standard program, a customer may upgrade while using |
| 15:16:27 | 3 | TomorrowNow support services." |
| 15:16:29 | 4 | Are you -- are you familiar with those two |
| 15:16:30 | 5 | programs? |
| 15:16:34 | 6 | A.  Yes, I am. |
| 15:16:40 | 7 | Q.  And did those start in 2006? |
| 15:17:02 | 8 | MR. McDONELL:  Compound. |
| 15:17:03 | 9 | THE WITNESS:  Yes, I believe in -- starting |
| 15:17:06 | 10 | in 2006, that's when there was two options |
| 15:17:07 | 11 | available. |
| 15:17:07 | 12 | |
| 15:17:10 | 13 | |
| 15:17:12 | 14 | |
| 15:17:15 | 15 | |
| 15:17:19 | 16 | |
| 15:17:26 | 17 | |
| 15:17:29 | 18 | |
| 15:17:37 | 19 | |
| 15:17:39 | 20 | |
| 15:17:41 | 21 | |
| 15:17:43 | 22 | |
| 15:17:44 | 23 | |
| 15:17:45 | 24 | |
| | 25 | |

```
 1      5:16 p.m.)
 2                          ---oOo---
 3          I declare under penalty of perjury that the
 4      foregoing is true and correct.  Subscribed at
 5      Palo Alto        , California, this  20  day of
 6      May              , 2008.
 7
 8                       _____
 9                       Signature of the witness
10
```

HIGHLY CONFIDENTIAL

```
 1            CERTIFICATE OF REPORTER
 2        I, JOHN WISSENBACH, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell
 5   the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7        That said deposition was taken down in
 8   shorthand by me, a disinterested person, at the time
 9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13        That before completion of the deposition,
14   review of the transcript [X] was [ ] was not
15   requested.  If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18        I further certify that I am not of counsel
19   or attorney for either or any of the parties to the
20   said deposition, nor in any way interested in the
21   event of this cause, and that I am not related to
22   any of the parties thereto.
23        DATED: 5/5/08
24
25        JOHN WISSENBACH, CSR No. 6862
```

282