Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 57

# EXHIBIT 56

Dockets.Justia.com

THOMAS GENE HURST II    September 10, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 07-CV-1658 (PJH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RULE 30(b)(6) Videotaped Deposition of

THOMAS GENE HURST II

Volume III, Pages 489-585

Thursday, September 10, 2009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: SARAH LUCIA BRANN, CSR 3887    (#422802)

Merrill Legal Solutions
(800) 869-9132

```
10:19:11   1
10:19:14   2
10:19:18   3
10:19:21   4
10:19:23   5
10:19:23   6
10:19:26   7         Q.   At some point in time Safe Passage was
10:19:28   8    expanded to include offerings for Siebel customers;
10:19:32   9    right?
10:19:33  10         A.   Yes, it was.
10:19:34  11         Q.   When was that?
10:19:34  12         A.   The time frame was around
10:19:38  13    September-October of 2005.
10:19:40  14         Q.   And what prompted that decision?
10:19:42  15         A.   The acquisition of Siebel by Oracle.
10:19:46  16         Q.   Anything else?
10:19:49  17         A.   Siebel had always been a competitor, and
10:19:51  18    so there was always a certain amount of competition,
10:19:56  19    you know, trying to go after certain customers.  But
10:19:59  20    when the acquisition was announced, that's when we
10:20:01  21    decided to move forward with the Siebel Safe Passage
10:20:04  22    program.
10:20:05  23
10:20:07  24
10:20:11  25
```

```
 1                CERTIFICATE OF REPORTER
 2           I, SARAH LUCIA BRANN, a Certified
 3   Shorthand Reporter, hereby certify that the witness
 4   in the foregoing deposition was by me duly sworn to
 5   tell the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7           That said deposition was taken in
 8   shorthand by me, a disinterested person, at the time
 9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13           That before completion of the deposition,
14   review of the transcript [X] was [ ] was not
15   requested.  If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18           I further certify that I am not of counsel
19   or attorney for either or any of the parties to the
20   said deposition, nor in any way interested in the
21   event of this cause, and that I am not related to
22   any of the parties thereto.
23           DATED:  September 14, 2009
24           _____
25           SARAH LUCIA BRANN, CSR No. 3887
```

584

Merrill Legal Solutions 415.357.4300