# EXHIBIT 58

Dockets.Justia.com

A5.26



Supervising + first Feb ⟵ Summary / P&L / KPI

→ Actual ?oe
→ Contract Pct → Rev.
→ ~~Speeds / Availability~~ → /2010
(How / When on will achieve 30+)

→ 2007 / 2008 / 2009
→ Expiry — ORM
— Contract
— Revenue

EXHIBIT NO. 450
jmsteno.com

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY          SAP-OR 00001541

## Management Summary – TomorrowNow

*draft, for discussion purposes only*

**Value Proposition**

*Customer View*
- Offer lower priced 24x7 maintenance alternative to PeopleSoft, JD Edwards, and Siebel customers with 50% savings on current support and maintenance fees
- Provide those customers with a choice to migrate to SAP (at their own pace)

*SAP View*
- Serves as bridge for future SAP license business for (smaller, not SAP-minded customers)
- Hurt Oracle by taking away maintenance revenue

**Business Case Analysis**
- TomorrowNow established as cornerstone of the Safe Passage Program
  - Safe Passage pipeline (264 opportunities currently in process), TomorrowNow pipeline (872 open opportunities), and revenues justify the cost of the acquisition and additional operating expenses
  - Installed base grown to 193 customers with 161 TomorrowNow customer contracts signed in the first ten months of 2006 (106 new contracts and 55 renewals in 2005; 121 signed in 2005 with 75 new deals and 46 renewals)
  - € 25.7 million reduction of Oracle maintenance revenue in the first ten months of 2006 (€ 36.5 million in total including 2005)
  - € 6.9 million TomorrowNow stand-alone revenue in the first ten months of 2006 (€ 3.5 million in 2005)

**Lessons Learned**
- Field: Another year needed to finalize global alignment with SAP Sales organization
- Marketing: Oracle Disruption Campaign Q3/2006 resulted in high lead success rate for TomorrowNow, i.e. high return on marketing investments
  - Oracle Turn up the Heat Campaign resulted in 150+ opportunities for TomorrowNow (15 contracts signed)
- F&A: Globalization of business in cooperation with SAP regions is a challenge and was underestimated as such → Need to actively manage regional shared services for TNow

**Conclusion**
- TomorrowNow is a strategic asset and serves as strategic weapon against Oracle
  - Take away maintenance revenue from Oracle
  - Create pre-pipeline of future SAP customers
- TomorrowNow still operates at a loss in 2006 but Break-even is expected for 2008 after completion of globalization and business scoping in 2007 (in line with board assumption to become a profitable business within 2-3 years after acquisition)



© SAP AG 2005, Title of Presentation / Speaker Name / 25

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY         SAP-OR 00001542