Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 60

# EXHIBIT 59

![SAP logo]

○ Section  ● SAP.com   [Search]

Home   Country Sites   Log In   Create New Profile   Contact SAP

Your Resource Center

- Industries
- Solutions  ^
- Services  ^
- Platform  ^
- Ecosystem & Partners
- About SAP
- Press Room
- PR Contacts
- Press Fact Sheets
- SAP INFO Magazine
- Headquarters Images

## SAP PROVIDES SAFE PASSAGE FOR ITS CUSTOMERS RUNNING PEOPLESOFT AND JD EDWARDS SOLUTIONS

PeopleSoft and JD Edwards Customers to Be Served with Maintenance Support through SAP, along with SAP NetWeaver.™

*Integration Infrastructure and a Clear Road Map for Software Migration to mySAP™ ERP*

WALLDORF, Germany - January 19, 2005 - SAP AG (NYSE: SAP) today announced a comprehensive offering for SAP customers running solutions from PeopleSoft and JD Edwards (JDE) with a flexible road map that includes SAP® applications, technology and maintenance services. The offering provides companies a safe passage away from the uncertainties arising out of the acquisition of those software brands by Oracle Corporation and a clear road map to assist these companies in evolving to the next generation of business software.

In making the announcement, SAP revealed that it had acquired TomorrowNow, the industry's most experienced third-party support provider of enterprise maintenance and support for customers of PeopleSoft and JDE. TomorrowNow is headquartered in Bryan, Texas. Terms of the deal were not disclosed.

The SAP offering includes maintenance and software support for PeopleSoft and JDE solutions through TomorrowNow and will initially be directed at companies who are already joint SAP customers. The offer will provide these customers with the comfort and flexibility to plan their maintenance and software migration strategies at their own pace.

Under this SAP safe passage program, organizations running PeopleSoft and JDE will be able to quickly extend their IT infrastructure with the SAP NetWeaver™ platform, which includes connectors for JDE and PeopleSoft solutions. As a result, these organizations will benefit from an integration of their entire IT landscape with one open platform that enables flexible business processes across the entire company. Customers will gain the benefit of SAP NetWeaver and safe passage maintenance support by licensing mySAP™ ERP, SAP's best-in-class ERP solution, or any other solution in mySAP™ Business Suite. License terms will provide for substantial recognition of the value of PeopleSoft and JDE software licenses, providing companies with the additional comfort of investment protection.

SAP indicated that there are approximately 2,000 companies globally running SAP solutions who also have headquarters, plant facilities, subsidiaries and satellite operations running PeopleSoft and JDE solutions. SAP said this new offer would be particularly attractive to existing

EXHIBIT
154
Hurst  4/30/08
PENGAD 800-631-6989

SAP clients who are now forced to deal with the challenges of figuring out what to do about the PeopleSoft and JDE solutions running somewhere in their extended enterprise.

In making the announcement, SAP said its "safe passage program" was a considerably better opportunity for customers than other third-party offerings because:

- SAP assumes the maintenance, service and support issues across the customer's SAP and PeopleSoft/JDE environment;
- Customers gain immediate integration benefits from SAP NetWeaver, which will allow them to extend the life of their existing investments in PeopleSoft and JDE;
- SAP has defined a clear road map for migration to best-in-class business software, as well a services-oriented platform to drive business innovation via next-generation applications like SAP xApps™ packaged composite applications.

"Our first priority is assuring SAP customers that their relationship with SAP protects them from this disruption, and it is clear that companies running PeopleSoft and JDE solutions have serious concerns about the future of those software packages and how they will be supported," said Bill McDermott, president & CEO, SAP America, Inc. "As the trusted advisor and business software solutions leader, SAP can bring comfort and choice to this situation by offering our customers reliable long-term maintenance while providing a comprehensive road map to next-generation enterprise solutions. On the one hand, we can offer companies protection for their PeopleSoft and JD Edwards investments, and, on the other hand, we can provide safe passage for customers as they migrate and consolidate their systems environment."

**About SAP**

SAP is the world's leading provider of business software solutions*. Today, more than 24,450 customers in over 120 countries run more than 84,000 installations of SAP® software—from distinct solutions addressing the needs of small and midsize businesses to enterprise-scale suite solutions for global organizations. Powered by the SAP NetWeaver™ platform to drive innovation and enable business change, mySAP™ Business Suite solutions are helping enterprises around the world improve customer relationships, enhance partner collaboration and create efficiencies across their supply chains and business operations. SAP Industry solutions support the unique business processes of more than 25 industry segments, including high tech, retail, public sector and financial services. With subsidiaries in more than 50 countries, the company is listed on several exchanges, including the Frankfurt stock exchange and NYSE under the symbol "SAP." (Additional information at <http://www.sap.com>)

(*) SAP defines business software solutions as consisting of enterprise resource planning and related software solutions such as supply chain management, customer relationship management, product lifecycle management and supplier relationship management.

Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "anticipate," "believe," "estimate," "expect," "forecast," "intend," "may," "plan," "project," "predict," "should" and "will" and similar expressions as they relate to SAP are intended to identify such forward-looking statements. SAP undertakes no obligation to publicly update or revise any forward-looking statements. All forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from expectations. The factors that could affect SAP's future financial results are discussed more fully in SAP's filings with the U.S. Securities and Exchange Commission ("SEC"), including SAP's Annual Report on Form 20-F for 2003 filed with the SEC on March 23, 2004. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of their dates.

Copyright © 2005 SAP AG. All rights reserved.
SAP, R/3, mySAP, mySAP.com, xApps, xApp, SAP NetWeaver and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP AG in Germany and in several other countries all over the world. All other

SAP - SAP Provides Safe Passage for Its Customers Running PeopleSoft and JD Edwards Solutions

Page 3 of 3

product and service names mentioned are the trademarks of their respective companies. Data contained in this document serve informational purposes only. National product specifications may vary.

For customers interested in learning more about SAP products:
Global Customer Center: +49 180 534-34-24
United States Only: 1 (800) 872-1SAP (1-800-872-1727)

For more information, press only:
Markus Berner, +49 6227 7-42548, markus.berner@sap.com, CET
Bill Wohl, +1 (610) 661-3311, william.wohl@sap.com, EST
Lindsey Held, +1 (650) 320-3542, lindsey.held@sap.com, PST

Want to learn more? Contact the SAP sales office nearest you.

Save   Share

Investors  Careers  Inside Access  Communities  Contact SAP
Copyright/Trademark  Privacy  Impressum  Using SAP.com  Text-Only View  Print View

Questions or comments about the Web site?
Contact the webmaster@sap.com