# EXHIBIT 60

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

- - - - - - - - - - - - - - - - - -

ORACLE CORPORATION, a Delaware )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
)
                Plaintiffs, )
     v. ) Case No.
) 07-CV-01658 PJH (EDL)
)
SAP AG, a German corporation, SAP )
AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, INC., )
a Texas corporation, and DOES )
1-50, inclusive, )
)
                Defendants. )

- - - - - - - - - - - - - - - - - - -

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF MR. GERHARD OSWALD

VOLUME I

Wednesday, December 10, 2008

AT: 8:52 a.m.

Taken at:

Bingham McCutchen LLP
41 Lothbury

London EC2R 7HF

UNITED KINGDOM

Merrill Legal Solutions
(800) 869-9132

| Time | # | |
|---|---|---|
| 12:54:06 | 1 | Q. And if you turn to the next page, the strategy |
| 12:54:09 | 2 | page on page 2050, the goal is listed as: |
| 12:54:20 | 3 | "Our goal is to convert the majority of the |
| 12:54:22 | 4 | PeopleSoft and J.D. Edwards customer base to SAP and contain |
| 12:54:28 | 5 | Oracle's potential growth in the next generation application |
| 12:54:31 | 6 | market." |
| 12:54:55 | 7 | A. Yes. |
| 12:54:56 | 8 | Q. And that was SAP's goal at the time; correct? |
| 12:55:02 | 9 | A. Yes. |
| 12:55:03 | 10 | |
| 12:55:06 | 11 | |
| 12:55:19 | 12 | |
| 12:55:24 | 13 | |
| 12:55:27 | 14 | |
| 12:55:29 | 15 | |
| 12:55:34 | 16 | |
| 12:55:40 | 17 | |
| 12:55:45 | 18 | |
| 12:55:50 | 19 | |
| 12:55:54 | 20 | |
| 12:56:59 | 21 | |
| 12:57:03 | 22 | |
| 12:57:20 | 23 | |
| 12:57:21 | 24 | |
| 12:57:26 | 25 | |

```
13:46:40   1
13:46:46   2
13:47:22   3
13:47:26   4
13:47:30   5
13:47:36   6
13:47:39   7
13:47:51   8            Q.   And the ultimate goal was to try to get the
13:47:54   9   TomorrowNow customers to become SAP applications customers;
13:47:55  10   correct?
13:48:01  11            A.   That's correct.
13:48:04  12
13:48:15  13
13:48:19  14
13:48:24  15
13:48:39  16
13:48:44  17
13:48:50  18
13:49:09  19
13:49:11  20
13:49:13  21
13:49:18  22
13:49:36  23
13:49:37  24
13:49:42  25
```

GERHARD OSWALD  December 10, 2008
HIGHLY CONFIDENTIAL

Page 170

CERTIFICATE OF DEPONENT

I, GERHARD OSWALD, hereby certify that I have read the foregoing pages, numbered 1 through 172, of my deposition of testimony taken in these proceedings on Wednesday, December 10, 2008, and, with the exception of the changes listed on the next page and/or corrections, if any, find them to be a true and accurate transcription thereof.

Signed: _____

Name: GERHARD OSWALD

Date: 17. JAN. 2009