Oracle Corporation et al v. SAP AG et al

Doc. 487 Att. 62

# EXHIBIT 61

Dockets.Justia.com



# Safe Passage:
## Winning Customers and Markets From Oracle-PeopleSoft-J.D. Edwards

January 20, 2004

CONFIDENTIAL

SAP

THE BEST-RUN BUSINESSES RUN SAP

EXHIBIT 595

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR 00299495

Case4:07-cv-01658-PJH   Document487-63   Filed09/23/09   Page3 of 3

## The Goal

Convert approximately 50% of the PeopleSoft and J.D. Edwards customer installations to SAP (100% of shared customers)

- Disrupt Oracle's ability to pay for the acquisition out of cash flow
- Shrink their share of the application market
- Discredit their efforts to create a next-generation application platform



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR 00299500