Oracle Corporation et al v. SAP AG et al                                                                                              Doc. 487 Att. 65

# EXHIBIT 64

Dockets.Justia.com

Case4:07-cv-01658-PJH Document487-66 Filed09/23/09 Page2 of 3

**TOMORROW NOW**


EXHIBIT 153 Hurst

# Safe Passage with TomorrowNow Support

## SAP AE FAQ's -- Regarding TomorrowNow Support Services

**1. What does TomorrowNow offer?**
TomorrowNow Support Services replace Oracle-PeopleSoft Annual Maintenance and Support. TomorrowNow Support Services include fixes and support for serious application issues, and tax & regulatory updates.

**2. What is a serious application issue?**
It's a product defect ("bug") that seriously impacts the client's ability to process, or causes the failure of a material feature or function.

**3. How can you support for PeopleSoft and JD Edwards products?**
Legally, customers have the license right to customize and maintain their applications.

<u>Application Source Code</u>
Customers have a perpetual license with access to the application source code. TomorrowNow acts as an agent (consultant) to maintain and/or modify the applications. The work performed by TomorrowNow is consulting, in the same fashion as IBM or Accenture, but it is highly specialized to fix serious application issues and to provide tax and regulatory updates.

<u>PeopleTools, JD Edwards Foundation Code and Third-Party Products</u>
We provide product support for PeopleTools, JD Edwards Foundation Code, and Third-Party Products. However, since the customer does not have the source code to these products, TomorrowNow cannot create any new fixes to the compiled code, and will then make changes in other ways. It is important to note that these mission critical errors do not typically occur in these stable, mature technology products. In fact, since entering the business in 1998, TomorrowNow management has not encountered a serious issue that could not be resolved.

**4. How do you overcome the need for JD Edward SPC's (Software Protection Codes)**
SPC's are part of the perpetual license agreement and not the support agreement. Customers should continue to obtain these codes as needed from Oracle (they are on-line) in accordance with the terms of each customer's perpetual license agreement. Note: PeopleSoft Enterprise products do not use Software Protection Codes.

**5. Do you support customers world-wide?**
Yes. Currently, the majority of TomorrowNow customers are North American. However, through 2005 TomorrowNow opened offices in Amsterdam, the UK, and Singapore. TomorrowNow can and does support global operations in over 12 languages. As a member of the SAP family of companies, TomorrowNow also leverages SAP's global infrastructure to further extend and expand coverage.

**6. What's the difference between Application Management / Hosting and TomorrowNow Support Services?**
TomorrowNow Support Services replaces Oracle-PeopleSoft Annual Maintenance & Support; ASP's do not. TomorrowNow's services complement ASP's and Hosting Companies services - -they do not compete.

Applications Management Services vendors (e.g., EDS, IBM AoD) require a customer to have annual maintenance and support for the programs being serviced. Today, TomorrowNow works with ASP's EDS, IBM AoD, Summit Technology, and USi to provide TomorrowNow maintenance & support for some of their customers.

**7. Does TomorrowNow provide general consulting services?**
TomorrowNow does not compensation it's AE's to sell hourly services. However, TomorrowNow does provide consulting upon customer request for specialized projects (e.g., upgrades, maintenance of customizations). We do not compete with our Systems Integration partners. When possible, TomorrowNow will help refer clients to proven, reliable consulting organizations that can assist clients.

**8. Do you have competitors?**
Oracle-PeopleSoft is our only full competitor for PeopleSoft Enterprise. For J.D. Edwards there are a few small shops trying to enter the market, but they do not have a proven track record. There are a few general consulting firms that offer some individual services in an attempt to be a "me too" competitor to TomorrowNow. However, only Oracle-PeopleSoft has equivalent or more experience in support programs, number of support clients services, and overall experience in servicing PeopleSoft and JD Edwards products.

CONFIDENTIAL INFORMATION

TN-OR 00003204



**9. What releases and platforms do you support?**

**PeopleSoft Enterprise**
- TomorrowNow supports organizations operating on all PeopleSoft Enterprise releases from 7.0 to 8.9.
- HCM, Financials, CRM, SCM, SRM, Service Automation and Campus Solutions product lines.
- The only Enterprise product that TomorrowNow will not support is the Student Administration product utilized by universities. Note that SA support is planned and will be provided in 2007.

**JD Edwards World and EnterpriseOne (OneWorld)**
- TomorrowNow supports organizations operating on PeopleSoft World or EnterpriseOne (OneWorld)
- EnterpriseOne (OneWorld): Customer Order Management, Logistics, Manufacturing, HCM, Financials, Project Management and Asset Lifecycle Management product lines.
- World: Distribution, Financial, Human Capital and Manufacturing Management product lines.

Note: Oracle-PeopleSoft renamed JD Edwards products, e.g. OneWorld = EnterpriseOne. Customers may use JD Edwards original names. If you have a question please contact TomorrowNow.

**Supported Platforms**
- TomorrowNow offers all platforms that were certified by PeopleSoft and JD Edwards.
- Including: Oracle, Microsoft SQL Server, Sybase, Informix and IBM iSeries (AS400) and DB2.

**10. Do you offer Service Level Agreements (SLA's)?**
Our SLA commits to a first live conversation with a support engineer within 30 minutes of a client call or web report of a serious issue, 24x7x365. This is a higher level than is offered by Oracle.

**11. If a customer is not ready to select Safe Passage, are they stuck with Oracle-PeopleSoft?**
No. They can terminate their agreement with Oracle and contract with TomorrowNow for maintenance & support at a significant savings from their current Oracle annual maintenance fees.

**12. Are there any VSOE or "carve out" issues if TomorrowNow closed a transaction at the same time as SAP?**

Starting in 2006, TomorrowNow has **TWO** programs, each specifically designed to **avoid any SAP VSOE issues**.
- The "Sunset" program is specifically designed for "zero dollar" pure Safe Passage transactions. In a pure Safe Passage deal, the customer does not pay any fees to TomorrowNow as part of the Safe Passage transaction. In this case a customer does NOT have the right to upgrade to new releases.
- The "Standard" program is can be used either Stand-alone or in conjunction with an SAP transaction, and in this case the customer pays TomorrowNow directly at the 50% off current Oracle fees. Under the standard program, a customer may upgrade while using TomorrowNow support services.

---

### Highlights of TomorrowNow Support Services

**Longer Support Periods**

Note: Our goal is to move customers to mySAP as rapidly as possible.
- Support Period with No Required Upgrades:     Up to Ten Years or 2013
- Application Fixes for Serious Issues:         Up to Ten Years or 2013
- Tax & Regulatory Updates:                     Up to Ten Years or 2013
- Upgrade Script Support & Fixes:               Up to Ten Years or 2013

**More Responsive Service**
- Named, Senior Primary Support Engineer:       Every Client
- 24x7x365 Support Coverage:                    Every Client
- Thirty (30) Minute Support Engineer Response: Every Client

**Lower Annual Maintenance & Support Fees**
- "Sunset for Safe Passage" - Under the Safe Passage program SAP offers TomorrowNow Support Services at NO COST as part of the SAP Safe Passage license transaction.
- "Standard TomorrowNow Support Services" - For customers who are not ready to license SAP, TomorrowNow can support PeopleSoft and JD Edwards product at 50% of the cost of Oracle — a significant savings from their current Oracle annual maintenance fees.

---

CONFIDENTIAL INFORMATION        TN-OR 00003205