Oracle Corporation et al v. SAP AG et al                                                                                    Doc. 487 Att. 67

# EXHIBIT 66

Dockets.Justia.com

# AE Hot Topics Briefing:
## Using TomorrowNow to help you replace Oracle

Speaker : Bob Geib

Title : Senior Vice President

Date: 1 March 2007

THE BEST-RUN BUSINESSES

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TN-OR00412503

## WHY use TomorrowNow?

- **Open doors into the account**
  - Position you as a trusted advisor
  - Build a relationship with the customer for future sales
  - Competitive intelligence & **data on future ERP plans**

- **Create license opportunities**
  - Creates $$$ / capital **to invest in SAP** apps
  - TomorrowNow slashes Oracle support cost in half

- **Divorce the customer from Oracle**
  - Take Oracle out of incumbent vendor position
  - Level the playing field created for SAP
  - CAUTION: **A** "do nothing" **decision is a WIN for Oracle**

- **Earn additional cash**
  - 2.5% SPIF **paid to SAP AE's** for every TN support contract

**Bottom Line:** *This is a <u>win</u> for everyone – SAP, TomorrowNow, you, but most importantly… the customer.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TN-OR00412503

# Fiscal Value - Example Savings

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |  |
|---|---|---|---|---|---|---|---|
|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Total |
| **Oracle Model** |  |  |  |  |  |  |  |
| Maintenance Payment | 430,000 | $451,500 | 474,075 | $497,779 | $522,668 | $ 548,801 | $ 2,924,823 |
| Upgrade to 8.8 |  | $250,000 |  |  |  |  | $ 250,000 |
| Upgrade to 8.9 |  |  |  |  | $250,000 |  | $ - |
| Upgrade to 9.x |  |  |  |  |  |  | $ 250,000 |
| Testing Bundles and Fixes | $ 45,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 270,000 |
|  |  |  |  |  | Total |  | $ 3,694,823 (5% increase) |
| **TomorrowNow Model** |  |  |  |  |  |  |  |
| Maintenance Payment | $215,000 | $225,750 | $237,038 | $248,889 | $261,334 |  | $ 1,188,011 |
| Credit on unused modules (est.) |  |  |  |  |  |  | $ - |
| Upgrade to 8.8 |  | Not required |  |  |  |  |  |
| Upgrade to 8.9 |  |  |  | Not required |  |  |  |
| Upgrade to 9.x |  |  |  |  | Not required |  |  |
| Testing Bundles and Fixes |  |  |  | Not required |  |  |  |
|  |  |  |  |  | Total |  | $ 1,188,011 (5% increase) |

**5 Year Savings:** $2,506,812

THE BEST-RUN BUSINESS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TN-OR00412503

# Fiscal Value - Example Savings

## Huge Savings to Fund SAP Projects

TomorrowNow saves its clients 50% off their maintenance fees year after year. That quickly adds up to huge savings that they can use to purchase SAP, which improves your ability to win deals. Take a look at these examples:

### BORDERS.
(A PeopleSoft customer; 35,500 employees; $4M annual sales)

**$2 M SAVED**

SAP and TomorrowNow worked together to cut Border's $380,000 maintenance bill in half. In just five years, TomorrowNow will save them just less than $1 million dollars in maintenance fees. More importantly to the customer—by using TomorrowNow they avoided a major upgrade to a new PeopleSoft release, which saved them close to another $1 million. Combined, these savings were **enough to fund their SAP migration.**

### ArvinMeritor.
(A PeopleSoft customer; 31,000 employees; $8M annual sales)

**$1.5 M SAVED**

Oracle wanted to retain Arvin Meritor. TomorrowNow offered its maintenance program, which saved Arvin Meritor $317,000 a year, and more importantly "divorced" this customer from Oracle. As a result, in just over just five years, Arvin Meritor will have saved $1.5 million. This money is **now available to purchase SAP applications.**



THE BEST-RUN BUSINESSES

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TN-OR00412503