# EXHIBIT 67

Dockets.Justia.com

Message

| | |
|---|---|
| **From:** | Agassi, Shai [/O=SAP/OU=AMERICA2/CN=RECIPIENTS/CN=000000115784] |
| **Sent:** | 1/6/2005 1:54:13 PM |
| **To:** | Mackey, James [/O=SAP/OU=AMERICA1/cn=Recipients/cn=000000065459] |
| **CC:** | Shenkman, Arlen [/O=SAP/OU=AMERICA1/cn=Recipients/cn=000000225832] |
| **Subject:** | RE: TNow |
| **Sensitivity:** | Private |

The press release on this deal will be the cheapest advertising we have ever got... And ORCL's share price will probably go down by 10% that same minute...

---

**From:** Mackey, James
**Sent:** Thursday, January 06, 2005 11:53 AM
**To:** Agassi, Shai
**Cc:** Shenkman, Arlen
**Subject:** RE: TNow
**Sensitivity:** Private

After we sign the non-binding term sheet we are going to need at least a week to fully analyze the legal risks, of which there are a few. Think we have some solutions though for the best way to integrate them and the service they currently provide if legal supports moving forward.

---

**From:** Agassi, Shai
**Sent:** Thursday, January 06, 2005 2:33 PM
**To:** Mackey, James
**Cc:** Shenkman, Arlen
**Subject:** RE: TNow
**Sensitivity:** Private

I love it when we muscle through one of these. Great job! Leave some money on the table after they accept so that we can make them feel welcome and appreciated...

Where is legal due diligence on this deal. Henning sees legal as a show stopper...

s

---

**From:** Mackey, James
**Sent:** Thursday, January 06, 2005 11:31 AM
**To:** Agassi, Shai
**Cc:** Shenkman, Arlen
**Subject:** TNow
**Sensitivity:** Private

Just spoke with them. They will most likely do the deal for 8, all up front and via a stock deal. They came down to 10 already and are probably willing to come down even farther. Should not be an issue to do a stock deal since there is no IP to transfer to Germany and we want a separate entity to shield liability.



CONFIDENTIAL INFORMATION                                                                                                                 SAP-OR00503908

Business case will be sent tomorrow for you, Gerd, Henning and Werner's approval.

CONFIDENTIAL INFORMATION

SAP-OR00503909