Oracle Corporation et al v. SAP AG et al                                    Doc. 487 Att. 69

# EXHIBIT 68

Dockets.Justia.com

| | |
|---|---|
| Message | |
| From: | Agassi, Shai [/O=SAP/OU=AMERICA2/CN=RECIPIENTS/CN=000000115784] |
| Sent: | 12/26/2004 1:51:22 AM |
| To: | Shenkman, Arlen [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000225832] |
| CC: | Mackey, James [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000065459]; Brandt, Werner [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000105438]; Word, Jeffrey [/O=SAP/OU=AMERICA2/CN=RECIPIENTS/CN=000000064566] |
| Subject: | RE: TomorrowNow Financials (Confidential) |

He is going to be in higher demand these days. Aim for an earn out method of valuation. What is his current margin?

-----Original Message-----
From: Shenkman, Arlen
Sent: Thursday, December 23, 2004 7:23 PM
To: Agassi, Shai
Cc: Mackey, James; Brandt, Werner; Word, Jeffrey
Subject: RE: TomorrowNow Financials (Confidential)

Hello Shai,

As I mentioned yesterday, I spoke with the CFO of TomorrowNow to get a feel for management's view on an acceptable valuation range for the Company. They believe that the appropriate value of the Company is somewhere between 2.5 and 3 times projected 2005 revenues, which are expected to grow from $2.6 million this year to approximately $6 million next year. This places management's value of the Company between $15 and $18 million, a multiple of 5.8 and 6.9 times 2004 revenues. The CFO believes the Company can demonstrate a strong pipeline of deals and that the $6 million in revenues is modest, he also noted the expanded support services the Company only began providing late this year. He did state that the Company would consider an earn-out arrangement to address the execution risk of not achieving the goal, but noted that getting a deal done using any reasonable multiple on current revenue would be very difficult.

Best regards,
Arlen

-----Original Message-----
From: Agassi, Shai
Sent: Thursday, December 23, 2004 2:18 AM
To: Shenkman, Arlen
Cc: Mackey, James; Brandt, Werner; Word, Jeffrey
Subject: Re: TomorrowNow Financials (Confidential)

Remember the PR value of buying them and starting from a base of companies that get service from us. The bragging rights for having more PSFT customers under service than Oracle may be all we need for momentum swing....
==============================
I am not rude, I am on a blackberry


-----Original Message-----
From: Shenkman, Arlen <arlen.shenkman@sap.com>
To: Agassi, Shai <shai.agassi@sap.com>

Shenkman
Exhibit 213
6.4.08
Holly Thuman, CSR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004970

CC: Mackey, James <james.mackey@sap.com>; Brandt, Werner <werner.brandt@sap.com>;
Word, Jeffrey <jeffrey.word@sap.com>
Sent: Wed Dec 22 14:06:25 2004
Subject: RE: TomorrowNow Financials (Confidential)

Shai,

The typical service business sells between 0.8 and 1.2 times revenue. Because of the rapid growth and market prospects for the Company, we will need to pay a premium to the market. At 1.2 times revenue, the business is valued at $3.1 million and at 3 times revenue, $7.8 million. We are starting to put together an valuation model, but we expect that much more than 2 times revenue ($5.1 million) will be close to the top of our range. We expect to have a preliminary discussion with the CEO of TomorrowNow later this evening to get a better feel for the Company's expected valuation range.

Best regards,
Arlen

-----Original Message-----
From: Agassi, Shai
Sent: Wednesday, December 22, 2004 4:32 PM
To: Shenkman, Arlen; Word, Jeffrey
Cc: Mackey, James; Brandt, Werner
Subject: Re: TomorrowNow Financials (Confidential)

Did we get a ball park figure for their expected value?
==============================
I am not rude, I am on a blackberry


-----Original Message-----
From: Shenkman, Arlen <arlen.shenkman@sap.com>
To: Agassi, Shai <shai.agassi@sap.com>; Word, Jeffrey <jeffrey.word@sap.com>
CC: Mackey, James <james.mackey@sap.com>; Brandt, Werner <werner.brandt@sap.com>
Sent: Wed Dec 22 13:04:16 2004
Subject: TomorrowNow Financials (Confidential)


Hello Shai and Jeff,

Please find attached certain financial information from TomorrowNow, Inc. The Company will have $2.6 million in revenue this year, with $312,000 in net income reflecting a Net Margin of 12% and a Gross Margin of 38%.

In summary, the financial performance for the past three years is as follows:

|                    | 2002        | 2003        | 2004        |
|--------------------|-------------|-------------|-------------|
| Total Revenue      | $461,483    | $1,512,967  | $2,641,261  |
| Gross Profit       | $130,705    | $489,543    | $1,000,861  |
| Net Income (Loss)  | $(168,008)  | $(342,440)  | $314,832    |

Please let us know if you have any questions or comments.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004971

Best regards,
Arlen

---

Fax Images: [double-click on image to view page(s)]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004972