Oracle Corporation et al v. SAP AG et al
Doc. 487 Att. 70

# EXHIBIT 69

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 07-CV-1658 (PJH) ) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) ) |

DEPOSITION OF

ARLEN R. SHENKMAN

VOLUME 2; PAGES 321 - 496

THURSDAY, JUNE 5, 2008

HIGHLY CONFIDENTIAL

REPORTED BY:   HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-409545)

Merrill Legal Solutions
(800) 869-9132

```
09:14:30  1
09:14:32  2
09:14:34  3
09:14:35  4
09:14:37  5
09:14:39  6
09:14:40  7        Q.  Wasn't that the driver of the deal for SAP,
09:14:42  8   converting customers?
09:14:43  9        MR. McDONELL:  Asked and answered.
09:14:44  10       THE WITNESS:  No.  I think that clearly,
09:14:45  11  the main driver was the PR benefit.  The secondary
09:14:49  12  driver, as the document states, was to drive Oracle
09:14:54  13  customers to SAP.
09:14:55  14
09:14:56  15
09:14:59  16
09:15:02  17
09:15:03  18
09:15:04  19
09:15:07  20
09:15:08  21
09:15:09  22
09:15:11  23
09:15:12  24
09:15:15  25
```

ARLEN R. SHENKMAN   June 5, 2008
HIGHLY CONFIDENTIAL

Page 495

| Time | Line | Text |
|---|---|---|
| 13:18:41 | 1 | think it was overbroad and otherwise faulty. We |
| 13:18:45 | 2 | think this witness appeared in good faith and was |
| 13:18:48 | 3 | reasonably well prepared, and that your expectations |
| 13:18:50 | 4 | about what one witness can know about everything are |
| 13:18:53 | 5 | unrealistic. |
| 13:18:55 | 6 | We're happy to met and confer with you |
| 13:18:56 | 7 | about any concerns you have and will do so at the |
| 13:18:59 | 8 | appropriate time. |
| 13:18:59 | 9 | MR. PICKETT: Thank you, Mr. Shenkman. |
| 13:19:02 | 10 | MR. McDONELL: Thank you. |
| 13:19:02 | 11 | THE WITNESS: Thank you. |
| 13:19:07 | 12 | THE VIDEO OPERATOR: This marks the end of |
| 13:19:09 | 13 | Videotape No. 2, Volume 2 in the deposition of |
| 13:19:11 | 14 | Mr. Shenkman. We're off the record. The time is |
| 13:19:15 | 15 | 1:19. |
| 13:24:46 | 16 | (Time noted, 1:19 p.m.) |
|  | 17 | --oOo-- |
|  | 18 | I declare under penalty of perjury that |
|  | 19 | the foregoing is true and correct. Subscribed at |
|  | 20 | _____, California, this ___ day of |
|  | 21 | _____ 2008. |
|  | 22 |  |
|  | 23 |  |
|  | 24 | _____ |
|  |  | ARLEN R. SHENKMAN |
|  | 25 |  |

Merrill Legal Solutions
(800) 869-9132

962d4200-e523-46b0-b09f-b79562e35e7b

```
 1                    CERTIFICATE OF REPORTER
 2           I, HOLLY THUMAN, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell the
 5   truth, the whole truth, and nothing but the truth in the
 6   within-entitled cause; that said deposition was taken
 7   down in shorthand by me, a disinterested person, at the
 8   time and place therein stated, and that the testimony of
 9   the said witness was thereafter reduced to typewriting,
10   by computer, under my direction and supervision;
11           That before completion of the deposition,
12   review of the transcript [X] was [ ] was not requested.
13   If requested, any changes made by the deponent (and
14   provided to the reporter) during the period allowed are
15   appended hereto.
16           I further certify that I am not of counsel or
17   attorney for either or any of the parties to the said
18   deposition, nor in any way interested in the event of
19   this cause, and that I am not related to any of the
20   parties thereto.
21
22           DATED    6/9/08
23
24                                    _____
25                                    HOLLY THUMAN, CSR No. 6834
```