# EXHIBIT 70



# Business Case
## TomorrowNow 2006

**Board Area: Gerd Oswald**

Status: November 16, 2005



EXHIBIT
608

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00136760

## BC TomorrowNow 2006: Executive Summary, Impact

### How does this BC support SAP's strategy and Board area strategy?
- Safe harbor for PeopleSoft, JD Edwards and Siebel customers
- Leverage service as competitive weapon in order to restrict competition
- Support SAP's strategy to grow and secure Maintenance revenue
- Strengthen global market position and increase global market share

### Market Potential of TomorrowNow
- 160 TNow new customer contracts and renewals expected for 2005
- 400 TNow new customer contracts and renewals expected for 2006
- Appr. 400 TNow stand-alone opportunities after Oracle announcement of Lifetime Support Strategy with significant uplift of Maintenance fees for PSFT and Siebel customers
- Appr. 300 bundled Safe Passage opportunities (status September 2005)
- Expected maintenance revenue taken away from Oracle for 2005: approx. € 23M
- Expected maintenance revenue taken away from Oracle for 2006: approx. € 66M



311 Opport. * 18% Win Rate * € 138K Avg. Deal Size = € 7.6M        394 Opport. * 58% Win Rate * € 70K Avg. Deal Size = € 16.0M

© SAP AG 2005, Thomas Ziemen, Service Solution Management

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY         SAP-OR00136765