# EXHIBIT 71

Dockets.Justia.com



**Supervisory Board Meeting
TomorrowNow Status Update**

**February, 2007**

Thomas Ziemen, SAP AG



EXHIBIT 43 C
WIT: Kagermann
DATE: 9/26/08
FRANK BAS, RPR

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                    SAP-OR00141570

## From Loss for Oracle to Revenues for TomorrowNow



- ■ Major KPI for TomorrowNow is the Annual Loss in Contract Volume for Oracle
- ■ The following factors have to be considered to get from this KPI to the recognized Revenues in the P&L of TomorrowNow:
  1. A part of this contract volume will not be renewed
  2. A part of the contract volume is due to Safe Passage deals between SAP entities and customers without Revenue impact for TomorrowNow
  3. There is a time gap between close of the contract and the recognition of the Revenues
  4. Impact due to special rebates / Zero-Dollar-Deal in the context of the "Oracle Disruption Plan"

© SAP AG 2006, TNow Acquisition Monitoring, 8    **SAP STRICTLY CONFIDENTIAL**    THE BEST-RUN BUSINESSES RUN SAP