# EXHIBIT 72

| Message | |
|---|---|
| From: | CN=Lon Fiala/O=TomorrowNow |
| Sent: | 4/25/2006 10:36:59 PM |
| To: | CN=Andrew Nelson/O=TomorrowNow@TOMORROWNOW |
| Subject: | Re: Working financial Impact notes |

I like it
*******************************************

Lon Fiala
Vice President
Marketing & Corporate Communications
TomorrowNow, Inc.
P: USA (925) 931-1311
C: USA (925) 353-0515
F: USA (925) 892-7980
lon_fiala@tomorrownow.com

> From: Andrew Nelson
> Sent: 04/25/2006 10:24 PM
> To: Lon Fiala
> Subject: Re: Working financial Impact notes
>
> What do you think about this modification?  Please review and edit!
>
> TomorrowNow CEO Andrew Nelson would not disclose total company revenues in 2005 nor any
> revenues tied to support of SAP "Safe Passage" program customers.  However, he revealed
> that new TomorrowNow business unrelated to SAP Safe Passage support totaled nearly $10M in
> 2005, and is expected to grow at a rate of 100% annually for the next several years.  In
> replacing Oracle maintenance with 50% savings, this component of TomorrowNow's business
> translates to nearly $20M in lost Oracle revenues in 2005.  Over 10 years time, this lost
> annual revenue adds up to $200M.  Assuming consistent growth over the next 10 years, this
> single component of TomorrowNow's business would takeaway approximately $1.1 billion from
> Oracle.  As Bill Swanton of AMR Research said in January 2005, "The biggest risk Oracle is
> running in this deal is that they assume they have $1.2 billion in recurring business
> revenue" [http://www.banktechnews.com/article.html?id=20050103HUWB0YCT]
>
> TomorrowNow has signed 174 customers (1.5% of customer base). Every $1 of 2005 closed
> TomorrowNow business typically represents...
>
> 1. $2 taken from Oracle's annual maintenance
> 2. $20 taken from any 10-year maintenance-based justification for the PeopleSoft/JDE
> takeover
> 3. $10 increase to SAP's strategic license revenue pipeline
>
> For each new TomorrowNow customer:
> 1. Oracle loses an inside position on selling new products to customers, and faces
> downward price pressure
>
> Holding these results steady over a 10 year period:
> 1. 2005 TomorrowNow standalone business would cost Oracle up to $200M in maintenance
> revenue
> 2. TomorrowNow would capture 15% of the PeopleSoft/JDE customer base and takeaway over
> $1.1 billion in maintenance revenues between now and 2014.
> 3. SAP strategic pipeline would increase by $1 billion

Andrew Nelson
President & CEO
TomorrowNow, Inc.
Tel: 979 691 4121
Fax: 979 691 4110
www.tomorrownow.com



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                            TN-OR00591548