Oracle Corporation et al v. SAP AG et al                                                                            Doc. 487 Att. 74

# EXHIBIT 73

Dockets.Justia.com

| | |
|---|---|
| **Message** | |
| **From:** | McStravick, Gregory [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000124784] |
| **Sent:** | 3/9/2005 8:14:58 AM |
| **To:** | Tseng, Stephen [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000128549] |
| **Subject:** | Re: Tomorrow now |

Yes and yes. Thanks
------------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Tseng, Stephen <stephen.tseng@sap.com>
To: McStravick, Gregory <gregory.mcstravick@sap.com>; Wendell, Michael <michael.wendell@sap.com>; Prakash, Rohit <rohit.prakash@sap.com>
Sent: Wed Mar 09 09:10:30 2005
Subject: Re: Tomorrow now

Yes.  TN is in town today for the company meeting and onboarding to SAP for the rest of the week.

I assume that  you want all deals in the pipe regardless whether they are SF or not?  Do you want standalone closed deals in Q1?

Regards,

Stephen Tseng
--
Sent Wireless

-----Original Message-----
From: McStravick, Gregory <gregory.mcstravick@sap.com>
To: Wendell, Michael <michael.wendell@sap.com>; Prakash, Rohit <rohit.prakash@sap.com>; Tseng, Stephen <stephen.tseng@sap.com>
Sent: Wed Mar 09 08:59:56 2005
Subject: Fw: Tomorrow now

Rohit, Michael
We need to get the latest update on the safe passage pipe and deal data. We can use the report that heather assembled last time. What I would ask is that we then list the deals where we closed recently or are close to closure as almost a 'top 20' list.

Steve,
Can you please work with TN to assemble their pipe data in a presentable format.

I need this by tomorrow first am.

Greg
------------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: McDermott, Bill <bill.mcdermott@sap.com>



CONFIDENTIAL INFORMATION                                                    SAP-OR00382809

```
To: McStravick, Gregory <gregory.mcstravick@sap.com>
Sent: Wed Mar 09 08:10:39 2005
Subject: Fw: Tomorrow now
```

Greg,

I think you get the picture. I'd like to talk PIPE, specific deals, and next steps for Q1 closure-reference.

Please advise.

Bill
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
```
From: APOTHEKER, Leo <leo.apotheker@sap.com>
To: McDermott, Bill <bill.mcdermott@sap.com>
Sent: Wed Mar 09 03:03:45 2005
Subject: Tomorrow now
```

Bill

Retek deal is in danger and I'm really pissed...we need to inflict some pain on oracle. Is there a chance to close a few TN deals in the next coming days, at extraordinary conditions?

Warm regards

Léo
--------------------------
Sent from my BlackBerry Wireless Handheld

CONFIDENTIAL INFORMATION

SAP-OR00382810