| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|   | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|   | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
|   | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
|   | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|   | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|   | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
|    | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
|    | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
|    | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
|    | Oracle USA, Inc., Oracle International Corporation, |
| 15 | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|    | v. | |
| 21 | SAP AG, *et al.*, | |
| 22 | Defendants. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | Case No. 07-CV-01658 PJH (EDL) |

PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION
SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1    Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
2    International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs") and
3    Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together
4    with Plaintiffs, the "Parties") request that the Court order the Clerk of the Court to file under
5    seal, at Defendants' request, (1) Excerpts from Defendants' document entitled "SAP AG, Fair
6    Value of Certain Assets, Liabilities and Legal Entities of Business Objects S.A. As of January
7    21, 2008," produced in this litigation as Bates Numbers SAP-OR 00802513-517 and attached as
8    Exhibit 44 to the Declaration of Paul K. Meyer in Support of Plaintiffs' Opposition to
9    Defendants' Motion for Partial Summary Judgment ("Meyer Declaration"), as well as the
10   corresponding text in Paragraph 40(b) of the Meyer Declaration; and (2) Portions of Plaintiffs'
11   Opposition to Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs'
12   Hypothetical [Fair Market Value] License Damages at 22:13-14 and Portions of the Declaration
13   of Lawrence Ellison at 3:21-23 referencing payments made pursuant to the database reseller's
14   agreement between the parties.  Plaintiffs lodged copies of this material with the Court on
15   September 23, 2009.
16   The requested relief sought is necessary and narrowly tailored to protect the
17   alleged confidentiality of the content of Defendants' information put at issue by Plaintiffs'
18   Opposition.  This request is supported by the Declaration of Zachary Alinder in support of
19   Plaintiffs' Administrative Motion to Permit Plaintiffs to File Under Seal Defendants'
20   Information Supporting Plaintiffs' Opposition to Defendants' Motion for Partial Summary
21   Judgment and is accompanied by a proposed order and stipulation.
22   DATED:  September 23, 2009          BINGHAM McCUTCHEN LLP
23
24
25                                       By:           /s/ Zachary Alinder
26                                       Attorneys for Plaintiffs
                                         Oracle USA, Inc.,
27                                       Oracle International Corporation, Oracle EMEA
                                         Limited, and Siebel Systems, Inc.
28