| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP | Robert A. Mittelstaedt (SBN 060359) |
|   | DONN P. PICKETT (SBN 72257) | Jason McDonell (SBN 115084) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) | Elaine Wallace (SBN 197882) |
|   | HOLLY A. HOUSE (SBN 136045) | JONES DAY |
| 3 | ZACHARY J. ALINDER (SBN 209009) | 555 California Street, 26th Floor |
|   | BREE HANN (SBN 215695) | San Francisco, CA 94104 |
| 4 | Three Embarcadero Center | Telephone: (415) 626-3939 |
|   | San Francisco, CA 94111-4067 | Facsimile: (415) 875-5700 |
| 5 | Telephone: (415) 393-2000 | ramittelstaedt@jonesday.com |
|   | Facsimile: (415) 393-2286 | jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com | ewallace@jonesday.com |
|   | geoff.howard@bingham.com | |
| 7 | holly.house@bingham.com | Tharan Gregory Lanier (SBN 138784) |
|   | zachary.alinder@bingham.com | Jane L. Froyd (SBN 220776) |
| 8 | bree.hann@bingham.com | JONES DAY |
|   | | 1755 Embarcadero Road |
| 9 | DORIAN DALEY (SBN 129049) | Palo Alto, CA 94303 |
|   | JENNIFER GLOSS (SBN 154227) | Telephone: (650) 739-3939 |
| 10 | 500 Oracle Parkway | Facsimile: (650) 739-3900 |
|    | M/S 5op7 | tglanier@jonesday.com |
| 11 | Redwood City, CA 94070 | jfroyd@jonesday.com |
| 12 | Telephone: (650) 506-4846 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
|    | Facsimile: (650) 506-7114 | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | dorian.daley@oracle.com | JONES DAY |
|    | jennifer.gloss@oracle.com | 717 Texas, Suite 3300 |
| 14 | | Houston, TX 77002 |
|    | Attorneys for Plaintiffs | Telephone: (832) 239-3939 |
| 15 | Oracle USA, Inc., Oracle International | Facsimile: (832) 239-3600 |
|    | Corporation, Oracle EMEA Limited, and | swcowan@jonesday.com |
| 16 | Siebel Systems, Inc. | jlfuchs@jonesday.com |
| 17 | | |
|    | | Attorneys for Defendants |
|    | | SAP AG, SAP AMERICA, INC., and |
| 18 | | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| Plaintiffs, | **STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Dockets.Justia.com

1            Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
2    International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs") and
3    Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together
4    with Plaintiffs, the "Parties") jointly submit this Stipulation to Permit Plaintiffs to File Under
5    Seal Defendants' Information Supporting Plaintiffs' Opposition to Defendants' Motion for
6    Partial Summary Judgment.
7            At Defendants' request, Plaintiffs have filed an Administrative Motion to Permit
8    Plaintiffs to File Under Seal Defendants' Information Supporting Plaintiffs' Opposition to
9    Defendants' Motion for Partial Summary Judgment. The requested relief is necessary and
10   narrowly tailored to protect the alleged confidentiality of the materials put at issue by Plaintiffs'
11   Opposition to Defendants' Motion for Partial Summary Judgment until such time as the Court
12   makes a final ruling as to confidentiality of the relevant subject matter.
13           Specifically, the following documents and portions of documents contain information
14   Defendants have instructed Plaintiffs to move for permission to file under seal:
15   (1) Excerpts from Defendants' document entitled "SAP AG, Fair Value of Certain Assets,
16       Liabilities and Legal Entities of Business Objects S.A. As of January 21, 2008,"
17       produced in this litigation as Bates Numbers SAP-OR 00802513-517 and attached as
18       Exhibit 44 to the Declaration of Paul K. Meyer in Support of Plaintiffs' Opposition to
19       Defendants' Motion for Partial Summary Judgment ("Meyer Declaration"), as well as the
20       corresponding text in Paragraph 40(b) of the Meyer Declaration; and
21   (2) Portions of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment
22       Regarding Plaintiffs' Hypothetical [Fair Market Value] License Damages at 22:13-14 and
23       Portions of the Declaration of Lawrence Ellison at 3:21-23 referencing payments made
24       pursuant to the database reseller's agreement between the parties.
25           NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
26   respective counsel of record, that Plaintiffs be permitted to move for permission to file under seal
27   the information identified in the preceding paragraph.
28

STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | DATED:  September 23, 2009 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By:_____/s/  Zachary Alinder_____ |
| 4 | | Zachary Alinder<br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International |
| 5 | | Corporation, and Oracle EMEA Limited |

6

7   In accordance with General Order No. 45, Rule X, the above signatory attests that

8   concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 9 | DATED:  September 23, 2009 | JONES DAY |
| 10 | | |
| 11 | | By:_____/s/  Jason McDonell_____<br>Jason McDonell<br>Attorneys for Defendants |
| 12 | | SAP AG, SAP America, Inc., and<br>TomorrowNow, Inc. |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT