| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000<br>Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846<br>Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corporation,<br>Oracle EMEA Limited, and Siebel Systems, Inc. |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs,<br>v. | **DECLARATION OF ZACHARY ALINDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 21 | SAP AG, *et al.*, | |
| 22 | Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF ZACHARY ALINDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION

1  I, Zachary Alinder, declare:

2    1.    I am a partner in the law firm of Bingham McCutchen LLP and counsel of record for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively "Oracle") in the above-captioned action.  I am a member in good standing of the state bar of California and admitted to practice before this Court.  I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

3    2.    Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case, I make this Declaration in support of Plaintiffs' Administrative Motion to Permit Plaintiffs to File Under Seal Defendants' Information Supporting Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment.

4    3.    Plaintiffs file this motion at Defendants' request.  The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Plaintiffs' Opposition") until such time as Defendants may submit a declaration in accordance with Civil Local Rule 79-5(d), and the Court makes a final ruling as to confidentiality of the relevant subject matter.

5    4.    Specifically, the following documents and portions of documents lodged with the Court contain information designated by Defendants as "Confidential Information": (1) Excerpts from Defendants' document entitled "SAP AG, Fair Value of Certain Assets, Liabilities and Legal Entities of Business Objects S.A. As of January 21, 2008," produced in this litigation as Bates Numbers SAP-OR 00802513-517 and attached as Exhibit 44 to the Declaration of Paul K. Meyer in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Meyer Declaration"), as well as the corresponding text in Paragraph 40(b) of the Meyer Declaration; and, (2) Portions of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical [Fair Market Value] License Damages at 22:13-14 and Portions of the Declaration of Lawrence

2    Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF ZACHARY ALINDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION

1  Ellison at 3:21-23 referencing payments made pursuant to the database reseller's agreement
2  between the parties.
3      I declare under the laws of the United States and the State of California that the
4  foregoing is true and correct and that this Declaration was executed on September 23, 2009, in
5  San Francisco, California.
6                                            /s/ Zachary Alinder
7                                            Zachary Alinder
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28