```
 1  BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
 2  GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
 3  ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
 4  Three Embarcadero Center
    San Francisco, CA  94111-4067
 5  Telephone:  (415) 393-2000
    Facsimile:   (415) 393-2286
 6  donn.pickett@bingham.com
    geoff.howard@bingham.com
 7  holly.house@bingham.com
    zachary.alinder@bingham.com
 8  bree.hann@bingham.com

 9  DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10  500 Oracle Parkway, M/S 5op7
    Redwood City, CA  94070
11  Telephone:  (650) 506-4846
    Facsimile:   (650) 506-7114
12  dorian.daley@oracle.com
    jennifer.gloss@oracle.com
13

14  Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle International Corporation,
15  Oracle EMEA Ltd., and Siebel Systems, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |

A/73152498.1

07-CV-01658 OJH (EDL)

PROOF OF SERVICE

1   I am over eighteen years of age, not a party in this action, and employed in San
2   Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-
3   4067. I am readily familiar with the practice of this office for collection and processing of
4   correspondence for U.S. Mail, E-Mail and Hand delivery, and they are deposited that same day
5   in the ordinary course of business.

6   Today I served the following documents:

7   **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL [FAIR MARKET VALUE] LICENSE DAMAGES [SUBMITTED UNDER SEAL]**

**DECLARATION OF PAUL K. MEYER IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM [SUBMITTED UNDER SEAL: DECLARATION AND EXH. 44]**

**DECLARATION OF LARRY ELLISON IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM [FILED UNDER SEAL]**

[X] (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

[X] (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

[X] (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

A/73152498.1

07-CV-01658 OJH (EDL)

PROOF OF SERVICE

| | |
|---|---|
| **BY HAND DELIVERY AND EMAIL** | **BY EMAIL AND MAIL** |
| Robert A. Mittelstaedt, Esq. | Tharan Gregory Lanier, Esq. |
| Jones Day | Jane L. Froyd, Esq. |
| 555 California Street | Jones Day |
| 26th Floor | 1755 Embarcadero Road |
| San Francisco, CA 94104 | Palo Alto, CA 94303 |
| Tel: (415) 626.3939 | Tel: (650) 739-3939 |
| ramittelstaedt@JonesDay.com | tglanier@JonesDay.com |
| jmcdonell@jonesday.com | jfroyd@JonesDay.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on September 23, 2009 at San Francisco, California.

_____
Laura Kelley Bourne

A/73152498.1

2

PROOF OF SERVICE