1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
10 Facsimile:    (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:    (832) 239-3939
15 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                      OAKLAND DIVISION

22 ORACLE USA, INC., et al.,              Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,                DECLARATION OF WERNER BRANDT
                                           IN SUPPORT OF PLAINTIFFS'
24         v.                              ADMINISTRATIVE
                                           MOTION TO PERMIT PLAINTIFFS
25 SAP AG, et al.,                         TO FILE UNDER SEAL
                                           DEFENDANTS' INFORMATION
26              Defendants.                SUPPORTING PLAINTIFFS'
                                           OPPOSITION TO DEFENDANTS'
27                                         MOTION FOR PARTIAL
                                           SUMMARY JUDGMENT
28

SVI-72743v1

DECLARATION OF WERNER BRANDT ISO OF
ADMINISTRATIVE MOTION TO SEAL
Case No. 07-CV-1658 PJH (EDL)

I, WERNER BRANDT, declare as follows:

1. I am the Chief Financial Officer of SAP AG and a member of its Executive Board. I have personal knowledge of the facts stated in this declaration and could competently testify to them if required.

2. Exhibit 44 to the Declaration of Paul K. Meyer in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Meyer Declaration") is an excerpt from an SAP document entitled "SAP AG, Fair Value of Certain Assets, Liabilities and Legal Entities of Business Objects S.A. As of January 21, 2008." Exhibit 44 contains non-public, commercially sensitive and confidential information, the disclosure of which would create a risk of significant competitive injury and particularized harm and prejudice to SAP. Specifically, Exhibit 44 consists of a non-public October 5, 2008 analysis by Deloitte Financial Advisory Services LLP of the fair value of certain assets and liabilities of Business Objects S.A., which SAP acquired on January 21, 2008. Disclosure of this information would grant SAP's competitors, partners, customers, future acquisition targets, and other interested parties insight into SAP's internal assessments, strategy and operations, providing them with an unfair competitive advantage over SAP with respect to current and future operations and negotiations. Additionally, disclosure of this internal and highly-sensitive information about the value of the assets and liabilities of a recent acquisition could potentially affect stock values. This document is treated as confidential within SAP. I also understand that Defendants have protected Exhibit 44 from improper public disclosure through the Stipulated Protective Order ("Protective Order") that is designed to prevent the parties' private, commercial information from being improperly disclosed. Under the terms of the Protective Order, Defendants have designated Exhibit 44 "Highly Confidential – Attorneys' Eyes Only."

3. I have also reviewed portions of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical [Fair Market Value] License Damages ("Opposition") at 22:13-14 and portions of the Declaration of Lawrence Ellison in support at 3:21-23, which both reference payments made by SAP to Oracle pursuant to the parties' database reseller agreement. Information regarding the amount SAP has paid to Oracle

SVI-72743v1

- 1 -

DECLARATION OF WERNER BRANDT ISO OF
ADMINISTRATIVE MOTION TO SEAL
Case No. 07-CV-1658 PJH (EDL)

over the last seven years pursuant to the ongoing database reseller agreement comprises non-public, commercially sensitive and confidential information, the disclosure of which would create a risk of significant competitive injury and particularized harm and prejudice to SAP. In particular, disclosure of the royalty payments SAP has paid to Oracle over the last seven years would impact other reseller relationships SAP maintains with other database vendors. Permitting SAP's other database partners access to information regarding the price SAP pays to license Oracle database technology would provide these entities with an unfair competitive advantage with respect to future negotiations regarding their ongoing database licenses with SAP. SAP treats the amount it has paid Oracle in royalties pursuant to the parties' database reseller agreement as confidential and does not permit public disclosure of this information.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 30 day of September, 2009 in Walldorf, Germany.

_____
Werner Brandt