Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br>Plaintiffs,<br>v.<br>SAP AG, et al.,<br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pending before this Court is Plaintiffs' Administrative Motion to Permit Plaintiffs to File Under Seal Defendants' Information Supporting Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment (the "Motion to Seal"). Through the Motion to Seal and supporting documents, Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. (collectively, "Plaintiffs" or "Oracle"), together with SAP AG, SAP America, Inc. (together, "SAP") and TomorrowNow, Inc. (collectively, "Defendants," and with Plaintiffs, the "Parties"), request an Order sealing (1) excerpts from Defendants' document entitled "SAP AG, Fair Value of Certain Assets, Liabilities and Legal Entities of Business Objects S.A. As of January 21, 2008," attached as Exhibit 44 to the Declaration of Paul K. Meyer in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Meyer Declaration"); and (2) portions of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical [Fair Market Value] License Damages at 22:13-14 and portions of the Declaration of Lawrence Ellison ("Ellison Declaration") at 3:21-23 referencing payments made pursuant to the database reseller agreement between Oracle and SAP.

Having considered Plaintiffs' Motion to Seal and the documents filed in support, as well as Defendants' Response in Support of Plaintiffs' Motion to Seal and the supporting Declaration of Werner Brandt, and both good cause and compelling reasons having been shown, IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the unredacted versions of the following documents that were lodged with the Court on September 23, 2009: Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical [Fair Market Value] License Damages, Exhibit 44 to the Meyer Declaration and the Ellison Declaration.

DATED: ______________________ By: ______________________________
Hon. Phyllis J. Hamilton