**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: September 30, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG, et al**

    Attorneys:    Pltf:   Geoffrey M. Howard, Bree Haan, Jennifer Gloss
                        Deft: Scott Cowen, Jason McDonell, Elaine Wallace, Louisa Weix

Deputy Clerk:  Lili M. Harrell          FTR Digital Recorder: 2:08pm - 3:11pm
                                                          (Time: 1 hour 3 min)

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Discovery Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**


Notes:


cc: