# EXHIBIT G

Dockets.Justia.com

TRANSCRIPTION      May 26, 2009

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

------------------------X

    ORACLE CORPORATION, a

Delaware Corporation; ORACLE, USA, INC., a Colorado

Corporation; and ORACLE INTERNATIONAL CORPORATION, a

California Corporation,♂

Plaintiffs,

                              Docket No.:

                              C07-1658(PJH)

    - Vs.

    SAP AG, a German Corporation, SAP AMERICA,

INC., a Delaware Corporation; TOMORROWNOW, INC., a

Texas Corporation; and DOES 1-50, Inclusive,♂

Defendants.

------------------------X

                May 26, 2009

HELD AT:          450 Golden Gate Ave.

                  San Francisco, CA 94102

BEFORE:           HONORABLE ELIZABETH D.

LAPORTE, Magistrate Judge

APPEARANCES:      GEOFFREY M. HOWARD, ESQ.

                  HOLLY A. HOUSE, ESQ.

                  ZACHARY J. ALINDER, ESQ.

                  BREE PENN, ESQ.

TRANSCRIPTION        May 26, 2009

Page 10

1   MALE VOICE:  Then, then the second piece of the
2   same subject is we believe they are uh, attempting
3   to expand their damages claim and theories in a way
4   that violates positions they've taken consistently
5   throughout the case.
6   THE COURT:  Let me while I'm thinking about it,
7   before you go further on damages, give you the
8   thought when I was reading all this lengthy stuff
9   yesterday, um on my day off, and so I'm wondering
10  you know whether there isn't a prophylactic sort of
11  thing here.  I mean I've said all along that because
12  of the damages sought even on whatever old theories
13  there were, are huge; that you're entitled to quite
14  a bit of Discovery in the damages and it's not
15  disproportionate um and but I, I also think you know
16  it's when the expert reports get disclosed that
17  people really learn about the damages.  Now you have
18  to have enough before that to have your own expert
19  write a report and not just I mean your expert, he
20  or she can't get started, I mean can't wait until
21  you get the other side's report.  But, I'm just
22  wondering whether, you know, if um, I mean obviously
23  if they rely on something that they haven't given
24  you that's not okay and uh maybe that's even,
25  there's some precluded or you know and/or it's cured

Case4:07-cv-01658-PJH   Document500-7   Filed10/01/09   Page4 of 4

Page 28

```
 1              C E R T I F I C A T E
 2
 3       I, Veronica Mackin, certify that the foregoing
 4   transcript is a true record of said proceedings,
 5   that I am not connected by blood or marriage with
 6   any of the parties herein nor interested directly or
 7   indirectly in the matter in controversy, nor am I in
 8   the employ of the counsel.
 9
10       Signature   Veronica Mackin
11       Date    June 4, 2009
```