# EXHIBIT H

# BINGHAM

Lucia MacDonald
Direct Phone: 415.393.2630
Direct Fax:     415.393.2286
lucia.macdonald@bingham.com

February 23, 2009

**VIA E-MAIL**

Elaine Wallace, Esq.
Jones Day LLP
555 California Street, 26th Floor
San Francisco, CA 94104
E-mail: ewallace@jonesday.com

Dear Ms. Wallace:

This letter is in response to your letter dated February 12, 2009 to Ms. Briana Rosenbaum, Esq. concerning Oracle's production of customer specific financial reports provided to Defendants on January 8, 2009 pursuant to the parties' agreement to exchange such reports ("your letter").

Oracle has produced three types of reports: OKI3, Analytics License Reports ("ALR"), and Analytics Contract Reports ("ACR"). To clarify, Oracle did not limit reports by date or by any product line. In addition, Oracle has produced the license agreements for all customers, as well as the support documents obtained from its current system. The information contained in the customer specific financial reports is simply a summary of information already reflected in documents Oracle has separately produced.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com