# EXHIBIT I

Dockets.Justia.com

ROBERT WASSON      July 23, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a           )
Delaware corporation, ORACLE    )
USA, INC., a Colorado           )
Corporation, and ORACLE         )
INTERNATIONAL CORPORATION, a    )
California corporation,         )
                                )
            Plaintiffs,         )
                                )
         Vs.                    )   No. 07-CV-1658 (PJH)
                                )
SAP AG, a German corporation,   )
SAP AMERICA, INC., a Delaware   )
Corporation, TOMORROWNOW,       )
INC., a Texas corporation, and  )
DOES 1-50, inclusive,           )
                                )
            Defendants.         )
                                )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

-------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

ROBERT WASSON

JULY 23, 2009

-------------------------------------

Merrill Legal Solutions
(800) 869-9132

ROBERT WASSON    July 23, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 104

6  BY MR. FUCHS:
7     Q. Mr. Rasson (sic) -- I'm sorry. Mr. Wasson, I
8  introduced myself earlier, but for the record, my name
9  is Josh Fuchs, and I'm with the law firm of Jones Day.
12:20 10  And Jones Day in this case represents TomorrowNow, Inc.,
11  SAP AG, and SAP America, Inc.
12             To your knowledge, did anyone at McLennan
13  County actually interact at any point in time with
14  anyone from SAP AG?
12:20 15     A. Not to my knowledge, no.
16     Q. To your knowledge, did anyone at McLennan
17  County interact with anyone at SAP America?
18     A. Not to my knowledge.
19     Q. When McLennan County entered into a support
12:20 20  services agreement with TomorrowNow, was there any
21  thought that McLennan County would be buying SAP
22  software?

```
 1          STATE OF TEXAS    )
            COUNTY OF DALLAS  )
 2
 3          I, Kim A. McCann, Certified Shorthand Reporter
 4    in and for the State of Texas, Registered Professional
 5    Reporter, and Certified Realtime Reporter, certify that
 6    the foregoing deposition of ROBERT WASSON
 7    was reported stenographically by me at the time and
 8    place indicated, said witness having been placed under
 9    oath by me, and that the deposition is a true record of
10    the testimony given by the witness.
11               I further certify that I am neither counsel
12    for nor related to any party in this cause and am not
13    financially interested in its outcome.
14               I further certify that the deposition was delivered
15    in accordance with Rule 30(f); and that a copy of this
16    certificate was served on all parties shown herein.
17               Given under my hand on this the ___28___
18    day of ___July___, 20__.
19                              [signature: Kim A. McCann]
                              _____
20                            Kim A. McCann, CSR No. 5520
                              MERRILL LEGAL SOLUTIONS
21                            Registration # 191
                              4144 N. Central Expwy., #850
22                            Dallas, Texas 75204
                              800.966.4567
23
      My commission expires 12-31-08
24    Original deposition sent to Mike Dixon on
      _____, 2009 for signature.
25
```

AUTHENTIC COPY
The original certificate:
The last electronically signed version of this document is
specifically tamper-evident for authenticity