# EXHIBIT J

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware      )
corporation, ORACLE USA, INC.,      )
a Colorado corporation, and         )
ORACLE INTERNATIONAL                )
CORPORATION, a California           ) Case No.
corporation;                        ) 07-CV-01658 PJH
                                    ) (EDL)
            Plaintiffs,             )
                                    )
      vs.                           )
                                    )
SAP AG, a German corporation,       )
SAP AMERICA, INC., a Delaware       )
corporation, TOMORROWNOW, INC.,     )
a Texas corporation, and DOES       )
1-50, inclusive;                    )
                                    )
            Defendants.             )
                                    )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF BRUNO SINGH

Los Angeles, California

Friday, August 21, 2009

Reported by:
Lynda L. Fenn, CSR, RPR
CSR No. 12566
JOB No. 1703-286460

Merrill Legal Solutions
(800) 869-9132

BRUNO SINGH    August 21, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 71

```
            1
            2
            3
            4
11:20       5
            6
            7
            8
            9   BY MR. MCDONELL:
11:20      10       Q    To your knowledge, have those decisions to
           11   purchase SAP software been driven by the fact that
           12   TomorrowNow had provided some support to NBC Universal?
           13
           14
11:20      15
           16
           17
           18
           19
11:20      20
           21
           22
           23
           24
11:21      25
```

```
1    STATE OF CALIFORNIA        )
2                               )  ss.
3    COUNTY OF LOS ANGELES      )
```

4    I, Lynda L. Fenn, Certified Shorthand
5    Reporter No. 12566 for the State of California, do
6    hereby certify:
7        That prior to being examined, the witness named in
8    the foregoing deposition was duly sworn to testify the
9    truth, the whole truth, and nothing but the truth;
10       That said deposition was taken down by me in
11   shorthand at the time and place therein named and
12   thereafter reduced by me to typewritten form and that
13   the same is a true, correct, and complete transcript of
14   said proceedings.
15       Before completion of the deposition, review of the
16   transcript [X] was [ ] was not requested.  If
17   requested, any changes made by the deponent (and
18   provided to the reporter) during the period allowed are
19   appended hereto.
20       I further certify that I am not interested in the
21   outcome of the action.
22       Witness my hand this 29th day of September 2009.

                                    _____
                                    Lynda L. Fenn, CSR, RPR