# EXHIBIT K

Dockets.Justia.com

Oracle_SAP      O'Donnel Jeffrey [Lexmark] ROUGH      9/15/2009

| | |
|---|---|
| 1 | []ALSO PRESENT PETER ALLEN. |
| 2 | VIDEOGRAPHER: WE'RE ON THE VIDEOTAPE |
| 3 | RECORD.  MY NAME IS ANGELA EDWARDS, |
| 4 | THE VIDEO TECHNICIAN THE COURT |
| 5 | REPORTER IS ROBYN BARRETT.  WE ARE |
| 6 | HERE TODAY TO TAKE THE DEPOSITION OF |
| 7 | MR. JEFFREY O'DONNEL AT 300 WEST |
| 8 | VINE STREET IN LEXINGTON, KENTUCKY. |
| 9 | THIS DEPOSITION IS APPROXIMATING |
| 10 | TAKEN PURSUANT TO NOTICE IN THE |
| 11 | NORTHERN DISTRICT OF CALIFORNIA, |
| 12 | STYLED ORACLE CORPORATION A DELAWARE |
| 13 | CORPORATION ET AL. VERSUS SAP AG A |
| 14 | GERMAN CORPORATION ET AL.  THE DATE |
| 15 | IS SEPTEMBER 15TH, 2009 AND THE TIME |
| 16 | IS 9:11 A.M.  COUNSEL WILL NOW |
| 17 | INTRODUCE THEMSELVES AND STATE WHO |
| 18 | THEY REPRESENT, PLEASE. |
| 19 | MS. RIGGS: JENNY RIGGS FOR THE |
| 20 | DEFENDANTS SAP. |
| 21 | MR. ALLEN: PETER ALLEN FOR LEXMARK. |
| 22 | MR. LOY: STEVEN LOY FOR LEXMARK. |
| 23 | MS. MACDONALD: LUCIA MACDONALD FOR |
| 24 | PLAINTIFFS ORACLE. |
| 25 | (REPORTER SWEARS THE WITNESS.) |

1
2
3   Q   WHEN SELECTING SAP, WHAT ROLE, IF ANY, DID
4       THE EXISTENCE OF TOMORROWNOW HAVE TO DO WITH
5       LEXMARK'S DECISION TO TRANSITION TO SAP?
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25