# EXHIBIT L

Dockets.Justia.com

CHARLES MATHIJS WIJNAND HOMS          February 26, 2009
   HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a           )
Delaware corporation, ORACLE    )
USA, INC., a Colorado           )
corporation, and ORACLE         )
INTERNATIONAL CORPORATION, a    )
California corporation,         )
                                )
              Plaintiffs,       )
                                )
         vs.                    )  No. 07-CV-1658 (PJH)
                                )
SAP AG, a German corporation,   )
SAP AMERICA, INC., a Delaware   )
corporation, TOMORROWNOW,       )
INC., a Texas corporation, and  )
DOES 1-50, inclusive,           )
                                )
              Defendants.       )
                                )

VIDEOTAPED DEPOSITION OF

CHARLES MATHIJS WIJNAND HOMS

THURSDAY, FEBRUARY 26, 2009

HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-416457)

Merrill Legal Solutions
(800) 869-9132

CHARLES MATHIJS WIJNAND HOMS     February 26, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 189

| | | |
|---|---|---|
| 15:18:18 | 1 | |
| 15:18:20 | 2 | |
| 15:18:26 | 3 | |
| 15:18:36 | 4 | |
| 15:18:38 | 5 | |
| 15:18:40 | 6 | |
| 15:18:43 | 7 | |
| 15:18:51 | 8 | |
| 15:18:54 | 9 | |
| 15:19:11 | 10 | Q.  And so you believe it to be an accurate |
| 15:19:13 | 11 | statement that -- at least as of March 23rd, 2006, |
| 15:19:17 | 12 | that half of the 19 participants in the Safe Passage |
| 15:19:20 | 13 | program that you identified had actually moved to |
| 15:19:24 | 14 | SAP before the Safe Passage program was created? |
| 15:19:32 | 15 | A.  Yes.  But that wasn't really the reason why |
| 15:19:34 | 16 | we mentioned that. |
| 15:19:35 | 17 | Q.  Why did you mention that? |
| 15:19:37 | 18 | A.  The effect of the entire program was the |
| 15:19:44 | 19 | fear, uncertainty and doubt that SAP created around |
| 15:19:47 | 20 | Oracle as a brand name and Oracle as a company.  So |
| 15:19:51 | 21 | it had a much broader effect on the market than just |
| 15:19:54 | 22 | a number of companies that were leaving Oracle to |
| 15:19:57 | 23 | get support somewhere else that was a bit cheaper. |
| 15:20:02 | 24 | So it kept -- it effectively meant that we |
| 15:20:04 | 25 | could no longer upsell to these companies, but it |

```
15:20:07   1    also meant that we were losing deals, because some
15:20:10   2    companies that were not Oracle customers yet
15:20:12   3    believed that they would maybe run the risk to buy
15:20:16   4    an Oracle product that would subsequently be
15:20:19   5    ditched.
15:20:45   6         Q.   And to you, that was a much bigger problem
15:20:48   7    than the Safe Passage offering?
15:20:57   8              MS. HOUSE:   Objection.   Vague.
15:21:02   9              THE WITNESS:   The fear, uncertainty and
15:21:03   10   doubt that SAP created by both TomorrowNow as well
15:21:07   11   as Safe Passage had the potentially much more
15:21:12   12   significant effect on Oracle than the support
15:21:19   13   revenues that we were potentially losing.
15:21:23   14
15:21:40   15
15:21:42   16
15:21:43   17
15:21:53   18
15:21:58   19
15:21:58   20
15:22:10   21
15:22:12   22
15:22:14   23
15:22:38   24
15:22:41   25
```

# CERTIFICATE OF REPORTER

I, HOLLY THUMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED March 3rd, 2009

HOLLY THUMAN, CSR No. 6834