# EXHIBIT O

KEITH BLOCK   September 17, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a           )
Delaware corporation, ORACLE    )
USA, INC., a Colorado           )
corporation, and ORACLE         )
INTERNATIONAL CORPORATION, a    )
California corporation,         )
                                )
              Plaintiffs,       )
                                )
         vs.                    )   No. 07-CV-1658 (PJH)
                                )
SAP AG, a German corporation,   )
SAP AMERICA, INC., a Delaware   )
corporation, TOMORROWNOW,       )
INC., a Texas corporation, and  )
DOES 1-50, inclusive,           )
                                )
              Defendants.       )
                                )

VIDEOTAPED DEPOSITION OF

KEITH BLOCK

THURSDAY, SEPTEMBER 17, 2009

HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-421905)

Merrill Legal Solutions
(800) 869-9132

Case4:07-cv-01658-PJH   Document500-15   Filed10/01/09   Page3 of 5
KEITH BLOCK    September 17, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 133

12:13:25   1
12:13:26   2
12:13:31   3
12:13:34   4
12:13:36   5
12:13:39   6
12:13:40   7
12:13:46   8
12:13:48   9
12:13:52   10
12:13:56   11
12:13:59   12           MR. McDONELL:   Q.   Are you aware of any
12:14:00   13   kind of reports or statistics within Oracle today
12:14:03   14   that track the extent to which you are losing
12:14:06   15   cross-sell opportunities as a result of competition
12:14:10   16   with SAP?
12:14:14   17       A.   Not at my level.
12:14:15   18       Q.   At any level?
12:14:16   19       A.   Not aware.
12:14:17   20       Q.   Are you aware of any -- let's take it
12:14:20   21   beyond today.  Let's take it back to 2002.
12:14:28   22           Are you aware of any reports within Oracle
12:14:30   23   that track or measure in any way any lost --
12:14:33   24   cross-sell opportunities that you've lost as a
12:14:35   25   result of competition with SAP?

KEITH BLOCK    September 17, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 134

| | | |
|---|---|---|
| 12:14:41 | 1 | A.  Not specifically cross-sell, no. |
| 12:14:44 | 2 | Q.  Okay.  Let me change the question to, |
| 12:14:46 | 3 | upsell. |
| 12:14:49 | 4 | As we sit here today in 2009, do you have |
| 12:14:51 | 5 | any kind of reports or statistics within Oracle that |
| 12:14:55 | 6 | you're aware of that track your lost upsale |
| 12:15:00 | 7 | opportunities as a result of competition with SAP? |
| 12:15:04 | 8 | A.  They wouldn't specifically say it was an |
| 12:15:06 | 9 | upsell win or loss. |
| 12:15:07 | 10 | Q.  How about just a win or loss in general? |
| 12:15:11 | 11 | As you sit here today, do you track your wins and |
| 12:15:13 | 12 | losses in competition with SAP? |
| 12:15:15 | 13 | A.  I don't get a win/loss -- I think you told |
| 12:15:18 | 14 | you this earlier -- I don't get a win/loss report |
| 12:15:20 | 15 | any more. |
| 12:15:21 | 16 | MS. HOUSE:  Asked and answered. |
| 12:15:21 | 17 | MR. McDONELL:  Q.  So that's -- but my |
| 12:15:23 | 18 | question was more general.  It was, do you have |
| 12:15:24 | 19 | anything today that tracks your loss of upsell |
| 12:15:31 | 20 | opportunities as a result of competition with SAP? |
| 12:15:33 | 21 | A.  And my answer is, I don't have anything |
| 12:15:35 | 22 | specifically that calls out upsell opportunities |
| 12:15:38 | 23 | versus SAP today. |
| 12:15:39 | 24 | |
| 12:15:42 | 25 | |

|     |                                                                      |
| --- | -------------------------------------------------------------------- |
| 1   | CERTIFICATE OF REPORTER                                              |
| 2   | I, HOLLY THUMAN, a Certified Shorthand                               |
| 3   | Reporter, hereby certify that the witness in the                     |
| 4   | foregoing deposition was by me duly sworn to tell                    |
| 5   | the truth, the whole truth, and nothing but the                      |
| 6   | truth in the within-entitled cause;                                  |
| 7   | That said deposition was taken down in                               |
| 8   | shorthand by me, a disinterested person, at the time                 |
| 9   | and place therein state, and that the testimony of                   |
| 10  | said witness was thereafter reduced to typewriting,                  |
| 11  | by computer, under my direction and supervision;                     |
| 12  | That before completion of the deposition review                      |
| 13  | of the transcript [X] was [] was not requested.  If                  |
| 14  | requested, any changes made by the deponent (and                     |
| 15  | provided to the reporter) during the period allowed                  |
| 16  | are appended hereto.                                                 |
| 17  | I further certify that I am not of counsel or                        |
| 18  | attorney for either or any of the parties to the                     |
| 19  | said deposition, nor in any way interested in the                    |
| 20  | event of this cause, and that I am not related to                    |
| 21  | any of the parties thereto.                                          |
| 22  |                                                                      |
| 23  | DATED: 9-24-09                                                       |
| 24  | _____                                            |
| 25  | HOLLY THUMAN, CSR                                                    |