# EXHIBIT Q

Dockets.Justia.com

1   BINGHAM McCUTCHEN LLP
    CHRISTOPHER B. HOCKETT (SBN 121539)
2   GEOFFREY M. HOWARD (SBN 157468)
    ZACHARY J. ALINDER (SBN 209009)
3   BREE HANN (SBN 215695)
    Three Embarcadero Center
4   San Francisco, CA 94111-4067
    Telephone: (415) 393-2000
5   Facsimile: (415) 393-2286
    chris.hockett@bingham.com
6   geoff.howard@bingham.com
    zachary.alinder@bingham.com
7   bree.hann@bingham.com

8   DORIAN DALEY (SBN 129049)
9   JEFFREY S. ROSS (SBN 138172)
    500 Oracle Parkway
10  M/S 5op7
    Redwood City, CA 94070
11  Telephone: (650) 506-4846
    Facsimile: (650) 506-7114
12  dorian.daley@oracle.com
13  jeff.ross@oracle.com

14  Attorneys for Plaintiffs
    Oracle Corporation, Oracle USA, Inc.,
15  and Oracle International Corporation

16

17  UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

19  SAN FRANCISCO DIVISION

Case 3:07-cv-01658-EMC   Document 1-1   Filed 03/22/2007   Page 1 of 44

EMC

C 07 1658

20

| | |
|---|---|
| 21 ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado 22 corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | CASE NO. |
| 23                  Plaintiffs, | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: |
| 24 v. | (1) VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT; |
| 25 SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, 26 TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | (2) VIOLATIONS OF THE COMPUTER DATA ACCESS AND FRAUD ACT; (3) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; |
| 27                  Defendants. | (4) NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; |
| 28 | |

COMPLAINT

1    substantial probability that Oracle support customers would have initiated, renewed, or expanded

2    support contracts and software licenses with Oracle rather than Defendants.

3            102.    On information and belief, Defendants were aware of these economic

4    relationships and intended to interfere with and disrupt them by unlawfully and wrongfully

5    taking and using Oracle's Software and Support Materials to obtain and retain Oracle's own

6    customers at little to no cost. These acts were undertaken by Defendants to obtain for

7    themselves the software support contract revenue at Oracle's expense, and without the cost of

8    competing fairly by independently developing the same support materials, and ultimately to

9    migrate such customers away from Oracle's software programs and onto their own.

10          103.    Defendants' conduct was wrongful by a measure beyond the fact of the

11    interference itself. Defendants gained unauthorized access to Oracle's password-protected

12    Customer Connection support website through false or improper credentials, copied Oracle's

13    intellectual and contractual property, and used that property to obtain and retain Oracle's current

14    and prospective clients.

15          104.    This conduct, as alleged above, constitutes violations of numerous state

16    and federal statutes and codes, including, but not limited to, violation of the Federal Computer

17    Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq*., receipt of stolen property, Cal. Penal Code §

18    496, unauthorized access to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343,

19    violation of RICO, 18 U.S.C. § 1962, fraud and related activity in connection with an access

20    device, 18 U.S.C. § 1029, and violation of the Stored Communications Act, 18 U.S.C. §§ 2701-

21    11. Defendants' conduct also constitutes trespass to chattels, conversion, unjust enrichment, and

22    conspiracy.

23          105.    As a result of Defendants' acts, the above-described relationships have

24    been actually disrupted, causing certain current and prospective support clients to contract with

25    Defendants instead of Oracle for their software support and maintenance and, in some cases, for

26    their enterprise software.

27          106.    As a direct and proximate result of Defendants' actions, Oracle has

28    suffered economic harm, including, but not limited to, loss of profits from sales or licenses to

1  current and potential customers of Oracle support services and software programs. Defendants'
2  wrongful conduct was a substantial factor in causing this harm.

3      107.  Unless Defendants are restrained by appropriate injunctive relief, their
4  actions are likely to recur and will cause Oracle irreparable injury for which there is no adequate
5  remedy at law.

6      108.  Defendants' interference with Oracle's prospective economic advantage
7  with its current and future customers, as described above, was willful, malicious, oppressive, and
8  in conscious disregard of Oracle's rights, and Oracle is therefore entitled to an award of punitive
9  damages to punish their wrongful conduct and deter future wrongful conduct.

10                          **Fourth Claim for Relief**
11              **Negligent Interference With Prospective Economic Advantage**
12                          (By Oracle Against All Defendants)

13      109.  Oracle incorporates by reference each of the allegations in the preceding
14  paragraphs of this Complaint as though fully set forth here.

15      110.  Oracle has an expectancy in continuing and advantageous economic
16  relationships with current and prospective purchasers and licensees of Oracle's support services
17  and software.

18      111.  These relationships contain the probability of future economic benefit in
19  the form of profitable support service contracts and software licenses. Had Defendants refrained
20  from engaging in the unlawful and wrongful conduct described in this complaint, there is a
21  substantial probability that Oracle support customers would have initiated, renewed, or expanded
22  support contracts and software licenses with Oracle rather than Defendants.

23      112.  Defendants knew or should have known about the economic relationship,
24  described above, and knew or should have known that these relationships would be interfered
25  with and disrupted if Defendants failed to act with reasonable care in their use of Oracle's
26  Software and Support Materials. Defendants failed to act with reasonable care. Instead, they
27  used Oracle's Software and Support Materials to obtain and retain for themselves software
28

32

COMPLAINT

1     support contract revenue at Oracle's expense and without the cost of competing fairly by

2     independently developing the same support materials.

3             113.     Defendants' conduct was wrongful by a measure beyond the fact of the

4     interference itself. Defendants gained unauthorized access to Oracle's password-protected

5     Customer Connection support website through false or improper credentials, copied Oracle's

6     intellectual and contractual property, and used that property to obtain and retain Oracle's current

7     and prospective clients.

8             114.     This conduct, as alleged above, constitutes violations of numerous state

9     and federal statutes and codes, including, but not limited to, violation of the Federal Computer

10    Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*, receipt of stolen property, Cal. Penal Code §

11    496, unauthorized access to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343,

12    violation of RICO, 18 U.S.C. § 1962, fraud and related activity in connection with an access

13    device, 18 U.S.C. § 1029, and violation of the Stored Communications Act, 18 U.S.C. §§ 2701-

14    11. Defendants' conduct also constitutes trespass to chattels, conversion, unjust enrichment, and

15    conspiracy.

16            115.     As a result of Defendants' acts, the above-described relationships have

17    been actually disrupted, causing certain current and prospective support clients to contract with

18    Defendants instead of Oracle for their software support and maintenance and, in some cases, for

19    their enterprise software.

20            116.     As a direct and proximate result of Defendants' actions, Oracle has

21    suffered economic harm, including, but not limited to, loss of profits from sales to current and

22    potential customers of Oracle support, maintenance, and software products. Defendants'

23    wrongful conduct was a substantial factor in causing this harm.

24            117.     Unless Defendants are restrained by appropriate injunctive relief, their

25    actions are likely to recur and will cause Oracle irreparable injury for which there is no adequate

26    remedy at law.

27

28

1                              DEMAND FOR JURY TRIAL

2               In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle Corporation, Oracle

3   International Corporation and Oracle USA, Inc. demand a trial by jury on all issues triable by a

4   jury.

5

6   DATED: March 22, 2007

                            BINGHAM McCUTCHEN LLP

7

8

                     By:_____

9                          Christopher B. Hockett

                          Attorneys for Plaintiffs
10                     Oracle Corporation, Oracle USA, Inc., and

                          Oracle International Corporation
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/21707189.2/2021039-0000324170                     43

COMPLAINT

1   BINGHAM McCUTCHEN LLP
    CHRISTOPHER B. HOCKETT (SBN 121539)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA 94111-4067
5   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
6   chris.hockett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   DORIAN DALEY (SBN 129049)
    JEFFREY S. ROSS (SBN 138172)
10  500 Oracle Parkway
    M/S 5op7
11  Redwood City, CA 94070
    Telephone: (650) 506-4846
12  Facsimile: (650) 506-7114
    dorian.daley@oracle.com
13  jeff.ross@oracle.com

14  Attorneys for Plaintiffs
    Oracle Corporation, Oracle USA, Inc.,
15  and Oracle International Corporation

16

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20

21   ORACLE CORPORATION, a Delaware            CASE NO. 07-CV-01658 (MJJ)
     corporation, ORACLE USA, INC., a Colorado
22   corporation, and ORACLE INTERNATIONAL     FIRST AMENDED COMPLAINT FOR
     CORPORATION, a California corporation.     DAMAGES AND INJUNCTIVE RELIEF
                                                FOR:
23              Plaintiffs,
                                                (1) COPYRIGHT INFRINGEMENT;
24         v.                                   (2) VIOLATIONS OF THE COMPUTER
                                                FRAUD AND ABUSE ACT;
25   SAP AG, a German corporation, SAP          (3) VIOLATIONS OF THE COMPUTER
     AMERICA, INC., a Delaware corporation,     DATA ACCESS AND FRAUD ACT;
26   TOMORROWNOW, INC., a Texas corporation,    (4) BREACH OF CONTRACT;
     and DOES 1-50, inclusive,                  (5) INTENTIONAL INTERFERENCE
27              Defendants.                      WITH PROSPECTIVE ECONOMIC
                                                ADVANTAGE;
28

                                                        Case No. 07-CV-01658 (MJJ)

1    corrected. SAP TN's version also substitutes an SAP TN logo in place of the original Oracle
2    logo and copyright notice.

3            88.    Oracle has registered the downloaded version of its DST Solution that
4    SAP TN copied and created derivative works from, and later distributed and publicly displayed,
5    as well as a later version that SAP TN also downloaded shortly before Oracle filed its original
6    Complaint, Registration Nos. TX 6-541-019 and TX 6-541-018. No customer is licensed to
7    create derivative works from, distribute or publicly display Oracle's Software and Support
8    Materials, and neither is SAP.

9        **H.    SAP Adds The Ill-Gotten Gains To Its Coffers**

10           89.    SAP TN now claims to have delivered thousands of fixes and more than
11   1000 tax and regulatory updates to Oracle's former customers. Not coincidentally, SAP TN has
12   illegally downloaded thousands of fixes and updates from Oracle's restricted customer support
13   website. SAP AG and SAP America directed this download scheme, ratified it, never disavowed
14   it, and financially benefited from it. SAP subsequently has used Oracle's stolen intellectual
15   property to provide maintenance services and unfairly compete against Oracle, has illegally won
16   business and a number of customers from Oracle, and has artificially inflated its market share.

17       **I.    The SAP Defendants Conspired With And Aided And Abetted Each Other**
18           90.    Defendants willfully, intentionally, and knowingly agreed and conspired
19   with each other to engage in the alleged wrongful conduct, including Defendants' interference
20   with Oracle's business relationships and other unfair business practices, as well as Defendants'
21   trespass on, and computer fraud concerning the Software and Support Materials.

22           91.    Defendants did the acts alleged pursuant to, and in furtherance of, that
23   agreement and/or furthered the conspiracy by cooperating, encouraging, ratifying, or adopting
24   the acts of the others.

25           92.    As a direct and proximate result of the acts in furtherance of the
26   conspiracy, Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss
27   of profits from sales to current and potential customers of Oracle support services and licenses
28

FIRST AMENDED COMPLAINT

1    for Oracle's software programs. The wrongful conduct committed pursuant to the conspiracy

2    was a substantial factor in causing this harm.

3           93.    Defendants also had full knowledge of or should have reasonably known

4    of the true nature of the wrongful conduct of each other Defendant, and aided and abetted such

5    wrongful conduct, including interference with Oracle's business relationships and other unfair

6    business practices, as well as Defendants' trespass on, and computer fraud concerning the

7    copyrighted Software and Support Materials, by providing substantial assistance and/or

8    encouraging the others to act.

9           94.    Defendants also aided and abetted the described wrongful conduct of the

10   other Defendants by giving substantial assistance and/or encouragement that, separately

11   considered, was wrongful in and of itself.

12          95.    As a direct and proximate result of the aiding and abetting of these acts,

13   Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss of profits

14   from sales to current and potential customers of Oracle support services and licenses to Oracle

15   software programs. The wrongful conduct aided and abetted by the Defendants was a substantial

16   factor in causing this harm.

17          96.    Defendants' intentional agreement to commit, and commission of, these

18   wrongful acts, and aiding and abetting of these wrongful acts, was willful, malicious, oppressive,

19   and in conscious disregard of Oracle's rights, and Oracle is therefore entitled to an award of

20   punitive damages to punish their wrongful conduct and deter future wrongful conduct.

21                         **First Claim for Relief**

22                      **Copyright Infringement**

23                 (By Oracle Against All Defendants)

24          97.    Oracle incorporates by reference each of the allegations in the preceding

25   paragraphs of this Complaint as though fully set forth here.

26          98.    Oracle owns a valid and enforceable copyright in all of its Software and

27   Support Materials, which are creative works of original authorship by Oracle.

28

1    Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*, receipt of stolen property, Cal. Penal Code §

2    496, unauthorized access to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343,

3    violation of RICO, 18 U.S.C. § 1962, fraud and related activity in connection with an access

4    device, 18 U.S.C. § 1029, and violation of the Stored Communications Act, 18 U.S.C. §§ 2701-

5    11. Defendants' conduct also constitutes trespass to chattels, breach of contract, and unjust

6    enrichment.

7              136.    As a result of Defendants' acts, the above-described relationships have

8    been actually disrupted, causing certain current and prospective support clients to contract with

9    Defendants instead of Oracle for their software support and maintenance and, in some cases, for

10   their enterprise software.

11             137.    As a direct and proximate result of Defendants' actions, Oracle has

12   suffered economic harm, including, but not limited to, loss of profits from sales or licenses to

13   current and potential customers of Oracle support services and enterprise software programs.

14   Defendants' wrongful conduct was a substantial factor in causing this harm.

15             138.    Unless Defendants are restrained by appropriate injunctive relief, their

16   actions are likely to recur and will cause Oracle irreparable injury for which there is no adequate

17   remedy at law.

18             139.    Defendants' interference with Oracle's prospective economic advantage

19   with its current and future customers, as described above, was willful, malicious, oppressive, and

20   in conscious disregard of Oracle's rights, and Oracle is therefore entitled to an award of punitive

21   damages to punish their wrongful conduct and deter future wrongful conduct.

22                                   **Sixth Claim for Relief**

23                 **Negligent Interference With Prospective Economic Advantage**

24                            (By Oracle Against All Defendants)

25             140.    Oracle incorporates by reference the allegations of paragraphs 1 through

26   81, 89 through 96, and 108 through 139 of this Complaint as though fully set forth here.

27

28

                                         41                     Case No 07-CV-01658 (MJJ)

1          DEMAND FOR JURY TRIAL

2                  In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle Corporation, Oracle

3      International Corporation and Oracle USA, Inc. demand a trial by jury on all issues triable by a

4      jury.

5
       DATED:  June 1, 2007
6                                         BINGHAM McCUTCHEN LLP

7

8                                         By:

9                                              Christopher B. Hockett
                                               Attorneys for Plaintiffs
10                                             Oracle Corporation, Oracle USA, Inc., and
                                               Oracle International Corporation
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    50                    Case No. 07-CV-01658 (MJJ)

1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA 94111-4067
5  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway
   M/S 5op7
11 Redwood City, CA 94070
   Telephone: (650) 506-4846
12 Facsimile: (650) 506-7114
   dorian.daley@oracle.com
13 jennifer.gloss@oracle.com

14 Attorneys for Plaintiffs
   Oracle Corporation, Oracle USA, Inc.,
15 and Oracle International Corporation

16

17                     UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado | CASE NO. 07-CV-01658 PJH (EDL) |
| 21  corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: |
| 22            Plaintiffs, | |
| 23                 v. | (1) COPYRIGHT INFRINGEMENT; (2) VIOLATIONS OF THE COMPUTER |
| 24  SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, | FRAUD AND ABUSE ACT; (3) VIOLATIONS OF THE COMPUTER |
| 25  TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | DATA ACCESS AND FRAUD ACT; (4) BREACH OF CONTRACT; |
| 26            Defendants. | (5) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC |
| 27 | ADVANTAGE; (6) NEGLIGENT INTERFERENCE |
| 28 | WITH PROSPECTIVE ECONOMIC |

| | |
|---|---|
| 1 | from "\$600k per year down to \$30k if you tell me you need this" and if |
| 2 | McDermott could address Home Depot's concerns about the legality of SAP |
| 3 | TN's services. The price was worth it – the deal would give SAP a |
| 4 | "marketing deliverable" to use with other customers. |
| 5 | • Direct Energy, October 2006 – "Randy Wheeler, SAP [Account Executive], |
| 6 | contacted [SAP TN] mid-August with a prospect running PeopleSoft. . . . Now |
| 7 | that we have displaced Oracle, we have effectively created future sales |
| 8 | pipeline for SAP." |

9      137.    As these examples illustrate, SAP used Oracle's stolen intellectual

10    property to provide maintenance services and unfairly compete against Oracle, thereby illegally

11    winning business and a number of customers from Oracle, and artificially inflating its market

12    share.

13    **I.    Defendants Conspired With And Aided And Abetted Each Other**

14              138.    Defendants willfully, intentionally, and knowingly agreed and conspired

15    with each other to engage in the alleged wrongful conduct, including Defendants' copyright

16    infringement, interference with Oracle's business relationships and other unfair business

17    practices, as well as Defendants' trespass on, and computer fraud concerning the Software and

18    Support Materials.

19              139.    Defendants did the acts alleged pursuant to, and in furtherance of, that

20    agreement and/or furthered the conspiracy by cooperating, encouraging, ratifying, or adopting

21    the acts of the others.

22              140.    As a direct and proximate result of the acts in furtherance of the

23    conspiracy, Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss

24    of profits from sales to current and potential customers of Oracle support services and licenses

25    for Oracle's software programs. The wrongful conduct committed pursuant to the conspiracy

26    was a substantial factor in causing this harm.

27              141.    Defendants also had full knowledge of or should have reasonably known

28    of the true nature of the wrongful conduct of each other Defendant, and aided and abetted such

46

1    wrongful conduct, including copyright infringement, interference with Oracle's business

2    relationships and other unfair business practices, as well as Defendants' trespass on, and

3    computer fraud concerning the copyrighted Software and Support Materials, by providing

4    substantial assistance and/or encouraging the others to act.

5              142.    SAP AG and SAP America condoned and encouraged SAP TN's

6    activities, including through the Safe Passage program and Project Blue. Indeed, despite Project

7    Blue, SAP AG monitored the Safe Passage program closely, "tracking these leads" from

8    Germany, and pushing SAP TN "to see progress." SAP AG and SAP America account

9    executives repeatedly fed leads to SAP TN sales personnel and worked closely with them

10   throughout the sales and negotiations process, presenting joint service offerings to prospective

11   customers with the goal of creating applications revenue for SAP. A year after the acquisition of

12   SAP TN, to facilitate the joint sales and marketing process further, SAP AG specifically

13   encouraged -- and required -- closer cooperation between the sales and marketing teams at SAP

14   AG, SAP America and SAP TN. Thus, SAP AG and SAP America knew about, permitted,

15   encouraged, directed and profited from SAP TN's wrongful use of these materials.

16             143.    Defendants also aided and abetted the described wrongful conduct of the

17   other Defendants by giving substantial assistance and/or encouragement that, separately

18   considered, was wrongful in and of itself.

19             144.    As a direct and proximate result of the aiding and abetting of these acts,

20   Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss of profits

21   from sales to current and potential customers of Oracle support services and licenses to Oracle

22   software programs. The wrongful conduct aided and abetted by the Defendants was a substantial

23   factor in causing this harm.

24             145.    Defendants' intentional agreement to commit, and commission of, these

25   wrongful acts, and aiding and abetting of these wrongful acts, was willful, malicious, oppressive,

26   and in conscious disregard of Oracle's rights, and Oracle is therefore entitled to an award of

27   punitive damages to punish their wrongful conduct and deter future wrongful conduct.

28

                                                   47

1                                    DEMAND FOR JURY TRIAL

2                    In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle Corporation, Oracle

3        International Corporation and Oracle USA, Inc. demand a trial by jury on all issues triable by a

4        jury.

5
         DATED: July 28, 2008                          BINGHAM McCUTCHEN LLP
6

7

8                                                      By: _____
                                                               Geoffrey M. Howard
9

10                                                        Attorneys for Plaintiffs
                                                     Oracle Corporation, Oracle International
11                                                     Corporation, and Oracle USA, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    70

1    BINGHAM McCUTCHEN LLP
     DONN P. PICKETT (SBN 72257)
2    GEOFFREY M. HOWARD (SBN 157468)
     HOLLY A. HOUSE (SBN 136045)
3    ZACHARY J. ALINDER (SBN 209009)
     BREE HANN (SBN 215695)
4    Three Embarcadero Center
     San Francisco, CA 94111-4067
5    Telephone: (415) 393-2000
     Facsimile: (415) 393-2286
6    donn.pickett@bingham.com
     geoff.howard@bingham.com
7    holly.house@bingham.com
     zachary.alinder@bingham.com
8    bree.hann@bingham.com

9    DORIAN DALEY (SBN 129049)
     JENNIFER GLOSS (SBN 154227)
10   500 Oracle Parkway
     M/S 5op7
11   Redwood City, CA 94070
     Telephone: (650) 506-4846
12   Facsimile: (650) 506-7114
     dorian.daley@oracle.com
13   jennifer.gloss@oracle.com

14   Attorneys for Plaintiffs
     Oracle USA, Inc., Oracle International Corp., Oracle
15   Systems Corp., Oracle EMEA Ltd., and J.D. Edwards
     Europe Ltd.
16

17                    UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                     SAN FRANCISCO DIVISION

| 20 | ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation, ORACLE SYSTEMS CORPORATION, a Delaware corporation, ORACLE EMEA LIMITED, an Irish private limited company, and J.D. EDWARDS EUROPE LIMITED, an Irish private limited company, | CASE NO. 07-CV-01658 PJH (EDL) |
|---|---|---|
| 21 | | THIRD AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: |
| 22 | | |
| 23 | | |
| 24 | Plaintiffs, | (1) COPYRIGHT INFRINGEMENT; (2) VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT; |
| 25 | v. | (3) VIOLATIONS OF THE COMPUTER DATA ACCESS AND FRAUD ACT; |
| 26 | SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | (4) BREACH OF CONTRACT; (5) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; |
| 27 | | |
| 28 | | (6) NEGLIGENT INTERFERENCE |

1      138.    As these examples illustrate, SAP used Oracle's stolen intellectual

2    property to provide maintenance services and unfairly compete against Oracle, thereby illegally

3    winning business and a number of customers from Oracle, and artificially inflating its market

4    share.

5    **I.      Defendants Conspired With And Aided And Abetted Each Other**

6      139.    Defendants willfully, intentionally, and knowingly agreed and conspired

7    with each other to engage in the alleged wrongful conduct, including Defendants' copyright

8    infringement, interference with Oracle's business relationships and other unfair business

9    practices, as well as Defendants' trespass on, and computer fraud concerning the Software and

10   Support Materials.

11     140.    Defendants did the acts alleged pursuant to, and in furtherance of, that

12   agreement and/or furthered the conspiracy by cooperating, encouraging, ratifying, or adopting

13   the acts of the others.

14     141.    As a direct and proximate result of the acts in furtherance of the

15   conspiracy, Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss

16   of profits from sales to current and potential customers of Oracle support services and licenses

17   for Oracle's software programs. The wrongful conduct committed pursuant to the conspiracy

18   was a substantial factor in causing this harm.

19     142.    Defendants also had full knowledge of or should have reasonably known

20   of the true nature of the wrongful conduct of each other Defendant, and aided and abetted such

21   wrongful conduct, including copyright infringement, interference with Oracle's business

22   relationships and other unfair business practices, as well as Defendants' trespass on, and

23   computer fraud concerning the copyrighted Software and Support Materials, by providing

24   substantial assistance and/or encouraging the others to act.

25     143.    SAP AG and SAP America condoned and encouraged SAP TN's

26   activities, including through the Safe Passage program and Project Blue. Indeed, despite Project

27   Blue, SAP AG monitored the Safe Passage program closely, "tracking these leads" from

28   Germany, and pushing SAP TN "to see progress." SAP AG and SAP America account

47

1     executives repeatedly fed leads to SAP TN sales personnel and worked closely with them

2     throughout the sales and negotiations process, presenting joint service offerings to prospective

3     customers with the goal of creating applications revenue for SAP. A year after the acquisition of

4     SAP TN, to facilitate the joint sales and marketing process further, SAP AG specifically

5     encouraged – and required – closer cooperation between the sales and marketing teams at SAP

6     AG, SAP America and SAP TN. Thus, SAP AG and SAP America knew about, permitted,

7     encouraged, directed and profited from SAP TN's wrongful use of these materials.

8          144.    Defendants also aided and abetted the described wrongful conduct of the

9     other Defendants by giving substantial assistance and/or encouragement that, separately

10    considered, was wrongful in and of itself.

11         145.    As a direct and proximate result of the aiding and abetting of these acts,

12    Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss of profits

13    from sales to current and potential customers of Oracle support services and licenses to Oracle

14    software programs. The wrongful conduct aided and abetted by the Defendants was a substantial

15    factor in causing this harm.

16         146.    Defendants' intentional agreement to commit, and commission of, these

17    wrongful acts, and aiding and abetting of these wrongful acts, was willful, malicious, oppressive,

18    and in conscious disregard of Oracle's rights, and Oracle is therefore entitled to an award of

19    punitive damages to punish their wrongful conduct and deter future wrongful conduct.

20                                  **First Claim for Relief**

21                                **Copyright Infringement**

22                        (By OIC, OSC and JDEE Against All Defendants)

23         147.    OIC, OSC and JDEE incorporate by reference each of the allegations in

24    the preceding paragraphs of this Complaint as though fully set forth here.

25         148.    OIC owns a valid and enforceable copyright in all of its software

26    applications and Software and Support Materials, which are creative works of original

27    authorship. OIC has pre-existing, or has obtained from the Register of Copyrights, Certificates of

28    Registration that cover many of the software applications and Software and Support Materials
                                            48

1    agreements governing access to, and use of, Customer Connection and the Software and Support

2    Materials available through Customer Connection, and wrongfully used the property that they

3    found there to advertise their services, and otherwise obtain and retain the current and

4    prospective clients of Oracle USA, OIC and OEMEA.  Simultaneously, Defendants manipulated

5    those customers to obtain copies of Oracle software releases, which were then copied to

6    Defendants' own computer systems and used to lure away current and prospective clients of

7    Oracle USA, OIC and OEMEA.

8            190.    This conduct, as alleged above, constitutes violations of numerous state

9    and federal statutes and codes, including, but not limited to, violation of the Federal Computer

10   Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq*., receipt of stolen property, Cal. Penal Code §

11   496, unauthorized access to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343,

12   violation of RICO, 18 U.S.C. § 1962, fraud and related activity in connection with an access

13   device, 18 U.S.C. § 1029, and violation of the Stored Communications Act, 18 U.S.C. §§ 2701-

14   11. Defendants' conduct also constitutes trespass to chattels, breach of contract, and unjust

15   enrichment.

16           191.    As a result of Defendants' acts, the above-described relationships have

17   been actually disrupted, causing certain current and prospective support clients to contract with

18   Defendants instead of with Oracle USA, OIC and OEMEA for those clients' software support

19   and maintenance and, in some cases, for their enterprise software.

20           192.    As a direct and proximate result of Defendants' actions, Oracle USA, OIC

21   and OEMEA have suffered economic harm, including, but not limited to, loss of profits from

22   sales or licenses to current and potential customers of support services and enterprise software

23   programs.  Defendants' wrongful conduct was a substantial factor in causing this harm.

24           193.    Unless Defendants are restrained by appropriate injunctive relief, their

25   actions are likely to recur and will cause Oracle USA, OIC and OEMEA irreparable injury for

26   which there is no adequate remedy at law.

27           194.    Defendants' interference with Oracle USA's, OIC's and OEMEA's

28   prospective economic advantage with its current and future customers, as described above, was

60

1           DEMAND FOR JURY TRIAL

2           In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle USA, Inc., Oracle

3    International Corp., Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe Ltd.

4    demand a trial by jury on all issues triable by a jury.

5
     DATED:  October 8, 2008                    BINGHAM McCUTCHEN LLP
6

7

8                                       By: _____
                                                Geoffrey M. Howard
9
                                                Attorneys for Plaintiffs
10                                        Oracle USA, Inc., Oracle International
                                          Corp., Oracle Systems Corp., Oracle EMEA
11                                        Ltd., and J.D. Edwards Europe Ltd.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            72

1    BINGHAM McCUTCHEN LLP
     DONN P. PICKETT (SBN 72257)
2    GEOFFREY M. HOWARD (SBN 157468)
     HOLLY A. HOUSE (SBN 136045)
3    ZACHARY J. ALINDER (SBN 209009)
     BREE HANN (SBN 215695)
4    Three Embarcadero Center
     San Francisco, CA 94111-4067
5    Telephone: (415) 393-2000
     Facsimile: (415) 393-2286
6    donn.pickett@bingham.com
     geoff.howard@bingham.com
7    holly.house@bingham.com
     zachary.alinder@bingham.com
8    bree.hann@bingham.com

9    DORIAN DALEY (SBN 129049)
     JENNIFER GLOSS (SBN 154227)
10   500 Oracle Parkway
     M/S 5op7
11   Redwood City, CA 94070
     Telephone: (650) 506-4846
12   Facsimile: (650) 506-7114
     dorian.daley@oracle.com
13   jennifer.gloss@oracle.com

14   Attorneys for Plaintiffs
     Oracle USA, Inc., Oracle International Corp., Oracle
15   EMEA Ltd., and Siebel Systems, Inc.

16

17                          UNITED STATES DISTRICT COURT

18                         NORTHERN DISTRICT OF CALIFORNIA

19                              SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, | CASE NO. 07-CV-01658 PJH (EDL) |
| 21  a California corporation, ORACLE EMEA LIMITED, an Irish private limited company, and | **FOURTH AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE** |
| 22  SIEBEL SYSTEMS INC., a Delaware corporation, | **RELIEF FOR:** |
| 23              Plaintiffs, | **(1) COPYRIGHT INFRINGEMENT;** **(2) VIOLATIONS OF THE** |
| 24          v. | **COMPUTER FRAUD AND ABUSE ACT;** |
| 25  SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, | **(3) VIOLATIONS OF THE COMPUTER DATA ACCESS AND** |
| 26  TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | **FRAUD ACT;** **(4) BREACH OF CONTRACT;** |
| 27              Defendants. | **(5) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC** |
| 28 | **ADVANTAGE;** |

1   practices, as well as Defendants' trespass on, and computer fraud concerning the Software and

2   Support Materials.

3           147.    Defendants did the acts alleged pursuant to, and in furtherance of, that

4   agreement and/or furthered the conspiracy by cooperating, encouraging, ratifying, or adopting

5   the acts of the others.

6           148.    As a direct and proximate result of the acts in furtherance of the

7   conspiracy, Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss

8   of profits from sales to current and potential customers of Oracle support services and licenses

9   for Oracle's software programs. The wrongful conduct committed pursuant to the conspiracy

10  was a substantial factor in causing this harm.

11          149.    Defendants also had full knowledge of or should have reasonably known

12  of the true nature of the wrongful conduct of each other Defendant, and aided and abetted such

13  wrongful conduct, including copyright infringement, interference with Oracle's business

14  relationships and other unfair business practices, as well as Defendants' trespass on, and

15  computer fraud concerning the copyrighted Software and Support Materials, by providing

16  substantial assistance and/or encouraging the others to act.

17          150.    SAP AG and SAP America condoned and encouraged SAP TN's

18  activities, including through the Safe Passage program and Project Blue. Indeed, despite Project

19  Blue, SAP AG monitored the Safe Passage program closely, "tracking these leads" from

20  Germany, and pushing SAP TN "to see progress." SAP AG and SAP America account

21  executives repeatedly fed leads to SAP TN sales personnel and worked closely with them

22  throughout the sales and negotiations process, presenting joint service offerings to prospective

23  customers with the goal of creating applications revenue for SAP. A year after the acquisition of

24  SAP TN, to facilitate the joint sales and marketing process further, SAP AG specifically

25  encouraged – and required – closer cooperation between the sales and marketing teams at SAP

26  AG, SAP America and SAP TN. Thus, SAP AG and SAP America knew about, permitted,

27  encouraged, directed and profited from SAP TN's wrongful use of these materials.

28          151.    Defendants also aided and abetted the described wrongful conduct of the

50

1    other Defendants by giving substantial assistance and/or encouragement that, separately

2    considered, was wrongful in and of itself.

3            152.    As a direct and proximate result of the aiding and abetting of these acts,

4    Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss of profits

5    from sales to current and potential customers of Oracle support services and licenses to Oracle

6    software programs. The wrongful conduct aided and abetted by the Defendants was a substantial

7    factor in causing this harm.

8            153.    Defendants' intentional agreement to commit, and commission of, these

9    wrongful acts, and aiding and abetting of these wrongful acts, was willful, malicious, oppressive,

10   and in conscious disregard of Oracle's rights, and Oracle is therefore entitled to an award of

11   punitive damages to punish their wrongful conduct and deter future wrongful conduct.

12                                   **First Claim for Relief**

13                                   **Copyright Infringement**

14                                (By OIC Against All Defendants)

15           154.    OIC incorporates by reference each of the allegations in the preceding

16   paragraphs of this Complaint as though fully set forth here.

17           155.    OIC owns a valid and enforceable copyright in all of its software

18   applications and Software and Support Materials, which are creative works of original

19   authorship. OIC has pre-existing, or has obtained from the Register of Copyrights, Certificates

20   of Registration that cover many of the software applications and Software and Support Materials

21   taken and copied by SAP TN.

22           156.    OIC has also obtained, through transfer agreements, all rights, title, and

23   interest in registered and unregistered copyrights formerly owned by certain PeopleSoft, J.D.

24   Edwards, and Siebel entities.

25           157.    OIC owned one or more exclusive rights in certain copyrights at issue in

26   this case at a point in time during which Defendants infringed those exclusive rights.

27           158.    Defendants have infringed copyrights in Oracle software applications and

28   Software and Support Materials, including the software applications and Software and Support

51

1          195.    This conduct, as alleged above, constitutes violations of numerous state

2 and federal statutes and codes, including, but not limited to, violation of the Federal Computer

3 Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq*., receipt of stolen property, Cal. Penal Code §

4 496, unauthorized access to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343,

5 violation of RICO, 18 U.S.C. § 1962, fraud and related activity in connection with an access

6 device, 18 U.S.C. § 1029, and violation of the Stored Communications Act, 18 U.S.C. §§ 2701-

7 11. Defendants' conduct also constitutes trespass to chattels, breach of contract, and unjust

8 enrichment.

9          196.    As a result of Defendants' acts, the above-described relationships have

10 been actually disrupted, causing certain current and prospective support clients to contract with

11 Defendants instead of with Oracle USA, OIC and OEMEA for those clients' software support

12 and maintenance and, in some cases, for their enterprise software.

13         197.    As a direct and proximate result of Defendants' actions, Oracle USA, OIC

14 and OEMEA have suffered economic harm, including, but not limited to, loss of profits from

15 sales or licenses to current and potential customers of support services and enterprise software

16 programs. Defendants' wrongful conduct was a substantial factor in causing this harm.

17         198.    Unless Defendants are restrained by appropriate injunctive relief, their

18 actions are likely to recur and will cause Oracle USA, OIC and OEMEA irreparable injury for

19 which there is no adequate remedy at law.

20         199.    Defendants' interference with Oracle USA's, OIC's and OEMEA's

21 prospective economic advantage with its current and future customers, as described above, was

22 willful, malicious, oppressive, and in conscious disregard of Oracle USA's, OIC's and

23 OEMEA's rights, and Oracle USA, OIC and OEMEA are therefore entitled to an award of

24 punitive damages to punish Defendants' wrongful conduct and deter future wrongful conduct.

25                              **Sixth Claim for Relief**

26         **Negligent Interference With Prospective Economic Advantage**

27            (By Oracle USA, OIC and OEMEA Against All Defendants)

28           200.    Oracle USA, OIC and OEMEA incorporate by reference the allegations of

1    Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq*., receipt of stolen property, Cal. Penal Code §

2    496, unauthorized access to computers, Cal. Penal Code § 502, wire fraud, 18 U.S.C. § 1343,

3    violation of RICO, 18 U.S.C. § 1962, fraud and related activity in connection with an access

4    device, 18 U.S.C. § 1029, and violation of the Stored Communications Act, 18 U.S.C. §§ 2701-

5    11. Defendants' conduct also constitutes trespass to chattels, breach of contract, and unjust

6    enrichment.

7            206.    As a result of Defendants' acts, the above-described relationships have

8    been actually disrupted, causing certain current and prospective support clients to contract with

9    Defendants instead of Oracle USA, OIC and OEMEA for their software support and

10   maintenance and, in some cases, for their enterprise software.

11           207.    As a direct and proximate result of Defendants' actions, Oracle USA, OIC,

12   and OEMEA have suffered economic harm, including, but not limited to, loss of profits from

13   sales or licenses to current and potential customers of support services and enterprise software

14   programs. Defendants' wrongful conduct was a substantial factor in causing this harm.

15           208.    Unless Defendants are restrained by appropriate injunctive relief, their

16   actions are likely to recur and will cause Oracle USA, OIC and OEMEA irreparable injury for

17   which there is no adequate remedy at law.

18                              **Seventh Claim for Relief**

19                   **Unfair Competition - Cal. Bus. & Prof. Code § 17200**

20                   (By Oracle USA, OIC, OEMEA, and SSI Against All Defendants)

21           209.    Oracle USA, OIC, OEMEA, and SSI incorporate by reference the

22   allegations of paragraphs 1 through 125, 134 through 153, and 169 through 208 of this

23   Complaint as though fully set forth here.

24           210.    Defendants have engaged in unlawful business acts or practices by

25   committing acts including computer fraud, trespass, breach of contract, interference with

26   business relationships, and other illegal acts and practices as alleged above, all in an effort to

27   gain unfair competitive advantage over Oracle USA, OIC, SSI, and OEMEA.

28           211.    These unlawful business acts or practices were committed pursuant to

                                            67

1          <u>DEMAND FOR JURY TRIAL</u>

2          In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle USA, Inc., Oracle

3   International Corp., Oracle EMEA Ltd., and Siebel Systems, Inc. demand a trial by jury on all

4   issues triable by a jury.

5
    DATED:  August 18, 2009                    BINGHAM McCUTCHEN LLP
6

7

8                                         By: _____
                                                Geoffrey M. Howard
9
                                             Attorneys for Plaintiffs
10                                           Oracle USA, Inc., Oracle International
                                             Corp., Oracle EMEA Ltd., and Siebel
11                                                    Systems, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     75