BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> SAP AG, *et al.*, <br><br> Defendants. | CASE NO.  07-CV-01658 PJH (EDL) <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PERIOD FOR REVIEW OF ORACLE'S OBJECTIONS TO ORDER PURSUANT TO LOCAL RULE 72-2** |

Case No. 07-CV-01658 PJH (EDL)

PLAINTIFFS' ADMINISTRATIVE MOTION

Dockets.Justia.com

1    Pursuant to Northern District of California Civil Local Rule 7-11, Plaintiffs
2  hereby move for administrative relief extending the time pursuant to Civil Local Rule 72-2
3  within which the District Court Judge may review a Magistrate's Order.  Oracle brings this
4  motion, in an abundance of caution, because of the current unavailability of the District Court
5  and the importance of the legal rights affected by the Order in question.  Given those two factors,
6  there is good cause here to grant Oracle's administrative motion for relief to allow its Objections
7  to be considered on the merits.
8    On September 17, 2009 Magistrate Laporte issued an Order Granting Defendants'
9  Motion for Preclusion of Certain Damages Evidence Pursuant to Federal Rules of Civil
10 Procedure 37(c)(1) and 16(f) ("Order").  Plaintiffs received the Order via the Northern District's
11 ECF notification system that afternoon.  Pursuant to Civil Local Rule 72-2 and Fed. R. Civ. Proc.
12 6, Plaintiffs filed Objections to Order of Discovery Magistrate Granting Defendants' Motion for
13 Preclusion of Certain Damages Evidence ("Objections") on October 1, 2009 (ten business days
14 from receipt of Order).  Civil Local Rule 72-2 provides that "[i]f no order denying the motion or
15 setting a briefing schedule is made within 15 days of filing the objection, the objection shall be
16 deemed denied."  Therefore, pursuant to Civil Local Rule 72-2 and Fed R. Civ. Proc. 6,
17 Plaintiffs' Objections may be deemed automatically denied, and the Clerk may issue a
18 notification, if the Court has not established a briefing schedule or explicitly denied the
19 Objections by October 16, 2009.
20   The Court's calendar, however, indicates that Judge Hamilton is unavailable until
21 October 15, 2009, providing just one court day after her return for consideration of Plaintiffs'
22 Objections prior to the Clerk's notification of an automatic denial pursuant to Civil Local Rule
23 72-2.  To provide the Court adequate time to consider Plaintiffs' Objections before the potential
24 intervention of an automatic denial, and in the interest of fairness, Plaintiffs respectfully request
25 that the clerk not automatically deem Plaintiffs' Objections denied until October 26th, 2009,
26 adding ten calendar days to the period for potential review pursuant to Civil Local Rule 72-2.
27
28

| | | |
|---|---|---|
| 1 | DATED:  October 1, 2009 | BINGHAM McCUTCHEN LLP |

By: <u>      /s/ Bree Hann      </u>
Bree Hann
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle International Corporation, Oracle EMEA
Limited, and Siebel Systems, Inc.