BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF BREE HANN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PERIOD FOR REVIEW OF ORACLE'S OBJECTIONS TO ORDER PURSUANT TO LOCAL RULE 72-2** |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BREE HANN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION

I, Bree Hann, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a counsel at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Ltd. and Siebel Systems, Inc. (collectively, "Oracle" or "Plaintiffs"). I have personal knowledge of the facts stated within this Declaration and could testify competently to them if required.

2. Plaintiffs have filed an Administrative Motion to Extend Period for Review of Oracle's Objections To Order Pursuant to Local Rule 72-2 ("Administrative Motion"). Pursuant to Local Rule 7-11(a), Plaintiffs file this Declaration in Support of the Administrative Motion.

3. On October 1, 2009 Plaintiffs contacted Defendants and attempted to obtain a stipulation from Defendants in support of this Administrative Motion. Defendants declined to stipulate, based on the timing and nature of Plaintiffs' request. Defendants informed Plaintiffs, however, that they do not intend to oppose Plaintiffs' Administrative Motion. Accordingly, Plaintiffs file this Declaration in lieu of stipulation from Defendants.

I declare under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed on October 1, 2009, in San Francisco, California.

DATED: October 1, 2009

By: _____/s/Bree Hann_____
                Bree Hann

2      Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BREE HANN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION