| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION SUPPORTING DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

1   Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs") and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the "Parties") request that the Court order the Clerk of the Court to file under seal, at Plaintiffs' request, portions of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim ("Reply"), which Defendants lodged with the Court on October 7, 2009.

The requested relief sought is necessary and narrowly tailored to protect the alleged confidentiality of the content of Plaintiffs' documents put at issue by the Reply. This request is supported by the Stipulation and Declaration of Tharan Gregory Lanier in support of Defendants' Administrative Motion to File Under Seal attached.

Pursuant to Local Rule 79-5, a proposed order and stipulation accompanies this request to file portions of the Reply under seal.

DATED: October 7, 2009                     JONES DAY


                                           By: /s/ Tharan Gregory Lanier
                                               Tharan Gregory Lanier

                                           Attorneys for Defendants
                                           SAP AG, SAP AMERICA, INC., and
                                           TOMORROWNOW, INC.

- 2 -

DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)