| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>SAP AG, *et al.*,<br><br>            Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION SUPPORTING DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1    Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
2  International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs") and
3  Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together
4  with Plaintiffs, the "Parties") jointly submit this Stipulation to Permit Defendants to File Under
5  Seal Plaintiffs' Information Supporting Defendants' Reply to Plaintiffs' Opposition to
6  Defendants' Motion for Partial Summary Judgment.

7    WHEREAS, Defendants filed their Reply to Plaintiffs' Opposition to Defendants' Motion
8  for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim on
9  October 7, 2009 ("Reply");

10   WHEREAS, at Plaintiffs' request, Defendants have filed an Administrative Motion to
11 Permit Defendants to File Under Seal Plaintiffs' Information Supporting Defendants' Reply;

12   WHEREAS the requested relief is necessary and narrowly tailored to protect the alleged
13 confidentiality of the materials put at issue by the Reply until such time as the Court makes a final
14 ruling as to confidentiality of the relevant subject matter.  Specifically, the following excerpts of
15 the Reply contain information designated by Plaintiffs as "Highly Confidential Information -
16 Attorneys' Eyes Only": 7:25-26; 7:28; 8:3-4; 8:6-7; 8:9-11; and 8:12-17.  Additionally, the
17 following excerpts of the Reply contain information designated by Plaintiffs as "Confidential
18 Information": 7:12-13; 7:16-17; 7:19-20; 7:22; and 15:14-15.

19   NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
20 respective counsel of record, that Defendants be permitted to move for permission to file under
21 seal portions of the Reply, as described above.  The Parties further agree that Defendants reserve
22 their rights to challenge the confidentiality of the information filed under seal pursuant to this
23 Stipulation.  While the Parties agree that portions of the Reply may be publicly filed, the Parties
24 also agree that the filing shall not be construed as a waiver of any confidentiality designation or
25 other protection with respect to documents, transcripts or other information referred to in, or that
26 serve as the basis for, the allegations or arguments made in it.

27   **IT IS SO STIPULATED.**

28

| | | |
|---|---|---|
| 1 | DATED: October 7, 2009 | JONES DAY |

By:  /s/ Tharan Gregory Lanier
     Tharan Gregory Lanier

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: October 7, 2009                 BINGHAM McCUTCHEN LLP

By:  /s/ Geoffrey M. Howard
     Geoffrey M. Howard

Attorneys for Plaintiffs
ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, ORACLE EMEA LIMITED, and SIEBEL SYSTEMS, INC.