1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:  (415) 626-3939
   Facsimile:   (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:  (650) 739-3939
10 Facsimile:   (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:  (832) 239-3939
15 Facsimile:   (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                           UNITED STATES DISTRICT COURT
                             NORTHERN DISTRICT OF CALIFORNIA
20                                      OAKLAND DIVISION

21 ORACLE USA, INC., et al.,                     Case No. 07-CV-1658 PJH (EDL)

22              Plaintiffs,                      **DECLARATION OF THARAN
                                                 GREGORY LANIER ISO
23       v.                                      DEFENDANTS' ADMINISTRATIVE
                                                 MOTION TO PERMIT DEFENDANTS
24 SAP AG, et al.,                               TO FILE UNDER SEAL PLAINTIFFS'
                                                 INFORMATION SUPPORTING
25              Defendants.                      DEFENDANTS' REPLY TO
                                                 PLAINTIFFS' OPPOSITION TO
26                                               DEFENDANTS' MOTION FOR
                                                 PARTIAL SUMMARY JUDGMENT
27

28

I, THARAN GREGORY LANIER, declare:

1. I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case, I make this Declaration in support of Defendants' Administrative Motion to Permit Defendants to File Under Seal Plaintiffs' Information Supporting Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment.

3. Defendants' file this motion at Plaintiffs' request. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim ("Reply") until such time as Plaintiffs may submit a declaration in accordance with Civil Local Rule 79-5(d), and the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, the following excerpts of the Reply, filed and lodged with the Court, contain information designated by Plaintiffs as "Confidential Information": 7:12-13; 7:16-17; 7:19-20; 7:22; and 15:14-15. Additionally, the following excerpts of the Reply contain information designated by Plaintiffs as "Highly Confidential Information - Attorneys' Eyes Only": 7:25-26; 7:28; 8:3-4; 8:6-7; 8:9-11; and 8:12-17.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 7th day of October, 2009 in Palo Alto, California.

                                                /s/ Tharan Gregory Lanier
                                                Tharan Gregory Lanier