Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:     (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>       Plaintiffs,<br><br>     v.<br><br>SAP AG, *et al.*,<br><br>       Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION SUPPORTING DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1       Having considered Defendants' Administrative Motion to File Under Seal Plaintiffs'

2   Information Supporting Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for

3   Partial Summary Judgment, supporting declaration of Tharan Gregory Lanier, Stipulation to

4   Permit Defendants to File Under Seal and Defendants' Reply to Plaintiffs' Opposition to

5   Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License

6   Damages Claim ("Reply"), which was lodged with the Court on October 7, 2009:

7       IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED.  The Clerk of the

8   Court shall file under seal the following excerpts of the Reply: 7:12-13; 7:16-17; 7:19-20; 7:22;

9   7:25-26; 7:28; 8:3-4; 8:6-7; 8:9-11; 8:12-17; and 15:14-15.

10

11   DATED: _____       By: _____

12                                              Hon. Phyllis J. Hamilton

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO
FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)