UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

        Plaintiff(s),                      No. C 07-1658 PJH

    v.                                     **ORDER RE ORACLE'S OBJECTIONS
TO MAGISTRATE JUDGE'S ORDER**

SAP AG, et al.,

        Defendant(s).

_____/

    Due to the court's unavailability until October 15, 2009, Oracle's motion for administrative relief (document 501) is GRANTED and the objections filed by Oracle on October 1, 2009 (document 499) shall NOT be deemed denied by the Clerk of Court pursuant to Civil Local Rule 72-2. The court requires a response from defendant which shall be filed by October 29, 2009, along with a proposed order. The court will thereafter rule on the papers.

**IT IS SO ORDERED.**

Dated: October 20, 2009

                                                               PHYLLIS J. HAMILTON
                                                               United States District Judge