# EXHIBIT D

Dockets.Justia.com

1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   San Francisco Office
    555 California Street, 26th Floor
4   San Francisco, CA  94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700
    ramittelstaedt@jonesday.com
6   jmcdonell@jonesday.com
    ewallace@jonesday.com
7
    Tharan Gregory Lanier (SBN 138784)
8   Jane L. Froyd (SBN 220776)
    JONES DAY
9   Silicon Valley Office
    1755 Embarcadero Road
10  Palo Alto, CA  94303
    Telephone:    (650) 739-3939
11  Facsimile:    (650) 739-3900
    tglanier@jonesday.com
12  jfroyd@jonesday.com

13  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
14  JONES DAY
    717 Texas, Suite 3300
15  Houston, TX 77002
    Telephone:    (832) 239-3939
16  Facsimile:    (832) 239-3600
    swcowan@jonesday.com
17  jlfuchs@jonesday.com

18  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
19  TOMORROWNOW, INC.

20              UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22                SAN FRANCISCO DIVISION

23  ORACLE CORPORATION, et al.,            Case No. 07-CV-1658 MJJ

24              Plaintiffs,                **DEFENDANT SAP AG'S SECOND
                                           AMENDED AND SUPPLEMENTAL
25       v.                                RESPONSE TO PLAINTIFFS' FIRST
                                           SET OF REQUESTS FOR
26  SAP AG, et al.,                        PRODUCTION OF DOCUMENTS
                                           (SET ONE)**
27              Defendants.

28

SVI-54140v1

SAP AG'S 2ND' AMENDED & SUPP RESP. TO
PLAINTIFFS' 1st SET OF DOCUMENT REQUESTS
Case No. 07-CV-1658 MJJ

1    **PROPOUNDING PARTY:**     Plaintiffs Oracle Corporation, Oracle USA,
Inc., and Oracle International Corporation

2

3    **RESPONDING PARTY:**     Defendant SAP AG

4    **SET NUMBER:**     One

5       Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the Local Rules of

6 the United States District Court for the Northern District of California, the standing and other

7 orders of this Court, and agreements of the parties defendant SAP AG amends and supplements

8 its responses as follows to the First Set of Requests for Production of Documents by plaintiffs

9 Oracle Corporation, Oracle USA, Inc. and Oracle International Corporation (collectively,

10 "plaintiffs" or "Oracle"):

11                 **GENERAL RESPONSES AND OBJECTIONS**

12      1.      SAP AG will produce documents and things within its possession, custody or

13 control that it is able to locate after a good faith search of files and other sources in which

14 responsive documents are likely to be found. SAP AG objects to any further search or production

15 as unduly burdensome and not reasonably calculated to lead to the discovery of admissible

16 evidence. A response by SAP AG indicating that it will produce documents is not a confirmation

17 that such documents exist or are in its possession, custody or control but, rather, indicates that

18 SAP AG will produce such documents if they do exist and are in its possession, custody or

19 control.

20      2.      SAP AG will produce confidential and proprietary information of SAP AG and/or

21 of third parties that is in SAP AG's possession, pursuant to the protective order entered in this

22 case, including by designating certain documents CONFIDENTIAL INFORMATION or

23 HIGHLY CONFIDENTIAL INFORMATION – ATTORNEYS' EYES ONLY.

24      3.      SAP AG objects to Oracle's instructions to the extent that they call for SAP AG to

25 produce documents in a form other than how they are maintained in the ordinary course of

26 business. SAP AG will produce relevant, responsive, non-privileged documents as typically

27 maintained, subject to the parties' agreement regarding mechanics of production set forth in the

28 Joint Case Management Conference Statement.

1       4.     SAP AG objects to each request, definition and instruction to the extent they seek

2 to impose upon SAP AG's duties and/or responsibilities greater than those imposed by the

3 Federal Rules of Civil Procedure, the Local Rules of this Court, any applicable orders of this

4 Court, or any stipulation or agreement of the parties, or requires SAP AG to speculate or guess as

5 to whether Oracle will contend documents "contradict" (or similar terms) positions taken by SAP

6 AG.

7       5.     SAP AG objects to each request to the extent it seeks the production of documents

8 and/or things that are not relevant to any claim or defense in this action, or reasonably likely to

9 lead to the discovery of admissible evidence that is relevant to any claim or defense, under Rule

10 26(b)(1) of the Federal Rules of Civil Procedure. More specifically, SAP AG objects to each

11 request as unduly burdensome, oppressive and calling for information that is neither relevant to

12 any issue in this action nor reasonably calculated to lead to the discovery of admissible evidence,

13 to the extent that the request seeks documents or information unrelated to PeopleSoft or J.D.

14 Edwards ("JDE") products as to which SAP AG's subsidiary TomorrowNow provided support to

15 customers, and will not produce such documents or information. The parties have agreed that

16 information or documents regarding Siebel products will not be provided in response to discovery

17 in this case.

18       6.     SAP AG objects to each request to the extent that it seeks documents and

19 information concerning or to be provided by expert witnesses. SAP AG will provide such

20 documents and things according to the schedule established by the Court.

21       7.     SAP AG objects to each request to the extent it seeks documents that are protected

22 from disclosure by any applicable privilege, including the attorney-client privilege, the attorney

23 work product doctrine, the privilege afforded non-testifying experts by Fed. R. Civ. P. 26(b), or

24 that is otherwise protected from disclosure under the Federal Rules of Civil Procedure, the

25 Federal Rules of Evidence, or relevant statutory or case law. Should any such production by SAP

26 AG occur, it is inadvertent and shall not constitute a waiver of any privilege or of any other

27 ground for objecting to discovery with respect to such documents or any other documents, or of

28 SAP AG's right to object during this litigation or otherwise to the use of any such document.

1   While the parties have reached agreement, as set forth in their Joint Case Management

2   Conference Statement, regarding the timing of production of privilege logs, they have not reached

3   complete agreement regarding the scope of post-litigation items to be identified on such logs.

4   SAP AG objects to identifying any privileged or work product documents written or prepared on

5   or after March 22, 2007, the date this action was filed.  SAP AG will withhold all privileged and

6   work product documents created or prepared by any of its employees, attorneys, agents or

7   representatives on or after that date.  SAP AG believes that the categorical identification of such

8   withheld documents satisfies any identification requirements predicate to a proper assertion of the

9   applicable privilege or immunity.

10        8.   SAP AG objects to all requests seeking "all documents relating to" various topics

11   as rendering the requests in which that term is included overbroad and unduly burdensome and

12   leading to such requests to seek documents not reasonably calculated to lead to the discovery of

13   admissible evidence.  SAP AG will produce documents constituting such materials or expressly

14   discussing the relevant topic.

15        9.   SAP AG's responses to Oracle's requests do not constitute admissions or

16   acknowledgements that the information sought is within the proper scope of discovery or

17   admissible at trial or that any non-privileged documents responsive to a particular request may

18   exist.

19        10.   SAP AG's responses to Oracle's requests are made without in any way waiving

20   (a) the right to object, on the grounds of competency, relevancy, materiality, privilege or

21   admissibility, as evidence for any purpose in any subsequent proceeding in, or the hearing of, this

22   action or any other action; and (b) the right to object on any grounds to other discovery requests

23   involving or relating to the subject matter of Oracle's requests.

24        11.   SAP AG's discovery and investigation in connection with this case are continuing.

25   As a result, SAP AG's responses are limited to information obtained and reviewed to date, and

26   are given without prejudice to SAP AG's right to amend or supplement its responses after

27   considering information obtained or reviewed through further discovery or investigation.

28

1     12.    SAP AG objects to producing and will not produce documents and information

2  regarding customers as to which Oracle has refused to produce documents or information, as in

3  context such unilateral production would be unlikely to lead to the discovery of admissible

4  evidence relating to the issues Oracle has placed in dispute, and would also be unduly

5  burdensome and oppressive to SAP AG and not reasonably calculated to lead to the discovery of

6  admissible evidence.

7     13.    SAP AG objects to each request to the extent it exceeds the 150 requests permitted

8  to Oracle by the Court's recent orders on case management.

9                 **REQUESTS FOR PRODUCTION**

1

2   <u>**REQUEST FOR PRODUCTION NO. 60:**</u>

3       All Documents that You may rely upon or introduce at trial in this litigation.

4   <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**</u>

5       SAP AG objects to this request because it is a vague, unreasonably cumulative, overbroad,

6   unduly burdensome "catchall" request that is designed to improperly shift Oracle's discovery

7   burden to SAP AG.

8   <u>**REQUEST FOR PRODUCTION NO. 61:**</u>

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12   Dated:  January 18, 2008                    JONES DAY

13

14                                              By: _____
                                                    Jason McDonell
15

16                                              Counsel for Defendants
                                                SAP AG, SAP AMERICA, INC., and
17                                              TOMORROWNOW, INC.

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

I, Tonette M. Danowski, declare:

3

I am a citizen of the United States and employed in San Francisco County, California.  I

4

am over the age of eighteen years and not a party to the within-entitled action.  My business

5

address is 555 California Street, 26th Floor, San Francisco, California 94104.  On January 18,

6

2008, I served a copy of the attached document(s):

7

8

**DEFENDANT SAP AG'S FIRST AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE)**

9

10

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

11

12

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

13

14

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

15

16

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

17

18

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

19

Christopher B. Hockett
Geoffrey M. Howard

20

Zachary J. Alinder
Bree Hahn

21

BINGHAM McCUTCHEN LLP
Three Embarcadero Center

22

San Francisco, CA 94111-4067
*chris.hockett@bingham.com*

23

*geoff.howard@bingham.com*
*zachary.alinder@bingham.com*

24

*bree.hahn@bingham.com*

25

26

Executed on January 18, 2008, at San Francisco, California.

27

By: *Tonette M. Danowski*

28

TONETTE M. DANOWSKI

SAP AG'S 2ND AMENDED & SUPP RESP. TO
PLAINTIFFS' 1st SET OF DOCUMENT REQUESTS
Case No. 07-CV-1658 MJJ