# EXHIBIT G

**From:** Jindal, Nitin
**Sent:** Monday, October 12, 2009 9:58 AM
**To:** 'Jason McDonell'
**Cc:** 'swcowan@JonesDay.com'; 'Greg Lanier'; 'ewallace@JonesDay.com'; 'Jane L Froyd'; 'Joshua L Fuchs'; 'ramittelstaedt@jonesday.com'; Howard, Geoff; House, Holly; Alinder, Zachary J.; Hann, Bree
**Subject:** SAP Financial Information

Jason,

During our telephonic meet and confer last Thursday, you indicated Defendants might soon be producing certain SAP trial balance, income statement, and balance sheet information. Of course, Oracle cannot agree to withdraw its request for cost information from its impending Motion to Compel until it has reviewed that information. In addition, however, Oracle requests that Defendants confirm that the production includes the most detailed income statement and balance sheet reports that SAP is able to produce. As Defendants are aware, Oracle's income statement and balance sheet reports were the most detailed available from Oracle's reporting systems. Finally, Oracle requests that Defendants confirm that they will not apply other unproduced cost or financial information against Oracle's showing of infringers' revenues. If Defendants intend to use other unproduced information, Oracle will require immediate production of that information as well.

Best Regards,

Nitin