# EXHIBIT J

**From:** Donnelly, Amy
**Sent:** Monday, October 19, 2009 2:15 PM
**To:** 'Jacqueline K. S. Lee'; Hann, Bree; Pickett, Donn; Howard, Geoff; House, Holly; Alinder, Zachary J.
**Cc:** Elaine Wallace; Jane L Froyd; Joshua L Fuchs; Jason McDonell; Scott Cowan; Greg Lanier
**Subject:** RE: Oracle v. SAP - Supplemental Interrogatory Responses

Counsel,

We have noticed that Defendants' updated interrogatory responses did not include an update to Interrogatory 69, and Ms. Lee's email below does not indicate that an updated response to Interrogatory 69 is forthcoming. Plaintiffs' motion to compel tomorrow will include a request for further response to Interrogatory 69, as discussed in the recent meet and confer correspondence between Mr. McDonell and Ms. Hann. If Defendants produce an adequate response to Interrogatory 69 prior to the motion to compel hearing, Oracle will re-evaluate the need for further consideration of this request by the court.

Regards,
Amy

Amy K. Donnelly | Associate

Bingham McCutchen LLP

Three Embarcadero Center

San Francisco CA 94111

T 415.393.2262 direct | F 415.393.2286

amy.donnelly@bingham.com

**From:** Jacqueline K. S. Lee [mailto:jkslee@JonesDay.com]
**Sent:** Wednesday, October 14, 2009 5:54 PM
**To:** Donnelly, Amy; Hann, Bree; Pickett, Donn; Howard, Geoff; House, Holly; Alinder, Zachary J.
**Cc:** Elaine Wallace; Jane L Froyd; Joshua L Fuchs; Jason McDonell; Scott Cowan; Greg Lanier
**Subject:** Oracle v. SAP - Supplemental Interrogatory Responses

Counsel,

I write to follow up on our meet and confer discussion last Thursday. During that discussion, we informed you that we anticipated providing sometime this week supplemental responses to Interrogatories 79 and 80 from Plaintiffs' 4th Set of Interrogatories to TN and 3rd Set of Interrogatories to SAP. Because finalizing these supplemental responses is taking longer than expected, we now anticipate serving supplemental responses to Interrogatories 79 and 80 by early next week.

Regards,

Jaci

Jacqueline Lee
Associate
Jones Day - Silicon Valley
1755 Embarcadero Road
Palo Alto, California 94303
Direct Phone: (650) 739-3903
Fax: (650) 739-3900

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========