# EXHIBIT K

Dockets.Justia.com

Page 224

WERNER BRANDT - HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
ORACLE CORPORATION, a Delaware )
Corporation, ORACLE USA, INC., )
a Colorado corporation, and    ) Case No.
ORACLE INTERNATIONAL           ) 07-CV-01658 PJH (EDL)
CORPORATION, a California      )
corporation,                   )
                               )
              Plaintiffs,      )
                               )
       vs.                     )
                               )
SAP AG, a German corporation,  )
SAP AMERICA, INC., a Delaware  )
corporation, TOMORROWNOW,      )
INC., a Texas corporation,     )
and DOES 1-50, inclusive,      )
                               )
              Defendants.      )
-------------------------------)
```

Thursday, November 13, 2008
8:39 a.m.
(Volume 2)

Continued Highly Confidential Videotaped Deposition of WERNER BRANDT, held at the offices of Bingham McCutchen, LLP, 399 Park Avenue, New York, New York 10022, pursuant to Notice, before Otis Davis, a Notary Public of the State of New York.

WERNER BRANDT                November 13, 2008

HIGHLY CONFIDENTIAL

Page 431

```
              1
16:33:33      2
16:33:36      3
16:33:40      4
16:33:42      5
16:33:42      6
16:33:45      7
16:33:47      8
16:34:19      9
16:34:21     10
16:34:22     11        Q.    And one final question:  Can
16:34:26     12   you tell me two or three of the larger
16:34:30     13   licensing deals that SAP has entered into
16:34:34     14   for intellectual property?
16:34:49     15              MR. LANIER:  Vague and
16:34:50     16       ambiguous.
16:34:51     17              Go ahead.
16:35:01     18        A.    What do you mean with
16:35:03     19   "licensing deals"?  Do you mean
16:35:05     20   cross-licensing agreements?
16:35:08     21        Q.    Cross-licensing could be -- it
16:35:10     22   really depends on the magnitude of the
16:35:14     23   deal.
16:35:15     24        A.    With  REDACTED , with REDACTED (in
16:35:22     25   English)?
```

WERNER BRANDT                November 13, 2008
HIGHLY CONFIDENTIAL

Page 432

|  |  |  |
|---|---|---|
|  | 1 | WERNER BRANDT - HIGHLY CONFIDENTIAL |
| 16:35:24 | 2 | Q.    Where there is not a |
| 16:35:26 | 3 | cross-license, where, for instance, SAP is |
| 16:35:31 | 4 | just licensing itself without giving a |
| 16:35:34 | 5 | license in return.  Can you name a |
| 16:35:37 | 6 | licensing transaction? |
| 16:35:52 | 7 | A.    On the technology side, it's |
| 16:35:57 | 8 | **REDACTED**.  Some on the technology side; in |
| 16:36:05 | 9 | other areas, for example, it's **REDACTED** (in |
| 16:36:08 | 10 | English). |
| 16:36:08 | 11 |  |
| 16:36:12 | 12 |  |
| 16:36:14 | 13 |  |
| 16:36:17 | 14 |  |
| 16:36:20 | 15 |  |
| 16:36:33 | 16 |  |
|  | 17 |  |
|  | 18 |  |
|  | 19 |  |
|  | 20 |  |
|  | 21 |  |
|  | 22 |  |
|  | 23 |  |
|  | 24 |  |
|  | 25 | _____ |

```
1
2                      C E R T I F I C A T E
3    STATE OF NEW YORK     )
4                          : ss.
5    COUNTY OF NEW YORK    )
6
7              I, OTIS DAVIS, a Notary Public
8    within and for the State of New York,
9    do hereby certify:
10             That WERNER BRANDT, the witness
11   whose deposition is hereinbefore set
12   forth, was duly sworn by me and that
13   such deposition is a true record of
14   the testimony given by the witness.
15             I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that
18   I am in no way interested in the
19   outcome of this matter.
20             IN WITNESS WHEREOF, I have hereunto
21   set my hand this 17th day of November 2008.
22
23                              [signature]
24                              OTIS DAVIS
25
```