BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachry.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC. *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, *et al*.,<br><br>Defendants. | No. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION** |

Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

1   After considering the pleadings and memoranda submitted by the Parties
2   and supporting papers, and having heard the arguments of counsel, IT IS HEREBY ORDERED
3   that Plaintiffs' Motion to Compel Production of Damages-Related Documents and Information
4   in the above-named action is GRANTED as follows:
5       1.   Within 15 days of the date of this Order, Defendants shall produce
6   documents sufficient to show research and development:
7       (a) expenses for SAP applications and support and TN support broken out (1) by
8       product line to the extent available and (2) by function with the greatest detail
9       available, plus accompanying explanatory presentations and analyses for the time
10       period from January 1, 2004 through October 31, 2008; and
11       (b) employee headcount for SAP applications and support and TN support
12       broken out (1) by product line to the extent available and (2) by function with the
13       greatest detail available, plus accompanying explanatory presentations and
14       analyses for the time period from January 1, 2004 through October 31, 2008.
15       2.   Within 15 days of the date of this Order, Defendants shall provide a
16   supplemental response to Interrogatory 69 from Plaintiffs' Fourth Set of Interrogatories to
17   Defendant TomorrowNow, Inc. and Third Set of Interrogatories to Defendants SAP AG and SAP
18   America, Inc.  The supplement shall detail any available analyses, projections, models,
19   calculations, or other valuations by Defendants relating to licensing later versions of a product or
20   licensing different products to a specific customer or categories of customers.
21       3.   Within 15 days of the date of this Order, Defendants shall produce
22   complete copies, including all terms, conditions, exhibits, appendices, attachments, and/or
23   incorporated documents, of the three licenses, executed or in effect in the last five years,
24   pursuant to which SAP AG and/or SAP America has been paid the largest overall sum of money
25   for grants by SAP AG and/or SAP America to any Person for the use of SAP's Intellectual
26   Property and of the three licenses, executed or in effect in the last five years, pursuant to which
27   SAP AG and/or SAP America has paid the largest overall sum of money for grants of other
28   Persons' Intellectual Property.

1       Case No. 07-CV-01658 PJH (EDL)

1    4.    Within 15 days of the date of this Order, Defendants shall produce:

2    (a)  for SAP AG and SAP America, Inc., quarterly income statement, balance

3    sheet and trial balance reports for the period January 1, 2002 through October 31,

4    2008;  The income statement and balance sheet reports shall be the most detailed

5    reports that Defendants' reporting systems can produce; and

6    (b)  with respect to Plaintiffs' infringer's profits claim, any other evidence of

7    deductible expenses and elements of profit attributable to factors other than the

8    copyrighted work that Defendants may rely upon.

DATED: _____, 2009         _____
                                      Hon. Elizabeth D. Laporte
                                      United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL