| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|   | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|   | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
|   | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
|   | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|   | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|   | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
|   | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
|   | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
|   | jennifer.gloss@oracle.com |
| 13 |  |
| 14 | Attorneys for Plaintiffs |
|    | Oracle USA, Inc., Oracle International Corporation, |
| 15 | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION** |
|    | v. | |
| 21 | SAP AG, *et al.*, | |
| 22 | Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL
DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL

Dockets.Justia.com

1  Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
2  International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs") and
3  Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together
4  with Plaintiffs, the "Parties") request that the Court order the Clerk of the Court to file under seal
5  (1) certain portions of Plaintiffs' Motion to Compel Production of Damages Related Documents
6  and Information at pp. 6:28-7:1 and 12:5-12:16; (2) certain portions of the Declaration of Amy
7  Donnelly in Support of Plaintiffs' Motion to Compel Production of Damages Related Documents
8  and Information ("Donnelly Declaration") at ¶17; and (3) Exhibit B to the Donnelly Declaration.
9  Plaintiffs lodged copies of this material with the Court on October 20, 2009.
10  The requested relief sought is necessary and narrowly tailored to protect the
11  alleged confidentiality of the content of Defendants' information put at issue by Plaintiffs'
12  Motion.  This request is supported by the Declaration of Zachary Alinder in support of Plaintiffs'
13  Administrative Motion to Permit Plaintiffs to File Under Seal Defendants' Information
14  Supporting Plaintiffs' Motion to Compel Production of Damages-Related Documents and
15  Information and is accompanied by a proposed order and stipulation.

DATED:  October 20, 2009                         BINGHAM McCUTCHEN LLP


By:           /s/ Zachary Alinder

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle International Corporation, Oracle EMEA
Limited, and Siebel Systems, Inc.

1                                                Case No. 07-CV-01658 PJH (EDL)

PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL
DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL