| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP | Robert A. Mittelstaedt (SBN 060359) |
| | DONN P. PICKETT (SBN 72257) | Jason McDonell (SBN 115084) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) | Elaine Wallace (SBN 197882) |
| | HOLLY A. HOUSE (SBN 136045) | JONES DAY |
| 3 | ZACHARY J. ALINDER (SBN 209009) | 555 California Street, 26th Floor |
| | BREE HANN (SBN 215695) | San Francisco, CA 94104 |
| 4 | Three Embarcadero Center | Telephone: (415) 626-3939 |
| | San Francisco, CA 94111-4067 | Facsimile: (415) 875-5700 |
| 5 | Telephone: (415) 393-2000 | ramittelstaedt@jonesday.com |
| | Facsimile: (415) 393-2286 | jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com | ewallace@jonesday.com |
| | geoff.howard@bingham.com | |
| 7 | holly.house@bingham.com | Tharan Gregory Lanier (SBN 138784) |
| | zachary.alinder@bingham.com | Jane L. Froyd (SBN 220776) |
| 8 | bree.hann@bingham.com | JONES DAY |
| | | 1755 Embarcadero Road |
| 9 | DORIAN DALEY (SBN 129049) | Palo Alto, CA 94303 |
| | JENNIFER GLOSS (SBN 154227) | Telephone: (650) 739-3939 |
| 10 | 500 Oracle Parkway | Facsimile: (650) 739-3900 |
| | M/S 5op7 | tglanier@jonesday.com |
| 11 | Redwood City, CA 94070 | jfroyd@jonesday.com |
| 12 | Telephone: (650) 506-4846 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Facsimile: (650) 506-7114 | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | dorian.daley@oracle.com | JONES DAY |
| | jennifer.gloss@oracle.com | 717 Texas, Suite 3300 |
| 14 | | Houston, TX 77002 |
| | Attorneys for Plaintiffs | Telephone: (832) 239-3939 |
| 15 | Oracle USA, Inc., Oracle International | Facsimile: (832) 239-3600 |
| | Corporation, Oracle EMEA Limited, and | swcowan@jonesday.com |
| 16 | Siebel Systems, Inc. | jlfuchs@jonesday.com |
| 17 | | Attorneys for Defendants |
| | | SAP AG, SAP AMERICA, INC., and |
| 18 | | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| Plaintiffs, | **STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |

A/73174778.1/2021039-0000324170

Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION

Dockets.Justia.com

1          Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
2   International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs") and
3   Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together
4   with Plaintiffs, the "Parties") jointly submit this Stipulation to Permit Plaintiffs to File Under
5   Seal Defendants' Information Supporting Plaintiffs' Motion to Compel Production of Damages-
6   Related Documents and Information.
7          At Defendants' request, Plaintiffs have filed an Administrative Motion to Permit
8   Plaintiffs to File Under Seal Defendants' Documents Supporting Plaintiffs' Motion to Compel
9   Production of Damages-Related Documents and Information.  The requested relief is necessary
10  and narrowly tailored to protect the alleged confidentiality of the materials put at issue by
11  Plaintiffs' Motion to Compel Production of Damages-Related Documents and Information until
12  such time as the Court makes a final ruling as to confidentiality of the relevant subject matter.
13         Specifically, the following documents and portions of documents contain
14  information Defendants have instructed Plaintiffs seek permission to file under seal:  (1) certain
15  portions of Plaintiffs' Motion to Compel Production of Damages Related Documents and
16  Information at pp. 6:28-7:1 and 12:5-12:16; (2) certain portions of the Declaration of Amy
17  Donnelly in Support of Plaintiffs' Motion to Compel Production of Damages Related Documents
18  and Information ("Donnelly Declaration") at ¶17; and (3) Exhibit B to the Donnelly Declaration.
19  Plaintiffs lodged copies of this material with the Court on October 20, 2009.
20         NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through
21  their respective counsel of record, that Plaintiffs be permitted to move for permission to file
22  under seal the information identified in the preceding paragraph.  Although the Parties agree that
23  portions of Plaintiffs' Motion to Compel Production of Damages Related Documents and
24  Information may be publicly filed, the Parties also agree that the filing shall not be construed as a
25  waiver of any confidentiality designation or other protection with respect to documents,
26  transcripts or other information referred to in, or that serve as the basis for, the allegations or
27  arguments made in it.
28

A/73174778.1/2021039-0000324170          2          Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION

| | | |
|---|---|---|
| 1 | DATED:  October 20, 2009 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By:_____/s/Zachary Alinder_____ |
| 4 | | Zachary Alinder<br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International<br>Corporation, and Oracle EMEA Limited |
| 5 | | |

8    In accordance with General Order No. 45, Rule X, the above signatory attests that
9  concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 10 | DATED:  October 20, 2009 | JONES DAY |
| 11 | | |
| 12 | | By:_____/s/ Jason McDonell_____<br>Jason McDonell<br>Attorneys for Defendants<br>SAP AG, SAP America, Inc., and<br>TomorrowNow, Inc. |

A/73174778.1/2021039-0000324170    3    Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION