BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>SAP AG, *et al.*,<br><br>　　　　　Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF ZACHARY ALINDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION** |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF ZACHARY ALINDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL

Dockets.Justia.com

I, Zachary Alinder, declare:

1. I am a partner in the law firm of Bingham McCutchen LLP and counsel of record for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively "Oracle") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I make this Declaration in support of Plaintiffs' Administrative Motion to Permit Plaintiffs to File Under Seal Defendants' Information Supporting Plaintiffs' Motion to Compel Production of Damages-Related Documents and Information.

3. Plaintiffs file this motion at Defendants' request. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by Plaintiffs' Motion to Compel Production of Damages-Related Documents and Information until such time as Defendants may submit a declaration in accordance with Civil Local Rule 79-5(d), and the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, the following documents and portions of documents lodged with the Court contain information designated by Defendants as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only": (1) certain portions of Plaintiffs' Motion to Compel Production of Damages Related Documents and Information at pp. 6:28-7:1 and 12:5-12:16; (2) certain portions of the Declaration of Amy Donnelly in Support of Plaintiffs' Motion to Compel Production of Damages Related Documents and Information ("Donnelly Declaration") at ¶17; and (3) Exhibit B to the Donnelly Declaration. Plaintiffs lodged copies of this material with the Court on October 20, 2009.

I declare under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed on October 20, 2009, in San Francisco, California.

    /s/Zachary Alinder
    Zachary Alinder

2   Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF ZACHARY ALINDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL