| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|   | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|   | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
|   | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
|   | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|   | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|   | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
|   | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
|   | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
|   | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
|   | Oracle USA, Inc., Oracle International Corporation, |
| 15 | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION** |
| 21 | v. | |
|    | SAP AG, *et al.*, | |
| 22 | Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION

A/73174777.1/2021039-0000324170

1   Pending before this Court is Plaintiffs' Administrative Motion to File Under Seal
2   Information Supporting Plaintiffs' Motion to Compel Production of Damages-Related
3   Documents and Information ("Motion to Seal").  Through the Motion to Seal and supporting
4   documentation, Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA
5   Limited, and Siebel Systems, Inc. (collectively, "Oracle"), together with SAP AG, SAP America,
6   Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"),
7   request an Order sealing certain information contained in Plaintiffs' Motion to Compel
8   Production of Damages-Related Documents and Information.
9   Having considered Plaintiffs' Motion to Seal and the documents filed in support,
10  IT IS HEREBY ORDERED THAT:  Plaintiffs' Motion to Seal is GRANTED.  The Clerk of the
11  Court shall file under seal the unredacted versions of the following documents that were lodged
12  with the Court on October 20, 2009:  (1) certain portions of Plaintiffs' Motion to Compel
13  Production of Damages Related Documents and Information at pp. 6:28-7:1 and 12:5-12:16; (2)
14  certain portions of the Declaration of Amy Donnelly in Support of Plaintiffs' Motion to Compel
15  Production of Damages Related Documents and Information ("Donnelly Declaration") at ¶17;
16  and (3) Exhibit B to the Donnelly Declaration.  Plaintiffs lodged copies of this material with the
17  Court on October 20, 2009.

DATED: _____, 2009

Hon. Elizabeth D. Laporte
United States Magistrate Judge

2   Case No. 07-CV-01658 PJH (EDL)
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION

A/73174777.1/2021039-0000324170