

```
                                                        ORIGINAL FILED
                                                           OCT 20 2009
                                                         RICHARD W. WIEKING
                                                        CLERK U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
```

1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA 94111-4067
5  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
11 Telephone: (650) 506-4846
   Facsimile: (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corporation,
15 Oracle EMEA Ltd., and Siebel Systems, Inc.

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 ORACLE USA, INC., *et al.*,              CASE NO. 07-CV-01658 PJH (EDL)

20            Plaintiffs,                   **PROOF OF SERVICE**
           v.
21
   SAP AG, *et al.*,
22
              Defendants.
23

A/73152498.1                                              07-CV-01658 OJH (EDL)

PROOF OF SERVICE

1         I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for U.S. Mail, E-Mail and Hand delivery, and they are deposited that same day in the ordinary course of business.

Today I served the following documents:

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES RELATED DOCUMENTS AND INFORMATION [SUBMITTED UNDER SEAL]**

**DECLARATION OF AMY DONNELLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES RELATED DOCUMENTS AND INFORMATION AND EXHIBIT B THERETO [SUBMITTED UNDER SEAL]**

[X] (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

[X] (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

[X] (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

| BY HAND DELIVERY AND EMAIL | BY EMAIL AND MAIL |
|---|---|
| Robert A. Mittelstaedt, Esq. <br> Jones Day <br> 555 California Street <br> 26th Floor <br> San Francisco, CA 94104 <br> Tel: (415) 626.3939 <br><br> ramittelstaedt@JonesDay.com <br> jmcdonell@jonesday.com | Tharan Gregory Lanier, Esq. <br> Jane L. Froyd, Esq. <br> Jones Day <br> 1755 Embarcadero Road <br> Palo Alto, CA 94303 <br> Tel: (650) 739-3939 <br><br> tglanier@JonesDay.com <br> jfroyd@JonesDay.com |

A/73152498.1      07-CV-01658 OJH (EDL)

PROOF OF SERVICE

1  I declare that I am employed in the office of a member of the bar of this court at
2  whose direction the service was made and that this declaration was executed on October 20,
3  2009 at San Francisco, California.

_____
Laura Kelley Bourne

A/73152498.1

2

PROOF OF SERVICE