BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp., Oracle EMEA Ltd., and Siebel Systems, Inc.

JONES DAY
ROBERT A. MITTELSTAEDT (SBN 060359)
JASON McDONELL (SBN 115084)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

JONES DAY
THARAN GREGORY LANIER (SBN 138784)
JANE L. FROYD (SBN 220776)
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

JONES DAY
SCOTT W. COWAN (Admitted *Pro Hac Vice*)
JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF DEFENDANTS' ADMINISTRATIVE MOTIONS TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND REPLY** |

Case No. 07-CV-01658 PJH (EDL)

STIPULATION AND [PROPOSED] ORDER

1        Plaintiffs Oracle USA, Inc. Oracle International Corporation, Oracle EMEA
2   Limited, and Siebel Systems, Inc. ("Plaintiffs") and Defendants SAP AG, SAP America, Inc.,
3   and TomorrowNow, Inc. ("Defendants," and together with Oracle, the "Parties") jointly submit
4   this Stipulation to withdraw (1) Defendants' Administrative Motion to Permit Defendants to File
5   Under Seal Plaintiffs' Documents Supporting Defendants' Motion for Partial Summary
6   Judgment Regarding Plaintiffs' Hypothetical License Damages Claim (Docket #434) and
7   (2) Defendants' Administrative Motion to Permit Defendants to File Under Seal Plaintiffs'
8   Information Supporting Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for
9   Partial Summary Judgment (Docket #505).
10          WHEREAS, on August 26, 2009 (corrective filing on August 27, 2009),
11  Defendants filed their Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical
12  License Damages Claim ("Motion for Partial Summary Judgment") (Docket # 447);
13          WHEREAS, on August 26, 2009, Defendants filed an Administrative Motion to
14  File Plaintiffs' Documents Supporting Defendants' Motion for Partial Summary Judgment Under
15  Seal ("Motion to Seal Defendants' Motion for Partial Summary Judgment") (Docket #434).
16  Through the Motion to Seal Defendants' Motion for Partial Summary Judgment, Defendants, at
17  Plaintiffs' request, sought an Order permitting Defendants to file under seal portions of
18  Defendants' Motion for Partial Summary Judgment and portions of Exhibits A, B, C and H
19  attached to the Declaration of Tharan Gregory Lanier in Support of Defendants' Motion for
20  Partial Summary Judgment ("Lanier Declaration") (Docket # 433);
21          WHEREAS, on September 31, 2009, Plaintiffs filed a Response in Support of
22  Defendants' Motion to Seal Defendants' Motion for Partial Summary Judgment (Docket #458).
23          WHEREAS, on September 23, 2009, Plaintiffs filed their Opposition to
24  Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical [Fair
25  Market Value] License Damages Claim (Docket #483).
26          WHEREAS, on October 7, 2009, Defendants filed their Reply to Plaintiffs'
27  Opposition to Defendants' Motion for Partial Summary Judgment (Docket #504).
28          WHEREAS, on that same day, Defendants filed an Administrative Motion to

1  Permit Defendants to File Under Seal Plaintiffs' Information Supporting Defendants' Reply to
2  Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Motion to Seal
3  Reply") (Docket #505).  Through the Motion to Seal Reply, Defendants, at Plaintiffs' request,
4  sought an Order permitting Defendants to file under seal portions of Defendants' Reply to
5  Plaintiffs' Opposition to Motion for Partial Summary Judgment.
6         In light of subsequent decisions by the Parties to file certain other information
7  publicly, and in deference to the presumption in favor of public access to court records, Plaintiffs
8  no longer contend that Defendants' Motion for Partial Summary Judgment; Exhibits A, B, C and
9  H to the Lanier Declaration; and Defendants' Reply to Plaintiffs' Opposition to Defendants'
10 Motion for Partial Summary Judgment need to be filed under seal.
11        NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through
12 their respective counsel of record, that the Parties hereby withdraw Defendants' Administrative
13 Motion to Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants'
14 Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages
15 Claim (Docket # 434) and Defendants' Administrative Motion to Permit Defendants to File
16 Under Seal Plaintiffs' Information Supporting Defendants' Reply to Plaintiffs' Opposition to
17 Defendants' Motion for Partial Summary Judgment (Docket # 505).
18        IT IS FURTHER STIPULATED that Defendants' Motion for Partial Summary
19 Judgment Regarding Plaintiffs' Hypothetical License Damages Claim; Exhibits A, B, C and H to
20 the Declaration of Tharan Gregory Lanier in Support of Defendants' Motion for Partial
21 Summary Judgment; and Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for
22 Partial Summary Judgment may be filed publicly, and that the filings shall not be construed as
23 waivers of any confidentiality designation, right to file under seal, or other protection with
24 respect to documents or other information related or similar to, or referred to by, the filed
25 documents.
26        **IT IS SO STIPULATED.**
27
28

| | |
|---|---|
| 1  DATED: October 26, 2009 | BINGHAM McCUTCHEN LLP |
| 2 | |
| 3 | |
| 4 | By: _____/s/ Zachary Alinder_____<br>Zachary Alinder<br>Attorneys for Plaintiffs |
| 5 | Oracle USA, Inc., Oracle International Corp.,<br>Oracle EMEA Ltd., and Siebel Systems, Inc. |
| 6 | |
| 7 | |

8   In accordance with General Order No. 45, Rule X, the above signatory attests that

9   concurrence in the filing of this document has been obtained from the signatory below.

| | |
|---|---|
| 10  DATED: October 26, 2009 | JONES DAY |
| 11 | |
| 12 | By: _____/s/ Tharan Gregory Lanier_____<br>Tharan Gregory Lanier<br>Attorneys for Defendants |
| 13 | SAP AG, SAP AMERICA, INC., and |
| 14 | TOMORROWNOW, INC. |
| 15 | |
| 16 | |

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

18

| | |
|---|---|
| 19  DATED: _____ | By:_____ |
| 20 | Hon. Phyllis J. Hamilton<br>United States District Court Judge |

4

Case No. 07-CV-01658 PJH (EDL)