```
 1  Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
 2  Elaine Wallace (SBN 197882)
    JONES DAY
 3  555 California Street, 26th Floor
    San Francisco, CA  94104
 4  Telephone:   (415) 626-3939
    Facsimile:   (415) 875-5700
 5  ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
 6  ewallace@jonesday.com

 7  Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
 8  JONES DAY
    1755 Embarcadero Road
 9  Palo Alto, CA  94303
    Telephone:   (650) 739-3939
10  Facsimile:   (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted Pro Hac Vice)
    Joshua L. Fuchs (Admitted Pro Hac Vice)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX 77002
    Telephone:   (832) 239-3939
15  Facsimile:   (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DECLARATION OF BERND MOTT IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DEFENDANTS' DOCUMENTS UNDER SEAL** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |
| | Date: N/A |
| | Time: N/A |
| | Courtroom: E, 15th Floor |
| | Judge: Hon. Elizabeth D. Laporte |

SFI-621767v1

2

MOTT DECL. ISO DEFS' RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
Case No. 07-CV-1658 PJH (EDL)

I, BERND MOTT, declare:

I am a Senior Controller, Global Controlling—Strategic Planning and Portfolio Management of SAP AG, one of the Defendants in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. I am familiar with the information contained in Defendants' Response to Plaintiffs' Fourth Set of Interrogatories to TomorrowNow, Inc. and Third Set of Interrogatories to Defendants SAP AG and SAP America, Inc., Interrogatory 69. That interrogatory asks "how each Defendant analyzes, projects, models, or otherwise calculates the value…of a customer to any Defendant…." Defendants' response to this interrogatory describes current business practices that are non-public information, specifically, the manner in which SAP assesses (or does not assess) potential revenue streams from existing customers. Public release of this information could adversely effect SAP's future bargaining position with customers. Because of the competitively sensitive financial data contained in the document, the disclosure of it could likely cause competitive and business injury.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 26th day of October 2009 in Walldorf, Germany.

_____
Bernd Mott