# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** October 28, 2009                                          **JUDGE:**  Phyllis J. Hamilton

**Case No:**  C-07-1658  PJH

**Case Name:** Oracle Corporation, et al. v. SAP AG, et al.

**Attorney(s) for Plaintiff:**        Don Pickett; Zachary Alinder
**Attorney(s) for Defendant:**    Tharan Gregory Lanier; Jane Floyd; Jaci Lee

**Deputy Clerk**:  Nichole Heuerman                **Court Reporter**: Raynee Mercado

### PROCEEDINGS

    Defendant's Motion for Summary Judgment-Held.  The court takes the matter under submission.

**Order to be prepared by:**  [] Pl [] Def  [x]  Court

**Notes:**

**cc: chambers**