| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 10 | Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX 77002 |
| 15 | Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DAMAGES-RELATED DOCUMENTS AND INFORMATION** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

SFI-621788v1

PROPOSED ORDER GRANTING
PLAINTIFFS' ADMIN. MOTION
Case No. 07-CV-1658 PJH (EDL)

1    Pending before this Court is Plaintiffs' Administrative Motion to File Under Seal
2    Information Supporting Plaintiffs' Motion to Compel Production of Damages-Related Documents
3    and Information ("Motion to Seal"). Through the Motion to Seal and supporting documentation,
4    Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel
5    Systems, Inc. (collectively, "Oracle"), together with SAP AG, SAP America, Inc., and
6    TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"), request an
7    Order sealing certain information contained in Plaintiffs' Motion to Compel Production of
8    Damages-Related Documents and Information.
9    Having considered Plaintiffs' Motion to Seal and the documents filed in support, IT IS
10   HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court
11   shall file under seal the unredacted versions of the following documents that were lodged with the
12   Court on October 20, 2009: Exhibit B to the Declaration of Amy Donnelly in Support of
13   Plaintiffs' Motion to Compel Production of Damages Related Documents and Information.

15   DATED: October 28, 2009

_____
Hon. _____
United States _____ Judge



SFI-621788v1

2

PROPOSED ORDER GRANTING
PLAINTIFFS' ADMIN. MOTION
Case No. 07-CV-1658 PJH (EDL)