1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:     (650) 739-3939
10 Facsimile:     (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice)*
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX  77002
   Telephone:     (832) 239-3939
15 Facsimile:     (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                      UNITED STATES DISTRICT COURT

20                     NORTHERN DISTRICT OF CALIFORNIA

21                            SAN FRANCISCO DIVISION

22 | ORACLE USA, INC., *et al.*, | Case No. 07-CV-1658 PJH (EDL)
23 |         Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND**
24 |    v. |
25 | SAP AG, *et al.*, |
26 |         Defendants. |
27
28

[PROPOSED] ORDER GRANTING MOTION TO
FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

1  Having considered Defendants' Administrative Motion to File Under Seal Plaintiffs'
2  Documents Supporting Defendants' Opposition to Plaintiffs' Motion to Amend, supporting
3  declaration of Tharan Gregory Lanier, Stipulation to Permit Defendants to File Under Seal,
4  Defendants' Opposition to Plaintiffs' Motion to Amend Complaint, the Declaration of Joshua L.
5  Fuchs in Support of Defendants' Opposition to Plaintiffs' Motion to Amend Complaint ("Fuchs
6  Declaration") and Exhibits C-1 and K-1 to the Fuchs Declaration, that were lodged with the Court
7  on July 29, 2009:

8  IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED. The Clerk of the
9  Court shall file under seal the following documents and portions of documents:

- Exhibits C-1 and K-1 to the Fuchs Declaration;
- Paragraph 18 and portions of paragraph 41 of the Fuchs Declaration; and
- Portions of page 6, lines 26-28 and portions of page 18, line 26 of the Opposition.

DATED: __11/2/09_____     By: _____
Hon. Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 2 -

[PROPOSED] ORDER GRANTING MOTION TO
FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)