1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:     (650) 739-3939
10 Facsimile:     (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice)*
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX  77002
   Telephone:     (832) 239-3939
15 Facsimile:     (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                              UNITED STATES DISTRICT COURT

20                             NORTHERN DISTRICT OF CALIFORNIA

21                                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 22  ORACLE USA, INC., *et al.*, | Case No. 07-CV-1658 PJH (EDL) |
| 23            Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION DISCLOSED IN DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED COMPLAINT** |
| 24       v. | |
| 25  SAP AG, *et al.*, | |
| 26            Defendants. | |
| 27 | |
| 28 | |

1  Having considered Defendants' Administrative Motion to File Under Seal Plaintiffs'
2  Information Disclosed in Defendants' Answer and Affirmative Defenses to Fourth Amended
3  Complaint, supporting declaration of Tharan Gregory Lanier, Stipulation to Permit Defendants to
4  File Under Seal and Defendants' Answer and Affirmative Defenses to Fourth Amended
5  Complaint ("Answer"), that were lodged with the Court on August 26, 2009:

6  IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED.  The Clerk of the
7  Court shall file under seal portions of paragraph 13 to the Answer.

9  DATED:  __11/2/09_____      By_____
                                              Hon. Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)