UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

    Plaintiff(s),

    v.

SAP AG, et al.,

    Defendant(s).

_____/

No. C 07-1658 PJH

**ORDER RE SEALING REQUESTS**

The court has today approved a number of sealing requests filed by the parties. The purpose of this order is to advise the parties that they should not assume, by virtue of the court's approval of plaintiffs' request permitting them to file under seal defendants' information supporting their opposition to defendants' motion for partial summary judgment, that the same or similar excerpts will be sealed, or that the court will close the courtroom, if they are offered or discussed at trial. The court permits the sealing at this juncture largely because the amount of any licenses is not pertinent to the motion under consideration.

**IT IS SO ORDERED.**

Dated: November 2, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge