Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:   (832) 239-3939
Facsimile:   (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> **DECLARATION OF THARAN GREGORY LANIER ISO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM [UNREDACTED VERSION OF D.I. 433]** <br><br> Date: October 28, 2009; Time: 9:00 a.m. <br> Courtroom: 3, 17th Floor <br> Judge: Hon. Phyllis J. Hamilton |

SVI-71340v1

DECL. OF THARAN GREGORY LANIER ISO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 07-CV-1658 PJH (EDL)

1    I, THARAN GREGORY LANIER, declare as follows:

2    I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto,
California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. (together, "SAP") and TomorrowNow, Inc. ("TN") (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

    1.    Attached as **Exhibit A** is a true and correct copy of the following excerpts from the March 27, 2009 Safra Catz Deposition: 10:1-11:7, 19:10-27:15, 46:7-47:13, 158:13-161:5.

    2.    Attached as **Exhibit B** is a true and correct copy of the following excerpts from the April 17, 2009 Charles Phillips Deposition: 57:12-58:18, 95:3-96:21, 117:9-120:18.

    3.    Attached as **Exhibit C** is a true and correct copy of the following excerpts from the May 5, 2009 Larry Ellison Deposition: 58:6-10, 73:25-84:6, 85:7-87:17, 114:16-24.

    4.    Attached as **Exhibit D** is a true and correct copy of the following excerpts from the June 2, 2009 Hasso Plattner Deposition: 55:4-58:13, 65:19-68:22.

    5.    Attached as **Exhibit E** is a true and correct copy of the following excerpts from the September 25, 2008 Henning Kagermann Deposition: 167:25-168:7.

    6.    Attached as **Exhibit F** is a true and correct copy of the following excerpts from the October 2, 2008 Leo Apotheker Deposition: 58:10-23.

    7.    Attached as **Exhibit G** is a true and correct copy of Plaintiffs' deposition Exhibit 227, SAP-OR00004988-89.

    8.    Attached as **Exhibit H** is a true and correct copy of pages 1 and 44-51 from Plaintiffs' Supplemental and Amended Initial Disclosures, dated May 22, 2009.

    9.    Attached as **Exhibit I** is a true and correct copy of a December 10, 2004 article published by CNET.com entitled "This week in OpenWorld news."

    10.    Attached as **Exhibit J** is a true and correct copy of *Harper House, Inc. v. Thomas Nelson, Inc.*, No. CV 85-4225-PAR, 1987 WL 30581 (C.D. Cal. Aug. 28, 1987).

    11.    Attached as **Exhibit K** is a true and correct copy of *Multitherm Corp. v. Fuhr*, Civ.

1   A. No. 89-6151, 1991 WL 146233 (E.D. Pa. July 24, 1991).

2         I declare under penalty of perjury under the laws of the United States and the State of

3   California that the foregoing is true and correct.  Executed this 26th day of August, 2009 in Palo

4   Alto, California.

                                         /s/ Tharan Gregory Lanier
                                         Tharan Gregory Lanier