# EXHIBIT C

Dockets.Justia.com

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ORACLE CORPORATION, a              )
Delaware corporation, ORACLE       )
USA, INC., a Colorado              )
corporation, and ORACLE            )
INTERNATIONAL CORPORATION, a       )
California corporation,            )
                                   )
              Plaintiffs,          )
                                   )
        vs.                        )  No. 07-CV-1658 (PJH)
                                   )
SAP AG, a German corporation,      )
SAP AMERICA, INC., a Delaware      )
corporation, TOMORROWNOW,          )
INC., a Texas corporation, and     )
DOES 1-50, inclusive,              )
                                   )
              Defendants.          )
_____)


VIDEOTAPED DEPOSITION OF

LARRY ELLISON

_____

TUESDAY, MAY 5, 2009


HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY


REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-418128)

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 58

| | | |
|---|---|---|
| 11:31:24 | 5 | with counsel, no. |
| 11:31:29 | 6 | MR. LANIER:  Q.  Let's go back to the |
| 11:31:31 | 7 | PeopleSoft acquisition. |
| 11:31:33 | 8 | What were your goals in entering into the |
| 11:31:36 | 9 | PeopleSoft acquisition? |
| 11:31:38 | 10 | A.  To expand our applications business. |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON       May 5, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 73

12:05:56       25            Q.  Let's change topics a bit.

Merrill Legal Solutions
(800) 869-9132

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 74

12:06:01     1          We talked early on about whether Oracle

12:06:06     2     ever went to SAP or not.  Let's forget how people

12:06:09     3     end up talking, but talk about what might have been

12:06:14     4     the outcomes had a certain conversation occurred.

12:06:18     5          Had SAP come to Oracle in January of 2005

12:06:22     6     and said, here's what TomorrowNow is going to do, we

12:06:26     7     want a license for them to do that, who would have

12:06:29     8     had the decision-making -- putting aside what the

12:06:31     9     decision would have been, who would have made that

12:06:33     10    decision?

12:06:35     11         A.  Me.

12:06:38     12         Q.  Had SAP come to you in January of 2005 and

12:06:40     13    said, all right, we -- here's what TomorrowNow does,

12:06:44     14    we'd like a license, would you have given them a

12:06:47     15    license?

12:06:51     16         A.  Never say never.  How much?  It would be

12:06:53     17    very expensive.  But I mean, if they really wanted

12:06:56     18    to do that, and they wanted to get all of our -- you

12:07:02     19    know, they wanted to get all of our support updates

12:07:05     20    and be able to -- basically have all of our IP, to

12:07:08     21    make the IP equally accessible to their team and our

12:07:11     22    team, and then we compete basically on service

12:07:15     23    quality and price, for all of our products or just

12:07:20     24    PeopleSoft products, or --

12:07:22     25         Q.  PeopleSoft, JDE, and let's throw Siebel in

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 75

| | | |
|---|---|---|
| 12:07:25 | 1 | at the moment. |
| 12:07:27 | 2 | A.  Those three.  Hypothetically, |
| 12:07:32 | 3 | theoretically, we would certainly discuss the |
| 12:07:34 | 4 | license.  I think it would be so prohibitively -- it |
| 12:07:37 | 5 | would be so expensive that I'd be -- I don't -- you |
| 12:07:40 | 6 | know, that I don't know if they would do it, but -- |
| 12:07:43 | 7 | it would be a very expensive license.  We're |
| 12:07:46 | 8 | basically transferring all of our -- again, I just |
| 12:07:48 | 9 | want to be clear what the license would include. |
| 12:07:51 | 10 | It would include everything we're currently |
| 12:07:54 | 11 | doing.  So regulatory updates, bug fixes.  I'm not |
| 12:08:02 | 12 | sure exactly response -- the detailed -- new |
| 12:08:06 | 13 | versions, all of those things, and perhaps crisis |
| 12:08:10 | 14 | response, special behavior and crisis response, |
| 12:08:12 | 15 | which I think they'd want also, would be the |
| 12:08:14 | 16 | license.  In other words, that's how we run our |
| 12:08:17 | 17 | support organization.  We can't retask our |
| 12:08:19 | 18 | engineering team if there's a crisis in the field to |
| 12:08:21 | 19 | address this issue and if they want to compete on |
| 12:08:24 | 20 | equal footing given all of the IP. |
| 12:08:26 | 21 | But let's say just ignoring the crisis |
| 12:08:30 | 22 | response, just the IP, just all of the code.  Yeah, |
| 12:08:33 | 23 | if they wanted to do that, we would have talked |
| 12:08:35 | 24 | about a license agreement. |
| 12:08:36 | 25 | Q.  And do you have -- as you sit here today, |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 76

| | | |
|---|---|---|
| 12:08:38 | 1 | do you have any idea of how you would go about for |
| 12:08:41 | 2 | yourself thinking about what the appropriate price |
| 12:08:43 | 3 | was? |
| 12:08:45 | 4 | MR. HOWARD:  Again, let me ask for a |
| 12:08:46 | 5 | clarification, Greg. |
| 12:08:48 | 6 | Your question was January 2005. |
| 12:08:49 | 7 | MR. LANIER:  Yes. |
| 12:08:50 | 8 | MR. HOWARD:  Then you threw Siebel in. |
| 12:08:52 | 9 | Where are you in time? |
| 12:08:53 | 10 | MR. LANIER:  I'm in January 2005. |
| 12:08:55 | 11 | MR. HOWARD:  Okay. |
| 12:08:56 | 12 | MR. LANIER:  Q.  So let's forget Siebel for |
| 12:08:58 | 13 | a moment.  I don't want these to be confusing, |
| 12:08:59 | 14 | so I'll -- January 2055. |
| 12:09:02 | 15 | A.  PeopleSoft, JDE. |
| 12:09:05 | 16 | Q.  SAP comes to you and says, we want a |
| 12:09:07 | 17 | license to do those things you described for |
| 12:09:08 | 18 | PeopleSoft and JDE.  You're the one who makes the |
| 12:09:10 | 19 | decision.  Right? |
| 12:09:11 | 20 | A.  Yeah. |
| 12:09:12 | 21 | Q.  As you sit here today, do you have any idea |
| 12:09:14 | 22 | in mind how you would go about thinking, what's the |
| 12:09:16 | 23 | price I'm going to ask for? |
| 12:09:17 | 24 | A.  Yes. |
| 12:09:18 | 25 | Q.  What's your idea? |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 77

| | | |
|---|---|---|
| 12:09:20 | 1 | A.  So the thought process is, we're moving all |
| 12:09:22 | 2 | of our IP.  They've got a license to the |
| 12:09:25 | 3 | PeopleSoft/JD Edwards IP.  All of it.  They are the |
| 12:09:31 | 4 | number one applications company in the world.  So |
| 12:09:37 | 5 | they already have a bit of an advantage, because |
| 12:09:39 | 6 | they're the market leader, and we're -- you know, |
| 12:09:42 | 7 | we're number two. |
| 12:09:44 | 8 | If they have all of the IP, and you get the |
| 12:09:48 | 9 | new versions, they're a bigger applications company |
| 12:09:52 | 10 | than we are to start with, they would win a majority |
| 12:09:55 | 11 | of the business, I think.  They would get -- they |
| 12:09:58 | 12 | would get maybe the vast majority of PeopleSoft and |
| 12:10:02 | 13 | JD Edwards, being in that position. |
| 12:10:07 | 14 | So let's say we were -- they were going to |
| 12:10:09 | 15 | win relative to our market positions, maybe they |
| 12:10:13 | 16 | were at least twice as big, maybe three times as big |
| 12:10:17 | 17 | as we are.  But let's say they're 70 percent and |
| 12:10:20 | 18 | we're 30 percent of the market.  So let's say it's |
| 12:10:23 | 19 | split that they win 70 percent of the JD Edwards and |
| 12:10:25 | 20 | PeopleSoft customers, we win 30 percent, is how it |
| 12:10:29 | 21 | all plays out.  Market share is just not changed. |
| 12:10:31 | 22 | I'm not sure if that's what would happen.  I think |
| 12:10:34 | 23 | they'd win more. |
| 12:10:36 | 24 | But let's say that's -- I'm just giving you |
| 12:10:38 | 25 | the thought process.  So they're buying about 70 |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 78

| | | |
|---|---|---|
| 12:10:41 | 1 | percent of what we just bought.  So you could say -- |
| 12:10:42 | 2 | so you could argue then it's 70 percent of what we |
| 12:10:44 | 3 | paid. |
| 12:10:45 | 4 | But I would argue it's even more than that, |
| 12:10:48 | 5 | because I think we paid -- you know, we thought it |
| 12:10:50 | 6 | was worth more than we paid, or we wouldn't have |
| 12:10:53 | 7 | paid that much.  Right? |
| 12:10:54 | 8 | So we paid in excess of 10 billion dollars. |
| 12:10:58 | 9 | You know, 70 percent is, you know, 7 billion.  And |
| 12:11:02 | 10 | then it's worth a little bit more than that, so 8 |
| 12:11:07 | 11 | billion? |
| 12:11:10 | 12 | Q.  Is it in any way rational to you to believe |
| 12:11:12 | 13 | that SAP would pay 8 billion for a license to run a |
| 12:11:15 | 14 | company it paid $10 million to buy? |
| 12:11:20 | 15 | A.  Say one more time. |
| 12:11:21 | 16 | Q.  Is it -- |
| 12:11:21 | 17 | A.  I think you said billion and million, and |
| 12:11:23 | 18 | I'm not sure you -- |
| 12:11:25 | 19 | Q.  And I meant to. |
| 12:11:26 | 20 | A.  All right.  Say it again. |
| 12:11:27 | 21 | Q.  Is it in any way rational to you to believe |
| 12:11:30 | 22 | that SAP would pay, say, $8 billion for a license to |
| 12:11:33 | 23 | operate a company that it paid 10 million to buy? |
| 12:11:40 | 24 | A.  It would be buying -- oh, I see what you're |
| 12:11:43 | 25 | saying.  I mean, would they buy it to operate |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 79

| | | |
|---|---|---|
| 12:11:47 | 1 | TomorrowNow. |
| 12:11:48 | 2 | Well, this is a very different situation. |
| 12:11:51 | 3 | They're not -- you know, not clear they need |
| 12:11:54 | 4 | TomorrowNow.  You know, they -- they would be -- |
| 12:11:58 | 5 | they would be buying -- my view is they would end up |
| 12:12:04 | 6 | with 70 percent of those customers, at least.  They |
| 12:12:08 | 7 | would -- you got to give me more details. |
| 12:12:12 | 8 | Would there be a non -- could they hire our |
| 12:12:14 | 9 | people, could they hire the PeopleSoft people? |
| 12:12:16 | 10 | There's more information I need. |
| 12:12:18 | 11 | But I would think that I could then walk |
| 12:12:22 | 12 | into any PeopleSoft customer, you know, say, okay, |
| 12:12:25 | 13 | we're SAP, we'll give you the new versions of -- |
| 12:12:28 | 14 | we'll give you everything Oracle will give you, but |
| 12:12:30 | 15 | you're getting it from us, we have rights to all of |
| 12:12:32 | 16 | this stuff, you're getting it from us, you get new |
| 12:12:35 | 17 | versions, you get bug fixes, regulatory updates.  So |
| 12:12:38 | 18 | you get everything Oracle can provide, plus, |
| 12:12:41 | 19 | everything SAP can provide. |
| 12:12:43 | 20 | So Oracle can only provide what Oracle can |
| 12:12:45 | 21 | provide.  We can provide what Oracle can provide |
| 12:12:47 | 22 | plus what we provide. |
| 12:12:49 | 23 | So I think that would put them in a |
| 12:12:51 | 24 | position to win -- you know, make a pretty |
| 12:12:55 | 25 | persuasive argument to customers that they should be |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 80

| | | |
|---|---|---|
| 12:12:57 | 1 | contracting with SAP and not contracting with Oracle |
| 12:12:59 | 2 | to get their PeopleSoft support and product updates. |
| 12:13:05 | 3 | Q.  So if Mr. Plattner had called you up and |
| 12:13:09 | 4 | said -- or Mr. Kagermann, whoever you like, one of |
| 12:13:12 | 5 | the senior folks over there had called you up and |
| 12:13:15 | 6 | said, we'll pay $8 billion for 70 percent of your |
| 12:13:18 | 7 | customers, would you have said yes? |
| 12:13:28 | 8 | A.  Probably not. |
| 12:13:30 | 9 | Q.  Now, let's change the -- |
| 12:13:31 | 10 | A.  But if they -- |
| 12:13:32 | 11 | Q.  Oh, sorry.  Go ahead, please. |
| 12:13:33 | 12 | A.  -- said 30 billion -- you know, at some |
| 12:13:36 | 13 | price -- I suppose there's some price I would say, |
| 12:13:40 | 14 | yeah, sure. |
| 12:13:41 | 15 | Q.  So now let's change the hypothetical |
| 12:13:43 | 16 | scenario slightly.  It's -- |
| 12:13:46 | 17 | A.  By the way, because I think if they had |
| 12:13:48 | 18 | done that, we would have been saying good-bye to the |
| 12:13:50 | 19 | applications business forever.  I mean, we might as |
| 12:13:52 | 20 | well -- if we're going to do that, we might as well |
| 12:13:54 | 21 | say, okay, we're exiting this business, and let's |
| 12:13:57 | 22 | get rid of all of it, so let's talk about the rest. |
| 12:14:00 | 23 | I'll tell you what.  For a few extra |
| 12:14:03 | 24 | billion, we'll just give you the whole deal.  We |
| 12:14:05 | 25 | don't even want to be in this business any more.  If |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 81

| 12:14:07 | 1 | they made us a -- you know, an attractive enough |
| 12:14:10 | 2 | offer.  It would be a big number.  But at a certain |
| 12:14:13 | 3 | point -- you get these tipping points where they |
| 12:14:15 | 4 | just become so large that it's very hard for us to |
| 12:14:19 | 5 | compete with them at all. |
| 12:14:20 | 6 | Q.  Sure.  In January of 2005, your state of |
| 12:14:23 | 7 | mind was that Oracle wanted to be in the |
| 12:14:25 | 8 | applications business.  Right? |
| 12:14:26 | 9 | A.  Yes. |
| 12:14:27 | 10 | Q.  So now, let's change the hypothetical a |
| 12:14:29 | 11 | little bit.  It's just TomorrowNow; SAP hasn't |
| 12:14:33 | 12 | bought them. |
| 12:14:33 | 13 | A.  Yep. |
| 12:14:35 | 14 | Q.  Just TomorrowNow doing its TomorrowNow |
| 12:14:36 | 15 | thing. |
| 12:14:38 | 16 | And TomorrowNow says, we want a license to |
| 12:14:40 | 17 | do all those things that we do. |
| 12:14:42 | 18 | First question is, who would have made that |
| 12:14:44 | 19 | decision? |
| 12:14:45 | 20 | A.  Me. |
| 12:14:45 | 21 | Q.  Okay.  How would you have figured out what |
| 12:14:49 | 22 | you would have charged TomorrowNow? |
| 12:14:54 | 23 | A.  I don't think we would have entertained -- |
| 12:14:56 | 24 | we don't think TomorrowNow could have paid us what |
| 12:14:59 | 25 | we would have wanted.  I don't think we would have |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON     May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 82

| | | |
|---|---|---|
| 12:15:02 | 1 | thought about it very long.  They didn't have the |
| 12:15:04 | 2 | wherewithal to pay for such a license. |
| 12:15:06 | 3 | Q.  The -- now let's talk about Siebel. |
| 12:15:08 | 4 | Obviously, at some point during the overall period |
| 12:15:13 | 5 | of time we've been talking about, Oracle acquired |
| 12:15:15 | 6 | Siebel.  Correct? |
| 12:15:15 | 7 | A.  Yes. |
| 12:15:17 | 8 | Q.  And I take it you're aware that at some |
| 12:15:19 | 9 | point during that same period of time, TomorrowNow |
| 12:15:23 | 10 | started providing some level of service for Siebel |
| 12:15:26 | 11 | customers. |
| 12:15:27 | 12 | Are you aware of that generally? |
| 12:15:28 | 13 | A.  Yes. |
| 12:15:29 | 14 | Q.  Do you have any sense as you sit here |
| 12:15:31 | 15 | today, putting aside whatever lawyers may have told |
| 12:15:33 | 16 | you and learned in the litigation, how many |
| 12:15:35 | 17 | customers TomorrowNow provided Siebel service for? |
| 12:15:37 | 18 | A.  No.  I don't know. |
| 12:15:39 | 19 | Q.  So now let's be hypothetical again. |
| 12:15:43 | 20 | It's -- I think it's September 2006. |
| 12:15:45 | 21 | Forgive me if I've got the date wrong, so I'll just |
| 12:15:48 | 22 | say, Oracle has bought Siebel, SAP has announced |
| 12:15:53 | 23 | that Safe Passage includes Siebel, and now |
| 12:15:55 | 24 | Mr. Plattner or Mr. Kagermann calls you up again and |
| 12:15:59 | 25 | says, we'd like to get a license to do all of that |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 83

12:16:02   1      stuff for Siebel.

12:16:04   2             Would it still have been you who made the

12:16:06   3      decision?

12:16:06   4         A.  Yes.

12:16:06   5         Q.  And would you have applied any different

12:16:08   6      methodology or thought process to figuring out what

12:16:10   7      price to ask?

12:16:11   8         A.  Well, I have to -- you have to -- I have to

12:16:13   9      ask a clarification.

12:16:14   10            Had they -- had they already bought the

12:16:17   11     PeopleSoft/JD Edwards license, we never would have

12:16:21   12     bought Siebel.  So it's a hypothetical that couldn't

12:16:24   13     occur.

12:16:25   14            So now, a different hypothetical, if after

12:16:29   15     we bought Siebel, they came and said, would you sell

12:16:32   16     us a Siebel/JD Edwards/PeopleSoft license, that's a

12:16:35   17     hypothetical that could have occurred.

12:16:38   18         Q.  So then let's make that our hypothetical.

12:16:40   19            If Mr. Plattner or Mr. Kagermann had called

12:16:43   20     you up and said, we want a license to do all those

12:16:46   21     things we do for PeopleSoft, JDE and Siebel -- still

12:16:50   22     would have been you making the decision, of course?

12:16:52   23         A.  Definitely, yes.

12:16:54   24         Q.  Would you have applied the same thought

12:16:55   25     process and methodology to figuring out a price?

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 84

| | | |
|---|---|---|
| 12:17:00 | 1 | A.  Yes. |
| 12:17:01 | 2 | Q.  Would the same sort of considerations you |
| 12:17:03 | 3 | described apply to the decision when you add in |
| 12:17:05 | 4 | Siebel as opposed to the decision you talked about |
| 12:17:07 | 5 | earlier when it was just PeopleSoft and JDE? |
| 12:17:10 | 6 | A.  Yes. |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 85

| | | |
|---|---|---|
| 12:18:24 | 7 | Q.  We're going to look at a few documents for |
| 12:18:26 | 8 | a little bit.  Always an exciting part of a |
| 12:18:28 | 9 | deposition. |
| 12:18:34 | 10 | I'm sure, sir, you are familiar with this |
| 12:18:37 | 11 | process.  This is a document that has not yet been |
| 12:18:40 | 12 | marked.  It is a press release, or it's a printout |
| 12:18:43 | 13 | from the good old internet of a press release, or |
| 12:18:47 | 14 | article, excuse me, titled, "Ellison Tries To Allay |
| 12:18:50 | 15 | PeopleSoft Customers' Fears," and it is 3 pages |
| 12:18:55 | 16 | long.  I'll give one to the court reporter, and she |
| 12:18:57 | 17 | will soon pass it to you. |
| 12:18:58 | 18 | (Deposition Exhibit 399 was marked for |
| 12:18:59 | 19 | identification.) |
| 12:19:11 | 20 | MR. LANIER:  Q.  Mr. Ellison, Exhibit 399 |
| 12:19:12 | 21 | is in front of you.  It's an article, it's -- |
| 12:19:17 | 22 | A.  It's a small font. |
| 12:19:18 | 23 | Q.  Yes.  I am on the ragged bleeding edge, |
| 12:19:22 | 24 | probably past it, of needing help reading it myself. |
| 12:19:26 | 25 | It's three pieces of paper.  The article's |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 86

| | | |
|---|---|---|
| 12:19:28 | 1 | only on one page.  You're welcome to look at as much |
| 12:19:31 | 2 | or as little of it as you wish.  I'm going to ask |
| 12:19:34 | 3 | you a couple of specific questions.  Tell me when |
| 12:19:36 | 4 | you are ready. |
| 12:19:37 | 5 | A.  Okay.  Give me a couple seconds. |
| 12:19:39 | 6 | Q.  Please. |
| 12:19:40 | 7 | A.  (Examining document.) |
| 12:19:46 | 8 | Is there a date on this document that I |
| 12:19:47 | 9 | just can't find? |
| 12:19:48 | 10 | Q.  Yes.  It is -- do you see the title, it's |
| 12:19:51 | 11 | about a third of the way down the page, maybe 40 |
| 12:19:53 | 12 | percent of down, there's the byline "By Charles |
| 12:19:56 | 13 | Babcock"? |
| 12:19:57 | 14 | A.  Got it.  December 9, 2004.  Thank you. |
| 12:20:26 | 15 | Okay. |
| 12:20:27 | 16 | Q.  Sir, have you seen this article before? |
| 12:20:30 | 17 | A.  I may have.  I have no recollection of the |
| 12:20:32 | 18 | article, though. |
| 12:20:33 | 19 | Q.  Okay.  There's a couple of quotes |
| 12:20:34 | 20 | attributed to you.  I am going to ask you about them |
| 12:20:38 | 21 | and some other questions. |
| 12:20:40 | 22 | So the first is in the first paragraph, in |
| 12:20:43 | 23 | the second sentence, there's a quote attributed to |
| 12:20:46 | 24 | you that says, ""We're going to oversupport |
| 12:20:49 | 25 | PeopleSoft customers,' Ellison said Wednesday," and |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 87

| | | |
|---|---|---|
| 12:20:51 | 1 | it goes on. |
| 12:20:52 | 2 | Do you see that? |
| 12:20:54 | 3 | A.  I do. |
| 12:20:55 | 4 | Q.  Do you recall saying that or words to that |
| 12:20:56 | 5 | effect? |
| 12:20:57 | 6 | A.  Words to that effect. |
| 12:20:58 | 7 | Q.  What did you mean by "oversupport"? |
| 12:21:00 | 8 | A.  We're going to do as good -- we're going to |
| 12:21:09 | 9 | focus very heavily on these new customers, we're |
| 12:21:12 | 10 | going to pay a lot of attention to them, we're going |
| 12:21:14 | 11 | to make sure we're doing a -- you know, A-plus-level |
| 12:21:19 | 12 | support.  Communicating with them on a regular |
| 12:21:20 | 13 | basis, even sometimes proactively.  You know, rather |
| 12:21:24 | 14 | than waiting for them to call us, we'll call them. |
| 12:21:27 | 15 | Q.  And these were plans that were already in |
| 12:21:29 | 16 | place as of December 9, 2004? |
| 12:21:31 | 17 | A.  Correct. |

443f0f04-d516-4201-bf15-68972d885d35

LARRY ELLISON      May 5, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 114

13:09:39    16        Q.  As of the acquisition of PeopleSoft by

13:09:42    17    Oracle, who -- other than SAP, who were Oracle's

13:09:46    18    competitors in the applications marketplace?

13:09:50    19        A.  We have -- there are lots of them, and I

13:09:56    20    mean, there are specific competitors in banking,

13:09:58    21    there are specific competitors in telecommunications

13:10:02    22    and utilities.  I mean, it's a highly fragmented

13:10:05    23    market, so we have lots and lots of competitors.

13:10:07    24        Our largest competitor is SAP.

443f0f04-d516-4201-bf15-68972d885d35

**LARRY ELLISON    May 5, 2009**
**HIGHLY   CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | | |
|---|---|---|
| 13:40:57 | 1 | THE VIDEO OPERATOR:  This marks the end of |
| 13:40:58 | 2 | Videotape No. 2 in the deposition of Larry Ellison. |
| 13:41:01 | 3 | Going off the record, the time now is 1:41. |
| 13:41:04 | 4 | (Time noted, 1:41 p.m.) |
| 13:41:09 | 5 | --o0o-- |
| 13:41:09 | 6 | I declare under penalty of perjury that |
| 13:41:09 | 7 | the foregoing is true and correct.  Subscribed at |
| 13:41:09 | 8 | _____, California, this _____ day of |
| 13:41:09 | 9 | _____ 2009. |
| 13:41:09 | 10 | |
| 13:41:09 | 11 | |
| 13:41:09 | 12 | LARRY ELLISON |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

137

CERTIFICATE OF REPORTER

1

2          I, HOLLY THUMAN, a Certified Shorthand

3     Reporter, hereby certify that the witness in the

4     foregoing deposition was by me duly sworn to tell the

5     truth, the whole truth, and nothing but the truth in the

6     within-entitled cause; that said deposition was taken

7     down in shorthand by me, a disinterested person, at the

8     time and place therein stated, and that the testimony of

9     the said witness was thereafter reduced to typewriting,

10    by computer, under my direction and supervision;

11         That before completion of the deposition,

12    review of the transcript [X] was [ ] was not requested.

13    If requested, any changes made by the deponent (and

14    provided to the reporter) during the period allowed are

15    appended hereto.

16         I further certify that I am not of counsel or

17    attorney for either or any of the parties to the said

18    deposition, nor in any way interested in the event of

19    this cause, and that I am not related to any of the

20    parties thereto.

21

22    DATED _May 11, 2009._

23

24    _____

25    HOLLY THUMAN, CSR No. 6834