# EXHIBIT D

HASSO PLATTNER        June 2, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
                              )
            Plaintiffs, )
                              )
      vs.                     ) No. 07-CV-1658 (PJH)
                              )
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and )
DOES 1-50, inclusive, )
                              )
            Defendants. )
_____ )

VIDEOTAPED DEPOSITION OF

HASSO PLATTNER

_____

TUESDAY, JUNE 2, 2009

HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-419913)

Merrill Legal Solutions
(800) 869-9132

6e454e30-7d55-4e0c-a2c5-d1dfe712c5e4

HASSO PLATTNER             June 2, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 55

```
10:02:25    4         Q.  Sure.  We can only get so far with these
10:02:27    5     theoretical discussions.
10:02:29    6             So let me ask you to think about the
10:02:32    7     reverse situation, and assume that -- assume that
10:02:38    8     SAP is forced to license its own IP -- and to make
10:02:42    9     it equivalent, let's focus on it's ERP, its Business
10:02:48   10     Suite, and the IP used to support it -- to a
10:02:53   11     third-party provider.
10:02:55   12             You're required to do this license.
10:02:57   13         A.  By law?
10:02:57   14         Q.  By my hypothetical.
10:03:01   15         A.  Now we are in two-tier hypothetical square?
10:03:08   16         Q.  It's true, it's a hypothetical.  But your
10:03:11   17     instructions are, you must license it.  And I want
10:03:14   18     you to assume that the third party is owned by
10:03:18   19     Oracle, and that you understand that Oracle is going
10:03:24   20     to be subsidizing that third-party provider in a way
10:03:30   21     that will allow the provider to charge 50 percent of
10:03:35   22     what you would ordinarily charge for maintenance on
10:03:38   23     your own software.  And, that the subsidiary may
10:03:49   24     charge nothing if the customers agree to switch from
10:03:56   25     SAP to Oracle.
```

Merrill Legal Solutions
(800) 869-9132

6e454e30-7d55-4e0c-a2c5-d1dfe712c5e4

HASSO PLATTNER                June 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 56

| | | |
|---|---|---|
| 10:03:58 | 1 | A. Maintenance. |
| 10:03:59 | 2 | Q. Maintenance. Well, and switch their |
| 10:04:00 | 3 | applications themselves. Zero for maintenance, yes, |
| 10:04:07 | 4 | if that was your question. |
| 10:04:08 | 5 | A. Then there is no business for us any more. |
| 10:04:11 | 6 | Then we lost the customer. |
| 10:04:16 | 7 | Q. Well, you are competing for the customer, |
| 10:04:17 | 8 | but you're licensing to Oracle to allow it to |
| 10:04:20 | 9 | compete with you. |
| 10:04:21 | 10 | A. Okay. Have we lost the customer, or we are |
| 10:04:25 | 11 | going to lose the customer, or it's still our |
| 10:04:27 | 12 | customer? |
| 10:04:28 | 13 | Q. It's still your customer, but you are |
| 10:04:29 | 14 | licensing the software to Oracle to allow it to |
| 10:04:32 | 15 | compete with you on essentially -- |
| 10:04:33 | 16 | A. The maintenance? |
| 10:04:34 | 17 | Q. -- the maintenance, and also the software |
| 10:04:36 | 18 | itself. |
| 10:04:37 | 19 | MR. LANIER: Let him get his whole question |
| 10:04:39 | 20 | out. |
| 10:04:39 | 21 | MR. HOWARD: Q. Right. But it's okay. I |
| 10:04:41 | 22 | want it to be clear. |
| 10:04:45 | 23 | So in other words, I want you to have in |
| 10:04:47 | 24 | mind that Oracle is essentially launching a Safe |
| 10:04:50 | 25 | Passage program, but it has the SAP software through |

Merrill Legal Solutions
(800) 869-9132

6e454e30-7d55-4e0c-a2c5-d1dfe712c5e4

HASSO PLATTNER                June 2, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 57

| Time | # | |
|---|---|---|
| 10:04:53 | 1 | its license with you to provide the support to the |
| 10:04:56 | 2 | customers to migrate them off of SAP and to Oracle. |
| 10:05:05 | 3 | In that situation, and you're negotiating a |
| 10:05:07 | 4 | license for that, I want to ask whether you would |
| 10:05:11 | 5 | consider the following factors: |
| 10:05:13 | 6 | Would you consider the research and |
| 10:05:15 | 7 | development that SAP expended to develop the |
| 10:05:21 | 8 | software it would then be licensing to Oracle? |
| 10:05:24 | 9 | MR. LANIER:  Calls for speculation, lacks |
| 10:05:25 | 10 | foundation, incomplete and counterfactual |
| 10:05:29 | 11 | hypothetical, assumes facts not in evidence, calls |
| 10:05:31 | 12 | for an expert opinion -- I'm going to now -- you can |
| 10:05:34 | 13 | answer. |
| 10:05:34 | 14 | THE WITNESS:  The price has to be lower |
| 10:05:35 | 15 | than the price we charge for maintenance, because |
| 10:05:39 | 16 | somebody else is doing the job for us.  So it's net |
| 10:05:42 | 17 | income to us.  So it's actually -- if this |
| 10:05:46 | 18 | hypothetical case would happen, it's actually an |
| 10:05:48 | 19 | interesting case, and it depends now what the |
| 10:05:53 | 20 | percentage is, but -- so it will be lower than what |
| 10:05:57 | 21 | we charge the customer, because it's an indirect |
| 10:06:00 | 22 | charge.  It's like indirect software sales. |
| 10:06:02 | 23 | MR. HOWARD:  Q.  Okay.  So if I understand |
| 10:06:04 | 24 | you, then, you would not -- in setting this fee, you |
| 10:06:07 | 25 | would not take into account the money that SAP spent |

6e454e30-7d55-4e0c-a2c5-d1dfe712c5e4

HASSO PLATTNER          June 2, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 58

```
10:06:09    1    to develop the software in the first place?
10:06:12    2         A.  No.
10:06:12    3              MR. LANIER:  Same objections.
10:06:13    4              THE WITNESS:  And actually, in this
10:06:15    5    hypothetical case, which has to have a legal
10:06:17    6    framework, I think part of the legal framework would
10:06:20    7    be that we are not allowed to charge a third party
10:06:24    8    more than we charge ourselves, which would be
10:06:28    9    probably antitrust.
10:06:31   10              MR. HOWARD:  Q.  Okay.  Would you take
10:06:33   11    into --
10:06:33   12         A.  At least -- excuse me, at least I think I
10:06:36   13    interpret the EU law like this.
```

HASSO PLATTNER          June 2, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 65

```
10:16:23   19        Q.  No, I'm perfectly fine.
10:16:24   20            Assume that you were one of the
10:16:26   21   decision-makers at Oracle, if that's possible to do.
10:16:30   22   And you've just acquired PeopleSoft.  You've spent
10:16:38   23   18 months doing that.  You've paid a lot of money
10:16:41   24   for it.  And you are expecting to get at least a
10:16:47   25   1.2-billion-dollar-per-year maintenance revenue
```

HASSO PLATTNER                June 2, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

| | | |
|---|---|---|
| 10:16:51 | 1 | stream from that customer base.  But now are going |
| 10:16:56 | 2 | to be forced to license the PeopleSoft software |
| 10:17:00 | 3 | to -- |
| 10:17:02 | 4 |     A.   Maintenance. |
| 10:17:02 | 5 |     Q.   -- maintenance software -- well, all of it. |
| 10:17:06 | 6 | All software, to SAP's subsidiary TomorrowNow for it |
| 10:17:14 | 7 | to provide competing maintenance service at 50 |
| 10:17:18 | 8 | percent off, and so that SAP can attempt to sell its |
| 10:17:23 | 9 | software to that same customer base. |
| 10:17:27 | 10 | In determining now -- and remember, in this |
| 10:17:30 | 11 | hypothetical, you're in the position of Oracle -- |
| 10:17:33 | 12 | would you consider the purchase price that Oracle |
| 10:17:36 | 13 | has just paid to PeopleSoft in setting that license |
| 10:17:40 | 14 | fee? |
| 10:17:40 | 15 |     MR. LANIER:  Same objections. |
| 10:17:42 | 16 |     THE WITNESS:  No. |
| 10:17:45 | 17 |     MR. HOWARD:  Q.  And for the reasons that |
| 10:17:46 | 18 | you've already given? |
| 10:17:47 | 19 |     A.   That's -- the history of the development of |
| 10:17:54 | 20 | cost at GM is not relevant to the price GM can |
| 10:17:58 | 21 | charge for a car now. |
| 10:18:00 | 22 |     Q.   And would you take into account the |
| 10:18:02 | 23 | 18-month struggle that you've just gone through to |
| 10:18:06 | 24 | get that software and that customer base? |
| 10:18:09 | 25 |     A.   If they're -- |

6e454e30-7d55-4e0c-a2c5-d1dfe712c5e4

HASSO PLATTNER                June 2, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 67

| | | |
|---|---|---|
| 10:18:10 | 1 | MR. LANIER: Same objections. |
| 10:18:11 | 2 | THE WITNESS: If there is a legal umbrella |
| 10:18:13 | 3 | you described before, then this is not related. |
| 10:18:16 | 4 | MR. HOWARD: Q. And would you take into |
| 10:18:20 | 5 | account that by the acquisition, you have just |
| 10:18:24 | 6 | expanded your share of the applications business? |
| 10:18:30 | 7 | MR. LANIER: Same objection. |
| 10:18:31 | 8 | MR. HOWARD: Q. By acquiring the |
| 10:18:32 | 9 | PeopleSoft customers? |
| 10:18:33 | 10 | MR. LANIER: Sorry. Same objections. Go |
| 10:18:34 | 11 | ahead. |
| 10:18:34 | 12 | THE WITNESS: I don't understand the |
| 10:18:35 | 13 | question. |
| 10:18:36 | 14 | MR. HOWARD: Q. In other words, if you're |
| 10:18:38 | 15 | in Oracle's position, a rationale for the |
| 10:18:40 | 16 | acquisition is that you are increasing market share |
| 10:18:43 | 17 | in the software business. Right? |
| 10:18:46 | 18 | MR. LANIER: Same objections. Go ahead. |
| 10:18:48 | 19 | THE WITNESS: Yes. |
| 10:18:48 | 20 | MR. HOWARD: Q. And you're going to be |
| 10:18:51 | 21 | getting this maintenance revenue stream from those |
| 10:18:53 | 22 | customers. |
| 10:18:54 | 23 | Would you take those factors into account |
| 10:18:56 | 24 | in setting the license fee? |
| 10:18:58 | 25 | MR. LANIER: Same objections. |

Merrill Legal Solutions
(800) 869-9132

6e454e30-7d55-4e0c-a2c5-d1dfe712c5e4

HASSO PLATTNER          June 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 68

| | | |
|---|---|---|
| 10:18:59 | 1 | MR. HOWARD: Q. To TomorrowNow? |
| 10:19:05 | 2 | A. Okay. Again, if I'm forced to provide this |
| 10:19:09 | 3 | license to competitors, then there are rules under |
| 10:19:11 | 4 | which I am being forced, and I follow these rules. |
| 10:19:15 | 5 | And as I said several times, I do not |
| 10:19:18 | 6 | understand antitrust laws, but there is -- this is |
| 10:19:23 | 7 | derived from the position and the freedom of choice |
| 10:19:27 | 8 | of the customer. |
| 10:19:29 | 9 | Q. Well, let's say you're not being forced. |
| 10:19:33 | 10 | Let's say that the two sides are just sitting down |
| 10:19:39 | 11 | to try and negotiate that license under those |
| 10:19:41 | 12 | circumstances I just described. |
| 10:19:44 | 13 | Would you then be taking into account how |
| 10:19:46 | 14 | much you've paid? |
| 10:19:47 | 15 | MR. LANIER: Same objections. |
| 10:19:53 | 16 | THE WITNESS: Then I can do what I want. |
| 10:19:58 | 17 | MR. HOWARD: Q. And would you then -- |
| 10:20:00 | 18 | A. And -- |
| 10:20:01 | 19 | Q. Would you then take into account how much |
| 10:20:03 | 20 | you've paid if you're Oracle for the PeopleSoft |
| 10:20:05 | 21 | business? |
| 10:20:05 | 22 | A. Then we don't have to sit together. |

6e454e30-7d55-4e0c-a2c5-d1dfe712c5e4

HASSO PLATTNER          June 2, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 92

| | | |
|---|---|---|
| 11:13:19 | 1 | Going off the record, the time is 11:13. |
| 11:26:47 | 2 | (Time noted, 11:13 a.m.) |
| | 3 | --oOo-- |
| | 4 | I declare under penalty of perjury that |
| | 5 | the foregoing is true and correct.  Subscribed at |
| | 6 | _Walldorf_ GERMANY, ~~California~~, this _01_ day of |
| | 7 | _July_  2009. |
| | 8 | |
| | 9 | _[signature]_ |
| | 10 | HASSO PLATTNER |

Merrill Legal Solutions
(800) 869-9132

6e454e30-7d55-4e0c-a2c5-d1dfe712c

| Notarization | Notarielle Unterschriftsbeglaubigung |
|---|---|
| I, the undersigned Notary Public, | Ich, der unterzeichnende Notar, |

**Manfred G a u l**

(Name of the Notary Public / Name des Notars)

| hereby confirm that the proceeding signature was executed before me today by Mr. | beglaubige hiermit die Echtheit der vorstehenden Unterschrift, vor mir heute vollzogen durch Herrn |
|---|---|

**Prof. Dr. h.c. Hasso Plattner**

(Name / Name)

January 21st, 1944 / 21. Januar 1944

(Date of birth / Geburtsdatum)

Röschbacher Hof 2, D- 69198 Schriesheim-Altenbach

(Residential adress / Privatanschrift)

| who is personally known to me. | der mir persönlich bekannt ist. |
|---|---|
| In case of doubt, the German version of this notarization shall prevail. | Im Zweifelsfalle ist die deutsche Übersetzung dieses Beglaubigungsvermerks maßgeblich. |

Walldorf (Germany), July 1, 2009 / Walldorf (Deutschland), 1. Juli 2009

(Place, date / Ort, Datum)

Notariat 5 Heidelberg

*[signature]*

(Signature of the Notary Public/Unterschrift des Notars)

(**Gaul**, Notary Public / Notar)

(Seal / Siegel)

5 UR 930/2009

## CERTIFICATE OF REPORTER

I, HOLLY THUMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED June 5, 2009.

_____
HOLLY THUMAN, CSR No. 6834