# EXHIBIT E

Page 1

```
                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION

------------------------------x
ORACLE CORPORATION, a Delaware :
corporation; ORACLE USA, INC.,
a Colorado corporation; and    :
ORACLE INTERNATIONAL
CORPORATION, a California      :
corporation,
                               :
          Plaintiffs,             No. 07-CV-1658
                               :    (PJH) (EDL)
     vs.
                               :
SAP AG, a German corporation;
SAP AMERICA INC., a Delaware   :
corporation; TOMORROWNOW, INC.,
a Texas corporation; and DOES  :
1-50, inclusive,
                               :
          Defendants.
------------------------------x
                        September 25, 2008
                        9:14 a.m.

                     HIGHLY CONFIDENTIAL
                          VOLUME 1
```

Videotaped Deposition of HENNING KAGERMANN, held at the offices of BINGHAM McCUTCHEN LLP, 399 Park Avenue, New York, New York, before Frank J. Bas, a Registered Professional Reporter and Notary Public of the State of New York.

752de1e5-809b-4afb-9c1a-e9979c035f9f

16:16:21    25       Q.    Do you agree with the conclusion

HENNING KAGERMANN September 25, 2008
HIGHLY CONFIDENTIAL

```
                                                            Page 168
            1          HIGHLY CONFIDENTIAL - H. KAGERMANN
16:16:22    2     here on Slide 8 that Oracle is a dangerous
16:16:25    3     competitor?
16:16:32    4          A.    I agree, but I wouldn't use the word
16:16:46    5     "dangerous."
16:16:47    6          Q.    What word would you use?
16:16:49    7          A.    Our main competitor.
```

HENNING KAGERMANN                September 25, 2008
HIGHLY CONFIDENTIAL

Page 222

1    HIGHLY CONFIDENTIAL - H. KAGERMANN
18:01:43   2    MR. HOWARD: Let's end for today.
18:01:46   3    THE VIDEO OPERATOR: Going off the
18:01:48   4    record at 6:02, and this will mark the end
18:01:50   5    of Tape Number 4.
18:01:54   6    (Time noted: 6:02 p.m.)
7
8    _____
9    HENNING KAGERMANN
10
11   Subscribed and sworn to before me
12   this _____ day of _____, 2008.
13
18:02:02   14   _____
15
16
17
18
19
20
21
22
23
24
25

Merrill Legal Solutions
(800) 869-9132

752de1e5-809b-4afb-9c1a-e9979c035f9f

```
                    C E R T I F I C A T E

    STATE OF NEW YORK    )
                         : ss.
    COUNTY OF NEW YORK   )


            I, FRANK J. BAS, a Notary Public

    within and for the State of New York, do

    hereby certify:

            That HENNING KAGERMANN, the witness

    whose deposition is hereinbefore set forth,

    was duly sworn by me and that such

    deposition is a true record of the

    testimony given by the witness.

            I further certify that I am not

    related to any of the parties to this

    action by blood or marriage, and that I am

    in no way interested in the outcome of this

    matter.

            IN WITNESS WHEREOF, I have hereunto

    set my hand this 29th day of September,

    2008.


                            _____
                            FRANK J. BAS, RPR
```