# EXHIBIT F

```
 1            IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN FRANCISCO DIVISION

 3
     _____
 4                                    )
     ORACLE CORPORATION, a            )
 5   Delaware corporation, ORACLE     )
     USA, INC., A Colorado            )
 6   Corporation, and ORACLE          )
     INTERNATIONAL CORPORATION,       )
 7   A California corporation         )
                                      )
 8           Plaintiffs,              )
                                      )
 9           Vs.                      )    Case No.
                                      )    07-CV-01685
10                                    )    PJH (EDL)
     SAP AG, a German corporation,    )
11   SAP AMERICA, INC., a Delaware    )
     Corporation, TOMORROWNOW,        )
12   INC., a Texas corporation,       )
     And DOES 1-50, inclusive,        )
13                                    )
             Defendant.               )
14   _____)

15
                VIDEOTAPED DEPOSITION UPON
16                   ORAL EXAMINATION
                           OF
17                    LEO APOTHEKER

18                     Taken on:

19             Thursday, October 2, 2008
                 Commencing at 8:58 a.m.
20

21                     Taken at:

22            American Consulate General
               Special Consular Services,
23                Giessener Strasse 30
            60435 Frankfurt am Main, Germany
24

25   REPORTED BY:  FREDERICK WEISS, CSR, CM
```

```
10          Q.      Is Oracle a focus of SAP's
11   competitive work in the field?
12          A.      As much as they are a competitor,
13   yes.
14          Q.      Are they SAP's number one
15   competitor?
16          A.      They are our largest competitor,
17   yes.
18          Q.      SAP is the market leader, though.
19                  True?
20          A.      True.
21          Q.      And in what areas -- what makes SAP
22   the market leader?
23          A.      Our market share.
```

1   I, Leo Apotheker, am a deponent in the
2   foregoing video deposition.  I have read the
3   foregoing video deposition, and having made such
4   changes and corrections as I desired, I certify
5   that the transcript is a true and accurate record
6   of my responses to the questions put to me on
7   Thursday, October 2, 2008.

24  Signed_____
25         LEO APOTHEKER

| | |
|---|---|
| 1 | CERTIFICATE OF COURT REPORTER |
| 2 | I, Frederick Weiss, CSR, CM, do hereby |
| 3 | certify that I took the stenotype notes of the |
| 4 | foregoing deposition and that the transcript |
| 5 | thereof is a true and accurate record transcribed |
| 6 | to the best of my skill and ability. |
| 7 | I further certify that I am neither |
| 8 | counsel for, related to, nor employed by any of |
| 9 | the parties to the action in which this deposition |
| 10 | was taken, and that I am not a relative or |
| 11 | employee of any attorney or counsel employed by |
| 12 | the parties hereto, nor financially or otherwise |
| 13 | interested in the outcome of the action. |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | _____ |
| 21 | FREDERICK WEISS, CSR, CM |
| 22 | |
| 23 | |
| 24 | _____16.10.08_____ |
| 25 | DATE |