# EXHIBIT G

| | |
|---|---|
| **Message** | |
| From: | Mackey, James [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000065459] |
| Sent: | 1/6/2005 10:02:26 AM |
| To: | Shenkman, Arlen [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000225832] |
| Subject: | RE: Model |
| Attachments: | TomorrowNow Valuation Jan0605.xls |

Revised reality....check with Hilke, please.

---

**From:** Shenkman, Arlen
**Sent:** Thursday, January 06, 2005 10:22 AM
**To:** Mackey, James
**Subject:** RE:Model

Here is the model adjusted to generally conform to the T-Now model, obviously, using percentages in accordance with the way the model is constructed, is not 100% accurate, but I think that other than D&A, which we are pretty close on, all of the numbers are close (with $50 or $75 thousand) of the T-Now model. I USED THE TNOW GROWTH RATES...WE NEED TO ADJUST THOSE DOWN TO REALITY, but I wanted you to take a look at this first. Value = $51 MM and stayed close to where we were last night.

---

**From:** Mackey, James
**Sent:** Thursday, January 06, 2005 9:24 AM
**To:** Shenkman, Arlen; Stromann, Hilke; Xander, Thomas; Wallis, Darren
**Subject:** FKOM

Hi all,

Regarding the sessions at FKOM, it would be great if we could separate and attend some of the industry sessions that interest each of us. Obviously, I would concentrate on the strategic priorities for SAP but please try to coordinate so that we are all not attending the same sessions. It would also be good if you planned on attending 2 of the following 3 sessions: Contracts, Pricing and Revenue Recognition. These are good foundations for each of us. We should meet on Tuesday night to discuss and potentially plan on having dinner as a group.

Regards,
Jim

Shenkman
Exhibit 227
6.4-08
Holly Thuman, CSR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004988

SAP-OR00004989

General  nptions

### TomorrowNow, Inc.
### General Assumptions

| | | FC 2005 | FC 2006 | FC 2007 | FC 2008+ |
|---|---|---|---|---|---|
| **General** | | | | | |
| Last Closing Date | 31/ December 2004 | | | | |
| Valuation Date | 6/ January 2005 | | | | |
| Currency Exchange Rate USD/EUR | 0.75188 | | | | |
| Tax Rate | 40.0% | | | | |
| Terminal Growth Rate | 1.5% | | | | |
| **Result** | | | | | |
| Market Value of Equity of TomorrowNow in kEUR | 10,270.1 | | | | |
| **Cost of Capital** | | | | | |
| WACC (31 Dec 2004) | | 14.00% | | | |
| **Discount Factors** | | | | | |
| First Forecast Date | 31/ December 2005 | | | | |
| Discount Period in Days | | 359 | 724 | 1,089 | 1,454 |
| WACC | | 14.00% | 14.00% | 14.00% | 14.00% |
| - Terminal Growth Rate | | | | | -1.50% |
| WACC in Terminal Value | | | | | 12.50% |
| Discount Factors | | 0.8791 | 0.7711 | 0.6764 | 5.4114 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Planning ...mptions

| TomorrowNow, Inc. | Actuals 2002 | Actuals 2003 | Actuals 2004 | FC 2005 | FC 2006 | FC 2007 | FC 2008+ |
|---|---|---|---|---|---|---|---|
| **Revenue Planning** | | | | | | | |
| Consulting Revenue | | 227.8% | 75.0% | 80.0% | 50.0% | 30.0% | 20.0% |
| **Operating Costs Planning** | | | | | | | |
| Cost of Services | -71.7% | -67.6% | -47.2% | -71.0% | -50.0% | -50.0% | -50.0% |
| Sales and Marketing | -46.5% | -32.8% | -31.7% | -65.0% | -32.0% | -30.0% | -28.0% |
| Amortization and Depreciation | -0.9% | -0.9% | -2.5% | -3.5% | -4.5% | -5.3% | -7.0% |
| Other operating Expenses | -15.3% | -9.0% | -15.0% | -19.0% | -8.0% | -8.0% | -7.0% |
| **Balance Sheet Planning** | | | | | | | |
| Other Assets (in % of Revenues) | 0.4% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| Accounts Receivable, net (in % of Revenues) | 10.2% | 24.2% | 24.2% | 22.0% | 22.0% | 22.0% | 22.0% |
| Liquid Assets (in % of Revenues) | 72.0% | 27.7% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| Prepaid Expenses (in % of Revenues) | 1.7% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Other Reserves and accrued Liabilities (in % of Revenues) | 0.0% | 0.8% | 0.7% | 0.5% | 0.5% | 0.5% | 0.5% |
| Other Liabilities (in % of Revenues) | 2.4% | 1.1% | 1.8% | 1.5% | 1.5% | 1.5% | 1.5% |
| Deferred Income (in % of Revenues) | 36.7% | 62.7% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% |

| Investments and Depreciation PPE | kUSD | kUSD | kUSD | kEUR | kEUR | kEUR | kEUR |
|---|---|---|---|---|---|---|---|
| PPE (BoY) | | 24.1 | 42.7 | 72.6 | 241.2 | 419.6 | 573.9 |
| + Investments | 23.4 | 32.1 | 95.1 | 333.5 | 500.3 | 650.4 | 780.5 |
| - Depreciation | -4.4 | -13.5 | -65.2 | -165.0 | -321.8 | -496.1 | -780.5 |
| PPE (EoY) | 24.1 | 42.7 | 72.6 | 241.2 | 419.6 | 573.9 | 573.9 |
| Total CapEx in % of Revenues | 5.1% | 2.1% | 3.6% | 7.0% | 7.0% | 7.0% | 7.0% |
| Dep/CapEx | 18.7% | 42.0% | 68.6% | 49.5% | 64.3% | 76.3% | 100.0% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004989

DCF ation

| TomorrowNow, Inc. DCF-Valuation | Actuals 2002 kUSD | Actuals 2003 kUSD | Actuals 2004 kUSD | Forecast 2005 kEUR | Forecast 2006 kEUR | Forecast 2007 kEUR | Forecast 2008+ kEUR |
|---|---|---|---|---|---|---|---|
| **Profit and Loss-Statement** | | | | | | | |
| Consulting Revenue | 461.5 | 1,513.0 | 2,647.1 | 4,764.8 | 7,147.2 | 9,291.3 | 11,149.6 |
| Total Revenue | 461.5 | 1,513.0 | 2,647.1 | 4,764.8 | 7,147.2 | 9,291.3 | 11,149.6 |
| Direct Wages and related Costs | -272.6 | -917.6 | -1,250.4 | | | | |
| Indirect Costs | -58.1 | -105.8 | | | | | |
| Total Cost of Services | -330.8 | -1,023.4 | -1,250.4 | -3,383.0 | -3,573.6 | -4,645.7 | -5,574.8 |
| Gross Profit | 130.7 | 489.5 | 1,396.7 | 1,381.8 | 3,573.6 | 4,645.7 | 5,574.8 |
| Sales and Marketing | -214.6 | -496.2 | -838.1 | -3,097.1 | -2,287.1 | -2,787.4 | -3,121.9 |
| Depreciation and Amortization | -4.4 | -13.5 | -65.2 | -165.0 | -321.8 | -496.1 | -780.5 |
| Other operating Expenses | -70.7 | -136.3 | -398.0 | -905.3 | -571.8 | -743.3 | -780.5 |
| Operating Expenses | -289.7 | -646.0 | -1,301.3 | -4,167.4 | -3,180.7 | -4,026.8 | -4,682.8 |
| Operating Income | -159.0 | -156.4 | 95.4 | -2,785.6 | 392.9 | 618.8 | 892.0 |
| Interest Income | 0.5 | 0.0 | 15.7 | | | | |
| Interest Expense | -2.1 | -18.0 | -23.4 | | | | |
| Income before Income Tax | -160.7 | -174.4 | 87.7 | -2,785.6 | 392.9 | 618.8 | 892.0 |
| Income Taxes | 0.0 | 0.0 | -35.1 | 1,114.3 | -157.1 | -247.5 | -356.8 |
| Net Income | -160.7 | -174.4 | 52.6 | -1,671.4 | 235.7 | 371.3 | 535.2 |
| **Calculation of Free Cash Flows** | | | | | | | |
| EBIT | -159.0 | -156.4 | 95.4 | -2,785.6 | 392.9 | 618.8 | 892.0 |
| - Corporate Tax (w/o interest tax shield) | 0.0 | 0.0 | -35.1 | 1,114.3 | -157.1 | -247.5 | -356.8 |
| + Depreciation and Amortization | 4.4 | 13.5 | 65.2 | 165.0 | 321.8 | 496.1 | 780.5 |
| +/- Changes in Net Working Capital | 0.0 | -313.8 | -245.0 | -382.1 | -488.4 | -439.6 | 0.0 |
| +/- Changes in (Pension) Reserves and accrued Liabilities | 0.0 | 12.3 | 6.2 | 5.3 | 11.9 | 10.7 | 0.0 |
| +/- Changes in deferred Assets/Income | 0.0 | 786.5 | 637.7 | 1,268.5 | 1,427.1 | 1,284.3 | 1,115.0 |
| +/- Changes in Other Assets | 0.0 | -0.4 | -1.9 | -3.5 | -3.9 | -3.5 | 0.0 |
| +/- Changes in Employee Advances | 0.0 | 0.0 | 25.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| - Investments | -23.4 | -32.1 | -95.1 | -333.5 | -500.3 | -650.4 | -780.5 |
| (unlevered) Free Cash Flow | -178.0 | 309.5 | 452.5 | -951.7 | 1,004.0 | 1,069.1 | 1,650.1 |
| **Discounted Cash Flow Valuation** | | | | | | | |
| (unlevered) Free Cash Flow | | | | -951.7 | 1,004.0 | 1,069.1 | 1,650.1 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004989

DCF     ation

| TomorrowNow, Inc. DCF-Valuation | Actuals 2002 kUSD | Actuals 2003 kUSD | Actuals 2004 kUSD | Forecast 2005 kEUR | Forecast 2006 kEUR | Forecast 2007 kEUR | Forecast 2008+ kEUR |
|---|---|---|---|---|---|---|---|
| Discount Factors | | | | 0.8791 | 0.7711 | 0.6764 | 0.5.4114 |
| Discounted Free Cash Flows | | | | -836.6 | 774.2 | 723.1 | 8,929.6 |
| Total Enterprise Value | | | | 9,590.3 | | | |
| - Market Value of Debt | | | | 18.0 | | | |
| + Excess Cash | | | | 661.8 | | | |
| Market Value of Equity | | | | 10,270.1 | | | |

### Balance-Sheet

**ASSETS**

| | Actuals 2002 kUSD | Actuals 2003 kUSD | Actuals 2004 kUSD | Forecast 2005 kEUR | Forecast 2006 kEUR | Forecast 2007 kEUR | Forecast 2008+ kEUR |
|---|---|---|---|---|---|---|---|
| **Property, Plant and Equipment** | | | | | | | |
| Opening Balance | 0.0 | 24.1 | 42.7 | 72.6 | 241.2 | 419.6 | 573.9 |
| + Investments | 23.4 | 32.1 | 95.1 | 333.5 | 500.3 | 650.4 | 780.5 |
| - Depreciation | -4.4 | -13.5 | -65.2 | -165.0 | -321.8 | -496.1 | -780.5 |
| Closing Balance | 24.1 | 42.7 | 72.6 | 241.2 | 419.6 | 573.9 | 573.9 |
| **Other Assets** | | | | | | | |
| Opening Balance | 0.0 | 2.0 | 2.5 | 4.3 | 7.8 | 11.7 | 15.2 |
| +/- Delta | 0.0 | 0.4 | 1.9 | 3.5 | 3.9 | 3.5 | 0.0 |
| Closing Balance | 2.0 | 2.5 | 4.3 | 7.8 | 11.7 | 15.2 | 15.2 |
| **Fixed Assets** | 26.1 | 45.2 | 77.0 | 248.9 | 431.3 | 589.0 | 589.0 |
| **Accounts Receivable, net** | | | | | | | |
| Opening Balance | 0.0 | 47.1 | 366.5 | 641.2 | 1,048.3 | 1,572.4 | 2,044.1 |
| +/- Delta | 0.0 | 319.4 | 274.7 | 407.0 | 524.1 | 471.7 | 0.0 |
| Closing Balance | 47.1 | 366.5 | 641.2 | 1,048.3 | 1,572.4 | 2,044.1 | 2,044.1 |
| **Liquid Assets** | | | | | | | |
| Opening Balance | 0.0 | 332.3 | 418.9 | 661.8 | 1,191.2 | 1,786.8 | 2,322.8 |
| +/- Delta | 0.0 | 86.6 | 242.9 | 529.4 | 595.6 | 536.0 | 0.0 |
| Closing Balance | 332.3 | 418.9 | 661.8 | 1,191.2 | 1,786.8 | 2,322.8 | 2,322.8 |
| **Employee Advances** | | | | | | | |
| Opening Balance | 0.0 | 25.0 | 25.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| +/- Delta | 0.0 | 0.0 | -25.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Closing Balance | 25.0 | 25.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Prepaid Expenses** | | | | | | | |
| Opening Balance | 0.0 | 8.0 | 1.0 | 2.6 | 4.8 | 7.1 | 9.3 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004989

DCF          ation

| TomorrowNow, Inc.<br>DCF Valuation | Actuals<br>2002<br>kUSD | Actuals<br>2003<br>kUSD | Actuals<br>2004<br>kUSD | Forecast<br>2005<br>kEUR | Forecast<br>2006<br>kEUR | Forecast<br>2007<br>kEUR | Forecast<br>2008+<br>kEUR |
|---|---|---|---|---|---|---|---|
| +/- Delta | 0.0 | -7.0 | 1.7 | 2.1 | 2.4 | 2.1 | 0.0 |
| Closing Balance | 8.0 | 1.0 | 2.6 | 4.8 | 7.1 | 9.3 | 9.3 |
| Non Fixed Assets | 412.3 | 811.4 | 1,305.7 | 2,244.2 | 3,366.3 | 4,376.2 | 4,376.2 |
| Total Assets w/o Clearing Account | 438.5 | 856.6 | 1,382.6 | 2,493.2 | 3,797.6 | 4,965.3 | 4,965.3 |
| Opening Balance | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| +/- Delta | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,092.4 |
| Clearing Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,092.4 |
| Total Assets | 438.5 | 856.6 | 1,382.6 | 2,493.2 | 3,797.6 | 4,965.3 | 6,057.6 |
| **SHAREHOLDERS' EQUITY AND LIABILITIES** | | | | | | | |
| Shareholders' Equity | | | | | | | |
| Opening Balance | 0.0 | -167.0 | -341.4 | -288.8 | -1,960.2 | -1,724.4 | -1,353.1 |
| +/- Changes in Equity | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| + Net Income | -160.7 | -174.4 | 52.6 | -1,671.4 | 235.7 | 371.3 | 535.2 |
| - Dividend | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Closing Balance Shareholders' Equity | -167.0 | -341.4 | -288.8 | -1,960.2 | -1,724.4 | -1,353.1 | -818.0 |
| Other Reserves and accrued Liabilities | | | | | | | |
| Opening Balance | 0.0 | 0.0 | 12.3 | 18.5 | 23.8 | 35.7 | 46.5 |
| +/- Delta | 0.0 | 12.3 | 6.2 | 5.3 | 11.9 | 10.7 | 0.0 |
| Closing Balance | 0.0 | 12.3 | 18.5 | 23.8 | 35.7 | 46.5 | 46.5 |
| Other Liabilities | | | | | | | |
| Opening Balance | 0.0 | 11.1 | 16.8 | 46.6 | 71.5 | 107.2 | 139.4 |
| +/- Delta | 0.0 | 5.7 | 29.8 | 24.9 | 35.7 | 32.2 | 0.0 |
| Closing Balance | 11.1 | 16.8 | 46.6 | 71.5 | 107.2 | 139.4 | 139.4 |
| Deferred Income | | | | | | | |
| Opening Balance | 0.0 | 169.4 | 948.9 | 1,588.3 | 2,858.9 | 4,288.3 | 5,574.8 |
| +/- Delta | 0.0 | 779.5 | 639.4 | 1,270.6 | 1,429.4 | 1,286.5 | 1,115.0 |
| Closing Balance | 169.4 | 948.9 | 1,588.3 | 2,858.9 | 4,288.3 | 5,574.8 | 6,689.8 |
| Total Equity and Liabilities w/o Clearing Acc. | 13.5 | 636.6 | 1,364.6 | 994.0 | 2,706.8 | 4,407.5 | 6,057.6 |
| Bonds, Bank Loans and Overdrafts | | | | | | | |
| Opening Balance | 0.0 | 425.0 | 220.0 | 18.0 | 1,499.2 | 1,090.8 | 557.8 |
| +/- Delta | 0.0 | -205.0 | -202.0 | 1,481.1 | -408.4 | -533.0 | -557.8 |
| Closing Balance | 425.0 | 220.0 | 18.0 | 1,499.2 | 1,090.8 | 557.8 | 0.0 |
| Total Shareholders' Equity and Liabilities | 438.5 | 856.6 | 1,382.6 | 2,493.2 | 3,797.6 | 4,965.3 | 6,057.6 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004989

DCF ation

| TomorrowNow, Inc.<br>DCF-Valuation | Actuals<br>2002<br>kUSD | Actuals<br>2003<br>kUSD | Actuals<br>2004<br>kUSD | Forecast<br>2005<br>kEUR | Forecast<br>2006<br>kEUR | Forecast<br>2007<br>kEUR | Forecast<br>2008+<br>kEUR |
|---|---|---|---|---|---|---|---|
| check | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Flow Statement** | | | | | | | |
| Net Income | -160.7 | -174.4 | 52.6 | -1,671.4 | 235.7 | 371.3 | 535.2 |
| + Depreciation and Amortization | 4.4 | 13.5 | 65.2 | 165.0 | 321.8 | 496.1 | 780.5 |
| +/- Change in Working Capital | 0.0 | -313.8 | -245.0 | -382.1 | -488.4 | -439.6 | 0.0 |
| +/- Changes Reserves and Liabilities | 0.0 | 12.3 | 6.2 | 5.3 | 11.9 | 10.7 | 0.0 |
| +/- Changes in Prepaid Expenses | 0.0 | 7.0 | -1.7 | -2.1 | -2.4 | -2.1 | 0.0 |
| +/- Changes Deferred Income | 0.0 | 779.5 | 639.4 | 1,270.6 | 1,429.4 | 1,286.5 | 1,115.0 |
| +/- Changes Other Assets | 0.0 | -0.4 | -1.9 | -3.5 | -3.9 | -3.5 | 0.0 |
| +/- Changes Employee Advances | 0.0 | 0.0 | 25.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Cash Flow from Operations | -156.3 | 324.1 | 516.8 | -614.7 | 1,508.1 | 1,722.9 | 2,430.6 |
| - Investments | -23.4 | -32.1 | -95.1 | -333.5 | -500.3 | -650.4 | -780.5 |
| Net Cash Flow from Investing Activities | -23.4 | -32.1 | -95.1 | -333.5 | -500.3 | -650.4 | -780.5 |
| - Dividends | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| +/- Changes in Equity | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| +/- Changes in Longterm Liabilities | 0.0 | -205.0 | -202.0 | 1,481.1 | -408.4 | -533.0 | -557.8 |
| Net Cash Flow from Financing Activities | 0.0 | -205.0 | -202.0 | 1,481.1 | -408.4 | -533.0 | -557.8 |
| Change in Cash Balance | -179.6 | 87.0 | 219.7 | 532.9 | 599.5 | 539.5 | 1,092.4 |
| Cash Balance BoY | 0.0 | 332.3 | 418.9 | 661.8 | 1,191.2 | 1,786.8 | 2,322.8 |
| Cash Balance EoY | 332.3 | 418.9 | 661.8 | 1,191.2 | 1,786.8 | 2,322.8 | 3,415.2 |
| check | -511.9 | 0.4 | -23.2 | 3.5 | 3.9 | 3.5 | 0.0 |
| **Interest Calculation** | | | | | | | |
| Interest-bearing Debt (opening balance) | 0.0 | 425.0 | 220.0 | 18.0 | 1,499.2 | 1,090.8 | 557.8 |
| Interest-bearing Debt (closing balance) | 425.0 | 220.0 | 18.0 | 1,499.2 | 1,090.8 | 557.8 | 0.0 |
| Average Debt | 212.5 | 322.5 | 119.0 | 758.6 | 1,295.0 | 824.3 | 278.9 |
| Interest Expense | -2.1 | -18.0 | -23.4 | -42.3 | -72.2 | -46.0 | -15.6 |
| Implied Interest Rate | 1.0% | 5.6% | 19.6% | 5.6% | 5.6% | 5.6% | 5.6% |
| Liquid Funds (opening balance) | 0.0 | 332.3 | 418.9 | 661.8 | 1,191.2 | 1,786.8 | 2,322.8 |
| Liquid Funds (closing balance) | 332.3 | 418.9 | 661.8 | 1,191.2 | 1,786.8 | 2,322.8 | 3,415.2 |
| Average Funds | 166.1 | 375.6 | 540.3 | 926.5 | 1,489.0 | 2,054.8 | 2,869.0 |
| Interest Income | 0.5 | 0.0 | 15.7 | 9.3 | 14.9 | 20.5 | 28.7 |
| Implied Interest Rate | 0.3% | 0.0% | 2.9% | 1.0% | 1.0% | 1.0% | 1.0% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004989

Plannin, edibility

| TomorrowNow, Inc. | Actuals 2002 in % | Actuals 2003 in % | Actuals 2004 in % | FC 2005 in % | FC 2006 in % | FC 2007 in % | FC 2008+ in % |
|---|---|---|---|---|---|---|---|
| **Growth Rates** | | | | | | | |
| Consulting Revenue | | 2.28 | 0.75 | 0.80 | 0.50 | 0.30 | 0.20 |
| Total Revenue | | 2.28 | 0.75 | 0.80 | 0.50 | 0.30 | 0.20 |
| Direct Wages and related Costs | | 2.37 | 0.36 | -1.00 | | | |
| Indirect Costs | | 0.82 | -1.00 | #DIV/0! | | | |
| Total Cost of Services | | 2.09 | 0.22 | 1.71 | 0.06 | 0.30 | 0.20 |
| Gross Profit | | 2.75 | 1.85 | -0.01 | 1.59 | 0.30 | 0.20 |
| Sales and Marketing | | 1.31 | 0.69 | 2.70 | -0.26 | 0.22 | 0.12 |
| Depreciation and Amortization | | 2.08 | 3.83 | 1.53 | 0.95 | 0.54 | 0.57 |
| Other operating Expenses | | 0.93 | 1.92 | 1.27 | -0.37 | 0.30 | 0.05 |
| Operating Expenses | | 1.23 | 1.01 | 2.20 | -0.24 | 0.27 | 0.16 |
| Operating Income | | -0.02 | -1.61 | -30.20 | -1.14 | 0.58 | 0.44 |
| Interest Income | | -1.00 | #DIV/0! | -1.00 | | | |
| Interest Expense | | 7.48 | 0.30 | -1.00 | | | |
| Income before Income Tax | | 0.09 | -1.50 | -32.76 | -1.14 | 0.58 | 0.44 |
| Income Taxes | | | | | | | |
| Net Income | | 0.09 | -1.30 | -32.76 | -1.14 | 0.58 | 0.44 |
| **Margins** | | | | | | | |
| Consulting Revenue | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Total Revenue | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Direct Wages and related Costs | -0.59 | -0.61 | -0.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| Indirect Costs | -0.13 | -0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Services | -0.72 | -0.68 | -0.47 | -0.71 | -0.50 | -0.50 | -0.50 |
| Gross Profit | 0.28 | 0.32 | 0.53 | 0.29 | 0.50 | 0.50 | 0.50 |
| Sales and Marketing | -0.47 | -0.33 | -0.32 | -0.65 | -0.32 | -0.30 | -0.28 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004989

Plannir, edibility

| TomorrowNow, Inc. | Actuals 2002 in % | Actuals 2003 in % | Actuals 2004 in % | FC 2005 in % | FC 2006 in % | FC 2007 in % | FC 2008+ in % |
|---|---|---|---|---|---|---|---|
| Depreciation and Amortization | -0.01 | -0.01 | -0.02 | -0.03 | -0.05 | -0.05 | -0.07 |
| Other operating Expenses | -0.15 | -0.09 | -0.15 | -0.19 | -0.08 | -0.08 | -0.07 |
| Operating Expenses | -0.63 | -0.43 | -0.49 | -0.87 | -0.45 | -0.43 | -0.42 |
| Operating Income | -0.34 | -0.10 | 0.04 | -0.58 | 0.05 | 0.07 | 0.08 |
| Interest Income | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Expense | 0.00 | -0.01 | -0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income before Income Tax | -0.35 | -0.12 | 0.03 | -0.58 | 0.05 | 0.07 | 0.08 |
| Income Taxes | 0.00 | 0.00 | -0.01 | 0.23 | -0.02 | -0.03 | -0.03 |
| Net Income | -0.35 | -0.12 | 0.02 | -0.35 | 0.03 | 0.04 | 0.05 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00004989