| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
| | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
| | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
| | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | Oracle USA, Inc., Oracle International Corporation, |
| 15 | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE JOINT DISCOVERY CONFERENCE STATEMENT UNDER SEAL; DECLARATION OF BREE HANN IN SUPPORT OF ADMINSTRATIVE MOTION** |
| | v. | |
| 21 | SAP AG, *et al.*, | |
| 22 | Defendants. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | Case No. 07-CV-01658 PJH (EDL) |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE JOINT DISCOVERY CONFERENCE
STATEMENT UNDER SEAL; DECLARATION OF BREE HANN IN SUPPORT THEREOF

## I. INTRODUCTION

Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. (collectively, "Oracle"), together with Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"), respectfully request an Order sealing portions of Exhibit H to the Parties' November 10, 2009 Joint Discovery Conference Statement ("Statement").  An unredacted version of this exhibit was lodged with the Court on November 12, 2009.  This request is made pursuant to Civil Local Rules 7-11 and 79-5 and the Protective Order signed by Judge Martin Jenkins on June 6, 2007. This request is supported by the Parties' Stipulation to Permit Plaintiffs to File Portions of the Joint Discovery Conference Statement Under Seal, filed concurrently with this Motion.

## II. ARGUMENT

Defendants have instructed Oracle to file this request to seal portions of Exhibit H to the Parties' November 10, 2009 Joint Discovery Conference Statement.  Good cause exists for filing the referenced portions of the document under seal, because it contains deposition testimony that was designated by Defendants as "Highly Confidential Information – Attorneys' Eyes Only" pursuant to the Parties' Protective Order.

Oracle's request is narrowly tailored, as required by Local Rule 79-5(a), and seeks to protect only the portion of this document that contains Defendants' allegedly confidential information, until such time as Defendants may submit a declaration in accordance with Civil Local Rule 75-9(d) and the Court makes a final ruling as to the confidentiality of the relevant subject matter.  Therefore, good cause supports this request, and the document referenced herein should appropriately be filed under seal.

## III. CONCLUSION

For the foregoing reasons, Oracle respectfully requests that the Court order the filing of portions of Exhibit H to the Parties' November 10, 2009 Joint Discovery Conference Statement under seal.  A Proposed Order is submitted with this Motion.

1 | DATED: November 12, 2009

BINGHAM McCUTCHEN LLP

By: /s/ Bree Hann
Bree Hann
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle International Corporation, Oracle EMEA
Limited, and Siebel Systems, Inc.

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE JOINT DISCOVERY CONFERENCE STATEMENT UNDER SEAL; DECLARATION OF BREE HANN IN SUPPORT

**DECLARATION OF BREE HANN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

I, Bree Hann, declare:

1. I am member of the State Bar of California and counsel at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively, "Oracle") in this action. I have personal knowledge of the matters stated in this declaration by virtue of my representation of Oracle in this action. If called and sworn as a witness, I could and would competently testify to such matters.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case (Docket No. 32), I make this Declaration in support of Oracle's Administrative Motion to File Portions of the Joint Discovery Conference Statement Under Seal (the "Motion to Seal").

3. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Parties' November 10, 2009 Joint Discovery Conference Statement ("Statement"), until such time as the Court rules on the confidentiality of the relevant subject matter. Specifically, Exhibit H to the Statement contains deposition testimony designated by Defendants as "Highly Confidential Information – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action on June 6, 2007.

4. Pursuant to Civil Local Rule 7-11, a stipulation is included with this Administrative Motion.

5. The following document contains information designated Highly Confidential by Defendants:

    a. Exhibit H to the Statement: A November 3, 2009 letter from Chad Russell to Jason McDonell, containing excerpts of a transcript of the deposition of Scott Trainor, taken on October 13, 2009. The redacted portions of the letter appear at pages 3 and 4.

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on November 12, 2009.

By: /s/ Bree Hann
Bree Hann

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE JOINT DISCOVERY CONFERENCE STATEMENT UNDER SEAL; DECLARATION OF BREE HANN IN SUPPORT