BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, Oracle EMEA Limited, and
Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>SAP AG, *et al.*,<br><br>               Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE PORTIONS OF THE JOINT DISCOVERY CONFERENCE STATEMENT UNDER SEAL** |

Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE PORTIONS OF THE JOINT DISCOVERY
CONFERENCE STATEMENT UNDER SEAL

1    Pursuant to Local Rules 7-11(a) and 79-5(b)-(c), Plaintiffs Oracle USA, Inc., Oracle
2    International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively,
3    "Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively,
4    "Defendants," and with Oracle, the "Parties"), jointly submit this stipulation to permit Oracle to
5    file portions of Exhibit H to the Parties' November 10, 2009 Joint Discovery Conference
6    Statement ("Statement") under seal.
7    The requested relief is necessary and narrowly tailored to protect the alleged
8    confidentiality of the materials put at issue by the Parties' Statement, until such time as the Court
9    rules on the confidentiality of the relevant subject matter.
10   Specifically, Exhibit H to the Statement contains information designated by Defendants
11   as "Highly Confidential Information – Attorneys' Eyes Only" pursuant to the Protective Order
12   entered in this action on June 6, 2007.
13   Accordingly, the Parties, through their respective counsel of record, stipulate that Oracle
14   be permitted to file portions of Exhibit H to the Statement under seal.  The Parties further agree
15   that this Stipulation is not intended to relieve Defendants' burden, under Local Rule 79-5(d), of
16   supporting the confidentiality of the documents at issue.
17   IT IS SO STIPULATED.
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

| | | |
|---|---|---|
| 1 | DATED:  November 12, 2009 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By:_____/s/   Bree Hann_____ |
| 4 | | Bree Hann<br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International |
| 5 | | Corporation, Oracle EMEA Limited, and<br>Siebel Systems, Inc. |
| 6 | | |

7   In accordance with General Order No. 45, Rule X, the above signatory attests that

8   concurrence in the filing of this document has been obtained from the signatory below.

9

| | | |
|---|---|---|
| 10 | DATED:  November 12, 2009 | JONES DAY |
| 11 | | |
| 12 | | By:_____/s/ Jason McDonell_____ |
| 13 | | Jason McDonell<br>Attorneys for Defendants<br>SAP AG, SAP America, Inc., and |
| 14 | | TomorrowNow, Inc. |

STIPULATION TO PERMIT PLAINTIFFS TO FILE PORTIONS OF THE JOINT DISCOVERY
CONFERENCE STATEMENT UNDER SEAL