| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>SAP AG, *et al.*,<br><br>   Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE STIPULATED PROTECTIVE ORDER** |

Plaintiffs Oracle USA, Inc. Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with Oracle, the "Parties") jointly submit this Stipulation and Proposed Order to Amend the Stipulated Protective Order.

WHEREAS, on June 6, 2007, the Court issued a Stipulated Protective Order in this matter (D.I. 32);

WHEREAS, the Parties have agreed, with the permission of the Court, Exhibit B to the Stipulated Protective Order ("Exhibit B"), titled "Insurance Carrier Addendum," shall be made part of the Stipulated Protective Order;

WHEREAS, the Parties have agreed, with the permission of the Court, Exhibit C to the Stipulated Protective Order ("Exhibit C"), titled "Insurer Declaration of Compliance," shall be made part of the Stipulated Protective Order;

WHEREAS, the Parties have agreed, with the permission of the Court, Exhibit B and Exhibit C, attached to this Joint Stipulation and Proposed Order as Attachment 1, shall immediately follow Exhibit A in the Stipulated Protective Order.

**IT IS SO STIPULATED.**

DATED: November 18, 2009        JONES DAY


By: /s/ Scott Cowan
    Scott Cowan

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

1  DATED: November 18, 2009  BINGHAM McCUTCHEN LLP

2

3  By: /s/ Bree Hann
   Bree Hann
4

5  Attorneys for Plaintiffs
   ORACLE USA, INC., ORACLE
   INTERNATIONAL CORPORATION,
6  ORACLE EMEA LIMITED, and SIEBEL
   SYSTEMS, INC.
7

8

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11

12

13

14  Date: _____  _____

15  Judge Elizabeth D. Laporte

16  United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28