IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,     No. C-07-01658 PJH (EDL)

    Plaintiffs,     **ORDER FOLLOWING DISCOVERY CONFERENCE**

  v.

SAP AG, et al.,

    Defendants.
_____/

    On November 17, 2009, this Court held a discovery conference in this matter. As stated at the hearing, the Court makes the following order:

1. Defendants recently propounded over 700 Requests for Admissions. The number of Requests is burdensome given the time remaining before the December 4, 2009 discovery cutoff date, especially given the amount of discovery already scheduled. Therefore, Defendants may re-serve a total of 500 Requests of their choice.

2. Defendants recently served twenty-one individual deposition notices and four Rule 30(b)(6) deposition notices. The number of depositions is burdensome given the limited time remaining for discovery. Therefore, Defendants shall have twenty-five hours total for individual and Rule 30(b)(6) depositions to be divided among individual and Rule 30(b)(6) deponents as Defendants choose. On a rolling basis, and by no later than November 19, 2009, Defendants shall provide to Plaintiffs the names of the deponents and the number of hours for which each witness will be deposed. In preparation for these depositions, Plaintiffs shall provide more detailed information as to the relevant substance of the witnesses'

1  knowledge (e.g., that Plaintiffs' experts are relying on), and Defendants shall provide
2  information to Plaintiffs regarding the limited scope of the intended questions.
3  3.  Plaintiffs shall provide forthwith an index of documents in the possession of Folger & Levin
4  that are responsive to Defendants' request for discovery regarding the 2003 action in
5  Alameda County Superior Court.
6  4.  Defendants' request for documents from custodian Dorian Daley, one of Plaintiffs' litigation
7  counsel, is denied.
8  5.  Defendants argue that Plaintiffs have improperly designated the total amount of damages in
9  this case as highly confidential and ask that it be designated confidential instead.  The Court
10 notes that allowing access to the amount of damages, but not necessarily the supporting
11 calculations, by all decision-makers is appropriate at this stage of the litigation, especially
12 prior to the next settlement conference.
13 6.  The declarations provided by Defendants regarding the search for certain supervisory board
14 documents are not adequate.  Specifically, Mr. Plattner's declaration fails to state that he
15 searched his own documents or that he searched for meeting minutes.  Mr. Junge's
16 declaration fails to state whether he asked all other Supervisory Board members for
17 responsive documents.  Also, he fails to give the "the locations where any presentations to
18 the SAP AG Supervisory Board would be kept."  See Discovery Conference Statement Ex. L
19 at ¶ 3.  Further, the Court is troubled by Mr. Junge's hearsay statement regarding what Mr.
20 Plattner stated during a telephone call.  See id. ¶ 4.  Therefore, Defendants shall provide
21 more detailed declarations.  No later than November 24, 2009, Defendants shall inform
22 Plaintiffs as to when the declarations will be produced.  Defendants shall endeavor to
23 produce the declarations no later than November 30, 2009.
24 7.  No later than December 11, 2009, the parties may each file one motion to compel.  As the
25 parties proposed, the motions shall contain no more than three issues each and shall be
26 limited to thirty pages each.  The parties identified two of the three issues for each of their
27 motions at the discovery conference, and the parties shall identify the third issue to opposing
28 counsel no later than December 4, 2009.  Oppositions shall be limited to thirty pages, and

2

1 replies shall be limited to fifteen pages. The motions shall be heard on January 26, 2010 at
2 2:00 p.m.
3 **IT IS SO ORDERED.**
4 Dated: November 18, 2009

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge