

1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:     (415) 626-3939
    Facsimile:      (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:     (650) 739-3939
10  Facsimile:      (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX 77002
    Telephone:     (832) 239-3939
15  Facsimile:      (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21                    OAKLAND DIVISION

22  ORACLE USA, INC., et al.,          Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,            **DEFENDANTS' RESPONSE TO**
                                       **PLAINTIFFS' ADMINISTRATIVE**
24        v.                           **MOTION TO FILE PORTIONS OF**
                                       **THE JOINT DISCOVERY**
25  SAP AG, et al.,                    **CONFERENCE STATEMENT UNDER**
                                       **SEAL**
26              Defendants.
                                       Date:  N/A
27                                     Time:  N/A
                                       Courtroom:  E, 15th Floor
28                                     Judge:  Hon. Elizabeth D. Laporte

SFI-623542v2                           DEFS' RESPONSE TO PLAINTIFFS' ADMIN. MOTION
                                       Case No. 07-CV-1658 PJH (EDL)

Dockets.Justia.com

1    Plaintiffs filed an Administrative Motion to File Portions of the Joint Discovery

2  Conference Statement Under Seal and the Declaration of Bree Hann in Support of Administrative

3  Motion, with an accompanying proposed order.  D.I. 549.  Specifically, Plaintiffs moved to seal

4  Exhibit H to the Joint Discovery Conference Statement, which Defendants designated as "Highly

5  Confidential Information – Attorneys' Eyes Only" under the Stipulated Protective Order in this

6  action.

7    Upon consideration and review, Defendants withdraw their request to file Exhibit H under

8  seal.

9

10  Dated: November 18, 2009                   Respectfully submitted,

11                                             JONES DAY

12

13                                             By: /s/ Jason McDonell
                                                    Jason McDonell
14
                                               Counsel for Defendants
15                                             SAP AG, SAP AMERICA, INC., and
                                               TOMORROWNOW, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-623542v2

2