# In the United States District Court
# for the Northern District of California
# Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: November 17, 2009

Case No:  **C- 07-01658 PJH (EDL)**

Case Name:  **ORACLE CORPORATION v. SAP AG, et al**

|  |  |
|---|---|
| Attorneys:   Pltf: | Geoffrey M. Howard  Zach Alinder, Bree Haan, Jennifer Gloss |
| Deft: | Jason McDonell, Scott Cowan, Heather Fugitt |

Deputy Clerk:  Lili M. Harrell          FTR Digital Recorder: 2:09pm - 3:52pm
                                        (Time: 1 hour 26 min)

**PROCEEDINGS:**                         **RULING:**

1. Further Discovery Conference          Held

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

Notes:

cc: