**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

## CIVIL MINUTES

Date: November 24, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG, et al**

Attorneys: Pltf: Amy K. Donnelly, Bree Haan, Jennifer Gloss
Deft: Jason McDonell, Patrick Delahunty, Jacqueline Lee

Deputy Clerk: Lili M. Harrell          Court Reporter: Joan Columbini
                                       (Time: 30 min)

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Plaintiff's Motion to Compel Production of Damages Related Documents and Information | Granted in part |
| 2. | |

**ORDERED AFTER HEARING:**

**Order to be prepared by:** [] Plntf  [] Deft  [X]  Court

**Case continued to:**

Notes:

cc: