# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-1658 PJH (JCS)**

**CASE NAME: Oracle Corp., et al v. SAP AG**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE: 1/30/09     TIME: 1.5 hrs** | **COURT REPORTER: Not recorded** |
| **COUNSEL FOR PLAINTIFF:**<br>Donn Pickett<br>Geoff Howard<br>Holly House | **COUNSEL FOR DEFENDANT:**<br>Greg Lanier<br>Jason McDonnell |

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE    **X** FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:

☐ TELEPHONIC CONFERENCE RE:

☐ OTHER:

CASE CONTINUED TO: **01/15/10 at 10:30 AM**   FOR **A conference call with counsel to confirm date of the next settlement conference.**

NOTES:

Case did not settle.

cc:    Chambers