| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
| | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice)* |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
| | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
| | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ORACLE USA, INC., *et al.*, | | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | | **DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' MOTION TO COMPEL** |
| v. | | |
| SAP AG, *et al.*, | | |
| Defendants. | | |

DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

## I. INTRODUCTION

Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, Defendants) respectfully request that the Court order the Clerk of the Court to file the following documents under seal:

1. Portions of Defendants' Motion to Compel of December 11, 2009: Page 8, line 27 through Page 9, line 5, Page 9, line 11 through line 24, page 10, line 1 through line 8, page 11, line 15 through line 20, page 11, line 22 through line 24, page 12, line 1 through line 4; and

5. Exhibits A, C, F, G, H and K and Appendix 5 to the Declaration of Scott Cowan in Support of Defendants' Motion to Compel.

Unredacted versions of these documents were lodged with the Court on December 11, 2009. This request is made pursuant to Civil Local Rules 7-11 and 79-5 and the Protective Order signed by Judge Martin Jenkins on June 6, 2007. This request is supported by the Parties' Stipulation Regarding Defendants' Administrative Motion to Seal, filed concurrently with this Motion.

## II. ARGUMENT

Defendants request that the above listed documents, discussed in the attached Declaration of Scott Cowan ("Cowan Declaration") be filed under seal. *See* Cowan Declaration at ¶ 1. Good cause exists for filing them under seal because they contain content that was designated by Plaintiffs as either "Highly Confidential Information - Attorneys' Eyes Only," or "Confidential Information," pursuant to the Stipulated Protective Order. *See* Cowan Declaration at ¶ 2. Defendants' request is narrowly tailored, as required by Local Rule 79-5(a), and seeks to protect only those documents that contain information so designated.

This request is supported by the accompanying Declaration of Scott Cowan in Support of Defendants' Administrative Motion to File Under Seal and the parties' Stipulation.

### III.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order the filing of the documents listed in detail in the attached declaration under seal.  Pursuant to Local Rule 79-5, a Proposed Order is submitted with this Motion.

DATED:  December 11, 2009                              JONES DAY

                                                               By:  /s/ Scott W. Cowan
                                                                    Scott W. Cowan

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

SFI-625461v1