Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:     (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>SAP AG, *et al.*,<br><br>            Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF SCOTT COWAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS SUPPORTING DEFENDANTS' MOTION TO COMPEL** |

1    I, SCOTT COWAN, declare:

2    I am a partner with the law firm of Jones Day and counsel for Defendants in the above-
3    captioned matter. I make this declaration based on personal knowledge and, if called upon to do
4    so, could testify competently thereto.

5    1.   I make this declaration in support of Defendant's Administrative Motion to Permit
6    Defendants to File Under Seal the following documents:

7    (a) Portions of Defendants' Motion to Compel ("Motion to Compel"), filed December 11,
8    2009: Page 8, line 27 through Page 9, line 5, Page 9, line 11 through line 24, page 10,
9    line 1 through line 8, page 11, line 15 through line 20, page 11, line 22 through line
10   24, page 12, line 1 through line 4;

11   (b) Exhibits A, C, F, G, H and K and Appendix 5 to the Declaration of Scott Cowan in
12   Support of Defendants' Motion to Compel.

13   2.   Sealing of the documents identified above is requested because each of these
14   documents contains information designated by Plaintiffs as Confidential or Highly Confidential –
15   Attorneys Eyes' Only under the protective order entered into in this case. Defendants have
16   narrowly tailored this request by redacting only a limited number of lines or paragraphs of
17   documents and only the precise text that describes or discloses designated information.

18   I declare under penalty of perjury under the laws of the United States and the State of
19   California that the foregoing is true and correct.

20   Executed this 11th day of December, 2009 in Houston, Texas.

21   DATED: December 11, 2009            JONES DAY

23                                        By:  /s/ Scott Cowan
                                               Scott W. Cowan

24                                        Attorneys for Defendants
25                                        SAP AG, SAP AMERICA, INC., and
                                          TOMORROWNOW, INC.

SFI-625464v1

- 2 -    COWAN DECL. ISO DEFS'
ADMIN. MOTION TO FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)