Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, Oracle EMEA Limited, and
Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SAP AG, *et al.*,<br><br>                    Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION TO PERMIT DEFENDANTS TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL** |

Dockets.Justia.com

1     Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle

2  International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. ("Plaintiffs") and

3  Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together

4  with Oracle, the "Parties") jointly submit this Stipulation to permit Defendants to file under seal

5  documents supporting Defendants' Motion to Compel ("Motion to Compel"), filed December 11,

6  2009.

7     WHEREAS, the requested relief is necessary and narrowly tailored to protect the alleged

8  confidentiality of the materials put at issue by the Defendants' Motion to Compel until such time

9  as the Court makes a final ruling as to confidentiality of the relevant subject matter.  Specifically,

10  the following materials constitute documents that contain information designated by Plaintiffs as

11  "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only"

12  pursuant to the Protective Order entered on June 6, 2007 in this action:

13        1.  Portions of Defendants' Motion to Compel containing quotes or other material from

14            documents identified herein that have been designated by Plaintiffs as "Confidential

15            Information" or "Highly Confidential Information - Attorneys' Eyes Only";

16        2.  Exhibits A, C, F, G, H and K and Appendix 5 to the Declaration of Scott Cowan in

17            Support of Defendants' Motion to Compel ("Cowan Declaration").

18     NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their

19  respective counsel of record, that Defendant be permitted to file under seal their documents

20  supporting Defendants' Motion to Compel.  The Parties further agree that Defendants reserve

21  their rights to challenge the confidentiality of the information filed under seal pursuant to this

22  Stipulation.

23

24

25

26

27

28

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)

1    DATED:  December 11, 2009              JONES DAY

2

3                                          By:  /s/ Scott W. Cowan
                                                Scott W. Cowan
4
                                           Attorneys for Defendants
5                                          SAP AG, SAP AMERICA, INC., and
                                           TOMORROWNOW, INC.
6

7          In accordance with General Order No. 45, Rule X, the above signatory attests that

8    concurrence in the filing of this document has been obtained from the signatory below.

9    DATED:  December 11, 2009              BINGHAM McCUTCHEN LLP

10

11                                         By:  /s/ Zachary Alinder
                                                Zachary Alinder
12
                                           Attorneys for Plaintiffs
13                                         ORACLE USA, INC., ORACLE
                                           INTERNATIONAL CORPORATION,
14                                         ORACLE EMEA LIMITED, and SIEBEL
                                           SYSTEMS, INC.
15

16

17   SFI-625459v1

18

19

20

21

22

23

24

25

26

27

28

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)