Dockets.Justia.com

# EXHIBIT G

RE: Status update on Folger & Levin index and Henley documents
From:
Howard, Geoff
11/30/2009 07:19 AM


To:
'Elaine Wallace'


Cc:
"House, Holly", "Hann, Bree", "Alinder, Zachary J.", "Greg Lanier", "Jason McDonell", "Scott Cowan", "Jane L Froyd", "Joshua L Fuchs"
Show Details


History: This message has been replied to and forwarded.

Elaine,
Attached is the pleadings index maintained by the Folger firm related to the Alameda litigation between PeopleSoft and Oracle.  Please contact Bingham directly, and not Folger, should you wish to request review and production of any items on the index.  Oracle reserves all of its rights with respect to any such requests, including on the grounds already stated in the objections, in meet and confer correspondence, and in the parties' discovery conference statements.  Indeed, a cursory review of the index reveals that this exercise by Defendants is a waste of the parties time and will not lead to the discovery of admissible evidence.
Thanks,
Geoff

_____

**From:** Elaine Wallace [mailto:ewallace@JonesDay.com]
**Sent:** Monday, November 23, 2009 5:29 PM
**To:** Howard, Geoff
**Cc:** House, Holly; Hann, Bree; Alinder, Zachary J.; Greg Lanier; Jason McDonell; Scott Cowan; Jane L Froyd; Joshua L Fuchs
**Subject:** Status update on Folger & Levin index and Henley documents


Geoff,

Can you give us an update on the status of the Folger & Levin index and Oracle's production of Jeff Henley documents?  I understand from your email to Scott last week that there are no responsive documents to be produced for Harry You.


Regards,


Elaine Wallace
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 875-5831 (Direct Dial)
(415) 875-5700 (Fax)
ewallace@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

```
                              Pleadings.txt
Pleadings
=========

2003-06-13 Peoplesoft Complaint.pdf
2003-06-17 Notice to Adverse Party of removal of action.pdf
2003-06-18 JD Edwards Ex Parte Motion for Remand.pdf
2003-06-19 PeopleSoft's Ex Parte Motion to Remand.pdf
2003-06-23 Notice Entry of Order Remanding Action.pdf
2003-06-27 Case Management Conference Minutes.pdf
2003-06-27 Minutes of Complex Determination Hearing.pdf
2003-06-27 Order designating case as complex.pdf
2003-07-10 PeopleSoft Complex Case Management Statement.pdf
2003-07-14 Oracle Complex Case Management Statement.pdf
2003-07-25 Status Report of PeopleSoft.pdf
2003-07-28 Status Report of PeopleSoft.pdf
2003-08-01 Application for pro hac vice.pdf
2003-08-01 Notice of Order granting Mandell Pro Hac Vice.pdf
2003-08-01 Notice of Order granting Rosenfeld Pro Hac Vice.pdf
2003-08-01 order granting Applications of Mandell and Rosenfeld for Admission Pro
Hac Vice.pdf
2003-08-01 Order granting pro hac vice.pdf
2003-08-12 First Amended Complaint (Public Redacted Version).pdf
2003-08-12 Notice of Motion to File Documents Under Seal.pdf
2003-08-19 Proposed Protective Order.pdf
2003-08-19 Stipulation Regarding Confidential Information.pdf
2003-08-22 Defendant's opposition Motion.pdf
2003-08-23 Notice of Appearance.pdf
2003-08-25 Protective Order.pdf
2003-08-29 Oracle Complex Case Management Statement.pdf
2003-08-29 PeopleSoft Reply regarding Motion to File Documents Under Seal.pdf
2003-08-29 PeopleSoft Statement for Further CMC.pdf
2003-08-29 Reply regarding Motion to File Documents Under Seal.pdf
2003-09-02 Contra Costa Opposition.pdf
2003-09-04 1st Amended Complaint (Confidential Version).pdf
2003-09-04 1st Amended Complaint (OCR version).pdf
2003-09-04 Case Management Conference Minutes.pdf
2003-09-04 Civil Law and Motion Hearing.pdf
2003-09-04 Denial of Motion to Seal Record.pdf
2003-09-08 DEFENDANTS' RESPONSES AND OBJECTIONS TO THE ORACLE PLAINTIFFS' FIRST SET
OF INTERROGATORIES Rog Response.pdf
2003-09-11 Non-California Appendix.pdf
2003-09-11 Notice of Demurrer.pdf
2003-09-11 P&A in Support of Demurrer.pdf
2003-09-11 Proposed Order Sustaining Demurrer.pdf
2003-09-23 Barot letter to Hot Topic re Subpoena.pdf
2003-10-14 Berens Declaration.pdf
2003-10-14 caption page to P&A.pdf
2003-10-14 Certificate of Service.pdf
2003-10-14 Non-California Appendix.pdf
2003-10-14 Opposition to Demurrer.pdf
2003-10-27 Hersey Declaration.pdf
2003-10-27 Non-California Appendix.pdf
2003-10-27 POS.pdf
2003-10-27 Reply Memorandum.pdf
2003-11-04 Minutes.pdf
2003-11-04 Order(Motion to Seal Complaint Dropped).pdf
2003-11-04 Ruling on Demurrer Minutes.pdf
2003-11-05 Order on First Demurrer.pdf
2003-11-07 2nd requests for discovery.pdf
2003-11-10 3rd set of interrogatories.pdf
2003-11-10 4th Request for Production of Documents.pdf
2003-11-10 Notice of Deposition.pdf
2003-11-21 Stipulation and Order.pdf
2003-110-10 3rd Request for Production.pdf
2003-12-07 Amended POS by Hand & FedEx (serving Amended Memo of P&A on Intentional
```

Pleadings.txt
Interference.doc.pdf
2003-12-07 Confidential Amended PSFT's Memo of P&A In Opp. to Oracle's Motion for
Summary Adjudication on Claim for Interference.pdf
2003-12-07 Redacted Amended PSFT's Memo of P&A In Opp. to Oracle's Motion for
Summary Adjudication on Claim for Interference.pdf
2003-12-12 (Redacted) PeopleSoft Second Amended Complaint.pdf
2003-12-12 PeopleSoft Second Amended Complaint (Confidential Sealed Version).pdf
2003-12-12 PS Motion to Seal Second Amended Complaint.pdf
2003-12-17 Sexson Signature on Confidentiality Stipulation.pdf
2004--09-20-PEOPLESOFT'S OPP TO ORACLE'S JOINDER IN PEOPLESOFT'S MOTION TO FILE
DOCUMENTS UNDER SEAL - REDACTED PUBLIC VERSION.pdf
2004-01-07 Oracle CMC Statement.pdf
2004-01-07 PeopleSoft CMC Statement.pdf
2004-01-16 Oracle Motion to Seal 2nd amended complaint and Supporting Catz
declaration.pdf
2004-01-16 Oracle Motion to Seal 2nd amended complaint.pdf
2004-01-20 [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE POTIONS OF
PLAINTIFFS' SECOND AMENDED COMPLAINT.pdf
2004-01-20 [PROPOSED] ORDER SUSTAINING DEFENDANTS' DEMURRER TO PLAINTIFFS' SECOND
AMENDED COMPLAINT.PDF
2004-01-20 APPENDIX OF NON-CALIFORNIA AUTHORITIES CITED IN MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF DEFENDANTS' DEMURRER TO PLAINTIFFS' SECOND AMENDED
COMPLAINT.PDF
2004-01-20 APPENDIX OF NON-CALIFORNIA AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION
TO STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT.PDF
2004-01-20 DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFFS' SECOND AMENDED
COMPLAINT.PDF
2004-01-20 DEFENDANTS' NOTICE OF MOTION TO STRIKE AND MOTION TO STRIKE PORTIONS OF
PLAINTIFFS' SECOND AMENDED COMPLAINT.PDF
2004-01-20 MPA IN SUPPORT OF DEFENDANTS' DEMURRER TO PLAINTIFFS' SECOND AMENDED
COMPLAINT.PDF
2004-01-20 MPA IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFFS'
SECOND AMENDED COMPLAINT.pdf
2004-01-20 Oracle Demurrer to PeopleSoft's Second Amended Complaint.pdf
2004-01-20 Oracle Motion to Strike Portions of Second Amended Complaint.pdf
2004-01-20 PROOF OF SERVICE (1).pdf
2004-01-20 PROOF OF SERVICE (2).PDF
2004-01-20 REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' DEMURRER TO
PLAINTIFFS' SECOND AMENDED COMPLAINT.PDF
2004-01-20 REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE
PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT.pdf
2004-01-23 Oracle CAP Documents Privilege Log.pdf
2004-01-23 Oracle Redaction Log, Volume 3.pdf
2004-01-23 Oracle Withheld Documents Privilege Log. Volume 3.pdf
2004-01-26 Sabraw Case Management Order.pdf
2004-01-26 Tentative Ruling Granting Motion to Seal Second Amended Complaint.pdf
2004-01-27 Sabraw Order Granting Motion to Seal Paragraphs of Second Amended
Complaint.pdf
2004-01-29 Sabraw Order Granting Motion Joinder of Defendants to File Portions 2nd
Amended Complaint Under Seal.pdf
2004-02-09 P & A's in Opposition to Demurrer to Second Amended Complaint.pdf
2004-02-09 P & A's in Opposition to Motion to Strike.pdf
2004-02-10 Lurie Signture on Confidentiality Stipulation.pdf
2004-02-17 Declaration of David M. Balabanian in Support of Reply Memorandum of
Points and Authorities in Support of Defendants' Demurrer to Plaintiffs' Second
Amended Comp.pdf
2004-02-17 POS- Reply Memorandum and Appendix of Authorities in Support- Motion to
Strike Portions of Second Amended Complaint.pdf
2004-02-17 POS- Reply Memorandum, Declaration of David Balabanian, Appendix in
Support of Demurrer.pdf
2004-02-17 Reply Memorandum in Support of Defendants' Demurrer to Plaintiffs' Second
Amended Complaint.pdf
2004-02-17 Reply Memorandum in Support of Defendants' Motion to Strike Portions of
Plaintiffs' Second Amended Complaint.pdf
2004-02-19 Boudinot Signture on Confidentiality Stipulation.pdf

Pleadings.txt
2004-02-19 Declaration of Compliance from Capitol for confidential docs.pdf
2004-02-25 Order Denying Defendants' Motion to Strike Portions of Plaintiffs' Second
Amended Complaint.pdf
2004-02-25 Order Overruling Defendants' Demurrer to Plaintiffs' Second Amended
Complaint.pdf
2004-03-05 PeopleSoft Deposition Notice.pdf
2004-03-05 PeopleSoft Document Request.pdf
2004-03-05 Proof of Service.pdf
2004-03-30 [Proposed] Order Granting Cross-Complainant's Motion to File Portions of
Cross-Complaint Under Seal.pdf
2004-03-30 House Declarion in Support of Motion to File Under Seal.pdf
2004-03-30 Notice of Motion to File Under Seal.pdf
2004-03-30 Notion of Motion to File Under Seal.pdf
2004-03-30 Oracle Answer.pdf
2004-03-30 Oracle Cross-Complaint - Confidential Version.pdf
2004-03-30 Oracle Cross-Complaint - Highlighted Sections of Confidential Version
Showing Redacted Portions.pdf
2004-03-30 Oracle Cross-Complaint - Highlighted to show Confidential sections.pdf
2004-03-30 Oracle Cross-Complaint - Redacted Public Version.pdf
2004-03-30 P & A's in Support of Motion to file under seal.pdf
2004-03-30 Proof of Service.pdf
2004-03-30 Summons (Cross Complaint).pdf
2004-04-01 ORCL Subpoena on PSFT in DOJ Action.pdf
2004-04-05 Oracle California Objections to Document Requests.pdf
2004-04-07 Notices and Acknowledgment of Receipt.pdf
2004-04-09 [Proposed] Order Granting Motion To File Document Under Seal.pdf
2004-04-09 Defendants' And Cross-Complainant's Complex Case Management Statement.pdf
2004-04-09 Exhibits to Peoplesoft's Statement For Further Complex Case management
Conference.pdf
2004-04-09 Notice of Motion and Motion to File Document Under Seal; Memorandum of
Points and Authorities; Supporting Declaration of Michael F. Kelleher.pdf
2004-04-09 Oracle's Complex Case Management Conference Statement (CMC) -
Confidential Version.pdf
2004-04-09 PeopleSoft's Complex Case Management Conference Statement - Confidential
Version.pdf
2004-04-09 PeopleSoft's Redacted Complex Case Management Conference Statement.pdf
2004-04-09 Proof of Service.pdf
2004-04-27 [Proposed] Order Granting Peoplesoft's Joinder in Support of Oracle's
Motion to File Portions of Cross-Complaint Under Seal.pdf
2004-04-27 Declaration of Nanci Caldwell in Support of Peoplesoft's Joinder in
Oracle's Motion to File Portions of Cross-Complaint Under Seal.pdf
2004-04-27 Peoplesoft's Joinder in and Memorandum of Points and Authorities in
Support of Oracle's Motion to File Portions of Cross Complaint Under Seal.pdf
2004-04-27 Proof of Service of Joinder.pdf
2004-04-29 Answer to Cross Complaint.pdf
2004-05-04 Contra Costa's Opp. to Motion to Seal Cross-Complaint.pdf
2004-05-04 Declaration of Karl Olson re Motion to Seal Cross-Complaint.pdf
2004-05-04 Declaration of Pat Bosco re Motion to Seal Cross-Complaint.pdf
2004-05-04 Sabraw Case Management Order.pdf
2004-05-05 Sabraw Order Setting November 1 Trial Date.pdf
2004-05-10 PeopleSoft's Statement Consenting to the Public Filing of the
Cross-Complaint.pdf
2004-05-10 Proof of Service of Statement Consenting to Public Filing of
Cross-Complaint.pdf
2004-05-14 Defendants and Cross Complainants Complex Case Management Statement
including exhibits.pdf
2004-05-14 Oracle case management conference statement for 5-20 CMC.pdf
2004-05-17 Oracle Amended Case Management Statement with Exhibits.pdf
2004-05-17 Oracle Letter Enclosing Additional Exhibits to Letter Brief of 5-14.pdf
2004-05-18 Deposition Subpoena and Prod of Docs for CapAnalysis Group.pdf
2004-05-18 Deposition Subpoena and Prod of Docs for CSFB.pdf
2004-05-18 Deposition Subpoena to Colin Earl.pdf
2004-05-19 POS for Bingham for copies of 3 subpoenas.pdf
2004-05-19 POS for CapAnalysis Group Depo Subpoena.pdf
2004-05-19 POS for Colin Earl Depo Subpoena.pdf

Pleadings.txt
2004-05-19 POS for CSFB Depo Subpoena.pdf
2004-05-20 Kelleher Declaration re Motion to Compel Technical Depositions and
Documents.pdf
2004-05-20 PeopleSoft memorandum of points and authorities ISO motion to compel
technical depostions and documents.pdf
2004-05-20 PeopleSoft notice of motion to compel technical depostions and
documents.pdf
2004-05-20 Proof of Service.pdf
2004-05-21 Exhibit A to Notice of Depositions - Colin Earl Depo Subpoena and POS.pdf
2004-05-21 Exhibit B to Notice of Depositions - CapAnalysis Depo Subpoena and
POS.pdf
2004-05-21 Exhibit C to Notice of Depositions - CSFB Depo Subpoena and POS.pdf
2004-05-21 Notice of Depositions of Earl & Custodians of CapAnalysis & CSFB.pdf
2004-05-21 Sabraw Notice of Continued CMC.pdf
2004-05-24 Sabraw Case Management Order.pdf
2004-05-25 Oracle Case Management Conference (CMC) Statement.pdf
2004-05-25 Oracle's Complex Case Mgmt Stmt.pdf
2004-05-25 PeopleSoft Case Management Conference Statement.pdf
2004-05-25 Proof of Service- PeopleSoft CMC.pdf
2004-05-26 Evarts Memo re Use of DOJ Former Testimony as Evidence.pdf
2004-05-28 Greg Call Pro Hac Vice Order.pdf
2004-05-28 Michael Kelleher Pro Hac Vice Order.pdf
2004-05-28 PeopleSoft Deposition Notices for O'Neill and Cho.pdf
2004-06-00 Torch Signture on Confidentiality Stipulation.pdf
2004-06-01 ORCL First Request for Admissions.pdf
2004-06-01 ORCL First Request for Production of Documents.pdf
2004-06-01 ORCL First Set of Special Interrogatories.pdf
2004-06-01 ORCL POS for RFP, RFA, Rogs.pdf
2004-06-01 PSFT Document Requests to ORCL.pdf
2004-06-04 Declaration of Compliance by Bruce Deal (Analysis Group).pdf
2004-06-04 Declaration of Compliance by Robert E. Hall (Protective Order).pdf
2004-06-07 Oracle letter brief to Sabraw re discovery issues for June 11 hearing.pdf
2004-06-07 Oracle Objections to PeopleSoft Requests for Production of Documents.pdf
2004-06-07 PSFT Letter Brief to Judge Sabraw.pdf
2004-06-07 PSFT Objection to Oracle Frist Request for Production of Documents.pdf
2004-06-07 PSFT Objection to Oracle's Frist Set of Special Interrogatories.pdf
2004-06-07 PSFT Proof of Service.pdf
2004-06-08 Cho Revised Depo.pdf
2004-06-08 POS for Cho & Oneill Revised Depo Notice.pdf
2004-06-08 Revised deposition notice of Peggy O'neill.pdf
2004-06-08 Sabraw Case Management Order from 5-26 signed copy.pdf
2004-06-09 Oracle (Balabanian) Response letter brief to Judge Sabraw for June 11
hearing.pdf
2004-06-09 PeopleSoft Response Letter Brief to Judge Sabraw re Discovery Issues for
June 11 hearing.pdf
2004-06-11 Oracle's Objection to Cho Deposition.pdf
2004-06-12 Hall Signture on Confidentiality Stipulation.pdf
2004-06-14 Deal Signature on Confidentiality Stipulation.pdf
2004-06-14 Declaration of Compliance for Regan (Hemming Morse, Inc.).pdf
2004-06-14 Regan Signture on Confidentiality Stipulation.pdf
2004-06-16 Corcoran Signture on Confidentiality Stipulation.pdf
2004-06-16 Drobny Signture on Confidentiality Stipulation.pdf
2004-06-16 Leonard Signture on Confidentiality Stipulation.pdf
2004-06-16 Oracle's Notice of PeopleSoft PMK Depo re False Advertising.pdf
2004-06-16 Oracle's Notice of PeopleSoft PMK Depo re Trade Libel.pdf
2004-06-16 Oracle's Objection to O'Neill Deposition.pdf
2004-06-17 PeopleSoft Deposition Notices.pdf
2004-06-17 PSFT's Deposition Notices of Lange, Miranda, Summers, Allen, Davis,
Minton, POS.pdf
2004-06-21 House (Oracle) Letter to Mr. Obbard re CMC Order.pdf
2004-06-21 Oracle letter brief to Sabraw.pdf
2004-06-21 PeopleSoft Letter Brief to Sabraw re 6-25 CMC.pdf
2004-06-22 Oracle Letter Brief re Case Management Order.pdf
2004-06-22 PeopleSoft's Letter Brief re Case Management Order.pdf
2004-06-22 PeopleSoft's Resp to Oracle 1st Req for Admissions.pdf
                              Page 4

Pleadings.txt
2004-06-22 PeopleSoft's Resp to Oracle 1st RPD.pdf
2004-06-22 PeopleSoft's Resp to Oracle 1st Set of Special Rogs Vol. I (Nos 1-25).pdf
2004-06-22 PeopleSoft's Resp to Oracle 1st Set of Special Rogs Vol. II (Nos 26-50).pdf
2004-06-22 PeopleSoft's Resp to Oracle 1st Set of Special Rogs Vol. III (Nos 51-75).pdf
2004-06-22 PeopleSoft's Resp to Oracle 1st Set of Special Rogs Vol. IV (Exhibits).pdf
2004-06-22 PeopleSoft's Response Letter Brief re Oracle's 6-21 Letter Brief.pdf
2004-06-22 PeopleSoft's Supp Resp & Objections to Oracle Rogs.pdf
2004-06-22 POS.pdf
2004-06-22 Sabraw order regarding CMO dispute re DOJ documents.pdf
2004-06-22 Volume IV Interrogatory Response Exhibits.pdf
2004-06-23 Declaration of Compliance by Ron Beaton.pdf
2004-06-23 Howard (Oracle) response letter brief to Judge Sabraw re 6-25 hearing.pdf
2004-06-23 Kelleher letter to Judge Sabraw re June 25 CMC.pdf
2004-06-24 House letter to Sabraw with final version of 6-11 CMC order.pdf
2004-06-24 PSFT Description of C1 Database.pdf
2004-06-25 Case Management Order.pdf
2004-06-25 Howard letter to Kahn and Call re Stipulation and Protective Order.pdf
2004-06-25 Oracle's Objections to PeopleSoft's Notice of Deposition of Bruce Lang.pdf
2004-06-25 Oracle's Objections to PeopleSoft's Notice of Deposition of Joel Summers.pdf
2004-06-25 Oracle's Objections to PeopleSoft's Notice of Depostion of Steve Miranda.pdf
2004-06-25 POS for Oracle's Objections to Notices of Deposition.pdf
2004-06-28 Oracle's objections to PeopleSoft's Notice of Deposition of Kyle Davis.pdf
2004-06-28 Oracle's objections to PeopleSoft's Notice of Deposition of Todd Allen.pdf
2004-06-28 POS for Notices of Deposition.pdf
2004-06-30 Exhibit A to Oracle's First Set of 5 Queries to PeopleSoft's Customer Relations Management Database.pdf
2004-06-30 Oracle Corporation's First Set of Five Queries to PeopleSoft's CRM DB.pdf
2004-06-30 Oracle's First Set of 5 Queries to PeopleSoft's Customer Relations Management Database.pdf
2004-06-30PeopleSoftsFirstFiveQueriesonOraclesCRMDatabase.pdf
2004-07-01 Oracle Second Set of Requests for Admission (RFAs).pdf
2004-07-01 Oracle Second Set of Requests for Production of Documents (RFPs).pdf
2004-07-01 Oracle's Objections to PeopleSoft's First Set of 5 Queries to Oracle's Customer Relations Management Database.pdf
2004-07-01 POS re Oracles 2nd RFAs and RFPs.pdf
2004-07-01 PSFT's 1st Set of Special Rogs to Oracle.pdf
2004-07-01 PSFT's Demand for Production of Docs for Inspections and Copying to Oracle.pdf
2004-07-01 PSFT's Notice of Deposition of Catz, Ellison, Lange, Minton, Phillips, and Summers.pdf
2004-07-01 PSFT's POS to Demand for Production and 1st Set of Special Rogs to Oracle.pdf
2004-07-01 PSFT's Revised Notice of Deposition of Steve Miranda.pdf
2004-07-02 ORACLE OBJECTIONS TO PEOPLESOFT'S FIRST SET OF FIVE QUERIES TO ORACLES CUSTOMER RELATIONS MANAGEMENT DATABASE.pdf
2004-07-05 Oracle's Letter Brief.pdf
2004-07-05 Oracle's Objection to PSFT's Notice of Depo of Minton.pdf
2004-07-05 Oracle's POS to Objection of PSFT's Notice of Depo of Minton.pdf
2004-07-05 PeopleSoft Letter Brief.pdf
2004-07-07 Oracle Letter Brief (Response).pdf
2004-07-07 PeopleSoft Letter Brief (Response).pdf
2004-07-09 Derenia Signture on Confidentiality Stipulation.pdf
2004-07-09 Harrison Signture on Confidentiality Stipulation.pdf
2004-07-09 Nguyen Letter to Sabraw re Cancellation of July 12 Telephonic Hearing.pdf
2004-07-09 Subpoena to Brookshire Grocery for Production of Business Records(withdrawn).pdf
2004-07-09 Subpoena to Kersner for Production of Documents (withdrawn).pdf

Pleadings.txt
```
2004-07-09 Subpoena to Litton for Production of Documents (withdrawn).pdf
2004-07-09 Subpoena to NEC USA for Production of Documents (withdrawn).pdf
2004-07-09 Subpoena to Ocular Sciences for Production of Documents (withdrawn).pdf
2004-07-09 Subpoena to Praxair for Production of Business Records (withdrawn).pdf
2004-07-09 Subpoena to Yamaha for Production of Business Records (withdrawn).pdf
2004-07-10 Terrell Signture on Confidentiality Stipulation.pdf
2004-07-12 Oracle Subpoena to Avon Products for production of business records.pdf
2004-07-12 Oracle Subpoena to Brookshire Grocery for production of business
records.pdf
2004-07-12 Oracle Subpoena to Cobra Electronics for production of business
records.pdf
2004-07-12 Oracle Subpoena to County of LA for production of business records.pdf
2004-07-12 Oracle Subpoena to Datacard for production of business records.pdf
2004-07-12 Oracle Subpoena to Federal Signal for production of business records.pdf
2004-07-12 Oracle Subpoena to Hot Topic for production of business records.pdf
2004-07-12 Oracle Subpoena to Kerzner for Production of Business Documents.pdf
2004-07-12 Oracle Subpoena to Litton for production of business records.pdf
2004-07-12 Oracle Subpoena to Michaels Stores for production of business records.pdf
2004-07-12 Oracle Subpoena to NEC for production of business records.pdf
2004-07-12 Oracle Subpoena to Ocular Sciences for Production of Business Records.pdf
2004-07-12 Oracle Subpoena to Praxair for production of business records.pdf
2004-07-12 Oracle Subpoena to Unocal for production of business records.pdf
2004-07-12 Oracle Subpoena to Yamaha for production of business records.pdf
2004-07-13 Notice of Deposition of Steve Comes.pdf
2004-07-14 Corrected Notice of Depo of Steve Comes.pdf
2004-07-14 Deal Signture on Confidentiality Stipulation.pdf
2004-07-17 Spark Signture on Confidentiality Stipulation.pdf
2004-07-19 Declaration of Compliance by Judie Nicholas CSR (Protective Order).pdf
2004-07-19 Nicholas Signture on Confidentiality Stipulation.pdf
2004-07-19 Oracle Letter Brief.pdf
2004-07-19 PeopleSoft Letter Brief.pdf
2004-07-21 Oracle Corporation's Objections and Responses- 3rd Demand POD.pdf
2004-07-21 Oracle Letter Brief (Response).pdf
2004-07-21 Oracle's Objections and Responses to 1st Set of Special
Interrogatories.pdf
2004-07-21 Oracle's objections and Responses to 3rd demand for Production of
Documents.pdf
2004-07-21 ORCLs 2nd Set of 5 Queries to PSFT.pdf
2004-07-21 PeopleSoft Letter Brief (Response).pdf
2004-07-21 PeopleSoft Response to Oracle's Second RFA.pdf
2004-07-21 PeopleSoft's Response to Oracle's Second Request for Production of
Documents.pdf
2004-07-21 POS.pdf
2004-07-21 Proof of Service (Oracle O&R- 3rd Demand POD and First Special
Interrogatories).pdf
2004-07-21 PSFT Second Set of Five Queries for ORCL's CRM Database.pdf
2004-07-23 Deposition Subpoena for McKesson Corporation.pdf
2004-07-23 Deposition Subpoena for Medtronic.pdf
2004-07-23 Oracle's Letter Brief re Redactions and Customer Communications.pdf
2004-07-26 Oracle's Notice of Depos of Bergquist, Hare, Comes, Parker, Wilmington,
POS.pdf
2004-07-26 PeopleSoft Letter Brief re Redactions and Customer Communications.pdf
2004-07-27 Boschetti Signture on Confidentiality Stipulation.pdf
2004-07-27 Revised Notice of Deposition of Kara Wilson, POS.pdf
2004-07-28 Case Management Order.pdf
2004-07-28 File Stamped Letter Brief re Deposition Schedule.pdf
2004-07-28 House letter brief to Sabraw re Conway deposition and other depo
scheduling with proposed order.pdf
2004-07-28 ORCL Objections and Responses to PSFT's 2nd set of 5 queries to ORCL
CRM.pdf
2004-07-29 Oracle's Deposition Subpoena to Arbitron, Inc. for Production of Business
Records.pdf
2004-07-29 Oracle's Deposition Subpoena to County of St. Louis Obispo for Production
of Business Records.pdf
2004-07-29 Oracle's Deposition Subpoena to Follet Higher Educ. Group for Production
```

Pleadings.txt

of Business Records.pdf
2004-07-29 Oracle's Deposition Subpoena to Hewlett Packard for Production of
Business Records.pdf
2004-07-29 Oracle's Deposition Subpoena to Nextel for Production of Business
Records.pdf
2004-07-29 Oracle's Deposition Subpoena to Pepperdine University for Production of
Business Records.pdf
2004-07-29 Oracle's Deposition Subpoena to San Luis Obispo County for Production of
Business Records.pdf
2004-07-29 Oracle's Deposition Subpoena to Shaw Industries for Production of
Business Records.pdf
2004-07-29 Oracle's Deposition Subpoena to Target, co CT Corp System for Production
of Business Records.pdf
2004-07-29 Stipulated Order re Deposition Scheduling.pdf
2004-07-30 Castro Signature on Confidentiality Stipulation.pdf
2004-08-02 Balabanian (Oracle) letter brief to Sabraw for 8-5 CMC.pdf
2004-08-02 Kelleher letter brief re discovery and case management issues.pdf
2004-08-03 McGee letter with Oracle Subpoena to Bogen and Gibson Dunn.pdf
2004-08-03 Torch Signture on Confidentiality Stipulation.pdf
2004-08-04 City University Notice of Commission re POD.pdf
2004-08-04 Metro North Railroad Notice of Commission re POD.pdf
2004-08-04 NY State Dept of Ins Notice of Commission re POD.pdf
2004-08-04 Oracle Response Letter Brief to Sabraw for 8-5 CMC.pdf
2004-08-04 PeopleSoft Response to Oracle Letter Brief of 8-2 for 8-5 CMC.pdf
2004-08-04 Proof of Service (Notices of Commission).pdf
2004-08-05 Notice of Depositions.pdf
2004-08-05 Oracle's deposition subpoena to Follett Higher Education for POD.pdf
2004-08-05 Oracle's deposition subpoena to Guardian Life Insurance for POD.pdf
2004-08-06 Case Management Order.pdf
2004-08-06 Oracle Notice of Commision to Produce Documents from Joele Frank,
Wilkinson Brimmer Katcher.pdf
2004-08-06 Oracle Subpoena to Art Center College of Design for Production of
Documents.pdf
2004-08-06 Oracle Subpoena to City University of New York for Production of
Documents.pdf
2004-08-06 Oracle Subpoena to Metropolital Transportation Authority for Production
of Documents.pdf
2004-08-06 Oracle Subpoena to New York State Department of Insurance for Production
of Documents.pdf
2004-08-09 Commission re Production of Documents by Joele Frank, Wilkinson Brimmer
Katcher.pdf
2004-08-09 Notice of Commission Re Production of Documents by Joele Frank ,
Wilkinson Brimmer Katcher.pdf
2004-08-09 Oracle Subpoena to Captial Group for Production of Documents.pdf
2004-08-09 Oracle Subpoena to Gruner & Jahr for Production of Documents.pdf
2004-08-09 Oracle Subpoena to IBM for Production of Documents.pdf
2004-08-09 Oracle's Subpoena to Graphic Enterprises for Production of Documents.pdf
2004-08-09 PeopleSoft Supp. Response to Rog 16 - Exhibit A.pdf
2004-08-09 PeopleSoft Supp. Response to Rog 17 - Exhibit B.pdf
2004-08-09 PeopleSoft Supp. Response to Rog 17 - Exhibit C.pdf
2004-08-09 PeopleSoft Supp. Response to Rog 65- Exhibit D - Lost Deals After Tender
Offer Pages 274-352.pdf
2004-08-09 PeopleSoft Supp. Response to Rog 65- Exhibit D - Won Deals After Tender
Offer - Pages 1 to 273.pdf
2004-08-09 PeopleSoft's Supplemental Responses to Oracle's First Request for
Documents.pdf
2004-08-09 PeopleSoft's Supplemental Responses to Oracle's First Set of
Interrogatories.pdf
2004-08-09 Proof of Service by Electronic Mail (signed).pdf
2004-08-09 Proof of Service by Email.pdf
2004-08-10 Notice of Entry of Appearance (Barg & Polland).pdf
2004-08-10 Notice of Errata- Commission Re- Production of Documents by Joele Frank,
Wilkinson Brimmer Katcher.pdf
2004-08-10 Oracle Subpoena to Cushman & Wakefield for Production of Documents.pdf
2004-08-10 Walsh letter to Strine re PeopleSoft Motion to Compel Further

Pleadings.txt
Interrogatory and RFA Responses.pdf
2004-08-11 Order re Joele Frank Subpoena.pdf
2004-08-12 Litton Loan Servicing LP's Declaration of Custodian of Records.pdf
2004-08-12 Litton Loan Servicing LP's Objections and Responses to Deposition
Subpoena for Production of Business Records.pdf
2004-08-12 Litton Loan Servicing LP's Privilege Log in Response to Subpoena for
Production of Business Records.pdf
2004-08-12 Oracle's Subpoena to Gruner & Jahr for Production of Documents.pdf
2004-08-12 Oracle's Subpoena to KPMG for Production of Documents.pdf
2004-08-13 DECLARATION OF HOLLY A. HOUSE.PDF
2004-08-13 DECLARATION OF MARGARET A. MCLETCHIE.PDF
2004-08-13 Mayer Signture on Confidentiality Stipulation.pdf
2004-08-13 MEMORANDUM IN SUPPORT OF ORACLE'S NOTICE OF LODGING DOCUMENTS.PDF
2004-08-13 NOTICE OF LODGING DOCUMENTS.PDF
2004-08-13 Oracle Corporation's Redacted Motion in Limine re Individualized
Proof.pdf
2004-08-13 Oracle Motion in Limine re Individualized Proof and Proposed Order -
Confidential Sealed Version.pdf
2004-08-13 Order on Oracle 's Motion in Limine re Individualized Proof.pdf
2004-08-13 Proof of Service.pdf
2004-08-13 Redacted McFletchie Dec in Support of Oracles Motion in Lime re
PeopleSoft's Customer Proof of Liability and Damages.pdf
2004-08-16 Lange Signture on Confidentiality Stipulation.pdf
2004-08-17 Exhibit A - PeopleSoft Amended Supplemental Response to Interrogatory No.
16.pdf
2004-08-17 Exhibit B - PeopleSoft Amended Supplemental Response to Interrogatory No.
17 Lost Deals.pdf
2004-08-17 Exhibit C - PeopleSoft Amended Supplemental Response to Interrogatory
17.pdf
2004-08-17 Exhibit D - PeopleSoft Amended Supplemental Response to Interrogatory No.
65 Lost Deals After Tender Offer - Pages 366-666.pdf
2004-08-17 Exhibit D - PeopleSoft Amended Supplemental Response to Interrogatory No.
65 Won Deals After Tender Offer - Pages 1-365.pdf
2004-08-17 Laurie Davis Murray Signture on Confidentiality Stipulation.pdf
2004-08-18 Guy Signture on Confidentiality Stipulation.pdf
2004-08-18 Laura Guy Declaration of Compliance.pdf
2004-08-18 PeopleSoft Amended Supplemental Response to Interrogatory Nos. 16 17 28
and 65.pdf
2004-08-18 Thomas Murray Declaration of Compliance.pdf
2004-08-18 Thomas Murray Jr. Signture on Confidentiality Stipulation.pdf
2004-08-19 Notice of Deposition of Mark Goodburn.pdf
2004-08-19 Oracle Notice of Deposition of PeopleSoft Pursuant CCCP 2025 re
migration.pdf
2004-08-19 Oracle Subpoena to Porter Novelli, Inc. for production of documents.pdf
2004-08-20 Oracles Supplemental Objections and Responses to PSFTs First Set of
Interrogatories.pdf
2004-08-20 PeopleSoft's Opposition to Oracle's Motion in Limine Re Individualized
Proof (Confidential Version).pdf
2004-08-23 Notice of Deposition of Craig Conway.pdf
2004-08-23 Notice of Deposition of Tom Michael.pdf
2004-08-23 Oracle Letter Brief to Judge Sabraw for 8-27 CMC.pdf
2004-08-23 PeopleSoft Letter Brief.pdf
2004-08-23 POS for Notice of Deposition of Tom Michael.pdf
2004-08-24 McLetchie Declaration in Support of Motion in Lime re Individualized
Proof.pdf
2004-08-24 McLetchie Declaration in Support of Motion in Limine re Individualized
Proof.pdf
2004-08-24 Oracle Notice of Document Subpoena Deposition to Brinker
International.pdf
2004-08-24 Oracle Notice of document Subpoena Deposition to Heb Grocery Company.pdf
2004-08-24 Oracle Notice of document Subpoena Deposition to Houston Independent
School District.pdf
2004-08-24 Oracle Notice of Document Subpoena Deposition to Memorial Hospital.pdf
2004-08-24 Oracle Notice of Document Subpoena Deposition to University of Texas at
Arlington.pdf

Pleadings.txt
2004-08-24 Oracle's Redacted Reply in Support of Motion in Limine re Individualized Proof.pdf
2004-08-24 Oracle's Reply in Support of Motion In Limine re Individualized Proof.pdf
2004-08-24 POS.pdf
2004-08-24 Redaction McLetchie Declaration in Support of Reply in Support of Motion in Limine re Individualized Proof.pdf
2004-08-25 Oracle Notice of Deposition and Subpoena to Walton T. Conn KPMG for 9-14-Deposition.pdf
2004-08-25 Oracle Notice of Deposition for San Luis Obispo County for 9-28 Deposition.pdf
2004-08-25 Oracle Response Letter Brief to Judge Sabraw for 8-27 CMC.pdf
2004-08-25 Oracle Subpoena to County of Los Angeles for Production of Documents.pdf
2004-08-25 PeopleSoft Response Letter Brief to Judge Sabraw.pdf
2004-08-26 Declaration of Stephen Smith ISO Response Letter Brief of Oracle for 8-27 CMC.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to Brinker International.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to Cobra Electronics.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to Datacard Corporation.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to HEB Grocery Company, LP.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to Houston Independent School District.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to Memorial Hospital.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to Rogich Communications Group, Inc.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to Stryker Howmedica Osteonics.pdf
2004-08-26 Notice of Commission and Commission Re Deposition Subpoena to University of Texas at Arlington.pdf
2004-08-26 Notice of Commission re POD by City of Atlanta.pdf
2004-08-26 Notice of Commission re POD by Gwinnett County Public Schools.pdf
2004-08-26 Notice of Commission re POD by Gwinnett County.pdf
2004-08-26 Oracle Petition for Pepsi Cola General Bottlers Subpoena.pdf
2004-08-27 Oracle's Subpoena to Cobra Electronics for Production of Documents.pdf
2004-08-30 Oracle Corporation's Notice of Deposition of Alla Johnson.pdf
2004-08-30 Oracle's Subpoena to Rogich Communications Group for Production of Business Documents.pdf
2004-08-30 Revised Notice of Deposition of Los angeles County.pdf
2004-08-31 Notice of Deposition of Alan Mateo and POS.pdf
2004-08-31 ORACLE SUBPOENA TO AMERICAN MANAGEMENT SYSTEMS.PDF
2004-08-31 ORACLE SUBPOENA TO AVISTA CORPORATION.PDF
2004-08-31 ORACLE SUBPOENA TO CABOT CORPORATION.PDF
2004-08-31 ORACLE SUBPOENA TO CANAL INSURANCE COMPANY.PDF
2004-08-31 ORACLE SUBPOENA TO CHEROKEE NATIONS.PDF
2004-08-31 ORACLE SUBPOENA TO DENSO INTERNATIONAL AMERICA.PDF
2004-08-31 ORACLE SUBPOENA TO DWP.PDF
2004-08-31 ORACLE SUBPOENA TO ETON CORPORATION.PDF
2004-08-31 ORACLE SUBPOENA TO FRANKEL & COMPANY.PDF
2004-08-31 ORACLE SUBPOENA TO FRANKLIN TEMPLETON COMPANIES LLC.PDF
2004-08-31 ORACLE SUBPOENA TO GEOSERVICES.PDF
2004-08-31 ORACLE SUBPOENA TO HYPERION SOLUTIONS CORPORATION.PDF
2004-08-31 ORACLE SUBPOENA TO IMATION CORPORATION.PDF
2004-08-31 ORACLE SUBPOENA TO KCI MEDICAL LTD.PDF
2004-08-31 ORACLE SUBPOENA TO KEMET CORPORATION.PDF
2004-08-31 ORACLE SUBPOENA TO KINETIC CONCEPTS.PDF
2004-08-31 ORACLE SUBPOENA TO NAVISITE INC.PDF
2004-08-31 ORACLE SUBPOENA TO SAN JUAN UNIFIED SCHOOL DISTRICT.PDF
2004-08-31 ORACLE SUBPOENA TO VWR INTERNATIONAL.PDF
2004-08-31 ORACLE SUBPOENA TO ZYMARK CORPORATION.PDF
2004-08-31 Oracle's Deposition Subpoena to Cox Communication for POD.pdf
2004-08-31 Revised Notice of Deposition of Gere Sibbach.pdf

Pleadings.txt

2004-08-31 Sabraw Tentative Order on customer-by-customer proof and case management.pdf
2004-09-01 (FINAL) Order Granting in Part Defendant Oracle's Mtn to Determine if PS Must Prove Certain Claims On a Customer-by-Customer Basis.pdf
2004-09-01 Notice of Association of Counsel.pdf
2004-09-01 Oracle's Notice of Deposition of Alla Johnson (DataCard).pdf
2004-09-01 Oracle's Subpoena to Bank One for Production of Documents.pdf
2004-09-02 Oracle Subpoena to Stryker Howmedica.pdf
2004-09-02 PeopleSoft's Notice of Deposition of William Nee.pdf
2004-09-03 Oracle letter brief to Sabraw for 9-3 CMC.pdf
2004-09-03 PeopleSoft Letter Brief to Sabraw for 9-3 CMC.pdf
2004-09-03 Response by the County of Los Angeles to Oracl's Subpoena for Business Records.pdf
2004-09-06 Oracle Letter Brief for 9-10 CMC.pdf
2004-09-06 PeopleSoft Letter Brief.pdf
2004-09-07 Oracle Subpoena to Northern Illinios University for Production of Documents.pdf
2004-09-08 Oracle Response Letter Brief to Sabraw for 9-10 CMC.pdf
2004-09-08 PeopleSoft's Letter Brief re Response to Oracle's 2004-09-06 Letter Brief.pdf
2004-09-08 PeopleSoft, Inc's Designation of Expert Witnesses.pdf
2004-09-08 Sabraw SIGNED ORDER (1) RE PROOF OF CERTAIN CLAIMS ON A CUSTOMER-BY-CUSTOMER BASIS (2) SETTING PARAMETERS FOR DISCOVERY AND TRIAL AND (3) SETTING PARAMETERS FOR M.pdf
2004-09-08 Sabraw SIGNED ORDER (1) RE PROOF OF CERTAIN CLAIMS ON A CUSTOMER-BY-CUSTOMER BASIS (2) SETTING PARAMETERS FOR DISCOVERY AND TRIAL.pdf
2004-09-08 Sabraw unsigned ORDER (1) RE PROOF OF CERTAIN CLAIMS ON A CUSTOMER-BY-CUSTOMER BASIS (2) SETTING PARAMETERS FOR DISCOVERY AND TRIAL AND (3) SETTING PARAMETERS FOR.pdf
2004-09-09 Notice of Taking Deposition of Hilton Hotels Corporation and Request for Production of Documents and Things at Deposition.pdf
2004-09-09 Oracle Subpoena to Hilton Hotels for production of Documents.pdf
2004-09-09 Praecipe for Civil Motion, Notice of Hearing, In Re Petition for Issuance of Subpoenas for an out-of-State Matter and Ex Parte Order.pdf
2004-09-10 [Proposed] Order Granting Oracle's Motion.pdf
2004-09-10 McLetchie Declaration in Support of Oracle Joinder in Support of Motion to Seal Portions of its Opposition to Motion in Limine.pdf
2004-09-10 Oracle's Joinder in Support of PeopleSoft's Motion to Seal Portions of its Opposition to Motion in Limine and Supporting Documents.pdf
2004-09-10 Oracle's POS.pdf
2004-09-10 Oracle's Subpoena to Albert E. Price, Inc. for Production of Documents.pdf
2004-09-10 Oracle's Subpoena to Banco De Chile for Production of Documens.pdf
2004-09-10 Oracle's Subpoena to Carlson Companies.pdf
2004-09-10 Oracle's Subpoena to Hewitt Associates for Production of Docments.pdf
2004-09-10 Oracle's Subpoena to Ingalls Health System for Production of Documents.pdf
2004-09-10 PeopleSoft's Declaration of W. Philip Wilmington in Support of Joinder Motion to Seal Re Individualized Proof.pdf
2004-09-10 PeopleSoft's Memo of P&S in Support of Joinder Motion to Seal re Individualized Proof.pdf
2004-09-10 PeopleSoft's Notice of Depositions of Los Angeles Unified School District.pdf
2004-09-10 PeopleSoft's POS by Personal Delivery and By Mail.pdf
2004-09-10 Praecipe for Civil Motion; Notice of Hearing; In Re Petition for Issuance of Subpoenas for an Out-of-State Matter (Domino's Pizza).pdf
2004-09-10 Proof of Service- Oracle's Joinder.pdf
2004-09-10 Sabraw Order - Discovery issues (SIGNED).pdf
2004-09-10 Unsigned Sabraw ORDER - Discovery Issues.pdf
2004-09-13 PeopleSoft's Notice of Depo of Oracle.pdf
2004-09-14 Amended Notice of Deposition of Mark Goodburn.pdf
2004-09-14 Amended Notice of Deposition of Walton T. Conn.pdf
2004-09-14 Deposition Subpoena for Production of Business Records to Ernst and Young.pdf
2004-09-14 Ex Parte Order for Issuance of Subpoenas for an Out-of-State Matter, and

Pleadings.txt
Subpoena (Domino's Pizza, Inc.).pdf
2004-09-14 Ex Parte Order for Issuance of Subpoenas for an Out-of-State Matter, and
Subpoena (Domino's Pizza, L.L.C.).pdf
2004-09-14 Notice of Taking Deposition of Domino's Pizza, Inc. and Request for
Production of Documents and Things at Deposition.pdf
2004-09-14 Notice of Taking Deposition of Domino's Pizza, L.L.C. and Request for
Production of Documents and Things at Deposition.pdf
2004-09-14 Oracle Subpoena to Johns Hopkins Unversity for Production of
documents.pdf
2004-09-14 POS to Ernst & Young re Deposition Subpoena for Production of Business
Records.pdf
2004-09-14 POS to Geoffrey Howard re Deposition Subpoena for Production of Business
Records.pdf
2004-09-14 Proof of Service LUSD Subpoena on LAUSD.pdf
2004-09-16 (FINAL) Case Management Order Re Discovery, Law and Motion, and Trial.pdf
2004-09-16 Oracle Redacted Docs Vol 1.DOC
2004-09-16 Oracle Redacted Docs Vol 2.DOC
2004-09-16 Oracle Redacted Docs Vol 3.doc
2004-09-16 Oracle Redacted Docs Vol 4.DOC
2004-09-16 Oracle Redacted Docs Vol 5.DOC
2004-09-16 Oracles Log of Redacted Documents(combined v1 to v5).XLS
2004-09-16 PeopleSoft Notice of Oracle PMK Depo on Delay Issues.pdf
2004-09-16 PeopleSoft Notice of Oracle PMK Depo on DOJ Review Issues.pdf
2004-09-16 Sabraw emailed unsigned order resetting trial date.pdf
2004-09-17 Declaration of Compliance by Andrew Holcomb (Protective Order).pdf
2004-09-17 Notice of Deposition of Nanci Caldwell.pdf
2004-09-17 Oracle Subpoena to Harvey Leiderman and Steefel Levitt and Weiss.pdf
2004-09-20 Amy Boyd Protective Order Declaration of Compliance.pdf
2004-09-20 Arina Michelle Lopez Protective Order Declaration of Compliance.pdf
2004-09-20 Janice Cho Protective Order Declaration of Compliance.pdf
2004-09-20 Katherine Aquavia Thomas Protective Order Declaration of Compliance.pdf
2004-09-20 Kristina Pollak Protective Order Declaration of Compliance.pdf
2004-09-20 Oracle letter brief to Sabraw for 9-24 CMC.pdf
2004-09-20 PeopleSoft Letter Brief.pdf
2004-09-20 Roger Greenbaum Protective Order Declaration of Compliance.pdf
2004-09-21 Collection of Oracle Notices of Commission to 45 Customers.pdf
2004-09-21 Declaration of Harry Lee Crisp III.pdf
2004-09-21 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Albert E. Price.pdf
2004-09-21 Oracle Stipulation of Fact re Regulator Contact re CAP.pdf
2004-09-21 Oracle's Revised Joinder in Motion to Seal Oracle Documents.pdf
2004-09-21 Signed Stipulation of Fact by Jason Yurasek.pdf
2004-09-22 Howard letter and Deposition Subpoena to Art Center College.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Albert E. Price, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Brookdale Living Communities.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Brookshire Grocery Company.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Brown University.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Carlson Companies Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By City of Peoria, Arizona.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By City of Scottsdale.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By City University of New York.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Clark County Nevada.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Continental Casualty Company.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Cushman Wakefield, Inc.pdf

Pleadings.txt
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Evans Food Group.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Expressjet Holdings, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Federal Signal Corporation.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By First NLC Financial Services.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By GES Exposition Services, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Gruner Jahr USA Publishing.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By H.E. Butt Grocery Company, LP.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Hewitt Associates LLC.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Houghton Mifflin Company.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By HQ Global Workplaces, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Hughes Supply, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Intervoice Incorporated.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Lehman Brothers Incorporated.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Litton Loan Servicing, LP.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Metals USA, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Metro-North Commuter Railroad Company.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By MSC Industrial Direct, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By National Oil Well.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By NCH Corporation.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By NEC Unified Solutions, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Northern Illinois University.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Northern Trust Corporation.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Pepsi Cola General Bottlers.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Stage Stores, Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Starent Networks Corporation.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Suffolk Construction.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By The Johns Hopkins University.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By U.S. Department of The Interior.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Universal Compression.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By University of Texas at Arlington.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By West-Ward Pharmaceutical Corp.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Xcel Energy Inc.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production

Pleadings.txt
of Documents and Things By Zale Corporation.pdf
2004-09-22 Notice of Commission and Commission Re Deposition Subpoena and Production
of Documents and Things By Zymark.pdf
2004-09-22 Oracle Motion in Limine re Advice of Counsel and Customer CAP
Evidence.pdf
2004-09-22 Oracle response letter brief to Sabraw for 9-24 CMC.pdf
2004-09-22 PeopleSoft Response Letter Brief.pdf
2004-09-23 Attachment A & B to Third Party PMK Deposition Notices.pdf
2004-09-23 Barot Letter to Art Center College of Design re subpoena.pdf
2004-09-23 Barot Letter to Hot Topic re subpoena.pdf
2004-09-23 Barot letter to International Rectifier Corporation re subpoena.pdf
2004-09-23 Barot letter to Ocular Sciences re subpoena.pdf
2004-09-23 Barot letter to Pepperdine University re subpoena.pdf
2004-09-23 Notice of Commission re Deposition Subpoena and POD for Ingalls Health
System.pdf
2004-09-23 Notice of Commission re Deposition Subpoena and POD for Target.pdf
2004-09-23 Notice of Commission re Deposition Subpoena and POD to Banco de Chile.pdf
2004-09-23 Notice of Deposition of Albert E. Price.pdf
2004-09-23 Notice of Deposition of Art Center College of Design.pdf
2004-09-23 Notice of Deposition of Brookdale Living Communities, Inc..pdf
2004-09-23 Notice of Deposition of Brookshire Grocery Co..pdf
2004-09-23 Notice of Deposition of Brown University.pdf
2004-09-23 Notice of Deposition of Caliper Life Sciences.pdf
2004-09-23 Notice of Deposition of Carlson Companies.pdf
2004-09-23 Notice of Deposition of City of Peoria, Arizona.pdf
2004-09-23 Notice of Deposition of City of Scottsdale.pdf
2004-09-23 Notice of Deposition of City University of New York (CUNY).pdf
2004-09-23 Notice of Deposition of Clark County, Nevada.pdf
2004-09-23 Notice of Deposition of Continental Casualty.pdf
2004-09-23 Notice of Deposition of Cushman & Wakefield.pdf
2004-09-23 Notice of Deposition of Evans Food Group.pdf
2004-09-23 Notice of Deposition of Expressjet Holdings, Inc..pdf
2004-09-23 Notice of Deposition of Federal Signal.pdf
2004-09-23 Notice of Deposition of First NLC Financial Services.pdf
2004-09-23 Notice of Deposition of GES Exposition Services.pdf
2004-09-23 Notice of Deposition of Gruner & Jahr USA Publishing.pdf
2004-09-23 Notice of Deposition of H.E. Butt Grocery Co..pdf
2004-09-23 Notice of Deposition of Hewitt Associates.pdf
2004-09-23 Notice of Deposition of Hot Topic, Inc..pdf
2004-09-23 Notice of Deposition of Houghton Mifflin Company.pdf
2004-09-23 Notice of Deposition of HQ Global Workplaces, Inc..pdf
2004-09-23 Notice of Deposition of Hughes Supply, Inc..pdf
2004-09-23 Notice of Deposition of Ingalls Health System Corp..pdf
2004-09-23 Notice of Deposition of International Rectifier Corporation.pdf
2004-09-23 Notice of Deposition of Intervoice.pdf
2004-09-23 Notice of Deposition of Johns Hopkins Unversity.pdf
2004-09-23 Notice of Deposition of Litton Loan.pdf
2004-09-23 Notice of Deposition of Metals USA.pdf
2004-09-23 Notice of Deposition of Metro North RR.pdf
2004-09-23 Notice of Deposition of MSC Industrial Direct.pdf
2004-09-23 Notice of Deposition of National Oil Well.pdf
2004-09-23 Notice of Deposition of NCH Corporation.pdf
2004-09-23 Notice of Deposition of NEC Business Network Solutions.pdf
2004-09-23 Notice of Deposition of Northern Illinois University.pdf
2004-09-23 Notice of Deposition of Northern Trust.pdf
2004-09-23 Notice of Deposition of Ocular Sciences, Inc..pdf
2004-09-23 Notice of Deposition of Pepperdine University.pdf
2004-09-23 Notice of Deposition of Pepsi Mid-America Co..pdf
2004-09-23 Notice of Deposition of Stage Stores, Inc..pdf
2004-09-23 Notice of Deposition of Starent Networks Corp..pdf
2004-09-23 Notice of Deposition of Stryker Howmedica Osteonics.pdf
2004-09-23 Notice of Deposition of Suffolk Construction.pdf
2004-09-23 Notice of Deposition of Target Corporation.pdf
2004-09-23 Notice of Deposition of U. S. Department of the Interior.pdf
2004-09-23 Notice of Deposition of Universal Compression.pdf
                                    Page 13

Pleadings.txt
2004-09-23 Notice of Deposition of University of Texas at Arlington.pdf
2004-09-23 Notice of Deposition of West-Ward Pharmaceutical Corp..pdf
2004-09-23 Notice of Deposition of Xcel Energy.pdf
2004-09-23 Notice of Deposition of Zale Corporation.pdf
2004-09-23 Notice of Taking Deposition of MSC Industrial Direct, Inc.pdf
2004-09-24 HEB Grocery Company's Objections to Deposition Subpoena.pdf
2004-09-24 Notice of Commision re Deposition Subpoena and Production to Apartment
Investment.pdf
2004-09-24 Notice of Commision re Deposition Subpoena and Production to Arbitron,
Inc.pdf
2004-09-24 Notice of Commision re Deposition Subpoena and Production to Banco De
Chile.pdf
2004-09-24 Notice of Commision re Deposition Subpoena and Production to Gartner,
Inc.pdf
2004-09-24 Notice of Commision re Deposition Subpoena and Production to Hartford
Fire Insurance.pdf
2004-09-24 Notice of Commision re Deposition Subpoena and Production to Memorial
Hospital.pdf
2004-09-24 Notice of Commision re Deposition Subpoena and Production to Time Warner
Cable Inc.pdf
2004-09-24 Notice of Commission Re Deposition Subpoena and Productions from Hubbell
Incorporated.pdf
2004-09-24 NY Superior Court Order re Gruner, MSC Metro North, Cushman and CUNY.pdf
2004-09-24 Objections of HEB Grocery to Depo Subpoena and POD.pdf
2004-09-24 Oracle's Deposition Subpoena and Supplemental Order to MCS Industrial
Direct, Inc.pdf
2004-09-24 Proof of Service [9-23 Notices of 3rd party depositions].pdf
2004-09-24 Service of PMK Depo notice on Department of Interior.pdf
2004-09-24 Subpoena Order for Continental Casualty.pdf
2004-09-27 Affidavit of Service of Deposition Notice on Metro North.pdf
2004-09-27 Amended Deposition Notice to HQ Global Workplaces, Inc..pdf
2004-09-27 Amended Deposition Notice to Intervoice.pdf
2004-09-27 Amended Deposition Notice to NCH Corporation.pdf
2004-09-27 Amended Deposition Notice to NEC Business Netwoek Solutions.pdf
2004-09-27 Amended Deposition Notice to University of Texas at Arlington.pdf
2004-09-27 Amended Deposition Notice to Zale Corporation.pdf
2004-09-27 Declaration of Compliance by Victoria L. Valine, CSR (Protective
Order).pdf
2004-09-27 Massachusetts Action for Depos of Suffolk, Starent, Hought and Zymark
Calper.pdf
2004-09-27 Oracles Deposition Subpoena to H.E. Butt Grocery Company.pdf
2004-09-27 Proof of Service for Amended Notice for HQ, Zale, UT-A, NCH, NEC,
Intervoice.pdf
2004-09-27 Service on Carlson Companies.pdf
2004-09-27 Service on Excel Energy.pdf
2004-09-27 Service on Target.pdf
2004-09-28 Affidavit of Service (Cushman and Wakefield).pdf
2004-09-28 Affidavit of Service of Deposition Notice on City University of NY
CUNY.pdf
2004-09-28 Brookdale Illinois Court Order for Deposition.pdf
2004-09-28 Case Management Order.pdf
2004-09-28 Notice of Commission re Deposition Subpoena and POD by Gruner & Jahr.pdf
2004-09-28 Notice of Taking Deposition of Apartment Investment and management
Company.pdf
2004-09-28 Notice of Taking Deposition of Arbitron, Inc.pdf
2004-09-28 Notice of Taking Deposition of Banco De Chile.pdf
2004-09-28 Notice of Taking Deposition of Gruner & Jahr.pdf
2004-09-28 Notice of Taking Deposition of Memorial Hospital.pdf
2004-09-28 Notice of Taking Deposition of MSC Indusrial Direct, Inc.pdf
2004-09-28 Notice of Taking Deposition of MSC Industrial Direct, Inc.pdf
2004-09-28 Oracle Deposition Subpoena to Evans Food Group 2 p.m.pdf
2004-09-28 Oracle Deposition Subpoena to Ingalls Health System.pdf
2004-09-28 Oracle Deposition Subpoena to NQ Global Workplaces, Inc.pdf
2004-09-28 Oracle's Application for Subpoena to City of Peopria, Arizona.pdf
2004-09-28 Oracle's Application for Subpoena to City of Scottsdale, Arizona.pdf

Pleadings.txt
2004-09-28 Oracle's Deposition Subpoena to Northern Trust Corporation.pdf
2004-09-28 Oracle's Subpoena for Deposition to City of Peoria, Arizona.pdf
2004-09-28 Oracle's Subpoena for Deposition to Scottsdale, Arizona.pdf
2004-09-28 Proof of Service for Notice of Taking Deposition (Arbitron, Banco de
Chile, Memorial Hospital, AIMCO).pdf
2004-09-28 Proof of Service for Notice of Taking Deposition (MSC Industrial and
Gruner & Jahr).pdf
2004-09-28 Subpoena Notice from Illinois for Northern Trust.pdf
2004-09-28 Subpoena Notice from Illinois to Evans Food Group.pdf
2004-09-29 Commission re Subpoena and Deposition Subpoena to Banco De Chile.pdf
2004-09-29 Commission re Subpoena and Deposition Subpoena to Hughes Supply, Inc.pdf
2004-09-29 Notice of Service on Brookshire Crocery Co.pdf
2004-09-29 Notice of Service on ExpressJet Holdings.pdf
2004-09-29 Notice of Service on Litton Loan Servicing.pdf
2004-09-29 Notice of Service on Metals USA.pdf
2004-09-29 Notice of Service on National Oilwell.pdf
2004-09-29 Notice of Service on Stage Stores, Inc..pdf
2004-09-29 Notice of Service on Universal Compression.pdf
2004-09-29 NY Court Order Authorizing Gruner depo.pdf
2004-09-29 OAppend1-7.pdf
2004-09-29 OAppend8-13.pdf
2004-09-29 ODepEx2.pdf
2004-09-29 ODepEx3.pdf
2004-09-29 ODepEx4.pdf
2004-09-29 ODepEx5.pdf
2004-09-29 ODepEx6.pdf
2004-09-29 ODepExc1.pdf
2004-09-29 Oracle Deposition Notice to NEC Unified Solutions, Incpdf.pdf
2004-09-29 Oracle Deposition Notice to Yamaha for 10-20 depo.pdf
2004-09-29 Oracle Deposition Subpoena to Banco De Chile.pdf
2004-09-29 Oracle Deposition Subpoena to First NLC Financial Services.pdf
2004-09-29 Oracle Deposition Subpoena to GES Exposition Services, Inc..pdf
2004-09-29 Oracle Deposition Subpoena to NCH Corporation.pdf
2004-09-29 Oracle Deposition Subpoena to Zale Corporation.pdf
2004-09-29 Oracle's Deposition Subpoena to Clark County, Nevada.pdf
2004-09-29 Oracle's Deposition Subpoena to ExpressJet Holdings.pdf
2004-09-29 Oracle's Deposition Subpoena to HQ Global workplaces.pdf
2004-09-29 Oracle's Deposition Subpoena to Intervoice Inc..pdf
2004-09-29 Oracle's Deposition Subpoena to Litton Loan.pdf
2004-09-29 Oracle's Deposition Subpoena to Metals USA.pdf
2004-09-29 Oracle's Deposition Subpoena to National Oilwell.pdf
2004-09-29 Oracle's Deposition Subpoena to NEC Unified Solutions.pdf
2004-09-29 Oracle's Deposition Subpoena to Stage Stores.pdf
2004-09-29 Oracle's Deposition Subpoena to Universal Compression.pdf
2004-09-29 Oracle's Reply Pretrial Brief.pdf
2004-09-29 Request for Foreign Deposition Subpoena to GED Exposition Services.pdf
2004-09-29 Service on Cushman & Wakefield .pdf
2004-09-30 Affidavit of Service for Request for Foreign Subpoena and Subpoena for
GES Exposition Services.pdf
2004-09-30 Amended Notice of Association of Counsel.pdf
2004-09-30 Amended Notice of Taking Deposition and POD to MSC Industrial Direct,
Inc.pdf
2004-09-30 Amended Notice of Taking Deposition of MSC Industrial Direct, Inc.pdf
2004-09-30 Colorado Motion to issue Memorial Hospital Subpoena.pdf
2004-09-30 Colorado Order Issuing Memorial Hospital Subpoena.pdf
2004-09-30 Notice of Commion re Depostion Subpoena POD to Houston Independent
School District .pdf
2004-09-30 Notice of Commion re Depostion Subpoena POD to Michaels Stores, Inc
.pdf
2004-09-30 Notice of Commion re Depostion Subpoena to the State of Florida.pdf
2004-09-30 Notice of Commission re Deposition and POD to Chesterfield County.pdf
2004-09-30 Notice of Commission re Deposition and POD to Navy Exchange Service
Command.pdf
2004-09-30 Notice of Commission re Deposition and POD to U.S. Department of
Justice.pdf

Pleadings.txt
2004-09-30 Notice of Service on Gruner.pdf
2004-09-30 Oracle Deposition Subpoena to Arbitron, Inc..pdf
2004-09-30 Oracle Deposition Subpoena to Evans Food Group.pdf
2004-09-30 Oracle's Amended Notice of Taking Deposition of Arbitron, Inc..pdf
2004-09-30 Oracle's Motion for Issuance of Subpoena to Memorial Hospital.pdf
2004-09-30 Order for Issuance of Deposition Subpoena to Memorial Hosptial.pdf
2004-09-30 Universal Compression Motion to Quash Subpoena.pdf
2004-10-00 Letter of Request for BNE Paribas, CGST, Editions Atlas, GeoServices,
Merial SAS.pdf
2004-10-00 Letter of Request for Cementos Portland, Frit Ravich, Himoinsa.pdf
2004-10-00 Letter of Request for Fielmann, Telba.pdf
2004-10-00 Letters Rogatory for Arysta Life Sciences.pdf
2004-10-01 Notice of Commission for Chesterfield County.pdf
2004-10-01 Notice of Commission re Deposition Subpoena and POD by Banco de Chile.pdf
2004-10-01 Notice of Taking Deposition and POD to Houston Independent School
District.pdf
2004-10-01 Notice of Taking Deposition and POD to Michaels Stores, Inc.pdf
2004-10-01 Notice of Taking Deposition and POD to U.S. Department of Justice.pdf
2004-10-01 Oracle's Deposition Subpoena to Brookshire Grocery.pdf
2004-10-01 Oracle's Deposition Subpoena to Memorial Hospital.pdf
2004-10-01 Order for the Issuance of a Subpoena to West-Ward Pharmaceutical Corp.pdf
2004-10-01 Proof of Service- Barot Letters of 9-23 to customers re subpoena.pdf
2004-10-01 Proof of Service- Depo Notices for Houston Independent School District,
Michael's, US DOJ.pdf
2004-10-04 Maytag Corp's Responses and Objections to Deposition Subpoena for POD.pdf
2004-10-04 Maytag Corporation's Responses and Objections to Deposition Subpoena.pdf
2004-10-04 Objections of Ernst & Young to PeopleSoft Deposition Subpoena.pdf
2004-10-04 Oracle's Amended Notice of Taking Deposition of Johns Hopkins
University.pdf
2004-10-04 Oracle's Deposition Subpoena to Hewitt Associates.pdf
2004-10-04 Oracle's Deposition Subpoena to HEB Grocery.pdf
2004-10-04 Oracle's Notice of Taking Deposition of Navy Exchange Service.pdf
2004-10-04 Oracle's Notice of Taking Deposition of State of Florida.pdf
2004-10-04 Proof of Service- Depo Notices for Johns Hopkins, Navy Exchange, State of
Florida.pdf
2004-10-05 1st Supp. Response by LA County to Oracle's Subpoena for Business
Records.pdf
2004-10-05 Commission Re Deposition Subpoena and Deposition Subpeona to John Hopkins
University.pdf
2004-10-05 Deposition Subpoena to Albert E. Price, Inc.pdf
2004-10-05 Deposition Subpoena to Stryker Howmedica Osteonics.pdf
2004-10-05 Deposition Subpoena to U. S. Department of Justice.pdf
2004-10-05 First Supplemental Response By County of Los Angeles to Oracle's Subpoena
For Business Records.pdf
2004-10-06  Oracle's Notice of taking Deposition of PJM Interconnection.pdf
2004-10-06 Affidavit of Service of Subpoena on City of Peoria.pdf
2004-10-06 Amended Notice of Taking Deposition of Pepsi Mid-America.pdf
2004-10-06 Notice of Commission and Commission re Depostion Subpoena to AAA
Mid-Atlantic, Inc.pdf
2004-10-06 Notice of Commission and Commission re Depostion Subpoena to McGraw-Hill
Companies, Inc.pdf
2004-10-06 Notice of Commission and Commission re Depostion Subpoena to PJM
Interconnection.pdf
2004-10-06 Notice of Taking Deposition of Banco De Chile and POD.pdf
2004-10-06 Oracle's Deposition Subpoena to Michaels Stores.pdf
2004-10-06 Oracle's Notice of taking Deposition of AAA Mid-Atlantic, Inc.pdf
2004-10-06 Oracle's Notice of taking Deposition of Banco De Chile.pdf
2004-10-06 Oracle's Notice of taking Deposition of Gartner, Inc.pdf
2004-10-06 Oracle's Notice of taking Deposition of McGraw-Hill Companies, Inc.pdf
2004-10-06 Oracle's Notice of taking Deposition of Time Warner Cable, Inc.pdf
2004-10-06 POS Amended Notice of Deposition of Pepsi, Notice of Deposition of AAA,
McGraw, PJM, Gartner and Time-Warner.pdf
2004-10-06 Subpoena Service on City of Scottsdale.pdf
2004-10-07 Deposition Subpoena to Michaels Stores, Inc.pdf
2004-10-07 Heb Grocery Company's Motion to Quash subpoena.pdf

Pleadings.txt
2004-10-07 Hughes Supply Subpoena.pdf
2004-10-07 Maytag's Responses and Objections to Deposition Subpoena for POD.pdf
2004-10-07 Notice of Commission and Commission re Deposition Subpoena to McGraw-Hill
Companies, Inc.pdf
2004-10-07 Notice of Taking Deposition of Banco de Chile.pdf
2004-10-07 Notice of Taking Deposition of Charlie Crist.pdf
2004-10-07 Notice of Taking Deposition of First NLC Financial Services.pdf
2004-10-07 Notice of Taking Deposition of Hughes Supply, Inc.pdf
2004-10-07 Notice of Taking Deposition of McGraw-Hill Companies, inc.pdf
2004-10-07 Oracle's Notice of Taking Deposition of Chesterfield County.pdf
2004-10-07 Proof of Service- Depo Notice for Chesterfield County.pdf
2004-10-07 Proof of Service- Depo Notice for McGraw-Hill.pdf
2004-10-07 Subpoena for POD to Charlie Crist.pdf
2004-10-08 Ameded Notice of Deposition of Federal Signal.pdf
2004-10-08 Deposition Subpoena to Banco de Chile.pdf
2004-10-08 Notice of Taking Deposition of Comcast Cable Communications Holdings.pdf
2004-10-08 Notice of Taking Deposition of Federal Signal Corporation.pdf
2004-10-08 Notice of Taking Deposition of Hubbell Incorporated.pdf
2004-10-08 Oracle Deposition Subpoena to Comcast Cable.pdf
2004-10-08 Oracle Deposition Subpoena to Federal Signal.pdf
2004-10-08 PeopleSoft's Supplemental Designation of Expert Witnesses.pdf
2004-10-08 Steefel Responses and Objections to Subpoena for POD.pdf
2004-10-08 Supplemental Order regarding Banco de Chile.pdf
2004-10-11 Affidavit of Service- City of Peoria.pdf
2004-10-11 Affidavit of Service- City of Scottsdale.pdf
2004-10-11 Amended Notice of Taking Deposition of Arbitron, Inc.pdf
2004-10-11 Amended Notice of Taking Deposition of Brookdale Living Communities,
Inc.pdf
2004-10-11 Amended Notice of Taking Deposition of Brookshire Grocery Co.pdf
2004-10-11 Amended Notice of Taking Deposition of Evans Food Group.pdf
2004-10-11 Amended Notice of Taking Deposition of Hewitt Associates LLC.pdf
2004-10-11 Amended Notice of Taking Deposition of Hot Topic, Inc.pdf
2004-10-11 Amended Notice of Taking Deposition of International Rectifier
Corporation.pdf
2004-10-11 Amended Notice of Taking Deposition of Litton Loan Servicing.pdf
2004-10-11 Amended Notice of Taking Deposition of Metals USA.pdf
2004-10-11 Amended Notice of Taking Deposition of National Oilwell.pdf
2004-10-11 Amended Notice of Taking Deposition of Ocular Sciences, Inc.pdf
2004-10-11 Amended Notice of Taking Deposition of Pepperdine University.pdf
2004-10-11 Amended Notice of Taking Deposition of Stage Stores, Inc.pdf
2004-10-11 Letter Brief of PeopleSoft filed conditionally under seal.pdf
2004-10-11 Letter Brief of PeopleSoft.pdf
2004-10-11 Oracle Letter Brief to Judge Sabraw for 10-15 CMC.pdf
2004-10-11 Proof of Service- Amended Depo Notices.pdf
2004-10-11 Second Amended Notice of Taking Deposition of NCH Corporation.pdf
2004-10-11 Second Amended Notice of Taking Deposition of NEC Business Network
Solutions.pdf
2004-10-11 Second Amended Notice of Taking Deposition of University of Texas at
Arlington.pdf
2004-10-11 Second Amended Notice of Taking Deposition of Zale Corporation.pdf
2004-10-12 [Proposed] Order Denying Request to Modify Case Schedule.pdf
2004-10-12 Notice of Commission and Commission re Deposition Subpoena to Dollar
Bank.pdf
2004-10-12 Notice of Commission and commssion re Deposition Subpoena to Lehman
Bros..pdf
2004-10-12 Notice of Taking Deposition of Lehman Brothers.pdf
2004-10-12 Proof of Service For Third Amended notice of Deposition to University of
Texas at Arlington.pdf
2004-10-12 Third Amended Notice of Taking Deposition to University of Texas at
Arlington.pdf
2004-10-13 Letter Brief of PeopleSoft - court filed copy.pdf
2004-10-13 Notice of Taking Deposition of Dollar Bank.pdf
2004-10-13 Oracle response letter brief for 10-15 CMC.pdf
2004-10-13 PeopleSoft letter brief.pdf
2004-10-13 Proof of Service for Notice of Taking Deposition of Dollar Bank.pdf
                              Page 17

Pleadings.txt
2004-10-13 Proof of Service for Second Amended Notice of Deposition of Federal
Signal Corporation.pdf
2004-10-13 Second Amended Notice of Taking Deposition of Federal Signal
Corporation.pdf
2004-10-14 Intervoice objections and Davidson to McShane letter.pdf
2004-10-14 Notice of Taking Deposition of Dollar Bank.pdf
2004-10-14 Oracle Notice of Comm POS.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena POS.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to CPI Corp.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to CUNA.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to Energy Transfer.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to Extendicare.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to Jefferson County.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to Madison Metro SD.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to MGE Energy.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to Sandia Natl Lab.pdf
2004-10-14 Oracle Notice of Comm re Depo Subpoena to Wisconsin Tech.pdf
2004-10-14 Oracle Notice of Depo POS.pdf
2004-10-14 Oracle Notice of Depo to CPI Corp.pdf
2004-10-14 Oracle Notice of Depo to CUNA.pdf
2004-10-14 Oracle Notice of Depo to Energy Transfer.pdf
2004-10-14 Oracle Notice of Depo to Extendicare.pdf
2004-10-14 Oracle Notice of Depo to Jefferson County.pdf
2004-10-14 Oracle Notice of Depo to Madison Metro SD.pdf
2004-10-14 Oracle Notice of Depo to MGE Energy.pdf
2004-10-14 Oracle Notice of Depo to Sandia Natl Lab.pdf
2004-10-14 Oracle Notice of Depo to Wisconsin Tech.pdf
2004-10-14 Oracle Subpoena to Manpower for 11-12 Milwaukee deposition.pdf
2004-10-14 PeopleSoft Letter Brief re Unilateral Deposition Cancellations.pdf
2004-10-14 Second Supplemental Response By County of Los Angeles to Oracle's
Subpoena for Business Records.pdf
2004-10-14 Subpoena Duces Tecum to Custodian of Records of Gartner, Inc.pdf
2004-10-14 Subpoena Duces Tecum to Custodian of Records of Hubbell Inc.pdf
2004-10-15 Letter of Request for ACC, C&J Clark, Costain, Egg Plc, John Lewis,
Johnson Service, Varian Ltd.pdf
2004-10-15 Letter of Request for CBR.pdf
2004-10-18 Attachment A and B to Deposition Subpoenas and Protective Order.pdf
2004-10-18 City of Scottsdale Objection to Oracle's Subpoena.pdf
2004-10-18 Oracle Amended Notice of Deposition to Acuity.pdf
2004-10-18 Oracle Amended Notice of Deposition to Homeland Security Corp.pdf
2004-10-18 Oracle Amended Notice of Deposition to Keybank.pdf
2004-10-18 Oracle Amended Notice of Deposition to Yamaha Corp.pdf
2004-10-18 Oracle Notice of Comm re Depo Subpoena to Forest City.pdf
2004-10-18 Oracle Notice of Comm re Depo Subpoena to Gwinnett County.pdf
2004-10-18 Oracle Notice of Comm re Depo Subpoena to Maytag Corp.pdf
2004-10-18 Oracle Notice of Comm re Depo Subpoena to Nike.pdf
2004-10-18 Oracle Notice of Deposition Proof of Service.pdf
2004-10-18 Oracle Notice of Deposition to Gwinnet County.pdf
2004-10-18 Oracle Notice of Deposition to Nike.pdf
2004-10-18 Oracle Notice of Deposition to Starent.pdf
2004-10-18 Oracle Notice of Deposition to Tenn Valley Authority.pdf
2004-10-18 Oracle Notice of Taking Starent deposition off calendar.pdf
2004-10-18 PeopleSoft's Amended Notice of Depo of Oracle Corporation.pdf
2004-10-18 POS for PeopleSoft's Amended Notice of Depo of Oracle Corporation.pdf
2004-10-18 Proof of Service.pdf
2004-10-19 Amended Notice of Deposition for Target.pdf
2004-10-19 Notice of Deposition of Manpower.pdf
2004-10-19 Notice of Taking Deposition of Starent Networks Corporation Off
Calendar.pdf
2004-10-19 Oracle Amended Notice of Deposition to Target.pdf
2004-10-19 Oracle Amended Notice of Deposition to Tenn Valley Authority.pdf
2004-10-19 Oracle Amended Notice of Deposition to US Dept. Interior.pdf
2004-10-19 Oracle Notice of Comm. re Depo to Children's Hospital.pdf
2004-10-19 Oracle Notice of Comm. re Depo to City of Vancouver.pdf
2004-10-19 Oracle Notice of Comm. re Depo to State of Washington.pdf

Pleadings.txt
2004-10-19 Oracle Notice of Deposition to Children's Hospital.pdf
2004-10-19 Oracle Notice of Deposition to City of Vancouver.pdf
2004-10-19 Oracle Notice of Deposition to Manpower.pdf
2004-10-19 Oracle Notice of Deposition to State of Washington.pdf
2004-10-19 Oracle Notice of Taking Deposition of Caliper.pdf
2004-10-19 Oracle POS Amended-Second re Notice of Taking Depo.pdf
2004-10-19 Oracle POS by Overnight Delivery.pdf
2004-10-19 Oracle POS re Notice of Depo to Starent.pdf
2004-10-19 Oracle POS re Notice of Taking Depo.pdf
2004-10-19 Oracle Second Amended Notice of Deposition to Homeland.pdf
2004-10-19 Subpoena Duces Tecum (Officer's Return).pdf
2004-10-19 Subpoena Duces Tecum.pdf
2004-10-20 Commission Re Expressjet.pdf
2004-10-20 Commission Re Metals USA.pdf
2004-10-20 Commission Re NCH.pdf
2004-10-20 Key Bank Subpoena.pdf
2004-10-20 Memorial Hospital's Motion for Protective Order.pdf
2004-10-20 Notice of Commission re Deposition Subpoena and Production of Documents
and Things by Evans Food Group.pdf
2004-10-20 Notice of Commission re Deposition Subpoena and Production of Documents
and Things by GES Exposition Services.pdf
2004-10-20 Notice of Deposition of Vinnie J. Mirchandani.pdf
2004-10-20 Oracle Amended Notice of Depo POS.pdf
2004-10-20 Oracle Amended Notice of Depo to CUNA.pdf
2004-10-20 Oracle Amended Notice of Depo to Intervoice.pdf
2004-10-20 Oracle Amended Notice of Depo to MGE Energy.pdf
2004-10-20 Oracle Amended Notice of Depo to Wisconsin Tech.pdf
2004-10-20 Oracle POS Amended Notices of Depo for CUNA, MGE and Wisconsin.pdf
2004-10-20 Oracle POS overnight for Intervoice.pdf
2004-10-20 Pennsylvania Order re AAA and Dollar and PJM.pdf
2004-10-20 Proof of Service.pdf
2004-10-21 Affidavit of Service on AAA Mid-Atlantic.pdf
2004-10-21 Affidavit of Service on Acuity.pdf
2004-10-21 Affidavit of Service on Gwinnett County and Subpoena for Documents.pdf
2004-10-21 Affidavit of Service on PJM Interconnection, LLC.pdf
2004-10-21 Commission Re Brookshire.pdf
2004-10-21 Commission Re Evans Food Group.pdf
2004-10-21 Initial Appearance Fee Nevada for GES Exposition Subpoena.pdf
2004-10-21 New York Order for Lehman Deposition.pdf
2004-10-21 Notice of Commission of Expressjet Holdings.pdf
2004-10-21 Notice of Commission of Metals USA.pdf
2004-10-21 Notice of Commission of NCH Corporation.pdf
2004-10-21 Notice of Commission re Deposition Subpoena to Brookshire Grocery
Company.pdf
2004-10-21 Notice of Deposition of Robert E. Hall.pdf
2004-10-21 Oracle Amended Notice of Depo POS Seattle Childrens Hospital_State of
Washington_City of Vancouver.pdf
2004-10-21 Oracle Amended Notice of Depo to Children's Hospital.pdf
2004-10-21 Oracle Amended Notice of Depo to City of Vancouver.pdf
2004-10-21 Oracle Amended Notice of Depo to State of WA.pdf
2004-10-21 Oracle POS Amended Notices of Depo for Children's Hospital, City of
Vancouver and State of Washington.pdf
2004-10-21 PeopleSoft Deposition Subpoena in Nevada for GES Exposition Services.pdf
2004-10-21 PeopleSoft Notice of Commission re Evans Food Group.pdf
2004-10-21 PeopleSoft Request for Foreign Deposition Subpoena for GES Exposition.pdf
2004-10-21 POS for Notice of Commission of Evans Food Group and Brookshire.pdf
2004-10-21 POS Notices of Commission of NCH, Expressjet and Metals USA.pdf
2004-10-21 TVA Subpoena Duces Tecum.pdf
2004-10-22 Amended Notice of Taking Deposition of U.S. Department of Justice and
Request for Production of Documents and Things.pdf
2004-10-22 Notice of Deposition of D. Paul Regan.pdf
2004-10-22 Notice of PeopleSoft Depo of GES Exposition in NV.pdf
2004-10-22 Order to Lehman Bros to Appear.pdf
2004-10-22 POS for Notice of Commission to Brookshire Grocery and Evans Food
Group.pdf

Pleadings.txt
2004-10-22 POS for Notice of Depo of GES Exposition Services.pdf
2004-10-22 Proof of Service on GES Exposition and Subpoena.pdf
2004-10-25 Affidavit of Service on The Dollar Bank.pdf
2004-10-25 Gartner Letter and Objections.pdf
2004-10-25 Non-Party Gartner, Inc's Objections to Subpoena.pdf
2004-10-25 Notice of Commission of Aerospace.pdf
2004-10-25 Notice of Commission of Cherokee Enterprise Corp.pdf
2004-10-25 Notice of Commission of Hobby Lobby Stores, Inc.pdf
2004-10-25 Notice of Commission of Teradyne, Inc.pdf
2004-10-25 Notice of Commission of University of Oklahoma.pdf
2004-10-25 Notice of Depositions of Defendants and Cross-Complainants' Expert
Witnesses.pdf
2004-10-25 Notice of Taking Deposition of Hobby Lobby Stores, Inc.pdf
2004-10-25 Notice of Taking Deposition of University of Oklahoma.pdf
2004-10-25 Oracle Corporation's Brief in Support of Proposed Jury Instructions.pdf
2004-10-25 Oracle Corporation's Proposed Jury Instructions.pdf
2004-10-25 Oracle Corporation's Proposed Verdict Forms.pdf
2004-10-25 Oracle Letter Brief for 10-28 CMC.pdf
2004-10-25 Oracle's Proof of Service.pdf
2004-10-25 PeopleSoft and Oracle's Proposed Joint Jury Instructions.pdf
2004-10-25 PeopleSoft Letter Brief for 10-28 CMC.pdf
2004-10-25 PeopleSoft's Objections and Opposition to Oracle's Proposed Verdict
Forms.pdf
2004-10-25 PeopleSoft's Objections and Oppositions to Oracle's Proposed Jury
Instructions.pdf
2004-10-25 PeopleSoft's Proof of Service.pdf
2004-10-25 PeopleSoft's Proposed Jury Instructions.PDF
2004-10-25 PeopleSoft's Proposed Verdict Forms.PDF
2004-10-25 Proof of Service- Depo Notices for Hobby Lobby and University of
Oklahoma.pdf
2004-10-25 Service on Dollar Bank.pdf
2004-10-25 Stipulation and Order re the Issuance of Letters fo Request and Letters
Rogatory Seeking Evidence for use at Trial from 3rd Party Witnesses Residing in
Foreign Countries.pdf
2004-10-26 Deposition Notice & RFP for Teradyne.pdf
2004-10-26 Oracle Amended Notice of Deposition of Manpower.pdf
2004-10-26 Order for Issuance of Subpoena Duces Tecum for CUNA Mutual Insurance
Society.pdf
2004-10-26 Order for Issuance of Subpoena Duces Tecum for MGE Energy, Inc.pdf
2004-10-26 Order for Issuance of Subpoena Duces Tecum for Wisconsin Technical
College System.pdf
2004-10-26 Subpoena Duces Tecum of Hughes Supply, Inc.pdf
2004-10-26 Subpoena Duces Tecum of Madison Metropolitan School District.pdf
2004-10-27 Affidavit of Service for CUNA Mutual Insurance Society.pdf
2004-10-27 Affidavit of Service for MGE Energy, Inc.pdf
2004-10-27 Affidavit of Service for Wisconsin Technical College System.pdf
2004-10-27 Hobby Lobby Notice of Deposition.pdf
2004-10-27 Jefferson County Deposition Subpoena.pdf
2004-10-27 LA County 3rd Supplemental Response to Oracle's Subpoena.pdf
2004-10-27 Letter of Request for CBR.pdf
2004-10-27 Letter of Request for Spain.pdf
2004-10-27 Letter of Request for United Kingdom.pdf
2004-10-27 Letter of Request to France.pdf
2004-10-27 Letter of Request to Germany.pdf
2004-10-27 Letters Rogatory for Arysta Life Sciences.pdf
2004-10-27 Letters Rogatory for Canada.pdf
2004-10-27 Letters Rogatory for Fischer Participacoes.pdf
2004-10-27 Notice of Taking Deposition of L-3 Communications Vertex Aerospace Corp
and Request for Production of Documents and Things.pdf
2004-10-27 Notice of Taking Deposition of Verizon Services Corp. and Request for
Production of Documents and Things.pdf
2004-10-27 Oracle letter brief for 10-28 hearing.pdf
2004-10-27 Oracle Motion to withdraw Subpoenas and Preclude Depositions.pdf
2004-10-27 Oracle's Verification of Interrogatory Responses.pdf
2004-10-27 PeopleSoft Letter Brief.pdf

Pleadings.txt
2004-10-27 PeopleSoft's Letter Brief (endorsed).pdf
2004-10-27 PeopleSoft's Verification of Interrogatory Responses.pdf
2004-10-27 Pepperdine Objection and Declaration.pdf
2004-10-27 Pepperdine University's Objection and Declaration.pdf
2004-10-27 POS by Email and Fax.pdf
2004-10-27 U of Oklahoma Notice of Deposition.pdf
2004-10-28 Minute order re CMC and Joele Frank dispute.pdf
2004-10-28 Notice of Entry of Order Regarding the Issuance of Letters of Request and
Letters Rogatory.pdf
2004-10-28 Notice of Taking Deposition of Cherokee Nation and Request for Production
of Documents and Things.pdf
2004-10-28 Service of Teradyne Subpoena.pdf
2004-10-28 Subpoena Order to Appear and Produce Documents to CPI, Corp.pdf
2004-10-29 Amended Notice of Depo of Houston Independent School.pdf
2004-10-29 Amended Notice of Taking Deposition of Metro North RR.pdf
2004-10-29 Declaration of Compliance by Jerome Palencia (Protective Order).pdf
2004-10-29 Minute Order re Court's Decision.pdf
2004-10-29 PeopleSoft's Notice of Deposition of ExpressJet Holdings, Inc.pdf
2004-10-29 PeopleSoft's Notice of Deposition of Metals USA.pdf
2004-10-29 POS by E-Mail and Mail.pdf
2004-10-29 Response and Objections of Manpower to Depo Subpoena.pdf
2004-10-29 Second Amended Notice of Deposition of Tennessee Valley Authority.pdf
2004-10-29 Signed POS.pdf
2004-10-29 Subpoena Duces Tecum for Tennessee Valley Authority.pdf
2004-10-29 Third Amended Notice of Depo of NEC Business.pdf
2004-11-01 Deposition Subpoena of Steven Coward (Washoe,NV).pdf
2004-11-01 Oracle's Revised Proposed Joint Jury Instructions.pdf
2004-11-01 Oracle's Revised Proposed Jury Instructions.pdf
2004-11-01 Oracle's Revised Proposed Verdict Forms.pdf
2004-11-01 Subpoena Duces Tecum for Houston Independent School District.pdf
2004-11-02 Amended Depo Notice for Gwinnett County.pdf
2004-11-02 Amended Depo Notice for L-3 and Vertex.pdf
2004-11-02 Amended Depo Notice for Verizon.pdf
2004-11-02 Amended Depo Notice of Clark County, Nevada.pdf
2004-11-02 Notice of Taking Deposition of Children's Hospital and Regional Medical
Center Off Calendar.pdf
2004-11-02 PeopleSoft's Notice of Brookshire Grocery Company.pdf
2004-11-02 PeopleSoft's Notice of Deposition of NCH Corporation.pdf
2004-11-02 Response and Objections of Manpower to Depo Subpoena.pdf
2004-11-02 Signed POS for Brookshire and NCH.pdf
2004-11-02 Subpoena Duces Tecum for Energy Transfer Partners, LP.pdf
2004-11-02 Subpoena Duces Tecum for Energy Transfer Partners.pdf
2004-11-02 Subpoena Duces Tecum for NEC Business Network Solutions.pdf
2004-11-02 Tetra Tech PMK Notice of Deposition.pdf
2004-11-02 Third Amended Notice of Deposition of Tennessee Valley Authority and
Request for Production of Documents and Things.pdf
2004-11-03 Amended Depo Notice for Brookshire.pdf
2004-11-03 Amended Depo Notice for ExpressJet.pdf
2004-11-03 Amended Depo Notice of Comcast Cable.pdf
2004-11-03 Notice of Amended Comm re Depo Subpoena for Verizon Services Corp.pdf
2004-11-03 Notice of Comm re Depo Subpoena for Vertex Aerospace.pdf
2004-11-03 Notice of Comm re Depo Subpoena of Teradyne.pdf
2004-11-03 Notice of Depo for Tetra Tech, Inc.pdf
2004-11-03 Petition for Letters Rogatory for Vertex Aerospace.pdf
2004-11-03 Subpoena Duces Tecum for L-3 Communications Vertex Aerospace LLC.pdf
2004-11-04 Amended Depo Notice for City of Peoria, Arizona .pdf
2004-11-04 Amended Depo Notice for Hubbell Incorporated.pdf
2004-11-04 Amended Depo Notice for Memorial Hospital.pdf
2004-11-04 Amended Depo Notice of Sandia National Lab, New Mexico.pdf
2004-11-04 Notice of Comm re Depo Subpoena for Sunlife Financial US.pdf
2004-11-04 Peoplesoft's Amended Notice of Deposition of Metals USA.pdf
2004-11-04 PeopleSoft's Notice of Deposition of Jason Dilullo.pdf
2004-11-04 Third Amended Notice of Depo for Federal Signal Corp.pdf
2004-11-05 NCH Corp. Amended Notice of Deposition.pdf
2004-11-05 PeopleSoft letter brief to Cahill re Joele Frank privilege log.pdf

Pleadings.txt
2004-11-08 Amended Depo Notice for Chesterfield County.pdf
2004-11-08 Amended Notice of Taking Deposition of Chesterfield County and Request
for Production of Documents and Things.pdf
2004-11-08 Oracle's Motion for Extension of Time To Respond to Non-Party Memorial
Hospital's Motion for Protective Order.pdf
2004-11-08 Proposed Case Management Order.pdf
2004-11-09 Amended Depo Notice for Personnel Board of Jefferson County.pdf
2004-11-09 Depo Notice for Cherokee Nation Enterprises Corporation.pdf
2004-11-09 Depo Notice of AES Corporation.pdf
2004-11-09 Notice of Comm re Depo Subpoena for Cherokee Nation Enterprises
Corporation.pdf
2004-11-09 Order Pursuant to CPLR 3102(e) re Verizon Services Corp.pdf
2004-11-10 Amended Depo Notice for Continental Casualty.pdf
2004-11-10 Chesterfield County Motion To Quash.pdf
2004-11-10 Motion to Quash Chesterfield County.pdf
2004-11-10 Sabraw Case Management Order re 10-28-04 Case Management Conference.pdf
2004-11-10 Sabraw Order in FATE case re hearing on Proposition 64 effect on 17200
claims.pdf
2004-11-10 Second Amended Depo Notice for Memorial Hospital.pdf
2004-11-11 Amended Depo Notice for Energy Transfer Partners.pdf
2004-11-11 Amended Depo Notice for Hughes Supply Inc.pdf
2004-11-11 Amended Depo Notice for PJM Interconnection LLC.pdf
2004-11-11 Notice of Depo for Sun Life Financial US.pdf
2004-11-11 Second Amended Depo Notice for City of Vancouver.pdf
2004-11-11 Second Amended Depo Notice for CUNA Mutual Insurance Society.pdf
2004-11-12 County of Los Angeles Motion for Protective Order re Deliberative
Documents.pdf
2004-11-12 Notice of Taking Deposition of United Components, Inc. and Request for
Production of Documents and Things at Deposition.pdf
2004-11-12 Oracle Notice of Deposition for Norris Clark.pdf
2004-11-12 Praecipe Request Issuance of Subpoenas AES Corporation.pdf
2004-11-12 Second Amended Notice of Taking Deposition of Continental Casualty.pdf
2004-11-12 Second Amended Notice of Taking Deposition of L-3 Communications Vertex
Aerospace Corp and Request for Production of Documents and Things at Deposition.pdf
2004-11-12 Stipulation re Dismissal of Certain Cross-Claims and re Predicates.pdf
2004-11-12 Stipulation Regarding Dismissal of Certain Cross-Claims and Regarding
Predicates the Parties Will Not Use for B&P Code Section 17200 Claims or Other
Remaining Claims.pdf
2004-11-15 Cross-Defendants PeopleSoft's MPA in Supp. of MSJ.pdf
2004-11-15 Cross-Defendants PeopleSoft's Separate Stmt of Facts in Supp. of MSJ.pdf
2004-11-15 ORACLE  STATEMENT OF UNDISPUTED FACTS - VIOLATES BUSINESS & PROFESSIONS
CODE SEC 17200.PDF
2004-11-15 Oracle CAP Violates 17200 MSA - MCLETCHIE DECLARA.pdf
2004-11-15 Oracle CAP Violates 17200 MSA - Mem. Points and Authorities ISO Motion
Summary Adjudication.pdf
2004-11-15 Oracle CAP Violates 17200 MSA - Statement of Undisputed Facts.pdf
2004-11-15 Oracle Interference with Prospective Economic Advantage MSA - Mem. Points
and Authorities ISO Motion Summary Adjudication.pdf
2004-11-15 Oracle Interference with Prospective Economic Advantage MSA - Proposed
Order.pdf
2004-11-15 Oracle Interference with Prospective Economic Advantage MSA - Statement
of Undisputed Facts.pdf
2004-11-15 Oracle Interference with Prospective Economic Advantage MSA - Vol II
MCLETCHIE DECLARATION with companies.pdf
2004-11-15 Oracle Interference with Prospective Economic Advantage MSA - Volume I
MCLETCHIE DECLARATION.pdf
2004-11-15 Oracle Letter Brief to Sabraw for 11-19 CMC - Confidential Version.pdf
2004-11-15 Oracle Letter Brief to Sabraw for 11-19 CMC - Redacted Version.pdf
2004-11-15 ORACLE MEMORANDUM OF POINTS AND AUTHORITIES - TRADE LIBEL CAUSE OF
ACTION.PDF
2004-11-15 ORACLE MEMORANDUM OF POINTS AND AUTHORITIES - VIOLATES BUSINESS &
PROFESSIONS CODE 17200.PDF
2004-11-15 ORACLE MSJ - PROOF OF SERVICE.PDF
2004-11-15 ORACLE MSJ APPENDIX OF AUTHORITIES - TRADE LIBEL CAUSE OF ACTION.PDF
2004-11-15 ORACLE MSJ APPENDIX OF AUTHORITIES - VIOLATES BUSINESS & PROFESSIONS CODE

Pleadings.txt
SEC 17200.PDF
2004-11-15 ORACLE MSJ AUTHORITIES CITED - INTERFERENCE WITH PROSPECTIVE ECONOMIC
ADVANTAGES.PDF
2004-11-15 ORACLE MSJ M. MCLETCHIE DECL. - REDACTED - VIOLATES BUSINESS &
PROFESSIONS CODE SEC 17200.PDF
2004-11-15 ORACLE MSJ M. MCLETCHIE DECLARATION - REDACTED - INTERFERENCE WITH
PROSPECTIVE ECONOMIC ADV.PDF
2004-11-15 ORACLE MSJ M. MCLETCHIE DECLARATION - REDACTED - TRADE LIBEL CAUSE OF
ACTION .PDF
2004-11-15 ORACLE MSJ NOTICE OF MOTION - PROSPECTIVE ECONOMIC ADVANTAGE .PDF
2004-11-15 ORACLE MSJ NOTICE OF MOTION - TRADE LIBEL CAUSE OF ACTION.PDF
2004-11-15 ORACLE MSJ NOTICE OF MOTION - VIOLATES BUSINESS & PROFESSIONS CODE SEC
17200.PDF
2004-11-15 ORACLE MSJ PROPOSED ORDER - VIOLATES BUSINESS & PROFESSIONS CODE SEC
17200.PDF
2004-11-15 ORACLE STATEMENT OF UNDISPUTED FACTS - PROSPECTIVE ECONOMIC ADVANTAGE.pdf
2004-11-15 ORACLE STATEMENT OF UNDISPUTED FACTS - TRADE LIBEL CAUSE OF ACTION.PDF
2004-11-15 ORACLE Trade Libel MSA  - MCLETCHIE DECLARATION.pdf
2004-11-15 Oracle Trade Libel MSA - Mem. Points and Authorities ISO Motion Summary
Adjudication.pdf
2004-11-15 Oracle Trial Exhibit List.pdf
2004-11-15 Oracle's Notice of Motion and MSJ.pdf
2004-11-15 PeopleSoft letter brief to Judge Sabraw for 11-19 CMC.pdf
2004-11-15 PeopleSoft trial exhibit list - Excel export.xls
2004-11-15 PeopleSoft Trial Exhibit List.pdf
2004-11-15 PeopleSoft's Trial Exhibit List.pdf
2004-11-15 Petition for Authority to Issue Notice of Deposition And Subpoenas Duces
Tecum.pdf
2004-11-16 Notice of Taking Deposition of the Hartford Fire Insurance Company and
Request for Production of Documents and Things at Deposition.pdf
2004-11-16 Oracle Dismissal of 3rd, 4th, 5th, 7th and 9th Causes with Prejudice.pdf
2004-11-16 Oracle Dismissal of Certain Causes of Action with and without
prejudice.pdf
2004-11-16 Oracle Dismissal of IIPEA and Trade Libel Claims (1st, 2nd, and 3rd)
without Prejudice.pdf
2004-11-16 Oracle Notice of PMK Deposition re PSFT communications with DOJ, EC and
States.pdf
2004-11-16 Order granting Oracle 14 day extension to responde to Memorial Hospitals
Motion for Protective Order.pdf
2004-11-16 Second Amended Notice of Taking Depositon of Sandia National
Laboratories, New Mexico and Request for Production of Documents and Things At
Deposition.pdf
2004-11-17 Amended Notice of Taking Deposition of Lehman Brothers Incorporated and
Request for Production of Documents and Things At Deposition.pdf
2004-11-17 Corsiglia to Cahill with Joele Frank declaration and background
pleading.pdf
2004-11-17 Oracle Opposition to County of Los Angeles Motion for Protective
Order.pdf
2004-11-17 Oracle Response Letter Brief for 11-19 CMC.pdf
2004-11-17 Oracle Revised Exhibit List With Prior Deposition Exhibit Numbers.pdf
2004-11-17 PeopleSoft Response Letter Brief to Judge Sabraw for 11-19 CMC.pdf
2004-11-17 PeopleSoft Response To Nonparty County of Los Angeles Motion for
Protective Order.pdf
2004-11-17 SunLife Subpoena objections.pdf
2004-11-19 Notice of Taking Deposition of Cardinal Health, Inc. and Request for
Production of Documents and Things At Deposition.pdf
2004-11-19 Notice of Taking Deposition of Tyco Healthcare Gruop, LP and Request for
Production of Documents and Things At Deposition.pdf
2004-11-19 Oracle collected MILs from Bingham.pdf
2004-11-19 Oracle MIL Amended POS.pdf
2004-11-19 Oracle MIL Antitrust Decl.pdf
2004-11-19 Oracle MIL Antitrust.pdf
2004-11-19 Oracle MIL Character Decl.pdf
2004-11-19 Oracle MIL Character.pdf
2004-11-19 Oracle MIL Clark Decl.pdf
Page 23

Pleadings.txt
2004-11-19 Oracle MIL Clark.pdf
2004-11-19 Oracle MIL CPG Decl.pdf
2004-11-19 Oracle MIL CPG.pdf
2004-11-19 Oracle MIL Hearsay Decl.pdf
2004-11-19 Oracle MIL Hearsay.pdf
2004-11-19 Oracle MIL Layoffs Decl.pdf
2004-11-19 Oracle MIL Layoffs.pdf
2004-11-19 ORACLE MIL NO. 01 RE CUSTOMERS WITH NO CLAIMS - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 01 RE CUSTOMERS WITH NO CLAIMS - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 02 RE COMMUNICATIONS THAT POST-DATE TRANSACTIONS - M.
SEIFERT DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 02 RE COMMUNICATIONS THAT POST-DATE TRANSACTIONS - MOTION
IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 02 RE COMMUNICATIONS THAT POST-DATE TRANSACTIONS -
PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 02 RE COMMUNICATIONS THAT POST-DATE TRANSACTIONS -
REDACTED M. SEIFERT DECLARA.PDF
2004-11-19 ORACLE MIL NO. 02 RE COMMUNICATIONS THAT POST-DATE TRANSACTIONS -
REDACTED MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 03 RE INTERNAL ORACLE STRATEGIES FOR CUSTOMERS - B.
MCSHANE DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 03 RE INTERNAL ORACLE STRATEGIES FOR CUSTOMERS - MOTION IN
LIMINE.PDF
2004-11-19 ORACLE MIL NO. 03 RE INTERNAL ORACLE STRATEGIES FOR CUSTOMERS - PROPOSED
ORDER.PDF
2004-11-19 ORACLE MIL NO. 03 RE INTERNAL ORACLE STRATEGIES FOR CUSTOMERS - REDACTED
B. MCSHANE DECLARATI.PDF
2004-11-19 ORACLE MIL NO. 03 RE INTERNAL ORACLE STRATEGIES FOR CUSTOMERS - REDACTED
MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 04 RE PRIOR HALL RETENTION - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 04 RE PRIOR HALL RETENTION - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 05 RE HALL LIABILITY TESTIMONY - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 05 RE HALL LIABILITY TESTIMONY - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 05 RE HALL LIABILITY TESTIMONY - REDACTED MOTION IN
LIMINE.PDF
2004-11-19 ORACLE MIL NO. 05 RE HALL LIABILITY TESTIMONY - REDACTED S. HUSENY
DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 05 RE HALL LIABILITY TESTIMONY - S. HUSENY DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 06 RE HALL DAMAGES TESTIMONY - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 06 RE HALL DAMAGES TESTIMONY - PROPOSED ORDER RE
DAMAGES.PDF
2004-11-19 ORACLE MIL NO. 06 RE HALL DAMAGES TESTIMONY - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 06 RE HALL DAMAGES TESTIMONY - REDACTED MOTION IN
LIMINE.PDF
2004-11-19 ORACLE MIL NO. 06 RE HALL DAMAGES TESTIMONY - S. HUSENY DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 07 RE REGAN - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 07 RE REGAN - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 07 RE REGAN - REDACTED MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 07 RE REGAN - REDACTED S. HUSENY DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 07 RE REGAN - S. HUSENY DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 08 RE CPG - D. FELDSTEIN DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 08 RE CPG - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 08 RE CPG - NOTICE OF MOTION.PDF
2004-11-19 ORACLE MIL NO. 08 RE CPG - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 08 RE CPG - REDACTED D. FELDSTEIN DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 08 RE CPG - REDACTED MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 09 RE ENTERPRISE VALUE AS RESTITUTION - MOTION IN
LIMINE.PDF
2004-11-19 ORACLE MIL NO. 09 RE ENTERPRISE VALUE AS RESTITUTION - NOTICE OF
MOTION.PDF
2004-11-19 ORACLE MIL NO. 09 RE ENTERPRISE VALUE AS RESTITUTION - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 09 RE ENTERPRISE VALUE AS RESTITUTION - REDACTED MOTION IN
LIMINE.PDF
2004-11-19 ORACLE MIL NO. 10 RE PRIOR REGAN RETENTION - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 10 RE PRIOR REGAN RETENTION - NOTICE OF MOTION.PDF

Pleadings.txt
```
2004-11-19 ORACLE MIL NO. 10 RE PRIOR REGAN RETENTION - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 11 RE WHITE PAPER - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 11 RE WHITE PAPER - NOTICE OF MOTION.PDF
2004-11-19 ORACLE MIL NO. 11 RE WHITE PAPER - S. BRADFORD DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 12 RE CUSTOMER HEARSAY - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 12 RE CUSTOMER HEARSAY - NOTICE OF MOTION.PDF
2004-11-19 ORACLE MIL NO. 12 RE CUSTOMER HEARSAY - PROPOSED ORDER EVIDENCE.PDF
2004-11-19 ORACLE MIL NO. 12 RE CUSTOMER HEARSAY - PROPOSED ORDER STATEMENT.PDF
2004-11-19 ORACLE MIL NO. 12 RE CUSTOMER HEARSAY - REDACTED MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 12 RE CUSTOMER HEARSAY - REDACTED S. BRADFORD
DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 12 RE CUSTOMER HEARSAY - S. BRADFORD DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 13 RE POST-MERGER LAYOFFS - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 13 RE POST-MERGER LAYOFFS - NOTICE OF MOTION.PDF
2004-11-19 ORACLE MIL NO. 13 RE POST-MERGER LAYOFFS - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 13 RE POST-MERGER LAYOFFS - REDACTED MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 13 RE POST-MERGER LAYOFFS - REDACTED S. BRADFORD
DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 13 RE POST-MERGER LAYOFFS - S. BRADFORD DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 14 RE ESTOP RE CHALLENGE ACCURACY OF TENDER OFFER - MOTION
IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 14 RE ESTOP RE CHALLENGE ACCURACY OF TENDER OFFER - NOTICE
OF MOTION.PDF
2004-11-19 ORACLE MIL NO. 14 RE ESTOP RE CHALLENGE ACCURACY OF TENDER OFFER -
PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 14 RE ESTOP RE CHALLENGE ACCURACY OF TENDER OFFER -
REDACTED MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 14 RE ESTOP RE CHALLENGE ACCURACY OF TENDER OFFER - S. GAI
DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 15 RE ORACLE AND ELLISON CHARACTER AND REPUTATION - MOTION
IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 15 RE ORACLE AND ELLISON CHARACTER AND REPUTATION - NOTICE
OF MOTION.PDF
2004-11-19 ORACLE MIL NO. 15 RE ORACLE AND ELLISON CHARACTER AND REPUTATION -
PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 15 RE ORACLE AND ELLISON CHARACTER AND REPUTATION -
REDACTED MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 15 RE ORACLE AND ELLISON CHARACTER AND REPUTATION -
REDACTED S. PARK DECLARATI.PDF
2004-11-19 ORACLE MIL NO. 15 RE ORACLE AND ELLISON CHARACTER AND REPUTATION - S.
PARK DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 16 RE NORRIS CLARK - H. HOUSE DECLARATION.PDF
2004-11-19 ORACLE MIL NO. 16 RE NORRIS CLARK - MOTION TO EXCLUDE.PDF
2004-11-19 ORACLE MIL NO. 16 RE NORRIS CLARK - NOTICE OF MOTION.PDF
2004-11-19 ORACLE MIL NO. 16 RE NORRIS CLARK - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 17 RE ORACLE ANTITRUST VIOLATION - MOTION IN LIMINE.PDF
2004-11-19 ORACLE MIL NO. 17 RE ORACLE ANTITRUST VIOLATION - NOTICE OF MOTION.PDF
2004-11-19 ORACLE MIL NO. 17 RE ORACLE ANTITRUST VIOLATION - PROPOSED ORDER.PDF
2004-11-19 ORACLE MIL NO. 17 RE ORACLE ANTITRUST VIOLATION - S. GAI DECLARATION.PDF
2004-11-19 Oracle MIL POS.pdf
2004-11-19 Oracle MIL Proof of service combined.pdf
2004-11-19 Oracle MIL re Declaration of Sivan Gai.pdf
2004-11-19 Oracle MIL re Prior Hall Retention.pdf
2004-11-19 Oracle MIL re Prior Regan Retention.pdf
2004-11-19 Oracle MIL Regan Table of Authorities.pdf
2004-11-19 Oracle MIL Tender Offer Decl.pdf
2004-11-19 Oracle MIL Tender Offer.pdf
2004-11-19 Oracle MIL UCL.pdf
2004-11-19 Oracle MIL White Paper Decl.pdf
2004-11-19 Oracle MIL White Paper.pdf
2004-11-19 Oracle's MIL to Exclude Evidence Regarding Oracle's Counsel's Prior
Retention of Professor Hall in Unrelated Lawsuits.pdf
2004-11-19 Oracle's MIL to Exclude Testimony of D. Paul Regan.pdf
2004-11-19 Oracle's MIL to Exclude Testimony of Robert E. Hall Regarding Damages.pdf
2004-11-19 Oracle's MIL to Exclude Testimony of Robert E. Hall Regarding Liability
```

Page 25

Pleadings.txt

Issues.pdf
2004-11-19 Oracle's MIL to Preclude Evidence of Communications with Customers as to
Which PeopleSoft Asserts No Claims.pdf
2004-11-19 Oracle's MIL to Preclude Evidence of Communications with Customers that
Post-Date the Relevant Transactions.pdf
2004-11-19 Oracle's MIL to Preclude Evidence of Internal Oracle Communications
Regarding Proposed Strategies for Handling Customers During the Periods Surrounding
the Tender Offer.pdf
2004-11-19 Oracles Amended SUF in Support of MSA on PSFTs Claim for Interference
with Prospective Economic Advantage.pdf
2004-11-19 PeopleSoft MIL No. 09 - Motion to Exclude Evidence and Arguments
Regarding PeopleSoft's Mergers and Acquisitions and Migration or Support Thereof
with exhibits.pdf
2004-11-19 PeopleSoft MIL No. 1 - Motion To Exclude the US v. Oracle Order and for a
Special Jury Instruction Regarding the Outcome of US v. Oracle wo exhibits.pdf
2004-11-19 PeopleSoft MIL No. 10 - Motion to Exclude Evidence or Argument That
PeopleSoft's Cap Program Is Insurance wo exhibits.pdf
2004-11-19 PeopleSoft MIL No. 11 - Motion to Exclude Evidence or Argument That
PeopleSoft's Cap Provisions Constitute Illegal Caming, Wagers or Bets wo
exhibits.pdf
2004-11-19 PeopleSoft MIL No. 12 - Motion to Exclude Evidence or Argument That
PeopleSoft's Customer Assurance Program Is An Improper Liquidated Damages Provision
with exhibits.pdf
2004-11-19 PeopleSoft MIL No. 12 - Motion to Exclude Evidence or Argument That
PeopleSoft's Customer Assurance Program Is An Improper Liquidated Damages Provision
wo exhibits.pdf
2004-11-19 PeopleSoft MIL No. 13 - Motion to Exclude Arguments and Evidence
Regarding Revenue Recognition.pdf
2004-11-19 PeopleSoft MIL No. 2 - Motion to Exclude Evidence or Argument Regarding
Litigation In Delaware Chancery Court.pdf
2004-11-19 PeopleSoft MIL No. 3 - Motion to Exclude Argument or Suggestions That
PeopleSoft's Contacts with Government Officials Were Improper.pdf
2004-11-19 PeopleSoft MIL No. 4 - Motion to Preclude Oracle From Denying Knowledge
of PeopleSoft's Customer Relationships and Their Value.pdf
2004-11-19 PeopleSoft MIL No. 5 - Motion to Exclude Testimony of Professor David
Teece Regarding Oracle's Damages wo exhibits.pdf
2004-11-19 PeopleSoft MIL No. 6 - Motion to Exclude The Testimony of Rosani M.
Gillespie wo exhibits.pdf
2004-11-19 PeopleSoft MIL No. 7 - Motion to Exclude Evidence or Argument Regarding
Misleading Information on PeopleSoft's Executive Compensation wo exhibits.pdf
2004-11-19 PeopleSoft MIL No. 8 - Motion to Exclude Argument and Evidence Regarding
Witnesses, Information and Documents Not Disclosed in Discovery.pdf
2004-11-19 PeopleSoft MIL No. 9 - Motion to Exclude Evidence and Arguments Regarding
PeopleSoft's Mergers and Acquisitions and Migration or Support Thereof wo
exhibits.pdf
2004-11-19 Proof of Service by Personal Delivery and By Federal Express.pdf
2004-11-19 Third Amended Notice of Taking Depositon of Cuna Mutual Insurance Society
and Request for Production of Documents and Things at Deposition.pdf
2004-11-22 Order Granting in Part and Denying in Part Los Angeles County Protective
Order.pdf
2004-11-22 Order of Reference to Judge Cahill.pdf
2004-11-26 Orader granting Oracles three month extension to respond to Memorial
Hospitals Protective Order Motion.pdf
2004-11-27 Oracle Objections to PeopleSoft Trial Exhibits.pdf
2004-11-29 [Proposed] Order Granting PeopleSoft Request to Refile Conditionally
under seal PeopleSoft's MIL nos. 6,9,10 & 12.pdf
2004-11-29 PeopleSoft opposition to Chesterfield County Motion to Quash in
Virginia.pdf
2004-11-29 POS for deposition subpoena of Raymond J. Lane.pdf
2004-11-29 PS MIL 10 Public version.pdf
2004-11-29 PS MIL 10-sealed version.pdf
2004-11-29 PS MIL 12 Sealed version.pdf
2004-11-29 PS MIL 12-Redacted.pdf
2004-11-29 PS MIL 6 Public version.pdf
2004-11-29 PS MIL 6-sealed version.pdf

Pleadings.txt
2004-11-29 PS MIL 9 Public version.pdf
2004-11-29 PS MIL 9 Sealed version.pdf
2004-11-30 Confidential Galos Declaration in Support of Oracle's Objections to
PSFT's Proposed Trial Exhibits.pdf
2004-11-30 Oracle's Confidential Objections to PSFT's Proposed Trial Exhibits.pdf
2004-11-30 Oracle's Public Redacted Objections to PSFT's Proposed Trial Exhibits.pdf
2004-11-30 PeopleSoft Confidential Memo in Support of Objections to Proposed Oracle
Trial Exhibits.pdf
2004-11-30 PSFT's Confidential Brief in Support of Objections to Oracle's Proposed
Trial Exhibits.pdf
2004-11-30 PSFT's Redacted Public Brief in Support of Objections to Proposed Oracle
Trial Exhibits.pdf
2004-11-30 Public Galos Declaration in Support of Oracle's Objections to PSFT's
Proposed Trial Exhibits.pdf
2004-12-01 Dismissal of Oracle's 8th and 10th Causes of Action Against Individual
Defendants.pdf
2004-12-01 Oracle Dismissal of Directors with Prejudice.pdf
2004-12-01 PSFT's 2nd Amended Notice of Deposition of ExpressJet Holdings.pdf
2004-12-01 Request for Dismisal of Oracle's 8th and 10th Causes of Action.pdf
2004-12-02 (Confidential) Declaration of Rees F. Morgan in Support of Oracle's
Response to PeopleSoft's Objections to Proposed Trial Exhibits.pdf
2004-12-02 (Confidential) Oracle's Response to PeopleSoft's Objections to Proposed
Trial Exhibits.pdf
2004-12-02 (Confidential) PeopleSoft's Response to Oracle's Objections to
PeopleSoft's Proposed Trial Exhibits.pdf
2004-12-02 (Redacted) Declaration of Rees F. Morgan in Support of Oracle's Response
to PeopleSoft's Objections to Proposed Trial Exhibits.pdf
2004-12-02 (Redacted) Oracle's Response to PeopleSoft's Objections to Proposed Trial
Exhibits.pdf
2004-12-02 (Redacted) PeopleSoft's Response to Oracle's Objections to PeopleSoft's
Proposed Trial Exhibits.pdf
2004-12-02 Amended Notice of Taking Deposition of Tetra Tech, Inc. and Request for
Production of Documents and Things at Deposition.pdf
2004-12-02 Errata to Oracle Motion for Summary Adjudication on Claim for
Interference.pdf
2004-12-02 JAMS Conflict Disclosure Checklist for Cahill.pdf
2004-12-02 JAMS fax with Order of Reference Appointing Referee for Discovery
Purposes.pdf
2004-12-02 Notice of Entry of Joint Stipulation and Order Regarding Trial
Exhibits.pdf
2004-12-02 Notice of Withdrawal of Portion of Cross-Defendants' MSJ relating to
Oracle's Cross-Claims against Individual Directors.pdf
2004-12-02 Oracle's Amended Notice of Taking Depo to Cox Communications Inc.pdf
2004-12-02 Oracle's Amended Notice to Taking Depo to United Components Inc.pdf
2004-12-02 Proof of Service by Email, Personal Delivery and by Federal Express.pdf
2004-12-02 Proof of Service by Hand and Overnight Delivery of Oracle's Response to
PeopleSoft's Objections to Proposed Trial Exhibits and Supporting Declaration.pdf
2004-12-02 Sealed Errata to Oracle's Motion for Adjudication on Claim of
Interference.pdf
2004-12-03 Amended Notice of Taking Deposition of Sun Life Financial.pdf
2004-12-03 Jameson to Strine re shareholder views on pill and CAP.pdf
2004-12-03 MSJ_CAP PeopleSoft's Opposition to Oracle's MSJ re CAP.pdf
2004-12-03 MSJ_INT PS Memo of Points and Authorities in Opposition to Oracle's Mtn
for Summary Adjudication on Claim for Interference.pdf
2004-12-03 MSJ_TL PeopleSoft's Opposition to Oracle's Motion for Summary
Adjudication of PeopleSoft's Trade Libel Cause of Action.pdf
2004-12-03 MSJP Confidential OC£s Opposition to MSJ as to Eight and Tenth Causes of
Action in OC£s C-C.pdf
2004-12-03 MSJP Confidential-Decl of Robert Brundage in Support of Oracle's Opp to
Cross-Defendant's Mtn for Sum Adjud or Judgment to 8th and 10th Causes of Action.pdf
2004-12-03 MSJP Confidential-Oracle's Stmnt of Facts in Resp to PSFT's Stmnt of
Undisputed Facts In Support of Mtn for Sum Adjud or Judgment to 8th and 10th Causes
of Action.pdf
2004-12-03 MSJP Oracle's Memo in Opp to Cross-Defendants Mtn for Summary Adjud or
Judgment as to the 8th and 10th Causes of Action In Oracle's Cross-Complaint.pdf

Pleadings.txt

2004-12-03 MSJP Oracle's Stmnt of Facts in Resp to PSFT's Stmnt of Undisputed Facts
in Support of Mtn for Sum Adjud or Judgment to 8th and 10th Causes of Action.pdf
2004-12-03 MSJP Public-Brundage Declaration in Support of OC&s Opposition to MSJ as
to 8th & 10th Causes of Action in OC&s C-C.pdf
2004-12-03 MSJP Public-OC&s Opposition to MSJ Judgment as to Eight and Tenth Causes
of Action in OC&s C-C.pdf
2004-12-03 MSJP Redacted OC'c Stmnt of Facts in Response to PS's Stmnt of Undisputed
Facts in Sup of MSJ as to 8th & 10th Causes of Action in OC's C-C.PDF
2004-12-03 MSJP Sealed OC's Stmnt of Facts in Response to PS's Stmnt of Undisputed
Facts in Sup of MSJ as to 8th & 10th Causes of Actn. in OC's C-C.PDF
2004-12-03 MSJP Sealed-Brundage Declaration in Support of OC&s Opposition to MSJ as
to 8th & 10th Causes of Action in OC&s C-C.pdf
2004-12-03 OMIL01 PeopleSoft's Opposition to Oracle's Motion In Limine to Preclude
Evidence of Communication with Customers as to Which PeopleSoft Asserts No
Claims.pdf
2004-12-03 OMIL02 PeopleSoft's Opposition to Oracle's Motion In Limine to Preclude
Evidence of Communication with Customers that Post-Date the Relevant
Transactions.pdf
2004-12-03 OMIL03 PeopleSoft opposition to Oracle motion in limine no 3 re internal
Oracle customer strategies.pdf
2004-12-03 OMIL04 PeopleSoft's Opposition to Oracle's Motion In Limine to Exclude
Evidence Regarding Oracle's Counsel's Prior Retention of Professor Robert E. Hall In
Unrelated Lawsuits.pdf
2004-12-03 OMIL05 Confidential - PeopleSoft's Opposition to Oracle's Motion in
Limine 5 to Exclude Testimony of Robert E. Hall Regarding Liability Issues.pdf
2004-12-03 OMIL06 Plaintiff's Memorandum of Points and Authorities In Opposition to
Oracle Corporation's Motion In Limine to Exclude Testimony of Robert E. Hall
Regarding Damages.pdf
2004-12-03 OMIL07 Plaintiffs' MPA In Opposition to Oracle Motion In Limine to
Exclude Testimony of D. Paul Regan.pdf
2004-12-03 OMIL08 Confidential - PeopleSoft's Memorandum of Points and Authorities
In Opposition to Oracle Corp.'s Motion In Limine to Exclude Evidence of CPG
Integration and Litigatoin.pdf
2004-12-03 OMIL09 Confidential - PeopleSoft's Memo of P and A In Opp to Oracle's MIL
to Preclude Enterprise Value as Restitution Under PeopleSoft's UCL Claim.pdf
2004-12-03 OMIL10 PeopleSoft's Opp. to Oracle's MIL to Exclude Evidence Regarding
Oracle's Counsel's Prior Retention of D. Paul Regan and-or Contact in this
Action.pdf
2004-12-03 OMIL11 PeopleSoft's Memo of P and A In Opposition to Oracle's MIL to
Exclude Evidence of PeopleSoft's White Paper.pdf
2004-12-03 OMIL12 PeopleSoft's Opposition to Oracle's MIL to Exclude Evidence of
Inadmissible Customer Hearsay Statements by PeopleSoft witnesses.pdf
2004-12-03 OMIL13 Confidential- Opposition to Oracle's MIL to Exclude Evidence of
Potential Post-Merger Layoffs.pdf
2004-12-03 OMIL14 Plaintiff's Memo of P and A In Opp. to Oracle's MIL to Judicially
Estop PeopleSoft from Challenging the Accuracy of Any Statement Made in the Tender
Offer.pdf
2004-12-03 OMIL15 Confidential- PeopleSoft's Opp. to Oracle's MIL to Exclude
Evidence and-of Argument re Character, Reputation or Practices of Oracle Corp. and
Larry Ellison.pdf
2004-12-03 OMIL17 PeopleSoft's Opposition to Oracle MIL 17 re Oracle antitrust
violation.pdf
2004-12-03 Oracle's [Proposed] Order Denying Cross-Defendants' Mtn for Sum Adjud or
Judgment to 8th and 10th Causes of Action.pdf
2004-12-03 Oracle's [Proposed] Order Denying PSFT's MIL No. 1.pdf
2004-12-03 Oracle's [Proposed] Order Denying PSFT's MIL No. 3.pdf
2004-12-03 Oracle's [Proposed] Order Denying PSFT's MIL No. 5.pdf
2004-12-03 Oracle's [Proposed] Order Denying PSFT's MIL No. 9.pdf
2004-12-03 Oracle's Appendix of Out-of-State Authorities in Opp to MIL No. 1.pdf
2004-12-03 Oracle's Appendix of Out-of-State Authorities in Opp to MIL No. 3.pdf
2004-12-03 Oracle's POS Opp to PSFT's MILs and Related Pldgs.pdf
2004-12-03 Oracle's POS to Summary Adjudication or Judgment to 8th and 10th Causes
of Action.pdf
2004-12-03 Oracle's POS.pdf
2004-12-03 Order of Reference Appointing Referee for Discovey Purposes [CCP Section

Pleadings.txt
639].pdf
2004-12-03 PeopleSoft Opposition to Trade Libel MSJ - Redacted.pdf
2004-12-03 Plaintiffs' MPA in Opposition to Oracle's MIL to Exclude Hall Testimony
[Public Version].pdf
2004-12-03 PMIL01 Appendix of Out-Of-State Authorities Cited in OCÆs Opposition to
PSÆs MIL No. 1 - U.S. v. OC Order and Special Jury Instruction.pdf
2004-12-03 PMIL01 Decl of Katherine Meyers in Support of Oracle's Opp to MIL No.
1.pdf
2004-12-03 PMIL01 MeyersÆ Declaration in Support of OCÆs Opposition to PSÆs MIL No.
1 - U.S. v. OC Order and Special Jury Instruction.pdf
2004-12-03 PMIL01 OCÆs Opposition to PSÆs MIL No. - 1 U.S. v. OC Order and Special
Jury Instruction.pdf
2004-12-03 PMIL01 Oracle's Opposition to MIL No. 1 - DOJ outcome.pdf
2004-12-03 PMIL02 OC's Opposition to Motion No. 2 - DELAWARE ACTION.pdf
2004-12-03 PMIL02 Oracle's Opposition to Motion No. 2 - DELAWARE ACTION.pdf
2004-12-03 PMIL03 Appendix of Out-Of-State Authorities Cited in OCÆs Opposition to
PSÆs MIL No. 3 - Lobbying Activities.pdf
2004-12-03 PMIL03 Confidential-Oracle's Opposition to PSFT's MIL No. 3 - LOBBYING
GOVERNMENT.pdf
2004-12-03 PMIL03 Proposed Order Denying PSÆs MIL No. 3-Lobbying Activities.pdf
2004-12-03 PMIL03 Public-MeyersÆ Declaration in Support of OCÆs Opposition to PSÆs
MIL No. 3 û Lobbying Activities.pdf
2004-12-03 PMIL03 Public-OC's Opposition to PSFT's MIL No. 3 - LOBBYING
GOVERNMENT.pdf
2004-12-03 PMIL03 Sealed-MeyersÆ Declaration in Support of OCÆs Opposition to PSÆs
MIL No. 3 û Lobbying Activities.pdf
2004-12-03 PMIL03 Sealed-OCÆs Opposition to PSÆs MIL No. 3 Lobbying Activities.pdf
2004-12-03 PMIL04 Decl of Daniel Feldstein in Support of OC's Opposition to Motion
No. 4.pdf
2004-12-03 PMIL04 Decl of Daniel Feldstein in Support of Oracle's Opposition to
Motion No. 4.pdf
2004-12-03 PMIL04 OC's Opposition to Motion No. 4 - denial of knowledge of customer
relationships.pdf
2004-12-03 PMIL04 Oracle's Opposition to Motion No. 4 - denial of knowledge of
customer relationships.pdf
2004-12-03 PMIL05 Confidential-Decl of Sadik Huseny in Support of Oracle's Opp to
PSFT's MIL No. 5.pdf
2004-12-03 PMIL05 OC's Opp to PSFT's MIL No. 5 - Teece.pdf
2004-12-03 PMIL05 Oracle's Opp to PSFT's MIL No. 5 - Teece.pdf
2004-12-03 PMIL05 Proposed Order Denying PSÆs MIL No. 5-Teece.pdf
2004-12-03 PMIL05 Public-Decl of Sadik Huseny in Support of OC's Opp to PSFT's MIL
No. 5.pdf
2004-12-03 PMIL05 Sealed-Huseny Declaration in Support of OCÆs Opposition to PSÆs
MIL No. 5 -Teece.pdf
2004-12-03 PMIL06 Decl of Holly House in Support of OC's Opposition to Motion No.
6.pdf
2004-12-03 PMIL06 Decl of Holly House in Support of Oracle's Opposition to Motion
No. 6.pdf
2004-12-03 PMIL06 OC's Opposition to Motion No. 6 - GILLESPIE.pdf
2004-12-03 PMIL06 Oracle's Opposition to Motion No. 6 - GILLESPIE.pdf
2004-12-03 PMIL07 Decl of Daniel Feldstein in Support of OC's Opposition to Motion
No. 7.pdf
2004-12-03 PMIL07 Decl of Daniel Feldstein in Support of Oracle's Opposition to
Motion No. 7.pdf
2004-12-03 PMIL07 OC's Opposition to Motion No. 7 - EXECUTIVE COMPENSATION.pdf
2004-12-03 PMIL07 Oracle's Opposition to Motion No. 7 - EXECUTIVE COMPENSATION.pdf
2004-12-03 PMIL08 OC's Opposition to Motion No. 8 - NOT DISCLOSED IN DISCOVERY.pdf
2004-12-03 PMIL08 Oracle's Opposition to Motion No. 8 - NOT PRODUCED IN
DISCOVERY.pdf
2004-12-03 PMIL09 Confidential-Decl of Sadik Huseny in Support of Oracle's Opp to
PSFT's MIL No. 9.pdf
2004-12-03 PMIL09 Confidential-OC's Opposition to PSFT's MIL No. 9 - PSFT PRIOR
ACQUISITIONS.pdf
2004-12-03 PMIL09 Confidential-Oracle's Opposition to PSFT's MIL No. 9 - PSFT PRIOR
ACQUISITIONS.pdf

Pleadings.txt
2004-12-03 PMIL09 Proposed Order Denying PSÆs MIL No. 9 - to Exclude Evidence and
Arguments Regarding PS's Acquisitions and Migration of Support (2).pdf
2004-12-03 PMIL09 Proposed Order Denying PSÆs MIL No. 9 - to Exclude Evidence and
Arguments Regarding PS's Acquisitions and Migration of Support.pdf
2004-12-03 PMIL09 Public-Decl of Sadik Huseny in Support of OC's Opp to PSFT's MIL
No. 9.pdf
2004-12-03 PMIL09 Sealed-Huseny Declaration in Support of OCs Opposition to PSÆs MIL
No. 9 - Mergers and Acquisitions and Migration of Support.pdf
2004-12-03 PMIL09 Sealed-OCÆs Opposition to PSÆs MIL No. 9 - Mergers and
Acquisitions and Migration of Support.pdf
2004-12-03 PMIL10 OC's Opposition to Motion No. 10 - CAP INSURANCE.pdf
2004-12-03 PMIL10 Oracle's Opposition to Motion No. 10 - CAP INSURANCE.pdf
2004-12-03 PMIL11 OC's Opposition to Motion No. 11 - CAP GAMBLING.pdf
2004-12-03 PMIL11 Oracle's Opposition to Motion No. 11 - CAP GAMBLING.pdf
2004-12-03 PMIL12 OC's Opposition to Motion No. 12 - CAP LIQUIDATED DAMAGES.pdf
2004-12-03 PMIL12 Oracle's Opposition to Motion No. 12 - CAP LIQUIDATED DAMAGES.pdf
2004-12-03 PMIL13 OC's Opposition to Motion No. 13 - CAP REV REC.pdf
2004-12-03 PMIL13 Oracle's Opposition to Motion No. 13 - CAP REV REC.pdf
2004-12-03 PMIL16 [Proposed] Order Denying MIL to Exclude Testimony of PeopleSoft's
Insurance Expert Norris Clark.pdf
2004-12-03 PMIL16 PeopleSoft's Opposition to Oracle's MIL to Exclude Testimony Of
PeopleSoft's Insurance Expert Norris Clark.pdf
2004-12-03 Proof of Service of OC's Memo. of Opposition to Summary Judgment,
Statement of Facts, Declarations and Proposed Order.pdf
2004-12-03 Proof of Service of OC's Opposition to PS's MIL and Related Pleadings.pdf
2004-12-03 Proof of Service of OC's Opposition to PS's Motions 2, 4, 6, 7, 8, 10,
11, 12 13, and Declarations.pdf
2004-12-03 Proposed Order Denying Cross-Defendants Mtn for Summary Adjud or Judgment
as to the 8th and 10th Causes of Action In OC's C-C.pdf
2004-12-03 Redacted- PeopleSoft's Memo of P and A In Opp. to Oracle's Motion for
Summary Adjudication on Claim for Interference.pdf
2004-12-03 Redacted-Decl of Katherine Meyers In Support of Oracle's Opp to PSFT's
MIL No. 3.pdf
2004-12-03 Redacted-Decl of Robert Brundage in Support of Oracle's Opp to
Cross-Defendant's Mtn for Sum Adjud or Judgment to 8th and 10th Causes of Action.pdf
2004-12-03 Redacted-Decl of Sadik Huseny in Support of Oracle's Opp to PSFT's MIL
No. 5.pdf
2004-12-03 Redacted-Decl of Sadik Huseny in Support of Oracle's Opp to PSFT's MIL
No. 9.pdf
2004-12-03 Redacted-Oracle's Memo in Opp to Cross-Defendants Mtn for Summary Adjud
or Judgment as to the 8th and 10th Causes of Action In Oracle's Cross-Complaint.pdf
2004-12-03 Redacted-Oracle's Opposition to PSFT's MIL No. 3.pdf
2004-12-03 Redacted-Oracle's Opposition to PSFT's MIL No. 9.pdf
2004-12-03 Second Amended Notice of Taking Deposition of AAA Mid-Atlantic, Inc..pdf
2004-12-03 Second Amended Notice of Taking Deposition of Chesterfield County.pdf
2004-12-04 Shelton to Banchero re Ray Lane deposition.pdf
2004-12-06 Decl of Kevin Horigan in Support of PST's Motion to Seal.pdf
2004-12-06 Motion for Order to Seal Evidence Depo of Crisp (Pepsi).pdf
2004-12-06 Oracle Letter Brief for 12-10 CMC seeking stay of trial.pdf
2004-12-06 Oracle's Motion to Seal Confidential Information Filed in Support of PMIL
No. 11 and Oppositions to MILs.pdf
2004-12-06 Oracle's Notice of Taking Deposition of Ann Marie Janke.pdf
2004-12-06 PeopleSoft letter brief for 12-10 CMC.pdf
2004-12-06 PSFT's [Proposed] Order Granting Motion to Seal.pdf
2004-12-06 PSFt's Motion to Seal.pdf
2004-12-06 PSFT's POS by Personal Delivery.pdf
2004-12-07 Cahill Recommendation to Court denying Oracle's Motion to Compel.pdf
2004-12-07 MSJ_OINT Amended PeopleSoft Mem. Point and Auth. In Opp to Oracle's MSJ
re Interference.pdf
2004-12-07 Notice of Entry of Special Master's Recommendation to Court Re oracle's
Motion to Compel.pdf
2004-12-07 Notice of Motion and Motion re Lane Deposition.pdf
2004-12-07 Oracle's Declaration of Tom Olinger in Support of Oracle's Motion to Seal
Confidential Information Filed in Support of PMIL No. 11 and Oppositions to MILs.pdf
2004-12-07 Peoplesoft's MIL to Exclude Evidence or Argument That Peoplesoft's Cap

Pleadings.txt
Provisions Constitute Illegal Gaming, Wagers or Bets (Public Redacted Version).pdf
2004-12-07 Public Memo of P & As re Lane deposition.pdf
2004-12-07 Raymond Lane Declaration re Deposition.pdf
2004-12-07 redacted MSJ_OINT Amended PeopleSoft Mem. Point and Auth. In Opp to
Oracle's MSJ re Interference.pdf
2004-12-07 Seal Branchero Declaration re Lane Deposition.pdf
2004-12-07 Sealed Branchero Declaration re Lane Deposition.pdf
2004-12-07 Sealed Memo of P & As re Lane Deposition.pdf
2004-12-07 Second Amended Notice of Deposition for MGE Energy.pdf
2004-12-07 Signed POS for Notice.pdf
2004-12-07 Unsigned POS for Notice.pdf
2004-12-08 (Redacted) Oracle response letter brief re Lane and DiLullo for 12-10
CMC.pdf
2004-12-08 (Redacted) Oracle's Notice of Motion and Motion for Protective Order
Prohibiting Third Party Raymond Lane's Deposition.pdf
2004-12-08 Oracle response letter brief re Lane and DiLullo for 12-10 CMC.pdf
2004-12-08 Oracle's Notice of Motion and Motion for Protective Order Prohibiting
Third Party Raymond Lane's Deposition.pdf
2004-12-08 PeopleSoft response letter brief to Judge Sabraw for 12-10 hearing.pdf
2004-12-08 POS for letter brief.pdf
2004-12-08 Unsigned POS.pdf
2004-12-09 [Proposed] Order Granting Oracle's MIL to Preclude Evidence of Non-listed
Customers.pdf
2004-12-09 Appendix of Non-California Authorities cited in Oracle's MIL to Preclude
Evidence of Non-Listed Customers.pdf
2004-12-09 Declaration of Chi Soo Kim in Support of Oracle's Motion to Strike
Portions of Plaintiffs' Second Amended Complaint.pdf
2004-12-09 MSJ_OINT ORACLE - MPA INTERFENCE ECONOMIC ADVANTAGE - UNDER SEAL.pdf
2004-12-09 MSJ_OINT ORACLE - STATEMENT OF UNDISPUTED FACTS - INTERFERENCE.pdf
2004-12-09 MSJ_OPUN ORACLE - MPA PUNITIVE DAMAGES - UNDER SEAL.pdf
2004-12-09 MSJ_OPUN ORACLE - STATEMENT OF UNDISPUTED FACTS - PUNITIVE DAMAGES.pdf
2004-12-09 Notice of Entry of Order re Pepsi Pro Hac Vice.pdf
2004-12-09 OMIL Declaration of Chi Soo Kim in Support of Oracle's MIL to Exclude
Evidence of non-listed Customers.pdf
2004-12-09 OMIL Oracle's Notice and MIL to Exclude Evidence of Non-Listed
Customers.pdf
2004-12-09 OMIL-64 [Proposed] Order Granting Motion to Strike under Proposition
64.pdf
2004-12-09 OMIL-64 Memorandum of P & As in Support of Motion to Strike under
Proposition 64.pdf
2004-12-09 OMIL-64 Notice of Motion & Motion to Strike Proposition 64.pdf
2004-12-09 OMIL-Nonlist Oracle's MIL to Preclude Evidence of Non-Listed customers to
Prove Entitlement to Punitive Damages.pdf
2004-12-09 PeopleSoft amendment to interference memorandum re Geoservices.pdf
2004-12-09 Second Amended Notice of Taking Deposition of Lobby Hobby Stores,
Inc..pdf
2004-12-10 Commission re Deposition Subpoena of Don Gagnon.pdf
2004-12-13 Minute Order re Court's Decision (evidentiary objections and MILs).pdf
2004-12-13 Minute Order re Court's Decision (various MILs).pdf
2004-12-13 Minute Order re Court's Decision.pdf
2004-12-13 Plaintiffs' MPA in Opposition to Oracle's MIL to Exclude Regan Testimony
[Public Version].pdf
2004-12-20 Stipulation and [Proposed] Order for Stay of Litigation.pdf
2004-12-22 (Filed) Order for Stay of Litigation.pdf
2004-12-22 [Proposed] Order Granting Motion to Seal Documents Submited in Support of
Oracle's MIL re Individiaulized proof.pdf
2004-12-22 [Proposed} Order Granting Motion to Ceal Confidential Information in
Connection with Motions for Summary Adjudication.pdf
2004-12-22 Amended Proof of Service by Personal Delivery and By Mail.pdf
2004-12-22 Bourgault Declaration in Support of Motion to Seal Confidential
Information Submitted in Connection with Motions for Summary Adjudication.pdf
2004-12-22 Memorandum of P &A's in Support of Joinder to Motion to Seal Documents
Submitted in Support of Oracle's MIL re Individualized Proof.pdf
2004-12-22 Motion to Seal Confidential Information Submitted in Connection with
Motions for Summary Adjudication.pdf

Pleadings.txt
2004-12-22 Wilmington Declaration in Support of PeopoleSoft's Joinder in Oracles
Motion to Seal MIL's re Individualized Proof.pdf
2004-12-23 Notice of Change of Firm Name and Legal Status.pdf
2004-12-27 Olinger Declaration re Oracle Motion to Seal on Motions in Limine.pdf
2004-12-27 Olinger Declaration re Oracle Motion to Seal.pdf
2004-12-27 Oracle MPA re Motion to Seal.pdf
2004-12-27 Oracle Notice of Motion to Seal.pdf
2004-12-27 Oracle Proof of Service re Motion to Seal.pdf
2004-12-27 Oracle Proof of Servie re Motion in Limine Motion to Seal.pdf
2004-12-27 Oracle Proposed Order re Motion to Seal Summary Judgment Filings.pdf
2004-12-27 Oracle Proposed Order re Sealing Motion in Limine Filings.pdf
2004-12-27 Park Declaration re Oracle Motion to Seal.pdf
2004-12-27 Pepsi Motion for Order Sealing Records, Supporting Declaration and
Memorandum of Points and Authorities.pdf
2004-12-27 Pepsie Motion to Seal.pdf
2004-12-29 Target Notice of Telephonic Appearance.pdf
2004-12-9 Amended Notice of Deposition of Gartner, Inc..pdf
2004-12-9 Second Amended Notice of the Deposition of Hewitt Associates.pdf
2004.09.10 PeopleSoft's Notice of Depositions of Los Angeles Unified School
District.pdf
2005-00-00 Letters Rogatory for British Columbia Lottery, Lethbridge, Mouvement
Desjardins, Thrifty Stores BC.pdf
2005-00-00 Letters Rogatory for Fischer Participacoes.pdf
2005-01-06 (Filed) Order Granting Pro Hac Vice Applications, Dropping Mtn to Quash
Deposition, Dropping MSJs and MSA, and Continuing Motions to Seal.pdf
2005-01-11 Joint Request for Dismissal.pdf
2005-01-12 Notice of Entry of Dismissal and Proof of Service.pdf
2005-01-13 French Notice of Deposition of Editions Atlas.pdf
2005-01-14 Order Granting Pro Hac Vice Applications, Dropping Motion to Quash
Deposition, Dropping MSJ and MSA, Continuing Motions to Seal.pdf
2005-01-28 French court notice re SAS material.pdf
2005-01-31 Cobra Electronics Corporation's Motion to Seal Portions of Deposition of
Michael Smith Filed in Support of Oracle's Motion for Summary Adjudication.pdf
2005-02-01 (Amended) Cobra Electronics Corporation's Motion to Seal Portions of
Deposition of Michael Smith Filed in Support of Oracle's Motion for Summary
Adjudication.pdf
2005-02-18 Proof of Service.pdf
2005-04-14 Order Granting Motion to Seal.pdf
2005-04-22 POS for Order Granting Motion to Seal.pdf
2005-08-09 Notice of Entry of Order of Judgment of Dismissal.pdf