1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA 94104
4   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA 94303
    Telephone:    (650) 739-3939
10  Facsimile:    (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX 77002
    Telephone:    (832) 239-3939
15  Facsimile:    (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                     SAN FRANCISCO DIVISION

22  ORACLE USA, INC., *et al.*,              CASE NO. 07-CV-01658 PJH (EDL)

23                 Plaintiffs,               **PROOF OF SERVICE**

24        v.

25  SAP AG, *et al.*,

26                 Defendants.

27

28

Dockets.Justia.com

1

**PROOF OF SERVICE**

2

I, Ruth Chavez, declare:

3

I am a citizen of the United States and employed in San Francisco County, California. I

4

am over the age of eighteen years and not a party to the within-entitled action. My business

5

address is 555 California Street, 26th Floor, San Francisco, California 94104. On December 11,

6

2009, I served a copy of the within document(s):

7

**DEFENDANTS' MOTION TO COMPEL – SUBMITTED
UNDER SEAL; and**

8

9

**DECLARATION OF SCOTT W. COWAN IN SUPPORT OF
DEFENDANTS' MOTION TO COMPEL – SUBMITTED
UNDER SEAL**

10

11

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set
forth below on this date before 5:00 p.m.

12

13

☐   by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in the United States mail at San Francisco, California addressed as
set forth below.

14

15

☐   by placing the document(s) listed above in a sealed _____ envelope and
affixing a pre-paid air bill, and causing the envelope to be delivered to a
agent for delivery.

16

17

X   by personally delivering the document(s) listed above to the person(s) at the
address(es) set forth below.

18

19

☐   by transmitting via e-mail or electronic transmission the document(s) listed above
to the person(s) at the e-mail address(es) set forth below.

20

21

Geoffrey M. Howard
Zachary J. Alinder

22

Bree Hann
Holly A. House

23

BINGHAM McCUTCHEN LLP
Three Embarcadero Center

24

San Francisco, CA 94111-4067
geoff.howard@bingham.com

25

Zachary.alinder@bingham.com

26

Bree.hann@bingham.com
Holly.house@bingham.com

27

28

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 11, 2009, at San Francisco, California.

Ruth Chavez