EXHIBIT B

# JONES DAY

717 TEXAS • SUITE 3300 • HOUSTON, TEXAS 77002-2712

TELEPHONE: (832) 239-3939 • FACSIMILE: (832) 239-3600

Direct Number: (832) 239-3719
jlfuchs@jonesday.com

JP003791                         August 31, 2009
530198-645001

*Via Overnight Courier – (with enclosures)*
*and E-mail (without enclosures) to geoff.howard@bingham.com*

Mr. Geoffrey M. Howard
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Re:   Case No. 07-CV-1658; *Oracle Corporation, et al., v. SAP AG et al.*; U. S. District Court, Northern District of California, San Francisco Division

Dear Mr. Howard:

As part of TomorrowNow's document production, enclosed please find TomorrowNow's two hundred fourteenth supplemental production as follows:

1. A disc containing supplemental electronic documents that were previously wholly withheld from custodians John Baugh, Andrew Nelson, Greg Nelson, Shelley Nelson, Nick Rawls, John Ritchie, Keith Shankle, Pete Surette, and Mark White; (TN (Disc).266 - TN-OR 07137608). Defendants have removed the privilege designation on portions of these documents. Defendants have previously produced these documents through other custodians in the same form they are being produced here.

2. A disc containing supplemental electronic documents that were previously withheld in whole or in part from custodians Andrew Nelson, Greg Nelson, Shelley Nelson, Bert Oltmans, Spencer Phillips, Laura Sweetman, and Eskander Yavar; (TN (Disc).267 - TN-OR 07137609). Defendants have removed the privilege designation on portions of these documents, which will be reflected in Defendants' next privilege log. Defendants have previously produced these documents through other custodians in the same form they are being produced here. These documents were previously produced with either slip sheets or redactions, so you will need to replace those existing versions of these documents in your database with the versions from this production.

As noted above, all of these documents have been produced previously through other custodians in the form they are being produced here. Defendants continue to review all of their

HUI-117644v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Mr. Geoffrey M. Howard
August 31, 2009
Page 2

documents for privilege, in an effort to ensure that all such documents are treated as consistently as is reasonably possible.

All native files to the extent not clearly designated otherwise should be treated as "Highly Confidential Information – Attorneys' Eyes Only."

Please contact me if you have any questions.

Very truly yours,

*Joshua Fuchs /CMF w/ permission*

Joshua L. Fuchs

Enclosure

cc:   *Via E-mail (without enclosures)*
      Donn Pickett – Bingham McCutchen, LLP – donn.pickett@bingham.com
      Holly House – Bingham McCutchen, LLP – holly.house@bingham.com
      Zachary J. Alinder – Bingham McCutchen, LLP – zachary.alinder@bingham.com
      Bree Hann – Bingham McCutchen, LLP – bree.hann@bingham.com

      *Via E-mail (without enclosures)*
      Greg Lanier – Jones Day Silicon Valley – tglanier@jonesday.com
      Scott W. Cowan – Jones Day Houston – swcowan@jonesday.com
      Jason McDonell – Jones Day San Francisco – jmcdonell@jonesday.com
      Elaine Wallace – Jones Day San Francisco – ewallace@jonesday.com
      Jane Froyd – Jones Day Silicon Valley – jfroyd@jonesday.com
      Jacqueline K. S. Lee – Jones Day Silicon Valley – jkslee@jonesday.com

HUI-117644v1