EXHIBIT C

# JONES DAY

717 TEXAS • SUITE 3300 • HOUSTON, TEXAS 77002-2712

TELEPHONE: (832) 239-3939 • FACSIMILE: (832) 239-3600

Direct Number: (832) 239-3813
cdscobie@jonesday.com

October 21, 2009

*Via E-mail to geoff.howard@bingham.com*

Mr. Geoffrey M. Howard
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA  94111-4067

Re:  Case No. 07-CV-1658; *Oracle Corporation, et al., v. SAP AG et al.*
U. S. District Court, Northern District of California, Oakland Division

Dear Mr. Howard:

Defendants have discovered the inadvertent production of twenty-two privileged documents from TN custodians.  Defendants request, pursuant to paragraph 15 of the Stipulated Protective Order, that Plaintiffs promptly return or destroy all copies, electronic or otherwise, of the following documents, except the original production disk for disaster recovery purposes.[1]

The documents at issue are listed in the chart below.

| Beginning Bates Number | Ending Bates Number |
|---|---|
| TN-OR00657800 | TN-OR00657813 |
| TN-OR00688048 | TN-OR00688057 |
| TN-OR00688060 | TN-OR00688073 |
| TN-OR00852363 | TN-OR00852364 |
| TN-OR00852365 | TN-OR00852375 |
| TN-OR00852376 | TN-OR00852386 |
| TN-OR00852400 | TN-OR00852401 |
| TN-OR01022329 | TN-OR01022338 |
| TN-OR01022391 | TN-OR01022407 |
| TN-OR01122770 | TN-OR01122782 |
| TN-OR01122830 | TN-OR01122839 |
| TN-OR01142754 | TN-OR01142766 |
| TN-OR01570794 | TN-OR01570807 |
| TN-OR01694688 | TN-OR01694689 |

---

[1] Per Judge Laporte's August 29, 2008 Order ("[U]nder the existing protective order and the parties' agreement regarding disaster recovery, the party from whom documents are clawed back shall not retain a copy of the documents (except one for disaster recovery purposes) and shall not subsequently read or take notes about the clawed back documents.")

HUI-119648v1

JONES DAY

Mr. Geoffrey M. Howard
October 21, 2009
Page 2

| Beginning Bates Number | Ending Bates Number |
|---|---|
| TN-OR01731470 | TN-OR01731480 |
| TN-OR01778799 | TN-OR01778800 |
| TN-OR02181823 | TN-OR02181826 |
| TN-OR02181827 | TN-OR02181834 |
| TN-OR02181835 | TN-OR02181839 |
| TN-OR02185764 | TN-OR02185766 |
| TN-OR02185767 | TN-OR02185769 |
| TN-OR02185770 | TN-OR02185778 |

For your convenience, PDF copies of the redacted documents are being provided to you by e-mail. Defendants will promptly provide replacement .tif images and a load file for these documents. Please note that Defendants have redesignated some of these documents as "Confidential."

Additionally, Defendants have discovered the inadvertent production of twelve privileged documents from SAP custodians. Defendants request, pursuant to paragraph 15 of the Stipulated Protective Order, that Plaintiffs promptly return or destroy all copies, electronic or otherwise, of the following documents, except the original production disk for disaster recovery purposes.

The documents at issue are listed in the chart below.

| Beginning Bates Number | Ending Bates Number |
|---|---|
| SAP-OR00677484 | SAP-OR00677490 |
| SAP-OR00677580 | SAP-OR00677588 |
| SAP-OR00677719 | SAP-OR00677725 |
| SAP-OR00677727 | SAP-OR00677735 |
| SAP-OR00677804 | SAP-OR00677813 |
| SAP-OR00678067 | SAP-OR00678075 |
| SAP-OR00785742 | SAP-OR00785750 |
| SAP-OR00785762 | SAP-OR00785770 |
| SAP-OR00785771 | SAP-OR00785777 |
| SAP-OR00785778 | SAP-OR00785780 |
| SAP-OR00785784 | SAP-OR00785792 |
| SAP-OR00785820 | SAP-OR00785829 |

For your convenience, PDF copies of the redacted documents are being provided to you by e-mail. Defendants will promptly provide replacement .tif images and a load file for these documents.

HUI-119648v1

JONES DAY

Mr. Geoffrey M. Howard
October 21, 2009
Page 3

      Please let us know if you have any questions.

                                            Regards,
                                            /s/
                                            Courtney D. Scobie


cc:     *Via E-mail*
        Donn Pickett – Bingham McCutchen, LLP – donn.pickett@bingham.com
        Holly House – Bingham McCutchen, LLP – holly.house@bingham.com
        Zachary J. Alinder – Bingham McCutchen, LLP – zachary.alinder@bingham.com
        Bree Hann – Bingham McCutchen, LLP – bree.hann@bingham.com
        Chad Russell- Bingham McCutchen, LLP – chad.russell@bingham.com

        *Via E-mail*
        Greg Lanier – Jones Day Silicon Valley – tglanier@jonesday.com
        Scott W. Cowan – Jones Day Houston – swcowan@jonesday.com
        Jason McDonell - Jones Day San Francisco – jmcdonell@jonesday.com
        Elaine Wallace – Jones Day San Francisco – ewallace@jonesday.com
        Jane Froyd – Jones Day Silicon Valley – jfroyd@jonesday.com
        Josh Fuchs – Jones Day Houston – jlfuchs@jonesday.com
        Jacqueline K. S. Lee – Jones Day Silicon Valley – jkslee@jonesday.com

HUI-119648v1