EXHIBIT I

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.
_____

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 6, 2008
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)
_____

PURSUANT TO NOTICE, the Videotape Rule 30(b)(6) deposition of JOHN M. BAUGH was taken on behalf of the Plaintiffs at 1700 Lincoln Street, Suite 4100, Denver, Colorado 80203, on February 6, 2008, at 1:17 p.m., before Sandra L. Bray, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public within Colorado.

Merrill Legal Solutions
(800) 869-9132

JOHN M. BAUGH        February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 27

```
14:00:09 14            Q.   Did you build any of the generic
14:00:12 15      environments that were used as part of the retrofit
14:00:15 16      service offering?
14:00:21 17            A.   I don't recall if I did.
14:00:28 18            Q.   Do you know who did build any of those
14:00:30 19      generic environments that were used as part of the
14:00:33 20      retrofit service offering?
14:00:34 21            A.   Yes.
14:00:34 22            Q.   Who was that?
14:00:35 23            A.   Andrew Nelson was one person.
14:00:42 24            Q.   Anybody else?
14:00:45 25            A.   Catherine Hyde.
```

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 28

14:00:51  1           Q.   Anybody else that you know who was
14:00:55  2   responsible for building the generic environments that
14:00:57  3   were used as part of the retrofit service offering?
14:01:02  4           A.   Not that I could be sure that they did
14:01:06  5   that.

```
14:03:24 18           Q.   Well, all together.  Thinking about all
14:03:31 19      of the generic environments that were used for
14:03:33 20      retrofit service offerings, how many total
14:03:37 21      environments did that include?
14:03:41 22           A.   I'm not sure.  I would have to review my
14:03:45 23      documentation.
14:03:46 24           Q.   Can you estimate, ballpark approximately
14:03:51 25      how many it might have been or within a range?
```

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 30

14:03:54  1          A.   I really can't.  I'd want to look at my
14:03:58  2   documentation.
14:03:58  3          Q.   What documentation would that be?
14:04:00  4          A.   Documentation that was provided in
14:04:07  5   preparation for this deposition.
14:04:12  6          Q.   Can you be more specific about what that
14:04:15  7   would be?
14:04:17  8          A.   Documentation located in our SAS
14:04:22  9   databases and documentation in our BakTrak database.
14:04:34 10          Q.   And is there a view, as it's used in SAS
14:04:42 11   database terminology, that would show these generic
14:04:49 12   environments that were used that you could refer to?
14:04:50 13          A.   I think there is a view that does show
14:04:55 14   them, yes.
14:04:55 15          Q.   How would you describe that view if you
14:04:58 16   were trying to tell somebody where to look in the SAS
14:05:05 17   database?
14:05:09 18          A.   I don't remember the exact path without
14:05:14 19   having the database in front of me, but in general, I
14:05:17 20   think it would be the SAS Enterprise database, and
14:05:22 21   then there's a support view -- view by client support
14:05:26 22   type.  I don't know if it's the exact name, but you
14:05:30 23   can look at the or view the environments by type of
14:05:38 24   support.
14:05:47 25          Q.   What would be the indicator by type of

Page 31

14:05:49  1    support for these generic environments that were used
14:05:54  2    for the retrofit service offering that you've been
14:05:57  3    describing?
14:05:59  4            A.   They would fall into the category of
14:06:03  5    extended support clients.

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 43

14:31:41 17          Q.   Any other databases that you asked her
14:31:45 18    about other than the DAT databases?
14:31:51 19          A.   We discussed one database that has a
14:31:55 20    generic name.
14:32:01 21          Q.   Which database is that?
14:32:02 22          A.   It's the HR751CSS database.
14:32:14 23          Q.   What did you ask her and what did she
14:32:16 24    say about that database?
14:32:17 25               MR. FUCHS:  Objection, form.

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 44

```
14:32:20   1          A.   Could you please restate the question?
14:32:23   2          Q.   What did you ask about that database?
14:32:25   3          A.   I basically asked -- discussed whether
14:32:31   4     or how this database was currently used.
14:32:35   5          Q.   What did she say?
14:32:38   6          A.   She said there was still or -- there was
14:32:42   7     four clients being supported on this database.
14:32:45   8          Q.   Did she say who the clients were?
14:32:49   9          A.   Those clients are Advanced Auto Parts,
14:33:02  10     Bear Sterns, Heritage Valley Health Care, and
14:33:14  11     Universal City Studios, I think it is.
14:33:21  12          Q.   How are those clients being supported
14:33:24  13     using the HR751CSS database?
14:33:31  14          A.   For regulatory updates.
14:33:41  15          Q.   Are you saying all of these four clients
14:33:43  16     are as of now being supported out of this one
14:33:49  17     database?
14:33:49  18          A.   Correct.
14:33:54  19          Q.   When we use the term "database
14:34:01  20     HR751CSS," is that the same as an environment?
14:34:04  21          A.   Yes.
14:34:06  22          Q.   So this is a continuing example of using
14:34:11  23     a generic environment to support multiple customers;
14:34:15  24     is that right?
14:34:16  25          A.   Yes.
```

## REPORTER'S CERTIFICATE

STATE OF COLORADO      )
                       ) ss.
CITY AND COUNTY OF DENVER )

    I, SANDRA L. BRAY, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public, State of Colorado, do hereby certify that previous to the commencement of the examination, the said JOHN M. BAUGH was duly sworn by me to testify to the truth in relations to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

    I further certify that I am not employed by, related to, nor of counsel for any of the parties herein nor otherwise interested in the outcome of this litigation.

    IN WITNESS WHEREOF, I have affixed my signature this <u>10th</u> of <u>February</u>, 2008.

    My commission expires January 16, 2012.


__X__    Reading and Signing was requested.

_____    Reading and Signing was waived.

_____    Reading and Signing is not required.


*Sandra L. Bray*
Sandra L. Bray, RMR, CRR, RDR
Certified Realtime Reporter