Exhibit J

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>        Defendants. | No. 07-CV-1658 (PJH) |

VIDEOTAPED DEPOSITION OF

CHRISTOPHER FAYE

WEDNESDAY, OCTOBER 22, 2008

HIGHLY CONFIDENTIAL

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-413165)

Merrill Legal Solutions
(800) 869-9132

```
09:28:08   6         Q.  Was he involved in any analysis of whether
09:28:11   7    TomorrowNow was infringing copyright?
09:28:17   8              MR. LANIER:  Let me think for a second
09:28:19   9    about that question.
09:28:32  10              Are you asking before the litigation or
09:28:33  11    after, or are you limiting your question at all as
09:28:36  12    to time?
09:28:37  13              MR. PICKETT:  Not limiting.
09:28:42  14              MR. LANIER:  You can answer that question
09:28:43  15    at that high level of detail.
09:28:45  16              THE WITNESS:  Yes.
09:28:47  17              MR. PICKETT:  Q.  Did he work with you on
09:28:49  18    that topic?
09:28:50  19         A.  Yes.
09:28:54  20         Q.  During what time period?
09:28:58  21         A.  Oh, I'd say during the entire time period
09:29:27  22    that I was working on it.
09:29:30  23         Q.  So from the acquisition until the
09:29:33  24    litigation?
09:29:34  25         A.  Yes.
```

```
09:29:37  1       Q.  Was Mr. Crean also involved in that
09:29:40  2   exercise?
09:29:43  3       A.  Which exercise?
09:29:44  4       Q.  Providing advice regarding potential
09:29:47  5   copyright infringement by TomorrowNow.
09:29:50  6       A.  Yes.
09:29:52  7       Q.  Any other lawyers?
09:29:53  8       A.  Yes.
09:29:54  9       Q.  Who?
09:29:57 10       A.  Bob Dillon.
09:30:00 11       Q.  Who is he?
09:30:01 12       A.  He's an attorney in the SAP America legal
09:30:02 13   group.
09:30:04 14       Q.  Anyone else?
09:30:06 15       A.  Yes.  Brad Brubaker.
09:30:12 16       Q.  Who is he?
09:30:14 17       A.  He was at the time the general counsel of
09:30:16 18   SAP America.  Those are the only ones that I can
09:30:35 19   remember.
09:30:35 20       Q.  And were they all involved in the same time
09:30:37 21   period?
09:30:40 22       A.  Yes, to a greater or lesser extent.
09:30:48 23       Q.  Were any outside counsel involved in
09:30:52 24   providing -- well, just let me put it this way:
09:30:57 25   Were any outside counsel involved with respect to
```

CHRISTOPHER FAYE          October 22, 2008
HIGHLY CONFIDENTIAL

Page 26

| Time | # | |
|---|---|---|
| 09:31:01 | 1 | the general topic of potential infringement by |
| 09:31:05 | 2 | TomorrowNow? |
| 09:31:06 | 3 | A. Yes. |
| 09:31:07 | 4 | Q. Who were they? |
| 09:31:09 | 5 | A. David Hayes. |
| 09:31:12 | 6 | Q. What firm? |
| 09:31:13 | 7 | A. He's at Fenwick. |
| 09:31:19 | 8 | Q. Who else? |
| 09:31:20 | 9 | A. I think that's it. |
| 09:31:23 | 10 | Q. And what was the time period in which |
| 09:31:26 | 11 | Mr. Hayes was involved? |
| 09:31:29 | 12 | A. I would say also that same period. |
| 09:31:32 | 13 | Basically, from the beginning. |
| 09:31:34 | 14 | Q. On and off over that -- |
| 09:31:36 | 15 | A. Yes, over that -- |
| 09:31:37 | 16 | Q. -- period? |
| 09:31:39 | 17 | A. Yeah. |

```
1                    CERTIFICATE OF REPORTER
2           I, HOLLY THUMAN, a Certified Shorthand
3   Reporter, hereby certify that the witness in the
4   foregoing deposition was by me duly sworn to tell the
5   truth, the whole truth, and nothing but the truth in the
6   within-entitled cause; that said deposition was taken
7   down in shorthand by me, a disinterested person, at the
8   time and place therein stated, and that the testimony of
9   the said witness was thereafter reduced to typewriting,
10  by computer, under my direction and supervision;
11          That before completion of the deposition,
12  review of the transcript [X] was [ ] was not requested.
13  If requested, any changes made by the deponent (and
14  provided to the reporter) during the period allowed are
15  appended hereto.
16          I further certify that I am not of counsel or
17  attorney for either or any of the parties to the said
18  deposition, nor in any way interested in the event of
19  this cause, and that I am not related to any of the
20  parties thereto.
21
22          DATED October 24, 2008
23
24                                  _____
25                                  HOLLY THUMAN, CSR No. 6834
```