EXHIBIT K

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, ET AL, *
      Plaintiffs, *
       *
VS. * CASE NO. 07-CV-01658 (MJJ)
       *
SAP AG, ET AL, *
      Defendants. *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

CATHERINE LEE HYDE

APRIL 1, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

CATHERINE LEE HYDE     April 1, 2008
HIGHLY CONFIDENTIAL

Page 23

16:46:03  6        Q.   (By Mr. Howard)  Let me back up.  We've agreed
16:46:22  7   that the bundle is a collection of individual fixes,
16:46:26  8   right?
16:46:26  9        A.   Correct.
16:46:27 10        Q.   And those individual fixes are created,
16:46:34 11   authored by TomorrowNow using a particular local
16:46:37 12   environment?
16:46:38 13        A.   Or environments.

```
 1    COUNTY OF HARRIS

 2    STATE OF TEXAS

 3

 4                    REPORTER'S CERTIFICATE

 5

 6            I, CAROL JENKINS, Certified Shorthand

 7    Reporter in and for the State of Texas, hereby certify

 8    that this transcript is a true record of the testimony

 9    given by the witness named herein, after said witness

10    was duly sworn by me.

11            I further certify that the deposition

12    transcript was submitted on _____,

13    _____ to the witness or to the attorney for the

14    witness for examination, signature, and return to me by

15    _____, _____ .

16            I further certify the amount of time used

17    by each party at the deposition is as follows:

18            Mr. Geoffrey M. Howard - (01h44m)

19            Mr. Jason McDonell - (00h00m)

20            I further certify that I am neither

21    attorney nor counsel for, related to, nor employed by

22    any of the parties to the action in which this testimony

23    was taken.  Further, I am not a relative or employee of

24    any attorney of record in this cause, nor do I have a

25    financial interest in the action.
```

64

CATHERINE LEE HYDE
**HIGHLY CONFIDENTIAL**

1    SUBSCRIBED AND SWORN TO by the undersigned

2    on this the 7th day of April, 2008.

3

4    *Carol Jenkins*
       **CAROL JENKINS, CSR**

5    Certificate No. 2660

    Date of Expiration: 12/31/08

6    Merrill Legal Solutions, No. 210

    315 Capitol Street, Suite 100

7    Houston, Texas 77002

    (713) 426-0400

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

65