EXHIBIT L

Dockets.Justia.com

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a            )
Delaware corporation, ORACLE     )
USA, INC., a Colorado            )
corporation, and ORACLE          )
INTERNATIONAL CORPORATION,       )
a California corporation,        )
                                 )
        Plaintiffs,              )
                                 )
vs.                              ) CASE NO. 07-CV-01658 (MJJ)
                                 )
SAP AG, a German corporation,    )
SAP AMERICA, INC., a Delaware    )
corporation, TOMORROWNOW,        )
INC., a Texas corporation, and)
DOES 1-50, inclusive,            )
                                 )
        Defendants.              )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
ORAL VIDEOTAPED DEPOSITION
30(B)(6) TOMORROWNOW, INC.
RODERIC RUSSELL
JUNE 25, 2008

    ORAL VIDEOTAPED DEPOSITION OF RODERIC RUSSELL, produced

as a witness at the instance of the Plaintiffs and duly sworn,

was taken in the above-styled and numbered cause on the 25th

day of June, 2008, from 8:42 a.m. to 2:40 p.m., before Dana

Richardson, Certified Shorthand Reporter in and for the State

of Texas, reported by computerized stenotype machine at the

offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas

77002, pursuant to the Federal Rules of Civil Procedure and

the provisions stated on the record or attached hereto.

    Job No. 1603-87429

RODERIC RUSSELL    June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 21

| | | |
|---|---|---|
| 09:08:40 | 8 | Q.    Okay.  So, let's look at 287, then, in the master fix |
| 09:08:44 | 9 | view and let's start with -- maybe you can just describe for |
| 09:08:49 | 10 | me how the development process unfolds when there's an |
| 09:08:54 | 11 | identified need to develop a fix such as the 6621 fix.  What |
| 09:09:03 | 12 | happens? |
| 09:09:07 | 13 | A.    Well, different roles are assigned to the fix; and |
| 09:09:10 | 14 | then each of those tasks, such as a developer, will identify |
| 09:09:18 | 15 | what the need is, what the change should be.  We also have |
| 09:09:23 | 16 | a -- I should say before that, a scoping role where we |
| 09:09:28 | 17 | identify what the regulation is, what are the details around |
| 09:09:33 | 18 | the regulation and then we would go in and develop -- the |
| 09:09:44 | 19 | particular fix would be developed on our client environments |
| 09:09:49 | 20 | and then tested and then published. |
| 09:09:53 | 21 | Q.    Okay.  So, there's an identification of a need.  That |
| 09:10:05 | 22 | is the first step? |
| 09:10:06 | 23 | A.    Yes. |
| 09:10:10 | 24 | Q.    There's a scoping process.  Is that the second step? |
| 09:10:13 | 25 | A.    Yes. |

RODERIC RUSSELL   June 25, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 22

| | | |
|---|---|---|
| 09:10:14 | 1 | Q.   And the scoping is -- serves what purpose? |
| 09:10:20 | 2 | A.   To identify, basically, the business requirements of |
| 09:10:24 | 3 | the change. |
| 09:10:32 | 4 | Q.   Then there's the actual development of the fix?  Is |
| 09:10:38 | 5 | that the next step? |
| 09:10:38 | 6 | A.   Yes. |
| 09:10:41 | 7 | Q.   And then after there's a -- and that's -- that's |
| 09:10:45 | 8 | done -- well, we'll get to it.  But -- but -- but as I |
| 09:10:49 | 9 | understand it, that's done in -- initially done in one release |
| 09:10:59 | 10 | first to -- to develop the objects that are going to be the |
| 09:11:05 | 11 | updated objects that will be sent out; is that right? |
| 09:11:08 | 12 | A.   Well, when you say "in one release," typically the |
| 09:11:12 | 13 | development is assigned to one developer.  So, in that regard, |
| 09:11:17 | 14 | they would have to start somewhere.  Eventually they would |
| 09:11:20 | 15 | have to hit each release; but since it's one person, they |
| 09:11:25 | 16 | would obviously have to start in one -- one particular. |

1   STATE OF TEXAS
    COUNTY OF HARRIS
2                         REPORTER'S CERTIFICATE

3        I, Dana Richardson, a Certified Shorthand Reporter in and

4   for the State of Texas, do certify that this deposition

5   transcript is a true record of the testimony given by the

6   witness named herein, after said witness was duly sworn by me.

7   The witness was requested to review the deposition.

8        I further certify that I am neither attorney or counsel

9   for, related to, nor employed by any parties to the action in

10  which this testimony is taken and, further, that I am not a

11  relative or employee of any counsel employed by the parties

12  hereto or financially interested in the action.

13       I further certify that the amount of time used by each
    party at the deposition is as follows:
14           Mr. Geoffrey Howard - 04:42
             Mr. Joshua Fuchs - 00:00
15           Mr. Jonathan Bergman - 00:00

16       SUBSCRIBED AND SWORN TO under my hand and seal of office

17  on this the _27_ day of __June__ ,

18  _2008_ .

19

20  _Dana Richardson_

21        Dana Richardson, CSR
          Texas CSR 5386
22        Expiration:  12/31/09
          Merrill Legal Solutions, Firm No. 210
23        315 Capitol, Suite 100
          Houston, Texas 77002
24        Phone (713) 426-0400
          Fax (713) 426-0600

25

167