EXHIBIT M

Page 1

JOB NO. 94821

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a            )   Case No. 07-CV-01658 (MJJ)
Delaware corporation,            )
ORACLE USA, INC., a              )
Colorado corporation, and        )
ORACLE INTERNATIONAL             )
CORPORATION, a California        )
corporation,                     )
                                 )
     Plaintiffs,                 )
                                 )
VS.                              )
                                 )
SAP AG, a German                 )
corporation, SAP AMERICA,        )
INC., a Delaware                 )
corporation, TOMORROWNOW,        )
INC., a Texas corporation,       )
and DOES 1-50, inclusive,        )
                                 )
     Defendants.                 )

ORAL AND VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH SHELLEY NELSON
VOLUME
OCTOBER 30, 2007

ORAL AND VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on October 30, 2007, from 3:44 p.m. to 5:14 p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Jones Day, 717 Texas, Suite 3300 Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

Shelley Nelson                                              October 30, 2007

Page 24

 7            (BY MR. HOWARD)  Well, you're here as the
 8   corporate representative for TomorrowNow and you're
 9   speaking for TomorrowNow.  And I'm asking you as the
10   corporate representative what the company does through
11   its employees in the ordinary course of its business
12   with the local environments that it creates for its
13   customers.
14        A.  It -- it would depend on the team and the role.
15   The environments generally are used for support of
16   client cases and reactive and proactive development of
17   bug fixes or regulatory changes for the clients.

Esquire Deposition Services     505 Sansome Street, Suite 502    San Francisco, California 94111
Phone (415) 288.4280                  800.770.3363                  Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)                    ed0d21f8-82f2-4dbc-8f9e-3d20e7946144

```
 1   THE STATE OF TEXAS        )
     COUNTY OF HARRIS          )
 2
 3               REPORTER'S CERTIFICATION
                DEPOSITION OF SHELLEY NELSON
 4                TAKEN OCTOBER 30, 2007
 5
         I, RENE WHITE MOAREFI, Certified Shorthand Reporter
 6   in and for the State of Texas, hereby certify to the
     following:
 7       That the witness, SHELLEY NELSON, was duly sworn by
     the officer and that the transcript of the oral
 8   deposition is a true record of the testimony given by
     the witness;
 9       That the deposition transcript was submitted on
     _____ to the witness or the attorney for the
10   witness for examination, signature and return to Esquire
     Deposition Services, by _____;
11       I further certify that I am neither counsel for,
     related to, nor employed by any of the parties in the
12   action in which this proceeding was taken, and further
     that I am not financially or otherwise interested in the
13   outcome of the action.
         Certified to by me this _____ day of
14   _____, 2007.   NOV 0 5 2007
15
16
17
18              Rene Moarefi
                _____
                RENE WHITE MOAREFI, CSR, CRR, RPR
19              CSR NO. 3070; Expiration Date: 12-31-08
                ESQUIRE DEPOSITION SERVICES, LLC
20              3401 Louisiana, Suite 300
                Houston, Texas 77002
21              (713) 524-4600
22
23
24
25
```