EXHIBIT O

Dockets.Justia.com

| Individual Fix Testing | 06/16/08, 1 of 15 |
|---|---|

## CSS-TN-1214062594 – PAY003/DDP003.SQR
### California Wages

**Developers Notes**

o Insert Requirements Source URL(s) (2 sources required)
  * initial notification of requirement or issue and the source

  | client notification |
  |---|

  * the confirmation of the requirement or issue and the source

  | http://www.leginfo.ca.gov/cgi-bin/calawquery?codesection=lab&codebody= |
  |---|

o Attach Requirements Specifications (if applicable)

<u>California - Wage Payment</u>

Overtime wages must be paid no later than the pay day for the following regular payroll period after which the wages were earned. *New legislation, effective Jan. 1, 2007, provides that the overtime should be itemized as a correction on the pay stub for the next regular pay period. Any correction in a subsequently issued pay stub must state the date of the pay period to which it relates* [ Cal. Lab. Cd. § 204(b)(2) , as amended by L. 2005, AB 2095

01/23/2007 02:47:38 PM CST Catherine Hyde:

http://www.leginfo.ca.gov/cgi-bin/calawquery?codesection=lab&codebody=

**Objects Delivered**

| | | | | |
|---|---|---|---|---|
| 7.02 | Project | PRJ1214062594_702_TN | RHI | PeopleSoft Version did not have COMP_RATECD. |
| 7.02 | Record | WRK_PYERN_PRC | All Clients | |
| 7.02 | SQR | DDP003.SQR | RHI | Source1 |
| 7.02 | SQR | PAY003.SQR | RHI | Source1 |
| 7.51 | Project | PRJ1214062594_TN | All Clients | |
| 7.51 | Record | WRK_PYERN_PRC | All Clients | |
| 7.51 | SQR | PAY003.SQR | ACT,UOM,UTH | Source1 |
| 7.51 | SQR | DDP003.SQR | ACT,UOM,UTH | Source1 |
| 7.51 | SQR | PAY003.SQR | EDE,ICF,NCL,TPA | Source2 |
| 7.51 | SQR | DDP003.SQR | EDE,ICF,NCL,TPA | Source2 |
| 7.51 | SQR | PAY003.SQR | ADV,BSC,BSC,UNI,BSC | Source3 |
| 7.51 | SQR | DDP003.SQR | ADV,BSC,BSC,UNI,BSC | Source3 |
| 8 SP1 | Project | PRJ1214062594_TN | All Clients | |
| 8 SP1 | Record | WRK_PYERN_PRC | All Clients | |
| 8 SP1 | SQR | PAY003.SQR | BDG,MCC,ROS,SPG,RPL | Source3 |
| 8 SP1 | SQR | PAY003.SQR | GGI | Source1 |
| 8 SP1 | SQR | PAY003.SQR | BGP,CAG,SPL,RRN | Source2 |
| 8 SP1 | SQR | DDP003.SQR | GGI | Source1 |
| 8 SP1 | SQR | DDP003.SQR | BGP,CAG,SPL,RRN | Source2 |
| 8 SP1 | SQR | DDP003.SQR | BDG,MCC,ROS,SPG,RPL | Source3 |
| 8.3 SP1 | Project | PRJ1214062594_TN | All Clients | |
| 8.3 SP1 | Record | WRK_PYERN_PRC | All Clients | |
| 8.3 SP1 | SQR | PAY003.SQR | RWC | Source1 |
| 8.3 SP1 | SQR | DDP003.SQR | RWC | Source1 |
| 8.3 SP1 | SQR | PAY003.SQR | CCI | Source4 |
| 8.3 SP1 | SQR | PAY003.SQR | AFL,SCE,WEN | Source5 |
| 8.3 SP1 | SQR | PAY003.SQR | ACE,AFL,ARM,BLS,CCI,FCI | Source2 |
| 8.3 SP1 | SQR | DDP003.SQR | CCI | Source4 |
| 8.3 SP1 | SQR | DDP003.SQR | AFL,SCE,WEN | Source5 |
| 8.3 SP1 | SQR | DDP003.SQR | ACE,AFL,BLS,CCI,FCI | Source2 |
| 8.8 SP1 | Project | PRJ1214062594_TN | All Clients | |
| 8.8 SP1 | Record | WRK_PYERN_PRC | All Clients | |
| 8.8 SP1 | SQR | PAY003.SQR | RII | Source2 |
| 8.8 SP1 | SQR | DDP003.SQR | RII | Source2 |
| 8.8 SP1 | SQR | DDP003.SQR | BKB,CSK,OXF,MKL,MOH,F | Source3 |
| 8.8 SP1 | SQR | PAY003.SQR | BKB,CSK,OXF,MKL,MOH,F | Source3 |
| 8.9 SP1 | SQR | PAY003.SQR | CCO,CHS,COH,DDM,EBM, | Source1 |
| 8.9 SP1 | SQR | DDP003.SQR | CCO,CHS,COH,DDM,EBM, | Source1 |
| 8.9 SP1 | Project | PRJ1214062594_TN | All Clients | |
| 8.9 SP1 | Record | WRK_PYERN_PRC | All Clients | |
| 8.9 SP1 | SQR | DDP003.SQR | GKN | Source1 |
| 8.9 SP1 | SQR | PAY003.SQR | GKN | Source1 |
| 8.9 SP1 | SQR | PAY003.SQR | GSF | Source2 |
| 8.9 SP1 | SQR | DDP003.SQR | GSF | Source2 |



EXHIBIT NO. 301

10R 6-25-08

| Tester | Robert Guichon |
|---|---|

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-OR-00176

| Individual Fix Testing | 06/16/08, 2 of 15 |
|---|---|

| Test Plan | ❑   Test in the following environments: |
|---|---|

| Environments | Sources | Clients | Comments |
|---|---|---|---|
| 7.02 | Source1 | H702RHI | |
| 7.51 | Source1 | HG751CSS | |
| | Source2 | HR751TPAM | |
| | Source3 | HG751CSS | |
| 8.01 | Source1 | H801QGIS | |
| | Source2 | H801CAGO | |
| | Source3 | H801MCCM | |
| 8.3SP1 | Source1 | H831RWC | NA |
| | Source2 | H831ACEM | |
| 8.8SP1 | Source1 | H881COHM | |
| | Source2 | H881RIIO | No Longer Required - Merged with Source3 Now Source2 |
| | Source2 | H881MOHO | Changed from Source3 to Source2 |
| 8.9 | Source1 | H890GKNM | |
| | Source2 | H890GSFM | |

❑   Run Before SQR:
Home->North American Payroll -> Payroll Processing -> Create Checks -> Print Checks (PAY003)

Home->North American Payroll ->Payroll Processing -> Create Direct Deposit -> Print Advice Forms (DDP003)

❑   Save   PAY003.XXX   to   \Consultant   Docs   & Templates\Fix   Delivery   Work   Documents\TN-PY07JUN\Individual   Fix   Testing\TN-1214062594\H881COHM\PAY003_Before.PDF
❑   Save   DDP003.XXX   to   \Consultant   Docs   & Templates\Fix   Delivery   Work   Documents\TN-PY07JUN\Individual   Fix   Testing\TN-1214062594\H881COHM\DDP003_Before.PDF
❑   Apply Fix
1)   Copy PAY003.sqr from \h881COHM\sqr folder to the   'before   PY07JUN'   folder. (\\dcpstemp02\psoft\ )

2)   Copy PAY003.sqr from \Development Staging\CSS HRMS 8.8SP1\PY07JUN\Individual Fixes\TN-1214062594\SQR\Source1 folder to \h881COHM\sqr folder. (\\dcpstemp02\psoft\ )

3)   Copy DDP003.sqr from I:\h881COHM\sqr folder

CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00177

to the 'before PY07JUN' folder. (\\dcpstemp02\psoft\ )

4) Copy DDP003.sqr from \Development Staging\CSS HRMS 8.8SP1\PY07JUN\Individual Fixes\TN-1214062594\SQR\Source 1 folder to \h881COHM\sqr folder. (\\dcpstemp02\psoft\ )

5) Apply project.



Click "Open" button

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00178

| Individual Fix Testing | 06/16/08, 4 of 15 |
|---|---|



Click "Copy"

Run SQL script

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00179

| Individual Fix Testing | 06/16/08, 5 of 15 |
|---|---|



WRK_PYERN_PRC – Create Table

SQL Build process began on 4/26/2007 at 3:41:16 PM for database H881COHM.

SQL Build process ended on 4/26/2007 at 3:41:16 PM.
1 records processed, 0 errors, 0 warnings.
SQL Build script for Create Tables written to file C:\Documents and Settings\vguichon.TNDW\Local Settings\Temp\18\PSTABLE.SQL.
SQL Build script for Create Indexes written to file C:\Documents and Settings\vguichon.TNDW\Local Settings\Temp\18\PSINDEX.SQL.
SQL executed online.

☐   Run 'After' SQR
☐   Save   PAY003.XXX   to   \Consultant   Docs   &
    Templates\Fix   Delivery   Work   Documents\TN-
    PY07JUN\Individual        Fix        Testing\TN-
    1214062594\H881COHM\PAY003_After.PDF
☐   Save   DDP003.XXX   to   \Consultant   Docs   &
    Templates\Fix   Delivery   Work   Documents\TN-
    PY07JUN\Individual        Fix        Testing\TN-
    1214062594\H881COHM\DDP003_After.PDF
☐   Verify the output

8.8– H881MOHO

Output file Directory

F:\Consultant Docs & Templates\Fix Delivery Work Documents\TN-PY07JUN\1214062594\H881COHM

Run Control Page
**(PAY003)**

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00180



CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00181



CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00182



8.81COHM-SOURCE1 - TN-1214062594 - California Wages.doc
of 15

**CONFIDENTIAL
INFORMATION**

SAS-TN-OR-01823633-
OR-00183

Page 8

Individual Fix Testing                                        06/16/08, 9 of 15

---

**Menu**

Search:

- My Favorites
- Employee Self Service
- Manager Self Service
- Recruiting
- Workforce Administration
- Benefits
- Compensation
- Stock
- Time and Labor
- North American Payroll
  - Employee Pay Data
  - Employee Pay Data CAN
  - Employee Pay Data USF
  - Payroll Processing
    - Create Paysheets
    - Update Paysheets
    - Run Payroll
    - Review Processing Messages
    - Create Checks
  - Create Direct Deposits
    - Print Advice Forms
    - Advice Register
    - Prenote Memo
    - Prenotification
    - Direct Deposit

New Window | Customize Pag

**DDP Advice Print**

Run Control ID:   rg                    Report Manager   Process Monitor    [ Run ]

**Report Request Parameters**

**Off-Cycle Run**

Pay Run ID:   [KU2-07-06]  🔍

US BW 06

or:

**Off-Cycle Pay Calendar**

Company:       [    ]
Pay Group:     [    ]
Pay End Date:  [        ]
Process Page:  [    ]    Thru:  [    ]

**Payroll Cycle**

◉ On-Cycle    ○ Off-Cycle    ○ Both

Starting Check/Advice Number:  [        ]
Thru:  [        ]

Message:  [                                    ]

[Save]  [Return to Search]  [Notify]                    [Add]  [Update/Display]

---

**Menu**

- Recruiting
- Workforce Administration
- Benefits
- Compensation
- Stock
- Time and Labor
- North American Payroll
  - Employee Pay Data
  - Employee Pay Data USF
  - Payroll Processing
    - Create Paysheets
    - Update Paysheets
    - Run Payroll
    - Review Processing Messages
    - Create Checks
  - Create Direct Deposits
    - Print Advice Forms

New Window | Customize

**Process Scheduler Request**

User ID:        PS                    Run Control ID:  rg

Server Name:    [        ]            Run Date:  04/26/2007  📅
Recurrence:     [        ]            Run Time:  4:04:29PM    [Reset to Current Date/Time]
Time Zone:      [      ] 🔍

**Process List**

| Select | Description | Process Name | Process Type | *Type | *Format |
|--------|-------------|--------------|--------------|-------|---------|
| ☑ | Payroll Advice Print - U.S. | DDP003 | SQR Report | Web ▾ | PDF ▾ |

---

**Menu**

Search:

- My Favorites
- Employee Self Service
- Manager Self Service
- Recruiting
- Workforce Administration
- Benefits
- Compensation
- Stock
- Time and Labor
- North American Payroll
  - Employee Pay Data
  - Employee Pay Data USF
  - Payroll Processing
    - Create Paysheets
    - Update Paysheets

New Window | Custom

**Process List**  **Server List**

**View Process Request For**

User ID: [PS]      Type: [      ]      Last: [2]  Days ▾  [Refresh]
Server:  [      ]  Name: [      ]      Instance: [    ] to [    ]
Run Status: [      ]  Distribution Status: [      ]    ☐ Save On Refresh

**Process List**                    Customize | Find | View All |  First  1-10 of 10  Last

| Select | Instance | Seq. | Process Type | Process Name | User | Run Date/Time | Run Status | Distribution Status | Details |
|--------|----------|------|--------------|--------------|------|---------------|------------|---------------------|---------|
| ☐ | 549 | | SQR Report | DDP003 | PS | 04/26/2007 4:04:29PM PST | Success | Posted | Details |
| ☐ | 548 | | SQR Report | PAY003 | PS | 04/26/2007 4:03:13PM PST | Success | Posted | Details |

---

CONFIDENTIAL INFORMATION

SAS-TN-OR-01823633-OR-00184

| Individual Fix Testing | 06/16/08, 10 of 15 |
|---|---|

## View Log/Trace

**Report ID:** 504   **Process Instance:** 549   Message Log

**Name:** DDP003   **Process Type:** SQR Report

**Run Status:** Success

Payroll Advice Print - U.S.

### Distribution Details

**Distribution Node:** h881cohm   **Expiration Date:** 05/03/2007

### File List

| Name | File Size (bytes) | Datetime Created |
|---|---|---|
| DDP003_549.PDF | 34,035 | 04/26/2007  4:06:21.223000PM PST |
| Trace File | 142 | 04/26/2007  4:06:21.223000PM PST |
| Message Log | 1,554 | 04/26/2007  4:06:21.223000PM PST |

### Distribute To

| Distribution ID Type | Distribution ID |
|---|---|
| User | PS |

### Before Fix (PAY003)



### After Fix (PAY003)

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00185

| Individual Fix Testing | 06/16/08, 11 of 15 |
|---|---|

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00186

| Individual Fix Testing | 06/16/08, 12 of 15 |

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00187

| Individual Fix Testing | 06/16/08, 13 of 15 |
|---|---|

## Before Fix (DDP003)

NON-NEGOTIABLE

NON-NEGOTIABLE

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00188



After Fix (DDP003)

NON-NEGOTIABLE

CONFIDENTIAL
INFORMATION

| Individual Fix Testing | 06/16/08, 15 of 15 |
| --- | --- |

NON-NEGOTIABLE

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00190

| Individual Fix Testing | 06/16/08, 16 of 15 |
|---|---|

Global Business Institute
500 George Washington Pkwy
New York, NY 07066

NON-NEGOTIABLE

TEST SUCCESSFUL

CONFIDENTIAL
INFORMATION

SAS-TN-OR-01823633-
OR-00191