EXHIBIT S

Message

**From**: Lee, Mia [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000224621]
**Sent**: 5/11/2006 1:42:14 PM
**To**: Trainor, Scott [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000232765]
**Subject**: RE: TomorrowNow- Gallo Legal

Sure, thanks.

-----Original Message-----
From: Trainor, Scott
Sent: Thursday, May 11, 2006 11:42 AM
To: Lee, Mia
Subject: Re: TomorrowNow- Gallo Legal

 I am on vacation but can discuss.  Can you call me in 20 minutes at 650-224-1610?
Scott A. Trainor
Assistant General Counsel
SAP America, Inc.
Tel.: (650) 320-3083
Fax: (650) 320-3833


-----Original Message-----
From: Lee, Mia
To: Trainor, Scott
Sent: Thu May 11 13:56:12 2006
Subject: FW: TomorrowNow- Gallo Legal

Scott -



Thank you again,

Mia

_____

From: Bob Geib [mailto:bob_geib@tomorrownow.com]
Sent: Thursday, May 11, 2006 10:40 AM
To: Lee, Mia
Cc: McGrath, Scott
Subject: RE: TomorrowNow- Gallo Legal


Mia - I don't know if you ever worked for PS or JDE, but if not, then you'll probably want to do a short briefing w/Scott Trainor to understand the positioning.   It's really not a "contract" discussion from a negotiations perspective, but a "based upon my experience" conversation where we address the rights and terms of the J.D. Edwards license that makes TN consulting possible.   If you are not comfortable having that level of discussion, then PLEASE throw up a red-flag and we'll get someone whom is.   This is a very big deal for TN.

- Bob

CONFIDENTIAL INFORMATION                                                                                        SAP-OR00677719

Bob Geib
Vice President of Sales, North America

Office: +1 925 931 1333
Cell: + 1 925 899 9709
Fax: +1 925 892 7980
www.tomorrownow.com <http://www.tomorrownow.com/>


"Lee, Mia" <mia.lee@sap.com>

05/11/2006 10:18 AM

>       To
>
>       "Bob Geib" <bob_geib@tomorrownow.com>
>
> cc
>
>       "Youri, John" <john.youri@sap.com>, "McGrath, Scott" <scott_mcgrath@tomorrownow.com>
>
> Subject
>
>       RE: TomorrowNow- Gallo Legal


Bob -

Thank you for the clarification.  Since I'm coming into this midstream, I wanted to be prepared.   Please let me know how I can be of assistance.

Thanks again,
Mia

_____


From: Bob Geib [mailto:bob_geib@tomorrownow.com]
Sent: Thursday, May 11, 2006 10:15 AM
To: Lee, Mia
Cc: Youri, John; McGrath, Scott
Subject: RE: TomorrowNow- Gallo Legal


Mia - To clarify, we have not yet submitted an agreement.  The request is for a discussion about the "rights" that a customer has under their PeopleSoft / J. D. Edwards agreement that ALLOWS them to have TomorrowNow perform services on JDE.

So, this is NOT a contract review of TN or SAP paper.   This is a conversation for someone whom is familiar with the PS/JDE agreements.    Make sense?

If not, then call me.

- Bob

CONFIDENTIAL INFORMATION

SAP-OR00677720

Bob Geib
Vice President of Sales, North America

Office: +1 925 931 1333
Cell: + 1 925 899 9709
Fax: +1 925 892 7980
www.tomorrownow.com <http://www.tomorrownow.com/>

"Lee, Mia" <mia.lee@sap.com>

05/09/2006 01:00 PM

To

    "Youri, John" <john.youri@sap.com>, "Bob Geib" <bob_geib@tomorrownow.com>, "McGrath, Scott" <scott_mcgrath@tomorrownow.com>

cc

Subject

    RE: TomorrowNow- gallo Legal

Bob -

John has asked me to assist with this.  Would you mind forwarding the documents that you have already provided Gallo?

Thanks,
Mia

_____

From: Youri, John
Sent: Monday, May 08, 2006 3:01 PM
To: Bob Geib; McGrath, Scott
Cc: Lee, Mia
Subject: RE: TomorrowNow- gallo Legal

Bob - Please forward the same document that has been provided to Gallo for their review. Mia Lee, from my group will be taking this. However, I will also attend the first call.  We can be available on either Wednesday or Thursday.

CONFIDENTIAL INFORMATION

Regards,
John

_____

From: Bob Geib [mailto:bob_geib@tomorrownow.com]
Sent: Monday, May 08, 2006 2:51 PM
To: McGrath, Scott
Cc: Youri, John
Subject: Fw: TomorrowNow- gallo Legal

Scott - Can you reach out to John at SAP and to the Gallo folks, and sync for a 30 minute call.    Figure out when Gallo / Youri are available.
- Bob

Bob Geib
Vice President of Sales, North America

Office: +1 925 931 1333
Cell: + 1 925 899 9709
Fax: +1 925 892 7980
www.tomorrownow.com <http://www.tomorrownow.com/>
----- Forwarded by Bob Geib/TomorrowNow on 05/08/2006 02:49 PM -----

"Chan, Thomas" <thomas.chan@sap.com>

05/08/2006 12:45 PM

To

    <bob_geib@tomorrownow.com>

cc

    "Youri, John" <john.youri@sap.com>

Subject

    Re: TomorrowNow- gallo Legal

Hi Bob,

CONFIDENTIAL INFORMATION

SAP-OR00677722

Please contact John Youri, who is the new Director of Contracts for the West. He will assign a contracts person and he/she will negotiate the deal and, if necessary, escalate any issues to me.

Regards,

Tom
Thomas F. Chan
Assistant General Counsel

SAP America, Inc.
3410 Hillview Drive
Palo Alto, California 94304
Telephone:  (650) 320-3354
Facsimile:  (650) 320-3846
E-Mail:  thomas.chan@sap.com


-----Original Message-----
From: Bob Geib <bob_geib@tomorrownow.com>
To: Chan, Thomas <thomas.chan@sap.com>
CC: McGrath, Scott <scott_mcgrath@tomorrownow.com>
Sent: Mon May 08 12:42:23 2006
Subject: Fw: TomorrowNow- gallo Legal


Tom - It looks like we may need to have another one of those discussions about how TN works...nothing unusual, and probably 30 minutes like the last one we did with NWM Life.  Are you up for it?

This is an SAP prospect in the west, so I wanted to get your advice on process.  Do we need to bring anyone else into the mix?

- Bob

Bob Geib
Vice President, North American Sales
O: 925-931-1333
C: 925-899-9709
F: 925-892-7980
--------------------------
Sent from my BlackBerry Wireless Device


 From: Scott McGrath
 Sent: 05/08/2006 02:16 PM
 To: Bob Geib
 Subject: Fw: TomorrowNow- gallo Legal

Hi Bob,

Do you recommend Scott Trainer for this conversation?


Please see below.

Kind Regards,
Scott McGrath
Sr. Account Executive
TomorrowNow, Inc
760-652-4049 Access Line(Phone / Mobile / Fax)
----- Forwarded by Scott McGrath/TomorrowNow on 05/08/2006 12:15 PM -----

             "Young, James T."
             <James.Young2@ejg
             allo.com>                                                    To
                                   "Scott McGrath"
             05/08/2006 11:29      <Scott_McGrath@tomorrownow.com>
             AM                                                           cc

                                                                     Subject
                             RE: TomorrowNow

CONFIDENTIAL INFORMATION                                           SAP-OR00677723

Scott

When last you and I spoke with Bob Geib, you offered the possibility of a "lawyer-to-lawyer" conversation to discuss our concerns in the area of third-party support for our JDE/World implementation. Now that we have a MNDA in place, and the Gallo legal folks have done a review of our Oracle documents, I'm wondering if you would still be open to such a conversation? Let me know if this is a possibility and we'll figure out a way to coordinate schedules.

I hope all is well in you world and appreciate your continued efforts...

Thanks


Jim
209.341.4908

>    -----Original Message-----
>    From: Scott McGrath [mailto:Scott_McGrath@tomorrownow.com]
>    Sent: Monday, May 01, 2006 4:18 PM
>    To: Adams, Shelly
>    Cc: Young, James T.; Bob Geib; jim.gavin@sap.com
>    Subject: Re: TomorrowNow
>
>
>    Hi Shelly,
>
>    As Jim Young may have mentioned to you, we are a subsidiary of SAP.
>    As I understand it, the SAP/Gallo NDA is currently in the final stage
>    of review.  I will coordinate our legal with the SAP legal get a copy
>    of the final agreement.  We will sign an agreement with the same
>    language as the SAP agreement, as the TomorrowNow company.  I
>    believe that is what Jim Young had requested.
>
>    Please let me know if that is acceptable.  If so, please send the
>    agreement with the SAP language and TomorrowNow Inc as the cosigner.
>
>    Please feel free to give me a call if you have any questions or
>    concerns.
>
>    Thank you,
>
>
>    Kind Regards,
>    Scott McGrath
>    Sr. Account Executive
>    TomorrowNow, Inc
>    760-652-4049 Access Line(Phone / Mobile / Fax)
>
>
>    "Adams, Shelly"
>    <Shelly.Adams@ejgallo.com>
>
>                                                                       To
>    05/01/2006 03:39 PM            <Scott_McGrath@tomorrownow.c
>                                   om>
>                                                                       cc
>                                   "Young, James T."
>                                   <James.Young2@ejgallo.com>
>                                                                  Subject
>                                   TomorrowNow

CONFIDENTIAL INFORMATION                                                    SAP-OR00677724

Hi Scott,

I have been asked to send you our Mutual Non Disclosure Agreement to allow for further discussions relating to your products and services and Gallo's requirements. Please review the attached MNDA and send me an email confirmation. Once the confirmation has been received I will prepare two sets of the document that Gallo will sign and then forward to you for counter signature.

Thank You

Shelly Adams
E. & J. Gallo Winery
Business Systems Analyst Lead
Phone 209-341-3838
Fax 209-341-1591

CONFIDENTIAL INFORMATION							SAP-OR00677725