# EXHIBIT T

Filed Under Seal Per Defendants' Request