EXHIBIT U

| | |
|---|---|
| **Message** | |
| **From:** | CN=Bob Geib/O=TomorrowNow |
| **Sent:** | 7/10/2005 8:03:04 PM |
| **To:** | CN=Andrew Nelson/O=TomorrowNow; CN=Nigel Pullan/O=TomorrowNow@TomorrowNow; CN=Shelley Nelson/O=TomorrowNow; CN=Laura Sweetman/O=TomorrowNow |
| **CC:** | scott.trainor@sap.com |
| **Subject:** | AGREEMENT DRAFT FOR REVIEW --- New format -- TomorrowNow Support Services Agreement |
| **Attachments:** | TN SSA for HCM 8.x WOPS new 7-5 st__GeibComments 10July05 CLEAN.doc; TN SSA for HCM 8.x WOPS new 7-5 st__GeibComments 10July05.doc |

Team -- Oh, what fun...   The following is a drafting of a new and improved TN Support Services Agreement (SSA) for both PeopleSoft and J.D. Edwards software. ▮

Objectives:
1) A simpler and shorter agreement that is easier to update and negotiate.
2) A form that captures all of the legal T's and C's in an up-front section that the AE's do not need to address
3) A form that puts all of the business terms that AE's will negotiate to the Exhibits.
4) Merging together of both PS and JDE into a single agreement so that we have ONE agreement.
5) Set the stage with a US Law based agreement that can be more easily tailored to specific international theatres.
6) Set the stage for a document that can more easily be used in a Safe Passage transaction with "zero" fees associated.
7) Provide a format that allows for TN to host fix master, for Client to host fix master, or (not ready yet) to allow for a 3rd party data center (lease option) to be used.

I have attached two copies. The first is a "clean" version. I strongly suggest that you read the CLEAN copy. ▮



TN SSA for HCM
8.x WOPS new ...



TN SSA for HCM
8.x WOPS new ...

Actions:
- All - Please read this document.
- Nigel - Look at this to see if you believe it will simplify sales process, and reduce negotiation time.   Does this new drafting create any new roadblocks to sales?
- Shelley / Laura - Please identify any specific service delivery issues, AND any specific changes to the Exhibit 1 to correctly define products (e.g., what you need to know for service delivery).
- Laura -   I suspect that since we started with the baseline PS agreement that we may need to update the table for Covered Products.   What am I missing?
- Andrew - As we discussed, there are multiple changes to minor business and legal terms.  Do you see anything that impacts revenue recognition or VSOE?

Best wishes.

CONFIDENTIAL INFORMATION                                                                                                                TN-OR00852363

- Bob

Bob Geib
Vice President
TomorrowNow, Inc.
http://www.tomorrownow.com/
bob_geib@tomorrownow.com
P: (925) 931-1333
F: (925) 892-7980

CONFIDENTIAL INFORMATION                                                                                    TN-OR00852364