| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067, U.S.A. |
| 5 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| 11 | Telephone:  650.506.4846 |
| | Facsimile:  650.506.7144 |
| 12 | dorian.daley@oracle.com |
| | jennifer.gloss@oracle.com |
| 13 | |
| | Attorneys for Plaintiffs |
| 14 | Oracle USA, Inc., Oracle International Corporation, |
| | Oracle EMEA Limited, and Siebel Systems, Inc. |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 20 | ORACLE USA, INC., *et al.*, | No. 07-CV-01658 PJH (EDL) |
| 21 | Plaintiffs, | **EXHIBITS TO DECLARATION OF CHAD RUSSELL IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER AND TO COMPEL DEPOSITION TESTIMONY AND FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS** |
| 22 | v. | |
| 23 | SAP AG, *et al.*, | |
| | Defendants. | |

EXHIBITS TO DECLARATION OF CHAD RUSSELL

Dockets.Justia.com