EXHIBIT W

Dockets.Justia.com

1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:     (415) 626-3939
    Facsimile:     (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:     (650) 739-3939
10  Facsimile:     (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX 77002
    Telephone:     (832) 239-3939
15  Facsimile:     (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21                   OAKLAND DIVISION

22  ORACLE USA, INC., et al.,              Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,                **DEFENDANTS' SECOND
                                           AMDENDED AND SUPPLEMENTAL
24       v.                                RESPONSES TO PLAINTIFFS'
                                           SECOND SET OF REQUESTS FOR
25  SAP AG, et al.,                        ADMISSION TO DEFENDANTS
                                           TOMORROWNOW, INC., SAP AG,
26              Defendants.                AND SAP AMERICA, INC.**

27                                         **CONFIDENTIAL PURSUANT TO
                                           PROTECTIVE ORDER**
28

1    **PROPOUNDING PARTIES:**          Plaintiffs Oracle USA, Inc., Oracle International
2                                       Corporation, and Oracle EMEA, Ltd.

3    **RESPONDING PARTY:**             Defendants TomorrowNow, Inc., SAP America, Inc., and
                                        SAP AG

4    **SET NUMBER:**                   Two

5

6         Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, defendants

7    TomorrowNow, Inc., SAP America, Inc., and SAP AG respond and object as follows to the

8    second set of requests for admission from plaintiffs Oracle USA, Inc., Oracle International

9    Corporation, and Oracle EMEA, Ltd. ("Plaintiffs").

10                        **GENERAL OBJECTIONS AND RESPONSES**

11        The following General Objections apply to and are incorporated by reference into each

12   response set forth below.  These objections are made without waiver of, or prejudice to, these or

13   other objections Defendants may make; all such objections are expressly preserved.

14        1.    Defendants object to each Request for Admission to the extent that it enlarges

15   upon or is otherwise inconsistent with the duties imposed by the Federal Rules of Civil Procedure,

16   the Local Rules for the Northern District of California, any applicable order of this Court, or any

17   agreement of the parties.

18        2.    Defendants object to each Request for Admission to the extent that it seeks

19   information that is not within Defendants' possession, custody, or control.

20        3.    Defendants object to each Request for Admission to the extent that it seeks

21   information that is not relevant to any claim or defense in this action, or is not reasonably

22   calculated to lead to the discovery of admissible evidence that is relevant to any claim or defense,

23   under Rule 26(b)(1) of the Federal Rules of Civil Procedure.  Defendants specifically object to

24   each request for admission as unduly burdensome, oppressive and calling for information that is

25   not relevant to any claim or defense of any party, to the extent the admission seeks information

26   unrelated to the PeopleSoft, J.D. Edwards ("JDE") or Siebel products as to which TomorrowNow

27   provided support to customers.  PeopleSoft, JDE and Siebel products are the only products

28   Plaintiffs have placed at issue in the allegations in this case and are the only products for which

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

Defendants will produce documents or data except to the very limited extent the parties have agreed. *See* May 29, 2009 Letter from Jason McDonell to Hon. Elizabeth D. Laporte ("Plaintiffs' Agreement Not to Pursue the Relief Granted in the Court's May 28, 2009 Order Following Discovery Conference"). Defendants will respond with respect to Siebel only to the extent required by the Court's June 4, 2009 Stipulated Revised Case Management and Pretrial Order.

4.     Defendants object to each Request for Admission as unreasonable and unduly burdensome to the extent that it requests information that is already within Plaintiffs' possession, already known or disclosed to Plaintiffs, or readily accessible and/or equally available to Plaintiffs or is available from public sources.

5.     Defendants object to each Request for Admission to the extent that it seeks information protected by the attorney-client privilege, the work-product immunity, or is protected from production by any other applicable privilege or immunity. Inadvertent disclosure of any privileged communications or work product shall not constitute a waiver of privilege or of any other basis for objecting to discovery with respect to such information.

6.     Defendants object to each Request for Admission to the extent that it improperly seeks a legal conclusion.

7.     Defendants object to each Request for Admission to the extent that it seeks information containing trade secrets, proprietary information, or other confidential or competitively sensitive business information. Such information will be provided only subject to the protective order in this case.

8.     Defendants object to the extent the relevant time period is undefined, defined vaguely, or includes time periods that are not relevant to any claim or issue in this case.

9.     Defendants object to the definition of "Copy" as being overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it purports to encompass anything beyond the term as defined under U.S. copyright law. Defendants further object to Plaintiffs' use of the term "copy" in these requests as improperly shifting the burden of proof to Defendants.

10.     Defendants object to the definition of "Customer" to the extent the requests containing the term require Defendants to produce data for all of "Defendants' current and former customers."  The definition is overly broad, unduly burdensome, designed to harass and not reasonably calculated to lead to the discovery of admissible evidence.  Defendants will only respond to the extent the Customer had a contract with TomorrowNow.

11.     Defendants object to the definition of "Database" as overly broad, vague, and ambiguous to the extent the term is defined as a component of a PeoplseSoft environment "generally referred to by the 'DATABASE_RESTORE' field in BakTrak" and to the extent the definition is said to include "application engine files."  The general reference to a BakTrak field designed to track whether a database restore occurred does not provide a specific definition of this term and is confusing.  Further, Defendants object to the term "application engine files" to the extent the use of the word "file" excludes "definitions."

12.     Defendants object to the definition of "Download" to the extent the requests containing the term require Defendants to produce data regarding material not downloaded from the "Customer Connection" website.  As Plaintiffs state in their fourth objection to TomorrowNow's First Set of Interrogatories, "[o]ther Oracle support websites or FTP sites are not at issue in this litigation, and . . . [the] definition calls for irrelevant materials and would impose an excessive burden . . . ."  The definition of "Download" calls for irrelevant materials and imposes an excessive burden.

13.     Defendants object to the definition of "Employees" as being overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it encompasses persons "purporting to act on behalf of the entity to which the term refers."

14.     Defendants object to the definition of "Environment" as being overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it includes individual environment components and is not intended to only refer to all environment components working as one unit.

15.     Defendants object to the definition of "Fix" as being overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it includes Master Fix records as included in the SAS database.

16.     Defendants object to the definition of "Fix Object" as overly broad, vague, confusing, and inaccurate to the extent it includes the phrases "discrete unit of code" and "units of code," as not all objects contain code.  Defendants object to the use of the term "any" as overly broad and unduly burdensome.  Defendants further object that the definition is overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it includes the undefined terms "functions" and "other data structures." Moreover, Defendants object that the list of what is included in the definition ("PeopleCode objects, fields, records, pages, menus, components, messages, panels, stored statements, panel groups, rule packages, COBOL source code files, COBOL executables, SQR files, SQC files, writer files, Crystal Reports files, SQL scripts, database creation scripts, DAT files, DMS files, project files, batch files, configuration files, or other similar units of code contained in the PeopleSoft or JD Edwards products serviced or supported by any Defendant") is overly broad, vague, ambiguous, duplicative, and misleading because this list includes: (1) terms which were not normally part of an object as that term was used at TomorrowNow, e.g., "database creation scripts," "COBOL executables," and "configuration files"; (2) terms which can have the same meaning, e.g. "panels" and "pages"; and (3) terms which are very broad and undefined, e.g., "writer files," "project files," and "batch files."  Defendants will respond as if the undefined term "object" was used in "fix object's" place.

17.     Defendants object to the definition of "Generic Environment" as being overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence.  Defendants further object that the term "generic environment" is misleading to the extent that it includes HR751CSS as an example, as Defendants deny that HR751CSS is a generic environment.  Defendants further object to the definition of "Generic Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to which Defendants object above.

1      18.     Defendants object to the definition of "Local Environment" as being overly broad,

2   unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible

3   evidence to the extent it is not limited to all environment components working as one unit and

4   located at TomorrowNow.  Defendants further object to the definition of "Local Environment" to

5   the extent it incorporates the overly broad, unduly burdensome, and vague term "Environment,"

6   to which Defendants object above.

7      19.     Defendants object to the definition of "Online Objects" as being overly broad,

8   unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible

9   evidence to the extent it incorporates the overly broad, unduly burdensome, and vague term

10   "Environment," to which Defendants object above.

11      20.     Defendants object to the definition of "PS_Home" as overly broad, vague, and

12   ambiguous to the extent the term is defined as a component of a PeopleSoft environment

13   "generally referred to by the 'NT_RESTORE' and 'UNIX_RESTORE' fields in BakTrak" and to

14   the extent that the definition is stated to include "writer files."  The general reference to a

15   BakTrak field designed to track whether a PS_Home restore occurred does not provide a specific

16   definition of this term and is confusing.  Further, Defendants object to the term "writer files" as

17   undefined, vague, and ambiguous.

18      21.     Defendants object to the definition of "Registered Work" as being overly broad,

19   unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible

20   evidence to the extent it purports to include "any subsequently added copyright registrations in

21   any later amended complaint" or any copyright registrations beyond those identified in the Third

22   Amended Complaint.  Defendants further object to the definition of "Registered Work" to the

23   extent it purports to encompass anything beyond the term as defined under U.S. copyright law.

24   Defendants further object to Plaintiffs' use of the term "registered work" in these requests as

25   improperly shifting the burden of proof to Defendants.

26      22.     Defendants object to Plaintiffs' definitions of "SAP AG," "SAP America," "SAP

27   TN," "You," or "Your" to the extent that those definitions include persons or entities other than

28   TomorrowNow, SAP America and SAP AG.  Defendants further object to the extent Plaintiffs'

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    definitions improperly expand the scope of discovery by seeking data that is not currently in the

2    possession, custody or control of Defendants.

3         23.    Defendants objects to Plaintiffs' definition of "SAP IP" as being unduly

4    burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence.

5         24.    Defendants object to Plaintiffs' definition and use of the term "SAP TN," as

6    TomorrowNow, Inc. is not now and never has been known as SAP TN.

7         25.    Defendants object to the definition of "Software and Support Materials" to the

8    extent the definition includes Siebel-branded products, which are only at issue in the litigation

9    pursuant to the limits imposed by the Court's June 4, 2009 Stipulated Revised Case Management

10   and Pretrial Order.  Defendants will only respond consistent with those limits.

11        26.    Defendants object to the definition of "Update" as being overly broad, unduly

12   burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence

13   to the extent it includes "fix," a term to which Defendants object above.

14        27.    Defendants' responses to Plaintiffs' Requests for Admission do not constitute

15   admissions or acknowledgements that the information sought is within the proper scope of

16   discovery or admissible at trial.

17        28.    Defendants' discovery and investigation in connection with this case are

18   continuing.  As a result, Defendants' responses are limited to information obtained and reviewed

19   to date, and are given without prejudice to Defendants' right to amend or supplement their

20   responses based on newly obtained or reviewed information.

21        29.    Under Fed. R. Civ. P. 36(b), any and all admissions made by Defendants through

22   the following responses are made for the purpose of this pending civil action only and are not an

23   admission for any other purpose nor may any such admissions be used against Defendants in any

24   other proceeding.

25                **SUPPLEMENTAL GENERAL OBJECTIONS AND RESPONSES**

26        The following Supplemental General Objections and Responses add to and, to the extent

27   expressly stated, modify the General Objections and Responses above and apply to and are

28   incorporated by reference into each response set forth below.  These objections are made without

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    waiver of, or prejudice to, these or other objections Defendants may make; all such objections are
2    expressly preserved.

3        30.    Defendants withdraw their general objections to the term "Database" as that term
4    is defined in the modified definitions and requests sent to Defendants on September 28, 2009.

5        31.    Defendants withdraw their general objections to the term "PS_Home" as that term
6    is defined in modified definitions and requests sent to Defendants on September 28, 2009.

7        32.    Defendants supplement their general objections to the term "Generic
8    Environment" as that term is defined in modified definitions and requests sent to Defendants on
9    September 28, 2009 as follows:  Defendants object to the definition of "Generic Environment" as
10   being overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the
11   discovery of admissible evidence.  "Generic Environment" is a term created by Plaintiffs and as
12   used and defined by Plaintiffs is misleading by attempting to suggest that any such environment
13   or environment component was not used for limited customers, scope or purpose.  Defendants
14   further object to the definition of "Generic Environment" to the extent it incorporates the overly
15   broad, unduly burdensome, and vague term "Environment," to which Defendants object above.

16       33.    Defendants withdraw their general objection above to the definition of "Develop"
17   or "Developed" based on the new definition provided to Defendants by Plaintiffs on September
18   28, 2009.  To the extent those terms are used in Plaintiffs' requests or Defendants' responses
19   below, Defendants incorporate by reference the modified definition of those two terms provided
20   by Plaintiffs on September 28, 2009.

21       34.    Because of the complex, technical nature of Plaintiffs' requests and Defendants'
22   responses, Defendants specifically object to a number of terms (e.g., obtain(ed), creat(ed),
23   generate(d), download(ing), apply(ied), use(ing), and replicate(d)) used in Plaintiffs' requests
24   because when those terms are read in context with the requests, they are capable of having
25   multiple meanings and thus, make the requests overly broad, vague and ambiguous.  To the extent
26   Defendants provide an answer to any of Plaintiffs' requests that use these terms, the use of such
27   terms in Defendants' answer shall be construed in context with both the plain meaning of the
28   terms and TomorrowNow's applicable employees' general use of those terms during all relevant

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   time periods that are applicable to the request and the corresponding answer.

2   **REQUESTS FOR ADMISSION**

3   **REQUEST FOR ADMISSION NO. 155:**

4       Admit that, prior to 2005, Oracle Software and Support Materials Downloaded by SAP

5   TN on behalf of SAP TN's PeopleSoft Customers were stored in a directory structure titled

6   "PS\PS delivered updates and fixes."

7   **RESPONSE TO REQUEST FOR ADMISSION NO. 155:**

8       Defendants object to this request on the grounds stated in the General Objections and

9   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10   respect to the information sought in this request because Defendants SAP AG and SAP America

11   have no additional knowledge separate and apart from the information provided by Defendant

12   TomorrowNow in this response.  Defendants object to the terms "downloaded" and "stored" as

13   being subject to multiple meanings and, as such, being vague and ambiguous.

14       Subject to the General Objections and Responses and these specific objections,

15   Defendants lack sufficient knowledge and information to either admit or deny these requests as

16   the information sought was not tracked, recorded, or maintained by TomorrowNow in a "readily

17   obtainable manner."  On this basis, therefore, these requests are DENIED.  However, Defendant

18   TomorrowNow ADMITS that a storage location for downloads prior to 2005 was a directory

19   structure titled "PS\PS delivered updates and fixes."  After a reasonable inquiry, Defendants lack

20   sufficient information to admit that it is the directory structure where each and every download

21   was stored.  That information is not available in a "readily obtainable manner" and, therefore, to

22   the extent that the request is not admitted, it is DENIED.

23   **REQUEST FOR ADMISSION NO. 156:**

24       Admit that the Oracle Software and Support Materials stored in the "PS\PS delivered

25   updates and fixes" directory structure described in Request for Admission No. 1 have never been

26   organized, separated, or otherwise distinguished by the PeopleSoft Customers on whose behalf

27   they were Downloaded.

28

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   phrase "other media" are subject to multiple meanings and, as such, are vague and ambiguous.

2   Subject to the General Objections and Responses and these specific objections, this request is

3   DENIED.

4   **REQUEST FOR ADMISSION NO. 496:**

5   Admit that each Fix or Update listed in the first two columns of Exhibit A (Deposition

6   Exhibit 913) was Developed in part by using PeopleSoft application software that TN originally

7   obtained from one or more Customers.

8   **RESPONSE TO REQUEST FOR ADMISSION NO. 496:**

9   Defendants object to this request on the grounds stated in the General Objections and

10   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

14   "Update," "application software," and "developed" are capable of multiple meanings and thus,

15   make this request vague and ambiguous.  Further, Exhibit A lists the names of master bundles as

16   that term was used by TomorrowNow in the SAS database.  The master bundles are not the actual

17   objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

18   records that simply identify problems for which TomorrowNow generally developed objects to

19   resolve.   The object development often took place at the release level, source level, and customer

20   level.  If this request is actually asking for information related to each and every object

21   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

22   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

23   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

24   object in each fix or update contained within each master bundle.  Defendants, therefore, object to

25   this request as compound and unduly burdensome in that this request seeks information and

26   activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

27   place over several years, and (4) would require Defendants to review substantial business records

28   to determine an answer, if possible, for each of the numerous numbers of objects contained within

1   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

2   burden for Plaintiffs to do so given that the available information is at least as equally accessible

3   to Plaintiffs as it is to Defendants.

4        Subject to the General Objections and Responses and these specific objections, after a

5   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6   sufficient knowledge and information to either admit or deny these requests as the information

7   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 496:**

10       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11  General Objections noted above. Defendants' response is based solely on Defendant

12  TomorrowNow's knowledge with respect to the information sought in this request because

13  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14  information provided by Defendant TomorrowNow in this response.  Defendants object to the

15  request because the terms "fix," "update," "application software," and "obtained" are capable of

16  multiple meanings and thus, make this request overly broad, vague and ambiguous.  Further,

17  Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

18  SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

19  updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

20  are records that describe the issue to be addressed and then serve as a record keeping device and

21  reference for that issue and related activity TomorrowNow undertook to address that issue.  The

22  actual development of customer-specific objects included in customer-specific fixes and updates

23  was referenced to a "master bundle" or "master fix" record for identification and record keeping

24  purposes. Thus, if this request seeks an admission related to each and every object related to each

25  and every customer-specific fix or update that TomorrowNow developed, then this single request

26  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

27  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

28  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

1    intent of this request, then to respond to this request, Defendants would have to analyze each

2    individual object in each fix or update contained within each master bundle.  Defendants,

3    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

4    because it seeks an admission regarding thousands of separate activities that (1) involved many

5    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

6    would require Defendants to review enormous volumes of business records to attempt to

7    determine an answer, if possible, for each of the numerous objects contained within the

8    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

9    Defendants' burden associated with responding to this request is substantially similar to the

10   burden for Plaintiffs to obtain the information sought through this request, especially because the

11   available documents, data and other information from which the answer, if any, could be derived

12   in response to this request have been produced by Defendants in response to Plaintiffs' other

13   discovery requests and thus any relevant, available information is now as equally accessible to

14   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

15   qualifications, Defendants respond as follows:

16        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

17   information Defendants currently know or can readily obtain, Defendants have insufficient

18   information to admit or deny this request.

19   **REQUEST FOR ADMISSION NO. 497:**

20        Admit that the majority of the Fixes or Updates listed in the first two columns of Exhibit

21   A were Developed in part by using PeopleSoft application software that TN originally obtained

22   from one or more Customers.

23   **RESPONSE TO REQUEST FOR ADMISSION NO. 497:**

24        Defendants object to this request on the grounds stated in the General Objections and

25   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

26   respect to the information sought in this request because Defendants SAP AG and SAP America

27   have no additional knowledge separate and apart from the information provided by Defendant

28   TomorrowNow in this response.  Defendants object to the request because the terms "Fixes,"

1   "Updates," "majority," "using," "application software" and "developed" are capable of multiple

2   meanings and thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of

3   master bundles as that term was used by TomorrowNow in the SAS database.  The master

4   bundles are not the actual objects that are developed for TomorrowNow customers.  Master

5   bundles and master fixes are records that simply identify problems for which TomorrowNow

6   generally developed objects to resolve.   The object development often took place at the release

7   level, source level, and customer level.  If this request is actually asking for information related to

8   each and every object TomorrowNow developed, this number is more in line with the 33,185

9   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

10  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

11  analyze each individual object in each fix or update contained within each master bundle.

12  Defendants, therefore, object to this request as compound and unduly burdensome in that this

13  request seeks information and activities that (1) involved many thousands of objects, (2) involved

14  numerous employees, (3) took place over several years, and (4) would require Defendants to

15  review substantial business records to determine an answer, if possible, for each of the numerous

16  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

17  would be substantially similar to the burden for Plaintiffs to do so given that the available

18  information is at least as equally accessible to Plaintiffs as it is to Defendants.

19          Subject to the General Objections and Responses and these specific objections, after a

20  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21  sufficient knowledge and information to either admit or deny these requests as the information

22  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 497:**

25          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26  General Objections noted above. Defendants' response is based solely on Defendant

27  TomorrowNow's knowledge with respect to the information sought in this request because

28  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

information provided by Defendant TomorrowNow in this response.  Defendants object to the

request because the terms "fix," "update," "application software," and "obtained" are capable of

multiple meanings and thus, make this request overly broad, vague and ambiguous.  Further,

Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

are records that describe the issue to be addressed and then serve as a record keeping device and

reference for that issue and related activity TomorrowNow undertook to address that issue.  The

actual development of customer-specific objects included in customer-specific fixes and updates

was referenced to a "master bundle" or "master fix" record for identification and record keeping

purposes. Thus, if this request seeks an admission related to each and every object related to each

and every customer-specific fix or update that TomorrowNow developed, then this single request

impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

intent of this request, then to respond to this request, Defendants would have to analyze each

individual object in each fix or update contained within each master bundle.  Defendants,

therefore, object on the basis that this request is compound, overly broad and unduly burdensome

because it seeks an admission regarding thousands of separate activities that (1) involved many

thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

would require Defendants to review enormous volumes of business records to attempt to

determine an answer, if possible, for each of the numerous objects contained within the

referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

Defendants' burden associated with responding to this request is substantially similar to the

burden for Plaintiffs to obtain the information sought through this request, especially because the

available documents, data and other information from which the answer, if any, could be derived

in response to this request have been produced by Defendants in response to Plaintiffs' other

discovery requests and thus any relevant, available information is now as equally accessible to

1   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

2   qualifications, Defendants respond as follows:

3          ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

4   the majority of the objects (meaning at least one object more than half of the total objects)

5   associated with the master bundle records referenced in the first two columns of Exhibit A were

6   developed in part by using PeopleSoft related applications that TomorrowNow originally

7   obtained from its customers. To the extent not admitted, this request is DENIED.

8   **REQUEST FOR ADMISSION NO. 498:**

9          Admit that some Fixes or Updates listed in the first two columns of Exhibit A were

10  Developed in part by using PeopleSoft application software that TN originally obtained from one

11  or more Customers.

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 498:**

13         Defendants object to this request on the grounds stated in the General Objections and

14  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15  respect to the information sought in this request because Defendants SAP AG and SAP America

16  have no additional knowledge separate and apart from the information provided by Defendant

17  TomorrowNow in this response.  Defendants object to the request because the terms "Fixes,"

18  "Updates," "using," "developed," "application software" and "some" are capable of multiple

19  meanings and thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of

20  master bundles as that term was used by TomorrowNow in the SAS database.  The master

21  bundles are not the actual objects that are developed for TomorrowNow customers.  Master

22  bundles and master fixes are records that simply identify problems for which TomorrowNow

23  generally developed objects to resolve.   The object development often took place at the release

24  level, source level, and customer level.  If this request is actually asking for information related to

25  each and every object TomorrowNow developed, this number is more in line with the 33,185

26  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

27  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

28  analyze each individual object in each fix or update contained within each master bundle.

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  Defendants, therefore, object to this request as compound and unduly burdensome in that this

2  request seeks information and activities that (1) involved many thousands of objects, (2) involved

3  numerous employees, (3) took place over several years, and (4) would require Defendants to

4  review substantial business records to determine an answer, if possible, for each of the numerous

5  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

6  would be substantially similar to the burden for Plaintiffs to do so given that the available

7  information is at least as equally accessible to Plaintiffs as it is to Defendants.

8        Subject to the General Objections and Responses and these specific objections, after a

9  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

10  sufficient knowledge and information to either admit or deny these requests as the information

11  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

12  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

13  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 498:**

14        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

15  General Objections noted above. Defendants' response is based solely on Defendant

16  TomorrowNow's knowledge with respect to the information sought in this request because

17  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

18  information provided by Defendant TomorrowNow in this response.  Defendants object to the

19  request because the terms "fix," "update," "application software," and "obtained" are capable of

20  multiple meanings and thus, make this request overly broad, vague and ambiguous.  Further,

21  Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

22  SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

23  updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

24  are records that describe the issue to be addressed and then serve as a record keeping device and

25  reference for that issue and related activity TomorrowNow undertook to address that issue.  The

26  actual development of customer-specific objects included in customer-specific fixes and updates

27  was referenced to a "master bundle" or "master fix" record for identification and record keeping

28  purposes. Thus, if this request seeks an admission related to each and every object related to each

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   and every customer-specific fix or update that TomorrowNow developed, then this single request

2   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

3   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

4   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

5   intent of this request, then to respond to this request, Defendants would have to analyze each

6   individual object in each fix or update contained within each master bundle.  Defendants,

7   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

8   because it seeks an admission regarding thousands of separate activities that (1) involved many

9   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

10  would require Defendants to review enormous volumes of business records to attempt to

11  determine an answer, if possible, for each of the numerous objects contained within the

12  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

13  Defendants' burden associated with responding to this request is substantially similar to the

14  burden for Plaintiffs to obtain the information sought through this request, especially because the

15  available documents, data and other information from which the answer, if any, could be derived

16  in response to this request have been produced by Defendants in response to Plaintiffs' other

17  discovery requests and thus any relevant, available information is now as equally accessible to

18  Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

19  "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

20  letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

21  respond as follows:

22          ADMITTED on the following qualified basis:  Some of the objects (meaning more than

23  one object) associated with the master bundle records referenced in the first two columns of

24  Exhibit A were developed in part by using PeopleSoft related applications that TomorrowNow

25  originally obtained from its customers. To the extent not admitted, this request is DENIED.

26  **REQUEST FOR ADMISSION NO. 499:**

27          Admit that at least one Fix or Update listed in the first two columns of Exhibit A was

28  Developed in part by using PeopleSoft application software that TN originally obtained from one

1   or more Customers.

2   **RESPONSE TO REQUEST FOR ADMISSION NO. 499:**

3        Defendants object to this request on the grounds stated in the General Objections and

4   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5   respect to the information sought in this request because Defendants SAP AG and SAP America

6   have no additional knowledge separate and apart from the information provided by Defendant

7   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

8   "Update," "using," "application software," and "developed" makes this request vague and

9   ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by

10  TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

11  developed for TomorrowNow customers.  Master bundles and master fixes are records that

12  simply identify problems for which TomorrowNow generally developed objects to resolve.   The

13  object development often took place at the release level, source level, and customer level.  If this

14  request is actually asking for information related to each and every object TomorrowNow

15  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

16  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

17  respond to this question, Defendants would have to analyze each individual object in each fix or

18  update contained within each master bundle.  Defendants, therefore, object to this request as

19  compound and unduly burdensome in that this request seeks information and activities that (1)

20  involved many thousands of objects, (2) involved numerous employees, (3) took place over

21  several years, and (4) would require Defendants to review substantial business records to

22  determine an answer, if possible, for each of the numerous numbers of objects contained within

23  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24  burden for Plaintiffs to do so given that the available information is at least as equally accessible

25  to Plaintiffs as it is to Defendants.

26        Subject to the General Objections and Responses and these specific objections,

27  Defendants lack sufficient knowledge and information to either admit or deny these requests as

28  the information sought was not tracked, recorded, or maintained by TomorrowNow in a "readily

1   obtainable manner." On this basis, therefore, these requests are DENIED. However, Defendant

2   TomorrowNow ADMITS that at least one object developed, under the master bundle record, was

3   developed in part by using part of a PeopleSoft application that TN originally obtained from one

4   or more of TomorrowNow's Customers. To the extent that the request is not admitted, it is

5   DENIED.

6   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 499:**

7           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

8   General Objections noted above. Defendants' response is based solely on Defendant

9   TomorrowNow's knowledge with respect to the information sought in this request because

10  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

11  information provided by Defendant TomorrowNow in this response. Defendants object to the

12  request because the terms "fix," "update," "application software," and "obtained" are capable of

13  multiple meanings and thus, make this request overly broad, vague and ambiguous. Further,

14  Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

15  SAS database. TomorrowNow's "master bundles" are not the actual objects included in fixes or

16  updates that are developed for TomorrowNow's customers. "Master bundles" and "master fixes"

17  are records that describe the issue to be addressed and then serve as a record keeping device and

18  reference for that issue and related activity TomorrowNow undertook to address that issue. The

19  actual development of customer-specific objects included in customer-specific fixes and updates

20  was referenced to a "master bundle" or "master fix" record for identification and record keeping

21  purposes. Thus, if this request seeks an admission related to each and every object related to each

22  and every customer-specific fix or update that TomorrowNow developed, then this single request

23  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

24  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

25  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. If that is the

26  intent of this request, then to respond to this request, Defendants would have to analyze each

27  individual object in each fix or update contained within each master bundle. Defendants,

28  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

1   because it seeks an admission regarding thousands of separate activities that (1) involved many

2   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

3   would require Defendants to review enormous volumes of business records to attempt to

4   determine an answer, if possible, for each of the numerous objects contained within the

5   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

6   Defendants' burden associated with responding to this request is substantially similar to the

7   burden for Plaintiffs to obtain the information sought through this request, especially because the

8   available documents, data and other information from which the answer, if any, could be derived

9   in response to this request have been produced by Defendants in response to Plaintiffs' other

10  discovery requests and thus any relevant, available information is now as equally accessible to

11  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

12  qualifications, Defendants respond as follows:

13          ADMITTED on the following qualified basis:  At least one of the objects associated with

14  the master bundle records referenced in the first two columns of Exhibit A was developed in part

15  by using a PeopleSoft related application that TomorrowNow originally obtained from a customer.

16  To the extent not admitted, this request is DENIED.

17  **REQUEST FOR ADMISSION NO. 500:**

18          Admit that for each Fix or Update listed in the first two columns of Exhibit A, TN

19  acquired a Copy of a tax Update published by PeopleSoft or Oracle by Downloading it from

20  Customer Connection to use in Developing the Fix or Update.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 500:**

22          Defendants object to this request on the grounds stated in the General Objections and

23  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

24  respect to the information sought in this request because Defendants SAP AG and SAP America

25  have no additional knowledge separate and apart from the information provided by Defendant

26  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

27  "Update," "copy," "downloading," "use," and "developing" are capable of multiple meanings and

28  thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of master

1    bundles as that term was used by TomorrowNow in the SAS database.  The master bundles are

2    not the actual objects that are developed for TomorrowNow customers.  Master bundles and

3    master fixes are records that simply identify problems for which TomorrowNow generally

4    developed objects to resolve.  The object development often took place at the release level, source

5    level, and customer level.  If this request is actually asking for information related to each and

6    every object TomorrowNow developed, this number is more in line with the 33,185 listed in

7    Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

8    America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

9    each individual object in each fix or update contained within each master bundle.  Defendants,

10   therefore, object to this request as compound and unduly burdensome in that this request seeks

11   information and activities that (1) involved many thousands of objects, (2) involved numerous

12   employees, (3) took place over several years, and (4) would require Defendants to review

13   substantial business records to determine an answer, if possible, for each of the numerous

14   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

15   would be substantially similar to the burden for Plaintiffs to do so given that the available

16   information is at least as equally accessible to Plaintiffs as it is to Defendants.

17       Subject to the General Objections and Responses and these specific objections, after a

18   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

19   sufficient knowledge and information to either admit or deny these requests as the information

20   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

21   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

22   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 500:**

23       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

24   General Objections noted above. Defendants' response is based solely on Defendant

25   TomorrowNow's knowledge with respect to the information sought in this request because

26   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

27   information provided by Defendant TomorrowNow in this response.  Defendants object to the

28   request because the terms "fix," "update," "copy," "downloading," "use," and "developing" are

1    capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

2    Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

3    in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

4    fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

5    "master fixes" are records that describe the issue to be addressed and then serve as a record

6    keeping device and reference for that issue and related activity TomorrowNow undertook to

7    address that issue.  The actual development of customer-specific objects included in customer-

8    specific fixes and updates was referenced to a "master bundle" or "master fix" record for

9    identification and record keeping purposes. Thus, if this request seeks an admission related to

10   each and every object related to each and every customer-specific fix or update that

11   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

12   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

13   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

14   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

15   request, Defendants would have to analyze each individual object in each fix or update contained

16   within each master bundle.  Defendants, therefore, object on the basis that this request is

17   compound, overly broad and unduly burdensome because it seeks an admission regarding

18   thousands of separate activities that (1) involved many thousands of objects, (2) involved

19   numerous employees, (3) took place over several years, and (4) would require Defendants to

20   review enormous volumes of business records to attempt to determine an answer, if possible, for

21   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

22   Defendants object to this request on the basis that Defendants' burden associated with responding

23   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

24   through this request, especially because the available documents, data and other information from

25   which the answer, if any, could be derived in response to this request have been produced by

26   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

27   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

28   without waiving the foregoing objections and qualifications, Defendants respond as follows:

1    DENIED on the basis that Defendants have made a reasonable inquiry and based on the

2    information Defendants currently know or can readily obtain, Defendants have insufficient

3    information to admit or deny this request.

4    **REQUEST FOR ADMISSION NO. 501:**

5    Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

6    A, TN acquired a Copy of a tax Update published by PeopleSoft or Oracle by Downloading it

7    from Customer Connection to use in Developing the Fix or Update.

8    **RESPONSE TO REQUEST FOR ADMISSION NO. 501:**

9    Defendants object to this request on the grounds stated in the General Objections and

10   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

14   "Update," "majority," "copy," "downloading," "use," and "developing" are capable of multiple

15   meanings and thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of

16   master bundles as that term was used by TomorrowNow in the SAS database.  The master

17   bundles are not the actual objects that are developed for TomorrowNow customers.  Master

18   bundles and master fixes are records that simply identify problems for which TomorrowNow

19   generally developed objects to resolve.  The object development often took place at the release

20   level, source level, and customer level.  If this request is actually asking for information related to

21   each and every object TomorrowNow developed, this number is more in line with the 33,185

22   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

23   SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

24   analyze each individual object in each fix or update contained within each master bundle.

25   Defendants, therefore, object to this request as compound and unduly burdensome in that this

26   request seeks information and activities that (1) involved many thousands of objects, (2) involved

27   numerous employees, (3) took place over several years, and (4) would require Defendants to

28   review substantial business records to determine an answer, if possible, for each of the numerous

1    numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

2    would be substantially similar to the burden for Plaintiffs to do so given that the available

3    information is at least as equally accessible to Plaintiffs as it is to Defendants.

4         Subject to the General Objections and Responses and these specific objections, after a

5    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6    sufficient knowledge and information to either admit or deny these requests as the information

7    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

9    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 501:**

10        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11   General Objections noted above. Defendants' response is based solely on Defendant

12   TomorrowNow's knowledge with respect to the information sought in this request because

13   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14   information provided by Defendant TomorrowNow in this response.  Defendants object to the

15   request because the terms "fix," "update," "copy," "downloading," "use," and "developing" are

16   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

17   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

18   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

19   fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

20   "master fixes" are records that describe the issue to be addressed and then serve as a record

21   keeping device and reference for that issue and related activity TomorrowNow undertook to

22   address that issue.  The actual development of customer-specific objects included in customer-

23   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

24   identification and record keeping purposes. Thus, if this request seeks an admission related to

25   each and every object related to each and every customer-specific fix or update that

26   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

27   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

28   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

1    SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

2    request, Defendants would have to analyze each individual object in each fix or update contained

3    within each master bundle.  Defendants, therefore, object on the basis that this request is

4    compound, overly broad and unduly burdensome because it seeks an admission regarding

5    thousands of separate activities that (1) involved many thousands of objects, (2) involved

6    numerous employees, (3) took place over several years, and (4) would require Defendants to

7    review enormous volumes of business records to attempt to determine an answer, if possible, for

8    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

9    Defendants object to this request on the basis that Defendants' burden associated with responding

10   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

11   through this request, especially because the available documents, data and other information from

12   which the answer, if any, could be derived in response to this request have been produced by

13   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

14   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

15   without waiving the foregoing objections and qualifications, Defendants respond as follows:

16        ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

17   for the majority of the objects (meaning at least one object more than half of the total objects)

18   associated with the master bundle records referenced in the first two columns of Exhibit A,

19   TomorrowNow employees acquired a tax update posted by PeopleSoft by downloading that tax

20   update from Customer Connection to use in connection with the development of the object. To

21   the extent not admitted, this request is DENIED.

22   **REQUEST FOR ADMISSION NO. 502:**

23        Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, TN

24   acquired a Copy of a tax Update published by PeopleSoft or Oracle by Downloading it from

25   Customer Connection to use in Developing the Fix or Update.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 502:**

27        Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms "Fixes,"

4   "Update," "copy," "downloading," "use," "some," and "developing" are capable of multiple

5   meanings and thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of

6   master bundles as that term was used by TomorrowNow in the SAS database.  The master

7   bundles are not the actual objects that are developed for TomorrowNow customers.  Master

8   bundles and master fixes are records that simply identify problems for which TomorrowNow

9   generally developed objects to resolve.  The object development often took place at the release

10  level, source level, and customer level.  If this request is actually asking for information related to

11  each and every object TomorrowNow developed, this number is more in line with the 33,185

12  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

13  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

14  analyze each individual object in each fix or update contained within each master bundle.

15  Defendants, therefore, object to this request as compound and unduly burdensome in that this

16  request seeks information and activities that (1) involved many thousands of objects, (2) involved

17  numerous employees, (3) took place over several years, and (4) would require Defendants to

18  review substantial business records to determine an answer, if possible, for each of the numerous

19  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

20  would be substantially similar to the burden for Plaintiffs to do so given that the available

21  information is at least as equally accessible to Plaintiffs as it is to Defendants.

22      Subject to the General Objections and Responses and these specific objections, after a

23  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

24  sufficient knowledge and information to either admit or deny these requests as the information

25  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

26  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

27  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 502:**

28      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   General Objections noted above. Defendants' response is based solely on Defendant

2   TomorrowNow's knowledge with respect to the information sought in this request because

3   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

4   information provided by Defendant TomorrowNow in this response.  Defendants object to the

5   request because the terms "fix," "update," "copy," "downloading," "use," and "developing" are

6   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

7   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

8   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

9   fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

10  "master fixes" are records that describe the issue to be addressed and then serve as a record

11  keeping device and reference for that issue and related activity TomorrowNow undertook to

12  address that issue.  The actual development of customer-specific objects included in customer-

13  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

14  identification and record keeping purposes. Thus, if this request seeks an admission related to

15  each and every object related to each and every customer-specific fix or update that

16  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

17  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

18  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

19  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

20  request, Defendants would have to analyze each individual object in each fix or update contained

21  within each master bundle.  Defendants, therefore, object on the basis that this request is

22  compound, overly broad and unduly burdensome because it seeks an admission regarding

23  thousands of separate activities that (1) involved many thousands of objects, (2) involved

24  numerous employees, (3) took place over several years, and (4) would require Defendants to

25  review enormous volumes of business records to attempt to determine an answer, if possible, for

26  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

27  Defendants object to this request on the basis that Defendants' burden associated with responding

28  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   through this request, especially because the available documents, data and other information from

2   which the answer, if any, could be derived in response to this request have been produced by

3   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

4   information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

5   this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

6   their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

7   objections and qualifications, Defendants respond as follows:

8          ADMITTED on the following qualified basis:  For some of the objects (meaning more

9   than one object) associated with the master bundle records referenced in the first two columns of

10  Exhibit A, TomorrowNow employees acquired a tax update posted by PeopleSoft by

11  downloading that tax update from Customer Connection to use in connection with the

12  development of the object.  To the extent not admitted, this request is DENIED.

13  **REQUEST FOR ADMISSION NO. 503:**

14         Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, TN

15  acquired a Copy of a tax Update published by PeopleSoft or Oracle by Downloading it from

16  Customer Connection to use in Developing the Fix or Update.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 503:**

18         Defendants object to this request on the grounds stated in the General Objections and

19  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20  respect to the information sought in this request because Defendants SAP AG and SAP America

21  have no additional knowledge separate and apart from the information provided by Defendant

22  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

23  "Update," "copy," "downloading," "use,"  and "developing" are capable of multiple meanings

24  and thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of master

25  bundles as that term was used by TomorrowNow in the SAS database.  The master bundles are

26  not the actual objects that are developed for TomorrowNow customers.  Master bundles and

27  master fixes are records that simply identify problems for which TomorrowNow generally

28  developed objects to resolve.  The object development often took place at the release level, source

1   level, and customer level.  If this request is actually asking for information related to each and

2   every object TomorrowNow developed, this number is more in line with the 33,185 listed in

3   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

4   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

5   each individual object in each fix or update contained within each master bundle.  Defendants,

6   therefore, object to this request as compound and unduly burdensome in that this request seeks

7   information and activities that (1) involved many thousands of objects, (2) involved numerous

8   employees, (3) took place over several years, and (4) would require Defendants to review

9   substantial business records to determine an answer, if possible, for each of the numerous

10  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

11  would be substantially similar to the burden for Plaintiffs to do so given that the available

12  information is at least as equally accessible to Plaintiffs as it is to Defendants.

13          Subject to the General Objections and Responses and these specific objections,

14  Defendants lack sufficient knowledge and information to either admit or deny these requests as

15  the information sought was not tracked, recorded, or maintained by TomorrowNow in a "readily

16  obtainable manner."  On this basis, therefore, these requests are DENIED.  However, Defendant

17  TomorrowNow ADMITS that for at least one object developed, under the master bundle record,

18  TN acquired a Copy of a tax update published by PeopleSoft or Oracle by downloading it from

19  Customer Connection.  To the extent that the request is not admitted, it is DENIED.

20  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 503:**

21          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

22  General Objections noted above. Defendants' response is based solely on Defendant

23  TomorrowNow's knowledge with respect to the information sought in this request because

24  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

25  information provided by Defendant TomorrowNow in this response.  Defendants object to the

26  request because the terms "fix," "update," "copy," "downloading," "use," and "developing" are

27  capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

28  Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

1    in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

2    fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

3    "master fixes" are records that describe the issue to be addressed and then serve as a record

4    keeping device and reference for that issue and related activity TomorrowNow undertook to

5    address that issue.  The actual development of customer-specific objects included in customer-

6    specific fixes and updates was referenced to a "master bundle" or "master fix" record for

7    identification and record keeping purposes. Thus, if this request seeks an admission related to

8    each and every object related to each and every customer-specific fix or update that

9    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

10   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

11   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

12   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

13   request, Defendants would have to analyze each individual object in each fix or update contained

14   within each master bundle.  Defendants, therefore, object on the basis that this request is

15   compound, overly broad and unduly burdensome because it seeks an admission regarding

16   thousands of separate activities that (1) involved many thousands of objects, (2) involved

17   numerous employees, (3) took place over several years, and (4) would require Defendants to

18   review enormous volumes of business records to attempt to determine an answer, if possible, for

19   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

20   Defendants object to this request on the basis that Defendants' burden associated with responding

21   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

22   through this request, especially because the available documents, data and other information from

23   which the answer, if any, could be derived in response to this request have been produced by

24   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

25   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

26   without waiving the foregoing objections and qualifications, Defendants respond as follows:

27          ADMITTED on the following qualified basis:  For at least one of the objects associated

28   with the master bundle records referenced in the first two columns of Exhibit A, TomorrowNow

1   employees acquired a tax update posted by PeopleSoft by downloading that tax update from

2   Customer Connection to use in connection with the developing of the object.  To the extent not

3   admitted, this request is DENIED.

4   **REQUEST FOR ADMISSION NO. 504:**

5          Admit that for any Fix or Update listed in the first two columns of Exhibit A for which

6   TN did not acquire a Copy of a tax Update published by PeopleSoft or Oracle by Downloading it

7   from Customer Connection to use in Developing the Fix or Update, TN acquired a Copy of a tax

8   Update published by PeopleSoft or Oracle by requesting it from a Customer to use in Developing

9   the Fix or Update.

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 504:**

11         Defendants object to this request on the grounds stated in the General Objections and

12  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13  respect to the information sought in this request because Defendants SAP AG and SAP America

14  have no additional knowledge separate and apart from the information provided by Defendant

15  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

16  "Update," "copy," "downloading," "use," and "developing" are capable of multiple meanings and

17  thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of master

18  bundles as that term was used by TomorrowNow in the SAS database.  The master bundles are

19  not the actual objects that are developed for TomorrowNow customers.  Master bundles and

20  master fixes are records that simply identify problems for which TomorrowNow generally

21  developed objects to resolve.  The object development often took place at the release level, source

22  level, and customer level.  If this request is actually asking for information related to each and

23  every object TomorrowNow developed, this number is more in line with the 33,185 listed in

24  Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

25  America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

26  each individual object in each fix or update contained within each master bundle.  Defendants,

27  therefore, object to this request as compound and unduly burdensome in that this request seeks

28  information and activities that (1) involved many thousands of objects, (2) involved numerous

1   employees, (3) took place over several years, and (4) would require Defendants to review

2   substantial business records to determine an answer, if possible, for each of the numerous

3   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

4   would be substantially similar to the burden for Plaintiffs to do so given that the available

5   information is at least as equally accessible to Plaintiffs as it is to Defendants.

6          Subject to the General Objections and Responses and these specific objections, after a

7   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

8   sufficient knowledge and information to either admit or deny these requests as the information

9   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

10  manner." Based on all of the reasons and objections stated above, these requests are DENIED.

11  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 504:**

12         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

13  General Objections noted above. Defendants' response is based solely on Defendant

14  TomorrowNow's knowledge with respect to the information sought in this request because

15  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

16  information provided by Defendant TomorrowNow in this response. Defendants object to the

17  request because the terms "fix," "update," "copy," "downloading," "use," and "developing" are

18  capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

19  Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

20  in the SAS database. TomorrowNow's "master bundles" are not the actual objects included in

21  fixes or updates that are developed for TomorrowNow's customers. "Master bundles" and

22  "master fixes" are records that describe the issue to be addressed and then serve as a record

23  keeping device and reference for that issue and related activity TomorrowNow undertook to

24  address that issue. The actual development of customer-specific objects included in customer-

25  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

26  identification and record keeping purposes. Thus, if this request seeks an admission related to

27  each and every object related to each and every customer-specific fix or update that

28  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

1    admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

2    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

3    SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

4    request, Defendants would have to analyze each individual object in each fix or update contained

5    within each master bundle.  Defendants, therefore, object on the basis that this request is

6    compound, overly broad and unduly burdensome because it seeks an admission regarding

7    thousands of separate activities that (1) involved many thousands of objects, (2) involved

8    numerous employees, (3) took place over several years, and (4) would require Defendants to

9    review enormous volumes of business records to attempt to determine an answer, if possible, for

10   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

11   Defendants object to this request on the basis that Defendants' burden associated with responding

12   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

13   through this request, especially because the available documents, data and other information from

14   which the answer, if any, could be derived in response to this request have been produced by

15   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

16   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

17   without waiving the foregoing objections and qualifications, Defendants respond as follows:

18        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

19   information Defendants currently know or can readily obtain, Defendants have insufficient

20   information to admit or deny this request.

21   **REQUEST FOR ADMISSION NO. 505:**

22        Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

23   A for which TN did not acquire a Copy of a tax Update published by PeopleSoft or Oracle by

24   Downloading it from Customer Connection to use in Developing the Fix or Update, TN acquired

25   a Copy of a tax Update published by PeopleSoft or Oracle by requesting it from a Customer to

26   use in Developing the Fix or Update.

27   **RESPONSE TO REQUEST FOR ADMISSION NO. 505:**

28        Defendants object to this request on the grounds stated in the General Objections and

1   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2   respect to the information sought in this request because Defendants SAP AG and SAP America

3   have no additional knowledge separate and apart from the information provided by Defendant

4   TomorrowNow in this response.  Defendants object to the request because the terms "Fixes,"

5   "Update," "majority," "copy," "downloading," "use," and "developing" are capable of multiple

6   meanings and thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of

7   master bundles as that term was used by TomorrowNow in the SAS database.  The master

8   bundles are not the actual objects that are developed for TomorrowNow customers.  Master

9   bundles and master fixes are records that simply identify problems for which TomorrowNow

10  generally developed objects to resolve.  The object development often took place at the release

11  level, source level, and customer level.  If this request is actually asking for information related to

12  each and every object TomorrowNow developed, this number is more in line with the 33,185

13  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

14  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

15  analyze each individual object in each fix or update contained within each master bundle.

16  Defendants, therefore, object to this request as compound and unduly burdensome in that this

17  request seeks information and activities that (1) involved many thousands of objects, (2) involved

18  numerous employees, (3) took place over several years, and (4) would require Defendants to

19  review substantial business records to determine an answer, if possible, for each of the numerous

20  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

21  would be substantially similar to the burden for Plaintiffs to do so given that the available

22  information is at least as equally accessible to Plaintiffs as it is to Defendants.

23       Subject to the General Objections and Responses and these specific objections, after a

24  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

25  sufficient knowledge and information to either admit or deny these requests as the information

26  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

27  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

28

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 505:**

2    Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix," "update," "copy," "downloading," "use," and "developing" are

8    capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

9    Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

10   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

11   fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

12   "master fixes" are records that describe the issue to be addressed and then serve as a record

13   keeping device and reference for that issue and related activity TomorrowNow undertook to

14   address that issue.  The actual development of customer-specific objects included in customer-

15   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

16   identification and record keeping purposes. Thus, if this request seeks an admission related to

17   each and every object related to each and every customer-specific fix or update that

18   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

19   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

20   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

21   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

22   request, Defendants would have to analyze each individual object in each fix or update contained

23   within each master bundle.  Defendants, therefore, object on the basis that this request is

24   compound, overly broad and unduly burdensome because it seeks an admission regarding

25   thousands of separate activities that (1) involved many thousands of objects, (2) involved

26   numerous employees, (3) took place over several years, and (4) would require Defendants to

27   review enormous volumes of business records to attempt to determine an answer, if possible, for

28   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

1   Defendants object to this request on the basis that Defendants' burden associated with responding

2   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

3   through this request, especially because the available documents, data and other information from

4   which the answer, if any, could be derived in response to this request have been produced by

5   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

6   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

7   without waiving the foregoing objections and qualifications, Defendants respond as follows:

8          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

9   information Defendants currently know or can readily obtain, Defendants have insufficient

10  information to admit or deny this request.

11  **REQUEST FOR ADMISSION NO. 506:**

12         Admit that for the some Fixes or Updates listed in the first two columns of Exhibit A for

13  which TN did not acquire a Copy of a tax Update published by PeopleSoft or Oracle by

14  Downloading it from Customer Connection to use in Developing the Fix or Update, TN acquired

15  a Copy of a tax Update published by PeopleSoft or Oracle by requesting it from a Customer to

16  use in Developing the Fix or Update.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 506:**

18         Defendants object to this request on the grounds stated in the General Objections and

19  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20  respect to the information sought in this request because Defendants SAP AG and SAP America

21  have no additional knowledge separate and apart from the information provided by Defendant

22  TomorrowNow in this response.  Defendants object to the request because the terms "Fixes,"

23  "Update," "copy," "downloading," "use," "some," and "developing" are capable of multiple

24  meanings and thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of

25  master bundles as that term was used by TomorrowNow in the SAS database.  The master

26  bundles are not the actual objects that are developed for TomorrowNow customers.  Master

27  bundles and master fixes are records that simply identify problems for which TomorrowNow

28  generally developed objects to resolve.  The object development often took place at the release

1    level, source level, and customer level.  If this request is actually asking for information related to

2    each and every object TomorrowNow developed, this number is more in line with the 33,185

3    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

4    SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

5    analyze each individual object in each fix or update contained within each master bundle.

6    Defendants, therefore, object to this request as compound and unduly burdensome in that this

7    request seeks information and activities that (1) involved many thousands of objects, (2) involved

8    numerous employees, (3) took place over several years, and (4) would require Defendants to

9    review substantial business records to determine an answer, if possible, for each of the numerous

10   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

11   would be substantially similar to the burden for Plaintiffs to do so given that the available

12   information is at least as equally accessible to Plaintiffs as it is to Defendants.

13           Subject to the General Objections and Responses and these specific objections, after a

14   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

15   sufficient knowledge and information to either admit or deny these requests as the information

16   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

17   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

18   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 506:**

19           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

20   General Objections noted above. Defendants' response is based solely on Defendant

21   TomorrowNow's knowledge with respect to the information sought in this request because

22   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

23   information provided by Defendant TomorrowNow in this response.  Defendants object to the

24   request because the terms "fix," "update," "copy," "downloading," "use," and "developing" are

25   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

26   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

27   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

28   fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    "master fixes" are records that describe the issue to be addressed and then serve as a record

2    keeping device and reference for that issue and related activity TomorrowNow undertook to

3    address that issue.  The actual development of customer-specific objects included in customer-

4    specific fixes and updates was referenced to a "master bundle" or "master fix" record for

5    identification and record keeping purposes. Thus, if this request seeks an admission related to

6    each and every object related to each and every customer-specific fix or update that

7    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

8    admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

9    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

10   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

11   request, Defendants would have to analyze each individual object in each fix or update contained

12   within each master bundle.  Defendants, therefore, object on the basis that this request is

13   compound, overly broad and unduly burdensome because it seeks an admission regarding

14   thousands of separate activities that (1) involved many thousands of objects, (2) involved

15   numerous employees, (3) took place over several years, and (4) would require Defendants to

16   review enormous volumes of business records to attempt to determine an answer, if possible, for

17   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

18   Defendants object to this request on the basis that Defendants' burden associated with responding

19   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

20   through this request, especially because the available documents, data and other information from

21   which the answer, if any, could be derived in response to this request have been produced by

22   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

23   information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

24   this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

25   their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

26   objections and qualifications, Defendants respond as follows:

27          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

28   information Defendants currently know or can readily obtain, Defendants have insufficient

1    information to admit or deny this request.

2    **REQUEST FOR ADMISSION NO. 507:**

3         Admit that for at least one Fix or Update listed in the first two columns of Exhibit A for

4    which TN did not acquire a Copy of a tax Update published by PeopleSoft or Oracle by

5    Downloading it from Customer Connection to use in Developing the Fix or Update, TN acquired

6    a Copy of a tax Update published by PeopleSoft or Oracle by requesting it from a Customer to

7    use in Developing the Fix or Update.

8    **RESPONSE TO REQUEST FOR ADMISSION NO. 507:**

9         Defendants object to this request on the grounds stated in the General Objections and

10   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

14   "Update," "copy," "downloading," "use," and "developing" are capable of multiple meanings and

15   thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of master

16   bundles as that term was used by TomorrowNow in the SAS database.  The master bundles are

17   not the actual objects that are developed for TomorrowNow customers.  Master bundles and

18   master fixes are records that simply identify problems for which TomorrowNow generally

19   developed objects to resolve.  The object development often took place at the release level, source

20   level, and customer level.  If this request is actually asking for information related to each and

21   every object TomorrowNow developed, this number is more in line with the 33,185 listed in

22   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

23   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

24   each individual object in each fix or update contained within each master bundle.  Defendants,

25   therefore, object to this request as compound and unduly burdensome in that this request seeks

26   information and activities that (1) involved many thousands of objects, (2) involved numerous

27   employees, (3) took place over several years, and (4) would require Defendants to review

28   substantial business records to determine an answer, if possible, for each of the numerous

1    numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

2    would be substantially similar to the burden for Plaintiffs to do so given that the available

3    information is at least as equally accessible to Plaintiffs as it is to Defendants.

4         Subject to the General Objections and Responses and these specific objections,

5    Defendants lack sufficient knowledge and information to either admit or deny these requests as

6    the information sought was not tracked, recorded, or maintained by TomorrowNow in a "readily

7    obtainable manner."  On this basis, therefore, these requests are DENIED.  However, Defendant

8    TomorrowNow ADMITS that for at least one object developed, under the master bundle record,

9    TomorrowNow acquired a copy of a tax update published by PeopleSoft or Oracle by receiving it

10   from a Customer.  To the extent that the request is not admitted, it is DENIED.

11   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 507</u>:**

12        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

13   General Objections noted above. Defendants' response is based solely on Defendant

14   TomorrowNow's knowledge with respect to the information sought in this request because

15   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

16   information provided by Defendant TomorrowNow in this response.  Defendants object to the

17   request because the terms "fix," "update," "copy," "downloading," "use," and "developing" are

18   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

19   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

20   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

21   fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

22   "master fixes" are records that describe the issue to be addressed and then serve as a record

23   keeping device and reference for that issue and related activity TomorrowNow undertook to

24   address that issue.  The actual development of customer-specific objects included in customer-

25   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

26   identification and record keeping purposes. Thus, if this request seeks an admission related to

27   each and every object related to each and every customer-specific fix or update that

28   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

2  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

3  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

4  request, Defendants would have to analyze each individual object in each fix or update contained

5  within each master bundle.  Defendants, therefore, object on the basis that this request is

6  compound, overly broad and unduly burdensome because it seeks an admission regarding

7  thousands of separate activities that (1) involved many thousands of objects, (2) involved

8  numerous employees, (3) took place over several years, and (4) would require Defendants to

9  review enormous volumes of business records to attempt to determine an answer, if possible, for

10  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

11  Defendants object to this request on the basis that Defendants' burden associated with responding

12  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

13  through this request, especially because the available documents, data and other information from

14  which the answer, if any, could be derived in response to this request have been produced by

15  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

16  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

17  without waiving the foregoing objections and qualifications, Defendants respond as follows:

18      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

19  information Defendants currently know or can readily obtain, Defendants have insufficient

20  information to admit or deny this request.

21  **REQUEST FOR ADMISSION NO. 508:**

22      Admit that each Fix or Update listed in the first two columns of Exhibit A was generated

23  in part by using Local Environments maintained by TN on a release-by-release basis (so-called

24  "extended support environments"), without regard to the Customer from whom the CDs used to

25  build the Local Environments were acquired.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 508:**

27      Defendants object to this request on the grounds stated in the General Objections and

28  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

respect to the information sought in this request because Defendants SAP AG and SAP America

have no additional knowledge separate and apart from the information provided by Defendant

TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

"Update," "generated," "using," "extended support environments," and "local environment"

makes this request vague and ambiguous.  Defendants object to the phrase "maintained by TN on

a release-by-release basis (so-called extended support environments)" as vague, ambiguous, and

misleading.  Defendants object to the phrase "without regard to the Customer from whom the

CDs used to build the local environments were acquired" as vague, ambiguous, misleading, and

calling for Defendants to speculate on individual TomorrowNow employees' mental states.

Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

the SAS database.  The master bundles are not the actual objects that are developed for

TomorrowNow customers.  Master bundles and master fixes are records that simply identify

problems for which TomorrowNow generally developed objects to resolve.  The object

development often took place at the release level, source level, and customer level.  If this request

is actually asking for information related to each and every object TomorrowNow developed, this

number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

question, Defendants would have to analyze each individual object in each fix or update

contained within each master bundle.  Defendants, therefore, object to this request as compound

and unduly burdensome in that this request seeks information and activities that (1) involved

many thousands of objects, (2) involved numerous employees, (3) took place over several years,

and (4) would require Defendants to review substantial business records to determine an answer,

if possible, for each of the numerous numbers of objects contained within the fixes and updates,

and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

do so given that the available information is at least as equally accessible to Plaintiffs as it is to

Defendants.

Subject to the General Objections and Responses and these specific objections, after a

reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

1    sufficient knowledge and information to either admit or deny these requests as the information

2    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

3    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

4    **AMENDED REQUEST FOR ADMISSION NO. 508:**

5         Admit that each Fix or Update listed in the first two columns of Exhibit A was generated

6    in part by using Generic Environments.

7    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 508:**

8         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

9    General Objections noted above. Defendants' response is based solely on Defendant

10   TomorrowNow's knowledge with respect to the information sought in this request because

11   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

12   information provided by Defendant TomorrowNow in this response.  Defendants object to the

13   request because the terms "fix," "update," "generated," "using," "generic environments" make

14   this request overly broad, vague and ambiguous.  "Generic Environment" is a term created by

15   Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to suggest that any

16   such environment or environment component was not used for limited customers, scope or

17   purpose.  Defendants further object to the definition of "Generic Environment" to the extent it

18   incorporates the overly broad, unduly burdensome, and vague term "Environment," to which

19   Defendants object above.  Further, Exhibit A lists the names of "master bundles" as that phrase

20   was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the

21   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

22   "Master bundles" and "master fixes" are records that describe the issue to be addressed and then

23   serve as a record keeping device and reference for that issue and related activity TomorrowNow

24   undertook to address that issue.  The actual development of customer-specific objects included in

25   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

26   for identification and record keeping purposes. Thus, if this request seeks an admission related to

27   each and every object related to each and every customer-specific fix or update that

28   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

2   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

3   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

4   request, Defendants would have to analyze each individual object in each fix or update contained

5   within each master bundle.  Defendants, therefore, object on the basis that this request is

6   compound, overly broad and unduly burdensome because it seeks an admission regarding

7   thousands of separate activities that (1) involved many thousands of objects, (2) involved

8   numerous employees, (3) took place over several years, and (4) would require Defendants to

9   review enormous volumes of business records to attempt to determine an answer, if possible, for

10  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

11  Defendants object to this request on the basis that Defendants' burden associated with responding

12  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

13  through this request, especially because the available documents, data and other information from

14  which the answer, if any, could be derived in response to this request have been produced by

15  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

16  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

17  without waiving the foregoing objections and qualifications, Defendants respond as follows:

18        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

19  information Defendants currently know or can readily obtain, Defendants have insufficient

20  information to admit or deny this request.

21  **REQUEST FOR ADMISSION NO. 509:**

22        Admit that majority of Fixes or Updates listed in the first two columns of Exhibit A were

23  generated in part by using Local Environments maintained by TN on a release-by-release basis

24  (so-called "extended support environments"), without regard to the Customer from whom the

25  CDs used to build the Local Environments were acquired.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 509:**

27        Defendants object to this request on the grounds stated in the General Objections and

28  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1    respect to the information sought in this request because Defendants SAP AG and SAP America

2    have no additional knowledge separate and apart from the information provided by Defendant

3    TomorrowNow in this response.  Defendants object to the request because the terms "Fixes,"

4    "Update," "majority," "generated," "using," "extended support environments," and "local

5    environment" makes this request vague and ambiguous.  Defendants object to the phrase

6    "maintained by TN on a release-by-release basis (so-called extended support environments)" as

7    vague, ambiguous, and misleading.  Defendants object to the phrase "without regard to the

8    Customer from whom the CDs used to build the local environments were acquired" as vague,

9    ambiguous, misleading, and calling for Defendants to speculate on individual TomorrowNow

10   employees' mental states.  Further, Exhibit A lists the names of master bundles as that term was

11   used by TomorrowNow in the SAS database.  The master bundles are not the actual objects that

12   are developed for TomorrowNow customers.  Master bundles and master fixes are records that

13   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

14   object development often took place at the release level, source level, and customer level.  If this

15   request is actually asking for information related to each and every object TomorrowNow

16   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

17   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

18   respond to this question, Defendants would have to analyze each individual object in each fix or

19   update contained within each master bundle.  Defendants, therefore, object to this request as

20   compound and unduly burdensome in that this request seeks information and activities that (1)

21   involved many thousands of objects, (2) involved numerous employees, (3) took place over

22   several years, and (4) would require Defendants to review substantial business records to

23   determine an answer, if possible, for each of the numerous numbers of objects contained within

24   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

25   burden for Plaintiffs to do so given that the available information is at least as equally accessible

26   to Plaintiffs as it is to Defendants.

27        Subject to the General Objections and Responses and these specific objections, after a

28   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   sufficient knowledge and information to either admit or deny these requests as the information

2   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

3   manner." Based on all of the reasons and objections stated above, these requests are DENIED.

4   **AMENDED REQUEST FOR ADMISSION NO. 509:**

5          Admit that majority of Fixes or Updates listed in the first two columns of Exhibit A were

6   generated in part by using Generic Environments.

7   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 509:**

8          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

9   General Objections noted above. Defendants' response is based solely on Defendant

10  TomorrowNow's knowledge with respect to the information sought in this request because

11  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

12  information provided by Defendant TomorrowNow in this response. Defendants object to the

13  request because the terms "fix," "update," "generated," "using," "generic environments" make

14  this request overly broad, vague and ambiguous. "Generic Environment" is a term created by

15  Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to suggest that any

16  such environment or environment component was not used for limited customers, scope or

17  purpose. Defendants further object to the definition of "Generic Environment" to the extent it

18  incorporates the overly broad, unduly burdensome, and vague term "Environment," to which

19  Defendants object above. Further, Exhibit A lists the names of "master bundles" as that phrase

20  was used by TomorrowNow in the SAS database. TomorrowNow's "master bundles" are not the

21  actual objects included in fixes or updates that are developed for TomorrowNow's customers.

22  "Master bundles" and "master fixes" are records that describe the issue to be addressed and then

23  serve as a record keeping device and reference for that issue and related activity TomorrowNow

24  undertook to address that issue. The actual development of customer-specific objects included in

25  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

26  for identification and record keeping purposes. Thus, if this request seeks an admission related to

27  each and every object related to each and every customer-specific fix or update that

28  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

1   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

2   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

3   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

4   request, Defendants would have to analyze each individual object in each fix or update contained

5   within each master bundle.  Defendants, therefore, object on the basis that this request is

6   compound, overly broad and unduly burdensome because it seeks an admission regarding

7   thousands of separate activities that (1) involved many thousands of objects, (2) involved

8   numerous employees, (3) took place over several years, and (4) would require Defendants to

9   review enormous volumes of business records to attempt to determine an answer, if possible, for

10  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

11  Defendants object to this request on the basis that Defendants' burden associated with responding

12  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

13  through this request, especially because the available documents, data and other information from

14  which the answer, if any, could be derived in response to this request have been produced by

15  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

16  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

17  without waiving the foregoing objections and qualifications, Defendants respond as follows:

18       ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

19  the majority of the objects (meaning at least one object more than half of the total objects)

20  associated with the master bundle records referenced in the first two columns of Exhibit A were

21  generated in part by using environments specific to TomorrowNow's retrofit support of specific

22  TomorrowNow customers. To the extent not admitted, this request is DENIED.

23  **REQUEST FOR ADMISSION NO. 510:**

24       Admit that some Fixes or Updates listed in the first two columns of Exhibit A were

25  generated in part by using Local Environments maintained by TN on a release-by-release basis

26  (so-called "extended support environments"), without regard to the Customer from whom the

27  CDs used to build the Local Environments were acquired.

28

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 510**:

2           Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms "Fixes,"

7    "Update," "generated," "using," "some," "extended support environments," and "local

8    environment" makes this request vague and ambiguous.  Defendants object to the phrase

9    "maintained by TN on a release-by-release basis (so-called extended support environments)" as

10   vague, ambiguous, and misleading.  Defendants object to the phrase "without regard to the

11   Customer from whom the CDs used to build the local environments were acquired" as vague,

12   ambiguous, misleading, and calling for Defendants to speculate on individual TomorrowNow

13   employees' mental states.  Further, Exhibit A lists the names of master bundles as that term was

14   used by TomorrowNow in the SAS database.  The master bundles are not the actual objects that

15   are developed for TomorrowNow customers.  Master bundles and master fixes are records that

16   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

17   object development often took place at the release level, source level, and customer level.  If this

18   request is actually asking for information related to each and every object TomorrowNow

19   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

20   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

21   respond to this question, Defendants would have to analyze each individual object in each fix or

22   update contained within each master bundle.  Defendants, therefore, object to this request as

23   compound and unduly burdensome in that this request seeks information and activities that (1)

24   involved many thousands of objects, (2) involved numerous employees, (3) took place over

25   several years, and (4) would require Defendants to review substantial business records to

26   determine an answer, if possible, for each of the numerous numbers of objects contained within

27   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

28   burden for Plaintiffs to do so given that the available information is at least as equally accessible

1    to Plaintiffs as it is to Defendants.

2           Subject to the General Objections and Responses and these specific objections, after a

3    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

4    sufficient knowledge and information to either admit or deny these requests as the information

5    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

6    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

7    **AMENDED REQUEST FOR ADMISSION NO. 510:**

8           Admit that some Fixes or Updates listed in the first two columns of Exhibit A were

9    generated in part by using Generic Environments.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 510:**

11          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response.  Defendants object to the

16   request because the terms "fix," "update," "generated," "using," "generic environments" make

17   this request overly broad, vague and ambiguous.  "Generic Environment" is a term created by

18   Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to suggest that any

19   such environment or environment component was not used for limited customers, scope or

20   purpose.  Defendants further object to the definition of "Generic Environment" to the extent it

21   incorporates the overly broad, unduly burdensome, and vague term "Environment," to which

22   Defendants object above.  Further, Exhibit A lists the names of "master bundles" as that phrase

23   was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the

24   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

25   "Master bundles" and "master fixes" are records that describe the issue to be addressed and then

26   serve as a record keeping device and reference for that issue and related activity TomorrowNow

27   undertook to address that issue.  The actual development of customer-specific objects included in

28   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

1   for identification and record keeping purposes. Thus, if this request seeks an admission related to

2   each and every object related to each and every customer-specific fix or update that

3   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

4   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

5   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

6   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

7   request, Defendants would have to analyze each individual object in each fix or update contained

8   within each master bundle.  Defendants, therefore, object on the basis that this request is

9   compound, overly broad and unduly burdensome because it seeks an admission regarding

10  thousands of separate activities that (1) involved many thousands of objects, (2) involved

11  numerous employees, (3) took place over several years, and (4) would require Defendants to

12  review enormous volumes of business records to attempt to determine an answer, if possible, for

13  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

14  Defendants object to this request on the basis that Defendants' burden associated with responding

15  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

16  through this request, especially because the available documents, data and other information from

17  which the answer, if any, could be derived in response to this request have been produced by

18  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

19  information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

20  this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

21  their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

22  objections and qualifications, Defendants respond as follows:

23          ADMITTED on the following qualified basis:  Some of the objects (meaning more than

24  one object) associated with the master bundle records referenced in the first two columns of

25  Exhibit A were generated in part by using environments specific to TomorrowNow's retrofit

26  support of specific TomorrowNow customers. To the extent not admitted, this request is DENIED.

27  **REQUEST FOR ADMISSION NO. 511:**

28          Admit that at least one Fix or Update listed in the first two columns of Exhibit A was

1   generated in part by using Local Environments maintained by TN on a release-by-release basis

2   (so-called "extended support environments"), without regard to the Customer from whom the

3   CDs used to build the Local Environments were acquired.

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 511:**

5       Defendants object to this request on the grounds stated in the General Objections and

6   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7   respect to the information sought in this request because Defendants SAP AG and SAP America

8   have no additional knowledge separate and apart from the information provided by Defendant

9   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

10   "Updates," "generated," "using," "extended support environments," and "local environment"

11   makes this request vague and ambiguous.  Defendants object to the phrase "maintained by TN on

12   a release-by-release basis (so-called extended support environments)" as vague, ambiguous, and

13   misleading.  Defendants object to the phrase "without regard to the Customer from whom the

14   CDs used to build the local environments were acquired" as vague, ambiguous, misleading, and

15   calling for Defendants to speculate on individual TomorrowNow employees' mental states.

16   Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

17   the SAS database.  The master bundles are not the actual objects that are developed for

18   TomorrowNow customers.  Master bundles and master fixes are records that simply identify

19   problems for which TomorrowNow generally developed objects to resolve.  The object

20   development often took place at the release level, source level, and customer level.  If this request

21   is actually asking for information related to each and every object TomorrowNow developed, this

22   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

23   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

24   question, Defendants would have to analyze each individual object in each fix or update

25   contained within each master bundle.  Defendants, therefore, object to this request as compound

26   and unduly burdensome in that this request seeks information and activities that (1) involved

27   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

28   and (4) would require Defendants to review substantial business records to determine an answer,

1   if possible, for each of the numerous numbers of objects contained within the fixes and updates,

2   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

3   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

4   Defendants.

5          Subject to the General Objections and Responses and these specific objections, after a

6   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7   sufficient knowledge and information to either admit or deny these requests as the information

8   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10  **AMENDED REQUEST FOR ADMISSION NO. 511:**

11         Admit that at least one Fix or Update listed in the first two columns of Exhibit A was

12  generated in part by using Generic Environments.

13  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 511:**

14         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

15  General Objections noted above. Defendants' response is based solely on Defendant

16  TomorrowNow's knowledge with respect to the information sought in this request because

17  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

18  information provided by Defendant TomorrowNow in this response.  Defendants object to the

19  request because the terms "fix," "update," "generated," "using," "generic environments" make

20  this request overly broad, vague and ambiguous.  "Generic Environment" is a term created by

21  Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to suggest that any

22  such environment or environment component was not used for limited customers, scope or

23  purpose.  Defendants further object to the definition of "Generic Environment" to the extent it

24  incorporates the overly broad, unduly burdensome, and vague term "Environment," to which

25  Defendants object above.  Further, Exhibit A lists the names of "master bundles" as that phrase

26  was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the

27  actual objects included in fixes or updates that are developed for TomorrowNow's customers.

28  "Master bundles" and "master fixes" are records that describe the issue to be addressed and then

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   serve as a record keeping device and reference for that issue and related activity TomorrowNow

2   undertook to address that issue.  The actual development of customer-specific objects included in

3   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

4   for identification and record keeping purposes. Thus, if this request seeks an admission related to

5   each and every object related to each and every customer-specific fix or update that

6   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

7   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

8   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

9   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

10  request, Defendants would have to analyze each individual object in each fix or update contained

11  within each master bundle.  Defendants, therefore, object on the basis that this request is

12  compound, overly broad and unduly burdensome because it seeks an admission regarding

13  thousands of separate activities that (1) involved many thousands of objects, (2) involved

14  numerous employees, (3) took place over several years, and (4) would require Defendants to

15  review enormous volumes of business records to attempt to determine an answer, if possible, for

16  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

17  Defendants object to this request on the basis that Defendants' burden associated with responding

18  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

19  through this request, especially because the available documents, data and other information from

20  which the answer, if any, could be derived in response to this request have been produced by

21  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

22  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

23  without waiving the foregoing objections and qualifications, Defendants respond as follows:

24          ADMITTED on the following qualified basis:  At least one of the objects associated with

25  the master bundle records referenced in the first two columns of Exhibit A was generated in part

26  by using environments specific to TomorrowNow's retrofit support of specific TomorrowNow

27  customers. To the extent not admitted, this request is DENIED.

28

1   **REQUEST FOR ADMISSION NO. 512:**

2       Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

3   the process of generating that Fix or Update was to apply a Copy of a tax Update published by

4   PeopleSoft or Oracle to an existing "extended support environment" (as the term is used in

5   Requests Nos. 508-511), and to save the resulting Environment as a new extended support

6   "environment."

7   **RESPONSE TO REQUEST FOR ADMISSION NO. 512:**

8       Defendants object to this request on the grounds stated in the General Objections and

9   Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10  respect to the information sought in this request because Defendants SAP AG and SAP America

11  have no additional knowledge separate and apart from the information provided by Defendant

12  TomorrowNow in this response. Defendants object to the request because the terms "Fix,"

13  "Update," "generating," "apply," "copy," "extended support environment," and "environment"

14  are capable of multiple meanings and thus, make this request vague and ambiguous. Further,

15  Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

16  database. The master bundles are not the actual objects that are developed for TomorrowNow

17  customers. Master bundles and master fixes are records that simply identify problems for which

18  TomorrowNow generally developed objects to resolve. The object development often took place

19  at the release level, source level, and customer level. If this request is actually asking for

20  information related to each and every object TomorrowNow developed, this number is more in

21  line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

22  Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question,

23  Defendants would have to analyze each individual object in each fix or update contained within

24  each master bundle. Defendants, therefore, object to this request as compound and unduly

25  burdensome in that this request seeks information and activities that (1) involved many thousands

26  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

27  require Defendants to review substantial business records to determine an answer, if possible, for

28  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

1   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

2   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

3   Defendants also object to the term "extended support environment" (as the term is used in

4   Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

5        Subject to the General Objections and Responses and these specific objections, after a

6   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7   sufficient knowledge and information to either admit or deny these requests as the information

8   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10  **AMENDED REQUEST FOR ADMISSION NO. 512:**

11       Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

12  the process of generating that Fix or Update was to apply a Copy of a tax Update published by

13  PeopleSoft or Oracle to an existing Generic Environment, and to save the resulting Environment

14  as a new Generic Environment.

15  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 512:**

16       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

17  General Objections noted above. Defendants' response is based solely on Defendant

18  TomorrowNow's knowledge with respect to the information sought in this request because

19  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

20  information provided by Defendant TomorrowNow in this response.  Defendants object to the

21  request because the terms "fix," "update," "generating," "apply," "copy," and "generic

22  environment" make this request overly broad, vague and ambiguous.  "Generic Environment" is a

23  term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

24  suggest that any such environment or environment component was not used for limited customers,

25  scope or purpose.  Defendants further object to the definition of "Generic Environment" to the

26  extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

27  which Defendants object above.  Further, Exhibit A lists the names of "master bundles" as that

28  phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are

1   not the actual objects included in fixes or updates that are developed for TomorrowNow's

2   customers.  "Master bundles" and "master fixes" are records that describe the issue to be

3   addressed and then serve as a record keeping device and reference for that issue and related

4   activity TomorrowNow undertook to address that issue.  The actual development of customer-

5   specific objects included in customer-specific fixes and updates was referenced to a "master

6   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

7   request seeks an admission related to each and every object related to each and every customer-

8   specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

9   literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

10  regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

11  Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

12  then to respond to this request, Defendants would have to analyze each individual object in each

13  fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

14  this request is compound, overly broad and unduly burdensome because it seeks an admission

15  regarding thousands of separate activities that (1) involved many thousands of objects, (2)

16  involved numerous employees, (3) took place over several years, and (4) would require

17  Defendants to review enormous volumes of business records to attempt to determine an answer, if

18  possible, for each of the numerous objects contained within the referenced fixes and updates.

19  Moreover, Defendants object to this request on the basis that Defendants' burden associated with

20  responding to this request is substantially similar to the burden for Plaintiffs to obtain the

21  information sought through this request, especially because the available documents, data and

22  other information from which the answer, if any, could be derived in response to this request have

23  been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

24  relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

25  Subject to and without waiving the foregoing objections and qualifications, Defendants respond

26  as follows:

27         DENIED on the basis that Defendants have made a reasonable inquiry and based on the

28  information Defendants currently know or can readily obtain, Defendants have insufficient

1    information to admit or deny this request.

2    **REQUEST FOR ADMISSION NO. 513:**

3         Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

4    A, one step in the process of generating that Fix or Update was to apply a Copy of a tax Update

5    published by PeopleSoft or Oracle to an existing "extended support environment" (as the term is

6    used in Requests Nos. 508-511), and to save the resulting Environment as a new "extended

7    support environment."

8    **RESPONSE TO REQUEST FOR ADMISSION NO. 513:**

9         Defendants object to this request on the grounds stated in the General Objections and

10   Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response. Defendants object to the request because the terms "Fix(es),"

14   Updates," "majority" "generating," "apply," "copy," "extended support environment," and

15   "environment" are capable of multiple meanings and thus, make this request vague and

16   ambiguous. Further, Exhibit A lists the names of master bundles as that term was used by

17   TomorrowNow in the SAS database. The master bundles are not the actual objects that are

18   developed for TomorrowNow customers. Master bundles and master fixes are records that

19   simply identify problems for which TomorrowNow generally developed objects to resolve. The

20   object development often took place at the release level, source level, and customer level. If this

21   request is actually asking for information related to each and every object TomorrowNow

22   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

23   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. To

24   respond to this question, Defendants would have to analyze each individual object in each fix or

25   update contained within each master bundle. Defendants, therefore, object to this request as

26   compound and unduly burdensome in that this request seeks information and activities that (1)

27   involved many thousands of objects, (2) involved numerous employees, (3) took place over

28   several years, and (4) would require Defendants to review substantial business records to

1   determine an answer, if possible, for each of the numerous numbers of objects contained within

2   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

3   burden for Plaintiffs to do so given that the available information is at least as equally accessible

4   to Plaintiffs as it is to Defendants. Defendants also object to the term "extended support

5   environment" (as the term is used in Request Nos. 508-511) for the reasons stated in Defendants'

6   objections to Request Nos. 508-511.

7        Subject to the General Objections and Responses and these specific objections, after a

8   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

9   sufficient knowledge and information to either admit or deny these requests, as the information

10  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

11  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

12  **AMENDED REQUEST FOR ADMISSION NO. 513:**

13       Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

14  A, one step in the process of generating that Fix or Update was to apply a Copy of a tax Update

15  published by PeopleSoft or Oracle to an existing Generic Environment, and to save the resulting

16  Environment as a new Generic Environment.

17  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 513:**

18       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

19  General Objections noted above. Defendants' response is based solely on Defendant

20  TomorrowNow's knowledge with respect to the information sought in this request because

21  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

22  information provided by Defendant TomorrowNow in this response.  Defendants object to the

23  request because the terms "fix," "update," "generating," "apply," "copy," and "generic

24  environment" make this request overly broad, vague and ambiguous.  "Generic Environment" is a

25  term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

26  suggest that any such environment or environment component was not used for limited customers,

27  scope or purpose.  Defendants further object to the definition of "Generic Environment" to the

28  extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   which Defendants object above.  Further, Exhibit A lists the names of "master bundles" as that

2   phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are

3   not the actual objects included in fixes or updates that are developed for TomorrowNow's

4   customers.  "Master bundles" and "master fixes" are records that describe the issue to be

5   addressed and then serve as a record keeping device and reference for that issue and related

6   activity TomorrowNow undertook to address that issue.  The actual development of customer-

7   specific objects included in customer-specific fixes and updates was referenced to a "master

8   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

9   request seeks an admission related to each and every object related to each and every customer-

10   specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

11   literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

12   regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

13   Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

14   then to respond to this request, Defendants would have to analyze each individual object in each

15   fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

16   this request is compound, overly broad and unduly burdensome because it seeks an admission

17   regarding thousands of separate activities that (1) involved many thousands of objects, (2)

18   involved numerous employees, (3) took place over several years, and (4) would require

19   Defendants to review enormous volumes of business records to attempt to determine an answer, if

20   possible, for each of the numerous objects contained within the referenced fixes and updates.

21   Moreover, Defendants object to this request on the basis that Defendants' burden associated with

22   responding to this request is substantially similar to the burden for Plaintiffs to obtain the

23   information sought through this request, especially because the available documents, data and

24   other information from which the answer, if any, could be derived in response to this request have

25   been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

26   relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

27   Subject to and without waiving the foregoing objections and qualifications, Defendants respond

28   as follows:

1       ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

2   for the majority of the objects (meaning at least one object more than half of the total objects)

3   associated with the master bundle records referenced in the first two columns of Exhibit A, one

4   step in the process for generating the object was to apply the PeopleSoft posted tax update to an

5   existing environment specific to TomorrowNow's retrofit support of specific TomorrowNow

6   customers and to save that environment with a new name to signify that the tax update had been

7   applied. To the extent not admitted, this request is DENIED.

8   **REQUEST FOR ADMISSION NO. 514:**

9       Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

10  step in the process of generating that Fix or Update was to apply a Copy of a tax Update

11  published by PeopleSoft or Oracle to an existing "extended support environment" (as the term is

12  used in Requests Nos. 508-511), and to save the resulting Environment as a new "extended

13  support environment."

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 514:**

15      Defendants object to this request on the grounds stated in the General Objections and

16  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17  respect to the information sought in this request because Defendants SAP AG and SAP America

18  have no additional knowledge separate and apart from the information provided by Defendant

19  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

20  "Update," "generating," "apply," "copy," "extended support environment," "some" and

21  "environment" are capable of multiple meanings and thus, make this request vague and

22  ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by

23  TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

24  developed for TomorrowNow customers.  Master bundles and master fixes are records that

25  simply identify problems for which TomorrowNow generally developed objects to resolve.  The

26  object development often took place at the release level, source level, and customer level.  If this

27  request is actually asking for information related to each and every object TomorrowNow

28  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

1   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

2   respond to this question, Defendants would have to analyze each individual object in each fix or

3   update contained within each master bundle.  Defendants, therefore, object to this request as

4   compound and unduly burdensome in that this request seeks information and activities that (1)

5   involved many thousands of objects, (2) involved numerous employees, (3) took place over

6   several years, and (4) would require Defendants to review substantial business records to

7   determine an answer, if possible, for each of the numerous numbers of objects contained within

8   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

9   burden for Plaintiffs to do so given that the available information is at least as equally accessible

10  to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

11  environment" (as the term is used in Request Nos. 508-511) for the reasons stated in Defendants'

12  objections to Request Nos. 508-511.

13        Subject to the General Objections and Responses and these specific objections, after a

14  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

15  sufficient knowledge and information to either admit or deny these requests, as the information

16  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

17  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

18  **AMENDED REQUEST FOR ADMISSION NO. 514:**

19        Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

20  step in the process of generating that Fix or Update was to apply a Copy of a tax Update

21  published by PeopleSoft or Oracle to an existing Generic Environment, and to save the resulting

22  Environment as a new Generic Environment.

23  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 514:**

24        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

25  General Objections noted above. Defendants' response is based solely on Defendant

26  TomorrowNow's knowledge with respect to the information sought in this request because

27  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

28  information provided by Defendant TomorrowNow in this response.  Defendants object to the

1    request because the terms "fix," "update," "generating," "apply," "copy," and "generic

2    environment" make this request overly broad, vague and ambiguous. "Generic Environment" is a

3    term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

4    suggest that any such environment or environment component was not used for limited customers,

5    scope or purpose. Defendants further object to the definition of "Generic Environment" to the

6    extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

7    which Defendants object above. Further, Exhibit A lists the names of "master bundles" as that

8    phrase was used by TomorrowNow in the SAS database. TomorrowNow's "master bundles" are

9    not the actual objects included in fixes or updates that are developed for TomorrowNow's

10   customers. "Master bundles" and "master fixes" are records that describe the issue to be

11   addressed and then serve as a record keeping device and reference for that issue and related

12   activity TomorrowNow undertook to address that issue. The actual development of customer-

13   specific objects included in customer-specific fixes and updates was referenced to a "master

14   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

15   request seeks an admission related to each and every object related to each and every customer-

16   specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

17   literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

18   regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

19   Admissions to SAP AG, SAP America, and TomorrowNow. If that is the intent of this request,

20   then to respond to this request, Defendants would have to analyze each individual object in each

21   fix or update contained within each master bundle. Defendants, therefore, object on the basis that

22   this request is compound, overly broad and unduly burdensome because it seeks an admission

23   regarding thousands of separate activities that (1) involved many thousands of objects, (2)

24   involved numerous employees, (3) took place over several years, and (4) would require

25   Defendants to review enormous volumes of business records to attempt to determine an answer, if

26   possible, for each of the numerous objects contained within the referenced fixes and updates.

27   Moreover, Defendants object to this request on the basis that Defendants' burden associated with

28   responding to this request is substantially similar to the burden for Plaintiffs to obtain the

1   information sought through this request, especially because the available documents, data and

2   other information from which the answer, if any, could be derived in response to this request have

3   been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

4   relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

5   Further, in providing this response, Defendants are defining "some" as "more than one" as

6   suggested by Plaintiffs in their August 10, 2009 meet and confer letter.  Subject to and without

7   waiving the foregoing objections and qualifications, Defendants respond as follows:

8         ADMITTED on the following qualified basis:  For some of the objects (meaning more

9   than one object) associated with the master bundle records referenced in the first two columns of

10  Exhibit A, one step in the process for generating the object was to apply the PeopleSoft posted tax

11  update to an existing environment specific to TomorrowNow's retrofit support of specific

12  TomorrowNow customers and to save that environment with a new name to signify that the tax

13  update had been applied.  To the extent not admitted, this request is DENIED.

14  **REQUEST FOR ADMISSION NO. 515:**

15        Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

16  step in the process of generating that Fix or Update was to apply a Copy of a tax Update

17  published by PeopleSoft or Oracle to an existing "extended support environment" (as the term is

18  used in Requests Nos. 508-511), and to save the resulting Environment as a new "extended

19  support environment."

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 515:**

21        Defendants object to this request on the grounds stated in the General Objections and

22  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23  respect to the information sought in this request because Defendants SAP AG and SAP America

24  have no additional knowledge separate and apart from the information provided by Defendant

25  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

26  "Update," "generating," "apply," "copy," "extended support environment," and "environment"

27  are capable of multiple meanings and thus, make this request vague and ambiguous.  Further,

28  Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

1    database.  The master bundles are not the actual objects that are developed for TomorrowNow

2    customers.  Master bundles and master fixes are records that simply identify problems for which

3    TomorrowNow generally developed objects to resolve.  The object development often took place

4    at the release level, source level, and customer level.  If this request is actually asking for

5    information related to each and every object TomorrowNow developed, this number is more in

6    line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

7    Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

8    Defendants would have to analyze each individual object in each fix or update contained within

9    each master bundle.  Defendants, therefore, object to this request as compound and unduly

10   burdensome in that this request seeks information and activities that (1) involved many thousands

11   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

12   require Defendants to review substantial business records to determine an answer, if possible, for

13   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

14   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

15   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

16   Defendants also object to the term "extended support environment" (as the term is used in

17   Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

18        Subject to the General Objections and Responses and these specific objections, after a

19   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

20   sufficient knowledge and information to either admit or deny these requests, as the information

21   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

22   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

23   **AMENDED REQUEST FOR ADMISSION NO. 515:**

24        Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

25   step in the process of generating that Fix or Update was to apply a Copy of a tax Update

26   published by PeopleSoft or Oracle to an existing Generic Environment, and to save the resulting

27   Environment as a new Generic Environment.

28

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 515:**

2           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix," "update," "generating," "apply," "copy," and "generic

8    environment" make this request overly broad, vague and ambiguous.  "Generic Environment" is a

9    term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

10   suggest that any such environment or environment component was not used for limited customers,

11   scope or purpose.  Defendants further object to the definition of "Generic Environment" to the

12   extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

13   which Defendants object above.  Further, Exhibit A lists the names of "master bundles" as that

14   phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are

15   not the actual objects included in fixes or updates that are developed for TomorrowNow's

16   customers.  "Master bundles" and "master fixes" are records that describe the issue to be

17   addressed and then serve as a record keeping device and reference for that issue and related

18   activity TomorrowNow undertook to address that issue.  The actual development of customer-

19   specific objects included in customer-specific fixes and updates was referenced to a "master

20   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

21   request seeks an admission related to each and every object related to each and every customer-

22   specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

23   literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

24   regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

25   Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

26   then to respond to this request, Defendants would have to analyze each individual object in each

27   fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

28   this request is compound, overly broad and unduly burdensome because it seeks an admission

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  regarding thousands of separate activities that (1) involved many thousands of objects, (2)

2  involved numerous employees, (3) took place over several years, and (4) would require

3  Defendants to review enormous volumes of business records to attempt to determine an answer, if

4  possible, for each of the numerous objects contained within the referenced fixes and updates.

5  Moreover, Defendants object to this request on the basis that Defendants' burden associated with

6  responding to this request is substantially similar to the burden for Plaintiffs to obtain the

7  information sought through this request, especially because the available documents, data and

8  other information from which the answer, if any, could be derived in response to this request have

9  been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

10  relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

11  Subject to and without waiving the foregoing objections and qualifications, Defendants respond

12  as follows:

13       ADMITTED on the following qualified basis:  For at least one of the objects associated

14  with the master bundle records referenced in the first two columns of Exhibit A, one step in the

15  process for generating the object was to apply the PeopleSoft posted tax update to an existing

16  environment specific to TomorrowNow's retrofit support of specific TomorrowNow customers

17  and to save that environment with a new name to signify that the tax update had been applied. To

18  the extent not admitted, this request is DENIED.

19  **REQUEST FOR ADMISSION NO. 516:**

20       Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

21  the process of generating that Fix or Update was to make a Copy of an existing "extended support

22  environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a "REP"

23  Environment.

24  **RESPONSE TO REQUEST FOR ADMISSION NO. 516:**

25       Defendants object to this request on the grounds stated in the General Objections and

26  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27  respect to the information sought in this request because Defendants SAP AG and SAP America

28  have no additional knowledge separate and apart from the information provided by Defendant

1   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

2   "Update," "generating," "make," "copy," "extended support environment," "'REP' environment,"

3   and "environment" are capable of multiple meanings and thus, make this request vague and

4   ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by

5   TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

6   developed for TomorrowNow customers.  Master bundles and master fixes are records that

7   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

8   object development often took place at the release level, source level, and customer level.  If this

9   request is actually asking for information related to each and every object TomorrowNow

10  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

11  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

12  respond to this question, Defendants would have to analyze each individual object in each fix or

13  update contained within each master bundle.  Defendants, therefore, object to this request as

14  compound and unduly burdensome in that this request seeks information and activities that (1)

15  involved many thousands of objects, (2) involved numerous employees, (3) took place over

16  several years, and (4) would require Defendants to review substantial business records to

17  determine an answer, if possible, for each of the numerous numbers of objects contained within

18  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

19  burden for Plaintiffs to do so given that the available information is at least as equally accessible

20  to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

21  environment" (as the term is used in Request Nos. 508-511) for the reasons stated in Defendants'

22  objections to Request Nos. 508-511.

23          Subject to the General Objections and Responses and these specific objections, after a

24  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

25  sufficient knowledge and information to either admit or deny these requests, as the information

26  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

27  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

28

1    **AMENDED REQUEST FOR ADMISSION NO. 516:**

2         Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

3    the process of generating that Fix or Update was to make a Copy of an existing Generic

4    Environment, and label the Copy as a "REP" Environment.

5    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 516:**

6         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

7    General Objections noted above. Defendants' response is based solely on Defendant

8    TomorrowNow's knowledge with respect to the information sought in this request because

9    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

10   information provided by Defendant TomorrowNow in this response.  Defendants object to the

11   request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

12   and "'REP' environment" make this request overly broad, vague and ambiguous.  "Generic

13   Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

14   by attempting to suggest that any such environment or environment component was not used for

15   limited customers, scope or purpose.  Defendants further object to the definition of "Generic

16   Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

17   "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

18   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

19   "master bundles" are not the actual objects included in fixes or updates that are developed for

20   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

21   issue to be addressed and then serve as a record keeping device and reference for that issue and

22   related activity TomorrowNow undertook to address that issue.  The actual development of

23   customer-specific objects included in customer-specific fixes and updates was referenced to a

24   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

25   this request seeks an admission related to each and every object related to each and every

26   customer-specific fix or update that TomorrowNow developed, then this single request

27   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

28   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

2   intent of this request, then to respond to this request, Defendants would have to analyze each

3   individual object in each fix or update contained within each master bundle.  Defendants,

4   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

5   because it seeks an admission regarding thousands of separate activities that (1) involved many

6   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

7   would require Defendants to review enormous volumes of business records to attempt to

8   determine an answer, if possible, for each of the numerous objects contained within the

9   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

10  Defendants' burden associated with responding to this request is substantially similar to the

11  burden for Plaintiffs to obtain the information sought through this request, especially because the

12  available documents, data and other information from which the answer, if any, could be derived

13  in response to this request have been produced by Defendants in response to Plaintiffs' other

14  discovery requests and thus any relevant, available information is now as equally accessible to

15  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

16  qualifications, Defendants respond as follows:

17      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

18  information Defendants currently know or can readily obtain, Defendants have insufficient

19  information to admit or deny this request.

20  **REQUEST FOR ADMISSION NO. 517:**

21      Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

22  A, one step in the process of generating that Fix or Update was to make a Copy of an existing

23  "extended support environment" (as the term is used in Requests Nos. 508-511), and label the

24  Copy as a "REP" Environment.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 517:**

26      Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  respect to the information sought in this request because Defendants SAP AG and SAP America

1   have no additional knowledge separate and apart from the information provided by Defendant

2   TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

3   "Update," "majority," "generating," "make," "copy," "extended support environment," "'REP'

4   environment," and "environment" are capable of multiple meanings and thus, make this request

5   vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used

6   by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

7   developed for TomorrowNow customers.  Master bundles and master fixes are records that

8   simply identify problems for which TomorrowNow generally developed objects to resolve.    The

9   object development often took place at the release level, source level, and customer level.  If this

10  request is actually asking for information related to each and every object TomorrowNow

11  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

12  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

13  respond to this question, Defendants would have to analyze each individual object in each fix or

14  update contained within each master bundle.  Defendants, therefore, object to this request as

15  compound and unduly burdensome in that this request seeks information and activities that (1)

16  involved many thousands of objects, (2) involved numerous employees, (3) took place over

17  several years, and (4) would require Defendants to review substantial business records to

18  determine an answer, if possible, for each of the numerous numbers of objects contained within

19  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

20  burden for Plaintiffs to do so given that the available information is at least as equally accessible

21  to Plaintiffs as it is to Defendants.  Defendants also object to "extended support environment" (as

22  the term is used in Request Nos. 508-511) for the reasons stated in Defendants' objections to

23  Request Nos. 508-511.

24          Subject to the General Objections and Responses and these specific objections, after a

25  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26  sufficient knowledge and information to either admit or deny these requests, as the information

27  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

28  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

1    **AMENDED REQUEST FOR ADMISSION NO. 517:**

2           Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

3    A, one step in the process of generating that Fix or Update was to make a Copy of an existing

4    Generic Environment, and label the Copy as a "REP" Environment.

5    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 517:**

6           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

7    General Objections noted above. Defendants' response is based solely on Defendant

8    TomorrowNow's knowledge with respect to the information sought in this request because

9    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

10   information provided by Defendant TomorrowNow in this response.  Defendants object to the

11   request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

12   and "'REP' environment" make this request overly broad, vague and ambiguous.  "Generic

13   Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

14   by attempting to suggest that any such environment or environment component was not used for

15   limited customers, scope or purpose.  Defendants further object to the definition of "Generic

16   Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

17   "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

18   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

19   "master bundles" are not the actual objects included in fixes or updates that are developed for

20   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

21   issue to be addressed and then serve as a record keeping device and reference for that issue and

22   related activity TomorrowNow undertook to address that issue.  The actual development of

23   customer-specific objects included in customer-specific fixes and updates was referenced to a

24   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

25   this request seeks an admission related to each and every object related to each and every

26   customer-specific fix or update that TomorrowNow developed, then this single request

27   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

28   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

1   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

2   intent of this request, then to respond to this request, Defendants would have to analyze each

3   individual object in each fix or update contained within each master bundle.  Defendants,

4   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

5   because it seeks an admission regarding thousands of separate activities that (1) involved many

6   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

7   would require Defendants to review enormous volumes of business records to attempt to

8   determine an answer, if possible, for each of the numerous objects contained within the

9   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

10  Defendants' burden associated with responding to this request is substantially similar to the

11  burden for Plaintiffs to obtain the information sought through this request, especially because the

12  available documents, data and other information from which the answer, if any, could be derived

13  in response to this request have been produced by Defendants in response to Plaintiffs' other

14  discovery requests and thus any relevant, available information is now as equally accessible to

15  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

16  qualifications, Defendants respond as follows:

17          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

18  information Defendants currently know or can readily obtain, Defendants have insufficient

19  information to admit or deny this request.

20  **REQUEST FOR ADMISSION NO. 518:**

21          Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

22  step in the process of generating that Fix or Update was to make a Copy of an existing "extended

23  support environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a

24  "REP" Environment.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 518:**

26          Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  respect to the information sought in this request because Defendants SAP AG and SAP America

1   have no additional knowledge separate and apart from the information provided by Defendant

2   TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

3   "Updates," "generating," "make," "copy," "extended support environment," "some," "'REP'

4   environment," and "environment" are capable of multiple meanings and thus, make this request

5   vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used

6   by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

7   developed for TomorrowNow customers.  Master bundles and master fixes are records that

8   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

9   object development often took place at the release level, source level, and customer level.  If this

10  request is actually asking for information related to each and every object TomorrowNow

11  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

12  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

13  respond to this question, Defendants would have to analyze each individual object in each fix or

14  update contained within each master bundle.  Defendants, therefore, object to this request as

15  compound and unduly burdensome in that this request seeks information and activities that (1)

16  involved many thousands of objects, (2) involved numerous employees, (3) took place over

17  several years, and (4) would require Defendants to review substantial business records to

18  determine an answer, if possible, for each of the numerous numbers of objects contained within

19  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

20  burden for Plaintiffs to do so given that the available information is at least as equally accessible

21  to Plaintiffs as it is to Defendants.  Defendants also object to "extended support environment" (as

22  the term is used in Request Nos. 508-511) for the reasons stated in Defendants' objections to

23  Request Nos. 508-511.

24       Subject to the General Objections and Responses and these specific objections, after a

25  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26  sufficient knowledge and information to either admit or deny these requests, as the information

27  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

28  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

1    **<u>AMENDED REQUEST FOR ADMISSION NO. 518</u>:**

2         Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

3    step in the process of generating that Fix or Update was to make a Copy of an existing Generic

4    Environment, and label the Copy as a "REP" Environment.

5    **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 518</u>:**

6         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

7    General Objections noted above. Defendants' response is based solely on Defendant

8    TomorrowNow's knowledge with respect to the information sought in this request because

9    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

10   information provided by Defendant TomorrowNow in this response.  Defendants object to the

11   request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

12   and "'REP' environment" make this request overly broad, vague and ambiguous.  "Generic

13   Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

14   by attempting to suggest that any such environment or environment component was not used for

15   limited customers, scope or purpose.  Defendants further object to the definition of "Generic

16   Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

17   "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

18   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

19   "master bundles" are not the actual objects included in fixes or updates that are developed for

20   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

21   issue to be addressed and then serve as a record keeping device and reference for that issue and

22   related activity TomorrowNow undertook to address that issue.  The actual development of

23   customer-specific objects included in customer-specific fixes and updates was referenced to a

24   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

25   this request seeks an admission related to each and every object related to each and every

26   customer-specific fix or update that TomorrowNow developed, then this single request

27   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

28   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

1  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

2  intent of this request, then to respond to this request, Defendants would have to analyze each

3  individual object in each fix or update contained within each master bundle.  Defendants,

4  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

5  because it seeks an admission regarding thousands of separate activities that (1) involved many

6  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

7  would require Defendants to review enormous volumes of business records to attempt to

8  determine an answer, if possible, for each of the numerous objects contained within the

9  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

10  Defendants' burden associated with responding to this request is substantially similar to the

11  burden for Plaintiffs to obtain the information sought through this request, especially because the

12  available documents, data and other information from which the answer, if any, could be derived

13  in response to this request have been produced by Defendants in response to Plaintiffs' other

14  discovery requests and thus any relevant, available information is now as equally accessible to

15  Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

16  "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

17  letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

18  respond as follows:

19       ADMITTED on the following qualified basis:  For some of the objects (meaning more

20  than one) associated with the master bundle records referenced in the first two columns of Exhibit

21  A, one step in the process for generating the object was to refresh an existing environment

22  specific to TomorrowNow's retrofit support of specific TomorrowNow customers and to signify

23  that environment by including "rep" in its name.  To the extent not admitted, this request is

24  DENIED.

25  **REQUEST FOR ADMISSION NO. 519:**

26       Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

27  step in the process of generating that Fix or Update was to make a Copy of an existing "extended

28  support environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a

1    "REP" Environment.

2    **RESPONSE TO REQUEST FOR ADMISSION NO. 519:**

3         Defendants object to this request on the grounds stated in the General Objections and

4    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5    respect to the information sought in this request because Defendants SAP AG and SAP America

6    have no additional knowledge separate and apart from the information provided by Defendant

7    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

8    "Update," "generating," "make," "copy," "extended support environment," "'REP' environment,"

9    and "environment" are capable of multiple meanings and thus, make this request vague and

10   ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by

11   TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

12   developed for TomorrowNow customers.  Master bundles and master fixes are records that

13   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

14   object development often took place at the release level, source level, and customer level.  If this

15   request is actually asking for information related to each and every object TomorrowNow

16   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

17   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

18   respond to this question, Defendants would have to analyze each individual object in each fix or

19   update contained within each master bundle.  Defendants, therefore, object to this request as

20   compound and unduly burdensome in that this request seeks information and activities that (1)

21   involved many thousands of objects, (2) involved numerous employees, (3) took place over

22   several years, and (4) would require Defendants to review substantial business records to

23   determine an answer, if possible, for each of the numerous numbers of objects contained within

24   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

25   burden for Plaintiffs to do so given that the available information is at least as equally accessible

26   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

27   environment" (as the term is used in Request Nos. 508-511) for the reasons stated in Defendants'

28   objections to Request Nos. 508-511.

1       Subject to the General Objections and Responses and these specific objections, after a

2   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

3   sufficient knowledge and information to either admit or deny these requests, as the information

4   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

5   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

6   **AMENDED REQUEST FOR ADMISSION NO. 519:**

7       Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

8   step in the process of generating that Fix or Update was to make a Copy of an existing Generic

9   Environment, and label the Copy as a "REP" Environment.

10  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 519:**

11      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12  General Objections noted above. Defendants' response is based solely on Defendant

13  TomorrowNow's knowledge with respect to the information sought in this request because

14  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15  information provided by Defendant TomorrowNow in this response.  Defendants object to the

16  request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

17  and "'REP' environment" make this request overly broad, vague and ambiguous.  "Generic

18  Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

19  by attempting to suggest that any such environment or environment component was not used for

20  limited customers, scope or purpose.  Defendants further object to the definition of "Generic

21  Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

22  "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

23  bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

24  "master bundles" are not the actual objects included in fixes or updates that are developed for

25  TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

26  issue to be addressed and then serve as a record keeping device and reference for that issue and

27  related activity TomorrowNow undertook to address that issue.  The actual development of

28  customer-specific objects included in customer-specific fixes and updates was referenced to a

1    "master bundle" or "master fix" record for identification and record keeping purposes.  Thus, if

2    this request seeks an admission related to each and every object related to each and every

3    customer-specific fix or update that TomorrowNow developed, then this single request

4    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

5    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

6    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

7    intent of this request, then to respond to this request, Defendants would have to analyze each

8    individual object in each fix or update contained within each master bundle.  Defendants,

9    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

10   because it seeks an admission regarding thousands of separate activities that (1) involved many

11   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

12   would require Defendants to review enormous volumes of business records to attempt to

13   determine an answer, if possible, for each of the numerous objects contained within the

14   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

15   Defendants' burden associated with responding to this request is substantially similar to the

16   burden for Plaintiffs to obtain the information sought through this request, especially because the

17   available documents, data and other information from which the answer, if any, could be derived

18   in response to this request have been produced by Defendants in response to Plaintiffs' other

19   discovery requests and thus any relevant, available information is now as equally accessible to

20   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

21   qualifications, Defendants respond as follows:

22        ADMITTED on the following qualified basis:  For at least one of the objects associated

23   with the master bundle records referenced in the first two columns of Exhibit A, one step in the

24   process for generating the object was to refresh an existing environment specific to

25   TomorrowNow's retrofit support of specific TomorrowNow customers and to signify that

26   environment by including "rep" in its name.  To the extent not admitted, this request is DENIED.

27   **REQUEST FOR ADMISSION NO. 520:**

28        Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

1  the process of generating that Fix or Update was to use the "REP" Environment (as the term is

2  used in Requests Nos. 516-519) to attempt to replicate the legislative and regulatory issues

3  identified by PeopleSoft or Oracle in the tax Update acquired by TN, to the extent TN determined

4  an issue should be replicated.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 520:**

6          Defendants object to this request on the grounds stated in the General Objections and

7  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8  respect to the information sought in this request because Defendants SAP AG and SAP America

9  have no additional knowledge separate and apart from the information provided by Defendant

10  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

11  "Update," "generating," "use," "replicate," and " 'REP' environment" are capable of multiple

12  meanings and thus, make this request vague and ambiguous.  Defendants object that the phrase

13  "legislative and regulatory issues identified by PeopleSoft or Oracle in the tax update acquired by

14  TN" is vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term

15  was used by TomorrowNow in the SAS database.  The master bundles are not the actual objects

16  that are developed for TomorrowNow customers.  Master bundles and master fixes are records

17  that simply identify problems for which TomorrowNow generally developed objects to resolve.

18  The object development often took place at the release level, source level, and customer level.  If

19  this request is actually asking for information related to each and every object TomorrowNow

20  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

21  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

22  respond to this question, Defendants would have to analyze each individual object in each fix or

23  update contained within each master bundle.  Defendants, therefore, object to this request as

24  compound and unduly burdensome in that this request seeks information and activities that (1)

25  involved many thousands of objects, (2) involved numerous employees, (3) took place over

26  several years, and (4) would require Defendants to review substantial business records to

27  determine an answer, if possible, for each of the numerous numbers of objects contained within

28  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

1    burden for Plaintiffs to do so given that the available information is at least as equally accessible

2    to Plaintiffs as it is to Defendants.  Defendants also object to the terms "extended support

3    environment" and "'REP' Environment" (as the terms were used in Request Nos. 508-511 and

4    516-519) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 516-519.

5          Subject to the General Objections and Responses and these specific objections, after a

6    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7    sufficient knowledge and information to either admit or deny these requests, as the information

8    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 520:**

11         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response.  Defendants object to the

16   request because the terms "fix," "update," "generating," "use," "replicate," and "'REP'

17   environment" make this request overly broad, vague and ambiguous.  Defendants also object to

18   the terms "generic environment" and "'REP' Environment" (as the terms were used in Request

19   Nos. 508-511 and 516-519) for the reasons stated in Defendants' objections to Request Nos. 508-

20   511 and 516-519.  Defendants object that the phrase "legislative and regulatory issues identified

21   by PeopleSoft or Oracle in the tax update acquired by TN" is overly broad, vague and ambiguous.

22   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

23   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

24   fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

25   "master fixes" are records that describe the issue to be addressed and then serve as a record

26   keeping device and reference for that issue and related activity TomorrowNow undertook to

27   address that issue.  The actual development of customer-specific objects included in customer-

28   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

identification and record keeping purposes. Thus, if this request seeks an admission related to each and every object related to each and every customer-specific fix or update that TomorrowNow developed, then this single request impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this request, Defendants would have to analyze each individual object in each fix or update contained within each master bundle.  Defendants, therefore, object on the basis that this request is compound, overly broad and unduly burdensome because it seeks an admission regarding thousands of separate activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review enormous volumes of business records to attempt to determine an answer, if possible, for each of the numerous objects contained within the referenced fixes and updates.  Moreover, Defendants object to this request on the basis that Defendants' burden associated with responding to this request is substantially similar to the burden for Plaintiffs to obtain the information sought through this request, especially because the available documents, data and other information from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

DENIED on the basis that Defendants have made a reasonable inquiry and based on the information Defendants currently know or can readily obtain, Defendants have insufficient information to admit or deny this request.

**REQUEST FOR ADMISSION NO. 521:**

Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit A, one step in the process of generating that Fix or Update was to use the "REP" Environment (as the term is used in Requests Nos. 516-519) to attempt to replicate the legislative and regulatory issues identified by PeopleSoft or Oracle in the tax Update acquired by TN, to the extent TN

1   determined an issue should be replicated.

2   **RESPONSE TO REQUEST FOR ADMISSION NO. 521:**

3       Defendants object to this request on the grounds stated in the General Objections and

4   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5   respect to the information sought in this request because Defendants SAP AG and SAP America

6   have no additional knowledge separate and apart from the information provided by Defendant

7   TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

8   "Updates," "majority," "generating," "use," "replicate," and "'REP' environment" are capable of

9   multiple meanings and thus, make this request vague and ambiguous.  Defendants object that the

10  phrase "legislative and regulatory issues identified by PeopleSoft or Oracle in the tax update

11  acquired by TN" is vague and ambiguous.  Further, Exhibit A lists the names of master bundles as

12  that term was used by TomorrowNow in the SAS database.  The master bundles are not the actual

13  objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

14  records that simply identify problems for which TomorrowNow generally developed objects to

15  resolve.  The object development often took place at the release level, source level, and customer

16  level.  If this request is actually asking for information related to each and every object

17  TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

18  D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

19  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

20  object in each fix or update contained within each master bundle.  Defendants, therefore, object to

21  this request as compound and unduly burdensome in that this request seeks information and

22  activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

23  place over several years, and (4) would require Defendants to review substantial business records

24  to determine an answer, if possible, for each of the numerous numbers of objects contained within

25  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

26  burden for Plaintiffs to do so given that the available information is at least as equally accessible

27  to Plaintiffs as it is to Defendants.  Defendants also object to the terms "extended support

28  environment" and "'REP' Environment" (as the terms were used in Request Nos. 508-511 and

1   516-519) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 516-519.

2          Subject to the General Objections and Responses and these specific objections, after a

3   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

4   sufficient knowledge and information to either admit or deny these requests, as the information

5   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

6   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

7   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 521:**

8          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

9   General Objections noted above. Defendants' response is based solely on Defendant

10  TomorrowNow's knowledge with respect to the information sought in this request because

11  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

12  information provided by Defendant TomorrowNow in this response.  Defendants object to the

13  request because the terms "fix," "update," "generating," "use," "replicate," and "'REP'

14  environment" make this request overly broad, vague and ambiguous.  Defendants also object to

15  the terms "generic environment" and "'REP' Environment" (as the terms were used in Request

16  Nos. 508-511 and 516-519) for the reasons stated in Defendants' objections to Request Nos. 508-

17  511 and 516-519.  Defendants object that the phrase "legislative and regulatory issues identified

18  by PeopleSoft or Oracle in the tax update acquired by TN" is overly broad, vague and ambiguous.

19  Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

20  in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

21  fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

22  "master fixes" are records that describe the issue to be addressed and then serve as a record

23  keeping device and reference for that issue and related activity TomorrowNow undertook to

24  address that issue.  The actual development of customer-specific objects included in customer-

25  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

26  identification and record keeping purposes. Thus, if this request seeks an admission related to

27  each and every object related to each and every customer-specific fix or update that

28  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

1    admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

2    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

3    SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

4    request, Defendants would have to analyze each individual object in each fix or update contained

5    within each master bundle.  Defendants, therefore, object on the basis that this request is

6    compound, overly broad and unduly burdensome because it seeks an admission regarding

7    thousands of separate activities that (1) involved many thousands of objects, (2) involved

8    numerous employees, (3) took place over several years, and (4) would require Defendants to

9    review enormous volumes of business records to attempt to determine an answer, if possible, for

10   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

11   Defendants object to this request on the basis that Defendants' burden associated with responding

12   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

13   through this request, especially because the available documents, data and other information from

14   which the answer, if any, could be derived in response to this request have been produced by

15   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

16   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

17   without waiving the foregoing objections and qualifications, Defendants respond as follows:

18        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

19   information Defendants currently know or can readily obtain, Defendants have insufficient

20   information to admit or deny this request.

21   **REQUEST FOR ADMISSION NO. 522:**

22        Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

23   step in the process of generating that Fix or Update was to use the "REP" Environment (as the

24   term is used in Requests Nos. 516-519) to attempt to replicate the legislative and regulatory issues

25   identified by PeopleSoft or Oracle in the tax Update acquired by TN, to the extent TN determined

26   an issue should be replicated.

27   **RESPONSE TO REQUEST FOR ADMISSION NO. 522:**

28        Defendants object to this request on the grounds stated in the General Objections and

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2    respect to the information sought in this request because Defendants SAP AG and SAP America

3    have no additional knowledge separate and apart from the information provided by Defendant

4    TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

5    "Updates," "generating," "use," "replicate," "some" and "'REP' environment" are capable of

6    multiple meanings and thus, make this request vague and ambiguous.  Defendants object that the

7    phrase "legislative and regulatory issues identified by PeopleSoft or Oracle in the tax update

8    acquired by TN" is vague and ambiguous.  Further, Exhibit A lists the names of master bundles as

9    that term was used by TomorrowNow in the SAS database.  The master bundles are not the actual

10   objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

11   records that simply identify problems for which TomorrowNow generally developed objects to

12   resolve.  The object development often took place at the release level, source level, and customer

13   level.  If this request is actually asking for information related to each and every object

14   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

15   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

16   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

17   object in each fix or update contained within each master bundle.  Defendants, therefore, object to

18   this request as compound and unduly burdensome in that this request seeks information and

19   activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

20   place over several years, and (4) would require Defendants to review substantial business records

21   to determine an answer, if possible, for each of the numerous numbers of objects contained within

22   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

23   burden for Plaintiffs to do so given that the available information is at least as equally accessible

24   to Plaintiffs as it is to Defendants.  Defendants also object to the terms "extended support

25   environment" and "'REP' Environment" (as the terms were used in Request Nos. 508-511 and

26   516-519) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 516-519.

27        Subject to the General Objections and Responses and these specific objections, after a

28   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

1    sufficient knowledge and information to either admit or deny these requests, as the information

2    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

3    manner." Based on all of the reasons and objections stated above, these requests are DENIED.

4    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 522:**

5         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

6    General Objections noted above. Defendants' response is based solely on Defendant

7    TomorrowNow's knowledge with respect to the information sought in this request because

8    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

9    information provided by Defendant TomorrowNow in this response. Defendants object to the

10   request because the terms "fix," "update," "generating," "use," "replicate," and "'REP'

11   environment" make this request overly broad, vague and ambiguous. Defendants also object to

12   the terms "generic environment" and "'REP' Environment" (as the terms were used in Request

13   Nos. 508-511 and 516-519) for the reasons stated in Defendants' objections to Request Nos. 508-

14   511 and 516-519. Defendants object that the phrase "legislative and regulatory issues identified

15   by PeopleSoft or Oracle in the tax update acquired by TN" is overly broad, vague and ambiguous.

16   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

17   in the SAS database. TomorrowNow's "master bundles" are not the actual objects included in

18   fixes or updates that are developed for TomorrowNow's customers. "Master bundles" and

19   "master fixes" are records that describe the issue to be addressed and then serve as a record

20   keeping device and reference for that issue and related activity TomorrowNow undertook to

21   address that issue. The actual development of customer-specific objects included in customer-

22   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

23   identification and record keeping purposes. Thus, if this request seeks an admission related to

24   each and every object related to each and every customer-specific fix or update that

25   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

26   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

27   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

28   SAP America, and TomorrowNow. If that is the intent of this request, then to respond to this

1   request, Defendants would have to analyze each individual object in each fix or update contained

2   within each master bundle.  Defendants, therefore, object on the basis that this request is

3   compound, overly broad and unduly burdensome because it seeks an admission regarding

4   thousands of separate activities that (1) involved many thousands of objects, (2) involved

5   numerous employees, (3) took place over several years, and (4) would require Defendants to

6   review enormous volumes of business records to attempt to determine an answer, if possible, for

7   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

8   Defendants object to this request on the basis that Defendants' burden associated with responding

9   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

10  through this request, especially because the available documents, data and other information from

11  which the answer, if any, could be derived in response to this request have been produced by

12  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

13  information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

14  this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

15  their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

16  objections and qualifications, Defendants respond as follows:

17      ADMITTED on the following qualified basis:  For some of the objects (meaning more

18  than one) associated with the master bundle records referenced in the first two columns of Exhibit

19  A, one step in the process for generating the object, to the extent a TomorrowNow employee

20  determined an issue should be replicated, was to use an environment specific to TomorrowNow's

21  retrofit support of specific TomorrowNow customers with "rep" in its name to attempt to

22  replicate one of the issues in the posted PeopleSoft tax update.  To the extent not admitted, this

23  request is DENIED.

24  **REQUEST FOR ADMISSION NO. 523:**

25      Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

26  step in the process of generating that Fix or Update was to use the "REP" Environment (as the

27  term is used in Requests Nos. 516-519) to attempt to replicate the legislative and regulatory issues

28  identified by PeopleSoft or Oracle in the tax Update acquired by TN, to the extent TN determined

1   an issue should be replicated.

2   **RESPONSE TO REQUEST FOR ADMISSION NO. 523:**

3         Defendants object to this request on the grounds stated in the General Objections and

4   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5   respect to the information sought in this request because Defendants SAP AG and SAP America

6   have no additional knowledge separate and apart from the information provided by Defendant

7   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

8   "Update," "generating," "use," "replicate," and "'REP' environment" are capable of multiple

9   meanings and thus, make this request vague and ambiguous.  Defendants object that the phrase

10  "legislative and regulatory issues identified by PeopleSoft or Oracle in the tax update acquired by

11  TN" is vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term

12  was used by TomorrowNow in the SAS database.  The master bundles are not the actual objects

13  that are developed for TomorrowNow customers.  Master bundles and master fixes are records

14  that simply identify problems for which TomorrowNow generally developed objects to resolve.

15  The object development often took place at the release level, source level, and customer level.  If

16  this request is actually asking for information related to each and every object TomorrowNow

17  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

18  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

19  respond to this question, Defendants would have to analyze each individual object in each fix or

20  update contained within each master bundle.  Defendants, therefore, object to this request as

21  compound and unduly burdensome in that this request seeks information and activities that (1)

22  involved many thousands of objects, (2) involved numerous employees, (3) took place over

23  several years, and (4) would require Defendants to review substantial business records to

24  determine an answer, if possible, for each of the numerous numbers of objects contained within

25  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

26  burden for Plaintiffs to do so given that the available information is at least as equally accessible

27  to Plaintiffs as it is to Defendants.  Defendants also object to the terms "extended support

28  environment" and "'REP' Environment" (as the terms were used in Request Nos. 508-511 and

1    516-519) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 516-519.

2         Subject to the General Objections and Responses and these specific objections, after a

3    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

4    sufficient knowledge and information to either admit or deny these requests, as the information

5    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

6    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

7    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 523:**

8         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

9    General Objections noted above. Defendants' response is based solely on Defendant

10   TomorrowNow's knowledge with respect to the information sought in this request because

11   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

12   information provided by Defendant TomorrowNow in this response.  Defendants object to the

13   request because the terms "fix," "update," "generating," "use," "replicate," and "'REP'

14   environment" make this request overly broad, vague and ambiguous.  Defendants also object to

15   the terms "generic environment" and "'REP' Environment" (as the terms were used in Request

16   Nos. 508-511 and 516-519) for the reasons stated in Defendants' objections to Request Nos. 508-

17   511 and 516-519.  Defendants object that the phrase "legislative and regulatory issues identified

18   by PeopleSoft or Oracle in the tax update acquired by TN" is overly broad, vague and ambiguous.

19   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

20   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

21   fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

22   "master fixes" are records that describe the issue to be addressed and then serve as a record

23   keeping device and reference for that issue and related activity TomorrowNow undertook to

24   address that issue.  The actual development of customer-specific objects included in customer-

25   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

26   identification and record keeping purposes. Thus, if this request seeks an admission related to

27   each and every object related to each and every customer-specific fix or update that

28   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

1  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

2  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

3  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

4  request, Defendants would have to analyze each individual object in each fix or update contained

5  within each master bundle.  Defendants, therefore, object on the basis that this request is

6  compound, overly broad and unduly burdensome because it seeks an admission regarding

7  thousands of separate activities that (1) involved many thousands of objects, (2) involved

8  numerous employees, (3) took place over several years, and (4) would require Defendants to

9  review enormous volumes of business records to attempt to determine an answer, if possible, for

10  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

11  Defendants object to this request on the basis that Defendants' burden associated with responding

12  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

13  through this request, especially because the available documents, data and other information from

14  which the answer, if any, could be derived in response to this request have been produced by

15  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

16  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

17  without waiving the foregoing objections and qualifications, Defendants respond as follows:

18      ADMITTED on the following qualified basis:  For at least one of the objects associated

19  with the master bundle records referenced in the first two columns of Exhibit A, one step in the

20  process for generating the object, to the extent a TomorrowNow employee determined an issue

21  should be replicated, was to use an environment specific to TomorrowNow's retrofit support of

22  specific TomorrowNow customers with "rep" in its name to attempt to replicate one of the issues

23  in the posted PeopleSoft tax update.  To the extent not admitted, this request is DENIED.

24  **REQUEST FOR ADMISSION NO. 524**:

25      Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

26  the process of generating that Fix or Update was to make a Copy of an existing "extended support

27  environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a "DEV"

28  Environment.

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 524:**

2           Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

7    "Update," "generating," "make," "copy," "extended support environment," "'DEV'

8    environment," and "environment" are capable of multiple meanings and thus, make this request

9    vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used

10   by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

11   developed for TomorrowNow customers.  Master bundles and master fixes are records that

12   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

13   object development often took place at the release level, source level, and customer level.  If this

14   request is actually asking for information related to each and every object TomorrowNow

15   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

16   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

17   respond to this question, Defendants would have to analyze each individual object in each fix or

18   update contained within each master bundle.  Defendants, therefore, object to this request as

19   compound and unduly burdensome in that this request seeks information and activities that (1)

20   involved many thousands of objects, (2) involved numerous employees, (3) took place over

21   several years, and (4) would require Defendants to review substantial business records to

22   determine an answer, if possible, for each of the numerous numbers of objects contained within

23   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24   burden for Plaintiffs to do so given that the available information is at least as equally accessible

25   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

26   environment" (as the term is used in Request Nos. 508-511) for the reasons stated in Defendants'

27   objections to Request Nos. 508-511.

28           Subject to the General Objections and Responses and these specific objections, after a

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

2   sufficient knowledge and information to either admit or deny these requests, as the information

3   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

4   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

5   **AMENDED REQUEST FOR ADMISSION NO. 524:**

6       Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

7   the process of generating that Fix or Update was to make a Copy of an existing Generic

8   Environment, and label the Copy as a "DEV" Environment.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 524:**

10      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11  General Objections noted above. Defendants' response is based solely on Defendant

12  TomorrowNow's knowledge with respect to the information sought in this request because

13  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14  information provided by Defendant TomorrowNow in this response.  Defendants object to the

15  request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

16  and "'DEV' environment" make this request overly broad, vague and ambiguous.  "Generic

17  Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

18  by attempting to suggest that any such environment or environment component was not used for

19  limited customers, scope or purpose.  Defendants further object to the definition of "Generic

20  Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

21  "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

22  bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

23  "master bundles" are not the actual objects included in fixes or updates that are developed for

24  TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

25  issue to be addressed and then serve as a record keeping device and reference for that issue and

26  related activity TomorrowNow undertook to address that issue.  The actual development of

27  customer-specific objects included in customer-specific fixes and updates was referenced to a

28  "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

1   this request seeks an admission related to each and every object related to each and every

2   customer-specific fix or update that TomorrowNow developed, then this single request

3   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

4   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

5   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

6   intent of this request, then to respond to this request, Defendants would have to analyze each

7   individual object in each fix or update contained within each master bundle.  Defendants,

8   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

9   because it seeks an admission regarding thousands of separate activities that (1) involved many

10  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

11  would require Defendants to review enormous volumes of business records to attempt to

12  determine an answer, if possible, for each of the numerous objects contained within the

13  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

14  Defendants' burden associated with responding to this request is substantially similar to the

15  burden for Plaintiffs to obtain the information sought through this request, especially because the

16  available documents, data and other information from which the answer, if any, could be derived

17  in response to this request have been produced by Defendants in response to Plaintiffs' other

18  discovery requests and thus any relevant, available information is now as equally accessible to

19  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

20  qualifications, Defendants respond as follows:

21      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

22  information Defendants currently know or can readily obtain, Defendants have insufficient

23  information to admit or deny this request.

24  **REQUEST FOR ADMISSION NO. 525:**

25      Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

26  A, one step in the process of generating that Fix or Update was to make a Copy of an existing

27  "extended support environment" (as the term is used in Requests Nos. 508-511), and label the

28  Copy as a "DEV" Environment.

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 525**:

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

7    "Update," "majority," "generating," "make," "copy," "extended support environment," "'DEV'

8    environment," and "environment" are capable of multiple meanings and thus, make this request

9    vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used

10   by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

11   developed for TomorrowNow customers.  Master bundles and master fixes are records that

12   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

13   object development often took place at the release level, source level, and customer level.  If this

14   request is actually asking for information related to each and every object TomorrowNow

15   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

16   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

17   respond to this question, Defendants would have to analyze each individual object in each fix or

18   update contained within each master bundle.  Defendants, therefore, object to this request as

19   compound and unduly burdensome in that this request seeks information and activities that (1)

20   involved many thousands of objects, (2) involved numerous employees, (3) took place over

21   several years, and (4) would require Defendants to review substantial business records to

22   determine an answer, if possible, for each of the numerous numbers of objects contained within

23   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24   burden for Plaintiffs to do so given that the available information is at least as equally accessible

25   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

26   environment" (as the term is used in Request Nos. 508-511) for the reasons stated in Defendants'

27   objections to Request Nos. 508-511.

28        Subject to the General Objections and Responses and these specific objections, after a

1    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

2    sufficient knowledge and information to either admit or deny these requests, as the information

3    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

4    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

5    **AMENDED REQUEST FOR ADMISSION NO. 525:**

6         Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

7    A, one step in the process of generating that Fix or Update was to make a Copy of an existing

8    Generic Environment, and label the Copy as a "DEV" Environment.

9    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 525:**

10        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11   General Objections noted above. Defendants' response is based solely on Defendant

12   TomorrowNow's knowledge with respect to the information sought in this request because

13   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14   information provided by Defendant TomorrowNow in this response.  Defendants object to the

15   request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

16   and "'DEV' environment" make this request overly broad, vague and ambiguous.  "Generic

17   Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

18   by attempting to suggest that any such environment or environment component was not used for

19   limited customers, scope or purpose.  Defendants further object to the definition of "Generic

20   Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

21   "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

22   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

23   "master bundles" are not the actual objects included in fixes or updates that are developed for

24   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

25   issue to be addressed and then serve as a record keeping device and reference for that issue and

26   related activity TomorrowNow undertook to address that issue.  The actual development of

27   customer-specific objects included in customer-specific fixes and updates was referenced to a

28   "master bundle" or "master fix" record for identification and record keeping purposes.  Thus, if

1   this request seeks an admission related to each and every object related to each and every

2   customer-specific fix or update that TomorrowNow developed, then this single request

3   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

4   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

5   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

6   intent of this request, then to respond to this request, Defendants would have to analyze each

7   individual object in each fix or update contained within each master bundle.  Defendants,

8   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

9   because it seeks an admission regarding thousands of separate activities that (1) involved many

10  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

11  would require Defendants to review enormous volumes of business records to attempt to

12  determine an answer, if possible, for each of the numerous objects contained within the

13  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

14  Defendants' burden associated with responding to this request is substantially similar to the

15  burden for Plaintiffs to obtain the information sought through this request, especially because the

16  available documents, data and other information from which the answer, if any, could be derived

17  in response to this request have been produced by Defendants in response to Plaintiffs' other

18  discovery requests and thus any relevant, available information is now as equally accessible to

19  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

20  qualifications, Defendants respond as follows:

21       ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

22  for the majority of the objects (meaning at least one object more than half of the total objects)

23  associated with the master bundle records referenced in the first two columns of Exhibit A, one

24  step in the process for generating the object was to refresh an existing environment specific to

25  TomorrowNow's retrofit support of specific TomorrowNow customers and to signify that

26  environment by including "dev" in its name.  To the extent not admitted, this request is DENIED.

27  **REQUEST FOR ADMISSION NO. 526:**

28       Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

1   step in the process of generating that Fix or Update was to make a Copy of an existing "extended

2   support environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a

3   "DEV" Environment.

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 526:**

5          Defendants object to this request on the grounds stated in the General Objections and

6   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7   respect to the information sought in this request because Defendants SAP AG and SAP America

8   have no additional knowledge separate and apart from the information provided by Defendant

9   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

10  "Update," "generating," "make," "copy," "extended support environment," "some," "'DEV'

11  environment," and "environment" are capable of multiple meanings and thus, make this request

12  vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used

13  by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

14  developed for TomorrowNow customers.  Master bundles and master fixes are records that

15  simply identify problems for which TomorrowNow generally developed objects to resolve.  The

16  object development often took place at the release level, source level, and customer level.  If this

17  request is actually asking for information related to each and every object TomorrowNow

18  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

19  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

20  respond to this question, Defendants would have to analyze each individual object in each fix or

21  update contained within each master bundle.  Defendants, therefore, object to this request as

22  compound and unduly burdensome in that this request seeks information and activities that (1)

23  involved many thousands of objects, (2) involved numerous employees, (3) took place over

24  several years, and (4) would require Defendants to review substantial business records to

25  determine an answer, if possible, for each of the numerous numbers of objects contained within

26  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

27  burden for Plaintiffs to do so given that the available information is at least as equally accessible

28  to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   environment" (as the term is used in Request Nos. 508-511) for the reasons stated in Defendants'

2   objections to Request Nos. 508-511.

3           Subject to the General Objections and Responses and these specific objections, after a

4   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

5   sufficient knowledge and information to either admit or deny these requests, as the information

6   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

7   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

8   **AMENDED REQUEST FOR ADMISSION NO. 526:**

9           Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

10  step in the process of generating that Fix or Update was to make a Copy of an existing Generic

11  Environment, and label the Copy as a "DEV" Environment.

12  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 526:**

13          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

14  General Objections noted above. Defendants' response is based solely on Defendant

15  TomorrowNow's knowledge with respect to the information sought in this request because

16  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

17  information provided by Defendant TomorrowNow in this response.  Defendants object to the

18  request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

19  and "'DEV' environment" make this request overly broad, vague and ambiguous.  "Generic

20  Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

21  by attempting to suggest that any such environment or environment component was not used for

22  limited customers, scope or purpose.  Defendants further object to the definition of "Generic

23  Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

24  "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

25  bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

26  "master bundles" are not the actual objects included in fixes or updates that are developed for

27  TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

28  issue to be addressed and then serve as a record keeping device and reference for that issue and

1    related activity TomorrowNow undertook to address that issue.  The actual development of

2    customer-specific objects included in customer-specific fixes and updates was referenced to a

3    "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

4    this request seeks an admission related to each and every object related to each and every

5    customer-specific fix or update that TomorrowNow developed, then this single request

6    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

7    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

8    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

9    intent of this request, then to respond to this request, Defendants would have to analyze each

10   individual object in each fix or update contained within each master bundle.  Defendants,

11   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

12   because it seeks an admission regarding thousands of separate activities that (1) involved many

13   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

14   would require Defendants to review enormous volumes of business records to attempt to

15   determine an answer, if possible, for each of the numerous objects contained within the

16   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

17   Defendants' burden associated with responding to this request is substantially similar to the

18   burden for Plaintiffs to obtain the information sought through this request, especially because the

19   available documents, data and other information from which the answer, if any, could be derived

20   in response to this request have been produced by Defendants in response to Plaintiffs' other

21   discovery requests and thus any relevant, available information is now as equally accessible to

22   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

23   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

24   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

25   respond as follows:

26          ADMITTED on the following qualified basis:  For some of the objects (meaning more

27   than one) associated with the master bundle records referenced in the first two columns of Exhibit

28   A, one step in the process for generating the object was to refresh an existing environment

1    specific to TomorrowNow's retrofit support of specific TomorrowNow customers and to signify

2    that environment by including "dev" in its name.  To the extent not admitted, this request is

3    DENIED.

4    **REQUEST FOR ADMISSION NO. 527:**

5           Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

6    step in the process of generating that Fix or Update was to make a Copy of an existing "extended

7    support environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a

8    "DEV" Environment.

9    **RESPONSE TO REQUEST FOR ADMISSION NO. 527:**

10          Defendants object to this request on the grounds stated in the General Objections and

11   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12   respect to the information sought in this request because Defendants SAP AG and SAP America

13   have no additional knowledge separate and apart from the information provided by Defendant

14   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

15   "Update," "generating," "make," "copy," "extended support environment," "'DEV'

16   environment," and "environment" are capable of multiple meanings and thus, make this request

17   vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used

18   by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

19   developed for TomorrowNow customers.  Master bundles and master fixes are records that

20   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

21   object development often took place at the release level, source level, and customer level.  If this

22   request is actually asking for information related to each and every object TomorrowNow

23   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

24   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

25   respond to this question, Defendants would have to analyze each individual object in each fix or

26   update contained within each master bundle.  Defendants, therefore, object to this request as

27   compound and unduly burdensome in that this request seeks information and activities that (1)

28   involved many thousands of objects, (2) involved numerous employees, (3) took place over

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    several years, and (4) would require Defendants to review substantial business records to

2    determine an answer, if possible, for each of the numerous numbers of objects contained within

3    the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

4    burden for Plaintiffs to do so given that the available information is at least as equally accessible

5    to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

6    environment" (as the term is used in Request Nos. 508-511) for the reasons stated in Defendants'

7    objections to Request Nos. 508-511.

8         Subject to the General Objections and Responses and these specific objections, after a

9    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

10   sufficient knowledge and information to either admit or deny these requests, as the information

11   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

12   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

13   **AMENDED REQUEST FOR ADMISSION NO. 527:**

14        Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

15   step in the process of generating that Fix or Update was to make a Copy of an existing Generic

16   Environment, and label the Copy as a "DEV" Environment.

17   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 527:**

18        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

19   General Objections noted above. Defendants' response is based solely on Defendant

20   TomorrowNow's knowledge with respect to the information sought in this request because

21   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

22   information provided by Defendant TomorrowNow in this response.  Defendants object to the

23   request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

24   and "'DEV' environment" make this request overly broad, vague and ambiguous.  "Generic

25   Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

26   by attempting to suggest that any such environment or environment component was not used for

27   limited customers, scope or purpose.  Defendants further object to the definition of "Generic

28   Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

1   "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

2   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

3   "master bundles" are not the actual objects included in fixes or updates that are developed for

4   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

5   issue to be addressed and then serve as a record keeping device and reference for that issue and

6   related activity TomorrowNow undertook to address that issue.  The actual development of

7   customer-specific objects included in customer-specific fixes and updates was referenced to a

8   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

9   this request seeks an admission related to each and every object related to each and every

10  customer-specific fix or update that TomorrowNow developed, then this single request

11  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

12  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

13  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

14  intent of this request, then to respond to this request, Defendants would have to analyze each

15  individual object in each fix or update contained within each master bundle.  Defendants,

16  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

17  because it seeks an admission regarding thousands of separate activities that (1) involved many

18  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

19  would require Defendants to review enormous volumes of business records to attempt to

20  determine an answer, if possible, for each of the numerous objects contained within the

21  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

22  Defendants' burden associated with responding to this request is substantially similar to the

23  burden for Plaintiffs to obtain the information sought through this request, especially because the

24  available documents, data and other information from which the answer, if any, could be derived

25  in response to this request have been produced by Defendants in response to Plaintiffs' other

26  discovery requests and thus any relevant, available information is now as equally accessible to

27  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

28  qualifications, Defendants respond as follows:

1    ADMITTED on the following qualified basis:  For at least one of the objects associated

2    with the master bundle records referenced in the first two columns of Exhibit A, one step in the

3    process for generating the object was to refresh an existing environment specific to

4    TomorrowNow's retrofit support of specific TomorrowNow customers and to signify that

5    environment by including "dev" in its name.  To the extent not admitted, this request is DENIED.

6    **REQUEST FOR ADMISSION NO. 528:**

7    Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

8    the process of generating that Fix or Update was to use the "DEV" Environment (as the term is

9    used in Requests Nos. 524-527) to Develop the changes which TN had determined through the

10    replication process should be included in the Fix or Update, by modifying and/or creating each

11    implicated Fix Object.

12    **RESPONSE TO REQUEST FOR ADMISSION NO. 528:**

13    Defendants object to this request on the grounds stated in the General Objections and

14    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15    respect to the information sought in this request because Defendants SAP AG and SAP America

16    have no additional knowledge separate and apart from the information provided by Defendant

17    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

18    "Update," "generating," "use," "develop," and "'DEV' environment" are capable of multiple

19    meanings and thus, make this request vague and ambiguous.  Defendants object that the phrases

20    "the changes which TN had determined through the replication process should be included in the

21    fix or update" and "by modifying and/or creating each implicated fix object" as being subject to

22    multiple meanings and, as such, being vague and ambiguous.  Defendants object to the term "Fix

23    Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

24    of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

25    Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

26    the SAS database.  The master bundles are not the actual objects that are developed for

27    TomorrowNow customers.  Master bundles and master fixes are records that simply identify

28    problems for which TomorrowNow generally developed objects to resolve.  The object

1   development often took place at the release level, source level, and customer level.  If this request

2   is actually asking for information related to each and every object TomorrowNow developed, this

3   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

4   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

5   question, Defendants would have to analyze each individual object in each fix or update

6   contained within each master bundle.  Defendants, therefore, object to this request as compound

7   and unduly burdensome in that this request seeks information and activities that (1) involved

8   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

9   and (4) would require Defendants to review substantial business records to determine an answer,

10  if possible, for each of the numerous numbers of objects contained within the fixes and updates,

11  and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

12  do so given that the available information is at least as equally accessible to Plaintiffs as it is to

13  Defendants.  Defendants also object to the terms "extended support environment" and "'DEV'

14  Environment" (as the terms were used in Request Nos. 508-511 and 524-527) for the reasons

15  stated in Defendants' objections to Request Nos. 508-511 and 524-527.

16      Subject to the General Objections and Responses and these specific objections, after a

17  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

18  sufficient knowledge and information to either admit or deny these requests, as the information

19  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

20  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

21  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 528:**

22      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

23  General Objections noted above. Defendants' response is based solely on Defendant

24  TomorrowNow's knowledge with respect to the information sought in this request because

25  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

26  information provided by Defendant TomorrowNow in this response.  Defendants object to the

27  request because the terms   "fix," "update," "generating," "use," and "'DEV' environment" make

28  this request overly broad, vague and ambiguous.  Defendants also object to the terms "generic

1   environment" and "'DEV' Environment" (as the terms were used in Request Nos. 508-511 and

2   524-527) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 524-527.

3   Defendants object that the phrases "the changes which TN had determined through the replication

4   process should be included in the fix or update" and "by modifying and/or creating each

5   implicated fix object" as being subject to multiple meanings and, as such, being overly broad,

6   vague and ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was

7   used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the

8   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

9   "Master bundles" and "master fixes" are records that describe the issue to be addressed and then

10  serve as a record keeping device and reference for that issue and related activity TomorrowNow

11  undertook to address that issue.  The actual development of customer-specific objects included in

12  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

13  for identification and record keeping purposes. Thus, if this request seeks an admission related to

14  each and every object related to each and every customer-specific fix or update that

15  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

16  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

17  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

18  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

19  request, Defendants would have to analyze each individual object in each fix or update contained

20  within each master bundle.  Defendants, therefore, object on the basis that this request is

21  compound, overly broad and unduly burdensome because it seeks an admission regarding

22  thousands of separate activities that (1) involved many thousands of objects, (2) involved

23  numerous employees, (3) took place over several years, and (4) would require Defendants to

24  review enormous volumes of business records to attempt to determine an answer, if possible, for

25  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

26  Defendants object to this request on the basis that Defendants' burden associated with responding

27  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

28  through this request, especially because the available documents, data and other information from

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   which the answer, if any, could be derived in response to this request have been produced by

2   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

3   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

4   without waiving the foregoing objections and qualifications, Defendants respond as follows:

5           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

6   information Defendants currently know or can readily obtain, Defendants have insufficient

7   information to admit or deny this request.

8   **REQUEST FOR ADMISSION NO. 529:**

9           Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

10  A, one step in the process of generating that Fix or Update was to use the "DEV" Environment

11  (as the term is used in Requests Nos. 524-527) to Develop the changes which TN had determined

12  through the replication process should be included in the Fix or Update, by modifying and/or

13  creating each implicated Fix Object.

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 529:**

15          Defendants object to this request on the grounds stated in the General Objections and

16  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17  respect to the information sought in this request because Defendants SAP AG and SAP America

18  have no additional knowledge separate and apart from the information provided by Defendant

19  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

20  "Updates," "majority," "generating," "use," "develop," and "'DEV' environment" are capable of

21  multiple meanings and thus, make this request vague and ambiguous.  Defendants object that the

22  phrases "the changes which TN had determined through the replication process should be

23  included in the fix or update" and "by modifying and/or creating each implicated fix object" as

24  being subject to multiple meanings and, as such, being vague and ambiguous.  Defendants object

25  to the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

26  "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

27  Object's" place.  Further, Exhibit A lists the names of master bundles as that term was used by

28  TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

1   developed for TomorrowNow customers. Master bundles and master fixes are records that

2   simply identify problems for which TomorrowNow generally developed objects to resolve. The

3   object development often took place at the release level, source level, and customer level. If this

4   request is actually asking for information related to each and every object TomorrowNow

5   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

6   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. To

7   respond to this question, Defendants would have to analyze each individual object in each fix or

8   update contained within each master bundle. Defendants, therefore, object to this request as

9   compound and unduly burdensome in that this request seeks information and activities that (1)

10  involved many thousands of objects, (2) involved numerous employees, (3) took place over

11  several years, and (4) would require Defendants to review substantial business records to

12  determine an answer, if possible, for each of the numerous numbers of objects contained within

13  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

14  burden for Plaintiffs to do so given that the available information is at least as equally accessible

15  to Plaintiffs as it is to Defendants. Defendants also object to the terms "extended support

16  environment" and "'DEV' Environment" (as the terms were used in Request Nos. 508-511 and

17  524-527) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 524-527.

18      Subject to the General Objections and Responses and these specific objections, after a

19  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

20  sufficient knowledge and information to either admit or deny these requests, as the information

21  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

22  manner." Based on all of the reasons and objections stated above, these requests are DENIED.

23  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 529:**

24      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

25  General Objections noted above. Defendants' response is based solely on Defendant

26  TomorrowNow's knowledge with respect to the information sought in this request because

27  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

28  information provided by Defendant TomorrowNow in this response. Defendants object to the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    request because the terms   "fix," "update," "generating," "use," and "'DEV' environment" make

2    this request overly broad, vague and ambiguous.  Defendants also object to the terms "generic

3    environment" and "'DEV' Environment" (as the terms were used in Request Nos. 508-511 and

4    524-527) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 524-527.

5    Defendants object that the phrases "the changes which TN had determined through the replication

6    process should be included in the fix or update" and "by modifying and/or creating each

7    implicated fix object" as being subject to multiple meanings and, as such, being overly broad,

8    vague and ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was

9    used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the

10   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

11   "Master bundles" and "master fixes" are records that describe the issue to be addressed and then

12   serve as a record keeping device and reference for that issue and related activity TomorrowNow

13   undertook to address that issue.  The actual development of customer-specific objects included in

14   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

15   for identification and record keeping purposes. Thus, if this request seeks an admission related to

16   each and every object related to each and every customer-specific fix or update that

17   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

18   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

19   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

20   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

21   request, Defendants would have to analyze each individual object in each fix or update contained

22   within each master bundle.  Defendants, therefore, object on the basis that this request is

23   compound, overly broad and unduly burdensome because it seeks an admission regarding

24   thousands of separate activities that (1) involved many thousands of objects, (2) involved

25   numerous employees, (3) took place over several years, and (4) would require Defendants to

26   review enormous volumes of business records to attempt to determine an answer, if possible, for

27   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

28   Defendants object to this request on the basis that Defendants' burden associated with responding

1  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

2  through this request, especially because the available documents, data and other information from

3  which the answer, if any, could be derived in response to this request have been produced by

4  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

5  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

6  without waiving the foregoing objections and qualifications, Defendants respond as follows:

7         ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

8  for the majority of the objects (meaning at least one object more than half of the total objects)

9  associated with the master bundle records referenced in the first two columns of Exhibit A, one

10  step in the process for generating the object was to use an environment specific to

11  TomorrowNow's retrofit support of specific TomorrowNow customers with "dev" in its name to

12  make any needed changes to the object.  To the extent not admitted, this request is DENIED.

13  **REQUEST FOR ADMISSION NO. 530:**

14         Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

15  step in the process of generating that Fix or Update was to use the "DEV" Environment (as the

16  term is used in Requests Nos. 524-527) to Develop the changes which TN had determined

17  through the replication process should be included in the Fix or Update, by modifying and/or

18  creating each implicated Fix Object.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 530:**

20         Defendants object to this request on the grounds stated in the General Objections and

21  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22  respect to the information sought in this request because Defendants SAP AG and SAP America

23  have no additional knowledge separate and apart from the information provided by Defendant

24  TomorrowNow in this response.  Defendants object to the request because the terms "Fixes,"

25  "Updates," "generating," "use," "develop," "some" and "'DEV' environment" are capable of

26  multiple meanings and thus, make this request vague and ambiguous.  Defendants object that the

27  phrases "the changes which TN had determined through the replication process should be

28  included in the fix or update" and "by modifying and/or creating each implicated fix object" as

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    being subject to multiple meanings and, as such, being vague and ambiguous.  Defendants object

2    to the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

3    "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

4    Object's" place.  Further, Exhibit A lists the names of master bundles as that term was used by

5    TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

6    developed for TomorrowNow customers.  Master bundles and master fixes are records that

7    simply identify problems for which TomorrowNow generally developed objects to resolve.  The

8    object development often took place at the release level, source level, and customer level.  If this

9    request is actually asking for information related to each and every object TomorrowNow

10   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

11   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

12   respond to this question, Defendants would have to analyze each individual object in each fix or

13   update contained within each master bundle.  Defendants, therefore, object to this request as

14   compound and unduly burdensome in that this request seeks information and activities that (1)

15   involved many thousands of objects, (2) involved numerous employees, (3) took place over

16   several years, and (4) would require Defendants to review substantial business records to

17   determine an answer, if possible, for each of the numerous numbers of objects contained within

18   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

19   burden for Plaintiffs to do so given that the available information is at least as equally accessible

20   to Plaintiffs as it is to Defendants.  Defendants also object to the terms "extended support

21   environment" and "'DEV' Environment" (as the terms were used in Request Nos. 508-511 and

22   524-527) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 524-527.

23          Subject to the General Objections and Responses and these specific objections, after a

24   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

25   sufficient knowledge and information to either admit or deny these requests, as the information

26   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

27   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

28

1    **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 530</u>:**

2          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms  "fix," "update," "generating," "use," and "'DEV' environment" make

8    this request overly broad, vague and ambiguous.  Defendants also object to the terms "generic

9    environment" and "'DEV' Environment" (as the terms were used in Request Nos. 508-511 and

10   524-527) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 524-527.

11   Defendants object that the phrases "the changes which TN had determined through the replication

12   process should be included in the fix or update" and "by modifying and/or creating each

13   implicated fix object" as being subject to multiple meanings and, as such, being overly broad,

14   vague and ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was

15   used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the

16   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

17   "Master bundles" and "master fixes" are records that describe the issue to be addressed and then

18   serve as a record keeping device and reference for that issue and related activity TomorrowNow

19   undertook to address that issue.  The actual development of customer-specific objects included in

20   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

21   for identification and record keeping purposes. Thus, if this request seeks an admission related to

22   each and every object related to each and every customer-specific fix or update that

23   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

24   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

25   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

26   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

27   request, Defendants would have to analyze each individual object in each fix or update contained

28   within each master bundle.  Defendants, therefore, object on the basis that this request is

1    compound, overly broad and unduly burdensome because it seeks an admission regarding

2    thousands of separate activities that (1) involved many thousands of objects, (2) involved

3    numerous employees, (3) took place over several years, and (4) would require Defendants to

4    review enormous volumes of business records to attempt to determine an answer, if possible, for

5    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

6    Defendants object to this request on the basis that Defendants' burden associated with responding

7    to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

8    through this request, especially because the available documents, data and other information from

9    which the answer, if any, could be derived in response to this request have been produced by

10   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

11   information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

12   this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

13   their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

14   objections and qualifications, Defendants respond as follows:

15         ADMITTED on the following qualified basis:  For some of the objects (meaning more

16   than one) associated with the master bundle records referenced in the first two columns of Exhibit

17   A, one step in the process for generating the object was to use an environment specific to

18   TomorrowNow's retrofit support of specific TomorrowNow customers with "dev" in its name to

19   make any needed changes to the object.  To the extent not admitted, this request is DENIED.

20   **REQUEST FOR ADMISSION NO. 531:**

21         Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

22   step in the process of generating that Fix or Update was to use the "DEV" Environment (as the

23   term is used in Requests Nos. 524-527) to Develop the changes which TN had determined

24   through the replication process should be included in the Fix or Update, by modifying and/or

25   creating each implicated Fix Object.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 531:**

27         Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1    respect to the information sought in this request because Defendants SAP AG and SAP America

2    have no additional knowledge separate and apart from the information provided by Defendant

3    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

4    "Update," "generating," "use," "develop," and "'DEV' environment" are capable of multiple

5    meanings and thus, make this request vague and ambiguous.  Defendants object that the phrases

6    "the changes which TN had determined through the replication process should be included in the

7    fix or update" and "by modifying and/or creating each implicated fix object" as being subject to

8    multiple meanings and, as such, being vague and ambiguous.  Defendants object to the term "Fix

9    Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

10   of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

11   Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

12   the SAS database.  The master bundles are not the actual objects that are developed for

13   TomorrowNow customers.  Master bundles and master fixes are records that simply identify

14   problems for which TomorrowNow generally developed objects to resolve.  The object

15   development often took place at the release level, source level, and customer level.  If this request

16   is actually asking for information related to each and every object TomorrowNow developed, this

17   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

18   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

19   question, Defendants would have to analyze each individual object in each fix or update

20   contained within each master bundle.  Defendants, therefore, object to this request as compound

21   and unduly burdensome in that this request seeks information and activities that (1) involved

22   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

23   and (4) would require Defendants to review substantial business records to determine an answer,

24   if possible, for each of the numerous numbers of objects contained within the fixes and updates,

25   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

26   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

27   Defendants.  Defendants also object to the terms "extended support environment" and "'DEV'

28   Environment" (as the terms were used in Request Nos. 508-511 and 524-527) for the reasons

1   stated in Defendants' objections to Request Nos. 508-511 and 524-527.

2          Subject to the General Objections and Responses and these specific objections, after a

3   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

4   sufficient knowledge and information to either admit or deny these requests, as the information

5   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

6   manner." Based on all of the reasons and objections stated above, these requests are DENIED.

7   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 531:**

8          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

9   General Objections noted above. Defendants' response is based solely on Defendant

10  TomorrowNow's knowledge with respect to the information sought in this request because

11  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

12  information provided by Defendant TomorrowNow in this response. Defendants object to the

13  request because the terms  "fix," "update," "generating," "use," and "'DEV' environment" make

14  this request overly broad, vague and ambiguous. Defendants also object to the terms "generic

15  environment" and "'DEV' Environment" (as the terms were used in Request Nos. 508-511 and

16  524-527) for the reasons stated in Defendants' objections to Request Nos. 508-511 and 524-527.

17  Defendants object that the phrases "the changes which TN had determined through the replication

18  process should be included in the fix or update" and "by modifying and/or creating each

19  implicated fix object" as being subject to multiple meanings and, as such, being overly broad,

20  vague and ambiguous. Further, Exhibit A lists the names of "master bundles" as that phrase was

21  used by TomorrowNow in the SAS database. TomorrowNow's "master bundles" are not the

22  actual objects included in fixes or updates that are developed for TomorrowNow's customers.

23  "Master bundles" and "master fixes" are records that describe the issue to be addressed and then

24  serve as a record keeping device and reference for that issue and related activity TomorrowNow

25  undertook to address that issue. The actual development of customer-specific objects included in

26  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

27  for identification and record keeping purposes. Thus, if this request seeks an admission related to

28  each and every object related to each and every customer-specific fix or update that

1    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

2    admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

3    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

4    SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

5    request, Defendants would have to analyze each individual object in each fix or update contained

6    within each master bundle.  Defendants, therefore, object on the basis that this request is

7    compound, overly broad and unduly burdensome because it seeks an admission regarding

8    thousands of separate activities that (1) involved many thousands of objects, (2) involved

9    numerous employees, (3) took place over several years, and (4) would require Defendants to

10   review enormous volumes of business records to attempt to determine an answer, if possible, for

11   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

12   Defendants object to this request on the basis that Defendants' burden associated with responding

13   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

14   through this request, especially because the available documents, data and other information from

15   which the answer, if any, could be derived in response to this request have been produced by

16   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

17   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

18   without waiving the foregoing objections and qualifications, Defendants respond as follows:

19        ADMITTED on the following qualified basis:  For at least one of the objects associated

20   with the master bundle records referenced in the first two columns of Exhibit A, one step in the

21   process for generating the object was to use an environment specific to TomorrowNow's retrofit

22   support of specific TomorrowNow customers with "dev" in its name to make any needed changes

23   to the object.  To the extent not admitted, this request is DENIED.

24   **REQUEST FOR ADMISSION NO. 532:**

25        Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

26   the process of generating that Fix or Update was to make a Copy of an existing "extended support

27   environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a "TST"

28   Environment.

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 532:**

2        Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

7    "Update," "generating," "make," "copy," "extended support environment," "'TST' environment,"

8    and "environment" are capable of multiple meanings and thus, make this request vague and

9    ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by

10   TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

11   developed for TomorrowNow customers.  Master bundles and master fixes are records that

12   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

13   object development often took place at the release level, source level, and customer level.  If this

14   request is actually asking for information related to each and every object TomorrowNow

15   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

16   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

17   respond to this question, Defendants would have to analyze each individual object in each fix or

18   update contained within each master bundle.  Defendants, therefore, object to this request as

19   compound and unduly burdensome in that this request seeks information and activities that (1)

20   involved many thousands of objects, (2) involved numerous employees, (3) took place over

21   several years, and (4) would require Defendants to review substantial business records to

22   determine an answer, if possible, for each of the numerous numbers of objects contained within

23   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24   burden for Plaintiffs to do so given that the available information is at least as equally accessible

25   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

26   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

27   Defendants' objections to Request Nos. 508-511.

28       Subject to the General Objections and Responses and these specific objections, after a

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

2   sufficient knowledge and information to either admit or deny these requests, as the information

3   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

4   manner." Based on all of the reasons and objections stated above, these requests are DENIED.

5   **AMENDED REQUEST FOR ADMISSION NO. 532:**

6       Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

7   the process of generating that Fix or Update was to make a Copy of an existing Generic

8   Environment, and label the Copy as a "TST" Environment.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 532:**

10      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11  General Objections noted above. Defendants' response is based solely on Defendant

12  TomorrowNow's knowledge with respect to the information sought in this request because

13  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14  information provided by Defendant TomorrowNow in this response. Defendants object to the

15  request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

16  and "'TST' environment" make this request overly broad, vague and ambiguous. "Generic

17  Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

18  by attempting to suggest that any such environment or environment component was not used for

19  limited customers, scope or purpose. Defendants further object to the definition of "Generic

20  Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

21  "environment," to which Defendants object above. Further, Exhibit A lists the names of "master

22  bundles" as that phrase was used by TomorrowNow in the SAS database. TomorrowNow's

23  "master bundles" are not the actual objects included in fixes or updates that are developed for

24  TomorrowNow's customers. "Master bundles" and "master fixes" are records that describe the

25  issue to be addressed and then serve as a record keeping device and reference for that issue and

26  related activity TomorrowNow undertook to address that issue. The actual development of

27  customer-specific objects included in customer-specific fixes and updates was referenced to a

28  "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   this request seeks an admission related to each and every object related to each and every

2   customer-specific fix or update that TomorrowNow developed, then this single request

3   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

4   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

5   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

6   intent of this request, then to respond to this request, Defendants would have to analyze each

7   individual object in each fix or update contained within each master bundle.  Defendants,

8   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

9   because it seeks an admission regarding thousands of separate activities that (1) involved many

10  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

11  would require Defendants to review enormous volumes of business records to attempt to

12  determine an answer, if possible, for each of the numerous objects contained within the

13  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

14  Defendants' burden associated with responding to this request is substantially similar to the

15  burden for Plaintiffs to obtain the information sought through this request, especially because the

16  available documents, data and other information from which the answer, if any, could be derived

17  in response to this request have been produced by Defendants in response to Plaintiffs' other

18  discovery requests and thus any relevant, available information is now as equally accessible to

19  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

20  qualifications, Defendants respond as follows:

21        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

22  information Defendants currently know or can readily obtain, Defendants have insufficient

23  information to admit or deny this request.

24  **REQUEST FOR ADMISSION NO. 533:**

25        Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

26  A, one step in the process of generating that Fix or Update was to make a Copy of an existing

27  "extended support environment" (as the term is used in Requests Nos. 508-511), and label the

28  Copy as a "TST" Environment.

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 533**:

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

7    "Update," "majority," "generating," "make," "copy," "extended support environment," "'TST'

8    environment," and "environment" are capable of multiple meanings and thus, make this request

9    vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used

10   by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

11   developed for TomorrowNow customers.  Master bundles and master fixes are records that

12   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

13   object development often took place at the release level, source level, and customer level.  If this

14   request is actually asking for information related to each and every object TomorrowNow

15   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

16   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

17   respond to this question, Defendants would have to analyze each individual object in each fix or

18   update contained within each master bundle.  Defendants, therefore, object to this request as

19   compound and unduly burdensome in that this request seeks information and activities that (1)

20   involved many thousands of objects, (2) involved numerous employees, (3) took place over

21   several years, and (4) would require Defendants to review substantial business records to

22   determine an answer, if possible, for each of the numerous numbers of objects contained within

23   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24   burden for Plaintiffs to do so given that the available information is at least as equally accessible

25   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

26   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

27   Defendants' objections to Request Nos. 508-511.

28

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Subject to the General Objections and Responses and these specific objections, after a

2    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

3    sufficient knowledge and information to either admit or deny these requests, as the information

4    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

5    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

6    **AMENDED REQUEST FOR ADMISSION NO. 533:**

7    Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

8    A, one step in the process of generating that Fix or Update was to make a Copy of an existing

9    Generic Environment, and label the Copy as a "TST" Environment.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 533:**

11   Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response.  Defendants object to the

16   request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

17   and "'TST' environment" make this request overly broad, vague and ambiguous. "Generic

18   Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

19   by attempting to suggest that any such environment or environment component was not used for

20   limited customers, scope or purpose.  Defendants further object to the definition of "Generic

21   Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

22   "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

23   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

24   "master bundles" are not the actual objects included in fixes or updates that are developed for

25   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

26   issue to be addressed and then serve as a record keeping device and reference for that issue and

27   related activity TomorrowNow undertook to address that issue.  The actual development of

28   customer-specific objects included in customer-specific fixes and updates was referenced to a

1   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

2   this request seeks an admission related to each and every object related to each and every

3   customer-specific fix or update that TomorrowNow developed, then this single request

4   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

5   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

6   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

7   intent of this request, then to respond to this request, Defendants would have to analyze each

8   individual object in each fix or update contained within each master bundle.  Defendants,

9   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

10  because it seeks an admission regarding thousands of separate activities that (1) involved many

11  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

12  would require Defendants to review enormous volumes of business records to attempt to

13  determine an answer, if possible, for each of the numerous objects contained within the

14  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

15  Defendants' burden associated with responding to this request is substantially similar to the

16  burden for Plaintiffs to obtain the information sought through this request, especially because the

17  available documents, data and other information from which the answer, if any, could be derived

18  in response to this request have been produced by Defendants in response to Plaintiffs' other

19  discovery requests and thus any relevant, available information is now as equally accessible to

20  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

21  qualifications, Defendants respond as follows:

22          ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

23  for the majority of the objects (meaning at least one object more than half of the total objects)

24  associated with the master bundle records referenced in the first two columns of Exhibit A, one

25  step in the process for generating the object was to refresh an existing environment specific to

26  TomorrowNow's retrofit support of specific TomorrowNow customers and to signify that

27  environment by including "tst" in its name.  To the extent not admitted, this request is DENIED.

28

1   **REQUEST FOR ADMISSION NO. 534:**

2       Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

3   step in the process of generating that Fix or Update was to make a Copy of an existing "extended

4   support environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a

5   "TST" Environment.

6   **RESPONSE TO REQUEST FOR ADMISSION NO. 534:**

7       Defendants object to this request on the grounds stated in the General Objections and

8   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9   respect to the information sought in this request because Defendants SAP AG and SAP America

10  have no additional knowledge separate and apart from the information provided by Defendant

11  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

12  "Updates," "generating," "make," "copy," "extended support environment," "some," "'TST'

13  environment," and "environment" are capable of multiple meanings and thus, make this request

14  vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used

15  by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

16  developed for TomorrowNow customers.  Master bundles and master fixes are records that

17  simply identify problems for which TomorrowNow generally developed objects to resolve.  The

18  object development often took place at the release level, source level, and customer level.  If this

19  request is actually asking for information related to each and every object TomorrowNow

20  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

21  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

22  respond to this question, Defendants would have to analyze each individual object in each fix or

23  update contained within each master bundle.  Defendants, therefore, object to this request as

24  compound and unduly burdensome in that this request seeks information and activities that (1)

25  involved many thousands of objects, (2) involved numerous employees, (3) took place over

26  several years, and (4) would require Defendants to review substantial business records to

27  determine an answer, if possible, for each of the numerous numbers of objects contained within

28  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

1    burden for Plaintiffs to do so given that the available information is at least as equally accessible

2    to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

3    environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

4    Defendants' objections to Request Nos. 508-511.

5         Subject to the General Objections and Responses and these specific objections, after a

6    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7    sufficient knowledge and information to either admit or deny these requests, as the information

8    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10   **AMENDED REQUEST FOR ADMISSION NO. 534:**

11        Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

12   step in the process of generating that Fix or Update was to make a Copy of an existing Generic

13   Environment, and label the Copy as a "TST" Environment.

14   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 534:**

15        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

16   General Objections noted above. Defendants' response is based solely on Defendant

17   TomorrowNow's knowledge with respect to the information sought in this request because

18   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

19   information provided by Defendant TomorrowNow in this response.  Defendants object to the

20   request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

21   and "'TST' environment" make this request overly broad, vague and ambiguous.  "Generic

22   Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

23   by attempting to suggest that any such environment or environment component was not used for

24   limited customers, scope or purpose.  Defendants further object to the definition of "Generic

25   Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

26   "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

27   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

28   "master bundles" are not the actual objects included in fixes or updates that are developed for

1    TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

2    issue to be addressed and then serve as a record keeping device and reference for that issue and

3    related activity TomorrowNow undertook to address that issue.  The actual development of

4    customer-specific objects included in customer-specific fixes and updates was referenced to a

5    "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

6    this request seeks an admission related to each and every object related to each and every

7    customer-specific fix or update that TomorrowNow developed, then this single request

8    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

9    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

10   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

11   intent of this request, then to respond to this request, Defendants would have to analyze each

12   individual object in each fix or update contained within each master bundle.  Defendants,

13   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

14   because it seeks an admission regarding thousands of separate activities that (1) involved many

15   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

16   would require Defendants to review enormous volumes of business records to attempt to

17   determine an answer, if possible, for each of the numerous objects contained within the

18   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

19   Defendants' burden associated with responding to this request is substantially similar to the

20   burden for Plaintiffs to obtain the information sought through this request, especially because the

21   available documents, data and other information from which the answer, if any, could be derived

22   in response to this request have been produced by Defendants in response to Plaintiffs' other

23   discovery requests and thus any relevant, available information is now as equally accessible to

24   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

25   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

26   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

27   respond as follows:

28          ADMITTED on the following qualified basis:  For some of the objects (meaning more

than one) associated with the master bundle records referenced in the first two columns of Exhibit A, one step in the process for generating the object was to refresh an existing environment specific to TomorrowNow's retrofit support of specific TomorrowNow customers and to signify that environment by including "tst" in its name.  To the extent not admitted, this request is DENIED.

**REQUEST FOR ADMISSION NO. 535:**

Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one step in the process of generating that Fix or Update was to make a Copy of an existing "extended support environment" (as the term is used in Requests Nos. 508-511), and label the Copy as a "TST" Environment.

**RESPONSE TO REQUEST FOR ADMISSION NO. 535:**

Defendants object to this request on the grounds stated in the General Objections and Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response.  Defendants object to the request because the terms "Fix," "Update," "generating," "make," "copy," "extended support environment," "'TST' environment," and "environment" are capable of multiple meanings and thus, make this request vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS database.  The master bundles are not the actual objects that are developed for TomorrowNow customers.  Master bundles and master fixes are records that simply identify problems for which TomorrowNow generally developed objects to resolve.  The object development often took place at the release level, source level, and customer level.  If this request is actually asking for information related to each and every object TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question, Defendants would have to analyze each individual object in each fix or update contained within each master bundle.  Defendants, therefore, object to this request as

1    compound and unduly burdensome in that this request seeks information and activities that (1)

2    involved many thousands of objects, (2) involved numerous employees, (3) took place over

3    several years, and (4) would require Defendants to review substantial business records to

4    determine an answer, if possible, for each of the numerous numbers of objects contained within

5    the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

6    burden for Plaintiffs to do so given that the available information is at least as equally accessible

7    to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

8    environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

9    Defendants' objections to Request Nos. 508-511.

10          Subject to the General Objections and Responses and these specific objections, after a

11   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

12   sufficient knowledge and information to either admit or deny these requests, as the information

13   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

14   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

15   **AMENDED REQUEST FOR ADMISSION NO. 535:**

16          Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

17   step in the process of generating that Fix or Update was to make a Copy of an existing Generic

18   Environment, and label the Copy as a "TST" Environment.

19   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 535:**

20          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

21   General Objections noted above. Defendants' response is based solely on Defendant

22   TomorrowNow's knowledge with respect to the information sought in this request because

23   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

24   information provided by Defendant TomorrowNow in this response.  Defendants object to the

25   request because the terms "fix," "update," "generating," "make," "copy," "generic environment,"

26   and "'TST' environment" make this request overly broad, vague and ambiguous.  "Generic

27   Environment" is a term created by Plaintiffs and as used and defined by Plaintiffs is misleading

28   by attempting to suggest that any such environment or environment component was not used for

1   limited customers, scope or purpose.  Defendants further object to the definition of "Generic

2   Environment" to the extent it incorporates the overly broad, unduly burdensome, and vague term

3   "environment," to which Defendants object above.  Further, Exhibit A lists the names of "master

4   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

5   "master bundles" are not the actual objects included in fixes or updates that are developed for

6   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

7   issue to be addressed and then serve as a record keeping device and reference for that issue and

8   related activity TomorrowNow undertook to address that issue.  The actual development of

9   customer-specific objects included in customer-specific fixes and updates was referenced to a

10   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

11   this request seeks an admission related to each and every object related to each and every

12   customer-specific fix or update that TomorrowNow developed, then this single request

13   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

14   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

15   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

16   intent of this request, then to respond to this request, Defendants would have to analyze each

17   individual object in each fix or update contained within each master bundle.  Defendants,

18   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

19   because it seeks an admission regarding thousands of separate activities that (1) involved many

20   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

21   would require Defendants to review enormous volumes of business records to attempt to

22   determine an answer, if possible, for each of the numerous objects contained within the

23   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

24   Defendants' burden associated with responding to this request is substantially similar to the

25   burden for Plaintiffs to obtain the information sought through this request, especially because the

26   available documents, data and other information from which the answer, if any, could be derived

27   in response to this request have been produced by Defendants in response to Plaintiffs' other

28   discovery requests and thus any relevant, available information is now as equally accessible to

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

2   qualifications, Defendants respond as follows:

3       ADMITTED on the following qualified basis:  For at least one the objects associated with

4   the master bundle records referenced in the first two columns of Exhibit A, one step in the

5   process for generating the object was to refresh an existing environment specific to

6   TomorrowNow's retrofit support of specific TomorrowNow customers and to signify that

7   environment by including "tst" in its name.  To the extent not admitted, this request is DENIED.

8   **REQUEST FOR ADMISSION NO. 536:**

9       Admit that for each Fix or Update listed in the first two columns of Exhibit A, one step in

10  the process of generating that Fix or Update was to use the "TST" Environment (as the term is

11  used in Requests Nos. 532-535) to test the Fix or Update which TN had Developed in the "DEV"

12  Environment (as the term is used in Requests Nos. 524-527).

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 536:**

14      Defendants object to this request on the grounds stated in the General Objections and

15  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16  respect to the information sought in this request because Defendants SAP AG and SAP America

17  have no additional knowledge separate and apart from the information provided by Defendant

18  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

19  "Update," "generating," "use," "developed," "test," "'DEV' environment" and "'TST'

20  environment" are subject to multiple meanings and, as such, are overly broad, vague, and

21  ambiguous.  Defendants object that the phrase "which TN had developed in the 'DEV'

22  environment" as being subject to multiple meanings and, as such, being vague and ambiguous.

23  Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

24  the SAS database.  The master bundles are not the actual objects that are developed for

25  TomorrowNow customers.  Master bundles and master fixes are records that simply identify

26  problems for which TomorrowNow generally developed objects to resolve.  The object

27  development often took place at the release level, source level, and customer level.  If this request

28  is actually asking for information related to each and every object TomorrowNow developed, this

1   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

2   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

3   question, Defendants would have to analyze each individual object in each fix or update

4   contained within each master bundle.  Defendants, therefore, object to this request as compound

5   and unduly burdensome in that this request seeks information and activities that (1) involved

6   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

7   and (4) would require Defendants to review substantial business records to determine an answer,

8   if possible, for each of the numerous numbers of objects contained within the fixes and updates,

9   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

10  do so given that the available information is at least as equally accessible to Plaintiffs as it is to

11  Defendants.  Defendants also object to the terms "extended support environment," "'DEV'

12  Environment" and "'TST' Environment" (as the terms were used in Request Nos. 508-511,

13  524-527 and 532-535) for the reasons stated in Defendants' objections to Request Nos. 508-511,

14  524-527 and 532-535.

15      Subject to the General Objections and Responses and these specific objections, after a

16  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

17  sufficient knowledge and information to either admit or deny these requests, as the information

18  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

19  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

20  **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 536</u>:**

21      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

22  General Objections noted above. Defendants' response is based solely on Defendant

23  TomorrowNow's knowledge with respect to the information sought in this request because

24  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

25  information provided by Defendant TomorrowNow in this response.  Defendants object to the

26  request because the terms  "fix," "update," "generating," "use," "test," "'DEV' environment,"

27  and "TST' environment" make this request overly broad, vague and ambiguous.  Defendants also

28  object to the terms "generic environment," "'DEV' Environment" and "'TST' Environment" (as

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    the terms were used in Request Nos. 508-511, 524-527 and 532-535) for the reasons stated in

2    Defendants' objections to Request Nos. 508-511, 524-527 and 532-535.  Defendants object that

3    the phrase "which TN had developed in the 'DEV' environment" as being subject to multiple

4    meanings and, as such, being overly broad, vague and ambiguous.  Further, Exhibit A lists the

5    names of "master bundles" as that phrase was used by TomorrowNow in the SAS database.

6    TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

7    developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

8    describe the issue to be addressed and then serve as a record keeping device and reference for that

9    issue and related activity TomorrowNow undertook to address that issue.  The actual

10   development of customer-specific objects included in customer-specific fixes and updates was

11   referenced to a "master bundle" or "master fix" record for identification and record keeping

12   purposes. Thus, if this request seeks an admission related to each and every object related to each

13   and every customer-specific fix or update that TomorrowNow developed, then this single request

14   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

15   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

16   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

17   intent of this request, then to respond to this request, Defendants would have to analyze each

18   individual object in each fix or update contained within each master bundle.  Defendants,

19   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

20   because it seeks an admission regarding thousands of separate activities that (1) involved many

21   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

22   would require Defendants to review enormous volumes of business records to attempt to

23   determine an answer, if possible, for each of the numerous objects contained within the

24   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

25   Defendants' burden associated with responding to this request is substantially similar to the

26   burden for Plaintiffs to obtain the information sought through this request, especially because the

27   available documents, data and other information from which the answer, if any, could be derived

28   in response to this request have been produced by Defendants in response to Plaintiffs' other

1   discovery requests and thus any relevant, available information is now as equally accessible to

2   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

3   qualifications, Defendants respond as follows:

4          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

5   information Defendants currently know or can readily obtain, Defendants have insufficient

6   information to admit or deny this request.

7   **REQUEST FOR ADMISSION NO. 537:**

8          Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

9   A, one step in the process of generating that Fix or Update was to use the "TST" Environment (as

10  the term is used in Requests Nos. 532-535) to test the Fix or Update which TN had Developed in

11  the "DEV" Environment (as the term is used in Requests Nos. 524-527).

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 537:**

13         Defendants object to this request on the grounds stated in the General Objections and

14  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15  respect to the information sought in this request because Defendants SAP AG and SAP America

16  have no additional knowledge separate and apart from the information provided by Defendant

17  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

18  Update," "majority," "generating," "use," "developed," "test," "'DEV' environment," and "'TST'

19  environment" are subject to multiple meanings and, as such, are overly broad, vague, and

20  ambiguous.  Defendants object that the phrase "which TN had developed in the 'DEV'

21  environment" as being subject to multiple meanings and, as such, being vague and ambiguous.

22  Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

23  the SAS database.  The master bundles are not the actual objects that are developed for

24  TomorrowNow customers.  Master bundles and master fixes are records that simply identify

25  problems for which TomorrowNow generally developed objects to resolve.  The object

26  development often took place at the release level, source level, and customer level.  If this request

27  is actually asking for information related to each and every object TomorrowNow developed, this

28  number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

1   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

2   question, Defendants would have to analyze each individual object in each fix or update

3   contained within each master bundle.  Defendants, therefore, object to this request as compound

4   and unduly burdensome in that this request seeks information and activities that (1) involved

5   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

6   and (4) would require Defendants to review substantial business records to determine an answer,

7   if possible, for each of the numerous numbers of objects contained within the fixes and updates,

8   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

9   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

10  Defendants.  Defendants also object to the terms "extended support environment," "'DEV'

11  Environment" and "'TST' Environment" (as the terms were used in Request Nos. 508-511,

12  524-527 and 532-535) for the reasons stated in Defendants' objections to Request Nos. 508-511,

13  524-527 and 532-535.

14       Subject to the General Objections and Responses and these specific objections, after a

15  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16  sufficient knowledge and information to either admit or deny these requests, as the information

17  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

18  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

19  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 537:**

20       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

21  General Objections noted above. Defendants' response is based solely on Defendant

22  TomorrowNow's knowledge with respect to the information sought in this request because

23  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

24  information provided by Defendant TomorrowNow in this response.  Defendants object to the

25  request because the terms  "fix," "update," "generating," "use," "test," "'DEV' environment,"

26  and "TST' environment" make this request overly broad, vague and ambiguous.  Defendants also

27  object to the terms "generic environment," "'DEV' Environment" and "'TST' Environment" (as

28  the terms were used in Request Nos. 508-511, 524-527 and 532-535) for the reasons stated in

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Defendants' objections to Request Nos. 508-511, 524-527 and 532-535.  Defendants object that

2    the phrase "which TN had developed in the 'DEV' environment" as being subject to multiple

3    meanings and, as such, being overly broad, vague and ambiguous.  Further, Exhibit A lists the

4    names of "master bundles" as that phrase was used by TomorrowNow in the SAS database.

5    TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

6    developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

7    describe the issue to be addressed and then serve as a record keeping device and reference for that

8    issue and related activity TomorrowNow undertook to address that issue.  The actual

9    development of customer-specific objects included in customer-specific fixes and updates was

10   referenced to a "master bundle" or "master fix" record for identification and record keeping

11   purposes. Thus, if this request seeks an admission related to each and every object related to each

12   and every customer-specific fix or update that TomorrowNow developed, then this single request

13   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

14   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

15   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

16   intent of this request, then to respond to this request, Defendants would have to analyze each

17   individual object in each fix or update contained within each master bundle.  Defendants,

18   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

19   because it seeks an admission regarding thousands of separate activities that (1) involved many

20   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

21   would require Defendants to review enormous volumes of business records to attempt to

22   determine an answer, if possible, for each of the numerous objects contained within the

23   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

24   Defendants' burden associated with responding to this request is substantially similar to the

25   burden for Plaintiffs to obtain the information sought through this request, especially because the

26   available documents, data and other information from which the answer, if any, could be derived

27   in response to this request have been produced by Defendants in response to Plaintiffs' other

28   discovery requests and thus any relevant, available information is now as equally accessible to

1   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

2   qualifications, Defendants respond as follows:

3       ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

4   for the majority of the objects (meaning at least one object more than half of the total objects)

5   associated with the master bundle records referenced in the first two columns of Exhibit A, one

6   step in the process for generating the object was to use an environment specific to

7   TomorrowNow's retrofit support of specific TomorrowNow customers with "tst" in its name to

8   test the object.  To the extent not admitted, this request is DENIED.

9   **REQUEST FOR ADMISSION NO. 538:**

10      Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, one

11  step in the process of generating that Fix or Update was to use the "TST" Environment (as the

12  term is used in Requests Nos. 532-535) to test the Fix or Update which TN had Developed in the

13  "DEV" Environment (as the term is used in Requests Nos. 524-527).

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 538:**

15      Defendants object to this request on the grounds stated in the General Objections and

16  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17  respect to the information sought in this request because Defendants SAP AG and SAP America

18  have no additional knowledge separate and apart from the information provided by Defendant

19  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

20  "Update," "generating," "use," "developed," "test," "'DEV' environment," "some," and "'TST'

21  environment" are subject to multiple meanings and, as such, are overly broad, vague, and

22  ambiguous.  Defendants object that the phrase "which TN had developed in the 'DEV'

23  environment" as being subject to multiple meanings and, as such, being vague and ambiguous.

24  Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

25  the SAS database.  The master bundles are not the actual objects that are developed for

26  TomorrowNow customers.  Master bundles and master fixes are records that simply identify

27  problems for which TomorrowNow generally developed objects to resolve.  The object

28  development often took place at the release level, source level, and customer level.  If this request

1    is actually asking for information related to each and every object TomorrowNow developed, this

2    number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

3    Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

4    question, Defendants would have to analyze each individual object in each fix or update

5    contained within each master bundle.  Defendants, therefore, object to this request as compound

6    and unduly burdensome in that this request seeks information and activities that (1) involved

7    many thousands of objects, (2) involved numerous employees, (3) took place over several years,

8    and (4) would require Defendants to review substantial business records to determine an answer,

9    if possible, for each of the numerous numbers of objects contained within the fixes and updates,

10   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

11   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

12   Defendants.  Defendants also object to the terms "extended support environment," "'DEV'

13   Environment" and "'TST' Environment" (as the terms were used in Request Nos. 508-511,

14   524-527 and 532-535) for the reasons stated in Defendants' objections to Request Nos. 508-511,

15   524-527 and 532-535.

16        Subject to the General Objections and Responses and these specific objections, after a

17   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

18   sufficient knowledge and information to either admit or deny these requests, as the information

19   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

20   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

21   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 538:**

22        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

23   General Objections noted above. Defendants' response is based solely on Defendant

24   TomorrowNow's knowledge with respect to the information sought in this request because

25   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

26   information provided by Defendant TomorrowNow in this response.  Defendants object to the

27   request because the terms   "fix," "update," "generating," "use," "test," "'DEV' environment,"

28   and "TST' environment" make this request overly broad, vague and ambiguous.  Defendants also

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    object to the terms "generic environment," "'DEV' Environment" and "'TST' Environment" (as

2    the terms were used in Request Nos. 508-511, 524-527 and 532-535) for the reasons stated in

3    Defendants' objections to Request Nos. 508-511, 524-527 and 532-535.  Defendants object that

4    the phrase "which TN had developed in the 'DEV' environment" as being subject to multiple

5    meanings and, as such, being overly broad, vague and ambiguous.  Further, Exhibit A lists the

6    names of "master bundles" as that phrase was used by TomorrowNow in the SAS database.

7    TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

8    developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

9    describe the issue to be addressed and then serve as a record keeping device and reference for that

10   issue and related activity TomorrowNow undertook to address that issue.  The actual

11   development of customer-specific objects included in customer-specific fixes and updates was

12   referenced to a "master bundle" or "master fix" record for identification and record keeping

13   purposes. Thus, if this request seeks an admission related to each and every object related to each

14   and every customer-specific fix or update that TomorrowNow developed, then this single request

15   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

16   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

17   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

18   intent of this request, then to respond to this request, Defendants would have to analyze each

19   individual object in each fix or update contained within each master bundle.  Defendants,

20   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

21   because it seeks an admission regarding thousands of separate activities that (1) involved many

22   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

23   would require Defendants to review enormous volumes of business records to attempt to

24   determine an answer, if possible, for each of the numerous objects contained within the

25   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

26   Defendants' burden associated with responding to this request is substantially similar to the

27   burden for Plaintiffs to obtain the information sought through this request, especially because the

28   available documents, data and other information from which the answer, if any, could be derived

1   in response to this request have been produced by Defendants in response to Plaintiffs' other

2   discovery requests and thus any relevant, available information is now as equally accessible to

3   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

4   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

5   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

6   respond as follows:

7         ADMITTED on the following qualified basis:  For some of the objects (meaning more

8   than one) associated with the master bundle records referenced in the first two columns of Exhibit

9   A, one step in the process for generating the object was to use an environment specific to

10  TomorrowNow's retrofit support of specific TomorrowNow customers with "tst" in its name to

11  test the object.  To the extent not admitted, this request is DENIED.

12  **REQUEST FOR ADMISSION NO. 539:**

13        Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, one

14  step in the process of generating that Fix or Update was to use the "TST" Environment (as the

15  term is used in Requests Nos. 532-535) to test the Fix or Update which TN had Developed in the

16  "DEV" Environment (as the term is used in Requests Nos. 524-527).

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 539:**

18        Defendants object to this request on the grounds stated in the General Objections and

19  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20  respect to the information sought in this request because Defendants SAP AG and SAP America

21  have no additional knowledge separate and apart from the information provided by Defendant

22  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

23  "Update," "generating," "use," "developed," "test," "'DEV' environment" and "'TST'

24  environment" are subject to multiple meanings and, as such, are overly broad, vague, and

25  ambiguous.  Defendants object that the phrase "which TN had developed in the 'DEV'

26  environment" as being subject to multiple meanings and, as such, being vague and ambiguous.

27  Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

28  the SAS database.  The master bundles are not the actual objects that are developed for

1   TomorrowNow customers.  Master bundles and master fixes are records that simply identify

2   problems for which TomorrowNow generally developed objects to resolve.  The object

3   development often took place at the release level, source level, and customer level.  If this request

4   is actually asking for information related to each and every object TomorrowNow developed, this

5   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

6   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

7   question, Defendants would have to analyze each individual object in each fix or update

8   contained within each master bundle.  Defendants, therefore, object to this request as compound

9   and unduly burdensome in that this request seeks information and activities that (1) involved

10  many thousands of objects, (2) involved numerous employees, (3) took place over several years,

11  and (4) would require Defendants to review substantial business records to determine an answer,

12  if possible, for each of the numerous numbers of objects contained within the fixes and updates,

13  and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

14  do so given that the available information is at least as equally accessible to Plaintiffs as it is to

15  Defendants.  Defendants also object to the terms "extended support environment," "'DEV'

16  Environment" and "'TST' Environment" (as the terms were used in Request Nos. 508-511,

17  524-527 and 532-535) for the reasons stated in Defendants' objections to Request Nos. 508-511,

18  524-527 and 532-535.

19      Subject to the General Objections and Responses and these specific objections, after a

20  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21  sufficient knowledge and information to either admit or deny these requests, as the information

22  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 539:**

25      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26  General Objections noted above. Defendants' response is based solely on Defendant

27  TomorrowNow's knowledge with respect to the information sought in this request because

28  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

1    information provided by Defendant TomorrowNow in this response.  Defendants object to the

2    request because the terms   "fix," "update," "generating," "use," "test," "'DEV' environment,"

3    and "TST' environment" make this request overly broad, vague and ambiguous.  Defendants also

4    object to the terms "generic environment," "'DEV' Environment" and "'TST' Environment" (as

5    the terms were used in Request Nos. 508-511, 524-527 and 532-535) for the reasons stated in

6    Defendants' objections to Request Nos. 508-511, 524-527 and 532-535.  Defendants object that

7    the phrase "which TN had developed in the 'DEV' environment" as being subject to multiple

8    meanings and, as such, being overly broad, vague and ambiguous.  Further, Exhibit A lists the

9    names of "master bundles" as that phrase was used by TomorrowNow in the SAS database.

10   TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

11   developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

12   describe the issue to be addressed and then serve as a record keeping device and reference for that

13   issue and related activity TomorrowNow undertook to address that issue.  The actual

14   development of customer-specific objects included in customer-specific fixes and updates was

15   referenced to a "master bundle" or "master fix" record for identification and record keeping

16   purposes. Thus, if this request seeks an admission related to each and every object related to each

17   and every customer-specific fix or update that TomorrowNow developed, then this single request

18   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

19   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

20   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

21   intent of this request, then to respond to this request, Defendants would have to analyze each

22   individual object in each fix or update contained within each master bundle.  Defendants,

23   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

24   because it seeks an admission regarding thousands of separate activities that (1) involved many

25   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

26   would require Defendants to review enormous volumes of business records to attempt to

27   determine an answer, if possible, for each of the numerous objects contained within the

28   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

1   Defendants' burden associated with responding to this request is substantially similar to the

2   burden for Plaintiffs to obtain the information sought through this request, especially because the

3   available documents, data and other information from which the answer, if any, could be derived

4   in response to this request have been produced by Defendants in response to Plaintiffs' other

5   discovery requests and thus any relevant, available information is now as equally accessible to

6   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

7   qualifications, Defendants respond as follows:

8          ADMITTED on the following qualified basis:  For at least one of the objects associated

9   with the master bundle records referenced in the first two columns of Exhibit A, one step in the

10  process for generating the object was to use an environment specific to TomorrowNow's retrofit

11  support of specific TomorrowNow customers with "tst" in its name to test the object.  To the

12  extent not admitted, this request is DENIED.

13  **REQUEST FOR ADMISSION NO. 540:**

14         Admit that in order to generate each Fix or Update listed in the first two columns of

15  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

16  support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

17  different Copy of one of its "extended support environments" for an earlier release.

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 540:**

19         Defendants object to this request on the grounds stated in the General Objections and

20  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21  respect to the information sought in this request because Defendants SAP AG and SAP America

22  have no additional knowledge separate and apart from the information provided by Defendant

23  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

24  "Update," "generate," "compare," "copy," and "extended support environments" are subject to

25  multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants further

26  object to the term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes

27  the phrase "discrete unit of code."  Defendants respond as if the undefined term "object" was used

28  in "Fix Objects'" place.  Further, Exhibit A lists the names of master bundles as that term was

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   used by TomorrowNow in the SAS database.  The master bundles are not the actual objects that

2   are developed for TomorrowNow customers.  Master bundles and master fixes are records that

3   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

4   object development often took place at the release level, source level, and customer level.  If this

5   request is actually asking for information related to each and every object TomorrowNow

6   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

7   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

8   respond to this question, Defendants would have to analyze each individual object in each fix or

9   update contained within each master bundle.  Defendants, therefore, object to this request as

10  compound and unduly burdensome in that this request seeks information and activities that (1)

11  involved many thousands of objects, (2) involved numerous employees, (3) took place over

12  several years, and (4) would require Defendants to review substantial business records to

13  determine an answer, if possible, for each of the numerous numbers of objects contained within

14  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

15  burden for Plaintiffs to do so given that the available information is at least as equally accessible

16  to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

17  environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

18  Defendants' objections to Request Nos. 508-511.

19      Subject to the General Objections and Responses and these specific objections, after a

20  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21  sufficient knowledge and information to either admit or deny these requests, as the information

22  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24  **AMENDED REQUEST FOR ADMISSION NO. 540:**

25      Admit that in order to generate each Fix or Update listed in the first two columns of

26  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

27  Environments with Fix Objects in a different Copy of one of its Generic Environments for an

28  earlier release.

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 540:**

2         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix," "update," "generate," "compare," "copy," and "generic

8    environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

9    a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

10   suggest that any such environments or environment components were not used for limited

11   customers, scope or purpose.  Defendants further object to the definition of "Generic

12   Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

13   "environments," to which Defendants object above.  Further, Exhibit A lists the names of "master

14   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

15   "master bundles" are not the actual objects included in fixes or updates that are developed for

16   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

17   issue to be addressed and then serve as a record keeping device and reference for that issue and

18   related activity TomorrowNow undertook to address that issue.  The actual development of

19   customer-specific objects included in customer-specific fixes and updates was referenced to a

20   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

21   this request seeks an admission related to each and every object related to each and every

22   customer-specific fix or update that TomorrowNow developed, then this single request

23   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

24   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

25   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

26   intent of this request, then to respond to this request, Defendants would have to analyze each

27   individual object in each fix or update contained within each master bundle.  Defendants,

28   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

1   because it seeks an admission regarding thousands of separate activities that (1) involved many

2   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

3   would require Defendants to review enormous volumes of business records to attempt to

4   determine an answer, if possible, for each of the numerous objects contained within the

5   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

6   Defendants' burden associated with responding to this request is substantially similar to the

7   burden for Plaintiffs to obtain the information sought through this request, especially because the

8   available documents, data and other information from which the answer, if any, could be derived

9   in response to this request have been produced by Defendants in response to Plaintiffs' other

10  discovery requests and thus any relevant, available information is now as equally accessible to

11  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

12  qualifications, Defendants respond as follows:

13      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

14  information Defendants currently know or can readily obtain, Defendants have insufficient

15  information to admit or deny this request.

16  **REQUEST FOR ADMISSION NO. 541:**

17      Admit that in order to generate the majority of Fixes or Updates listed in the first two

18  columns of Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its

19  "extended support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects

20  in a different Copy of one of its "extended support environments" for an earlier release.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 541:**

22      Defendants object to this request on the grounds stated in the General Objections and

23  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

24  respect to the information sought in this request because Defendants SAP AG and SAP America

25  have no additional knowledge separate and apart from the information provided by Defendant

26  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

27  "Update," "majority," "generate," "compare," "copy," and "extended support environments" are

28  subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.   Defendants

1   further object to the term "Fix Objects" as overly broad, vague, and inaccurate to the extent it

2   includes the phrase "discrete unit of code."  Defendants respond as if the undefined term "object"

3   was used in "Fix Objects'" place.  Further, Exhibit A lists the names of master bundles as that

4   term was used by TomorrowNow in the SAS database.  The master bundles are not the actual

5   objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

6   records that simply identify problems for which TomorrowNow generally developed objects to

7   resolve.  The object development often took place at the release level, source level, and customer

8   level.  If this request is actually asking for information related to each and every object

9   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

10  D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

11  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

12  object in each fix or update contained within each master bundle.  Defendants, therefore, object to

13  this request as compound and unduly burdensome in that this request seeks information and

14  activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

15  place over several years, and (4) would require Defendants to review substantial business records

16  to determine an answer, if possible, for each of the numerous numbers of objects contained within

17  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

18  burden for Plaintiffs to do so given that the available information is at least as equally accessible

19  to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

20  environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

21  Defendants' objections to Request Nos. 508-511.

22          Subject to the General Objections and Responses and these specific objections, after a

23  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

24  sufficient knowledge and information to either admit or deny these requests, as the information

25  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

26  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

27  **AMENDED REQUEST FOR ADMISSION NO. 541:**

28          Admit that in order to generate the majority of Fixes or Updates listed in the first two

1   columns of Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its

2   Generic Environments with Fix Objects in a different Copy of one of its Generic Environments

3   for an earlier release.

4   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 541:**

5         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

6   General Objections noted above. Defendants' response is based solely on Defendant

7   TomorrowNow's knowledge with respect to the information sought in this request because

8   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

9   information provided by Defendant TomorrowNow in this response.  Defendants object to the

10  request because the terms "fix," "update," "generate," "compare," "copy," and "generic

11  environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

12  a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

13  suggest that any such environments or environment components were not used for limited

14  customers, scope or purpose.  Defendants further object to the definition of "Generic

15  Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

16  "environments," to which Defendants object above.  Further, Exhibit A lists the names of "master

17  bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

18  "master bundles" are not the actual objects included in fixes or updates that are developed for

19  TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

20  issue to be addressed and then serve as a record keeping device and reference for that issue and

21  related activity TomorrowNow undertook to address that issue.  The actual development of

22  customer-specific objects included in customer-specific fixes and updates was referenced to a

23  "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

24  this request seeks an admission related to each and every object related to each and every

25  customer-specific fix or update that TomorrowNow developed, then this single request

26  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

27  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

28  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    intent of this request, then to respond to this request, Defendants would have to analyze each

2    individual object in each fix or update contained within each master bundle.  Defendants,

3    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

4    because it seeks an admission regarding thousands of separate activities that (1) involved many

5    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

6    would require Defendants to review enormous volumes of business records to attempt to

7    determine an answer, if possible, for each of the numerous objects contained within the

8    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

9    Defendants' burden associated with responding to this request is substantially similar to the

10   burden for Plaintiffs to obtain the information sought through this request, especially because the

11   available documents, data and other information from which the answer, if any, could be derived

12   in response to this request have been produced by Defendants in response to Plaintiffs' other

13   discovery requests and thus any relevant, available information is now as equally accessible to

14   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

15   qualifications, Defendants respond as follows:

16        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

17   information Defendants currently know or can readily obtain, Defendants have insufficient

18   information to admit or deny this request.

19   **REQUEST FOR ADMISSION NO. 542:**

20        Admit that in order to generate some Fixes or Updates listed in the first two columns of

21   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

22   support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

23   different Copy of one of its "extended support environments" for an earlier release.

24   **RESPONSE TO REQUEST FOR ADMISSION NO. 542:**

25        Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   have no additional knowledge separate and apart from the information provided by Defendant

1    TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

2    "Update," "generate," "compare," "copy," "some," and "extended support environments" are

3    subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants

4    further object to the term "Fix Objects" as overly broad, vague, and inaccurate to the extent it

5    includes the phrase "discrete unit of code."  Defendants respond as if the undefined term "object"

6    was used in "Fix Objects'" place.  Further, Exhibit A lists the names of master bundles as that

7    term was used by TomorrowNow in the SAS database.  The master bundles are not the actual

8    objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

9    records that simply identify problems for which TomorrowNow generally developed objects to

10   resolve.  The object development often took place at the release level, source level, and customer

11   level.  If this request is actually asking for information related to each and every object

12   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

13   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

14   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

15   object in each fix or update contained within each master bundle.  Defendants, therefore, object to

16   this request as compound and unduly burdensome in that this request seeks information and

17   activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

18   place over several years, and (4) would require Defendants to review substantial business records

19   to determine an answer, if possible, for each of the numerous numbers of objects contained within

20   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

21   burden for Plaintiffs to do so given that the available information is at least as equally accessible

22   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

23   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

24   Defendants' objections to Request Nos. 508-511.

25        Subject to the General Objections and Responses and these specific objections, after a

26   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

27   sufficient knowledge and information to either admit or deny these requests, as the information

28   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

2    **AMENDED REQUEST FOR ADMISSION NO. 542:**

3         Admit that in order to generate some Fixes or Updates listed in the first two columns of

4    Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

5    Environments with Fix Objects in a different Copy of one of its Generic Environments for an

6    earlier release.

7    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 542:**

8         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

9    General Objections noted above. Defendants' response is based solely on Defendant

10   TomorrowNow's knowledge with respect to the information sought in this request because

11   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

12   information provided by Defendant TomorrowNow in this response.  Defendants object to the

13   request because the terms "fix," "update," "generate," "compare," "copy," and "generic

14   environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

15   a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

16   suggest that any such environments or environment components were not used for limited

17   customers, scope or purpose.  Defendants further object to the definition of "Generic

18   Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

19   "environments," to which Defendants object above.  Further, Exhibit A lists the names of "master

20   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

21   "master bundles" are not the actual objects included in fixes or updates that are developed for

22   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

23   issue to be addressed and then serve as a record keeping device and reference for that issue and

24   related activity TomorrowNow undertook to address that issue.  The actual development of

25   customer-specific objects included in customer-specific fixes and updates was referenced to a

26   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

27   this request seeks an admission related to each and every object related to each and every

28   customer-specific fix or update that TomorrowNow developed, then this single request

1   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

2   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

3   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

4   intent of this request, then to respond to this request, Defendants would have to analyze each

5   individual object in each fix or update contained within each master bundle.  Defendants,

6   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

7   because it seeks an admission regarding thousands of separate activities that (1) involved many

8   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

9   would require Defendants to review enormous volumes of business records to attempt to

10   determine an answer, if possible, for each of the numerous objects contained within the

11   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

12   Defendants' burden associated with responding to this request is substantially similar to the

13   burden for Plaintiffs to obtain the information sought through this request, especially because the

14   available documents, data and other information from which the answer, if any, could be derived

15   in response to this request have been produced by Defendants in response to Plaintiffs' other

16   discovery requests and thus any relevant, available information is now as equally accessible to

17   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

18   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

19   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

20   respond as follows:

21       ADMITTED on the following qualified basis:  For some of the objects (meaning more

22   than one) associated with the master bundle records referenced in the first two columns of Exhibit

23   A, one step in the process for generating the object was to compare the object in one environment

24   specific to TomorrowNow's retrofit support of specific TomorrowNow customers to the same

25   named object in an earlier release environment specific to TomorrowNow's retrofit support of

26   specific TomorrowNow customers.  To the extent not admitted, this request is DENIED.

27   **REQUEST FOR ADMISSION NO. 543:**

28       Admit that in order to generate at least one Fix or Update listed in the first two columns of

1    Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

2    support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

3    different Copy of one of its "extended support environments" for an earlier release.

4    **RESPONSE TO REQUEST FOR ADMISSION NO. 543:**

5         Defendants object to this request on the grounds stated in the General Objections and

6    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7    respect to the information sought in this request because Defendants SAP AG and SAP America

8    have no additional knowledge separate and apart from the information provided by Defendant

9    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

10   "Update," "generate," "compare," "copy," and "extended support environments" are subject to

11   multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants further

12   object to the term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes

13   the phrase "discrete unit of code."  Defendants respond as if the undefined term "object" was used

14   in "Fix Objects'" place.  Further, Exhibit A lists the names of master bundles as that term was

15   used by TomorrowNow in the SAS database.  The master bundles are not the actual objects that

16   are developed for TomorrowNow customers.  Master bundles and master fixes are records that

17   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

18   object development often took place at the release level, source level, and customer level.  If this

19   request is actually asking for information related to each and every object TomorrowNow

20   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

21   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

22   respond to this question, Defendants would have to analyze each individual object in each fix or

23   update contained within each master bundle.  Defendants, therefore, object to this request as

24   compound and unduly burdensome in that this request seeks information and activities that (1)

25   involved many thousands of objects, (2) involved numerous employees, (3) took place over

26   several years, and (4) would require Defendants to review substantial business records to

27   determine an answer, if possible, for each of the numerous numbers of objects contained within

28   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    burden for Plaintiffs to do so given that the available information is at least as equally accessible

2    to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

3    environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

4    Defendants' objections to Request Nos. 508-511.

5         Subject to the General Objections and Responses and these specific objections, after a

6    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7    sufficient knowledge and information to either admit or deny these requests, as the information

8    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10   **AMENDED REQUEST FOR ADMISSION NO. 543:**

11        Admit that in order to generate at least one Fix or Update listed in the first two columns of

12   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

13   Environments with Fix Objects in a different Copy of one of its Generic Environments for an

14   earlier release.

15   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 543:**

16        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

17   General Objections noted above. Defendants' response is based solely on Defendant

18   TomorrowNow's knowledge with respect to the information sought in this request because

19   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

20   information provided by Defendant TomorrowNow in this response.  Defendants object to the

21   request because the terms "fix," "update," "generate," "compare," "copy," and "generic

22   environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

23   a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

24   suggest that any such environments or environment components were not used for limited

25   customers, scope or purpose.  Defendants further object to the definition of "Generic

26   Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

27   "environments," to which Defendants object above.  Further, Exhibit A lists the names of "master

28   bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

"master bundles" are not the actual objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the issue to be addressed and then serve as a record keeping device and reference for that issue and related activity TomorrowNow undertook to address that issue.  The actual development of customer-specific objects included in customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record for identification and record keeping purposes.  Thus, if this request seeks an admission related to each and every object related to each and every customer-specific fix or update that TomorrowNow developed, then this single request impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this request, Defendants would have to analyze each individual object in each fix or update contained within each master bundle.  Defendants, therefore, object on the basis that this request is compound, overly broad and unduly burdensome because it seeks an admission regarding thousands of separate activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review enormous volumes of business records to attempt to determine an answer, if possible, for each of the numerous objects contained within the referenced fixes and updates.  Moreover, Defendants object to this request on the basis that Defendants' burden associated with responding to this request is substantially similar to the burden for Plaintiffs to obtain the information sought through this request, especially because the available documents, data and other information from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

ADMITTED on the following qualified basis:  For at least one of the objects associated with the master bundle records referenced in the first two columns of Exhibit A, one step in the

1   process for generating the object was to compare the object in one environment specific to

2   TomorrowNow's retrofit support of specific TomorrowNow customers to the same named object

3   in an earlier release environment specific to TomorrowNow's retrofit support of specific

4   TomorrowNow customers.  To the extent not admitted, this request is DENIED.

5   **REQUEST FOR ADMISSION NO. 544:**

6       Admit that in order to generate each Fix or Update listed in the first two columns of

7   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

8   support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

9   different Copy of one of its "extended support environments" for an earlier release in part to

10  identify PeopleSoft's or Oracle's changes.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 544:**

12      Defendants object to this request on the grounds stated in the General Objections and

13  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

14  respect to the information sought in this request because Defendants SAP AG and SAP America

15  have no additional knowledge separate and apart from the information provided by Defendant

16  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

17  "Update," "generate," "compare," "copy," and "extended support environments" are subject to

18  multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

19  the phrase "in part to identify PeopleSoft's or Oracle's changes" as being subject to multiple

20  meanings and, as such, being vague and ambiguous.  Defendants further object to the term "Fix

21  Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

22  of code."  Defendants respond as if the undefined term "object" was used in "Fix Objects'" place.

23  Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

24  the SAS database.  The master bundles are not the actual objects that are developed for

25  TomorrowNow customers.  Master bundles and master fixes are records that simply identify

26  problems for which TomorrowNow generally developed objects to resolve.  The object

27  development often took place at the release level, source level, and customer level.  If this request

28  is actually asking for information related to each and every object TomorrowNow developed, this

1   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

2   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

3   question, Defendants would have to analyze each individual object in each fix or update

4   contained within each master bundle.  Defendants, therefore, object to this request as compound

5   and unduly burdensome in that this request seeks information and activities that (1) involved

6   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

7   and (4) would require Defendants to review substantial business records to determine an answer,

8   if possible, for each of the numerous numbers of objects contained within the fixes and updates,

9   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

10  do so given that the available information is at least as equally accessible to Plaintiffs as it is to

11  Defendants.  Defendants also object to the term "extended support environment" (as the term was

12  used in Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos.

13  508-511.

14          Subject to the General Objections and Responses and these specific objections, after a

15  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16  sufficient knowledge and information to either admit or deny these requests, as the information

17  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

18  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

19  **AMENDED REQUEST FOR ADMISSION NO. 544:**

20          Admit that in order to generate each Fix or Update listed in the first two columns of

21  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

22  Environments with Fix Objects in a different Copy of one of its Generic Environments for an

23  earlier release in part to identify PeopleSoft's or Oracle's changes.

24  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 544:**

25          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26  General Objections noted above. Defendants' response is based solely on Defendant

27  TomorrowNow's knowledge with respect to the information sought in this request because

28  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

1    information provided by Defendant TomorrowNow in this response.  Defendants object to the

2    request because the terms "fix," "update," "generate," "compare," "copy," and "generic

3    environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

4    a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

5    suggest that any such environments or environment components were not used for limited

6    customers, scope or purpose.  Defendants further object to the definition of "Generic

7    Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

8    "environments," to which Defendants object above.  Defendants object to the phrase "in part to

9    identify PeopleSoft's or Oracle's changes" as being subject to multiple meanings and, as such,

10   being overly broad, vague and ambiguous.  Further, Exhibit A lists the names of "master bundles"

11   as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master

12   bundles" are not the actual objects included in fixes or updates that are developed for

13   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

14   issue to be addressed and then serve as a record keeping device and reference for that issue and

15   related activity TomorrowNow undertook to address that issue.  The actual development of

16   customer-specific objects included in customer-specific fixes and updates was referenced to a

17   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

18   this request seeks an admission related to each and every object related to each and every

19   customer-specific fix or update that TomorrowNow developed, then this single request

20   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

21   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

22   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

23   intent of this request, then to respond to this request, Defendants would have to analyze each

24   individual object in each fix or update contained within each master bundle.  Defendants,

25   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

26   because it seeks an admission regarding thousands of separate activities that (1) involved many

27   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

28   would require Defendants to review enormous volumes of business records to attempt to

1    determine an answer, if possible, for each of the numerous objects contained within the

2    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

3    Defendants' burden associated with responding to this request is substantially similar to the

4    burden for Plaintiffs to obtain the information sought through this request, especially because the

5    available documents, data and other information from which the answer, if any, could be derived

6    in response to this request have been produced by Defendants in response to Plaintiffs' other

7    discovery requests and thus any relevant, available information is now as equally accessible to

8    Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

9    qualifications, Defendants respond as follows:

10        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

11    information Defendants currently know or can readily obtain, Defendants have insufficient

12    information to admit or deny this request.

13    **REQUEST FOR ADMISSION NO. 545:**

14        Admit that in order to generate the majority of Fixes or Updates listed in the first two

15    columns of Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its

16    "extended support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects

17    in a different Copy of one of its "extended support environments" for an earlier release in part to

18    identify PeopleSoft's or Oracle's changes.

19    **RESPONSE TO REQUEST FOR ADMISSION NO. 545:**

20        Defendants object to this request on the grounds stated in the General Objections and

21    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22    respect to the information sought in this request because Defendants SAP AG and SAP America

23    have no additional knowledge separate and apart from the information provided by Defendant

24    TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

25    "Updates," "majority," "generate," "compare," "copy," and "extended support environments" are

26    subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants

27    object to the phrase "in part to identify PeopleSoft's or Oracle's changes" as being subject to

28    multiple meanings and, as such, being vague and ambiguous.  Defendants further object to the

1   term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase

2   "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

3   Objects'" place.  Further, Exhibit A lists the names of master bundles as that term was used by

4   TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

5   developed for TomorrowNow customers.  Master bundles and master fixes are records that

6   simply identify problems for which TomorrowNow generally developed objects to resolve.  The

7   object development often took place at the release level, source level, and customer level.  If this

8   request is actually asking for information related to each and every object TomorrowNow

9   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

10  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

11  respond to this question, Defendants would have to analyze each individual object in each fix or

12  update contained within each master bundle.  Defendants, therefore, object to this request as

13  compound and unduly burdensome in that this request seeks information and activities that (1)

14  involved many thousands of objects, (2) involved numerous employees, (3) took place over

15  several years, and (4) would require Defendants to review substantial business records to

16  determine an answer, if possible, for each of the numerous numbers of objects contained within

17  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

18  burden for Plaintiffs to do so given that the available information is at least as equally accessible

19  to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

20  environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

21  Defendants' objections to Request Nos. 508-511.

22          Subject to the General Objections and Responses and these specific objections, after a

23  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

24  sufficient knowledge and information to either admit or deny these requests, as the information

25  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

26  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

27  **AMENDED REQUEST FOR ADMISSION NO. 545:**

28          Admit that in order to generate the majority of Fixes or Updates listed in the first two

1   columns of Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its

2   Generic Environments with Fix Objects in a different Copy of one of its Generic Environments

3   for an earlier release in part to identify PeopleSoft's or Oracle's changes.

4   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 545:**

5         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

6   General Objections noted above. Defendants' response is based solely on Defendant

7   TomorrowNow's knowledge with respect to the information sought in this request because

8   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

9   information provided by Defendant TomorrowNow in this response.  Defendants object to the

10  request because the terms "fix," "update," "generate," "compare," "copy," and "generic

11  environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

12  a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

13  suggest that any such environments or environment components were not used for limited

14  customers, scope or purpose.  Defendants further object to the definition of "Generic

15  Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

16  "environments," to which Defendants object above.  Defendants object to the phrase "in part to

17  identify PeopleSoft's or Oracle's changes" as being subject to multiple meanings and, as such,

18  being overly broad, vague and ambiguous.  Further, Exhibit A lists the names of "master bundles"

19  as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master

20  bundles" are not the actual objects included in fixes or updates that are developed for

21  TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

22  issue to be addressed and then serve as a record keeping device and reference for that issue and

23  related activity TomorrowNow undertook to address that issue.  The actual development of

24  customer-specific objects included in customer-specific fixes and updates was referenced to a

25  "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

26  this request seeks an admission related to each and every object related to each and every

27  customer-specific fix or update that TomorrowNow developed, then this single request

28  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

1    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

2    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

3    intent of this request, then to respond to this request, Defendants would have to analyze each

4    individual object in each fix or update contained within each master bundle.  Defendants,

5    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

6    because it seeks an admission regarding thousands of separate activities that (1) involved many

7    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

8    would require Defendants to review enormous volumes of business records to attempt to

9    determine an answer, if possible, for each of the numerous objects contained within the

10   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

11   Defendants' burden associated with responding to this request is substantially similar to the

12   burden for Plaintiffs to obtain the information sought through this request, especially because the

13   available documents, data and other information from which the answer, if any, could be derived

14   in response to this request have been produced by Defendants in response to Plaintiffs' other

15   discovery requests and thus any relevant, available information is now as equally accessible to

16   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

17   qualifications, Defendants respond as follows:

18        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

19   information Defendants currently know or can readily obtain, Defendants have insufficient

20   information to admit or deny this request.

21   **REQUEST FOR ADMISSION NO. 546:**

22        Admit that in order to generate some Fixes or Updates listed in the first two columns of

23   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

24   support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

25   different Copy of one of its "extended support environments" for an earlier release in part to

26   identify PeopleSoft's or Oracle's changes.

27   **RESPONSE TO REQUEST FOR ADMISSION NO. 546:**

28        Defendants object to this request on the grounds stated in the General Objections and

1   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2   respect to the information sought in this request because Defendants SAP AG and SAP America

3   have no additional knowledge separate and apart from the information provided by Defendant

4   TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

5   "Updates," "generate," "compare," "copy," "some" and "extended support environments" are

6   subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants

7   object to the phrase "in part to identify PeopleSoft's or Oracle's changes" as being subject to

8   multiple meanings and, as such, being vague and ambiguous.  Defendants further object to the

9   term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase

10  "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

11  Objects'" place.  Further, Exhibit A lists the names of master bundles as that term was used by

12  TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

13  developed for TomorrowNow customers.  Master bundles and master fixes are records that

14  simply identify problems for which TomorrowNow generally developed objects to resolve.  The

15  object development often took place at the release level, source level, and customer level.  If this

16  request is actually asking for information related to each and every object TomorrowNow

17  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

18  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

19  respond to this question, Defendants would have to analyze each individual object in each fix or

20  update contained within each master bundle.  Defendants, therefore, object to this request as

21  compound and unduly burdensome in that this request seeks information and activities that (1)

22  involved many thousands of objects, (2) involved numerous employees, (3) took place over

23  several years, and (4) would require Defendants to review substantial business records to

24  determine an answer, if possible, for each of the numerous numbers of objects contained within

25  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

26  burden for Plaintiffs to do so given that the available information is at least as equally accessible

27  to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

28  environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

1   Defendants' objections to Request Nos. 508-511.

2       Subject to the General Objections and Responses and these specific objections, after a

3   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

4   sufficient knowledge and information to either admit or deny these requests, as the information

5   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

6   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

7   **AMENDED REQUEST FOR ADMISSION NO. 546:**

8       Admit that in order to generate some Fixes or Updates listed in the first two columns of

9   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

10  Environments with Fix Objects in a different Copy of one of its Generic Environments for an

11  earlier release in part to identify PeopleSoft's or Oracle's changes.

12  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 546:**

13      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

14  General Objections noted above. Defendants' response is based solely on Defendant

15  TomorrowNow's knowledge with respect to the information sought in this request because

16  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

17  information provided by Defendant TomorrowNow in this response.  Defendants object to the

18  request because the terms "fix," "update," "generate," "compare," "copy," and "generic"

19  environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

20  a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

21  suggest that any such environments or environment components were not used for limited

22  customers, scope or purpose.  Defendants further object to the definition of "Generic

23  Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

24  "environments," to which Defendants object above.  Defendants object to the phrase "in part to

25  identify PeopleSoft's or Oracle's changes" as being subject to multiple meanings and, as such,

26  being overly broad, vague and ambiguous.  Further, Exhibit A lists the names of "master bundles"

27  as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master

28  bundles" are not the actual objects included in fixes or updates that are developed for

1    TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

2    issue to be addressed and then serve as a record keeping device and reference for that issue and

3    related activity TomorrowNow undertook to address that issue.  The actual development of

4    customer-specific objects included in customer-specific fixes and updates was referenced to a

5    "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

6    this request seeks an admission related to each and every object related to each and every

7    customer-specific fix or update that TomorrowNow developed, then this single request

8    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

9    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

10   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

11   intent of this request, then to respond to this request, Defendants would have to analyze each

12   individual object in each fix or update contained within each master bundle.  Defendants,

13   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

14   because it seeks an admission regarding thousands of separate activities that (1) involved many

15   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

16   would require Defendants to review enormous volumes of business records to attempt to

17   determine an answer, if possible, for each of the numerous objects contained within the

18   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

19   Defendants' burden associated with responding to this request is substantially similar to the

20   burden for Plaintiffs to obtain the information sought through this request, especially because the

21   available documents, data and other information from which the answer, if any, could be derived

22   in response to this request have been produced by Defendants in response to Plaintiffs' other

23   discovery requests and thus any relevant, available information is now as equally accessible to

24   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

25   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

26   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

27   respond as follows:

28        ADMITTED on the following qualified basis:  For some of the objects (meaning more

1    than one) associated with the master bundle records referenced in the first two columns of Exhibit

2    A, part of the process for generating the object was to compare the object in one environment

3    specific to TomorrowNow's retrofit support of specific TomorrowNow customers to the same

4    named object in an earlier release environment specific to TomorrowNow's retrofit support of

5    specific TomorrowNow customers in part to identify changes related to the PeopleSoft posted tax

6    update.  To the extent not admitted, this request is DENIED.

7    **REQUEST FOR ADMISSION NO. 547:**

8         Admit that in order to generate at least one Fix or Update listed in the first two columns of

9    Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

10   support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

11   different Copy of one of its "extended support environments" for an earlier release in part to

12   identify PeopleSoft's or Oracle's changes.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 547:**

14        Defendants object to this request on the grounds stated in the General Objections and

15   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16   respect to the information sought in this request because Defendants SAP AG and SAP America

17   have no additional knowledge separate and apart from the information provided by Defendant

18   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

19   "Update," "generate," "compare," "copy," and "extended support environments" are subject to

20   multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

21   the phrase "in part to identify PeopleSoft's or Oracle's changes" as being subject to multiple

22   meanings and, as such, being vague and ambiguous.  Defendants further object to the term "Fix

23   Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

24   of code."  Defendants respond as if the undefined term "object" was used in "Fix Objects'" place.

25   Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

26   the SAS database.  The master bundles are not the actual objects that are developed for

27   TomorrowNow customers.  Master bundles and master fixes are records that simply identify

28   problems for which TomorrowNow generally developed objects to resolve.  The object

1   development often took place at the release level, source level, and customer level.  If this request

2   is actually asking for information related to each and every object TomorrowNow developed, this

3   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

4   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

5   question, Defendants would have to analyze each individual object in each fix or update

6   contained within each master bundle.  Defendants, therefore, object to this request as compound

7   and unduly burdensome in that this request seeks information and activities that (1) involved

8   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

9   and (4) would require Defendants to review substantial business records to determine an answer,

10  if possible, for each of the numerous numbers of objects contained within the fixes and updates,

11  and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

12  do so given that the available information is at least as equally accessible to Plaintiffs as it is to

13  Defendants.  Defendants also object to the term "extended support environment" (as the term was

14  used in Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos.

15  508-511.

16          Subject to the General Objections and Responses and these specific objections, after a

17  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

18  sufficient knowledge and information to either admit or deny these requests, as the information

19  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

20  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

21  **AMENDED REQUEST FOR ADMISSION NO. 547:**

22          Admit that in order to generate at least one Fix or Update listed in the first two columns of

23  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

24  Environments with Fix Objects in a different Copy of one of its Generic Environments for an

25  earlier release in part to identify PeopleSoft's or Oracle's changes.

26  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 547:**

27          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

28  General Objections noted above. Defendants' response is based solely on Defendant

1    TomorrowNow's knowledge with respect to the information sought in this request because

2    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

3    information provided by Defendant TomorrowNow in this response.  Defendants object to the

4    request because the terms "fix," "update," "generate," "compare," "copy," and "generic

5    environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

6    a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

7    suggest that any such environments or environment components were not used for limited

8    customers, scope or purpose.  Defendants further object to the definition of "Generic

9    Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

10   "environments," to which Defendants object above.  Defendants object to the phrase "in part to

11   identify PeopleSoft's or Oracle's changes" as being subject to multiple meanings and, as such,

12   being overly broad, vague and ambiguous.  Further, Exhibit A lists the names of "master bundles"

13   as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master

14   bundles" are not the actual objects included in fixes or updates that are developed for

15   TomorrowNow's customers.  "Master bundles" and "master fixes" are records that describe the

16   issue to be addressed and then serve as a record keeping device and reference for that issue and

17   related activity TomorrowNow undertook to address that issue.  The actual development of

18   customer-specific objects included in customer-specific fixes and updates was referenced to a

19   "master bundle" or "master fix" record for identification and record keeping purposes.  Thus, if

20   this request seeks an admission related to each and every object related to each and every

21   customer-specific fix or update that TomorrowNow developed, then this single request

22   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

23   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

24   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

25   intent of this request, then to respond to this request, Defendants would have to analyze each

26   individual object in each fix or update contained within each master bundle.  Defendants,

27   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

28   because it seeks an admission regarding thousands of separate activities that (1) involved many

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

2   would require Defendants to review enormous volumes of business records to attempt to

3   determine an answer, if possible, for each of the numerous objects contained within the

4   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

5   Defendants' burden associated with responding to this request is substantially similar to the

6   burden for Plaintiffs to obtain the information sought through this request, especially because the

7   available documents, data and other information from which the answer, if any, could be derived

8   in response to this request have been produced by Defendants in response to Plaintiffs' other

9   discovery requests and thus any relevant, available information is now as equally accessible to

10  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

11  qualifications, Defendants respond as follows:

12         ADMITTED on the following qualified basis:  For at least one of the objects associated

13  with the master bundle records referenced in the first two columns of Exhibit A, part of the

14  process for generating the object was to compare the object in one environment specific to

15  TomorrowNow's retrofit support of specific TomorrowNow customers to the same named object

16  in an earlier release environment specific to TomorrowNow's retrofit support of specific

17  TomorrowNow customers in part to identify changes related to the PeopleSoft posted tax update.

18  To the extent not admitted, this request is DENIED.

19  **REQUEST FOR ADMISSION NO. 548:**

20         Admit that in order to generate each Fix or Update listed in the first two columns of

21  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

22  support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

23  different Copy of one of its "extended support environments" for an earlier release in part to

24  decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 548:**

26         Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  respect to the information sought in this request because Defendants SAP AG and SAP America

1    have no additional knowledge separate and apart from the information provided by Defendant

2    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

3    "Update," "generate," "compare," "copy," and "extended support environments" are subject to

4    multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

5    the phrase "in part to decide whether PeopleSoft's or Oracle's changes were applicable to earlier

6    releases" as being subject to multiple meanings and, as such, being vague and ambiguous.

7    Defendants further object to the term "Fix Objects" as overly broad, vague, and inaccurate to the

8    extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

9    "object" was used in "Fix Objects'" place.  Further, Exhibit A lists the names of master bundles

10   as that term was used by TomorrowNow in the SAS database.  The master bundles are not the

11   actual objects that are developed for TomorrowNow customers.  Master bundles and master fixes

12   are records that simply identify problems for which TomorrowNow generally developed objects

13   to resolve.  The object development often took place at the release level, source level, and

14   customer level.  If this request is actually asking for information related to each and every object

15   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

16   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

17   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

18   object in each fix or update contained within each master bundle.  Defendants, therefore, object to

19   this request as compound and unduly burdensome in that this request seeks information and

20   activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

21   place over several years, and (4) would require Defendants to review substantial business records

22   to determine an answer, if possible, for each of the numerous numbers of objects contained within

23   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24   burden for Plaintiffs to do so given that the available information is at least as equally accessible

25   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

26   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

27   Defendants' objections to Request Nos. 508-511.

28           Subject to the General Objections and Responses and these specific objections, after a

1   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

2   sufficient knowledge and information to either admit or deny these requests, as the information

3   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

4   manner." Based on all of the reasons and objections stated above, these requests are DENIED.

5   **AMENDED REQUEST FOR ADMISSION NO. 548:**

6          Admit that in order to generate each Fix or Update listed in the first two columns of

7   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

8   Environments with Fix Objects in a different Copy of one of its Generic Environments for an

9   earlier release in part to decide whether PeopleSoft's or Oracle's changes were applicable to

10  earlier releases.

11  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 548:**

12         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

13  General Objections noted above. Defendants' response is based solely on Defendant

14  TomorrowNow's knowledge with respect to the information sought in this request because

15  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

16  information provided by Defendant TomorrowNow in this response. Defendants object to the

17  request because the terms "fix," "update," "generate," "compare," "copy," and "generic

18  environments" make this request overly broad, vague and ambiguous. "Generic Environments" is

19  a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

20  suggest that any such environments or environment components were not used for limited

21  customers, scope or purpose. Defendants further object to the definition of "Generic

22  Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

23  "environments," to which Defendants object above. Defendants object to the phrase "in part to

24  decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases" as being

25  subject to multiple meanings and, as such, being overly broad, vague and ambiguous. Further,

26  Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

27  SAS database. TomorrowNow's "master bundles" are not the actual objects included in fixes or

28  updates that are developed for TomorrowNow's customers. "Master bundles" and "master fixes"

1    are records that describe the issue to be addressed and then serve as a record keeping device and

2    reference for that issue and related activity TomorrowNow undertook to address that issue.  The

3    actual development of customer-specific objects included in customer-specific fixes and updates

4    was referenced to a "master bundle" or "master fix" record for identification and record keeping

5    purposes. Thus, if this request seeks an admission related to each and every object related to each

6    and every customer-specific fix or update that TomorrowNow developed, then this single request

7    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

8    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

9    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

10   intent of this request, then to respond to this request, Defendants would have to analyze each

11   individual object in each fix or update contained within each master bundle.  Defendants,

12   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

13   because it seeks an admission regarding thousands of separate activities that (1) involved many

14   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

15   would require Defendants to review enormous volumes of business records to attempt to

16   determine an answer, if possible, for each of the numerous objects contained within the

17   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

18   Defendants' burden associated with responding to this request is substantially similar to the

19   burden for Plaintiffs to obtain the information sought through this request, especially because the

20   available documents, data and other information from which the answer, if any, could be derived

21   in response to this request have been produced by Defendants in response to Plaintiffs' other

22   discovery requests and thus any relevant, available information is now as equally accessible to

23   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

24   qualifications, Defendants respond as follows:

25        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

26   information Defendants currently know or can readily obtain, Defendants have insufficient

27   information to admit or deny this request.

28

**REQUEST FOR ADMISSION NO. 549:**

Admit that in order to generate the majority of Fixes or Updates listed in the first two columns of Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a different Copy of one of its "extended support environments" for an earlier release in part to decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases.

**RESPONSE TO REQUEST FOR ADMISSION NO. 549:**

Defendants object to this request on the grounds stated in the General Objections and Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response. Defendants object to the request because the terms "Fix(es)," "Updates," "majority," "generate," "compare," "copy," and "extended support environments" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous. Defendants object to the phrase "in part to decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases" as being subject to multiple meanings and, as such, being vague and ambiguous. Defendants further object to the term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code." Defendants respond as if the undefined term "object" was used in "Fix Objects'" place. Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS database. The master bundles are not the actual objects that are developed for TomorrowNow customers. Master bundles and master fixes are records that simply identify problems for which TomorrowNow generally developed objects to resolve. The object development often took place at the release level, source level, and customer level. If this request is actually asking for information related to each and every object TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question, Defendants would have to analyze each individual object in each fix or update contained within each master bundle.

1    Defendants, therefore, object to this request as compound and unduly burdensome in that this

2    request seeks information and activities that (1) involved many thousands of objects, (2) involved

3    numerous employees, (3) took place over several years, and (4) would require Defendants to

4    review substantial business records to determine an answer, if possible, for each of the numerous

5    numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

6    would be substantially similar to the burden for Plaintiffs to do so given that the available

7    information is at least as equally accessible to Plaintiffs as it is to Defendants.  Defendants also

8    object to the term "extended support environment" (as the term was used in Request Nos.

9    508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

10          Subject to the General Objections and Responses and these specific objections, after a

11   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

12   sufficient knowledge and information to either admit or deny these requests, as the information

13   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

14   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

15   **AMENDED REQUEST FOR ADMISSION NO. 549:**

16          Admit that in order to generate the majority of Fixes or Updates listed in the first two

17   columns of Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its

18   Generic Environments with Fix Objects in a different Copy of one of its Generic Environments

19   for an earlier release in part to decide whether PeopleSoft's or Oracle's changes were applicable

20   to earlier releases.

21   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 549:**

22          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

23   General Objections noted above. Defendants' response is based solely on Defendant

24   TomorrowNow's knowledge with respect to the information sought in this request because

25   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

26   information provided by Defendant TomorrowNow in this response.  Defendants object to the

27   request because the terms "fix," "update," "generate," "compare," "copy," and "generic

28   environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

1   a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

2   suggest that any such environments or environment components were not used for limited

3   customers, scope or purpose.  Defendants further object to the definition of "Generic

4   Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

5   "environments," to which Defendants object above.  Defendants object to the phrase "in part to

6   decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases" as being

7   subject to multiple meanings and, as such, being overly broad, vague and ambiguous.  Further,

8   Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

9   SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

10  updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

11  are records that describe the issue to be addressed and then serve as a record keeping device and

12  reference for that issue and related activity TomorrowNow undertook to address that issue.  The

13  actual development of customer-specific objects included in customer-specific fixes and updates

14  was referenced to a "master bundle" or "master fix" record for identification and record keeping

15  purposes. Thus, if this request seeks an admission related to each and every object related to each

16  and every customer-specific fix or update that TomorrowNow developed, then this single request

17  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

18  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

19  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

20  intent of this request, then to respond to this request, Defendants would have to analyze each

21  individual object in each fix or update contained within each master bundle.  Defendants,

22  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

23  because it seeks an admission regarding thousands of separate activities that (1) involved many

24  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

25  would require Defendants to review enormous volumes of business records to attempt to

26  determine an answer, if possible, for each of the numerous objects contained within the

27  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

28  Defendants' burden associated with responding to this request is substantially similar to the

1   burden for Plaintiffs to obtain the information sought through this request, especially because the

2   available documents, data and other information from which the answer, if any, could be derived

3   in response to this request have been produced by Defendants in response to Plaintiffs' other

4   discovery requests and thus any relevant, available information is now as equally accessible to

5   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

6   qualifications, Defendants respond as follows:

7       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

8   information Defendants currently know or can readily obtain, Defendants have insufficient

9   information to admit or deny this request.

10  **REQUEST FOR ADMISSION NO. 550:**

11      Admit that in order to generate some Fixes or Updates listed in the first two columns of

12  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

13  support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

14  different Copy of one of its "extended support environments" for an earlier release in part to

15  decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 550:**

17      Defendants object to this request on the grounds stated in the General Objections and

18  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19  respect to the information sought in this request because Defendants SAP AG and SAP America

20  have no additional knowledge separate and apart from the information provided by Defendant

21  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

22  "Updates," "generate," "compare," "copy," "some," and "extended support environments" are

23  subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants

24  object to the phrase "in part to decide whether PeopleSoft's or Oracle's changes were applicable

25  to earlier releases" as being subject to multiple meanings and, as such, being vague and

26  ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

27  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

28  the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit A lists the names

1    of master bundles as that term was used by TomorrowNow in the SAS database.  The master

2    bundles are not the actual objects that are developed for TomorrowNow customers.  Master

3    bundles and master fixes are records that simply identify problems for which TomorrowNow

4    generally developed objects to resolve.  The object development often took place at the release

5    level, source level, and customer level.  If this request is actually asking for information related to

6    each and every object TomorrowNow developed, this number is more in line with the 33,185

7    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

8    SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

9    analyze each individual object in each fix or update contained within each master bundle.

10   Defendants, therefore, object to this request as compound and unduly burdensome in that this

11   request seeks information and activities that (1) involved many thousands of objects, (2) involved

12   numerous employees, (3) took place over several years, and (4) would require Defendants to

13   review substantial business records to determine an answer, if possible, for each of the numerous

14   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

15   would be substantially similar to the burden for Plaintiffs to do so given that the available

16   information is at least as equally accessible to Plaintiffs as it is to Defendants.  Defendants also

17   object to the term "extended support environment" (as the term was used in Request Nos.

18   508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

19          Subject to the General Objections and Responses and these specific objections, after a

20   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21   sufficient knowledge and information to either admit or deny these requests, as the information

22   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24   **AMENDED REQUEST FOR ADMISSION NO. 550:**

25          Admit that in order to generate some Fixes or Updates listed in the first two columns of

26   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

27   Environments with Fix Objects in a different Copy of one of its Generic Environments for an

28   earlier release in part to decide whether PeopleSoft's or Oracle's changes were applicable to

1   earlier releases.

2   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 550:**

3          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4   General Objections noted above. Defendants' response is based solely on Defendant

5   TomorrowNow's knowledge with respect to the information sought in this request because

6   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7   information provided by Defendant TomorrowNow in this response.  Defendants object to the

8   request because the terms "fix," "update," "generate," "compare," "copy," and "generic

9   environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

10  a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

11  suggest that any such environments or environment components were not used for limited

12  customers, scope or purpose.  Defendants further object to the definition of "Generic

13  Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

14  "environments," to which Defendants object above.  Defendants object to the phrase "in part to

15  decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases" as being

16  subject to multiple meanings and, as such, being overly broad, vague and ambiguous.  Further,

17  Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

18  SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

19  updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

20  are records that describe the issue to be addressed and then serve as a record keeping device and

21  reference for that issue and related activity TomorrowNow undertook to address that issue.  The

22  actual development of customer-specific objects included in customer-specific fixes and updates

23  was referenced to a "master bundle" or "master fix" record for identification and record keeping

24  purposes. Thus, if this request seeks an admission related to each and every object related to each

25  and every customer-specific fix or update that TomorrowNow developed, then this single request

26  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

27  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

28  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

1    intent of this request, then to respond to this request, Defendants would have to analyze each

2    individual object in each fix or update contained within each master bundle.  Defendants,

3    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

4    because it seeks an admission regarding thousands of separate activities that (1) involved many

5    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

6    would require Defendants to review enormous volumes of business records to attempt to

7    determine an answer, if possible, for each of the numerous objects contained within the

8    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

9    Defendants' burden associated with responding to this request is substantially similar to the

10   burden for Plaintiffs to obtain the information sought through this request, especially because the

11   available documents, data and other information from which the answer, if any, could be derived

12   in response to this request have been produced by Defendants in response to Plaintiffs' other

13   discovery requests and thus any relevant, available information is now as equally accessible to

14   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

15   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

16   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

17   respond as follows:

18        ADMITTED on the following qualified basis:  For some of the objects (meaning more

19   than one) associated with the master bundle records referenced in the first two columns of Exhibit

20   A, part of the process for generating the object was to compare the object in one environment

21   specific to TomorrowNow's retrofit support of specific TomorrowNow customers to the same

22   named object in an earlier release environment specific to TomorrowNow's retrofit support of

23   specific TomorrowNow customers in part to decide whether changes in the PeopleSoft posted tax

24   update were applicable to earlier releases.  To the extent not admitted, this request is DENIED.

25   **REQUEST FOR ADMISSION NO. 551:**

26        Admit that in order to generate at least one Fix or Update listed in the first two columns of

27   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

28   support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

1    different Copy of one of its "extended support environments" for an earlier release in part to

2    decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases.

3    **RESPONSE TO REQUEST FOR ADMISSION NO. 551:**

4         Defendants object to this request on the grounds stated in the General Objections and

5    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

6    respect to the information sought in this request because Defendants SAP AG and SAP America

7    have no additional knowledge separate and apart from the information provided by Defendant

8    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

9    "Update," "generate," "compare," "copy," and "extended support environments" are subject to

10   multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

11   the phrase "in part to decide whether PeopleSoft's or Oracle's changes were applicable to earlier

12   releases" as being subject to multiple meanings and, as such, being vague and ambiguous.

13   Defendants further object to the term "Fix Objects" as overly broad, vague, and inaccurate to the

14   extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

15   "object" was used in "Fix Objects'" place.  Further, Exhibit A lists the names of master bundles

16   as that term was used by TomorrowNow in the SAS database.  The master bundles are not the

17   actual objects that are developed for TomorrowNow customers.  Master bundles and master fixes

18   are records that simply identify problems for which TomorrowNow generally developed objects

19   to resolve.  The object development often took place at the release level, source level, and

20   customer level.  If this request is actually asking for information related to each and every object

21   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

22   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

23   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

24   object in each fix or update contained within each master bundle.  Defendants, therefore, object to

25   this request as compound and unduly burdensome in that this request seeks information and

26   activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

27   place over several years, and (4) would require Defendants to review substantial business records

28   to determine an answer, if possible, for each of the numerous numbers of objects contained within

1   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

2   burden for Plaintiffs to do so given that the available information is at least as equally accessible

3   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

4   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

5   Defendants' objections to Request Nos. 508-511.

6        Subject to the General Objections and Responses and these specific objections, after a

7   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

8   sufficient knowledge and information to either admit or deny these requests, as the information

9   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

10  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

11  **AMENDED REQUEST FOR ADMISSION NO. 551:**

12       Admit that in order to generate at least one Fix or Update listed in the first two columns of

13  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

14  Environments with Fix Objects in a different Copy of one of its Generic Environments for an

15  earlier release in part to decide whether PeopleSoft's or Oracle's changes were applicable to

16  earlier releases.

17  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 551:**

18       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

19  General Objections noted above. Defendants' response is based solely on Defendant

20  TomorrowNow's knowledge with respect to the information sought in this request because

21  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

22  information provided by Defendant TomorrowNow in this response.  Defendants object to the

23  request because the terms "fix," "update," "generate," "compare," "copy," and "generic

24  environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

25  a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

26  suggest that any such environments or environment components were not used for limited

27  customers, scope or purpose.  Defendants further object to the definition of "Generic

28  Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

"environments," to which Defendants object above.  Defendants object to the phrase "in part to

decide whether PeopleSoft's or Oracle's changes were applicable to earlier releases" as being

subject to multiple meanings and, as such, being overly broad, vague and ambiguous.  Further,

Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

are records that describe the issue to be addressed and then serve as a record keeping device and

reference for that issue and related activity TomorrowNow undertook to address that issue.  The

actual development of customer-specific objects included in customer-specific fixes and updates

was referenced to a "master bundle" or "master fix" record for identification and record keeping

purposes. Thus, if this request seeks an admission related to each and every object related to each

and every customer-specific fix or update that TomorrowNow developed, then this single request

impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

intent of this request, then to respond to this request, Defendants would have to analyze each

individual object in each fix or update contained within each master bundle.  Defendants,

therefore, object on the basis that this request is compound, overly broad and unduly burdensome

because it seeks an admission regarding thousands of separate activities that (1) involved many

thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

would require Defendants to review enormous volumes of business records to attempt to

determine an answer, if possible, for each of the numerous objects contained within the

referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

Defendants' burden associated with responding to this request is substantially similar to the

burden for Plaintiffs to obtain the information sought through this request, especially because the

available documents, data and other information from which the answer, if any, could be derived

in response to this request have been produced by Defendants in response to Plaintiffs' other

discovery requests and thus any relevant, available information is now as equally accessible to

1    Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

2    qualifications, Defendants respond as follows:

3        ADMITTED on the following qualified basis:  For at least one of the objects associated

4    with the master bundle records referenced in the first two columns of Exhibit A, part of the

5    process for generating the object was to compare the object in one environment specific to

6    TomorrowNow's retrofit support of specific TomorrowNow customers to the same named object

7    in an earlier release environment specific to TomorrowNow's retrofit support of specific

8    TomorrowNow customers in part to decide whether changes in the PeopleSoft posted tax update

9    were applicable to earlier releases.  To the extent not admitted, this request is DENIED.

10   **REQUEST FOR ADMISSION NO. 552:**

11       Admit that in order to generate each Fix or Update listed in the first two columns of

12   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

13   support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

14   different Copy of one of its "extended support environments" for an earlier release in part to

15   recreate changes corresponding to the changes made by PeopleSoft or Oracle for an earlier

16   release or releases supported by TN.

17   **RESPONSE TO REQUEST FOR ADMISSION NO. 552:**

18       Defendants object to this request on the grounds stated in the General Objections and

19   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20   respect to the information sought in this request because Defendants SAP AG and SAP America

21   have no additional knowledge separate and apart from the information provided by Defendant

22   TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

23   "Update," "generate," "compare," "copy," and "extended support environments" are subject to

24   multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

25   the phrase "in part to recreate changes corresponding to the changes made by PeopleSoft or

26   Oracle for an earlier release or releases supported by TN" as being subject to multiple meanings

27   and, as such, being vague and ambiguous.  Defendants further object to the term "Fix Objects" as

28   overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code."

1    Defendants respond as if the undefined term "object" was used in "Fix Objects'" place.  Further,

2    Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

3    database.  The master bundles are not the actual objects that are developed for TomorrowNow

4    customers.  Master bundles and master fixes are records that simply identify problems for which

5    TomorrowNow generally developed objects to resolve.  The object development often took place

6    at the release level, source level, and customer level.  If this request is actually asking for

7    information related to each and every object TomorrowNow developed, this number is more in

8    line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

9    Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

10   Defendants would have to analyze each individual object in each fix or update contained within

11   each master bundle.  Defendants, therefore, object to this request as compound and unduly

12   burdensome in that this request seeks information and activities that (1) involved many thousands

13   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

14   require Defendants to review substantial business records to determine an answer, if possible, for

15   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

16   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

17   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

18   Defendants also object to the term "extended support environment" (as the term was used in

19   Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

20          Subject to the General Objections and Responses and these specific objections, after a

21   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

22   sufficient knowledge and information to either admit or deny these requests, as the information

23   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

24   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

25   **AMENDED REQUEST FOR ADMISSION NO. 552:**

26          Admit that in order to generate each Fix or Update listed in the first two columns of

27   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

28   Environments with Fix Objects in a different Copy of one of its Generic Environments for an

1    earlier release in part to recreate changes corresponding to the changes made by PeopleSoft or

2    Oracle for an earlier release or releases supported by TN.

3    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 552:**

4           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

5    General Objections noted above. Defendants' response is based solely on Defendant

6    TomorrowNow's knowledge with respect to the information sought in this request because

7    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

8    information provided by Defendant TomorrowNow in this response.  Defendants object to the

9    request because the terms "fix," "update," "generate," "compare," "copy," and "generic

10   environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

11   a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

12   suggest that any such environments or environment components were not used for limited

13   customers, scope or purpose.  Defendants further object to the definition of "Generic

14   Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

15   "environments," to which Defendants object above.  Defendants object to the phrase "in part to

16   recreate changes corresponding to the changes made by PeopleSoft or Oracle for an earlier

17   release or releases supported by TN" as being subject to multiple meanings and, as such, being

18   overly broad, vague and ambiguous.  Further, Exhibit A lists the names of "master bundles" as

19   that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles"

20   are not the actual objects included in fixes or updates that are developed for TomorrowNow's

21   customers.  "Master bundles" and "master fixes" are records that describe the issue to be

22   addressed and then serve as a record keeping device and reference for that issue and related

23   activity TomorrowNow undertook to address that issue.  The actual development of customer-

24   specific objects included in customer-specific fixes and updates was referenced to a "master

25   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

26   request seeks an admission related to each and every object related to each and every customer-

27   specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

28   literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

1    regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

2    Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

3    then to respond to this request, Defendants would have to analyze each individual object in each

4    fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

5    this request is compound, overly broad and unduly burdensome because it seeks an admission

6    regarding thousands of separate activities that (1) involved many thousands of objects, (2)

7    involved numerous employees, (3) took place over several years, and (4) would require

8    Defendants to review enormous volumes of business records to attempt to determine an answer, if

9    possible, for each of the numerous objects contained within the referenced fixes and updates.

10   Moreover, Defendants object to this request on the basis that Defendants' burden associated with

11   responding to this request is substantially similar to the burden for Plaintiffs to obtain the

12   information sought through this request, especially because the available documents, data and

13   other information from which the answer, if any, could be derived in response to this request have

14   been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

15   relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

16   Subject to and without waiving the foregoing objections and qualifications, Defendants respond

17   as follows:

18        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

19   information Defendants currently know or can readily obtain, Defendants have insufficient

20   information to admit or deny this request.

21   **<u>REQUEST FOR ADMISSION NO. 553</u>:**

22        Admit that in order to generate the majority of Fixes or Updates listed in the first two

23   columns of Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its

24   "extended support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects

25   in a different Copy of one of its "extended support environments" for an earlier release in part to

26   recreate changes corresponding to the changes made by PeopleSoft or Oracle for an earlier

27   release or releases supported by TN.

28

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 553:**

2       Defendants object to this request on the grounds stated in the General Objections and

3   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4   respect to the information sought in this request because Defendants SAP AG and SAP America

5   have no additional knowledge separate and apart from the information provided by Defendant

6   TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

7   "Updates," "majority," "generate," "compare," "copy," and "extended support environments" are

8   subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants

9   object to the phrase "in part to recreate changes corresponding to the changes made by PeopleSoft

10  or Oracle for an earlier release or releases supported by TN" as being subject to multiple

11  meanings and, as such, being vague and ambiguous.  Defendants further object to the term "Fix

12  Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

13  of code."  Defendants respond as if the undefined term "object" was used in "Fix Objects'" place.

14  Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

15  the SAS database.  The master bundles are not the actual objects that are developed for

16  TomorrowNow customers.  Master bundles and master fixes are records that simply identify

17  problems for which TomorrowNow generally developed objects to resolve.  The object

18  development often took place at the release level, source level, and customer level.  If this request

19  is actually asking for information related to each and every object TomorrowNow developed, this

20  number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

21  Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

22  question, Defendants would have to analyze each individual object in each fix or update

23  contained within each master bundle.  Defendants, therefore, object to this request as compound

24  and unduly burdensome in that this request seeks information and activities that (1) involved

25  many thousands of objects, (2) involved numerous employees, (3) took place over several years,

26  and (4) would require Defendants to review substantial business records to determine an answer,

27  if possible, for each of the numerous numbers of objects contained within the fixes and updates,

28  and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

2   Defendants.  Defendants also object to the term "extended support environment" (as the term was

3   used in Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos.

4   508-511.

5          Subject to the General Objections and Responses and these specific objections, after a

6   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7   sufficient knowledge and information to either admit or deny these requests, as the information

8   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10  **AMENDED REQUEST FOR ADMISSION NO. 553:**

11         Admit that in order to generate the majority of Fixes or Updates listed in the first two

12  columns of Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its

13  Generic Environments with Fix Objects in a different Copy of one of its Generic Environments

14  for an earlier release in part to recreate changes corresponding to the changes made by PeopleSoft

15  or Oracle for an earlier release or releases supported by TN.

16  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 553:**

17         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18  General Objections noted above.  Defendants' response is based solely on Defendant

19  TomorrowNow's knowledge with respect to the information sought in this request because

20  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21  information provided by Defendant TomorrowNow in this response.  Defendants object to the

22  request because the terms "fix," "update," "generate," "compare," "copy," and "generic

23  environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

24  a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

25  suggest that any such environments or environment components were not used for limited

26  customers, scope or purpose.  Defendants further object to the definition of "Generic

27  Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

28  "environments," to which Defendants object above.  Defendants object to the phrase "in part to

1   recreate changes corresponding to the changes made by PeopleSoft or Oracle for an earlier

2   release or releases supported by TN" as being subject to multiple meanings and, as such, being

3   overly broad, vague and ambiguous.  Further, Exhibit A lists the names of "master bundles" as

4   that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles"

5   are not the actual objects included in fixes or updates that are developed for TomorrowNow's

6   customers.  "Master bundles" and "master fixes" are records that describe the issue to be

7   addressed and then serve as a record keeping device and reference for that issue and related

8   activity TomorrowNow undertook to address that issue.  The actual development of customer-

9   specific objects included in customer-specific fixes and updates was referenced to a "master

10  bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

11  request seeks an admission related to each and every object related to each and every customer-

12  specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

13  literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

14  regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

15  Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

16  then to respond to this request, Defendants would have to analyze each individual object in each

17  fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

18  this request is compound, overly broad and unduly burdensome because it seeks an admission

19  regarding thousands of separate activities that (1) involved many thousands of objects, (2)

20  involved numerous employees, (3) took place over several years, and (4) would require

21  Defendants to review enormous volumes of business records to attempt to determine an answer, if

22  possible, for each of the numerous objects contained within the referenced fixes and updates.

23  Moreover, Defendants object to this request on the basis that Defendants' burden associated with

24  responding to this request is substantially similar to the burden for Plaintiffs to obtain the

25  information sought through this request, especially because the available documents, data and

26  other information from which the answer, if any, could be derived in response to this request have

27  been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

28  relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

1    Subject to and without waiving the foregoing objections and qualifications, Defendants respond

2    as follows:

3          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

4    information Defendants currently know or can readily obtain, Defendants have insufficient

5    information to admit or deny this request.

6    **REQUEST FOR ADMISSION NO. 554:**

7          Admit that in order to generate some of Fixes or Updates listed in the first two columns of

8    Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

9    support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

10   different Copy of one of its "extended support environments" for an earlier release in part to

11   recreate changes corresponding to the changes made by PeopleSoft or Oracle for an earlier

12   release or releases supported by TN.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 554:**

14         Defendants object to this request on the grounds stated in the General Objections and

15   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16   respect to the information sought in this request because Defendants SAP AG and SAP America

17   have no additional knowledge separate and apart from the information provided by Defendant

18   TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

19   "Updates," "generate," "compare," "copy," "some," and "extended support environments" are

20   subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants

21   object to the phrase "in part to recreate changes corresponding to the changes made by PeopleSoft

22   or Oracle for an earlier release or releases supported by TN" as being subject to multiple

23   meanings and, as such, being vague and ambiguous.  Defendants further object to the term "Fix

24   Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

25   of code."  Defendants respond as if the undefined term "object" was used in "Fix Objects'" place.

26   Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

27   the SAS database.  The master bundles are not the actual objects that are developed for

28   TomorrowNow customers.  Master bundles and master fixes are records that simply identify

1   problems for which TomorrowNow generally developed objects to resolve.  The object

2   development often took place at the release level, source level, and customer level.  If this request

3   is actually asking for information related to each and every object TomorrowNow developed, this

4   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

5   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

6   question, Defendants would have to analyze each individual object in each fix or update

7   contained within each master bundle.  Defendants, therefore, object to this request as compound

8   and unduly burdensome in that this request seeks information and activities that (1) involved

9   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

10   and (4) would require Defendants to review substantial business records to determine an answer,

11   if possible, for each of the numerous numbers of objects contained within the fixes and updates,

12   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

13   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

14   Defendants.  Defendants also object to the term "extended support environment" (as the term was

15   used in Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos.

16   508-511.

17   Subject to the General Objections and Responses and these specific objections, after a

18   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

19   sufficient knowledge and information to either admit or deny these requests, as the information

20   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

21   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

22   **AMENDED REQUEST FOR ADMISSION NO. 554:**

23   Admit that in order to generate some of Fixes or Updates listed in the first two columns of

24   Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

25   Environments with Fix Objects in a different Copy of one of its Generic Environments for an

26   earlier release in part to recreate changes corresponding to the changes made by PeopleSoft or

27   Oracle for an earlier release or releases supported by TN.

28

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 554:**

2            Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above.  Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix," "update," "generate," "compare," "copy," and "generic

8    environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

9    a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

10   suggest that any such environments or environment components were not used for limited

11   customers, scope or purpose.  Defendants further object to the definition of "Generic

12   Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

13   "environments," to which Defendants object above.  Defendants object to the phrase "in part to

14   recreate changes corresponding to the changes made by PeopleSoft or Oracle for an earlier

15   release or releases supported by TN" as being subject to multiple meanings and, as such, being

16   overly broad, vague and ambiguous.  Further, Exhibit A lists the names of "master bundles" as

17   that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles"

18   are not the actual objects included in fixes or updates that are developed for TomorrowNow's

19   customers.  "Master bundles" and "master fixes" are records that describe the issue to be

20   addressed and then serve as a record keeping device and reference for that issue and related

21   activity TomorrowNow undertook to address that issue.  The actual development of customer-

22   specific objects included in customer-specific fixes and updates was referenced to a "master

23   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

24   request seeks an admission related to each and every object related to each and every customer-

25   specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

26   literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

27   regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

28   Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

1   then to respond to this request, Defendants would have to analyze each individual object in each

2   fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

3   this request is compound, overly broad and unduly burdensome because it seeks an admission

4   regarding thousands of separate activities that (1) involved many thousands of objects, (2)

5   involved numerous employees, (3) took place over several years, and (4) would require

6   Defendants to review enormous volumes of business records to attempt to determine an answer, if

7   possible, for each of the numerous objects contained within the referenced fixes and updates.

8   Moreover, Defendants object to this request on the basis that Defendants' burden associated with

9   responding to this request is substantially similar to the burden for Plaintiffs to obtain the

10  information sought through this request, especially because the available documents, data and

11  other information from which the answer, if any, could be derived in response to this request have

12  been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

13  relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

14  Further, in providing this response, Defendants are defining "some" as "more than one" as

15  suggested by Plaintiffs in their August 10, 2009 meet and confer letter.  Subject to and without

16  waiving the foregoing objections and qualifications, Defendants respond as follows:

17       ADMITTED on the following qualified basis:  For some of the objects (meaning more

18  than one) associated with the master bundle records referenced in the first two columns of Exhibit

19  A, part of the process for generating the object was to compare the object in one environment

20  specific to TomorrowNow's retrofit support of specific TomorrowNow customers to the same

21  named object in an earlier release environment specific to TomorrowNow's retrofit support of

22  specific TomorrowNow customers in part to help make the needed changes in the earlier release

23  that corresponded to the changes in the PeopleSoft posted tax update for the later release.  To the

24  extent not admitted, this request is DENIED.

25  **REQUEST FOR ADMISSION NO. 555:**

26       Admit that in order to generate at least one Fix or Update listed in the first two columns of

27  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its "extended

28  support environments" (as the term is used in Requests Nos. 508-511) with Fix Objects in a

1    different Copy of one of its "extended support environments" for an earlier release in part to

2    recreate changes corresponding to the changes made by PeopleSoft or Oracle for an earlier

3    release or releases supported by TN.

4    **RESPONSE TO REQUEST FOR ADMISSION NO. 555:**

5         Defendants object to this request on the grounds stated in the General Objections and

6    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7    respect to the information sought in this request because Defendants SAP AG and SAP America

8    have no additional knowledge separate and apart from the information provided by Defendant

9    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

10   "Update," "generate," "compare," "copy," and "extended support environments" are subject to

11   multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

12   the phrase "in part to recreate changes corresponding to the changes made by PeopleSoft or

13   Oracle for an earlier release or releases supported by TN" as being subject to multiple meanings

14   and, as such, being vague and ambiguous.  Defendants further object to the term "Fix Objects" as

15   overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code."

16   Defendants respond as if the undefined term "object" was used in "Fix Objects'" place.  Further,

17   Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

18   database.  The master bundles are not the actual objects that are developed for TomorrowNow

19   customers.  Master bundles and master fixes are records that simply identify problems for which

20   TomorrowNow generally developed objects to resolve.  The object development often took place

21   at the release level, source level, and customer level.  If this request is actually asking for

22   information related to each and every object TomorrowNow developed, this number is more in

23   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

24   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

25   Defendants would have to analyze each individual object in each fix or update contained within

26   each master bundle.  Defendants, therefore, object to this request as compound and unduly

27   burdensome in that this request seeks information and activities that (1) involved many thousands

28   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

1   require Defendants to review substantial business records to determine an answer, if possible, for

2   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

3   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

4   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

5   Defendants also object to the term "extended support environment" (as the term was used in

6   Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

7          Subject to the General Objections and Responses and these specific objections, after a

8   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

9   sufficient knowledge and information to either admit or deny these requests, as the information

10  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

11  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

12  **AMENDED REQUEST FOR ADMISSION NO. 555:**

13         Admit that in order to generate at least one Fix or Update listed in the first two columns of

14  Exhibit A, part of TN's process was to compare Fix Objects in a Copy of one of its Generic

15  Environments with Fix Objects in a different Copy of one of its Generic Environments for an

16  earlier release in part to recreate changes corresponding to the changes made by PeopleSoft or

17  Oracle for an earlier release or releases supported by TN.

18  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 555:**

19         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

20  General Objections noted above.  Defendants' response is based solely on Defendant

21  TomorrowNow's knowledge with respect to the information sought in this request because

22  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

23  information provided by Defendant TomorrowNow in this response.  Defendants object to the

24  request because the terms "fix," "update," "generate," "compare," "copy," and "generic

25  environments" make this request overly broad, vague and ambiguous.  "Generic Environments" is

26  a term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

27  suggest that any such environments or environment components were not used for limited

28  customers, scope or purpose.  Defendants further object to the definition of "Generic

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  Environments" to the extent it incorporates the overly broad, unduly burdensome, and vague term

2  "environments," to which Defendants object above. Defendants object to the phrase "in part to

3  recreate changes corresponding to the changes made by PeopleSoft or Oracle for an earlier

4  release or releases supported by TN" as being subject to multiple meanings and, as such, being

5  overly broad, vague and ambiguous. Further, Exhibit A lists the names of "master bundles" as

6  that phrase was used by TomorrowNow in the SAS database. TomorrowNow's "master bundles"

7  are not the actual objects included in fixes or updates that are developed for TomorrowNow's

8  customers. "Master bundles" and "master fixes" are records that describe the issue to be

9  addressed and then serve as a record keeping device and reference for that issue and related

10 activity TomorrowNow undertook to address that issue. The actual development of customer-

11 specific objects included in customer-specific fixes and updates was referenced to a "master

12 bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

13 request seeks an admission related to each and every object related to each and every customer-

14 specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

15 literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

16 regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

17 Admissions to SAP AG, SAP America, and TomorrowNow. If that is the intent of this request,

18 then to respond to this request, Defendants would have to analyze each individual object in each

19 fix or update contained within each master bundle. Defendants, therefore, object on the basis that

20 this request is compound, overly broad and unduly burdensome because it seeks an admission

21 regarding thousands of separate activities that (1) involved many thousands of objects, (2)

22 involved numerous employees, (3) took place over several years, and (4) would require

23 Defendants to review enormous volumes of business records to attempt to determine an answer, if

24 possible, for each of the numerous objects contained within the referenced fixes and updates.

25 Moreover, Defendants object to this request on the basis that Defendants' burden associated with

26 responding to this request is substantially similar to the burden for Plaintiffs to obtain the

27 information sought through this request, especially because the available documents, data and

28 other information from which the answer, if any, could be derived in response to this request have

1  been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

2  relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

3  Subject to and without waiving the foregoing objections and qualifications, Defendants respond

4  as follows:

5        ADMITTED on the following qualified basis:  For at least one of the objects associated

6  with the master bundle records referenced in the first two columns of Exhibit A, part of the

7  process for generating the object was to compare the object in one environment specific to

8  TomorrowNow's retrofit support of specific TomorrowNow customers to the same named object

9  in an earlier release environment specific to TomorrowNow's retrofit support of specific

10  TomorrowNow customers in part to help make the needed changes in the earlier release that

11  corresponded to the changes in the PeopleSoft posted tax update for the later release.  To the

12  extent not admitted, this request is DENIED.

13  **REQUEST FOR ADMISSION NO. 556:**

14        Admit that for each Fix or Update listed in the first two columns of Exhibit A, after TN

15  finalized such Fix or Update, TN made another Copy of an existing "extended support

16  environment" (as the term is used in Requests Nos. 508-511) in part to apply TN's finalized Fix

17  or Update and create an updated "extended support environment."

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 556:**

19        Defendants object to this request on the grounds stated in the General Objections and

20  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21  respect to the information sought in this request because Defendants SAP AG and SAP America

22  have no additional knowledge separate and apart from the information provided by Defendant

23  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

24  "Update," "finalized," "made," "copy," "apply," and "extended support environments" are

25  subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants

26  object to the phrase "in part to apply TN's finalized fix or update and create an updated 'extended

27  support environment'" as being subject to multiple meanings and, as such, being vague and

28  ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by

1    TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

2    developed for TomorrowNow customers.  Master bundles and master fixes are records that

3    simply identify problems for which TomorrowNow generally developed objects to resolve.  The

4    object development often took place at the release level, source level, and customer level.  If this

5    request is actually asking for information related to each and every object TomorrowNow

6    developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

7    Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

8    respond to this question, Defendants would have to analyze each individual object in each fix or

9    update contained within each master bundle.  Defendants, therefore, object to this request as

10   compound and unduly burdensome in that this request seeks information and activities that (1)

11   involved many thousands of objects, (2) involved numerous employees, (3) took place over

12   several years, and (4) would require Defendants to review substantial business records to

13   determine an answer, if possible, for each of the numerous numbers of objects contained within

14   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

15   burden for Plaintiffs to do so given that the available information is at least as equally accessible

16   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

17   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

18   Defendants' objections to Request Nos. 508-511.

19        Subject to the General Objections and Responses and these specific objections, after a

20   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21   sufficient knowledge and information to either admit or deny these requests, as the information

22   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24   **AMENDED REQUEST FOR ADMISSION NO. 556:**

25        Admit that for each Fix or Update listed in the first two columns of Exhibit A, after TN

26   finalized such Fix or Update, TN made another Copy of an existing Generic Environment in part

27   to apply TN's finalized Fix or Update and create an updated Generic Environment.

28

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 556:**

2            Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix," "update," "finalized," "apply," "copy," and "generic

8    environment" make this request overly broad, vague and ambiguous.  "Generic Environment" is a

9    term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

10   suggest that any such environment or environment component was not used for limited customers,

11   scope or purpose.  Defendants further object to the definition of "Generic Environment" to the

12   extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

13   which Defendants object above.  Defendants object to the phrase "in part to apply TN's finalized

14   fix or update and create an updated 'generic environment'" as being subject to multiple meanings

15   and, as such, being overly broad, vague and ambiguous.  Further, Exhibit A lists the names of

16   "master bundles" as that phrase was used by TomorrowNow in the SAS database.

17   TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

18   developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

19   describe the issue to be addressed and then serve as a record keeping device and reference for that

20   issue and related activity TomorrowNow undertook to address that issue.  The actual

21   development of customer-specific objects included in customer-specific fixes and updates was

22   referenced to a "master bundle" or "master fix" record for identification and record keeping

23   purposes. Thus, if this request seeks an admission related to each and every object related to each

24   and every customer-specific fix or update that TomorrowNow developed, then this single request

25   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

26   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

27   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

28   intent of this request, then to respond to this request, Defendants would have to analyze each

1   individual object in each fix or update contained within each master bundle.  Defendants,

2   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

3   because it seeks an admission regarding thousands of separate activities that (1) involved many

4   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

5   would require Defendants to review enormous volumes of business records to attempt to

6   determine an answer, if possible, for each of the numerous objects contained within the

7   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

8   Defendants' burden associated with responding to this request is substantially similar to the

9   burden for Plaintiffs to obtain the information sought through this request, especially because the

10  available documents, data and other information from which the answer, if any, could be derived

11  in response to this request have been produced by Defendants in response to Plaintiffs' other

12  discovery requests and thus any relevant, available information is now as equally accessible to

13  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

14  qualifications, Defendants respond as follows:

15      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

16  information Defendants currently know or can readily obtain, Defendants have insufficient

17  information to admit or deny this request.

18  **REQUEST FOR ADMISSION NO. 557:**

19      Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

20  A, after TN finalized such Fix or Update, TN made another Copy of an existing "extended

21  support environment" (as the term is used in Requests Nos. 508-511) in part to apply TN's

22  finalized Fix or Update and create an updated "extended support environment."

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 557:**

24      Defendants object to this request on the grounds stated in the General Objections and

25  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

26  respect to the information sought in this request because Defendants SAP AG and SAP America

27  have no additional knowledge separate and apart from the information provided by Defendant

28  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    "Updates," "majority," "finalized," "made," "copy," "apply," and "extended support

2    environments" are subject to multiple meanings and, as such, are overly broad, vague, and

3    ambiguous.  Defendants object to the phrase "in part to apply TN's finalized fix or update and

4    create an updated 'extended support environment'" as being subject to multiple meanings and, as

5    such, being vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that

6    term was used by TomorrowNow in the SAS database.  The master bundles are not the actual

7    objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

8    records that simply identify problems for which TomorrowNow generally developed objects to

9    resolve.  The object development often took place at the release level, source level, and customer

10   level.  If this request is actually asking for information related to each and every object

11   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

12   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

13   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

14   object in each fix or update contained within each master bundle.  Defendants, therefore, object to

15   this request as compound and unduly burdensome in that this request seeks information and

16   activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

17   place over several years, and (4) would require Defendants to review substantial business records

18   to determine an answer, if possible, for each of the numerous numbers of objects contained within

19   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

20   burden for Plaintiffs to do so given that the available information is at least as equally accessible

21   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

22   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

23   Defendants' objections to Request Nos. 508-511.

24        Subject to the General Objections and Responses and these specific objections, after a

25   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26   sufficient knowledge and information to either admit or deny these requests, as the information

27   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

28   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

1    **AMENDED REQUEST FOR ADMISSION NO. 557:**

2         Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

3    A, after TN finalized such Fix or Update, TN made another Copy of an existing Generic

4    Environment in part to apply TN's finalized Fix or Update and create an updated Generic

5    Environment.

6    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 557:**

7         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

8    General Objections noted above. Defendants' response is based solely on Defendant

9    TomorrowNow's knowledge with respect to the information sought in this request because

10   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

11   information provided by Defendant TomorrowNow in this response. Defendants object to the

12   request because the terms "fix," "update," "finalized," "apply," "copy," and "generic

13   environment" make this request overly broad, vague and ambiguous. "Generic Environment" is a

14   term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

15   suggest that any such environment or environment component was not used for limited customers,

16   scope or purpose. Defendants further object to the definition of "Generic Environment" to the

17   extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

18   which Defendants object above. Defendants object to the phrase "in part to apply TN's finalized

19   fix or update and create an updated 'generic environment'" as being subject to multiple meanings

20   and, as such, being overly broad, vague and ambiguous. Further, Exhibit A lists the names of

21   "master bundles" as that phrase was used by TomorrowNow in the SAS database.

22   TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

23   developed for TomorrowNow's customers. "Master bundles" and "master fixes" are records that

24   describe the issue to be addressed and then serve as a record keeping device and reference for that

25   issue and related activity TomorrowNow undertook to address that issue. The actual

26   development of customer-specific objects included in customer-specific fixes and updates was

27   referenced to a "master bundle" or "master fix" record for identification and record keeping

28   purposes. Thus, if this request seeks an admission related to each and every object related to each

1    and every customer-specific fix or update that TomorrowNow developed, then this single request

2    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

3    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

4    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

5    intent of this request, then to respond to this request, Defendants would have to analyze each

6    individual object in each fix or update contained within each master bundle.  Defendants,

7    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

8    because it seeks an admission regarding thousands of separate activities that (1) involved many

9    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

10   would require Defendants to review enormous volumes of business records to attempt to

11   determine an answer, if possible, for each of the numerous objects contained within the

12   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

13   Defendants' burden associated with responding to this request is substantially similar to the

14   burden for Plaintiffs to obtain the information sought through this request, especially because the

15   available documents, data and other information from which the answer, if any, could be derived

16   in response to this request have been produced by Defendants in response to Plaintiffs' other

17   discovery requests and thus any relevant, available information is now as equally accessible to

18   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

19   qualifications, Defendants respond as follows:

20           ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

21   for the majority of the objects (meaning at least one object more than half of the total objects)

22   associated with the master bundle records referenced in the first two columns of Exhibit A, that

23   after TomorrowNow generated the object, it was applied to an existing environment specific to

24   TomorrowNow's retrofit support of specific TomorrowNow customers and the name of that

25   environment was changed to signify that the object had been applied.  To the extent not admitted,

26   this request is DENIED.

27   **REQUEST FOR ADMISSION NO. 558:**

28           Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, after

1    TN finalized such Fix or Update, TN made another Copy of an existing "extended support

2    environment" (as the term is used in Requests Nos. 508-511) in part to apply TN's finalized Fix

3    or Update and create an updated "extended support environment."

4    **RESPONSE TO REQUEST FOR ADMISSION NO. 558**:

5           Defendants object to this request on the grounds stated in the General Objections and

6    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7    respect to the information sought in this request because Defendants SAP AG and SAP America

8    have no additional knowledge separate and apart from the information provided by Defendant

9    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

10   "Update," "finalized," "made," "copy," "apply," "some," and "extended support environments"

11   are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

12   Defendants object to the phrase "in part to apply TN's finalized fix or update and create an

13   updated 'extended support environment'" as being subject to multiple meanings and, as such,

14   being vague and ambiguous.  Further, Exhibit A lists the names of master bundles as that term

15   was used by TomorrowNow in the SAS database.  The master bundles are not the actual objects

16   that are developed for TomorrowNow customers.  Master bundles and master fixes are records

17   that simply identify problems for which TomorrowNow generally developed objects to resolve.

18   The object development often took place at the release level, source level, and customer level.  If

19   this request is actually asking for information related to each and every object TomorrowNow

20   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

21   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

22   respond to this question, Defendants would have to analyze each individual object in each fix or

23   update contained within each master bundle.  Defendants, therefore, object to this request as

24   compound and unduly burdensome in that this request seeks information and activities that (1)

25   involved many thousands of objects, (2) involved numerous employees, (3) took place over

26   several years, and (4) would require Defendants to review substantial business records to

27   determine an answer, if possible, for each of the numerous numbers of objects contained within

28   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

1   burden for Plaintiffs to do so given that the available information is at least as equally accessible

2   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

3   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

4   Defendants' objections to Request Nos. 508-511.

5          Subject to the General Objections and Responses and these specific objections, after a

6   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7   sufficient knowledge and information to either admit or deny these requests, as the information

8   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10  **AMENDED REQUEST FOR ADMISSION NO. 558:**

11         Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, after

12  TN finalized such Fix or Update, TN made another Copy of an existing Generic Environment in

13  part to apply TN's finalized Fix or Update and create an updated Generic Environment.

14  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 558:**

15         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

16  General Objections noted above. Defendants' response is based solely on Defendant

17  TomorrowNow's knowledge with respect to the information sought in this request because

18  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

19  information provided by Defendant TomorrowNow in this response.  Defendants object to the

20  request because the terms "fix," "update," "finalized," "apply," "copy," and "generic

21  environment" make this request overly broad, vague and ambiguous.  "Generic Environment" is a

22  term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

23  suggest that any such environment or environment component was not used for limited customers,

24  scope or purpose.  Defendants further object to the definition of "Generic Environment" to the

25  extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

26  which Defendants object above.  Defendants object to the phrase "in part to apply TN's finalized

27  fix or update and create an updated 'generic environment'" as being subject to multiple meanings

28  and, as such, being overly broad, vague and ambiguous.  Further, Exhibit A lists the names of

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    "master bundles" as that phrase was used by TomorrowNow in the SAS database.

2    TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

3    developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

4    describe the issue to be addressed and then serve as a record keeping device and reference for that

5    issue and related activity TomorrowNow undertook to address that issue.  The actual

6    development of customer-specific objects included in customer-specific fixes and updates was

7    referenced to a "master bundle" or "master fix" record for identification and record keeping

8    purposes. Thus, if this request seeks an admission related to each and every object related to each

9    and every customer-specific fix or update that TomorrowNow developed, then this single request

10   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

11   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

12   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

13   intent of this request, then to respond to this request, Defendants would have to analyze each

14   individual object in each fix or update contained within each master bundle.  Defendants,

15   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

16   because it seeks an admission regarding thousands of separate activities that (1) involved many

17   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

18   would require Defendants to review enormous volumes of business records to attempt to

19   determine an answer, if possible, for each of the numerous objects contained within the

20   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

21   Defendants' burden associated with responding to this request is substantially similar to the

22   burden for Plaintiffs to obtain the information sought through this request, especially because the

23   available documents, data and other information from which the answer, if any, could be derived

24   in response to this request have been produced by Defendants in response to Plaintiffs' other

25   discovery requests and thus any relevant, available information is now as equally accessible to

26   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

27   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

28   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   respond as follows:

2           ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

3   for some of the objects (meaning more than one) associated with the master bundle records

4   referenced in the first two columns of Exhibit A, that after TomorrowNow generated the object, it

5   was applied to an existing environment specific to TomorrowNow's retrofit support of specific

6   TomorrowNow customers and the name of that environment was changed to signify that the

7   object had been applied.  To the extent not admitted, this request is DENIED.

8   **REQUEST FOR ADMISSION NO. 559:**

9           Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, after

10  TN finalized such Fix or Update, TN made another Copy of an existing "extended support

11  environment" (as the term is used in Requests Nos. 508-511) in part to apply TN's finalized Fix

12  or Update and create an updated "extended support environment."

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 559:**

14          Defendants object to this request on the grounds stated in the General Objections and

15  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16  respect to the information sought in this request because Defendants SAP AG and SAP America

17  have no additional knowledge separate and apart from the information provided by Defendant

18  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

19  "Update," "finalized," "made," "copy," "apply," and "extended support environments" are

20  subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants

21  object to the phrase "in part to apply TN's finalized fix or update and create an updated 'extended

22  support environment'" as being subject to multiple meanings and, as such, being vague and

23  ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by

24  TomorrowNow in the SAS database.  The master bundles are not the actual objects that are

25  developed for TomorrowNow customers.  Master bundles and master fixes are records that

26  simply identify problems for which TomorrowNow generally developed objects to resolve.  The

27  object development often took place at the release level, source level, and customer level.  If this

28  request is actually asking for information related to each and every object TomorrowNow

1   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

2   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

3   respond to this question, Defendants would have to analyze each individual object in each fix or

4   update contained within each master bundle.  Defendants, therefore, object to this request as

5   compound and unduly burdensome in that this request seeks information and activities that (1)

6   involved many thousands of objects, (2) involved numerous employees, (3) took place over

7   several years, and (4) would require Defendants to review substantial business records to

8   determine an answer, if possible, for each of the numerous numbers of objects contained within

9   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

10   burden for Plaintiffs to do so given that the available information is at least as equally accessible

11   to Plaintiffs as it is to Defendants.  Defendants also object to the term "extended support

12   environment" (as the term was used in Request Nos. 508-511) for the reasons stated in

13   Defendants' objections to Request Nos. 508-511.

14          Subject to the General Objections and Responses and these specific objections, after a

15   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16   sufficient knowledge and information to either admit or deny these requests, as the information

17   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

18   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

19   **AMENDED REQUEST FOR ADMISSION NO.  559:**

20          Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, after

21   TN finalized such Fix or Update, TN made another Copy of an existing Generic Environment in

22   part to apply TN's finalized Fix or Update and create an updated Generic Environment.

23   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 559:**

24          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

25   General Objections noted above. Defendants' response is based solely on Defendant

26   TomorrowNow's knowledge with respect to the information sought in this request because

27   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

28   information provided by Defendant TomorrowNow in this response.  Defendants object to the

1   request because the terms "fix," "update," "finalized," "apply," "copy," and "generic

2   environment" make this request overly broad, vague and ambiguous. "Generic Environment" is a

3   term created by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to

4   suggest that any such environment or environment component was not used for limited customers,

5   scope or purpose. Defendants further object to the definition of "Generic Environment" to the

6   extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

7   which Defendants object above. Defendants object to the phrase "in part to apply TN's finalized

8   fix or update and create an updated 'generic environment'" as being subject to multiple meanings

9   and, as such, being overly broad, vague and ambiguous. Further, Exhibit A lists the names of

10  "master bundles" as that phrase was used by TomorrowNow in the SAS database.

11  TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

12  developed for TomorrowNow's customers. "Master bundles" and "master fixes" are records that

13  describe the issue to be addressed and then serve as a record keeping device and reference for that

14  issue and related activity TomorrowNow undertook to address that issue. The actual

15  development of customer-specific objects included in customer-specific fixes and updates was

16  referenced to a "master bundle" or "master fix" record for identification and record keeping

17  purposes. Thus, if this request seeks an admission related to each and every object related to each

18  and every customer-specific fix or update that TomorrowNow developed, then this single request

19  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

20  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

21  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. If that is the

22  intent of this request, then to respond to this request, Defendants would have to analyze each

23  individual object in each fix or update contained within each master bundle. Defendants,

24  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

25  because it seeks an admission regarding thousands of separate activities that (1) involved many

26  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

27  would require Defendants to review enormous volumes of business records to attempt to

28  determine an answer, if possible, for each of the numerous objects contained within the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

2   Defendants' burden associated with responding to this request is substantially similar to the

3   burden for Plaintiffs to obtain the information sought through this request, especially because the

4   available documents, data and other information from which the answer, if any, could be derived

5   in response to this request have been produced by Defendants in response to Plaintiffs' other

6   discovery requests and thus any relevant, available information is now as equally accessible to

7   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

8   qualifications, Defendants respond as follows:

9       ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

10  for at least one of the objects associated with the master bundle records referenced in the first two

11  columns of Exhibit A, that after TomorrowNow generated the object, it was applied to an existing

12  environment specific to TomorrowNow's retrofit support of specific TomorrowNow customers

13  and the name of that environment was changed to signify that the object had been applied.  To the

14  extent not admitted, this request is DENIED.

15  **REQUEST FOR ADMISSION NO. 560**:

16      Admit that for each Fix or Update listed in the first two columns of Exhibit A, TN used

17  the updated "extended support environment" (as referred to in Requests Nos. 508-511) in part to

18  generate the next scheduled Fix or Update.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 560**:

20      Defendants object to this request on the grounds stated in the General Objections and

21  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22  respect to the information sought in this request because Defendants SAP AG and SAP America

23  have no additional knowledge separate and apart from the information provided by Defendant

24  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

25  "Fix," "Update," "used," "updated 'extended support environment'," and "generate" are subject

26  to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

27  the phrase "in part to generate the next scheduled fix or update" as being subject to multiple

28  meanings and, as such, being vague and ambiguous.  Further, Exhibit A lists the names of master

1    bundles as that term was used by TomorrowNow in the SAS database.  The master bundles are

2    not the actual objects that are developed for TomorrowNow customers.  Master bundles and

3    master fixes are records that simply identify problems for which TomorrowNow generally

4    developed objects to resolve.  The object development often took place at the release level, source

5    level, and customer level.  If this request is actually asking for information related to each and

6    every object TomorrowNow developed, this number is more in line with the 33,185 listed in

7    Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

8    America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

9    each individual object in each fix or update contained within each master bundle.  Defendants,

10   therefore, object to this request as compound and unduly burdensome in that this request seeks

11   information and activities that (1) involved many thousands of objects, (2) involved numerous

12   employees, (3) took place over several years, and (4) would require Defendants to review

13   substantial business records to determine an answer, if possible, for each of the numerous

14   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

15   would be substantially similar to the burden for Plaintiffs to do so given that the available

16   information is at least as equally accessible to Plaintiffs as it is to Defendants.  Defendants also

17   object to the term "extended support environment" (as the term was used in Request Nos.

18   508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

19          Subject to the General Objections and Responses and these specific objections, after a

20   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21   sufficient knowledge and information to either admit or deny these requests, as the information

22   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24   **AMENDED REQUEST FOR ADMISSION NO.  560:**

25          Admit that for each Fix or Update listed in the first two columns of Exhibit A, TN used

26   the updated Generic Environment in part to generate the next scheduled Fix or Update.

27   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 560:**

28          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   General Objections noted above. Defendants' response is based solely on Defendant

2   TomorrowNow's knowledge with respect to the information sought in this request because

3   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

4   information provided by Defendant TomorrowNow in this response.  Defendants object to the

5   request because the terms "fix," "update," "updated," "generate," and "generic environment"

6   make this request overly broad, vague and ambiguous.  "Generic Environment" is a term created

7   by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to suggest that any

8   such environment or environment component was not used for limited customers, scope or

9   purpose.  Defendants further object to the definition of "Generic Environment" to the extent it

10  incorporates the overly broad, unduly burdensome, and vague term "Environment," to which

11  Defendants object above.  Defendants object to the phrase "in part to generate the next scheduled

12  fix or update" as being subject to multiple meanings and, as such, being overly broad, vague and

13  ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used by

14  TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

15  objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

16  bundles" and "master fixes" are records that describe the issue to be addressed and then serve as a

17  record keeping device and reference for that issue and related activity TomorrowNow undertook

18  to address that issue.  The actual development of customer-specific objects included in customer-

19  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

20  identification and record keeping purposes. Thus, if this request seeks an admission related to

21  each and every object related to each and every customer-specific fix or update that

22  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

23  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

24  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

25  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

26  request, Defendants would have to analyze each individual object in each fix or update contained

27  within each master bundle.  Defendants, therefore, object on the basis that this request is

28  compound, overly broad and unduly burdensome because it seeks an admission regarding

1  thousands of separate activities that (1) involved many thousands of objects, (2) involved

2  numerous employees, (3) took place over several years, and (4) would require Defendants to

3  review enormous volumes of business records to attempt to determine an answer, if possible, for

4  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

5  Defendants object to this request on the basis that Defendants' burden associated with responding

6  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

7  through this request, especially because the available documents, data and other information from

8  which the answer, if any, could be derived in response to this request have been produced by

9  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

10  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

11  without waiving the foregoing objections and qualifications, Defendants respond as follows:

12          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

13  information Defendants currently know or can readily obtain, Defendants have insufficient

14  information to admit or deny this request.

15  **REQUEST FOR ADMISSION NO. 561:**

16          Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

17  A, TN used the updated "extended support environment" (as referred to in Requests Nos. 508-511)

18  in part to generate the next scheduled Fix or Update.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 561:**

20          Defendants object to this request on the grounds stated in the General Objections and

21  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22  respect to the information sought in this request because Defendants SAP AG and SAP America

23  have no additional knowledge separate and apart from the information provided by Defendant

24  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

25  "Fix(es)," "Update," "majority," "used," "updated 'extended support environment'" and

26  "generate" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

27  Defendants object to the phrase "in part to generate the next scheduled fix or update" as being

28  subject to multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit A lists

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   the names of master bundles as that term was used by TomorrowNow in the SAS database.  The

2   master bundles are not the actual objects that are developed for TomorrowNow customers.

3   Master bundles and master fixes are records that simply identify problems for which

4   TomorrowNow generally developed objects to resolve.  The object development often took place

5   at the release level, source level, and customer level.  If this request is actually asking for

6   information related to each and every object TomorrowNow developed, this number is more in

7   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

8   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

9   Defendants would have to analyze each individual object in each fix or update contained within

10  each master bundle.  Defendants, therefore, object to this request as compound and unduly

11  burdensome in that this request seeks information and activities that (1) involved many thousands

12  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

13  require Defendants to review substantial business records to determine an answer, if possible, for

14  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

15  burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

16  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

17  Defendants also object to the term "extended support environment" (as the term was used in

18  Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

19       Subject to the General Objections and Responses and these specific objections, after a

20  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21  sufficient knowledge and information to either admit or deny these requests, as the information

22  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24  **AMENDED REQUEST FOR ADMISSION NO.  561:**

25       Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

26  A, TN used the updated Generic Environment in part to generate the next scheduled Fix or

27  Update.

28

1    **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 561</u>:**

2              Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix," "update," "updated," "generate," and "generic environment"

8    make this request overly broad, vague and ambiguous.  "Generic Environment" is a term created

9    by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to suggest that any

10   such environment or environment component was not used for limited customers, scope or

11   purpose.  Defendants further object to the definition of "Generic Environment" to the extent it

12   incorporates the overly broad, unduly burdensome, and vague term "Environment," to which

13   Defendants object above.  Defendants object to the phrase "in part to generate the next scheduled

14   fix or update" as being subject to multiple meanings and, as such, being overly broad, vague and

15   ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used by

16   TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

17   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

18   bundles" and "master fixes" are records that describe the issue to be addressed and then serve as a

19   record keeping device and reference for that issue and related activity TomorrowNow undertook

20   to address that issue.  The actual development of customer-specific objects included in customer-

21   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

22   identification and record keeping purposes. Thus, if this request seeks an admission related to

23   each and every object related to each and every customer-specific fix or update that

24   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

25   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

26   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

27   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

28   request, Defendants would have to analyze each individual object in each fix or update contained

1    within each master bundle.  Defendants, therefore, object on the basis that this request is

2    compound, overly broad and unduly burdensome because it seeks an admission regarding

3    thousands of separate activities that (1) involved many thousands of objects, (2) involved

4    numerous employees, (3) took place over several years, and (4) would require Defendants to

5    review enormous volumes of business records to attempt to determine an answer, if possible, for

6    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

7    Defendants object to this request on the basis that Defendants' burden associated with responding

8    to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

9    through this request, especially because the available documents, data and other information from

10   which the answer, if any, could be derived in response to this request have been produced by

11   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

12   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

13   without waiving the foregoing objections and qualifications, Defendants respond as follows:

14          ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

15   for the majority of the objects (meaning at least one object more than half of the total objects)

16   associated with the master bundle records referenced in the first two columns of Exhibit A, that

17   after TomorrowNow applied the object to an existing environment specific to TomorrowNow's

18   retrofit support of specific TomorrowNow customers and the name of that environment was

19   changed to signify that the object had been applied, that environment would be used in part to

20   help generate the next scheduled object for TomorrowNow's retrofit support of specific

21   TomorrowNow customers.  To the extent not admitted, this request is DENIED.

22   **REQUEST FOR ADMISSION NO. 562:**

23          Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, TN

24   used the updated "extended support environment" (as referred to in Requests Nos. 508-511) in

25   part to generate the next scheduled Fix or Update.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 562:**

27          Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

4   "Fix(es)," "Update," "majority," "used," "updated 'extended support environment'" and

5   "generate" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

6   Defendants object to the phrase "in part to generate the next scheduled fix or update" as being

7   subject to multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit A lists

8   the names of master bundles as that term was used by TomorrowNow in the SAS database.  The

9   master bundles are not the actual objects that are developed for TomorrowNow customers.

10   Master bundles and master fixes are records that simply identify problems for which

11   TomorrowNow generally developed objects to resolve.  The object development often took place

12   at the release level, source level, and customer level.  If this request is actually asking for

13   information related to each and every object TomorrowNow developed, this number is more in

14   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

15   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

16   Defendants would have to analyze each individual object in each fix or update contained within

17   each master bundle.  Defendants, therefore, object to this request as compound and unduly

18   burdensome in that this request seeks information and activities that (1) involved many thousands

19   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

20   require Defendants to review substantial business records to determine an answer, if possible, for

21   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

22   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

23   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

24   Defendants also object to the term "extended support environment" (as the term was used in

25   Request Nos. 508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

26          Subject to the General Objections and Responses and these specific objections, after a

27   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

28   sufficient knowledge and information to either admit or deny these requests, as the information

1    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

2    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

3    **AMENDED REQUEST FOR ADMISSION NO. 562:**

4           Admit that for some Fixes or Updates listed in the first two columns of Exhibit A, TN

5    used the updated Generic Environment in part to generate the next scheduled Fix or Update.

6    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 562:**

7           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

8    General Objections noted above. Defendants' response is based solely on Defendant

9    TomorrowNow's knowledge with respect to the information sought in this request because

10   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

11   information provided by Defendant TomorrowNow in this response.  Defendants object to the

12   request because the terms "fix," "update," "updated," "generate," and "generic environment"

13   make this request overly broad, vague and ambiguous.  "Generic Environment" is a term created

14   by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to suggest that any

15   such environment or environment component was not used for limited customers, scope or

16   purpose.  Defendants further object to the definition of "Generic Environment" to the extent it

17   incorporates the overly broad, unduly burdensome, and vague term "Environment," to which

18   Defendants object above.  Defendants object to the phrase "in part to generate the next scheduled

19   fix or update" as being subject to multiple meanings and, as such, being overly broad, vague and

20   ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used by

21   TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

22   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

23   bundles" and "master fixes" are records that describe the issue to be addressed and then serve as a

24   record keeping device and reference for that issue and related activity TomorrowNow undertook

25   to address that issue.  The actual development of customer-specific objects included in customer-

26   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

27   identification and record keeping purposes. Thus, if this request seeks an admission related to

28   each and every object related to each and every customer-specific fix or update that

1   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

2   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

3   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

4   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

5   request, Defendants would have to analyze each individual object in each fix or update contained

6   within each master bundle.  Defendants, therefore, object on the basis that this request is

7   compound, overly broad and unduly burdensome because it seeks an admission regarding

8   thousands of separate activities that (1) involved many thousands of objects, (2) involved

9   numerous employees, (3) took place over several years, and (4) would require Defendants to

10  review enormous volumes of business records to attempt to determine an answer, if possible, for

11  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

12  Defendants object to this request on the basis that Defendants' burden associated with responding

13  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

14  through this request, especially because the available documents, data and other information from

15  which the answer, if any, could be derived in response to this request have been produced by

16  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

17  information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

18  this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

19  their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

20  objections and qualifications, Defendants respond as follows:

21          ADMITTED on the following qualified basis:  For some of the objects (meaning more

22  than one) associated with the master bundle records referenced in the first two columns of Exhibit

23  A,  after TomorrowNow applied the object to an existing environment specific to

24  TomorrowNow's retrofit support of specific TomorrowNow customers and the name of that

25  environment was changed to signify that the object had been applied, that environment would be

26  used in part to help generate the next scheduled object for TomorrowNow's retrofit support of

27  specific TomorrowNow customers.  To the extent not admitted, this request is DENIED.

28

1    **REQUEST FOR ADMISSION NO. 563:**

2        Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, TN

3    used the updated "extended support environment" (as referred to in Requests Nos. 508-511) in

4    part to generate the next scheduled Fix or Update.

5    **RESPONSE TO REQUEST FOR ADMISSION NO. 563:**

6        Defendants object to this request on the grounds stated in the General Objections and

7    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8    respect to the information sought in this request because Defendants SAP AG and SAP America

9    have no additional knowledge separate and apart from the information provided by Defendant

10   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

11   "Fix," "Update," "used," "updated 'extended support environment,'" and "generate" are subject

12   to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

13   the phrase "in part to generate the next scheduled fix or update" as being subject to multiple

14   meanings and, as such, being vague and ambiguous.  Further, Exhibit A lists the names of master

15   bundles as that term was used by TomorrowNow in the SAS database.  The master bundles are

16   not the actual objects that are developed for TomorrowNow customers.  Master bundles and

17   master fixes are records that simply identify problems for which TomorrowNow generally

18   developed objects to resolve.   The object development often took place at the release level,

19   source level, and customer level.  If this request is actually asking for information related to each

20   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

21   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

22   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

23   each individual object in each fix or update contained within each master bundle.  Defendants,

24   therefore, object to this request as compound and unduly burdensome in that this request seeks

25   information and activities that (1) involved many thousands of objects, (2) involved numerous

26   employees, (3) took place over several years, and (4) would require Defendants to review

27   substantial business records to determine an answer, if possible, for each of the numerous

28   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

1   would be substantially similar to the burden for Plaintiffs to do so given that the available

2   information is at least as equally accessible to Plaintiffs as it is to Defendants.  Defendants also

3   object to the term "extended support environment" (as the term was used in Request Nos.

4   508-511) for the reasons stated in Defendants' objections to Request Nos. 508-511.

5           Subject to the General Objections and Responses and these specific objections, after a

6   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7   sufficient knowledge and information to either admit or deny these requests, as the information

8   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10  **AMENDED REQUEST FOR ADMISSION NO.  563:**

11          Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, TN

12  used the updated Generic Environment in part to generate the next scheduled Fix or Update.

13  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 563:**

14          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

15  General Objections noted above. Defendants' response is based solely on Defendant

16  TomorrowNow's knowledge with respect to the information sought in this request because

17  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

18  information provided by Defendant TomorrowNow in this response.  Defendants object to the

19  request because the terms "fix," "update," "updated," "generate," and "generic environment"

20  make this request overly broad, vague and ambiguous.  "Generic Environment" is a term created

21  by Plaintiffs and as used and defined by Plaintiffs is misleading by attempting to suggest that any

22  such environment or environment component was not used for limited customers, scope or

23  purpose.  Defendants further object to the definition of "Generic Environment" to the extent it

24  incorporates the overly broad, unduly burdensome, and vague term "Environment," to which

25  Defendants object above.  Defendants object to the phrase "in part to generate the next scheduled

26  fix or update" as being subject to multiple meanings and, as such, being overly broad, vague and

27  ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used by

28  TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

1  objects included in fixes or updates that are developed for TomorrowNow's customers. "Master

2  bundles" and "master fixes" are records that describe the issue to be addressed and then serve as a

3  record keeping device and reference for that issue and related activity TomorrowNow undertook

4  to address that issue. The actual development of customer-specific objects included in customer-

5  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

6  identification and record keeping purposes. Thus, if this request seeks an admission related to

7  each and every object related to each and every customer-specific fix or update that

8  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

9  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

10 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

11 SAP America, and TomorrowNow. If that is the intent of this request, then to respond to this

12 request, Defendants would have to analyze each individual object in each fix or update contained

13 within each master bundle. Defendants, therefore, object on the basis that this request is

14 compound, overly broad and unduly burdensome because it seeks an admission regarding

15 thousands of separate activities that (1) involved many thousands of objects, (2) involved

16 numerous employees, (3) took place over several years, and (4) would require Defendants to

17 review enormous volumes of business records to attempt to determine an answer, if possible, for

18 each of the numerous objects contained within the referenced fixes and updates. Moreover,

19 Defendants object to this request on the basis that Defendants' burden associated with responding

20 to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

21 through this request, especially because the available documents, data and other information from

22 which the answer, if any, could be derived in response to this request have been produced by

23 Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

24 information is now as equally accessible to Plaintiffs as it is to Defendants. Subject to and

25 without waiving the foregoing objections and qualifications, Defendants respond as follows:

26       ADMITTED on the following qualified basis: For at least one of the objects associated

27 with the master bundle records referenced in the first two columns of Exhibit A, after

28 TomorrowNow applied the object to an existing environment specific to TomorrowNow's retrofit

1    support of specific TomorrowNow customers and the name of that environment was changed to

2    signify that the object had been applied, that environment would be used in part to help generate

3    the next scheduled object for TomorrowNow's retrofit support of specific TomorrowNow

4    customers.  To the extent not admitted, this request is DENIED.

5    **REQUEST FOR ADMISSION NO. 564:**

6         Admit that for each Fix or Update listed in the first two columns of Exhibit A, the

7    documentation delivered to Customers along with such Fix or Update, such as instruction

8    documents, guide documents, or notes documents, was generated in part by Copying significant

9    portions of documentation originally published by PeopleSoft.

10   **RESPONSE TO REQUEST FOR ADMISSION NO. 564:**

11        Defendants object to this request on the grounds stated in the General Objections and

12   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13   respect to the information sought in this request because Defendants SAP AG and SAP America

14   have no additional knowledge separate and apart from the information provided by Defendant

15   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

16   "Fix," "Update," "documentation," "delivered," "such as instruction documents, guide documents,

17   or notes documents," "generated," "copying," "significant portions," and "originally published by

18   PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and

19   ambiguous.  Defendants object to the phrase "in party by copying significant portions of

20   documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

21   Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

22   database.  The master bundles are not the actual objects that are developed for TomorrowNow

23   customers.  Master bundles and master fixes are records that simply identify problems for which

24   TomorrowNow generally developed objects to resolve.  The object development often took place

25   at the release level, source level, and customer level.  If this request is actually asking for

26   information related to each and every object TomorrowNow developed, this number is more in

27   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

28   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Defendants would have to analyze each individual object in each fix or update contained within

2    each master bundle.  Defendants, therefore, object to this request as compound and unduly

3    burdensome in that this request seeks information and activities that (1) involved many thousands

4    of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

5    require Defendants to review substantial business records to determine an answer, if possible, for

6    each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

7    burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

8    the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

9           Subject to the General Objections and Responses and these specific objections, after a

10   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

11   sufficient knowledge and information to either admit or deny these requests, as the information

12   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

13   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

14   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 564:**

15          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

16   General Objections noted above. Defendants' response is based solely on Defendant

17   TomorrowNow's knowledge with respect to the information sought in this request because

18   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

19   information provided by Defendant TomorrowNow in this response.  Defendants object to the

20   request because the terms and phrases "fix," "update," "documentation," "delivered," "such as

21   instruction documents, guide documents, or notes documents," "generated," "copying,"

22   "significant portions," and "originally published by PeopleSoft" make this request overly broad

23   vague and ambiguous.  Defendants object to the phrase "in part by copying significant portions of

24   documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

25   Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

26   SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

27   updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

28   are records that describe the issue to be addressed and then serve as a record keeping device and

1    reference for that issue and related activity TomorrowNow undertook to address that issue.  The

2    actual development of customer-specific objects included in customer-specific fixes and updates

3    was referenced to a "master bundle" or "master fix" record for identification and record keeping

4    purposes. Thus, if this request seeks an admission related to each and every object related to each

5    and every customer-specific fix or update that TomorrowNow developed, then this single request

6    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

7    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

8    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

9    intent of this request, then to respond to this request, Defendants would have to analyze each

10   individual object in each fix or update contained within each master bundle.  Defendants,

11   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

12   because it seeks an admission regarding thousands of separate activities that (1) involved many

13   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

14   would require Defendants to review enormous volumes of business records to attempt to

15   determine an answer, if possible, for each of the numerous objects contained within the

16   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

17   Defendants' burden associated with responding to this request is substantially similar to the

18   burden for Plaintiffs to obtain the information sought through this request, especially because the

19   available documents, data and other information from which the answer, if any, could be derived

20   in response to this request have been produced by Defendants in response to Plaintiffs' other

21   discovery requests and thus any relevant, available information is now as equally accessible to

22   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

23   qualifications, Defendants respond as follows:

24        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

25   information Defendants currently know or can readily obtain, Defendants have insufficient

26   information to admit or deny this request.

27   **REQUEST FOR ADMISSION NO. 565**:

28        Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

1   A, the documentation delivered to Customers along with such Fix or Update, such as instruction

2   documents, guide documents, or notes documents, was generated in part by Copying significant

3   portions of documentation originally published by PeopleSoft.

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 565:**

5   Defendants object to this request on the grounds stated in the General Objections and

6   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7   respect to the information sought in this request because Defendants SAP AG and SAP America

8   have no additional knowledge separate and apart from the information provided by Defendant

9   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

10   "Fix(es)," "Updates," "majority," "documentation," "delivered," "such as instruction documents,

11   guide documents, or notes documents," "generated," "copying," "significant portions" and

12   "originally published by PeopleSoft" are subject to multiple meanings and, as such, are overly

13   broad, vague, and ambiguous.  Defendants object to the phrase "in party by copying significant

14   portions of documentation originally published by PeopleSoft" as calling for a legal conclusion.

15   Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

16   the SAS database.  The master bundles are not the actual objects that are developed for

17   TomorrowNow customers.  Master bundles and master fixes are records that simply identify

18   problems for which TomorrowNow generally developed objects to resolve.   The object

19   development often took place at the release level, source level, and customer level.  If this request

20   is actually asking for information related to each and every object TomorrowNow developed, this

21   number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

22   Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

23   question, Defendants would have to analyze each individual object in each fix or update

24   contained within each master bundle.  Defendants, therefore, object to this request as compound

25   and unduly burdensome in that this request seeks information and activities that (1) involved

26   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

27   and (4) would require Defendants to review substantial business records to determine an answer,

28   if possible, for each of the numerous numbers of objects contained within the fixes and updates,

1   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

2   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

3   Defendants.

4       Subject to the General Objections and Responses and these specific objections, after a

5   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6   sufficient knowledge and information to either admit or deny these requests, as the information

7   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 565:**

10      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11  General Objections noted above. Defendants' response is based solely on Defendant

12  TomorrowNow's knowledge with respect to the information sought in this request because

13  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14  information provided by Defendant TomorrowNow in this response.  Defendants object to the

15  request because the terms and phrases "fix," "update," "documentation," "delivered," "such as

16  instruction documents, guide documents, or notes documents," "generated," "copying,"

17  "significant portions," and "originally published by PeopleSoft" make this request overly broad

18  vague and ambiguous.  Defendants object to the phrase "in part by copying significant portions of

19  documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

20  Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

21  SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

22  updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

23  are records that describe the issue to be addressed and then serve as a record keeping device and

24  reference for that issue and related activity TomorrowNow undertook to address that issue.  The

25  actual development of customer-specific objects included in customer-specific fixes and updates

26  was referenced to a "master bundle" or "master fix" record for identification and record keeping

27  purposes. Thus, if this request seeks an admission related to each and every object related to each

28  and every customer-specific fix or update that TomorrowNow developed, then this single request

1    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

2    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

3    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

4    intent of this request, then to respond to this request, Defendants would have to analyze each

5    individual object in each fix or update contained within each master bundle.  Defendants,

6    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

7    because it seeks an admission regarding thousands of separate activities that (1) involved many

8    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

9    would require Defendants to review enormous volumes of business records to attempt to

10   determine an answer, if possible, for each of the numerous objects contained within the

11   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

12   Defendants' burden associated with responding to this request is substantially similar to the

13   burden for Plaintiffs to obtain the information sought through this request, especially because the

14   available documents, data and other information from which the answer, if any, could be derived

15   in response to this request have been produced by Defendants in response to Plaintiffs' other

16   discovery requests and thus any relevant, available information is now as equally accessible to

17   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

18   qualifications, Defendants respond as follows:

19       ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

20   for the majority of the objects (meaning at least one object more than half of the total objects)

21   associated with the master bundle records referenced in the first two columns of Exhibit A, the

22   documentation that was delivered with an object to a TomorrowNow customer was generated in

23   part by using certain portions of documentation posted with a PeopleSoft tax update.  To the

24   extent not admitted, this request is DENIED.

25   **REQUEST FOR ADMISSION NO. 566:**

26       Admit that for the some Fixes or Updates listed in the first two columns of Exhibit A, the

27   documentation delivered to Customers along with such Fix or Update, such as instruction

28

1   documents, guide documents, or notes documents, was generated in part by Copying significant

2   portions of documentation originally published by PeopleSoft.

3   **RESPONSE TO REQUEST FOR ADMISSION NO. 566:**

4          Defendants object to this request on the grounds stated in the General Objections and

5   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

6   respect to the information sought in this request because Defendants SAP AG and SAP America

7   have no additional knowledge separate and apart from the information provided by Defendant

8   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

9   "Fix(es)," "Updates," "documentation," "delivered," "such as instruction documents, guide

10  documents, or notes documents," "generated," "copying," "significant portions," "some," and

11  "originally published by PeopleSoft" are subject to multiple meanings and, as such, are overly

12  broad, vague, and ambiguous.  Defendants object to the phrase "in party by copying significant

13  portions of documentation originally published by PeopleSoft" as calling for a legal conclusion.

14  Further, Exhibit A lists the names of master bundles as that term was used by TomorrowNow in

15  the SAS database.  The master bundles are not the actual objects that are developed for

16  TomorrowNow customers.  Master bundles and master fixes are records that simply identify

17  problems for which TomorrowNow generally developed objects to resolve.   The object

18  development often took place at the release level, source level, and customer level.  If this request

19  is actually asking for information related to each and every object TomorrowNow developed, this

20  number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

21  Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

22  question, Defendants would have to analyze each individual object in each fix or update

23  contained within each master bundle.  Defendants, therefore, object to this request as compound

24  and unduly burdensome in that this request seeks information and activities that (1) involved

25  many thousands of objects, (2) involved numerous employees, (3) took place over several years,

26  and (4) would require Defendants to review substantial business records to determine an answer,

27  if possible, for each of the numerous numbers of objects contained within the fixes and updates,

28  and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    do so given that the available information is at least as equally accessible to Plaintiffs as it is to

2    Defendants.

3         Subject to the General Objections and Responses and these specific objections, after a

4    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

5    sufficient knowledge and information to either admit or deny these requests, as the information

6    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

7    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

8    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 566:**

9         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

10   General Objections noted above. Defendants' response is based solely on Defendant

11   TomorrowNow's knowledge with respect to the information sought in this request because

12   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

13   information provided by Defendant TomorrowNow in this response.  Defendants object to the

14   request because the terms and phrases "fix," "update," "documentation," "delivered," "such as

15   instruction documents, guide documents, or notes documents," "generated," "copying,"

16   "significant portions," and "originally published by PeopleSoft" make this request overly broad

17   vague and ambiguous.  Defendants object to the phrase "in part by copying significant portions

18   documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

19   Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

20   SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

21   updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

22   are records that describe the issue to be addressed and then serve as a record keeping device and

23   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

24   actual development of customer-specific objects included in customer-specific fixes and updates

25   was referenced to a "master bundle" or "master fix" record for identification and record keeping

26   purposes. Thus, if this request seeks an admission related to each and every object related to each

27   and every customer-specific fix or update that TomorrowNow developed, then this single request

28   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

1   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

2   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

3   intent of this request, then to respond to this request, Defendants would have to analyze each

4   individual object in each fix or update contained within each master bundle.  Defendants,

5   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

6   because it seeks an admission regarding thousands of separate activities that (1) involved many

7   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

8   would require Defendants to review enormous volumes of business records to attempt to

9   determine an answer, if possible, for each of the numerous objects contained within the

10  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

11  Defendants' burden associated with responding to this request is substantially similar to the

12  burden for Plaintiffs to obtain the information sought through this request, especially because the

13  available documents, data and other information from which the answer, if any, could be derived

14  in response to this request have been produced by Defendants in response to Plaintiffs' other

15  discovery requests and thus any relevant, available information is now as equally accessible to

16  Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

17  "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

18  letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

19  respond as follows:

20          ADMITTED on the following qualified basis:  For some of the objects (meaning more

21  than one) associated with the master bundle records referenced in the first two columns of Exhibit

22  A, the documentation that was delivered with an object to a TomorrowNow customer was

23  generated in part by using certain portions of documentation posted with a PeopleSoft tax update.

24  To the extent not admitted, this request is DENIED.

25  **REQUEST FOR ADMISSION NO. 567:**

26          Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, the

27  documentation delivered to Customers along with such Fix or Update, such as instruction

28  documents, guide documents, or notes documents, was generated in part by Copying significant

1   portions of documentation originally published by PeopleSoft.

2   **RESPONSE TO REQUEST FOR ADMISSION NO. 567:**

3   　　　　Defendants object to this request on the grounds stated in the General Objections and

4   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5   respect to the information sought in this request because Defendants SAP AG and SAP America

6   have no additional knowledge separate and apart from the information provided by Defendant

7   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

8   "Fix," "Update," "documentation," "delivered," "such as instruction documents, guide documents,

9   or notes documents," "generated," "copying," "significant portions," and "originally published by

10  PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and

11  ambiguous.  Defendants object to the phrase "in party by copying significant portions of

12  documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

13  Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

14  database.  The master bundles are not the actual objects that are developed for TomorrowNow

15  customers.  Master bundles and master fixes are records that simply identify problems for which

16  TomorrowNow generally developed objects to resolve.   The object development often took place

17  at the release level, source level, and customer level.  If this request is actually asking for

18  information related to each and every object TomorrowNow developed, this number is more in

19  line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

20  Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

21  Defendants would have to analyze each individual object in each fix or update contained within

22  each master bundle.  Defendants, therefore, object to this request as compound and unduly

23  burdensome in that this request seeks information and activities that (1) involved many thousands

24  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

25  require Defendants to review substantial business records to determine an answer, if possible, for

26  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

27  burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

28  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

1    Subject to the General Objections and Responses and these specific objections, after a

2    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

3    sufficient knowledge and information to either admit or deny these requests, as the information

4    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

5    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

6    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 567:**

7    Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

8    General Objections noted above. Defendants' response is based solely on Defendant

9    TomorrowNow's knowledge with respect to the information sought in this request because

10   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

11   information provided by Defendant TomorrowNow in this response.  Defendants object to the

12   request because the terms and phrases "fix," "update," "documentation," "delivered," "such as

13   instruction documents, guide documents, or notes documents," "generated," "copying,"

14   "significant portions," and "originally published by PeopleSoft" make this request overly broad

15   vague and ambiguous.  Defendants object to the phrase "in part by copying significant portions of

16   documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

17   Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

18   SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

19   updates that are developed for TomorrowNow's customers.  "Master bundles" and "master fixes"

20   are records that describe the issue to be addressed and then serve as a record keeping device and

21   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

22   actual development of customer-specific objects included in customer-specific fixes and updates

23   was referenced to a "master bundle" or "master fix" record for identification and record keeping

24   purposes. Thus, if this request seeks an admission related to each and every object related to each

25   and every customer-specific fix or update that TomorrowNow developed, then this single request

26   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

27   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

28   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

1    intent of this request, then to respond to this request, Defendants would have to analyze each

2    individual object in each fix or update contained within each master bundle.  Defendants,

3    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

4    because it seeks an admission regarding thousands of separate activities that (1) involved many

5    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

6    would require Defendants to review enormous volumes of business records to attempt to

7    determine an answer, if possible, for each of the numerous objects contained within the

8    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

9    Defendants' burden associated with responding to this request is substantially similar to the

10   burden for Plaintiffs to obtain the information sought through this request, especially because the

11   available documents, data and other information from which the answer, if any, could be derived

12   in response to this request have been produced by Defendants in response to Plaintiffs' other

13   discovery requests and thus any relevant, available information is now as equally accessible to

14   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

15   qualifications, Defendants respond as follows:

16        ADMITTED on the following qualified basis:  For at least one of the objects associated

17   with the master bundle records referenced in the first two columns of Exhibit A, the

18   documentation that was delivered with an object to a TomorrowNow customer was generated in

19   part by using certain portions of documentation posted with a PeopleSoft tax update.  To the

20   extent not admitted, this request is DENIED.

21   **REQUEST FOR ADMISSION NO. 568:**

22        Admit that for each Fix or Update listed in the first two columns of Exhibit A, the

23   documentation delivered to Customers along with such Fix or Update, such as instruction

24   documents, guide documents, or notes documents, was generated in part by Copying some

25   portion of documentation originally published by PeopleSoft.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 568:**

27        Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1    respect to the information sought in this request because Defendants SAP AG and SAP America

2    have no additional knowledge separate and apart from the information provided by Defendant

3    TomorrowNow in this response. Defendants object to the request because the terms and phrases

4    "Fix," "Update," "documentation," "delivered," "such as instruction documents, guide documents,

5    or notes documents," "generated," "copying," "some portion," and "originally published by

6    PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and

7    ambiguous. Defendants object to the phrase "in part by copying some portion of documentation

8    originally published by PeopleSoft" as calling for a legal conclusion. Further, Exhibit A lists the

9    names of master bundles as that term was used by TomorrowNow in the SAS database. The

10   master bundles are not the actual objects that are developed for TomorrowNow customers.

11   Master bundles and master fixes are records that simply identify problems for which

12   TomorrowNow generally developed objects to resolve. The object development often took place

13   at the release level, source level, and customer level. If this request is actually asking for

14   information related to each and every object TomorrowNow developed, this number is more in

15   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

16   Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question,

17   Defendants would have to analyze each individual object in each fix or update contained within

18   each master bundle. Defendants, therefore, object to this request as compound and unduly

19   burdensome in that this request seeks information and activities that (1) involved many thousands

20   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

21   require Defendants to review substantial business records to determine an answer, if possible, for

22   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

23   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

24   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

25        Subject to the General Objections and Responses and these specific objections, after a

26   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

27   sufficient knowledge and information to either admit or deny these requests, as the information

28   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

1  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

2  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 568:**

3          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4  General Objections noted above. Defendants' response is based solely on Defendant

5  TomorrowNow's knowledge with respect to the information sought in this request because

6  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7  information provided by Defendant TomorrowNow in this response.  Defendants object to the

8  request because the terms and phrases "fix," "update," "documentation," "delivered," "such as

9  instruction documents, guide documents, or notes documents," "generated," "copying," and

10  "originally published by PeopleSoft" makes this request overly broad vague and ambiguous.

11  Defendants object to the phrase "in part by copying some portion of documentation originally

12  published by PeopleSoft" as calling for a legal conclusion.  Further, Exhibit A lists the names of

13  "master bundles" as that phrase was used by TomorrowNow in the SAS database.

14  TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

15  developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

16  describe the issue to be addressed and then serve as a record keeping device and reference for that

17  issue and related activity TomorrowNow undertook to address that issue.  The actual

18  development of customer-specific objects included in customer-specific fixes and updates was

19  referenced to a "master bundle" or "master fix" record for identification and record keeping

20  purposes. Thus, if this request seeks an admission related to each and every object related to each

21  and every customer-specific fix or update that TomorrowNow developed, then this single request

22  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

23  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

24  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

25  intent of this request, then to respond to this request, Defendants would have to analyze each

26  individual object in each fix or update contained within each master bundle.  Defendants,

27  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

28  because it seeks an admission regarding thousands of separate activities that (1) involved many

1   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

2   would require Defendants to review enormous volumes of business records to attempt to

3   determine an answer, if possible, for each of the numerous objects contained within the

4   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

5   Defendants' burden associated with responding to this request is substantially similar to the

6   burden for Plaintiffs to obtain the information sought through this request, especially because the

7   available documents, data and other information from which the answer, if any, could be derived

8   in response to this request have been produced by Defendants in response to Plaintiffs' other

9   discovery requests and thus any relevant, available information is now as equally accessible to

10   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

11   qualifications, Defendants respond as follows:

12          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

13   information Defendants currently know or can readily obtain, Defendants have insufficient

14   information to admit or deny this request.

15   **REQUEST FOR ADMISSION NO. 569:**

16          Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit

17   A, the documentation delivered to Customers along with such Fix or Update, such as instruction

18   documents, guide documents, or notes documents, was generated in part by Copying some

19   portion of documentation originally published by PeopleSoft.

20   **RESPONSE TO REQUEST FOR ADMISSION NO. 569:**

21          Defendants object to this request on the grounds stated in the General Objections and

22   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23   respect to the information sought in this request because Defendants SAP AG and SAP America

24   have no additional knowledge separate and apart from the information provided by Defendant

25   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

26   "Fix(es)," "Update," "majority," "documentation," "delivered," "such as instruction documents,

27   guide documents, or notes documents," "generated," "copying," "some portion," and "originally

28   published by PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague,

1   and ambiguous.  Defendants object to the phrase "in part by copying some portion of

2   documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

3   Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

4   database.  The master bundles are not the actual objects that are developed for TomorrowNow

5   customers.  Master bundles and master fixes are records that simply identify problems for which

6   TomorrowNow generally developed objects to resolve.   The object development often took place

7   at the release level, source level, and customer level.  If this request is actually asking for

8   information related to each and every object TomorrowNow developed, this number is more in

9   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

10  Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

11  Defendants would have to analyze each individual object in each fix or update contained within

12  each master bundle.  Defendants, therefore, object to this request as compound and unduly

13  burdensome in that this request seeks information and activities that (1) involved many thousands

14  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

15  require Defendants to review substantial business records to determine an answer, if possible, for

16  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

17  burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

18  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

19       Subject to the General Objections and Responses and these specific objections, after a

20  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21  sufficient knowledge and information to either admit or deny these requests, as the information

22  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 569:**

25       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26  General Objections noted above. Defendants' response is based solely on Defendant

27  TomorrowNow's knowledge with respect to the information sought in this request because

28  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

1    information provide object to the request because the terms and phrases "fix," "update,"

2    "documentation," "delivered," "such as instruction documents, guide documents, or notes

3    documents," "generated," "copying," and "originally published by PeopleSoft" make this request

4    overly broad vague and ambiguous.  Defendants object to the phrase "in part by copying some

5    portion of documentation originally published by PeopleSoft" as calling for a legal conclusion.

6    Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

7    in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

8    fixes or updates that are developed for TomorrowNow's customers.  "Master bundles" and

9    "master fixes" are records that describe the issue to be addressed and then serve as a record

10   keeping device and reference for that issue and related activity TomorrowNow undertook to

11   address that issue.  The actual development of customer-specific objects included in customer-

12   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

13   identification and record keeping purposes. Thus, if this request seeks an admission related to

14   each and every object related to each and every customer-specific fix or update that

15   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

16   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

17   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

18   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

19   request, Defendants would have to analyze each individual object in each fix or update contained

20   within each master bundle.  Defendants, therefore, object on the basis that this request is

21   compound, overly broad and unduly burdensome because it seeks an admission regarding

22   thousands of separate activities that (1) involved many thousands of objects, (2) involved

23   numerous employees, (3) took place over several years, and (4) would require Defendants to

24   review enormous volumes of business records to attempt to determine an answer, if possible, for

25   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

26   Defendants object to this request on the basis that Defendants' burden associated with responding

27   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

28   through this request, especially because the available documents, data and other information from

1    which the answer, if any, could be derived in response to this request have been produced by

2    Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

3    information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

4    without waiving the foregoing objections and qualifications, Defendants respond as follows:

5           ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

6    for the majority of the objects (meaning at least one object more than half of the total objects)

7    associated with the master bundle records referenced in the first two columns of Exhibit A, the

8    documentation that was delivered with an object to a TomorrowNow customer was generated in

9    part by using certain portions of documentation posted with a PeopleSoft tax update.  To the

10   extent not admitted, this request is DENIED.

11   **REQUEST FOR ADMISSION NO. 570:**

12          Admit that for the some Fixes or Updates listed in the first two columns of Exhibit A, the

13   documentation delivered to Customers along with such Fix or Update, such as instruction

14   documents, guide documents, or notes documents, was generated in part by Copying some

15   portion of documentation originally published by PeopleSoft.

16   **RESPONSE TO REQUEST FOR ADMISSION NO. 570:**

17          Defendants object to this request on the grounds stated in the General Objections and

18   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19   respect to the information sought in this request because Defendants SAP AG and SAP America

20   have no additional knowledge separate and apart from the information provided by Defendant

21   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

22   "Fix(es)," "Updates," "documentation," "delivered," "such as instruction documents, guide

23   documents, or notes documents," "generated," "copying," "some portion," "some," and

24   "originally published by PeopleSoft" are subject to multiple meanings and, as such, are overly

25   broad, vague, and ambiguous.  Defendants object to the phrase "in part by copying some portion

26   of documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

27   Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

28   database.  The master bundles are not the actual objects that are developed for TomorrowNow

1    customers.  Master bundles and master fixes are records that simply identify problems for which

2    TomorrowNow generally developed objects to resolve.   The object development often took place

3    at the release level, source level, and customer level.  If this request is actually asking for

4    information related to each and every object TomorrowNow developed, this number is more in

5    line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

6    Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

7    Defendants would have to analyze each individual object in each fix or update contained within

8    each master bundle.  Defendants, therefore, object to this request as compound and unduly

9    burdensome in that this request seeks information and activities that (1) involved many thousands

10   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

11   require Defendants to review substantial business records to determine an answer, if possible, for

12   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

13   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

14   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

15          Subject to the General Objections and Responses and these specific objections, after a

16   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

17   sufficient knowledge and information to either admit or deny these requests, as the information

18   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

19   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

20   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 570</u>:**

21          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

22   General Objections noted above. Defendants' response is based solely on Defendant

23   TomorrowNow's knowledge with respect to the information sought in this request because

24   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

25   information provided by Defendant TomorrowNow in this response.  Defendants object to the

26   request because the terms and phrases "fix," "update," "documentation," "delivered," "such as

27   instruction documents, guide documents, or notes documents," "generated," "copying," and

28   "originally published by PeopleSoft" make this request overly broad vague and ambiguous.

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Defendants object to the phrase "in part by copying some portion of documentation originally

2    published by PeopleSoft" as calling for a legal conclusion.  Further, Exhibit A lists the names of

3    "master bundles" as that phrase was used by TomorrowNow in the SAS database.

4    TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

5    developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

6    describe the issue to be addressed and then serve as a record keeping device and reference for that

7    issue and related activity TomorrowNow undertook to address that issue.  The actual

8    development of customer-specific objects included in customer-specific fixes and updates was

9    referenced to a "master bundle" or "master fix" record for identification and record keeping

10   purposes. Thus, if this request seeks an admission related to each and every object related to each

11   and every customer-specific fix or update that TomorrowNow developed, then this single request

12   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

13   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

14   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

15   intent of this request, then to respond to this request, Defendants would have to analyze each

16   individual object in each fix or update contained within each master bundle.  Defendants,

17   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

18   because it seeks an admission regarding thousands of separate activities that (1) involved many

19   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

20   would require Defendants to review enormous volumes of business records to attempt to

21   determine an answer, if possible, for each of the numerous objects contained within the

22   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

23   Defendants' burden associated with responding to this request is substantially similar to the

24   burden for Plaintiffs to obtain the information sought through this request, especially because the

25   available documents, data and other information from which the answer, if any, could be derived

26   in response to this request have been produced by Defendants in response to Plaintiffs' other

27   discovery requests and thus any relevant, available information is now as equally accessible to

28   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

1    "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

2    letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

3    respond as follows:

4          ADMITTED on the following qualified basis:  For some of the objects (meaning more

5    than one) associated with the master bundle records referenced in the first two columns of Exhibit

6    A, the documentation that was delivered with an object to a TomorrowNow customer was

7    generated in part by using certain portions of documentation posted with a PeopleSoft tax update.

8    To the extent not admitted, this request is DENIED.

9    **REQUEST FOR ADMISSION NO. 571:**

10         Admit that for at least one Fix or Update listed in the first two columns of Exhibit A, the

11   documentation delivered to Customers along with such Fix or Update, such as instruction

12   documents, guide documents, or notes documents, was generated in part by Copying some

13   portion of documentation originally published by PeopleSoft.

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 571:**

15         Defendants object to this request on the grounds stated in the General Objections and

16   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17   respect to the information sought in this request because Defendants SAP AG and SAP America

18   have no additional knowledge separate and apart from the information provided by Defendant

19   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

20   "Fix," "Update," "documentation," "delivered," "such as instruction documents, guide documents,

21   or notes documents," "generated," "copying," "some portion," and "originally published by

22   PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and

23   ambiguous.  Defendants object to the phrase "in party by copying some portion of documentation

24   originally published by PeopleSoft" as calling for a legal conclusion.  Further, Exhibit A lists the

25   names of master bundles as that term was used by TomorrowNow in the SAS database.  The

26   master bundles are not the actual objects that are developed for TomorrowNow customers.

27   Master bundles and master fixes are records that simply identify problems for which

28   TomorrowNow generally developed objects to resolve.   The object development often took place

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   at the release level, source level, and customer level.  If this request is actually asking for

2   information related to each and every object TomorrowNow developed, this number is more in

3   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

4   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

5   Defendants would have to analyze each individual object in each fix or update contained within

6   each master bundle.  Defendants, therefore, object to this request as compound and unduly

7   burdensome in that this request seeks information and activities that (1) involved many thousands

8   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

9   require Defendants to review substantial business records to determine an answer, if possible, for

10  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

11  burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

12  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

13          Subject to the General Objections and Responses and these specific objections, after a

14  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

15  sufficient knowledge and information to either admit or deny these requests, as the information

16  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

17  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

18  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 571:**

19          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

20  General Objections noted above. Defendants' response is based solely on Defendant

21  TomorrowNow's knowledge with respect to the information sought in this request because

22  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

23  information provided by Defendant TomorrowNow in this response.  Defendants object to the

24  request because the terms and phrases "fix," "update," "documentation," "delivered," "such as

25  instruction documents, guide documents, or notes documents," "generated," "copying," and

26  "originally published by PeopleSoft" make this request overly broad vague and ambiguous.

27  Defendants object to the phrase "in part by copying some portion of documentation originally

28  published by PeopleSoft" as calling for a legal conclusion.  Further, Exhibit A lists the names of

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    "master bundles" as that phrase was used by TomorrowNow in the SAS database.

2    TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

3    developed for TomorrowNow's customers.  "Master bundles" and "master fixes" are records that

4    describe the issue to be addressed and then serve as a record keeping device and reference for that

5    issue and related activity TomorrowNow undertook to address that issue.  The actual

6    development of customer-specific objects included in customer-specific fixes and updates was

7    referenced to a "master bundle" or "master fix" record for identification and record keeping

8    purposes. Thus, if this request seeks an admission related to each and every object related to each

9    and every customer-specific fix or update that TomorrowNow developed, then this single request

10   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

11   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

12   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

13   intent of this request, then to respond to this request, Defendants would have to analyze each

14   individual object in each fix or update contained within each master bundle.  Defendants,

15   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

16   because it seeks an admission regarding thousands of separate activities that (1) involved many

17   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

18   would require Defendants to review enormous volumes of business records to attempt to

19   determine an answer, if possible, for each of the numerous objects contained within the

20   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

21   Defendants' burden associated with responding to this request is substantially similar to the

22   burden for Plaintiffs to obtain the information sought through this request, especially because the

23   available documents, data and other information from which the answer, if any, could be derived

24   in response to this request have been produced by Defendants in response to Plaintiffs' other

25   discovery requests and thus any relevant, available information is now as equally accessible to

26   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

27   qualifications, Defendants respond as follows:

28        ADMITTED on the following qualified basis:  For at least one of the objects associated

1   with the master bundle records referenced in the first two columns of Exhibit A, the

2   documentation that was delivered with an object to a TomorrowNow customer was generated in

3   part by using certain portions of documentation posted with a PeopleSoft tax update.  To the

4   extent not admitted, this request is DENIED.

5   **REQUEST FOR ADMISSION NO. 572:**

6          Admit that each Fix or Update listed in Exhibit B (a list of certain "Master Fixes" from

7   SAS, produced by Defendants at TN-OR04446719) was Developed in part by using PeopleSoft

8   application software that TN originally obtained from one or more Customers.

9   **RESPONSE TO REQUEST FOR ADMISSION NO. 572:**

10         Defendants object to this request on the grounds stated in the General Objections and

11  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12  respect to the information sought in this request because Defendants SAP AG and SAP America

13  have no additional knowledge separate and apart from the information provided by Defendant

14  TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

15  "Update," "developed," "application software," and "obtained" are subject to multiple meanings

16  and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit B lists the names of

17  master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

18  not the actual objects that are developed for TomorrowNow customers.  Master fixes are records

19  that simply identify problems for which TomorrowNow generally developed objects to resolve.

20  The object development often took place at the release level, source level, and customer level.  If

21  this request is actually asking for information related to each and every object TomorrowNow

22  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

23  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

24  respond to this question, Defendants would have to analyze each individual object in each fix or

25  update contained within each master fix.  Defendants, therefore, object to this request as

26  compound and unduly burdensome in that this request seeks information and activities that (1)

27  involved many thousands of objects, (2) involved numerous employees, (3) took place over

28  several years, and (4) would require Defendants to review substantial business records to

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    determine an answer, if possible, for each of the numerous numbers of objects contained within

2    the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

3    burden for Plaintiffs to do so given that the available information is at least as equally accessible

4    to Plaintiffs as it is to Defendants.

5          Subject to the General Objections and Responses and these specific objections, after a

6    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7    sufficient knowledge and information to either admit or deny these requests, as the information

8    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9    manner."  On this basis, therefore, these requests are DENIED.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 572:**

11         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response.  Defendants object to the

16   request because the terms "fix," "update," "application software," and "obtained" are capable of

17   multiple meanings and thus, make this request overly broad, vague and ambiguous.  Further,

18   Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS

19   database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates

20   that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are

21   records that describe the issue to be addressed and then serve as a record keeping device and

22   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

23   actual development of customer-specific objects included in customer-specific fixes and updates

24   was referenced to a "master bundle" or "master fix" record for identification and record keeping

25   purposes. Thus, if this request seeks an admission related to each and every object related to each

26   and every customer-specific fix or update that TomorrowNow developed, then this single request

27   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

28   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

2  intent of this request, then to respond to this request, Defendants would have to analyze each

3  individual object in each fix or update contained within each master bundle.  Defendants,

4  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

5  because it seeks an admission regarding thousands of separate activities that (1) involved many

6  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

7  would require Defendants to review enormous volumes of business records to attempt to

8  determine an answer, if possible, for each of the numerous objects contained within the

9  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

10  Defendants' burden associated with responding to this request is substantially similar to the

11  burden for Plaintiffs to obtain the information sought through this request, especially because the

12  available documents, data and other information from which the answer, if any, could be derived

13  in response to this request have been produced by Defendants in response to Plaintiffs' other

14  discovery requests and thus any relevant, available information is now as equally accessible to

15  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

16  qualifications, Defendants respond as follows:

17       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

18  information Defendants currently know or can readily obtain, Defendants have insufficient

19  information to admit or deny this request.

20  **REQUEST FOR ADMISSION NO. 573:**

21       Admit that the majority of Fixes or Updates listed in Exhibit B were Developed in part by

22  using PeopleSoft application software that TN originally obtained from one or more Customers.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 573:**

24       Defendants object to this request on the grounds stated in the General Objections and

25  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

26  respect to the information sought in this request because Defendants SAP AG and SAP America

27  have no additional knowledge separate and apart from the information provided by Defendant

28  TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

1   "Updates," "majority," "developed," "application software," and "obtained" are subject to

2   multiple meanings and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit B lists

3   the names of master fixes as that term was used by TomorrowNow in the SAS database.  The

4   master fixes are not the actual objects that are developed for TomorrowNow customers.  Master

5   fixes are records that simply identify problems for which TomorrowNow generally developed

6   objects to resolve.   The object development often took place at the release level, source level, and

7   customer level.  If this request is actually asking for information related to each and every object

8   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

9   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

10  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

11  object in each fix or update contained within each master fix.  Defendants, therefore, object to this

12  request as compound and unduly burdensome in that this request seeks information and activities

13  that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

14  over several years, and (4) would require Defendants to review substantial business records to

15  determine an answer, if possible, for each of the numerous numbers of objects contained within

16  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

17  burden for Plaintiffs to do so given that the available information is at least as equally accessible

18  to Plaintiffs as it is to Defendants.

19      Subject to the General Objections and Responses and these specific objections, after a

20  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21  sufficient knowledge and information to either admit or deny these requests, as the information

22  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23  manner."  On this basis, therefore, these requests are DENIED.

24  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 573:**

25      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26  General Objections noted above. Defendants' response is based solely on Defendant

27  TomorrowNow's knowledge with respect to the information sought in this request because

28  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

1   information provided by Defendant TomorrowNow in this response.  Defendants object to the

2   request because the terms "fix," "update," "application software," and "obtained" are capable of

3   multiple meanings and thus, make this request overly broad, vague and ambiguous.  Further,

4   Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS

5   database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates

6   that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are

7   records that describe the issue to be addressed and then serve as a record keeping device and

8   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

9   actual development of customer-specific objects included in customer-specific fixes and updates

10  was referenced to a "master bundle" or "master fix" record for identification and record keeping

11  purposes. Thus, if this request seeks an admission related to each and every object related to each

12  and every customer-specific fix or update that TomorrowNow developed, then this single request

13  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

14  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

15  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

16  intent of this request, then to respond to this request, Defendants would have to analyze each

17  individual object in each fix or update contained within each master bundle.  Defendants,

18  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

19  because it seeks an admission regarding thousands of separate activities that (1) involved many

20  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

21  would require Defendants to review enormous volumes of business records to attempt to

22  determine an answer, if possible, for each of the numerous objects contained within the

23  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

24  Defendants' burden associated with responding to this request is substantially similar to the

25  burden for Plaintiffs to obtain the information sought through this request, especially because the

26  available documents, data and other information from which the answer, if any, could be derived

27  in response to this request have been produced by Defendants in response to Plaintiffs' other

28  discovery requests and thus any relevant, available information is now as equally accessible to

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

2    qualifications, Defendants respond as follows:

3         ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

4    the majority of the objects (meaning at least one object more than half of the total objects)

5    associated with the master fix records referenced in Exhibit B were developed in part by using

6    PeopleSoft related applications that TomorrowNow originally obtained from its customers. To the

7    extent not admitted, this request is DENIED.

8    **REQUEST FOR ADMISSION NO. 574:**

9         Admit that some Fixes or Updates listed in Exhibit B were Developed in part by using

10   PeopleSoft application software that TN originally obtained from one or more Customers.

11   **RESPONSE TO REQUEST FOR ADMISSION NO. 574:**

12        Defendants object to this request on the grounds stated in the General Objections and

13   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

14   respect to the information sought in this request because Defendants SAP AG and SAP America

15   have no additional knowledge separate and apart from the information provided by Defendant

16   TomorrowNow in this response.  Defendants object to the request because the terms "Fix(es),"

17   "Updates," "developed," "some," "application software," and "obtained" are subject to multiple

18   meanings and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit B lists the

19   names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

20   fixes are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

21   records that simply identify problems for which TomorrowNow generally developed objects to

22   resolve.   The object development often took place at the release level, source level, and customer

23   level.  If this request is actually asking for information related to each and every object

24   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

25   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

26   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

27   object in each fix or update contained within each master fix.  Defendants, therefore, object to this

28   request as compound and unduly burdensome in that this request seeks information and activities

1    that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

2    over several years, and (4) would require Defendants to review substantial business records to

3    determine an answer, if possible, for each of the numerous numbers of objects contained within

4    the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

5    burden for Plaintiffs to do so given that the available information is at least as equally accessible

6    to Plaintiffs as it is to Defendants.

7         Subject to the General Objections and Responses and these specific objections, after a

8    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

9    sufficient knowledge and information to either admit or deny these requests, as the information

10   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

11   manner."  On this basis, therefore, these requests are DENIED.

12   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 574:**

13        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

14   General Objections noted above. Defendants' response is based solely on Defendant

15   TomorrowNow's knowledge with respect to the information sought in this request because

16   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

17   information provided by Defendant TomorrowNow in this response.  Defendants object to the

18   request because the terms "fix," "update," "application software," and "obtained" are capable of

19   multiple meanings and thus, make this request overly broad, vague and ambiguous.  Further,

20   Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS

21   database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates

22   that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are

23   records that describe the issue to be addressed and then serve as a record keeping device and

24   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

25   actual development of customer-specific objects included in customer-specific fixes and updates

26   was referenced to a "master bundle" or "master fix" record for identification and record keeping

27   purposes. Thus, if this request seeks an admission related to each and every object related to each

28   and every customer-specific fix or update that TomorrowNow developed, then this single request

1   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

2   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

3   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

4   intent of this request, then to respond to this request, Defendants would have to analyze each

5   individual object in each fix or update contained within each master bundle.  Defendants,

6   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

7   because it seeks an admission regarding thousands of separate activities that (1) involved many

8   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

9   would require Defendants to review enormous volumes of business records to attempt to

10  determine an answer, if possible, for each of the numerous objects contained within the

11  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

12  Defendants' burden associated with responding to this request is substantially similar to the

13  burden for Plaintiffs to obtain the information sought through this request, especially because the

14  available documents, data and other information from which the answer, if any, could be derived

15  in response to this request have been produced by Defendants in response to Plaintiffs' other

16  discovery requests and thus any relevant, available information is now as equally accessible to

17  Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

18  "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

19  letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

20  respond as follows:

21      ADMITTED on the following qualified basis:  Some of the objects (meaning more than

22  one) associated with the master fix records referenced in Exhibit B were developed in part by

23  using PeopleSoft related applications that TomorrowNow originally obtained from its customers.

24  To the extent not admitted, this request is DENIED.

25  **REQUEST FOR ADMISSION NO. 575:**

26      Admit that at least one Fix or Update listed in Exhibit B was Developed in part by using

27  PeopleSoft application software that TN originally obtained from one or more Customers.

28

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 575**:

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms "Fix,"

7    "Update," "developed," "application software," and "obtained" are subject to multiple meanings

8    and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit B lists the names of

9    master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

10   not the actual objects that are developed for TomorrowNow customers.  Master fixes are records

11   that simply identify problems for which TomorrowNow generally developed objects to resolve.

12   The object development often took place at the release level, source level, and customer level.  If

13   this request is actually asking for information related to each and every object TomorrowNow

14   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

15   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

16   respond to this question, Defendants would have to analyze each individual object in each fix or

17   update contained within each master fix.  Defendants, therefore, object to this request as

18   compound and unduly burdensome in that this request seeks information and activities that (1)

19   involved many thousands of objects, (2) involved numerous employees, (3) took place over

20   several years, and (4) would require Defendants to review substantial business records to

21   determine an answer, if possible, for each of the numerous numbers of objects contained within

22   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

23   burden for Plaintiffs to do so given that the available information is at least as equally accessible

24   to Plaintiffs as it is to Defendants.

25        Defendants lack sufficient knowledge and information to either admit or deny these

26   requests as the information sought was not tracked, recorded, or maintained by TomorrowNow in

27   a "readily obtainable manner."  On this basis, therefore, these requests are DENIED.  However,

28   Defendant TomorrowNow ADMITS that at least one object developed, under the master fix

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  record, was developed in part by using part of a PeopleSoft application that TN originally

2  obtained from one or more of TomorrowNow's Customers.  To the extent that the request is not

3  admitted, it is DENIED.

4  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 575:**

5        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

6  General Objections noted above. Defendants' response is based solely on Defendant

7  TomorrowNow's knowledge with respect to the information sought in this request because

8  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

9  information provided by Defendant TomorrowNow in this response.  Defendants object to the

10  request because the terms "fix," "update," "application software," and "obtained" are capable of

11  multiple meanings and thus, make this request overly broad, vague and ambiguous.  Further,

12  Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS

13  database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates

14  that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are

15  records that describe the issue to be addressed and then serve as a record keeping device and

16  reference for that issue and related activity TomorrowNow undertook to address that issue.  The

17  actual development of customer-specific objects included in customer-specific fixes and updates

18  was referenced to a "master bundle" or "master fix" record for identification and record keeping

19  purposes. Thus, if this request seeks an admission related to each and every object related to each

20  and every customer-specific fix or update that TomorrowNow developed, then this single request

21  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

22  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

23  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

24  intent of this request, then to respond to this request, Defendants would have to analyze each

25  individual object in each fix or update contained within each master bundle.  Defendants,

26  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

27  because it seeks an admission regarding thousands of separate activities that (1) involved many

28  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

1    would require Defendants to review enormous volumes of business records to attempt to

2    determine an answer, if possible, for each of the numerous objects contained within the

3    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

4    Defendants' burden associated with responding to this request is substantially similar to the

5    burden for Plaintiffs to obtain the information sought through this request, especially because the

6    available documents, data and other information from which the answer, if any, could be derived

7    in response to this request have been produced by Defendants in response to Plaintiffs' other

8    discovery requests and thus any relevant, available information is now as equally accessible to

9    Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

10   qualifications, Defendants respond as follows:

11           ADMITTED on the following qualified basis:  At least one of the objects (meaning more

12   than one) associated with the master fix records referenced in Exhibit B was developed in part by

13   using PeopleSoft related applications that TomorrowNow originally obtained from a customer.

14   To the extent not admitted, this request is DENIED.

15   **REQUEST FOR ADMISSION NO. 576:**

16           Admit that for each Fix or Update listed in Exhibit B, TN identified some set of

17   Customers to whom it would deliver the Fix or Update and determined whether one Fix or

18   Update could be Developed for all such Customers on the release, or whether TN needed to split

19   the Customers on that release into sub-groups (sometimes referred to at TN as "source groups").

20   **RESPONSE TO REQUEST FOR ADMISSION NO. 576:**

21           Defendants object to this request on the grounds stated in the General Objections and

22   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23   respect to the information sought in this request because Defendants SAP AG and SAP America

24   have no additional knowledge separate and apart from the information provided by Defendant

25   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

26   "Fix," "Update," "deliver," "developed," and "source groups" are subject to multiple meanings

27   and, as such, are overly broad, vague, and ambiguous.  Defendants further object that the phrases

28   "determined whether one Fix or Update could be developed for all such customers on the release"

1   and "whether TN needed to split the customers on that release into sub-groups" are subject to

2   multiple meanings and, as such, are vague and ambiguous.  Further, Exhibit B lists the names of

3   master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

4   not the actual objects that are developed for TomorrowNow customers.  Master fixes are records

5   that simply identify problems for which TomorrowNow generally developed objects to resolve.

6   The object development often took place at the release level, source level, and customer level.  If

7   this request is actually asking for information related to each and every object TomorrowNow

8   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

9   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

10  respond to this question, Defendants would have to analyze each individual object in each fix or

11  update contained within each master fix.  Defendants, therefore, object to this request as

12  compound and unduly burdensome in that this request seeks information and activities that (1)

13  involved many thousands of objects, (2) involved numerous employees, (3) took place over

14  several years, and (4) would require Defendants to review substantial business records to

15  determine an answer, if possible, for each of the numerous numbers of objects contained within

16  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

17  burden for Plaintiffs to do so given that the available information is at least as equally accessible

18  to Plaintiffs as it is to Defendants.

19          Subject to the General Objections and Responses and these specific objections, after a

20  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21  sufficient knowledge and information to either admit or deny these requests, as the information

22  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

24  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 576:**

25          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26  General Objections noted above. Defendants' response is based solely on Defendant

27  TomorrowNow's knowledge with respect to the information sought in this request because

28  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

1   information provided by Defendant TomorrowNow in this response.  Defendants object to the

2   request because the terms "fix," "update," and "source groups" are capable of multiple meanings

3   and thus, make this request overly broad, vague and ambiguous.  Defendants further object that

4   the phrases "determined whether one Fix or Update could be developed for all such customers on

5   the release" and "whether TN needed to split the customers on that release into sub-groups" are

6   subject to multiple meanings and, as such, are overly broad, vague and ambiguous.  Further,

7   Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS

8   database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates

9   that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are

10  records that describe the issue to be addressed and then serve as a record keeping device and

11  reference for that issue and related activity TomorrowNow undertook to address that issue.  The

12  actual development of customer-specific objects included in customer-specific fixes and updates

13  was referenced to a "master bundle" or "master fix" record for identification and record keeping

14  purposes. Thus, if this request seeks an admission related to each and every object related to each

15  and every customer-specific fix or update that TomorrowNow developed, then this single request

16  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

17  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

18  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

19  intent of this request, then to respond to this request, Defendants would have to analyze each

20  individual object in each fix or update contained within each master bundle.  Defendants,

21  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

22  because it seeks an admission regarding thousands of separate activities that (1) involved many

23  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

24  would require Defendants to review enormous volumes of business records to attempt to

25  determine an answer, if possible, for each of the numerous objects contained within the

26  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

27  Defendants' burden associated with responding to this request is substantially similar to the

28  burden for Plaintiffs to obtain the information sought through this request, especially because the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1 available documents, data and other information from which the answer, if any, could be derived

2 in response to this request have been produced by Defendants in response to Plaintiffs' other

3 discovery requests and thus any relevant, available information is now as equally accessible to

4 Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

5 qualifications, Defendants respond as follows:

6     DENIED on the basis that Defendants have made a reasonable inquiry and based on the

7 information Defendants currently know or can readily obtain, Defendants have insufficient

8 information to admit or deny this request.

9 **REQUEST FOR ADMISSION NO. 577:**

10     Admit that for the majority of Fixes or Updates listed in Exhibit B, TN identified some set

11 of Customers to whom it would deliver the Fix or Update and determined whether one Fix or

12 Update could be Developed for all such Customers on the release, or whether TN needed to split

13 the Customers on that release into sub-groups (sometimes referred to at TN as "source groups").

14 **RESPONSE TO REQUEST FOR ADMISSION NO. 577:**

15     Defendants object to this request on the grounds stated in the General Objections and

16 Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17 respect to the information sought in this request because Defendants SAP AG and SAP America

18 have no additional knowledge separate and apart from the information provided by Defendant

19 TomorrowNow in this response.  Defendants object to the request because the terms and phrases

20 "Fix(es)," "Updates," "majority," "deliver," "developed," and "source groups" are subject to

21 multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants further

22 object that the phrases "determined whether one Fix or Update could be developed for all such

23 customers on the release" and "whether TN needed to split the customers on that release into sub-

24 groups" are subject to multiple meanings and, as such, are vague and ambiguous.  Further,

25 Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS

26 database.  The master fixes are not the actual objects that are developed for TomorrowNow

27 customers.  Master fixes are records that simply identify problems for which TomorrowNow

28 generally developed objects to resolve.   The object development often took place at the release

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   level, source level, and customer level.  If this request is actually asking for information related to

2   each and every object TomorrowNow developed, this number is more in line with the 33,185

3   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

4   SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

5   analyze each individual object in each fix or update contained within each master fix.  Defendants,

6   therefore, object to this request as compound and unduly burdensome in that this request seeks

7   information and activities that (1) involved many thousands of objects, (2) involved numerous

8   employees, (3) took place over several years, and (4) would require Defendants to review

9   substantial business records to determine an answer, if possible, for each of the numerous

10  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

11  would be substantially similar to the burden for Plaintiffs to do so given that the available

12  information is at least as equally accessible to Plaintiffs as it is to Defendants.

13          Subject to the General Objections and Responses and these specific objections, after a

14  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

15  sufficient knowledge and information to either admit or deny these requests, as the information

16  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

17  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

18  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 577:**

19          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

20  General Objections noted above. Defendants' response is based solely on Defendant

21  TomorrowNow's knowledge with respect to the information sought in this request because

22  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

23  information provided by Defendant TomorrowNow in this response.  Defendants object to the

24  request because the terms "fix," "update," and "source groups" are capable of multiple meanings

25  and thus, make this request overly broad, vague and ambiguous.  Defendants further object that

26  the phrases "determined whether one Fix or Update could be developed for all such customers on

27  the release" and "whether TN needed to split the customers on that release into sub-groups" are

28  subject to multiple meanings and, as such, are vague and ambiguous.  Further, Exhibit B lists the

1    names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

2    TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

3    developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

4    describe the issue to be addressed and then serve as a record keeping device and reference for that

5    issue and related activity TomorrowNow undertook to address that issue.  The actual

6    development of customer-specific objects included in customer-specific fixes and updates was

7    referenced to a "master bundle" or "master fix" record for identification and record keeping

8    purposes. Thus, if this request seeks an admission related to each and every object related to each

9    and every customer-specific fix or update that TomorrowNow developed, then this single request

10   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

11   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

12   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

13   intent of this request, then to respond to this request, Defendants would have to analyze each

14   individual object in each fix or update contained within each master bundle.  Defendants,

15   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

16   because it seeks an admission regarding thousands of separate activities that (1) involved many

17   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

18   would require Defendants to review enormous volumes of business records to attempt to

19   determine an answer, if possible, for each of the numerous objects contained within the

20   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

21   Defendants' burden associated with responding to this request is substantially similar to the

22   burden for Plaintiffs to obtain the information sought through this request, especially because the

23   available documents, data and other information from which the answer, if any, could be derived

24   in response to this request have been produced by Defendants in response to Plaintiffs' other

25   discovery requests and thus any relevant, available information is now as equally accessible to

26   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

27   qualifications, Defendants respond as follows:

28        ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

1   for the majority of the objects (meaning at least one object more than half of the total objects)

2   associated with the master fix records referenced in Exhibit B, TomorrowNow employees

3   identified a set of TomorrowNow customers that needed the object and TomorrowNow

4   employees determined if the object could either be developed at the release level for a specific

5   group of customers within a release level or on a customer-by-customer basis.  To the extent not

6   admitted, this request is DENIED.

7   **REQUEST FOR ADMISSION NO. 578:**

8         Admit that for some of the Fixes or Updates listed in Exhibit B, TN identified some set of

9   Customers to whom it would deliver the Fix or Update and determined whether one Fix or

10   Update could be Developed for all such Customers on the release, or whether TN needed to split

11   the Customers on that release into sub-groups (sometimes referred to at TN as "source groups").

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 578:**

13         Defendants object to this request on the grounds stated in the General Objections and

14   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15   respect to the information sought in this request because Defendants SAP AG and SAP America

16   have no additional knowledge separate and apart from the information provided by Defendant

17   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

18   "Fixes," "Updates," "deliver," "developed," "some," and "source groups" are subject to multiple

19   meanings and, as such, are overly broad, vague, and ambiguous.  Defendants further object that

20   the phrases "determined whether one Fix or Update could be developed for all such customers on

21   the release" and "whether TN needed to split the customers on that release into sub-groups" are

22   subject to multiple meanings and, as such, are vague and ambiguous.  Further, Exhibit B lists the

23   names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

24   fixes are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

25   records that simply identify problems for which TomorrowNow generally developed objects to

26   resolve.   The object development often took place at the release level, source level, and customer

27   level.  If this request is actually asking for information related to each and every object

28   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

2   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

3   object in each fix or update contained within each master fix.  Defendants, therefore, object to this

4   request as compound and unduly burdensome in that this request seeks information and activities

5   that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

6   over several years, and (4) would require Defendants to review substantial business records to

7   determine an answer, if possible, for each of the numerous numbers of objects contained within

8   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

9   burden for Plaintiffs to do so given that the available information is at least as equally accessible

10  to Plaintiffs as it is to Defendants.

11       Subject to the General Objections and Responses and these specific objections, after a

12  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

13  sufficient knowledge and information to either admit or deny these requests, as the information

14  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

15  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

16  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 578:**

17       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18  General Objections noted above. Defendants' response is based solely on Defendant

19  TomorrowNow's knowledge with respect to the information sought in this request because

20  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21  information provided by Defendant TomorrowNow in this response.  Defendants object to the

22  request because the terms "fix," "update," and "source groups" are capable of multiple meanings

23  and thus, make this request overly broad, vague and ambiguous.  Defendants further object that

24  the phrases "determined whether one Fix or Update could be developed for all such customers on

25  the release" and "whether TN needed to split the customers on that release into sub-groups" are

26  subject to multiple meanings and, as such, are vague and ambiguous.  Further, Exhibit B lists the

27  names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

28  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

2    describe the issue to be addressed and then serve as a record keeping device and reference for that

3    issue and related activity TomorrowNow undertook to address that issue.  The actual

4    development of customer-specific objects included in customer-specific fixes and updates was

5    referenced to a "master bundle" or "master fix" record for identification and record keeping

6    purposes. Thus, if this request seeks an admission related to each and every object related to each

7    and every customer-specific fix or update that TomorrowNow developed, then this single request

8    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

9    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

10   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

11   intent of this request, then to respond to this request, Defendants would have to analyze each

12   individual object in each fix or update contained within each master bundle.  Defendants,

13   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

14   because it seeks an admission regarding thousands of separate activities that (1) involved many

15   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

16   would require Defendants to review enormous volumes of business records to attempt to

17   determine an answer, if possible, for each of the numerous objects contained within the

18   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

19   Defendants' burden associated with responding to this request is substantially similar to the

20   burden for Plaintiffs to obtain the information sought through this request, especially because the

21   available documents, data and other information from which the answer, if any, could be derived

22   in response to this request have been produced by Defendants in response to Plaintiffs' other

23   discovery requests and thus any relevant, available information is now as equally accessible to

24   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

25   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

26   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

27   respond as follows:

28        ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   for some of the objects (meaning more than one) associated with the master fix records referenced

2   in Exhibit B, TomorrowNow employees identified a set of TomorrowNow customers that needed

3   the object and TomorrowNow employees determined if the object could either be developed at

4   the release level for a specific group of customers within a release level or on a customer-by-

5   customer basis.  To the extent not admitted, this request is DENIED.

6   **REQUEST FOR ADMISSION NO. 579:**

7   Admit that for at least one Fix or Update listed in Exhibit B, TN identified some set of

8   Customers to whom it would deliver the Fix or Update and determined whether one Fix or

9   Update could be Developed for all such Customers on the release, or whether TN needed to split

10  the Customers on that release into sub-groups (sometimes referred to at TN as "source groups").

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 579:**

12  Defendants object to this request on the grounds stated in the General Objections and

13  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

14  respect to the information sought in this request because Defendants SAP AG and SAP America

15  have no additional knowledge separate and apart from the information provided by Defendant

16  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

17  "Fix," "Update," "deliver," "developed," and "source groups" are subject to multiple meanings

18  and, as such, are overly broad, vague, and ambiguous.  Defendants further object that the phrases

19  "determined whether one Fix or Update could be developed for all such customers on the release"

20  and "whether TN needed to split the customers on that release into sub-groups" are subject to

21  multiple meanings and, as such, are vague and ambiguous.  Further, Exhibit B lists the names of

22  master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

23  not the actual objects that are developed for TomorrowNow customers.  Master fixes are records

24  that simply identify problems for which TomorrowNow generally developed objects to resolve.

25  The object development often took place at the release level, source level, and customer level.  If

26  this request is actually asking for information related to each and every object TomorrowNow

27  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

28  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

1    respond to this question, Defendants would have to analyze each individual object in each fix or

2    update contained within each master fix.  Defendants, therefore, object to this request as

3    compound and unduly burdensome in that this request seeks information and activities that (1)

4    involved many thousands of objects, (2) involved numerous employees, (3) took place over

5    several years, and (4) would require Defendants to review substantial business records to

6    determine an answer, if possible, for each of the numerous numbers of objects contained within

7    the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

8    burden for Plaintiffs to do so given that the available information is at least as equally accessible

9    to Plaintiffs as it is to Defendants.

10        Subject to the General Objections and Responses and these specific objections, after a

11   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

12   sufficient knowledge and information to either admit or deny these requests, as the information

13   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

14   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

15   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 579:**

16        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

17   General Objections noted above. Defendants' response is based solely on Defendant

18   TomorrowNow's knowledge with respect to the information sought in this request because

19   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

20   information provided by Defendant TomorrowNow in this response.  Defendants object to the

21   request because the terms "fix," "update," and "source groups" are capable of multiple meanings

22   and thus, make this request overly broad, vague and ambiguous.  Defendants further object that

23   the phrases "determined whether one Fix or Update could be developed for all such customers on

24   the release" and "whether TN needed to split the customers on that release into sub-groups" are

25   subject to multiple meanings and, as such, are vague and ambiguous.  Further, Exhibit B lists the

26   names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

27   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

28   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    describe the issue to be addressed and then serve as a record keeping device and reference for that

2    issue and related activity TomorrowNow undertook to address that issue.  The actual

3    development of customer-specific objects included in customer-specific fixes and updates was

4    referenced to a "master bundle" or "master fix" record for identification and record keeping

5    purposes. Thus, if this request seeks an admission related to each and every object related to each

6    and every customer-specific fix or update that TomorrowNow developed, then this single request

7    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

8    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

9    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

10   intent of this request, then to respond to this request, Defendants would have to analyze each

11   individual object in each fix or update contained within each master bundle.  Defendants,

12   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

13   because it seeks an admission regarding thousands of separate activities that (1) involved many

14   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

15   would require Defendants to review enormous volumes of business records to attempt to

16   determine an answer, if possible, for each of the numerous objects contained within the

17   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

18   Defendants' burden associated with responding to this request is substantially similar to the

19   burden for Plaintiffs to obtain the information sought through this request, especially because the

20   available documents, data and other information from which the answer, if any, could be derived

21   in response to this request have been produced by Defendants in response to Plaintiffs' other

22   discovery requests and thus any relevant, available information is now as equally accessible to

23   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

24   qualifications, Defendants respond as follows:

25          ADMITTED on the following qualified basis:  For at least one of the objects associated

26   with the master fix records referenced in Exhibit B, TomorrowNow employees identified a set of

27   TomorrowNow customers that needed the object and TomorrowNow employees determined if the

28   object could either be developed at the release level for a specific group of customers within a

1    release level or on a customer-by-customer basis.  To the extent not admitted, this request is

2    DENIED.

3    **REQUEST FOR ADMISSION NO. 580**:

4          Admit that TN's process for determining its "source groups" (as the term is used in

5    Requests Nos. 576-579) always involved in part doing a visual comparison of the Customer Local

6    Environments in the group to identify relevant differences in the codeline.

7    **RESPONSE TO REQUEST FOR ADMISSION NO. 580**:

8          Defendants object to this request on the grounds stated in the General Objections and

9    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10   respect to the information sought in this request because Defendants SAP AG and SAP America

11   have no additional knowledge separate and apart from the information provided by Defendant

12   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

13   "process," "source groups," "visual comparison," "local environment," "relevant differences,"

14   and "codeline" are subject to multiple meanings and, as such, are overly broad, vague, and

15   ambiguous.  Further, as noted above, Request Nos. 576-579 refer to Exhibit B which lists the

16   names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

17   fixes are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

18   records that simply identify problems for which TomorrowNow generally developed objects to

19   resolve.   The object development often took place at the release level, source level, and customer

20   level.  If this request is actually asking for information related to the process with regard to each

21   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

22   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

23   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

24   each individual object in each fix or update contained within each master fix.  Defendants,

25   therefore, object to this request as compound and unduly burdensome in that this request seeks

26   information and activities that (1) involved many thousands of objects, (2) involved numerous

27   employees, (3) took place over several years, and (4) would require Defendants to review

28   substantial business records to determine an answer, if possible, for each of the numerous

1   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

2   would be substantially similar to the burden for Plaintiffs to do so given that the available

3   information is at least as equally accessible to Plaintiffs as it is to Defendants.

4        Subject to the General Objections and Responses and these specific objections, after a

5   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6   sufficient knowledge and information to either admit or deny these requests, as the information

7   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 580:**

10        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11   General Objections noted above. Defendants' response is based solely on Defendant

12   TomorrowNow's knowledge with respect to the information sought in this request because

13   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14   information provided by Defendant TomorrowNow in this response.  Defendants object to the

15   request because the terms "process," "source groups," "visual comparison," "local environment,"

16   "relevant differences," and "codeline" are capable of multiple meanings and thus, make this

17   request overly broad, vague and ambiguous.  Further, as noted above, Request Nos. 576-579

18   incorporate references to Exhibit B which lists the names of "master fixes" as that phrase was

19   used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual

20   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

21   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

22   record keeping device and reference for that issue and related activity TomorrowNow undertook

23   to address that issue.  The actual development of customer-specific objects included in customer-

24   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

25   identification and record keeping purposes. Thus, if this request seeks an admission related to

26   each and every object related to each and every customer-specific fix or update that

27   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

28   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

1  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

2  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

3  request, Defendants would have to analyze each individual object in each fix or update contained

4  within each master bundle.  Defendants, therefore, object on the basis that this request is

5  compound, overly broad and unduly burdensome because it seeks an admission regarding

6  thousands of separate activities that (1) involved many thousands of objects, (2) involved

7  numerous employees, (3) took place over several years, and (4) would require Defendants to

8  review enormous volumes of business records to attempt to determine an answer, if possible, for

9  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

10 Defendants object to this request on the basis that Defendants' burden associated with responding

11 to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

12 through this request, especially because the available documents, data and other information from

13 which the answer, if any, could be derived in response to this request have been produced by

14 Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

15 information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

16 without waiving the foregoing objections and qualifications, Defendants respond as follows:

17        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

18 information Defendants currently know or can readily obtain, Defendants have insufficient

19 information to admit or deny this request.

20 **REQUEST FOR ADMISSION NO. 581:**

21        Admit that TN's process for determining its "source groups" (as the term is used in

22 Requests Nos. 576-579) usually involved in part doing a visual comparison of the Customer

23 Local Environments in the group to identify relevant differences in the codeline.

24 **RESPONSE TO REQUEST FOR ADMISSION NO. 581:**

25        Defendants object to this request on the grounds stated in the General Objections and

26 Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27 respect to the information sought in this request because Defendants SAP AG and SAP America

28 have no additional knowledge separate and apart from the information provided by Defendant

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

2   "process," "source groups," "visual comparison," "local environment," "relevant differences,"

3   "usually," and "codeline" are subject to multiple meanings and, as such, are overly broad, vague,

4   and ambiguous.  Further, as noted above, Request Nos. 576-579 refer to Exhibit B which lists the

5   names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

6   fixes are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

7   records that simply identify problems for which TomorrowNow generally developed objects to

8   resolve.   The object development often took place at the release level, source level, and customer

9   level.  If this request is actually asking for information related to the process with regard to each

10  and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

11  Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

12  America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

13  each individual object in each fix or update contained within each master fix.  Defendants,

14  therefore, object to this request as compound and unduly burdensome in that this request seeks

15  information and activities that (1) involved many thousands of objects, (2) involved numerous

16  employees, (3) took place over several years, and (4) would require Defendants to review

17  substantial business records to determine an answer, if possible, for each of the numerous

18  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

19  would be substantially similar to the burden for Plaintiffs to do so given that the available

20  information is at least as equally accessible to Plaintiffs as it is to Defendants.

21       Subject to the General Objections and Responses and these specific objections, after a

22  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

23  sufficient knowledge and information to either admit or deny these requests, as the information

24  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

25  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

26  **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 581</u>:**

27       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

28  General Objections noted above. Defendants' response is based solely on Defendant

1    TomorrowNow's knowledge with respect to the information sought in this request because

2    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

3    information provided by Defendant TomorrowNow in this response.  Defendants object to the

4    request because the terms "process," "source groups," "visual comparison," "local environment,"

5    "relevant differences," "usually" and "codeline" are capable of multiple meanings and thus, make

6    this request overly broad, vague and ambiguous.  Further, as noted above, Request Nos. 576-579

7    incorporate references to Exhibit B which lists the names of "master fixes" as that phrase was

8    used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual

9    objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

10   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

11   record keeping device and reference for that issue and related activity TomorrowNow undertook

12   to address that issue.  The actual development of customer-specific objects included in customer-

13   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

14   identification and record keeping purposes. Thus, if this request seeks an admission related to

15   each and every object related to each and every customer-specific fix or update that

16   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

17   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

18   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

19   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

20   request, Defendants would have to analyze each individual object in each fix or update contained

21   within each master bundle.  Defendants, therefore, object on the basis that this request is

22   compound, overly broad and unduly burdensome because it seeks an admission regarding

23   thousands of separate activities that (1) involved many thousands of objects, (2) involved

24   numerous employees, (3) took place over several years, and (4) would require Defendants to

25   review enormous volumes of business records to attempt to determine an answer, if possible, for

26   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

27   Defendants object to this request on the basis that Defendants' burden associated with responding

28   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    through this request, especially because the available documents, data and other information from

2    which the answer, if any, could be derived in response to this request have been produced by

3    Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

4    information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

5    without waiving the foregoing objections and qualifications, Defendants respond as follows:

6           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

7    information Defendants currently know or can readily obtain, Defendants have insufficient

8    information to admit or deny this request.

9    **REQUEST FOR ADMISSION NO. 582**:

10          Admit that TN's process for determining its "source groups" (as the term is used in

11   Requests Nos. 576-579) more often than not involved in part doing a visual comparison of the

12   Customer Local Environments in the group to identify relevant differences in the codeline.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 582**:

14          Defendants object to this request on the grounds stated in the General Objections and

15   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16   respect to the information sought in this request because Defendants SAP AG and SAP America

17   have no additional knowledge separate and apart from the information provided by Defendant

18   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

19   "process," "source groups," "visual comparison," "local environment," "relevant differences,"

20   "more often than not," and "codeline" are subject to multiple meanings and, as such, are overly

21   broad, vague, and ambiguous.  Further, as noted above, Request Nos. 576-579 refer to Exhibit B

22   which lists the names of master fixes as that term was used by TomorrowNow in the SAS

23   database.  The master fixes are not the actual objects that are developed for TomorrowNow

24   customers.  Master fixes are records that simply identify problems for which TomorrowNow

25   generally developed objects to resolve.   The object development often took place at the release

26   level, source level, and customer level.  If this request is actually asking for information related to

27   the process with regard to each and every object TomorrowNow developed, this number is more

28   in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

1   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

2   Defendants would have to analyze each individual object in each fix or update contained within

3   each master fix.  Defendants, therefore, object to this request as compound and unduly

4   burdensome in that this request seeks information and activities that (1) involved many thousands

5   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

6   require Defendants to review substantial business records to determine an answer, if possible, for

7   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

8   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

9   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

10       Subject to the General Objections and Responses and these specific objections, after a

11   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

12   sufficient knowledge and information to either admit or deny these requests, as the information

13   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

14   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

15   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 582:**

16       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

17   General Objections noted above. Defendants' response is based solely on Defendant

18   TomorrowNow's knowledge with respect to the information sought in this request because

19   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

20   information provided by Defendant TomorrowNow in this response.  Defendants object to the

21   request because the terms "process," "source groups," "visual comparison," "local environment,"

22   "relevant differences," and "codeline" are capable of multiple meanings and thus, make this

23   request overly broad, vague and ambiguous.  Further, as noted above, Request Nos. 576-579

24   incorporate references to Exhibit B which lists the names of "master fixes" as that phrase was

25   used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual

26   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

27   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

28   record keeping device and reference for that issue and related activity TomorrowNow undertook

1   to address that issue.  The actual development of customer-specific objects included in customer-

2   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

3   identification and record keeping purposes. Thus, if this request seeks an admission related to

4   each and every object related to each and every customer-specific fix or update that

5   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

6   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

7   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

8   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

9   request, Defendants would have to analyze each individual object in each fix or update contained

10  within each master bundle.  Defendants, therefore, object on the basis that this request is

11  compound, overly broad and unduly burdensome because it seeks an admission regarding

12  thousands of separate activities that (1) involved many thousands of objects, (2) involved

13  numerous employees, (3) took place over several years, and (4) would require Defendants to

14  review enormous volumes of business records to attempt to determine an answer, if possible, for

15  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

16  Defendants object to this request on the basis that Defendants' burden associated with responding

17  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

18  through this request, especially because the available documents, data and other information from

19  which the answer, if any, could be derived in response to this request have been produced by

20  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

21  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

22  without waiving the foregoing objections and qualifications, Defendants respond as follows:

23          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

24  information Defendants currently know or can readily obtain, Defendants have insufficient

25  information to admit or deny this request.

26  **REQUEST FOR ADMISSION NO. 583:**

27          Admit that TN's process for determining its "source groups" (as the term is used in

28  Requests Nos. 576-579) generally involved in part doing a visual comparison of the Customer

1   Local Environments in the group to identify relevant visible differences in the codeline.

2   **RESPONSE TO REQUEST FOR ADMISSION NO. 583:**

3        Defendants object to this request on the grounds stated in the General Objections and

4   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5   respect to the information sought in this request because Defendants SAP AG and SAP America

6   have no additional knowledge separate and apart from the information provided by Defendant

7   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

8   "process," "source groups," "visual comparison," "local environment," "relevant differences,"

9   "generally," and "codeline" are subject to multiple meanings and, as such, are overly broad,

10  vague, and ambiguous.  Further, as noted above, Request Nos. 576-579 refer to Exhibit B which

11  lists the names of master fixes as that term was used by TomorrowNow in the SAS database.  The

12  master fixes are not the actual objects that are developed for TomorrowNow customers.  Master

13  fixes are records that simply identify problems for which TomorrowNow generally developed

14  objects to resolve.   The object development often took place at the release level, source level, and

15  customer level.  If this request is actually asking for information related to the process with regard

16  to each and every object TomorrowNow developed, this number is more in line with the 33,185

17  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

18  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

19  analyze each individual object in each fix or update contained within each master fix.  Defendants,

20  therefore, object to this request as compound and unduly burdensome in that this request seeks

21  information and activities that (1) involved many thousands of objects, (2) involved numerous

22  employees, (3) took place over several years, and (4) would require Defendants to review

23  substantial business records to determine an answer, if possible, for each of the numerous

24  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

25  would be substantially similar to the burden for Plaintiffs to do so given that the available

26  information is at least as equally accessible to Plaintiffs as it is to Defendants.

27       Subject to the General Objections and Responses and these specific objections, after a

28  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

1    sufficient knowledge and information to either admit or deny these requests, as the information

2    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

3    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

4    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 583:**

5           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

6    General Objections noted above. Defendants' response is based solely on Defendant

7    TomorrowNow's knowledge with respect to the information sought in this request because

8    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

9    information provided by Defendant TomorrowNow in this response.  Defendants object to the

10   request because the terms "process," "source groups," "visual comparison," "local environment,"

11   "relevant visible differences," "generally" and "codeline" are capable of multiple meanings and

12   thus, make this request overly broad, vague and ambiguous.  Further, as noted above, Request

13   Nos. 576-579 incorporate references to Exhibit B which lists the names of "master fixes" as that

14   phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

15   the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

16   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

17   serve as a record keeping device and reference for that issue and related activity TomorrowNow

18   undertook to address that issue.  The actual development of customer-specific objects included in

19   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

20   for identification and record keeping purposes. Thus, if this request seeks an admission related to

21   each and every object related to each and every customer-specific fix or update that

22   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

23   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

24   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

25   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

26   request, Defendants would have to analyze each individual object in each fix or update contained

27   within each master bundle.  Defendants, therefore, object on the basis that this request is

28   compound, overly broad and unduly burdensome because it seeks an admission regarding

1   thousands of separate activities that (1) involved many thousands of objects, (2) involved

2   numerous employees, (3) took place over several years, and (4) would require Defendants to

3   review enormous volumes of business records to attempt to determine an answer, if possible, for

4   each of the numerous objects contained within the referenced fixes and updates. Moreover,

5   Defendants object to this request on the basis that Defendants' burden associated with responding

6   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

7   through this request, especially because the available documents, data and other information from

8   which the answer, if any, could be derived in response to this request have been produced by

9   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

10  information is now as equally accessible to Plaintiffs as it is to Defendants. Subject to and

11  without waiving the foregoing objections and qualifications, Defendants respond as follows:

12          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

13  information Defendants currently know or can readily obtain, Defendants have insufficient

14  information to admit or deny this request.

15  **REQUEST FOR ADMISSION NO. 584:**

16          Admit that TN's process for determining its "source groups" (as the term is used in

17  Requests Nos. 576-579) sometimes involved in part doing a visual comparison of the Customer

18  Local Environments in the group to identify relevant differences in the codeline.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 584:**

20          Defendants object to this request on the grounds stated in the General Objections and

21  Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22  respect to the information sought in this request because Defendants SAP AG and SAP America

23  have no additional knowledge separate and apart from the information provided by Defendant

24  TomorrowNow in this response. Defendants object to the request because the terms and phrases

25  "process," "source groups," "visual comparison," "local environment," "relevant differences,"

26  "sometimes," and "codeline" are subject to multiple meanings and, as such, are overly broad,

27  vague, and ambiguous. Further, as noted above, Request Nos. 576-579 refer to Exhibit B which

28  lists the names of master fixes as that term was used by TomorrowNow in the SAS database. The

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    master fixes are not the actual objects that are developed for TomorrowNow customers.  Master

2    fixes are records that simply identify problems for which TomorrowNow generally developed

3    objects to resolve.   The object development often took place at the release level, source level, and

4    customer level.  If this request is actually asking for information related to the process with regard

5    to each and every object TomorrowNow developed, this number is more in line with the 33,185

6    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

7    SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

8    analyze each individual object in each fix or update contained within each master fix.  Defendants,

9    therefore, object to this request as compound and unduly burdensome in that this request seeks

10   information and activities that (1) involved many thousands of objects, (2) involved numerous

11   employees, (3) took place over several years, and (4) would require Defendants to review

12   substantial business records to determine an answer, if possible, for each of the numerous

13   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

14   would be substantially similar to the burden for Plaintiffs to do so given that the available

15   information is at least as equally accessible to Plaintiffs as it is to Defendants.

16        Subject to the General Objections and Responses and these specific objections, after a

17   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

18   sufficient knowledge and information to either admit or deny these requests, as the information

19   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

20   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

21   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 584:**

22        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

23   General Objections noted above. Defendants' response is based solely on Defendant

24   TomorrowNow's knowledge with respect to the information sought in this request because

25   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

26   information provided by Defendant TomorrowNow in this response.  Defendants object to the

27   request because the terms "process," "source groups," "visual comparison," "local

28   environments," "relevant differences," "sometimes" and "codeline" are capable of multiple

1    meanings and thus, make this request overly broad, vague and ambiguous.  Further, as noted

2    above, Request Nos. 576-579 incorporate references to Exhibit B which lists the names of

3    "master fixes" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

4    "master fixes" are not the actual objects included in fixes or updates that are developed for

5    TomorrowNow's customers.  "Master fixes" and "master bundles" are records that describe the

6    issue to be addressed and then serve as a record keeping device and reference for that issue and

7    related activity TomorrowNow undertook to address that issue.  The actual development of

8    customer-specific objects included in customer-specific fixes and updates was referenced to a

9    "master bundle" or "master fix" record for identification and record keeping purposes.  Thus, if

10   this request seeks an admission related to each and every object related to each and every

11   customer-specific fix or update that TomorrowNow developed, then this single request

12   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

13   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

14   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

15   intent of this request, then to respond to this request, Defendants would have to analyze each

16   individual object in each fix or update contained within each master bundle.  Defendants,

17   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

18   because it seeks an admission regarding thousands of separate activities that (1) involved many

19   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

20   would require Defendants to review enormous volumes of business records to attempt to

21   determine an answer, if possible, for each of the numerous objects contained within the

22   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

23   Defendants' burden associated with responding to this request is substantially similar to the

24   burden for Plaintiffs to obtain the information sought through this request, especially because the

25   available documents, data and other information from which the answer, if any, could be derived

26   in response to this request have been produced by Defendants in response to Plaintiffs' other

27   discovery requests and thus any relevant, available information is now as equally accessible to

28   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

1    qualifications, Defendants respond as follows:

2            ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

3    TomorrowNow employees sometimes (meaning more than once) determined if the object could

4    be developed at the release level, for a specific group of customers within a release level or on a

5    customer-by-customer basis by in part doing a visual comparison of components of one specific

6    customer's local environment to components of another specific customer's local environment.

7    To the extent not admitted, this request is DENIED.

8    **REQUEST FOR ADMISSION NO. 585:**

9            Admit that the visual comparison described in Requests Nos. 580-584 always utilized in

10   part the software program Araxis Merge, which is a tool used to compare software code to

11   identify similarities and differences.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 585:**

13           Defendants object to this request on the grounds stated in the General Objections and

14   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15   respect to the information sought in this request because Defendants SAP AG and SAP America

16   have no additional knowledge separate and apart from the information provided by Defendant

17   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

18   "visual comparison," "utilized," and "software code" are subject to multiple meanings and, as

19   such, are overly broad, vague, and ambiguous.  Defendants further object to the definition of

20   Araxis Merge as "a tool used to compare software code to identify similarities and differences" as

21   being subject to multiple meanings and, as such, being vague and ambiguous.  Further, as noted

22   above, Request Nos. 584-580 incorporate references to Exhibit B which lists the names of master

23   fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are not the

24   actual objects that are developed for TomorrowNow customers.  Master fixes are records that

25   simply identify problems for which TomorrowNow generally developed objects to resolve.   The

26   object development often took place at the release level, source level, and customer level.  If this

27   request is actually asking for information related to each and every object TomorrowNow

28   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

1   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

2   respond to this question, Defendants would have to analyze each individual object in each fix or

3   update contained within each master fix.  Defendants, therefore, object to this request as

4   compound and unduly burdensome in that this request seeks information and activities that (1)

5   involved many thousands of objects, (2) involved numerous employees, (3) took place over

6   several years, and (4) would require Defendants to review substantial business records to

7   determine an answer, if possible, for each of the numerous numbers of objects contained within

8   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

9   burden for Plaintiffs to do so given that the available information is at least as equally accessible

10  to Plaintiffs as it is to Defendants.

11      Subject to the General Objections and Responses and these specific objections, after a

12  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

13  sufficient knowledge and information to either admit or deny these requests, as the information

14  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

15  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

16  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 585:**

17      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18  General Objections noted above. Defendants' response is based solely on Defendant

19  TomorrowNow's knowledge with respect to the information sought in this request because

20  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21  information provided by Defendant TomorrowNow in this response.  Defendants object to the

22  request because the terms "visual comparison," "utilized," and "software code" are capable of

23  multiple meanings and thus, make this request overly broad, vague and ambiguous.  Defendants

24  further object to the definition of Araxis Merge as "a tool used to compare software code to

25  identify similarities and differences" as being subject to multiple meanings and, as such, being

26  overly broad, vague and ambiguous.  Defendants also object to this request because it incorrectly

27  assumes that Request Nos. 580-584 are admitted and because the reference to those five requests

28  make this request compound, overly broad, vague and ambiguous.  Further, as noted above,

1   Request Nos. 580-584 incorporate references to Exhibit B which lists the names of "master fixes"

2   as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes"

3   are not the actual objects included in fixes or updates that are developed for TomorrowNow's

4   customers.  "Master fixes" and "master bundles" are records that describe the issue to be

5   addressed and then serve as a record keeping device and reference for that issue and related

6   activity TomorrowNow undertook to address that issue.  The actual development of customer-

7   specific objects included in customer-specific fixes and updates was referenced to a "master

8   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

9   request seeks an admission related to each and every object related to each and every customer-

10  specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

11  literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

12  regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

13  Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

14  then to respond to this request, Defendants would have to analyze each individual object in each

15  fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

16  this request is compound, overly broad and unduly burdensome because it seeks an admission

17  regarding thousands of separate activities that (1) involved many thousands of objects, (2)

18  involved numerous employees, (3) took place over several years, and (4) would require

19  Defendants to review enormous volumes of business records to attempt to determine an answer, if

20  possible, for each of the numerous objects contained within the referenced fixes and updates.

21  Moreover, Defendants object to this request on the basis that Defendants' burden associated with

22  responding to this request is substantially similar to the burden for Plaintiffs to obtain the

23  information sought through this request, especially because the available documents, data and

24  other information from which the answer, if any, could be derived in response to this request have

25  been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

26  relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

27  Subject to and without waiving the foregoing objections and qualifications, Defendants respond

28  as follows:

1    DENIED on the basis that Defendants have made a reasonable inquiry and based on the

2    information Defendants currently know or can readily obtain, Defendants have insufficient

3    information to admit or deny this request.

4    **REQUEST FOR ADMISSION NO. 586:**

5    Admit that the visual comparison described in Requests Nos. 580-584 usually utilized in

6    part the software program Araxis Merge, which is a tool used to compare software code to

7    identify similarities and differences.

8    **RESPONSE TO REQUEST FOR ADMISSION NO. 586:**

9    Defendants object to this request on the grounds stated in the General Objections and

10   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

14   "visual comparison," "utilized," "usually," and "software code" are subject to multiple meanings

15   and, as such, are overly broad, vague, and ambiguous.  Defendants further object to the definition

16   of Araxis Merge as "a tool used to compare software code to identify similarities and differences"

17   as being subject to multiple meanings and, as such, being vague and ambiguous.  Further, as

18   noted above, Request Nos. 584-580 incorporate references to Exhibit B which lists the names of

19   master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

20   not the actual objects that are developed for TomorrowNow customers.  Master fixes are records

21   that simply identify problems for which TomorrowNow generally developed objects to resolve.

22   The object development often took place at the release level, source level, and customer level.  If

23   this request is actually asking for information related to each and every object TomorrowNow

24   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

25   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

26   respond to this question, Defendants would have to analyze each individual object in each fix or

27   update contained within each master fix.  Defendants, therefore, object to this request as

28   compound and unduly burdensome in that this request seeks information and activities that (1)

1    involved many thousands of objects, (2) involved numerous employees, (3) took place over

2    several years, and (4) would require Defendants to review substantial business records to

3    determine an answer, if possible, for each of the numerous numbers of objects contained within

4    the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

5    burden for Plaintiffs to do so given that the available information is at least as equally accessible

6    to Plaintiffs as it is to Defendants.

7            Subject to the General Objections and Responses and these specific objections, after a

8    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

9    sufficient knowledge and information to either admit or deny these requests, as the information

10   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

11   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

12   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 586:**

13           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

14   General Objections noted above. Defendants' response is based solely on Defendant

15   TomorrowNow's knowledge with respect to the information sought in this request because

16   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

17   information provided by Defendant TomorrowNow in this response.  Defendants object to the

18   request because the terms "visual comparison," "utilized," "usually" and "software code" are

19   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

20   Defendants further object to the definition of Araxis Merge as "a tool used to compare software

21   code to identify similarities and differences" as being subject to multiple meanings and, as such,

22   being overly broad, vague and ambiguous.  Defendants also object to this request because it

23   incorrectly assumes that Request Nos. 580-584 are admitted and because the reference to those

24   five requests make this request compound, overly broad, vague and ambiguous.  Further, as noted

25   above, Request Nos. 580-584 incorporate references to Exhibit B which lists the names of

26   "master fixes" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

27   "master fixes" are not the actual objects included in fixes or updates that are developed for

28   TomorrowNow's customers.  "Master fixes" and "master bundles" are records that describe the

issue to be addressed and then serve as a record keeping device and reference for that issue and

related activity TomorrowNow undertook to address that issue.  The actual development of

customer-specific objects included in customer-specific fixes and updates was referenced to a

"master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

this request seeks an admission related to each and every object related to each and every

customer-specific fix or update that TomorrowNow developed, then this single request

impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

intent of this request, then to respond to this request, Defendants would have to analyze each

individual object in each fix or update contained within each master bundle.  Defendants,

therefore, object on the basis that this request is compound, overly broad and unduly burdensome

because it seeks an admission regarding thousands of separate activities that (1) involved many

thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

would require Defendants to review enormous volumes of business records to attempt to

determine an answer, if possible, for each of the numerous objects contained within the

referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

Defendants' burden associated with responding to this request is substantially similar to the

burden for Plaintiffs to obtain the information sought through this request, especially because the

available documents, data and other information from which the answer, if any, could be derived

in response to this request have been produced by Defendants in response to Plaintiffs' other

discovery requests and thus any relevant, available information is now as equally accessible to

Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

qualifications, Defendants respond as follows:

DENIED on the basis that Defendants have made a reasonable inquiry and based on the

information Defendants currently know or can readily obtain, Defendants have insufficient

information to admit or deny this request.

**REQUEST FOR ADMISSION NO. 587:**

Admit that the visual comparison described in Requests Nos. 580-584 more often than not utilized in part the software program Araxis Merge, which is a tool used to compare software code to identify similarities and differences.

**RESPONSE TO REQUEST FOR ADMISSION NO. 587:**

Defendants object to this request on the grounds stated in the General Objections and Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response. Defendants object to the request because the terms and phrases "visual comparison," "utilized," "more often than not," and "software code" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous. Defendants further object to the definition of Araxis Merge as "a tool used to compare software code to identify similarities and differences" as being subject to multiple meanings and, as such, being vague and ambiguous. Further, as noted above, Request Nos. 584-580 incorporate references to Exhibit B which lists the names of master fixes as that term was used by TomorrowNow in the SAS database. The master fixes are not the actual objects that are developed for TomorrowNow customers. Master fixes are records that simply identify problems for which TomorrowNow generally developed objects to resolve. The object development often took place at the release level, source level, and customer level. If this request is actually asking for information related to each and every object TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question, Defendants would have to analyze each individual object in each fix or update contained within each master fix. Defendants, therefore, object to this request as compound and unduly burdensome in that this request seeks information and activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review substantial business records to determine an answer, if possible, for each of the numerous

1    numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

2    would be substantially similar to the burden for Plaintiffs to do so given that the available

3    information is at least as equally accessible to Plaintiffs as it is to Defendants.

4            Subject to the General Objections and Responses and these specific objections, after a

5    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6    sufficient knowledge and information to either admit or deny these requests, as the information

7    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

9    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 587:**

10           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11   General Objections noted above. Defendants' response is based solely on Defendant

12   TomorrowNow's knowledge with respect to the information sought in this request because

13   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14   information provided by Defendant TomorrowNow in this response.  Defendants object to the

15   request because the terms "visual comparison," "utilized," and "software code" are capable of

16   multiple meanings and thus, make this request overly broad, vague and ambiguous.  Defendants

17   further object to the definition of Araxis Merge as "a tool used to compare software code to

18   identify similarities and differences" as being subject to multiple meanings and, as such, being

19   overly broad, vague and ambiguous.  Defendants also object to this request because it incorrectly

20   assumes that Request Nos. 580-584 are admitted and because the reference to those five requests

21   make this request compound, overly broad, vague and ambiguous.  Further, as noted above,

22   Request Nos. 580-584 incorporate references to Exhibit B which lists the names of "master fixes"

23   as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes"

24   are not the actual objects included in fixes or updates that are developed for TomorrowNow's

25   customers.  "Master fixes" and "master bundles" are records that describe the issue to be

26   addressed and then serve as a record keeping device and reference for that issue and related

27   activity TomorrowNow undertook to address that issue.  The actual development of customer-

28   specific objects included in customer-specific fixes and updates was referenced to a "master

1   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

2   request seeks an admission related to each and every object related to each and every customer-

3   specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

4   literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

5   regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

6   Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

7   then to respond to this request, Defendants would have to analyze each individual object in each

8   fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

9   this request is compound, overly broad and unduly burdensome because it seeks an admission

10   regarding thousands of separate activities that (1) involved many thousands of objects, (2)

11   involved numerous employees, (3) took place over several years, and (4) would require

12   Defendants to review enormous volumes of business records to attempt to determine an answer, if

13   possible, for each of the numerous objects contained within the referenced fixes and updates.

14   Moreover, Defendants object to this request on the basis that Defendants' burden associated with

15   responding to this request is substantially similar to the burden for Plaintiffs to obtain the

16   information sought through this request, especially because the available documents, data and

17   other information from which the answer, if any, could be derived in response to this request have

18   been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

19   relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

20   Subject to and without waiving the foregoing objections and qualifications, Defendants respond

21   as follows:

22       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

23   information Defendants currently know or can readily obtain, Defendants have insufficient

24   information to admit or deny this request.

25   **REQUEST FOR ADMISSION NO. 588:**

26       Admit that the visual comparison described in Requests Nos. 580-584 generally utilized in

27   part the software program Araxis Merge, which is a tool used to compare software code to

28   identify similarities and differences.

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 588:**

2          Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7    "visual comparison," "utilized," "generally," and "software code" are subject to multiple

8    meanings and, as such, are overly broad, vague, and ambiguous.  Defendants further object to the

9    definition of Araxis Merge as "a tool used to compare software code to identify similarities and

10   differences" as being subject to multiple meanings and, as such, being vague and ambiguous.

11   Further, as noted above, Request Nos. 584-580 incorporate references to Exhibit B which lists the

12   names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

13   fixes are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

14   records that simply identify problems for which TomorrowNow generally developed objects to

15   resolve.   The object development often took place at the release level, source level, and customer

16   level.  If this request is actually asking for information related to each and every object

17   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

18   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

19   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

20   object in each fix or update contained within each master fix.  Defendants, therefore, object to this

21   request as compound and unduly burdensome in that this request seeks information and activities

22   that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

23   over several years, and (4) would require Defendants to review substantial business records to

24   determine an answer, if possible, for each of the numerous numbers of objects contained within

25   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

26   burden for Plaintiffs to do so given that the available information is at least as equally accessible

27   to Plaintiffs as it is to Defendants.

28          Subject to the General Objections and Responses and these specific objections, after a

1    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

2    sufficient knowledge and information to either admit or deny these requests, as the information

3    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

4    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

5    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 588:**

6           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

7    General Objections noted above. Defendants' response is based solely on Defendant

8    TomorrowNow's knowledge with respect to the information sought in this request because

9    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

10   information provided by Defendant TomorrowNow in this response.  Defendants object to the

11   request because the terms "visual comparison," "utilized," "generally" and "software code" are

12   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

13   Defendants further object to the definition of Araxis Merge as "a tool used to compare software

14   code to identify similarities and differences" as being subject to multiple meanings and, as such,

15   being overly broad, vague and ambiguous.  Defendants also object to this request because it

16   incorrectly assumes that Request Nos. 580-584 are admitted and because the reference to those

17   five requests make this request compound, overly broad, vague and ambiguous.  Further, as noted

18   above, Request Nos. 580-584 incorporate references to Exhibit B which lists the names of

19   "master fixes" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

20   "master fixes" are not the actual objects included in fixes or updates that are developed for

21   TomorrowNow's customers.  "Master fixes" and "master bundles" are records that describe the

22   issue to be addressed and then serve as a record keeping device and reference for that issue and

23   related activity TomorrowNow undertook to address that issue.  The actual development of

24   customer-specific objects included in customer-specific fixes and updates was referenced to a

25   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

26   this request seeks an admission related to each and every object related to each and every

27   customer-specific fix or update that TomorrowNow developed, then this single request

28   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

1   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

2   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

3   intent of this request, then to respond to this request, Defendants would have to analyze each

4   individual object in each fix or update contained within each master bundle.  Defendants,

5   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

6   because it seeks an admission regarding thousands of separate activities that (1) involved many

7   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

8   would require Defendants to review enormous volumes of business records to attempt to

9   determine an answer, if possible, for each of the numerous objects contained within the

10  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

11  Defendants' burden associated with responding to this request is substantially similar to the

12  burden for Plaintiffs to obtain the information sought through this request, especially because the

13  available documents, data and other information from which the answer, if any, could be derived

14  in response to this request have been produced by Defendants in response to Plaintiffs' other

15  discovery requests and thus any relevant, available information is now as equally accessible to

16  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

17  qualifications, Defendants respond as follows:

18      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

19  information Defendants currently know or can readily obtain, Defendants have insufficient

20  information to admit or deny this request.

21  **REQUEST FOR ADMISSION NO. 589:**

22      Admit that the visual comparison described in Requests Nos. 580-584 sometimes utilized

23  in part the software program Araxis Merge, which is a tool used to compare software code to

24  identify similarities and differences.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 589:**

26      Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  respect to the information sought in this request because Defendants SAP AG and SAP America

1    have no additional knowledge separate and apart from the information provided by Defendant

2    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

3    "visual comparison," "utilized," "sometimes," and "software code" are subject to multiple

4    meanings and, as such, are overly broad, vague, and ambiguous.  Defendants further object to the

5    definition of Araxis Merge as "a tool used to compare software code to identify similarities and

6    differences" as being subject to multiple meanings and, as such, being vague and ambiguous.

7    Further, as noted above, Request Nos. 584-580 incorporate references to Exhibit B which lists the

8    names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

9    fixes are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

10   records that simply identify problems for which TomorrowNow generally developed objects to

11   resolve.   The object development often took place at the release level, source level, and customer

12   level.  If this request is actually asking for information related to each and every object

13   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

14   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

15   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

16   object in each fix or update contained within each master fix.  Defendants, therefore, object to this

17   request as compound and unduly burdensome in that this request seeks information and activities

18   that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

19   over several years, and (4) would require Defendants to review substantial business records to

20   determine an answer, if possible, for each of the numerous numbers of objects contained within

21   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

22   burden for Plaintiffs to do so given that the available information is at least as equally accessible

23   to Plaintiffs as it is to Defendants.

24        Subject to the General Objections and Responses and these specific objections, after a

25   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26   sufficient knowledge and information to either admit or deny these requests, as the information

27   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

28   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 589:**

2       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3   General Objections noted above. Defendants' response is based solely on Defendant

4   TomorrowNow's knowledge with respect to the information sought in this request because

5   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6   information provided by Defendant TomorrowNow in this response.  Defendants object to the

7   request because the terms "visual comparison," "utilized," "sometimes" and "software code" are

8   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

9   Defendants further object to the definition of Araxis Merge as "a tool used to compare software

10  code to identify similarities and differences" as being subject to multiple meanings and, as such,

11  being overly broad, vague and ambiguous.  Defendants also object to this request because it

12  incorrectly assumes that Request Nos. 580-584 are admitted and because the reference to those

13  five requests make this request compound, overly broad, vague and ambiguous.  Further, as noted

14  above, Request Nos. 580-584 incorporate references to Exhibit B which lists the names of

15  "master fixes" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

16  "master fixes" are not the actual objects included in fixes or updates that are developed for

17  TomorrowNow's customers.  "Master fixes" and "master bundles" are records that describe the

18  issue to be addressed and then serve as a record keeping device and reference for that issue and

19  related activity TomorrowNow undertook to address that issue.  The actual development of

20  customer-specific objects included in customer-specific fixes and updates was referenced to a

21  "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

22  this request seeks an admission related to each and every object related to each and every

23  customer-specific fix or update that TomorrowNow developed, then this single request

24  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

25  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

26  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

27  intent of this request, then to respond to this request, Defendants would have to analyze each

28  individual object in each fix or update contained within each master bundle.  Defendants,

1    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

2    because it seeks an admission regarding thousands of separate activities that (1) involved many

3    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

4    would require Defendants to review enormous volumes of business records to attempt to

5    determine an answer, if possible, for each of the numerous objects contained within the

6    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

7    Defendants' burden associated with responding to this request is substantially similar to the

8    burden for Plaintiffs to obtain the information sought through this request, especially because the

9    available documents, data and other information from which the answer, if any, could be derived

10   in response to this request have been produced by Defendants in response to Plaintiffs' other

11   discovery requests and thus any relevant, available information is now as equally accessible to

12   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

13   qualifications, Defendants respond as follows:

14          ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

15   TomorrowNow employees sometimes (meaning more than once) determined if the object could

16   either be developed at the release level for a specific group of customers within a release level or

17   on a customer-by-customer basis by in part doing a visual comparison using "Araxis Merge" of

18   components of one specific customer's local environment to components of another specific

19   customer's local environment.    To the extent not admitted, this request is DENIED.

20   **REQUEST FOR ADMISSION NO. 590:**

21          Admit that TN's process for determining its "source groups" (as the term is used in

22   Requests Nos. 576-579) always involved in part comparing the maintenance end dates of when

23   Customers informed TN they had terminated PeopleSoft or Oracle support.

24   **RESPONSE TO REQUEST FOR ADMISSION NO. 590:**

25          Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   have no additional knowledge separate and apart from the information provided by Defendant

1  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

2  "process" and "source groups" are subject to multiple meanings and, as such, are overly broad,

3  vague, and ambiguous.  Defendants object to the phrase "comparing the maintenance end dates of

4  when customers informed TN they had terminated PeopleSoft or Oracle support" as vague and

5  confusing.  Further, as noted above, Request Nos. 576-579 refer to Exhibit B which lists the

6  names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

7  fixes are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

8  records that simply identify problems for which TomorrowNow generally developed objects to

9  resolve.   The object development often took place at the release level, source level, and customer

10  level.  If this request is actually asking for information related to the process with regard to each

11  and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

12  Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

13  America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

14  each individual object in each fix or update contained within each master fix.  Defendants,

15  therefore, object to this request as compound and unduly burdensome in that this request seeks

16  information and activities that (1) involved many thousands of objects, (2) involved numerous

17  employees, (3) took place over several years, and (4) would require Defendants to review

18  substantial business records to determine an answer, if possible, for each of the numerous

19  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

20  would be substantially similar to the burden for Plaintiffs to do so given that the available

21  information is at least as equally accessible to Plaintiffs as it is to Defendants.

22          Subject to the General Objections and Responses and these specific objections, after a

23  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

24  sufficient knowledge and information to either admit or deny these requests, as the information

25  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

26  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

27  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 590:**

28          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

1    General Objections noted above. Defendants' response is based solely on Defendant

2    TomorrowNow's knowledge with respect to the information sought in this request because

3    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

4    information provided by Defendant TomorrowNow in this response.  Defendants object to the

5    request because the terms "process" and "source groups" are capable of multiple meanings and

6    thus, make this request overly broad, vague and ambiguous.  Defendants object to the phrase

7    "comparing the maintenance end dates of when customers informed TN they had terminated

8    PeopleSoft or Oracle support" as overly broad, vague and confusing.  Further, as noted above,

9    Request Nos. 576-579 refer to Exhibit B which lists the names of "master fixes" as that phrase

10   was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

11   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

12   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

13   serve as a record keeping device and reference for that issue and related activity TomorrowNow

14   undertook to address that issue.  The actual development of customer-specific objects included in

15   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

16   for identification and record keeping purposes. Thus, if this request seeks an admission related to

17   each and every object related to each and every customer-specific fix or update that

18   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

19   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

20   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

21   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

22   request, Defendants would have to analyze each individual object in each fix or update contained

23   within each master bundle.  Defendants, therefore, object on the basis that this request is

24   compound, overly broad and unduly burdensome because it seeks an admission regarding

25   thousands of separate activities that (1) involved many thousands of objects, (2) involved

26   numerous employees, (3) took place over several years, and (4) would require Defendants to

27   review enormous volumes of business records to attempt to determine an answer, if possible, for

28   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

1    Defendants object to this request on the basis that Defendants' burden associated with responding

2    to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

3    through this request, especially because the available documents, data and other information from

4    which the answer, if any, could be derived in response to this request have been produced by

5    Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

6    information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

7    without waiving the foregoing objections and qualifications, Defendants respond as follows:

8           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

9    information Defendants currently know or can readily obtain, Defendants have insufficient

10   information to admit or deny this request.

11   **REQUEST FOR ADMISSION NO. 591:**

12          Admit that TN's process for determining its "source groups" (as the term is used in

13   Requests Nos. 576-579) usually involved in part comparing the maintenance end dates of when

14   Customers informed TN they had terminated PeopleSoft or Oracle support.

15   **RESPONSE TO REQUEST FOR ADMISSION NO. 591:**

16          Defendants object to this request on the grounds stated in the General Objections and

17   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

18   respect to the information sought in this request because Defendants SAP AG and SAP America

19   have no additional knowledge separate and apart from the information provided by Defendant

20   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

21   "process," "usually," and "source groups" are subject to multiple meanings and, as such, are

22   overly broad, vague, and ambiguous.  Defendants object to the phrase "comparing the

23   maintenance end dates of when customers informed TN they had terminated PeopleSoft or Oracle

24   support" as vague and confusing.  Further, as noted above, Request Nos. 576-579 refer to Exhibit

25   B which lists the names of master fixes as that term was used by TomorrowNow in the SAS

26   database.  The master fixes are not the actual objects that are developed for TomorrowNow

27   customers.  Master fixes are records that simply identify problems for which TomorrowNow

28   generally developed objects to resolve.   The object development often took place at the release

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    level, source level, and customer level.  If this request is actually asking for information related to

2    the process with regard to each and every object TomorrowNow developed, this number is more

3    in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

4    Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

5    Defendants would have to analyze each individual object in each fix or update contained within

6    each master fix.  Defendants, therefore, object to this request as compound and unduly

7    burdensome in that this request seeks information and activities that (1) involved many thousands

8    of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

9    require Defendants to review substantial business records to determine an answer, if possible, for

10   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

11   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

12   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

13       Subject to the General Objections and Responses and these specific objections, after a

14   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

15   sufficient knowledge and information to either admit or deny these requests, as the information

16   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

17   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

18   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 591:**

19       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

20   General Objections noted above. Defendants' response is based solely on Defendant

21   TomorrowNow's knowledge with respect to the information sought in this request because

22   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

23   information provided by Defendant TomorrowNow in this response.  Defendants object to the

24   request because the terms "process," "usually," and "source groups" are capable of multiple

25   meanings and thus, make this request overly broad, vague and ambiguous.  Defendants object to

26   the phrase "comparing the maintenance end dates of when customers informed TN they had

27   terminated PeopleSoft or Oracle support" as overly broad, vague and confusing.  Further, as noted

28   above, Request Nos. 576-579 refer to Exhibit B which lists the names of "master fixes" as that

1   phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

2   the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

3   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

4   serve as a record keeping device and reference for that issue and related activity TomorrowNow

5   undertook to address that issue.  The actual development of customer-specific objects included in

6   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

7   for identification and record keeping purposes. Thus, if this request seeks an admission related to

8   each and every object related to each and every customer-specific fix or update that

9   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

10  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

11  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

12  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

13  request, Defendants would have to analyze each individual object in each fix or update contained

14  within each master bundle.  Defendants, therefore, object on the basis that this request is

15  compound, overly broad and unduly burdensome because it seeks an admission regarding

16  thousands of separate activities that (1) involved many thousands of objects, (2) involved

17  numerous employees, (3) took place over several years, and (4) would require Defendants to

18  review enormous volumes of business records to attempt to determine an answer, if possible, for

19  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

20  Defendants object to this request on the basis that Defendants' burden associated with responding

21  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

22  through this request, especially because the available documents, data and other information from

23  which the answer, if any, could be derived in response to this request have been produced by

24  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

25  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

26  without waiving the foregoing objections and qualifications, Defendants respond as follows:

27          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

28  information Defendants currently know or can readily obtain, Defendants have insufficient

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   information to admit or deny this request.

2   **REQUEST FOR ADMISSION NO. 592:**

3       Admit that TN's process for determining its "source groups" (as the term is used in

4   Requests Nos. 576-579) more often than not involved in part comparing the maintenance end

5   dates of when Customers informed TN they had terminated PeopleSoft or Oracle support.

6   **RESPONSE TO REQUEST FOR ADMISSION NO. 592:**

7       Defendants object to this request on the grounds stated in the General Objections and

8   Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9   respect to the information sought in this request because Defendants SAP AG and SAP America

10  have no additional knowledge separate and apart from the information provided by Defendant

11  TomorrowNow in this response. Defendants object to the request because the terms and phrases

12  "process," "more often than not," and "source groups" are subject to multiple meanings and, as

13  such, are overly broad, vague, and ambiguous. Defendants object to the phrase "comparing the

14  maintenance end dates of when customers informed TN they had terminated PeopleSoft or Oracle

15  support" as vague and confusing. Further, as noted above, Request Nos. 576-579 refer to Exhibit

16  B which lists the names of master fixes as that term was used by TomorrowNow in the SAS

17  database. The master fixes are not the actual objects that are developed for TomorrowNow

18  customers. Master master fixes are records that simply identify problems for which

19  TomorrowNow generally developed objects to resolve. The object development often took place

20  at the release level, source level, and customer level. If this request is actually asking for

21  information related to the process with regard to each and every object TomorrowNow developed,

22  this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

23  of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this

24  question, Defendants would have to analyze each individual object in each fix or update

25  contained within each master fix. Defendants, therefore, object to this request as compound and

26  unduly burdensome in that this request seeks information and activities that (1) involved many

27  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

28  would require Defendants to review substantial business records to determine an answer, if

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

hu

1   possible, for each of the numerous numbers of objects contained within the fixes and updates, and

2   Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to do so

3   given that the available information is at least as equally accessible to Plaintiffs as it is to

4   Defendants.

5        Subject to the General Objections and Responses and these specific objections, after a

6   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7   sufficient knowledge and information to either admit or deny these requests, as the information

8   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 592:**

11       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12  General Objections noted above. Defendants' response is based solely on Defendant

13  TomorrowNow's knowledge with respect to the information sought in this request because

14  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15  information provided by Defendant TomorrowNow in this response.  Defendants object to the

16  request because the terms "process" and "source groups" are capable of multiple meanings and

17  thus, make this request overly broad, vague and ambiguous.  Defendants object to the phrase

18  "comparing the maintenance end dates of when customers informed TN they had terminated

19  PeopleSoft or Oracle support" as vague and confusing.  Further, as noted above, Request Nos.

20  576-579 refer to Exhibit B which lists the names of "master fixes" as that phrase was used by

21  TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

22  included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

23  and "master bundles" are records that describe the issue to be addressed and then serve as a

24  record keeping device and reference for that issue and related activity TomorrowNow undertook

25  to address that issue.  The actual development of customer-specific objects included in customer-

26  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

27  identification and record keeping purposes. Thus, if this request seeks an admission related to

28  each and every object related to each and every customer-specific fix or update that

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

2   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

3   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

4   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

5   request, Defendants would have to analyze each individual object in each fix or update contained

6   within each master bundle.  Defendants, therefore, object on the basis that this request is

7   compound, overly broad and unduly burdensome because it seeks an admission regarding

8   thousands of separate activities that (1) involved many thousands of objects, (2) involved

9   numerous employees, (3) took place over several years, and (4) would require Defendants to

10   review enormous volumes of business records to attempt to determine an answer, if possible, for

11   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

12   Defendants object to this request on the basis that Defendants' burden associated with responding

13   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

14   through this request, especially because the available documents, data and other information from

15   which the answer, if any, could be derived in response to this request have been produced by

16   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

17   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

18   without waiving the foregoing objections and qualifications, Defendants respond as follows:

19       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

20   information Defendants currently know or can readily obtain, Defendants have insufficient

21   information to admit or deny this request.

22   **REQUEST FOR ADMISSION NO. 593:**

23       Admit that TN's process for determining its "source groups" (as the term is used in

24   Requests Nos. 576-579) generally involved in part comparing the maintenance end dates of when

25   Customers informed TN they had terminated PeopleSoft or Oracle support.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 593:**

27       Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

4   "process," "generally," and "source groups" are subject to multiple meanings and, as such, are

5   overly broad, vague, and ambiguous.  Defendants object to the phrase "comparing the

6   maintenance end dates of when customers informed TN they had terminated PeopleSoft or Oracle

7   support" as vague and confusing.  Further, as noted above, Request Nos. 576-579 refer to Exhibit

8   B which lists the names of master fixes as that term was used by TomorrowNow in the SAS

9   database.  The master fixes are not the actual objects that are developed for TomorrowNow

10  customers.  Master fixes are records that simply identify problems for which TomorrowNow

11  generally developed objects to resolve.   The object development often took place at the release

12  level, source level, and customer level.  If this request is actually asking for information related to

13  the process with regard to each and every object TomorrowNow developed, this number is more

14  in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

15  Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

16  Defendants would have to analyze each individual object in each fix or update contained within

17  each master fix.  Defendants, therefore, object to this request as compound and unduly

18  burdensome in that this request seeks information and activities that (1) involved many thousands

19  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

20  require Defendants to review substantial business records to determine an answer, if possible, for

21  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

22  burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

23  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

24          Subject to the General Objections and Responses and these specific objections, after a

25  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26  sufficient knowledge and information to either admit or deny these requests, as the information

27  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

28  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 593:**

2          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "process," "generally," and "source groups" are capable of multiple

8    meanings and thus, make this request overly broad, vague and ambiguous.  Defendants object to

9    the phrase "comparing the maintenance end dates of when customers informed TN they had

10   terminated PeopleSoft or Oracle support" as vague and confusing.  Further, as noted above,

11   Request Nos. 576-579 refer to Exhibit B which lists the names of "master fixes" as that phrase

12   was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

13   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

14   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

15   serve as a record keeping device and reference for that issue and related activity TomorrowNow

16   undertook to address that issue.  The actual development of customer-specific objects included in

17   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

18   for identification and record keeping purposes. Thus, if this request seeks an admission related to

19   each and every object related to each and every customer-specific fix or update that

20   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

21   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

22   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

23   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

24   request, Defendants would have to analyze each individual object in each fix or update contained

25   within each master bundle.  Defendants, therefore, object on the basis that this request is

26   compound, overly broad and unduly burdensome because it seeks an admission regarding

27   thousands of separate activities that (1) involved many thousands of objects, (2) involved

28   numerous employees, (3) took place over several years, and (4) would require Defendants to

1    review enormous volumes of business records to attempt to determine an answer, if possible, for

2    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

3    Defendants object to this request on the basis that Defendants' burden associated with responding

4    to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

5    through this request, especially because the available documents, data and other information from

6    which the answer, if any, could be derived in response to this request have been produced by

7    Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

8    information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

9    without waiving the foregoing objections and qualifications, Defendants respond as follows:

10            DENIED on the basis that Defendants have made a reasonable inquiry and based on the

11   information Defendants currently know or can readily obtain, Defendants have insufficient

12   information to admit or deny this request.

13   **REQUEST FOR ADMISSION NO. 594:**

14            Admit that TN's process for determining its "source groups" (as the term is used in

15   Requests Nos. 576-579) sometimes involved in part comparing the maintenance end dates of

16   when Customers informed TN they had terminated PeopleSoft or Oracle support.

17   **RESPONSE TO REQUEST FOR ADMISSION NO. 594:**

18            Defendants object to this request on the grounds stated in the General Objections and

19   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20   respect to the information sought in this request because Defendants SAP AG and SAP America

21   have no additional knowledge separate and apart from the information provided by Defendant

22   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

23   "process," "sometimes," and "source groups" are subject to multiple meanings and, as such, are

24   overly broad, vague, and ambiguous.  Defendants object to the phrase "comparing the

25   maintenance end dates of when customers informed TN they had terminated PeopleSoft or Oracle

26   support" as vague and confusing.  Further, as noted above, Request Nos. 576-579 refer to Exhibit

27   B which lists the names of master fixes as that term was used by TomorrowNow in the SAS

28   database.  The master fixes are not the actual objects that are developed for TomorrowNow

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   customers.  Master fixes are records that simply identify problems for which TomorrowNow

2   generally developed objects to resolve.   The object development often took place at the release

3   level, source level, and customer level.  If this request is actually asking for information related to

4   the process with regard to each and every object TomorrowNow developed, this number is more

5   in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

6   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

7   Defendants would have to analyze each individual object in each fix or update contained within

8   each master fix.  Defendants, therefore, object to this request as compound and unduly

9   burdensome in that this request seeks information and activities that (1) involved many thousands

10  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

11  require Defendants to review substantial business records to determine an answer, if possible, for

12  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

13  burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

14  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

15        Subject to the General Objections and Responses and these specific objections, after a

16  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

17  sufficient knowledge and information to either admit or deny these requests, as the information

18  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

19  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

20  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 594:**

21        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

22  General Objections noted above. Defendants' response is based solely on Defendant

23  TomorrowNow's knowledge with respect to the information sought in this request because

24  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

25  information provided by Defendant TomorrowNow in this response.  Defendants object to the

26  request because the terms "process," "sometimes," and "source groups" are capable of multiple

27  meanings and thus, make this request overly broad, vague and ambiguous.  Defendants object to

28  the phrase "comparing the maintenance end dates of when customers informed TN they had

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    terminated PeopleSoft or Oracle support" as vague and confusing.  Further, as noted above,

2    Request Nos. 576-579 refer to Exhibit B which lists the names of "master fixes" as that phrase

3    was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

4    actual objects included in fixes or updates that are developed for TomorrowNow's customers.

5    "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

6    serve as a record keeping device and reference for that issue and related activity TomorrowNow

7    undertook to address that issue.  The actual development of customer-specific objects included in

8    customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

9    for identification and record keeping purposes. Thus, if this request seeks an admission related to

10   each and every object related to each and every customer-specific fix or update that

11   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

12   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

13   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

14   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

15   request, Defendants would have to analyze each individual object in each fix or update contained

16   within each master bundle.  Defendants, therefore, object on the basis that this request is

17   compound, overly broad and unduly burdensome because it seeks an admission regarding

18   thousands of separate activities that (1) involved many thousands of objects, (2) involved

19   numerous employees, (3) took place over several years, and (4) would require Defendants to

20   review enormous volumes of business records to attempt to determine an answer, if possible, for

21   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

22   Defendants object to this request on the basis that Defendants' burden associated with responding

23   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

24   through this request, especially because the available documents, data and other information from

25   which the answer, if any, could be derived in response to this request have been produced by

26   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

27   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

28   without waiving the foregoing objections and qualifications, Defendants respond as follows:

1    ADMITTED on the following qualified basis: TomorrowNow reasonably believes that

2    TomorrowNow employees sometimes (meaning more than once) determined if the object could

3    be developed at the release level for a specific group of customers within a release level or on a

4    customer-by-customer basis by in part comparing the respective customers' maintenance end

5    dates (meaning the specific maintenance end date that a TomorrowNow customer informed

6    TomorrowNow was the date on which that customer was no longer receiving maintenance

7    support from PeopleSoft or Oracle). To the extent not admitted, this request is DENIED.

8    **REQUEST FOR ADMISSION NO. 595:**

9    Admit that for each Fix or Update listed in Exhibit B, TN Developed the Fix or Update

10   once per "source group" (as the term is used in Requests Nos. 576-579), in part by using a Local

11   Environment installed from media originally provided by one Customer within the source group.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 595:**

13   Defendants object to this request on the grounds stated in the General Objections and

14   Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15   respect to the information sought in this request because Defendants SAP AG and SAP America

16   have no additional knowledge separate and apart from the information provided by Defendant

17   TomorrowNow in this response. Defendants object to the request because the terms and phrases

18   "Fix," "Update," "developed," "source group," "using," and "local environment" are subject to

19   multiple meanings and, as such, are overly broad, vague, and ambiguous. Defendants object to

20   the phrase "using a local environment installed from media originally provided by one customer

21   within the source group" as being subject to multiple meanings and, as such, being vague and

22   ambiguous. Further, as noted above, Request Nos. 576-579 refer to Exhibit B which lists the

23   names of master fixes as that term was used by TomorrowNow in the SAS database. The master

24   fixes are not the actual objects that are developed for TomorrowNow customers. Master fixes are

25   records that simply identify problems for which TomorrowNow generally developed objects to

26   resolve. The object development often took place at the release level, source level, and customer

27   level. If this request is actually asking for information related to each and every object

28   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

2   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

3   object in each fix or update contained within each master fix.  Defendants, therefore, object to this

4   request as compound and unduly burdensome in that this request seeks information and activities

5   that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

6   over several years, and (4) would require Defendants to review substantial business records to

7   determine an answer, if possible, for each of the numerous numbers of objects contained within

8   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

9   burden for Plaintiffs to do so given that the available information is at least as equally accessible

10  to Plaintiffs as it is to Defendants.

11         Subject to the General Objections and Responses and these specific objections, after a

12  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

13  sufficient knowledge and information to either admit or deny these requests, as the information

14  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

15  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

16  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 595:**

17         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18  General Objections noted above. Defendants' response is based solely on Defendant

19  TomorrowNow's knowledge with respect to the information sought in this request because

20  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21  information provided by Defendant TomorrowNow in this response.  Defendants object to the

22  request because the terms "fix," "update," "source group," "using," and "local environment" are

23  capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

24  Defendants object to the phrase "using a local environment installed from media originally

25  provided by one customer within the source group" as being subject to multiple meanings and, as

26  such, being vague and ambiguous.  Further, as noted above, Request Nos. 576-579 refer to

27  Exhibit B which lists the names of "master fixes" as that phrase was used by TomorrowNow in

28  the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

1   updates that are developed for TomorrowNow's customers. "Master fixes" and "master bundles"

2   are records that describe the issue to be addressed and then serve as a record keeping device and

3   reference for that issue and related activity TomorrowNow undertook to address that issue. The

4   actual development of customer-specific objects included in customer-specific fixes and updates

5   was referenced to a "master bundle" or "master fix" record for identification and record keeping

6   purposes. Thus, if this request seeks an admission related to each and every object related to each

7   and every customer-specific fix or update that TomorrowNow developed, then this single request

8   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

9   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

10  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. If that is the

11  intent of this request, then to respond to this request, Defendants would have to analyze each

12  individual object in each fix or update contained within each master bundle. Defendants,

13  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

14  because it seeks an admission regarding thousands of separate activities that (1) involved many

15  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

16  would require Defendants to review enormous volumes of business records to attempt to

17  determine an answer, if possible, for each of the numerous objects contained within the

18  referenced fixes and updates. Moreover, Defendants object to this request on the basis that

19  Defendants' burden associated with responding to this request is substantially similar to the

20  burden for Plaintiffs to obtain the information sought through this request, especially because the

21  available documents, data and other information from which the answer, if any, could be derived

22  in response to this request have been produced by Defendants in response to Plaintiffs' other

23  discovery requests and thus any relevant, available information is now as equally accessible to

24  Plaintiffs as it is to Defendants. Subject to and without waiving the foregoing objections and

25  qualifications, Defendants respond as follows:

26      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

27  information Defendants currently know or can readily obtain, Defendants have insufficient

28  information to admit or deny this request.

1  **REQUEST FOR ADMISSION NO. 596**:

2  Admit that for the majority of Fixes or Updates listed in Exhibit B, TN Developed the Fix

3  or Update once per "source group" (as the term is used in Requests Nos. 576-579), in part by

4  using a Local Environment installed from media originally provided by one Customer within the

5  source group.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 596**:

7  Defendants object to this request on the grounds stated in the General Objections and

8  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9  respect to the information sought in this request because Defendants SAP AG and SAP America

10  have no additional knowledge separate and apart from the information provided by Defendant

11  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

12  "Fix(es)," "Updates," "majority," "developed," "source group," "using," and "local environment"

13  are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

14  Defendants object to the phrase "using a local environment installed from media originally

15  provided by one customer within the source group" as being subject to multiple meanings and, as

16  such, being vague and ambiguous.  Further, as noted above, Request Nos. 576-579 refer to

17  Exhibit B which lists the names of master fixes as that term was used by TomorrowNow in the

18  SAS database.  The master fixes are not the actual objects that are developed for TomorrowNow

19  customers.  Master fixes are records that simply identify problems for which TomorrowNow

20  generally developed objects to resolve.   The object development often took place at the release

21  level, source level, and customer level.  If this request is actually asking for information related to

22  each and every object TomorrowNow developed, this number is more in line with the 33,185

23  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

24  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

25  analyze each individual object in each fix or update contained within each master fix.  Defendants,

26  therefore, object to this request as compound and unduly burdensome in that this request seeks

27  information and activities that (1) involved many thousands of objects, (2) involved numerous

28  employees, (3) took place over several years, and (4) would require Defendants to review

1    substantial business records to determine an answer, if possible, for each of the numerous

2    numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

3    would be substantially similar to the burden for Plaintiffs to do so given that the available

4    information is at least as equally accessible to Plaintiffs as it is to Defendants.

5          Subject to the General Objections and Responses and these specific objections, after a

6    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7    sufficient knowledge and information to either admit or deny these requests, as the information

8    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 596:**

11         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response.  Defendants object to the

16   request because the terms "fix," "update," "source group," "using," and "local environment" are

17   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

18   Defendants object to the phrase "using a local environment installed from media originally

19   provided by one customer within the source group" as being subject to multiple meanings and, as

20   such, being vague and ambiguous.  Further, as noted above, Request Nos. 576-579 refer to

21   Exhibit B which lists the names of "master fixes" as that phrase was used by TomorrowNow in

22   the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

23   updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

24   are records that describe the issue to be addressed and then serve as a record keeping device and

25   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

26   actual development of customer-specific objects included in customer-specific fixes and updates

27   was referenced to a "master bundle" or "master fix" record for identification and record keeping

28   purposes. Thus, if this request seeks an admission related to each and every object related to each

1   and every customer-specific fix or update that TomorrowNow developed, then this single request

2   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

3   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

4   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

5   intent of this request, then to respond to this request, Defendants would have to analyze each

6   individual object in each fix or update contained within each master bundle.  Defendants,

7   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

8   because it seeks an admission regarding thousands of separate activities that (1) involved many

9   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

10  would require Defendants to review enormous volumes of business records to attempt to

11  determine an answer, if possible, for each of the numerous objects contained within the

12  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

13  Defendants' burden associated with responding to this request is substantially similar to the

14  burden for Plaintiffs to obtain the information sought through this request, especially because the

15  available documents, data and other information from which the answer, if any, could be derived

16  in response to this request have been produced by Defendants in response to Plaintiffs' other

17  discovery requests and thus any relevant, available information is now as equally accessible to

18  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

19  qualifications, Defendants respond as follows:

20      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

21  information Defendants currently know or can readily obtain, Defendants have insufficient

22  information to admit or deny this request.

23  **REQUEST FOR ADMISSION NO. 597:**

24      Admit that for some Fixes or Updates listed in Exhibit B, TN Developed the Fix or

25  Update once per "source group" (as the term is used in Requests Nos. 576-579), in part by using a

26  Local Environment installed from media originally provided by one Customer within the source

27  group.

28

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 597**:

2        Defendants object to this request on the grounds stated in the General Objections and

3   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4   respect to the information sought in this request because Defendants SAP AG and SAP America

5   have no additional knowledge separate and apart from the information provided by Defendant

6   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7   "Fix(es)," "Updates," "developed," "source group," "using," "some," and "local environment"

8   are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

9   Defendants object to the phrase "using a local environment installed from media originally

10  provided by one customer within the source group" as being subject to multiple meanings and, as

11  such, being vague and ambiguous.  Further, as noted above, Request Nos. 576-579 refer to

12  Exhibit B which lists the names of master fixes as that term was used by TomorrowNow in the

13  SAS database.  The master fixes are not the actual objects that are developed for TomorrowNow

14  customers.  Master fixes are records that simply identify problems for which TomorrowNow

15  generally developed objects to resolve.   The object development often took place at the release

16  level, source level, and customer level.  If this request is actually asking for information related to

17  each and every object TomorrowNow developed, this number is more in line with the 33,185

18  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

19  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

20  analyze each individual object in each fix or update contained within each master fix.  Defendants,

21  therefore, object to this request as compound and unduly burdensome in that this request seeks

22  information and activities that (1) involved many thousands of objects, (2) involved numerous

23  employees, (3) took place over several years, and (4) would require Defendants to review

24  substantial business records to determine an answer, if possible, for each of the numerous

25  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

26  would be substantially similar to the burden for Plaintiffs to do so given that the available

27  information is at least as equally accessible to Plaintiffs as it is to Defendants.

28        Subject to the General Objections and Responses and these specific objections, after a

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

2   sufficient knowledge and information to either admit or deny these requests, as the information

3   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

4   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

5   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 597:**

6          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

7   General Objections noted above. Defendants' response is based solely on Defendant

8   TomorrowNow's knowledge with respect to the information sought in this request because

9   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

10  information provided by Defendant TomorrowNow in this response.  Defendants object to the

11  request because the terms "fix(es)," "update(s)," "source group," "using," and "local

12  environment" are capable of multiple meanings and thus, make this request overly broad, vague

13  and ambiguous.  Defendants object to the phrase "using a local environment installed from media

14  originally provided by one customer within the source group" as being subject to multiple

15  meanings and, as such, being vague and ambiguous.  Further, as noted above, Request Nos. 576-

16  579 refer to Exhibit B which lists the names of "master fixes" as that phrase was used by

17  TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

18  included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

19  and "master bundles" are records that describe the issue to be addressed and then serve as a

20  record keeping device and reference for that issue and related activity TomorrowNow undertook

21  to address that issue.  The actual development of customer-specific objects included in customer-

22  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

23  identification and record keeping purposes. Thus, if this request seeks an admission related to

24  each and every object related to each and every customer-specific fix or update that

25  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

26  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

27  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

28  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

1    request, Defendants would have to analyze each individual object in each fix or update contained

2    within each master bundle.  Defendants, therefore, object on the basis that this request is

3    compound, overly broad and unduly burdensome because it seeks an admission regarding

4    thousands of separate activities that (1) involved many thousands of objects, (2) involved

5    numerous employees, (3) took place over several years, and (4) would require Defendants to

6    review enormous volumes of business records to attempt to determine an answer, if possible, for

7    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

8    Defendants object to this request on the basis that Defendants' burden associated with responding

9    to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

10   through this request, especially because the available documents, data and other information from

11   which the answer, if any, could be derived in response to this request have been produced by

12   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

13   information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

14   this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

15   their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

16   objections and qualifications, Defendants respond as follows:

17         ADMITTED on the following qualified basis:  Some of the objects (meaning more than

18   one object) associated with the master fix records referenced in Exhibit B were developed once

19   for a specific group of customers within a release level in part by using environment components

20   installed from media provided by a specific TomorrowNow customer within that specific group.

21   To the extent not admitted, this request is DENIED.

22   **REQUEST FOR ADMISSION NO. 598:**

23         Admit that for at least one Fix or Update listed in Exhibit B, TN Developed the Fix or

24   Update once per "source group" (as the term is used in Requests Nos. 576-579), in part by using a

25   Local Environment installed from media originally provided by one Customer within the source

26   group.

27   **RESPONSE TO REQUEST FOR ADMISSION NO. 598:**

28         Defendants object to this request on the grounds stated in the General Objections and

1   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2   respect to the information sought in this request because Defendants SAP AG and SAP America

3   have no additional knowledge separate and apart from the information provided by Defendant

4   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

5   "Fix," "Update," "developed," "source group," "using," and "local environment" are subject to

6   multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

7   the phrase "using a local environment installed from media originally provided by one customer

8   within the source group" as being subject to multiple meanings and, as such, being vague and

9   ambiguous.  Further, as noted above, Request Nos. 576-579 refer to Exhibit B which lists the

10  names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

11  fixes are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

12  records that simply identify problems for which TomorrowNow generally developed objects to

13  resolve.   The object development often took place at the release level, source level, and customer

14  level.  If this request is actually asking for information related to each and every object

15  TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

16  D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

17  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

18  object in each fix or update contained within each master fix.  Defendants, therefore, object to this

19  request as compound and unduly burdensome in that this request seeks information and activities

20  that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

21  over several years, and (4) would require Defendants to review substantial business records to

22  determine an answer, if possible, for each of the numerous numbers of objects contained within

23  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24  burden for Plaintiffs to do so given that the available information is at least as equally accessible

25  to Plaintiffs as it is to Defendants.

26          Subject to the General Objections and Responses and these specific objections, after a

27  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

28  sufficient knowledge and information to either admit or deny these requests, as the information

1  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

2  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

3  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 598:**

4          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

5  General Objections noted above. Defendants' response is based solely on Defendant

6  TomorrowNow's knowledge with respect to the information sought in this request because

7  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

8  information provided by Defendant TomorrowNow in this response.  Defendants object to the

9  request because the terms "fix," "update," "source group," "using," and "local environment" are

10 capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

11 Defendants object to the phrase "using a local environment installed from media originally

12 provided by one customer within the source group" as being subject to multiple meanings and, as

13 such, being vague and ambiguous.  Further, as noted above, Request Nos. 576-579 refer to

14 Exhibit B which lists the names of "master fixes" as that phrase was used by TomorrowNow in

15 the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

16 updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

17 are records that describe the issue to be addressed and then serve as a record keeping device and

18 reference for that issue and related activity TomorrowNow undertook to address that issue.  The

19 actual development of customer-specific objects included in customer-specific fixes and updates

20 was referenced to a "master bundle" or "master fix" record for identification and record keeping

21 purposes. Thus, if this request seeks an admission related to each and every object related to each

22 and every customer-specific fix or update that TomorrowNow developed, then this single request

23 impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

24 impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

25 Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

26 intent of this request, then to respond to this request, Defendants would have to analyze each

27 individual object in each fix or update contained within each master bundle.  Defendants,

28 therefore, object on the basis that this request is compound, overly broad and unduly burdensome

1   because it seeks an admission regarding thousands of separate activities that (1) involved many

2   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

3   would require Defendants to review enormous volumes of business records to attempt to

4   determine an answer, if possible, for each of the numerous objects contained within the

5   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

6   Defendants' burden associated with responding to this request is substantially similar to the

7   burden for Plaintiffs to obtain the information sought through this request, especially because the

8   available documents, data and other information from which the answer, if any, could be derived

9   in response to this request have been produced by Defendants in response to Plaintiffs' other

10  discovery requests and thus any relevant, available information is now as equally accessible to

11  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

12  qualifications, Defendants respond as follows:

13       ADMITTED on the following qualified basis:  At least one of the objects associated with

14  the master fix records referenced in Exhibit B were developed once for a specific group of

15  customers within a release level in part by using environment components installed from media

16  provided by a specific TomorrowNow customer within that specific group. To the extent not

17  admitted, this request is DENIED.

18  **REQUEST FOR ADMISSION NO. 599:**

19       Admit that for each Fix or Update listed in Exhibit B, where TN determined that any

20  given release did not require a "source group" division (as the term is used in Requests Nos.

21  576-579), TN used a Local Environment installed from media originally provided by one

22  Customer to Develop the Fix or Update for all Customers on that release.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 599:**

24       Defendants object to this request on the grounds stated in the General Objections and

25  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

26  respect to the information sought in this request because Defendants SAP AG and SAP America

27  have no additional knowledge separate and apart from the information provided by Defendant

28  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  "Fix," "Update," "source group," "used," "develop," and "local environment" are overly broad,

2  vague, and ambiguous.  Defendants object to the phrase "TN determined that any given release

3  did not require a 'source group' division" as being subject to multiple meanings and, as such,

4  being vague and ambiguous.  Further, Exhibit B lists the names of master fixes as that term was

5  used by TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

6  developed for TomorrowNow customers.  Master fixes are records that simply identify problems

7  for which TomorrowNow generally developed objects to resolve.   The object development often

8  took place at the release level, source level, and customer level.  If this request is actually asking

9  for information related to each and every object TomorrowNow developed, this number is more

10  in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

11  Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

12  Defendants would have to analyze each individual object in each fix or update contained within

13  each master fix.  Defendants, therefore, object to this request as compound and unduly

14  burdensome in that this request seeks information and activities that (1) involved many thousands

15  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

16  require Defendants to review substantial business records to determine an answer, if possible, for

17  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

18  burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

19  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

20      Subject to the General Objections and Responses and these specific objections, after a

21  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

22  sufficient knowledge and information to either admit or deny these requests, as the information

23  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

24  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

25  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 599:**

26      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

27  General Objections noted above. Defendants' response is based solely on Defendant

28  TomorrowNow's knowledge with respect to the information sought in this request because

1   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

2   information provided by Defendant TomorrowNow in this response.  Defendants object to the

3   request because the terms "fix," "update," "source group," "used," and "local environment" are

4   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

5   Defendants object to the phrase "TN determined that any given release did not require a 'source

6   group' division" as being subject to multiple meanings and, as such, being vague and ambiguous.

7   Further, Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in

8   the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

9   updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

10  are records that describe the issue to be addressed and then serve as a record keeping device and

11  reference for that issue and related activity TomorrowNow undertook to address that issue.  The

12  actual development of customer-specific objects included in customer-specific fixes and updates

13  was referenced to a "master bundle" or "master fix" record for identification and record keeping

14  purposes. Thus, if this request seeks an admission related to each and every object related to each

15  and every customer-specific fix or update that TomorrowNow developed, then this single request

16  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

17  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

18  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

19  intent of this request, then to respond to this request, Defendants would have to analyze each

20  individual object in each fix or update contained within each master bundle.  Defendants,

21  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

22  because it seeks an admission regarding thousands of separate activities that (1) involved many

23  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

24  would require Defendants to review enormous volumes of business records to attempt to

25  determine an answer, if possible, for each of the numerous objects contained within the

26  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

27  Defendants' burden associated with responding to this request is substantially similar to the

28  burden for Plaintiffs to obtain the information sought through this request, especially because the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   available documents, data and other information from which the answer, if any, could be derived

2   in response to this request have been produced by Defendants in response to Plaintiffs' other

3   discovery requests and thus any relevant, available information is now as equally accessible to

4   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

5   qualifications, Defendants respond as follows:

6        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

7   information Defendants currently know or can readily obtain, Defendants have insufficient

8   information to admit or deny this request.

9   **REQUEST FOR ADMISSION NO. 600:**

10       Admit that for the majority of Fixes or Updates listed in Exhibit B, where TN determined

11   that any given release did not require a "source group" division (as the term is used in Requests

12   Nos. 576-579), TN used a Local Environment installed from media originally provided by one

13   Customer to Develop the Fix or Update for all Customers on that release.

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 600:**

15       Defendants object to this request on the grounds stated in the General Objections and

16   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17   respect to the information sought in this request because Defendants SAP AG and SAP America

18   have no additional knowledge separate and apart from the information provided by Defendant

19   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

20   "Fix(es)," "Updates," "majority," "source group," "used," "develop," and "local environment"

21   are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

22   Defendants object to the phrase "TN determined that any given release did not require a 'source

23   group' division" as being subject to multiple meanings and, as such, being vague and ambiguous.

24   Further, Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the

25   SAS database.  The master fixes are not the actual objects that are developed for TomorrowNow

26   customers.  Master fixes are records that simply identify problems for which TomorrowNow

27   generally developed objects to resolve.   The object development often took place at the release

28   level, source level, and customer level.  If this request is actually asking for information related to

1   each and every object TomorrowNow developed, this number is more in line with the 33,185

2   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

3   SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

4   analyze each individual object in each fix or update contained within each master fix.  Defendants,

5   therefore, object to this request as compound and unduly burdensome in that this request seeks

6   information and activities that (1) involved many thousands of objects, (2) involved numerous

7   employees, (3) took place over several years, and (4) would require Defendants to review

8   substantial business records to determine an answer, if possible, for each of the numerous

9   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

10  would be substantially similar to the burden for Plaintiffs to do so given that the available

11  information is at least as equally accessible to Plaintiffs as it is to Defendants.

12        Subject to the General Objections and Responses and these specific objections, after a

13  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

14  sufficient knowledge and information to either admit or deny these requests, as the information

15  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

16  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

17  **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 600:</u>**

18        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

19  General Objections noted above. Defendants' response is based solely on Defendant

20  TomorrowNow's knowledge with respect to the information sought in this request because

21  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

22  information provided by Defendant TomorrowNow in this response.  Defendants object to the

23  request because the terms "fix," "update," "source group," "used," and "local environment" are

24  capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

25  Defendants object to the phrase "TN determined that any given release did not require a 'source

26  group' division" as being subject to multiple meanings and, as such, being vague and ambiguous.

27  Further, Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in

28  the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

1    updates that are developed for TomorrowNow's customers. "Master fixes" and "master bundles"

2    are records that describe the issue to be addressed and then serve as a record keeping device and

3    reference for that issue and related activity TomorrowNow undertook to address that issue. The

4    actual development of customer-specific objects included in customer-specific fixes and updates

5    was referenced to a "master bundle" or "master fix" record for identification and record keeping

6    purposes. Thus, if this request seeks an admission related to each and every object related to each

7    and every customer-specific fix or update that TomorrowNow developed, then this single request

8    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

9    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

10   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. If that is the

11   intent of this request, then to respond to this request, Defendants would have to analyze each

12   individual object in each fix or update contained within each master bundle. Defendants,

13   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

14   because it seeks an admission regarding thousands of separate activities that (1) involved many

15   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

16   would require Defendants to review enormous volumes of business records to attempt to

17   determine an answer, if possible, for each of the numerous objects contained within the

18   referenced fixes and updates. Moreover, Defendants object to this request on the basis that

19   Defendants' burden associated with responding to this request is substantially similar to the

20   burden for Plaintiffs to obtain the information sought through this request, especially because the

21   available documents, data and other information from which the answer, if any, could be derived

22   in response to this request have been produced by Defendants in response to Plaintiffs' other

23   discovery requests and thus any relevant, available information is now as equally accessible to

24   Plaintiffs as it is to Defendants. Subject to and without waiving the foregoing objections and

25   qualifications, Defendants respond as follows:

26           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

27   information Defendants currently know or can readily obtain, Defendants have insufficient

28   information to admit or deny this request.

1   **REQUEST FOR ADMISSION NO. 601:**

2        Admit that for some Fixes or Updates listed in Exhibit B, where TN determined that any

3   given release did not require a "source group" division (as the term is used in Requests Nos.

4   576-579), TN used a Local Environment installed from media provided originally by one

5   Customer to Develop the Fix or Update for all Customers on that release.

6   **RESPONSE TO REQUEST FOR ADMISSION NO. 601:**

7        Defendants object to this request on the grounds stated in the General Objections and

8   Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9   respect to the information sought in this request because Defendants SAP AG and SAP America

10  have no additional knowledge separate and apart from the information provided by Defendant

11  TomorrowNow in this response. Defendants object to the request because the terms and phrases

12  "Fix(es)," "Updates," "source group," "used," "develop," "some," and "local environment" are

13  subject to multiple meanings and, as such, are overly broad, vague, and ambiguous. Defendants

14  object to the phrase "TN determined that any given release did not require a 'source group'

15  division" as being subject to multiple meanings and, as such, being vague and ambiguous.

16  Further, Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the

17  SAS database. The master fixes are not the actual objects that are developed for TomorrowNow

18  customers. Master fixes are records that simply identify problems for which TomorrowNow

19  generally developed objects to resolve. The object development often took place at the release

20  level, source level, and customer level. If this request is actually asking for information related to

21  each and every object TomorrowNow developed, this number is more in line with the 33,185

22  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

23  SAP America, and TomorrowNow. To respond to this question, Defendants would have to

24  analyze each individual object in each fix or update contained within each master fix. Defendants,

25  therefore, object to this request as compound and unduly burdensome in that this request seeks

26  information and activities that (1) involved many thousands of objects, (2) involved numerous

27  employees, (3) took place over several years, and (4) would require Defendants to review

28  substantial business records to determine an answer, if possible, for each of the numerous

1    numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

2    would be substantially similar to the burden for Plaintiffs to do so given that the available

3    information is at least as equally accessible to Plaintiffs as it is to Defendants.

4          Subject to the General Objections and Responses and these specific objections, after a

5    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6    sufficient knowledge and information to either admit or deny these requests, as the information

7    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

9    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 601:**

10         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11   General Objections noted above. Defendants' response is based solely on Defendant

12   TomorrowNow's knowledge with respect to the information sought in this request because

13   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14   information provided by Defendant TomorrowNow in this response.  Defendants object to the

15   request because the terms "fix," "update," "source group," "used," and "local environment" are

16   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

17   Defendants object to the phrase "TN determined that any given release did not require a 'source

18   group' division" as being subject to multiple meanings and, as such, being vague and ambiguous.

19   Further, Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in

20   the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

21   updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

22   are records that describe the issue to be addressed and then serve as a record keeping device and

23   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

24   actual development of customer-specific objects included in customer-specific fixes and updates

25   was referenced to a "master bundle" or "master fix" record for identification and record keeping

26   purposes. Thus, if this request seeks an admission related to each and every object related to each

27   and every customer-specific fix or update that TomorrowNow developed, then this single request

28   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

1    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

2    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

3    intent of this request, then to respond to this request, Defendants would have to analyze each

4    individual object in each fix or update contained within each master bundle.  Defendants,

5    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

6    because it seeks an admission regarding thousands of separate activities that (1) involved many

7    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

8    would require Defendants to review enormous volumes of business records to attempt to

9    determine an answer, if possible, for each of the numerous objects contained within the

10   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

11   Defendants' burden associated with responding to this request is substantially similar to the

12   burden for Plaintiffs to obtain the information sought through this request, especially because the

13   available documents, data and other information from which the answer, if any, could be derived

14   in response to this request have been produced by Defendants in response to Plaintiffs' other

15   discovery requests and thus any relevant, available information is now as equally accessible to

16   Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

17   "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

18   letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

19   respond as follows:

20          ADMITTED on the following qualified basis:  Some of the objects (meaning more than

21   one object) associated with the master fix records referenced in Exhibit B were developed once

22   per release level by using environment components installed from media provided by a specific

23   TomorrowNow customer on that release and the object was provided to the TomorrowNow

24   customers on that release that contracted with TomorrowNow for, and required, that object. To

25   the extent not admitted, this request is DENIED.

26   **REQUEST FOR ADMISSION NO. 602:**

27          Admit that for at least one Fix or Update listed in Exhibit B, where TN determined that

28   any given release did not require a "source group" division (as the term is used in Requests Nos.

1   576-579), TN used a Local Environment installed from media originally provided by one

2   Customer to Develop the Fix or Update for all Customers on that release.

3   **RESPONSE TO REQUEST FOR ADMISSION NO. 602:**

4           Defendants object to this request on the grounds stated in the General Objections and

5   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

6   respect to the information sought in this request because Defendants SAP AG and SAP America

7   have no additional knowledge separate and apart from the information provided by Defendant

8   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

9   "Fix," "Update," "source group," "used," "develop," and "local environment" are subject to

10  multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to

11  the phrase "TN determined that any given release did not require a 'source group' division" as

12  being subject to multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit B

13  lists the names of master fixes as that term was used by TomorrowNow in the SAS database.  The

14  master fixes are not the actual objects that are developed for TomorrowNow customers.  Master

15  fixes are records that simply identify problems for which TomorrowNow generally developed

16  objects to resolve.   The object development often took place at the release level, source level, and

17  customer level.  If this request is actually asking for information related to each and every object

18  TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

19  D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

20  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

21  object in each fix or update contained within each master fix.  Defendants, therefore, object to this

22  request as compound and unduly burdensome in that this request seeks information and activities

23  that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

24  over several years, and (4) would require Defendants to review substantial business records to

25  determine an answer, if possible, for each of the numerous numbers of objects contained within

26  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

27  burden for Plaintiffs to do so given that the available information is at least as equally accessible

28  to Plaintiffs as it is to Defendants.

1    Subject to the General Objections and Responses and these specific objections, after a

2    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

3    sufficient knowledge and information to either admit or deny these requests, as the information

4    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

5    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

6    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 602:**

7    Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

8    General Objections noted above. Defendants' response is based solely on Defendant

9    TomorrowNow's knowledge with respect to the information sought in this request because

10   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

11   information provided by Defendant TomorrowNow in this response.  Defendants object to the

12   request because the terms "fix," "update," "source group," "used," and "local environment" are

13   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

14   Defendants object to the phrase "TN determined that any given release did not require a 'source

15   group' division" as being subject to multiple meanings and, as such, being vague and ambiguous.

16   Further, Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in

17   the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

18   updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

19   are records that describe the issue to be addressed and then serve as a record keeping device and

20   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

21   actual development of customer-specific objects included in customer-specific fixes and updates

22   was referenced to a "master bundle" or "master fix" record for identification and record keeping

23   purposes. Thus, if this request seeks an admission related to each and every object related to each

24   and every customer-specific fix or update that TomorrowNow developed, then this single request

25   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

26   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

27   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

28   intent of this request, then to respond to this request, Defendants would have to analyze each

1   individual object in each fix or update contained within each master bundle.  Defendants,

2   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

3   because it seeks an admission regarding thousands of separate activities that (1) involved many

4   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

5   would require Defendants to review enormous volumes of business records to attempt to

6   determine an answer, if possible, for each of the numerous objects contained within the

7   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

8   Defendants' burden associated with responding to this request is substantially similar to the

9   burden for Plaintiffs to obtain the information sought through this request, especially because the

10  available documents, data and other information from which the answer, if any, could be derived

11  in response to this request have been produced by Defendants in response to Plaintiffs' other

12  discovery requests and thus any relevant, available information is now as equally accessible to

13  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

14  qualifications, Defendants respond as follows:

15      ADMITTED on the following qualified basis:  At least one of the objects associated with

16  the master fix records referenced in Exhibit B were developed once per release level by using

17  environment components installed from media provided by a specific TomorrowNow customer

18  on that release and the object was provided to the TomorrowNow customers on that release that

19  contracted with TomorrowNow for, and required, that object. To the extent not admitted, this

20  request is DENIED.

21  **REQUEST FOR ADMISSION NO. 603:**

22      Admit that for each Fix or Update listed in Exhibit B, TN unit tested the Fix Objects

23  Developed for each "source group" (as the term is used in Requests Nos. 576-579) in the same

24  Local Environment used to Develop the Fix or Update.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 603:**

26      Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  respect to the information sought in this request because Defendants SAP AG and SAP America

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    have no additional knowledge separate and apart from the information provided by Defendant

2    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

3    "Fix," Update," "unit tested," "developed/develop," "source group," "used," and "local

4    environment" are subject to multiple meanings and, as such, are overly broad, vague, and

5    ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

6    inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

7    the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit B lists the names

8    of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

9    are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

10   records that simply identify problems for which TomorrowNow generally developed objects to

11   resolve.   The object development often took place at the release level, source level, and customer

12   level.  If this request is actually asking for information related to each and every object

13   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

14   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

15   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

16   object in each fix or update contained within each master fix.  Defendants, therefore, object to this

17   request as compound and unduly burdensome in that this request seeks information and activities

18   that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

19   over several years, and (4) would require Defendants to review substantial business records to

20   determine an answer, if possible, for each of the numerous numbers of objects contained within

21   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

22   burden for Plaintiffs to do so given that the available information is at least as equally accessible

23   to Plaintiffs as it is to Defendants.

24        Subject to the General Objections and Responses and these specific objections, after a

25   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26   sufficient knowledge and information to either admit or deny these requests, as the information

27   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

28   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

1     **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 603:**

2        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3 General Objections noted above. Defendants' response is based solely on Defendant

4 TomorrowNow's knowledge with respect to the information sought in this request because

5 Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6 information provided by Defendant TomorrowNow in this response. Defendants object to the

7 request because the terms "fix," "update," "unit tested," "developed/develop," "source group,"

8 "used," and "local environment" are capable of multiple meanings and thus, make this request

9 overly broad, vague and ambiguous. Further, Exhibit B lists the names of "master fixes" as that

10 phrase was used by TomorrowNow in the SAS database. TomorrowNow's "master fixes" are not

11 the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

12 "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

13 serve as a record keeping device and reference for that issue and related activity TomorrowNow

14 undertook to address that issue. The actual development of customer-specific objects included in

15 customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

16 for identification and record keeping purposes. Thus, if this request seeks an admission related to

17 each and every object related to each and every customer-specific fix or update that

18 TomorrowNow developed, then this single request impermissibly seeks literally thousands of

19 admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

20 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

21 SAP America, and TomorrowNow. If that is the intent of this request, then to respond to this

22 request, Defendants would have to analyze each individual object in each fix or update contained

23 within each master bundle. Defendants, therefore, object on the basis that this request is

24 compound, overly broad and unduly burdensome because it seeks an admission regarding

25 thousands of separate activities that (1) involved many thousands of objects, (2) involved

26 numerous employees, (3) took place over several years, and (4) would require Defendants to

27 review enormous volumes of business records to attempt to determine an answer, if possible, for

28 each of the numerous objects contained within the referenced fixes and updates. Moreover,

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   Defendants object to this request on the basis that Defendants' burden associated with responding

2   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

3   through this request, especially because the available documents, data and other information from

4   which the answer, if any, could be derived in response to this request have been produced by

5   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

6   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

7   without waiving the foregoing objections and qualifications, Defendants respond as follows:

8           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

9   information Defendants currently know or can readily obtain, Defendants have insufficient

10  information to admit or deny this request.

11  **REQUEST FOR ADMISSION NO. 604:**

12          Admit that for the majority of Fixes or Updates listed in Exhibit B, TN unit tested the Fix

13  Objects Developed for each "source group" (as the term is used in Requests Nos. 576-579) in the

14  same Local Environment used to Develop the Fix or Update.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 604:**

16          Defendants object to this request on the grounds stated in the General Objections and

17  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

18  respect to the information sought in this request because Defendants SAP AG and SAP America

19  have no additional knowledge separate and apart from the information provided by Defendant

20  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

21  "Fix(es)," "Updates," "majority," "unit tested," "developed/develop," "source group," "used,"

22  and "local environment" are subject to multiple meanings and, as such, are overly broad, vague,

23  and ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

24  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

25  the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit B lists the names

26  of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

27  are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

28  records that simply identify problems for which TomorrowNow generally developed objects to

1  resolve.   The object development often took place at the release level, source level, and customer

2  level.  If this request is actually asking for information related to each and every object

3  TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

4  D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

5  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

6  object in each fix or update contained within each master fix.  Defendants, therefore, object to this

7  request as compound and unduly burdensome in that this request seeks information and activities

8  that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

9  over several years, and (4) would require Defendants to review substantial business records to

10  determine an answer, if possible, for each of the numerous numbers of objects contained within

11  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

12  burden for Plaintiffs to do so given that the available information is at least as equally accessible

13  to Plaintiffs as it is to Defendants.

14      Subject to the General Objections and Responses and these specific objections, after a

15  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16  sufficient knowledge and information to either admit or deny these requests, as the information

17  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

18  manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

19  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 604:**

20      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

21  General Objections noted above. Defendants' response is based solely on Defendant

22  TomorrowNow's knowledge with respect to the information sought in this request because

23  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

24  information provided by Defendant TomorrowNow in this response.  Defendants object to the

25  request because the terms "fix," "update," "unit tested," "developed/develop," "source group,"

26  "used," and "local environment" are capable of multiple meanings and thus, make this request

27  overly broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that

28  phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

the actual objects included in fixes or updates that are developed for TomorrowNow's customers. "Master fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a record keeping device and reference for that issue and related activity TomorrowNow undertook to address that issue.  The actual development of customer-specific objects included in customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if this request seeks an admission related to each and every object related to each and every customer-specific fix or update that TomorrowNow developed, then this single request impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this request, Defendants would have to analyze each individual object in each fix or update contained within each master bundle.  Defendants, therefore, object on the basis that this request is compound, overly broad and unduly burdensome because it seeks an admission regarding thousands of separate activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review enormous volumes of business records to attempt to determine an answer, if possible, for each of the numerous objects contained within the referenced fixes and updates.  Moreover, Defendants object to this request on the basis that Defendants' burden associated with responding to this request is substantially similar to the burden for Plaintiffs to obtain the information sought through this request, especially because the available documents, data and other information from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

DENIED on the basis that Defendants have made a reasonable inquiry and based on the information Defendants currently know or can readily obtain, Defendants have insufficient information to admit or deny this request.

1    **REQUEST FOR ADMISSION NO. 605:**

2          Admit that for some Fixes or Updates listed in Exhibit B, TN unit tested the Fix Objects

3    Developed for each "source group" (as the term is used in Requests Nos. 576-579) in the same

4    Local Environment used to Develop the Fix or Update.

5    **RESPONSE TO REQUEST FOR ADMISSION NO. 605:**

6          Defendants object to this request on the grounds stated in the General Objections and

7    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8    respect to the information sought in this request because Defendants SAP AG and SAP America

9    have no additional knowledge separate and apart from the information provided by Defendant

10   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

11   "Fix(es)," "Updates," "unit tested," "developed/develop," "source group," "used," "some," and

12   "local environment" are subject to multiple meanings and, as such, are overly broad, vague, and

13   ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

14   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

15   the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit B lists the names

16   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

17   are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

18   records that simply identify problems for which TomorrowNow generally developed objects to

19   resolve.   The object development often took place at the release level, source level, and customer

20   level.  If this request is actually asking for information related to each and every object

21   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

22   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

23   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

24   object in each fix or update contained within each master fix.  Defendants, therefore, object to this

25   request as compound and unduly burdensome in that this request seeks information and activities

26   that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

27   over several years, and (4) would require Defendants to review substantial business records to

28   determine an answer, if possible, for each of the numerous numbers of objects contained within

1   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

2   burden for Plaintiffs to do so given that the available information is at least as equally accessible

3   to Plaintiffs as it is to Defendants.

4       Subject to the General Objections and Responses and these specific objections, after a

5   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6   sufficient knowledge and information to either admit or deny these requests, as the information

7   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8   manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 605:**

10      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11  General Objections noted above. Defendants' response is based solely on Defendant

12  TomorrowNow's knowledge with respect to the information sought in this request because

13  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14  information provided by Defendant TomorrowNow in this response.  Defendants object to the

15  request because the terms "fix," "update," "unit tested," "developed/develop," "source group,"

16  "used," and "local environment" are capable of multiple meanings and thus, make this request

17  overly broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that

18  phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

19  the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

20  "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

21  serve as a record keeping device and reference for that issue and related activity TomorrowNow

22  undertook to address that issue.  The actual development of customer-specific objects included in

23  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

24  for identification and record keeping purposes. Thus, if this request seeks an admission related to

25  each and every object related to each and every customer-specific fix or update that

26  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

27  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

28  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

2    request, Defendants would have to analyze each individual object in each fix or update contained

3    within each master bundle.  Defendants, therefore, object on the basis that this request is

4    compound, overly broad and unduly burdensome because it seeks an admission regarding

5    thousands of separate activities that (1) involved many thousands of objects, (2) involved

6    numerous employees, (3) took place over several years, and (4) would require Defendants to

7    review enormous volumes of business records to attempt to determine an answer, if possible, for

8    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

9    Defendants object to this request on the basis that Defendants' burden associated with responding

10   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

11   through this request, especially because the available documents, data and other information from

12   which the answer, if any, could be derived in response to this request have been produced by

13   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

14   information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

15   this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

16   their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

17   objections and qualifications, Defendants respond as follows:

18         ADMITTED on the following qualified basis:  Some of the objects (meaning more than

19   one object) associated with the master fix records referenced in Exhibit B were unit tested using

20   the same TomorrowNow customer local environment as was used in part to develop the object.

21   To the extent not admitted, this request is DENIED.

22   **REQUEST FOR ADMISSION NO. 606:**

23         Admit that for at least one Fix or Update listed in Exhibit B, TN unit tested the Fix

24   Objects Developed for each "source group" (as the term is used in Requests Nos. 576-579) in the

25   same Local Environment used to Develop the Fix or Update.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 606:**

27         Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

4   "Fix," "Update," "unit tested," "developed/develop," "source group," "used," and "local

5   environment" are subject to multiple meanings and, as such, are overly broad, vague, and

6   ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

7   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

8   the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit B lists the names

9   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

10  are not the actual objects that are developed for TomorrowNow customers.  Master fixes are

11  records that simply identify problems for which TomorrowNow generally developed objects to

12  resolve.   The object development often took place at the release level, source level, and customer

13  level.  If this request is actually asking for information related to each and every object

14  TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

15  D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

16  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

17  object in each fix or update contained within each master fix.  Defendants, therefore, object to this

18  request as compound and unduly burdensome in that this request seeks information and activities

19  that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

20  over several years, and (4) would require Defendants to review substantial business records to

21  determine an answer, if possible, for each of the numerous numbers of objects contained within

22  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

23  burden for Plaintiffs to do so given that the available information is at least as equally accessible

24  to Plaintiffs as it is to Defendants.

25          Subject to the General Objections and Responses and these specific objections, after a

26  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

27  sufficient knowledge and information to either admit or deny these requests, as the information

28  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

1    manner."  Based on all of the reasons and objections stated above, these requests are DENIED.

2    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 606:**

3          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4    General Objections noted above. Defendants' response is based solely on Defendant

5    TomorrowNow's knowledge with respect to the information sought in this request because

6    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7    information provided by Defendant TomorrowNow in this response.  Defendants object to the

8    request because the terms "fix," "update," "unit tested," "developed/develop," "source group,"

9    "used," and "local environment" are capable of multiple meanings and thus, make this request

10   overly broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that

11   phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

12   the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

13   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

14   serve as a record keeping device and reference for that issue and related activity TomorrowNow

15   undertook to address that issue.  The actual development of customer-specific objects included in

16   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

17   for identification and record keeping purposes. Thus, if this request seeks an admission related to

18   each and every object related to each and every customer-specific fix or update that

19   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

20   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

21   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

22   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

23   request, Defendants would have to analyze each individual object in each fix or update contained

24   within each master bundle.  Defendants, therefore, object on the basis that this request is

25   compound, overly broad and unduly burdensome because it seeks an admission regarding

26   thousands of separate activities that (1) involved many thousands of objects, (2) involved

27   numerous employees, (3) took place over several years, and (4) would require Defendants to

28   review enormous volumes of business records to attempt to determine an answer, if possible, for

1  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

2  Defendants object to this request on the basis that Defendants' burden associated with responding

3  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

4  through this request, especially because the available documents, data and other information from

5  which the answer, if any, could be derived in response to this request have been produced by

6  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

7  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

8  without waiving the foregoing objections and qualifications, Defendants respond as follows:

9        ADMITTED on the following qualified basis:  At least one of the objects associated with

10  the master fix records referenced in Exhibit B was unit tested using the same TomorrowNow

11  customer local environment as was used in part to develop the object. To the extent not admitted,

12  this request is DENIED.

13  **REQUEST FOR ADMISSION NO. 607:**

14        Admit that for each Fix or Update listed in Exhibit B, TN saved the Fix Objects

15  Developed for each "source group" (as the term is used in Requests Nos. 576-579) to some

16  central location (typically referred to at TN as the "development staging area" or "staging area").

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 607:**

18        Defendants object to this request on the grounds stated in the General Objections and

19  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20  respect to the information sought in this request because Defendants SAP AG and SAP America

21  have no additional knowledge separate and apart from the information provided by Defendant

22  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

23  "saved," "developed/develop," "source group," "central location," "development staging area,"

24  and "staging area" are subject to multiple meanings and, as such, are overly broad, vague, and

25  ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

26  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

27  the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit B lists the names

28  of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

2    master fixes are records that simply identify problems for which TomorrowNow generally

3    developed objects to resolve.   The object development often took place at the release level,

4    source level, and customer level.  If this request is actually asking for information related to each

5    and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

6    Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

7    America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

8    each individual object in each fix or update contained within each master bundle.  Defendants,

9    therefore, object to this request as compound and unduly burdensome in that this request seeks

10   information and activities that (1) involved many thousands of objects, (2) involved numerous

11   employees, (3) took place over several years, and (4) would require Defendants to review

12   substantial business records to determine an answer, if possible, for each of the numerous

13   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

14   would be substantially similar to the burden for Plaintiffs to do so given that the available

15   information is at least as equally accessible to Plaintiffs as it is to Defendants.

16          Subject to the General Objections and Responses and these specific objections, after a

17   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

18   sufficient knowledge and information to either admit or deny these requests, as the information

19   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

20   manner."  On this basis, therefore, these requests are DENIED.

21   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 607:**

22          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

23   General Objections noted above. Defendants' response is based solely on Defendant

24   TomorrowNow's knowledge with respect to the information sought in this request because

25   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

26   information provided by Defendant TomorrowNow in this response.  Defendants object to the

27   request because the terms "fix," "update," "saved," "developed/develop," "source group,"

28   "central location," "development staging area," and "staging area" are capable of multiple

1    meanings and thus, make this request overly broad, vague and ambiguous. Further, Exhibit B

2    lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

3    TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

4    developed for TomorrowNow's customers. "Master fixes" and "master bundles" are records that

5    describe the issue to be addressed and then serve as a record keeping device and reference for that

6    issue and related activity TomorrowNow undertook to address that issue. The actual

7    development of customer-specific objects included in customer-specific fixes and updates was

8    referenced to a "master bundle" or "master fix" record for identification and record keeping

9    purposes. Thus, if this request seeks an admission related to each and every object related to each

10   and every customer-specific fix or update that TomorrowNow developed, then this single request

11   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

12   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

13   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. If that is the

14   intent of this request, then to respond to this request, Defendants would have to analyze each

15   individual object in each fix or update contained within each master bundle. Defendants,

16   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

17   because it seeks an admission regarding thousands of separate activities that (1) involved many

18   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

19   would require Defendants to review enormous volumes of business records to attempt to

20   determine an answer, if possible, for each of the numerous objects contained within the

21   referenced fixes and updates. Moreover, Defendants object to this request on the basis that

22   Defendants' burden associated with responding to this request is substantially similar to the

23   burden for Plaintiffs to obtain the information sought through this request, especially because the

24   available documents, data and other information from which the answer, if any, could be derived

25   in response to this request have been produced by Defendants in response to Plaintiffs' other

26   discovery requests and thus any relevant, available information is now as equally accessible to

27   Plaintiffs as it is to Defendants. Subject to and without waiving the foregoing objections and

28   qualifications, Defendants respond as follows:

1    DENIED on the basis that Defendants have made a reasonable inquiry and based on the

2    information Defendants currently know or can readily obtain, Defendants have insufficient

3    information to admit or deny this request.

4    **REQUEST FOR ADMISSION NO. 608:**

5    Admit that for the majority of Fixes or Updates listed in Exhibit B, TN saved the Fix

6    Objects Developed for each "source group" (as the term is used in Requests Nos. 576-579) to

7    some central location (typically referred to at TN as the "development staging area" or "staging

8    area").

9    **RESPONSE TO REQUEST FOR ADMISSION NO. 608:**

10   Defendants object to this request on the grounds stated in the General Objections and

11   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12   respect to the information sought in this request because Defendants SAP AG and SAP America

13   have no additional knowledge separate and apart from the information provided by Defendant

14   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

15   "saved," "developed/develop," "source group," "central location," "development staging area,"

16   and "staging area" are subject to multiple meanings and, as such, are overly broad, vague, and

17   ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

18   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

19   the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit B lists the names

20   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

21   are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

22   master fixes are records that simply identify problems for which TomorrowNow generally

23   developed objects to resolve.   The object development often took place at the release level,

24   source level, and customer level.  If this request is actually asking for information related to each

25   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

26   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

27   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

28   each individual object in each fix or update contained within each master bundle.  Defendants,

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   therefore, object to this request as compound and unduly burdensome in that this request seeks

2   information and activities that (1) involved many thousands of objects, (2) involved numerous

3   employees, (3) took place over several years, and (4) would require Defendants to review

4   substantial business records to determine an answer, if possible, for each of the numerous

5   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

6   would be substantially similar to the burden for Plaintiffs to do so given that the available

7   information is at least as equally accessible to Plaintiffs as it is to Defendants.

8          Subject to the General Objections and Responses and these specific objections, after a

9   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

10  sufficient knowledge and information to either admit or deny these requests, as the information

11  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

12  manner."  On this basis, therefore, these requests are DENIED.

13  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 608:**

14         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

15  General Objections noted above. Defendants' response is based solely on Defendant

16  TomorrowNow's knowledge with respect to the information sought in this request because

17  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

18  information provided by Defendant TomorrowNow in this response.  Defendants object to the

19  request because the terms "fix(es)," "update(s)," "saved," "developed/develop," "source group,"

20  "central location," "development staging area," and "staging area" are capable of multiple

21  meanings and thus, make this request overly broad, vague and ambiguous.  Further, Exhibit B

22  lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

23  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

24  developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

25  describe the issue to be addressed and then serve as a record keeping device and reference for that

26  issue and related activity TomorrowNow undertook to address that issue.  The actual

27  development of customer-specific objects included in customer-specific fixes and updates was

28  referenced to a "master bundle" or "master fix" record for identification and record keeping

1   purposes. Thus, if this request seeks an admission related to each and every object related to each

2   and every customer-specific fix or update that TomorrowNow developed, then this single request

3   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

4   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

5   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

6   intent of this request, then to respond to this request, Defendants would have to analyze each

7   individual object in each fix or update contained within each master bundle.  Defendants,

8   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

9   because it seeks an admission regarding thousands of separate activities that (1) involved many

10   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

11   would require Defendants to review enormous volumes of business records to attempt to

12   determine an answer, if possible, for each of the numerous objects contained within the

13   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

14   Defendants' burden associated with responding to this request is substantially similar to the

15   burden for Plaintiffs to obtain the information sought through this request, especially because the

16   available documents, data and other information from which the answer, if any, could be derived

17   in response to this request have been produced by Defendants in response to Plaintiffs' other

18   discovery requests and thus any relevant, available information is now as equally accessible to

19   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

20   qualifications, Defendants respond as follows:

21        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

22   information Defendants currently know or can readily obtain, Defendants have insufficient

23   information to admit or deny this request.

24   **REQUEST FOR ADMISSION NO. 609**:

25        Admit that for some Fixes or Updates listed in Exhibit B, TN saved the Fix Objects

26   Developed for each "source group" (as the term is used in Requests Nos. 576-579) to some

27   central location (typically referred to at TN as the "development staging area" or "staging area").

28

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 609:**

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7    "saved," "developed/develop," "source group," "central location," "development staging area,"

8    "some," and "staging area" are subject to multiple meanings and, as such, are overly broad, vague,

9    and ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

10   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

11   the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit B lists the names

12   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

13   are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

14   master fixes are records that simply identify problems for which TomorrowNow generally

15   developed objects to resolve.   The object development often took place at the release level,

16   source level, and customer level.  If this request is actually asking for information related to each

17   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

18   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

19   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

20   each individual object in each fix or update contained within each master bundle.  Defendants,

21   therefore, object to this request as compound and unduly burdensome in that this request seeks

22   information and activities that (1) involved many thousands of objects, (2) involved numerous

23   employees, (3) took place over several years, and (4) would require Defendants to review

24   substantial business records to determine an answer, if possible, for each of the numerous

25   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

26   would be substantially similar to the burden for Plaintiffs to do so given that the available

27   information is at least as equally accessible to Plaintiffs as it is to Defendants.

28        Subject to the General Objections and Responses and these specific objections, after a

1   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

2   sufficient knowledge and information to either admit or deny these requests, as the information

3   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

4   manner."  On this basis, therefore, these requests are DENIED.

5   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 609:**

6          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

7   General Objections noted above. Defendants' response is based solely on Defendant

8   TomorrowNow's knowledge with respect to the information sought in this request because

9   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

10  information provided by Defendant TomorrowNow in this response.  Defendants object to the

11  request because the terms "fix(es)," "update(s)," "saved," "developed/develop," "source group,"

12  "central location," "development staging area," and "staging area" are capable of multiple

13  meanings and thus, make this request overly broad, vague and ambiguous.  Further, Exhibit B

14  lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

15  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

16  developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

17  describe the issue to be addressed and then serve as a record keeping device and reference for that

18  issue and related activity TomorrowNow undertook to address that issue.  The actual

19  development of customer-specific objects included in customer-specific fixes and updates was

20  referenced to a "master bundle" or "master fix" record for identification and record keeping

21  purposes. Thus, if this request seeks an admission related to each and every object related to each

22  and every customer-specific fix or update that TomorrowNow developed, then this single request

23  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

24  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

25  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

26  intent of this request, then to respond to this request, Defendants would have to analyze each

27  individual object in each fix or update contained within each master bundle.  Defendants,

28  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

1 because it seeks an admission regarding thousands of separate activities that (1) involved many

2 thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

3 would require Defendants to review enormous volumes of business records to attempt to

4 determine an answer, if possible, for each of the numerous objects contained within the

5 referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

6 Defendants' burden associated with responding to this request is substantially similar to the

7 burden for Plaintiffs to obtain the information sought through this request, especially because the

8 available documents, data and other information from which the answer, if any, could be derived

9 in response to this request have been produced by Defendants in response to Plaintiffs' other

10 discovery requests and thus any relevant, available information is now as equally accessible to

11 Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

12 "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

13 letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

14 respond as follows:

15  ADMITTED on the following qualified basis:  Some of the objects (meaning more than

16 one object) associated with the master fix records referenced in Exhibit B that were developed for

17 a specific group of TomorrowNow customers on a specific release, were placed in a central

18 location on TomorrowNow's network that was referred to by some TomorrowNow employees as

19 the "development staging area."  To the extent not admitted, this request is DENIED.

20 **REQUEST FOR ADMISSION NO. 610:**

21  Admit that for at least one Fix or Update listed in Exhibit B, TN saved the Fix Objects

22 Developed for each "source group" (as the term is used in Requests Nos. 576-579) to some

23 central location (typically referred to at TN as the "development staging area" or "staging area").

24 **RESPONSE TO REQUEST FOR ADMISSION NO. 610:**

25  Defendants object to this request on the grounds stated in the General Objections and

26 Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27 respect to the information sought in this request because Defendants SAP AG and SAP America

28 have no additional knowledge separate and apart from the information provided by Defendant

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

2   "saved," "developed/develop," "source group," "central location," "development staging area,"

3   and "staging area" are subject to multiple meanings and, as such, are overly broad, vague, and

4   ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

5   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

6   the undefined term "object" was used in "Fix Objects'" place.  Further, Exhibit B lists the names

7   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

8   are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

9   master fixes are records that simply identify problems for which TomorrowNow generally

10  developed objects to resolve.   The object development often took place at the release level,

11  source level, and customer level.  If this request is actually asking for information related to each

12  and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

13  Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

14  America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

15  each individual object in each fix or update contained within each master bundle.  Defendants,

16  therefore, object to this request as compound and unduly burdensome in that this request seeks

17  information and activities that (1) involved many thousands of objects, (2) involved numerous

18  employees, (3) took place over several years, and (4) would require Defendants to review

19  substantial business records to determine an answer, if possible, for each of the numerous

20  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

21  would be substantially similar to the burden for Plaintiffs to do so given that the available

22  information is at least as equally accessible to Plaintiffs as it is to Defendants.

23       Subject to the General Objections and Responses and these specific objections, after a

24  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

25  sufficient knowledge and information to either admit or deny these requests, as the information

26  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

27  manner."  On this basis, therefore, these requests are DENIED.

28

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 610:**

2           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix(es)," "update(s)," "saved," "developed/develop," "source group,"

8    "central location," "development staging area," and "staging area" are capable of multiple

9    meanings and thus, make this request overly broad, vague and ambiguous.  Further, Exhibit B

10   lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

11   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

12   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

13   describe the issue to be addressed and then serve as a record keeping device and reference for that

14   issue and related activity TomorrowNow undertook to address that issue.  The actual

15   development of customer-specific objects included in customer-specific fixes and updates was

16   referenced to a "master bundle" or "master fix" record for identification and record keeping

17   purposes. Thus, if this request seeks an admission related to each and every object related to each

18   and every customer-specific fix or update that TomorrowNow developed, then this single request

19   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

20   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

21   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

22   intent of this request, then to respond to this request, Defendants would have to analyze each

23   individual object in each fix or update contained within each master bundle.  Defendants,

24   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

25   because it seeks an admission regarding thousands of separate activities that (1) involved many

26   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

27   would require Defendants to review enormous volumes of business records to attempt to

28   determine an answer, if possible, for each of the numerous objects contained within the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

2    Defendants' burden associated with responding to this request is substantially similar to the

3    burden for Plaintiffs to obtain the information sought through this request, especially because the

4    available documents, data and other information from which the answer, if any, could be derived

5    in response to this request have been produced by Defendants in response to Plaintiffs' other

6    discovery requests and thus any relevant, available information is now as equally accessible to

7    Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

8    qualifications, Defendants respond as follows:

9         ADMITTED on the following qualified basis:  At least one of the objects associated with

10   the master fix records referenced in Exhibit B that was developed for a specific group of

11   TomorrowNow customers on a specific release, was placed in a central location on

12   TomorrowNow's network that was referred to by some TomorrowNow employees as the

13   "development staging area."  To the extent not admitted, this request is DENIED.

14   **REQUEST FOR ADMISSION NO. 611:**

15        Admit that for each Fix or Update listed in Exhibit B, TN tested the Fix or Update (in a

16   process typically known as "individual fix testing" or "QA testing"), including by Copying the

17   Fix Objects saved in the central development staging area to a Local Environment within the

18   applicable "source group" (as the term is used in Requests Nos. 576-579), to test the functionality

19   and stability of the Fix or Update and that it produced the expected results.

20   **RESPONSE TO REQUEST FOR ADMISSION NO. 611:**

21        Defendants object to this request on the grounds stated in the General Objections and

22   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23   respect to the information sought in this request because Defendants SAP AG and SAP America

24   have no additional knowledge separate and apart from the information provided by Defendant

25   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

26   "tested/test," "individual fix testing," "QA testing," "copying," "central development staging

27   area," "local environment," and "source group" are subject to multiple meanings and, as such, are

28   overly broad, vague, and ambiguous.  Defendants object to the phrase "to test the functionality

1   and stability of the fix or update and that it produced the expected results" as being subject to

2   multiple meanings and, as such, being vague and ambiguous.  Defendants further object to the

3   term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase

4   "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

5   Objects'" place.  Further, Exhibit B lists the names of master fixes as that term was used by

6   TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

7   developed for TomorrowNow customers.  Master bundles and master fixes are records that

8   simply identify problems for which TomorrowNow generally developed objects to resolve.   The

9   object development often took place at the release level, source level, and customer level.  If this

10  request is actually asking for information related to each and every object TomorrowNow

11  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

12  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

13  respond to this question, Defendants would have to analyze each individual object in each fix or

14  update contained within each master bundle.  Defendants, therefore, object to this request as

15  compound and unduly burdensome in that this request seeks information and activities that (1)

16  involved many thousands of objects, (2) involved numerous employees, (3) took place over

17  several years, and (4) would require Defendants to review substantial business records to

18  determine an answer, if possible, for each of the numerous numbers of objects contained within

19  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

20  burden for Plaintiffs to do so given that the available information is at least as equally accessible

21  to Plaintiffs as it is to Defendants.

22         Subject to the General Objections and Responses and these specific objections, after a

23  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

24  sufficient knowledge and information to either admit or deny these requests, as the information

25  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

26  manner."  On this basis, therefore, these requests are DENIED.

27  **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 611</u>:**

28         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

1    General Objections noted above. Defendants' response is based solely on Defendant

2    TomorrowNow's knowledge with respect to the information sought in this request because

3    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

4    information provided by Defendant TomorrowNow in this response.  Defendants object to the

5    request because the terms "fix(es)," "update(s)," "tested/test," "individual fix testing," "QA

6    testing," "copying," "central development staging area," "local environment," and "source group"

7    are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

8    Defendants object to the phrase "to test the functionality and stability of the fix or update and that

9    it produced the expected results" as being subject to multiple meanings and, as such, being overly

10   broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase

11   was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

12   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

13   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

14   serve as a record keeping device and reference for that issue and related activity TomorrowNow

15   undertook to address that issue.  The actual development of customer-specific objects included in

16   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

17   for identification and record keeping purposes. Thus, if this request seeks an admission related to

18   each and every object related to each and every customer-specific fix or update that

19   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

20   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

21   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

22   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

23   request, Defendants would have to analyze each individual object in each fix or update contained

24   within each master bundle.  Defendants, therefore, object on the basis that this request is

25   compound, overly broad and unduly burdensome because it seeks an admission regarding

26   thousands of separate activities that (1) involved many thousands of objects, (2) involved

27   numerous employees, (3) took place over several years, and (4) would require Defendants to

28   review enormous volumes of business records to attempt to determine an answer, if possible, for

1   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

2   Defendants object to this request on the basis that Defendants' burden associated with responding

3   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

4   through this request, especially because the available documents, data and other information from

5   which the answer, if any, could be derived in response to this request have been produced by

6   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

7   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

8   without waiving the foregoing objections and qualifications, Defendants respond as follows:

9        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

10   information Defendants currently know or can readily obtain, Defendants have insufficient

11   information to admit or deny this request.

12   **REQUEST FOR ADMISSION NO. 612:**

13       Admit that for the majority of Fixes or Updates listed in Exhibit B, TN tested the Fix or

14   Update (in a process typically known as "individual fix testing" or "QA testing"), including by

15   copying the Fix Objects saved in the central development staging area to a Local Environment

16   within the applicable "source group" (as the term is used in Requests Nos. 576-579), to test the

17   functionality and stability of the Fix or Update and that it produced the expected results.

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 612:**

19       Defendants object to this request on the grounds stated in the General Objections and

20   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21   respect to the information sought in this request because Defendants SAP AG and SAP America

22   have no additional knowledge separate and apart from the information provided by Defendant

23   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

24   "tested/test," "individual fix testing," "QA testing," "copying," "central development staging

25   area," "local environment," and "source group" are subject to multiple meanings and, as such, are

26   overly broad, vague, and ambiguous.  Defendants object to the phrase "to test the functionality

27   and stability of the fix or update and that it produced the expected results" as being subject to

28   multiple meanings and, as such, being vague and ambiguous.  Defendants further object to the

1    term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase

2    "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

3    Objects'" place.  Further, Exhibit B lists the names of master fixes as that term was used by

4    TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

5    developed for TomorrowNow customers.  Master bundles and master fixes are records that

6    simply identify problems for which TomorrowNow generally developed objects to resolve.   The

7    object development often took place at the release level, source level, and customer level.  If this

8    request is actually asking for information related to each and every object TomorrowNow

9    developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

10   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

11   respond to this question, Defendants would have to analyze each individual object in each fix or

12   update contained within each master bundle.  Defendants, therefore, object to this request as

13   compound and unduly burdensome in that this request seeks information and activities that (1)

14   involved many thousands of objects, (2) involved numerous employees, (3) took place over

15   several years, and (4) would require Defendants to review substantial business records to

16   determine an answer, if possible, for each of the numerous numbers of objects contained within

17   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

18   burden for Plaintiffs to do so given that the available information is at least as equally accessible

19   to Plaintiffs as it is to Defendants.

20          Subject to the General Objections and Responses and these specific objections, after a

21   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

22   sufficient knowledge and information to either admit or deny these requests, as the information

23   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

24   manner."  On this basis, therefore, these requests are DENIED.

25   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 612:**

26          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

27   General Objections noted above. Defendants' response is based solely on Defendant

28   TomorrowNow's knowledge with respect to the information sought in this request because

1    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

2    information provided by Defendant TomorrowNow in this response.  Defendants object to the

3    request because the terms "fix(es)," "update(s)," "tested/test," "individual fix testing," "QA

4    testing," "copying," "central development staging area," "local environment," and "source group"

5    are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

6    Defendants object to the phrase "to test the functionality and stability of the fix or update and that

7    it produced the expected results" as being subject to multiple meanings and, as such, being overly

8    broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase

9    was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

10   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

11   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

12   serve as a record keeping device and reference for that issue and related activity TomorrowNow

13   undertook to address that issue.  The actual development of customer-specific objects included in

14   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

15   for identification and record keeping purposes. Thus, if this request seeks an admission related to

16   each and every object related to each and every customer-specific fix or update that

17   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

18   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

19   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

20   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

21   request, Defendants would have to analyze each individual object in each fix or update contained

22   within each master bundle.  Defendants, therefore, object on the basis that this request is

23   compound, overly broad and unduly burdensome because it seeks an admission regarding

24   thousands of separate activities that (1) involved many thousands of objects, (2) involved

25   numerous employees, (3) took place over several years, and (4) would require Defendants to

26   review enormous volumes of business records to attempt to determine an answer, if possible, for

27   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

28   Defendants object to this request on the basis that Defendants' burden associated with responding

1  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

2  through this request, especially because the available documents, data and other information from

3  which the answer, if any, could be derived in response to this request have been produced by

4  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

5  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

6  without waiving the foregoing objections and qualifications, Defendants respond as follows:

7  DENIED on the basis that Defendants have made a reasonable inquiry and based on the

8  information Defendants currently know or can readily obtain, Defendants have insufficient

9  information to admit or deny this request.

10  **REQUEST FOR ADMISSION NO. 613:**

11  Admit that for some Fixes or Updates listed in Exhibit B, TN tested the Fix or Update (in

12  a process typically known as "individual fix testing" or "QA testing"), including by copying the

13  Fix Objects saved in the central development staging area to a Local Environment within the

14  applicable "source group" (as the term is used in Requests Nos. 576-579), to test the functionality

15  and stability of the Fix or Update and that it produced the expected results.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 613:**

17  Defendants object to this request on the grounds stated in the General Objections and

18  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19  respect to the information sought in this request because Defendants SAP AG and SAP America

20  have no additional knowledge separate and apart from the information provided by Defendant

21  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

22  "tested/test," "individual fix testing," "QA testing," "copying," "central development staging

23  area," "local environment," "source group," and "some" are subject to multiple meanings and, as

24  such, are overly broad, vague, and ambiguous.  Defendants object to the phrase "to test the

25  functionality and stability of the fix or update and that it produced the expected results" as being

26  subject to multiple meanings and, as such, being vague and ambiguous.  Defendants further object

27  to the term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes the

28  phrase "discrete unit of code."  Defendants respond as if the undefined term "object" was used in

1    "Fix Objects'" place.  Further, Exhibit B lists the names of master fixes as that term was used by

2    TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

3    developed for TomorrowNow customers.  Master bundles and master fixes are records that

4    simply identify problems for which TomorrowNow generally developed objects to resolve.   The

5    object development often took place at the release level, source level, and customer level.  If this

6    request is actually asking for information related to each and every object TomorrowNow

7    developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

8    Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

9    respond to this question, Defendants would have to analyze each individual object in each fix or

10   update contained within each master bundle.  Defendants, therefore, object to this request as

11   compound and unduly burdensome in that this request seeks information and activities that (1)

12   involved many thousands of objects, (2) involved numerous employees, (3) took place over

13   several years, and (4) would require Defendants to review substantial business records to

14   determine an answer, if possible, for each of the numerous numbers of objects contained within

15   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

16   burden for Plaintiffs to do so given that the available information is at least as equally accessible

17   to Plaintiffs as it is to Defendants.

18        Subject to the General Objections and Responses and these specific objections, after a

19   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

20   sufficient knowledge and information to either admit or deny these requests, as the information

21   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

22   manner."  On this basis, therefore, these requests are DENIED.

23   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 613</u>:**

24        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

25   General Objections noted above. Defendants' response is based solely on Defendant

26   TomorrowNow's knowledge with respect to the information sought in this request because

27   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

28   information provided by Defendant TomorrowNow in this response.  Defendants object to the

request because the terms "fix(es)," "update(s)," "tested/test," "individual fix testing," "QA

testing," "copying," "central development staging area," "local environment," and "source group"

are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

Defendants object to the phrase "to test the functionality and stability of the fix or update and that

it produced the expected results" as being subject to multiple meanings and, as such, being overly

broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase

was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

actual objects included in fixes or updates that are developed for TomorrowNow's customers.

"Master fixes" and "master bundles" are records that describe the issue to be addressed and then

serve as a record keeping device and reference for that issue and related activity TomorrowNow

undertook to address that issue.  The actual development of customer-specific objects included in

customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

for identification and record keeping purposes. Thus, if this request seeks an admission related to

each and every object related to each and every customer-specific fix or update that

TomorrowNow developed, then this single request impermissibly seeks literally thousands of

admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

request, Defendants would have to analyze each individual object in each fix or update contained

within each master bundle.  Defendants, therefore, object on the basis that this request is

compound, overly broad and unduly burdensome because it seeks an admission regarding

thousands of separate activities that (1) involved many thousands of objects, (2) involved

numerous employees, (3) took place over several years, and (4) would require Defendants to

review enormous volumes of business records to attempt to determine an answer, if possible, for

each of the numerous objects contained within the referenced fixes and updates.  Moreover,

Defendants object to this request on the basis that Defendants' burden associated with responding

to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

through this request, especially because the available documents, data and other information from

1   which the answer, if any, could be derived in response to this request have been produced by

2   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

3   information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

4   this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

5   their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

6   objections and qualifications, Defendants respond as follows:

7          ADMITTED on the following qualified basis:  Some of the objects (meaning more than

8   one object) associated with the master fix records referenced in Exhibit B that were developed for

9   a specific group of TomorrowNow customers on a specific release, were "individual fix tested"

10  (as that phrase was used by some TomorrowNow employees) by applying the object located in

11  the "development staging area" (as that phrase was used by some TomorrowNow employees) to a

12  TomorrowNow customer's specific local environment that was within the specific group of

13  TomorrowNow customers on a specific release that were intended to receive the object.  To the

14  extent not admitted, this request is DENIED.

15  **REQUEST FOR ADMISSION NO. 614:**

16         Admit that for at least one Fix or Update listed in Exhibit B, TN tested the Fix or Update

17  (in a process typically known as "individual fix testing" or "QA testing"), including by copying

18  the Fix Objects saved in the central development staging area to a Local Environment within the

19  applicable "source group" (as the term is used in Requests Nos. 576-579), to test the functionality

20  and stability of the Fix or Update and that it produced the expected results.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 614:**

22         Defendants object to this request on the grounds stated in the General Objections and

23  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

24  respect to the information sought in this request because Defendants SAP AG and SAP America

25  have no additional knowledge separate and apart from the information provided by Defendant

26  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

27  "tested/test," "individual fix testing," "QA testing," "copying," "central development staging

28  area," "local environment," and "source group" are subject to multiple meanings and, as such, are

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

overly broad, vague, and ambiguous. Defendants object to the phrase "to test the functionality and stability of the fix or update and that it produced the expected results" as being subject to multiple meanings and, as such, being vague and ambiguous. Defendants further object to the term "Fix Objects" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code." Defendants respond as if the undefined term "object" was used in "Fix Objects'" place. Further, Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS database. The master fixes are not the actual objects that are developed for TomorrowNow customers. Master bundles and master fixes are records that simply identify problems for which TomorrowNow generally developed objects to resolve. The object development often took place at the release level, source level, and customer level. If this request is actually asking for information related to each and every object TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question, Defendants would have to analyze each individual object in each fix or update contained within each master bundle. Defendants, therefore, object to this request as compound and unduly burdensome in that this request seeks information and activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review substantial business records to determine an answer, if possible, for each of the numerous numbers of objects contained within the fixes and updates, and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

Subject to the General Objections and Responses and these specific objections, after a reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack sufficient knowledge and information to either admit or deny these requests, as the information sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner." On this basis, therefore, these requests are DENIED.

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 614:**

2           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix(es)," "update(s)," "tested/test," "individual fix testing," "QA

8    testing," "copying," "central development staging area," "local environment," and "source group"

9    are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

10   Defendants object to the phrase "to test the functionality and stability of the fix or update and that

11   it produced the expected results" as being subject to multiple meanings and, as such, being overly

12   broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase

13   was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

14   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

15   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

16   serve as a record keeping device and reference for that issue and related activity TomorrowNow

17   undertook to address that issue.  The actual development of customer-specific objects included in

18   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

19   for identification and record keeping purposes. Thus, if this request seeks an admission related to

20   each and every object related to each and every customer-specific fix or update that

21   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

22   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

23   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

24   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

25   request, Defendants would have to analyze each individual object in each fix or update contained

26   within each master bundle.  Defendants, therefore, object on the basis that this request is

27   compound, overly broad and unduly burdensome because it seeks an admission regarding

28   thousands of separate activities that (1) involved many thousands of objects, (2) involved

1   numerous employees, (3) took place over several years, and (4) would require Defendants to

2   review enormous volumes of business records to attempt to determine an answer, if possible, for

3   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

4   Defendants object to this request on the basis that Defendants' burden associated with responding

5   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

6   through this request, especially because the available documents, data and other information from

7   which the answer, if any, could be derived in response to this request have been produced by

8   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

9   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

10  without waiving the foregoing objections and qualifications, Defendants respond as follows:

11          ADMITTED on the following qualified basis:  At least one of the objects associated with

12  the master fix records referenced in Exhibit B that was developed for a specific group of

13  TomorrowNow customers on a specific release, was "individual fix tested" (as that phrase was

14  used by some TomorrowNow employees) by applying the object located in the "development

15  staging area" (as that phrase was used by some TomorrowNow employees) to a TomorrowNow

16  customer's specific local environment that was within the specific group of TomorrowNow

17  customers on a specific release that were intended to receive the object.  To the extent not

18  admitted, this request is DENIED.

19  **REQUEST FOR ADMISSION NO. 615:**

20          Admit that the Local Environment used in the "individual fix testing" or "QA testing"

21  process described in Requests Nos. 611-614 always utilized a Local Environment different from

22  the Local Environment TN used to Develop the Fix Objects being tested.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 615:**

24          Defendants object to this request on the grounds stated in the General Objections and

25  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

26  respect to the information sought in this request because Defendants SAP AG and SAP America

27  have no additional knowledge separate and apart from the information provided by Defendant

28  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

1   "local environment," "used," "individual fix testing," "QA testing," "utilized," "develop," and

2   "tested" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

3   Defendants further object to the term "Fix Objects" as overly broad, vague, and inaccurate to the

4   extent it includes the phrase "discrete unit of code."   Defendants respond as if the undefined term

5   "object" was used in "Fix Objects'" place.   Further, as noted above, Request Nos. 611-614 refer

6   to Exhibit B which lists the names of master fixes as that term was used by TomorrowNow in the

7   SAS database.   The master fixes are not the actual objects that are developed for TomorrowNow

8   customers.   Master bundles and master fixes are records that simply identify problems for which

9   TomorrowNow generally developed objects to resolve.   The object development often took place

10  at the release level, source level, and customer level.  If this request is actually asking for

11  information related each and every object TomorrowNow developed, this number is more in line

12  with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions

13  to SAP AG, SAP America, and TomorrowNow.   To respond to this question, Defendants would

14  have to analyze each individual object in each fix or update contained within each master bundle.

15  Defendants, therefore, object to this request as compound and unduly burdensome in that this

16  request seeks information and activities that (1) involved many thousands of objects, (2) involved

17  numerous employees, (3) took place over several years, and (4) would require Defendants to

18  review substantial business records to determine an answer, if possible, for each of the numerous

19  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

20  would be substantially similar to the burden for Plaintiffs to do so given that the available

21  information is at least as equally accessible to Plaintiffs as it is to Defendants.

22          Subject to the General Objections and Responses and these specific objections, after a

23  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

24  sufficient knowledge and information to either admit or deny these requests, as the information

25  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

26  manner."  On this basis, therefore, these requests are DENIED.

27  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 615:**

28          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

1    General Objections noted above. Defendants' response is based solely on Defendant

2    TomorrowNow's knowledge with respect to the information sought in this request because

3    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

4    information provided by Defendant TomorrowNow in this response.  Defendants object to the

5    request because the terms "local environment," "used," "individual fix testing," "QA testing,"

6    "utilized," and "tested" are capable of multiple meanings and thus, make this request overly broad,

7    vague and ambiguous.  Defendants also object to this request because it incorrectly assumes that

8    Request Nos. 611-614 are admitted and because the reference to those five requests make this

9    request compound, overly broad, vague and ambiguous.  Further, as noted above, Request Nos.

10   611-614 refer to Exhibit B which lists the names of "master fixes" as that phrase was used by

11   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

12   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

13   and "master bundles" are records that describe the issue to be addressed and then serve as a

14   record keeping device and reference for that issue and related activity TomorrowNow undertook

15   to address that issue.  The actual development of customer-specific objects included in customer-

16   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

17   identification and record keeping purposes. Thus, if this request seeks an admission related to

18   each and every object related to each and every customer-specific fix or update that

19   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

20   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

21   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

22   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

23   request, Defendants would have to analyze each individual object in each fix or update contained

24   within each master bundle.  Defendants, therefore, object on the basis that this request is

25   compound, overly broad and unduly burdensome because it seeks an admission regarding

26   thousands of separate activities that (1) involved many thousands of objects, (2) involved

27   numerous employees, (3) took place over several years, and (4) would require Defendants to

28   review enormous volumes of business records to attempt to determine an answer, if possible, for

1   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

2   Defendants object to this request on the basis that Defendants' burden associated with responding

3   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

4   through this request, especially because the available documents, data and other information from

5   which the answer, if any, could be derived in response to this request have been produced by

6   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

7   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

8   without waiving the foregoing objections and qualifications, Defendants respond as follows:

9         DENIED on the basis that Defendants have made a reasonable inquiry and based on the

10  information Defendants currently know or can readily obtain, Defendants have insufficient

11  information to admit or deny this request.

12  **REQUEST FOR ADMISSION NO. 616**:

13        Admit that the Local Environment used in the "individual fix testing" or "QA testing"

14  process described in Requests Nos. 611-614 usually utilized a Local Environment different from

15  the Local Environment TN used to Develop the Fix Objects being tested.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 616**:

17        Defendants object to this request on the grounds stated in the General Objections and

18  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19  respect to the information sought in this request because Defendants SAP AG and SAP America

20  have no additional knowledge separate and apart from the information provided by Defendant

21  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

22  "local environment," "used," "individual fix testing," "QA testing," "utilized," "develop,"

23  "usually," and "tested" are subject to multiple meanings and, as such, are overly broad, vague,

24  and ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

25  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

26  the undefined term "object" was used in "Fix Objects'" place.  Further, as noted above, Request

27  Nos. 611-614 refer to Exhibit B which lists the names of master fixes as that term was used by

28  TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

1   developed for TomorrowNow customers.  Master bundles and master fixes are records that

2   simply identify problems for which TomorrowNow generally developed objects to resolve.   The

3   object development often took place at the release level, source level, and customer level.  If this

4   request is actually asking for information related each and every object TomorrowNow developed,

5   this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

6   of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

7   question, Defendants would have to analyze each individual object in each fix or update

8   contained within each master bundle.  Defendants, therefore, object to this request as compound

9   and unduly burdensome in that this request seeks information and activities that (1) involved

10   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

11   and (4) would require Defendants to review substantial business records to determine an answer,

12   if possible, for each of the numerous numbers of objects contained within the fixes and updates,

13   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

14   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

15   Defendants.

16         Subject to the General Objections and Responses and these specific objections, after a

17   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

18   sufficient knowledge and information to either admit or deny these requests, as the information

19   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

20   manner."  On this basis, therefore, these requests are DENIED.

21   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 616:**

22         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

23   General Objections noted above. Defendants' response is based solely on Defendant

24   TomorrowNow's knowledge with respect to the information sought in this request because

25   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

26   information provided by Defendant TomorrowNow in this response.  Defendants object to the

27   request because the terms "local environment," "used," "individual fix testing," "QA testing,"

28   "utilized," "usually" and "tested" are capable of multiple meanings and thus, make this request

1    overly broad, vague and ambiguous.  Defendants also object to this request because it incorrectly

2    assumes that Request Nos. 611-614 are admitted and because the reference to those five requests

3    make this request compound, overly broad, vague and ambiguous.  Further, as noted above,

4    Request Nos. 611-614 refer to Exhibit B which lists the names of "master fixes" as that phrase

5    was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

6    actual objects included in fixes or updates that are developed for TomorrowNow's customers.

7    "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

8    serve as a record keeping device and reference for that issue and related activity TomorrowNow

9    undertook to address that issue.  The actual development of customer-specific objects included in

10   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

11   for identification and record keeping purposes. Thus, if this request seeks an admission related to

12   each and every object related to each and every customer-specific fix or update that

13   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

14   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

15   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

16   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

17   request, Defendants would have to analyze each individual object in each fix or update contained

18   within each master bundle.  Defendants, therefore, object on the basis that this request is

19   compound, overly broad and unduly burdensome because it seeks an admission regarding

20   thousands of separate activities that (1) involved many thousands of objects, (2) involved

21   numerous employees, (3) took place over several years, and (4) would require Defendants to

22   review enormous volumes of business records to attempt to determine an answer, if possible, for

23   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

24   Defendants object to this request on the basis that Defendants' burden associated with responding

25   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

26   through this request, especially because the available documents, data and other information from

27   which the answer, if any, could be derived in response to this request have been produced by

28   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

1   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

2   without waiving the foregoing objections and qualifications, Defendants respond as follows:

3        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

4   information Defendants currently know or can readily obtain, Defendants have insufficient

5   information to admit or deny this request.

6   **REQUEST FOR ADMISSION NO. 617:**

7        Admit that the Local Environment used in the "individual fix testing" or "QA testing"

8   process described in Requests Nos. 611-614 more often than not utilized a Local Environment

9   different from the Local Environment TN used to Develop the Fix Objects being tested.

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 617:**

11       Defendants object to this request on the grounds stated in the General Objections and

12  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13  respect to the information sought in this request because Defendants SAP AG and SAP America

14  have no additional knowledge separate and apart from the information provided by Defendant

15  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

16  "local environment," "used," "individual fix testing," "QA testing," "utilized," "develop," "more

17  often than not," and "tested" are subject to multiple meanings and, as such, are overly broad,

18  vague, and ambiguous.  Defendants further object to the term "Fix Objects" as overly broad,

19  vague, and inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants

20  respond as if the undefined term "object" was used in "Fix Objects'" place.  Further, as noted

21  above, Request Nos. 611-614 refer to Exhibit B which lists the names of master fixes as that term

22  was used by TomorrowNow in the SAS database.  The master fixes are not the actual objects that

23  are developed for TomorrowNow customers.  Master bundles and master fixes are records that

24  simply identify problems for which TomorrowNow generally developed objects to resolve.   The

25  object development often took place at the release level, source level, and customer level.  If this

26  request is actually asking for information related each and every object TomorrowNow developed,

27  this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

28  of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

1    question, Defendants would have to analyze each individual object in each fix or update

2    contained within each master bundle.  Defendants, therefore, object to this request as compound

3    and unduly burdensome in that this request seeks information and activities that (1) involved

4    many thousands of objects, (2) involved numerous employees, (3) took place over several years,

5    and (4) would require Defendants to review substantial business records to determine an answer,

6    if possible, for each of the numerous numbers of objects contained within the fixes and updates,

7    and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

8    do so given that the available information is at least as equally accessible to Plaintiffs as it is to

9    Defendants.

10          Subject to the General Objections and Responses and these specific objections, after a

11   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

12   sufficient knowledge and information to either admit or deny these requests, as the information

13   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

14   manner."  On this basis, therefore, these requests are DENIED.

15   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 617:**

16          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

17   General Objections noted above. Defendants' response is based solely on Defendant

18   TomorrowNow's knowledge with respect to the information sought in this request because

19   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

20   information provided by Defendant TomorrowNow in this response.  Defendants object to the

21   request because the terms "local environment," "used," "individual fix testing," "QA testing,"

22   "utilized," and "tested" are capable of multiple meanings and thus, make this request overly broad,

23   vague and ambiguous.  Defendants also object to this request because it incorrectly assumes that

24   Request Nos. 611-614 are admitted and because the reference to those five requests make this

25   request compound, overly broad, vague and ambiguous.  Further, as noted above, Request Nos.

26   611-614 refer to Exhibit B which lists the names of "master fixes" as that phrase was used by

27   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

28   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

1    and "master bundles" are records that describe the issue to be addressed and then serve as a

2    record keeping device and reference for that issue and related activity TomorrowNow undertook

3    to address that issue.  The actual development of customer-specific objects included in customer-

4    specific fixes and updates was referenced to a "master bundle" or "master fix" record for

5    identification and record keeping purposes. Thus, if this request seeks an admission related to

6    each and every object related to each and every customer-specific fix or update that

7    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

8    admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

9    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

10   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

11   request, Defendants would have to analyze each individual object in each fix or update contained

12   within each master bundle.  Defendants, therefore, object on the basis that this request is

13   compound, overly broad and unduly burdensome because it seeks an admission regarding

14   thousands of separate activities that (1) involved many thousands of objects, (2) involved

15   numerous employees, (3) took place over several years, and (4) would require Defendants to

16   review enormous volumes of business records to attempt to determine an answer, if possible, for

17   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

18   Defendants object to this request on the basis that Defendants' burden associated with responding

19   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

20   through this request, especially because the available documents, data and other information from

21   which the answer, if any, could be derived in response to this request have been produced by

22   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

23   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

24   without waiving the foregoing objections and qualifications, Defendants respond as follows:

25          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

26   information Defendants currently know or can readily obtain, Defendants have insufficient

27   information to admit or deny this request.

28

1    **REQUEST FOR ADMISSION NO. 618:**

2           Admit that the Local Environment used in the "individual fix testing" or "QA testing"

3    process described in Requests Nos. 611-614 generally utilized a Local Environment different

4    from the Local Environment TN used to Develop the Fix Objects being tested.

5    **RESPONSE TO REQUEST FOR ADMISSION NO. 618:**

6           Defendants object to this request on the grounds stated in the General Objections and

7    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8    respect to the information sought in this request because Defendants SAP AG and SAP America

9    have no additional knowledge separate and apart from the information provided by Defendant

10   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

11   "local environment," "used," "individual fix testing," "QA testing," "utilized," "develop,"

12   "generally," and "tested" are subject to multiple meanings and, as such, are overly broad, vague,

13   and ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

14   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

15   the undefined term "object" was used in "Fix Objects'" place.  Further, as noted above, Request

16   Nos. 611-614 refer to Exhibit B which lists the names of master fixes as that term was used by

17   TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

18   developed for TomorrowNow customers.  Master bundles and master fixes are records that

19   simply identify problems for which TomorrowNow generally developed objects to resolve.   The

20   object development often took place at the release level, source level, and customer level.  If this

21   request is actually asking for information related each and every object TomorrowNow developed,

22   this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

23   of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

24   question, Defendants would have to analyze each individual object in each fix or update

25   contained within each master bundle.  Defendants, therefore, object to this request as compound

26   and unduly burdensome in that this request seeks information and activities that (1) involved

27   many thousands of objects, (2) involved numerous employees, (3) took place over several years,

28   and (4) would require Defendants to review substantial business records to determine an answer,

1    if possible, for each of the numerous numbers of objects contained within the fixes and updates,

2    and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

3    do so given that the available information is at least as equally accessible to Plaintiffs as it is to

4    Defendants.

5         Subject to the General Objections and Responses and these specific objections, after a

6    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7    sufficient knowledge and information to either admit or deny these requests, as the information

8    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9    manner." On this basis, therefore, these requests are DENIED.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 618:**

11        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response. Defendants object to the

16   request because the terms "local environment," "used," "individual fix testing," "QA testing,"

17   "utilized," "generally" and "tested" are capable of multiple meanings and thus, make this request

18   overly broad, vague and ambiguous. Defendants also object to this request because it incorrectly

19   assumes that Request Nos. 611-614 are admitted and because the reference to those five requests

20   make this request compound, overly broad, vague and ambiguous. Further, as noted above,

21   Request Nos. 611-614 refer to Exhibit B which lists the names of "master fixes" as that phrase

22   was used by TomorrowNow in the SAS database. TomorrowNow's "master fixes" are not the

23   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

24   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

25   serve as a record keeping device and reference for that issue and related activity TomorrowNow

26   undertook to address that issue. The actual development of customer-specific objects included in

27   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

28   for identification and record keeping purposes. Thus, if this request seeks an admission related to

1  each and every object related to each and every customer-specific fix or update that

2  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

3  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

4  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

5  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

6  request, Defendants would have to analyze each individual object in each fix or update contained

7  within each master bundle.  Defendants, therefore, object on the basis that this request is

8  compound, overly broad and unduly burdensome because it seeks an admission regarding

9  thousands of separate activities that (1) involved many thousands of objects, (2) involved

10  numerous employees, (3) took place over several years, and (4) would require Defendants to

11  review enormous volumes of business records to attempt to determine an answer, if possible, for

12  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

13  Defendants object to this request on the basis that Defendants' burden associated with responding

14  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

15  through this request, especially because the available documents, data and other information from

16  which the answer, if any, could be derived in response to this request have been produced by

17  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

18  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

19  without waiving the foregoing objections and qualifications, Defendants respond as follows:

20        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

21  information Defendants currently know or can readily obtain, Defendants have insufficient

22  information to admit or deny this request.

23  **REQUEST FOR ADMISSION NO. 619:**

24        Admit that the Local Environment used in the "individual fix testing" or "QA testing"

25  process described in Requests Nos. 611-614 sometimes utilized a Local Environment different

26  from the Local Environment TN used to Develop the Fix Objects being tested.

27  **RESPONSE TO REQUEST FOR ADMISSION NO. 619:**

28        Defendants object to this request on the grounds stated in the General Objections and

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2  respect to the information sought in this request because Defendants SAP AG and SAP America

3  have no additional knowledge separate and apart from the information provided by Defendant

4  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

5  "local environment," "used," "individual fix testing," "QA testing," "utilized," "develop,"

6  "sometimes," and "tested" are subject to multiple meanings and, as such, are overly broad, vague,

7  and ambiguous.  Defendants further object to the term "Fix Objects" as overly broad, vague, and

8  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

9  the undefined term "object" was used in "Fix Objects'" place.  Further, as noted above, Request

10  Nos. 611-614 refer to Exhibit B which lists the names of master fixes as that term was used by

11  TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

12  developed for TomorrowNow customers.  Master bundles and master fixes are records that

13  simply identify problems for which TomorrowNow generally developed objects to resolve.   The

14  object development often took place at the release level, source level, and customer level.  If this

15  request is actually asking for information related each and every object TomorrowNow developed,

16  this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

17  of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

18  question, Defendants would have to analyze each individual object in each fix or update

19  contained within each master bundle.  Defendants, therefore, object to this request as compound

20  and unduly burdensome in that this request seeks information and activities that (1) involved

21  many thousands of objects, (2) involved numerous employees, (3) took place over several years,

22  and (4) would require Defendants to review substantial business records to determine an answer,

23  if possible, for each of the numerous numbers of objects contained within the fixes and updates,

24  and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

25  do so given that the available information is at least as equally accessible to Plaintiffs as it is to

26  Defendants.

27      Subject to the General Objections and Responses and these specific objections, after a

28  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

1   sufficient knowledge and information to either admit or deny these requests, as the information

2   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

3   manner."  On this basis, therefore, these requests are DENIED.

4   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 619:**

5          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

6   General Objections noted above. Defendants' response is based solely on Defendant

7   TomorrowNow's knowledge with respect to the information sought in this request because

8   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

9   information provided by Defendant TomorrowNow in this response.  Defendants object to the

10  request because the terms "local environment," "used," "individual fix testing," "QA testing,"

11  "utilized," "sometimes," and "tested" are capable of multiple meanings and thus, make this

12  request overly broad, vague and ambiguous.  Defendants also object to this request because it

13  incorrectly assumes that Request Nos. 611-614 are admitted and because the reference to those

14  five requests make this request compound, overly broad, vague and ambiguous.  Further, as noted

15  above, Request Nos. 611-614 refer to Exhibit B which lists the names of "master fixes" as that

16  phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

17  the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

18  "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

19  serve as a record keeping device and reference for that issue and related activity TomorrowNow

20  undertook to address that issue.  The actual development of customer-specific objects included in

21  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

22  for identification and record keeping purposes. Thus, if this request seeks an admission related to

23  each and every object related to each and every customer-specific fix or update that

24  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

25  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

26  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

27  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

28  request, Defendants would have to analyze each individual object in each fix or update contained

1    within each master bundle.  Defendants, therefore, object on the basis that this request is

2    compound, overly broad and unduly burdensome because it seeks an admission regarding

3    thousands of separate activities that (1) involved many thousands of objects, (2) involved

4    numerous employees, (3) took place over several years, and (4) would require Defendants to

5    review enormous volumes of business records to attempt to determine an answer, if possible, for

6    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

7    Defendants object to this request on the basis that Defendants' burden associated with responding

8    to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

9    through this request, especially because the available documents, data and other information from

10   which the answer, if any, could be derived in response to this request have been produced by

11   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

12   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

13   without waiving the foregoing objections and qualifications, Defendants respond as follows:

14         ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

15   TomorrowNow employees sometimes (meaning more than once) used a different TomorrowNow

16   customer's specific local environment to "individual fix test" (as that phrase was used by some

17   TomorrowNow employees) the object than the TomorrowNow customer's specific local

18   environment that was used to develop the object for the specific group of TomorrowNow

19   customers on a specific release that were intended to receive the object.  To the extent not

20   admitted, this request is DENIED.

21   **REQUEST FOR ADMISSION NO. 620:**

22         Admit that if the "individual fix testing" or "QA testing" process described in Requests

23   Nos. 611-614 resulted in output files, such as reports intended for a regulatory agency, TN would

24   always compare such output files to the output files generated from the testing for other releases

25   or "source groups" (as the term is used in Requests Nos. 576-579).

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 620:**

27         Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

4   "individual fix testing," "QA testing," "output files," "compare," "generated," "testing," "other

5   releases," and "source groups" are subject to multiple meanings and, as such, are overly broad,

6   vague, and ambiguous.  Further, as noted above, Request Nos. 611-614 refer to Exhibit B which

7   lists the names of master fixes as that term was used by TomorrowNow in the SAS database.  The

8   master fixes are not the actual objects that are developed for TomorrowNow customers.  Master

9   bundles and master fixes are records that simply identify problems for which TomorrowNow

10  generally developed objects to resolve.   The object development often took place at the release

11  level, source level, and customer level.  If this request is actually asking for information related to

12  each and every object TomorrowNow developed, this number is more in line with the 33,185

13  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

14  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

15  analyze each individual object in each fix or update contained within each master bundle.

16  Defendants, therefore, object to this request as compound and unduly burdensome in that this

17  request seeks information and activities that (1) involved many thousands of objects, (2) involved

18  numerous employees, (3) took place over several years, and (4) would require Defendants to

19  review substantial business records to determine an answer, if possible, for each of the numerous

20  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

21  would be substantially similar to the burden for Plaintiffs to do so given that the available

22  information is at least as equally accessible to Plaintiffs as it is to Defendants.

23          Subject to the General Objections and Responses and these specific objections, after a

24  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

25  sufficient knowledge and information to either admit or deny these requests, as the information

26  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

27  manner."  On this basis, therefore, these requests are DENIED.

28

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 620</u>:**

2            Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "individual fix testing," "QA testing," "output files," "compare,"

8    "generated," "testing," "other releases," and "source groups" are capable of multiple meanings

9    and thus, make this request overly broad, vague and ambiguous.  Defendants also object to this

10   request because it incorrectly assumes that Request Nos. 611-614 are admitted and because the

11   reference to those five requests make this request compound, overly broad, vague and ambiguous.

12   Further, as noted above, Request Nos. 611-614 refer to Exhibit B which lists the names of

13   "master fixes" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

14   "master fixes" are not the actual objects included in fixes or updates that are developed for

15   TomorrowNow's customers.  "Master fixes" and "master bundles" are records that describe the

16   issue to be addressed and then serve as a record keeping device and reference for that issue and

17   related activity TomorrowNow undertook to address that issue.  The actual development of

18   customer-specific objects included in customer-specific fixes and updates was referenced to a

19   "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

20   this request seeks an admission related to each and every object related to each and every

21   customer-specific fix or update that TomorrowNow developed, then this single request

22   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

23   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

24   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

25   intent of this request, then to respond to this request, Defendants would have to analyze each

26   individual object in each fix or update contained within each master bundle.  Defendants,

27   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

28   because it seeks an admission regarding thousands of separate activities that (1) involved many

1    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

2    would require Defendants to review enormous volumes of business records to attempt to

3    determine an answer, if possible, for each of the numerous objects contained within the

4    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

5    Defendants' burden associated with responding to this request is substantially similar to the

6    burden for Plaintiffs to obtain the information sought through this request, especially because the

7    available documents, data and other information from which the answer, if any, could be derived

8    in response to this request have been produced by Defendants in response to Plaintiffs' other

9    discovery requests and thus any relevant, available information is now as equally accessible to

10   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

11   qualifications, Defendants respond as follows:

12       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

13   information Defendants currently know or can readily obtain, Defendants have insufficient

14   information to admit or deny this request.

15   **REQUEST FOR ADMISSION NO. 621:**

16       Admit that if the "individual fix testing" or "QA testing" process described in Requests

17   Nos. 611-614 resulted in output files, such as reports intended for a regulatory agency, TN would

18   usually compare such output files to the output files generated from the testing for other releases

19   or "source groups" (as the term is used in Requests Nos. 576-579).

20   **RESPONSE TO REQUEST FOR ADMISSION NO. 621:**

21       Defendants object to this request on the grounds stated in the General Objections and

22   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23   respect to the information sought in this request because Defendants SAP AG and SAP America

24   have no additional knowledge separate and apart from the information provided by Defendant

25   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

26   "individual fix testing," "QA testing," "output files," "compare," "generated," "testing," "other

27   releases," "usually," and "source groups" are subject to multiple meanings and, as such, are

28   overly broad, vague, and ambiguous.  Further, as noted above, Request Nos. 611-614 refer to

1    Exhibit B which lists the names of master fixes as that term was used by TomorrowNow in the

2    SAS database. The master fixes are not the actual objects that are developed for TomorrowNow

3    customers. Master bundles and master fixes are records that simply identify problems for which

4    TomorrowNow generally developed objects to resolve. The object development often took place

5    at the release level, source level, and customer level. If this request is actually asking for

6    information related to each and every object TomorrowNow developed, this number is more in

7    line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

8    Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question,

9    Defendants would have to analyze each individual object in each fix or update contained within

10   each master bundle. Defendants, therefore, object to this request as compound and unduly

11   burdensome in that this request seeks information and activities that (1) involved many thousands

12   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

13   require Defendants to review substantial business records to determine an answer, if possible, for

14   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

15   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

16   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

17          Subject to the General Objections and Responses and these specific objections, after a

18   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

19   sufficient knowledge and information to either admit or deny these requests, as the information

20   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

21   manner." On this basis, therefore, these requests are DENIED.

22   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 621:**

23          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

24   General Objections noted above. Defendants' response is based solely on Defendant

25   TomorrowNow's knowledge with respect to the information sought in this request because

26   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

27   information provided by Defendant TomorrowNow in this response. Defendants object to the

28   request because the terms "individual fix testing," "QA testing," "output files," "compare,"

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   "generated," "testing," "other releases," "usually," and "source groups" are capable of multiple

2   meanings and thus, make this request overly broad, vague and ambiguous.  Defendants also

3   object to this request because it incorrectly assumes that Request Nos. 611-614 are admitted and

4   because the reference to those five requests make this request compound, overly broad, vague and

5   ambiguous.  Further, as noted above, Request Nos. 611-614 refer to Exhibit B which lists the

6   names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

7   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

8   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

9   describe the issue to be addressed and then serve as a record keeping device and reference for that

10  issue and related activity TomorrowNow undertook to address that issue.  The actual

11  development of customer-specific objects included in customer-specific fixes and updates was

12  referenced to a "master bundle" or "master fix" record for identification and record keeping

13  purposes. Thus, if this request seeks an admission related to each and every object related to each

14  and every customer-specific fix or update that TomorrowNow developed, then this single request

15  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

16  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

17  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

18  intent of this request, then to respond to this request, Defendants would have to analyze each

19  individual object in each fix or update contained within each master bundle.  Defendants,

20  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

21  because it seeks an admission regarding thousands of separate activities that (1) involved many

22  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

23  would require Defendants to review enormous volumes of business records to attempt to

24  determine an answer, if possible, for each of the numerous objects contained within the

25  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

26  Defendants' burden associated with responding to this request is substantially similar to the

27  burden for Plaintiffs to obtain the information sought through this request, especially because the

28  available documents, data and other information from which the answer, if any, could be derived

1  in response to this request have been produced by Defendants in response to Plaintiffs' other

2  discovery requests and thus any relevant, available information is now as equally accessible to

3  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

4  qualifications, Defendants respond as follows:

5  DENIED on the basis that Defendants have made a reasonable inquiry and based on the

6  information Defendants currently know or can readily obtain, Defendants have insufficient

7  information to admit or deny this request.

8  **REQUEST FOR ADMISSION NO. 622:**

9  Admit that if the "individual fix testing" or "QA testing" process described in Requests

10  Nos. 611-614 resulted in output files, such as reports intended for a regulatory agency, TN would

11  more often than not compare such output files to the output files generated from the testing for

12  other releases or "source groups" (as the term is used in Requests Nos. 576-579).

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 622:**

14  Defendants object to this request on the grounds stated in the General Objections and

15  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16  respect to the information sought in this request because Defendants SAP AG and SAP America

17  have no additional knowledge separate and apart from the information provided by Defendant

18  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

19  "individual fix testing," "QA testing," "output files," "compare," "generated," "testing," "other

20  releases," "more often than not," and "source groups" are subject to multiple meanings and, as

21  such, are overly broad, vague, and ambiguous.  Further, as noted above, Request Nos. 611-614

22  refer to Exhibit B which lists the names of master fixes as that term was used by TomorrowNow

23  in the SAS database.  The master fixes are not the actual objects that are developed for

24  TomorrowNow customers.  Master bundles and master fixes are records that simply identify

25  problems for which TomorrowNow generally developed objects to resolve.   The object

26  development often took place at the release level, source level, and customer level.  If this request

27  is actually asking for information related to each and every object TomorrowNow developed, this

28  number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of

1    Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

2    question, Defendants would have to analyze each individual object in each fix or update

3    contained within each master bundle.  Defendants, therefore, object to this request as compound

4    and unduly burdensome in that this request seeks information and activities that (1) involved

5    many thousands of objects, (2) involved numerous employees, (3) took place over several years,

6    and (4) would require Defendants to review substantial business records to determine an answer,

7    if possible, for each of the numerous numbers of objects contained within the fixes and updates,

8    and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

9    do so given that the available information is at least as equally accessible to Plaintiffs as it is to

10   Defendants.

11          Subject to the General Objections and Responses and these specific objections, after a

12   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

13   sufficient knowledge and information to either admit or deny these requests, as the information

14   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

15   manner."  On this basis, therefore, these requests are DENIED.

16   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 622:**

17          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18   General Objections noted above. Defendants' response is based solely on Defendant

19   TomorrowNow's knowledge with respect to the information sought in this request because

20   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21   information provided by Defendant TomorrowNow in this response.  Defendants object to the

22   request because the terms "individual fix testing," "QA testing," "output files," "compare,"

23   "generated," "testing," "other releases," and "source groups" are capable of multiple meanings

24   and thus, make this request overly broad, vague and ambiguous.  Defendants also object to this

25   request because it incorrectly assumes that Request Nos. 611-614 are admitted and because the

26   reference to those five requests make this request compound, overly broad, vague and ambiguous.

27   Further, as noted above, Request Nos. 611-614 refer to Exhibit B which lists the names of

28   "master fixes" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

1    "master fixes" are not the actual objects included in fixes or updates that are developed for

2    TomorrowNow's customers.  "Master fixes" and "master bundles" are records that describe the

3    issue to be addressed and then serve as a record keeping device and reference for that issue and

4    related activity TomorrowNow undertook to address that issue.  The actual development of

5    customer-specific objects included in customer-specific fixes and updates was referenced to a

6    "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

7    this request seeks an admission related to each and every object related to each and every

8    customer-specific fix or update that TomorrowNow developed, then this single request

9    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

10    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

11    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

12    intent of this request, then to respond to this request, Defendants would have to analyze each

13    individual object in each fix or update contained within each master bundle.  Defendants,

14    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

15    because it seeks an admission regarding thousands of separate activities that (1) involved many

16    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

17    would require Defendants to review enormous volumes of business records to attempt to

18    determine an answer, if possible, for each of the numerous objects contained within the

19    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

20    Defendants' burden associated with responding to this request is substantially similar to the

21    burden for Plaintiffs to obtain the information sought through this request, especially because the

22    available documents, data and other information from which the answer, if any, could be derived

23    in response to this request have been produced by Defendants in response to Plaintiffs' other

24    discovery requests and thus any relevant, available information is now as equally accessible to

25    Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

26    qualifications, Defendants respond as follows:

27         DENIED on the basis that Defendants have made a reasonable inquiry and based on the

28    information Defendants currently know or can readily obtain, Defendants have insufficient

1   information to admit or deny this request.

2   **REQUEST FOR ADMISSION NO. 623:**

3       Admit that if the "individual fix testing" or "QA testing" process described in Requests

4   Nos. 611-614 resulted in output files, such as reports intended for a regulatory agency, TN would

5   generally compare such output files to the output files generated from the testing for other

6   releases or "source groups" (as the term is used in Requests Nos. 576-579).

7   **RESPONSE TO REQUEST FOR ADMISSION NO. 623:**

8       Defendants object to this request on the grounds stated in the General Objections and

9   Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10  respect to the information sought in this request because Defendants SAP AG and SAP America

11  have no additional knowledge separate and apart from the information provided by Defendant

12  TomorrowNow in this response. Defendants object to the request because the terms and phrases

13  "individual fix testing," "QA testing," "output files," "compare," "generated," "testing," "other

14  releases," "generally," and "source groups" are subject to multiple meanings and, as such, are

15  overly broad, vague, and ambiguous. Further, as noted above, Request Nos. 611-614 refer to

16  Exhibit B which lists the names of master fixes as that term was used by TomorrowNow in the

17  SAS database. The master fixes are not the actual objects that are developed for TomorrowNow

18  customers. Master bundles and master fixes are records that simply identify problems for which

19  TomorrowNow generally developed objects to resolve. The object development often took place

20  at the release level, source level, and customer level. If this request is actually asking for

21  information related to each and every object TomorrowNow developed, this number is more in

22  line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

23  Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question,

24  Defendants would have to analyze each individual object in each fix or update contained within

25  each master bundle. Defendants, therefore, object to this request as compound and unduly

26  burdensome in that this request seeks information and activities that (1) involved many thousands

27  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

28  require Defendants to review substantial business records to determine an answer, if possible, for

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

2   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

3   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

4          Subject to the General Objections and Responses and these specific objections, after a

5   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6   sufficient knowledge and information to either admit or deny these requests, as the information

7   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8   manner." On this basis, therefore, these requests are DENIED.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 623:**

10         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11   General Objections noted above. Defendants' response is based solely on Defendant

12   TomorrowNow's knowledge with respect to the information sought in this request because

13   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14   information provided by Defendant TomorrowNow in this response. Defendants object to the

15   request because the terms "individual fix testing," "QA testing," "output files," "compare,"

16   "generated," "testing," "other releases," "generally," and "source groups" are capable of multiple

17   meanings and thus, make this request overly broad, vague and ambiguous. Defendants also

18   object to this request because it incorrectly assumes that Request Nos. 611-614 are admitted and

19   because the reference to those five requests make this request compound, overly broad, vague and

20   ambiguous. Further, as noted above, Request Nos. 611-614 refer to Exhibit B which lists the

21   names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

22   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

23   developed for TomorrowNow's customers. "Master fixes" and "master bundles" are records that

24   describe the issue to be addressed and then serve as a record keeping device and reference for that

25   issue and related activity TomorrowNow undertook to address that issue. The actual

26   development of customer-specific objects included in customer-specific fixes and updates was

27   referenced to a "master bundle" or "master fix" record for identification and record keeping

28   purposes. Thus, if this request seeks an admission related to each and every object related to each

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    and every customer-specific fix or update that TomorrowNow developed, then this single request

2    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

3    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

4    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

5    intent of this request, then to respond to this request, Defendants would have to analyze each

6    individual object in each fix or update contained within each master bundle.  Defendants,

7    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

8    because it seeks an admission regarding thousands of separate activities that (1) involved many

9    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

10   would require Defendants to review enormous volumes of business records to attempt to

11   determine an answer, if possible, for each of the numerous objects contained within the

12   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

13   Defendants' burden associated with responding to this request is substantially similar to the

14   burden for Plaintiffs to obtain the information sought through this request, especially because the

15   available documents, data and other information from which the answer, if any, could be derived

16   in response to this request have been produced by Defendants in response to Plaintiffs' other

17   discovery requests and thus any relevant, available information is now as equally accessible to

18   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

19   qualifications, Defendants respond as follows:

20         DENIED on the basis that Defendants have made a reasonable inquiry and based on the

21   information Defendants currently know or can readily obtain, Defendants have insufficient

22   information to admit or deny this request.

23   **REQUEST FOR ADMISSION NO. 624:**

24         Admit that if the "individual fix testing" or "QA testing" process described in Requests

25   Nos. 611-614 resulted in output files, such as reports intended for a regulatory agency, TN would

26   sometimes compare such output files to the output files generated from the testing for other

27   releases or "source groups" (as the term is used in Requests Nos. 576-579).

28

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 624**:

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7    "individual fix testing," "QA testing," "output files," "compare," "generated," "testing," "other

8    releases," "sometimes," and "source groups" are subject to multiple meanings and, as such, are

9    overly broad, vague, and ambiguous.  Further, as noted above, Request Nos. 611-614 refer to

10   Exhibit B which lists the names of master fixes as that term was used by TomorrowNow in the

11   SAS database.  The master fixes are not the actual objects that are developed for TomorrowNow

12   customers.  Master bundles and master fixes are records that simply identify problems for which

13   TomorrowNow generally developed objects to resolve.   The object development often took place

14   at the release level, source level, and customer level.  If this request is actually asking for

15   information related to each and every object TomorrowNow developed, this number is more in

16   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

17   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

18   Defendants would have to analyze each individual object in each fix or update contained within

19   each master bundle.  Defendants, therefore, object to this request as compound and unduly

20   burdensome in that this request seeks information and activities that (1) involved many thousands

21   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

22   require Defendants to review substantial business records to determine an answer, if possible, for

23   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

24   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

25   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

26         Subject to the General Objections and Responses and these specific objections, after a

27   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

28   sufficient knowledge and information to either admit or deny these requests, as the information

1    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

2    manner." On this basis, therefore, these requests are DENIED.

3    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 624:**

4           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

5    General Objections noted above. Defendants' response is based solely on Defendant

6    TomorrowNow's knowledge with respect to the information sought in this request because

7    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

8    information provided by Defendant TomorrowNow in this response. Defendants object to the

9    request because the terms "individual fix testing," "QA testing," "output files," "compare,"

10   "generated," "testing," "other releases," "sometimes," and "source groups" are capable of

11   multiple meanings and thus, make this request overly broad, vague and ambiguous. Defendants

12   also object to this request because it incorrectly assumes that Request Nos. 611-614 are admitted

13   and because the reference to those five requests make this request compound, overly broad, vague

14   and ambiguous. Further, as noted above, Request Nos. 611-614 refer to Exhibit B which lists the

15   names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

16   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

17   developed for TomorrowNow's customers. "Master fixes" and "master bundles" are records that

18   describe the issue to be addressed and then serve as a record keeping device and reference for that

19   issue and related activity TomorrowNow undertook to address that issue. The actual

20   development of customer-specific objects included in customer-specific fixes and updates was

21   referenced to a "master bundle" or "master fix" record for identification and record keeping

22   purposes. Thus, if this request seeks an admission related to each and every object related to each

23   and every customer-specific fix or update that TomorrowNow developed, then this single request

24   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

25   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

26   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. If that is the

27   intent of this request, then to respond to this request, Defendants would have to analyze each

28   individual object in each fix or update contained within each master bundle. Defendants,

1   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

2   because it seeks an admission regarding thousands of separate activities that (1) involved many

3   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

4   would require Defendants to review enormous volumes of business records to attempt to

5   determine an answer, if possible, for each of the numerous objects contained within the

6   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

7   Defendants' burden associated with responding to this request is substantially similar to the

8   burden for Plaintiffs to obtain the information sought through this request, especially because the

9   available documents, data and other information from which the answer, if any, could be derived

10  in response to this request have been produced by Defendants in response to Plaintiffs' other

11  discovery requests and thus any relevant, available information is now as equally accessible to

12  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

13  qualifications, Defendants respond as follows:

14      ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that

15  TomorrowNow employees would sometimes (meaning more than once) compare the output files

16  from one "individual fix test" (as that phrase was used by some TomorrowNow employees) to

17  output files from other "individual fix tests" (as that phrase was used by some TomorrowNow

18  employees) that took place using another TomorrowNow customer specific local environment or

19  environment component.  To the extent not admitted, this request is DENIED.

20  **REQUEST FOR ADMISSION NO. 625:**

21      Admit that every time TN did not conduct the "individual fix test" or "QA test" described

22  in Requests Nos. 611-614 for any release or source group, TN relied in part on either earlier

23  testing or testing done for other releases or "source groups" (as the term is used in Requests Nos.

24  576-579) in deciding to deliver the Fix to Customers.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 625:**

26      Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  respect to the information sought in this request because Defendants SAP AG and SAP America

1  have no additional knowledge separate and apart from the information provided by Defendant

2  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

3  "individual fix test," "QA test," "any release," "source group(s)," "testing," "other releases," and

4  "deliver" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

5  Further, as noted above, Request Nos. 611-614 refer to Exhibit B which lists the names of master

6  fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are not the

7  actual objects that are developed for TomorrowNow customers.  Master bundles and master fixes

8  are records that simply identify problems for which TomorrowNow generally developed objects

9  to resolve.   The object development often took place at the release level, source level, and

10  customer level.  If this request is actually asking for information related to each and every object

11  TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

12  D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

13  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

14  object in each fix or update contained within each master bundle.  Defendants, therefore, object to

15  this request as compound and unduly burdensome in that this request seeks information and

16  activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

17  place over several years, and (4) would require Defendants to review substantial business records

18  to determine an answer, if possible, for each of the numerous numbers of objects contained within

19  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

20  burden for Plaintiffs to do so given that the available information is at least as equally accessible

21  to Plaintiffs as it is to Defendants.

22        Subject to the General Objections and Responses and these specific objections, after a

23  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

24  sufficient knowledge and information to either admit or deny these requests, as the information

25  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

26  manner."  On this basis, therefore, these requests are DENIED.

27  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 625:**

28        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

1   General Objections noted above. Defendants' response is based solely on Defendant

2   TomorrowNow's knowledge with respect to the information sought in this request because

3   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

4   information provided by Defendant TomorrowNow in this response.  Defendants object to the

5   request because the terms "individual fix test," "QA test," "any release," "source group(s),"

6   "testing," "other releases," and "deliver" are capable of multiple meanings and thus, make this

7   request overly broad, vague and ambiguous.  Defendants also object to this request because it

8   incorrectly assumes that Request Nos. 611-614 are admitted and because the reference to those

9   five requests make this request compound, overly broad, vague and ambiguous.  Further, as noted

10  above, Request Nos. 611-614 refer to Exhibit B which lists the names of "master fixes" as that

11  phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

12  the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

13  "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

14  serve as a record keeping device and reference for that issue and related activity TomorrowNow

15  undertook to address that issue.  The actual development of customer-specific objects included in

16  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

17  for identification and record keeping purposes. Thus, if this request seeks an admission related to

18  each and every object related to each and every customer-specific fix or update that

19  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

20  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

21  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

22  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

23  request, Defendants would have to analyze each individual object in each fix or update contained

24  within each master bundle.  Defendants, therefore, object on the basis that this request is

25  compound, overly broad and unduly burdensome because it seeks an admission regarding

26  thousands of separate activities that (1) involved many thousands of objects, (2) involved

27  numerous employees, (3) took place over several years, and (4) would require Defendants to

28  review enormous volumes of business records to attempt to determine an answer, if possible, for

1  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

2  Defendants object to this request on the basis that Defendants' burden associated with responding

3  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

4  through this request, especially because the available documents, data and other information from

5  which the answer, if any, could be derived in response to this request have been produced by

6  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

7  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

8  without waiving the foregoing objections and qualifications, Defendants respond as follows:

9        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

10  information Defendants currently know or can readily obtain, Defendants have insufficient

11  information to admit or deny this request.

12  **REQUEST FOR ADMISSION NO. 626:**

13        Admit that the majority of the times when TN did not conduct the "individual fix test" or

14  "QA test" described in Requests Nos. 611-614 for any release or source group, TN relied in part

15  on either earlier testing or testing done for other releases or "source groups" (as the term is used

16  in Requests Nos. 576-579) in deciding to deliver the Fix to Customers.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 626:**

18        Defendants object to this request on the grounds stated in the General Objections and

19  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20  respect to the information sought in this request because Defendants SAP AG and SAP America

21  have no additional knowledge separate and apart from the information provided by Defendant

22  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

23  "individual fix test," "QA test," "any release," "source group(s)," "testing," "other releases," and

24  "deliver" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

25  Further, as noted above, Request Nos. 611-614 refer to Exhibit B which lists the names of master

26  fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are not the

27  actual objects that are developed for TomorrowNow customers.  Master bundles and master fixes

28  are records that simply identify problems for which TomorrowNow generally developed objects

1  to resolve.   The object development often took place at the release level, source level, and

2  customer level.  If this request is actually asking for information related to each and every object

3  TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

4  D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

5  TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

6  object in each fix or update contained within each master bundle.  Defendants, therefore, object to

7  this request as compound and unduly burdensome in that this request seeks information and

8  activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

9  place over several years, and (4) would require Defendants to review substantial business records

10  to determine an answer, if possible, for each of the numerous numbers' of objects contained within

11  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

12  burden for Plaintiffs to do so given that the available information is at least as equally accessible

13  to Plaintiffs as it is to Defendants.

14        Subject to the General Objections and Responses and these specific objections, after a

15  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16  sufficient knowledge and information to either admit or deny these requests, as the information

17  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

18  manner."  On this basis, therefore, these requests are DENIED.

19  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 626:**

20        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

21  General Objections noted above. Defendants' response is based solely on Defendant

22  TomorrowNow's knowledge with respect to the information sought in this request because

23  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

24  information provided by Defendant TomorrowNow in this response.  Defendants object to the

25  request because the terms "individual fix test," "QA test," "any release," "source group(s),"

26  "testing," "other releases," and "deliver" are capable of multiple meanings and thus, make this

27  request overly broad, vague and ambiguous.  Defendants also object to this request because it

28  incorrectly assumes that Request Nos. 611-614 are admitted and because the reference to those

1   five requests make this request compound, overly broad, vague and ambiguous.  Further, as noted

2   above, Request Nos. 611-614 refer to Exhibit B which lists the names of "master fixes" as that

3   phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

4   the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

5   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

6   serve as a record keeping device and reference for that issue and related activity TomorrowNow

7   undertook to address that issue.  The actual development of customer-specific objects included in

8   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

9   for identification and record keeping purposes. Thus, if this request seeks an admission related to

10  each and every object related to each and every customer-specific fix or update that

11  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

12  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

13  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

14  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

15  request, Defendants would have to analyze each individual object in each fix or update contained

16  within each master bundle.  Defendants, therefore, object on the basis that this request is

17  compound, overly broad and unduly burdensome because it seeks an admission regarding

18  thousands of separate activities that (1) involved many thousands of objects, (2) involved

19  numerous employees, (3) took place over several years, and (4) would require Defendants to

20  review enormous volumes of business records to attempt to determine an answer, if possible, for

21  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

22  Defendants object to this request on the basis that Defendants' burden associated with responding

23  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

24  through this request, especially because the available documents, data and other information from

25  which the answer, if any, could be derived in response to this request have been produced by

26  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

27  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

28  without waiving the foregoing objections and qualifications, Defendants respond as follows:

1    DENIED on the basis that Defendants have made a reasonable inquiry and based on the

2    information Defendants currently know or can readily obtain, Defendants have insufficient

3    information to admit or deny this request.

4    **REQUEST FOR ADMISSION NO. 627:**

5    Admit that sometimes when TN did not conduct the "individual fix test" or "QA test"

6    described in Requests Nos. 611-614 for any release or source group, TN relied in part on either

7    earlier testing or testing done for other releases or "source groups" (as the term is used in

8    Requests Nos. 576-579) in deciding to deliver the Fix to Customers.

9    **RESPONSE TO REQUEST FOR ADMISSION NO. 627:**

10   Defendants object to this request on the grounds stated in the General Objections and

11   Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12   respect to the information sought in this request because Defendants SAP AG and SAP America

13   have no additional knowledge separate and apart from the information provided by Defendant

14   TomorrowNow in this response. Defendants object to the request because the terms and phrases

15   "individual fix test," "QA test," "any release," "source group(s)," "testing," "other releases,"

16   "sometimes," and "deliver" are subject to multiple meanings and, as such, are overly broad,

17   vague, and ambiguous. Further, as noted above, Request Nos. 611-614 refer to Exhibit B which

18   lists the names of master fixes as that term was used by TomorrowNow in the SAS database. The

19   master fixes are not the actual objects that are developed for TomorrowNow customers. Master

20   bundles and master fixes are records that simply identify problems for which TomorrowNow

21   generally developed objects to resolve.   The object development often took place at the release

22   level, source level, and customer level. If this request is actually asking for information related to

23   each and every object TomorrowNow developed, this number is more in line with the 33,185

24   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

25   SAP America, and TomorrowNow. To respond to this question, Defendants would have to

26   analyze each individual object in each fix or update contained within each master bundle.

27   Defendants, therefore, object to this request as compound and unduly burdensome in that this

28   request seeks information and activities that (1) involved many thousands of objects, (2) involved

1   numerous employees, (3) took place over several years, and (4) would require Defendants to

2   review substantial business records to determine an answer, if possible, for each of the numerous

3   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

4   would be substantially similar to the burden for Plaintiffs to do so given that the available

5   information is at least as equally accessible to Plaintiffs as it is to Defendants.

6          Subject to the General Objections and Responses and these specific objections, after a

7   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

8   sufficient knowledge and information to either admit or deny these requests, as the information

9   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

10  manner."  On this basis, therefore, these requests are DENIED.

11  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 627:**

12         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

13  General Objections noted above. Defendants' response is based solely on Defendant

14  TomorrowNow's knowledge with respect to the information sought in this request because

15  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

16  information provided by Defendant TomorrowNow in this response.  Defendants object to the

17  request because the terms "individual fix test," "QA test," "any release," "source group(s),"

18  "testing," "other releases," "sometimes," and "deliver" are capable of multiple meanings and thus,

19  make this request overly broad, vague and ambiguous.  Defendants also object to this request

20  because it incorrectly assumes that Request Nos. 611-614 are admitted and because the reference

21  to those five requests make this request compound, overly broad, vague and ambiguous.  Further,

22  as noted above, Request Nos. 611-614 refer to Exhibit B which lists the names of "master fixes"

23  as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes"

24  are not the actual objects included in fixes or updates that are developed for TomorrowNow's

25  customers.  "Master fixes" and "master bundles" are records that describe the issue to be

26  addressed and then serve as a record keeping device and reference for that issue and related

27  activity TomorrowNow undertook to address that issue.  The actual development of customer-

28  specific objects included in customer-specific fixes and updates was referenced to a "master

1   bundle" or "master fix" record for identification and record keeping purposes. Thus, if this

2   request seeks an admission related to each and every object related to each and every customer-

3   specific fix or update that TomorrowNow developed, then this single request impermissibly seeks

4   literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek

5   regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

6   Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request,

7   then to respond to this request, Defendants would have to analyze each individual object in each

8   fix or update contained within each master bundle.  Defendants, therefore, object on the basis that

9   this request is compound, overly broad and unduly burdensome because it seeks an admission

10  regarding thousands of separate activities that (1) involved many thousands of objects, (2)

11  involved numerous employees, (3) took place over several years, and (4) would require

12  Defendants to review enormous volumes of business records to attempt to determine an answer, if

13  possible, for each of the numerous objects contained within the referenced fixes and updates.

14  Moreover, Defendants object to this request on the basis that Defendants' burden associated with

15  responding to this request is substantially similar to the burden for Plaintiffs to obtain the

16  information sought through this request, especially because the available documents, data and

17  other information from which the answer, if any, could be derived in response to this request have

18  been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

19  relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

20  Subject to and without waiving the foregoing objections and qualifications, Defendants respond

21  as follows:

22          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

23  information Defendants currently know or can readily obtain, Defendants have insufficient

24  information to admit or deny this request.

25  **REQUEST FOR ADMISSION NO. 628:**

26          Admit that at least one time when TN did not conduct the "individual fix test" or "QA

27  test" described in Requests Nos. 611-614 for any release or source group, TN relied in part on

28  either earlier testing or testing done for other releases or "source groups" (as the term is used in

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Requests Nos. 576-579) in deciding to deliver the Fix to Customers.

2    **RESPONSE TO REQUEST FOR ADMISSION NO. 628:**

3         Defendants object to this request on the grounds stated in the General Objections and

4    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5    respect to the information sought in this request because Defendants SAP AG and SAP America

6    have no additional knowledge separate and apart from the information provided by Defendant

7    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

8    "individual fix test," "QA test," "any release," "source group(s)," "testing," "other releases," and

9    "deliver" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

10   Further, as noted above, Request Nos. 611-614 refer to Exhibit B which lists the names of master

11   fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are not the

12   actual objects that are developed for TomorrowNow customers.  Master bundles and master fixes

13   are records that simply identify problems for which TomorrowNow generally developed objects

14   to resolve.   The object development often took place at the release level, source level, and

15   customer level.  If this request is actually asking for information related to each and every object

16   TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit

17   D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and

18   TomorrowNow.  To respond to this question, Defendants would have to analyze each individual

19   object in each fix or update contained within each master bundle.  Defendants, therefore, object to

20   this request as compound and unduly burdensome in that this request seeks information and

21   activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

22   place over several years, and (4) would require Defendants to review substantial business records

23   to determine an answer, if possible, for each of the numerous numbers of objects contained within

24   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

25   burden for Plaintiffs to do so given that the available information is at least as equally accessible

26   to Plaintiffs as it is to Defendants.

27         Subject to the General Objections and Responses and these specific objections, after a

28   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

1    sufficient knowledge and information to either admit or deny these requests, as the information

2    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

3    manner."  On this basis, therefore, these requests are DENIED.

4    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 628:**

5            Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

6    General Objections noted above. Defendants' response is based solely on Defendant

7    TomorrowNow's knowledge with respect to the information sought in this request because

8    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

9    information provided by Defendant TomorrowNow in this response.  Defendants object to the

10   request because the terms "individual fix test," "QA test," "any release," "source group(s),"

11   "testing," "other releases," and "deliver" are capable of multiple meanings and thus, make this

12   request overly broad, vague and ambiguous.  Defendants also object to this request because it

13   incorrectly assumes that Request Nos. 611-614 are admitted and because the reference to those

14   five requests make this request compound, overly broad, vague and ambiguous.  Further, as noted

15   above, Request Nos. 611-614 refer to Exhibit B which lists the names of "master fixes" as that

16   phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

17   the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

18   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

19   serve as a record keeping device and reference for that issue and related activity TomorrowNow

20   undertook to address that issue.  The actual development of customer-specific objects included in

21   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

22   for identification and record keeping purposes. Thus, if this request seeks an admission related to

23   each and every object related to each and every customer-specific fix or update that

24   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

25   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

26   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

27   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

28   request, Defendants would have to analyze each individual object in each fix or update contained

1   within each master bundle.  Defendants, therefore, object on the basis that this request is

2   compound, overly broad and unduly burdensome because it seeks an admission regarding

3   thousands of separate activities that (1) involved many thousands of objects, (2) involved

4   numerous employees, (3) took place over several years, and (4) would require Defendants to

5   review enormous volumes of business records to attempt to determine an answer, if possible, for

6   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

7   Defendants object to this request on the basis that Defendants' burden associated with responding

8   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

9   through this request, especially because the available documents, data and other information from

10  which the answer, if any, could be derived in response to this request have been produced by

11  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

12  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

13  without waiving the foregoing objections and qualifications, Defendants respond as follows:

14          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

15  information Defendants currently know or can readily obtain, Defendants have insufficient

16  information to admit or deny this request.

17  **REQUEST FOR ADMISSION NO. 629:**

18          Admit that for each Fix or Update listed in Exhibit B, if TN determined to deliver any

19  such Fixes or Updates to a Customer as part of a bundle containing other Fixes or Updates, TN

20  assembled such bundle in part by Copying the requisite Fix Objects from the central development

21  staging area.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 629:**

23          Defendants object to this request on the grounds stated in the General Objections and

24  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25  respect to the information sought in this request because Defendants SAP AG and SAP America

26  have no additional knowledge separate and apart from the information provided by Defendant

27  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

28  "deliver," "bundle containing other fixes or updates," "copying," and "central development

1    staging area" are subject to multiple meanings and, as such, are overly broad, vague, and

2    ambiguous.  Further, Exhibit B lists the names of master fixes as that term was used by

3    TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

4    developed for TomorrowNow customers.  Master bundles and master fixes are records that

5    simply identify problems for which TomorrowNow generally developed objects to resolve.   The

6    object development often took place at the release level, source level, and customer level.  If this

7    request is actually asking for information related to each and every object TomorrowNow

8    developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

9    Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

10   respond to this question, Defendants would have to analyze each individual object in each fix or

11   update contained within each master bundle.  Defendants, therefore, object to this request as

12   compound and unduly burdensome in that this request seeks information and activities that (1)

13   involved many thousands of objects, (2) involved numerous employees, (3) took place over

14   several years, and (4) would require Defendants to review substantial business records to

15   determine an answer, if possible, for each of the numerous numbers of objects contained within

16   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

17   burden for Plaintiffs to do so given that the available information is at least as equally accessible

18   to Plaintiffs as it is to Defendants.

19        Subject to the General Objections and Responses and these specific objections, after a

20   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21   sufficient knowledge and information to either admit or deny these requests, as the information

22   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

23   manner."  On this basis, therefore, these requests are DENIED.

24   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 629:**

25        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26   General Objections noted above. Defendants' response is based solely on Defendant

27   TomorrowNow's knowledge with respect to the information sought in this request because

28   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

1   information provided by Defendant TomorrowNow in this response.  Defendants object to the

2   request because the terms and phrases "fix(es)," "update(s)," "deliver," "bundle containing other

3   fixes or updates," "copying," and "central development staging area" are capable of multiple

4   meanings and thus, make this request overly broad, vague and ambiguous.  Further, Exhibit B

5   lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

6   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

7   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

8   describe the issue to be addressed and then serve as a record keeping device and reference for that

9   issue and related activity TomorrowNow undertook to address that issue.  The actual

10  development of customer-specific objects included in customer-specific fixes and updates was

11  referenced to a "master bundle" or "master fix" record for identification and record keeping

12  purposes. Thus, if this request seeks an admission related to each and every object related to each

13  and every customer-specific fix or update that TomorrowNow developed, then this single request

14  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

15  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

16  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

17  intent of this request, then to respond to this request, Defendants would have to analyze each

18  individual object in each fix or update contained within each master bundle.  Defendants,

19  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

20  because it seeks an admission regarding thousands of separate activities that (1) involved many

21  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

22  would require Defendants to review enormous volumes of business records to attempt to

23  determine an answer, if possible, for each of the numerous objects contained within the

24  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

25  Defendants' burden associated with responding to this request is substantially similar to the

26  burden for Plaintiffs to obtain the information sought through this request, especially because the

27  available documents, data and other information from which the answer, if any, could be derived

28  in response to this request have been produced by Defendants in response to Plaintiffs' other

1  discovery requests and thus any relevant, available information is now as equally accessible to

2  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

3  qualifications, Defendants respond as follows:

4  DENIED on the basis that Defendants have made a reasonable inquiry and based on the

5  information Defendants currently know or can readily obtain, Defendants have insufficient

6  information to admit or deny this request.

7  **REQUEST FOR ADMISSION NO. 630:**

8  Admit that for the majority of the Fixes or Updates listed in Exhibit B, if TN determined

9  to deliver any such Fixes or Updates to a Customer as part of a bundle containing other Fixes or

10  Updates, TN assembled such bundle in part by Copying the requisite Fix Objects from the central

11  development staging area.

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 630:**

13  Defendants object to this request on the grounds stated in the General Objections and

14  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15  respect to the information sought in this request because Defendants SAP AG and SAP America

16  have no additional knowledge separate and apart from the information provided by Defendant

17  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

18  "deliver," "bundle containing other fixes or updates," "copying," and "central development

19  staging area" are subject to multiple meanings and, as such, are overly broad, vague, and

20  ambiguous.  Further, Exhibit B lists the names of master fixes as that term was used by

21  TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

22  developed for TomorrowNow customers.  Master bundles and master fixes are records that

23  simply identify problems for which TomorrowNow generally developed objects to resolve.   The

24  object development often took place at the release level, source level, and customer level.  If this

25  request is actually asking for information related to each and every object TomorrowNow

26  developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

27  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

28  respond to this question, Defendants would have to analyze each individual object in each fix or

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   update contained within each master bundle.  Defendants, therefore, object to this request as

2   compound and unduly burdensome in that this request seeks information and activities that (1)

3   involved many thousands of objects, (2) involved numerous employees, (3) took place over

4   several years, and (4) would require Defendants to review substantial business records to

5   determine an answer, if possible, for each of the numerous numbers of objects contained within

6   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

7   burden for Plaintiffs to do so given that the available information is at least as equally accessible

8   to Plaintiffs as it is to Defendants.

9        Subject to the General Objections and Responses and these specific objections, after a

10  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

11  sufficient knowledge and information to either admit or deny these requests, as the information

12  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

13  manner."  On this basis, therefore, these requests are DENIED.

14  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 630:**

15       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

16  General Objections noted above. Defendants' response is based solely on Defendant

17  TomorrowNow's knowledge with respect to the information sought in this request because

18  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

19  information provided by Defendant TomorrowNow in this response.  Defendants object to the

20  request because the terms and phrases "fix(es)," "update(s)," "deliver," "bundle containing other

21  fixes or updates," "copying," and "central development staging area" are capable of multiple

22  meanings and thus, make this request overly broad, vague and ambiguous.  Further, Exhibit B

23  lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

24  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

25  developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

26  describe the issue to be addressed and then serve as a record keeping device and reference for that

27  issue and related activity TomorrowNow undertook to address that issue.  The actual

28  development of customer-specific objects included in customer-specific fixes and updates was

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    referenced to a "master bundle" or "master fix" record for identification and record keeping

2    purposes. Thus, if this request seeks an admission related to each and every object related to each

3    and every customer-specific fix or update that TomorrowNow developed, then this single request

4    impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

5    impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

6    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

7    intent of this request, then to respond to this request, Defendants would have to analyze each

8    individual object in each fix or update contained within each master bundle.  Defendants,

9    therefore, object on the basis that this request is compound, overly broad and unduly burdensome

10   because it seeks an admission regarding thousands of separate activities that (1) involved many

11   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

12   would require Defendants to review enormous volumes of business records to attempt to

13   determine an answer, if possible, for each of the numerous objects contained within the

14   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

15   Defendants' burden associated with responding to this request is substantially similar to the

16   burden for Plaintiffs to obtain the information sought through this request, especially because the

17   available documents, data and other information from which the answer, if any, could be derived

18   in response to this request have been produced by Defendants in response to Plaintiffs' other

19   discovery requests and thus any relevant, available information is now as equally accessible to

20   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

21   qualifications, Defendants respond as follows:

22        ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

23   for the majority of objects (meaning at least one object more than half of the total objects)

24   associated with the master fix records referenced in Exhibit B that were included in a customer

25   specific bundle (as that phrase was used by some TomorrowNow employees) that contained other

26   objects for the specific customer, TomorrowNow employees likely obtained those objects from

27   the "development staging area" (as that phrase was used by some TomorrowNow employees).  To

28   the extent not admitted, this request is DENIED.

1    **REQUEST FOR ADMISSION NO. 631**:

2        Admit that for some of the Fixes or Updates listed in Exhibit B, if TN determined to

3    deliver any such Fixes or Updates to a Customer as part of a bundle containing other Fixes or

4    Updates, TN assembled such bundle in part by Copying the requisite Fix Objects from the central

5    development staging area.

6    **RESPONSE TO REQUEST FOR ADMISSION NO. 631**:

7        Defendants object to this request on the grounds stated in the General Objections and

8    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

12   "deliver," "bundle containing other fixes or updates," "copying," "some," and "central

13   development staging area" are subject to multiple meanings and, as such, are overly broad, vague,

14   and ambiguous.  Further, Exhibit B lists the names of master fixes as that term was used by

15   TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

16   developed for TomorrowNow customers.  Master bundles and master fixes are records that

17   simply identify problems for which TomorrowNow generally developed objects to resolve.   The

18   object development often took place at the release level, source level, and customer level.  If this

19   request is actually asking for information related to each and every object TomorrowNow

20   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

21   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

22   respond to this question, Defendants would have to analyze each individual object in each fix or

23   update contained within each master bundle.  Defendants, therefore, object to this request as

24   compound and unduly burdensome in that this request seeks information and activities that (1)

25   involved many thousands of objects, (2) involved numerous employees, (3) took place over

26   several years, and (4) would require Defendants to review substantial business records to

27   determine an answer, if possible, for each of the numerous numbers of objects contained within

28   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   burden for Plaintiffs to do so given that the available information is at least as equally accessible

2   to Plaintiffs as it is to Defendants.

3          Subject to the General Objections and Responses and these specific objections, after a

4   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

5   sufficient knowledge and information to either admit or deny these requests, as the information

6   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

7   manner."  On this basis, therefore, these requests are DENIED.

8   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 631:**

9          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

10  General Objections noted above. Defendants' response is based solely on Defendant

11  TomorrowNow's knowledge with respect to the information sought in this request because

12  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

13  information provided by Defendant TomorrowNow in this response.  Defendants object to the

14  request because the terms and phrases "fix(es)," "update(s)," "deliver," "bundle containing other

15  fixes or updates," "copying," and "central development staging area" are capable of multiple

16  meanings and thus, make this request overly broad, vague and ambiguous.  Further, Exhibit B

17  lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

18  TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

19  developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

20  describe the issue to be addressed and then serve as a record keeping device and reference for that

21  issue and related activity TomorrowNow undertook to address that issue.  The actual

22  development of customer-specific objects included in customer-specific fixes and updates was

23  referenced to a "master bundle" or "master fix" record for identification and record keeping

24  purposes. Thus, if this request seeks an admission related to each and every object related to each

25  and every customer-specific fix or update that TomorrowNow developed, then this single request

26  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

27  impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

28  Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

1   intent of this request, then to respond to this request, Defendants would have to analyze each

2   individual object in each fix or update contained within each master bundle.  Defendants,

3   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

4   because it seeks an admission regarding thousands of separate activities that (1) involved many

5   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

6   would require Defendants to review enormous volumes of business records to attempt to

7   determine an answer, if possible, for each of the numerous objects contained within the

8   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

9   Defendants' burden associated with responding to this request is substantially similar to the

10  burden for Plaintiffs to obtain the information sought through this request, especially because the

11  available documents, data and other information from which the answer, if any, could be derived

12  in response to this request have been produced by Defendants in response to Plaintiffs' other

13  discovery requests and thus any relevant, available information is now as equally accessible to

14  Plaintiffs as it is to Defendants.  Further, in providing this response, Defendants are defining

15  "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer

16  letter.  Subject to and without waiving the foregoing objections and qualifications, Defendants

17  respond as follows:

18      ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

19  for some of the objects (meaning more than one) associated with the master fix records referenced

20  in Exhibit B that were included in a customer specific bundle (as that phrase was used by some

21  TomorrowNow employees) that contained other objects for the specific customer, TomorrowNow

22  employees likely obtained those objects from the "development staging area" (as that phrase was

23  used by some TomorrowNow employees).  To the extent not admitted, this request is DENIED.

24  **REQUEST FOR ADMISSION NO. 632**:

25      Admit that for at least one Fix or Update listed in Exhibit B, if TN determined to deliver

26  any such Fixes or Updates to a Customer as part of a bundle containing other Fixes or Updates,

27  TN assembled such bundle in part by Copying the requisite Fix Objects from the central

28  development staging area.

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 632:**

2          Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7    "deliver," "bundle containing other fixes or updates," "copying," and "central development

8    staging area" are subject to multiple meanings and, as such, are overly broad, vague, and

9    ambiguous.  Further, Exhibit B lists the names of master fixes as that term was used by

10   TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

11   developed for TomorrowNow customers.  Master bundles and master fixes are records that

12   simply identify problems for which TomorrowNow generally developed objects to resolve.   The

13   object development often took place at the release level, source level, and customer level.  If this

14   request is actually asking for information related to each and every object TomorrowNow

15   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

16   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

17   respond to this question, Defendants would have to analyze each individual object in each fix or

18   update contained within each master bundle.  Defendants, therefore, object to this request as

19   compound and unduly burdensome in that this request seeks information and activities that (1)

20   involved many thousands of objects, (2) involved numerous employees, (3) took place over

21   several years, and (4) would require Defendants to review substantial business records to

22   determine an answer, if possible, for each of the numerous numbers of objects contained within

23   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24   burden for Plaintiffs to do so given that the available information is at least as equally accessible

25   to Plaintiffs as it is to Defendants.

26          Subject to the General Objections and Responses and these specific objections, after a

27   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

28   sufficient knowledge and information to either admit or deny these requests, as the information

1    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

2    manner."  On this basis, therefore, these requests are DENIED.

3    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 632:**

4            Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

5    General Objections noted above. Defendants' response is based solely on Defendant

6    TomorrowNow's knowledge with respect to the information sought in this request because

7    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

8    information provided by Defendant TomorrowNow in this response.  Defendants object to the

9    request because the terms and phrases "fix(es)," "update(s)," "deliver," "bundle containing other

10   fixes or updates," "copying," and "central development staging area" are capable of multiple

11   meanings and thus, make this request overly broad, vague and ambiguous.  Further, Exhibit B

12   lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

13   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

14   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

15   describe the issue to be addressed and then serve as a record keeping device and reference for that

16   issue and related activity TomorrowNow undertook to address that issue.  The actual

17   development of customer-specific objects included in customer-specific fixes and updates was

18   referenced to a "master bundle" or "master fix" record for identification and record keeping

19   purposes. Thus, if this request seeks an admission related to each and every object related to each

20   and every customer-specific fix or update that TomorrowNow developed, then this single request

21   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

22   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

23   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

24   intent of this request, then to respond to this request, Defendants would have to analyze each

25   individual object in each fix or update contained within each master bundle.  Defendants,

26   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

27   because it seeks an admission regarding thousands of separate activities that (1) involved many

28   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   would require Defendants to review enormous volumes of business records to attempt to

2   determine an answer, if possible, for each of the numerous objects contained within the

3   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

4   Defendants' burden associated with responding to this request is substantially similar to the

5   burden for Plaintiffs to obtain the information sought through this request, especially because the

6   available documents, data and other information from which the answer, if any, could be derived

7   in response to this request have been produced by Defendants in response to Plaintiffs' other

8   discovery requests and thus any relevant, available information is now as equally accessible to

9   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

10  qualifications, Defendants respond as follows:

11         ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

12  for at least one object associated with the master fix records referenced in Exhibit B that was

13  included in a customer specific bundle (as that phrase was used by some TomorrowNow

14  employees) that contained other objects for the specific customer, TomorrowNow employees

15  likely obtained the object from the "development staging area" (as that phrase was used by some

16  TomorrowNow employees).  To the extent not admitted, this request is DENIED.

17  **REQUEST FOR ADMISSION NO. 633:**

18         Admit that for each bundle of any Fixes or Updates listed in Exhibit B delivered to a

19  Customer, TN tested the bundle in that Customer's Local Environment in part by using an

20  automated sequence of keystrokes pre-recorded using one Customer's Environment and the

21  automation tool known as NewMerix.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 633:**

23         Defendants object to this request on the grounds stated in the General Objections and

24  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25  respect to the information sought in this request because Defendants SAP AG and SAP America

26  have no additional knowledge separate and apart from the information provided by Defendant

27  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

28  "delivered," "tested," "bundle," "environment," and "local environment," are subject to multiple

1    meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object that the

2    phrase "using an automated sequence of keystrokes pre-recorded using one customer's

3    environment and the automation tool known as NewMerix" is vague and ambiguous.  Further,

4    Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS

5    database.  The master fixes are not the actual objects that are developed for TomorrowNow

6    customers.  Master bundles and master fixes are records that simply identify problems for which

7    TomorrowNow generally developed objects to resolve.   The object development often took place

8    at the release level, source level, and customer level.  If this request is actually asking for

9    information related to each and every object TomorrowNow developed, this number is more in

10   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

11   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

12   Defendants would have to analyze each individual object in each fix or update contained within

13   each master bundle.  Defendants, therefore, object to this request as compound and unduly

14   burdensome in that this request seeks information and activities that (1) involved many thousands

15   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

16   require Defendants to review substantial business records to determine an answer, if possible, for

17   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

18   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

19   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

20       Subject to the General Objections and Responses and these specific objections, after a

21   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

22   sufficient knowledge and information to either admit or deny these requests, as the information

23   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

24   manner."  On this basis, therefore, these requests are DENIED.

25   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 633:**

26       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

27   General Objections noted above. Defendants' response is based solely on Defendant

28   TomorrowNow's knowledge with respect to the information sought in this request because

1   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

2   information provided by Defendant TomorrowNow in this response.  Defendants object to the

3   request because the terms and phrases "fix(es)," "update(s)," "delivered," "tested," "bundle,"

4   "environment," and "local environment," are capable of multiple meanings and thus, make this

5   request overly broad, vague and ambiguous.  Defendants object that the phrase "using an

6   automated sequence of keystrokes pre-recorded using one customer's environment and the

7   automation tool known as NewMerix" is vague and ambiguous.  Further, Exhibit B lists the

8   names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

9   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

10   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

11   describe the issue to be addressed and then serve as a record keeping device and reference for that

12   issue and related activity TomorrowNow undertook to address that issue.  The actual

13   development of customer-specific objects included in customer-specific fixes and updates was

14   referenced to a "master bundle" or "master fix" record for identification and record keeping

15   purposes. Thus, if this request seeks an admission related to each and every object related to each

16   and every customer-specific fix or update that TomorrowNow developed, then this single request

17   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

18   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

19   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

20   intent of this request, then to respond to this request, Defendants would have to analyze each

21   individual object in each fix or update contained within each master bundle.  Defendants,

22   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

23   because it seeks an admission regarding thousands of separate activities that (1) involved many

24   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

25   would require Defendants to review enormous volumes of business records to attempt to

26   determine an answer, if possible, for each of the numerous objects contained within the

27   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

28   Defendants' burden associated with responding to this request is substantially similar to the

1   burden for Plaintiffs to obtain the information sought through this request, especially because the

2   available documents, data and other information from which the answer, if any, could be derived

3   in response to this request have been produced by Defendants in response to Plaintiffs' other

4   discovery requests and thus any relevant, available information is now as equally accessible to

5   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

6   qualifications, Defendants respond as follows:

7           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

8   information Defendants currently know or can readily obtain, Defendants have insufficient

9   information to admit or deny this request.

10  **REQUEST FOR ADMISSION NO. 634:**

11          Admit that for the majority of bundles of any Fixes or Updates listed in Exhibit B

12  delivered to a Customer, TN tested the bundle in that Customer's Local Environment in part by

13  using an automated sequence of keystrokes pre-recorded using one Customer's Environment and

14  the automation tool known as NewMerix.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 634:**

16          Defendants object to this request on the grounds stated in the General Objections and

17  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

18  respect to the information sought in this request because Defendants SAP AG and SAP America

19  have no additional knowledge separate and apart from the information provided by Defendant

20  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

21  "delivered," "tested," "bundle," "environment," and "local environment," are subject to multiple

22  meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object that the

23  phrase "using an automated sequence of keystrokes pre-recorded using one customer's

24  environment and the automation tool known as NewMerix" is vague and ambiguous.  Further,

25  Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS

26  database.  The master fixes are not the actual objects that are developed for TomorrowNow

27  customers.  Master bundles and master fixes are records that simply identify problems for which

28  TomorrowNow generally developed objects to resolve.  The object development often took place

1    at the release level, source level, and customer level.  If this request is actually asking for

2    information related to each and every object TomorrowNow developed, this number is more in

3    line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

4    Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

5    Defendants would have to analyze each individual object in each fix or update contained within

6    each master bundle.  Defendants, therefore, object to this request as compound and unduly

7    burdensome in that this request seeks information and activities that (1) involved many thousands

8    of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

9    require Defendants to review substantial business records to determine an answer, if possible, for

10   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

11   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

12   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

13          Subject to the General Objections and Responses and these specific objections, after a

14   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

15   sufficient knowledge and information to either admit or deny these requests, as the information

16   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

17   manner."  On this basis, therefore, these requests are DENIED.

18   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 634:**

19          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

20   General Objections noted above. Defendants' response is based solely on Defendant

21   TomorrowNow's knowledge with respect to the information sought in this request because

22   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

23   information provided by Defendant TomorrowNow in this response.  Defendants object to the

24   request because the terms and phrases "fix(es)," "update(s)," "delivered," "tested," "bundle,"

25   "environment," and "local environment," are capable of multiple meanings and thus, make this

26   request overly broad, vague and ambiguous.  Defendants object that the phrase "using an

27   automated sequence of keystrokes pre-recorded using one customer's environment and the

28   automation tool known as NewMerix" is vague and ambiguous.  Further, Exhibit B lists the

1    names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

2    TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

3    developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

4    describe the issue to be addressed and then serve as a record keeping device and reference for that

5    issue and related activity TomorrowNow undertook to address that issue.  The actual

6    development of customer-specific objects included in customer-specific fixes and updates was

7    referenced to a "master bundle" or "master fix" record for identification and record keeping

8    purposes. Thus, if this request seeks an admission related to each and every object related to each

9    and every customer-specific fix or update that TomorrowNow developed, then this single request

10   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

11   impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

12   Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

13   intent of this request, then to respond to this request, Defendants would have to analyze each

14   individual object in each fix or update contained within each master bundle.  Defendants,

15   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

16   because it seeks an admission regarding thousands of separate activities that (1) involved many

17   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

18   would require Defendants to review enormous volumes of business records to attempt to

19   determine an answer, if possible, for each of the numerous objects contained within the

20   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

21   Defendants' burden associated with responding to this request is substantially similar to the

22   burden for Plaintiffs to obtain the information sought through this request, especially because the

23   available documents, data and other information from which the answer, if any, could be derived

24   in response to this request have been produced by Defendants in response to Plaintiffs' other

25   discovery requests and thus any relevant, available information is now as equally accessible to

26   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

27   qualifications, Defendants respond as follows:

28          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

1   information Defendants currently know or can readily obtain, Defendants have insufficient

2   information to admit or deny this request.

3   **REQUEST FOR ADMISSION NO. 635:**

4       Admit that for some bundles of any Fixes or Updates listed in Exhibit B delivered to a

5   Customer, TN tested the bundle in that Customer's Local Environment in part by using an

6   automated sequence of keystrokes pre-recorded using one Customer's Environment and the

7   automation tool known as NewMerix.

8   **RESPONSE TO REQUEST FOR ADMISSION NO. 635:**

9       Defendants object to this request on the grounds stated in the General Objections and

10   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

14   "delivered," "tested," "bundle," "environment," "some," and "local environment," are subject to

15   multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object that

16   the phrase "using an automated sequence of keystrokes pre-recorded using one customer's

17   environment and the automation tool known as NewMerix" is vague and ambiguous.  Further,

18   Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS

19   database.  The master fixes are not the actual objects that are developed for TomorrowNow

20   customers.  Master bundles and master fixes are records that simply identify problems for which

21   TomorrowNow generally developed objects to resolve.   The object development often took place

22   at the release level, source level, and customer level.  If this request is actually asking for

23   information related to each and every object TomorrowNow developed, this number is more in

24   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

25   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

26   Defendants would have to analyze each individual object in each fix or update contained within

27   each master bundle.  Defendants, therefore, object to this request as compound and unduly

28   burdensome in that this request seeks information and activities that (1) involved many thousands

1    of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

2    require Defendants to review substantial business records to determine an answer, if possible, for

3    each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

4    burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

5    the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

6         Subject to the General Objections and Responses and these specific objections, after a

7    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

8    sufficient knowledge and information to either admit or deny these requests, as the information

9    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

10   manner."  On this basis, therefore, these requests are DENIED.

11   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 635:**

12        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

13   General Objections noted above. Defendants' response is based solely on Defendant

14   TomorrowNow's knowledge with respect to the information sought in this request because

15   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

16   information provided by Defendant TomorrowNow in this response.  Defendants object to the

17   request because the terms and phrases "fix(es)," "update(s)," "delivered," "tested," "bundle,"

18   "environment," and "local environment," are capable of multiple meanings and thus, make this

19   request overly broad, vague and ambiguous.  Defendants object that the phrase "using an

20   automated sequence of keystrokes pre-recorded using one customer's environment and the

21   automation tool known as NewMerix" is vague and ambiguous.  Further, Exhibit B lists the

22   names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

23   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

24   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

25   describe the issue to be addressed and then serve as a record keeping device and reference for that

26   issue and related activity TomorrowNow undertook to address that issue.  The actual

27   development of customer-specific objects included in customer-specific fixes and updates was

28   referenced to a "master bundle" or "master fix" record for identification and record keeping

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

purposes. Thus, if this request seeks an admission related to each and every object related to each and every customer-specific fix or update that TomorrowNow developed, then this single request impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. If that is the intent of this request, then to respond to this request, Defendants would have to analyze each individual object in each fix or update contained within each master bundle. Defendants, therefore, object on the basis that this request is compound, overly broad and unduly burdensome because it seeks an admission regarding thousands of separate activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review enormous volumes of business records to attempt to determine an answer, if possible, for each of the numerous objects contained within the referenced fixes and updates. Moreover, Defendants object to this request on the basis that Defendants' burden associated with responding to this request is substantially similar to the burden for Plaintiffs to obtain the information sought through this request, especially because the available documents, data and other information from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants. Further, in providing this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in their August 10, 2009 meet and confer letter. Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

ADMITTED on the following qualified basis: TomorrowNow reasonably believes that, for some of the objects (meaning more than one) associated with the master fix records referenced in Exhibit B that were included in a customer specific bundle (as that phrase was used by some TomorrowNow employees), TomorrowNow employees likely tested the objects in part by using that specific customer's local environment and by using NewMerix pre-recorded scripts. To the extent not admitted, this request is DENIED.

Case4:07-cv-01658-PJH   Document574-2   Filed12/11/09   Page422 of 545

1    **REQUEST FOR ADMISSION NO. 636:**

2         Admit that for at least one bundle of any Fixes or Updates listed in Exhibit B delivered to

3    a Customer, TN tested the bundle in that Customer's Local Environment in part by using an

4    automated sequence of keystrokes pre-recorded using one Customer's Environment and the

5    automation tool known as NewMerix.

6    **RESPONSE TO REQUEST FOR ADMISSION NO. 636:**

7         Defendants object to this request on the grounds stated in the General Objections and

8    Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response. Defendants object to the request because the terms and phrases

12   "delivered," "tested," "bundle," "environment," and "local environment," are subject to multiple

13   meanings and, as such, are overly broad, vague, and ambiguous. Defendants object that the

14   phrase "using an automated sequence of keystrokes pre-recorded using one customer's

15   environment and the automation tool known as NewMerix" is vague and ambiguous. Further,

16   Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS

17   database. The master fixes are not the actual objects that are developed for TomorrowNow

18   customers. Master bundles and master fixes are records that simply identify problems for which

19   TomorrowNow generally developed objects to resolve.  The object development often took place

20   at the release level, source level, and customer level. If this request is actually asking for

21   information related to each and every object TomorrowNow developed, this number is more in

22   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

23   Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question,

24   Defendants would have to analyze each individual object in each fix or update contained within

25   each master bundle. Defendants, therefore, object to this request as compound and unduly

26   burdensome in that this request seeks information and activities that (1) involved many thousands

27   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

28   require Defendants to review substantial business records to determine an answer, if possible, for

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

2    burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

3    the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

4         Subject to the General Objections and Responses and these specific objections, after a

5    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

6    sufficient knowledge and information to either admit or deny these requests, as the information

7    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

8    manner."  On this basis, therefore, these requests are DENIED.

9    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 636:**

10        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11   General Objections noted above. Defendants' response is based solely on Defendant

12   TomorrowNow's knowledge with respect to the information sought in this request because

13   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14   information provided by Defendant TomorrowNow in this response.  Defendants object to the

15   request because the terms and phrases "fix(es)," "update(s)," "delivered," "tested," "bundle,"

16   "environment," and "local environment," are capable of multiple meanings and thus, make this

17   request overly broad, vague and ambiguous.  Defendants object that the phrase "using an

18   automated sequence of keystrokes pre-recorded using one customer's environment and the

19   automation tool known as NewMerix" is vague and ambiguous.  Further, Exhibit B lists the

20   names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

21   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

22   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

23   describe the issue to be addressed and then serve as a record keeping device and reference for that

24   issue and related activity TomorrowNow undertook to address that issue.  The actual

25   development of customer-specific objects included in customer-specific fixes and updates was

26   referenced to a "master bundle" or "master fix" record for identification and record keeping

27   purposes. Thus, if this request seeks an admission related to each and every object related to each

28   and every customer-specific fix or update that TomorrowNow developed, then this single request

impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

impermissibly seek regarding the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

intent of this request, then to respond to this request, Defendants would have to analyze each

individual object in each fix or update contained within each master bundle.  Defendants,

therefore, object on the basis that this request is compound, overly broad and unduly burdensome

because it seeks an admission regarding thousands of separate activities that (1) involved many

thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

would require Defendants to review enormous volumes of business records to attempt to

determine an answer, if possible, for each of the numerous objects contained within the

referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

Defendants' burden associated with responding to this request is substantially similar to the

burden for Plaintiffs to obtain the information sought through this request, especially because the

available documents, data and other information from which the answer, if any, could be derived

in response to this request have been produced by Defendants in response to Plaintiffs' other

discovery requests and thus any relevant, available information is now as equally accessible to

Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

qualifications, Defendants respond as follows:

ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

for at least one object associated with the master fix records referenced in Exhibit B that was

included in a customer specific bundle (as that phrase was used by some TomorrowNow

employees), TomorrowNow employees likely tested the object in part by using that specific

customer's local environment and by using NewMerix pre-recorded scripts.  To the extent not

admitted, this request is DENIED.

**REQUEST FOR ADMISSION NO. 637:**

Admit that for each bundle of any Fixes or Updates listed in Exhibit B, if the bundle

included multiple Online Objects, TN merged those Online Objects in part by using a single

Local Environment per release for the Customers on the release.

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 637**:

2           Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7    "bundle," "online objects," "merged," and "local environment" are subject to multiple meanings

8    and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit B lists the names of

9    master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

10   not the actual objects that are developed for TomorrowNow customers.  Master bundles and

11   master fixes are records that simply identify problems for which TomorrowNow generally

12   developed objects to resolve.   The object development often took place at the release level,

13   source level, and customer level.  If this request is actually asking for information related to each

14   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

15   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

16   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

17   each individual object in each fix or update contained within each master bundle.  Defendants,

18   therefore, object to this request as compound and unduly burdensome in that this request seeks

19   information and activities that (1) involved many thousands of objects, (2) involved numerous

20   employees, (3) took place over several years, and (4) would require Defendants to review

21   substantial business records to determine an answer, if possible, for each of the numerous

22   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

23   would be substantially similar to the burden for Plaintiffs to do so given that the available

24   information is at least as equally accessible to Plaintiffs as it is to Defendants.

25          Subject to the General Objections and Responses and these specific objections, after a

26   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

27   sufficient knowledge and information to either admit or deny these requests, as the information

28   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

1   manner." On this basis, therefore, these requests are DENIED.

2   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 637:**

3        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4   General Objections noted above. Defendants' response is based solely on Defendant

5   TomorrowNow's knowledge with respect to the information sought in this request because

6   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7   information provided by Defendant TomorrowNow in this response.  Defendants object to the

8   request because the terms and phrases "fix(es)," "update(s)," "bundle," "online objects,"

9   "merged," and "local environment" are capable of multiple meanings and thus, make this request

10   overly broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that

11   phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

12   the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

13   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

14   serve as a record keeping device and reference for that issue and related activity TomorrowNow

15   undertook to address that issue.  The actual development of customer-specific objects included in

16   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

17   for identification and record keeping purposes. Thus, if this request seeks an admission related to

18   each and every object related to each and every customer-specific fix or update that

19   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

20   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

21   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

22   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

23   request, Defendants would have to analyze each individual object in each fix or update contained

24   within each master bundle.  Defendants, therefore, object on the basis that this request is

25   compound, overly broad and unduly burdensome because it seeks an admission regarding

26   thousands of separate activities that (1) involved many thousands of objects, (2) involved

27   numerous employees, (3) took place over several years, and (4) would require Defendants to

28   review enormous volumes of business records to attempt to determine an answer, if possible, for

1   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

2   Defendants object to this request on the basis that Defendants' burden associated with responding

3   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

4   through this request, especially because the available documents, data and other information from

5   which the answer, if any, could be derived in response to this request have been produced by

6   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

7   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

8   without waiving the foregoing objections and qualifications, Defendants respond as follows:

9       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

10  information Defendants currently know or can readily obtain, Defendants have insufficient

11  information to admit or deny this request.

12  **REQUEST FOR ADMISSION NO. 638:**

13      Admit that for the majority of bundles of any Fixes or Updates listed in Exhibit B, if the

14  bundle included multiple Online Objects, TN merged those Online Objects in part by using a

15  single Local Environment per release for the Customers on the release.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 638:**

17      Defendants object to this request on the grounds stated in the General Objections and

18  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19  respect to the information sought in this request because Defendants SAP AG and SAP America

20  have no additional knowledge separate and apart from the information provided by Defendant

21  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

22  "bundle," "online objects," "merged," and "local environment" are subject to multiple meanings

23  and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit B lists the names of

24  master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

25  not the actual objects that are developed for TomorrowNow customers.  Master bundles and

26  master fixes are records that simply identify problems for which TomorrowNow generally

27  developed objects to resolve.   The object development often took place at the release level,

28  source level, and customer level.  If this request is actually asking for information related to each

1   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

2   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

3   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

4   each individual object in each fix or update contained within each master bundle.  Defendants,

5   therefore, object to this request as compound and unduly burdensome in that this request seeks

6   information and activities that (1) involved many thousands of objects, (2) involved numerous

7   employees, (3) took place over several years, and (4) would require Defendants to review

8   substantial business records to determine an answer, if possible, for each of the numerous

9   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

10  would be substantially similar to the burden for Plaintiffs to do so given that the available

11  information is at least as equally accessible to Plaintiffs as it is to Defendants.

12      Subject to the General Objections and Responses and these specific objections, after a

13  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

14  sufficient knowledge and information to either admit or deny these requests, as the information

15  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

16  manner."  On this basis, therefore, these requests are DENIED.

17  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 638:**

18      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

19  General Objections noted above. Defendants' response is based solely on Defendant

20  TomorrowNow's knowledge with respect to the information sought in this request because

21  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

22  information provided by Defendant TomorrowNow in this response.  Defendants object to the

23  request because the terms and phrases "fix(es)," "update(s)," "bundle," "online objects,"

24  "merged," and "local environment" are capable of multiple meanings and thus, make this request

25  overly broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that

26  phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

27  the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

28  "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   serve as a record keeping device and reference for that issue and related activity TomorrowNow

2   undertook to address that issue.  The actual development of customer-specific objects included in

3   customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

4   for identification and record keeping purposes. Thus, if this request seeks an admission related to

5   each and every object related to each and every customer-specific fix or update that

6   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

7   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

8   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

9   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

10  request, Defendants would have to analyze each individual object in each fix or update contained

11  within each master bundle.  Defendants, therefore, object on the basis that this request is

12  compound, overly broad and unduly burdensome because it seeks an admission regarding

13  thousands of separate activities that (1) involved many thousands of objects, (2) involved

14  numerous employees, (3) took place over several years, and (4) would require Defendants to

15  review enormous volumes of business records to attempt to determine an answer, if possible, for

16  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

17  Defendants object to this request on the basis that Defendants' burden associated with responding

18  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

19  through this request, especially because the available documents, data and other information from

20  which the answer, if any, could be derived in response to this request have been produced by

21  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

22  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

23  without waiving the foregoing objections and qualifications, Defendants respond as follows:

24          ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

25  for the majority (meaning at least one online object more than half of the total online objects) of

26  the online objects (as that term was used by some TomorrowNow employees) associated with the

27  master fix records referenced in Exhibit B that were included in a customer specific bundle (as

28  that phrase was used by some TomorrowNow employees), TomorrowNow employees likely used

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   a single local environment component per release to package the online objects for a specific

2   customer on any specific release.  To the extent not admitted, this request is DENIED.

3   **REQUEST FOR ADMISSION NO. 639:**

4        Admit that for some bundles of any Fixes or Updates listed in Exhibit B, if the bundle

5   included multiple Online Objects, TN merged those Online Objects in part by using a single

6   Local Environment per release for the Customers on the release.

7   **RESPONSE TO REQUEST FOR ADMISSION NO. 639:**

8        Defendants object to this request on the grounds stated in the General Objections and

9   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10  respect to the information sought in this request because Defendants SAP AG and SAP America

11  have no additional knowledge separate and apart from the information provided by Defendant

12  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

13  "bundle," "online objects," "merged," "some," and "local environment" are subject to multiple

14  meanings and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit B lists the

15  names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

16  fixes are not the actual objects that are developed for TomorrowNow customers.  Master bundles

17  and master fixes are records that simply identify problems for which TomorrowNow generally

18  developed objects to resolve.   The object development often took place at the release level,

19  source level, and customer level.  If this request is actually asking for information related to each

20  and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

21  Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

22  America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

23  each individual object in each fix or update contained within each master bundle.  Defendants,

24  therefore, object to this request as compound and unduly burdensome in that this request seeks

25  information and activities that (1) involved many thousands of objects, (2) involved numerous

26  employees, (3) took place over several years, and (4) would require Defendants to review

27  substantial business records to determine an answer, if possible, for each of the numerous

28  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

1   would be substantially similar to the burden for Plaintiffs to do so given that the available

2   information is at least as equally accessible to Plaintiffs as it is to Defendants.

3        Subject to the General Objections and Responses and these specific objections, after a

4   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

5   sufficient knowledge and information to either admit or deny these requests, as the information

6   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

7   manner." On this basis, therefore, these requests are DENIED.

8   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 639:**

9        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

10  General Objections noted above. Defendants' response is based solely on Defendant

11  TomorrowNow's knowledge with respect to the information sought in this request because

12  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

13  information provided by Defendant TomorrowNow in this response. Defendants object to the

14  request because the terms and phrases "fix(es)," "update(s)," "bundle," "online objects,"

15  "merged," and "local environment" are capable of multiple meanings and thus, make this request

16  overly broad, vague and ambiguous. Further, Exhibit B lists the names of "master fixes" as that

17  phrase was used by TomorrowNow in the SAS database. TomorrowNow's "master fixes" are not

18  the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

19  "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

20  serve as a record keeping device and reference for that issue and related activity TomorrowNow

21  undertook to address that issue. The actual development of customer-specific objects included in

22  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

23  for identification and record keeping purposes. Thus, if this request seeks an admission related to

24  each and every object related to each and every customer-specific fix or update that

25  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

26  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

27  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

28  SAP America, and TomorrowNow. If that is the intent of this request, then to respond to this

1    request, Defendants would have to analyze each individual object in each fix or update contained

2    within each master bundle.  Defendants, therefore, object on the basis that this request is

3    compound, overly broad and unduly burdensome because it seeks an admission regarding

4    thousands of separate activities that (1) involved many thousands of objects, (2) involved

5    numerous employees, (3) took place over several years, and (4) would require Defendants to

6    review enormous volumes of business records to attempt to determine an answer, if possible, for

7    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

8    Defendants object to this request on the basis that Defendants' burden associated with responding

9    to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

10   through this request, especially because the available documents, data and other information from

11   which the answer, if any, could be derived in response to this request have been produced by

12   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

13   information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

14   this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

15   their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

16   objections and qualifications, Defendants respond as follows:

17       ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

18   for some (meaning more than one) of the online objects (as that term was used by some

19   TomorrowNow employees) associated with the master fix records referenced in Exhibit B that

20   were included in a customer specific bundle (as that phrase was used by some TomorrowNow

21   employees), TomorrowNow employees likely used a single local environment component per

22   release to package the online objects for a specific customer on any specific release.  To the

23   extent not admitted, this request is DENIED.

24   **<u>REQUEST FOR ADMISSION NO. 640</u>:**

25       Admit that for at least one bundle of any Fixes or Updates listed in Exhibit B, if the

26   bundle included multiple Online Objects, TN merged those Online Objects in part by using a

27   single Local Environment per release for the Customers on the release.

28

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 640:**

2            Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7    "bundle," "online objects," "merged," and "local environment" are subject to multiple meanings

8    and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit B lists the names of

9    master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

10   not the actual objects that are developed for TomorrowNow customers.  Master bundles and

11   master fixes are records that simply identify problems for which TomorrowNow generally

12   developed objects to resolve.   The object development often took place at the release level,

13   source level, and customer level.  If this request is actually asking for information related to each

14   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

15   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

16   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

17   each individual object in each fix or update contained within each master bundle.  Defendants,

18   therefore, object to this request as compound and unduly burdensome in that this request seeks

19   information and activities that (1) involved many thousands of objects, (2) involved numerous

20   employees, (3) took place over several years, and (4) would require Defendants to review

21   substantial business records to determine an answer, if possible, for each of the numerous

22   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

23   would be substantially similar to the burden for Plaintiffs to do so given that the available

24   information is at least as equally accessible to Plaintiffs as it is to Defendants.

25           Subject to the General Objections and Responses and these specific objections, after a

26   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

27   sufficient knowledge and information to either admit or deny these requests, as the information

28   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

1   manner." On this basis, therefore, these requests are DENIED.

2   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 640:</u>**

3          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4   General Objections noted above. Defendants' response is based solely on Defendant

5   TomorrowNow's knowledge with respect to the information sought in this request because

6   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7   information provided by Defendant TomorrowNow in this response.  Defendants object to the

8   request because the terms and phrases "fix(es)," "update(s)," "bundle," "online objects,"

9   "merged," and "local environment" are capable of multiple meanings and thus, make this request

10  overly broad, vague and ambiguous.  Further, Exhibit B lists the names of "master fixes" as that

11  phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not

12  the actual objects included in fixes or updates that are developed for TomorrowNow's customers.

13  "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

14  serve as a record keeping device and reference for that issue and related activity TomorrowNow

15  undertook to address that issue.  The actual development of customer-specific objects included in

16  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

17  for identification and record keeping purposes. Thus, if this request seeks an admission related to

18  each and every object related to each and every customer-specific fix or update that

19  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

20  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

21  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

22  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

23  request, Defendants would have to analyze each individual object in each fix or update contained

24  within each master bundle.  Defendants, therefore, object on the basis that this request is

25  compound, overly broad and unduly burdensome because it seeks an admission regarding

26  thousands of separate activities that (1) involved many thousands of objects, (2) involved

27  numerous employees, (3) took place over several years, and (4) would require Defendants to

28  review enormous volumes of business records to attempt to determine an answer, if possible, for

1   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

2   Defendants object to this request on the basis that Defendants' burden associated with responding

3   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

4   through this request, especially because the available documents, data and other information from

5   which the answer, if any, could be derived in response to this request have been produced by

6   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

7   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

8   without waiving the foregoing objections and qualifications, Defendants respond as follows:

9        ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

10   for at least one of the online objects (as that term was used by some TomorrowNow employees)

11   associated with the master fix records referenced in Exhibit B that was included in a customer

12   specific bundle (as that phrase was used by some TomorrowNow employees), TomorrowNow

13   employees likely used a single local environment component per release to package the online

14   object for a specific customer on any specific release.  To the extent not admitted, this request is

15   DENIED.

16   **REQUEST FOR ADMISSION NO. 641:**

17        Admit that for each Fix or Update listed in Exhibit B, the documentation delivered to

18   Customers along with such Fix or Update, such as instruction documents, guide documents, or

19   notes documents, was generated in part by Copying significant portions of documentation

20   originally published by PeopleSoft.

21   **RESPONSE TO REQUEST FOR ADMISSION NO. 641:**

22        Defendants object to this request on the grounds stated in the General Objections and

23   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

24   respect to the information sought in this request because Defendants SAP AG and SAP America

25   have no additional knowledge separate and apart from the information provided by Defendant

26   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

27   "documentation," "delivered," "such as instruction documents, guide documents, or notes

28   documents," "generated," "copying," "significant portions," and "originally published by

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous. Defendants object to the phrase "in part by copying significant portions of documentation originally published by PeopleSoft" as calling for a legal conclusion. Further, Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS database. The master fixes are not the actual objects that are developed for TomorrowNow customers. Master bundles and master fixes are records that simply identify problems for which TomorrowNow generally developed objects to resolve. The object development often took place at the release level, source level, and customer level. If this request is actually asking for information related to each and every object TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. To respond to this question, Defendants would have to analyze each individual object in each fix or update contained within each master bundle. Defendants, therefore, object to this request as compound and unduly burdensome in that this request seeks information and activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review substantial business records to determine an answer, if possible, for each of the numerous numbers of objects contained within the fixes and updates, and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

Subject to the General Objections and Responses and these specific objections, after a reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack sufficient knowledge and information to either admit or deny these requests, as the information sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner." On this basis, therefore, these requests are DENIED.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 641:**

Defendants incorporate by reference, as if fully set forth herein, all of Defendants' General Objections noted above. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because

1   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

2   information provided by Defendant TomorrowNow in this response.  Defendants object to the

3   request because the terms and phrases "fix," "update," "documentation," "delivered," "such as

4   instruction documents, guide documents, or notes documents," "generated," "copying,"

5   "significant portions," and "originally published by PeopleSoft" are capable of multiple meanings

6   and thus, make this request overly broad, vague and ambiguous.  Defendants object to the phrase

7   "in part by copying significant portions of documentation originally published by PeopleSoft" as

8   calling for a legal conclusion.  Further, Exhibit B lists the names of "master fixes" as that phrase

9   was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

10  actual objects included in fixes or updates that are developed for TomorrowNow's customers.

11  "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

12  serve as a record keeping device and reference for that issue and related activity TomorrowNow

13  undertook to address that issue.  The actual development of customer-specific objects included in

14  customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

15  for identification and record keeping purposes. Thus, if this request seeks an admission related to

16  each and every object related to each and every customer-specific fix or update that

17  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

18  admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

19  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

20  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

21  request, Defendants would have to analyze each individual object in each fix or update contained

22  within each master bundle.  Defendants, therefore, object on the basis that this request is

23  compound, overly broad and unduly burdensome because it seeks an admission regarding

24  thousands of separate activities that (1) involved many thousands of objects, (2) involved

25  numerous employees, (3) took place over several years, and (4) would require Defendants to

26  review enormous volumes of business records to attempt to determine an answer, if possible, for

27  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

28  Defendants object to this request on the basis that Defendants' burden associated with responding

1   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

2   through this request, especially because the available documents, data and other information from

3   which the answer, if any, could be derived in response to this request have been produced by

4   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

5   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

6   without waiving the foregoing objections and qualifications, Defendants respond as follows:

7       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

8   information Defendants currently know or can readily obtain, Defendants have insufficient

9   information to admit or deny this request.

10  **REQUEST FOR ADMISSION NO. 642:**

11      Admit that for the majority of Fixes or Updates listed in Exhibit B, the documentation

12  delivered to Customers along with such Fix or Update, such as instruction documents, guide

13  documents, or notes documents, was generated in part by Copying significant portions of

14  documentation originally published by PeopleSoft.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 642:**

16      Defendants object to this request on the grounds stated in the General Objections and

17  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

18  respect to the information sought in this request because Defendants SAP AG and SAP America

19  have no additional knowledge separate and apart from the information provided by Defendant

20  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

21  "documentation," "delivered," "such as instruction documents, guide documents, or notes

22  documents," "generated," "copying," "significant portions," and "originally published by

23  PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and

24  ambiguous.  Defendants object to the phrase "in party by copying significant portions of

25  documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

26  Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS

27  database.  The master fixes are not the actual objects that are developed for TomorrowNow

28  customers.  Master bundles and master fixes are records that simply identify problems for which

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   TomorrowNow generally developed objects to resolve.   The object development often took place

2   at the release level, source level, and customer level.  If this request is actually asking for

3   information related to each and every object TomorrowNow developed, this number is more in

4   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

5   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

6   Defendants would have to analyze each individual object in each fix or update contained within

7   each master bundle.  Defendants, therefore, object to this request as compound and unduly

8   burdensome in that this request seeks information and activities that (1) involved many thousands

9   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

10  require Defendants to review substantial business records to determine an answer, if possible, for

11  each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

12  burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

13  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

14      Subject to the General Objections and Responses and these specific objections, after a

15  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16  sufficient knowledge and information to either admit or deny these requests, as the information

17  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

18  manner."  On this basis, therefore, these requests are DENIED.

19  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 642:**

20      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

21  General Objections noted above. Defendants' response is based solely on Defendant

22  TomorrowNow's knowledge with respect to the information sought in this request because

23  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

24  information provided by Defendant TomorrowNow in this response.  Defendants object to the

25  request because the terms and phrases "fix(es)," "update(s)," "documentation," "delivered," "such

26  as instruction documents, guide documents, or notes documents," "generated," "copying,"

27  "significant portions," and "originally published by PeopleSoft" are capable of multiple meanings

28  and thus, make this request overly broad, vague and ambiguous.  Defendants object to the phrase

1    "in part by copying significant portions of documentation originally published by PeopleSoft" as

2    calling for a legal conclusion.  Further, Exhibit B lists the names of "master fixes" as that phrase

3    was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

4    actual objects included in fixes or updates that are developed for TomorrowNow's customers.

5    "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

6    serve as a record keeping device and reference for that issue and related activity TomorrowNow

7    undertook to address that issue.  The actual development of customer-specific objects included in

8    customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

9    for identification and record keeping purposes. Thus, if this request seeks an admission related to

10   each and every object related to each and every customer-specific fix or update that

11   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

12   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

13   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

14   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

15   request, Defendants would have to analyze each individual object in each fix or update contained

16   within each master bundle.  Defendants, therefore, object on the basis that this request is

17   compound, overly broad and unduly burdensome because it seeks an admission regarding

18   thousands of separate activities that (1) involved many thousands of objects, (2) involved

19   numerous employees, (3) took place over several years, and (4) would require Defendants to

20   review enormous volumes of business records to attempt to determine an answer, if possible, for

21   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

22   Defendants object to this request on the basis that Defendants' burden associated with responding

23   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

24   through this request, especially because the available documents, data and other information from

25   which the answer, if any, could be derived in response to this request have been produced by

26   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

27   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

28   without waiving the foregoing objections and qualifications, Defendants respond as follows:

1    ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

2    for the majority of the objects (meaning at least one object more than half of the total objects)

3    associated with the master fix records referenced in Exhibit B, the documentation that was

4    delivered with an object to a TomorrowNow customer was generated in part by using certain

5    portions of documentation posted with a PeopleSoft tax update.  To the extent not admitted, this

6    request is DENIED.

7    **REQUEST FOR ADMISSION NO. 643:**

8    Admit that for some of the Fixes or Updates listed in Exhibit B, the documentation

9    delivered to Customers along with such Fix or Update, such as instruction documents, guide

10   documents, or notes documents, was generated in part by Copying significant portions of

11   documentation originally published by PeopleSoft.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 643:**

13   Defendants object to this request on the grounds stated in the General Objections and

14   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15   respect to the information sought in this request because Defendants SAP AG and SAP America

16   have no additional knowledge separate and apart from the information provided by Defendant

17   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

18   "documentation," "delivered," "such as instruction documents, guide documents, or notes

19   documents," "generated," "copying," "significant portions," "some," and "originally published by

20   PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and

21   ambiguous.  Defendants object to the phrase "in party by copying significant portions of

22   documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

23   Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS

24   database.  The master fixes are not the actual objects that are developed for TomorrowNow

25   customers.  Master bundles and master fixes are records that simply identify problems for which

26   TomorrowNow generally developed objects to resolve.   The object development often took place

27   at the release level, source level, and customer level.  If this request is actually asking for

28   information related to each and every object TomorrowNow developed, this number is more in

1   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

2   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

3   Defendants would have to analyze each individual object in each fix or update contained within

4   each master bundle.  Defendants, therefore, object to this request as compound and unduly

5   burdensome in that this request seeks information and activities that (1) involved many thousands

6   of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

7   require Defendants to review substantial business records to determine an answer, if possible, for

8   each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

9   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

10  the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

11          Subject to the General Objections and Responses and these specific objections, after a

12  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

13  sufficient knowledge and information to either admit or deny these requests, as the information

14  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

15  manner."  On this basis, therefore, these requests are DENIED.

16  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 643:**

17          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18  General Objections noted above. Defendants' response is based solely on Defendant

19  TomorrowNow's knowledge with respect to the information sought in this request because

20  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21  information provided by Defendant TomorrowNow in this response.  Defendants object to the

22  request because the terms and phrases "fix(es)," "update(s)," "documentation," "delivered," "such

23  as instruction documents, guide documents, or notes documents," "generated," "copying,"

24  "significant portions," and "originally published by PeopleSoft" are capable of multiple meanings

25  and thus, make this request overly broad, vague and ambiguous.  Defendants object to the phrase

26  "in part by copying significant portions of documentation originally published by PeopleSoft" as

27  calling for a legal conclusion.  Further, Exhibit B lists the names of "master fixes" as that phrase

28  was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

1    actual objects included in fixes or updates that are developed for TomorrowNow's customers.

2    "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

3    serve as a record keeping device and reference for that issue and related activity TomorrowNow

4    undertook to address that issue.  The actual development of customer-specific objects included in

5    customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

6    for identification and record keeping purposes. Thus, if this request seeks an admission related to

7    each and every object related to each and every customer-specific fix or update that

8    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

9    admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

10   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

11   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

12   request, Defendants would have to analyze each individual object in each fix or update contained

13   within each master bundle.  Defendants, therefore, object on the basis that this request is

14   compound, overly broad and unduly burdensome because it seeks an admission regarding

15   thousands of separate activities that (1) involved many thousands of objects, (2) involved

16   numerous employees, (3) took place over several years, and (4) would require Defendants to

17   review enormous volumes of business records to attempt to determine an answer, if possible, for

18   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

19   Defendants object to this request on the basis that Defendants' burden associated with responding

20   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

21   through this request, especially because the available documents, data and other information from

22   which the answer, if any, could be derived in response to this request have been produced by

23   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

24   information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

25   this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

26   their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

27   objections and qualifications, Defendants respond as follows:

28        ADMITTED on the following qualified basis:  For some of the objects (meaning more

1   than one) associated with the master fix records referenced in Exhibit B, the documentation that

2   was delivered with an object to a TomorrowNow customer was generated in part by using certain

3   portions of documentation posted with a PeopleSoft tax update .  To the extent not admitted, this

4   request is DENIED.

5   **REQUEST FOR ADMISSION NO. 644:**

6         Admit that for at least one of the Fixes or Updates listed in Exhibit B, the documentation

7   delivered to Customers along with such Fix or Update, such as instruction documents, guide

8   documents, or notes documents, was generated in part by Copying significant portions of

9   documentation originally published by PeopleSoft.

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 644:**

11        Defendants object to this request on the grounds stated in the General Objections and

12  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13  respect to the information sought in this request because Defendants SAP AG and SAP America

14  have no additional knowledge separate and apart from the information provided by Defendant

15  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

16  "documentation," "delivered," "such as instruction documents, guide documents, or notes

17  documents," "generated," "copying," "significant portions," and "originally published by

18  PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and

19  ambiguous.  Defendants object to the phrase "in party by copying significant portions of

20  documentation originally published by PeopleSoft" as calling for a legal conclusion.  Further,

21  Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the SAS

22  database.  The master fixes are not the actual objects that are developed for TomorrowNow

23  customers.  Master bundles and master fixes are records that simply identify problems for which

24  TomorrowNow generally developed objects to resolve.   The object development often took place

25  at the release level, source level, and customer level.  If this request is actually asking for

26  information related to each and every object TomorrowNow developed, this number is more in

27  line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

28  Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

1    Defendants would have to analyze each individual object in each fix or update contained within

2    each master bundle.  Defendants, therefore, object to this request as compound and unduly

3    burdensome in that this request seeks information and activities that (1) involved many thousands

4    of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

5    require Defendants to review substantial business records to determine an answer, if possible, for

6    each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

7    burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

8    the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

9         Subject to the General Objections and Responses and these specific objections, after a

10   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

11   sufficient knowledge and information to either admit or deny these requests, as the information

12   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

13   manner."  On this basis, therefore, these requests are DENIED.

14   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 644</u>:**

15        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

16   General Objections noted above. Defendants' response is based solely on Defendant

17   TomorrowNow's knowledge with respect to the information sought in this request because

18   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

19   information provided by Defendant TomorrowNow in this response.  Defendants object to the

20   request because the terms and phrases "fix(es)," "update(s)," "documentation," "delivered," "such

21   as instruction documents, guide documents, or notes documents," "generated," "copying,"

22   "significant portions," and "originally published by PeopleSoft" are capable of multiple meanings

23   and thus, make this request overly broad, vague and ambiguous.  Defendants object to the phrase

24   "in part by copying significant portions of documentation originally published by PeopleSoft" as

25   calling for a legal conclusion.  Further, Exhibit B lists the names of "master fixes" as that phrase

26   was used by TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the

27   actual objects included in fixes or updates that are developed for TomorrowNow's customers.

28   "Master fixes" and "master bundles" are records that describe the issue to be addressed and then

1    serve as a record keeping device and reference for that issue and related activity TomorrowNow

2    undertook to address that issue.  The actual development of customer-specific objects included in

3    customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record

4    for identification and record keeping purposes. Thus, if this request seeks an admission related to

5    each and every object related to each and every customer-specific fix or update that

6    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

7    admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

8    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

9    SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

10   request, Defendants would have to analyze each individual object in each fix or update contained

11   within each master bundle.  Defendants, therefore, object on the basis that this request is

12   compound, overly broad and unduly burdensome because it seeks an admission regarding

13   thousands of separate activities that (1) involved many thousands of objects, (2) involved

14   numerous employees, (3) took place over several years, and (4) would require Defendants to

15   review enormous volumes of business records to attempt to determine an answer, if possible, for

16   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

17   Defendants object to this request on the basis that Defendants' burden associated with responding

18   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

19   through this request, especially because the available documents, data and other information from

20   which the answer, if any, could be derived in response to this request have been produced by

21   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

22   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

23   without waiving the foregoing objections and qualifications, Defendants respond as follows:

24           ADMITTED on the following qualified basis:  For at least one of the objects associated

25   with the master fix records referenced in Exhibit B, the documentation that was delivered with an

26   object to a TomorrowNow customer was generated in part by using certain portions of

27   documentation posted with a PeopleSoft tax update.  To the extent not admitted, this request is

28   DENIED.

1    **REQUEST FOR ADMISSION NO. 645:**

2       Admit that for each Fix or Update listed in Exhibit B, the documentation delivered to

3    Customers along with such Fix or Update, such as instruction documents, guide documents, or

4    notes documents, was generated in part by Copying some portion of documentation originally

5    published by PeopleSoft.

6    **RESPONSE TO REQUEST FOR ADMISSION NO. 645:**

7       Defendants object to this request on the grounds stated in the General Objections and

8    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

12   "documentation," "delivered," "such as instruction documents, guide documents, or notes

13   documents," "generated," "copying," "some portion," and "originally published by PeopleSoft"

14   are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

15   Defendants object to the phrase "in party by copying some portion of documentation originally

16   published by PeopleSoft" as calling for a legal conclusion.  Further, Exhibit B lists the names of

17   master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

18   not the actual objects that are developed for TomorrowNow customers.  Master bundles and

19   master fixes are records that simply identify problems for which TomorrowNow generally

20   developed objects to resolve.   The object development often took place at the release level,

21   source level, and customer level.  If this request is actually asking for information related to each

22   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

23   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

24   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

25   each individual object in each fix or update contained within each master bundle.  Defendants,

26   therefore, object to this request as compound and unduly burdensome in that this request seeks

27   information and activities that (1) involved many thousands of objects, (2) involved numerous

28   employees, (3) took place over several years, and (4) would require Defendants to review

1  substantial business records to determine an answer, if possible, for each of the numerous

2  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

3  would be substantially similar to the burden for Plaintiffs to do so given that the available

4  information is at least as equally accessible to Plaintiffs as it is to Defendants.

5         Subject to the General Objections and Responses and these specific objections, after a

6  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7  sufficient knowledge and information to either admit or deny these requests, as the information

8  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9  manner." On this basis, therefore, these requests are DENIED.

10 **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 645:**

11        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12 General Objections noted above. Defendants' response is based solely on Defendant

13 TomorrowNow's knowledge with respect to the information sought in this request because

14 Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15 information provided by Defendant TomorrowNow in this response. Defendants object to the

16 request because the terms and phrases "fix(es)," "update(s)," "documentation," "delivered," "such

17 as instruction documents, guide documents, or notes documents," "generated," "copying," and

18 "originally published by PeopleSoft" are capable of multiple meanings and thus, make this

19 request overly broad, vague and ambiguous. Defendants object to the phrase "in part by copying

20 some portion of documentation originally published by PeopleSoft" as calling for a legal

21 conclusion. Further, Exhibit B lists the names of "master fixes" as that phrase was used by

22 TomorrowNow in the SAS database. TomorrowNow's "master fixes" are not the actual objects

23 included in fixes or updates that are developed for TomorrowNow's customers. "Master fixes"

24 and "master bundles" are records that describe the issue to be addressed and then serve as a

25 record keeping device and reference for that issue and related activity TomorrowNow undertook

26 to address that issue. The actual development of customer-specific objects included in customer-

27 specific fixes and updates was referenced to a "master bundle" or "master fix" record for

28 identification and record keeping purposes. Thus, if this request seeks an admission related to

each and every object related to each and every customer-specific fix or update that
TomorrowNow developed, then this single request impermissibly seeks literally thousands of
admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects
listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,
SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this
request, Defendants would have to analyze each individual object in each fix or update contained
within each master bundle.  Defendants, therefore, object on the basis that this request is
compound, overly broad and unduly burdensome because it seeks an admission regarding
thousands of separate activities that (1) involved many thousands of objects, (2) involved
numerous employees, (3) took place over several years, and (4) would require Defendants to
review enormous volumes of business records to attempt to determine an answer, if possible, for
each of the numerous objects contained within the referenced fixes and updates.  Moreover,
Defendants object to this request on the basis that Defendants' burden associated with responding
to this request is substantially similar to the burden for Plaintiffs to obtain the information sought
through this request, especially because the available documents, data and other information from
which the answer, if any, could be derived in response to this request have been produced by
Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available
information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and
without waiving the foregoing objections and qualifications, Defendants respond as follows:

DENIED on the basis that Defendants have made a reasonable inquiry and based on the
information Defendants currently know or can readily obtain, Defendants have insufficient
information to admit or deny this request.

**REQUEST FOR ADMISSION NO. 646:**

Admit that for the majority of Fixes or Updates listed in Exhibit B, the documentation
delivered to Customers along with such Fix or Update, such as instruction documents, guide
documents, or notes documents, was generated in part by Copying some portion of
documentation originally published by PeopleSoft.

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 646:**

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7    "documentation," "delivered," "such as instruction documents, guide documents, or notes

8    documents," "generated," "copying," "some portion," and "originally published by PeopleSoft"

9    are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

10   Defendants object to the phrase "in party by copying some portion of documentation originally

11   published by PeopleSoft" as calling for a legal conclusion.  Further, Exhibit B lists the names of

12   master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

13   not the actual objects that are developed for TomorrowNow customers.  Master bundles and

14   master fixes are records that simply identify problems for which TomorrowNow generally

15   developed objects to resolve.   The object development often took place at the release level,

16   source level, and customer level.  If this request is actually asking for information related to each

17   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

18   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

19   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

20   each individual object in each fix or update contained within each master bundle.  Defendants,

21   therefore, object to this request as compound and unduly burdensome in that this request seeks

22   information and activities that (1) involved many thousands of objects, (2) involved numerous

23   employees, (3) took place over several years, and (4) would require Defendants to review

24   substantial business records to determine an answer, if possible, for each of the numerous

25   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

26   would be substantially similar to the burden for Plaintiffs to do so given that the available

27   information is at least as equally accessible to Plaintiffs as it is to Defendants.

28         Subject to the General Objections and Responses and these specific objections, after a

1    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

2    sufficient knowledge and information to either admit or deny these requests, as the information

3    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

4    manner."  On this basis, therefore, these requests are DENIED.

5    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 646:**

6             Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

7    General Objections noted above. Defendants' response is based solely on Defendant

8    TomorrowNow's knowledge with respect to the information sought in this request because

9    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

10   information provided by Defendant TomorrowNow in this response.  Defendants object to the

11   request because the terms and phrases "fix(es)," "update(s)," "documentation," "delivered," "such

12   as instruction documents, guide documents, or notes documents," "generated," "copying," "some

13   portion," and "originally published by PeopleSoft" are capable of multiple meanings and thus,

14   make this request overly broad, vague and ambiguous.  Defendants object to the phrase "in part

15   by copying some portion of documentation originally published by PeopleSoft" as calling for a

16   legal conclusion.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

17   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

18   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

19   and "master bundles" are records that describe the issue to be addressed and then serve as a

20   record keeping device and reference for that issue and related activity TomorrowNow undertook

21   to address that issue.  The actual development of customer-specific objects included in customer-

22   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

23   identification and record keeping purposes. Thus, if this request seeks an admission related to

24   each and every object related to each and every customer-specific fix or update that

25   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

26   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

27   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

28   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

1   request, Defendants would have to analyze each individual object in each fix or update contained

2   within each master bundle.  Defendants, therefore, object on the basis that this request is

3   compound, overly broad and unduly burdensome because it seeks an admission regarding

4   thousands of separate activities that (1) involved many thousands of objects, (2) involved

5   numerous employees, (3) took place over several years, and (4) would require Defendants to

6   review enormous volumes of business records to attempt to determine an answer, if possible, for

7   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

8   Defendants object to this request on the basis that Defendants' burden associated with responding

9   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

10  through this request, especially because the available documents, data and other information from

11  which the answer, if any, could be derived in response to this request have been produced by

12  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

13  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

14  without waiving the foregoing objections and qualifications, Defendants respond as follows:

15      ADMITTED on the following qualified basis:  TomorrowNow reasonably believes that,

16  for the majority of the objects (meaning at least one object more than half of the total objects)

17  associated with the master fix records referenced in Exhibit B, the documentation that was

18  delivered with an object to a TomorrowNow customer was generated in part by using certain

19  portions of documentation posted with a PeopleSoft tax update.  To the extent not admitted, this

20  request is DENIED.

21  **REQUEST FOR ADMISSION NO. 647:**

22      Admit that for the some Fixes or Updates listed in Exhibit B, the documentation delivered

23  to Customers along with such Fix or Update, such as instruction documents, guide documents, or

24  notes documents, was generated in part by Copying some portion of documentation originally

25  published by PeopleSoft.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 647:**

27      Defendants object to this request on the grounds stated in the General Objections and

28  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

4   "documentation," "delivered," "such as instruction documents, guide documents, or notes

5   documents," "generated," "copying," "some portion," "some," and "originally published by

6   PeopleSoft" are subject to multiple meanings and, as such, are overly broad, vague, and

7   ambiguous.  Defendants object to the phrase "in part by copying some portion of documentation

8   originally published by PeopleSoft" as calling for a legal conclusion.  Further, Exhibit B lists the

9   names of master fixes as that term was used by TomorrowNow in the SAS database.  The master

10  fixes are not the actual objects that are developed for TomorrowNow customers.  Master bundles

11  and master fixes are records that simply identify problems for which TomorrowNow generally

12  developed objects to resolve.   The object development often took place at the release level,

13  source level, and customer level.  If this request is actually asking for information related to each

14  and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

15  Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

16  America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

17  each individual object in each fix or update contained within each master bundle.  Defendants,

18  therefore, object to this request as compound and unduly burdensome in that this request seeks

19  information and activities that (1) involved many thousands of objects, (2) involved numerous

20  employees, (3) took place over several years, and (4) would require Defendants to review

21  substantial business records to determine an answer, if possible, for each of the numerous

22  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

23  would be substantially similar to the burden for Plaintiffs to do so given that the available

24  information is at least as equally accessible to Plaintiffs as it is to Defendants.

25       Subject to the General Objections and Responses and these specific objections, after a

26  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

27  sufficient knowledge and information to either admit or deny these requests, as the information

28  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    manner." On this basis, therefore, these requests are DENIED.

2    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 647:**

3         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4    General Objections noted above. Defendants' response is based solely on Defendant

5    TomorrowNow's knowledge with respect to the information sought in this request because

6    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7    information provided by Defendant TomorrowNow in this response.  Defendants object to the

8    request because the terms and phrases "fix(es)," "update(s)," "documentation," "delivered," "such

9    as instruction documents, guide documents, or notes documents," "generated," "copying," "some

10   portion," and "originally published by PeopleSoft" are capable of multiple meanings and thus,

11   make this request overly broad, vague and ambiguous.  Defendants object to the phrase "in part

12   by copying some portion of documentation originally published by PeopleSoft" as calling for a

13   legal conclusion.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

14   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

15   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

16   and "master bundles" are records that describe the issue to be addressed and then serve as a

17   record keeping device and reference for that issue and related activity TomorrowNow undertook

18   to address that issue.  The actual development of customer-specific objects included in customer-

19   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

20   identification and record keeping purposes. Thus, if this request seeks an admission related to

21   each and every object related to each and every customer-specific fix or update that

22   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

23   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

24   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

25   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

26   request, Defendants would have to analyze each individual object in each fix or update contained

27   within each master bundle.  Defendants, therefore, object on the basis that this request is

28   compound, overly broad and unduly burdensome because it seeks an admission regarding

1   thousands of separate activities that (1) involved many thousands of objects, (2) involved

2   numerous employees, (3) took place over several years, and (4) would require Defendants to

3   review enormous volumes of business records to attempt to determine an answer, if possible, for

4   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

5   Defendants object to this request on the basis that Defendants' burden associated with responding

6   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

7   through this request, especially because the available documents, data and other information from

8   which the answer, if any, could be derived in response to this request have been produced by

9   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

10  information is now as equally accessible to Plaintiffs as it is to Defendants.  Further, in providing

11  this response, Defendants are defining "some" as "more than one" as suggested by Plaintiffs in

12  their August 10, 2009 meet and confer letter.  Subject to and without waiving the foregoing

13  objections and qualifications, Defendants respond as follows:

14          ADMITTED on the following qualified basis:  For some of the objects (meaning more

15  than one) associated with the master fix records referenced in Exhibit B, the documentation that

16  was delivered with an object to a TomorrowNow customer was generated in part by using certain

17  portions of documentation posted with a PeopleSoft tax update .  To the extent not admitted, this

18  request is DENIED.

19  **REQUEST FOR ADMISSION NO. 648:**

20          Admit that for at least one Fix or Update listed in Exhibit B, the documentation delivered

21  to Customers along with such Fix or Update, such as instruction documents, guide documents, or

22  notes documents, was generated in part by Copying some portion of documentation originally

23  published by PeopleSoft.

24  **RESPONSE TO REQUEST FOR ADMISSION NO. 648:**

25          Defendants object to this request on the grounds stated in the General Objections and

26  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27  respect to the information sought in this request because Defendants SAP AG and SAP America

28  have no additional knowledge separate and apart from the information provided by Defendant

1    TomorrowNow in this response.  Defendants object to the request because the terms and phrases

2    "documentation," "delivered," "such as instruction documents, guide documents, or notes

3    documents," "generated," "copying," "some portion," and "originally published by PeopleSoft"

4    are subject to multiple meanings and, as such, are overly broad, vague, and ambiguous.

5    Defendants object to the phrase "in part by copying some portion of documentation originally

6    published by PeopleSoft" as calling for a legal conclusion.  Further, Exhibit B lists the names of

7    master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes are

8    not the actual objects that are developed for TomorrowNow customers.  Master bundles and

9    master fixes are records that simply identify problems for which TomorrowNow generally

10   developed objects to resolve.   The object development often took place at the release level,

11   source level, and customer level.  If this request is actually asking for information related to each

12   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

13   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

14   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

15   each individual object in each fix or update contained within each master bundle.  Defendants,

16   therefore, object to this request as compound and unduly burdensome in that this request seeks

17   information and activities that (1) involved many thousands of objects, (2) involved numerous

18   employees, (3) took place over several years, and (4) would require Defendants to review

19   substantial business records to determine an answer, if possible, for each of the numerous

20   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

21   would be substantially similar to the burden for Plaintiffs to do so given that the available

22   information is at least as equally accessible to Plaintiffs as it is to Defendants.

23         Subject to the General Objections and Responses and these specific objections, after a

24   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

25   sufficient knowledge and information to either admit or deny these requests, as the information

26   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

27   manner."  On this basis, therefore, these requests are DENIED.

28

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 648:**

2         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms and phrases "fix(es)," "update(s)," "documentation," "delivered," "such

8    as instruction documents, guide documents, or notes documents," "generated," "copying," "some

9    portion," and "originally published by PeopleSoft" are capable of multiple meanings and thus,

10   make this request overly broad, vague and ambiguous.  Defendants object to the phrase "in part

11   by copying some portion of documentation originally published by PeopleSoft" as calling for a

12   legal conclusion.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

13   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

14   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

15   and "master bundles" are records that describe the issue to be addressed and then serve as a

16   record keeping device and reference for that issue and related activity TomorrowNow undertook

17   to address that issue.  The actual development of customer-specific objects included in customer-

18   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

19   identification and record keeping purposes. Thus, if this request seeks an admission related to

20   each and every object related to each and every customer-specific fix or update that

21   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

22   admissions similar to the admissions Plaintiffs impermissibly seek regarding the 33,185 objects

23   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

24   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

25   request, Defendants would have to analyze each individual object in each fix or update contained

26   within each master bundle.  Defendants, therefore, object on the basis that this request is

27   compound, overly broad and unduly burdensome because it seeks an admission regarding

28   thousands of separate activities that (1) involved many thousands of objects, (2) involved

1   numerous employees, (3) took place over several years, and (4) would require Defendants to

2   review enormous volumes of business records to attempt to determine an answer, if possible, for

3   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

4   Defendants object to this request on the basis that Defendants' burden associated with responding

5   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

6   through this request, especially because the available documents, data and other information from

7   which the answer, if any, could be derived in response to this request have been produced by

8   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

9   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

10  without waiving the foregoing objections and qualifications, Defendants respond as follows:

11          ADMITTED on the following qualified basis:  For at least one of the objects associated

12  with the master fix records referenced in Exhibit B, the documentation that was delivered with an

13  object to a TomorrowNow customer was generated in part by using certain portions of

14  documentation posted with a PeopleSoft tax update.  To the extent not admitted, this request is

15  DENIED.

16  **REQUEST FOR ADMISSION NO. 649:**

17          Admit that each SQR file modified by SAP TN as part of each tax Update listed on

18  Exhibit A (which is Oracle's Deposition Exhibit 913) has a PeopleSoft or Oracle copyright notice

19  on its first page.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 649:**

21          Defendants object to this request on the grounds stated in the General Objections and

22  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23  respect to the information sought in this request because Defendants SAP AG and SAP America

24  have no additional knowledge separate and apart from the information provided by Defendant

25  TomorrowNow in this response.  Defendants object to the request because the term "modified" is

26  overly broad, vague, and ambiguous.  Further, Exhibit A lists the names of master bundles as that

27  term was used by TomorrowNow in the SAS database.The master bundles are not the actual

28  objects that are developed for TomorrowNow customers.Master bundles and master fixes are

1   records that simply identify problems for which TomorrowNow generally developed objects to

2   resolve.   The object development often took place at the release level, source level, and customer

3   level.  If this request is actually asking for information related to each and every SQR file in these

4   master fixes, this number is more in line with the large numbers of SQR files listed amongst the

5   33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions

6   to SAP AG, SAP America, and TomorrowNow.  To respond to this question, Defendants would

7   have to analyze each individual SQR file in each fix or update contained within each master fix.

8   Defendants, therefore, object to this request as compound and unduly burdensome in that this

9   request seeks information and activities that (1) involved many thousands of objects, (2) involved

10  numerous employees, (3) took place over several years, and (4) would require Defendants to

11  review substantial business records to determine an answer, if possible, for each of the numerous

12  numbers of SQR files contained within the fixes and updates, and Defendants' burden in doing so

13  would be substantially similar to the burden for Plaintiffs to do so given that the available

14  information is at least as equally accessible to Plaintiffs as it is to Defendants.

15      Subject to the General Objections and Responses and these specific objections, after a

16  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

17  sufficient knowledge and information to either admit or deny these requests, as the information

18  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

19  manner."  On this basis, therefore, these requests are DENIED.

20  **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 649</u>:**

21      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

22  General Objections noted above. Defendants' response is based solely on Defendant

23  TomorrowNow's knowledge with respect to the information sought in this request because

24  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

25  information provided by Defendant TomorrowNow in this response.  Defendants object to the

26  request because the terms "update," and "modified" are capable of multiple meanings and thus,

27  make this request overly broad, vague and ambiguous.  Further, Exhibit A lists the names of

28  "master bundles" as that phrase was used by TomorrowNow in the SAS database.

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

2   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

3   describe the issue to be addressed and then serve as a record keeping device and reference for that

4   issue and related activity TomorrowNow undertook to address that issue.  The actual

5   development of customer-specific objects included in customer-specific fixes and updates was

6   referenced to a "master bundle" or "master fix" record for identification and record keeping

7   purposes. Thus, if this request seeks an admission related to each and every object related to each

8   and every customer-specific fix or update that TomorrowNow developed, then this single request

9   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

10  impermissibly seek regarding the large number of .SQR files contained within the 33,185 objects

11  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

12  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

13  request, Defendants would have to analyze each individual object in each fix or update contained

14  within each master bundle.  Defendants, therefore, object on the basis that this request is

15  compound, overly broad and unduly burdensome because it seeks an admission regarding

16  thousands of separate activities that (1) involved many thousands of objects, (2) involved

17  numerous employees, (3) took place over several years, and (4) would require Defendants to

18  review enormous volumes of business records to attempt to determine an answer, if possible, for

19  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

20  Defendants object to this request on the basis that Defendants' burden associated with responding

21  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

22  through this request, especially because the available documents, data and other information from

23  which the answer, if any, could be derived in response to this request have been produced by

24  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

25  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

26  without waiving the foregoing objections and qualifications, Defendants respond as follows:

27      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

28  information Defendants currently know or can readily obtain, Defendants have insufficient

1  information to admit or deny this request.

2  **REQUEST FOR ADMISSION NO. 650:**

3       Admit that each COBOL file modified by SAP TN as part of each tax Update listed on

4  Exhibit A has a PeopleSoft or Oracle copyright notice on its first page.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 650:**

6       Defendants object to this request on the grounds stated in the General Objections and

7  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8  respect to the information sought in this request because Defendants SAP AG and SAP America

9  have no additional knowledge separate and apart from the information provided by Defendant

10  TomorrowNow in this response.  Defendants object to the request because the term "modified" is

11  overly broad, vague, and ambiguous.  Further, Exhibit A lists the names of master bundles as that

12  term was used by TomorrowNow in the SAS database.The master bundles are not the actual

13  objects that are developed for TomorrowNow customers.Master bundles and master fixes are

14  records that simply identify problems for which TomorrowNow generally developed objects to

15  resolve.   The object development often took place at the release level, source level, and customer

16  level.  If this request is actually asking for information related to each and every COBOL file in

17  these master fixes, this number is more in line with the large numbers of COBOL files listed

18  amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

19  Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

20  Defendants would have to analyze each individual COBOL file in each fix or update contained

21  within each master fix.  Defendants, therefore, object to this request as compound and unduly

22  burdensome in that this request seeks information and activities that (1) involved many thousands

23  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

24  require Defendants to review substantial business records to determine an answer, if possible, for

25  each of the numerous numbers of COBOL files contained within the fixes and updates, and

26  Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to do so

27  given that the available information is at least as equally accessible to Plaintiffs as it is to

28  Defendants.

1    Subject to the General Objections and Responses and these specific objections, after a

2    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

3    sufficient knowledge and information to either admit or deny these requests, as the information

4    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

5    manner." On this basis, therefore, these requests are DENIED.

6    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 650:**

7    Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

8    General Objections noted above. Defendants' response is based solely on Defendant

9    TomorrowNow's knowledge with respect to the information sought in this request because

10   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

11   information provided by Defendant TomorrowNow in this response.  Defendants object to the

12   request because the terms "update" and "modified" are capable of multiple meanings and thus,

13   make this request overly broad, vague and ambiguous.  Further, Exhibit A lists the names of

14   "master bundles" as that phrase was used by TomorrowNow in the SAS database.

15   TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

16   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

17   describe the issue to be addressed and then serve as a record keeping device and reference for that

18   issue and related activity TomorrowNow undertook to address that issue.  The actual

19   development of customer-specific objects included in customer-specific fixes and updates was

20   referenced to a "master bundle" or "master fix" record for identification and record keeping

21   purposes. Thus, if this request seeks an admission related to each and every object related to each

22   and every customer-specific fix or update that TomorrowNow developed, then this single request

23   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

24   impermissibly seek regarding the large number of COBOL files contained within the 33,185

25   objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP

26   AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

27   request, Defendants would have to analyze each individual object in each fix or update contained

28   within each master bundle.  Defendants, therefore, object on the basis that this request is

1   compound, overly broad and unduly burdensome because it seeks an admission regarding

2   thousands of separate activities that (1) involved many thousands of objects, (2) involved

3   numerous employees, (3) took place over several years, and (4) would require Defendants to

4   review enormous volumes of business records to attempt to determine an answer, if possible, for

5   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

6   Defendants object to this request on the basis that Defendants' burden associated with responding

7   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

8   through this request, especially because the available documents, data and other information from

9   which the answer, if any, could be derived in response to this request have been produced by

10  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

11  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

12  without waiving the foregoing objections and qualifications, Defendants respond as follows:

13          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

14  information Defendants currently know or can readily obtain, Defendants have insufficient

15  information to admit or deny this request.

16  **REQUEST FOR ADMISSION NO. 651:**

17          Admit that each SQR file modified by SAP TN as part of each tax Update listed on

18  Exhibit A has a PeopleSoft or Oracle confidentiality notice on its first page.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 651:**

20          Defendants object to this request on the grounds stated in the General Objections and

21  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22  respect to the information sought in this request because Defendants SAP AG and SAP America

23  have no additional knowledge separate and apart from the information provided by Defendant

24  TomorrowNow in this response.  Defendants object to the request because the terms "modified"

25  and "confidentiality notice" are subject to multiple meanings and, as such, are overly broad,

26  vague, and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was

27  used by TomorrowNow in the SAS database.The master bundles are not the actual objects that

28  are developed for TomorrowNow customers.Master bundles and master fixes are records that

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    simply identify problems for which TomorrowNow generally developed objects to resolve.   The

2    object development often took place at the release level, source level, and customer level.  If this

3    request is actually asking for information related to each and every SQR file in these master fixes,

4    this number is more in line with the large numbers of SQR files listed amongst the 33,185 objects

5    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

6    SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

7    analyze each individual SQR file in each fix or update contained within each master fix.

8    Defendants, therefore, object to this request as compound and unduly burdensome in that this

9    request seeks information and activities that (1) involved many thousands of objects, (2) involved

10   numerous employees, (3) took place over several years, and (4) would require Defendants to

11   review substantial business records to determine an answer, if possible, for each of the numerous

12   numbers of SQR files contained within the fixes and updates, and Defendants' burden in doing so

13   would be substantially similar to the burden for Plaintiffs to do so given that the available

14   information is at least as equally accessible to Plaintiffs as it is to Defendants.

15       Subject to the General Objections and Responses and these specific objections, after a

16   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

17   sufficient knowledge and information to either admit or deny these requests, as the information

18   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

19   manner."  On this basis, therefore, these requests are DENIED.

20   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 651</u>:**

21       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

22   General Objections noted above. Defendants' response is based solely on Defendant

23   TomorrowNow's knowledge with respect to the information sought in this request because

24   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

25   information provided by Defendant TomorrowNow in this response.  Defendants object to the

26   request because the terms "update," "modified," and "confidentiality notice" are capable of

27   multiple meanings and thus, make this request overly broad, vague and ambiguous.  Further,

28   Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

1   SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

2   updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

3   are records that describe the issue to be addressed and then serve as a record keeping device and

4   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

5   actual development of customer-specific objects included in customer-specific fixes and updates

6   was referenced to a "master bundle" or "master fix" record for identification and record keeping

7   purposes. Thus, if this request seeks an admission related to each and every object related to each

8   and every customer-specific fix or update that TomorrowNow developed, then this single request

9   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

10   impermissibly seek regarding the large number of .SQR files contained within the 33,185 objects

11   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

12   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

13   request, Defendants would have to analyze each individual object in each fix or update contained

14   within each master bundle.  Defendants, therefore, object on the basis that this request is

15   compound, overly broad and unduly burdensome because it seeks an admission regarding

16   thousands of separate activities that (1) involved many thousands of objects, (2) involved

17   numerous employees, (3) took place over several years, and (4) would require Defendants to

18   review enormous volumes of business records to attempt to determine an answer, if possible, for

19   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

20   Defendants object to this request on the basis that Defendants' burden associated with responding

21   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

22   through this request, especially because the available documents, data and other information from

23   which the answer, if any, could be derived in response to this request have been produced by

24   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

25   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

26   without waiving the foregoing objections and qualifications, Defendants respond as follows:

27          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

28   information Defendants currently know or can readily obtain, Defendants have insufficient

1   information to admit or deny this request.

2   **REQUEST FOR ADMISSION NO. 652:**

3       Admit that each COBOL file modified by SAP TN as part of each tax Update listed on

4   Exhibit A has a PeopleSoft or Oracle confidentiality notice on its first page.

5   **RESPONSE TO REQUEST FOR ADMISSION NO. 652:**

6       Defendants object to this request on the grounds stated in the General Objections and

7   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8   respect to the information sought in this request because Defendants SAP AG and SAP America

9   have no additional knowledge separate and apart from the information provided by Defendant

10  TomorrowNow in this response.  Defendants object to the request because the terms "modified"

11  and "confidentiality notice" are subject to multiple meanings and, as such, are overly broad,

12  vague, and ambiguous.  Further, Exhibit A lists the names of master bundles as that term was

13  used by TomorrowNow in the SAS database.The master bundles are not the actual objects that

14  are developed for TomorrowNow customers.Master bundles and master fixes are records that

15  simply identify problems for which TomorrowNow generally developed objects to resolve.   The

16  object development often took place at the release level, source level, and customer level.  If this

17  request is actually asking for information related to each and every COBOL file in these master

18  fixes, this number is more in line with the large numbers of COBOL files listed amongst the

19  33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions

20  to SAP AG, SAP America, and TomorrowNow.  To respond to this question, Defendants would

21  have to analyze each individual COBOL file in each fix or update contained within each master

22  fix.  Defendants, therefore, object to this request as compound and unduly burdensome in that this

23  request seeks information and activities that (1) involved many thousands of objects, (2) involved

24  numerous employees, (3) took place over several years, and (4) would require Defendants to

25  review substantial business records to determine an answer, if possible, for each of the numerous

26  numbers of COBOL files contained within the fixes and updates, and Defendants' burden in

27  doing so would be substantially similar to the burden for Plaintiffs to do so given that the

28  available information is at least as equally accessible to Plaintiffs as it is to Defendants.

1    Subject to the General Objections and Responses and these specific objections, after a

2    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

3    sufficient knowledge and information to either admit or deny these requests, as the information

4    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

5    manner."  On this basis, therefore, these requests are DENIED.

6    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 652:**

7    Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

8    General Objections noted above. Defendants' response is based solely on Defendant

9    TomorrowNow's knowledge with respect to the information sought in this request because

10   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

11   information provided by Defendant TomorrowNow in this response.  Defendants object to the

12   request because the terms "update," "modified," and "confidentiality notice" are capable of

13   multiple meanings and thus, make this request overly broad, vague and ambiguous.   Further,

14   Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the

15   SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or

16   updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

17   are records that describe the issue to be addressed and then serve as a record keeping device and

18   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

19   actual development of customer-specific objects included in customer-specific fixes and updates

20   was referenced to a "master bundle" or "master fix" record for identification and record keeping

21   purposes. Thus, if this request seeks an admission related to each and every object related to each

22   and every customer-specific fix or update that TomorrowNow developed, then this single request

23   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

24   impermissibly seek regarding the large number of COBOL files contained within the 33,185

25   objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP

26   AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

27   request, Defendants would have to analyze each individual object in each fix or update contained

28   within each master bundle.  Defendants, therefore, object on the basis that this request is

1   compound, overly broad and unduly burdensome because it seeks an admission regarding

2   thousands of separate activities that (1) involved many thousands of objects, (2) involved

3   numerous employees, (3) took place over several years, and (4) would require Defendants to

4   review enormous volumes of business records to attempt to determine an answer, if possible, for

5   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

6   Defendants object to this request on the basis that Defendants' burden associated with responding

7   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

8   through this request, especially because the available documents, data and other information from

9   which the answer, if any, could be derived in response to this request have been produced by

10  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

11  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

12  without waiving the foregoing objections and qualifications, Defendants respond as follows:

13      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

14  information Defendants currently know or can readily obtain, Defendants have insufficient

15  information to admit or deny this request.

16  **REQUEST FOR ADMISSION NO. 653:**

17      Admit that each SQR file modified by SAP TN as part of each tax Update listed on

18  Exhibit A has a notice on its first page stating that the SQR is not to be used other than as

19  expressly provided under the applicable license agreement.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 653:**

21      Defendants object to this request on the grounds stated in the General Objections and

22  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23  respect to the information sought in this request because Defendants SAP AG and SAP America

24  have no additional knowledge separate and apart from the information provided by Defendant

25  TomorrowNow in this response.  Defendants object to the request because the terms "modified,"

26  "used," and "applicable license agreement" are subject to multiple meanings and, as such, are

27  overly broad, vague, and ambiguous.  Defendants object that this request calls for a legal

28  conclusion.  Further, Exhibit A lists the names of master bundles as that term was used by

1    TomorrowNow in the SAS database. The master bundles are not the actual objects that are

2    developed for TomorrowNow customers. Master bundles and master fixes are records that simply

3    identify problems for which TomorrowNow generally developed objects to resolve.   The object

4    development often took place at the release level, source level, and customer level.  If this request

5    is actually asking for information related to each and every SQR file in these master fixes, this

6    number is more in line with the large numbers of SQR files listed amongst the 33,185 objects

7    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

8    SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

9    analyze each individual SQR file in each fix or update contained within each master fix.

10   Defendants, therefore, object to this request as compound and unduly burdensome in that this

11   request seeks information and activities that (1) involved many thousands of objects, (2) involved

12   numerous employees, (3) took place over several years, and (4) would require Defendants to

13   review substantial business records to determine an answer, if possible, for each of the numerous

14   numbers of SQR files contained within the fixes and updates, and Defendants' burden in doing so

15   would be substantially similar to the burden for Plaintiffs to do so given that the available

16   information is at least as equally accessible to Plaintiffs as it is to Defendants.

17          Subject to the General Objections and Responses and these specific objections, after a

18   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

19   sufficient knowledge and information to either admit or deny these requests, as the information

20   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

21   manner."  On this basis, therefore, these requests are DENIED.

22   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 653:**

23          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

24   General Objections noted above. Defendants' response is based solely on Defendant

25   TomorrowNow's knowledge with respect to the information sought in this request because

26   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

27   information provided by Defendant TomorrowNow in this response.  Defendants object to the

28   request because the terms "update," "modified," "used," and "applicable license agreement" are

1   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

2   Defendants object that this request calls for a legal conclusion.  Further, Exhibit A lists the names

3   of "master bundles" as that phrase was used by TomorrowNow in the SAS database.

4   TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

5   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

6   describe the issue to be addressed and then serve as a record keeping device and reference for that

7   issue and related activity TomorrowNow undertook to address that issue.  The actual

8   development of customer-specific objects included in customer-specific fixes and updates was

9   referenced to a "master bundle" or "master fix" record for identification and record keeping

10  purposes. Thus, if this request seeks an admission related to each and every object related to each

11  and every customer-specific fix or update that TomorrowNow developed, then this single request

12  impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

13  impermissibly seek regarding the large number of .SQR files contained within the 33,185 objects

14  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

15  SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

16  request, Defendants would have to analyze each individual object in each fix or update contained

17  within each master bundle.  Defendants, therefore, object on the basis that this request is

18  compound, overly broad and unduly burdensome because it seeks an admission regarding

19  thousands of separate activities that (1) involved many thousands of objects, (2) involved

20  numerous employees, (3) took place over several years, and (4) would require Defendants to

21  review enormous volumes of business records to attempt to determine an answer, if possible, for

22  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

23  Defendants object to this request on the basis that Defendants' burden associated with responding

24  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

25  through this request, especially because the available documents, data and other information from

26  which the answer, if any, could be derived in response to this request have been produced by

27  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

28  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

1    without waiving the foregoing objections and qualifications, Defendants respond as follows:

2           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

3    information Defendants currently know or can readily obtain, Defendants have insufficient

4    information to admit or deny this request.

5    **REQUEST FOR ADMISSION NO. 654:**

6           Admit that each COBOL file modified by SAP TN as part of each tax Update listed on

7    Exhibit A has a notice on its first page stating that the COBOL is not to be used other than as

8    expressly provided under the applicable license agreement.

9    **RESPONSE TO REQUEST FOR ADMISSION NO. 654:**

10          Defendants object to this request on the grounds stated in the General Objections and

11   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12   respect to the information sought in this request because Defendants SAP AG and SAP America

13   have no additional knowledge separate and apart from the information provided by Defendant

14   TomorrowNow in this response.  Defendants object to the request because the terms "modified,"

15   "used," and "applicable license agreement" are subject to multiple meanings and, as such, are

16   overly broad, vague, and ambiguous.  Defendants object that this request calls for a legal

17   conclusion.  Further, Exhibit A lists the names of master bundles as that term was used by

18   TomorrowNow in the SAS database.The master bundles are not the actual objects that are

19   developed for TomorrowNow customers.Master bundles and master fixes are records that simply

20   identify problems for which TomorrowNow generally developed objects to resolve.   The object

21   development often took place at the release level, source level, and customer level.  If this request

22   is actually asking for information related to each and every COBOL file in these master fixes, this

23   number is more in line with the large numbers of COBOL files listed amongst the 33,185 objects

24   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

25   SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

26   analyze each individual COBOL file in each fix or update contained within each master fix.

27   Defendants, therefore, object to this request as compound and unduly burdensome in that this

28   request seeks information and activities that (1) involved many thousands of objects, (2) involved

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   numerous employees, (3) took place over several years, and (4) would require Defendants to

2   review substantial business records to determine an answer, if possible, for each of the numerous

3   numbers of COBOL files contained within the fixes and updates, and Defendants' burden in

4   doing so would be substantially similar to the burden for Plaintiffs to do so given that the

5   available information is at least as equally accessible to Plaintiffs as it is to Defendants.

6          Subject to the General Objections and Responses and these specific objections, after a

7   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

8   sufficient knowledge and information to either admit or deny these requests, as the information

9   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

10  manner."  On this basis, therefore, these requests are DENIED.

11  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 654:**

12         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

13  General Objections noted above. Defendants' response is based solely on Defendant

14  TomorrowNow's knowledge with respect to the information sought in this request because

15  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

16  information provided by Defendant TomorrowNow in this response.  Defendants object to the

17  request because the terms "update," "modified," "used," and "applicable license agreement" are

18  capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

19  Defendants object that this request calls for a legal conclusion.  Further, Exhibit A lists the names

20  of "master bundles" as that phrase was used by TomorrowNow in the SAS database.

21  TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

22  developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

23  describe the issue to be addressed and then serve as a record keeping device and reference for that

24  issue and related activity TomorrowNow undertook to address that issue.  The actual

25  development of customer-specific objects included in customer-specific fixes and updates was

26  referenced to a "master bundle" or "master fix" record for identification and record keeping

27  purposes. Thus, if this request seeks an admission related to each and every object related to each

28  and every customer-specific fix or update that TomorrowNow developed, then this single request

1   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

2   impermissibly seek regarding the large number of COBOL files contained within the 33,185

3   objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP

4   AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

5   request, Defendants would have to analyze each individual object in each fix or update contained

6   within each master bundle.  Defendants, therefore, object on the basis that this request is

7   compound, overly broad and unduly burdensome because it seeks an admission regarding

8   thousands of separate activities that (1) involved many thousands of objects, (2) involved

9   numerous employees, (3) took place over several years, and (4) would require Defendants to

10  review enormous volumes of business records to attempt to determine an answer, if possible, for

11  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

12  Defendants object to this request on the basis that Defendants' burden associated with responding

13  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

14  through this request, especially because the available documents, data and other information from

15  which the answer, if any, could be derived in response to this request have been produced by

16  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

17  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

18  without waiving the foregoing objections and qualifications, Defendants respond as follows:

19         DENIED on the basis that Defendants have made a reasonable inquiry and based on the

20  information Defendants currently know or can readily obtain, Defendants have insufficient

21  information to admit or deny this request.

22  **REQUEST FOR ADMISSION NO. 655:**

23         Admit that for each Update listed in Exhibit A which included a DAT file, Copies of at

24  least one DAT file were delivered to more than one Customer as part of the Update.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 655:**

26         Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  respect to the information sought in this request because Defendants SAP AG and SAP America

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    have no additional knowledge separate and apart from the information provided by Defendant

2    TomorrowNow in this response.  Defendants object to the request because the terms "copies" and

3    "delivered" are subject to multiple meanings and, as such, are overly broad, vague, and

4    ambiguous.  Further, Exhibit A lists the names of master bundles as that term was used by

5    TomorrowNow in the SAS database.The master bundles are not the actual objects that are

6    developed for TomorrowNow customers.Master bundles and master fixes are records that simply

7    identify problems for which TomorrowNow generally developed objects to resolve.   The object

8    development often took place at the release level, source level, and customer level.  If this request

9    is actually asking for information related to each and every DAT file in these master fixes, this

10   number is more in line with the large numbers of DAT files listed amongst the 33,185 objects

11   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

12   SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

13   analyze each individual DAT file in each fix or update contained within each master fix.

14   Defendants, therefore, object to this request as compound and unduly burdensome in that this

15   request seeks information and activities that (1) involved many thousands of objects, (2) involved

16   numerous employees, (3) took place over several years, and (4) would require Defendants to

17   review substantial business records to determine an answer, if possible, for each of the numerous

18   numbers of DAT files contained within the fixes and updates, and Defendants' burden in doing so

19   would be substantially similar to the burden for Plaintiffs to do so given that the available

20   information is at least as equally accessible to Plaintiffs as it is to Defendants.

21          Subject to the General Objections and Responses and these specific objections, after a

22   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

23   sufficient knowledge and information to either admit or deny these requests, as the information

24   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

25   manner."  On this basis, therefore, these requests are DENIED.

26   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 655</u>:**

27          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

28   General Objections noted above. Defendants' response is based solely on Defendant

1   TomorrowNow's knowledge with respect to the information sought in this request because

2   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

3   information provided by Defendant TomorrowNow in this response.  Defendants object to the

4   request because the terms "update," "copies" and "delivered" are capable of multiple meanings

5   and thus, make this request overly broad, vague and ambiguous.  Further, Exhibit A lists the

6   names of "master bundles" as that phrase was used by TomorrowNow in the SAS database.

7   TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

8   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

9   describe the issue to be addressed and then serve as a record keeping device and reference for that

10   issue and related activity TomorrowNow undertook to address that issue.  The actual

11   development of customer-specific objects included in customer-specific fixes and updates was

12   referenced to a "master bundle" or "master fix" record for identification and record keeping

13   purposes. Thus, if this request seeks an admission related to each and every object related to each

14   and every customer-specific fix or update that TomorrowNow developed, then this single request

15   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

16   impermissibly seek regarding the large number of .DAT files contained within the 33,185 objects

17   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

18   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

19   request, Defendants would have to analyze each individual object in each fix or update contained

20   within each master bundle.  Defendants, therefore, object on the basis that this request is

21   compound, overly broad and unduly burdensome because it seeks an admission regarding

22   thousands of separate activities that (1) involved many thousands of objects, (2) involved

23   numerous employees, (3) took place over several years, and (4) would require Defendants to

24   review enormous volumes of business records to attempt to determine an answer, if possible, for

25   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

26   Defendants object to this request on the basis that Defendants' burden associated with responding

27   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

28   through this request, especially because the available documents, data and other information from

1   which the answer, if any, could be derived in response to this request have been produced by

2   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

3   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

4   without waiving the foregoing objections and qualifications, Defendants respond as follows:

5           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

6   information Defendants currently know or can readily obtain, Defendants have insufficient

7   information to admit or deny this request.

8   **REQUEST FOR ADMISSION NO. 656:**

9           Admit that for each Update listed in Exhibit A which included a COBOL file, at least one

10  COBOL file from one Local Environment was modified by SAP TN and Copied and delivered to

11  more than one Customer as part of the Update.

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 656:**

13          Defendants object to this request on the grounds stated in the General Objections and

14  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15  respect to the information sought in this request because Defendants SAP AG and SAP America

16  have no additional knowledge separate and apart from the information provided by Defendant

17  TomorrowNow in this response.  Defendants object to the request because the terms "modified,"

18  "copied," "local environment," and "delivered" are subject to multiple meanings and, as such, are

19  overly broad, vague, and ambiguous.  Further, Exhibit A lists the names of master bundles as that

20  term was used by TomorrowNow in the SAS database.The master bundles are not the actual

21  objects that are developed for TomorrowNow customers.Master bundles and master fixes are

22  records that simply identify problems for which TomorrowNow generally developed objects to

23  resolve.   The object development often took place at the release level, source level, and customer

24  level.  If this request is actually asking for information related to each and every COBOL file in

25  these master fixes, this number is more in line with the large numbers of COBOL files listed

26  amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

27  Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

28  Defendants would have to analyze each individual COBOL file in each fix or update contained

1    within each master fix. Defendants, therefore, object to this request as compound and unduly

2    burdensome in that this request seeks information and activities that (1) involved many thousands

3    of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

4    require Defendants to review substantial business records to determine an answer, if possible, for

5    each of the numerous numbers of COBOL files contained within the fixes and updates, and

6    Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to do so

7    given that the available information is at least as equally accessible to Plaintiffs as it is to

8    Defendants.

9            Subject to the General Objections and Responses and these specific objections, after a

10   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

11   sufficient knowledge and information to either admit or deny these requests, as the information

12   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

13   manner." On this basis, therefore, these requests are DENIED.

14   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 656:**

15           Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

16   General Objections noted above. Defendants' response is based solely on Defendant

17   TomorrowNow's knowledge with respect to the information sought in this request because

18   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

19   information provided by Defendant TomorrowNow in this response. Defendants object to the

20   request because the terms "update," "modified," "copied," "local environment," and "delivered"

21   are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

22   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

23   in the SAS database. TomorrowNow's "master bundles" are not the actual objects included in

24   fixes or updates that are developed for TomorrowNow's customers. "Master fixes" and "master

25   bundles" are records that describe the issue to be addressed and then serve as a record keeping

26   device and reference for that issue and related activity TomorrowNow undertook to address that

27   issue. The actual development of customer-specific objects included in customer-specific fixes

28   and updates was referenced to a "master bundle" or "master fix" record for identification and

1    record keeping purposes. Thus, if this request seeks an admission related to each and every object

2    related to each and every customer-specific fix or update that TomorrowNow developed, then this

3    single request impermissibly seeks literally thousands of admissions similar to the admissions

4    Plaintiffs impermissibly seek regarding the large number of COBOL files contained within the

5    33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions

6    to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to

7    respond to this request, Defendants would have to analyze each individual object in each fix or

8    update contained within each master bundle.  Defendants, therefore, object on the basis that this

9    request is compound, overly broad and unduly burdensome because it seeks an admission

10   regarding thousands of separate activities that (1) involved many thousands of objects, (2)

11   involved numerous employees, (3) took place over several years, and (4) would require

12   Defendants to review enormous volumes of business records to attempt to determine an answer, if

13   possible, for each of the numerous objects contained within the referenced fixes and updates.

14   Moreover, Defendants object to this request on the basis that Defendants' burden associated with

15   responding to this request is substantially similar to the burden for Plaintiffs to obtain the

16   information sought through this request, especially because the available documents, data and

17   other information from which the answer, if any, could be derived in response to this request have

18   been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

19   relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

20   Subject to and without waiving the foregoing objections and qualifications, Defendants respond

21   as follows:

22       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

23   information Defendants currently know or can readily obtain, Defendants have insufficient

24   information to admit or deny this request.

25   **REQUEST FOR ADMISSION NO. 657:**

26       Admit that for each Update listed in Exhibit A which included an SQR file, at least one

27   SQR file from one Local Environment was modified by SAP TN and Copied and delivered to

28   more than one Customer as part of the Update.

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 657**:

2        Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Defendants object to the request because the terms "modified,"

7    "copied," "local environment," and "delivered" are subject to multiple meanings and, as such, are

8    overly broad, vague, and ambiguous.  Further, Exhibit A lists the names of master bundles as that

9    term was used by TomorrowNow in the SAS database.The master bundles are not the actual

10   objects that are developed for TomorrowNow customers.Master bundles and master fixes are

11   records that simply identify problems for which TomorrowNow generally developed objects to

12   resolve.   The object development often took place at the release level, source level, and customer

13   level.  If this request is actually asking for information related to each and every SQR file in these

14   master fixes, this number is more in line with the large numbers of SQR files listed amongst the

15   33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions

16   to SAP AG, SAP America, and TomorrowNow.  To respond to this question, Defendants would

17   have to analyze each individual SQR file in each fix or update contained within each master fix.

18   Defendants, therefore, object to this request as compound and unduly burdensome in that this

19   request seeks information and activities that (1) involved many thousands of objects, (2) involved

20   numerous employees, (3) took place over several years, and (4) would require Defendants to

21   review substantial business records to determine an answer, if possible, for each of the numerous

22   numbers of SQR files contained within the fixes and updates, and Defendants' burden in doing so

23   would be substantially similar to the burden for Plaintiffs to do so given that the available

24   information is at least as equally accessible to Plaintiffs as it is to Defendants.

25       Subject to the General Objections and Responses and these specific objections, after a

26   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

27   sufficient knowledge and information to either admit or deny these requests, as the information

28   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    manner." On this basis, therefore, these requests are DENIED.

2    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 657:**

3            Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4    General Objections noted above. Defendants' response is based solely on Defendant

5    TomorrowNow's knowledge with respect to the information sought in this request because

6    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7    information provided by Defendant TomorrowNow in this response.  Defendants object to the

8    request because the terms "update," "modified," "copied," "local environment," and "delivered"

9    are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

10   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

11   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

12   fixes or updates that are developed for TomorrowNow's customers.  "Master fixes" and "master

13   bundles" are records that describe the issue to be addressed and then serve as a record keeping

14   device and reference for that issue and related activity TomorrowNow undertook to address that

15   issue.  The actual development of customer-specific objects included in customer-specific fixes

16   and updates was referenced to a "master bundle" or "master fix" record for identification and

17   record keeping purposes. Thus, if this request seeks an admission related to each and every object

18   related to each and every customer-specific fix or update that TomorrowNow developed, then this

19   single request impermissibly seeks literally thousands of admissions similar to the admissions

20   Plaintiffs impermissibly seek regarding the large number of .SQR files contained within the

21   33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions

22   to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to

23   respond to this request, Defendants would have to analyze each individual object in each fix or

24   update contained within each master bundle.  Defendants, therefore, object on the basis that this

25   request is compound, overly broad and unduly burdensome because it seeks an admission

26   regarding thousands of separate activities that (1) involved many thousands of objects, (2)

27   involved numerous employees, (3) took place over several years, and (4) would require

28   Defendants to review enormous volumes of business records to attempt to determine an answer, if

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   possible, for each of the numerous objects contained within the referenced fixes and updates.

2   Moreover, Defendants object to this request on the basis that Defendants' burden associated with

3   responding to this request is substantially similar to the burden for Plaintiffs to obtain the

4   information sought through this request, especially because the available documents, data and

5   other information from which the answer, if any, could be derived in response to this request have

6   been produced by Defendants in response to Plaintiffs' other discovery requests and thus any

7   relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.

8   Subject to and without waiving the foregoing objections and qualifications, Defendants respond

9   as follows:

10      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

11   information Defendants currently know or can readily obtain, Defendants have insufficient

12   information to admit or deny this request.

13   **REQUEST FOR ADMISSION NO. 658:**

14      Admit that for each Update listed in Exhibit A which included an Online Object, at least

15   one Online Object from one Local Environment was modified by SAP TN and Copied and

16   delivered to more than one Customer as part of the Update.

17   **RESPONSE TO REQUEST FOR ADMISSION NO. 658:**

18      Defendants object to this request on the grounds stated in the General Objections and

19   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20   respect to the information sought in this request because Defendants SAP AG and SAP America

21   have no additional knowledge separate and apart from the information provided by Defendant

22   TomorrowNow in this response.  Defendants object to the request because the terms "online

23   object," "modified," "copied," "local environment," and "delivered" are subject to multiple

24   meanings and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit A lists the

25   names of master bundles as that term was used by TomorrowNow in the SAS database.The

26   master bundles are not the actual objects that are developed for TomorrowNow customers.Master

27   bundles and master fixes are records that simply identify problems for which TomorrowNow

28   generally developed objects to resolve.   The object development often took place at the release

1    level, source level, and customer level.  If this request is actually asking for information related to

2    each and every online object included as part of a master fix, Defendants would have to analyze

3    each individual fix or update contained within each master fix.  Defendants, therefore, object to

4    this request as compound and unduly burdensome in that this request seeks information and

5    activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took

6    place over several years, and (4) would require Defendants to review substantial business records

7    to determine an answer, if possible, for each of the numerous numbers objects contained within

8    the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

9    burden for Plaintiffs to do so given that the available information is at least as equally accessible

10   to Plaintiffs as it is to Defendants.

11          Subject to the General Objections and Responses and these specific objections, after a

12   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

13   sufficient knowledge and information to either admit or deny these requests, as the information

14   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

15   manner."  On this basis, therefore, these requests are DENIED.

16   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 658:**

17          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18   General Objections noted above. Defendants' response is based solely on Defendant

19   TomorrowNow's knowledge with respect to the information sought in this request because

20   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21   information provided by Defendant TomorrowNow in this response.  Defendants object to the

22   request because the terms "update," "online object," "modified," "copied," "local environment,"

23   and "delivered" are capable of multiple meanings and thus, make this request overly broad, vague

24   and ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used

25   by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

26   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

27   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

28   record keeping device and reference for that issue and related activity TomorrowNow undertook

1    to address that issue.  The actual development of customer-specific objects included in customer-

2    specific fixes and updates was referenced to a "master bundle" or "master fix" record for

3    identification and record keeping purposes. Thus, if this request seeks an admission related to

4    each and every object related to each and every customer-specific fix or update that

5    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

6    admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

7    online object contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third

8    Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the

9    intent of this request, then to respond to this request, Defendants would have to analyze each

10   individual object in each fix or update contained within each master bundle.  Defendants,

11   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

12   because it seeks an admission regarding thousands of separate activities that (1) involved many

13   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

14   would require Defendants to review enormous volumes of business records to attempt to

15   determine an answer, if possible, for each of the numerous objects contained within the

16   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

17   Defendants' burden associated with responding to this request is substantially similar to the

18   burden for Plaintiffs to obtain the information sought through this request, especially because the

19   available documents, data and other information from which the answer, if any, could be derived

20   in response to this request have been produced by Defendants in response to Plaintiffs' other

21   discovery requests and thus any relevant, available information is now as equally accessible to

22   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

23   qualifications, Defendants respond as follows:

24        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

25   information Defendants currently know or can readily obtain, Defendants have insufficient

26   information to admit or deny this request.

27

28

1    **REQUEST FOR ADMISSION NO. 659:**

2         Admit that for each Update listed in Exhibit A which included a DAT file, TN tested at

3    least one DAT file in one Local Environment and then delivered Copies of that same DAT file to

4    more than one Customer without additionally testing them in the Local Environments of each

5    such Customer.

6    **RESPONSE TO REQUEST FOR ADMISSION NO. 659:**

7         Defendants object to this request on the grounds stated in the General Objections and

8    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response.  Defendants object to the request because the terms

12   "tested/testing," "delivered," "copies," and "local environment" are subject to multiple meanings

13   and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit A lists the names of

14   master bundles as that term was used by TomorrowNow in the SAS database.The master bundles

15   are not the actual objects that are developed for TomorrowNow customers.Master bundles and

16   master fixes are records that simply identify problems for which TomorrowNow generally

17   developed objects to resolve.   The object development often took place at the release level,

18   source level, and customer level.  If this request is actually asking for information related to each

19   and every DAT file in these master fixes, this number is more in line with the large numbers of

20   DAT files listed amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

21   of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

22   question, Defendants would have to analyze each individual DAT file in each fix or update

23   contained within each master fix.  Defendants, therefore, object to this request as compound and

24   unduly burdensome in that this request seeks information and activities that (1) involved many

25   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

26   would require Defendants to review substantial business records to determine an answer, if

27   possible, for each of the numerous numbers of DAT files contained within the fixes and updates,

28   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

1    do so given that the available information is at least as equally accessible to Plaintiffs as it is to

2    Defendants.

3          Subject to the General Objections and Responses and these specific objections, after a

4    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

5    sufficient knowledge and information to either admit or deny these requests, as the information

6    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

7    manner." On this basis, therefore, these requests are DENIED.

8    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 659:**

9          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

10   General Objections noted above. Defendants' response is based solely on Defendant

11   TomorrowNow's knowledge with respect to the information sought in this request because

12   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

13   information provided by Defendant TomorrowNow in this response. Defendants object to the

14   request because the terms "update," "tested/testing," "delivered," "copies," and "local

15   environment" are capable of multiple meanings and thus, make this request overly broad, vague

16   and ambiguous. Further, Exhibit A lists the names of "master bundles" as that phrase was used

17   by TomorrowNow in the SAS database. TomorrowNow's "master bundles" are not the actual

18   objects included in fixes or updates that are developed for TomorrowNow's customers. "Master

19   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

20   record keeping device and reference for that issue and related activity TomorrowNow undertook

21   to address that issue. The actual development of customer-specific objects included in customer-

22   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

23   identification and record keeping purposes. Thus, if this request seeks an admission related to

24   each and every object related to each and every customer-specific fix or update that

25   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

26   admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number

27   of .DAT files contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

28   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. If that is

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   the intent of this request, then to respond to this request, Defendants would have to analyze each

2   individual object in each fix or update contained within each master bundle.  Defendants,

3   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

4   because it seeks an admission regarding thousands of separate activities that (1) involved many

5   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

6   would require Defendants to review enormous volumes of business records to attempt to

7   determine an answer, if possible, for each of the numerous objects contained within the

8   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

9   Defendants' burden associated with responding to this request is substantially similar to the

10   burden for Plaintiffs to obtain the information sought through this request, especially because the

11   available documents, data and other information from which the answer, if any, could be derived

12   in response to this request have been produced by Defendants in response to Plaintiffs' other

13   discovery requests and thus any relevant, available information is now as equally accessible to

14   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

15   qualifications, Defendants respond as follows:

16      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

17   information Defendants currently know or can readily obtain, Defendants have insufficient

18   information to admit or deny this request.

19   **REQUEST FOR ADMISSION NO. 660:**

20      Admit that for each Update listed in Exhibit A which included a COBOL file, TN tested at

21   least one COBOL file in one Local Environment and then delivered Copies of that same COBOL

22   file to more than one Customer without additionally testing them in the Local Environments of

23   each such Customer.

24   **RESPONSE TO REQUEST FOR ADMISSION NO. 660:**

25      Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   have no additional knowledge separate and apart from the information provided by Defendant

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   TomorrowNow in this response.  Defendants object to the request because the terms

2   "tested/testing," "delivered," "copies," and "local environment" are subject to multiple meanings

3   and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit A lists the names of

4   master bundles as that term was used by TomorrowNow in the SAS database.The master bundles

5   are not the actual objects that are developed for TomorrowNow customers.Master bundles and

6   master fixes are records that simply identify problems for which TomorrowNow generally

7   developed objects to resolve.   The object development often took place at the release level,

8   source level, and customer level.  If this request is actually asking for information related to each

9   and every COBOL file in these master fixes, this number is more in line with the large numbers

10  of COBOL files listed amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

11  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

12  respond to this question, Defendants would have to analyze each individual COBOL file in each

13  fix or update contained within each master fix.  Defendants, therefore, object to this request as

14  compound and unduly burdensome in that this request seeks information and activities that (1)

15  involved many thousands of objects, (2) involved numerous employees, (3) took place over

16  several years, and (4) would require Defendants to review substantial business records to

17  determine an answer, if possible, for each of the numerous numbers of COBOL files contained

18  within the fixes and updates, and Defendants' burden in doing so would be substantially similar

19  to the burden for Plaintiffs to do so given that the available information is at least as equally

20  accessible to Plaintiffs as it is to Defendants.

21      Subject to the General Objections and Responses and these specific objections, after a

22  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

23  sufficient knowledge and information to either admit or deny these requests, as the information

24  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

25  manner."  On this basis, therefore, these requests are DENIED.

26  **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 660</u>:**

27      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

28  General Objections noted above. Defendants' response is based solely on Defendant

1   TomorrowNow's knowledge with respect to the information sought in this request because

2   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

3   information provided by Defendant TomorrowNow in this response.  Defendants object to the

4   request because the terms "update," "tested/testing," "delivered," "copies," and "local

5   environment" are capable of multiple meanings and thus, make this request overly broad, vague

6   and ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used

7   by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

8   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

9   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

10  record keeping device and reference for that issue and related activity TomorrowNow undertook

11  to address that issue.  The actual development of customer-specific objects included in customer-

12  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

13  identification and record keeping purposes. Thus, if this request seeks an admission related to

14  each and every object related to each and every customer-specific fix or update that

15  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

16  admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

17  COBOL files contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

18  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is

19  the intent of this request, then to respond to this request, Defendants would have to analyze each

20  individual object in each fix or update contained within each master bundle.  Defendants,

21  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

22  because it seeks an admission regarding thousands of separate activities that (1) involved many

23  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

24  would require Defendants to review enormous volumes of business records to attempt to

25  determine an answer, if possible, for each of the numerous objects contained within the

26  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

27  Defendants' burden associated with responding to this request is substantially similar to the

28  burden for Plaintiffs to obtain the information sought through this request, especially because the

1   available documents, data and other information from which the answer, if any, could be derived

2   in response to this request have been produced by Defendants in response to Plaintiffs' other

3   discovery requests and thus any relevant, available information is now as equally accessible to

4   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

5   qualifications, Defendants respond as follows:

6          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

7   information Defendants currently know or can readily obtain, Defendants have insufficient

8   information to admit or deny this request.

9   **REQUEST FOR ADMISSION NO. 661:**

10          Admit that for each Update listed in Exhibit A which included an SQR file, TN tested at

11   least one SQR file in one Local Environment and then delivered Copies of that same SQR file to

12   more than one Customer without additionally testing them in the Local Environments of each

13   such Customer.

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 661:**

15          Defendants object to this request on the grounds stated in the General Objections and

16   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17   respect to the information sought in this request because Defendants SAP AG and SAP America

18   have no additional knowledge separate and apart from the information provided by Defendant

19   TomorrowNow in this response.  Defendants object to the request because the terms

20   "tested/testing," "delivered," "copies," and "local environment" are subject to multiple meanings

21   and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit A lists the names of

22   master bundles as that term was used by TomorrowNow in the SAS database.The master bundles

23   are not the actual objects that are developed for TomorrowNow customers.Master bundles and

24   master fixes are records that simply identify problems for which TomorrowNow generally

25   developed objects to resolve.   The object development often took place at the release level,

26   source level, and customer level.  If this request is actually asking for information related to each

27   and every SQR file in these master fixes, this number is more in line with the large numbers of

28   SQR files listed amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

1   of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

2   question, Defendants would have to analyze each individual SQR file in each fix or update

3   contained within each master fix.  Defendants, therefore, object to this request as compound and

4   unduly burdensome in that this request seeks information and activities that (1) involved many

5   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

6   would require Defendants to review substantial business records to determine an answer, if

7   possible, for each of the numerous numbers of SQR files contained within the fixes and updates,

8   and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

9   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

10  Defendants.

11          Subject to the General Objections and Responses and these specific objections, after a

12  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

13  sufficient knowledge and information to either admit or deny these requests, as the information

14  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

15  manner."  On this basis, therefore, these requests are DENIED.

16  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 661:**

17          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18  General Objections noted above. Defendants' response is based solely on Defendant

19  TomorrowNow's knowledge with respect to the information sought in this request because

20  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21  information provided by Defendant TomorrowNow in this response.  Defendants object to the

22  request because the terms "update," "tested/testing," "delivered," "copies," and "local

23  environment" are capable of multiple meanings and thus, make this request overly broad, vague

24  and ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used

25  by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

26  objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

27  fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

28  record keeping device and reference for that issue and related activity TomorrowNow undertook

1    to address that issue.  The actual development of customer-specific objects included in customer-

2    specific fixes and updates was referenced to a "master bundle" or "master fix" record for

3    identification and record keeping purposes. Thus, if this request seeks an admission related to

4    each and every object related to each and every customer-specific fix or update that

5    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

6    admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number

7    of .SQR files contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

8    Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is

9    the intent of this request, then to respond to this request, Defendants would have to analyze each

10   individual object in each fix or update contained within each master bundle.  Defendants,

11   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

12   because it seeks an admission regarding thousands of separate activities that (1) involved many

13   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

14   would require Defendants to review enormous volumes of business records to attempt to

15   determine an answer, if possible, for each of the numerous objects contained within the

16   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

17   Defendants' burden associated with responding to this request is substantially similar to the

18   burden for Plaintiffs to obtain the information sought through this request, especially because the

19   available documents, data and other information from which the answer, if any, could be derived

20   in response to this request have been produced by Defendants in response to Plaintiffs' other

21   discovery requests and thus any relevant, available information is now as equally accessible to

22   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

23   qualifications, Defendants respond as follows:

24        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

25   information Defendants currently know or can readily obtain, Defendants have insufficient

26   information to admit or deny this request.

27   **REQUEST FOR ADMISSION NO. 662:**

28        Admit that for each Update listed in Exhibit A which included an Online Object, TN

1    tested at least one Online Object in one Local Environment then and delivered Copies of that

2    same Online Object to more than one Customer without additionally testing them in the Local

3    Environments of each such Customer.

4    **RESPONSE TO REQUEST FOR ADMISSION NO. 662**:

5          Defendants object to this request on the grounds stated in the General Objections and

6    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7    respect to the information sought in this request because Defendants SAP AG and SAP America

8    have no additional knowledge separate and apart from the information provided by Defendant

9    TomorrowNow in this response.  Defendants object to the request because the terms

10   "tested/testing," "delivered," "copies," and "local environment" are subject to multiple meanings

11   and, as such, are overly broad, vague, and ambiguous.  Further, Exhibit A lists the names of

12   master bundles as that term was used by TomorrowNow in the SAS database.The master bundles

13   are not the actual objects that are developed for TomorrowNow customers.Master bundles and

14   master fixes are records that simply identify problems for which TomorrowNow generally

15   developed objects to resolve.   The object development often took place at the release level,

16   source level, and customer level.  If this request is actually asking for information related to each

17   and every online object included as part of a master fix, Defendants would have to analyze each

18   individual fix or update contained within each master fix.  Defendants, therefore, object to this

19   request as compound and unduly burdensome in that this request seeks information and activities

20   that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

21   over several years, and (4) would require Defendants to review substantial business records to

22   determine an answer, if possible, for each of the numerous numbers objects contained within the

23   fixes and updates, and Defendants' burden in doing so would be substantially similar to the

24   burden for Plaintiffs to do so given that the available information is at least as equally accessible

25   to Plaintiffs as it is to Defendants.

26          Subject to the General Objections and Responses and these specific objections, after a

27   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

28   sufficient knowledge and information to either admit or deny these requests, as the information

1    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

2    manner." On this basis, therefore, these requests are DENIED.

3    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 662:**

4            Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

5    General Objections noted above. Defendants' response is based solely on Defendant

6    TomorrowNow's knowledge with respect to the information sought in this request because

7    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

8    information provided by Defendant TomorrowNow in this response.  Defendants object to the

9    request because the terms "update," "tested/testing," "delivered," "copies," and "local

10   environment" are capable of multiple meanings and thus, make this request overly broad, vague

11   and ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used

12   by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

13   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

14   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

15   record keeping device and reference for that issue and related activity TomorrowNow undertook

16   to address that issue.  The actual development of customer-specific objects included in customer-

17   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

18   identification and record keeping purposes. Thus, if this request seeks an admission related to

19   each and every object related to each and every customer-specific fix or update that

20   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

21   admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

22   online objects contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

23   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is

24   the intent of this request, then to respond to this request, Defendants would have to analyze each

25   individual object in each fix or update contained within each master bundle.  Defendants,

26   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

27   because it seeks an admission regarding thousands of separate activities that (1) involved many

28   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

1   would require Defendants to review enormous volumes of business records to attempt to

2   determine an answer, if possible, for each of the numerous objects contained within the

3   referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

4   Defendants' burden associated with responding to this request is substantially similar to the

5   burden for Plaintiffs to obtain the information sought through this request, especially because the

6   available documents, data and other information from which the answer, if any, could be derived

7   in response to this request have been produced by Defendants in response to Plaintiffs' other

8   discovery requests and thus any relevant, available information is now as equally accessible to

9   Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

10  qualifications, Defendants respond as follows:

11         DENIED on the basis that Defendants have made a reasonable inquiry and based on the

12  information Defendants currently know or can readily obtain, Defendants have insufficient

13  information to admit or deny this request.

14  **REQUEST FOR ADMISSION NO. 663:**

15         Admit that SAP TN used Araxis Merge to compare code in at least two Local

16  Environments installed from media originally provided by at least two different Customers as part

17  of Developing at least one Fix Object delivered to a Customer as part of each Update listed in

18  Exhibit A.

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 663:**

20         Defendants object to this request on the grounds stated in the General Objections and

21  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22  respect to the information sought in this request because Defendants SAP AG and SAP America

23  have no additional knowledge separate and apart from the information provided by Defendant

24  TomorrowNow in this response.  Defendants object to the request because the terms "used,"

25  "compare," "code," "local environments," "developing," and "delivered" are subject to multiple

26  meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrase

27  "to compare code in at least two local environments installed from media originally provided by

28  at least two different customers" as being subject to multiple meanings and, as such, being vague

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   and ambiguous.  Defendants further object to the term "Fix Object" as overly broad, vague, and

2   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

3   the undefined term "object" was used in "Fix Object's" place.  Further, Exhibit A lists the names

4   of master bundles as that term was used by TomorrowNow in the SAS database.The master

5   bundles are not the actual objects that are developed for TomorrowNow customers.Master

6   bundles and master fixes are records that simply identify problems for which TomorrowNow

7   generally developed objects to resolve.   The object development often took place at the release

8   level, source level, and customer level.  If this request is actually asking for information related to

9   each and every object TomorrowNow developed, this number is more in line with the 33,185

10  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

11  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

12  analyze each individual object in each fix or update contained within each master bundle.

13  Defendants, therefore, object to this request as compound and unduly burdensome in that this

14  request seeks information and activities that (1) involved many thousands of objects, (2) involved

15  numerous employees, (3) took place over several years, and (4) would require Defendants to

16  review substantial business records to determine an answer, if possible, for each of the numerous

17  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

18  would be substantially similar to the burden for Plaintiffs to do so given that the available

19  information is at least as equally accessible to Plaintiffs as it is to Defendants.

20      Subject to the General Objections and Responses and these specific objections, after a

21  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

22  sufficient knowledge and information to either admit or deny these requests, as the information

23  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

24  manner."  On this basis, therefore, these requests are DENIED.

25  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 663:**

26      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

27  General Objections noted above. Defendants' response is based solely on Defendant

28  TomorrowNow's knowledge with respect to the information sought in this request because

1    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

2    information provided by Defendant TomorrowNow in this response.  Defendants object to the

3    request because the terms "update," "used," "compare," "code," "local environments,"

4    "developing," and "delivered" are capable of multiple meanings and thus, make this request

5    overly broad, vague and ambiguous.  Defendants object to the phrase "to compare code in at least

6    two local environments installed from media originally provided by at least two different

7    customers" as being subject to multiple meanings and, as such, being overly broad, vague and

8    ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used by

9    TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

10   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

11   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

12   record keeping device and reference for that issue and related activity TomorrowNow undertook

13   to address that issue.  The actual development of customer-specific objects included in customer-

14   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

15   identification and record keeping purposes. Thus, if this request seeks an admission related to

16   each and every object related to each and every customer-specific fix or update that

17   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

18   admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

19   objects contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

20   of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent

21   of this request, then to respond to this request, Defendants would have to analyze each individual

22   object in each fix or update contained within each master bundle.  Defendants, therefore, object

23   on the basis that this request is compound, overly broad and unduly burdensome because it seeks

24   an admission regarding thousands of separate activities that (1) involved many thousands of

25   objects, (2) involved numerous employees, (3) took place over several years, and (4) would

26   require Defendants to review enormous volumes of business records to attempt to determine an

27   answer, if possible, for each of the numerous objects contained within the referenced fixes and

28   updates.  Moreover, Defendants object to this request on the basis that Defendants' burden

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   associated with responding to this request is substantially similar to the burden for Plaintiffs to

2   obtain the information sought through this request, especially because the available documents,

3   data and other information from which the answer, if any, could be derived in response to this

4   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

5   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

6   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

7   Defendants respond as follows:

8           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

9   information Defendants currently know or can readily obtain, Defendants have insufficient

10  information to admit or deny this request.

11  **REQUEST FOR ADMISSION NO. 664:**

12          Admit that SAP TN used Araxis Merge to compare code in at least two Local

13  Environments installed from media originally provided by at least two different Customers as part

14  of testing at least one Fix Object delivered to a Customer as part of each Update listed in Exhibit

15  A.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 664:**

17          Defendants object to this request on the grounds stated in the General Objections and

18  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19  respect to the information sought in this request because Defendants SAP AG and SAP America

20  have no additional knowledge separate and apart from the information provided by Defendant

21  TomorrowNow in this response.  Defendants object to the request because the terms "used,"

22  "compare," "code," "local environments," "testing," and "delivered" are subject to multiple

23  meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrase

24  "to compare code in at least two local environments installed from media originally provided by

25  at least two different customers" as being subject to multiple meanings and, as such, being vague

26  and ambiguous.  Defendants further object to the term "Fix Object" as overly broad, vague, and

27  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

28  the undefined term "object" was used in "Fix Object's" place.  Further, Exhibit A lists the names

1   of master bundles as that term was used by TomorrowNow in the SAS database.The master

2   bundles are not the actual objects that are developed for TomorrowNow customers.Master

3   bundles and master fixes are records that simply identify problems for which TomorrowNow

4   generally developed objects to resolve.   The object development often took place at the release

5   level, source level, and customer level.  If this request is actually asking for information related to

6   each and every object TomorrowNow developed, this number is more in line with the 33,185

7   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

8   SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

9   analyze each individual object in each fix or update contained within each master bundle.

10  Defendants, therefore, object to this request as compound and unduly burdensome in that this

11  request seeks information and activities that (1) involved many thousands of objects, (2) involved

12  numerous employees, (3) took place over several years, and (4) would require Defendants to

13  review substantial business records to determine an answer, if possible, for each of the numerous

14  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

15  would be substantially similar to the burden for Plaintiffs to do so given that the available

16  information is at least as equally accessible to Plaintiffs as it is to Defendants.

17          Subject to the General Objections and Responses and these specific objections, after a

18  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

19  sufficient knowledge and information to either admit or deny these requests, as the information

20  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

21  manner."  On this basis, therefore, these requests are DENIED.

22  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 664:**

23          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

24  General Objections noted above. Defendants' response is based solely on Defendant

25  TomorrowNow's knowledge with respect to the information sought in this request because

26  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

27  information provided by Defendant TomorrowNow in this response.  Defendants object to the

28  request because the terms "update," "used," "compare," "code," "local environments," "testing,"

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   and "delivered" are capable of multiple meanings and thus, make this request overly broad, vague

2   and ambiguous.  Defendants object to the phrase "to compare code in at least two local

3   environments installed from media originally provided by at least two different customers" as

4   being subject to multiple meanings and, as such, being overly broad, vague and ambiguous.

5   Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow

6   in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in

7   fixes or updates that are developed for TomorrowNow's customers.  "Master fixes" and "master

8   bundles" are records that describe the issue to be addressed and then serve as a record keeping

9   device and reference for that issue and related activity TomorrowNow undertook to address that

10  issue.  The actual development of customer-specific objects included in customer-specific fixes

11  and updates was referenced to a "master bundle" or "master fix" record for identification and

12  record keeping purposes. Thus, if this request seeks an admission related to each and every object

13  related to each and every customer-specific fix or update that TomorrowNow developed, then this

14  single request impermissibly seeks literally thousands of admissions similar to the admissions

15  Plaintiffs impermissibly seek regarding the large number of objects contained within the 33,185

16  objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP

17  AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

18  request, Defendants would have to analyze each individual object in each fix or update contained

19  within each master bundle.  Defendants, therefore, object on the basis that this request is

20  compound, overly broad and unduly burdensome because it seeks an admission regarding

21  thousands of separate activities that (1) involved many thousands of objects, (2) involved

22  numerous employees, (3) took place over several years, and (4) would require Defendants to

23  review enormous volumes of business records to attempt to determine an answer, if possible, for

24  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

25  Defendants object to this request on the basis that Defendants' burden associated with responding

26  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

27  through this request, especially because the available documents, data and other information from

28  which the answer, if any, could be derived in response to this request have been produced by

1    Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

2    information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

3    without waiving the foregoing objections and qualifications, Defendants respond as follows:

4           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

5    information Defendants currently know or can readily obtain, Defendants have insufficient

6    information to admit or deny this request.

7    **REQUEST FOR ADMISSION NO. 665:**

8           Admit that in Developing at least one Fix Object delivered to a Customer as part of each

9    Update listed in Exhibit A, SAP TN used Araxis Merge to compare code in at least two Local

10   Environments that SAP TN built from software obtained from Customers other than at least one

11   Customer who received the Fix Object.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 665:**

13          Defendants object to this request on the grounds stated in the General Objections and

14   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15   respect to the information sought in this request because Defendants SAP AG and SAP America

16   have no additional knowledge separate and apart from the information provided by Defendant

17   TomorrowNow in this response.  Defendants object to the request because the terms "used,"

18   "compare," "code," "local environments," "developing," and "delivered" are subject to multiple

19   meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrases

20   "to compare code in at least two local environments installed from media originally provided by

21   at least two different customers" and "built from software obtained from customers other than at

22   least one customer who received the fix object" as being subject to multiple meanings and, as

23   such, being vague and ambiguous.  Defendants further object to the term "Fix Object" as overly

24   broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code."

25   Defendants respond as if the undefined term "object" was used in "Fix Object's" place.  Further,

26   Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

27   database.The master bundles are not the actual objects that are developed for TomorrowNow

28   customers.Master bundles and master fixes are records that simply identify problems for which

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

TomorrowNow generally developed objects to resolve.   The object development often took place at the release level, source level, and customer level.  If this request is actually asking for information related to each and every object TomorrowNow developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question, Defendants would have to analyze each individual object in each fix or update contained within each master bundle.  Defendants, therefore, object to this request as compound and unduly burdensome in that this request seeks information and activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review substantial business records to determine an answer, if possible, for each of the numerous numbers of objects contained within the fixes and updates, and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

Subject to the General Objections and Responses and these specific objections, after a reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack sufficient knowledge and information to either admit or deny these requests, as the information sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On this basis, therefore, these requests are DENIED.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 665:**

Defendants incorporate by reference, as if fully set forth herein, all of Defendants' General Objections noted above. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response.  Defendants object to the request because the terms "update," "used," "compare," "code," "local environments," "developing," and "delivered" are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.  Defendants object to the phrases "to compare code in at least two local environments" and "built from software obtained from customers other than at

least one customer who received the fix object" as being subject to multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a record keeping device and reference for that issue and related activity TomorrowNow undertook to address that issue.  The actual development of customer-specific objects included in customer-specific fixes and updates was referenced to a "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if this request seeks an admission related to each and every object related to each and every customer-specific fix or update that TomorrowNow developed, then this single request impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of objects contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this request, Defendants would have to analyze each individual object in each fix or update contained within each master bundle.  Defendants, therefore, object on the basis that this request is compound, overly broad and unduly burdensome because it seeks an admission regarding thousands of separate activities that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4) would require Defendants to review enormous volumes of business records to attempt to determine an answer, if possible, for each of the numerous objects contained within the referenced fixes and updates.  Moreover, Defendants object to this request on the basis that Defendants' burden associated with responding to this request is substantially similar to the burden for Plaintiffs to obtain the information sought through this request, especially because the available documents, data and other information from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

1    qualifications, Defendants respond as follows:

2          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

3    information Defendants currently know or can readily obtain, Defendants have insufficient

4    information to admit or deny this request.

5    **REQUEST FOR ADMISSION NO. 666:**

6          Admit that in testing at least one Fix Object delivered to a Customer as part of each

7    Update listed in Exhibit A, SAP TN used Araxis Merge to compare code in at least two Local

8    Environments that SAP TN built from software obtained from Customers other than at least one

9    Customer who received the Fix Object.

10    **RESPONSE TO REQUEST FOR ADMISSION NO. 666:**

11          Defendants object to this request on the grounds stated in the General Objections and

12    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13    respect to the information sought in this request because Defendants SAP AG and SAP America

14    have no additional knowledge separate and apart from the information provided by Defendant

15    TomorrowNow in this response.  Defendants object to the request because the terms "used,"

16    "compare," "code," "local environments," "testing," and "delivered" are subject to multiple

17    meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrases

18    "to compare code in at least two local environments installed from media originally provided by

19    at least two different customers" and "built from software obtained from customers other than at

20    least one customer who received the fix object" as being subject to multiple meanings and, as

21    such, being vague and ambiguous.  Defendants further object to the term "Fix Object" as overly

22    broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code."

23    Defendants respond as if the undefined term "object" was used in "Fix Object's" place.  Further,

24    Exhibit A lists the names of master bundles as that term was used by TomorrowNow in the SAS

25    database.The master bundles are not the actual objects that are developed for TomorrowNow

26    customers.Master bundles and master fixes are records that simply identify problems for which

27    TomorrowNow generally developed objects to resolve.   The object development often took place

28    at the release level, source level, and customer level.  If this request is actually asking for

1    information related to each and every object TomorrowNow developed, this number is more in

2    line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

3    Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

4    Defendants would have to analyze each individual object in each fix or update contained within

5    each master bundle.  Defendants, therefore, object to this request as compound and unduly

6    burdensome in that this request seeks information and activities that (1) involved many thousands

7    of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

8    require Defendants to review substantial business records to determine an answer, if possible, for

9    each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

10   burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

11   the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

12          Subject to the General Objections and Responses and these specific objections, after a

13   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

14   sufficient knowledge and information to either admit or deny these requests, as the information

15   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

16   manner."  On this basis, therefore, these requests are DENIED.

17   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 666</u>:**

18          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

19   General Objections noted above. Defendants' response is based solely on Defendant

20   TomorrowNow's knowledge with respect to the information sought in this request because

21   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

22   information provided by Defendant TomorrowNow in this response.  Defendants object to the

23   request because the terms "update," "used," "compare," "code," "local environments," "testing,"

24   and "delivered" are capable of multiple meanings and thus, make this request overly broad, vague

25   and ambiguous.  Defendants object to the phrases "to compare code in at least two local

26   environments installed from media originally provided by at least two different customers" and

27   "built from software obtained from customers other than at least one customer who received the

28   fix object" as being subject to multiple meanings and, as such, being overly broad, vague and

1   ambiguous.  Further, Exhibit A lists the names of "master bundles" as that phrase was used by

2   TomorrowNow in the SAS database.  TomorrowNow's "master bundles" are not the actual

3   objects included in fixes or updates that are developed for TomorrowNow's customers.  "Master

4   fixes" and "master bundles" are records that describe the issue to be addressed and then serve as a

5   record keeping device and reference for that issue and related activity TomorrowNow undertook

6   to address that issue.  The actual development of customer-specific objects included in customer-

7   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

8   identification and record keeping purposes. Thus, if this request seeks an admission related to

9   each and every object related to each and every customer-specific fix or update that

10  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

11  admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

12  objects contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

13  of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent

14  of this request, then to respond to this request, Defendants would have to analyze each individual

15  object in each fix or update contained within each master bundle.  Defendants, therefore, object

16  on the basis that this request is compound, overly broad and unduly burdensome because it seeks

17  an admission regarding thousands of separate activities that (1) involved many thousands of

18  objects, (2) involved numerous employees, (3) took place over several years, and (4) would

19  require Defendants to review enormous volumes of business records to attempt to determine an

20  answer, if possible, for each of the numerous objects contained within the referenced fixes and

21  updates.  Moreover, Defendants object to this request on the basis that Defendants' burden

22  associated with responding to this request is substantially similar to the burden for Plaintiffs to

23  obtain the information sought through this request, especially because the available documents,

24  data and other information from which the answer, if any, could be derived in response to this

25  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

26  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

27  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

28  Defendants respond as follows:

1    DENIED on the basis that Defendants have made a reasonable inquiry and based on the

2    information Defendants currently know or can readily obtain, Defendants have insufficient

3    information to admit or deny this request.

4    **REQUEST FOR ADMISSION NO. 667:**

5    Admit that for each Update listed in the right-hand column of Exhibit A, TN used a Local

6    Environment with no Customer-specific identifier in its name (e.g., HR751CSS) to Develop at

7    least one Fix Object that SAP TN then delivered to more than one Customer.

8    **RESPONSE TO REQUEST FOR ADMISSION NO. 667:**

9    Defendants object to this request on the grounds stated in the General Objections and

10   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response.  Defendants object to the request because the terms "used,"

14   "local environments," "develop," and "delivered" are subject to multiple meanings and, as such,

15   are overly broad, vague, and ambiguous.  Defendants object to the phrases "no customer-specific

16   identifier in its name" as being subject to multiple meanings and, as such, being vague and

17   ambiguous.  Defendants further object to the term "Fix Object" as overly broad, vague, and

18   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

19   the undefined term "object" was used in "Fix Object's" place.  Further, Exhibit A lists the names

20   of master bundles as that term was used by TomorrowNow in the SAS database.The master

21   bundles are not the actual objects that are developed for TomorrowNow customers.Master

22   bundles and master fixes are records that simply identify problems for which TomorrowNow

23   generally developed objects to resolve.   The object development often took place at the release

24   level, source level, and customer level.  If this request is actually asking for information related to

25   each and every object TomorrowNow developed, this number is more in line with the 33,185

26   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

27   SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

28   analyze each individual object in each fix or update contained within each master bundle.

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   Defendants, therefore, object to this request as compound and unduly burdensome in that this

2   request seeks information and activities that (1) involved many thousands of objects, (2) involved

3   numerous employees, (3) took place over several years, and (4) would require Defendants to

4   review substantial business records to determine an answer, if possible, for each of the numerous

5   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

6   would be substantially similar to the burden for Plaintiffs to do so given that the available

7   information is at least as equally accessible to Plaintiffs as it is to Defendants.

8          Subject to the General Objections and Responses and these specific objections, after a

9   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

10  sufficient knowledge and information to either admit or deny these requests, as the information

11  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

12  manner."  On this basis, therefore, these requests are DENIED.

13  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 667:**

14         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

15  General Objections noted above. Defendants' response is based solely on Defendant

16  TomorrowNow's knowledge with respect to the information sought in this request because

17  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

18  information provided by Defendant TomorrowNow in this response.  Defendants object to the

19  request because the terms "update," "used," "local environments," and "delivered" are capable of

20  multiple meanings and thus, make this request overly broad, vague and ambiguous.  Defendants

21  object to the phrase "no customer-specific identifier in its name" as being subject to multiple

22  meanings and, as such, being vague and ambiguous.  Further, Exhibit A lists the names of

23  "master bundles" as that phrase was used by TomorrowNow in the SAS database.

24  TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

25  developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

26  describe the issue to be addressed and then serve as a record keeping device and reference for that

27  issue and related activity TomorrowNow undertook to address that issue.  The actual

28  development of customer-specific objects included in customer-specific fixes and updates was

1   referenced to a "master bundle" or "master fix" record for identification and record keeping

2   purposes. Thus, if this request seeks an admission related to each and every object related to each

3   and every customer-specific fix or update that TomorrowNow developed, then this single request

4   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

5   impermissibly seek regarding the large number of objects contained within the 33,185 objects

6   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

7   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

8   request, Defendants would have to analyze each individual object in each fix or update contained

9   within each master bundle.  Defendants, therefore, object on the basis that this request is

10  compound, overly broad and unduly burdensome because it seeks an admission regarding

11  thousands of separate activities that (1) involved many thousands of objects, (2) involved

12  numerous employees, (3) took place over several years, and (4) would require Defendants to

13  review enormous volumes of business records to attempt to determine an answer, if possible, for

14  each of the numerous objects contained within the referenced fixes and updates.  Moreover,

15  Defendants object to this request on the basis that Defendants' burden associated with responding

16  to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

17  through this request, especially because the available documents, data and other information from

18  which the answer, if any, could be derived in response to this request have been produced by

19  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

20  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

21  without waiving the foregoing objections and qualifications, Defendants respond as follows:

22          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

23  information Defendants currently know or can readily obtain, Defendants have insufficient

24  information to admit or deny this request.

25  **REQUEST FOR ADMISSION NO. 668:**

26          Admit that for each Update listed in the right-hand column of Exhibit A, TN used a Local

27  Environment with no Customer-specific identifier in its name (e.g., HR751CSS) to test at least

28  one Fix Object that SAP TN then delivered to more than one Customer.

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 668**:

2           Defendants object to this request on the grounds stated in the General Objections and

3   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4   respect to the information sought in this request because Defendants SAP AG and SAP America

5   have no additional knowledge separate and apart from the information provided by Defendant

6   TomorrowNow in this response.  Defendants object to the request because the terms "used,"

7   "local environments," "test," and "delivered" are subject to multiple meanings and, as such, are

8   overly broad, vague, and ambiguous.  Defendants object to the phrases "no customer-specific

9   identifier in its name" as being subject to multiple meanings and, as such, being vague and

10  ambiguous.  Defendants further object to the term "Fix Object" as overly broad, vague, and

11  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

12  the undefined term "object" was used in "Fix Object's" place.  Further, Exhibit A lists the names

13  of master bundles as that term was used by TomorrowNow in the SAS database.The master

14  bundles are not the actual objects that are developed for TomorrowNow customers.Master

15  bundles and master fixes are records that simply identify problems for which TomorrowNow

16  generally developed objects to resolve.   The object development often took place at the release

17  level, source level, and customer level.  If this request is actually asking for information related to

18  each and every object TomorrowNow developed, this number is more in line with the 33,185

19  listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

20  SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

21  analyze each individual object in each fix or update contained within each master bundle.

22  Defendants, therefore, object to this request as compound and unduly burdensome in that this

23  request seeks information and activities that (1) involved many thousands of objects, (2) involved

24  numerous employees, (3) took place over several years, and (4) would require Defendants to

25  review substantial business records to determine an answer, if possible, for each of the numerous

26  numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

27  would be substantially similar to the burden for Plaintiffs to do so given that the available

28  information is at least as equally accessible to Plaintiffs as it is to Defendants.

1    Subject to the General Objections and Responses and these specific objections, after a

2    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

3    sufficient knowledge and information to either admit or deny these requests, as the information

4    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

5    manner."  On this basis, therefore, these requests are DENIED.

6    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 668:**

7    Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

8    General Objections noted above. Defendants' response is based solely on Defendant

9    TomorrowNow's knowledge with respect to the information sought in this request because

10   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

11   information provided by Defendant TomorrowNow in this response.  Defendants object to the

12   request because the terms "update," "used," "local environments," "test," and "delivered" are

13   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

14   Defendants object to the phrase "no customer-specific identifier in its name" as being subject to

15   multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit A lists the names

16   of "master bundles" as that phrase was used by TomorrowNow in the SAS database.

17   TomorrowNow's "master bundles" are not the actual objects included in fixes or updates that are

18   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

19   describe the issue to be addressed and then serve as a record keeping device and reference for that

20   issue and related activity TomorrowNow undertook to address that issue.  The actual

21   development of customer-specific objects included in customer-specific fixes and updates was

22   referenced to a "master bundle" or "master fix" record for identification and record keeping

23   purposes. Thus, if this request seeks an admission related to each and every object related to each

24   and every customer-specific fix or update that TomorrowNow developed, then this single request

25   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

26   impermissibly seek regarding the large number of objects contained within the 33,185 objects

27   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

28   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

request, Defendants would have to analyze each individual object in each fix or update contained

within each master bundle.  Defendants, therefore, object on the basis that this request is

compound, overly broad and unduly burdensome because it seeks an admission regarding

thousands of separate activities that (1) involved many thousands of objects, (2) involved

numerous employees, (3) took place over several years, and (4) would require Defendants to

review enormous volumes of business records to attempt to determine an answer, if possible, for

each of the numerous objects contained within the referenced fixes and updates.  Moreover,

Defendants object to this request on the basis that Defendants' burden associated with responding

to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

through this request, especially because the available documents, data and other information from

which the answer, if any, could be derived in response to this request have been produced by

Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

without waiving the foregoing objections and qualifications, Defendants respond as follows:

DENIED on the basis that Defendants have made a reasonable inquiry and based on the

information Defendants currently know or can readily obtain, Defendants have insufficient

information to admit or deny this request.

**REQUEST FOR ADMISSION NO. 669:**

Admit that for each Fix listed in Exhibit B which included a DAT file, Copies of at least

one DAT file were delivered to more than one Customer as part of the Fix.

**RESPONSE TO REQUEST FOR ADMISSION NO. 669:**

Defendants object to this request on the grounds stated in the General Objections and

Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

respect to the information sought in this request because Defendants SAP AG and SAP America

have no additional knowledge separate and apart from the information provided by Defendant

TomorrowNow in this response.  Defendants object to the request because the terms "copies" and

"delivered" are subject to multiple meanings and, as such, are overly broad, vague, and

ambiguous.  Further, Exhibit B lists the names of master fixes as that term was used by

1    TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

2    developed for TomorrowNow customers.  Master bundles and master fixes are records that

3    simply identify problems for which TomorrowNow generally developed objects to resolve.   The

4    object development often took place at the release level, source level, and customer level.  If this

5    request is actually asking for information related to each and every DAT file in these master fixes,

6    this number is more in line with the large numbers of DAT files listed amongst the 33,185 objects

7    listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

8    SAP America, and TomorrowNow.  To respond to this question, Defendants would have to

9    analyze each individual DAT file in each fix or update contained within each master fix.

10   Defendants, therefore, object to this request as compound and unduly burdensome in that this

11   request seeks information and activities that (1) involved many thousands of objects, (2) involved

12   numerous employees, (3) took place over several years, and (4) would require Defendants to

13   review substantial business records to determine an answer, if possible, for each of the numerous

14   numbers of DAT files contained within the fixes and updates, and Defendants' burden in doing so

15   would be substantially similar to the burden for Plaintiffs to do so given that the available

16   information is at least as equally accessible to Plaintiffs as it is to Defendants.

17        Subject to the General Objections and Responses and these specific objections, after a

18   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

19   sufficient knowledge and information to either admit or deny these requests, as the information

20   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

21   manner."  On this basis, therefore, these requests are DENIED.

22   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 669:**

23        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

24   General Objections noted above. Defendants' response is based solely on Defendant

25   TomorrowNow's knowledge with respect to the information sought in this request because

26   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

27   information provided by Defendant TomorrowNow in this response.  Defendants object to the

28   request because the terms "fix," "copies" and "delivered" are capable of multiple meanings and

1    thus, make this request overly broad, vague and ambiguous.  Further, Exhibit B lists the names of

2    "master fixes" as that phrase was used by TomorrowNow in the SAS database.  TomorrowNow's

3    "master fixes" are not the actual objects included in fixes or updates that are developed for

4    TomorrowNow's customers.  "Master fixes" and "master bundles" are records that describe the

5    issue to be addressed and then serve as a record keeping device and reference for that issue and

6    related activity TomorrowNow undertook to address that issue.  The actual development of

7    customer-specific objects included in customer-specific fixes and updates was referenced to a

8    "master bundle" or "master fix" record for identification and record keeping purposes. Thus, if

9    this request seeks an admission related to each and every object related to each and every

10   customer-specific fix or update that TomorrowNow developed, then this single request

11   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

12   impermissibly seek regarding the large number of .DAT files contained within the 33,185 objects

13   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

14   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

15   request, Defendants would have to analyze each individual object in each fix or update contained

16   within each master bundle.  Defendants, therefore, object on the basis that this request is

17   compound, overly broad and unduly burdensome because it seeks an admission regarding

18   thousands of separate activities that (1) involved many thousands of objects, (2) involved

19   numerous employees, (3) took place over several years, and (4) would require Defendants to

20   review enormous volumes of business records to attempt to determine an answer, if possible, for

21   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

22   Defendants object to this request on the basis that Defendants' burden associated with responding

23   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

24   through this request, especially because the available documents, data and other information from

25   which the answer, if any, could be derived in response to this request have been produced by

26   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

27   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

28   without waiving the foregoing objections and qualifications, Defendants respond as follows:

1    DENIED on the basis that Defendants have made a reasonable inquiry and based on the

2  information Defendants currently know or can readily obtain, Defendants have insufficient

3  information to admit or deny this request.

4  **REQUEST FOR ADMISSION NO. 670:**

5    Admit that for each Fix listed in Exhibit B which included a COBOL file, at least one

6  COBOL file from one Local Environment was modified by SAP TN and Copied and delivered to

7  more than one Customer as part of the Fix.

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 670:**

9    Defendants object to this request on the grounds stated in the General Objections and

10  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11  respect to the information sought in this request because Defendants SAP AG and SAP America

12  have no additional knowledge separate and apart from the information provided by Defendant

13  TomorrowNow in this response.  Defendants object to the request because the terms "modified,"

14  "copied," "local environment," and "delivered" are subject to multiple meanings and, as such, are

15  overly broad, vague, and ambiguous.  Further, Exhibit B lists the names of master fixes as that

16  term was used by TomorrowNow in the SAS database.  The master fixes are not the actual

17  objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

18  records that simply identify problems for which TomorrowNow generally developed objects to

19  resolve.   The object development often took place at the release level, source level, and customer

20  level.  If this request is actually asking for information related to each and every COBOL file in

21  these master fixes, this number is more in line with the large numbers of COBOL files listed

22  amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

23  Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

24  Defendants would have to analyze each individual COBOL file in each fix or update contained

25  within each master fix.  Defendants, therefore, object to this request as compound and unduly

26  burdensome in that this request seeks information and activities that (1) involved many thousands

27  of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

28  require Defendants to review substantial business records to determine an answer, if possible, for

1    each of the numerous numbers of COBOL files contained within the fixes and updates, and

2    Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to do so

3    given that the available information is at least as equally accessible to Plaintiffs as it is to

4    Defendants.

5           Subject to the General Objections and Responses and these specific objections, after a

6    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7    sufficient knowledge and information to either admit or deny these requests, as the information

8    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9    manner."  On this basis, therefore, these requests are DENIED.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 670:**

11          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response.  Defendants object to the

16   request because the terms "fix," "modified," "copied," "local environment," and "delivered" are

17   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

18   Further, Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in

19   the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

20   updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

21   are records that describe the issue to be addressed and then serve as a record keeping device and

22   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

23   actual development of customer-specific objects included in customer-specific fixes and updates

24   was referenced to a "master bundle" or "master fix" record for identification and record keeping

25   purposes. Thus, if this request seeks an admission related to each and every object related to each

26   and every customer-specific fix or update that TomorrowNow developed, then this single request

27   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

28   impermissibly seek regarding the large number of COBOL files contained within the 33,185

1    objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP

2    AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

3    request, Defendants would have to analyze each individual object in each fix or update contained

4    within each master bundle.  Defendants, therefore, object on the basis that this request is

5    compound, overly broad and unduly burdensome because it seeks an admission regarding

6    thousands of separate activities that (1) involved many thousands of objects, (2) involved

7    numerous employees, (3) took place over several years, and (4) would require Defendants to

8    review enormous volumes of business records to attempt to determine an answer, if possible, for

9    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

10   Defendants object to this request on the basis that Defendants' burden associated with responding

11   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

12   through this request, especially because the available documents, data and other information from

13   which the answer, if any, could be derived in response to this request have been produced by

14   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

15   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

16   without waiving the foregoing objections and qualifications, Defendants respond as follows:

17           DENIED on the basis that Defendants have made a reasonable inquiry and based on the

18   information Defendants currently know or can readily obtain, Defendants have insufficient

19   information to admit or deny this request.

20   **REQUEST FOR ADMISSION NO. 671:**

21           Admit that for each Fix listed in Exhibit B which included an SQR file, at least one SQR

22   file from one Local Environment was modified by SAP TN and Copied and delivered to more

23   than one Customer as part of the Fix.

24   **RESPONSE TO REQUEST FOR ADMISSION NO. 671:**

25           Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   have no additional knowledge separate and apart from the information provided by Defendant

1   TomorrowNow in this response.  Defendants object to the request because the terms "modified,"

2   "copied," "local environment," and "delivered" are subject to multiple meanings and, as such, are

3   overly broad, vague, and ambiguous.  Further, Exhibit B lists the names of master fixes as that

4   term was used by TomorrowNow in the SAS database.  The master fixes are not the actual

5   objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

6   records that simply identify problems for which TomorrowNow generally developed objects to

7   resolve.   The object development often took place at the release level, source level, and customer

8   level.  If this request is actually asking for information related to each and every SQR file in these

9   master fixes, this number is more in line with the large numbers of SQR files listed amongst the

10  33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions

11  to SAP AG, SAP America, and TomorrowNow.  To respond to this question, Defendants would

12  have to analyze each individual SQR file in each fix or update contained within each master fix.

13  Defendants, therefore, object to this request as compound and unduly burdensome in that this

14  request seeks information and activities that (1) involved many thousands of objects, (2) involved

15  numerous employees, (3) took place over several years, and (4) would require Defendants to

16  review substantial business records to determine an answer, if possible, for each of the numerous

17  numbers of SQR files contained within the fixes and updates, and Defendants' burden in doing so

18  would be substantially similar to the burden for Plaintiffs to do so given that the available

19  information is at least as equally accessible to Plaintiffs as it is to Defendants.

20  Subject to the General Objections and Responses and these specific objections, after a

21  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

22  sufficient knowledge and information to either admit or deny these requests, as the information

23  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

24  manner."  On this basis, therefore, these requests are DENIED.

25  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 671:**

26  Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

27  General Objections noted above. Defendants' response is based solely on Defendant

28  TomorrowNow's knowledge with respect to the information sought in this request because

1    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

2    information provided by Defendant TomorrowNow in this response.  Defendants object to the

3    request because the terms "fix," "modified," "copied," "local environment," and "delivered" are

4    capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

5    Further, Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in

6    the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

7    updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

8    are records that describe the issue to be addressed and then serve as a record keeping device and

9    reference for that issue and related activity TomorrowNow undertook to address that issue.  The

10   actual development of customer-specific objects included in customer-specific fixes and updates

11   was referenced to a "master bundle" or "master fix" record for identification and record keeping

12   purposes. Thus, if this request seeks an admission related to each and every object related to each

13   and every customer-specific fix or update that TomorrowNow developed, then this single request

14   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

15   impermissibly seek regarding the large number of .SQR files contained within the 33,185 objects

16   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

17   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

18   request, Defendants would have to analyze each individual object in each fix or update contained

19   within each master bundle.  Defendants, therefore, object on the basis that this request is

20   compound, overly broad and unduly burdensome because it seeks an admission regarding

21   thousands of separate activities that (1) involved many thousands of objects, (2) involved

22   numerous employees, (3) took place over several years, and (4) would require Defendants to

23   review enormous volumes of business records to attempt to determine an answer, if possible, for

24   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

25   Defendants object to this request on the basis that Defendants' burden associated with responding

26   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

27   through this request, especially because the available documents, data and other information from

28   which the answer, if any, could be derived in response to this request have been produced by

1    Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

2    information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

3    without waiving the foregoing objections and qualifications, Defendants respond as follows:

4          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

5    information Defendants currently know or can readily obtain, Defendants have insufficient

6    information to admit or deny this request.

7    **REQUEST FOR ADMISSION NO. 672:**

8          Admit that for each Fix listed in Exhibit B which included an Online Object, at least one

9    Online Object from one Local Environment was modified by SAP TN and Copied and delivered

10   to more than one Customer as part of the Fix.

11   **RESPONSE TO REQUEST FOR ADMISSION NO. 672:**

12         Defendants object to this request on the grounds stated in the General Objections and

13   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

14   respect to the information sought in this request because Defendants SAP AG and SAP America

15   have no additional knowledge separate and apart from the information provided by Defendant

16   TomorrowNow in this response.  Defendants object to the request because the terms "modified,"

17   "copied," "delivered," and "local environment" are subject to multiple meanings and, as such, are

18   overly broad, vague, and ambiguous.  Further, Exhibit B lists the names of master fixes as that

19   term was used by TomorrowNow in the SAS database.  The master fixes are not the actual

20   objects that are developed for TomorrowNow customers.  Master bundles and master fixes are

21   records that simply identify problems for which TomorrowNow generally developed objects to

22   resolve.   The object development often took place at the release level, source level, and customer

23   level.  If this request is actually asking for information related to each and every online object

24   included as part of a master fix, Defendants would have to analyze each individual fix or update

25   contained within each master fix.  Defendants, therefore, object to this request as compound and

26   unduly burdensome in that this request seeks information and activities that (1) involved many

27   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

28   would require Defendants to review substantial business records to determine an answer, if

1    possible, for each of the numerous numbers objects contained within the fixes and updates, and

2    Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to do so

3    given that the available information is at least as equally accessible to Plaintiffs as it is to

4    Defendants.

5          Subject to the General Objections and Responses and these specific objections, after a

6    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7    sufficient knowledge and information to either admit or deny these requests, as the information

8    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

9    manner."  On this basis, therefore, these requests are DENIED.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 672:**

11         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response.  Defendants object to the

16   request because the terms "fix," "modified," "copied," "local environment," and "delivered" are

17   capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

18   Further, Exhibit B lists the names of "master fixes" as that phrase was used by TomorrowNow in

19   the SAS database.  TomorrowNow's "master fixes" are not the actual objects included in fixes or

20   updates that are developed for TomorrowNow's customers.  "Master fixes" and "master bundles"

21   are records that describe the issue to be addressed and then serve as a record keeping device and

22   reference for that issue and related activity TomorrowNow undertook to address that issue.  The

23   actual development of customer-specific objects included in customer-specific fixes and updates

24   was referenced to a "master bundle" or "master fix" record for identification and record keeping

25   purposes. Thus, if this request seeks an admission related to each and every object related to each

26   and every customer-specific fix or update that TomorrowNow developed, then this single request

27   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

28   impermissibly seek regarding the large number of online objects contained within the 33,185

1    objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP

2    AG, SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

3    request, Defendants would have to analyze each individual object in each fix or update contained

4    within each master bundle.  Defendants, therefore, object on the basis that this request is

5    compound, overly broad and unduly burdensome because it seeks an admission regarding

6    thousands of separate activities that (1) involved many thousands of objects, (2) involved

7    numerous employees, (3) took place over several years, and (4) would require Defendants to

8    review enormous volumes of business records to attempt to determine an answer, if possible, for

9    each of the numerous objects contained within the referenced fixes and updates.  Moreover,

10   Defendants object to this request on the basis that Defendants' burden associated with responding

11   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

12   through this request, especially because the available documents, data and other information from

13   which the answer, if any, could be derived in response to this request have been produced by

14   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

15   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

16   without waiving the foregoing objections and qualifications, Defendants respond as follows:

17          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

18   information Defendants currently know or can readily obtain, Defendants have insufficient

19   information to admit or deny this request.

20   **REQUEST FOR ADMISSION NO. 673:**

21          Admit that for each Fix listed in Exhibit B which included a DAT file, TN tested at least

22   one DAT file in one Local Environment and then delivered Copies of that same DAT file to more

23   than one Customer without additionally testing them in the Local Environments of each such

24   Customer.

25   **RESPONSE TO REQUEST FOR ADMISSION NO. 673:**

26          Defendants object to this request on the grounds stated in the General Objections and

27   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28   respect to the information sought in this request because Defendants SAP AG and SAP America

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   have no additional knowledge separate and apart from the information provided by Defendant

2   TomorrowNow in this response.  Defendants object to the request because the terms

3   "tested/testing," "copies," "local environment," and "delivered" are subject to multiple meanings

4   and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrase "without

5   additionally testing them in the local environments of each such customer" as being subject to

6   multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit B lists the names

7   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

8   are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

9   master fixes are records that simply identify problems for which TomorrowNow generally

10  developed objects to resolve.   The object development often took place at the release level,

11  source level, and customer level.  If this request is actually asking for information related to each

12  and every DAT file in these master fixes, this number is more in line with the large numbers of

13  DAT files listed amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

14  of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

15  question, Defendants would have to analyze each individual DAT file in each fix or update

16  contained within each master fix.  Defendants, therefore, object to this request as compound and

17  unduly burdensome in that this request seeks information and activities that (1) involved many

18  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

19  would require Defendants to review substantial business records to determine an answer, if

20  possible, for each of the numerous numbers of DAT files contained within the fixes and updates,

21  and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

22  do so given that the available information is at least as equally accessible to Plaintiffs as it is to

23  Defendants.

24         Subject to the General Objections and Responses and these specific objections, after a

25  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26  sufficient knowledge and information to either admit or deny these requests, as the information

27  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

28  manner."  On this basis, therefore, these requests are DENIED.

1    **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 673</u>:**

2          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Defendants object to the

7    request because the terms "fix," "tested/testing," "copies," "local environment," and "delivered"

8    are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

9    Defendants object to the phrase "without additionally testing them in the local environments of

10   each such customer" as being subject to multiple meanings and, as such, being vague and

11   ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

12   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

13   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

14   and "master bundles" are records that describe the issue to be addressed and then serve as a

15   record keeping device and reference for that issue and related activity TomorrowNow undertook

16   to address that issue.  The actual development of customer-specific objects included in customer-

17   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

18   identification and record keeping purposes. Thus, if this request seeks an admission related to

19   each and every object related to each and every customer-specific fix or update that

20   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

21   admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number

22   of .DAT files contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

23   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is

24   the intent of this request, then to respond to this request, Defendants would have to analyze each

25   individual object in each fix or update contained within each master bundle.  Defendants,

26   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

27   because it seeks an admission regarding thousands of separate activities that (1) involved many

28   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    would require Defendants to review enormous volumes of business records to attempt to

2    determine an answer, if possible, for each of the numerous objects contained within the

3    referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

4    Defendants' burden associated with responding to this request is substantially similar to the

5    burden for Plaintiffs to obtain the information sought through this request, especially because the

6    available documents, data and other information from which the answer, if any, could be derived

7    in response to this request have been produced by Defendants in response to Plaintiffs' other

8    discovery requests and thus any relevant, available information is now as equally accessible to

9    Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

10   qualifications, Defendants respond as follows:

11        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

12   information Defendants currently know or can readily obtain, Defendants have insufficient

13   information to admit or deny this request.

14   **REQUEST FOR ADMISSION NO. 674:**

15        Admit that for each Fix listed in Exhibit B which included a COBOL file, TN tested at

16   least one COBOL file in one Local Environment and then delivered Copies of that same COBOL

17   file to more than one Customer without additionally testing them in the Local Environments of

18   each such Customer.

19   **RESPONSE TO REQUEST FOR ADMISSION NO. 674:**

20        Defendants object to this request on the grounds stated in the General Objections and

21   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22   respect to the information sought in this request because Defendants SAP AG and SAP America

23   have no additional knowledge separate and apart from the information provided by Defendant

24   TomorrowNow in this response.  Defendants object to the request because the terms

25   "tested/testing," "copies," "local environment," and "delivered" are subject to multiple meanings

26   and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrase "without

27   additionally testing them in the local environments of each such customer" as being subject to

28   multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit B lists the names

1   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

2   are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

3   master fixes are records that simply identify problems for which TomorrowNow generally

4   developed objects to resolve.   The object development often took place at the release level,

5   source level, and customer level.  If this request is actually asking for information related to each

6   and every COBOL file in these master fixes, this number is more in line with the large numbers

7   of COBOL files listed amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

8   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

9   respond to this question, Defendants would have to analyze each individual COBOL file in each

10  fix or update contained within each master fix.  Defendants, therefore, object to this request as

11  compound and unduly burdensome in that this request seeks information and activities that (1)

12  involved many thousands of objects, (2) involved numerous employees, (3) took place over

13  several years, and (4) would require Defendants to review substantial business records to

14  determine an answer, if possible, for each of the numerous numbers of COBOL files contained

15  within the fixes and updates, and Defendants' burden in doing so would be substantially similar

16  to the burden for Plaintiffs to do so given that the available information is at least as equally

17  accessible to Plaintiffs as it is to Defendants.

18      Subject to the General Objections and Responses and these specific objections, after a

19  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

20  sufficient knowledge and information to either admit or deny these requests, as the information

21  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

22  manner."  On this basis, therefore, these requests are DENIED.

23  **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 674</u>:**

24      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

25  General Objections noted above. Defendants' response is based solely on Defendant

26  TomorrowNow's knowledge with respect to the information sought in this request because

27  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

28  information provided by Defendant TomorrowNow in this response.  Defendants object to the

1   request because the terms "fix," "tested/testing," "copies," "local environment," and "delivered"

2   are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

3   Defendants object to the phrase "without additionally testing them in the local environments of

4   each such customer" as being subject to multiple meanings and, as such, being vague and

5   ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

6   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

7   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

8   and "master bundles" are records that describe the issue to be addressed and then serve as a

9   record keeping device and reference for that issue and related activity TomorrowNow undertook

10  to address that issue.  The actual development of customer-specific objects included in customer-

11  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

12  identification and record keeping purposes. Thus, if this request seeks an admission related to

13  each and every object related to each and every customer-specific fix or update that

14  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

15  admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

16  COBOL files contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

17  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is

18  the intent of this request, then to respond to this request, Defendants would have to analyze each

19  individual object in each fix or update contained within each master bundle.  Defendants,

20  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

21  because it seeks an admission regarding thousands of separate activities that (1) involved many

22  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

23  would require Defendants to review enormous volumes of business records to attempt to

24  determine an answer, if possible, for each of the numerous objects contained within the

25  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

26  Defendants' burden associated with responding to this request is substantially similar to the

27  burden for Plaintiffs to obtain the information sought through this request, especially because the

28  available documents, data and other information from which the answer, if any, could be derived

1    in response to this request have been produced by Defendants in response to Plaintiffs' other

2    discovery requests and thus any relevant, available information is now as equally accessible to

3    Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

4    qualifications, Defendants respond as follows:

5          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

6    information Defendants currently know or can readily obtain, Defendants have insufficient

7    information to admit or deny this request.

8    **REQUEST FOR ADMISSION NO. 675:**

9          Admit that for each Fix listed in Exhibit B which included an SQR file, TN tested at least

10   one SQR file in one Local Environment and then delivered Copies of that same SQR file to more

11   than one Customer without additionally testing them in the Local Environments of each such

12   Customer.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 675:**

14         Defendants object to this request on the grounds stated in the General Objections and

15   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16   respect to the information sought in this request because Defendants SAP AG and SAP America

17   have no additional knowledge separate and apart from the information provided by Defendant

18   TomorrowNow in this response.  Defendants object to the request because the terms

19   "tested/testing," "copies," "local environment," and "delivered" are subject to multiple meanings

20   and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrase "without

21   additionally testing them in the local environments of each such customer" as being subject to

22   multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit B lists the names

23   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

24   are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

25   master fixes are records that simply identify problems for which TomorrowNow generally

26   developed objects to resolve.   The object development often took place at the release level,

27   source level, and customer level.  If this request is actually asking for information related to each

28   and every SQR file in these master fixes, this number is more in line with the large numbers of

1    SQR files listed amongst the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

2    of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this

3    question, Defendants would have to analyze each individual SQR file in each fix or update

4    contained within each master fix.  Defendants, therefore, object to this request as compound and

5    unduly burdensome in that this request seeks information and activities that (1) involved many

6    thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

7    would require Defendants to review substantial business records to determine an answer, if

8    possible, for each of the numerous numbers of SQR files contained within the fixes and updates,

9    and Defendants' burden in doing so would be substantially similar to the burden for Plaintiffs to

10   do so given that the available information is at least as equally accessible to Plaintiffs as it is to

11   Defendants.

12       Subject to the General Objections and Responses and these specific objections, after a

13   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

14   sufficient knowledge and information to either admit or deny these requests, as the information

15   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

16   manner."  On this basis, therefore, these requests are DENIED.

17   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 675</u>:**

18       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

19   General Objections noted above. Defendants' response is based solely on Defendant

20   TomorrowNow's knowledge with respect to the information sought in this request because

21   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

22   information provided by Defendant TomorrowNow in this response.  Defendants object to the

23   request because the terms "fix," "tested/testing," "copies," "local environment," and "delivered"

24   are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

25   Defendants object to the phrase "without additionally testing them in the local environments of

26   each such customer" as being subject to multiple meanings and, as such, being vague and

27   ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

28   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

1   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

2   and "master bundles" are records that describe the issue to be addressed and then serve as a

3   record keeping device and reference for that issue and related activity TomorrowNow undertook

4   to address that issue.  The actual development of customer-specific objects included in customer-

5   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

6   identification and record keeping purposes. Thus, if this request seeks an admission related to

7   each and every object related to each and every customer-specific fix or update that

8   TomorrowNow developed, then this single request impermissibly seeks literally thousands of

9   admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number

10  of .SQR files contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

11  Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is

12  the intent of this request, then to respond to this request, Defendants would have to analyze each

13  individual object in each fix or update contained within each master bundle.  Defendants,

14  therefore, object on the basis that this request is compound, overly broad and unduly burdensome

15  because it seeks an admission regarding thousands of separate activities that (1) involved many

16  thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

17  would require Defendants to review enormous volumes of business records to attempt to

18  determine an answer, if possible, for each of the numerous objects contained within the

19  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

20  Defendants' burden associated with responding to this request is substantially similar to the

21  burden for Plaintiffs to obtain the information sought through this request, especially because the

22  available documents, data and other information from which the answer, if any, could be derived

23  in response to this request have been produced by Defendants in response to Plaintiffs' other

24  discovery requests and thus any relevant, available information is now as equally accessible to

25  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

26  qualifications, Defendants respond as follows:

27          DENIED on the basis that Defendants have made a reasonable inquiry and based on the

28  information Defendants currently know or can readily obtain, Defendants have insufficient

1    information to admit or deny this request.

2    **REQUEST FOR ADMISSION NO. 676:**

3        Admit that for each Fix listed in Exhibit B which included an Online Object, TN tested at

4    least one Online Object in one Local Environment and then delivered Copies of that same Online

5    Object to more than one Customer without additionally testing them in the Local Environments of

6    each such Customer.

7    **RESPONSE TO REQUEST FOR ADMISSION NO. 676:**

8        Defendants object to this request on the grounds stated in the General Objections and

9    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10   respect to the information sought in this request because Defendants SAP AG and SAP America

11   have no additional knowledge separate and apart from the information provided by Defendant

12   TomorrowNow in this response.  Defendants object to the request because the terms

13   "tested/testing," "copies," "local environment," and "delivered" are subject to multiple meanings

14   and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrase "without

15   additionally testing them in the local environments of each such customer" as being subject to

16   multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit B lists the names

17   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

18   are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

19   master fixes are records that simply identify problems for which TomorrowNow generally

20   developed objects to resolve.   The object development often took place at the release level,

21   source level, and customer level.  If this request is actually asking for information related to each

22   and every online object included as part of a master fix, Defendants would have to analyze each

23   individual fix or update contained within each master fix.  Defendants, therefore, object to this

24   request as compound and unduly burdensome in that this request seeks information and activities

25   that (1) involved many thousands of objects, (2) involved numerous employees, (3) took place

26   over several years, and (4) would require Defendants to review substantial business records to

27   determine an answer, if possible, for each of the numerous numbers objects contained within the

28   fixes and updates, and Defendants' burden in doing so would be substantially similar to the

1   burden for Plaintiffs to do so given that the available information is at least as equally accessible

2   to Plaintiffs as it is to Defendants.

3          Subject to the General Objections and Responses and these specific objections, after a

4   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

5   sufficient knowledge and information to either admit or deny these requests, as the information

6   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

7   manner."  On this basis, therefore, these requests are DENIED.

8   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 676:**

9          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

10  General Objections noted above. Defendants' response is based solely on Defendant

11  TomorrowNow's knowledge with respect to the information sought in this request because

12  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

13  information provided by Defendant TomorrowNow in this response.  Defendants object to the

14  request because the terms "fix," "tested/testing," "copies," "local environment," and "delivered"

15  are capable of multiple meanings and thus, make this request overly broad, vague and ambiguous.

16  Defendants object to the phrase "without additionally testing them in the local environments of

17  each such customer" as being subject to multiple meanings and, as such, being vague and

18  ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

19  TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

20  included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

21  and "master bundles" are records that describe the issue to be addressed and then serve as a

22  record keeping device and reference for that issue and related activity TomorrowNow undertook

23  to address that issue.  The actual development of customer-specific objects included in customer-

24  specific fixes and updates was referenced to a "master bundle" or "master fix" record for

25  identification and record keeping purposes. Thus, if this request seeks an admission related to

26  each and every object related to each and every customer-specific fix or update that

27  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

28  admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

1   online objects contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs'

2   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is

3   the intent of this request, then to respond to this request, Defendants would have to analyze each

4   individual object in each fix or update contained within each master bundle.  Defendants,

5   therefore, object on the basis that this request is compound, overly broad and unduly burdensome

6   because it seeks an admission regarding thousands of separate activities that (1) involved many

7   thousands of objects, (2) involved numerous employees, (3) took place over several years, and (4)

8   would require Defendants to review enormous volumes of business records to attempt to

9   determine an answer, if possible, for each of the numerous objects contained within the

10  referenced fixes and updates.  Moreover, Defendants object to this request on the basis that

11  Defendants' burden associated with responding to this request is substantially similar to the

12  burden for Plaintiffs to obtain the information sought through this request, especially because the

13  available documents, data and other information from which the answer, if any, could be derived

14  in response to this request have been produced by Defendants in response to Plaintiffs' other

15  discovery requests and thus any relevant, available information is now as equally accessible to

16  Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and

17  qualifications, Defendants respond as follows:

18      DENIED on the basis that Defendants have made a reasonable inquiry and based on the

19  information Defendants currently know or can readily obtain, Defendants have insufficient

20  information to admit or deny this request.

21  **REQUEST FOR ADMISSION NO. 677:**

22      Admit that SAP TN used Araxis Merge to compare code in at least two Local

23  Environments installed from media originally provided by at least two different Customers as part

24  of Developing at least one Fix Object delivered to a Customer as part of each Fix listed in Exhibit

25  B.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 677:**

27      Defendants object to this request on the grounds stated in the General Objections and

28  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms "used,"

4   "compare," "code," "local environments," "developing," and "delivered" are subject to multiple

5   meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object to the phrase

6   "to compare code in at least two local environments installed from media originally provided by

7   at least two different customers" as being subject to multiple meanings and, as such, being vague

8   and ambiguous.  Defendants further object to the term "Fix Object" as overly broad, vague, and

9   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

10   the undefined term "object" was used in "Fix Object's" place.  Further, Exhibit B lists the names

11   of master fixes as that term was used by TomorrowNow in the SAS database.  The master fixes

12   are not the actual objects that are developed for TomorrowNow customers.  Master bundles and

13   master fixes are records that simply identify problems for which TomorrowNow generally

14   developed objects to resolve.   The object development often took place at the release level,

15   source level, and customer level.  If this request is actually asking for information related to each

16   and every object TomorrowNow developed, this number is more in line with the 33,185 listed in

17   Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG, SAP

18   America, and TomorrowNow.  To respond to this question, Defendants would have to analyze

19   each individual object in each fix or update contained within each master bundle.  Defendants,

20   therefore, object to this request as compound and unduly burdensome in that this request seeks

21   information and activities that (1) involved many thousands of objects, (2) involved numerous

22   employees, (3) took place over several years, and (4) would require Defendants to review

23   substantial business records to determine an answer, if possible, for each of the numerous

24   numbers of objects contained within the fixes and updates, and Defendants' burden in doing so

25   would be substantially similar to the burden for Plaintiffs to do so given that the available

26   information is at least as equally accessible to Plaintiffs as it is to Defendants.

27        Subject to the General Objections and Responses and these specific objections, after a

28   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

1    sufficient knowledge and information to either admit or deny these requests, as the information

2    sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

3    manner."  On this basis, therefore, these requests are DENIED.

4    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 677:**

5            Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

6    General Objections noted above. Defendants' response is based solely on Defendant

7    TomorrowNow's knowledge with respect to the information sought in this request because

8    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

9    information provided by Defendant TomorrowNow in this response.  Defendants object to the

10   request because the terms "fix," "used," "compare," "code," "local environments," "developing,"

11   and "delivered" are capable of multiple meanings and thus, make this request overly broad, vague

12   and ambiguous.  Defendants object to the phrase "to compare code in at least two local

13   environments installed from media originally provided by at least two different customers" as

14   being subject to multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit B

15   lists the names of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

16   TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

17   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

18   describe the issue to be addressed and then serve as a record keeping device and reference for that

19   issue and related activity TomorrowNow undertook to address that issue.  The actual

20   development of customer-specific objects included in customer-specific fixes and updates was

21   referenced to a "master bundle" or "master fix" record for identification and record keeping

22   purposes. Thus, if this request seeks an admission related to each and every object related to each

23   and every customer-specific fix or update that TomorrowNow developed, then this single request

24   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

25   impermissibly seek regarding the large number of objects contained within the 33,185 objects

26   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

27   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

28   request, Defendants would have to analyze each individual object in each fix or update contained

1   within each master bundle.  Defendants, therefore, object on the basis that this request is

2   compound, overly broad and unduly burdensome because it seeks an admission regarding

3   thousands of separate activities that (1) involved many thousands of objects, (2) involved

4   numerous employees, (3) took place over several years, and (4) would require Defendants to

5   review enormous volumes of business records to attempt to determine an answer, if possible, for

6   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

7   Defendants object to this request on the basis that Defendants' burden associated with responding

8   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

9   through this request, especially because the available documents, data and other information from

10  which the answer, if any, could be derived in response to this request have been produced by

11  Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

12  information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

13  without waiving the foregoing objections and qualifications, Defendants respond as follows:

14       DENIED on the basis that Defendants have made a reasonable inquiry and based on the

15  information Defendants currently know or can readily obtain, Defendants have insufficient

16  information to admit or deny this request.

17  **REQUEST FOR ADMISSION NO. 678:**

18       Admit that SAP TN used Araxis Merge to compare code in at least two Local

19  Environments installed from media originally provided by at least two different Customers as part

20  of testing at least one Fix Object delivered to a Customer as part of each Fix listed in Exhibit B.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 678:**

22       Defendants object to this request on the grounds stated in the General Objections and

23  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

24  respect to the information sought in this request because Defendants SAP AG and SAP America

25  have no additional knowledge separate and apart from the information provided by Defendant

26  TomorrowNow in this response.  Defendants object to the request because the terms "used,"

27  "compare," "code," "local environments," "testing," and "delivered" are subject to multiple

28  meanings and, as such, are overly broad, vague, and ambiguous.  Defendants further object to the

1    term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

2    "discrete unit of code." Defendants respond as if the undefined term "object" was used in "Fix

3    Object's" place. Further, Exhibit B lists the names of master fixes as that term was used by

4    TomorrowNow in the SAS database. The master fixes are not the actual objects that are

5    developed for TomorrowNow customers. Master bundles and master fixes are records that

6    simply identify problems for which TomorrowNow generally developed objects to resolve. The

7    object development often took place at the release level, source level, and customer level. If this

8    request is actually asking for information related to each and every object TomorrowNow

9    developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

10   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow. To

11   respond to this question, Defendants would have to analyze each individual object in each fix or

12   update contained within each master bundle. Defendants, therefore, object to this request as

13   compound and unduly burdensome in that this request seeks information and activities that (1)

14   involved many thousands of objects, (2) involved numerous employees, (3) took place over

15   several years, and (4) would require Defendants to review substantial business records to

16   determine an answer, if possible, for each of the numerous numbers of objects contained within

17   the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

18   burden for Plaintiffs to do so given that the available information is at least as equally accessible

19   to Plaintiffs as it is to Defendants.

20        Subject to the General Objections and Responses and these specific objections, after a

21   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

22   sufficient knowledge and information to either admit or deny these requests, as the information

23   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

24   manner." On this basis, therefore, these requests are DENIED.

25   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 678:**

26        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

27   General Objections noted above. Defendants' response is based solely on Defendant

28   TomorrowNow's knowledge with respect to the information sought in this request because

1    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

2    information provided by Defendant TomorrowNow in this response.  Defendants object to the

3    request because the terms "fix," "used," "compare," "code," "local environments," "testing," and

4    "delivered" are capable of multiple meanings and thus, make this request overly broad, vague and

5    ambiguous.  Defendants object to the phrase "to compare code in at least two local environments

6    installed from media originally provided by at least two different customers" as being subject to

7    multiple meanings and, as such, being vague and ambiguous.  Further, Exhibit B lists the names

8    of "master fixes" as that phrase was used by TomorrowNow in the SAS database.

9    TomorrowNow's "master fixes" are not the actual objects included in fixes or updates that are

10   developed for TomorrowNow's customers.  "Master fixes" and "master bundles" are records that

11   describe the issue to be addressed and then serve as a record keeping device and reference for that

12   issue and related activity TomorrowNow undertook to address that issue.  The actual

13   development of customer-specific objects included in customer-specific fixes and updates was

14   referenced to a "master bundle" or "master fix" record for identification and record keeping

15   purposes. Thus, if this request seeks an admission related to each and every object related to each

16   and every customer-specific fix or update that TomorrowNow developed, then this single request

17   impermissibly seeks literally thousands of admissions similar to the admissions Plaintiffs

18   impermissibly seek regarding the large number of objects contained within the 33,185 objects

19   listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for Admissions to SAP AG,

20   SAP America, and TomorrowNow.  If that is the intent of this request, then to respond to this

21   request, Defendants would have to analyze each individual object in each fix or update contained

22   within each master bundle.  Defendants, therefore, object on the basis that this request is

23   compound, overly broad and unduly burdensome because it seeks an admission regarding

24   thousands of separate activities that (1) involved many thousands of objects, (2) involved

25   numerous employees, (3) took place over several years, and (4) would require Defendants to

26   review enormous volumes of business records to attempt to determine an answer, if possible, for

27   each of the numerous objects contained within the referenced fixes and updates.  Moreover,

28   Defendants object to this request on the basis that Defendants' burden associated with responding

1   to this request is substantially similar to the burden for Plaintiffs to obtain the information sought

2   through this request, especially because the available documents, data and other information from

3   which the answer, if any, could be derived in response to this request have been produced by

4   Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

5   information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and

6   without waiving the foregoing objections and qualifications, Defendants respond as follows:

7        DENIED on the basis that Defendants have made a reasonable inquiry and based on the

8   information Defendants currently know or can readily obtain, Defendants have insufficient

9   information to admit or deny this request.

10  **REQUEST FOR ADMISSION NO. 679:**

11       Admit that in Developing at least one Fix Object delivered to a Customer as part of each

12  Fix listed in Exhibit B, SAP TN used Araxis Merge to compare code in at least two Local

13  Environments that SAP TN built from software obtained from Customers other than at least one

14  Customer who received the Fix Object.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 679:**

16       Defendants object to this request on the grounds stated in the General Objections and

17  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

18  respect to the information sought in this request because Defendants SAP AG and SAP America

19  have no additional knowledge separate and apart from the information provided by Defendant

20  TomorrowNow in this response.  Defendants object to the request because the terms "used,"

21  "compare," "code," "local environments," "developing," "received," and "delivered" are subject

22  to multiple meanings and, as such, are overly broad, vague, and ambiguous.  Defendants further

23  object to the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the

24  phrase "discrete unit of code."  Defendants respond as if the undefined term "object" was used in

25  "Fix Object's" place.  Further, Exhibit B lists the names of master fixes as that term was used by

26  TomorrowNow in the SAS database.  The master fixes are not the actual objects that are

27  developed for TomorrowNow customers.  Master bundles and master fixes are records that

28  simply identify problems for which TomorrowNow generally developed objects to resolve.  The

1   object development often took place at the release level, source level, and customer level.  If this

2   request is actually asking for information related to each and every object TomorrowNow

3   developed, this number is more in line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs'

4   Third Set of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  To

5   respond to this question, Defendants would have to analyze each individual object in each fix or

6   update contained within each master bundle.  Defendants, therefore, object to this request as

7   compound and unduly burdensome in that this request seeks information and activities that (1)

8   involved many thousands of objects, (2) involved numerous employees, (3) took place over

9   several years, and (4) would require Defendants to review substantial business records to

10  determine an answer, if possible, for each of the numerous numbers of objects contained within

11  the fixes and updates, and Defendants' burden in doing so would be substantially similar to the

12  burden for Plaintiffs to do so given that the available information is at least as equally accessible

13  to Plaintiffs as it is to Defendants.

14          Subject to the General Objections and Responses and these specific objections, after a

15  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16  sufficient knowledge and information to either admit or deny these requests, as the information

17  sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

18  manner."  On this basis, therefore, these requests are DENIED.

19  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 679:**

20          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

21  General Objections noted above. Defendants' response is based solely on Defendant

22  TomorrowNow's knowledge with respect to the information sought in this request because

23  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

24  information provided by Defendant TomorrowNow in this response.  Defendants object to the

25  request because the terms "used," "compare," "code," "local environments," "developing,"

26  "received," and "delivered" are capable of multiple meanings and thus, make this request overly

27  broad, vague and ambiguous.  Defendants object that the phrase "built from software obtained

28  from customers other than at least one customer who received the fix object" is vague and

1   ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

2   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

3   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

4   and "master bundles" are records that describe the issue to be addressed and then serve as a

5   record keeping device and reference for that issue and related activity TomorrowNow undertook

6   to address that issue.  The actual development of customer-specific objects included in customer-

7   specific fixes and updates was referenced to a "master bundle" or "master fix" record for

8   identification and record keeping purposes. Thus, if this request seeks an admission related to

9   each and every object related to each and every customer-specific fix or update that

10  TomorrowNow developed, then this single request impermissibly seeks literally thousands of

11  admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

12  objects contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

13  of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent

14  of this request, then to respond to this request, Defendants would have to analyze each individual

15  object in each fix or update contained within each master bundle.  Defendants, therefore, object

16  on the basis that this request is compound, overly broad and unduly burdensome because it seeks

17  an admission regarding thousands of separate activities that (1) involved many thousands of

18  objects, (2) involved numerous employees, (3) took place over several years, and (4) would

19  require Defendants to review enormous volumes of business records to attempt to determine an

20  answer, if possible, for each of the numerous objects contained within the referenced fixes and

21  updates.  Moreover, Defendants object to this request on the basis that Defendants' burden

22  associated with responding to this request is substantially similar to the burden for Plaintiffs to

23  obtain the information sought through this request, especially because the available documents,

24  data and other information from which the answer, if any, could be derived in response to this

25  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

26  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

27  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

28  Defendants respond as follows:

1   DENIED on the basis that Defendants have made a reasonable inquiry and based on the

2   information Defendants currently know or can readily obtain, Defendants have insufficient

3   information to admit or deny this request.

4   **REQUEST FOR ADMISSION NO. 680**:

5   Admit that in testing at least one Fix Object delivered to a Customer as part of each Fix

6   listed in Exhibit B, SAP TN used Araxis Merge to compare code in at least two Local

7   Environments that SAP TN built from software obtained from Customers other than at least one

8   Customer who received the Fix Object.

9   **RESPONSE TO REQUEST FOR ADMISSION NO. 680**:

10   Defendants object to this request on the grounds stated in the General Objections and

11   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12   respect to the information sought in this request because Defendants SAP AG and SAP America

13   have no additional knowledge separate and apart from the information provided by Defendant

14   TomorrowNow in this response.  Defendants object to the request because the terms "used,"

15   "compare," "code," "local environments," "testing," and "received" are subject to multiple

16   meanings and, as such, are overly broad, vague, and ambiguous.  Defendants object that the

17   phrase "built from software obtained from customers other than at least one customer who

18   received the fix object" is vague and ambiguous.  Defendants further object to the term "Fix

19   Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

20   of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

21   Further, Exhibit B lists the names of master fixes as that term was used by TomorrowNow in the

22   SAS database.  The master fixes are not the actual objects that are developed for TomorrowNow

23   customers.  Master bundles and master fixes are records that simply identify problems for which

24   TomorrowNow generally developed objects to resolve.   The object development often took place

25   at the release level, source level, and customer level.  If this request is actually asking for

26   information related to each and every object TomorrowNow developed, this number is more in

27   line with the 33,185 listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set of Requests for

28   Admissions to SAP AG, SAP America, and TomorrowNow.  To respond to this question,

1    Defendants would have to analyze each individual object in each fix or update contained within

2    each master bundle.  Defendants, therefore, object to this request as compound and unduly

3    burdensome in that this request seeks information and activities that (1) involved many thousands

4    of objects, (2) involved numerous employees, (3) took place over several years, and (4) would

5    require Defendants to review substantial business records to determine an answer, if possible, for

6    each of the numerous numbers of objects contained within the fixes and updates, and Defendants'

7    burden in doing so would be substantially similar to the burden for Plaintiffs to do so given that

8    the available information is at least as equally accessible to Plaintiffs as it is to Defendants.

9         Subject to the General Objections and Responses and these specific objections, after a

10   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

11   sufficient knowledge and information to either admit or deny these requests, as the information

12   sought was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable

13   manner."  On this basis, therefore, these requests are DENIED.

14   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 680:**

15        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

16   General Objections noted above. Defendants' response is based solely on Defendant

17   TomorrowNow's knowledge with respect to the information sought in this request because

18   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

19   information provided by Defendant TomorrowNow in this response.  Defendants object to the

20   request because the terms "used," "compare," "code," "local environments," "delivered,"

21   "received," and "testing" are capable of multiple meanings and thus, make this request overly

22   broad, vague and ambiguous.  Defendants object that the phrase "built from software obtained

23   from customers other than at least one customer who received the fix object" is vague and

24   ambiguous.  Further, Exhibit B lists the names of "master fixes" as that phrase was used by

25   TomorrowNow in the SAS database.  TomorrowNow's "master fixes" are not the actual objects

26   included in fixes or updates that are developed for TomorrowNow's customers.  "Master fixes"

27   and "master bundles" are records that describe the issue to be addressed and then serve as a

28   record keeping device and reference for that issue and related activity TomorrowNow undertook

1    to address that issue.  The actual development of customer-specific objects included in customer-

2    specific fixes and updates was referenced to a "master bundle" or "master fix" record for

3    identification and record keeping purposes. Thus, if this request seeks an admission related to

4    each and every object related to each and every customer-specific fix or update that

5    TomorrowNow developed, then this single request impermissibly seeks literally thousands of

6    admissions similar to the admissions Plaintiffs impermissibly seek regarding the large number of

7    objects contained within the 33,185 objects listed in Plaintiffs' Exhibit D to Plaintiffs' Third Set

8    of Requests for Admissions to SAP AG, SAP America, and TomorrowNow.  If that is the intent

9    of this request, then to respond to this request, Defendants would have to analyze each individual

10   object in each fix or update contained within each master bundle.  Defendants, therefore, object

11   on the basis that this request is compound, overly broad and unduly burdensome because it seeks

12   an admission regarding thousands of separate activities that (1) involved many thousands of

13   objects, (2) involved numerous employees, (3) took place over several years, and (4) would

14   require Defendants to review enormous volumes of business records to attempt to determine an

15   answer, if possible, for each of the numerous objects contained within the referenced fixes and

16   updates.  Moreover, Defendants object to this request on the basis that Defendants' burden

17   associated with responding to this request is substantially similar to the burden for Plaintiffs to

18   obtain the information sought through this request, especially because the available documents,

19   data and other information from which the answer, if any, could be derived in response to this

20   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

21   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

22   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

23   Defendants respond as follows:

24         DENIED on the basis that Defendants have made a reasonable inquiry and based on the

25   information Defendants currently know or can readily obtain, Defendants have insufficient

26   information to admit or deny this request.

27   **REQUEST FOR ADMISSION NO. 681:**

28         Admit that prior to this litigation no Defendant ever disclosed to any SAP TN Customer

1   unduly burdensome to respond to the millions of discrete subparts subsumed in this overly broad,

2   very general request.

3       Subject to the General Objections and Responses and these specific objections,

4   Defendants are not able to admit or deny this compound, overly broad, and unduly burdensome

5   request based on the information stated and so must DENY on that basis.   However, Defendants

6   remain willing to negotitate with Plaintiffs in an attempt to reach a reasonable bilateral agreement

7   regarding authentication of documents in this case.

8

9   Dated:  October 19, 2009                    JONES DAY

10

11                                      By:  /s/ Jason McDonell
                                            Jason McDonell
12
                                        Counsel for Defendants
13                                      SAP AG, SAP AMERICA, INC., and
                                        TOMORROWNOW, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Laurie Paige Burns, declare:

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 California Street, 26th Floor, San Francisco, California 94104.  On October 19, 2009, I served a copy of the attached document(s):

**DEFENDANTS' SECOND AMENDED AND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANTS TOMORROWNOW, INC., SAP AG, AND SAP AMERICA, INC.**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett, Esq.
Geoffrey M. Howard, Esq.
Holly A. House, Esq.
Zachary J. Alinder, Esq.
Bree Hann, Esq.
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*donn.pickett@bingham.com*
*geoff.howard@bingham.com*
*holly.house@bingham.com*
*zachary.alinder@bingham.com*
*bree.hann@bingham.com*

Executed on October 19, 2009, at San Francisco, California.

By: _Laurie Paige Burns_
Laurie Paige Burns

HUI-119795v2

DEFENDANTS' 2nd AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 2ND OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)