EXHIBIT X

Dockets.Justia.com

1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway
   M/S 5op7
11 Redwood City, CA  94070
   Telephone:  (650) 506-4846
12 Facsimile:   (650) 506-7114
   dorian.daley@oracle.com
13 jennifer.gloss@oracle.com

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corporation, and
15 Oracle EMEA Limited

16                 UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19

20 ORACLE USA, INC., et al.,          Case No. 07-CV-1658 PJH (EDL)

21          Plaintiffs,               **PLAINTIFFS' THIRD SET OF
        v.                            REQUESTS FOR ADMISSION TO
22                                    DEFENDANTS TOMORROWNOW,
   SAP AG, et al.,                    INC., SAP AG, AND SAP AMERICA,
23                                    INC.**
          Defendants.
24

25

26

27

28

| | | |
|---|---|---|
| 1 | **PROPOUNDING PARTY:** | Plaintiffs |
| 2 | | |
| 3 | **RESPONDING PARTY:** | TomorrowNow, Inc., SAP AG, and SAP America, Inc. |
| 4 | **SET NUMBER:** | Three |

5    Pursuant to Federal Rule of Civil Procedure 36 and the Local Rules of the U.S.

6  District Court for the Northern District of California, plaintiffs Oracle USA, Inc., Oracle

7  International Corporation, and Oracle EMEA Limited ("Oracle") propound the following

8  requests for admission to Defendants TomorrowNow, Inc., SAP AG, and SAP America, Inc.

9  (collectively, "Defendants"), to which Defendants are required to respond within 30 days of

10  service of these requests.  Pursuant to Federal Rule of Civil Procedure 36(a), Defendants' failure

11  to timely respond to the requests for admission will result in each request being deemed

12  admitted.

13                                  **<u>DEFINITIONS</u>**

14    Unless otherwise indicated, the following definitions shall apply to each of the Requests

15  for Admission below.

16    1.    The use of the singular form of any word includes the plural and vice

17  versa.  The past tense shall include the present tense and vice versa.  The masculine gender

18  includes the feminine and neuter genders; the neuter gender includes the masculine and feminine

19  genders.

20    2.    "All," "any," and "each" shall be construed as "any and every."

21    3.    "And" and "or," as used herein, shall be construed both conjunctively and

22  disjunctively and each shall include the other whenever such construction will serve to bring

23  within the scope of these Requests any information that would not otherwise be brought within

24  their scope.

25    4.    "Copy" in the noun form shall mean a copy, duplication, clone, backup,

26  download, restore, and/or a compressed copy, and in the verb form shall mean to copy, duplicate,

27  clone, backup, download, and/or restore.

28    5.    "Customer" refers to Defendants' current and former customers and

1

PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANTS

1   clients, including without limitation all customers ever listed or described on SAP TN's website.

2         6.     "Customer Connection" means the Oracle-maintained support website for

3   PeopleSoft and JD Edwards customers and all associated Software and Support Materials,

4   hardware, software, physical server locations, and internet protocol addresses.

5         7.     "Database" shall mean and include those components of a PeopleSoft

6   Environment generally referred to by the "DATABASE_RESTORE" field in BakTrak, as

7   produced by Defendants at TN-OR06125330, and including PeopleSoft metadata, tables,

8   indexes, PeopleCode, definitions, and application engine files.

9         8.     "Defendant(s)" shall mean defendants SAP AG, SAP America, Inc., and

10  TomorrowNow, Inc.

11        9.     "Develop," "Developed," or other forms of the word shall mean to

12  modify, alter, write, create, generate, code, or program any software file or other discrete unit of

13  software code.

14        10.    "Download" means any duplication, Copying, transfer, or replication, in

15  whole or in part, of any file, document, data, or other information from an outside source

16  connected through the internet to a computer, server, or network that is part of another Person's

17  computer infrastructure or subject to that Person's control.

18        11.    "Employee(s)" means past and present officers, executives, directors,

19  employees, attorneys, agents, representatives, and other Persons acting or purporting to act on

20  behalf of the entity to which the term refers.

21        12.    "Environment" shall mean any full or partial install of a PeopleSoft

22  application, and may include the PS_Home portion only, the Database portion only, or both

23  together.

24        13.    "Fix" means any software application patch, fix, code change, or update,

25  including bug fixes, tax or regulatory updates or bundles, their constituent discrete units of code,

26  data files, or any other instructional documentation or item.

27        14.    "Fix Object" means any discrete unit of code that can contain functions,

28  data, variables, and/or other data structures, including PeopleCode objects, fields, records, pages,

2

PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANTS

1    menus, components, messages, panels, stored statements, panel groups, rule packages, COBOL

2    source code files, COBOL executables, SQR files, SQC files, writer files, Crystal Reports files,

3    SQL scripts, database creation scripts, DAT files, DMS files, project files, batch files,

4    configuration files, or other similar units of code contained in the PeopleSoft or JD Edwards

5    products serviced or supported by any Defendant.

6         15.    "Generic Environment" means any Local Environment named without

7    reference to any specific Customer (e.g., HR751CSS).

8         16.    "Including" shall be construed to mean "including without limitation" or

9    "including, but not limited to."

10        17.    "Intellectual Property" shall be treated as that term is generally defined

11   and understood and includes, but is not limited to, Oracle-branded applications and/or associated

12   Software and Support Materials (as defined below) as well as software applications and/or

13   associated Software and Support Materials that are PeopleSoft-branded, JD Edwards-branded, or

14   Siebel-branded.

15        18.    "Local Environment" shall mean any Environment ever installed on,

16   maintained on, or which ever resided or was present on any computer, storage device, or any

17   other electronic media that was ever in the possession, custody, or control of any Defendant.

18        19.    "Online Objects" shall mean and include the following types of

19   components of a PeopleSoft Environment: PeopleCode objects, fields, records, pages, menus,

20   components, messages, panels, stored statements, panel groups, and/or rule packages.

21        20.    "Oracle" means plaintiffs Oracle USA, Inc., Oracle International

22   Corporation, and Oracle EMEA Limited, their predecessors, successors, employees, directors,

23   managers, consultants, agents, and any other Person acting on their behalf.

24        21.     "PeopleSoft Customers" means Customers for whom TomorrowNow,

25   Inc. ever provided any support or maintenance services for PeopleSoft software applications.

26        22.    "Person(s)" means, without limitation, any individual or entity.

27        23.    "PS_Home" shall mean and include those components of a PeopleSoft

28   Environment generally referred to by the "NT_RESTORE" and "UNIX_RESTORE" fields in

1  BakTrak, as produced by Defendants at TN-OR06125330, and including application files,

2  PeopleTools, COBOLs, SQRs, writer files, SQL scripts, DMS scripts, Crystal Report files, and

3  configuration files.

4        24.     "Registered Works" means the works identified in paragraphs 153 and 155

5  of the Third Amended Complaint and including as identified in Oracle's production on Exhibit Z,

6  and any subsequently added copyright registrations in any later amended complaint.

7        25.     "Rimini Street" means Rimini Street, Inc., its predecessors, successors,

8  employees, directors, managers, consultants, agents, and any other Person acting on its behalf.

9        26.     "SAP" means defendants SAP AG, SAP America, Inc., their predecessors,

10  successors, employees, directors, managers, consultants, agents, and any other Person acting on

11  their behalf.

12        27.     "SAP America" means defendant SAP America, Inc., its predecessors,

13  successors, employees, directors, managers, consultants, agents, and any other Person acting on

14  its behalf.

15        28.     "SAP AG" means defendant SAP AG, its predecessors, successors,

16  employees, directors, managers, consultants, agents, and any other Person acting on its behalf.

17        29.     "SAP IP" means all copyright registrations related to all releases of all

18  applications contained within SAP's Business Suite, including, but not limited to, SAP's

19  Enterprise Resource Planning, Customer Relationship Management, Product Lifetime

20  Management, Supply Chain Management, and Supplier Relationship Management applications.

21  For the avoidance of doubt, this includes all registrations related to SAP R/3 4.0B, SAP R/3

22  4.5B, SAP R/3 4.6B, SAP R/3 4.6C, SAP R/3 4.70, SAP ECC 5.0 ERP, and SAP ECC 6.0 ERP.

23        30.     "SAP TN" means defendant TomorrowNow, Inc., its predecessors,

24  successors, employees, directors, managers, consultants, agents, and any other Person acting on

25  its behalf.

26        31.     "Software and Support Materials" means, without limitation, all program

27  updates, software updates, bug fixes, patches, custom solutions, and instructional materials,

28  created or owned by Oracle, or derived from, copied from, or based on any such materials,

PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANTS

including by SAP AG, SAP America, or SAP TN, across the entire family of PeopleSoft-, JD Edwards-, and Siebel-branded products.

32.   "Update" means any software application patch, fix, or update, including bug fixes, tax or regulatory updates or bundles, their constituent discrete units of code, data files, or any other instructional documentation or item.

## REQUESTS FOR ADMISSION

**REQUEST NO. 1.**

Admit that TN Hard Drive 78, produced as TN-OR04497668, satisfies the authenticity requirements of Rule 901(a) of the Federal Rules of Evidence.

**REQUEST NO. 2.**

For each item 1-4337 on Exhibit C, admit that the listed directory is present on TN-OR04497668.

**REQUEST NO. 3.**

For each item 1-4337 on Exhibit C, admit that the listed file or folder is present on TN-OR04497668 in the directory listed for the respective item.

**REQUEST NO. 4.**

For each item 1-4337 on Exhibit C, admit that a Copy of the listed file or folder is or was present on SAP TN server MAIL03.

**REQUEST NO. 5.**

For each item 1-4337 on Exhibit C, admit that the listed recipient is an entity listed on Defendant

PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANTS

# Exhibit D

Exhibit D

| Item | File or Folder | Recipient | Fix Object |
|---|---|---|---|
| 1 | Mail03\ClientFix\0104051002\BRH-TN-0104051002\BRH-TN-0104051002.ZIP | Berkshire Realty Holdings, L.P. | BRH-TN-0104051002\0104051002\0104051002_BATCH\data\UPD0104051002_TN.dat |
| 2 | Mail03\ClientFix\0104051002\BSC-TN-0104051002\BSC-TN-0104051002.ZIP | Bear Stearns & Co., Inc. | BSC-TN-0104051002\0104051002\0104051002_BATCH\data\UPD0104051002_TN.dat |
| 3 | Mail03\ClientFix\0104051002\BYU-TN-0104051002\BYU-TN-0104051002.ZIP | Brigham Young University | BYU-TN-0104051002\0104051002\0104051002_BATCH\data\UPD0104051002_TN.dat |
| 4 | Mail03\ClientFix\0104051002\NCL-TN-0104051002\NCL-TN-0104051002.ZIP | Norwegian Cruise Lines Ltd. | NCL-TN-0104051002\0104051002\0104051002_BATCH\data\UPD0104051002_TN.dat |
| 5 | Mail03\ClientFix\0104051002\USA-TN-0104051002\USA-TN-0104051002.ZIP | United Space Alliance | USA-TN-0104051002\0104051002\0104051002_BATCH\data\UPD0104051002_TN.dat |
| 6 | Mail03\ClientFix\0104054962\ACT-TN-0104054962\ACT-TN-0104054962.ZIP | AC Transit | ACT-TN-0104054962\0104054962\0104054962_BATCH\data\UPD0104054962_TN.DAT |
| 7 | Mail03\ClientFix\0104054962\BRH-TN-0104054962\BRH-TN-0104054962.ZIP | Berkshire Realty Holdings, L.P. | BRH-TN-0104054962\0104054962\0104054962_BATCH\data\UPD0104054962_TN.DAT |
| 8 | Mail03\ClientFix\0104054962\BSC-TN-0104054962\BSC-TN-0104054962.ZIP | Bear Stearns & Co., Inc. | BSC-TN-0104054962\0104054962\0104054962_BATCH\data\UPD0104054962_TN.DAT |
| 9 | Mail03\ClientFix\0104054962\BYU-TN-0104054962\BYU-TN-0104054962.ZIP | Brigham Young University | BYU-TN-0104054962\0104054962\0104054962_BATCH\data\UPD0104054962_TN.DAT |
| 10 | Mail03\ClientFix\0104054962\NCL-TN-0104054962\NCL-TN-0104054962.ZIP | Norwegian Cruise Lines Ltd. | NCL-TN-0104054962\0104054962\0104054962_BATCH\data\UPD0104054962_TN.DAT |
| 11 | Mail03\ClientFix\0104054962\UNO-TN-0104054962\UNO-TN-0104054962.ZIP | University of New Orleans | UNO-TN-0104054962\0104054962\0104054962_BATCH\data\UPD0104054962_TN.DAT |
| 12 | Mail03\ClientFix\0104054962\UOM-TN-0104054962\UOM-TN-0104054962.ZIP | University of Massachusetts | UOM-TN-0104054962\0104054962\0104054962_BATCH\data\UPD0104054962_TN.DAT |
| 13 | Mail03\ClientFix\0104054962\USA-TN-0104054962\USA-TN-0104054962.ZIP | United Space Alliance | USA-TN-0104054962\0104054962\0104054962_BATCH\data\UPD0104054962_TN.DAT |
| 14 | Mail03\ClientFix\0128055737\BRH-TN-0128055737\BRH-TN-0128055737.ZIP | Berkshire Realty Holdings, L.P. | BRH-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_1_TN.DAT |
| 15 | Mail03\ClientFix\0128055737\BRH-TN-0128055737\BRH-TN-0128055737.ZIP | Berkshire Realty Holdings, L.P. | BRH-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_TN.DAT |
| 16 | Mail03\ClientFix\0128055737\BSC-TN-0128055737\BSC-TN-0128055737.ZIP | Bear Stearns & Co., Inc. | BSC-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_1_TN.DAT |
| 17 | Mail03\ClientFix\0128055737\BSC-TN-0128055737\BSC-TN-0128055737.ZIP | Bear Stearns & Co., Inc. | BSC-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_TN.DAT |
| 18 | Mail03\ClientFix\0128055737\BYU-TN-0128055737\BYU-TN-0128055737.ZIP | Brigham Young University | BYU-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_1_TN.DAT |
| 19 | Mail03\ClientFix\0128055737\BYU-TN-0128055737\BYU-TN-0128055737.ZIP | Brigham Young University | BYU-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_TN.DAT |
| 20 | Mail03\ClientFix\0128055737\NCL-TN-0128055737\NCL-TN-0128055737.ZIP | Norwegian Cruise Lines Ltd. | NCL-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_1_TN.DAT |
| 21 | Mail03\ClientFix\0128055737\NCL-TN-0128055737\NCL-TN-0128055737.ZIP | Norwegian Cruise Lines Ltd. | NCL-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_TN.DAT |
| 22 | Mail03\ClientFix\0128055737\USA-TN-0128055737\USA-TN-0128055737.ZIP | United Space Alliance | USA-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_1_TN.DAT |
| 23 | Mail03\ClientFix\0128055737\USA-TN-0128055737\USA-TN-0128055737.ZIP | United Space Alliance | USA-TN-0128055737\0128055737\0128055737_BATCH\data\UPD0128055737_TN.DAT |
| 24 | Mail03\ClientFix\0131056252\BRH-TN-0131056252\BRH-TN-0131056252.ZIP | Berkshire Realty Holdings, L.P. | BRH-TN-0131056252\0131056252\0131056252_BATCH\data\UPD0131056252_TN.DAT |
| 25 | Mail03\ClientFix\0131056252\BSC-TN-0131056252\BSC-TN-0131056252.ZIP | Bear Stearns & Co., Inc. | BSC-TN-0131056252\0131056252\0131056252_BATCH\data\UPD0131056252_TN.DAT |
| 26 | Mail03\ClientFix\0131056252\BYU-TN-0131056252\BYU-TN-0131056252.ZIP | Brigham Young University | BYU-TN-0131056252\0131056252\0131056252_BATCH\data\UPD0131056252_TN.DAT |
| 27 | Mail03\ClientFix\0131056252\CWS-TN-0131056252\CWS-TN-0131056252.ZIP | California Water Services | CWS-TN-0131056252\0131056252\0131056252_BATCH\data\UPD0131056252_TN.DAT |
| 28 | Mail03\ClientFix\0131056252\NCL-TN-0131056252\NCL-TN-0131056252.ZIP | Norwegian Cruise Lines Ltd. | NCL-TN-0131056252\0131056252\0131056252_BATCH\data\UPD0131056252_TN.DAT |
| 29 | Mail03\ClientFix\0304076046\SKY-TN-0304076046\SKY-TN-0304076046.zip | Sky City Entertainment Group Limited | SKY-TN-0304076046\TN-0304076046\TN-0304076046_BATCH\Data\tn076046_dat.dat |
| 30 | Mail03\ClientFix\0411053569\ADV-TN-0411053569\ADV-TN-0411053569.ZIP | Advance Auto Parts | ADV-TN-0411053569\0411053569\0411053569_BATCH\data\UPD0411053569_TN.DAT |
| 31 | Mail03\ClientFix\0411053569\BRH-TN-0411053569\BRH-TN-0411053569.ZIP | Berkshire Realty Holdings, L.P. | BRH-TN-0411053569\0411053569\0411053569_BATCH\data\UPD0411053569_TN.DAT |
| 32 | Mail03\ClientFix\0411053569\BSC-TN-0411053569\BSC-TN-0411053569.ZIP | Bear Stearns & Co., Inc. | BSC-TN-0411053569\0411053569\0411053569_BATCH\data\UPD0411053569_TN.DAT |
| 33 | Mail03\ClientFix\0411053569\CKE-TN-0411053569\CKE-TN-0411053569.ZIP | CKE Restaurants, Inc. | CKE-TN-0411053569\0411053569\0411053569_BATCH\data\UPD0411053569_TN.DAT |

Exhibit D

| 33182 | Mail03\ClientFix\TN-PY08MAR\UOM-TN-PY08MAR\UOM-TN-PY08MAR.zip | University of Massachusetts | PY08MAR\PY08MAR_BATCH\src\cbl\base\PSPTCALC.cbl |
|---|---|---|---|
| 33183 | Mail03\ClientFix\TN-PY08MAR\WAK-TN-PY08MAR\WAK-TN-PY08MAR.zip | Wakefern Food Corporation | PY08MAR\PY08MAR_BATCH\src\cbl\base\PSPTCALC.cbl |
| 33184 | Mail03\ClientFix\TN-PY08MAR\WAK-TN-PY08MAR\WAK-TN-PY08MAR.zip | Wakefern Food Corporation | PY08MAR\PY08MAR_BATCH\src\cbl\base\PSPUSTAX.cbl |
| 33185 | Mail03\ClientFix\TN-PY08MAR\WMI-TN-PY08MAR\WMI-TN-PY08MAR.zip | USA Waste Management Resources, LLC | PY08MAR\PY08MAR_BATCH\src\cbl\base\PSPTCALC.cbl |
| 33186 | Mail03\ClientFix\TN-PY08MAR\WMI-TN-PY08MAR\WMI-TN-PY08MAR.zip | USA Waste Management Resources, LLC | PY08MAR\PY08MAR_BATCH\src\cbl\base\PSPUSTAX.cbl |

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California  94111-4067.  I am readily familiar with the practice of this office for collection and processing of correspondence for mail/hand delivery/electronic mail, and they are deposited that same day in the ordinary course of business.

Today, I served the attached:

**PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

☒  (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☒  (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

☒  (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below.  I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

**BY HAND DELIVERY & EMAIL**

Robert A. Mittelstaedt, Esq.
Jason McDonell, Esq.
Elaine Wallace, Esq.
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104
Tel: (415) 626.3939

ramittelstaedt@JonesDay.com
jmcdonell@jonesday.com
ewallace@JonesDay.com

**BY EMAIL AND U.S. MAIL**

Tharan Gregory Lanier, Esq.
Jane L. Froyd, Esq.
Jones Day
1755 Embarcadero Road
Palo Alto, CA  94303
Tel: (650) 739-3939

tglanier@JonesDay.com
jfroyd@JonesDay.com

1

1    I declare that I am employed in the office of a member of the bar of this court at

2   whose direction the service was made and that this declaration was executed on May 20, 2009 at

3   San Francisco, California.

4                                                                 Rosaleen Doran

5                                                              Rosaleen Doran

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26