EXHIBIT Y

Dockets.Justia.com

1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:     (415) 626-3939
    Facsimile:     (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:     (650) 739-3939
10  Facsimile:     (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX 77002
    Telephone:     (832) 239-3939
15  Facsimile:     (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                  OAKLAND  DIVISION

22  ORACLE USA, INC., et al.,              Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,                **DEFENDANTS' SECOND AMENDED
                                           AND SUPPLEMENTAL RESPONSE
24      v.                                 TO PLAINTIFFS' THIRD SET OF
                                           REQUESTS FOR ADMISSION TO
25  SAP AG, et al.,                        DEFENDANTS TOMORROWNOW,
                                           INC., SAP AG, AND SAP AMERICA,
26              Defendants.                INC.**

27                                         **CONFIDENTIAL PURSUANT TO
                                           PROTECTIVE ORDER**

28

1

**PROPOUNDING PARTIES:**   Plaintiffs Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA, Ltd.

2

3

**RESPONDING PARTY:**   Defendants TomorrowNow, Inc., SAP America, Inc., and
SAP AG

4

**SET NUMBER:**   Three

5

6      Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendants

7   TomorrowNow, Inc., SAP America, Inc., and SAP AG amend and supplement their responses

8   and object as follows to the third set of requests for admission from plaintiffs Oracle USA, Inc.,

9   Oracle International Corporation, and Oracle EMEA, Ltd. ("Plaintiffs").

10                     **GENERAL OBJECTIONS AND RESPONSES**

11      The following General Objections apply to and are incorporated by reference into each

12   response set forth below.  These objections are made without waiver of, or prejudice to, these or

13   other objections Defendants may make; all such objections are expressly preserved.

14      1.      Defendants object to each Request for Admission to the extent that it enlarges

15   upon or is otherwise inconsistent with the duties imposed by the Federal Rules of Civil Procedure,

16   the Local Rules for the Northern District of California, any applicable order of this Court, or any

17   agreement of the parties.

18      2.      Defendants object to each Request for Admission to the extent that it seeks

19   information that is not within TomorrowNow's possession, custody, or control.

20      3.      Defendants object to each Request for Admission to the extent that it seeks

21   information that is not relevant to any claim or defense in this action, or is not reasonably

22   calculated to lead to the discovery of admissible evidence that is relevant to any claim or defense,

23   under Rule 26(b)(1) of the Federal Rules of Civil Procedure.  Defendants specifically object to

24   each request for admission as unduly burdensome, oppressive, and calling for information that is

25   neither relevant to any claim or defense of any party nor reasonably calculated to lead to the

26   discovery of admissible evidence, to the extent the request seeks documents or information

27   unrelated to PeopleSoft, J.D. Edwards ("JDE"), or Siebel products as to which TomorrowNow

28

HUI-121381v1

1

1   provided support to customers, except to the very limited extent the parties have agreed and the

2   Court has ordered otherwise.

3       4.      Defendants object to each Request for Admission as unreasonable and unduly

4   burdensome to the extent that it requests information that is already within Plaintiffs' possession,

5   already known or disclosed to Plaintiffs, or readily accessible and/or equally available to

6   Plaintiffs or is available from public sources.

7       5.      Defendants object to each Request for Admission to the extent that it seeks

8   information protected by the attorney-client privilege, the work-product immunity, or is protected

9   from production by any other applicable privilege or immunity.  Inadvertent disclosure of any

10  privileged communications or work product shall not constitute a waiver of privilege or of any

11  other basis for objecting to discovery with respect to such information.

12      6.      Defendants object to each Request for Admission to the extent that it improperly

13  seeks a legal conclusion.

14      7.      Defendants object to each Request for Admission to the extent that its seeks

15  information containing trade secrets, proprietary information, or other confidential or

16  competitively sensitive business information.  Such information will be provided only subject to

17  the protective order in this case.

18      8.      Defendants object to the extent the relevant time period is undefined, defined

19  vaguely, or includes time periods that are not relevant to any claim or issue in this case.

20      9.      Defendants object to the definition of "Copy" as being overly broad, unduly

21  burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence

22  to the extent it purports to encompass anything beyond the term as defined under U.S. copyright

23  law.  Defendants further object to Plaintiffs' use of the term "copy" in these requests as

24  improperly shifting the burden of proof to Defendants.

25      10.     Defendants object to the definition of "Customer" to the extent the requests

26  containing the term require Defendants to produce data for all of "Defendants' current and former

27  customers."  The definition is overly broad, unduly burdensome, designed to harass, and not

28

1  reasonably calculated to lead to the discovery of admissible evidence.  Defendants will only

2  respond to the extent the Customer had a contract with TomorrowNow.

3       11.    Defendants object to the definition of "Database" as overly broad, vague, and

4  ambiguous to the extent the term is defined as a component of a PeoplseSoft environment

5  "generally referred to by the 'DATABASE_RESTORE' field in BakTrak" and to the extent the

6  definition is said to include "application engine files."  The general reference to a BakTrak field

7  designed to track whether a database restore occurred does not provide a specific definition of this

8  term and is confusing.  Further, Defendants object to the term "application engine files" to the

9  extent the use of the word "file" excludes "definitions."

10      12.    Defendants object to the definition of "Download" to the extent the requests

11  containing the term require Defendants to produce data regarding material not downloaded from

12  the "Customer Connection" website.  As Plaintiffs state in their fourth objection to

13  TomorrowNow's First Set of Interrogatories, "[o]ther Oracle support websites or FTP sites are

14  not at issue in this litigation, and . . . [the] definition calls for irrelevant materials and would

15  impose an excessive burden . . . ."  The definition of "Download" calls for irrelevant materials

16  and imposes an excessive burden.

17      13.    Defendants object to the definition of "Employees" as being overly broad, unduly

18  burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence

19  to the extent that it encompasses persons "purporting to act on behalf of the entity to which the

20  term refers."

21      14.    Defendants object to the definition of "Environment" as being overly broad,

22  unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible

23  evidence to the extent it includes individual environment components and is not intended to only

24  refer to all environment components working as one unit.

25      15.    Defendants object to the definition of "Fix" as being overly broad, unduly

26  burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence

27  to the extent it includes Master Fix records as included in the SAS database.

28

HUI-121381v1

3

1      16.     Defendants object to the definition of "Fix Object" as overly broad, vague,

2  confusing, and inaccurate to the extent it includes the phrases "discrete unit of code" and "units of

3  code," as not all objects contain code.  Defendants object to the use of the term "any" as overly

4  broad and unduly burdensome.  Defendants further object that the definition is overly broad,

5  unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible

6  evidence to the extent it includes the undefined terms "functions" and "other data structures."

7  Moreover, Defendants object that the list of what is included in the definition ("PeopleCode

8  objects, fields, records, pages, menus, components, messages, panels, stored statements, panel

9  groups, rule packages, COBOL source code files, COBOL executables, SQR files, SQC files,

10  writer files, Crystal Reports files, SQL scripts, database creation scripts, DAT files, DMS files,

11  project files, batch files, configuration files, or other similar units of code contained in the

12  PeopleSoft or JD Edwards products serviced or supported by any Defendant") is overly broad,

13  vague, ambiguous, duplicative, and misleading because this list includes: (1) terms which were

14  not normally part of an object as that term was used at TomorrowNow, e.g., "database creation

15  scripts," "COBOL executables," and "configuration files"; (2) terms which can have the same

16  meaning, e.g. "panels" and "pages"; and (3) terms which are very broad and undefined, e.g.,

17  "writer files," "project files," and "batch files."  Defendants will respond as if the undefined term

18  "object" was used in "fix object's" place.

19      17.     Defendants object to the definition of "Generic Environment" as being overly

20  broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of

21  admissible evidence.  Defendants further object that the term "generic environment" is misleading

22  to the extent that includes HR751CSS as an example, as Defendants deny that HR751CSS is a

23  generic environment.  Defendants further object to the definition of "Generic Environment" to the

24  extent it incorporates the overly broad, unduly burdensome, and vague term "Environment," to

25  which Defendants object above.

26      18.     Defendants object to the definition of "Local Environment" as being overly broad,

27  unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible

28  evidence to the extent it not limited to all environment components working as one unit and

DEFENDANTS' 2ND AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   located at TomorrowNow.  Defendants further object to the definition of "Local Environment" to

2   the extent it incorporates the overly broad, unduly burdensome, and vague term "Environment,"

3   to which Defendants object above.

4       19.     Defendants object to the definition of "Online Objects" as being overly broad,

5   unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible

6   evidence to the extent it incorporates the overly broad, unduly burdensome, and vague term

7   "Environment," to which Defendants object above.

8       20.     Defendants object to the definition of "PS_Home" as overly broad, vague, and

9   ambiguous to the extent the term is defined as a component of a PeopleSoft environment

10  "generally referred to by the 'NT_RESTORE' and 'UNIX_RESTORE' fields in BakTrak" and to

11  the extent that the definition is stated to include "writer files."  The general reference to a

12  BakTrak field designed to track whether a PS_Home restore occurred does not provide a specific

13  definition of this term and is confusing.  Further, Defendants object to the term "writer files" as

14  undefined, vague, and ambiguous.

15      21.     Defendants object to the definition of "Registered Work" as being overly broad,

16  unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible

17  evidence to the extent it purports to include "any subsequently added copyright registrations in

18  any later amended complaint" or any copyright registrations beyond those identified in the Third

19  Amended Complaint.  Defendants further object to the definition of "Registered Work" to the

20  extent it purports to encompass anything beyond the term as defined under U.S. copyright law.

21  Defendants further object to Plaintiffs' use of the term "registered work" in these requests as

22  improperly shifting the burden of proof to Defendants.

23      22.     Defendants object to Plaintiffs' definitions of "SAP AG," "SAP America," "SAP

24  TN," "You," or "Your" to the extent that those definitions include persons or entities other than

25  TomorrowNow, SAP America and SAP AG.  Defendants further object to the extent Plaintiffs'

26  definitions improperly expand the scope of discovery by seeking data that is not currently in the

27  possession, custody, or control of Defendants.

28

23.     Defendants objects to Plaintiffs' definition of "SAP IP" as being unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence.

24.     Defendants object to Plaintiffs' definition and use of the term "SAP TN," as TomorrowNow, Inc. is not now and never has been known as SAP TN.

25.     Defendants object to the definition of "Software and Support Materials" to the extent the definition includes Siebel-branded products, which are only at issue in the litigation pursuant to the limits imposed by the Court's June 4, 2009 Stipulated Revised Case Management and Pretrial Order.  Defendants will only respond consistent with the discovery limits in place in this case.

26.     Defendants object to the definition of "Update" as being overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it includes "fix," a term to which Defendants object above.

27.     Defendants' responses to Plaintiffs' Requests for Admission do not constitute admissions or acknowledgements that the information sought is within the proper scope of discovery or admissible at trial.

28.     Defendants' discovery and investigation in connection with this case are continuing.  As a result, Defendants' responses are limited to information obtained and reviewed to date, and are given without prejudice to Defendants' right to amend or supplement its responses based on newly obtained or reviewed information.

29.     Under Fed. R. Civ. P. 36(b), any and all admissions made by Defendants through the following responses are made for the purpose of this pending civil action only and are not an admission for any other purpose nor may any such admissions be used against Defendants in any other proceeding.

### REQUESTS FOR ADMISSION

**REQUEST NO. 1:**

Admit that TN Hard Drive 78, produced as TN-OR04497668, satisfies the authenticity requirements of Rule 901(a) of the Federal Rules of Evidence.

HUI-121381v1

6

DEFENDANTS' 2ND  AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   materials would then be available for customer-specific downloads by TomorrowNow's

2   customers who would use their customer-specific log-in credentials to download their respective

3   materials.  On certain occasions, certain of the items lised on TN-OR04497668 may have been

4   either e-mailed, sent on CD by Federal Express or otherwise transmitted to the specific customer

5   for whom those items were intended.  And, in certain instances, information regarding such

6   transmittals was recorded in TomorrowNow's SAS databases. Defendants are unaware of any

7   definitive set of records which would, in a readily obtainable way, indicate whether all the items

8   listed on TN-OR04497668 were actually sent to, and/or received by, the intended recipient listed

9   for each item.

10  **REQUEST NO. 12:**

11      For each item 1-33186 on Exhibit D, admit that the listed Fix Object contains more than a

12  de minimis amount of protectable subject matter pursuant to 17 U.S.C. § 102.

13  **RESPONSE TO REQUEST NO. 12:**

14      Defendants object to this request on the grounds stated in the General Objections and

15  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16  respect to the information sought in this request because Defendants SAP AG and SAP America

17  have no additional knowledge separate and apart from the information provided by Defendant

18  TomorrowNow in this response.  Defendants object to this request for admission because it calls

19  for a conclusion of law.  Defendants object to this request for admission because it calls for expert

20  opinion.  Defendants further object that the phrase "protectable subject matter" is undefined,

21  vague, and ambiguous.  Defendants further object to the term "Fix Object" as overly broad, vague,

22  and inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as

23  if the undefined term "object" was used in "Fix Object's" place.  Subject to the General

24  Objections and Responses and these specific objections, this request is DENIED.

25  **REQUEST NO. 13:**

26      For each item 1-33186 on Exhibit D, admit that a Copy of the listed Fix Object was

27  Created using a Local Environment.

28

DEFENDANTS' 2ND  AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   **RESPONSE TO REQUEST NO. 13:**

2          Defendants object to this request on the grounds stated in the General Objections and

3   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4   respect to the information sought in this request because Defendants SAP AG and SAP America

5   have no additional knowledge separate and apart from the information provided by Defendant

6   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

7   "created," and "local environment" make this request overly broad, vague, and ambiguous.

8   Further, Defendants object to this request as compound and unduly burdensome in that this

9   request asks 33,185 separate questions, and the request would require Defendants to review

10   substantial business records to determine an answer, if possible, for each of the 33,185 separate

11   requests.   Defendants further object to the term "Fix Object" as overly broad, vague, and

12   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

13   the undefined term "object" was used in "Fix Object's" place.

14          Subject to the General Objections and Responses and these specific objections, after a

15   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16   sufficient information to respond to these requests as the information sought was not tracked,

17   recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On this basis,

18   therefore, these requests are DENIED.

19   **REQUEST NO. 14:**

20          For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

21   tested, a Copy of the listed Fix Object was tested using a Local Environment.

22   **RESPONSE TO REQUEST NO. 14:**

23          Defendants object to this request on the grounds stated in the General Objections and

24   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25   respect to the information sought in this request because Defendants SAP AG and SAP America

26   have no additional knowledge separate and apart from the information provided by Defendant

27   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

28   "tested," and "local environment" make this request overly broad, vague, and ambiguous.  Further,

HUI-121381v1

16

DEFENDANTS' 2ND AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   Defendants object to this request as compound and unduly burdensome in that this request asks

2   33,185 separate questions, and the request would require Defendants to review substantial

3   business records to determine an answer, if possible, for each of the 33,185 separate requests.

4   Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the

5   extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

6   "object" was used in "Fix Object's" place.

7        Subject to the General Objections and Responses and these specific objections, after a

8   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

9   sufficient information to respond to these requests as the information sought was not tracked,

10   recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On this basis,

11   therefore, these requests are DENIED.

12   **REQUEST NO. 15:**

13        For each item 1-33186 on Exhibit D, admit that a Copy of the listed Fix Object was

14   Created using a Local Environment that did not solely consist of an installation from, a Copy of,

15   or an installation from a Copy of software received from or on behalf of the recipient stated for

16   the respective item.

17   **RESPONSE TO REQUEST NO. 15:**

18        Defendants object to this request on the grounds stated in the General Objections and

19   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20   respect to the information sought in this request because Defendants SAP AG and SAP America

21   have no additional knowledge separate and apart from the information provided by Defendant

22   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

23   "created," and "local environment" make this request overly broad, vague, and ambiguous.

24   Further, Defendants object to this request as compound and unduly burdensome in that this

25   request asks 33,185 separate questions, and the request would require Defendants to review

26   substantial business records to determine an answer, if possible, for each of the 33,185 separate

27   requests.  Defendants also object that the phrase "that did not solely consist of an installation from,

28   a Copy of, or an installation from a Copy of software received from or on behalf of the recipient

HUI-121381v1

DEFENDANTS' 2ND AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    stated for the respective item" is vague and ambiguous.  Defendants further object to the term

2    "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete

3    unit of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's"

4    place.

5         Subject to the General Objections and these specific objections, after a reasonable inquiry

6    and based on Defendants' understanding of these questions, Defendants lack sufficient

7    information to respond to these requests as the information sought was not tracked, recorded, or

8    maintained by TomorrowNow in a "readily obtainable manner."  On this basis, therefore, these

9    requests are DENIED.

10    **REQUEST NO. 16:**

11         For each item 1-33186 on Exhibit D, admit that a Copy of the listed Fix Object was tested

12    using a Local Environment that did not solely consist of an installation from, a Copy of, or an

13    installation from a Copy of software received from or on behalf of the recipient stated for the

14    respective item.

15    **RESPONSE TO REQUEST NO. 16:**

16         Defendants object to this request on the grounds stated in the General Objections and

17    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

18    respect to the information sought in this request because Defendants SAP AG and SAP America

19    have no additional knowledge separate and apart from the information provided by Defendant

20    TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

21    "tested," and "local environment" make this request overly broad, vague, and ambiguous.  Further,

22    Defendants object to this request as compound and unduly burdensome in that this request asks

23    33,185 separate questions, and the request would require Defendants to review substantial

24    business records to determine an answer, if possible, for each of the 33,185 separate requests.

25    Defendants also object that the phrase "that did not solely consist of an installation from, a Copy

26    of, or an installation from a Copy of software received from or on behalf of the recipient stated

27    for the respective item" is vague and ambiguous.  Defendants further object to the term "Fix

28    Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

1   of code." Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

2          Subject to the General Objections and Responses and these specific objections, after a

3   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

4   sufficient information to respond to these requests as the information sought was not tracked,

5   recorded, or maintained by TomorrowNow in a "readily obtainable manner." On this basis,

6   therefore, these requests are DENIED.

7   **REQUEST NO. 17:**

8          For each item 1-33186 on Exhibit D, admit that a Copy of the listed Fix Object was

9   Created using a Generic Environment.

10  **RESPONSE TO REQUEST NO. 17:**

11         Defendants object to this request on the grounds stated in the General Objections and

12  Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13  respect to the information sought in this request because Defendants SAP AG and SAP America

14  have no additional knowledge separate and apart from the information provided by Defendant

15  TomorrowNow in this response. Defendants object to the request because the terms "copy,"

16  "created," and "generic environment" make this request overly broad, vague, and ambiguous.

17  Further, Defendants object to this request as compound and unduly burdensome in that this

18  request asks 33,185 separate questions, and the request would require Defendants to review

19  substantial business records to determine an answer, if possible, for each of the 33,185 separate

20  requests. Defendants also object to the term "Fix Object" as overly broad, vague, and inaccurate

21  to the extent it includes the phrase "discrete unit of code." Defendants respond as if the

22  undefined term "object" was used in "Fix Object's" place.

23         Subject to the General Objections and Responses and these specific objections, after a

24  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

25  sufficient information to respond to these requests as the information sought was not tracked,

26  recorded, or maintained by TomorrowNow in a "readily obtainable manner." On this basis,

27  therefore, these requests are DENIED.

28

DEFENDANTS' 2ND AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

**REQUEST NO. 18:**

For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was tested, a Copy of the listed Fix Object was tested using a Generic Environment.

**RESPONSE TO REQUEST NO. 18:**

Defendants object to this request on the grounds stated in the General Objections and Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response. Defendants object to the request because the terms "copy," "tested," and "generic environment" make this request overly broad, vague, and ambiguous. Further, Defendants object to this request as compound and unduly burdensome in that this request asks 33,185 separate questions, and the request would require Defendants to review substantial business records to determine an answer, if possible, for each of the 33,185 separate requests. Defendants also object that this is an incomplete and confusing hypothetical. Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code." Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

Subject to the General Objections and Responses and these specific objections, after a reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack sufficient information to respond to these requests as the information sought by these confusing and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner." On this basis, therefore, these requests are DENIED.

**REQUEST NO. 19:**

For each item 1-33186 on Exhibit D, admit that a Copy of the listed Fix Object was Created using a Local Environment to which at least one fix, patch, upgrade or update retrofitted from an Oracle-created or Oracle-delivered fix, patch, upgrade or update had been applied.

**RESPONSE TO REQUEST NO. 19:**

Defendants object to this request on the grounds stated in the General Objections and

1   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2   respect to the information sought in this request because Defendants SAP AG and SAP America

3   have no additional knowledge separate and apart from the information provided by Defendant

4   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

5   "created," "local environment," and "retrofitted" make this request overly broad, vague, and

6   ambiguous.  Further, Defendants object to this request as compound and unduly burdensome in

7   that this request asks 33,185 separate questions, and the request would require Defendants to

8   review substantial business records to determine an answer, if possible, for each of the 33,185

9   separate requests. Defendants also object to the term "Fix Object" as overly broad, vague, and

10  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

11  the undefined term "object" was used in "Fix Object's" place.

12      Subject to the General Objections and Responses and these specific objections, after a

13  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

14  sufficient information to respond to these requests as the information sought by these requests

15  was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

16  this basis, therefore, these requests are DENIED.

17  **REQUEST NO. 20:**

18      For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

19  tested, a Copy of the listed Fix Object was tested using a Local Environment to which at least one

20  fix, patch, upgrade or update retrofitted from an Oracle-created or Oracle-delivered fix, patch,

21  upgrade or update had been applied.

22  **RESPONSE TO REQUEST NO. 20:**

23      Defendants object to this request on the grounds stated in the General Objections and

24  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25  respect to the information sought in this request because Defendants SAP AG and SAP America

26  have no additional knowledge separate and apart from the information provided by Defendant

27  TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

28  "tested," "local environment," and "retrofitted" make this request overly broad, vague, and

HUI-121381v1

DEFENDANTS' 2ND  AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    ambiguous.  Further, Defendants object to this request as compound and unduly burdensome in

2    that this request asks 33,185 separate questions, and the request would require Defendants to

3    review substantial business records to determine an answer, if possible, for each of the 33,185

4    separate requests.  Defendants also object that this is an incomplete and confusing hypothetical.

5    Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the

6    extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

7    "object" was used in "Fix Object's" place.

8           Subject to the General Objections and Response and these specific objections, after a

9    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

10   sufficient information to respond to these requests as the information sought by these confusing

11   and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a

12   "readily obtainable manner."  On this basis, therefore these requests are DENIED.

13   **REQUEST NO. 21:**

14          For each item 1-33186 on Exhibit D, admit that, for the listed Fix Object, at least one fix,

15   patch, upgrade or update that had been applied to a Local Environment used to Create a Copy of

16   the listed Fix Object had not been developed solely for or on behalf of the recipient stated for that

17   item.

18   **RESPONSE TO REQUEST NO. 21:**

19          Defendants object to this request on the grounds stated in the General Objections and

20   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21   respect to the information sought in this request because Defendants SAP AG and SAP America

22   have no additional knowledge separate and apart from the information provided by Defendant

23   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

24   "created," and "local environment," make this request overly broad, vague, and ambiguous.

25   Further, Defendants object that the phrase "at least one fix, patch, upgrade or update that had been

26   applied to a Local Environment used to Create a Copy of the listed Fix Object" and the overall

27   sentence structure is vague, confusing, and ambiguous.  Defendants also object to this request as

28   compound and unduly burdensome in that this request asks 33,185 separate questions, and the

1   request would require Defendants to review substantial business records to determine an answer,

2   if possible, for each of the 33,185 separate requests. Defendants further object to the term "Fix

3   Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

4   of code." Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

5       Subject to the General Objections and Responses and these specific objections, due to the

6   vague, confusing, and ambiguous language and sentence structure, Defendants are unable to

7   determine the meaning of these requests, and so they are DENIED.

8   **REQUEST NO. 22:**

9       For each item 1-33186 on Exhibit D, admit that, for the listed Fix Object, if any testing

10  occurred, at least one fix, patch, upgrade or update that had been applied to a Local Environment

11  used to test a Copy of the listed Fix Object had not been developed solely for or on behalf of the

12  recipient stated for that item.

13  **RESPONSE TO REQUEST NO. 22:**

14      Defendants object to this request on the grounds stated in the General Objections and

15  Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16  respect to the information sought in this request because Defendants SAP AG and SAP America

17  have no additional knowledge separate and apart from the information provided by Defendant

18  TomorrowNow in this response. Defendants object to the request because the terms "copy,"

19  "test," and "local environment," make this request overly broad, vague, and ambiguous. Further,

20  Defendants object that the phrase "at least one fix, patch, upgrade or update that had been applied

21  to a Local Environment used to test a Copy of the listed Fix Object" and the overall sentence

22  structure is vague, confusing, and ambiguous. Defendants also object to this request as

23  compound and unduly burdensome in that this request asks 33,185 separate questions, and the

24  request would require Defendants to review substantial business records to determine an answer,

25  if possible, for each of the 33,185 separate requests. Defendants further object to the term "Fix

26  Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

27  of code." Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

28      Subject to the General Objections and Responses and these specific objections, due to the

1   vague, confusing, and ambiguous language and sentence structure, Defendants are unable to

2   determine the meaning of these requests, and so they are DENIED.

3   **REQUEST NO. 23:**

4       For each item 1-33186 on Exhibit D, admit that a Copy of the listed Fix Object was

5   Created using a Copy of PeopleTools.

6   **RESPONSE TO REQUEST NO. 23:**

7       Defendants object to this request on the grounds stated in the General Objections and

8   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9   respect to the information sought in this request because Defendants SAP AG and SAP America

10  have no additional knowledge separate and apart from the information provided by Defendant

11  TomorrowNow in this response.  Defendants object to the request because the terms "copy," and

12  "created" make this request overly broad, vague, and ambiguous.  Further, Defendants object to

13  this request as compound and unduly burdensome in that this request asks 33,185 separate

14  questions, and the request would require Defendants to review substantial business records to

15  determine an answer, if possible, for each of the 33,185 separate requests.  Defendants also object

16  to the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

17  "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

18  Object's" place.

19      Subject to the General Objections and Responses and these specific objections, after a

20  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

21  sufficient information to respond to these requests as the information sought by these requests

22  was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

23  this basis, therefore, these requests are DENIED.

24  **REQUEST NO. 24:**

25      For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

26  tested, a Copy of the listed Fix Object was tested using a Copy of PeopleTools.

27  **RESPONSE TO REQUEST NO. 24:**

28      Defendants object to this request on the grounds stated in the General Objections and

1   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2   respect to the information sought in this request because Defendants SAP AG and SAP America

3   have no additional knowledge separate and apart from the information provided by Defendant

4   TomorrowNow in this response.  Defendants object to the request because the terms "copy," and

5   "tested" make this request overly broad, vague, and ambiguous.  Further, Defendants object to

6   this request as compound and unduly burdensome in that this request asks 33,185 separate

7   questions, and the request would require Defendants to review substantial business records to

8   determine an answer, if possible, for each of the 33,185 separate requests.   Defendants also

9   object that this is an incomplete and confusing hypothetical.  Defendants further object to the

10  term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

11  "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

12  Object's" place.

13          Subject to the General Objections and Responses and these specific objections, after a

14  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

15  sufficient information to respond to these requests as the information sought by these confusing

16  and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a

17  "readily obtainable manner."  On this basis, therefore, these requests are DENIED.

18  **REQUEST NO. 25:**

19          For each item 1-33186 on Exhibit D, admit that a Copy of the listed Fix Object was

20  Created using a Copy of PeopleTools, the source of which was neither an installation from, nor a

21  Copy of, nor an installation from a Copy of software received from or on behalf of the recipient

22  stated for the respective item.

23  **RESPONSE TO REQUEST NO. 25:**

24          Defendants object to this request on the grounds stated in the General Objections and

25  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

26  respect to the information sought in this request because Defendants SAP AG and SAP America

27  have no additional knowledge separate and apart from the information provided by Defendant

28  TomorrowNow in this response.  Defendants object to the request because the terms "copy" and

DEFENDANTS' 2ND AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1  "created" make this request overly broad, vague, and ambiguous.  Further, Defendants object to

2  this request as compound and unduly burdensome in that this request asks 33,185 separate

3  questions, and the request would require Defendants to review substantial business records to

4  determine an answer, if possible, for each of the 33,185 separate requests.  Defendants also object

5  to the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

6  "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

7  Object's" place.

8          Subject to the General Objections and Responses and these specific objections, after a

9  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

10  sufficient information to respond to these requests as the information sought by these requests

11  was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

12  this basis, therefore, these requests are DENIED.

13  **REQUEST NO. 26:**

14          For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

15  tested, a Copy of the listed Fix Object was tested using a Copy of PeopleTools, the source of

16  which was neither an installation from, nor a Copy of, nor an installation from a Copy of software

17  received from or on behalf of the recipient stated for the respective item.

18  **RESPONSE TO REQUEST NO. 26:**

19          Defendants object to this request on the grounds stated in the General Objections and

20  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21  respect to the information sought in this request because Defendants SAP AG and SAP America

22  have no additional knowledge separate and apart from the information provided by Defendant

23  TomorrowNow in this response.  Defendants object to the request because the terms "copy" and

24  "tested" make this request overly broad, vague, and ambiguous.  Further, Defendants object to

25  this request as compound and unduly burdensome in that this request asks 33,185 separate

26  questions, and the request would require Defendants to review substantial business records to

27  determine an answer, if possible, for each of the 33,185 separate requests.  Defendants also object

28  that this is an incomplete and confusing hypothetical. Defendants further object to the term "Fix

HUI-121381v1

DEFENDANTS' 2ND AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1 Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

2 of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

3          Subject to the General Objections and Responses and these specific objections, after a

4 reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

5 sufficient information to respond to these requests as the information sought by these confusing

6 and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a

7 "readily obtainable manner."  On this basis, therefore, these requests are DENIED.

8 **REQUEST NO. 27:**

9          For each item 1-33186 on Exhibit D, admit that a Copy of the listed Fix Object was

10 Created using a Copy of PeopleTools from a Generic Environment.

11 **RESPONSE TO REQUEST NO. 27:**

12          Defendants object to this request on the grounds stated in the General Objections and

13 Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

14 respect to the information sought in this request because Defendants SAP AG and SAP America

15 have no additional knowledge separate and apart from the information provided by Defendant

16 TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

17 "created," and "generic environment" make this request overly broad, vague, and ambiguous.

18 Further, Defendants object to this request as compound and unduly burdensome in that this

19 request asks 33,185 separate questions, and the request would require Defendants to review

20 substantial business records to determine an answer, if possible, for each of the 33,185 separate

21 requests.  Defendants also object to the term "Fix Object" as overly broad, vague, and inaccurate

22 to the extent it includes the phrase "discrete unit of code."  Defendants respond as if the

23 undefined term "object" was used in "Fix Object's" place.

24          Subject to the General Objections and Responses and these specific objections, after a

25 reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26 sufficient information to respond to these requests as the information sought by these requests

27 was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

28 this basis, therefore, these requests are DENIED.

HUI-121381v1

27

DEFENDANTS' 2ND AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    **REQUEST NO. 28:**

2          For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

3    tested, a Copy of the listed Fix Object was tested using a Copy of PeopleTools from a Generic

4    Environment.

5    **RESPONSE TO REQUEST NO. 28:**

6          Defendants object to this request on the grounds stated in the General Objections and

7    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8    respect to the information sought in this request because Defendants SAP AG and SAP America

9    have no additional knowledge separate and apart from the information provided by Defendant

10   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

11   "tested," and "generic environment" make this request overly broad, vague, and ambiguous.

12   Further, Defendants object to this request as compound and unduly burdensome in that this

13   request asks 33,185 separate questions, and the request would require Defendants to review

14   substantial business records to determine an answer, if possible, for each of the 33,185 separate

15   requests. Defendants also object that this is an incomplete and confusing hypothetical.

16   Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the

17   extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

18   "object" was used in "Fix Object's" place.

19          Subject to the General Objections and Responses and these specific objections, after a

20   reasonable inquiry, based on Defendants' understanding of these questions, Defendants lack

21   sufficient information to respond to these requests as the information sought by these confusing

22   and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a

23   "readily obtainable manner."  On this basis, therefore, these requests are DENIED.

24   **REQUEST NO. 29:**

25          For each item 1-33186 on Exhibit D, admit that, in Creating a Copy of the listed Fix

26   Object, SAP TN made a backup copy of at least one Local Environment.

27   **RESPONSE TO REQUEST NO. 29:**

28          Defendants object to this request on the grounds stated in the General Objections and

HUI-121381v1

DEFENDANTS' 2ND  AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2    respect to the information sought in this request because Defendants SAP AG and SAP America

3    have no additional knowledge separate and apart from the information provided by Defendant

4    TomorrowNow in this response.  Defendants object to the request because the terms "creating,"

5    "copy," "backup copy," and "local environment" make this request overly broad, vague, and

6    ambiguous.  Further, Defendants object to this request as compound and unduly burdensome in

7    that this request asks 33,185 separate questions, and the request would require Defendants to

8    review substantial business records to determine an answer, if possible, for each of the 33,185

9    separate requests.  Defendants also object to the term "Fix Object" as overly broad, vague, and

10   inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

11   the undefined term "object" was used in "Fix Object's" place.

12       Subject to the General Objections and Responses and these specific objections, after a

13   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

14   sufficient information to respond to these requests as the information sought by these requests

15   was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

16   this basis, therefore, these requests are DENIED.

17   **REQUEST NO. 30:**

18       For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

19   tested, in testing a Copy of the listed Fix Object, SAP TN made a backup copy of at least one

20   Local Environment.

21   **RESPONSE TO REQUEST NO. 30:**

22       Defendants object to this request on the grounds stated in the General Objections and

23   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

24   respect to the information sought in this request because Defendants SAP AG and SAP America

25   have no additional knowledge separate and apart from the information provided by Defendant

26   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

27   "tested/testing," "backup copy," and "local environment" make this request overly broad, vague,

28   and ambiguous.  Further, Defendants object to this request as compound and unduly burdensome

1    in that this request asks 33,185 separate questions, and the request would require Defendants to

2    review substantial business records to determine an answer, if possible, for each of the 33,185

3    separate requests.  Defendants also object that this is an incomplete and confusing hypothetical.

4    Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the

5    extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

6    "object" was used in "Fix Object's" place.

7        Subject to the General Objections and Responses and these specific objections, after a

8    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

9    sufficient information to respond to these requests as the information sought by these confusing

10   and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a

11   "readily obtainable manner."  On this basis, therefore, these requests are DENIED.

12   **REQUEST NO. 31:**

13       For each item 1-33186 on Exhibit D, admit that, in Creating a Copy of the listed Fix

14   Object, SAP TN restored at least one Local Environment from a backup copy.

15   **RESPONSE TO REQUEST NO. 31:**

16       Defendants object to this request on the grounds stated in the General Objections and

17   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

18   respect to the information sought in this request because Defendants SAP AG and SAP America

19   have no additional knowledge separate and apart from the information provided by Defendant

20   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

21   "creating," "backup copy," "restored," and "local environment" make this request overly broad,

22   vague, and ambiguous.  Further, Defendants object to this request as compound and unduly

23   burdensome in that this request asks 33,185 separate questions, and the request would require

24   Defendants to review substantial business records to determine an answer, if possible, for each of

25   the 33,185 separate requests.  Defendants also object to the term "Fix Object" as overly broad,

26   vague, and inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants

27   respond as if the undefined term "object" was used in "Fix Object's" place.

28       Subject to the General Objections and Responses and these specific objections, after a

1   reasonable inquiry, based on Defendants' understanding of these questions, Defendants lack

2   sufficient information to respond to these requests as the information sought by these requests

3   was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

4   this basis, therefore, these requests are DENIED.

5   **REQUEST NO. 32:**

6       For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

7   tested, in testing a Copy of the listed Fix Object, SAP TN restored at least one Local Environment

8   from a backup copy.

9   **RESPONSE TO REQUEST NO. 32:**

10      Defendants object to this request on the grounds stated in the General Objections and

11  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12  respect to the information sought in this request because Defendants SAP AG and SAP America

13  have no additional knowledge separate and apart from the information provided by Defendant

14  TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

15  "tested/testing," "backup copy," "restored," and "local environment" make this request overly

16  broad, vague, and ambiguous.  Further, Defendants object to this request as compound and

17  unduly burdensome in that this request asks 33,185 separate questions, and the request would

18  require Defendants to review substantial business records to determine an answer, if possible, for

19  each of the 33,185 separate requests.   Defendants also object that this is an incomplete and

20  confusing hypothetical.  Defendants further object to the term "Fix Object" as overly broad,

21  vague, and inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants

22  respond as if the undefined term "object" was used in "Fix Object's" place.

23      Subject to the General Objections and Responses and these specific objections, after a

24  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

25  sufficient information to respond to these requests as the information sought by these confusing

26  and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a

27  "readily obtainable manner."  On this basis, therefore, these requests are DENIED.

28

HUI-121381v1

31

DEFENDANTS' 2ND  AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   **REQUEST NO. 33:**

2       For each item 1-33186 on Exhibit D, admit that, in Creating a Copy of the listed Fix

3   Object, SAP TN made a Copy of at least one Local Environment.

4   **RESPONSE TO REQUEST NO. 33:**

5       Defendants object to this request on the grounds stated in the General Objections and

6   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7   respect to the information sought in this request because Defendants SAP AG and SAP America

8   have no additional knowledge separate and apart from the information provided by Defendant

9   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

10  "creating," and "local environment" make this request overly broad, vague, and ambiguous.

11  Further, Defendants object to this request as compound and unduly burdensome in that this

12  request asks 33,185 separate questions, and the request would require Defendants to review

13  substantial business records to determine an answer, if possible, for each of the 33,185 separate

14  requests.  Defendants further object to the term "Fix Object" as overly broad, vague, and

15  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

16  the undefined term "object" was used in "Fix Object's" place.

17      Subject to the General Objections and Responses and these specific objections, after a

18  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

19  sufficient information to respond to these requests as the information sought by these requests

20  was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

21  this basis, therefore, these requests are DENIED.

22  **REQUEST NO. 34:**

23      For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

24  tested, in testing a Copy of the listed Fix Object, SAP TN made a copy of at least one Local

25  Environment.

26  **RESPONSE TO REQUEST NO. 34:**

27      Defendants object to this request on the grounds stated in the General Objections and

28  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

4   "tested/testing," and "local environment" make this request overly broad, vague, and ambiguous.

5   Further, Defendants object to this request as compound and unduly burdensome in that this

6   request asks 33,185 separate questions, and the request would require Defendants to review

7   substantial business records to determine an answer, if possible, for each of the 33,185 separate

8   requests.  Defendants also object that this is an incomplete and confusing hypothetical.

9   Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the

10  extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

11  "object" was used in "Fix Object's" place.

12          Subject to the General Objections and Responses and these specific objections, after a

13  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

14  sufficient information to respond to these requests as the information sought by these confusing

15  and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a

16  "readily obtainable manner."  On this basis, therefore, these requests are DENIED.

17  **REQUEST NO. 35:**

18          For each item 1-33186 on Exhibit D, admit that, in Creating a Copy of the listed Fix

19  Object, SAP TN modified at least one Local Environment.

20  **RESPONSE TO REQUEST NO. 35:**

21          Defendants object to this request on the grounds stated in the General Objections and

22  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23  respect to the information sought in this request because Defendants SAP AG and SAP America

24  have no additional knowledge separate and apart from the information provided by Defendant

25  TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

26  "creating," "modified," and "local environment" make this request overly broad, vague, and

27  ambiguous.  Further, Defendants object to this request as compound and unduly burdensome in

28  that this request asks 33,185 separate questions, and the request would require Defendants to

1  review substantial business records to determine an answer, if possible, for each of the 33,185

2  separate requests.   Defendants also object to the term "Fix Object" as overly broad, vague, and

3  inaccurate to the extent it includes the phrase "discrete unit of code."  Defendants respond as if

4  the undefined term "object" was used in "Fix Object's" place.

5        Subject to the General Objections and Responses and these specific objections, after a

6  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

7  sufficient information to respond to these requests as the information sought by these requests

8  was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

9  this basis, therefore, these requests are DENIED.

10 **REQUEST NO. 36:**

11       For each item 1-33186 on Exhibit D, admit that, in Creating a Copy of the listed Fix

12 Object, SAP TN modified at least one Local Environment so as to create a derivative work,

13 within the meaning of 17 U.S.C. § 101, that was based on copyrighted Oracle software.

14 **RESPONSE TO REQUEST NO. 36:**

15       Defendants object to this request on the grounds stated in the General Objections and

16 Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17 respect to the information sought in this request because Defendants SAP AG and SAP America

18 have no additional knowledge separate and apart from the information provided by Defendant

19 TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

20 "creating," "modified," "derivative work," "copyrighted Oracle software," and "local

21 environment" make this request overly broad, vague, and ambiguous.  Further, Defendants object

22 to this request as compound and unduly burdensome in that this request asks 33,185 separate

23 questions, and the request would require Defendants to review substantial business records to

24 determine an answer, if possible, for each of the 33,185 separate requests.  Defendants object to

25 this request for admission because it calls for a conclusion of law.  Defendants further object to

26 the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

27 "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

28 Object's" place.

HUI-121381v1

34

DEFENDANTS' 2ND  AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    Subject to the General Objections and Responses and these specific objections, these

2    requests only seek conclusions of law, and on that basis are DENIED.

3    **REQUEST NO. 37:**

4    For each item 1-33186 on Exhibit D, admit that SAP TN's modification of at least one

5    Local Environment in the course of Creating a Copy of the listed Fix Object was unlicensed.

6    **RESPONSE TO REQUEST NO. 37:**

7    Defendants object to this request on the grounds stated in the General Objections and

8    Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response. Defendants object to the request because the terms "copy,"

12   "creating," "modification," "unlicensed," and "local environment" make this request overly broad,

13   vague, and ambiguous. Further, Defendants object to this request as compound and unduly

14   burdensome in that this request asks 33,185 separate questions, and the request would require

15   Defendants to review substantial business records to determine an answer, if possible, for each of

16   the 33,185 separate requests. Defendants object to this request for admission because it calls for a

17   conclusion of law. Defendants further object to the term "Fix Object" as overly broad, vague, and

18   inaccurate to the extent it includes the phrase "discrete unit of code." Defendants respond as if

19   the undefined term "object" was used in "Fix Object's" place.

20   Subject to the General Objections and Responses and these specific objections, these

21   requests are DENIED.

22   **REQUEST NO. 38:**

23   For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

24   tested, in testing a Copy of the listed Fix Object, SAP TN modified at least one Local

25   Environment.

26   **RESPONSE TO REQUEST NO. 38:**

27   Defendants object to this request on the grounds stated in the General Objections and

28   Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

4   "tested," "modified," and "local environment" make this request overly broad, vague, and

5   ambiguous.  Further, Defendants object to this request as compound and unduly burdensome in

6   that this request asks 33,185 separate questions, and the request would require Defendants to

7   review substantial business records to determine an answer, if possible, for each of the 33,185

8   separate requests.  Defendants also object that this is an incomplete and confusing hypothetical.

9   Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the

10   extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

11   "object" was used in "Fix Object's" place.

12       Subject to the General Objections and Responses and these specific objections, after a

13   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

14   sufficient information to respond to these requests as the information sought by these confusing

15   and incomplete hypotheticals was not tracked, recorded, or maintained by TomorrowNow in a

16   "readily obtainable manner."  On this basis, therefore, these requests are DENIED.

17   **REQUEST NO. 39**:

18       For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

19   tested, in testing a Copy of the listed Fix Object, SAP TN modified at least one Local

20   Environment so as to create a derivative work, within the meaning of 17 U.S.C. § 101, that was

21   based on copyrighted Oracle software.

22   **RESPONSE TO REQUEST NO. 39**:

23       Defendants object to this request on the grounds stated in the General Objections and

24   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25   respect to the information sought in this request because Defendants SAP AG and SAP America

26   have no additional knowledge separate and apart from the information provided by Defendant

27   TomorrowNow in this response.  Defendants object to the request because the terms "copy,"

28   "tested/testing," "modified," "derivative work," "copyrighted Oracle software," and "local

1    environment" make this request overly broad, vague, and ambiguous.  Further, Defendants object

2    to this request as compound and unduly burdensome in that this request asks 33,185 separate

3    questions, and the request would require Defendants to review substantial business records to

4    determine an answer, if possible, for each of the 33,185 separate requests.  Defendants object to

5    this request for admission because it calls for a conclusion of law.  Defendants also object that

6    this is an incomplete and confusing hypothetical.  Defendants further object to the term "Fix

7    Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

8    of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

9            Subject to the General Objections and Responses and these specific objections, these

10   requests are DENIED.

11   **<u>AMENDED RESPONSE TO REQUEST NO. 39:</u>**

12           Subject to and without waiving their General and Specific Objections, Defendants amend

13   their response as follows:  Defendants object to this request on the grounds stated in the General

14   Objections and Responses. Defendants' response is based solely on Defendant TomorrowNow's

15   knowledge with respect to the information sought in this request because Defendants SAP AG

16   and SAP America have no additional knowledge separate and apart from the information

17   provided by Defendant TomorrowNow in this response. Defendants object to the request because

18   the terms "copy," "tested/testing," "modified," "derivative work," "copyrighted Oracle software,"

19   and "local environment" make this request overly broad, vague, and ambiguous. Further,

20   Defendants object to this request as compound and unduly burdensome in that this request asks

21   33,185 separate questions, and the request would require Defendants to review substantial

22   business records to determine an answer, if possible, for each of the 33,185 separate requests.

23   Defendants object to this request for admission because it calls for a conclusion of law.

24   Defendants also object that this is an incomplete and confusing hypothetical. Defendants further

25   object to the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the

26   phrase "discrete unit of code." Defendants respond as if the undefined term "object" was used in

27   place of "Fix Object."

28           Subject to the General Objections and Responses and these specific objections, these

HUI-121381v1

37

DEFENDANTS' 2ND AMENDED AND SUPP. RESP. TO
PLAINTIFFS' 3RD SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    requests only seek conclusions of law based on an incomplete hypothetical, and on that basis are

2    DENIED.

3    **REQUEST NO. 40:**

4         For each item 1-33186 on Exhibit D, admit that, if a Copy of the listed Fix Object was

5    tested, SAP TN's modification of at least one Local Environment in the course of testing a Copy

6    of the listed Fix Object was unlicensed.

7    **RESPONSE TO REQUEST NO. 40:**

8         Defendants object to this request on the grounds stated in the General Objections and

9    Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10   respect to the information sought in this request because Defendants SAP AG and SAP America

11   have no additional knowledge separate and apart from the information provided by Defendant

12   TomorrowNow in this response. Defendants object to the request because the terms "copy,"

13   "tested/testing," "modification," "unlicensed," and "local environment" make this request overly

14   broad, vague, and ambiguous. Further, Defendants object to this request as compound and

15   unduly burdensome in that this request asks 33,185 separate questions, and the request would

16   require Defendants to review substantial business records to determine an answer, if possible, for

17   each of the 33,185 separate requests. Defendants also object that this is an incomplete and

18   confusing hypothetical. Defendants object to this request for admission because it calls for a

19   conclusion of law. Defendants further object to the term "Fix Object" as overly broad, vague, and

20   inaccurate to the extent it includes the phrase "discrete unit of code." Defendants respond as if

21   the undefined term "object" was used in "Fix Object's" place.

22        Subject to the General Objections and Responses and these specific objections, these

23   requests are DENIED.

24   **REQUEST NO. 41:**

25        For each item 1-33186 on Exhibit D, admit that a Copy of the contents of the listed Fix

26   Object (with or without the same file name) was sent to at least one entity other than the recipient

27   stated for that item.

28

1

**RESPONSE TO REQUEST NO. 41**:

2      Defendants object to this request on the grounds stated in the General Objections and

3   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4   respect to the information sought in this request because Defendants SAP AG and SAP America

5   have no additional knowledge separate and apart from the information provided by Defendant

6   TomorrowNow in this response.  Defendants object to the request because the terms "copy" and

7   "contents" make this request overly broad, vague, and ambiguous.  Further, Defendants object to

8   this request as compound and unduly burdensome in that this request asks 33,185 separate

9   questions, and the request would require Defendants to review substantial business records to

10   determine an answer, if possible, for each of the 33,185 separate requests.  Defendants further

11   object to the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the

12   phrase "discrete unit of code."  Defendants respond as if the undefined term "object" was used in

13   "Fix Object's" place.

14      Subject to the General Objections and Responses and these specific objections, after a

15   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

16   sufficient information to respond to these requests as the information sought by these requests

17   was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

18   this basis, therefore, these requests are DENIED.

19   **REQUEST NO. 42:**

20      For each item 1-33186 on Exhibit D, admit that a Copy of the contents of the listed Fix

21   Object (with or without the same file name) was used to update or modify at least one Local

22   Environment.

23   **RESPONSE TO REQUEST NO. 42:**

24      Defendants object to this request on the grounds stated in the General Objections and

25   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

26   respect to the information sought in this request because Defendants SAP AG and SAP America

27   have no additional knowledge separate and apart from the information provided by Defendant

28   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

1   "copy," "contents," "was used to update or modify," and "local environment" make this request

2   overly broad, vague, and ambiguous.  Further, Defendants object to this request as compound and

3   unduly burdensome in that this request asks 33,185 separate questions, and the request would

4   require Defendants to review substantial business records to determine an answer, if possible, for

5   each of the 33,185 separate requests. Defendants also object to the term "Fix Object" as overly

6   broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code."

7   Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

8        Subject to the General Objections and Responses and these specific objections, after a

9   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

10  sufficient information to respond to these request as the information sought by these requests was

11  not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On this

12  basis, therefore, these requests are DENIED.

13  **REQUEST NO. 43:**

14       For each item 1-33186 on Exhibit D, admit that a Copy of the contents of the listed Fix

15  Object (with or without the same file name) was used to update or modify at least one Local

16  Environment that was not a customer-specific environment for the recipient stated for that item.

17  **RESPONSE TO REQUEST NO. 43:**

18       Defendants object to this request on the grounds stated in the General Objections and

19  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20  respect to the information sought in this request because Defendants SAP AG and SAP America

21  have no additional knowledge separate and apart from the information provided by Defendant

22  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

23  "copy," "contents," "was used to update or modify," and "local environment" make this request

24  overly broad, vague, and ambiguous.  Further, Defendants object to this request as compound and

25  unduly burdensome in that this request asks 33,185 separate questions, and the request would

26  require Defendants to review substantial business records to determine an answer, if possible, for

27  each of the 33,185 separate requests.  Defendants also object to the term "Fix Object" as overly

28  broad, vague, and inaccurate to the extent it includes the phrase "discrete unit of code."

1    Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

2         Subject to the General Objections and Responses and these specific objections, after a

3    reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

4    sufficient information to respond to these requests as the information sought by these requests

5    was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

6    this basis, therefore, these requests are DENIED.

7    **REQUEST NO. 44:**

8         For each item 1-33186 on Exhibit D, admit that a Copy of the contents of the listed Fix

9    Object (with or without the same file name) was used to update or modify at least one Generic

10   Environment.

11   **RESPONSE TO REQUEST NO. 44:**

12        Defendants object to this request on the grounds stated in the General Objections and

13   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

14   respect to the information sought in this request because Defendants SAP AG and SAP America

15   have no additional knowledge separate and apart from the information provided by Defendant

16   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

17   "copy," "contents," "was used to update or modify," and "generic environment" make this

18   request overly broad, vague, and ambiguous.  Further, Defendants object to this request as

19   compound and unduly burdensome in that this request asks 33,185 separate questions, and the

20   request would require Defendants to review substantial business records to determine an answer,

21   if possible, for each of the 33,185 separate requests.  Defendants also object to the term "Fix

22   Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

23   of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

24        Subject to the General Objections and Responses and these specific objections, after a

25   reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

26   sufficient information to respond to these requests as the information sought by these requests

27   was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

28   this basis, therefore, these request are DENIED.

1    **REQUEST NO. 45:**

2        For each item 18462-33186 on Exhibit D, admit there is substantial similarity between the

3    protectable elements of the listed Fix Object and a file in SAP TN's possession, custody or

4    control that had been created by Oracle or had been delivered by Oracle as part of a PeopleSoft

5    application release, fix, update, upgrade or patch.

6    **RESPONSE TO REQUEST NO. 45:**

7        Defendants object to this request on the grounds stated in the General Objections and

8    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

12   "substantial similarity," "protectable elements," "created," and "PeopleSoft application release,

13   fix, update, upgrade or patch" make this request overly broad, vague, and ambiguous.  Further,

14   Defendants object to this request as compound and unduly burdensome in that this request asks

15   14,724 separate questions, and the request would require Defendants to review substantial

16   business records to determine an answer, if possible, for each of the 14,724 separate requests.

17   Defendants object to this request for admission because it calls for a conclusion of law.

18   Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the

19   extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

20   "object" was used in "Fix Object's" place.

21       Subject to the General Objections and Responses and these specific objections, these

22   requests are DENIED.

23   **REQUEST NO. 46:**

24       For each item 18462-33186 on Exhibit D, admit that a Copy of the listed Fix Object was

25   Created by modifying a file in SAP TN's possession, custody or control that had been created by

26   Oracle or had been delivered by Oracle as part of a PeopleSoft application release, fix, update,

27   upgrade or patch.

28

1 **RESPONSE TO REQUEST NO. 46**:

2       Defendants object to this request on the grounds stated in the General Objections and

3 Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4 respect to the information sought in this request because Defendants SAP AG and SAP America

5 have no additional knowledge separate and apart from the information provided by Defendant

6 TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7 "copy," "created," "modifying," and "PeopleSoft application release, fix, update, upgrade or

8 patch" make this request overly broad, vague, and ambiguous.  Further, Defendants object to this

9 request as compound and unduly burdensome in that this request asks 14,724 separate questions,

10 and the request would require Defendants to review substantial business records to determine an

11 answer, if possible, for each of the 14,724 separate requests.  Defendants further object to the

12 term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

13 "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

14 Object's" place.

15       Subject to the General Objections and Responses and these specific objections, after a

16 reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

17 sufficient information to respond to these requests as the information sought by these requests

18 was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

19 this basis, therefore, these requests are DENIED.

20 **REQUEST NO. 47:**

21       For each item 18462-33186 on Exhibit D, admit that a Copy of the listed Fix Object was

22 Created by using as a reference a file in SAP TN's possession, custody or control that had been

23 created by Oracle or had been delivered by Oracle as part of a PeopleSoft application release, fix,

24 update, upgrade or patch.

25 **RESPONSE TO REQUEST NO. 47:**

26       Defendants object to this request on the grounds stated in the General Objections and

27 Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28 respect to the information sought in this request because Defendants SAP AG and SAP America

1  have no additional knowledge separate and apart from the information provided by Defendant

2  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

3  "copy," "created," "reference a file," and "PeopleSoft application release, fix, update, upgrade or

4  patch" make this request overly broad, vague, and ambiguous.  Further, Defendants object to this

5  request as compound and unduly burdensome in that this request asks 14,724 separate questions,

6  and the request would require Defendants to review substantial business records to determine an

7  answer, if possible, for each of the 14,724 separate requests.  Defendants also object to the term

8  "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete

9  unit of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's"

10  place.

11       Subject to the General Objections and Responses and these specific objections, after a

12  reasonable inquiry and based on Defendants' understanding of these questions, Defendants lack

13  sufficient information to respond to these requests as the information sought by these requests

14  was not tracked, recorded, or maintained by TomorrowNow in a "readily obtainable manner."  On

15  this basis, therefore, these requests are DENIED.

16  **REQUEST NO. 48:**

17       For each item 18462-33186 on Exhibit D, admit that the listed Fix Object is a derivative

18  work within the meaning of 17 U.S.C. § 101.

19  **RESPONSE TO REQUEST NO. 48:**

20       Defendants object to this request on the grounds stated in the General Objections and

21  Responses.  Defendants object to the request because the term "derivative work" makes this

22  request overly broad, vague, and ambiguous.  Further, Defendants object to this request as

23  compound and unduly burdensome in that this request asks 14,724 separate questions, and the

24  request would require Defendants to review substantial business records to determine an answer,

25  if possible, for each of the 14,724 separate requests.  Defendants object to this request for

26  admission because it calls for a conclusion of law.  Defendants further object to the term "Fix

27  Object" as overly broad, vague, and inaccurate to the extent it includes the phrase "discrete unit

28  of code."  Defendants respond as if the undefined term "object" was used in "Fix Object's" place.

1    Subject to the General Objections and Responses and these specific objections, these

2    requests only seek conclusions of law, and on that basis are DENIED.

3    **REQUEST NO. 49:**

4    For each item 18462-33186 on Exhibit D, admit that SAP TN's modification of a file that

5    had been created by Oracle or had been delivered by Oracle as part of a PeopleSoft application

6    release, fix, update, upgrade or patch so as to Create the listed Fix Object was unlicensed.

7    **RESPONSE TO REQUEST NO. 49:**

8    Defendants object to this request on the grounds stated in the General Objections and

9    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10   respect to the information sought in this request because Defendants SAP AG and SAP America

11   have no additional knowledge separate and apart from the information provided by Defendant

12   TomorrowNow in this response.  Defendants object to the request because the terms and phrases

13   "created," "modification," "PeopleSoft application release, fix, update, upgrade or patch," and

14   "unlicensed" make this request overly broad, vague, and ambiguous.  Further, Defendants object

15   to this request as compound and unduly burdensome in that this request asks 14,724 separate

16   questions, and the request would require Defendants to review substantial business records to

17   determine an answer, if possible, for each of the 14,724 separate requests.  Defendants object to

18   this request for admission because it calls for a conclusion of law.  Defendants further object to

19   the term "Fix Object" as overly broad, vague, and inaccurate to the extent it includes the phrase

20   "discrete unit of code."  Defendants respond as if the undefined term "object" was used in "Fix

21   Object's" place.

22   Subject to the General Objections and Responses and these specific objections, these

23   requests only seek conclusions of law, and on that basis are DENIED.

24   **REQUEST NO. 50:**

25   For each item 18462-33186 on Exhibit D, admit that SAP TN's use as a reference of a file

26   that had been created by Oracle or had been delivered by Oracle as part of a PeopleSoft

27   application release, fix, update, upgrade or patch so as to Create the listed Fix Object was

28   unlicensed.

1  **RESPONSE TO REQUEST NO. 50**

2      Defendants object to this request on the grounds stated in the General Objections and

3  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4  respect to the information sought in this request because Defendants SAP AG and SAP America

5  have no additional knowledge separate and apart from the information provided by Defendant

6  TomorrowNow in this response.  Defendants object to the request because the terms and phrases

7  "created," "use as a reference of a file," "PeopleSoft application release, fix, update, upgrade or

8  patch," and "unlicensed" make this request overly broad, vague, and ambiguous.  Further,

9  Defendants object to this request as compound and unduly burdensome in that this request asks

10  14,724 separate questions, and the request would require Defendants to review substantial

11  business records to determine an answer, if possible, for each of the 14,724 separate requests.

12  Defendants object to this request for admission because it calls for a conclusion of law.

13  Defendants further object to the term "Fix Object" as overly broad, vague, and inaccurate to the

14  extent it includes the phrase "discrete unit of code."  Defendants respond as if the undefined term

15  "object" was used in "Fix Object's" place.

16      Subject to the General Objections and Responses and these specific objections, these

17  requests only seek conclusions of law, and on that basis are DENIED.

18

19  Dated:  December 4, 2009                    JONES DAY

20

21                                          By: /s/ Jason McDonell
                                                Jason McDonell
22

23                                          Counsel for Defendants
                                            SAP AG, SAP AMERICA, INC., and
24                                          TOMORROWNOW, INC.

25

26

27

28

1

## PROOF OF SERVICE

2      I, Laurie Paige Burns, declare:

3      I am a citizen of the United States and employed in San Francisco County, California.  I

4  am over the age of eighteen years and not a party to the within-entitled action.  My business

5  address is 555 California Street, 26th Floor, San Francisco, California 94104.  On December 4,

6  2009, I served a copy of the attached document(s):

7      **DEFENDANTS' SECOND AMENDED AND SUPPLEMENTAL**
       **RESPONSES TO PLAINTIFFS' THIRD SET OF REQUESTS FOR**
8      **ADMISSION TO DEFENDANTS TOMORROWNOW, INC., SAP AG,**
       **AND SAP AMERICA, INC.**

9

10

11   ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set
           forth below on this date before 5:00 p.m.

12
13   ☐   by placing the document(s) listed above in a sealed envelope with postage thereon
           fully prepaid, in the United States mail at San Francisco, California addressed as
           set forth below.

14
15   ☒   by personally delivering the document(s) listed above to the person(s) at the
           address(es) set forth below.

16   ☒   by transmitting via e-mail or electronic transmission the document(s) listed above
           to the person(s) at the e-mail address(es) set forth below.
17

18      Donn Pickett
        Geoffrey M. Howard
19      Holly A. House
        Zachary J. Alinder
20      Bree Hann
        BINGHAM McCUTCHEN LLP
21      Three Embarcadero Center
        San Francisco, CA 94111-4067
22      *donn.pickett@bingham.com*
        *geoff.howard@bingham.com*
23      *holly.house@bingham.com*
        *zachary.alinder@bingham.com*
24      *bree.hann@bingham.com*
25
        Executed on December 4, 2009, at San Francisco, California.
26
                                              By: _Laurie Paige Burns_
27
                                                  Laurie Paige Burns
28

HUI-121381v1

PROOF OF SERVICE
Case No. 07-CV-1658 PJH (EDL)