| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| 11 | Telephone: (650) 506-4846 |
| | Facsimile: (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
| | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | Oracle USA, Inc., Oracle International Corporation, |
| 15 | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER AND TO COMPEL DEPOSITION TESTIMONY AND FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS** |
| 21 | v. | |
| | SAP AG, *et al.*, | |
| 22 | Defendants. | |
| 28 | | Case No. 07-CV-01658 PJH (EDL) |

PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL
DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL

Dockets.Justia.com

1

2   Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
3   International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs") and
4   Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. ("Defendants," and together
5   with Plaintiffs, the "Parties") request that the Court order the Clerk of the Court to file under seal
6   Exhibit T to the Declaration of Chad Russell in Support of Oracle's Motion to Modify the
7   Protective Order and to Compel Deposition Testimony and Further Responses to Requests for
8   Admission.  Plaintiffs lodged a copy of Exhibit T with the Court on December 11, 2009.
9   The requested relief sought is necessary and narrowly tailored to protect the
10  alleged confidentiality of the content of Defendants' information put at issue by Plaintiffs'
11  Motion.  This request is supported by the Declaration of Bree Hann in support of Plaintiffs'
12  Administrative Motion to Permit Plaintiffs to File Under Seal Defendants' Information
13  Supporting Plaintiffs' Motion to Modify the Protective Order and to Compel Deposition
14  Testimony and Further Responses to Requests for Admissions and is accompanied by a proposed
15  order and stipulation.

16  DATED:  December 11, 2009         BINGHAM McCUTCHEN LLP
17
18
19                                    By:      /s/ Chad Russell
                                              Chad Russell
20                                         Attorneys for Plaintiffs
                                             Oracle USA, Inc.,
21                                Oracle International Corporation, Oracle EMEA
                                      Limited, and Siebel Systems, Inc.
22
23
24
25
26
27
28
                                        1                    Case No. 07-CV-01658 PJH (EDL)

PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL
DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO COMPEL