| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) | Elaine Wallace (SBN 197882)<br>JONES DAY |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 4 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 | Telephone:     (415) 626-3939<br>Facsimile:      (415) 875-5700 |
| 5 | Telephone: (415) 393-2000<br>Facsimile:  (415) 393-2286 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com | ewallace@jonesday.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776) |
| 8 | bree.hann@bingham.com | JONES DAY<br>1755 Embarcadero Road |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) | Palo Alto, CA  94303<br>Telephone:     (650) 739-3939 |
| 10 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA  94070 | Facsimile:      (650) 739-3900<br>tglanier@jonesday.com |
| 11 | Telephone:  (650) 506-4846<br>Facsimile:   (650) 506-7114 | jfroyd@jonesday.com |
| 12 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com | Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | | JONES DAY<br>717 Texas, Suite 3300 |
| 14 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International | Houston, TX  77002<br>Telephone:     (832) 239-3939 |
| 15 | Corporation, Oracle EMEA Limited, and<br>Siebel Systems, Inc. | Facsimile:      (832) 239-3600<br>swcowan@jonesday.com |
| 16 | | jlfuchs@jonesday.com |
| 17 | | Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and |
| 18 | | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br>SAP AG, *et al.*,<br><br>　　　　Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER AND TO COMPEL DEPOSITION TESTIMONY AND FURTHER RESPONSES TO REQUESTS FOR ADMISSION** |

Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE DEFENDANTS' INFORMATION UNDER SEAL

Dockets.Justia.com

1  Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
2  International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. ("Plaintiffs") and
3  Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together
4  with Plaintiffs, the "Parties") jointly submit this Stipulation to Permit Plaintiffs to File Under
5  Seal Defendants' Information Supporting Plaintiffs' Motion to Modify the Protective Order and
6  to Compel Deposition Testimony and Further Responses to Requests for Admissions ("Motion to
7  Compel").

8  WHEREAS, the requested relief is necessary and narrowly tailored to protect the alleged
9  confidentiality of the materials put at issue by the Plaintiffs' Motion to Compel until such time as
10 the Court makes a final ruling as to confidentiality of the relevant subject matter.  Specifically,
11 the following materials constitute documents that contain information designated by Defendants'
12 as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only"
13 pursuant to the Protective Order entered on June 6, 2007 in this action:

14  1. Exhibit T to the Declaration of Chad Russell in Support of Plaintiffs' Motion to
15     Compel, which is also Plaintiffs' Deposition Exhibit 1684, contains information
16     Defendants have instructed Plaintiffs to seek permission to file under seal.

17 NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
18 respective counsel of record, that Plaintiffs be permitted to file under seal their documents
19 supporting Plaintiffs' Motion to Compel.  The Parties further agree that Plaintiffs reserve their
20 rights to challenge the confidentiality of the information filed under seal pursuant to this
21 Stipulation.

DATED:  December 11, 2009        Bingham McCutchen LLP

By:_____/s/ Chad Russell_____
Chad Russell
Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle International Corporation, Oracle
EMEA Limited, and Siebel Systems, Inc.

1                                Case No. 07-CV-01658 PJH (EDL)

1  In accordance with General Order No. 45, Rule X, the above signatory attests that
2  concurrence in the filing of this document has been obtained from the signatory below.

3
4  DATED: December 11, 2009           JONES DAY

5                                     By:        /s/ Scott Cowan
6                                              Scott Cowan
                                          Attorneys for Defendants
7                                     SAP AG, SAP America, Inc., and
                                           TomorrowNow, Inc.

1                                                         Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE DEFENDANTS' INFORMATION UNDER SEAL