United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION                          No. 07-01658 PJH (JCS)

        Plaintiff(s),                  **NOTICE AND ORDER SETTING
                        FURTHER SETTLEMENT
    v.                               CONFERENCE**

SAP AG, ET AL.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that a Further Settlement Conference is scheduled for **March 18,
2010, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California
94102.  Updated confidential settlement conference statements shall be lodged with the Court by
**March 4, 2010.**

      Lead trial counsel shall appear at the Settlement Conference with the parties and persons
having unlimited authority to negotiate and settle the case.

      The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this
case settles prior to the date set for the Further Settlement Conference.  All other provisions of this
Court's original Notice and Settlement Conference Order remain in effect.

      IT IS SO ORDERED.

Dated:  December 11, 2009

                                                      _____
                                        JOSEPH C. SPERO
                                        United States Magistrate Judge