1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:     (650) 739-3939
10 Facsimile:     (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:     (832) 239-3939
15 Facsimile:     (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                    UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA; OAKLAND DIVISION

| | |
|---|---|
| 21  ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| 22              Plaintiffs, | **DECLARATION OF JOHN YOURI IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER AND TO COMPEL DEPOSITION TESTIMONY AND FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS** |
| 23       v. | |
| 24  SAP AG, et al., | |
| 25              Defendants. | |
| 26 | |
| 27 | Date: N/A<br>Time: N/A<br>Courtroom: E, 15th Floor<br>Judge:  Hon. Elizabeth D. Laporte |
| 28 | |

SFI-625825v1

YOURI DECL. ISO DEFS' RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
Case No. 07-CV-1658 PJH (EDL)

1  I, JOHN YOURI, declare:

2  I am a Senior Director of Global Field Services in the Product Portfolio Management and
3  Sales group at SAP AG, one of the Defendants in this case.  I make this declaration based on
4  personal knowledge and, if called upon to do so, could testify competently thereto.

5  1.  I am familiar with the information contained in Exhibit T to the Declaration of
6  Chad Russell in Support of Oracle's Motion to Modify the Protective Order and to Compel
7  Deposition Testimony and Further Responses to Requests for Admissions ("Exhibit T").  Exhibit
8  T is a document with a series of slides in a Microsoft PowerPoint document, and I helped prepare
9  those slides.  A number of the slides reference and describe SAP's standard license agreements
10 with its customers, the terms of which are non-public, and strategies SAP adopts when
11 negotiating those terms.  Public release of this information could adversely effect SAP's future
12 bargaining position with customers and provide competitive advantage to SAP's business
13 competitors.  Because of the competitively sensitive information contained in the document, the
14 disclosure of it could likely cause competitive and business injury.

15 I declare under penalty of perjury under the laws of the United States and the State of
16 California that the foregoing is true and correct.  Executed this _____ day of December 2009 in
17 Palo Alto, California.

_____

John Youri