1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:   (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA  94070
11 Telephone:  (650) 506-4846
   Facsimile:   (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corporation,
15 Oracle EMEA Limited, and Siebel Systems, Inc.

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           OAKLAND DIVISION

| | |
|---|---|
| 19  ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20           Plaintiffs, | **PLAINTIFFS' RESPONSE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION TO COMPEL** |
| 21  v. | |
| 22  SAP AG, *et al.*, | |
|              Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

PLAINTIFFS' RESPONSE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL

Dockets.Justia.com

## I. INTRODUCTION

Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants,") filed an Administrative Motion (Docket No. 563) and accompanying Stipulation (Docket No. 565), Declaration (Docket No. 564), and Proposed Order (Docket No. 563) to seal (a) portions of Defendants' Motion to Compel ("Defendants' Motion"), and (b) Exhibits A, C, F, G, H, K and Appendix 5 of the Declaration of Scott W. Cowan in support thereof ("the Cowan Declaration"). Under Local Rules 7-11 and 79-5, and this Court's Standing Order For Cases Involving Sealed or Confidential Documents, Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively, "Oracle") file this Response, and the accompanying Declaration of Jennifer Gloss in Support of Defendants' Administrative Motion to Seal ("Gloss Declaration" or "Gloss Decl."), which establishes that good cause exists in support of a narrowly tailored order authorizing the sealing of portions of Defendants' Motion, portions of Exhibit C of the Cowan Declaration, and Exhibits A, F, G, H and K of the Cowan Declaration.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents. As opposed to sealing information at trial or in case-dispositive motions, which requires the most "compelling" of reasons, a showing of good cause will suffice for sealing records attached to non-dispositive motions. *Navarro v. Eskanos & Adler*, Case No. C-06 02231 WHA(EDL), 2007 U.S. Dist. LEXIS 24864 at *7 (March 22, 2007) (citing in part, *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)); Court's Standing Order for Cases Involving Sealed or Confidential Documents ¶ 5 (citing in part, *Foltz v. State Farm Mu. Automobile Ins. Co.*, 331 F.3d 1122 (9th Cir. 2003). To make such a showing of good cause, the party seeking protection from disclosure must demonstrate that it has taken steps to keep the information confidential, and that public disclosure of such information would create a risk of significant competitive injury and particularized harm or prejudice. *See Navarro*, 2007 U.S. Dist. LEXIS 24864 at *5, *8; *see also Phillips v. General Motors Corp.,* 307 F.3d 1206, 1211 (9th Cir. 2006); *In re Adobe Sys., Inc. Sec. Litig.*, 141 F.R.D. 155, 158 (N.D. Cal. 1992).


### III. ARGUMENT

Through the declaration of Jennifer Gloss that accompanies this Response, Oracle establishes good cause to permit the filing under seal of portions of Exhibit C to the Cowan Declaration, Exhibits A, F, G, H and K of the Cowan Declaration, and the portions of Defendants' motion referencing these documents. *See* Gloss Decl., ¶¶3-4. The Gloss Declaration establishes both that Oracle has considered and treated the information contained in the subject documents as confidential, commercially sensitive and proprietary, and that public disclosure of such information would create a risk of significant competitive injury and particularized harm and prejudice to Oracle. *See id.*, ¶¶3-5. Further, Oracle has continued to protect the information contained in these Exhibits from improper public disclosure since the initiation of this litigation through a Stipulated Protective Order (Docket No. 32) to prevent its private confidential information from being improperly disclosed. *See id.* Under the terms of the Protective Order, Oracle has designated each of these Exhibits as either "Confidential" and "Highly Confidential" prior to producing such documents and testimony in the course of discovery. The Gloss Declaration also establishes that the request for sealing has been narrowly tailored. *See id.* Accordingly, good cause exists to grant an order sealing these documents.

### IV. CONCLUSION

For the foregoing reasons, Oracle respectfully requests that the Court file under seal, the specific portions of Exhibits A, C, F, G, H, and K of the Cowan Declaration, and the corresponding portions of Defendants' Motion as set forth in the Gloss Declaration.

DATED: December 18, 2009         BINGHAM McCUTCHEN LLP

By:       /s/ Zachary J. Alinder
          Zachary J. Alinder

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
Oracle International Corporation, and Siebel Systems, Inc.