| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP | Robert A. Mittelstaedt (SBN 060359) |
| | DONN P. PICKETT (SBN 72257) | Jason McDonell (SBN 115084) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) | Elaine Wallace (SBN 197882) |
| | HOLLY A. HOUSE (SBN 136045) | JONES DAY |
| 3 | ZACHARY J. ALINDER (SBN 209009) | 555 California Street, 26th Floor |
| | BREE HANN (SBN 215695) | San Francisco, CA 94104 |
| 4 | Three Embarcadero Center | Telephone: (415) 626-3939 |
| | San Francisco, CA 94111-4067 | Facsimile: (415) 875-5700 |
| 5 | Telephone: (415) 393-2000 | ramittelstaedt@jonesday.com |
| | Facsimile: (415) 393-2286 | jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com | ewallace@jonesday.com |
| | geoff.howard@bingham.com | |
| 7 | holly.house@bingham.com | Tharan Gregory Lanier (SBN 138784) |
| | zachary.alinder@bingham.com | Jane L. Froyd (SBN 220776) |
| 8 | bree.hann@bingham.com | JONES DAY |
| | | 1755 Embarcadero Road |
| 9 | DORIAN DALEY (SBN 129049) | Palo Alto, CA 94303 |
| | JENNIFER GLOSS (SBN 154227) | Telephone: (650) 739-3939 |
| 10 | 500 Oracle Parkway | Facsimile: (650) 739-3900 |
| | M/S 5op7 | tglanier@jonesday.com |
| 11 | Redwood City, CA 94070 | jfroyd@jonesday.com |
| 12 | Telephone: (650) 506-4846 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Facsimile: (650) 506-7114 | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | dorian.daley@oracle.com | JONES DAY |
| | jennifer.gloss@oracle.com | 717 Texas, Suite 3300 |
| 14 | | Houston, TX 77002 |
| | Attorneys for Plaintiffs | Telephone: (832) 239-3939 |
| 15 | Oracle USA, Inc., Oracle International | Facsimile: (832) 239-3600 |
| | Corporation, Oracle EMEA Ltd., and Siebel | swcowan@jonesday.com |
| 16 | Systems, Inc. | jlfuchs@jonesday.com |
| 17 | | Attorneys for Defendants |
| | | SAP AG, SAP AMERICA, INC., and |
| 18 | | TOMORROWNOW, INC. |

19        UNITED STATES DISTRICT COURT

20        NORTHERN DISTRICT OF CALIFORNIA

21        OAKLAND DIVISION

| | | |
|---|---|---|
| 22 | ORACLE USA, Inc., *et al.*, | Case No. 07-CV-1658 PJH (EDL) |
| 23 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXPERT DISCOVERY** |
| 24 | v. | |
| 25 | SAP AG, *et al.*, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

1     Pursuant to Civil Local Rule 6-2, and in accordance with Local Rule 7-12, Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Ltd., and Siebel Systems, Inc. ("Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with "Oracle," "the Parties") hereby submit this agreed upon stipulation to extend time for expert discovery. The June 11, 2009 Stipulated Revised Case Management and Pretrial Order ("June 11, 2009 Order") provides that the deadline to serve rebuttal expert reports is February 26, 2010. *See* D.I. 325. The Parties jointly request that the deadline to serve rebuttal expert reports be extended to March 26, 2010. Additionally, the June 11, 2009 Order sets an expert discovery cut-off date of April 23, 2010. *See* D.I. 325. The Parties jointly request that expert discovery cut-off be extended to June 18, 2010.

    This requested extension does not impact any other portion of the current case schedule, including any dates involving any action by the Court or the current trial date of November 1, 2010. The accompanying Declaration of Scott Cowan sets forth the reasons for the requested extension of time. The only purpose of this requested extension is to extend the two deadlines noted above and thus this requested extension shall not in any way affect any other rights or obligations of the Parties.

DATED: December 21, 2009          JONES DAY

By:     /s/ Scott W. Cowan
       Scott W. Cowan.

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

    In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 1 | DATED: December 21, 2009 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: :   /s/ Geoffrey M. Howard |
| 4 | |          Geoffrey M. Howard |
| 5 | | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International |
| 6 | | Corporation, Oracle EMEA Ltd., and Siebel Systems, Inc. |
| 7 | | |
| 8 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** | |
| 9 | | |
| 10 | DATED: _____ | By: _____ |
| 11 | |          Hon. Phyllis J. Hamilton |

- 3 -

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME FOR EXPERT DISCOVERY
Case No. 07-CV-1658 PJH (EDL)