```
 1  Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
 2  Elaine Wallace (SBN 197882)
    JONES DAY
 3  555 California Street, 26th Floor
    San Francisco, CA  94104
 4  Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
 5  ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
 6  ewallace@jonesday.com

 7  Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
 8  JONES DAY
    1755 Embarcadero Road
 9  Palo Alto, CA  94303
    Telephone:    (650) 739-3939
10  Facsimile:    (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted Pro Hac Vice)
    Joshua L. Fuchs (Admitted Pro Hac Vice)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX 77002
    Telephone:    (832) 239-3939
15  Facsimile:    (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DECLARATION OF SCOTT W. COWAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXPERT DISCOVERY** |
| v. | |
| SAP AG, et al., | |
| Defendants. | Date: N/A<br>Time: N/A<br>Courtroom: N/A<br>Judge: Hon. Phyllis J. Hamilton |

COWAN DECL. ISO STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR EXPERT DISCOVERY
Case No. 07-CV-1658 PJH (EDL)
- 1 -

dockets.Justia.com

I, SCOTT W. COWAN, declare:

I am a partner in the law firm of Jones Day, 717 Texas, Suite 3300, Houston, Texas, a member in good standing of the bar of Texas, admitted *pro hac vice*, and counsel of record for Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. in the above-captioned action. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. On June 11, 2009, the Court issued a Stipulated Revised Case Management and Pretrial Order. *See* D.I. 325 ("June 11, 2009 Order"). The June 11, 2009 Order set February 26, 2010 as the deadline to serve expert rebuttal reports. *See* D.I. 325. The June 11, 2009 Order further set April 23, 2010 as the expert discovery cut-off date.

2. Due to the complexities and volume of expert-related discovery and the challenges of scheduling voluminous expert depositions, the parties mutually agree to extend the date to serve rebuttal expert reports until March 26, 2010 and to extend the close of expert discovery to June 18, 2010.

3. The Parties have previously sought and received modifications to certain deadlines in the case schedule. By agreement of the parties, the Court moved the trial date in this case from February 9, 2009 to February 8, 2010. *See* D.I. 50; D.I. 84. Other dates, including the dates for the cut-off of fact and expert discovery, were modified at the same time. *See* D.I. 50; D.I. 82; D.I. 84. Subsequently, the Court granted the parties' request to move the trial date from February 8, 2010 to November 1, 2010. *See* D.I. 84; D.I. 325. The dates for the cut-off of fact and expert discovery were also modified at that time. *See* D.I. 84; D.I. 325.

4. Because the Parties' request to extend the deadline to serve rebuttal expert reports and to extend the close of expert discovery does not impact any other deadlines set forth in the Court's Order, including any dates involving any action by the Court or the current trial date of November 1, 2010, the parties do not believe the granting of this motion will have any detrimental effect at all on either the schedule for this case or the Court's schedule generally.

//
//

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States and the State of |
| 2 | California that the foregoing is true and correct. Executed this 21st day of December, 2009 in |
| 3 | Houston, Texas. |

Dated: December 21, 2009　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　　　　　By: \_\_\_\_/s/ Scott W. Cowan\_\_\_\_\_
　　　　　　　　　　　　　　　　　　　　　　　　Scott W. Cowan

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

SVI-75870v1

COWAN DECL. ISO STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR EXPERT DISCOVERY
Case No. 07-CV-1658 PJH (EDL)

- 3 -