1  BINGHAM McCUTCHEN LLP                    Robert A. Mittelstaedt (SBN 060359)
   DONN P. PICKETT (SBN 72257)              Jason McDonell (SBN 115084)
2  GEOFFREY M. HOWARD (SBN 157468)          Elaine Wallace (SBN 197882)
   HOLLY A. HOUSE (SBN 136045)              JONES DAY
3  ZACHARY J. ALINDER (SBN 209009)          555 California Street, 26th Floor
   BREE HANN (SBN 215695)                   San Francisco, CA  94104
4  Three Embarcadero Center                 Telephone:    (415) 626-3939
   San Francisco, CA  94111-4067            Facsimile:    (415) 875-5700
5  Telephone:  (415) 393-2000               ramittelstaedt@jonesday.com
   Facsimile:  (415) 393-2286               jmcdonell@jonesday.com
6  donn.pickett@bingham.com                 ewallace@jonesday.com
   geoff.howard@bingham.com
7  holly.house@bingham.com                  Tharan Gregory Lanier (SBN 138784)
   zachary.alinder@bingham.com              Jane L. Froyd (SBN 220776)
8  bree.hann@bingham.com                    JONES DAY
                                            1755 Embarcadero Road
9  DORIAN DALEY (SBN 129049)                Palo Alto, CA  94303
   JENNIFER GLOSS (SBN 154227)              Telephone:    (650) 739-3939
10 500 Oracle Parkway                       Facsimile:    (650) 739-3900
   M/S 5op7                                 tglanier@jonesday.com
11 Redwood City, CA  94070                  jfroyd@jonesday.com
12 Telephone:  (650) 506-4846
   Facsimile:  (650) 506-7114               Scott W. Cowan (Admitted *Pro Hac Vice*)
13 dorian.daley@oracle.com                  Joshua L. Fuchs (Admitted *Pro Hac Vice*)
   jennifer.gloss@oracle.com                JONES DAY
14                                          717 Texas, Suite 3300
   Attorneys for Plaintiffs                 Houston, TX  77002
15  Oracle USA, Inc., Oracle International   Telephone:    (832) 239-3939
   Corporation, Oracle EMEA Ltd., and Siebel Facsimile:    (832) 239-3600
16  Systems, Inc.                           swcowan@jonesday.com
                                            jlfuchs@jonesday.com
17
                                            Attorneys for Defendants
18                                           SAP AG, SAP AMERICA, INC., and
                                            TOMORROWNOW, INC.

19                      UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                            OAKLAND DIVISION

22 ORACLE USA, Inc., *et al.*,              Case No. 07-CV-1658 PJH (EDL)

23            Plaintiffs,                    **STIPULATION AND [~~PROPOSED~~]**
                                            **ORDER TO EXTEND TIME FOR**
24       v.                                 **EXPERT DISCOVERY**

25 SAP AG, *et al.*,

26            Defendants.

27

28
                                            STIPULATION AND [PROPOSED] ORDER TO
                                            EXTEND TIME FOR EXPERT DISCOVERY
                                            Case No. 07-CV-1658 PJH (EDL)

1    Pursuant to Civil Local Rule 6-2, and in accordance with Local Rule 7-12, Plaintiffs

2    Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Ltd., and Siebel Systems, Inc.

3    ("Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants,"

4    and together with "Oracle," "the Parties") hereby submit this agreed upon stipulation to extend

5    time for expert discovery.  The June 11, 2009 Stipulated Revised Case Management and Pretrial

6    Order ("June 11, 2009 Order") provides that the deadline to serve rebuttal expert reports is

7    February 26, 2010.  *See* D.I. 325.  The Parties jointly request that the deadline to serve rebuttal

8    expert reports be extended to March 26, 2010.  Additionally, the June 11, 2009 Order sets an

9    expert discovery cut-off date of April 23, 2010.  *See* D.I. 325.  The Parties jointly request that

10   expert discovery cut-off be extended to June 18, 2010.

11   This requested extension does not impact any other portion of the current case schedule,

12   including any dates involving any action by the Court or the current trial date of November 1,

13   2010.  The accompanying Declaration of Scott Cowan sets forth the reasons for the requested

14   extension of time.  The only purpose of this requested extension is to extend the two deadlines

15   noted above and thus this requested extension shall not in any way affect any other rights or

16   obligations of the Parties.

17   DATED:  December 21, 2009                JONES DAY

18

19                                           By:  _____/s/ Scott W. Cowan_____
                                                      Scott W. Cowan.
20
                                             Attorneys for Defendants
21                                           SAP AG, SAP AMERICA, INC., and
                                             TOMORROWNOW, INC.
22

23   In accordance with General Order No. 45, Rule X, the above signatory attests that

24   concurrence in the filing of this document has been obtained from the signatory below.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME FOR EXPERT DISCOVERY
Case No. 07-CV-1658 PJH (EDL)

1   DATED:  December 21, 2009          BINGHAM McCUTCHEN LLP

2

3                               By: :     /s/ Geoffrey M. Howard

4                                    Geoffrey M. Howard

5                               Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
6                               Corporation, Oracle EMEA Ltd., and Siebel
Systems, Inc.

7

8   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10   DATED:    12/22/09

11                               By
Hon. Phyllis J. H...

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME FOR EXPERT DISCOVERY
Case No. 07-CV-1658 PJH (EDL)