UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

    Plaintiffs,　　　　　　　　　　No. C 07-1658 PJH

    v.　　　　　　　　　　　　　　**ORDER**

SAP AG, et al.,

    Defendants
_____/

    On January 4, 2010, the court received a letter from a Michael Pulk, of Bryan, Texas. On the same date, the court had the letter docketed as a "Received" document. See Docket No. 587. The letter had been sent express mail on December 29, 2009, but because of the New Year's holiday and the court's unavailability during that period, the letter did not reach the court until January 4, 2010.

    The letter is not entirely clear, but it appears that Mr. Pulk is unhappy about some aspect of the conduct of discovery in this action, or more particularly, believes that some discovery practice of the parties is having a negative effect on his business.

    The court hereby directs the parties to meet and confer regarding this issue, and to file a status report within 30 days advising the court as to how they have resolved this problem.

**IT IS SO ORDERED.**

Dated: January 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge