1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA 94111-4067
5  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
11 Telephone: (650) 506-4846
   Facsimile: (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corporation,
15 Oracle EMEA Limited, and Siebel Systems, Inc.

16                 UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

19 | ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
|---|---|
20 | Plaintiffs, | **DECLARATION OF JASON RICE IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL** |
   | v. | |
21 | SAP AG, *et al.*, | |
22 | Defendants. | **[REDACTED]** |
23 | | Date: January 26, 2010 |
24 | | Time: 2 p.m. |
   | | Place: Courtroom E, 15th Floor |
25 | | Judge: Hon. Elizabeth D. Laporte |

26

27

28

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF JASON RICE IN SUPPORT OF ORACLE'S OPPOSITION TO MOTION TO COMPEL

I, Jason Rice, declare as follows:

1. I am a Principal Software Engineer for Plaintiff Oracle USA ("Oracle"). I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. As described in more detail in my March 14, 2008 Declaration in Opposition to SAP's Motion to Compel Change Assistant Source Code in this Action, I have personal knowledge regarding the development and maintenance of Oracle's customer support website, called Customer Connection (specifically the J.D. Edwards Update Center), the J.D. Edwards Change Assistant software program user-interface, and the databases associated with those two programs.

3. I understand that SAP's counsel and experts were provided access to Customer Connection and the Change Assistant tool. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Thus, SAP's counsel and experts could have searched Customer Connection for each ESU or SAR released for a given system code, and could have indexed those ESUs and SARs by system code.

4. While identifying and descriptive information about downloadable support materials is reflected in the Customer Connection databases (e.g. the attributes described above), the Customer Connection databases do not contain licensing data to identify whether a given download is licensed for any given customer. Thus, SAP would not be able to "map" downloaded support materials taken from Customer Connection to customer contracts using the electronic data contained on Customer Connection, including the spreadsheets that SAP introduced as deposition exhibits during my December 4, 2009 deposition, which I created using the Customer Connection databases.

5. I understand that TomorrowNow/SAP employed several former JD

2      Case No. 07-CV-01658 PJH (EDL)

1 Edwards employees, such as Mark Kreutz. I am confident that anyone familiar with the materials
2 available through Customer Connection, including many former JD Edwards employees, along
3 with someone with basic knowledge of how databases work (a "dba"), should have no problem
4 not only connecting all of those databases (particularly given the detailed instructions that I put
5 together for restoring the Update Center database), but also querying those databases to create the
6 same types of spreadsheets with ESU, SAR, and system code information that SAP's counsel
7 asked me about during my deposition on December 4, 2009.

8     6. I have reviewed the document with the Bates number TN-OR04217886,
9 which I understand was produced from Mr. Kreutz' files at TomorrowNow/SAP.



3      Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF JASON RICE IN SUPPORT OF ORACLE'S OPPOSITION TO MOTION TO COMPEL

## Summary Analysis

All Packages | All SARs | All Objects |

**- All Packages**

| Package | Description | Type |
|---|---|---|
| JD22200 | Electronic Software Updates | CLIENT |
| JD22279 | Electronic Software Updates | CLIENT |
| JD22463 | Electronic Software Updates | CLIENT |
| JD22930 | Electronic Software Updates | CLIENT |
| JD23272 | Electronic Software Updates | CLIENT |
| JD23540 | Electronic Software Updates | CLIENT |
| JD23583 | Electronic Software Updates | CLIENT |
| JD23631 | Electronic Software Updates | CLIENT |
| JD23891 | Electronic Software Updates | CLIENT |
| JD24020 | Electronic Software Updates | CLIENT |

Back to top

**- All SARs**

| SAR | Description | Package |
|---|---|---|
| 4636997 | EFT/EFTE not working | JD22930 |
| | Objects on SAR: P12230 - Supplemental Inquiry by Data T | |
| 4702456 | A/D not totalling correctly | JD23272 |
| | Objects on SAR: R12430 - Depreciation Expense Report | |
| 4704945 | Processing Option default err | JD23540 |
| | Objects on SAR: R12424 - Cost Analysis / T12424 - Cost Analysis | |
| 4870425 | Sys. Update o/s selectn range | JD24020 |
| | Objects on SAR: R1201Z1I - Asset Master/Equipment Tag Inb | |
| 4999667 | Erroneous errors in proof mode | JD24020 |
| | Objects on SAR: R1201Z1I - Asset Master/Equipment Tag Inb | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 4, 2010 at Denver, Colorado.

_____
Jason Rice