1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:   (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA  94070
11 Telephone:  (650) 506-4846
   Facsimile:   (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corporation,
15 Oracle EMEA Limited, and Siebel Systems, Inc.

16             UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                    OAKLAND DIVISION

| | |
|---|---|
| 19  ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20          Plaintiffs,<br>     v. | **DECLARATION OF BUFFY RANSOM IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL** |
| 21  SAP AG, *et al.*, | |
| 22          Defendants. | [REDACTED] |
| 23 | Date: January 26, 2010<br>Time: 2 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

Case No. 07-CV-01658 PJH (EDL)

I, Buffy Ransom, declare as follows:

1. I am Vice President of Customer Support for EnterpriseOne Software Programs in Oracle's Product Support team. I have personal knowledge of the facts stated in this declaration and, if called and sworn as a witness, could testify competently as to them.

2. In late 2006, Oracle employees noticed unusual download activity through Oracle's password-protected customer support website, known as Customer Connection. The unusual downloading activity came from an IP address assigned to Defendant TomorrowNow, Inc., a subsidiary of SAP America, which is a subsidiary of SAP AG (together referred to as "SAP"). Oracle investigated that download activity at the direction of attorneys in Oracle's legal department and outside counsel at Bingham McCutchen. I supervised portions of, and participated in, Oracle's efforts to investigate that unusual downloading activity.

*What "Mapping" Of Downloads to Contracts Means*

3. Oracle's investigation included a detailed and time-consuming analysis of: (a) downloads from SAP's IP addresses reflected on the log files from Oracle's Customer Connection support website; (b) linking those downloads to certain customer login credentials; (c) linking those downloads to Oracle software programs; and, (d) connecting the type of Oracle software reflected in the download to the license agreement for the customer whose credential SAP had used. The matching of the downloaded software products to the customer licenses has been described by the Parties as "mapping," though that is not a term commonly used at Oracle, and though there is no automated way to do the full contract-to-download mapping analysis for any customer download. In particular, that "mapping" analysis typically requires a manual analysis of the customer's licensing information.

*JD Edwards Software and Licensing Background*

4. To understand the steps involved in this "mapping" of contracts to customer downloads, some background with respect to the JD Edwards software and how it is licensed would be helpful. Within the JD Edwards software line, a customer may license some or all of a "suite," such as Human Capital Management, within a "family," such as EnterpriseOne (also

2          Case No. 07-CV-01658 PJH (EDL)

known as OneWorld). Suites have a number of system codes identified with them, such as 07 which relates to the Payroll part of the Human Capital Management suite specifically. Attached as Exhibit A to this Declaration is a PowerPoint presentation containing true and correct copies of slides that I helped to create that show how JD Edwards downloads "map" to JD Edwards software using system codes. Slide 4 to Exhibit A is a true and correct copy of a visual that explains these relationships.

5.   Customers who pay for support on JD Edwards products have the right to download support products for the software they license. For JD Edwards, two of the more prominent types of downloaded JD Edwards support products are Software Action Requests ("SARs") and, when combined into a common release, are called Electronic Software Updates ("ESUs"). Slide 5 to Exhibit A is a true and correct copy of a visual that illustrates how SARs roll up into ESUs, which are sent out as regulatory releases and then get incorporated into various larger updates to the software program.

6.   In my role in the Product Support team for JD Edwards, I have worked to improve the JD Edwards customer support products and overall support experienced by customers including through Oracle's JD Edwards customer support websites (until 2008 called "Customer Connection"). Further, through my years of experience with customer support, I know that customers are aware of the software products that they have licensed, and typically, even know the specific system codes that are relevant to their licensed software. Customers know the relevant system codes so that they can filter out support products that they do not want or need, and just retrieve the support products needed to keep their licensed software running smoothly. Customer Connection contained search functionality that allowed customers to do this filtering efficiently, including through a tool called Change Assistant. For example, Customer Connection allowed customers to search for support products relevant to licensed system codes, like 07, software version releases, like Version 8.11, and software suite names, like Human Capital Management. I understand that Oracle produced spreadsheets that correlate system codes with the programs within each JD Edwards suite. Slide 7 to Exhibit A is a true and correct copy of a visual with an example of a portion of these spreadsheets. This is an example of a

1  system code to download map. But it does not indicate whether a customer is licensed to a
2  download. As described above, that requires a separate licensing analysis.
3      7.   To put this in concrete terms, I've explained this download-to-license analysis
4  below and in the attached Exhibits. The ESU identified as "JJ13072" is referenced in Exhibit A,
5  slide 5. I understand based on Oracle's log files that this ESU was downloaded by SAP using
6  the login credentials of a customer called SPX. Any licensee can open documentation for ESU
7  JJ13072 to see what SARs it contains. Slide 6 to Exhibit A is a true and correct copy of a visual
8  with a screenshot of the documentation for ESU JJ13072, which is available from the ESU itself.
9  The system code for this ESU is also displayed on this documentation – in this case the 07,
10 circled on slide 6 – as well as the system code for any SARs in that ESU.
11     8.   Similarly, if the customer searched on Customer Connection for the SAR in the
12 ESU – for example SAR number 8143057, also circled in Exhibit A, slide 6 – the SAR Search
13 information would show the system code that is assigned to the SAR and the ESU that the SAR
14 relates to. Attached as Exhibit B to this Declaration is a true and correct copy of a visual with a
15 screen shot of the SAR Search Record for SAR number 8143057 related to ESU JJ13072. Also,
16 Exhibit B to the Ransom Declaration shows that SAR number 8143057, within ESU JJ130172, is
17 associated with the Payroll program under system code 07.
18     9.   [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED] Thus, to assess whether a download is licensed, if you
26 know which customer credential was used to take the download, you must look at the download
27 system code, look at the system code to product spreadsheet, look at the customer contract, and
28 match them up.

4                                       Case No. 07-CV-01658 PJH (EDL)

*The Product Support Team's Evaluation of Customer Licenses*

10. As noted above, Oracle's investigation concluded that SAP had accessed Customer Connection using the log-in credentials (user ID and password) of various Oracle support customers and had downloaded thousands of Software and Support Materials not licensed to the customer whose credentials had been used for the download. SAP can do this same licensing analysis using the Oracle log files to find the customer log-in credential and customer name, for example SPX, that TomorrowNow had used to download a particular ESU or SAR. Then, SAP can compare the license agreement for that customer to the system code to download spreadsheet, *see* for example Exhibit A, slide 7, to identify the licensed system codes for that customer, and compare those to the system codes for downloaded ESUs and SARs (available both in the ESU/SAR itself which SAP had downloaded and on Customer Connection and through the underlying Customer Connection databases, which I understand SAP had access to). If Oracle had an automated process to do the download-to-contract analysis, Oracle would have used that itself. In short, the entire "mapping" process is complicated and was not automated, but nevertheless, like Oracle, SAP can determine, for each customer, which materials downloaded in the name of a particular customer were within that customer's support rights, and which materials were not.

*Impact of SAP TN's Conduct on Oracle*

11. Investigating SAP TN's conduct on Customer Connection, including the analysis of customer contracts and the materials downloaded by SAP TN with customer credentials, has been a time-consuming and intricate task for the Product Support team. Similar to what I estimated to Dr. Uwe Kohler prior to his December 4-5, 2008 deposition, I would estimate that the Product Support and other Oracle employees doing this contract analysis under my supervision alone spent approximately 500 work days on this investigation and licensing analysis. That amount time was necessary, because as stated above, there is no automated way to "map" a given download to a given customer license.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 4, 2010 at Phoenix, Arizona.

1
2      _____
3              Buffy Ransom
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6    Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BUFFY RANSOM IN SUPPORT OF ORACLE'S OPPOSITION TO MOTION TO COMPEL