| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000<br>Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846<br>Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corporation,<br>Oracle EMEA Limited, and Siebel Systems, Inc. |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>SAP AG, *et al.*,<br><br>            Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF LUCIA MACDONALD IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**<br><br>Date: January 26, 2010<br>Time: 2 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF LUCIA MADONALD IN SUPPORT OF
ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

I, Lucia MacDonald, declare as follows:

1. I am an associate at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., et al., (collectively, "Oracle") in the above-referenced action. I make this declaration based on my personal knowledge from my representation of Oracle and could and would testify competently to the facts stated herein if called upon to do so.

2. I reviewed SAP's requested 64 listed pleadings and the deposition transcripts from Folger Levin & Kahn LLP's files (PeopleSoft's counsel in the California litigation brought by PeopleSoft against Oracle in the Alameda Superior Court ("the 2003 Alameda action")).

3. The total page count for the 64 items alone is 7,631. It took several days to complete the review. Only six items on Defendants' list even mentioned any of the 350 customers at issue here.

4. My review confirmed that any FUD (fear, uncertainty and doubt) referenced in the Folger Levin documents is based upon publicly-available information such as press releases, news media, analyst notes, and pleadings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on date: January 5, 2010.

_____
Lucia MacDonald