# EXHIBIT D


BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 (PJH)<br><br>**DECLARATION OF JASON RICE IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' POST-SUBMISSION BRIEF ON ITEM II(D) OF DEFENDANTS' MOTION TO COMPEL NO. 2**<br><br>Place:  JAMS<br>Judge:  Honorable Charles A. Legge |

1  I, Jason Rice, declare as follows:

2  1. I am a Senior Software Engineer for Plaintiff Oracle USA ("Oracle"). I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

5  2. I have personal knowledge regarding the development and maintenance of Oracle's customer support website, called Customer Connection, the J.D. Edwards Change Assistant software program user-interface, and the databases associated with those two programs.

8  3. Both Customer Connection and Change Assistant are developed as tools to allow a licensed customer on current support to search for and retrieve Software and Support Materials (as that term is defined in Oracle's complaint) related to that customer's licensed software applications.

12  4. Customer Connection is an internet-based user interface that a customer accesses through the internet, with a valid log in credential, to perform searches for Software and Support Materials from the Oracle databases that contain the Software and Support Materials.

15  5. Change Assistant is a client-based user interface written in java programming language, which means that the customer downloads the Change Assistant program to a local computer and runs it from there, instead of accessing it through an internet browser. Once a customer is authenticated through the log in (similar to Customer Connection), the customer can use Change Assistant as a user interface to help retrieve Software and Support Materials from Oracle's databases. However, Change Assistant is only a user interface that assists a search. It has no search functionality itself.

22  6. Change Assistant assists the customer in performing searches for specified Software and Support Materials according to a set of requested criteria, such as those relating to a specific Oracle software application or a particular "system code." Customers do not access the source code for any purpose in performing these searches. Change Assistant transmits the customer's search request to Oracle's database and returns the results. It does not perform any search actions itself, and therefore the Change Assistant source code does not embody any search functionality. In performing these searches and returning results, Change Assistant does not

1  Case No. 07-CV-1658 (PJH)

DECLARATION OF JASON RICE

"map," and is not programmed to "map," the Software and Support Materials it returns as search results to a customer's license. Change Assistant merely communicates whatever search is requested and returns the results responsive to that search.

7. As a result, Change Assistant's source code will not provide any information as to which specific downloads were improper, or allow Defendants to "map" their downloaded files to customer contracts. If Defendants want to see how Change Assistant works, they can observe its function by using a compiled version of it that Oracle will provide in the same form that customers download it for use as part of their paid support, or by using the live version that Oracle has made available to Defendants.

8. The Change Assistant program is one of Oracle's valuable tools that it provides to its paying customers. The source code is restricted to a small number of application developers within Oracle. Oracle has spent years developing Change Assistant in its current form. Oracle would suffer competitive harm if any competitor was ever able to access the source code for Change Assistant, as it would potentially allow that competitor, among other things, to bypass a significant amount of development time. For example, disclosure of the source code could enable a third party to build unapproved tools to access our support systems in unauthorized, harmful ways.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 14, 2008 at Denver, Colorado.

_____
Jason Rice