# EXHIBIT G
# SUBMITTED UNDER SEAL