# EXHIBIT H
# SUBMITTED UNDER SEAL