# EXHIBIT I

KEITH SHANKLE       June 16, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
    Plaintiffs, )
)
vs. ) CASE NO. 07-CV-01658 (MJJ)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, INC., a)
Texas corporation, and DOES 1-50,)
inclusive, )
    Defendants. )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"

ORAL VIDEOTAPED DEPOSITION

KEITH SHANKLE

JUNE 16, 2009

    ORAL VIDEOTAPED DEPOSITION OF KEITH SHANKLE, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 16th day of June, 2009, from 9:09 a.m. to 2:29 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

    Job No. 1601-91410

Merrill Legal Solutions
(800) 869-9132

```
11:16:34   1
11:16:35   2
11:16:37   3
11:16:41   4
11:16:42   5
11:16:43   6
11:16:45   7
11:16:46   8
11:16:47   9
11:16:49  10
11:16:52  11
11:16:56  12
11:16:57  13
11:17:01  14      Q.   Did you populate a spreadsheet with every SAR
11:17:06  15   available from Customer Connection for certain JD Edwards
11:17:08  16   World subsets?
11:17:09  17      A.   Yes.
11:17:14  18      Q.   How did you do that?
11:17:20  19      A.   I used the Customer Connection to get that
11:17:20  20   information.
11:17:24  21
11:17:26  22
11:17:27  23
11:17:30  24
          25
```

Page 114

| Time | # | |
|---|---|---|
| 13:10:11 | 1 | |
| 13:10:12 | 2 | |
| 13:10:14 | 3 | |
| 13:10:17 | 4 | Q. (By Mr. Polito) Going to the last attachment, the |
| 13:10:25 | 5 | large spreadsheet, is this an iteration of the master SAR |
| 13:10:31 | 6 | spreadsheet that we were talking about earlier today? |
| 13:10:43 | 7 | MR. WILKES: Objection, form. |
| 13:10:44 | 8 | A. It appears to be. |
| 13:10:45 | 9 | Q. (By Mr. Polito) How did you create the list of |
| 13:10:54 | 10 | system codes and descriptions? |
| 13:10:58 | 11 | A. The system codes are standard system codes in the |
| 13:11:04 | 12 | JD Edwards software. It's the basis of how the software was |
| 13:11:07 | 13 | originally designed. |
| 13:11:09 | 14 | What was -- what was the rest of the question? |
| 13:11:11 | 15 | Q. What about the description part? |
| 13:11:14 | 16 | A. Again, that was the definition when they designed the |
| 13:11:23 | 17 | software. |
| 13:11:33 | 18 | |
| 13:11:39 | 19 | |
| 13:11:43 | 20 | |
| 13:11:43 | 21 | |
| 13:11:46 | 22 | |
| 13:11:49 | 23 | |
| 13:11:52 | 24 | |
| | 25 | |

```
 1   STATE OF TEXAS
     COUNTY OF HARRIS
 2
                           REPORTER'S CERTIFICATE
 3
          I, Dana Richardson, a Certified Shorthand Reporter in and
 4
     for the State of Texas, do certify that this deposition
 5
     transcript is a true record of the testimony given by the
 6
     witness named herein, after said witness was duly sworn by me.
 7
     The witness was requested to review the deposition.
 8
          I further certify that I am neither attorney or counsel
 9
     for, related to, nor employed by any parties to the action in
10
     which this testimony is taken and, further, that I am not a
11
     relative or employee of any counsel employed by the parties
12
     hereto or financially interested in the action.
13
          I further certify that the amount of time used by each
     party at the deposition is as follows:
14

              Mr. John Polito - 03:41
15
              Mr. Laurens Wilkes - 00:00
16
          SUBSCRIBED AND SWORN TO under my hand and seal of office
17
     on this the  19  day of  June  ,
18   2009.

19
                    [signature: Dana Richardson]
20
21   _____

22                  Dana Richardson, CSR

                    Texas CSR 5386
23
                    Expiration:  12/31/09

                    Merrill Legal Solutions, Firm No. 210

24                  315 Capitol, Suite 100

                    Houston, Texas 77002

25                  Phone (713) 426-0400
```

Page 152

ba2debd0-7a99-4416-876c-58b1d6bbc9c3