# EXHIBIT J

| | |
|---|---|
| **Message** | |
| **From:** | CN=Keith Shankle/O=TomorrowNow |
| **Sent:** | 8/9/2006 2:19:25 PM |
| **To:** | CN=Orlando de Souza/O=TomorrowNow; CN=K R Thandavan/O=TomorrowNow |
| **CC:** | CN=Mark Kreutz/O=TomorrowNow |
| **Subject:** | Download Metrics |
| **Attachments:** | FireFox.doc; DownloadMetrics.xls |

Gentlemen, thanks to Roberto we have access to all but 26 SARs. Attached is the instructions for installing the FireFox browser and how to use the browser. Please take a few minutes to install the new browser and you will be able to access the additional SARs on the list. Also attached is the spreadsheet we were working on before. If I can get you to complete both A7.3 and A8.1 I would appreciate it.

I will be on holiday Thursday and Friday this week so I do not need the updated Excel sheet back from you until the end of your business day on Friday.

Mark, I included you in on this because of the meeting you have for Titan on Friday. This way you know exactly where I am. There are a couple more enhancements I will make to give us the correct numbers but we are very close.



FireFox.doc    DownloadMetric...

Thanks

*******************************************
Keith Shankle
Senior Technology Support Engineer
TomorrowNow, Inc.
Direct:  +1 972.283.8096
Cell:    +1 979.571.7036
keith_shankle@tomorrownow.com
*******************************************



1440
EXHIBIT NO.
WR 6-16-09

CONFIDENTIAL INFORMATION

TN-OR00889297

CodeChangeDocs Cume 7

| System Code | A7.3 Cume 17 SAR Total | SAR Count | Lic. | Customer Total | A8.1 Cume 7 SAR Total | SAR Count | Lic. | Customer Total | System Codes |
|---|---|---|---|---|---|---|---|---|---|
| 00-General Back Office | 7 | 7 | 0 | 0 | 16 | 16 | 0 | 0 | 00 |
| 01-Address Book | 16 | 16 | 0 | 0 | 34 | 34 | 0 | 0 | 01 |
| 02-Electronic Mail | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 02 |
| 03-Accounts Receivable | 31 | 31 | 0 | 0 | 70 | 70 | 0 | 0 | 03 |
| 03B-Enhanced Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 03B |
| 04-Accounts Payable | 97 | 97 | 0 | 0 | 170 | 170 | 0 | 0 | 04 |
| 05-Time Accounting | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 05 |
| 05A-HR & PR Foundation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 05S |
| 05C-HR PR Foundation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 05V |
| 05T-Time Entry | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 05Y |
| 05U-Hr & PR Foundation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 05U |
| 06-Old Payroll | 1 | 1 | 0 | 0 | 2 | 2 | 0 | 0 | 06 |
| 07-Payroll | 197 | 197 | 0 | 0 | 242 | 242 | 0 | 0 | 07 |
| 08-Human Resources | 27 | 27 | 0 | 0 | 24 | 24 | 0 | 0 | 08 |
| 08A-Recruitment Self Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08A |
| 08AD-ADP Integration | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08AD |
| 08B-Benefits Admin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08B |
| 08C-Human Resouces C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08C |
| 08ES-Employee Self Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08ES |
| 08H-Health & Safety | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08H |
| 08LM-LifeMap integration | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08LM |
| 08P-Position Control | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08P |
| 08R-Recruitment Manage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08R |
| 08U-Human Resources U | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08U |
| 08W-Wage & Salary | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 08W |
| 09-Accounting & Financial | 55 | 55 | 0 | 0 | 82 | 82 | 0 | 0 | 09 |
| 09E-Expense Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 09E |
| 10-Financial Reporting | 2 | 2 | 0 | 0 | 3 | 3 | 0 | 0 | 10 |
| 11-Foreign Currency/Cast | 4 | 4 | 0 | 0 | 10 | 10 | 0 | 0 | 11 |
| 11C-Cash Basis Accounting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11C |
| 12-Fixed Assets | 32 | 32 | 0 | 0 | 56 | 56 | 0 | 0 | 12 |
| 13-Equipment Management | 10 | 10 | 0 | 0 | 21 | 21 | 0 | 0 | 13 |
| 14-Plan/Budget/Allocation | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 14 |
| 15-Real Estate Management | 12 | 12 | 0 | 0 | 17 | 17 | 0 | 0 | 15 |