# EXHIBIT K
# SUBMITTED UNDER SEAL