# EXHIBIT L
# SUBMITTED UNDER SEAL