# EXHIBIT M

Message
_____

**From:**        CN=Keith Shankle/O=TomorrowNow
**Sent:**        2/14/2007 11:53:43 AM
**To:**          CN=John Ritchie/O=TomorrowNow
**Subject:**     Re: SARs Spreadsheet
**Attachments:** DownloadMetrics.xls



DownloadMetric...


Nothing has changed.

Thanks

***********************************************

Keith Shankle
Senior Technology Support Engineer
TomorrowNow, Inc.
Direct:  +1 972.283.8096
Cell:    +1 979.571.7036
keith_shankle@tomorrownow.com
***********************************************



**John Ritchie/TomorrowNow** 02/14/2007 11:31 AM
To Keith Shankle/TomorrowNow  cc   Subject Re:
SARs Spreadsheet

Sure, I can still use what I have.  But can you verify the columns haven't changed on the individual sheets.

| System Code | SAR Number | Attachment | Total Count | Date |
|---|---|---|---|---|

This is important for the import.
Thanks

**John Ritchie**
**Senior Service Automation Developer**
TomorrowNow
Tel:     +1 713 423 - 3713
Mobile: +1 832 858 - 4177
Email: john_ritchie@tomorrownow.com
*www.tomorrownow.com*



**Keith Shankle/TomorrowNow** 02/14/2007 11:09
AM To John Ritchie/TomorrowNow  cc   Subject Re:
SARs Spreadsheet

Tell you what if you can wait till tomorrow you will get everything up to this month.

Thanks

***********************************************

Keith Shankle
Senior Technology Support Engineer
TomorrowNow, Inc.
Direct:  +1 972.283.8096

CONFIDENTIAL INFORMATION

TN-OR01502367

Cell:    +1 979.571.7036
keith_shankle@tomorrownow.com
*****************************************

**John Ritchie/TomorrowNow**  02/14/2007 10:57 AM
To Keith Shankle/TomorrowNow  cc   Subject SARs
Spreadsheet

Hi Keith,
Can you send me what you have for the spreadsheet. I need to import the data for testing, I don't care if it is not finished
just what ever you have that is current.  Thanks.

**John Ritchie**
**Senior Service Automation Developer**
TomorrowNow
Tel:    +1 713 423 - 3713
Mobile: +1 832 858 - 4177
Email: john_ritchie@tomorrownow.com
*www.tomorrownow.com*

CONFIDENTIAL INFORMATION