# EXHIBIT P
# SUBMITTED UNDER SEAL