# EXHIBIT Q

# EXHIBIT Q

# JONES DAY

717 TEXAS • SUITE 3300 • HOUSTON, TEXAS 77002-2712
TELEPHONE: (832) 239-3939 • FACSIMILE: (832) 239-3600

Direct Number: (832) 239-3721
swcowan@jonesday.com

October 25, 2007

Mr. Geoffrey M. Howard
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

VIA E-MAIL

Re:   Case No. 07-CV-1658; *Oracle Corporation, et al. v. SAP AG, et al;*
      U. S. District Court, Northern District of California, San Francisco Division

Dear Geoff,

We have discussed previously whether we, as defendants' counsel, might provide the plaintiffs in the referenced case with some specific work product created by a consulting expert that relates to some topics in upcoming 30(b)(6) depositions. The work product is specifically a logical topology map of TomorrowNow's IT network infrastructure. In order to provide this map, we will need Oracle's agreement that it will not: (1) claim that TomorrowNow, Inc., SAP America, Inc., and/or SAP AG have waived any privilege or immunity, including but not limited to work product protection over consulting experts' material; (2) request any other data that the consulting expert has prepared as long as the expert is not designated as a testifying expert; and (3) attempt to depose the consulting expert as long as the expert is not designated as a testifying expert.

Please let me know as soon as possible whether your clients agree to this stipulation by signing this letter and returning it back to me. If you have any questions or concerns, please contact me at your earliest convenience.

Very truly yours,

/s/ Scott Cowan

Scott W. Cowan

Agreed:

_____
Geoffrey M. Howard
Counsel for Plaintiffs

HUI-89988v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

October 25, 2007
Page 2

cc:  Christopher B. Hockett     VIA E-MAIL
     Zachary J. Alinder     VIA E-MAIL
     Robert A. Mittelstaedt     VIA E-MAIL
     Greg Lanier     VIA E-MAIL

HUI-89988v1