# EXHIBIT Z

"Alinder, Zachary J." <zachary.alinder@bingham.com>

01/05/2009 01:04 PM

To "Elaine Wallace" <ewallace@JonesDay.com>

cc "Howard, Geoff" <geoff.howard@bingham.com>, "Hann, Bree" <bree.hann@bingham.com>, "Polito, John A." <john.polito@bingham.com>, "Rosenbaum, Briana Lynn" <briana.rosenbaum@bingham.com>, "Jason McDonell" <jmcdonell@JonesDay.com>, "Greg Lanier" <tglanier@JonesDay.com>, "Scott Cowan" <swcowan@JonesDay.com>, "Jane L Froyd" <jfroyd@JonesDay.com>

Subject Historical Copyright-Related Materials

Dear Elaine,

In the course of supplementing its discovery responses and document production relevant to Oracle's copyrights, Oracle has located additional potentially responsive copyright-related materials. Some of these materials may potentially be responsive to outstanding discovery regarding PeopleSoft and J.D. Edwards copyright policies and procedures. The information is from two sources. The first source consists of some documents from the legal department that had been misfiled and mislabeled as documents relating to legacy PeopleSoft trademarks. The second source preliminarily appears to be a legacy PeopleSoft legal database that we are in the process of preparing to review to determine whether it has non-privileged, responsive information within it. These materials were identified in late December, and though they present substantial privilege issues, their review is being prioritized, so that any required production can begin as soon as possible. Finally, Oracle is also currently in the process of producing the back-end database for Customer Connection, which among other things is a large and detailed repository of information relating to software and support materials that were available for download from Customer Connection. Given that these materials will likely affect the scope and/or need of Defendants' anticipated motion to compel related to copyright issues, we wanted to alert you to this as early as possible.

Best regards,
Zac Alinder

---

Zachary J. Alinder
*Partner*
T 415.393.2226
F 415.393.2286
zachary.alinder@bingham.com
B I N G H A M
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

*Print Less —> Go Green*

===================================================================

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used,

and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

===========================================================================

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========