# EXHIBIT BB

**From:** Alinder, Zachary J.
**Sent:** Friday, February 13, 2009 11:05 AM
**To:** 'Elaine Wallace'
**Cc:** Howard, Geoff; House, Holly; Polito, John A.; 'Jason McDonell'; 'Scott Cowan'; 'Greg Lanier'
**Subject:** Reply RE Supplemental Response to Interrogatory No. 13

Elaine,

Below in blue are further responses to your questions concerning Oracle's Supplemental Response to Interrogatory No. 13.

Oracle's Supplemental Response to Interrogatory No. 13.

**JDE COPYRIGHT QUESTIONS:**

1. DEFENDANTS STATE: "You stated that the JDE software releases for which Oracle is unable to provide information are indicated in the interrogatory response by the words "No Description." You also stated that Oracle does not intend to investigate this issue further or provide any further description for these." RESPONSE: This is a one-sided description of the discussion on this point. As we discussed, Oracle performed a very diligent search for module information, as evidenced by the 74 page response. Even so, Oracle could not identify full description information for certain modules. Oracle does not believe that further searching is warranted or required by the discovery rules. Moreover, Oracle has recently produced the Customer Connection databases on drives labeled, ORCL062 and ORCL063. ORCL062 is Bates numbered ORCL00313462, and ORCL063 is Bates numbered ORCL00313463. The databases contain large amounts of descriptive information concerning Oracle's software and support materials, including unregistered works. Therefore, Oracle further refers Defendants to those databases pursuant to Federal Rule of Civil Procedure 33(d).





Best regards,
Zac Alinder


Zachary J. Alinder | Partner
Bingham McCutchen LLP
Three Embarcadero Center | San Francisco, CA 94111
T (415) 393-2226 | F (415) 393-2286
zachary.alinder@bingham.com