# EXHIBIT DD
# SUBMITTED UNDER SEAL