# EXHIBIT EE
# SUBMITTED UNDER SEAL