# EXHIBIT FF

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

    Plaintiffs,

vs.  No. 07-CV-1658 (PJH)

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

    Defendants.

VIDEOTAPED DEPOSITION OF

JASON MICHAEL RICE

FRIDAY, DECEMBER 4, 2009

HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-424593)

```
13:49:55   1
13:49:58   2
13:50:01   3
13:50:02   4
13:50:06   5
13:50:09   6
13:50:11   7
13:50:17   8
13:50:23   9
13:50:25  10
13:50:28  11
13:50:30  12
13:50:33  13
13:50:37  14
13:50:39  15
13:50:42  16
13:50:44  17        A.  I was able to take the databases and verify
13:50:48  18   the information and validate the information in the
13:50:50  19   databases.
13:50:51  20        Q.  And what did you validate?
13:50:53  21        A.  I validated more or less the same table
13:50:55  22   information that you could do the queries similar to
13:50:59  23   what I did to produce these types of documents.
13:51:02  24
13:51:08  25
```

```
13:58:34   1
13:58:39   2
13:58:42   3
13:58:43   4         A.   You could run queries to get the same data
13:58:46   5    back, yes.
13:58:47   6         Q.   The same data that you had done --
13:58:50   7         A.   That created these artifacts that we
13:58:52   8    discussed today.
13:58:53   9
13:58:57  10
13:59:02  11
13:59:02  12
14:00:35  13
14:00:54  14
14:00:55  15
14:00:58  16
14:01:00  17
14:01:02  18
14:01:44  19
14:01:49  20
14:01:56  21
14:02:01  22
14:02:09  23
14:02:15  24
14:02:18  25
```

JASON MICHAEL RICE   December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 119

```
14:03:23   1
14:03:30   2
14:03:30   3
14:03:31   4
14:03:35   5
14:03:36   6
14:03:38   7        Q.   This was taken out of what database?
14:03:41   8   The --
14:03:42   9        A.   That would be the Update Center database.
14:03:44  10
14:03:47  11
14:03:51  12
14:03:56  13
14:03:57  14
14:03:58  15
14:04:01  16
14:04:03  17
14:04:05  18
14:04:07  19
14:04:08  20
14:04:15  21
14:04:16  22
14:04:16  23
14:04:19  24
14:04:24  25
```

1                    CERTIFICATE OF REPORTER

2            I, HOLLY THUMAN, a Certified Shorthand

3    Reporter, hereby certify that the witness in the

4    foregoing deposition was by me duly sworn to tell the

5    truth, the whole truth, and nothing but the truth in the

6    within-entitled cause; that said deposition was taken

7    down in shorthand by me, a disinterested person, at the

8    time and place therein stated, and that the testimony of

9    the said witness was thereafter reduced to typewriting,

10   by computer, under my direction and supervision;

11           That before completion of the deposition,

12   review of the transcript [x] was [ ] was not requested.

13   If requested, any changes made by the deponent (and

14   provided to the reporter) during the period allowed are

15   appended hereto.

16           I further certify that I am not of counsel or

17   attorney for either or any of the parties to the said

18   deposition, nor in any way interested in the event of

19   this cause, and that I am not related to any of the

20   parties thereto.

21

22           DATED December 9, 2009.

23

24                                   _____

25                                   HOLLY THUMAN, CSR No. 6834