# EXHIBIT HH

1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:   (650) 739-3939
10 Facsimile:   (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:   (832) 239-3939
15 Facsimile:   (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                    UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21                            OAKLAND DIVISION

22 ORACLE USA., INC., et al.,          | Case No. 07-CV-1658 PJH (EDL)
23              Plaintiffs,            | **DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**
24      v.                             |
25 SAP AG, et al.,                     |
26              Defendants.            |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants SAP AG, SAP America (together, "SAP"), and TomorrowNow, Inc. ("TN") (collectively, "Defendants") will take the deposition of Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited and Siebel System, Inc.'s (collectively, "Plaintiffs") on December 1, 2009, commencing at 9:00 a.m. at the law offices of Jones Day, 1755 Embarcadero Road, Palo Alto, CA 94303.

The deposition will be recorded stenographically, using real time transcription, by a certified court reporter, and by video and audio by a certified videographer.

Plaintiffs are hereby requested and required, pursuant to Federal Rule of Civil Procedure 30(b)(6), to designate and produce a witness or witnesses to testify on its behalf on the topics described below.

## SCOPE OF TESTIMONY

The applicable time period for each of the topics below is January 1, 2002 through the present.

1. Plaintiffs' allegations related to TN's downloading activity, including specifically the "downloads, the licensing related to those downloads, [and the] mapping of the two," in the context referenced in the third paragraph on page 1 of Zac Alinder's October 13, 2009 letter to Scott Cowan, attached as Exhibit "A" hereto.

2. Plaintiffs' position regarding which specific downloads made by TN were covered by each of TN's customers' licenses and all methods Plaintiffs have used to determine their position regarding which downloads each TN customer was permitted to make and which downloads each TN customer was not permitted to make.

3. Any and all efforts made, and any and all conclusions reached during those efforts, by Plaintiffs "to map downloads to specific Oracle applications software on the license agreements that Oracle produced for all of the TomorrowNow customers and all of the

1. SAP/TomorrowNow overlap customers," as described in the second full paragraph of page 2 of Zac Alinder's October 13, 2009 letter to Scott Cowan, attached as Exhibit "A" hereto.

4. Plaintiffs' "conclusions," which are purportedly reflected in each of Oracle's Complaints, including but not limited to the Fourth Amended Complaint, related to TN's downloads, the licensing related to those downloads, and the mapping of the two, as described in the second full paragraph of page 2 of Zac Alinder's October 13, 2009 letter to Scott Cowan, attached as Exhibit "A" hereto.

5. The relationship between Plaintiffs' production of "Oracle's license agreements, support renewals, and customer reports" and TN's downloads, the licensing related to those downloads, and the mapping of the two, as described in the first bullet point on page 2 of Zac Alinder's October 13, 2009 letter to Scott Cowan, attached as Exhibit "A" hereto.

6. The relationship between Plaintiffs' production of "Oracle's logs showing Defendants' [alleged] illegal access to and downloading of Oracle's support materials" and TN's downloads, the licensing related to those downloads, and the mapping of the two, as described in the first full bullet point on page 3 of Zac Alinder's October 13, 2009 letter to Scott Cowan, attached as Exhibit "A" hereto.

7. The relationship between Plaintiffs' production of "Oracle's Customer Connection back-end database servers and PeopleSoft C1 support tables" and TN's downloads, the licensing related to those downloads, and the mapping of the two, as described in the second full bullet point on page 3 of Zac Alinder's October 13, 2009 letter to Scott Cowan, attached as Exhibit "A" hereto.

8. The relationship between Plaintiffs' production of the "support materials that Defendants' counsel downloaded" during Defendants' inspection and access to Customer Connection and TN's downloads, the licensing related to those downloads, and the mapping of

1. the two, as described in the third full bullet point on page 3 of Zac Alinder's October 13, 2009 letter to Scott Cowan, attached as Exhibit "A" hereto.

9. The relationship between Plaintiffs' production of "the mapping information and system code documents produced both in Oracle's document production in early 2008 and detailed in Oracle's response to Defendants' Interrogatory No. 7 and its incorporated Exhibit" and TN's downloads, the licensing related to those downloads, and the mapping of the two, as described in the fourth full bullet point on page 3 of Zac Alinder's October 13, 2009 letter to Scott Cowan, attached as Exhibit "A" hereto.

Dated: November 2, 2009

JONES DAY

By: /s/ Scott W. Cowan
Scott W. Cowan

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

**PROOF OF SERVICE**

I, Laurie Paige Burns, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On November 2, 2009, I served a copy of the attached document(s):

**DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)**

[X] by hand delivery

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[X] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett, Esq.
Geoffrey M. Howard, Esq.
Zachary J. Alinder, Esq.
Bree Hann, Esq.
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*donn.pickett@bingham.com*
*geoff.howard@bingham.com*
*zachary.alinder@bingham.com*
*bree.hann@bingham.com*

Executed on November 2, 2009, at San Francisco, California.

By: _____
Laurie Paige Burns

HUI-120475v1

PROOF OF SERVICE
Case No. 07-CV-1658 PJH (EDL)