# EXHIBIT KK

SHELLEY NELSON        September 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 537

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware      )
corporation, ORACLE USA, INC., a    )
Colorado corporation, and ORACLE    )
INTERNATIONAL CORPORATION,          )
a California corporation,           )
        Plaintiffs,                 )
                                    )
vs.                                 ) CASE NO. 07-CV-01658PJH(EDL)
                                    )
SAP AG, a German corporation,       )
SAP AMERICA, INC., a Delaware       )
corporation, TOMORROWNOW, INC., a   )
Texas corporation, and DOES 1-50,   )
inclusive,                          )
        Defendants.                 )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"

ORAL VIDEOTAPED DEPOSITION

SHELLEY NELSON

VOLUME 4

SEPTEMBER 3, 2009

   ORAL VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of September, 2009, from 8:04 a.m. to 12:26 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

   Job No. 1603-92416

Page 570

```
08:49:02   1
08:49:04   2
08:49:07   3
08:49:11   4
08:49:13   5
08:49:16   6
08:49:19   7
08:49:25   8
08:49:28   9
08:49:28  10
08:49:30  11
08:49:30  12
08:49:33  13
08:49:38  14
08:49:41  15
08:49:42  16
```

08:49:48  17      Q.   (By Mr. Howard)  How did you determine that the --
08:49:50  18   that -- referring to (a), how did you determine that the
08:49:53  19   download library was downloaded using the sign-on credentials
08:49:56  20   from Wendy's International?
08:50:01  21      A.   We determined that Wendy's had sent credentials prior
08:50:08  22   to that date and that an assignment was made to do the
08:50:12  23   downloads with those credentials.
08:50:16  24      Q.   Because -- because there's no way to actually verify
08:50:19  25   that that credential was used to download those particular

| Time | Line | Text |
|---|---|---|
| 08:50:24 | 1 | items, right? |
| 08:50:28 | 2 | A.   I don't know of a way. |
| 08:50:48 | 3 | |
| 08:50:50 | 4 | |
| 08:50:52 | 5 | |
| 08:50:54 | 6 | |
| 08:50:55 | 7 | |
| 08:51:00 | 8 | |
| 08:51:02 | 9 | |
| 08:51:03 | 10 | |
| 08:51:07 | 11 | |
| 08:51:11 | 12 | |
| 08:51:16 | 13 | |
| 08:51:16 | 14 | |
| 08:51:19 | 15 | |
| 08:51:31 | 16 | |
| 08:51:34 | 17 | |
|  | 18 | |
| 08:52:09 | 19 | |
| 08:52:12 | 20 | |
| 08:52:18 | 21 | |
| 08:52:48 | 22 | |
| 08:52:51 | 23 | |
| 08:52:56 | 24 | |
| 08:52:58 | 25 | |

```
09:04:14   1
09:04:16   2
09:04:16   3
09:04:20   4
09:04:22   5
09:04:35   6
09:04:42   7
09:04:49   8
09:04:53   9
09:04:56  10
09:04:58  11
09:04:59  12        Q.   (By Mr. Howard)   Did you do anything to satisfy
09:05:00  13   yourself that Titan had been developed in a way that did not
09:05:05  14   involve improper downloading from Oracle?
09:05:09  15             MR. FUCHS:  Objection, form.
09:05:10  16        A.   No.
09:05:13  17
09:05:17  18
09:05:22  19
09:05:23  20
09:05:24  21
09:05:26  22
09:05:28  23
09:05:32  24
09:05:37  25
```

| Time | Line | |
|---|---|---|
| 09:11:31 | 1 | |
| 09:11:38 | 2 | Q. Did you view it as bending the rules at all to |
| 09:11:41 | 3 | download materials from Customer Connection using a customer's |
| 09:11:49 | 4 | ID after that customer's maintenance end date? |
| 09:11:50 | 5 | MR. FUCHS: Objection, form. |
| 09:11:51 | 6 | A. No. |
| 09:11:51 | 7 | |
| 09:11:52 | 8 | |
| 09:12:13 | 9 | |
| 09:12:15 | 10 | |
| 09:12:19 | 11 | |
| 09:12:21 | 12 | |
| 09:12:22 | 13 | |
| 09:12:24 | 14 | |
| 09:12:24 | 15 | |
| 09:12:30 | 16 | |
| 09:12:34 | 17 | |
| 09:12:41 | 18 | |
| 09:12:45 | 19 | |
| 09:12:45 | 20 | |
| 09:12:51 | 21 | |
| 09:12:55 | 22 | |
| 09:12:56 | 23 | |
| 09:12:59 | 24 | |
| 09:13:07 | 25 | |

```
 1   STATE OF TEXAS
     COUNTY OF HARRIS
 2                     REPORTER'S CERTIFICATE
 3        I, Dana Richardson, a Certified Shorthand Reporter in and
 4   for the State of Texas, do certify that this deposition
 5   transcript is a true record of the testimony given by the
 6   witness named herein, after said witness was duly sworn by me.
 7   The witness was requested to review the deposition.
 8        I further certify that I am neither attorney or counsel
 9   for, related to, nor employed by any parties to the action in
10   which this testimony is taken and, further, that I am not a
11   relative or employee of any counsel employed by the parties
12   hereto or financially interested in the action.
13        I further certify that the amount of time used by each
     party at the deposition is as follows:
14
            Mr. Geoff Howard - 03:58
15          Mr. Josh Fuchs   - 00:00
            Mr. Reid Witliff - 00:00
16
17        SUBSCRIBED AND SWORN TO under my hand and seal of office
     on this the 9th day of September,
18   2009.
19   [signature: Dana Richardson]
20
21          Dana Richardson, CSR
            Texas CSR 5386
22          Expiration: 12/31/09
            Merrill Legal Solutions, Firm No. 210
23          315 Capitol, Suite 100
            Houston, Texas 77002
24          Phone (713) 426-0400
            Fax (713) 426-0600
25
```

Watermark: AUTHENTIC COPY. The original certified E-Transcript file was electronically signed using RealLegal technology.