# EXHIBIT LL

JOB NO. 94821

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　Plaintiffs,<br><br>VS.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>　　Defendants. | Case No. 07-CV-01658 (MJJ) |

ORAL AND VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH MARK KREUTZ
VOLUME 2
OCTOBER 30, 2007

　　ORAL AND VIDEOTAPED DEPOSITION OF MARK KREUTZ, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on October 30, 2007, from 8:43 a.m. to 3:31 p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Jones Day, 717 Texas, Suite 3300 Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

Esquire Deposition Services　　505 Sansome Street, Suite 502　　San Francisco, California 94111
Phone (415) 288.4280　　　　　　800.770.3363　　　　　　　　　　Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)　　　　1bf328c6-0f5a-4d20-bcde-a3fe0b143f04

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22      Q.  All right.  I've put in front of you a document
23   which I have marked as Plaintiffs' Exhibit 14 titled
24   World Download Customer Connection, Bates No. TN-OR 4145
25   through 4159.  Do you have that, Mr. Kreutz?
```

Esquire Deposition Services          505 Sansome Street, Suite 502        San Francisco, California 94111
Phone  (415)  288.4280                       800.770.3363                         Fax  (415)  288.4286

Electronically signed by L Rene White (401-392-745-8300)                      1bf328c6-0f5a-4d20-bcde-a3fe0b143f04

Mark Kreutz                                                      October 30, 2007

Page 213

1       A.   Yes, I do.
2       Q.   Do you recognize the document which has been
3   marked as Exhibit 14?
4       A.   I do.
5       Q.   What is the purpose of this document?
6       A.   This document is used as a guideline for our
7   download team and our customers in performing a
8   download.  And this is really -- kind of in -- in
9   answer to your earlier question, this would be the --
10  the process or procedures that would be used for -- for
11  accessing Customer Connection.
12      Q.   For the JDE products?
13      A.   For the JD Edwards products, right.
14      Q.   And is this a document that's prepared and
15  maintained in the ordinary course of business of
16  TomorrowNow?
17      A.   Yes.
18      Q.   And you're familiar with this document in the
19  course of your responsibilities at TomorrowNow?
20      A.   I am.
21      Q.   Is this the most recent version of this
22  document?
23      A.   I believe so, yes.  And, you know, as far as
24  time lines go, you know, we aren't doing those any
25  longer.  Right.  It's not in use any longer.

Mark Kreutz                                              October 30, 2007

Page 214

1     Q.   Understood.
2          Do you have an understanding as to whether
3     this document changed in the period prior to the filing
4     of the litigation?
5     A.   It may have gone through an iteration of
6     changes or more than one change.
7     Q.   In order to find out what changes this document
8     may have been through, how would I find that out?
9     A.   We have typically -- well, there may be
10    variations of this document in e-mails again; but there
11    also may be some audit history within the Lotus Notes
12    databases.  In other words, there may be an earlier
13    version of it.  Typically we put version numbers --
14    well, down here, you might see -- see at the bottom of
15    page 4145, Customer Connect-v1.doc.  Maybe it hasn't
16    gone through more than one iteration.
17         But what I was going to say was that in the
18    Lotus Notes database, many times we will copy an older
19    version of a document within the -- the Lotus Notes
20    database down to a, you know, older versions section or
21    something like that before making changes.
22    Q.   Would you say that that's a routine practice at
23    TomorrowNow, to maintain prior document versions in the
24    way that you've just described --
25    A.   Yes.

```
 1        Q.   -- in the Lotus Notes database?
 2        A.   Yes.
 3        Q.   What -- what word processing program is used to
 4   create a document such as Exhibit 14?
 5        A.   I believe this is Word.
 6        Q.   Microsoft --
 7        A.   Microsoft --
 8        Q.   -- Word?
 9        A.   -- Word.
10        Q.   Now, did I understand you to say that this is a
11   document that would be distributed to customers as well?
12        A.   It has been, yes, uh-huh.
13        Q.   And so on page 2, I note that there's a
14   reference to TomorrowNow building a support library on
15   the customer's behalf and a recommendation that the
16   customer build the same type of library; is that right?
17        A.   Yes.
18        Q.   According to this document, then, what are the
19   components of that support library as it's referenced
20   here?
21        A.   We're referencing SARs, so that would include
22   information related to a SAR.  And -- and I believe
23   there is some reference to -- when I talk about related
24   information to a SAR, we're talking about the code
25   change document that's related to that.
```

```
 1        Q.  Anything else that's included within the
 2   meaning of the phrase "support library" as it's used in
 3   this document?
 4        A.  That would be the intent of this document would
 5   be to -- to download SARs and -- and related code
 6   changes.
 7        Q.  Okay.  If you'd look at page 6 of the document,
 8   Bates No. 4150.
 9        A.  Okay.
10        Q.  There's a reference to system code?
11        A.  Yes.
12        Q.  What -- what do you understand that reference
13   to be?
14        A.  That would correlate back to the -- a system
15   code that was provided to us from one of our customers,
16   from a customer.
17        Q.  And what do you understand the system code
18   reference to be?
19        A.  That would reference what a customer would be
20   entitled to.  And for -- for -- for example, system code
21   00, which is a foundation level system code, I think,
22   all customers get system 00 or are licensed to 00.
23             So that system code would be, you know,
24   given to us by the customer; and then it's gone through
25   from the software request form and represented here as
```

Esquire Deposition Services        505 Sansome Street, Suite 502        San Francisco, California 94111
Phone (415) 288.4280                     800.770.3363                       Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)          1bf328c6-0f5a-4d20-bcde-a3fe0b143f04

```
 1   being one of the search criteria for the SAR search.
 2       Q.   How does a customer tell you what it is that
 3   they're licensed to have in terms of support materials?
 4       A.   Two ways that we typically receive that
 5   material or that information, either through a product
 6   verification form or through the contract with
 7   TomorrowNow.  There's an Appendix A section of the
 8   contract that outlines the -- the products that
 9   they're -- that they're requesting support for.
10       Q.   Taking Appendix A to the TomorrowNow contract,
11   how are the products identified if a customer is telling
12   you they're licensed to have support materials for?
13       A.   It's outlined by name.  So, for example,
14   accounts payable might be what's described in the
15   contract, in the Appendix A part of the contract; and
16   that would equate to a system code 03.
17       Q.   And does TomorrowNow maintain an index of the
18   system codes that correlate to the various products
19   identified to it by its customers?
20       A.   Yes.
21       Q.   And then when the customer provides that
22   information about what it's licensed to have in terms of
23   downloaded support materials on the product verification
24   form, does the information there contain -- conveyed the
25   same way as it is in the Exhibit A to the TomorrowNow
```

1   contract?
2       A.   I would say they should map to each other.
3   Typically -- the way I understand it is the information
4   provided on the product verification form is -- is
5   basically cut and pasted into a appendix form for
6   customers' acceptance and review and approval.
7                One thing that -- on the product
8   verification form, there is that mapping that you're
9   talking about.  So 03 on the product verification
10  form -- and you have some of this material, also, would
11  have accounts payable as the description.
12      Q.   So the product verification form maybe has more
13  complete information than the Exhibit A to the contract
14  because it has not just the name of the product but the
15  associated system code?
16      A.   It -- it may have -- I -- I suppose the answer
17  is yes, it may have more information.
18      Q.   What other information would it have?
19      A.   Related to?
20      Q.   Related to identifying the -- the support
21  materials that that customer would be licensed to have.
22               MR. COWAN:  Objection, form.
23      A.   My only comment on that is that, you know,
24  initially we receive that product verification form from
25  the customer; and it's used as a basis for downloading

```
1    and as the -- as a basis for the initial contract draft.
2              Now, a customer came -- may come back and
3    change something in the contract as far as those
4    products are -- have been -- you know, have -- as they
5    were represented to us in the first product verification
6    form.  So I don't know -- you know, the -- the contract
7    may be -- may change depending on what they've
8    discovered.  So they may not be one -- exact matches
9    between the two.
10       Q.  (BY MR. HOWARD)  Are you aware of instances in
11   which the list of products on the contract has changed
12   after the downloading has been done?
13       A.  I am aware of some amendments to a contract
14   after the fact.
15       Q.  Amendments to change the list of products that
16   are listed?
17       A.  Yes.
18       Q.  To add products or subtract products or both?
19       A.  In -- in the instances that I can remember, it
20   would have been to add a product; in other words, they
21   forgot to put something on the -- the contract.
22       Q.  Are you aware of any instances in which the
23   contract has been changed to -- to subtract products
24   initially listed?
25       A.  No, I'm not aware of that.
```

Esquire Deposition Services        505 Sansome Street, Suite 502        San Francisco, California 94111
Phone (415) 288.4280                   800.770.3363                         Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)            1bf328c6-0f5a-4d20-bcde-a3fe0b143f04

Mark Kreutz                                                October 30, 2007

Page 220

1    Q.  Would you please look at page 11 of Exhibit 14,
2  Bates No. 4155.
3    A.  Okay.
4    Q.  There's a paragraph here that begins, "To
5  ensure a complete library is built."  Do you see that?
6    A.  Yes.
7    Q.  And it refers to -- it appears to have
8  instructions for how to do a search?
9    A.  Correct.
10   Q.  It says, "Continue to increment the number
11 searched on."  Do you see that?
12   A.  The -- continue to increment -- yes.
13   Q.  What do you understand that part of the
14 instruction here to mean?
15   A.  Let me -- let me read through this one more
16 time.
17   Q.  Sure.
18   A.  Okay.  Yesterday I had mentioned that there
19 were some limitations in the download search whereby --
20 and for performance reasons it would only bring back,
21 say, a hundred or 200 records.  And this is really meant
22 to be, okay, get the increment for the next hundred
23 records.
24   Q.  Does this document refer to downloads using
25 Customer Connection?

1        A.   Yes.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1    THE STATE OF TEXAS           )
     COUNTY OF HARRIS             )
2
3                    REPORTER'S CERTIFICATION
                     DEPOSITION OF MARK KREUTZ
4                     TAKEN OCTOBER 30, 2007
5
         I, RENE WHITE MOAREFI, Certified Shorthand Reporter
6    in and for the State of Texas, hereby certify to the
     following:
7        That the witness, MARK KREUTZ, was duly sworn by
     the officer and that the transcript of the oral
8    deposition is a true record of the testimony given by
     the witness;
9        That the deposition transcript was submitted on
     _____ to the witness or the attorney for the
10   witness for examination, signature and return to Esquire
     Deposition Services, by _____;
11       I further certify that I am neither counsel for,
     related to, nor employed by any of the parties in the
12   action in which this proceeding was taken, and further
     that I am not financially or otherwise interested in the
13   outcome of the action.
         Certified to by me this _____ day of
14   _____, 2007.         NOV 05 2007
15
16
17
18              _____
                RENE WHITE MOAREFI, CSR, CRR, RPR
19              CSR NO. 3070; Expiration Date: 12-31-08
                ESQUIRE DEPOSITION SERVICES, LLC
20              3401 Louisiana, Suite 300
                Houston, Texas 77002
21              (713) 524-4600
22
23
24
25
```

MARK KREUTZ    February 19, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

DIVISION

BEFORE: CHARLES A. LEGGE, JUDGE (Ret.)

---oOo---

ORACLE CORPORATION, a )
Delaware corporation; ORACLE, )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a ) No. 07-CV-01658-MJJ
California corporation, )
               )
            Plaintiffs, )
               )
vs.            )
               )

SAP AG, a German corporation,
SAP AMERICA, INC., a Delaware
corporation, TOMORROWNOW,
INC., a Texas corporation,
and DOES 1-50, inclusive,

            Defendants.


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEPOSITION OF MARK KREUTZ

Tuesday, February 19, 2008


Reported by:
GEORGE SCHUMER, CSR 3326                    (406438)


Merrill Legal Solutions
(800) 869-9132

15:25:19   1
15:25:23   2        Q.  But there did exist a master library that
15:25:27   3   included downloads that had been obtained using various
15:25:31   4   customer credentials; right?
15:25:33   5        A.  Yes.
15:25:34   6        Q.  That library was not organized according to
15:25:38   7   customer; right?
15:25:40   8        A.  Correct.
15:25:41   9        Q.  And there was a project undertaken to split
15:25:47  10   that library up into specific customer folders?
15:25:53  11        A.  Yes.
15:25:54  12
15:25:59  13
15:26:03  14
15:26:08  15
15:26:09  16
15:26:13  17
15:26:17  18
15:26:25  19
15:26:30  20
15:26:36  21
15:26:46  22
15:26:54  23
15:26:57  24
15:27:00  25

## CERTIFICATE OF REPORTER

I, George Schumer, a Certified Shorthand Reporter, hereby certify that the witness in the forgoing matter was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said proceeding was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript ___ was ✓ was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way vested in the outcome of this cause, and that I am not related to any of the parties thereto.

DATED: 2-23-08

George Schumer, CSR 3326