# EXHIBIT MM

JOSH TESTONE    June 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>VS.<br><br>SAP AG, a German corporation SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 07-CV-0658<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

ORAL/VIDEO DEPOSITION OF

JOSH TESTONE

JUNE 3, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL/VIDEO DEPOSITION OF JOSH TESTONE, produced as a witness at the instance of the Plaintiffs, was duly sworn, was taken in the above-styled and numbered cause on the JUNE 3, 2009, from 8:33 a.m. to 12:52 p.m., before Chris Carpenter, CSR, in and for the State of Texas, reported by machine shorthand, at the Rotunda

Merrill Legal Solutions
(800) 869-9132

JOSH TESTONE          June 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 138

12   Q.   (By Ms. Hann)  Did Titan itself require that
13   the ID being used belonged to a customer paying for
14   Oracle support?
15        MR. WILKES:  Objection, form.
16   A.   No.
17   Q.   (By Ms. Hann)  Was there anything to stop a
18   Titan user -- speaking just about the program -- did the
19   program do anything to stop a Titan user from using
20   expired credentials?
21        MR. WILKES:  Objection, form.
22   A.   Not that I'm aware of.

Merrill Legal Solutions
(800) 869-9132

163

1          _____, 2009; and if returned, the original

2    transcript will forwarded to Bree Hann, the custodial

3    attorney;

4          That the amount of time used by each party at the

5    deposition is as follows:

6          Ms. Hann:   3 hours, 14 minutes

7          I further certify that I am neither counsel for,

8    related to, nor employed by any of the parties or

9    attorneys in the action in which this proceeding was

10   taken, and further that I am not financially or

11   otherwise interested in the outcome of the action.

12         Certified to by me this ___8th___ day of ___June___,

13   2009.

14

15                          _____
                            Chris Carpenter, Texas CSR 1151
16                          Expiration Date:  12/31/2010
                            805 W. 10th Street
17                          Austin, TX  78701
                            (512)478-2762

18

19   Firm Registration No. 17