# EXHIBIT PP

```
                                                    Pages 1 - 59

                 UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

     BEFORE THE HONORABLE ELIZABETH D. LAPORTE, MAGISTRATE

ORACLE CORPORATION,              )
                                 )
            Plaintiff,           )
                                 )
 VS.                             )NO. C 07-1658
                                 )
SAP AG, et al,                   )
                                 )San Francisco, California
            Defendants.          )Tuesday
                                 )August 4, 2009
_____)2:00 p.m.

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:         BINGHAM, MCCUTCHEN LLP
                       Three Embarcadero Center
                       San Francisco, California 94111-4067
                 BY:   GEOFFREY M. HOWARD, ESQ.
                       JOHN POLITO, ESQ.
                       ZACHARY J. ALINDER, ESQ.



For Defendants:        JONES DAY
                       717 Texas
                       Suite 300
                       Houston, Texas 77002
                 BY:   SCOTT W. COWAN, ESQ.

                       JONES DAY
                       1755 Embarcadero Road
                       Palo Alto, California 94303
                 BY:   JACQUELINE K.S. LEE, ESQ.
                       HEATHER FUGITT, ESQ.


Reported By:  Debra L. Pas, CSR 11916, CRR, RMR, RPR
              Official Reporter - US District Court
              Computerized Transcription By Eclipse
```

| | |
|---|---|
| 1 | THE COURT: And you're saying that they could go |
| 2 | through exactly the same process as you? |
| 3 | MR. COWAN: Correct. |
| 4 | THE COURT: Have you looked at the instances where |
| 5 | the customer requested "All" on the request form and had than |
| 6 | all of the boxes checked on their authorization? |
| 7 | MR. COWAN: Well, and that's -- that question |
| 8 | presupposes that the customer filled out the download request |
| 9 | form. They did not. That was a Tomorrow Now completed form |
| 10 | on Page 2. |
| 11 | THE COURT: Well, but it doesn't really matter who |
| 12 | filled it out. In other words -- |
| 13 | MR. COWAN: You are saying on Page 1? |
| 14 | THE COURT: How many instances -- I'm just looking |
| 15 | at what potentially would be more manageable and |
| 16 | straightforward, because you would only need to compare two |
| 17 | pieces of paper potentially. |
| 18 | MR. COWAN: But they could do that as easy as we |
| 19 | could because it's not going to require us referring to any |
| 20 | of our witnesses or any evidence that hasn't already been |
| 21 | produced in the case. They can do that analysis as easy as |
| 22 | we can. The data is there. |
| 23 | THE COURT: Has anyone done that analysis? |
| 24 | MR. COWAN: On our end, not that I'm aware of. I |
| 25 | would assume they have either not done it or maybe they have |