# EXHIBIT SS



**World Download
Customer Connection**

I) Introduction.................................................................................................2
II) Signing on to Customer Connection .......................................................2
III) SAR Search.............................................................................................4
IV)  EnterpriseOne + World Update Center.................................................10
V) White Papers..........................................................................................13
VI) Documentation ......................................................................................15
VII) Links.....................................................................................................17
    1) Minimum Technical Requirements .......................................................17
    2) World Year End Updates......................................................................17
    3) PeopleBook Documentation.................................................................17
    4) World Software Protection Codes and Install Keys..............................17
    5) World Software Delivery.......................................................................17
    6) World Software Update Delivery ..........................................................17
    7) News Watch.........................................................................................17
Appendix A - FTP fix to the iSeries ............................................................18
Appendix B – Download Basket...................................................................20
Appendix C – Review SAR Code Changes and Documents ........................24
Appendix D – Deactivate Pop-Up Blockers.................................................25

EXHIBIT NO. _14_
RWM _10-30-07_

CONFIDENTIAL INFORMATION                    TN-OR 00004145



**World Download
Customer Connection**

## I) Introduction

Welcome to TomorrowNow. We are excited to have the opportunity to support you. One of the ways we support you is by building a support library on your behalf. We recommend you build the same type of library. Obtaining all available software update tapes, also known as cume tapes, prior to ending maintenance with Oracle ensures you have all SARs (Software Action Requests) up to the latest tape. For example if you have tapes 1 – 16 you will have all the SARs as of the cutoff date for tape 16. You can contact Oracle's Customer Care team to order these tapes. SARs created after cume tape 16 will have to be, downloaded. In addition, other documents exist that are of benefit to download. This paper describes these processes.

## II) Signing on to Customer Connection

To prepare for the fix process we recommend creating a folder on your PC, \Downloads\World, as a storage location for the fixes.

1) Sign on to Customer Connection.

2) Select "Updates + Fixes" on the left portion of the screen.



CONFIDENTIAL INFORMATION                                    TN-OR 00004146



**World Download
Customer Connection**

3) Two methods exist for searching for SAR information.  "EnterpriseOne + World Update Center" and "SAR Search."  The 'SAR Search' capabilities are more robust for our download purposes and is used for our process. See Appendix B if you are interested in how to use the "EnterpriseOne + World Update Center".

Implement, Optimize + Upgrade

Updates + Fixes

Enterprise Update Search

EnterpriseOne + World Update Center

SAR Search

Documentation Updates

Support

Oracle University

CONFIDENTIAL INFORMATION                                        TN-OR 00004147

 **World Download
Customer Connection**

## III) SAR Search

1) Sign on to Customer Connection.

2) Select "Updates + Fixes" on the left portion of the screen.



3) Select "SAR Search."

Implement, Optimize + Upgrade

Updates + Fixes

Enterprise Update Search

EnterpriseOne + World
Update Center

SAR Search

Documentation Updates

Support

Oracle University

Products + Services

CONFIDENTIAL INFORMATION          TN-OR 00004148



**World Download
Customer Connection**

4) You will be at the Home page the first time you access the Update Center.

## SAR Search

| Product: | Search for: | Release: | System Code: |
|---|---|---|---|
| ▶ ☐ PeopleSoft EnterpriseOne | | 8.10 | 00-General Back Office |
| ▶ ☐ PeopleSoft World | | 8.11 | 01-Address Book |
| ☐ XPI | | 8.11SP1 | 02-Electronic Mail |
| | Objects: | 8.9 | 03-Accounts Receivable |
| | | A7.2 | 03B-Enhanced Accounts R |
| | | A7.3 | 04-Accounts Payable |

| | SAR Number: | Type: |
|---|---|---|
| | | 1-Correction |
| | ICE Report ID: | 2-Enhancement |

| | Stage: |
|---|---|
| | Closed |
| | In Progress |

**Product:** Select PeopleSoft World.  If you would like to narrow your search down to a particular suite, click on the twisty (blue triangle) and select the specific suite.

> **Note:**  A known issue exists when searching system codes "04 – Accounts Payable," "41 – Inventory Management," and "43 – Purchase Order Process."  The search does not end properly and when the search is cancelled the results are incomplete. As a workaround, in addition to using the System Code, use the Product twisty to narrow the product search.  Select "Financial Management" for system code 04 and "Distribution and Logistics" for system codes 41 and 43.

**Search for:** Input detail to search for cumes and Localization.
- **Cume** – The Cume tapes you have ordered will contain all SARs up to the most recently released Cumulative Update. (0016 in this example)  To obtain all SARs created after cume 0016, you should input search criteria in the 'Search For' field to retrieve SARs being placed in the next upcoming cumulative update. This is cume 0017 in our example.  Enter "00017" in the "Search For" field and further narrow the search with the System Code field.
- **Localizations** - Enter "Localizations" in the Search For field and further narrow the search by using the System Code field. For example if you are retrieving localizations for payroll, select system "07 – Payroll".

CONFIDENTIAL INFORMATION                                              TN-OR 00004149



**World Download
Customer Connection**

**Objects:** Input the desired Object, up to three. This is not a required box for this download process.
**Release:** Select the desired release.
**SAR Number:** Input the desired SAR number if known. This is not a required box for this download process.
**ICE Report ID:** Input the desired ICE number if known. This is not a required box for this download process.
**System Code:** Select the desired system code. Separately search over each system code on the list.
**Type:** Set to All.
**Stage:** Set to All.

5) When the search is complete, you will be presented with a screen similar to the one below. The upper left hand corner displays the number of records retrieved by the search. In the example "Found more than 200 SARs" is displayed. This is indicates you should narrow your search. Only 200 SARs are retrieved at a time. The upper center of the screen displays the total number of pages and your current page. Each page contains up to 10 SARs.

SAR Search
Sort By: Rank

PeopleSoft© Update Center

Found more than 200 S..Ra..          Page 20 of 20          Return to Search

| Rank | SAR Information | Date Published |
|---|---|---|
| 131 | • **1186530 Cash Requirements - Grand Totl** RPT984702000 System01 | 1996-03-28 |
| 132 | • **1181270 Name Search- Processing Opt.#2** RPT984465000 System01 | 1996-03-26 |
| 133 | • **1174328 E-Mail - '2' to Check Out** RPT984109000 System01 | 1996-03-19 |
| 134 | • **1173034 Revising Sent Msgs. - REVISED** RPT984053000 System01 | 1996-03-19 |
| 135 | • **1169895 Payable/Receivable Y/N Default** RPT983920000 System01 | 1996-03-14 |

You will need to separately perform Steps 6-8 for each SAR on the list to obtain the downloadable information.

CONFIDENTIAL INFORMATION                                        TN-OR 00004150



**World Download
Customer Connection**

6) Double click on the link to select each SAR from the list.  You are presented the following screen to review the SAR's detail.

## SAR Search

SAR 151 of 200

Title **1186530 Cash Requirements - Grand Totl RPT984702000 System01**

Document Detail Show detailed information.

Description

A ORIGINAL REQUEST

If you are running a cash requirements report that includes currencies that have different display decimals. the amounts are added incorrectly because decimal places are irrelevant when added together. Perhaps this grand total should say **NA** like some of our other reports show. Please see attachments for specific example.

B FINAL DISPOSITION

A/P Cash Requirements Report (P04431)
G0413

When running a cash requirements report that include currencies that have different display decimals. the amounts are added incorrectly. Currently. when multi-currency is on the Grand Total field will not appear on the reports.

C MEMBERS AFFECTED MEMBER SRC LIB OBJ LIB

Click on the "Show detailed information" link at the top to see additional SAR detail.

Document Detail Hide detailed information.

SAR Number 7532827
ICE Report ID 1229249000
Parent Number (none)
Program ID P40ADDR -
System Code 40 - Inventory/OP Base
Release Fixed A7.3
Product World Distribution and Logistics
Priority 3 Standard
Type 1 - Correction
Status 01 - Completed
Code Change Code Change Document 7532827.doc
Date Entered 2005-02-16
Date Complete 2005-04-29
Description

A ORIGINAL REQUEST

PROGRAM NAME NUMBER

CONFIDENTIAL INFORMATION

TN-OR 00004151



**World Download**
**Customer Connection**

7) To access the code change (paper fix,) click the "Code Change" link.  You will be prompted to enter your name, email address and phone number.  Accept the Legal Disclaimer.

**SAR Search**

### Legal Disclaimer

Any software that is made available to download from this server ("Software") is the copyrighted work of PeopleSoft, Inc. ("PeopleSoft") and/or its affiliates or suppliers. All use and distribution of the Software is governed by the terms of the software license agreement that is in effect between you and PeopleSoft ("License Agreement"). The Software is part of the Licensed Products under the License Agreement. The Software is made available for downloading solely for use by licensed end users according to the License Agreement. Any reproduction or redistribution of the Software not in accordance with the License Agreement is expressly prohibited.

WITHOUT LIMITING THE FOREGOING, COPYING OR REPRODUCTION OF THE SOFTWARE TO ANY OTHER SERVER OR LOCATION FOR FURTHER REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED

YOU UNDERSTAND THAT THERE ARE THREATS KNOWN AS SOFTWARE VIRUSES AS WELL AS OTHER HARMFUL CODE. YOU FURTHER UNDERSTAND AND AGREE THAT THE NETWORK OVER WHICH YOU ARE DOWNLOADING THE SOFTWARE IS NOT SECURE, THAT THE SOFTWARE YOU ARE DOWNLOADING MAY BE CORRUPTED OR HAVE VIRUSES OR OTHER HARMFUL CODE INTRODUCED INTO IT, AND THAT PEOPLESOFT HAS NEITHER CONTROL NOR RIGHT OF CONTROL OVER THE NETWORK.

THE SOFTWARE IS WARRANTED IF AT ALL, ONLY ACCORDING TO THE TERMS OF THE LICENSE AGREEMENT.

CONFIDENTIAL INFORMATION                                                          TN-OR 00004152



**World Download
Customer Connection**

8) You will see a warning screen.  Review the cautions.  Click on the
"View/Download Code Change Document."

**SAR Search**

### Code Change Document Download

Applying a code change is risky because you may not have related changes.  If it is not a critical situation, we recommend that you wait for the update to be delivered in a cumulative update or service pack.

A code change is created in a development environment and is included in the next cumulative release. There may be other changes between your release and the one in which the code change was written. For this reason we cannot guarantee that a code change will work in your environment.

Cautions:

1. Make sure that the code change release level matches your environment's release level
2. Do not apply a code change if your application looks significantly different.
3. Check the code change document for related code changes that may also be needed.
4. Back up your system prior to applying any code changes.
5. Apply all code changes to an alternate environment. Thoroughly test before updating your production environment.
6. The latest virus scan software is run on code change documents on a daily basis. However, since viruses can potentially be introduced at any time, it is recommended that you run current virus scan software as each document is downloaded.
7. Call your local support center if you have any questions or concerns.

**View/Download Code Change Document**

Download each SAR into the download folder (\Downloads\World) created in
Section II.

CONFIDENTIAL INFORMATION                              TN-OR 00004153



**World Download
Customer Connection**

## IV)  EnterpriseOne + World Update Center

You may use "EnterpriseOne + World Update Center" as an additional method for locating SARs.  This process should be done in addition to the other search method to ensure you retrieve all current SARs.

   1)  Sign on to Customer Connection

   2)  Select "EnterpriseOne + World Update Center."

Implement, Optimize + Upgrade

Updates + Fixes

   Enterprise Update Search

   EnterpriseOne + World
   Update Center

   SAP Search

   Documentation Updates

Support

Oracle University

Products + Services

   3)  You will be at the Home page the first time you access the Update Center.

Search

Type
EnterpriseOne + World ⌄

Release
All ⌄

Platform
-- Select Platform -- ⌄

Search for (Name, ID, Object, "text");
5034103

Search Tips

Download Basket

» Items(0)

CONFIDENTIAL INFORMATION

TN-OR 00004154



**World Download
Customer Connection**

**Type:** Select "JD Edwards World."
**Release:** Select the desired release.
**Platform:** Select "AS400(iSeries)."
**Search for (Name, ID, Object, *text*):** Input the desired search topic.

Click on the "Search" button.

Update Center

JD Edwards World Search Results

| Name | Description | Platform | Release | Status | Dep. |
|------|-------------|----------|---------|--------|------|
| SE34103 | V7R1 PCCPV for metal | AS400 (iSeries) | World A7.3 | Available | No |

Search
Type
  JD Edwards World
Release
  A8
Platform
  – Select Platform –
Search for (Name, ID, Object, *text*):
  SE34103

Search Tips
Download Basket
● Search0

To ensure a **complete** library is built, a search must be done using the Search
for field and entering A73* for the A73 World software and A81 for the A8.1
software.  If the last record is A737818083, you will have to repeat the search by
entering A7378* in the "Search for..." field.  Then continue to increment the
number searched on.  For example A7378*, A7379*, etc...  If this type of search
returns more than 100 records, the wildcard search will need to be narrowed
further such as A73781*, A73782* etc...  The first search provides the basic list.
Each subsequent search allows you to view more of the list.

If the "Search for (Name, ID, Object, *text*)" field is left blank you will receive **all**
of the downloads available, however, you will only be able to view up to 100 at a
time.  To locate additional downloads, you will need to use the Search boxes to
narrow your search criteria.  For example if you are looking for fixes for Payroll,
use the "Search for (Name, ID, object, *text*)" field and enter "*payroll*."  The
asterisks are instrumental in the search.  This will return all SARs with Payroll in
the description.

Another search method is to leave the "Search for..." field blank for the first
search.  After you have downloaded the SARs in this list, scroll to the last record
in the list and make a note of the name.  Do a second search using a wildcard.  If
the last record is 376723, you will have to repeat the search by entering 37* in
the "Search for..." field.  Then continue to increment the number searched on.

CONFIDENTIAL INFORMATION

TN-OR 00004155



**World Download
Customer Connection**

For example 38*, 39*, etc...  If this type of search returns more than 100 records, the wildcard search will need to be narrowed further such as 318*, 382* etc... The first search provides the basic list.  Each subsequent search allows you to view more of the list.

CONFIDENTIAL INFORMATION

TN-OR 00004156



**World Download
Customer Connection**

## V) White Papers

White papers can be downloaded from the Customer Connection home page using the search box in the left side of the screen.

1) Sign on to Customer Connection.

2) In the "Search" box on the left side of the window enter the wild card search from the first column of the table. This is an example of a World Tech search.

> PeopleSoft Home
>
> **Implement, Optimize + Upgrade**
>
> **Updates + Fixes**
>
> **Support**
>
> **Oracle University**
>
> **Products + Services**
>
> **Search**
>
> WST-*
> → SEARCH
>
> Additional Search Engines:
> » SARa
> » Update Center
> » Course Catalog
> Improve search results  Site Index

3) You will receive a window giving the summary and details of all the White Papers you searched for. You may have to scroll to the bottom of the screen but the White Paper(s) will be at the bottom of the window. Some of the White Papers have all the detail here and others are broken into attachments. If the paper shows as a link, you will need to deactivate pop-up blockers to access the paper (see Appendix E).

**Suggested Searches**
Follow each of the searches listed in the table below. If you are a World customer, still search the Search Text suggestions for OneWorld. This will often provide more information for a specific topic.

CONFIDENTIAL INFORMATION                                      TN-OR 00004157

 **World Download
Customer Connection**

| Search Text | Subject Area |
|---|---|
| CIP-* | OW Tech |
| CMQ-* | OW Tech |
| CRM-0* | OW Tech |
| KBI-* | OW Tech |
| KMT-* | OW Tech |
| ODS-* | OW Distribution |
| OFN-* | OW Financials-must copy & paste |
| OHR-* | OW Human Resources |
| OMN-* | OW Manufacturing |
| OTI-* | OW Tech |
| OTM-* | OW Tech |
| OTT-* | OW Tech |
| WDS-* | World Distribution |
| WFN-* | World Financials |
| WHR-* | World Human Resources |
| WMN-* | World Manufacturing |
| WST-* | World Tech |
| XPI-* | XPI |

CONFIDENTIAL INFORMATION

TN-OR 00004158



**World Download
Customer Connection**

## VI) Documentation

In addition to SARs and White Papers, other documentation exists for your use.
This includes training manuals, or PeopleBooks.

1) Sign on to Customer Connection.

2) Select Updates + Fixes



3) Select "Documentation Updates"



CONFIDENTIAL INFORMATION                              TN-OR 00004159



**World Download
Customer Connection**

4) Click the twisty to the left of World.

PeopleBooks Sorted by Product Family

Back      Collapse      Expand      More

▶ EnterpriseOne
▶ Enterprise
( ▶ World )

Back      Collapse      Expand      More

5) Look through the list and select the document line you are looking for.  For example if you wanted documentation on localization, click on the twisty to the left of localization.  Continue to drill into the selection you require.  Double click on the link to open and download the document.

▼ Localizations
   ▶ All Products
   ▶ Euro Implementation
   ▶ Global Solutions: Brazil
   ▶ Global Solutions: Depreciation Methods
   ▶ Global Solutions: France
   ▶ Global Solutions: Germany
   ▼ Global Solutions: Italy
      A8.1  PeopleSoft World A8.1 Global                05/24/2004
           Solutions Italy
      A7.3  PeopleSoft World A7.3 Global                05/24/2004
           Solutions Italy
   ▶ Global Solutions: Japan
   ▶ Global Solutions: Turkey
   ▶ Global Solutions: United Kingdom

CONFIDENTIAL INFORMATION                                    TN-OR 00004160



**World Download
Customer Connection**

## VII) Links

Review these links for additional information and retrieve those items that pertain to your business.

### 1) Minimum Technical Requirements

Select the link below and scroll to the bottom of the page.

http://www.oracle.com/applications/jdedwards-world.html

### 2) World Year End Updates

http://www.peoplesoft.com/corp/en/support/roadmap/yearend/world/index.jsp

### 3) PeopleBook Documentation

This provides another link to access the PeopleBooks for World software.

http://www4.peoplesoft.com/contdoc.nsf/PPLs?ReadForm&Start=1&Count=30&Expand=3

### 4) World Software Protection Codes and Install Keys

http://licensecodes.oracle.com/world.html

### 5) World Software Delivery

http://edelivery.oracle.com/

### 6) World Software Update Delivery

Cut and paste the information from this page to a document and download the Excel spreadsheet.

http://www.peoplesoft.com/corp/en/doc_archive/pub_library/cc_home/category/wldupdates.jsp

### 7) News Watch

http://www.peoplesoft.com/corp/en/update_fix/kgwrapper.jsp?app=uc

CONFIDENTIAL INFORMATION                                    TN-OR 00004161



**World Download
Customer Connection**

## Appendix A - FTP fix to the iSeries

The FTP functionality is used after a SAR is downloaded either via the SAR
Search or Update Center.  This will allow you to apply the code change to your
system.

When the download is complete you will have an executable in your directory
with the update number followed by .exe.  In the example you will have an
executable named 5034103.exe.  This is a self extracting compressed file.
Double click on the executable and you should see WinZip load.

1) In the "Unzip to folder:" cut and paste the directory into the blank.  This will
place the compressed objects in the same directory as the self extracting
executable, or type in the directory where you would like the objects to reside.
Click the "Unzip" button.

```
WinZip Self-Extractor - 5034103.exe                    [X]

  To unzip all files in 5034103.exe to the specified      [ Unzip ]
  folder press the Unzip button.
                                                         [ Run WinZip ]
  Unzip to folder:
  orld\Fixes\5034103          [ Browse... ]              [ Close ]

  [✓] Overwrite files without prompting                  [ About ]

                                                         [ Help ]
```

When WinZip completes decompression you will get a window indicating how
many files were decompressed.  Click the "OK" button and close the WinZip
window.

CONFIDENTIAL INFORMATION                                    TN-OR 00004162



**World Download
Customer Connection**



3 file(s) unzipped successfully

When you look in the directory you will now see a file, cover letter, and a readme document. The file will be FTP'd to the iSeries to be installed. The cover letter verifies what you just downloaded. The readme document includes the instructions on how to get the fix onto the iSeries and install it.

These instructions change based on the fix downloaded. It is important that you print these out and follow them closely. In addition, you may see an additional document named "Special Instructions." These are additional instructions needed to complete the install into your World environment. It could contain instructions to update UDC's, Data Dictionary and more. If no additional instructions are required, this document will not exist for the fix.

CONFIDENTIAL INFORMATION

TN-OR 00004163



**World Download**
**Customer Connection**

## Appendix B – Download Basket

The Download Basket is the Update Center functionality used for downloading SARs.

1) When you have located a fix or fixes you wish to download, select the fix by clicking on the "+" to place the fix in your download basket. Once you have selected the "+" you will notice the "-" becomes active. If you wish to remove a selection, you click on the "-." The selected fix will move across the screen to the "Download Basket" and the Basket will reflect the number of items you have selected to download.



To view what is in the Basket or to download the items, click on the "Items" link and the screen will reflect what is selected. To return to the search, click on "Return to Search".

CONFIDENTIAL INFORMATION

TN-OR 00004164



**World Download
Customer Connection**

2) Once you have everything you need in the "Download Basket," click either "Download" by each item if you wish to only download a few of the items selected, or "Download All" if you wish to download all items selected.

### Download Basket

For processing multiple downloads, please use Change Assistant.

| JD Edwards World | | | | |
|---|---|---|---|---|
| | Name | Platform | Size (MB) | |
| Download | 1114765 | AS400 (ISeries) | 0.4 | Remove |
| Download | 1677527 | AS400 (ISeries) | 0.31 | Remove |
| Download All | | | | Remove All |

3) Accept the License Agreement.

### PeopleSoft License Agreement

TERMS OF USE
Please read the following agreement. You may
then accept or decline these terms by selecting
one of the buttons at the bottom of the page.

LICENSING AGREEMENT
Your username and password are provided to you
for your sole use in accessing this Server and
are confidential information subject to your
existing confidentiality agreement with Oracle
PeopleSoft. If you do not have a confidentiality
agreement in effect with Oracle  PeopleSoft,
you are hereby notified that your username and
password are confidential information and may
only be distributed to persons within your

**Email (required)**

[ Accept ]   [ Cancel ]

CONFIDENTIAL INFORMATION

TN-OR 00004165

 **World Download
Customer Connection**

4) The confirmation of download comes up. If you experience any problems, please read the note under the list. See Appendix E for information on pop-up blockers.

## Update Center

### Download Basket

JD Edwards World

| | Name | Platform | Size (MB) |
|---|---|---|---|
| 1114765.exe | 1114765 | AS400 (iSeries) | 0.4 |
| 1677427.exe | 1677427 | AS400 (iSeries) | 0.31 |

Note:If you are experiencing trouble downloading and are not prompted to save your download or run the downloaded executable file, please review your browser configuration including pop-up blockers, firewalls and security options.

First time users will be prompted to install Java 2 SDK, Standard Edition, v 1.4.2_03 (J2SE). Multiple versions can exist on your PC, so installing should not replace any existing versions.

**Note:** you need administrative right to your PC to perform the install, and your connection should be through Internet Explorer or Netscape.

If you receive one of the following error codes: 1035, 1305, 1311, 1324, 1327, 1335, 1600, 1601, 1606, 1624, 1643, 1722, 1744, 1788, 2352, 2755, you may be having an InstallShield issue. See this site for information -
**http://java.com/en/download/help/download_error_codes.jsp**. However, the link to the offline package on this site will install the current release of JAVA. The release needed for the Update Center is 1.4.2_03.

To download this release 1.4.2_03 offline, go to:

http://java.sun.com/products/archive/j2se/1.4.2_03/index.html

Take the JRE download option, accept the licensing agreement, then take the Windows Offline download option.

Check the target directory to ensure this is where you want to place the download file. Click the small box to the right to browse and change the

CONFIDENTIAL INFORMATION

TN-OR 00004166



**World Download
Customer Connection**

destination directory.  You may also type a destination path directly in the box.  If the subdirectory does not exist, it will be created by the download manager.

The pop up window lets you know the download was successful.  Click the "Open Folder" or "Okay."  The Launch Deployment Assistant is not available for World.

CONFIDENTIAL INFORMATION                                    TN-OR 00004167



**World Download
Customer Connection**

## Appendix C – Review SAR Code Changes and Documents

This is Update Center Functionality for reviewing SAR detail.

1) When you drill into the detail of the SAR, you will be prompted to Open or Save the file.  Click Save and place in the download directory created in Section II.



2)  Locate the document you just downloaded and open it.  It will contain examples of what code has been added or updated.

CONFIDENTIAL INFORMATION                                              TN-OR 00004168



**World Download
Customer Connection**

# Appendix D – Deactivate Pop-Up Blockers

1) If you are using Internet Explorer (IE), start IE.

2) From the pull down menus select "Internet Options..."



3) You are presented a window with several tabs at the top.  Select the
   "Privacy" tab.  Remove the check box from the "Block pop-ups" check box.



Customer Connect-v1.doc          Page: 25 of 25          Updated: 9/20/2007 @ 12:40:46 PM