| | |
|---|---|
| BINGHAM McCUTCHEN LLP | Robert A. Mittelstaedt (SBN 060359) |
| DONN P. PICKETT (SBN 72257) | Jason McDonell (SBN 115084) |
| GEOFFREY M. HOWARD (SBN 157468) | Elaine Wallace (SBN 197882) |
| HOLLY A. HOUSE (SBN 136045) | JONES DAY |
| ZACHARY J. ALINDER (SBN 209009) | 555 California Street, 26th Floor |
| BREE HANN (SBN 215695) | San Francisco, CA  94104 |
| Three Embarcadero Center | Telephone:     (415) 626-3939 |
| San Francisco, CA  94111-4067 | Facsimile:      (415) 875-5700 |
| Telephone: (415) 393-2000 | ramittelstaedt@jonesday.com |
| Facsimile:  (415) 393-2286 | jmcdonell@jonesday.com |
| donn.pickett@bingham.com | ewallace@jonesday.com |
| geoff.howard@bingham.com | |
| holly.house@bingham.com | Tharan Gregory Lanier (SBN 138784) |
| zachary.alinder@bingham.com | Jane L. Froyd (SBN 220776) |
| bree.hann@bingham.com | JONES DAY |
| | 1755 Embarcadero Road |
| DORIAN DALEY (SBN 129049) | Palo Alto, CA  94303 |
| JENNIFER GLOSS (SBN 154227) | Telephone:     (650) 739-3939 |
| 500 Oracle Parkway, M/S 5op7 | Facsimile:      (650) 739-3900 |
| Redwood City, CA  94070 | tglanier@jonesday.com |
| Telephone: (650) 506-4846 | jfroyd@jonesday.com |
| Facsimile:  (650) 506-7114 | |
| dorian.daley@oracle.com | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| jennifer.gloss@oracle.com | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| | JONES DAY |
| Attorneys for Plaintiffs | 717 Texas, Suite 3300 |
| Oracle USA, Inc., Oracle International | Houston, TX  77002 |
| Corporation, Oracle EMEA Limited, and | Telephone:     (832) 239-3939 |
| Siebel Systems, Inc. | Facsimile:      (832) 239-3600 |
| | swcowan@jonesday.com |
| | jlfuchs@jonesday.com |
| | |
| | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>           Plaintiffs,<br>     v.<br><br>SAP AG, *et al.*,<br><br>           Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL INFORMATION SUPPORTING ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL** |

Case No. 07-CV-01658 PJH (EDL)

STIPULATION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL INFORMATION SUPPORTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

1    Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle
2    International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. ("Plaintiffs") and
3    Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together
4    with Plaintiffs, the "Parties") jointly submit this Stipulation to Permit Plaintiffs to File Under
5    Seal Information Supporting Plaintiffs' Opposition to Defendants' Motion to Compel.
6    Plaintiffs have filed an Administrative Motion to Permit Plaintiffs to File Under
7    Seal Information Supporting Plaintiffs' Opposition to Defendants' Motion to Compel
8    ("Administrative Motion").
9    WHEREAS, the requested relief in the Administrative Motion is necessary and
10   narrowly tailored to protect the alleged confidentiality of the materials described in the
11   Administrative Motion until such time as the Court makes a final ruling as to confidentiality of
12   the relevant subject matter.  Specifically, the Parties have informed each other that the following
13   materials constitute documents that contain information designated by Plaintiffs or Defendants as
14   "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only"
15   pursuant to the Stipulated Protective Order, or otherwise contains information for which there is
16   good cause to seal.
17   (1) Portions of the Declaration of Zachary J. Alinder in Support of Oracle's
18   Opposition to Defendants' Motion to Compel at ¶ 13 and Exhibits F, G, H, K, L, P, DD, and EE
19   thereto;
20   (2) Portions of the Declaration of Jason Rice in Support of Opposition at ¶ 3, lines 12-
21   17 and ¶ 6, lines 9-18; and
22   (3) Portions of the Declaration of Buffy Ransom in Support of Opposition at ¶ 9, lines
23   18-25 and Exs. A and B thereto.
24   NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
25   respective counsel of record, that Plaintiffs are permitted to move for permission to file under
26   seal the information identified in the preceding paragraph.
27
28

| | | |
|---|---|---|
| 1 | | |
| | DATED: January 5, 2010 | Bingham McCutchen LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Bree Hann |
| 5 | | Bree Hann<br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. |

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: January 5, 2010        JONES DAY

By:            /s/ Scott Cowan
              Scott Cowan
         Attorneys for Defendants
    SAP AG, SAP America, Inc., and
            TomorrowNow, Inc.