| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
|   | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
|   | JONES DAY |
| 3 | 555 California Street, 26th Floor |
|   | San Francisco, CA  94104 |
| 4 | Telephone:      (415) 626-3939 |
|   | Facsimile:       (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
|   | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:      (650) 739-3939
Facsimile:       (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:      (832) 239-3939
Facsimile:       (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DECLARATION OF JASON MCDONELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S MOTION TO MODIFY THE PROTECTIVE ORDER AND TO COMPEL DEPOSITION TESTIMONY AND FURTHER RESPONSES TO REQUESTS FOR ADMISSION** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |
| | Date: January 26, 2010; Time: 9:00 am |
| | Courtroom: E, 15th Floor |
| | Judge: Hon. Elizabeth D. Laporte |

SFI-626917v1

McDONELL DECL. ISO DEFS' OPPOSITION
TO PLAINTIFFS' MOTION TO COMPEL
Case No. 07-CV-1658 PJH (EDL)

I, JASON MCDONELL, declare:

I am a partner with the law firm of Jones Day and counsel for Defendants in the above-captioned matter. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Attached hereto as **Exhibit A** are true and correct copies of the cover page and pages 9:10-21:17, 27:7-30:16, 52:17-56:2, 60:8-63:1, 79:19-80:6, 108:2-116:11, 135:8-139:13, 166:17-167:15 of the transcript of the October 13, 2009 Deposition of Scott Trainor.

2. I defended Mr. Trainor as an employee of SAP America, Inc., during his October 13, 2009. During that deposition, Defendants clawed back certain documents, but TN-OR00852363 was neither clawed back during the deposition of Scott Trainor nor later clawed back as a result of it. I have personally participated in various discussions, and exchanged multiple written communications, with counsel for Plaintiffs to attempt to resolve Plaintiff's objections to the documents clawed back during the deposition of Scott Trainor and their objections to the instructions given to Mr. Trainor. None of those communications addressed TN-OR00852363.

3. Plaintiffs' Deposition Exhibit 1683 reflects communications between multiple SAP and TN employees. I have been personally involved in the review of this document to determine whether any part of it reflects a privileged communication. Some of SAP and TN employees reflected in the email were not attorneys, and of those that were attorneys, some were acting in a business capacity during the emails that were exchanged and some were acting in a legal capacity. The only portion of the exhibit that is now redacted is a communication between Scott Trainor, an attorney for SAP America, Inc., and Mia Lee, an employee of SAP America, Inc. Moreover, Defendants have offered to present Mr. Trainor for further examination regarding Exhibit 1683, and that offer remains open.

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct.  Executed this 5th day of January 2010 in San
3  Francisco, California.

6                                              /s/ Jason McDonell
7                                              Jason McDonell