Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:     (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DECLARATION OF CATHERINE HYDE** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

I, Catherine Hyde, declare as follows:

1.       I am a former TomorrowNow, Inc. employee.  I have personal knowledge of the facts stated in this declaration and could competently testify to them if required.

2.       I was employed by TomorrowNow as a developer for the PeopleSoft product lines from October 2002 through October 31, 2008.  As a developer, I was involved in the development, and to a limited extent the testing, of objects that were included in fixes and updates that were delivered to TomorrowNow customers.

3.       As a developer at TomorrowNow, I used and understood the term object to generally refer to file-based objects, online objects, and/or data files.  File based objects include items such as .sqr, .sqc and COBOL files.  Online objects include items such as fields, records, pages, and menus.

4.       For the HRMS PeopleSoft product lines at TomorrowNow, objects were developed or modified to correct identified and reported issues.  The identified and reported issues that affected one or more of TomorrowNow's customers were tracked in a TomorrowNow-created database, referred to as the SAS database, and those records were generally referred to as master fixes.

5.       Both fixes and master fixes, as those terms were commonly used at TomorrowNow, were not the items actually being developed and tested.  At TomorrowNow, a fix was the container that contained one or more objects that, grouped together, were the solution for a defined problem.  The specific name given to any particular fix container for a specific customer included a reference to the broader master fix record.  The objects contained within the fix container were the actual items on which development and testing work was done.

6.       Additionally, at TomorrowNow, updates were referred to and described as a group of fixes (with each fix containing one or more objects) which were delivered together.  Updates were also referred to as bundles.

7.       While TomorrowNow employees might have generally referred to fixes and updates as what was delivered to customers, in order to know what was done to create the items inside the fix container, one would have to analyze the development and testing history of each

1   object inside the given fix.  One would not be able to tell anything about the development history

2   by analyzing the container (i.e., fix) itself.

3        8.    While employed at TomorrowNow, I do not recall TomorrowNow employees

4   commonly, if at all, using the phrase "generic environment."  I am not aware of that phrase

5   having any one specific or common meaning at TomorrowNow.

6        9.    I declare under the penalty of perjury that the above facts are based on my personal

7   knowledge and are true and correct.  This Declaration was executed on January __, 2010, at

8   Atlanta, Georgia.

9

10

11

12

13
_____

14
Catherine Hyde

15

16

17

18

19

20

21

22

23

24

25

26

27

28