| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
| | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
| | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
| | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DECLARATION OF MIA LEE IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S MOTION TO MODIFY THE PROTECTIVE ORDER AND TO COMPEL DEPOSITION TESTIMONY AND FURTHER RESPONSES TO REQUESTS FOR ADMISSION** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |
| | Date: January 26, 2010; Time: 9:00 am |
| | Courtroom: E, 15th Floor |
| | Judge: Hon. Elizabeth D. Laporte |

SFI-626865v1

LEE DECL. ISO DEFS' OPPOSITION
TO PLAINTIFFS' MOTION TO COMPEL
Case No. 07-CV-1658 PJH (EDL)

I, MIA LEE, declare:

I am a Senior Contracts Specialist for SAP America Inc. ("SAP America"), one of the Defendants in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Since May 1, 2006, I have held the position of Senior Contracts Specialist for SAP America. My responsibilities included documenting business transactions, providing documents to prospective customers, and negotiating contracts with potential customers. In some contract negotiations, I consulted SAP America's in-house attorneys for legal advice as needed.

2. I have reviewed an unredacted version of Exhibit 1683, SAP-OR00677719-26. This document reflects a series of emails, some of which I either sent or received. The emails refer to a contract negotiation with E & J Gallo Winery. The email dated May 11, 2006, sent at 13:56 (1:56 pm), reflects my request for legal advice from Scott Trainor, who I understood to be an SAP America in-house attorney, concerning TomorrowNow's provision of support services. I intended the communication to be confidential and privileged.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this _____ day of January 2010 in Irvine, California.

_____
Mia Lee