| | |
|---|---|
| 1  Robert A. Mittelstaedt (SBN 060359)<br>   Jason McDonell (SBN 115084)<br>2  Elaine Wallace (SBN 197882)<br>   JONES DAY<br>3  555 California Street, 26th Floor<br>   San Francisco, CA  94104<br>4  Telephone:    (415) 626-3939<br>   Facsimile:     (415) 875-5700<br>5  ramittelstaedt@jonesday.com<br>   jmcdonell@jonesday.com<br>6  ewallace@jonesday.com<br>7  Tharan Gregory Lanier (SBN 138784)<br>   Jane L. Froyd (SBN 220776)<br>8  JONES DAY<br>   1755 Embarcadero Road<br>9  Palo Alto, CA  94303<br>   Telephone:    (650) 739-3939<br>10 Facsimile:     (650) 739-3900<br>   tglanier@jonesday.com<br>11 jfroyd@jonesday.com<br>12 Scott W. Cowan (Admitted *Pro Hac Vice*)<br>   Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>13 JONES DAY<br>   717 Texas, Suite 3300<br>14 Houston, TX  77002<br>   Telephone:    (832) 239-3939<br>15 Facsimile:     (832) 239-3600<br>   swcowan@jonesday.com<br>16 jlfuchs@jonesday.com<br>17 Attorneys for Defendants<br>   SAP AG, SAP AMERICA, INC., and<br>18 TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  (415) 393-2000<br>Facsimile:   (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA  94070<br>Telephone:  (650) 506-4846<br>Facsimile:   (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. |

19                       UNITED STATES DISTRICT COURT

20                     NORTHERN DISTRICT OF CALIFORNIA

21                                OAKLAND DIVISION

| | |
|---|---|
| 22  ORACLE USA, INC., *et al.*,<br>23                  Plaintiffs,<br>24         v.<br>25  SAP AG, *et al.*,<br>26                  Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION  AND [PROPOSED] ORDER TO AMEND THE STIPULATED PROTECTIVE ORDER** |

27
28

1  Plaintiffs Oracle USA, Inc. Oracle International Corporation, Oracle EMEA Limited, and
2  Siebel Systems, Inc. ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and
3  TomorrowNow, Inc. ("Defendants," and together with Oracle, the "Parties") jointly submit this
4  Stipulation and Proposed Order to Amend the Stipulated Protective Order.
5  WHEREAS, on June 6, 2007, the Court issued a Stipulated Protective Order in this matter
6  (D.I. 32);
7  WHEREAS, the Parties have agreed, with the permission of the Court, Exhibit D to the
8  Stipulated Protective Order ("Exhibit D"), titled "SAP Coverage Counsel Addendum," and its
9  related acknowledgement form titled "SAP Coverage Counsel Declaration of Compliance"
10 ("Exhibit E") shall be made part of the Stipulated Protective Order; and
11 WHEREAS, the Parties have agreed, with the permission of the Court, Exhibits D and E,
12 attached to this Joint Stipulation and Proposed Order as Attachment 1, shall immediately follow
13 Exhibit C in the Stipulated Protective Order.

**IT IS SO STIPULATED.**

DATED:  January 6, 2009                    JONES DAY


                                           By:  /s/ Scott Cowan
                                                Scott Cowan

                                           Attorneys for Defendants
                                           SAP AG, SAP AMERICA, INC., and
                                           TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

1 | DATED: January 6, 2009                    BINGHAM McCUTCHEN LLP

2

3                                             By:  /s/ Holly House
                                                  Holly House
4
                                              Attorneys for Plaintiffs
5                                             ORACLE USA, INC., ORACLE
                                              INTERNATIONAL CORPORATION,
6                                             ORACLE EMEA LIMITED, and SIEBEL
                                              SYSTEMS, INC.
7

8

9 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11

12

13

14 | Date: _____        _____
                                              Judge Elizabeth D. Laporte
15                                            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER
TO AMEND THE SPO
Case No. 07-CV-1658 PJH (EDL)