1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA  94303
   Telephone:     (650) 739-3939
10 Facsimile:     (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:     (832) 239-3939
15 Facsimile:     (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21
                              OAKLAND DIVISION
22

23 ORACLE USA, INC., et al.,          Case No. 07-CV-1658 PJH (EDL)

24               Plaintiffs,          **DECLARATION OF MARK WHITE IN SUPPORT OF**
                                      **DEFENDANTS' RESPONSE TO PLAINTIFFS'**
25       v.                           **ADMINISTRATIVE MOTION TO PERMIT**
                                      **PLAINTIFFS TO FILE UNDER SEAL INFORMATION**
26 SAP AG, et al.,                    **SUPPORTING ORACLE'S OPPOSITION TO**
                                      **DEFENDANTS MOTION TO COMPEL**
              Defendants.
27                                    Date and Time:  N/A
                                      Courtroom:  E, 15th Floor
28                                    Judge:  Hon. Elizabeth D. Laporte

SFI-627486v1

WHITE DECL. ISO DEFS' RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
Case No. 07-CV-1658 PJH (EDL)

I, MARK WHITE, declare:

I am the Chief Financial Officer of SAP America, Inc. and a member of the TomorrowNow, Inc. Board of Directors, both Defendants in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. I am familiar with the information contained in Exhibit H to the Declaration of Zachary J. Alinder in Support of Oracle's Opposition to Defendants' Motion to Compel ("Exhibit H"). Exhibit H reflects portions of the TomorrowNow Operations Wind Down Final Report, which I helped prepare. At the time this document was prepared, it was intended to be non-public and confidential, and SAP has continued to take steps to protect the confidential information it contains. Exhibit H reflects information about the effort to wind down operations at TomorrowNow, including details about specific customers' contracts with TomorrowNow and the ongoing legal structure of TomorrowNow. Public release of this information could adversely effect SAP's future bargaining position with customers and provide competitive advantage to SAP's business competitors. Because of the competitively sensitive information contained in the document, the disclosure of it could likely cause competitive and business injury.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this _____ day of January 2010 in Newtown Square, Pennsylvania.

_____
Mark White