| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 10 | Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX 77002 |
| 15 | Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>SAP AG, et al.,<br><br>             Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF KEITH SHANKLE IN SUPPORT OF DEFENDANTS' REPLY TO ORACLE'S OPPOSITION TO DEFENDANTS MOTION TO COMPEL** |

HUI-122872v2

I, KEITH SHANKLE, declare:

1. I am a former Senior Software Engineer for TomorrowNow, Inc., a Defendant in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I have reviewed the document titled "DownloadMetrics.xls" with Bates number TN-OR01502369, which I understand was produced from my files at TomorrowNow, Inc.

3. I created this document using Customer Connection. In order to create the document, I ran searches for different types of available JD Edwards files on Customer Connection and manually typed the results returned by those searches into the spreadsheet. I did not open or download the files listed in the search results. And I also did not electronically cut or paste the information from Customer Connection or generate the information in any automated way. The creation of the spreadsheet was a tedious manual process. To assist in the work of creating the spreadsheet I assigned sections of the spreadsheet to other TomorrowNow employees, who performed the same manual process.

4. I never completed the spreadsheet and it currently represents an incomplete listing of certain available files and system codes.

5. I spent several months working to create this document using the manual process of searching for available files and recording the results in the spreadsheet. At the time I created this spreadsheet I did not know of a way to create a listing of available downloads and system codes in an automated fashion. I would not have spent months creating the "DownloadMetrics" document if I knew of an automated method to compile this information. I presently know of no way to use Customer Connection or any other means to map in an automated fashion the downloads conducted by TomorrowNow, Inc. to the products or system codes.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 12th day of January 2010 in _____, Texas.

_____
Keith Shankle

SHANKLE DECL. ISO DEFS' REPLY TO PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL
Case No. 07-CV-1658 PJH (EDL)