| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104<br>Telephone:    (415) 626-3939 |
| 5 | Facsimile:    (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 10 | Telephone:    (650) 739-3939<br>Facsimile:    (650) 739-3900 |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 14 | 717 Texas, Suite 3300<br>Houston, TX 77002 |
| 15 | Telephone:    (832) 239-3939<br>Facsimile:    (832) 239-3600 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>                        Plaintiffs,<br><br>        v.<br><br>SAP AG, et al.,<br><br>                        Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF MARK KREUTZ IN SUPPORT OF DEFENDANTS' REPLY TO ORACLE'S OPPOSITION TO DEFENDANTS MOTION TO COMPEL** |

HUI-122870v2

KREUTZ DECL. ISO DEFS' REPLY TO PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL
Case No. 07-CV-1658 PJH (EDL)

I, MARK Kreutz, declare:

1. I am the former Vice President of JD Edwards Support Services for TomorrowNow, Inc., a Defendant in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I have reviewed the document titled "Summary_Analysis.htm" with Bates number TN-OR04217886, which I understand was produced from my files at TomorrowNow, Inc.

3. I believe based on my review of the document that the .htm file was generated from Customer Connection. I do not recall the precise parameters or search query that was run to generate this document.

4. I can confirm that this document was not generated for the purpose of mapping ESUs to products or system codes. Further, this document does not have all of the information required to map all ESUs downloaded by TomorrowNow, Inc. to the associated system codes. For example, the document does not contain the product or system code information associated with all ESUs, SARs, and objects contained in all ESUs and SARs downloaded by TomorrowNow on behalf of its customers. Moreover, the document does not appear to contain all available ESUs on Customer Connection and instead it only appears to contain ESUs with the prefix "JD." The system code information in the document appears to refer only to the system codes for the special instructions associated with the ESUs that are referenced in the document.

5. I presently know of no way to map in an automated fashion the downloads conducted by TomorrowNow, Inc. to the products or system codes.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 12th day of January 2010 in Denver, Colorado.

_____
Mark Kreutz

KREUTZ DECL. ISO DEFS' REPLY TO PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL
Case No. 07-CV-1658 PJH (EDL)