1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:     (650) 739-3939
10 Facsimile:     (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice)*
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:     (832) 239-3939
15 Facsimile:     (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                          OAKLAND DIVISION

22

23 | ORACLE CORPORATION, *et al.*, | Case No. 07-CV-1658 PJH (EDL)
24 |         Plaintiffs,            | **REPLY DECLARATION OF SCOTT W. COWAN**
25 | v.                             | **IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL**
26 | SAP AG, *et al.*,              |
27 |         Defendants.            |
28

I, SCOTT W. COWAN, declare:

I am a partner with the law firm of Jones Day and counsel for Defendants in the above-captioned matter. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Attached as **Exhibit A** is a true and correct copy of excerpts from the August 4, 2009 Transcript of Proceedings before Judge Laporte, at 28:16-17, 29:4-5, 30:14-31:4.

2. Attached as **Exhibit B** is a true and correct copy of the August 31, 2009 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Production of Documents Related to Damages Model and Interrogatory Responses Related to Use of Plaintiffs' Intellectual Property, Dkt. No. 460.

3. In connection with the Expanded Discovery Timeline Agreement (the "Agreement"), the Parties discussed and agreed to produce responsive data from "key custodians" collected after the litigation. I personally participated in those discussions. Based on those discussions and the Agreement, Defendants promptly started the costly recollection and production process for six custodians, *i.e.* Mark White, Martin Breuer, Andrew Nelson, Shelley Nelson, Greg Nelson and John Baugh. Defendants produced the responsive, non-privileged data for these custodians up through the time of TomorrowNow's wind down on October 31, 2008. In addition, on April 10, 2009, Plaintiffs specifically requested that Defendants recollect and produce the documents through the same date for three more custodians, *i.e.* Werner Brandt (SAP Executive Board Member), Gerhard Oswald (SAP Executive Board Member), and Thomas Bamberger (SAP Supervisory Board Member). This request is memorialized in the parties' meet and confer communications and in the Stipulation to Modify May 5, 2008 Case Management Order (Dkt. No. 305, at 4, ¶ 3). In addition, as part of the Agreement, Defendants incurred the expense and burden to recollect, review, and produce through October 31, 2008 numerous TomorrowNow tracking databases, including SAS.

//

//

//

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct. Executed this 12th day of January, 2010, in
3  Houston, Texas.

                                        /s/ Scott W. Cowan
                                        Scott W. Cowan

HUI-122876v1

REPLY COWAN DECL. ISO
DEFS.' MOT. TO COMPEL
Case No. 07-CV-1658 PJH (EDL)