1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:   (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA  94070
11 Telephone:  (650) 506-4846
   Facsimile:   (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corporation,
15 Oracle EMEA Limited, and Siebel Systems, Inc.

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

| | |
|---|---|
| 19  ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20               Plaintiffs, | **DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF REPLY IN SUPPORT OF ORACLE'S MOTION TO MODIFY THE PROTECTIVE ORDER AND TO COMPEL DEPOSITION TESTIMONY AND FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS** |
| 21        v. | |
| 22  SAP AG, *et al.*, | |
| 23               Defendants. | |
| 24 | |
| 25 | |
| 26 | Date: January 26, 2010<br>Time: 2 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |
| 27 | |
| 28 | |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF GEOFFREY M. HOWARD

1     I, Geoffrey M. Howard, declare as follows:

2     1.     I am an attorney licensed to practice law in the State of California and a
3  partner at Bingham McCutchen LLP, counsel of record for plaintiffs Oracle USA, Inc., Oracle
4  International Corporation, Oracle EMEA Ltd., and Siebel Systems, Inc. (collectively, "Oracle").
5  I have personal knowledge of the facts stated below by virtue of my representation of Oracle in
6  this action and if called as a witness could competently testify as to them.

7     2.     Attached as Exhibit A is a true and correct copy of a document produced
8  by Defendants as TN-OR06427729-31.

9     3.     Attached as Exhibit B is a true and correct copy of a document produced
10 by Defendants as TN-OR00483845-47.

11    4.     Attached as Exhibit C is a true and correct copy of a document produced
12 by Defendants as TN-OR01187772.

13    5.     Attached as Exhibit D is a true and correct copy of a document marked as
14 Plaintiffs' Deposition Exhibit 906 in the individual deposition of Catherine Hyde taken in this
15 action on February 12, 2009; this document had been produced by Defendants as TN-
16 OR01203517-19.

17    6.     Attached as Exhibit E is a true and correct copy of excerpts from the
18 transcript of the individual deposition of Catherine Hyde, taken in this action on February 12,
19 2009.

20    7.     Attached as Exhibit F is a true and correct copy of an excerpt from the
21 transcript of the individual deposition of Beth Lester, taken in this action on April 22, 2009.

22    8.     Attached as Exhibit G is a true and correct copy of excerpts from the
23 transcript of the Rule 30(b)(6) deposition of Catherine Hyde, taken in this action on April 1-2,
24 2008.

25    9.     Attached as Exhibit H is a true and correct copy of an excerpt from the
26 transcript of the Rule 30(b)(6) deposition of Shelley Nelson, taken in this action on December 6,
27 2007.

28    10.    Attached as Exhibit I is a true and correct copy of excerpts from the

1 | transcript of the Rule 30(b)(6) deposition of Katherine Williams, taken in this action on April 1, 2008.

3 | 11. Attached as Exhibit J is a true and correct copy of excerpts from the November 25, 2008 Discovery Conference Hearing transcript.

5 | 12. Attached as Exhibit K is a true and correct copy of excerpts from the August 25, 2009 Discovery Conference Hearing transcript.

7 | 13. Attached as Exhibit L is a true and correct copy of excerpts from the February 13, 2009 Discovery Conference Hearing transcript.

9 | 14. Attached as Exhibit M is a true and correct copy of excerpts from the February 13, 2008 Discovery Conference Hearing transcript.

11 | 15. I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct, and that this Declaration was executed on January 12, 2010, in San Francisco, California.

*[signature]*

Geoffrey M. Howard