# EXHIBIT B

Message

| | |
|---|---|
| From: | CN=Nhat Vuong/O=TomorrowNow |
| Sent: | 4/26/2005 5:44:32 PM |
| To: | CN=John Baugh/O=TomorrowNow |
| Subject: | Re: PeopleBooks Install - You're right |

Hi John,

Your suggestion works as I cloned f842rwcm PSHOME to location e:\psoft\psbooks. Then I installed PIA and books.

Full text search is now working. No need for app server/database to be up.

Thanks,

Nhat Vuong
Enterprise Technology Support Engineer
TomorrowNow Inc,
Office Phone: (979)-676-1415
nhat_vuong@tomorrownow.com


John Baugh/TomorrowNow   04/26/2005 03:08 PM      To Nhat Vuong/TomorrowNow@TomorrowNow cc  Subject Re: PeopleBooks Install

If so, I would suggest cloning a sqlserver 8.44 environment to a generic environment or using one of the development environments if possible.

---

John Baugh
Senior Enterprise Technology Support Engineer
TomorrowNow, Inc.
979-571-6360
John_Baugh@TomorrowNow.com


```
From: Nhat Vuong
Sent: 04/26/2005 03:03 PM
To: John Baugh
Subject: Re: PeopleBooks Install
```

Yup.

George wanted for us to be able to search. I had these books installed on wl 5.1 but then found out search wouldn't work with that version.


Nhat Vuong
Enterprise Technology Support Engineer
TomorrowNow Inc,
Office Phone: (979)-676-1415
nhat_vuong@tomorrownow.com


John Baugh/TomorrowNow   04/26/2005 03:00 PM      To Nhat Vuong/TomorrowNow@TomorrowNow cc  Subject Re: PeopleBooks

CONFIDENTIAL INFORMATION

TN-OR00483845

Install

Nhat,

I noticed that, too. Is full text search a requirement?

John

------------------------------------------------------------

John Baugh
Senior Enterprise Technology Support Engineer
TomorrowNow, Inc.
979-571-6360
John_Baugh@TomorrowNow.com

> From: Nhat Vuong
> Sent: 04/26/2005 01:51 PM
> To: John Baugh
> Subject: Re: PeopleBooks Install

According to PS, in order to use full-text search, peoplebooks must be installed under PS_Home\webserv\peoplesoft\applications\peoplesoft\PSOL\htmldoc.

To me for 8.44 and above, PSOL has to be tied to a PIA install. Correct me if I am wrong.

If that is the case, do you suggest any workaround?

Thanks,

Nhat Vuong
Enterprise Technology Support Engineer
TomorrowNow Inc,
Office Phone: (979)-676-1415
nhat_vuong@tomorrownow.com


John Baugh/TomorrowNow  04/26/2005 01:29 PM     To Nhat Vuong/TomorrowNow@TomorrowNow cc  Subject PeopleBooks Install

Nhat,

Sorry, I got tied up with a support case. As for the PeopleBooks install, it looks like in tools 8.44 and above, the default install location is PS_Home\webserv\peoplesoft\applications\peoplesoft\PSOL\htmldoc. I think in our case we should treat this install as a non peopletools machine and install to e:\psoft\psbooks. You may want to verify with George but I think this is the way we want to install it so the peoplebooks are not tied to a specific environment.

Thanks,
John



John Baugh
Senior Enterprise Technology Support Engineer
TomorrowNow, Inc.

CONFIDENTIAL INFORMATION

979-571-6360
John_Baugh@TomorrowNow.com

CONFIDENTIAL INFORMATION

TN-OR00483847