# EXHIBIT C

Dockets.Justia.com

Message

| | |
|---|---|
| **From:** | CN=Catherine Hyde/O=TomorrowNow |
| **Sent:** | 8/10/2006 2:30:59 PM |
| **To:** | CN=Kristin Paige/O=TomorrowNow |
| **CC:** | CN=Beth Lester/O=TomorrowNow@TOMORROWNOW; CN=Barbara Myrick/O=TomorrowNow |
| **Subject:** | 890 GKN |

Ok... I created a new folder for GKN - 890 and put their bundle in it. I don't have a generic environment for 8.9, so I'm saying up front: The online project might cause a problem.

The data rows are identical to the 8.81 clients.

Regards,
Catherine Hyde
PeopleSoft Senior Developer
+1 321 253 6425

CONFIDENTIAL INFORMATION

TN-OR01187772