# EXHIBIT D

Dockets.Justia.com

Message

| | |
|---|---|
| **From:** | CN=Beth Lester/O=TomorrowNow |
| **Sent:** | 9/17/2004 1:13:20 PM |
| **To:** | Shelley Nelson <shelley_nelson@tomorrownow.com>@TOMORROWNOW |
| **CC:** | Catherine Hyde <catherine_hyde@tomorrownow.com>@TOMORROWNOW |
| **Subject:** | Environments to Support PY04OCT Delivery |

Additional information discovered and plan noted for approval.... see red below in Environments section. This is really for Shelley to "check" us, but Catherine please speak up if I have misunderstood our agreements. Thanks -

Beth Lester
Senior HRMS Specialist
TomorrowNow Inc.
Tel: (704)987-7805
beth_lester@tomorrownow.com


**Beth Lester/TomorrowNow** 09/14/2004 09:40 AM
To Shelley Nelson/TomorrowNow  cc  Subject Re:
Critical Support Project Plan for October Bundle

Thank You! :-)  See my responses in blue.

Beth Lester
Senior HRMS Specialist
TomorrowNow Inc.
Tel: (704)987-7805
beth_lester@tomorrownow.com


**Shelley Nelson/TomorrowNow** 09/13/2004 05:55
PM To Beth
Lester/TomorrowNow@TOMORROWNOW  cc
Subject Re: Critical Support Project Plan for
October Bundle

Beth-

**Environments:**
I'm on board with making use of our current SQL Server development environments as much as possible, and see that our only gap in that area is HCM 8.3SP1. Once Rentway's software arrives, that becomes a priority of George for install. For the short-term, to ensure we have the environment in place for the October bundle, I was going to focus only on fix-mastering Payroll for that product line, applying all Payroll tax updates from Install through 04D. Later we will go back and fix-master the entire product line for that release level.
These environments are still 'gaps' to me unless we know their last tax update applied and can locate a corresponding SQL Server DB: ERSGA (7.02G), St. Barnabas (7.51C), City of Atlanta (7.51G).
City of Atlanta's service agreement states a maintenance end date of 6/30/2004 which implies that they should have applied Tax Update 04C. Is that accurate and/or enough information to go on?
ERSGA's service with TN began on 6/1/2004, but that's all I know from the CRM DB. From this I would guess that Tax Update 04B was their last Tax Update, but they didn't get it from PS did they?
St. Barnabas' service with TN also began on 6/1/2004 and buried in the comments I find reference to 'since 04B'. Am I on the right track?
Here is how Catherine and I have discussed closing these gaps. Shelley - Please bless it or shoot it down!
ERSGA (7.02G) - Per the CRM database, CDs have been requested but not received. As a temporary solution, we will assume they were paying PS maintenance at 03G delivery and start with our current 7.02G codeline then strip out 03G TN Comments but not code. No database. Thinking of 03G as their PY04OCT deliverables only impact year end SQRs. Accepting suggestions for going forward - when we have to modify a COBOL for them.
St.Barnabas (7.51C) - We will use the codeline from the Oracle St. Barnabas environment George created. It is a copy of their test environment, which is a copy of their production.

EXHIBIT NO. 906
WR 2/12/09

CONFIDENTIAL INFORMATION

TN-OR01203517

City of Atlanta (7.51G) - We need a PS 04B level database. Shelley and I discussed this earlier in the week, but I was agreeing and thinking TN 04B level, not PS. So Shelley, Catherine and I see that we can create an HG75103C database from a backup and apply all the fixes to end up with a PS 04B level. Do you have a better idea?

I understand that George is creating a SQL Server Rentway environment. We will plan to use that for 8.3SP1 deliverables! Can someone quickly create a Praxair environment from a copy of HR810DEV and a Quad/Graphics environment from a copy of HR751CSS? Catherine is swamped! This is already very confusing. Confusion will be greater if we have to use the client-unspecific environments we already have. We need to have all individual fix development completed before October 14th and need the environments in order to do that. Thanks!!

**Delivery Dates:**
I'm fine with the order of completion, but very much like the idea of holding off packaging / shipment until we've tested all. Ideally we miss nothing the first time around, but it sure is nice to "take it back" instead of knowing after the fact that we've delivered mistakes or incomplete code. I will incorporate this order of events into the project plan with the expectation of delivering all bundles on Monday, October 25th.

**Sets:**
I agree with the Test Sets you've defined, although I'm a little iffy on:
**Set Two - Praxair and Quad.** I've sent this email to Vinny at Praxair, but have gotten no response yet: . Quad will have applied 04D, but Praxair's last update was most likely 04C. They'll certainly be on different codelines, however, if we can confirm our October updates don't impact objects delivered in 04D, I'm open to combining these into one test set. I know this makes planning tough, since scope won't be finalized until mid-October, but that's just how it goes.
Catherine and I have already discussed and considered this. Given what is in scope and developed at this point, testing for these two clients will be sufficient in one database. Of course, if something like you described comes up, we'll certainly conduct additional testing.
**Set Four - Anchorage.** Remember we delivered a year end update just to them last year. It was not identical to PS's year end delivery, because PS corrected some items we would never have known about. As long as we can confirm the differences aren't a factor, I'm fine with combining testing.
Thanks for pointing this out! I did not remember this. We will likely need additional testing here too.

**Testers:**
You should count on NOT being the only tester. Budget for one more full time tester for that week. That will either comprise of Sharon and me each 1/2 time or 1 full time person other than Sharon and me.

Kisses-

Shelley Nelson
PeopleSoft Support Manager
TomorrowNow, Inc.
(979) 595-1306


**Beth Lester/TomorrowNow** 09/13/2004 03:47 PM To
Shelley Nelson
<shelley_nelson@tomorrownow.com>@TOMORROWNOW
cc   Subject Critical Support Project Plan for October
Bundle

Shelley,

I'm trying to get a head start on planning for the October bundle and am feeling like our usual time frame of 1 week for bundling dev/test/doc may not apply this time as we 5 releases to consider for 12 clients with the potential for content differences for each. I have discussed most if not all of this with Catherine already.

Environments: Here's what I think we're missing - ERSGA (7.02G), St. Barnabas (7.51C), City of Atlanta (7.51G), Praxair (8.1) - but can use a copy of HR810DEV, Quad/Graphics (8.1) - but can use a copy of HR751CSS, and Rentway (8.3). Of course we have some generic environment at all of these levels that I guess we can use in a pinch - with the exception of 8.3. BUT - we know we will be developing SQR mods and likely panel changes this time! Please let us know if you something we don't on these - i.e. they are in the works or you expected they were already complete.

Can we deliver in this order on these dates - (This may require our freeze to be earlier than Monday, 10/18.)
7.51C   Wednesday, 10/20   (5)

CONFIDENTIAL INFORMATION

TN-OR01203518

7.51G    Thursday, 10/21 (3)
8.1      Friday, 10/22 (2)
8.3      Monday, 10/25 (1)
7.02G    Monday, 10/25 (1)

- and conduct only 5 bundle tests (in each of our releases) but unit test/code review the others as there are 12 clients deliverables. (See below). Is this okay with you?

| Set One | |
|---|---|
| 7.51 Commercial | Florida Tile and ARC receive very similar deliverables, are the most comprehensive, and have maintenance end dates within 30 days of each |
| | Can we test in one of these environment and just do code review/unit testing for all other 7.51C deliverables (PHS, TEL, SBH)? |
| Set Two | Praxair and Quad receive very similar, are the most comprehensive, and have maintenance end dates within about 30 days of each other. |
| 8.1 | Can we test in one of these environment and just do code review/unit testing for the other? |
| Set Three | |
| 8.3SP1 | Rentway is the only client in this space. Let's test in their database! |
| Set Four | |
| 7.51 E&G | Cowlitz, Achorage, and Atlanta have Federal updates in common and maintenance end dates 3 - 6 months apart. But still... |
| | Can we test in one of these environment and just do code review/unit testing for all other 7.51C deliverables? |
| Set Five | |
| 7.02 E&G | ERSGA is the only client in this space. Let's test in their database! |

Can we count on Sharon or you for assistance with one or two of these test sets, or should the plan account for me as the only tester?

No immediate response is need on this. I am moving forward with the project plan anyway and make easily modify based on your responses.

Thanks,

Beth Lester
Senior HRMS Specialist
TomorrowNow Inc.
Tel: (704)987-7805
beth_lester@tomorrownow.com

CONFIDENTIAL INFORMATION

TN-OR01203519