# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintffs,<br><br>     vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. 07-CV-1658 (PJH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

VIDEOTAPED DEPOSITION OF

BETH SUZANNE JEDELSKY LESTER

(Taken by Plaintiff)

Charlotte, North Carolina

Wednesday, April 22nd, 2009

Reported in Stenotype by
Dorothy J. M. McGrath, RPR, Shorthand Reporter
Transcript Produced by Computer-aided Transcription

Merrill Legal Solutions
(800) 869-9132

Case4:07-cv-01658-PJH   Document614-6   Filed01/12/10   Page3 of 6
BETH SUZANNE JEDELSKY LESTER         April 22, 2009
Highly Confidential - Attorney's Eyes Only

Page 170

17:05:32   1
17:05:33   2
17:05:35   3
17:05:37   4
17:05:37   5
17:05:38   6
17:05:43   7
17:05:48   8
17:05:50   9
17:05:51  10
17:05:53  11
17:05:56  12
17:06:00  13
17:06:03  14
17:06:06  15
17:06:08  16
17:06:11  17
17:06:17  18
17:06:20  19
17:06:28  20
17:06:29  21
17:06:29  22
17:06:29  23         Q.   So does this indicate that there would be
17:06:29  24    generic environment such as those that would be used
17:06:30  25    for the initial fixed development for the fixes?

Case4:07-cv-01658-PJH Document614-6 Filed01/12/10 Page4 of 6
BETH SUZANNE JEDELSKY LESTER    April 22, 2009
Highly Confidential - Attorney's Eyes Only

Page 171

| Time | # | |
|---|---|---|
| 17:06:32 | 1 | MR. COWAN: Object to form. |
| 17:06:32 | 2 | THE DEPONENT: This indicates that at |
| 17:06:32 | 3 | least these two environments which are generic |
| 17:06:36 | 4 | would have been used for fixed development, but |
| 17:06:38 | 5 | I don't believe this is a comprehensive list -- |
|  | 6 | |
| 17:06:41 | 7 | |
| 17:06:42 | 8 | |
| 17:06:44 | 9 | |
| 17:06:47 | 10 | |
| 17:06:53 | 11 | |
| 17:06:55 | 12 | |
| 17:06:58 | 13 | |
| 17:07:01 | 14 | |
| 17:07:02 | 15 | |
| 17:07:05 | 16 | |
| 17:07:08 | 17 | |
| 17:07:12 | 18 | |
| 17:07:13 | 19 | |
| 17:07:15 | 20 | |
| 17:07:16 | 21 | |
| 17:07:19 | 22 | |
| 17:07:21 | 23 | |
| 17:07:23 | 24 | |
| 17:07:26 | 25 | |

Case4:07-cv-01658-PJH   Document614-6   Filed01/12/10   Page5 of 6
BETH SUZANNE JEDELSKY LESTER           April 22, 2009
Highly Confidential - Attorney's Eyes Only

Page 185

```
17:36:16   1
17:36:19   2
17:36:22   3
17:36:27   4
17:36:27   5
17:36:29   6        Q.   And what does the right-hand side reflect?
17:36:33   7        A.   Screen shots from a generic environment
17:36:36   8   apparently.  I see DEV as opposed to a
17:36:40   9   three-character client code, so I would assume this
17:36:42  10   was an 8.31 development environment.
17:36:45  11
17:36:47  12
17:36:48  13
17:36:52  14
17:36:52  15
17:36:54  16
           17
17:36:55  18
17:36:56  19
17:36:57  20
17:36:58  21
17:37:04  22
17:37:09  23
17:37:10  24
17:37:14  25
```

```
 1  STATE OF NORTH CAROLINA
    COUNTY OF FORSYTH
 2

 3              REPORTER'S CERTIFICATE

 4       I, Dorothy J. M. McGrath, RPR, a Notary

 5  Public, do hereby certify that there came before me

 6  on  Wednesday , April 22nd  , 2009, the person

 7  hereinbefore named who was by me duly sworn to

 8  testify to the truth and nothing but the truth of

 9  his or her knowledge concerning the matters in

10  controversy in this cause; that the witness was

11  thereupon examined under oath, the examination

12  reduced to typewriting under my direction, and the

13  deposition is a true record of the testimony given

14  by the witness.

15       I further certify that I am neither

16  attorney or counsel for, nor related to, or employed

17  by any attorney or counsel employed by the parties

18  hereto or financially interested in the action.

19       IN WITNESS WHEREOF, I have hereto set my

20  hand this  28th  day of  April  , 2009.

21

22                              _____
                                Dorothy J. M. McGrath, Notary Public
23                              Notary Public Number 20030710028

24

25
```