# EXHIBIT H

Dockets.Justia.com

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 59

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a            )
Delaware corporation, ORACLE     )
USA, INC., a Colorado            )
corporation, and ORACLE          )
INTERNATIONAL CORPORATION, a     )
California corporation,          )
         Plaintiffs,             )
                                 )
vs.                              )   CASE NO. 07-CV-01658 (MJJ)
                                 )
SAP AG, a German                 )
corporation, SAP AMERICA,        )
INC., a Delaware corporation,    )
TOMORROWNOW, INC., a Texas       )
corporation, and DOES 1-50,      )
inclusive,                       )
         Defendants.             )


"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION OF

TOMORROWNOW BY AND THROUGH SHELLEY NELSON

VOLUME 2

DECEMBER 6, 2007


   ORAL VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 6th day of December, 2007, from 9:10 a.m. to 3:53 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

   Job No. 1603-85363

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 145

```
11:57:53   1
11:57:57   2
11:58:01   3
11:58:01   4
11:58:06   5
11:58:12   6
11:58:17   7
11:58:21   8
11:58:27   9
11:58:33  10
11:58:40  11
11:58:43  12
11:58:47  13
11:58:56  14
```

11:59:13  15    Q.   There's been reference to something called a master
11:59:15  16  fix.
11:59:15  17    A.   Yes.
11:59:17  18    Q.   Does that have any relationship to the common
11:59:20  19  development process that you just described?
11:59:26  20    A.   Only in the sense that it's a -- a document
11:59:28  21  repository for tracking what we're developing, the status of
11:59:35  22  that development, what has been delivered to customers.
11:59:43  23    Q.   What is a document repository?
11:59:50  24    A.   That was just my definition for this master fix form
11:59:53  25  that's in the SAS database.  It -- it basically is our means

| | | |
|---|---|---|
| 11:59:58 | 1 | of documenting the work that's done. |
| 12:00:05 | 2 | |
| 12:00:09 | 3 | |
| 12:00:13 | 4 | |
| 12:00:20 | 5 | |
| 12:00:23 | 6 | |
| 12:00:31 | 7 | |
| 12:00:34 | 8 | |
| 12:00:39 | 9 | |
| 12:01:12 | 10 | |
| 12:01:13 | 11 | |
| 12:01:18 | 12 | |
| 12:01:18 | 13 | |
| 12:01:18 | 14 | |
| 12:01:22 | 15 | |
| 12:01:26 | 16 | |
| 12:01:30 | 17 | |
| 12:01:37 | 18 | |
| 12:01:39 | 19 | |
| 12:01:41 | 20 | |
| 12:01:44 | 21 | |
| 12:01:49 | 22 | |
| 12:01:55 | 23 | |
| 12:01:59 | 24 | |
| 12:02:05 | 25 | |

STATE OF TEXAS
COUNTY OF HARRIS

REPORTER'S CERTIFICATE

I, Dana Richardson, a Certified Shorthand Reporter in and for the State of Texas, do certify that this deposition transcript is a true record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each party at the deposition is as follows:

Mr. Geoffrey M. Howard - 05:47

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 12th day of December, 2007.

*(signed) Dana Richardson*

Dana Richardson, CSR
Texas CSR 5386
Expiration: 12/31/09
Merrill Legal Solutions, Firm No. 210
315 Capitol, Suite 100
Houston, Texas 77002
Phone (713) 426-0400
Fax (713) 426-0600