# EXHIBIT I

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
ORACLE CORPORATION, ET AL,   *
         Plaintiffs,         *
                             *
VS.                          *  CASE NO. 07-CV-01658 (MJJ)
                             *
SAP AG, ET AL,               *
         Defendants.         *
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

KATHERINE WALKER WILLIAMS

APRIL 1, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

```
11:40:54   1
11:40:56   2
11:40:59   3
11:41:01   4
11:41:05   5
11:41:08   6
11:41:08   7
11:41:11   8
11:41:15   9
11:41:19  10
11:41:21  11
11:41:28  12
11:41:31  13
11:41:31  14
11:41:34  15
11:41:37  16
11:41:41  17
11:41:44  18
11:41:49  19
11:41:50  20
11:41:52  21
11:41:55  22
11:41:58  23         Q.   (By Mr. Howard)   Would an individual fix be
11:42:04  24    sent to more than one client outside of this six times a
11:42:10  25    year scheduled delivery process?
```

| | | | |
|---|---|---|---|
| 11:42:12 | 1 | A. | In some cases. |
| 11:42:13 | 2 | | MR. McDONELL: Vague and ambiguous. |
| 11:42:16 | 3 | A. | In some cases, yes. |
| 11:42:17 | 4 | Q. | (By Mr. Howard) How would you -- how would you |
| 11:42:19 | 5 | | identify individual fixes that were sent out separate |
| 11:42:22 | 6 | | from the six times a year delivery process? |
| 11:42:26 | 7 | A. | I would look in SAS. |
| 11:42:27 | 8 | | |
| 11:42:32 | 9 | | |
| 11:42:38 | 10 | | |
| 11:42:41 | 11 | | |
| 11:42:44 | 12 | | |
| 11:42:46 | 13 | | |
| 11:42:48 | 14 | | |
| 11:42:51 | 15 | | |
| 11:42:54 | 16 | | |
| 11:42:57 | 17 | | |
| 11:43:02 | 18 | | |
| 11:43:03 | 19 | | |
| 11:43:06 | 20 | | |
| 11:43:06 | 21 | | |
| 11:43:12 | 22 | | |
| 11:43:15 | 23 | | |
| 11:43:19 | 24 | | |
| 11:43:22 | 25 | | |

```
13:38:41   1
13:38:46   2
13:38:47   3
13:38:51   4
13:38:56   5
13:38:58   6
13:38:59   7
13:39:04   8
13:39:09   9
13:39:12  10
13:39:17  11
13:39:20  12
13:39:23  13
13:39:27  14
13:39:32  15
13:39:32  16
13:39:35  17
13:39:37  18
13:39:41  19
13:39:42  20
13:39:42  21      Q.   So as -- is it -- is it correct that this
13:39:49  22   process that we've now been through for developing the
13:39:53  23   individual fix would be done for each individual fix
13:39:58  24   that would be included within a particular bundle?
13:40:02  25      A.   Are you asking me was each individual fix
```

Case4:07-cv-01658-PJH   Document614-9   Filed01/12/10   Page6 of 7
KATHERINE WALKER WILLIAMS          April 1, 2008
HIGHLY CONFIDENTIAL

Page 143

| | | |
|---|---|---|
| 13:40:05 | 1 | individually tested? |
| 13:40:06 | 2 | Q.  Well, I'm just talking about the general |
| 13:40:08 | 3 | process of the unit testing and the quality assurance |
| 13:40:11 | 4 | testing to arrive at a working individual fix. |
| 13:40:11 | 5 | MR. McDONELL:  Vague. |
| 13:40:16 | 6 | Q.  (By Mr. Howard)  Does that process occur for |
| 13:40:18 | 7 | each fix within a bundle? |
| 13:40:20 | 8 | MR. McDONELL:  Vague and ambiguous. |
| 13:40:22 | 9 | A.  Typically. |
| 13:40:23 | 10 | |
| 13:40:27 | 11 | |
| 13:40:31 | 12 | |
| 13:40:35 | 13 | |
| 13:40:37 | 14 | |
| 13:40:42 | 15 | |
| 13:40:46 | 16 | |
| 13:40:51 | 17 | |
| 13:40:53 | 18 | |
| 13:40:57 | 19 | |
| 13:40:59 | 20 | |
| 13:41:04 | 21 | |
| 13:41:06 | 22 | |
| 13:41:06 | 23 | |
| 13:41:12 | 24 | |
| 13:41:15 | 25 | |

1  SUBSCRIBED AND SWORN TO by the undersigned
2  on this the 7th day of April, 2008.

3

4  _____
   CAROL JENKINS, CSR

5  Certificate No. 2660
   Date of Expiration: 12/31/08

6  Merrill Legal Solutions, No. 210
   315 Capitol Street, Suite 100

7  Houston, Texas 77002
   (713) 426-0400

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25