# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-01658 JCS

**CASE NAME:** ORACLE CORPORATION v. SAP AG

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Karen Hom

**DATE**: January 15, 2010     **TIME:** 15 M     **COURT REPORTER**: Not reported

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Donn Pickett | Greg Lanier |
| Geoff Howard | Jason McDonnell |
| Holly House | Grace Wayte |
|  | Scott Cowan |

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE

☐ FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:

X TELEPHONIC STATUS CONFERENCE - HELD

☐ OTHER:

CASE CONTINUED TO: 06/22/10 at 9:30 AM     FOR A Further Settlement Conference.

NOTES:

The March 18, 2010 further settlement conference date is vacated. Previous orders apply. Settlement conference statement due two weeks in advance of the June 22, 2010 settlement conference date. By April 1, 2010, Dft shall make a settlement proposal after consulting with Judge Spero and by April 15, 2010, Pla shall make a settlement proposal after consulting with Judge Spero.

cc:     Chambers