UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORACLE CORPORATION, | No. 07-01658 PJH (JCS) |
|---|---|
| Plaintiff(s), | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| SAP AG, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further settlement conference scheduled for March 18, 2010, at 9:30 a.m., before Magistrate Judge Joseph C. Spero, has been taken off calendar and reset for **June 22, 2010, at 9:30 a.m.** Updated confidential settlement conference statements shall be lodged with the Court by **June 8, 2010.**

After consulting with Judge Spero, Defendants shall make a settlement proposal by **April 1, 2010,** and Plaintiffs shall make a settlement proposal by **April 15, 2010.**

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: January 20, 2010

JOSEPH C. SPERO
United States Magistrate Judge