| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | San Francisco Office |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 5 | Facsimile:      (415) 875-5700 |
| | ramittelstaedt@jonesday.com |
| 6 | jmcdonell@jonesday.com |
| | ewallace@jonesday.com |
| 7 | |
| | Tharan Gregory Lanier (SBN 138784) |
| 8 | Jane L. Froyd (SBN 220776) |
| | JONES DAY |
| 9 | Silicon Valley Office |
| | 1755 Embarcadero Road |
| 10 | Palo Alto, CA  94303 |
| | Telephone:     (650) 739-3939 |
| 11 | Facsimile:      (650) 739-3900 |
| | tglanier@jonesday.com |
| 12 | jfroyd@jonesday.com |
| 13 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 14 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 15 | Houston, TX  77002 |
| | Telephone:     (832) 239-3939 |
| 16 | Facsimile:      (832) 239-3600 |
| | swcowan@jonesday.com |
| 17 | jlfuchs@jonesday.com |
| 18 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 19 | TOMORROWNOW, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORACLE USA, INC., *et al.*, | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **REQUEST AND [PROPOSED] ORDER AUTHORIZING PROJECTOR TO BE BROUGHT INTO COURT FOR USE AT HEARING** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | Date:     January 26, 2010 |
| | Time:    9:00 a.m. |
| | Place:   Courtroom E, 15th Floor |
| | Judge:   Hon. Elizabeth D. Laporte |

REQ. & PROPOSED ORDER AUTH. PROJECTOR
FOR USE AT HRG.; CASE NO. 07-CV-1658 PJH (EDL)

Defendants hereby request that the Court enter an order permitting them to bring in visual equipment for purposes of displaying a powerpoint presentation. Specifically, Defendants request that the Court permit them to bring a projector, and any necessary ancillary cables and/or wiring and/or other associated equipment needed to operate the projector for use in the courtroom during the hearing.

IT IS HEREBY ORDERED that Defendants may bring into Court on January 26, 2010 a projector, and any necessary ancillary cables and/or wiring and/or other associated equipment needed to operate the projector.

Dated: January 25, 2010                    JONES DAY

                                           By: /s/ Scott W. Cowan
                                               Scott W. Cowan
                                               Attorneys for Defendants
                                               SAP AG, SAP AMERICA, INC. and
                                               TOMORROWNOW, INC.

**IT IS SO ORDERED.**

Dated: January _____, 2010
                                           _____
                                           The Honorable Elizabeth LaPorte
                                           United States Magistrate Judge

SFI-628605v1