

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


ORACLE CORPORATION,

        Plaintiff,                                    No. C 07-01658 (PJH) EDL

    v.                                                    CLERK'S NOTICE

SAP AG,

        Defendant.
_____/

    TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Compel and Plaintiff's Motion to

Modify the Protective Order and to Compel Further Deposition Testimony and Further Responses

scheduled for 2:00 p.m. on January 26, 2010 is **reset to 1:00 p.m.** before Judge Laporte in Courtroom

E, 15th Floor, 450 Golden Gate Avenue, San Francisco.


Dated: January 25, 2010

                                   FOR THE COURT,
                                   Richard W. Wieking, Clerk

                              by: _____
                                   Lili M. Harrell
                                   Courtroom Deputy

**United States District Court**
For the Northern District of California