Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:     (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAP AG, *et al.*,<br><br>　　　　　Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**REQUEST AND [PROPOSED] ORDER AUTHORIZING PROJECTOR TO BE BROUGHT INTO COURT FOR USE AT HEARING**<br><br>Date:　　January 26, 2010<br>Time:　　9:00 a.m.<br>Place:　　Courtroom E, 15th Floor<br>Judge:　　Hon. Elizabeth D. Laporte |

1    Defendants hereby request that the Court enter an order permitting them to bring in visual
2    equipment for purposes of displaying a powerpoint presentation.  Specifically, Defendants request
3    that the Court permit them to bring a projector, and any necessary ancillary cables and/or wiring
4    and/or other associated equipment needed to operate the projector for use in the courtroom during
5    the hearing.
6        IT IS HEREBY ORDERED that Defendants may bring into Court on January 26, 2010 a
7    projector, and any necessary ancillary cables and/or wiring and/or other associated equipment
8    needed to operate the projector.

10   Dated: January 25, 2010            JONES DAY

11                                     By: /s/  Scott W. Cowan
12                                         Scott W. Cowan
                                           Attorneys for Defendants
13                                         SAP AG, SAP AMERICA, INC. and
                                           TOMORROWNOW, INC.

16   **IT IS SO ORDERED.**

18   Dated: January _26__, 2010         _____
                                        The Honorable Elizabeth LaPorte
19                                      United States Magistrate Judge

21   SFI-628605v1

---

2 | REQ. & PROPOSED ORDER AUTH. PROJECTOR FOR USE AT HRG.; CASE NO. 07-CV-1658 PJH (EDL)