Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA; OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL DEFENDANTS' INFORMATION SUPPORTING PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER AND TO COMPEL DEPOSITION TESTIMONY AND FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

SFI-625986v1

1   Pending before this Court is Plaintiffs' Administrative Motion to Permit Plaintiffs to File
2   Under Seal Defendants' Information Supporting Plaintiffs' Motion to Modify the Protective
3   Order and to Compel Deposition Testimony and Further Responses to Requests for Admissions
4   (D.I. 575, and hereafter "Motion to Seal"). Through the Motion to Seal and supporting
5   documentation, Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA
6   Limited, and Siebel Systems, Inc. (collectively, "Oracle"), together with SAP AG, SAP America,
7   Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"),
8   request an Order sealing certain information contained in Plaintiffs' Motion to Modify the
9   Protective Order and to Compel Deposition Testimony and Further Responses to Requests for
10  Admissions.

11  Having considered Plaintiffs' Motion to Seal and the documents filed in support, IT IS
12  HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court
13  shall file under seal the unredacted versions of the following documents that were lodged with the
14  Court on December 11, 2009: Exhibit T to the Declaration of Chad Russell in Support of Oracle's
15  Motion to Modify the Protective Order and to Compel Deposition Testimony and Further
16  Responses to Requests for Admissions.

DATED: January 26, 2010, ~~2009~~

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

SFI-625986v1

2

PROPOSED ORDER GRANTING
PLAINTIFFS' ADMIN. MOTION
Case No. 07-CV-1658 PJH (EDL)