BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>SAP AG, *et al.*,<br><br>        Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION TO COMPEL** |

Dockets.Justia.com

1    Pending before this Court is Defendants' Administrative Motion to Permit

2    Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' Motion to Compel

3    ( "Defendants' Motion to Seal"). Through Defendants' Motion and Plaintiffs' Response In

4    Support of Defendants' Motion to Seal, Plaintiffs Oracle USA, Inc., Oracle International

5    Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively, "Oracle"), together

6    with SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and

7    with Oracle, the "Parties"), request an Order sealing portions of Defendants' Motion to Compel,

8    portions of Exhibit C to the Declaration of Scott W. Cowan in Support of Defendants' Motion to

9    Compel ("the Cowan Declaration"), and Exhibits A, F, G, H and K to the Cowan Declaration.

10   Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to

11   permit sealing of court documents for, inter alia, the protection of "a trade secret or other

12   confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). In

13   particular, when the request for sealing concerns discovery documents attached to a

14   nondispositive motion, a showing of good cause to seal the documents is sufficient to justify

15   protection under Rule 26(c). *See Navarro v. Eskanos & Adler*, Case No. C-06 02231

16   WHA(EDL), 2007 U.S. Dist. LEXIS 24864 at *7 (March 22, 2007) (citing *Kamakana v.*

17   *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).

18   In compliance with this Court's Standing Order Involving Sealed or Confidential

19   Documents, Rule 26(c) and Civil Local Rule 79-5, Oracle filed the Declaration of Jennifer Gloss

20   (the "Gloss Declaration") in support of Defendants' Motion to Seal on December 18, 2009.

21   Through the Gloss Declaration, Oracle provides evidence of good cause sufficient for this Court

22   to permit filing the requested documents under seal. The Gloss Declaration establishes both that

23   Oracle has considered and treated the information contained in the subject documents as

24   confidential, commercially sensitive and proprietary, and that public disclosure of such

25   information would create a risk of significant competitive injury and particularized harm and

26   prejudice to Oracle. The Gloss Declaration also establishes that the request for sealing has been

27   narrowly tailored.

28   Having considered Defendants' Motion to Seal and the Gloss Declaration in

2

1  Support thereof, and good cause having been shown:

2        IT IS HEREBY ORDERED THAT:  Defendants' Motion to Seal is GRANTED.

3  The Clerk of the Court shall file under seal the unredacted versions of the following documents

4  that have been lodged with the Court:

5        1.  Defendants' Motion to Compel - Portions of page 8, line 27, page 9, lines 1-

6            5, 11-24, page 10, lines 1-9, page 11, lines 15-20, 22-24, and page 12, lines

7            1-4.

8        2.  Exhibit A to the Cowan Declaration - Pages 11:1-13:22 and 67:25-69:14

9            from the deposition of Jason Rice, taken December 4, 2009.

10        3.  A portion of Exhibit C to the Cowan Declaration, specifically Exhibit A

11            from Plaintiffs' December 4, 2009 Fifth Amended and Supplemental

12            Responses and Objections to TomorrowNow, Inc.'s First Set of

13            Interrogatories, Response to Interrogatory No. 7.

14        4.  Exhibit F to the Cowan Declaration - Copy of a CD produced by Plaintiffs'

15            on November 16, 2009 and labeled ORCLX-MAN-000016.

16        5.  Exhibit G to the Cowan Declaration - Defendants' deposition exhibit 932.

17        6.  Exhibit H to the Cowan Declaration - Defendants' deposition exhibit 935.

18        7.  Exhibit K to the Cowan Declaration - Plaintiffs' privilege and redaction log

19            entries dated from February 13, 2007 through March 16, 2007.

20

21  DATED: ___January 26, 2010___, ~~2009~~

22                             Hon. Elizabeth D. Laporte

23                         United States District Court Judge

24

25

26

27

28