BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO FILE UNDER SEAL INFORMATION SUPPORTING ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL** |

        Pending before this Court is Plaintiffs' Administrative Motion to File Under Seal Information Supporting Oracle's Opposition to Defendants' Motion to Compel ("Administrative Motion")  Through the Administrative Motion and supporting documentation, Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively, "Oracle"), together with SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"), request an Order sealing certain information contained in Oracle's Opposition to Defendants' Motion to Compel.

        Having considered Plaintiffs' Administrative Motion and the documents filed in support, IT IS HEREBY ORDERED THAT:  Plaintiffs' Administrative Motion is GRANTED. The Clerk of the Court shall file under seal the unredacted versions of the following documents that were lodged with the Court on January 5, 2010:

        (1) Portions of the Declaration of Zachary J. Alinder in Support of Oracle's Opposition to Defendants' Motion to Compel at ¶ 13 and Exhibits F, G, H, K, L, P, DD, and EE thereto;

        (2) Portions of the Declaration of Jason Rice in Support of Opposition at ¶ 3, lines 12-17 and ¶ 6, lines p-18; and

        (3) Portions of the Declaration of Buffy Ransom in Support of Opposition at ¶ 9, lines 8-25 and Exs. A and B thereto.

DATED: January 26, 2010

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

Case No. 07-CV-01658 PJH (EDL)

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION