BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111–4067
Telephone: (415) 393–2000
Facsimile: (415) 393–2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506–4846
Facsimile: (650) 506–7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc.

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626–3939
Facsimile: (415) 875–5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739–3939
Facsimile: (650) 739–3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239–3939
Facsimile: (832) 239–3600
swcowan@jonesday.com
jlfuchs@jonesoday.com

Attorneys for Defendants
 SAP AG, SAP AMERICA, INC., and
 TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>SAP AG, *et al.*,<br><br>              Defendants. | Case No. 07–CV–1658 PJH (EDL)<br><br>**JOINT STATUS REPORT REQUIRED BY JANUARY 4, 2010 ORDER** |

Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively, "Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties") submit this Joint Status Report pursuant to the Court's January 4, 2010 Order (Dkt. No. 588).

Based on information Defendants received directly from Mr. Pulk prior to December 29, 2009, Defendants believe that the focus of Mr. Pulk's December 29, 2009 letter (Dkt. No. 587) to the Court is his complaint about an alarm (beeping noise) coming from one of TomorrowNow's servers located at a facility in Bryan, Texas that also houses other companies' servers.  Prior to Mr. Pulk's letter, Plaintiffs were unaware of this issue.  Following the Court's Order, the Parties met and conferred, and Defendants explained to Plaintiffs their belief regarding the origin of the alarm and stated their intention to make reasonable efforts to preserve the server at issue while performing the necessary maintenance to stop the alarm.  Now that the alarm has been silenced, Defendants believe that the concerns addressed in Mr. Pulk's December 29, 2009 letter have been resolved and that no further action is required by the Parties in response to that letter.

DATED:  February 2, 2010                          JONES DAY

By:           /s/ Scott W. Cowan
Scott W. Cowan
Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED:  February 2, 2010                          BINGHAM McCUTCHEN LLP

By:           /s/ Zachary J. Alinder
Zachary J. Alinder
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, Oracle EMEA Limited, and
Siebel Systems, Inc.