| | | |
|---|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) | JONES DAY<br>ROBERT A. MITTELSTAEDT (SBN 060359) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) | JASON McDONELL (SBN 115084)<br>ELAINE WALLACE (SBN 197882) |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 4 | Three Embarcadero Center<br>San Francisco, CA  94111-4067, U.S.A. | Telephone:     (415) 626-3939<br>Facsimile:      (415) 875-5700 |
| 5 | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com | ewallace@jonesday.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com | JONES DAY<br>THARAN GREGORY LANIER (SBN 138784) |
| 8 | bree.hann@bingham.com | JANE L. FROYD (SBN 220776)<br>1755 Embarcadero Road |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) | Palo Alto, CA  94303<br>Telephone:     (650) 739-3939 |
| 10 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 | Facsimile:      (650) 739-3900<br>tglanier@jonesday.com |
| 11 | Telephone:  650.506.4846<br>Facsimile:  650.506.7144 | jfroyd@jonesday.com |
| 12 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com | JONES DAY<br>SCOTT W. COWAN (Admitted *Pro Hac Vice*) |
| 13 | | JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)<br>717 Texas, Suite 3300 |
| 14 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International | Houston, TX  77002 |
| 15 | Corporation, Oracle EMEA Limited, and<br>Siebel Systems, Inc. | Telephone:     (832) 239-3939<br>Facsimile:      (832) 239-3600 |
| 16 | | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 17 | | Attorneys for Defendants |
| 18 | | SAP AG, SAP America, Inc., and<br>TomorrowNow, Inc. |

19  UNITED STATES DISTRICT COURT

20  NORTHERN DISTRICT OF CALIFORNIA

21  OAKLAND DIVISION

| | | |
|---|---|---|
| 23 | ORACLE USA, INC., *et al.*, | No. 07-CV-01658 PJH (EDL) |
| 24 | Plaintiffs,<br>   v. | **JOINT STATUS REPORT RE JANUARY 26, 2010 HEARING RE** |
| 25 | SAP AG, *et al.*, | **PLAINTIFFS' MOTION TO COMPEL AND TO MODIFY** |
| 26 | Defendants. | **PROTECTIVE ORDER** |
| 27 | | |
| 28 | | |

JOINT STATUS REPORT

1       As the Court ordered at the January 26, 2010 hearing on the Parties' motions to
2  compel, the Parties have met and conferred regarding Defendants' supplemental responses to
3  Oracle's Requests for Admission ("Requests") that were the subject of Oracle's motion – three
4  times telephonically and also by exchange of letters.  The Parties submit this status report of
5  those discussions, as ordered by the Court.
6       The Parties have made progress on some issues, and Defendants have agreed to
7  provide Oracle with sample intended response language for a number of open items by Monday,
8  February 8 which may resolve some of the existing open issues.  However, as of now, the Parties
9  still have some fundamental disagreements about the effect of the Court's guidance provided at
10 the hearing.  Accordingly, the Parties jointly seek leave from the Court to submit, next week,
11 either a joint letter setting forth the Parties' respective positions, or expedited briefs, according to
12 the Court's preference, and based on the transcript of the hearing.  Both Parties prefer that the
13 Court decide any remaining disputes as soon as reasonably possible so that Defendants can
14 complete and serve their supplemental responses, and in order to minimize the possibility of
15 further motion practice subsequent to those supplemental responses.  The Parties are available
16 for a call with the Court, if desired, to discuss the logistics of any submission.
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  February 5, 2010 | BINGHAM McCUTCHEN LLP |
| 3 | | By:_____/s/_____ |
| 4 | | Geoffrey M. Howard<br>Attorneys for Plaintiffs |
| 5 | | Oracle USA, Inc., Oracle International<br>Corporation, and Oracle EMEA, Ltd. |

6

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 10 | DATED:  February 5, 2010 | JONES DAY |
| 11 | | By:_____/s/_____ |
| 12 | | Scott W. Cowan<br>Attorneys for Defendants |
| 13 | | SAP AG, SAP America, Inc.,<br>and TomorrowNow, Inc. |