United States District Court
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6    ORACLE, CORP.,                          Case No.  C07-1658 PJH (JCS)
7                Plaintiff(s),
                                             **ORDER TO SUBMIT SETTLEMENT**
8         v.                                 **CONFERENCE STATEMENTS IN .PDF**
                                             **FORMAT**
9    SAP, AG,
                Defendant(s).
10   _____/
11
12        IT IS HEREBY ORDERED that in addition to the submission of paper copy of settlement

conference statements to chambers, each party shall submit their confidential updated settlement
13
conference statements in .pdf format and email their statement to **JCSPO@cand.uscourts.gov,**
14
along with a .pdf of any previous settlement conference statement(s).
15
          All other provisions of this Court's original Notice and Settlement Conference Order remain
16
in effect.
17
18
Dated:  February 8, 2010
19
20                                           _____
21                                           JOSEPH C. SPERO
                                             United States Magistrate Judge
22
23
24
25
26
27
28