1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   San Francisco Office
    555 California Street, 26th Floor
4   San Francisco, CA  94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700
    ramittelstaedt@jonesday.com
6   jmcdonell@jonesday.com
    ewallace@jonesday.com
7
    Tharan Gregory Lanier (SBN 138784)
8   Jane L. Froyd (SBN 220776)
    JONES DAY
9   Silicon Valley Office
    1755 Embarcadero Road
10  Palo Alto, CA  94303
    Telephone:    (650) 739-3939
11  Facsimile:    (650) 739-3900
    tglanier@jonesday.com
12  jfroyd@jonesday.com

13  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
14  JONES DAY
    717 Texas, Suite 3300
15  Houston, TX  77002
    Telephone:    (832) 239-3939
16  Facsimile:    (832) 239-3600
    swcowan@jonesday.com
17  jlfuchs@jonesday.com

18  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
19  TOMORROWNOW, INC.

20              UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22                  OAKLAND DIVISION

23

| 24 | ORACLE USA, INC., *et al.*, | No. 07-CV-01658 PJH (EDL) |
| 25 | Plaintiffs, | **[PROPOSED] ORDER GRANTING IN PART ORACLE'S MOTION TO MODIFY THE PROTECTIVE ORDER** |
| 26 | v. | |
| | SAP AG, *et al.*, | |
| 27 | | |
| | Defendants. | |
| 28 | | |

1    On January 26, 2010, the Court held a hearing on Plaintiffs' motion to modify the

2 Protective Order.  After consideration of the briefs and supporting documents submitted by the

3 parties and the argument of counsel, the Court orders as follows:

4    1.    The Protective Order in this action is modified as follows:

5 Notwithstanding the confidentiality restrictions in the Protective Order that are applicable to

6 Confidential or Highly Confidential Discovery Material produced in this action, to the extent

7 provided herein, counsel for Plaintiffs and/or for their affiliates may use Discovery Material

8 produced in this action that is designated as "Confidential Information" or "Highly Confidential

9 Information – Attorneys Eyes Only" for purposes of investigating and preparing litigation,

10 including for copyright infringement, against Defendants and/or their affiliates (the "potential

11 European litigation").  Likewise, to the extent provided herein, counsel for Defendants and/or for

12 their affiliates may use Discovery Materials produced in this action that are designated as

13 "Confidential Information" or "Highly Confidential Information – Attorneys Eyes Only" for

14 purposes of investigating and preparing defense strategies to the potential European litigation.

15    2.    The following individuals shall have access to "Confidential Information"

16 or "Highly Confidential Information – Attorneys Eyes Only" Discovery Materials for purposes

17 of investigating and preparing the potential European litigation, and defense strategies thereto,

18 described in paragraph 1 above:

19    (a)    The parties' in-house and outside counsel who are authorized to

20 receive Confidential or Highly Confidential Discovery Materials under the Protective Order as it

21 existed prior to this modification;

22    (b)    Up to a total of two (2) additional in-house counsel for Plaintiffs

23 and/or Plaintiffs' affiliates, and up to a total of two (2) additional in-house counsel for

24 Defendants and/or Defendants' affiliates.  Each party will identify said in-house counsel to the

25 other by email prior to the additional in-house counsel's receipt of Confidential or Highly

26 Confidential Discovery Materials.  Either party may replace either or both of these additional in-

27 house counsel for purposes of having access to Confidential or Highly Confidential Discovery

28 Materials if said in-house counsel leaves the employ of that party or is removed from handling

1   the potential European litigation.  Consent to any in-house counsel obtaining access pursuant to

2   this paragraph will be deemed given by the other parties if objection is not made within seven

3   business days of their being identified, however, the parties reserve the right to challenge access

4   based on later-acquired information; and

5                         (c)      Outside counsel for the potential European litigation.  Such outside

6   counsel for the potential European litigation shall execute a Declaration of Compliance and serve

7   it on counsel for all parties pursuant to paragraph 18 of the Protective Order prior to their receipt

8   of Discovery Material designated as "Confidential Information" or "Highly Confidential

9   Information – Attorneys Eyes Only."

10                       3.      All other confidentiality restrictions in the Protective Order remain intact.

11                       4.      Any party to this Protective Order may move for a further modification of

12   the Protective Order to allow for use of, or greater access to, the Discovery Materials that were

13   produced in this action and that have been designated Confidential or Highly Confidential to file,

14   prosecute and/or defend the litigation contemplated in paragraph 1 above, and this order is

15   without prejudice to such a motion or opposition to such a motion.

16                       IT IS SO ORDERED.

17

18   Dated: _____, 2010.                    _____

19                                                             Hon. Elizabeth D. Laporte
                                                               United States Magistrate Judge
20

21

22

23

24

25

26

27

28