JEFFREY M. BUTLER, JONES DAY, 222 East 41st Street,
New York, NY 10017  (212) 326-3939

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

                Plaintiff(s),

        v.

SAP AG, et al.,

                Defendant(s).

CASE NO. 07-cv-1658 PJH (EDL)

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED
FEB 23 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Pursuant to Civil L.R. 11-3, JEFFREY M. BUTLER, an active member in good standing of the bar of NEW YORK, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing DEFENDANTS in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
THARAN GREGORY LANIER, JONES DAY, 1755 EMBARCADERO ROAD, PALO ALTO, CA 94303 (650) 739-3939.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2010