1  BINGHAM MCCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  415.393.2000
   Facsimile:  415.393.2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
11 Telephone:  650.506.4846
   Facsimile:  650.506.7144
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13
   Attorneys for Plaintiffs
14 Oracle USA, Inc., Oracle International Corporation,
   Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>            Plaintiffs,<br>     v.<br><br>SAP AG, *et al.*,<br><br>            Defendants. | No. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING IN PART ORACLE'S MOTION TO MODIFY THE PROTECTIVE ORDER** |

A/73288152.8/2021039-0000324170

On January 26, 2010, the Court held a hearing on Plaintiffs' motion to modify the Protective Order. After consideration of the briefs and supporting documents submitted by the parties and the argument of counsel, the Court orders as follows:

1. The Protective Order in this action is modified as follows: Notwithstanding the confidentiality restrictions in the Protective Order that are applicable to Confidential or Highly Confidential Discovery Material produced in this action, to the extent provided herein, counsel for Plaintiffs and/or for their affiliates may use Discovery Material produced in this action that is designated as "Confidential Information" or "Highly Confidential Information – Attorneys Eyes Only" for purposes of investigating and preparing litigation, including for copyright infringement, against Defendants and/or their affiliates, and Defendants' and/or their affiliates' officers, directors and employees in Europe (the "potential European litigation"). Likewise, to the extent provided herein, counsel for Defendants and/or for their affiliates may use Discovery Materials produced in this action that are designated as "Confidential Information" or "Highly Confidential Information – Attorneys Eyes Only" for purposes of investigating and preparing defense strategies to the potential European litigation.

2. The following individuals shall have access to "Confidential Information" or "Highly Confidential Information – Attorneys Eyes Only" Discovery Materials for purposes of investigating and preparing the potential European litigation, and defense strategies thereto, described in paragraph 1 above:

   (a) The parties' in-house and outside counsel who are authorized to receive Confidential or Highly Confidential Discovery Materials under the Protective Order as it existed prior to this modification;

   (b) Up to a total of two (2) additional in-house counsel for Plaintiffs and/or Plaintiffs' affiliates, and up to a total of two (2) additional in-house counsel for Defendants and/or Defendants' affiliates. Each party will identify said in-house counsel to the other by email prior to the additional in-house counsel's receipt of Confidential or Highly Confidential Discovery Materials. Either party may replace either or both of these additional in-house counsel for purposes of having access to Confidential or Highly Confidential Discovery

1     Materials if said in-house counsel leaves the employ of that party or is removed from handling
2     the potential European litigation.  Consent to any in-house counsel obtaining access pursuant to
3     this paragraph will be deemed given by the other parties if objection is not made within seven
4     business days of their being identified, however, the parties reserve the right to challenge access
5     based on later-acquired information; and

6                (c)     Outside counsel for the potential European litigation.  Such outside
7     counsel for the potential European litigation shall execute a Declaration of Compliance and serve
8     it on counsel for all parties pursuant to paragraph 18 of the Protective Order prior to their receipt
9     of Discovery Material designated as "Confidential Information" or "Highly Confidential
10     Information – Attorneys Eyes Only."

11           3.     All other confidentiality restrictions in the Protective Order remain intact.
12           4.     Any party to this Protective Order may move for a further modification of
13     the Protective Order to allow for use of, or greater access to, the Discovery Materials that were
14     produced in this action and that have been designated Confidential or Highly Confidential to file,
15     prosecute and/or defend the litigation contemplated in paragraph 1 above, and this order is
16     without prejudice to such a motion or opposition to such a motion.

17           IT IS SO ORDERED.

19     Dated: February 23, 2010.           _____
20                                                         Hon. Elizabeth D. Laporte
                                                           United States Magistrate Judge