# BINGHAM

Geoffrey M. Howard
Direct Phone:  (415) 393-2485
Direct Fax:      (415) 393-2286
geoff.howard@bingham.com

March 2, 2010

The Honorable Elizabeth D. Laporte
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom E, 15th Floor
San Francisco, California  94102

**Re:**  *Oracle USA, Inc., et al. v. SAP AG, et al.*, **Case No. 07-CV-1658**

Dear Judge Laporte:

This joint letter is a follow up to the Parties' Joint Status Report re January 26, 2010 Hearing Re Plaintiffs' Motion to Compel and to Modify the Protective Order (Dkt. 631, filed Feb. 5, 2010).  Defendants have served amended responses to Plaintiffs' Requests for Admission.  After further meeting and conferring, the Parties disagree whether some of the amended responses comply with the Court's order on Plaintiffs' motion to compel.  The Parties jointly seek leave from the Court to submit expedited briefs on those issues remaining in dispute.  Subject to the Court's preferences, the Parties propose the following briefing schedule:

    1.    Plaintiffs will file a supplemental brief in support of their motion to compel no later than March 5, 2010, not to exceed 10 pages.

    2.    Defendants will file an opposition brief no later than March 12, 2010, not to exceed 10 pages.

    3.    Plaintiffs will file a reply no later than March 17, 2010, not to exceed 5 pages.

The Parties reserve the right to request oral argument on this briefing, subject to the Court's preference.  The parties are available for a call with the Court, if desired, to discuss the logistics of this proposed briefing schedule.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com

A/73309162.1

Page 2
March 2, 2010

Respectfully submitted,

BINGHAM McCUTCHEN LLP

By: /s/
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, Oracle EMEA, Ltd., and
Siebel Systems, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

JONES DAY

By: /s/
Scott W. Cowan
Attorneys for Defendants
SAP AG, SAP America, Inc.,
and TomorrowNow, Inc.

A/73309162.1