IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,

    Plaintiffs,

 v.

SAP AG, et al.,

    Defendants.
                              /

No. C-07-01658 PJH (EDL)

**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL**

On March 2, 2010, following the parties' joint status report regarding Plaintiff's Motion to Compel and to Modify the Protective Order, the parties filed a joint letter requesting to file additional briefing regarding the sufficiency of Defendants' amended responses to Plaintiff's requests for admission. The Court will allow Plaintiff to file a supplemental brief of no more than 10 pages on the limited issue of Defendants' amended responses to its requests for admission by no later than March 5, 2010. Defendant may file an opposition of no more than 10 pages by March 12, 2010, and Plaintiff may file a reply of no more than 5 pages by March 17, 2010.

**IT IS SO ORDERED.**

Dated: March 3, 2009

                                                                                  *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge