| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
| | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Ltd., and Siebel Systems, Inc.

FILED
MAR - 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |

A/73311002.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　07-CV-01658 OJH (EDL)

PROOF OF SERVICE

dockets.Justia.com

1  I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for U.S. Mail, E-Mail and Hand delivery, and they are deposited that same day in the ordinary course of business.

Today I served the following documents:

**ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCUMENT SUBMITTED UNDER SEAL]**

**EXHIBITS 17, 18, 115, 116 & 117 TO DECLARATION OF ZACHARY J. ALINDER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGEMENT [DOCUMENTS SUBMITTED UNDER SEAL]**

**DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCUMENT AND APPENDICES B-K SUBMITTED UNDER SEAL]**

**EXHIBIT D TO DECLARATION OF THOM O'NEILL IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCUMENT SUBMITTED UNDER SEAL]**

**DECLARATION OF MARK FALLON IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCUMENT SUBMITTED UNDER SEAL]**

[X] (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

[X] (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

[X] (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

A/73311002.1    1    07-CV-01658 OJH (EDL)

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | **BY HAND DELIVERY AND EMAIL** | **BY EMAIL AND MAIL** |
| 2 | Robert A. Mittelstaedt, Esq. | Tharan Gregory Lanier, Esq. |
|   | Jason McDonell, Esq. | Jane L. Froyd, Esq. |
| 3 | Elaine Wallace, Esq. | JONES DAY |
|   | JONES DAY | 1755 Embarcadero Road |
| 4 | 555 California Street | Palo Alto, CA  94303 |
|   | 26th Floor | Tel: (650) 739-3939 |
| 5 | San Francisco, CA 94104 | |
|   | Tel: (415) 626.3939 | tglanier@jonesday.com |
| 6 | ramittelstaedt@jonesday.com | jfroyd@jonesday.com |
|   | jmcdonell@jonesday.com | |
| 7 | ewallace@jonesday.com | |
| 8 | | **BY EMAIL AND MAIL** |
|   | | Scott Cowan, Esq. |
| 9 | | Josh Fuchs, Esq. |
|   | | JONES DAY |
| 10 | | 717 Texas, Suite 3300 |
|   | | Houston, Texas  77002- 2712 |
| 11 | | |
|   | | scowan@jonesday.com |
| 12 | | jlfuchs@jonesday.com |

13  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on March 3, 2010 at San Francisco, California.

*/s/ Laura Kelley Bourne*
Laura Kelley Bourne