| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882)<br>JONES DAY |
| 3 | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 4 | Telephone:      (415) 626-3939<br>Facsimile:       (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY<br>1755 Embarcadero Road |
| 9 | Palo Alto, CA  94303<br>Telephone:      (650) 739-3939 |
| 10 | Facsimile:       (650) 739-3900<br>tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY<br>717 Texas, Suite 3300 |
| 14 | Houston, TX 77002<br>Telephone:      (832) 239-3939 |
| 15 | Facsimile:       (832) 239-3600<br>swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAP AG, et al.,<br><br>          Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF THARAN GREGORY LANIER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*SUBMITTED UNDER SEAL*<br><br>Date: May 5, 2010<br>Time: 9:00 a.m.<br>Courtroom: 3, 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton |

SVI-77640v1

DECLARATION OF THARAN GREGORY LANIER ISO
DEFENDANTS' MOT. FOR PARTIAL SUMMARY JUDGMENT
Case No. 07-CV-1658 PJH (EDL)

1  I, THARAN GREGORY LANIER, declare as follows:

2  I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. (together, "SAP") and TomorrowNow, Inc. ("TN") (collectively, "Defendants") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Attached as **Exhibit A** is a true and correct copy of the following excerpts from Plaintiffs' Expert Report of Paul K. Meyer: ¶ 20, ¶¶ 72-73, ¶¶ 91-105, ¶¶ 142-143, ¶¶ 150-152, ¶¶ 282-288, ¶¶ 351-355, ¶¶ 402-405, ¶¶ 434-435, and ¶¶ 447-458.

2. Attached as **Exhibit B** is a true and correct copy of the following excerpts from Plaintiffs' Expert Report of Paul C. Pinto: 4-6, 43-44.

3. Attached as **Exhibit C** is a true and correct copy of pages 1, 23, and 206 of Plaintiffs' Supplemental Responses and Objections to Defendants' Fifth Set of Interrogatories (Database), dated November 11, 2009.

4. Attached as **Exhibit D** is a true and correct copy of the REDACTED

5. Attached as **Exhibit E** is a true and correct copy of the following excerpts from the April 14, 2009 Uyen Ngoc Ann Kishore Deposition: 1, 139:16-23, 142:5-145:14, and 247.

6. Attached as **Exhibit F** is a true and correct copy of the following excerpts from the September 25, 2009 Uyen Ngoc Ann Kishore Deposition: 250, 289:25-290:11, 362:17-370:2, 539:12-25.

7. Attached as **Exhibit G** is a true and correct copy of Exhibit 21.01 to the publicly filed June 29, 2009 Oracle Corporation Annual Report (Form 10-K).

8. Attached as **Exhibit H** is a true and correct copy of the following excerpts from the REDACTED

9. Attached as **Exhibit I** is a true and correct copy of Brief for Respondent-Appellant in *Sarhank Group v. Oracle Corp.*, 404 F.3d 657 (2d Cir. 2005) (No. 92-9383).

10. Attached as **Exhibit J** is a true and correct copy of the following excerpts from Plaintiffs' Third Supplemental and Amended Initial Disclosures, dated November 2, 2009: 1, 49-55, 57.

11. Attached as **Exhibit K** is a true and correct copy of *Applied Hydrogel Tech., Inc. v. Raymedica, Inc.*, No. 06cv2254 DMS (POR), 2008 WL 5500756 (S.D. Cal. Oct. 7, 2008).

12. Attached as **Exhibit L** is a true and correct copy of *Arabian v. Sony Elec. Inc.*, No. 05-CV-1741 WGH (NLS), 2007 U.S. Dist. LEXIS 12715 (S.D. Cal. Feb. 22, 2007).

13. Attached as **Exhibit M** is a true and correct copy of *FAS Techs., Ltd. v. Dainippon Screen Mfg.*, No. C 00-1879 CRB, 2001 U.S. Dist. LEXIS 15444 (N.D. Cal. Sept. 21, 2001).

14. Attached as **Exhibit N** is a true and correct copy of *Guy v. IASCO*, No. B168339, 2004 WL 1354300 (Cal. Ct. App. June 17, 2004).

15. Attached as **Exhibit O** is a true and correct copy of *Quantum Corp. v. Riverbed Tech., Inc.*, No. C 07-04161 WHA, 2008 WL 314490 (N.D. Cal. Feb. 4, 2008).

16. Attached as **Exhibit P** is a true and correct copy of *Resdev, LLC v. Lot Builders Ass'n, Inc.*, No. 6:04-cv-1374-Orl-31DAB, 2005 U.S. Dist. LEXIS 19099 (M.D. Fla. Aug. 10, 2005).

17. Attached as **Exhibit Q** is a true and correct copy of *Reynoso v. Constr. Protective Servs., Inc.*, No. 06-56381, 2008 U.S. App. LEXIS 19681 (9th Cir. Sept. 16, 2008).

18. Attached as **Exhibit R** is a true and correct copy of *Siegel v. Warner Bros. Entm't*, No. CV 04-08400-SGL (RZx), 2009 WL 2014164 (C.D. Cal. July 8, 2009).

19. Attached as **Exhibit S** is a true and correct copy of *Silong v. U.S.*, No. CV F 06-0474 LJO DLB, 2007 U.S. Dist. LEXIS 68724 (E.D. Cal. Sept. 5, 2007).

20. Attached as **Exhibit T** is a true and correct copy of *Therasense, Inc. v. Becton, Dickinson & Co.*, No. C 04-02123 WHA, 2008 WL 2323856 (N.D. Cal. May 22, 2008).

21. Attached as **Exhibit U** is a true and correct copy of *Tidenberg v. Bidz.com*, No. CV 08-5553 PSG (FMO), 2009 U.S. Dist. LEXIS 21916 (C.D. Cal. Mar. 4, 2009).

22. Attached as **Exhibit V** is a true and correct copy of pages 579 and 1320 of Black's Law Dictionary (8th ed. 2004).

23. Attached as **Exhibit W** is a true and correct copy of 1 William Meade Fletcher, *Fletcher Cyclopedia of the Law of Private Corporations* § 36.

24. Attached as **Exhibit X** is a true and correct copy of pages 148-54, 311, 615, and 732-46 of Gordon V. Smith and Russell L. Parr, *Intellectual Property Valuation, Exploitation, and Infringement Damages* (2005).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed this 3rd day of March, 2010 in Palo Alto, California.

          /s/ Tharan Gregory Lanier
          Tharan Gregory Lanier