# EXHIBIT D

# [FILED UNDER SEAL]

Dockets.Justia.com