# EXHIBIT F

# [FILED UNDER SEAL]

Dockets.Justia.com

Page 250

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

o0o

ORACLE CORPORATION, a
Delaware corporation, ORACLE
USA, INC., a Colorado
corporation, and ORACLE
INTERNATIONAL CORPORATION, a
California corporation,

    Plaintiffs,

  vs.               No. 07 CV 1658 (PJH)

SAP AG, a German
corporation, SAP AMERICA,
INC., a Delaware
corporation, TOMORROWNOW,
INC., a Texas corporation,
and DOES 1 50, inclusive,

    Defendants.
_____/

Rule 30(b)(6) Deposition of

UYEN NGOC ANN KISHORE

Volume II    Pages 250 540

_____

Friday, September 25, 2009

HIGHLY CONFIDENTIAL    ATTORNEYS' EYES ONLY

REPORTED BY:    JOHN WISSENBACH, RDR, CRR, CBC, CCP,

CLR, CSR 6862            01 421907

Merrill Legal Solutions
(800) 869-9132

f85143aa-db1b-4f1c-8d2f-ed19aecdb1c5

Page 289

TEXT REMOVED - NOT RELEVANT TO MOTION

REDACTED

REDACTED

TEXT REMOVED - NOT RELEVANT TO MOTION

TEXT REMOVED - NOT RELEVANT TO MOTION

REDACTED

REDACTED

REDACTED

REDACTED

UYEN NGOC ANN KISHORE     September 25, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 366

REDACTED

Merrill Legal Solutions
(800) 869-9132

f85143aa-db1b-4f1c-8d2f-ed19aecdb1c5

UYEN NGOC ANN KISHORE      September 25, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

UYEN NGOC ANN KISHORE         September 25, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 368

REDACTED



REDACTED

UYEN NGOC ANN KISHORE    September 25, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 370

REDACTED

TEXT REMOVED - NOT RELEVANT TO MOTION

UYEN NGOC ANN KISHORE     September 25, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 539

TEXT REMOVED - NOT RELEVANT TO MOTION

12                    ---o0o---
13         I declare under penalty of perjury that the
14     foregoing is true and correct.  Subscribed at
15                  , California, this       day of
16                  , 2009.
17
18
19                    Signature of the witness
20
21
22
23
24
25

Merrill Legal Solutions
(800) 869-9132

f85143aa-db1b-4f1c-8d2f-ed19aecdb1c5

# Merrill Legal Solutions



## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make and the reason.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line and return the Errata sheets to Merrill Legal Solutions at 135 Main Street, 4th Floor, San Francisco, CA 94105 or fax them to (415) 357.4301.

Errata sheet

Page    Line

____    ____        Change:_____

                    Reason:_____

____    ____        Change:_____

                    Reason:_____

____    ____        Change:_____

                    Reason:_____

Page   Line

____  ____        Change:_____

               Reason:_____

____  ____        Change:_____

               Reason:_____

____  ____        Change:_____

               Reason:_____

____  ____        Change:_____

               Reason:_____

____  ____        Change:_____

               Reason:_____

____  ____        Change:_____

               Reason:_____

____  ____        Change:_____

               Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

___✓___ No changes have been made. I certify that the transcript is true and correct.


_____          12 Nov 09
(signature)                             (date)