# EXHIBIT G

Dockets.Justia.com

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Fiscal Year Ended May 31, 2009

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number: 000-51788

# Oracle Corporation
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **54-2185193** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**500 Oracle Parkway
Redwood City, California 94065**
(Address of principal executive offices, including zip code)

**(650) 506-7000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, par value $0.01 per share | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:**

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   YES ☒   NO ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   YES ☐   NO ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   YES ☒   NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   YES ☐   NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large Accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐  (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   YES ☐   NO ☒

The aggregate market value of the voting stock held by non-affiliates of the registrant was $61,831,796,000 based on the number of shares held by non-affiliates of the registrant as of May 31, 2009, and based on the closing sale price of common stock as reported by the NASDAQ Global Select Market on November 28, 2008, which is the last business day of the registrant's most recently completed second fiscal quarter. This calculation does not reflect a determination that persons are affiliates for any other purposes.

Number of shares of common stock outstanding as of June 22, 2009: 5,007,230,000

**Documents Incorporated by Reference:**

Portions of the registrant's definitive proxy statement relating to its 2009 annual stockholders' meeting are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on June 29, 2009.

ORACLE CORPORATION

By: /s/   LAWRENCE J. ELLISON

Lawrence J. Ellison, Chief Executive Officer and Director

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed by the following persons on behalf of the Registrant and in the capacities and on the date indicated.

| Name | Title | Date |
|---|---|---|
| /s/   LAWRENCE J. ELLISON<br>Lawrence J. Ellison | Chief Executive Officer and Director (Principal Executive Officer) | June 29, 2009 |
| /s/   JEFF EPSTEIN<br>Jeff Epstein | Executive Vice President and Chief Financial Officer (Principal Financial Officer) | June 29, 2009 |
| /s/   WILLIAM COREY WEST<br>William Corey West | Senior Vice President, Corporate Controller and Chief Accounting Officer (Principal Accounting Officer) | June 29, 2009 |
| /s/   JEFFREY O. HENLEY<br>Jeffrey O. Henley | Chairman of the Board of Directors | June 29, 2009 |
| /s/   JEFFREY S. BERG<br>Jeffrey S. Berg | Director | June 29, 2009 |
| /s/   H. RAYMOND BINGHAM<br>H. Raymond Bingham | Director | June 29, 2009 |
| /s/   MICHAEL J. BOSKIN<br>Michael J. Boskin | Director | June 29, 2009 |
| /s/   SAFRA A. CATZ<br>Safra A. Catz | President and Director | June 29, 2009 |
| /s/   BRUCE R. CHIZEN<br>Bruce R. Chizen | Director | June 29, 2009 |
| /s/   GEORGE H. CONRADES<br>George H. Conrades | Director | June 29, 2009 |
| /s/   HECTOR GARCIA-MOLINA<br>Hector Garcia-Molina | Director | June 29, 2009 |
| /s/   DONALD L. LUCAS<br>Donald L. Lucas | Director | June 29, 2009 |
| /s/   CHARLES E. PHILLIPS, JR.<br>Charles E. Phillips, Jr. | President and Director | June 29, 2009 |
| /s/   NAOMI O. SELIGMAN<br>Naomi O. Seligman | Director | June 29, 2009 |

**Exhibit 21.01**

## ORACLE CORPORATION
### Subsidiaries of the Registrant

| Domestic Subsidiaries | Place of Incorporation |
|---|---|
| Logical Applications, Inc. | California |
| Logical Apps, Inc. | California |
| Oracle Credit Corporation | California |
| Oracle Education Foundation | California |
| Oracle International Corporation | California |
| Oracle International Technology Corporation | California |
| Oracle Siebel Scholars Foundation | California |
| Upshot Corporation | California |
| Oracle USA, Inc. | Colorado |
| MOHR Development, Inc. | Connecticut |
| AdminServer International Company LLC | Delaware |
| Agile Software Corporation | Delaware |
| Appeal Virtual Machines, Inc. | Delaware |
| BEA Crossgain, Inc. | Delaware |
| BEA Systems Holding B, Inc. | Delaware |
| BEA Systems, Inc. | Delaware |
| Business Online, Inc. | Delaware |
| Castek, Inc. | Delaware |
| Castek RBG, Inc. | Delaware |
| Castek Software Factory, Ltd. | Delaware |
| ECTone, Inc. | Delaware |
| EntitleNet, Inc. | Delaware |
| Ether Acquisition Corporation | Delaware |
| Flashline, Inc. | Delaware |
| Fuego, Inc. | Delaware |
| Hyperion Solutions Corporation | Delaware |
| Hyperion Solutions Holdings LLC | Delaware |
| i-flex Processing Services, Inc. | Delaware |
| InterActive WorkPlace, Inc. | Delaware |
| Istante Software, Inc. | Delaware |
| Jade Acquisition Corporation | Delaware |
| Janna Systems (US) Inc. | Delaware |
| M7 Corporation | Delaware |
| Mantas, Inc. | Delaware |
| MetaSolv, Inc. | Delaware |

| Domestic Subsidiaries | Place of Incorporation |
|---|---|
| Moonshot Acquisition Corporation | Delaware |
| Octet String, Inc. | Delaware |
| OIC Acquisition I Corporation | Delaware |
| OIC Acquisition II Corporation | Delaware |
| OIC Acquisition VI Corporation | Delaware |
| OIC Acquisition VIII Corporation | Delaware |
| OnTarget Acquisition Sub LLC | Delaware |
| OnTarget Acquisition Sub II LLC | Delaware |
| OnTarget Acquisition Sub III LLC | Delaware |
| Oracle Acquisition I Corporation | Delaware |
| Oracle Acquisition II Corporation | Delaware |
| Oracle Americas Investment 2 LLC | Delaware |
| Oracle Americas Investment 3 LLC | Delaware |
| Oracle Americas Investment LLC | Delaware |
| Oracle BEA Spain Holding LLC | Delaware |
| Oracle Financial Services Software America, Inc. | Delaware |
| Oracle Financial Services Software, Inc. | Delaware |
| Oracle Global Holdings, Inc. | Delaware |
| Oracle GKS Hungary LLC | Delaware |
| Oracle Holdings, Inc. | Delaware |
| Oracle Japan Holding, Inc. | Delaware |
| Oracle Mauritius Holding Company | Delaware |
| Oracle OTC Holdings General Partnership | Delaware |
| Oracle OTC Holdings LLC | Delaware |
| Oracle Systems Corporation | Delaware |
| Oracle Taiwan, Inc. | Delaware |
| Orchestream, Inc. | Delaware |
| Plumtree Software, Inc. | Delaware |
| RSIB, Inc. | Delaware |
| Siebel Helpline.com, Inc. | Delaware |
| Siebel Systems Holdings, LLC | Delaware |
| Siebel Systems International LLC | Delaware |
| Siebel Systems International LP | Delaware |
| Siebel Systems, Inc. | Delaware |
| Siebel Systems Ireland Holdings LLC | Delaware |
| Silicongo, Inc. | Delaware |
| Soda Acquisition Corporation | Delaware |
| Sotas, Inc. | Delaware |

| Domestic Subsidiaries | Place of Incorporation |
|---|---|
| SPL WorldGroup Holdings, LLC | Delaware |
| SPL WorldGroup, Inc. | Delaware |
| Stratford Acquisition Corporation | Delaware |
| The Theory Center, Inc. | Delaware |
| Violin Acquisition Corporation | Delaware |
| Westside.com, Inc. | Delaware |
| XQRL, Inc. | Delaware |
| Strategic Processing Corporation | Illinois |
| Monaco Acquisition Corporation | Maryland |
| Lodestar Corporation | Massachusetts |
| RogersGrant LLP | Massachusetts |
| nquire Software, Inc. | Minnesota |
| Stellent, Inc. | Minnesota |
| Delphi Asset Management Corporation | Nevada |
| Reliaty, Inc. | New Hampshire |
| Nomadic Systems, Inc. | New Jersey |
| Phaos Technology Corp. | New York |
| Softport Systems, Inc. | New York |
| The 20-20 Group, Ltd. | Ohio |
| AdminServer Founding Shareholders Limited Partnership | Pennsylvania |
| Primavera Software, Inc. | Pennsylvania |
| Primavera Systems, Inc. | Pennsylvania |
| Prodika, Inc. | Texas |
| Xeno Development, Inc. | Texas |
| Trillium Research, Inc. | Wisconsin |

| International Subsidiaries | Place of Incorporation |
|---|---|
| Oracle Argentina, S.A. | Argentina |
| A.C.N.# 075-333596 (fka Brio Software Pty. Ltd. and Hyperion Solutions Australia Pty Ltd.) | Australia |
| BEA Systems Pty Ltd. | Australia |
| edocs Asia-Pacific Pty Limited | Australia |
| Eontec Australia Pty Limited | Australia |
| G-Log Pty Ltd. | Australia |
| Haley (Australia) Pty. Limited | Australia |
| Haley Holdings Pty. Limited | Australia |
| IQMS Pty Ltd. | Australia |
| J.D. Edwards Australia Pty. Ltd | Australia |
| J.D. Edwards World Solutions Company Pty Ltd. | Australia |
| LODESTAR Solutions Australia Pty. Ltd. | Australia |
| MetaSolv Australia Pty Limited | Australia |
| Oracle Australia Holdings Pty. Ltd. | Australia |
| Oracle Consolidation Australia Pty. Ltd. | Australia |
| Oracle Corporation Australia Pty. Limited | Australia |
| Oracle Superannuation Pty Limited | Australia |
| PeopleSoft Australia Pty. Ltd | Australia |
| Portal Software International Pty Ltd. | Australia |
| Retek Information Systems Pty Ltd. | Australia |
| RuleBurst Holdings Pty. Ltd. | Australia |
| Sidewinder Asia Pacific Pty Ltd. | Australia |
| Siebel Systems Australia Pty. Limited | Australia |
| SPL (Australia) Pty Ltd. | Australia |
| SPL WorldGroup (Australia) Pty Ltd. | Australia |
| SPL WorldGroup Holdings (Australia) Pty Ltd. | Australia |
| Statute Technologies Pty. Limited | Australia |
| Stellent Asia Pty Ltd. | Australia |
| Vantive Australia Pty. Ltd. | Australia |
| Oracle Austria GmbH | Austria |
| BEA Systems (FSC) Inc. | Barbados |
| Hyperion Foreign Sales Corporation | Barbados |
| J.D. Edwards & Company Foreign Sales, Inc. | Barbados |
| Crest Group N.V. | Belgium |
| Oracle Belgium B.V.B.A/SPRL. | Belgium |
| Hyperion Solutions Technologies, LP | Bermuda |
| Oracle BH d.o.o. Sarajevo | Bosnia & Herzegovina |

| International Subsidiaries | Place of Incorporation |
|---|---|
| Oracle do Brasil Sistemas Limitada | Brazil |
| PSFT (BVI) Holding Corporation | British Virgin Islands |
| PeopleSoft China Holding Corporation | British Virgin Islands |
| BEA Systems, Ltd. | Canada |
| i-flex Solutions Inc. (Canada) | Canada |
| Oracle Canada Holdings Inc. | Canada |
| Oracle Corporation Canada Inc. | Canada |
| Oracle Numetrix Company | Canada |
| Star Acquisition ULC | Canada |
| Steltor Corporation | Canada |
| Steltor General Partnership | Canada |
| Steltor Inc. | Canada |
| WebGain (Nova Scotia) Company | Canada |
| WebGain Canada Inc. | Canada |
| BEA CrossGain International | Cayman Islands |
| BEA International (fka BEA Cayman Holding III) | Cayman Islands |
| Oracle International Holding Company | Cayman Islands |
| SPL WorldGroup International Ltd. | Cayman Islands |
| Sistemas Oracle de Chile, S.A. | Chile |
| Agile Software (Suzhou) Co., Ltd. | China |
| BEA Systems (China) Co., Ltd. | China |
| BEA Technology (Beijing) Co., Ltd. | China |
| Oracle (China) Software Systems Company Limited | China |
| Hyperion Solutions (China) Ltd. | China |
| J.D. Edwards Software (Beijing) Co. Ltd. | China |
| Oracle Research & Development Center, Beijing, Ltd. | China |
| Oracle Research & Development Center, Shenzhen, Ltd. | China |
| PeopleSoft (Beijing) Software Co. Ltd. | China |
| Oracle Colombia Limitada | Colombia |
| Oracle CR SSC, S.A. | Costa Rica |
| Oracle de Centroamérica, S.A. | Costa Rica |
| Oracle Croatia d.o.o. | Croatia |
| Oracle Systems Limited | Cyprus |
| Oracle Czech s.r.o. | Czech Republic |
| Oracle Danmark ApS | Denmark |
| Oracle Egypt Ltd. | Egypt |
| Innobase OY | Finland |
| Oracle Finland OY | Finland |

| International Subsidiaries | Place of Incorporation |
| --- | --- |
| BEA Systems Customer Support (France) S.A.S. | France |
| LOGIN S.A. | France |
| Oracle France, S.A.S. | France |
| Retek Information Systems S.A. | France |
| BEA Systems GmbH | Germany |
| Brio Software GmbH | Germany |
| G-Log GmbH | Germany |
| Global Knowledge Germany GmbH | Germany |
| Global Knowledge Germany GmbH & Co. KG | Germany |
| Global Knowledge Verwaltungs GmbH | Germany |
| Oracle Deutschland GmbH | Germany |
| Oracle Financial Services Software S.A. | Greece |
| Oracle Hellas, S.A. | Greece |
| BEA Systems Hong Kong Ltd. | Hong Kong |
| Hyperion Solutions (Hong Kong) Ltd. | Hong Kong |
| MetaSolv Hong Kong Ltd. | Hong Kong |
| Oracle Hong Kong Holdings Limited | Hong Kong |
| Oracle Systems Hong Kong Limited | Hong Kong |
| PeopleSoft Hong Kong Ltd. | Hong Kong |
| Portal Software (Asia Pacific) Limited | Hong Kong |
| RuleBurst (Asia) Limited | Hong Kong |
| Siebel Systems Asia Limited | Hong Kong |
| Siebel Systems Hong Kong Limited | Hong Kong |
| SPL WorldGroup Hong Kong Limited | Hong Kong |
| Oracle Hungary Kft. | Hungary |
| Qualification Development Számítástechnikai Korlátolt Felelősségű Társaság | Hungary |
| Siebel Systems Hungary Computer Technology | Hungary |
| Agile Software Enterprise Private Limited | India |
| BEA Systems India Private Ltd. | India |
| BEA Systems India Technology Center Private Ltd. | India |
| ECTone (India) Private Limited | India |
| Equinox Global Services Limited | India |
| Flexcel International Private Limited | India |
| Hyperion Solutions India Private Limited | India |
| i-flex Processing Services Limited | India |
| J.D. Edwards India Software Pvt. Ltd. | India |

| International Subsidiaries | Place of Incorporation |
|---|---|
| Mantas India Private Limited | India |
| Oracle Financial Services Software Limited | India |
| Oracle India Private Limited | India |
| Oracle Solution Services (India) Private Ltd. | India |
| PeopleSoft India Private Ltd. | India |
| Portal Information Technology India Private Limited | India |
| ProfitLogic Software Private Limited | India |
| Siebel Systems Software (India) Private Limited | India |
| Sunday Bazaar Internet Sales | India |
| PT Oracle Indonesia | Indonesia |
| BEA Systems Ireland Holding Limited | Ireland |
| BEA Systems Ireland Sales Support & Services Ltd | Ireland |
| Eontec Limited | Ireland |
| J.D. Edwards Europe Limited | Ireland |
| Netsure Telecom Limited | Ireland |
| OCAPAC Distributor Partner | Ireland |
| OCAPAC Holding Company | Ireland |
| OCAPAC Korea Holding Company | Ireland |
| OCAPAC NIH1 Company | Ireland |
| OCAPAC NIH3 Company | Ireland |
| OCAPAC Research Company | Ireland |
| OCAPAC Research Partner | Ireland |
| OCAPAC Vietnam Holding Company | Ireland |
| Oracle CAPAC Services Limited | Ireland |
| Oracle East Central Europe Limited | Ireland |
| Oracle EMEA Holdings | Ireland |
| Oracle EMEA Limited | Ireland |
| Oracle Technology Company | Ireland |
| PSFT International Limited | Ireland |
| Siebel Systems EMEA Limited | Ireland |
| Siebel Systems Ireland Holdings Limited | Ireland |
| SPL WorldGroup (Ireland) Limited | Ireland |
| BEA Systems Middle East Ltd. | Israel |
| Oracle Demantra R&D Center Israel Ltd. | Israel |
| Oracle Software Systems Israel Limited | Israel |
| Primavera ProSight Limited | Israel |
| SPL WorldGroup 2000 Ltd. | Israel |

| International Subsidiaries | Place of Incorporation |
|---|---|
| Oracle Italia S.R.L. | Italy |
| Miracle Linux Corporation | Japan |
| Oracle Corporation Japan | Japan |
| Oracle Information Systems (Japan) K.K. | Japan |
| Primavera Systems Japan G.K. | Japan |
| Oracle Consulting Kazakhstan LLP | Kazazkhstan |
| BEA Systems Korea, Inc. | Korea |
| Oracle Korea, Ltd. | Korea |
| Oracle CAPAC Finance S.a r.l. | Luxembourg |
| Oracle Finance S.a r.l. | Luxembourg |
| PeopleSoft Luxembourg S.a r.l. | Luxembourg |
| SPL Acquisition S.a.r.l. | Luxembourg |
| G-Log Sdn Bhd. | Malaysia |
| Oracle Corporation Malaysia Holdings Sdn. Bhd. | Malaysia |
| Oracle Corporation Malaysia Sdn. Bhd. | Malaysia |
| Oracle MSC Sdn. Bhd. | Malaysia |
| PeopleSoft Worldwide (M ) Sdn. Bhd. | Malaysia |
| Siebel Systems Malaysia Sdn. Bhd. | Malaysia |
| ISP Internet Mauritius Company | Mauritius |
| OCAPAC Mauritius Holding Company | Mauritius |
| Oracle Global (Mauritius) Ltd. | Mauritius |
| Oracle de Mexico, S.A. de C.V. | Mexico |
| BEA Systems Distribution B.V. | Netherlands |
| edocs Europe Netherlands BV | Netherlands |
| G-Log BV | Netherlands |
| Oracle Corporation UK Finance B.V. | Netherlands |
| Oracle Distribution B.V. | Netherlands |
| Oracle East Central Europe Services B.V. | Netherlands |
| Oracle Financial Services Software B.V. | Netherlands |
| Oracle Licensing B.V. | Netherlands |
| Oracle Nederland B.V. | Netherlands |
| Oracle Scheduler B.V. | Netherlands |
| PeopleSoft International B.V. | Netherlands |
| SPL WorldGroup B.V. | Netherlands |

| International Subsidiaries | Place of Incorporation |
|---|---|
| Stellent Holding B.V. | Netherlands |
| Tinoway Nederland B.V. | Netherlands |
| Oracle Holding Antilles N.V. | Netherlands Antilles |
| Oracle New Zealand Holdings, Ltd. | New Zealand |
| Oracle New Zealand, Ltd. | New Zealand |
| SPL WorldGroup (NZ) Ltd. | New Zealand |
| Oracle Software (Nigeria) Limited | Nigeria |
| Oracle Norge AS | Norway |
| Siebel Systems Norge A.S. | Norway |
| Oracle Systems Pakistan (Private) Limited | Pakistan |
| Sistemas Oracle del Peru, S.A. | Peru |
| Oracle Philippines Corporation | Philippines |
| SPL WorldGroup (Philippines), Inc. | Philippines |
| BEA Systems Poland SP z.o.o. | Poland |
| Oracle Polska, Sp.z.o.o. | Poland |
| Oracle Portugal — Sistemas de Informacao Lda. | Portugal |
| Siebel Systems Portugal Soluções de Informação, Lda. | Portugal |
| Oracle Caribbean, Inc. | Puerto Rico |
| Oracle EMEA Support Renewals S.a r.l. | Romania |
| Oracle Romania SRL | Romania |
| Oracle Systems Ltd | Saudi Arabia |
| Saudi Oracle Limited (under liquidation) | Saudi Arabia |
| Oracle SRBIJA CRNA GORA d.o.o. | Serbia |
| BEA Systems Singapore Pte Ltd. | Singapore |
| Eontec Singapore Pte. Ltd. | Singapore |
| G-Log Pte Ltd. | Singapore |
| Haley (Singapore) Pte. Ltd. | Singapore |
| Hyperion Software Pte. Ltd. | Singapore |
| Hyperion Solutions Asia Pty. Ltd. | Singapore |
| J.D. Edwards (Asia Pacific) Pte. Ltd. | Singapore |
| Mantas Singapore Pte. Ltd. | Singapore |
| Oracle Corporation (Singapore) Holdings Pte. Ltd. | Singapore |
| Oracle Corporation Singapore Pte. Ltd. | Singapore |
| Oracle Financial Services Consulting Pte. Ltd. | Singapore |
| Oracle Financial Services Software Pte. Ltd. | Singapore |
| Oracle Singapore Holdings Pte. Ltd. | Singapore |
| PeopleSoft Asia Pte. Ltd. | Singapore |

| International Subsidiaries | Place of Incorporation |
| --- | --- |
| Plumtree Software Singapore Pte. Ltd. | Singapore |
| SPL Pte. Ltd. | Singapore |
| Oracle Slovensko spol. s r.o. | Slovakia |
| Oracle Software d.o.o. Ljubljana | Slovenia |
| Oracle Corporation (South Africa)(Pty) Limited | South Africa |
| Oracle Empowerment (Pty) Ltd. | South Africa |
| PeopleSoft Africa (Pty.) Limited | South Africa |
| PeopleSoft South Africa (Pty.) Limited | South Africa |
| Siebel Systems South Africa (Proprietary) Limited | South Africa |
| Oracle Iberica, S.R.L. | Spain |
| Oracle Svenska AB | Sweden |
| Portal Software Sweden AB | Sweden |
| Oracle Software (Schweiz) GmbH | Switzerland |
| Plumtree Software GmbH | Switzerland |
| Oracle GmbH | Switzerland |
| Agile Software Limited (Taiwan) | Taiwan |
| J.D. Edwards (Taiwan) Pte. Ltd. | Taiwan |
| PeopleSoft Taiwan Ltd. Co. | Taiwan |
| BEA Systems (Thailand) Limited | Thailand |
| Oracle Corporation (Thailand) Company Limited | Thailand |
| Oracle Bilgisayar Sistemleri Limited Sirketi | Turkey |
| PeopleSoft Middle East FZ-LLC | United Arab Emirates |
| Siebel Systems Middle East FZ-LLC | United Arab Emirates |
| Acsera Limited | United Kingdom |
| Advanced Visual Technologies Limited | United Kingdom |
| Advanced Visual Technologies America Limited | United Kingdom |
| Arbor Software Limited | United Kingdom |
| BEA Systems Customer Support (United Kingdom) Limited | United Kingdom |
| BEA Systems Europe, Ltd. | United Kingdom |
| BEA Systems Ltd. | United Kingdom |
| GEOTRAIN (EUROPE) Limited | United Kingdom |
| Global Knowledge Network (UK) Limited | United Kingdom |
| Haley (Europe) Limited | United Kingdom |
| Hyperion Solutions (UK) Limited | United Kingdom |
| Mantas Limited | United Kingdom |
| Oracle APSS Trustee Limited | United Kingdom |
| Oracle Corporation Nominees Limited | United Kingdom |

| International Subsidiaries | Place of Incorporation |
|---|---|
| Oracle Corporation UK Holdings Limited | United Kingdom |
| Oracle Corporation UK Limited | United Kingdom |
| Oracle Corporation UK Trustee Company Limited | United Kingdom |
| Oracle EMEA Management | United Kingdom |
| Pertmaster Limited | United Kingdom |
| Plumtree Portal Software Limited | United Kingdom |
| Portal Software (Europe) Limited | United Kingdom |
| Primavera UK Acquisition Limited | United Kingdom |
| Retek Information Systems Limited | United Kingdom |
| Siebel Systems UK Limited | United Kingdom |
| Skywire Software Limited | United Kingdom |
| WebTrak Limited | United Kingdom |
| Whitehill Technologies, Limited | United Kingdom |
| Oracle de Venezuela, C.A. | Venezuela |
| Oracle Vietnam Pte. Ltd. | Vietnam |