| | |
|---|---|
| 1  Robert A. Mittelstaedt (SBN 060359)<br>    Jason McDonell (SBN 115084)<br> 2  Elaine Wallace (SBN 197882)<br>    JONES DAY<br> 3  555 California Street, 26th Floor<br>    San Francisco, CA  94104<br> 4  Telephone:    (415) 626-3939<br>    Facsimile:    (415) 875-5700<br> 5  ramittelstaedt@jonesday.com<br>    jmcdonell@jonesday.com<br> 6  ewallace@jonesday.com<br><br> 7  Tharan Gregory Lanier (SBN 138784)<br>    Jane L. Froyd (SBN 220776)<br> 8  JONES DAY<br>    1755 Embarcadero Road<br> 9  Palo Alto, CA  94303<br>    Telephone:    (650) 739-3939<br>10  Facsimile:    (650) 739-3900<br>    tglanier@jonesday.com<br>11  jfroyd@jonesday.com<br><br>12  Scott W. Cowan (Admitted *Pro Hac Vice)*<br>    Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>13  JONES DAY<br>    717 Texas, Suite 3300<br>14  Houston, TX  77002<br>    Telephone:    (832) 239-3939<br>15  Facsimile:    (832) 239-3600<br>    swcowan@jonesday.com<br>16  jlfuchs@jonesday.com<br><br>17  Attorneys for Defendants<br>    SAP AG, SAP AMERICA, INC., and<br>18  TOMORROWNOW, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAP AG, et al.,<br><br>　　　　　　Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF ELAINE WALLACE IN SUPPORT OF DEFENDANTS' FED. R. EVID. 1006 SUMMARY OF EVIDENCE**<br><br>*SUBMITTED UNDER SEAL*<br><br>Date:  May 5, 2010<br>Time:  9:00 am<br>Courtroom:  3, 3rd Floor<br>Judge:  Hon. Phyllis J. Hamilton |

SFI-629736v1

1  I, ELAINE WALLACE, declare:

2  I am an associate with the law firm of Jones Day and counsel for Defendants SAP AG,

3  SAP America, Inc. (together, "SAP") and TomorrowNow, Inc. ("TN") (collectively,

4  "Defendants") in the above-captioned matter. I am a member in good standing of the state bar of

5  California and admitted to practice before this Court.` I make this declaration based on personal

6  knowledge and, if called upon to do so, could testify competently thereto. Nothing in this

7  declaration is intended to waive, or should be construed as a waiver of, the attorney-client

8  privilege or attorney work product immunity.

9  1. I personally prepared the document entitled Defendants' Fed. R. Evid. 1006

10  Summary of Evidence in Support of Motion for Partial Summary Judgment ("Rule 1006

11  Summary"), attached hereto as **Exhibit 1**.

12  2. The Rule 1006 Summary summarizes information from three sources.

13

14

15  REDACTED

16

17

18

19  3. The second source of information in the Rule 1006 Summary consists of

20

21  REDACTED

22

23

24

25  4. The third source of information in the Rule 1006 Summary is a

26  REDACTED

27

28  5. Collectively, these three sources comprise information relating REDACTED

SFI-629736v1

- 1 -

WALLACE DECLARATION ISO DEFENDANTS'
RULE 1006 SUMMARY OF EVIDENCE
Case No. 4:07-CV-1658 PJH (EDL)

1 | REDACTED that is too voluminous to be conveniently examined by the
2 | Court and that is more conveniently presented in the form of a summary chart.  All of the source
3 | documents were produced by Plaintiffs and thus are available to them for examination.
4 | Additionally, Defendants would be happy to provide at the Court's request the documents upon
5 | which Defendants' Rule 1006 Summary is based.
6 |       6.     I personally prepared the Rule 1006 Summary following a thorough review of the
7 | relevant information contained in the sources described above.  I believe the Rule 1006 Summary
8 | to be an accurate summary of the information contained in the relevant portions of the documents
9 | on which it is based.
10 |      I declare under penalty of perjury under the laws of the United States and the State of
11 | California that the foregoing is true and correct.  Executed this 3rd day of March, 2010 in San
12 | Francisco, California.
13 |         /s/ Elaine Wallace
        Elaine Wallace