1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:  (650) 739-3939
10 Facsimile:  (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:  (832) 239-3939
15 Facsimile:  (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                    OAKLAND DIVISION

22 ORACLE USA, INC., et al.,              Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,               **DEFENDANTS' ADMINISTRATIVE
                                          MOTION TO PERMIT
24       v.                               DEFENDANTS TO FILE UNDER
                                          SEAL PLAINTIFFS' DOCUMENTS
25 SAP AG, et al.,                        SUPPORTING DEFENDANTS'
                                          MOTION FOR PARTIAL SUMMARY
26              Defendants.               JUDGMENT**

27

28

SVI-78254v1

1  Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the "Parties") request that the Court order the Clerk of the Court to file under seal, at Plaintiffs' request: (1) portions of Defendants' Motion for Partial Summary Judgment ("Motion for Partial Summary Judgment"), (2) portions of the Declaration of Tharan Gregory Lanier in Support of Defendants' Motion for Partial Summary Judgment ("Lanier Declaration"), (3) Exhibits D, E, and H to the Lanier Declaration, (4) portions of Exhibits A, B, and F to the Lanier Declaration, (5) portions of the Declaration of Elaine Wallace in Support of Defendants' Fed. R. Evid. 1006 Summary of Evidence ("Wallace Declaration"), and (6) Exhibit 1 to the Wallace Declaration, which Defendants lodged with the Court on March 3, 2010.

The requested relief sought is necessary and narrowly tailored to protect the alleged confidentiality of the content of Plaintiffs' documents put at issue by the Motion for Partial Summary Judgment. This request is supported by the Stipulation and Declaration of Tharan Gregory Lanier in support of Defendants' Administrative Motion to File Under Seal, attached.

Pursuant to Local Rule 79-5, a proposed order and stipulation accompanies this request to file portions of the Motion for Partial Summary Judgment, as well as portions of declarations and exhibits in support thereof, under seal.

DATED: March 3, 2010                    JONES DAY

By: /s/ Tharan Gregory Lanier
     Tharan Gregory Lanier

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.