Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, Oracle EMEA Limited, and
Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> **STIPULATION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

SVI-78255v1

STIPULATION IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION
Case No. 07-CV-1658 PJH (EDL)

Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc.,[1] Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with Plaintiffs, the "Parties") jointly submit this Stipulation to Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' Motion for Partial Summary Judgment ("Motion for Partial Summary Judgment").

WHEREAS, Defendants filed their Motion for Partial Summary Judgment, along with the Declaration of Tharan Gregory Lanier in Support of Defendants' Motion for Partial Summary Judgment ("Lanier Declaration") and supporting exhibits, on March 3, 2010;

WHEREAS, at Plaintiffs' request, Defendants have filed an Administrative Motion to Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' Motion for Partial Summary Judgment;

WHEREAS the requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Motion for Partial Summary Judgment until such time as the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, the following documents and portions of documents contain information designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only":

- The following portions of the Lanier Declaration: portions of ¶ 4, ¶ 8;
- The following portions of Exhibit A to the Lanier Declaration: portions of ¶¶ 150-152, ¶¶ 284-285, ¶¶ 287-288, ¶ 354, ¶¶ 402-405, ¶¶ 449-450;
- The following portions of Exhibit B to the Lanier Declaration: portions of 6, 43-44;
- The entirety of Exhibit D to the Lanier Declaration;
- The following portions of Exhibit E to the Lanier Declaration: 139:16-23, 142:5-145:14;

---

[1] As Plaintiffs note in their own moving papers, Oracle contends that Oracle's recent acquisition of Sun Microsystems, Inc. has resulted in certain limited changes to Oracle's corporate structure, including that Oracle America, Inc. has assumed all of plaintiff Oracle USA, Inc.'s rights and obligations.

- The following portions of Exhibit F to the Lanier Declaration: 289:25-290:11, 362:17-370:2;
- The entirety of Exhibit H to the Lanier Declaration;
- The following portions of the Declaration of Elaine Wallace in Support of Defendants' Fed. R. Evid. 1006 Summary of Evidence ("Wallace Declaration"): portions of ¶¶ 2-5;
- The entirety of Exhibit 1 to the Wallace Declaration; and
- The following portions of the Motion for Partial Summary Judgment: portions of 2:15-16, 4:8-13, 4:19, 4:21-28, 5:1-5, 9:15-17, 10:16, 11:10.

Additionally, the following documents and portions of documents contain information designated by Plaintiffs as "Confidential Information":

- The following portions of Exhibit A to the Lanier Declaration: ¶ 20 (Table 1); and
- The following portions of Exhibit E to the Lanier Declaration: 1, 247.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Defendants be permitted to move for permission to file under seal portions of the Motion for Partial Summary Judgment, as well as portions of declarations and exhibits in support thereof, as described above. The Parties further agree that Defendants reserve their rights to challenge the confidentiality of the information filed under seal pursuant to this Stipulation. While the Parties agree that portions of the Motion for Partial Summary Judgment may be publicly filed, the Parties also agree that the filing shall not be construed as a waiver of any confidentiality designation or other protection with respect to documents, transcripts, or other information referred to in, or that serve as the basis for, the allegations or arguments made in it.

**IT IS SO STIPULATED.**

1 | DATED: March 3, 2010        JONES DAY

By: /s/ Tharan Gregory Lanier
     Tharan Gregory Lanier

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: March 3, 2010        BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
     Geoffrey M. Howard

Attorneys for Plaintiffs
ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, ORACLE EMEA LIMITED, and SIEBEL SYSTEMS, INC.