**RECEIVED**
FEB 23 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA, INC., et al., | CASE NO. 07-cv-1658 PJH (EDL) |
| Plaintiff, | ~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| SAP AG, et al., | |
| Defendant. | |

JEFFREY M. BUTLER, whose business address and telephone number is

JONES DAY, 222 East 41st Street, New York, NY 10017
(212) 326-3939

and who is an active member in good standing of the bar of  NEW YORK

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  DEFENDANTS.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 3/3/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Judge