| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
| | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
| | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
| | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| 17 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ORACLE USA, INC., et al., | | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | | **PROOF OF SERVICE** |
| v. | | |
| SAP AG, et al., | | |
| Defendants. | | |

SVI-58145v1

PROOF OF SERVICE
Case No. 07-CV-1658 PJH (EDL)

1    I, Shirley Nakano-McSwain, declare:

2    I am a citizen of the United States and employed in Santa Clara County, California. I am

3  over the age of eighteen years and not a party to the within-entitled action. My business address

4  is 1755 Embarcadero Road, Palo Alto, California 94303. On March 3, 2010, I served a copy of

5  the attached document(s):

6  **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT [SUBMITTED UNDER SEAL]**

**DECLARATION OF THARAN GREGORY LANIER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [SUBMITTED UNDER SEAL]**

**EXHIBITS A, B, D, E, F, AND H TO THE DECLARATION OF THARAN GREGORY LANIER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [SUBMITTED UNDER SEAL]**

**DECLARATION OF ELAINE WALLACE IN SUPPORT OF DEFENDANTS' FED. R. EVID. 1006 SUMMARY OF EVIDENCE [SUBMITTED UNDER SEAL]**

**EXHIBIT 1 TO THE DECLARATION OF ELAINE WALLACE IN SUPPORT OF DEFENDANTS' FED. R. EVID. 1006 SUMMARY OF EVIDENCE [SUBMITTED UNDER SEAL]**

☒    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn P. Pickett
Geoffrey M. Howard
Holly A. House
Zachary J. Alinder
Bree Hann
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

SVI-78308v1    - 1 -    PROOF OF SERVICE
Case No. 07-CV-1658 PJH (EDL)

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3
4  Executed on March 3, 2010, at Palo Alto, California.
5
                By: /s/ Shirley Nakano-McSwain
                    Shirley Nakano-McSwain

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28