1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA  94070
11 Telephone:  (650) 506-4846
   Facsimile:   (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle America, Inc., Oracle International Corporation,
15 Oracle EMEA Limited, and Siebel Systems, Inc.

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                          OAKLAND DIVISION

19 ORACLE USA, INC., *et al.*,                     CASE NO.  07-CV-01658 PJH (EDL)

20          Plaintiffs,                            **DECLARATION OF NORM
       v.                                          ACKERMANN IN SUPPORT OF
21                                                 ORACLE'S MOTION FOR PARTIAL
   SAP AG, *et al.*,                               SUMMARY JUDGMENT**
22
          Defendants.                              **REDACTED**
23
                                                   Date:      May 5, 2010
24                                                 Time:      9:00 am
                                                   Place:     3rd Floor, Courtroom 3
25                                                 Judge:     Hon. Phyllis J. Hamilton

26

27

28
                                                   Case No. 07-CV-1658 PJH (EDL)

       DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Norm Ackermann, declare as follows:

1.     I am a Senior Principal Applications Systems Designer for Oracle Canada, ULC.  I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2.     I have been an employee of Oracle Canada, ULC, or of its predecessors and related entities, (collectively, "Oracle") since December 1995.  In my over 14 years of experience with Oracle, I helped to develop and maintain many versions of PeopleSoft HRMS software, including HRMS 7.0, HRMS 7.5, and HRMS 8.0 SP1.  My references below to "PeopleSoft HRMS" and "HRMS" specifically include these three versions.

3.     HRMS is a very large and complex application that enables its users to manage human resources data and processes.  HRMS resulted from the creative efforts of hundreds of developers, including my own creative efforts.  Among other things, it includes user interface code, business logic or workflow code, queries, reports and data storage code.  In writing this code, Oracle's developers implemented the overall HRMS program architecture, designed the look and feel of the application, and integrated the querying, reporting, and information storage technologies.  Each of these portions of the HRMS architecture was further designed to be updatable and expandable over time, as the scope and functionality of HRMS expanded and as technology continued to evolve.  HRMS overall, then, is the result of hundreds of thousands of choices made by hundreds of individual developers, because there are nearly limitless ways to create programs (such as HRMS) that allow users to enter, review and report data.

4.     The programs that make up HRMS are also large and complex.  Many developers, over time, worked together to implement each report, each user interface screen, each database table, and all of the connections between these items.  I have modified the code for many of these items hundreds of times over my career at Oracle; in every case, the modifications that I implemented would likely have been executed differently had some other developer been writing the code.  When I and other HRMS developers are adding to or modifying the features and functionality of a particular version of HRMS, we are constantly required to make additional

1   choices about how to implement those features and functionality.  Although we might be given

2   high-level specifications about what features and functionality to add, the choice about how to

3   implement features and functionality in the existing code is ultimately a personal and creative

4   one.

5        5.    As one of the HRMS developers, I am personally familiar with the way

6   Oracle created each new version of HRMS software, starting with version 5.1 and continuing to

7   the present day.  To create a new version of HRMS software, Oracle began with a copy of the

8   latest code–source code, database schema and database contents–from the immediately prior

9   version.  Thus, Oracle incorporated the software in its entirety (including source code on the file

10   system and code and schema in the database) from the earlier version of HRMS into each

11   subsequent version, with only small portions of that earlier software being modified or replaced.

12        6.    To create HRMS 7.01, Oracle started with a copy of the source code and

13   database (both schema and contents) for HRMS 7.0 and developed an update called HRMS 7.01

14   Application Update; application of the HRMS 7.01 Application Update to an installation of

15   HRMS 7.0 resulted in HRMS 7.01.  To create HRMS 7.02, Oracle started with a copy of the

16   source code and database (both schema and contents) for HRMS 7.01 and developed an update

17   called HRMS 7.02 Application Update; application of the HRMS 7.02 Application Update to an

18   installation of HRMS 7.01 resulted in HRMS 7.02.  To create HRMS 7.51, Oracle started with a

19   copy of the source code and database (both schema and contents) for HRMS 7.5 and developed

20   an update called HRMS 7.51 Application Update; application of the HRMS 7.51 Application

21   Update to HRMS 7.5 resulted in HRMS 7.51.  I was personally involved in the creation of each

22   of the updates discussed in this paragraph.

23        7.    In the course of developing each of the updates described in the preceding

24   paragraph, only a very small part of the code from the earlier version of HRMS was modified or

25   replaced.  In my estimation, and based on my knowledge that Oracle rarely if ever deleted

26   features and functionality from one version of HRMS to another, almost all of the code from

27   HRMS 7.0 is present in HRMS 7.01 and in HRMS 7.02, and almost all of the code from HRMS

28   7.5 is present in HRMS 7.51.

Case No. 07-CV-01658 PJH (EDL)

1    8.    I have often installed HRMS from a CD, DVD or downloaded executable

2  file, and I have personal knowledge of the results of an installation.  When HRMS is installed

3  from a CD, DVD or downloaded executable file, a copy of the entire HRMS software is

4  installed.  An installation of HRMS includes nearly 100% of the source code, database schema

5  and database contents, described below.

6    9.    An installation of HRMS software, sometimes called an "environment,"

7  contains a database component (see paragraphs 10-11, below) and a PS_HOME component (see

8  paragraph 12, below).  The database component generally determines what screens a user sees,

9  what data shows up on each screen and how that data is presented, what kind of data a user can

10  enter on the screen, and what kind of interactive tasks a user can perform.  The database

11  component comprises a database schema and database contents.

12    10.    The database schema includes tables, such as ███████████, which

13  contains employee tax results from payroll paycheck calculations.  Tables contain fields, such as

14  ██████, which holds employee identification numbers.  As a developer, I had the ability to

15  design tables according to my own creative choices.  I could name tables and fields as I chose,

16  subject only to a loose naming convention that has evolved over time among HRMS developers;

17  I could also decide how tables would be organized, for instance specifying what information

18  would be included in each record and how records would relate to one another.  Dozens of

19  tables, table structures, table names and field names in HRMS were the results of my creative

20  choices.  As a developer, I also more broadly chose whether to solve a problem by adding fields

21  to an existing table or whether instead to create a new, related table.

22    11.    The database content includes user interface data, code that implements

23  business logic, comments, and other content, all designed and implemented in the manner chosen

24  by the developers who created that content.  PeopleSoft HRMS database content is often in the

25  form of online objects, a type of code that is created and maintained inside of a PeopleSoft

26  HRMS database schema.  In my experience, PeopleSoft HRMS database content, and

27  specifically the online objects related to user interface data, online objects related to business

28  logic, comments, online object names, and other attributes and content, result from creative

1   choices made by hundreds of my Oracle developer colleagues.  As a developer, I have created

2   dozens of new online objects.  I had innumerable choices for how to name these objects, subject

3   only to a loose naming convention that has evolved over time among HRMS developers.

4   Similarly, on dozens of occasions, I have chosen how to display data to a user, how to connect

5   different display pages and user activities, and how to solve other problems relating to the user

6   interface and database content.

7           12.     The component referred to as a PS_HOME is generally is involved in

8   running and formatting reports, loading data, exporting data, and similar batch or non-interactive

9   tasks.  PS_HOME refers to a directory structure created by Oracle developers that includes

10  programs which contain functions, subroutines, and program variables.  These programs,

11  functions and subroutines include both source code and comments.  In my experience, the names

12  of, relationships between and structures of these programs, functions, subroutines, and program

13  variables all result from the creative choices made by hundreds of my Oracle developer

14  colleagues.  As a developer, I have created hundreds of program variables.  Each time I

15  introduced a program variable, I had innumerable choices for how to name these program

16  variables, subject only to a loose naming convention that has evolved over time among HRMS

17  developers.  In creating or modifying functions and subroutines, I have repeatedly chosen exactly

18  what code to write.  I also chose, stylistically, whether to write code in one continuous section or

19  split it into separate sections with named subroutines, and whether and how to set off sections or

20  important programmatic structures with comments.

21          13.     Because developers like me have so much creative license in how to

22  name, structure and present their code, I have observed that individual developers often have

23  their own style.  In addition to structural choices like those discussed above, in the database and

24  in the source code, developers have tremendous leeway in their use of comments, whitespace,

25  and names, because these stylistic choices generally do not affect the functioning of the code.  I

26  have written hundreds of comments in the code for HRMS to visually organize thousands of

27  lines of code.

28

14.     Although the database and PS_HOME components of HRMS are stored separately (one in a database and one in a directory structure on a computer's file system), both are equally important portions of the PeopleSoft HRMS software, and the program will not function unless both are present.  The creative and original content in both components is reproduced when PeopleSoft HRMS software is reproduced, whether by performing a new installation or by copying an existing environment.  Copying an existing environment also results in the reproduction of all of the programs that make up HRMS, described in paragraphs 3-4, above, that result from the initial installation.

15.     On February 17-22, 2010, I obtained from Oracle's counsel copies of the contents of install CDs for HRMS 7.0, HRMS 7.5 and HRMS 8.0 SP1 that I understand Oracle produced in this matter as ORCL00264031, ORCL00400498, and ORCL00264026, respectively.

16.     On February 18, 2010, I obtained three files from Oracle's counsel that were identified as compressed backups from the servers of TomorrowNow, Inc. ("SAP TN"): H702RHIM_20060705_1307, HR751CSS_20070404_0927, and HR810DMO_20050315_1158.

17.     In order to illustrate the fact that SAP TN's installations and reproductions of HRMS created copies of HRMS code that had the creative characteristics described above, I compared code from install CDs for HRMS 7.0, HRMS 7.5 and HRMS 8 SP1 to the corresponding code from corresponding SAP TN HRMS environment backups that were provided to me.  From each of the Oracle install CDs and each of the SAP TN backups, I extracted three files with which I am personally familiar:  PER002.SQR, which creates a report listing employee birthdays; PSPCPCAL.CBL, which is used in calculating Canadian payroll; and, PSPFNDSE.CBL, which is used in retrieving information about "special earnings," which are data structures that handle different combinations of earnings.  A list of the file paths for each file that I extracted is attached as Appendix A.

18.     I compared the three files from the install CD for HRMS 7.0 to the three files from H702RHIM_20060705_1307, the three files from the install CD for HRMS 7.5 to the three files from HR751CSS_20070404_0927, and the three files from the install CD for HRMS 8.0 SP1 to the three files from HR810DMO_20050315_1158.  My observations are attached as

1   Appendix B.  I found that between 80% and 100% of the lines from the Oracle install CDs show

2   up identically in the SAP TN backup file, and I confirmed that the common lines included or

3   reflected many types of the creative developer input that I have both created and observed, as

4   described above.

5          19.   A comparison of each pair of files or an excerpt thereof can be found in

6   Appendices C through K.  These comparisons accurately reflect the on-screen code comparisons

7   that I have examined.  Code from the Oracle install CD file appears on the left side of each page,

8   and code from the SAP TN backup file appears on the right side of each page.  Code that is

9   identical in both files is black or grey.  Code that is present in one file but not the other, or that is

10   different between the two files, is red or blue.

11          20.   A cursory visual inspection of Appendices C through K will show that the

12   vast majority of the original Oracle code is present in the SAP TN backup file.  In other words,

13   though there are many ways to write an employee birthday report, calculate Canadian payroll

14   taxes or retrieve data structures for special earnings, the Oracle-developed report or calculation is

15   almost entirely present in the SAP TN copy.

16          21.   Looking more specifically at just one example, Appendix G is the

17   PSPCPCAL.CBL comparison between the Oracle HRMS 7.5 install CD and

18   HR751CSS_20070404_0927.  The Oracle file contains 3307 lines.  Below, I have reproduced a

19   very small part of PSPCPCAL.CBL, a file that is a small but important part of the HRMS

20   product.

21

22

23

24

25

26

27   (Appendix G, lines 1350-1360 of the Oracle install CD file / lines 1545-1555 of the SAP TN

28   backup file)

Case No. 07-CV-01658 PJH (EDL)

1
2
3

4

5

6

(Appendix G, lines 1399-1404 of the Oracle install CD file / lines 1596-1601 of the SAP TN

backup file)

7

8    22.    The comments and code from lines 1399-1404 of the Oracle file in

9    Appendix G, reproduced in paragraph 21, reflect multiple, small-scale, creative choices made by

10   Oracle's developers.  For example, in order to indicate that a segment of code is a comment, a

     developer must put one asterisk in front of the comment.  For aesthetic reasons, however, Oracle

11   developers often choose to make a box of asterisks around a comment or an important code

12   feature.  This use of asterisks, which appears in both files, was a creative choice.

13   23.    The uncommented code in lines 1399-1404 of the Oracle file defines a

14   subroutine named "                          ."  I know from writing dozens of named

15   subroutines in COBOL files for HRMS that this name was arbitrarily chosen by an Oracle

16   developer.  In my over 14 years of HRMS development experience, I have never seen two Oracle

17   developers independently choose the exact same name to define subroutines of this type.

18   Appendix G shows that the exact same subroutine name appears in both files.

19   24.    The code from lines 1350-1360 of the Oracle file in Appendix G,

20   reproduced in paragraph 21, also reflects multiple, small-scale, creative choices made by

21   Oracle's developers.  For example, this code refers to the "                          "

22   subroutine discussed in paragraph 23, thus reflecting that creative choice of subroutine name.

23   25.    Based on my working knowledge of the COBOL files and on my own

24   experience in writing HRMS COBOL code, using whitespace to indent certain lines of code is

25   purely optional.  In lines 1350-1360 of the Oracle file, the choices to indent the line beginning

26   "TO" by eight spaces relative to the IF statement, to indent the line beginning "MOVE" by four

27   spaces relative to the IF statement and to indent the line beginning "PERFORM" by six spaces

28

                                    8                    Case No. 07-CV-01658 PJH (EDL)

1   spaces relative to the IF statement and to indent the line beginning "PERFORM" by six spaces

2   relative to the IF statement are all arbitrary choices, made at an Oracle developer's discretion.

3   These stylistic choices have been reproduced verbatim in the SAP TN file.

4          26.     Additionally, based on my personal experience writing COBOL code in

5   general and editing this file in particular, this exact same functionality could have been written

6   by checking a different variable and exchanging the IF and ELSE conditions.  In fact, another

7   developer could have written this same functionality using a different structure entirely, such as

8   an EVALUATE structure rather than an IF structure.  These choices are further examples of the

9   individual developer styles I have observed during my 14 years at Oracle, and further examples

10  where even simple creative choices appear to have been copied in their entirety by SAP TN.

11         27.     Oracle's HRMS code is the result of millions of small-scale choices like

12  the small, discrete examples described in paragraphs 22-26.  On a larger scale, HRMS as a whole

13  reflects hundreds of thousands of additional choices, including choices about what reports and

14  calculations to provide to users, what data to store to be displayed in those reports and

15  manipulated in those calculations, in what structure that stored data ought to be kept, and what

16  user interfaces to build to allow users to enter, view and modify data, reports and calculations.

17  HRMS is the sum of these creative choices and more, from what architecture and technologies to

18  use all the way down to how to implement particular subroutines.

19         I declare under penalty of perjury that the foregoing is true and correct and that

20  this declaration was executed on March 1, 2010, at Vancouver, British Columbia, Canada.

21

22

23                                          Norm Ackermann

24

25

26

27

28