# APPENDIX B
# SUBMITTED UNDER SEAL