# APPENDIX C
# SUBMITTED UNDER SEAL