# APPENDIX D
# SUBMITTED UNDER SEAL