# APPENDIX E
# SUBMITTED UNDER SEAL

Dockets.Justia.com