APPENDIX F
SUBMITTED UNDER SEAL

Dockets.Justia.com