# APPENDIX G
# SUBMITTED UNDER SEAL