# APPENDIX H
# SUBMITTED UNDER SEAL