# APPENDIX I
# SUBMITTED UNDER SEAL

Dockets.Justia.com