# APPENDIX J
# SUBMITTED UNDER SEAL

Dockets.Justia.com