# APPENDIX K
# SUBMITTED UNDER SEAL