BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAP AG, *et al.*,<br><br>        Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF MARK FALLON IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**REDACTED**<br><br>Date:     May 5, 2010<br>Time:    9:00 am<br>Place:    3rd Floor, Courtroom 3<br>Judge:   Hon. Phyllis J. Hamilton |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF MARK FALLON IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Mark Fallon, declare as follows:

1. I am a Director of Release Engineering for Oracle America, successor to Plaintiff Oracle USA. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. I have been an employee of Oracle America, or of its predecessors and related entities, (collectively, "Oracle") since August 1999. Since I began at Oracle, I have developed and managed development of various aspects of Oracle's Relational Database Management Software product ("Oracle Database"). I have reviewed code, modified code, worked on new features and functionality and have been personally involved in architectural decision-making for many versions of Oracle Database, including versions 8.0, 8i (8.1), 9i Release 1 (9.0), 9i Release 2 (9.2), 10g Release 1 (10.1) and 10g Release 2 (10.2). My references below to Oracle Database include these six releases, together with revisions and patches to those releases.

3. Oracle Database is a very large and complex product, comprising millions of lines of code, that has resulted from the creative efforts of thousands of developers, including my own. Oracle Database is the industry-leading tool for storage, organization and retrieval of enterprise data. In creating this product, Oracle's developers implemented the overall product architecture, designed the user interface, and designed the querying, reporting and information storage technologies. Oracle Database overall, then, is the result of millions of choices made by thousands of individual developers, because there are nearly limitless ways to create programs such as Oracle Database that store, organize and retrieve data.

4. I am personally familiar with the way Oracle created each new version of Oracle Database software since version 8.0.6. To create a new version of Oracle Database software, Oracle began with a copy of the latest code–source code and database schema–from the immediately prior version. Thus, Oracle incorporated the software in its entirety from the earlier version of Oracle Database into each subsequent version, with only small portions of that earlier software being modified or replaced.

5. To create Oracle Database 8.1.7, Oracle began with a copy of the source

DECLARATION OF MARK FALLON IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Case4:07-cv-01658-PJH Document651 Filed03/03/10 Page3 of 5

code and schema for version 8.1.6. Oracle Database 9.2.0.1 was first made available to customers in May 2002; this was the first production release of 9.2. To create Oracle Database 9.2.0.2, Oracle began with a copy of the source code and schema for version 9.2.0.1. Similarly, Oracle Database 9.2.0.3 through 9.2.0.6 were, in each case, created by beginning with a copy of the code for the prior patch set version, 9.2.0.2 through 9.2.0.5, respectively. 10.2.0.1.0 was first made available to customers in July 2005; this was the first production release of 10.2.

6. In creating each of the minor versions and patch sets described above, based on my overall knowledge of the development procedures for Oracle Database, only a very small part of the code from the earlier version of Oracle Database was modified or replaced. In my estimation, and based on my personal knowledge that Oracle rarely deleted features and functionality from one version of Oracle Database to another, almost all of the code from Oracle Database 8.1.6 is present in Oracle Database 8.1.7, almost all the code from Oracle Database 9.2.0.1 is present in 9.2.0.2 through 9.2.0.6.

7. I have installed Oracle Database from a CD, DVD or downloaded executable file numerous times, and I have personal knowledge of the results of such installations. When Oracle Database is installed from a CD, DVD or downloaded executable file, a copy of the entire Oracle Database software is installed. An installation of Oracle Database includes nearly 100% of the code (as scripts or binary code), including database schema.

8. Someone who makes a copy of Oracle Database reproduces Oracle's database schema, which includes system tables and views, fields and the relationships between tables. System tables and views include ▮▮▮▮▮▮▮▮ which lists database indexes owned by the current database user. Fields include ▮▮▮▮▮▮▮▮, which holds the names of database indexes. Developers have the ability to name tables and fields whatever they might choose; table and field names are the results of their creative choices. Developers can also choose whether to solve a problem by adding fields to an existing table or whether instead to create a new, related table. The structures of the tables and fields, and the relationships between tables, are the result of creative choices made by thousands of Oracle developers, subject to loose guidelines that have

3 Case No. 07-CV-01658 PJH (EDL)

1  developed on the Oracle Database team over time. I regularly make these types of choices with
2  respect to the development of Oracle Database.

3      9.  Someone who makes a copy of Oracle Database also reproduces the
4  programs, functions, subroutines, and program variables contained within Oracle Database
5  (either as compiled code or as source code). The names of, relationships between and structures
6  of these programs, functions, subroutines, and program variables are the result of creative
7  choices made by hundreds of Oracle developers, subject to loose guidelines that have developed
8  on the Oracle Database team over time. Within these guidelines, developers can choose
9  whatever names for programs, functions, subroutines, and program variables that they wish, and
10 can structure these sections however they wish. I regularly make these types of choices with
11 respect to the development of Oracle Database.

12     10. Because developers have so much creative license in how to name and
13 structure their code, individual developers often have their own style. In addition to structural
14 choices like those discussed above, developers have tremendous leeway in their use of
15 comments, whitespace, and names, because these stylistic choices generally do not affect the
16 functioning of the code. When I was developing code for Oracle Database, I frequently inserted
17 comments in the source code.

18     11. Both the database schema and the source code contain content, including
19 both comments and code, that is reproduced both when Oracle Database is installed and when an
20 existing installation of Oracle Database is reproduced.

21     12. At a high level, Oracle Database comprises millions of lines of code and a
22 very complex schema. The code and the schema are the result of millions of small-scale choices
23 like those described above, as well as larger-scale choices from high-level product architecture
24 //
25 //
26 //
27 //
28 //

4    Case No. 07-CV-01658 PJH (EDL)

1    and what features and functionality to offer to Oracle's users all the way down to how different
2    code files interrelate.

3          I declare under penalty of perjury that the foregoing is true and correct and that
4    this declaration was executed on March 3, 2010 at Redwood Shores, California.

                         _____
                                   Mark Fallon