| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|   | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|   | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
|   | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
|   | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|   | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|   | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
|   | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
|   | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
|   | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
|   | Oracle USA, Inc., Oracle International Corporation, |
|   | Oracle EMEA Limited, and Siebel Systems, Inc. |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs, | **DECLARATION OF UWE KOEHLER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|    | v. | |
| 21 | SAP AG, *et al.*, | |
| 22 | Defendants. | |
| 23 | | Date:     May 5, 2010 |
| 24 | | Time:     9:00 am |
|    | | Place:     3rd Floor, Courtroom 3 |
| 25 | | Judge:    Hon. Phyllis J. Hamilton |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF UWE KOEHLER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Uwe Koehler, declare as follows:

1. I am Senior Director Compliance & Risk for Oracle America, Inc., the successor-in-interest to Oracle USA, Inc., in the Global Information Security Group ("GIS"). I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. GIS is the group within Oracle responsible for analyzing and preserving electronic evidence relevant to Oracle internal information security investigations and, at times, related to litigation or threatened litigation involving Oracle. Accordingly, I was closely involved in the investigation of TomorrowNow's access to and downloading from Oracle's Customer Connection computer systems prior to filing the Complaint in this case (the "investigation").

3. I have reviewed Exhibit 167, which are notes that I prepared prior to my deposition on December 5, 2008. The second page of these notes contain conservative estimates of employee time and other expenses related to the investigation. The employee time and other investigation-related expenses inventoried on the second page of Exhibit 167 all occurred within the first year of the initial discovery of the access and downloading in November of 2006. Just the value of the time that I personally spent on the investigation from the start of the initial discovery of TomorrowNow's downloading in November 2006 to June of 2007 was far above $5000.

4. I also reviewed the reverse proxy log files for Oracle's Customer Connection systems prior to my deposition in this matter, and those log files reflect that on certain days between September 2006 and April 2007, TomorrowNow downloaded more bytes of data from Customer Connection and used more computing resources on those computer systems than all other users from the rest of the world combined. From my experience working with GIS and the Customer Connection computer systems, I believe that it is very likely that customers using the Customer Connection systems during these periods of high downloads from TomorrowNow experienced slowness and latency issues.

DECLARATION OF UWE KOEHLER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1         I declare under penalty of perjury under the laws of the United States of America
2 that the foregoing is true and correct and that this declaration was executed on March 02, 2010
3 at Berlin, Germany.

                                                  Uwe Koehler

3         Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF UWE KOEHLER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT