

1 BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
2 GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
3 ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
4 Three Embarcadero Center
San Francisco, CA 94111-4067
5 Telephone: (415) 393-2000
Facsimile: (415) 393-2286
6 donn.pickett@bingham.com
geoff.howard@bingham.com
7 holly.house@bingham.com
zachary.alinder@bingham.com
8 bree.hann@bingham.com

9 DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
11 Telephone: (650) 506-4846
Facsimile: (650) 506-7114
12 dorian.daley@oracle.com
jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
15 Oracle EMEA Limited, and Siebel Systems, Inc.

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    OAKLAND DIVISION

19 ORACLE USA, INC., *et al.*,       CASE NO. 07-CV-01658 PJH (EDL)

20            Plaintiffs,          **DECLARATION OF BRADY**
         v.                      **MICKELSEN IN SUPPORT OF**
**MOTION FOR PARTIAL SUMMARY**
21 SAP AG, *et al.*,                **JUDGMENT**

22           Defendants.        **CONTAINS INFORMATION**
**DESIGNATED HIGHLY**
23                               **CONFIDENTIAL PURSUANT TO**
**PROTECTIVE ORDER**
24

25

26

27

28                                      Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BRADY MICKELSEN IN SUPPORT OF ORACLE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

Dockets.Justia.com

1     I, Brady Mickelsen, declare as follows:

2              1.      I am Vice President, Associate General Counsel, Corporate, Securities &

3 Acquisitions of Oracle America, Inc., the successor-in-interest to Oracle USA, Inc. as of

4 February 15, 2010 (together with its related corporate entities, "Oracle"). In my employment

5 with Oracle, I have been personally involved with the acquisition, reorganization, and other

6 inter-company documents related to Oracle's acquisitions, corporate structure, and property

7 ownership. My job responsibilities have required me to review and understand the chain of

8 ownership and transfer of tangible personal property, including computers and computer

9 systems, relating to Oracle's acquisition of PeopleSoft (for the purposes of this declaration

10 "PeopleSoft" means PeopleSoft, Inc. and any related corporate entities).

11 **Ownership of Oracle's U.S. Computers**

12              2.      In connection with Oracle's acquisition and reorganization of PeopleSoft

13 in 2005, PeopleSoft's computers and computer systems located in the United States were owned

14 by or assigned to Oracle USA, Inc. (formerly PeopleSoft USA, Inc.). I am not aware of any

15 PeopleSoft computers or computer systems that were not owned by or assigned to Oracle USA,

16 Inc., following Oracle's acquisition and reorganization of PeopleSoft.

17              3.      On February 15, 2010, Oracle USA, Inc. merged into Sun Microsystems,

18 Inc., which was concurrently renamed Oracle America, Inc. As a result of the February 15, 2010

19 merger, Oracle America, Inc. now owns the PeopleSoft computer systems located in the United

20 States that were owned by Oracle USA, Inc. prior to February 15, 2010.

21 **Oracle's Intellectual Property Ownership**

22              4.      Attached as Exhibit A is a true and correct copy of the Oracle IP Rights

23 Transfer Clarification Agreement, which I executed on behalf of Oracle International

24 Corporation on July 10, 2009.

25

26

27

28

DECLARATION OF BRADY MICKELSEN IN SUPPORT OF ORACLE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

1       I declare under penalty of perjury under the laws of the United States that the

2   foregoing is true and correct and that this declaration is executed at Redwood Shores, California,

3   on March 2, 2010.

4

5

6                                       Brady Mickelsen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                       3                    Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BRADY MICKELSEN IN SUPPORT OF ORACLE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT