BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>          Plaintiffs,<br>     v.<br><br>SAP AG, *et al.*,<br><br>          Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF THOM O'NEILL IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF THOM O'NEILL IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Thom O'Neill, declare as follows:

1. I am Senior Manager of Global Imaging at Oracle America, Inc., the successor-in-interest to Oracle USA, Inc. ("Oracle"). As Senior Manager of Global Imaging, I am responsible for managing the imaging database on which Oracle maintains copies of its license agreements with its customers. I joined Oracle Corporation in June 1990 and have been employed by Oracle, or one of its predecessor entities, since that time. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. I am the duly authorized custodian of records for Oracle for license agreements between Oracle (including PeopleSoft) and its customers. In the ordinary course of its business, Oracle maintains copies of all of its customer software licenses with its customers, and I am familiar with the databases in which these licenses are stored. It is the regular practice at Oracle, and has been since at least 1994, to maintain its customer software license agreements in these systems.

3. Customer software license agreements, including those referred to in Paragraphs 4 and 5 below, are prepared in the ordinary course of business by authorized persons at Oracle at or near the time the agreements are negotiated and executed. After being executed, the agreements are scanned and stored in these databases by Oracle employees with a business duty to do so.

4. The documents attached as Exhibits A (ORCL00049776 through ORCL00049788), B (ORCL00049792 through ORCL00049794), and C (ORCL00049796 through ORCL00049798) are true and correct copies of provisions of the license agreement between Oracle and Safeway Stores, Inc. related to the PeopleSoft HRMS 7.02 and 7.51 applications (amongst others). Oracle has redacted certain pricing and customer contact information. These documents are maintained by Oracle in the ordinary course of business.

5. The document attached as Exhibit D (ORCL00081369 through ORCL00081392) is a true and correct copy of provisions of the license agreement between Oracle and Washington Gas Light Company related to the PeopleSoft HRMS 7.02 and 7.51

1  applications (amongst others). Oracle has redacted certain pricing information. This document
2  is maintained by Oracle in the ordinary course of business.
3      I declare under penalty of perjury under the laws of the United States that the
4  foregoing is true and correct and that this declaration is executed at Rocklin, California, on
5  March _/_, 2010.

                                    _____
                                    THOM O'NEILL