1   BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA 94111-4067
5   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
6   donn.pickett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
10   500 Oracle Parkway, M/S 5op7
    Redwood City, CA 94070
11   Telephone: (650) 506-4846
    Facsimile: (650) 506-7114
12   dorian.daley@oracle.com
    jennifer.gloss@oracle.com
13

14   Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle International Corporation,
15   Oracle EMEA Limited, and Siebel Systems, Inc.

16           UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA

18              OAKLAND DIVISION

19   ORACLE USA, INC., *et al.*,      CASE NO. 07-CV-01658 PJH (EDL)

20         Plaintiffs,      **DECLARATION OF JOHN A.**
      v.      **POLITO IN SUPPORT OF ORACLE'S**
                   **MOTION FOR PARTIAL SUMMARY**
21   SAP AG, *et al.*,      **JUDGMENT**

22         Defendants.

23

24                    Date:     May 5, 2010
                     Time:     9:00 am
25                    Place:     3rd Floor, Courtroom 3
                     Judge:     Hon. Phyllis J. Hamilton

26

27

28

                   Case No. 07-CV-01658 PJH (EDL)

1     I, John A. Polito, declare as follows:

2          1.     I am an associate at Bingham McCutchen LLP, counsel to Plaintiffs in this

3 action. I have personal knowledge of the facts set forth in this declaration and would

4 competently testify to them if called upon to do so.

5          2.     On February 17, 2010, I directed that copies of three PS_HOME backups,

6 H702RHIM_20060705_1307, HR751CSS_20070404_0927, and HR810DMO_20050315_1158,

7 be extracted from Encase and made available to Oracle employee Norm Ackermann. These

8 backups were produced by Defendants as BU02_G\BU02_G4\

9 psbackup\tn-dell2650-01\psoft\backups\h702rhim_20060705_1307.ZIP on TN-OR03712541

10 (TN Hard Drive 46), BU02_G\BU02_G1\psbackup\yogi\ps_home\hr751css_20070404_0927.zip

11 on TN-OR03711978 (TN Hard Drive 44), and TNWTS01_D_Z_C\TNWTS01_Z\TN Archive\

12 TNBK0166\PSHOME\HR810DMO_20050315_1158.ZIP on TN-OR03727372 (TN Hard Drive

13 55), respectively.

14     I declare under penalty of perjury that the foregoing is true and correct and that

15 this declaration was executed on March 3, 2010, at San Francisco, California.

16

17                                _____

18                                      John A. Polito

19

20

21

22

23

24

25

26

27

28

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT