# EXHIBIT 2

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a           )
Delaware corporation, ORACLE    )
USA, INC., a Colorado           )
corporation, and ORACLE         )
INTERNATIONAL CORPORATION, a    )
California corporation,         )
                                )
          Plaintiffs,           )
                                )
     vs.                        )  No. 07-CV-1658 (PJH)
                                )
SAP AG, a German corporation,   )
SAP AMERICA, INC., a Delaware   )
corporation, TOMORROWNOW,       )
INC., a Texas corporation, and  )
DOES 1-50, inclusive,           )
                                )
          Defendants.           )
                                )


VIDEOTAPED DEPOSITION OF

RICHARD ALLISON


THURSDAY, NOVEMBER 12, 2009


HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY


REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-424330)

Case4:07-cv-01658-PJH   Document657-2   Filed03/03/10   Page3 of 17
RICHARD ALLISON   November 12, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 160

```
13:40:38  1
13:40:39  2
13:40:43  3
13:40:47  4
13:40:48  5
13:40:51  6
13:40:54  7
13:40:56  8
13:40:59  9
13:41:00 10      Q.   Do you have Exhibit 822 before you?
13:41:03 11      A.   I do.
13:41:03 12      Q.   Does that appear to be a copy of the same
13:41:05 13  Customer Connection Terms of Use document that
13:41:08 14  appears at Tab 2 in Exhibit 823?
13:41:12 15      A.   Given the Bates numbers at the bottom, yes.
13:41:14 16  Otherwise, I'd have to look word for word.
13:41:17 17      Q.   Okay.  So that does have Bates numbers.
13:41:19 18  Okay.
13:41:20 19           So I'm going to ask my questions with
13:41:23 20  reference to Exhibit 822, since it's a standalone
13:41:27 21  document.
13:41:28 22      A.   Okay.
13:41:43 23      Q.   Okay.  So you've indicated that this is
13:41:48 24  Terms of Use for the Customer Connection system.
13:41:51 25  Right?
```

```
13:41:53  1        A.  Correct.
13:41:53  2        Q.  Or website.  Is that correct?
13:41:56  3            So please explain to me how this works.
13:42:00  4   When in the process does an Oracle customer
13:42:03  5   encounter the Customer Connection Terms of Use?
13:42:10  6        A.  These specific terms of use are accessed
13:42:12  7   when the customer uses their password to access the
13:42:15  8   system.
13:42:16  9        Q.  Okay.  So you only get to the Customer
13:42:18  10  Connection Terms of Use if you access the system
13:42:21  11  using a password?
13:42:22  12       A.  These particular terms of use, yes.  Only
13:42:32  13  supported customers have access to that system.
13:42:34  14       Q.  Okay.  And by supported customers, you mean
13:42:36  15  customers who have signed a support agreement with
13:42:38  16  Oracle that's currently in effect?
13:42:40  17       A.  Correct.
13:42:41  18
13:42:46  19
13:42:49  20
13:42:51  21
13:42:53  22
13:43:03  23
13:43:11  24
13:43:14  25
```

Case4:07-cv-01658-PJH   Document657-2   Filed03/03/10   Page5 of 17
RICHARD ALLISON    November 12, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 163

```
13:44:43   1
13:44:46   2
13:45:02   3         Q.   Okay.  So then let's stay with Exhibit 822
13:45:08   4    for the moment.  You said that that -- that form of
13:45:12   5    the Terms of Use first became in effect on September
13:45:16   6    20, 2005.  Is that right?
13:45:18   7         A.   Yes, that's my understanding.
13:45:20   8         Q.   For how long was that form of the Terms --
13:45:24   9    Customer Connection Terms of Use in effect?
13:45:26  10         A.   Until February 19th, 2007.
13:45:30  11
13:45:33  12
13:45:35  13
13:45:43  14
13:45:45  15
13:45:45  16         Q.   Okay.  So then on Exhibit 822, the Customer
13:45:47  17    Connection Terms of Use that became effective
13:45:52  18    September 20, 2005, I have some questions for you.
13:45:55  19         So a customer who has a -- an existing
13:46:00  20    support agreement with Oracle could then log on to
13:46:06  21    the Customer Connection website, correct, using the
13:46:09  22    password?
13:46:10  23         A.   Correct.
13:46:10  24         Q.   And then when they would do so, they would
13:46:15  25    be confronted with the Customer Connection terms
```

Case4:07-cv-01658-PJH   Document657-2   Filed03/03/10   Page6 of 17
RICHARD ALLISON    November 12, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 164

```
13:46:17   1    use.  Is that right?
13:46:18   2         A.  Correct.
13:46:19   3         Q.  Would they have to click through and
13:46:21   4    acknowledge they agree with it, or how was it set up
13:46:24   5    to work?
13:46:25   6         A.  These are click-through terms.
13:46:27   7         Q.  And what do you mean by that?
13:46:29   8         A.  You have to accept the terms in order to
13:46:31   9    proceed.
13:46:31  10
13:46:34  11
13:46:36  12
13:46:39  13
13:46:42  14
13:46:44  15
13:46:47  16
13:46:48  17
13:46:50  18
13:46:51  19
13:46:53  20
13:46:54  21
13:46:59  22
13:47:02  23
13:47:04  24
13:47:05  25             MR. McDONELL:  Q.  So the Customer
```

Case4:07-cv-01658-PJH   Document657-2   Filed03/03/10   Page7 of 17
RICHARD ALLISON    November 12, 2009
HIGHLY   CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 165

| | | |
|---|---|---|
| 13:47:06 | 1 | Connection Terms of Use, even though we're looking |
| 13:47:11 | 2 | here in Exhibit 822 at a hard copy piece of paper, |
| 13:47:16 | 3 | these are the terms that were on line that the |
| 13:47:19 | 4 | customer would see on the computer screen? |
| 13:47:21 | 5 | A.  Correct. |
| 13:47:22 | 6 | Q.  And to the best of your knowledge, would |
| 13:47:24 | 7 | they see the exact content that's reflected here in |
| 13:47:26 | 8 | Exhibit 822? |
| 13:47:28 | 9 | A.  Yes.  For the date prior to two thousand -- |
| 13:47:31 | 10 | between 2005 and 2007, this is the version that was |
| 13:47:34 | 11 | used. |
| 13:47:34 | 12 | |
| 13:47:38 | 13 | |
| 13:47:40 | 14 | |
| 13:47:45 | 15 | |
| 13:47:47 | 16 | |
| 13:47:48 | 17 | |
| 13:47:53 | 18 | |
| 13:47:57 | 19 | |
| 13:47:59 | 20 | |
| 13:48:00 | 21 | |
| 13:48:03 | 22 | |
| 13:48:11 | 23 | |
| 13:48:16 | 24 | |
| 13:48:19 | 25 | |

Case4:07-cv-01658-PJH   Document657-2   Filed03/03/10   Page8 of 17
RICHARD ALLISON    November 12, 2009
HIGHLY   CONFIDENTIAL -- ATTORNEYS' EYES ONLY

Page 169

```
13:51:30   1
13:51:33   2
13:51:35   3         Q.  All right.  In the -- in your binder of
13:51:38   4    exhibits, which is marked 823, could you turn to Tab
13:51:44   5    11, please?
13:51:46   6         A.  Yes.
13:51:46   7         Q.  And this is a document with Bates
13:51:50   8    numbers ORCL00051969 through -970.
13:51:59   9             Can you identify this for the record?
13:52:00  10         A.  Yes.  The PeopleSoft Customer Connection
13:52:02  11    Terms of Use that was in use prior to September
13:52:06  12    20th, 2005.
13:52:13  13         Q.  When was this agreement first in use?
13:52:15  14         A.  I do not know.
13:52:16  15         Q.  Did you ask anybody?
13:52:17  16         A.  I didn't.
13:52:24  17         Q.  Do you believe it was in effect upon the
13:52:26  18    acquisition by Oracle of PeopleSoft?
13:52:28  19         A.  I do.
13:52:30  20         Q.  Why do you say that?
13:52:32  21         A.  This was the last version that was -- as
13:52:34  22    part of their system that we then changed.  So this
13:52:36  23    was the one in use.
13:52:55  24
13:52:59  25
```

RICHARD ALLISON    November 12, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 171

```
13:56:28   1
13:56:31   2
13:56:35   3
13:56:47   4
13:56:49   5
13:56:50   6
13:56:52   7
13:57:00   8
13:57:00   9
13:57:02  10
13:57:03  11
13:57:11  12        Q.   Okay.   So I will focus my questions on
13:57:13  13   Exhibit 824.
13:57:18  14            Can you identify that for the record,
13:57:18  15   please?
13:57:19  16        A.   Customer Connection Terms of Use with an
13:57:21  17   effective date of 2-19-07.
13:57:25  18        Q.   And with reference to Exhibit 821, which is
13:57:27  19   your table, is this the document then that's
13:57:31  20   referred to as the February 19, 2007 version?
13:57:37  21        A.   Yes.   There's two references actually.
13:57:39  22   There's an Oracle and a PeopleSoft reference.  So if
13:57:41  23   you look at the PeopleSoft reference, this is the
13:57:43  24   February 19th, 2007 PeopleSoft.   Because it's
13:57:48  25   Customer Connection, not MetaLink.
```

13:57:51  1      Q.  Oh.  So this is a PeopleSoft document.
13:57:55  2  Customer Connection?
13:57:56  3      A.  It's -- for the PeopleSoft and JDE
13:58:00  4  programs, correct.
13:58:01  5      Q.  So during what period of time was this form
13:58:03  6  of the Customer Connection Terms of Use in effect?
13:58:07  7      A.  It was effective February 19th, 2007
13:58:09  8  through March 1st, 2008.
13:58:15  9
13:58:17 10
13:58:21 11
13:58:35 12
13:58:39 13
13:58:41 14
13:58:43 15
13:58:46 16
13:58:48 17
13:58:50 18
13:58:52 19
13:59:00 20
13:59:01 21
13:59:03 22
13:59:19 23
13:59:21 24
13:59:22 25

Page 190

```
14:22:11   1
14:22:51   2
14:22:54   3
14:22:58   4
14:23:02   5
14:23:05   6
14:23:07   7
14:23:08   8
14:23:10   9
14:23:11  10
14:23:15  11
14:23:15  12
14:23:22  13
14:23:25  14
14:23:26  15
14:23:27  16
14:23:31  17
14:23:35  18
14:23:37  19
14:23:39  20
14:23:41  21
14:23:43  22
14:24:03  23
14:24:05  24
14:24:14  25            MR. McDONELL:  Q.  Showing you what's been
```

Case4:07-cv-01658-PJH Document657-2 Filed03/03/10 Page12 of 17
RICHARD ALLISON    November 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 191

| | | |
|---|---|---|
| 14:24:15 | 1 | marked as Exhibit 827, and it's a 1-page document |
| 14:24:19 | 2 | entitled "Legal Disclaimer," Bates number |
| 14:24:23 | 3 | ORCL00051976. |
| 14:24:28 | 4 | Does that appear to be the same document |
| 14:24:30 | 5 | that appears in Exhibit 823, your binder, at Tab 10? |
| 14:24:36 | 6 | A.  It does. |
| 14:24:42 | 7 | Q.  What is it? |
| 14:24:44 | 8 | A.  It's a PeopleSoft download agreement.  It's |
| 14:24:49 | 9 | the agreement that they click through when they |
| 14:24:51 | 10 | chose to download software off of Customer |
| 14:24:53 | 11 | Connection. |
| 14:24:54 | 12 | Q.  During what period of time was this in |
| 14:24:56 | 13 | effect? |
| 14:24:58 | 14 | A.  This is again prior to the acquisition. |
| 14:25:11 | 15 | Q.  Okay.  And the -- did this get replaced by |
| 14:25:19 | 16 | some later Oracle agreement after the acquisition? |
| 14:25:27 | 17 | A.  It did. |
| 14:25:28 | 18 | Q.  And what did it get replaced with? |
| 14:25:30 | 19 | A.  If got replaced with the Oracle download |
| 14:25:33 | 20 | agreement, which is in my Tab 8 of the -- the |
| 14:25:39 | 21 | binder, which is Exhibit 823. |
| 14:25:43 | 22 | Q.  And when did the Oracle download agreement |
| 14:25:50 | 23 | become effective? |
| 14:25:51 | 24 | A.  I do not have the effective date for that |
| 14:25:53 | 25 | agreement.  It was relatively early, because it has |

RICHARD ALLISON     November 12, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 192

14:26:00  1   an Oracle bar PeoplSoft, which was a brand that we
14:26:05  2   used at the beginning of the acquisition.
14:26:07  3          Later on that was replaced by Oracle, so
14:26:10  4   the early part of acquisition we used that branding.
14:26:13  5   So it would be at the early part that this would
14:26:15  6   have been put in place.
14:26:16  7
14:26:18  8
14:26:30  9          MR. McDONELL:  Q.  Showing you what's been
14:26:30 10   marked as Exhibit 828, it's a document with
14:26:34 11   Bates No. ORCL000511974 to -75.
14:26:42 12          Do you have that before you?
14:26:43 13       A.  I do.
14:26:44 14       Q.  Does it appear to be the same document that
14:26:46 15   appears in your binder, Exhibit 823, at Tab 8?
14:26:51 16       A.  It does.
14:26:54 17       Q.  So this is the -- what you call the Oracle
14:26:57 18   download agreement?
14:26:58 19       A.  Yes.
14:27:00 20       Q.  And what point in the process -- I think
14:27:03 21   you've already told us.
14:27:04 22          After a customer logs onto Customer
14:27:07 23   Connection, clicks through the Customer Connection
14:27:10 24   agreement, then if they're downloading material they
14:27:13 25   might encounter this agreement.  Is that right?

RICHARD ALLISON   November 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 193

| | | | |
|---|---|---|---|
| 14:27:15 | 1 | A. | Yes. |
| 14:27:16 | 2 | Q. | And this is also a click-through agreement? |
| 14:27:18 | 3 | A. | It is. |
| 14:27:27 | 4 | | |
| 14:27:29 | 5 | | |
| 14:27:34 | 6 | | |
| 14:27:37 | 7 | | |
| 14:27:41 | 8 | | |
| 14:27:50 | 9 | | |
| 14:27:50 | 10 | | |
| 14:27:58 | 11 | | |
| 14:27:59 | 12 | | |
| 14:28:02 | 13 | | |
| 14:28:06 | 14 | | |
| 14:28:08 | 15 | | |
| 14:28:10 | 16 | | |
| 14:28:13 | 17 | | |
| 14:28:14 | 18 | | |
| 14:28:15 | 19 | | |
| 14:28:21 | 20 | | |
| 14:28:23 | 21 | | |
| 14:28:24 | 22 | | |
| 14:28:25 | 23 | | |
| 14:28:28 | 24 | | |
| 14:28:31 | 25 | | |

```
 1                CERTIFICATE OF REPORTER
 2      I, HOLLY THUMAN, a Certified Shorthand
 3  Reporter, hereby certify that the witness in the
 4  foregoing deposition was by me duly sworn to tell
 5  the truth, the whole truth, and nothing but the
 6  truth in the within-entitled cause;
 7      That said deposition was taken down in
 8  shorthand by me, a disinterested person, at the time
 9  and place therein state, and that the testimony of
10  said witness was thereafter reduced to typewriting,
11  by computer, under my direction and supervision;
12      That before completion of the deposition review
13  of the transcript [X] was [] was not requested.  If
14  requested, any changes made by the deponent (and
15  provided to the reporter) during the period allowed
16  are appended hereto.
17      I further certify that I am not of counsel or
18  attorney for either or any of the parties to the
19  said deposition, nor in any way interested in the
20  event of this cause, and that I am not related to
21  any of the parties thereto.
22
23  DATED:   11.19.09
24          _____
25              HOLLY THUMAN, CSR
```

# Merrill Legal Solutions


MERRILL
CORPORATION

### INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make and the reason.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line and return the Errata sheets to Merrill Legal Solutions at 135 Main Street, 4th Floor, San Francisco, CA 94105 or fax them to (415) 357.4301.

### Errata sheet

Page   Line

____   ____        Change:_____

                   Reason:_____

____   ____        Change:_____

                   Reason:_____

____   ____        Change:_____

                   Reason:_____

Page  Line

___  ___      Change:_____

              Reason:_____

___  ___      Change:_____

              Reason:_____

___  ___      Change:_____

              Reason:_____

___  ___      Change:_____

              Reason:_____

___  ___      Change:_____

              Reason:_____

___  ___      Change:_____

              Reason:_____

___  ___      Change:_____

              Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

__✓ RA__ No changes have been made. I certify that the transcript is true and correct.


_____         __1/10/09__
(signature)                                (date)