# EXHIBIT 3

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., A Colorado Corporation, and ORACLE INTERNATIONAL CORPORATION, A California corporation<br><br>Plaintiffs,<br><br>Vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware Corporation, TOMORROWNOW, INC., a Texas corporation, And DOES 1-50, inclusive,<br><br>Defendant. | Case No.<br>07-CV-01685<br>PJH (EDL) |

VIDEOTAPED DEPOSITION UPON
ORAL EXAMINATION
OF
LEO APOTHEKER

Taken on:

Thursday, October 2, 2008
Commencing at 8:58 a.m.

Taken at:

American Consulate General
Special Consular Services,
Giessener Strasse 30
60435 Frankfurt am Main, Germany

REPORTED BY:   FREDERICK WEISS, CSR, CM

```
09:01:43   1
09:01:45   2
09:01:49   3
09:01:50   4
09:01:51   5
09:01:55   6
09:01:58   7
09:02:01   8
09:02:04   9
09:02:05  10
09:02:11  11
09:02:15  12
09:02:18  13
09:02:20  14
09:02:20  15
09:02:23  16
09:02:26  17
09:02:29  18
09:02:30  19
09:02:31  20
09:02:35  21
09:02:39  22
09:02:40  23
09:02:40  24            Q.    Very good.  Can you describe for
09:02:48  25    the ladies and gentlemen of the jury what your
```

```
09:02:51   1   current position at SAP is?
09:02:53   2            A.    I am the Vorstandssprecher, the
09:02:58   3   speaker of the management or the executive board
09:03:01   4   of SAP AG.
09:03:02   5            Q.    What are your duties and
09:03:03   6   responsibilities?
09:03:05   7            A.    My essential duty is to be the
09:03:06   8   speaker of the management board, and that is my
09:03:11   9   essential duty.
09:03:12  10
09:03:17  11
09:03:18  12
09:03:19  13
09:03:21  14
09:03:22  15
09:03:26  16
09:03:26  17
09:03:27  18
09:03:29  19
09:03:29  20
09:03:36  21
09:03:40  22
09:03:45  23
09:03:46  24
09:03:47  25
```

10:22:39  1
10:22:41  2
10:22:42  3
10:22:43  4
10:22:43  5
10:22:45  6
10:22:46  7
10:22:48  8
10:22:50  9
10:22:50 10
10:22:51 11
10:22:52 12        Q.    Let me turn now to a new topic,
10:23:13 13   although related in many ways to all topics, this
10:23:16 14   would be the acquisition of TomorrowNow.
10:23:21 15             Do you recall whether there was any
10:23:24 16   specific purpose that SAP had in mind when it
10:23:28 17   acquired TomorrowNow?
10:23:29 18        A.    The acquisition of TomorrowNow was
10:23:37 19   meant to facilitate the movement of customers who
10:23:44 20   so desired to move away from PeopleSoft -- from
10:23:49 21   PeopleSoft software in that particular case to
10:23:52 22   SAP.
10:23:52 23
10:23:55 24
10:23:58 25

| | | |
|---|---|---|
| 01:41:06 | 1 | Q.    Did you, to use your words, pay |
| 01:41:16 | 2 | attention to the number of Safe Passage wins that |
| 01:41:19 | 3 | were reported to you from time to time? |
| 01:41:20 | 4 | A.    Yes. |
| 01:41:20 | 5 | Q.    And why was that important to you, |
| 01:41:21 | 6 | or why did you pay attention? |
| 01:41:23 | 7 | A.    Because there would have indicated |
| 01:41:28 | 8 | a part of -- that our approach to move customers |
| 01:41:32 | 9 | from Oracle to SAP was working. |
| 01:41:34 | 10 | Q.    Did you count as a win a customer |
| 01:41:38 | 11 | who switched maintenance only and did not buy SAP |
| 01:41:41 | 12 | software? |
| 01:41:42 | 13 | A.    It was counted as part of the Safe |
| 01:41:46 | 14 | Passage program, yes. |
| 01:41:46 | 15 | |
| 01:41:49 | 16 | |
| 01:41:51 | 17 | |
| 01:41:53 | 18 | |
| 01:42:04 | 19 | |
| 01:42:05 | 20 | |
| 01:42:05 | 21 | |
| 01:42:11 | 22 | |
| 01:42:15 | 23 | |
| 01:42:18 | 24 | |
| 01:42:21 | 25 | |

CERTIFICATE OF COURT REPORTER

I, Frederick Weiss, CSR, CM, do hereby certify that I took the stenotype notes of the foregoing deposition and that the transcript thereof is a true and accurate record transcribed to the best of my skill and ability.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

_____
FREDERICK WEISS, CSR, CM

_____16.10.08_____
DATE

```
 1                              ERRATA

 2        CORRECTION                                              PAGE

 3   Michael Junge, Chefsyndikus,    (Michael Junge,              2
                                     Chefsyndikus)
 4   General Counsel

 5   Konferenzdolmetscherin          (Konferensdolmetschen)       3

 6   Aufsichtsrat                    (Aufsichsrat)                15

 7   They report to the              (They report to the –        21
     Chief Financial Officer          to the speaker of
 8                                    the executive board)

 9   Joerg                           (Jeorg)                      61

10   R/3                             (R3)                         110

11   regions or subsidiaries         (regions or seals)           150

12   Hydrus (twice)                  (Hybrus)                     152

13   licensed from Oracle            (licensed from SAP)          154

14   Q: Let's mark as                (... Let's mark as           182
     Exhibit                          Exhibit)

15   to Joerg Jung                   (to Jeorg Jung)              320

16   to Joerg Jung                   (to Jeorg Jung)              321

17   that Joerg would                (that Jeorg would)           322

18   copy to Joerg                   (copy to Jeorg)              323

19   middleware (twice)              (middle wear)                354

20

21

22

23
          [signature]
24                                                      Oct. 29th 2008
25   Signature                                          Date
```

```
                              ERRATA

         CORRECTION                                              PAGE
    "panel"                        (premium)                      14
    "advice or council"            (advisor counsel)              16
    "achieve the business"         (achieve what the business)    29
    "Safe Passage"                 (safe passage)                 38
    "describe it as"               (discount what)                43
    "in general or on SAP Software"/(in general on SAP Software)  54
    "FIELD LEADERSHIP TEAM"        (field leadership team)    55,58,60
    "with SAP"                     (within SAP)                   71
    "talk about acquisitions"      (talk under acquisitions)      78
    "It is contractually"          (it is not contractually)      82
    "let me ask you"               (met me ask you)               96
    "honestly"                     (honesty)                      111
    "I don't even know"            (I don' even know)             153
    "by lying"                     (by lieing)                    155
    "It would only mean"           (delete In fact, my...in fact...environment) 168
    "the fact that it was my first (the fact that it was my first 175
     thought, in fact"              thought, in fact.)
    "would take a slightly         (would take a different)       178
     different"
    "Commenting on"                (-- commenting the)            184
    "Independency"                 (Independent)                  199-200
    "where the boundary"           (were the boundary)            213

                  [signature]                             7 Nov 2008
         Signature                                          Date
```

| | ERRATA | |
|---|---|---|
| | CORRECTION | PAGE |
| | "that all the people" (all the people) | 264 |
| | "that logic" (that logical) | 267 |
| | "I honestly" (I honesty) | 270 |
| | "in this precise light" (in this precise Right) | 284 |
| | "by a competitor" (by compete) | 290 |
| | "and incite the customer" (and insight the customer) | 298 |
| | "SAP" (Sap) | 312 |
| | "SWAT" (Swat) | 332-333 |
| | "hypotheses here" (hypothesis here) | 335 |
| | "Competitors battle" (Competitors battles) | 341 |
| | "Gorillas" (gorilla) | 345 |
| | "usefulness of the 'of SAP' program" (usefulness of the SAP program) | 349 |
| | "than the past" (than the best) | 355 |

Signature [signed]    Date: 7 Nov 2008

1    I, Leo Apotheker, am a deponent in the
2    foregoing video deposition. I have read the
3    foregoing video deposition, and having made such
4    changes and corrections as I desired, I certify
5    that the transcript is a true and accurate record
6    of my responses to the questions put to me on
7    Thursday, October 2, 2008.

24   Signed _____
25   LEO APOTHEKER