# EXHIBIT 4

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>　　　Plaintiffs,<br><br>vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) CASE NO. 07-CV-01658 (MJJ) ) ) ) ) ) ) ) |

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION

THOMAS BAMBERGER

JANUARY 29, 2009

　　　ORAL VIDEOTAPED DEPOSITION OF THOMAS BAMBERGER, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 29th day of January, 2009, from 8:44 a.m. to 1:27 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

　　　Job No. 1603-89981

| | | |
|---|---|---|
| 10:40:21 | 1 | |
| 10:40:25 | 2 | |
| 10:40:28 | 3 | |
| 10:40:31 | 4 | |
| 10:40:32 | 5 | |
| 10:40:37 | 6 | |
| 10:40:40 | 7 | |
| 10:40:43 | 8 | |
| 10:40:43 | 9 | |
| 10:40:46 | 10 | |
| 10:40:48 | 11 | |
| 10:41:08 | 12 | Q. I'm showing you what has been previously marked as |
| 10:41:13 | 13 | Deposition Exhibit 608. |
| 10:41:19 | 14 | This is a PowerPoint presentation titled |
| 10:41:21 | 15 | "Business Case TomorrowNow 2006, Board Area: Gerd Oswald, |
| 10:41:26 | 16 | Status: November 16, 2005." |
| 10:41:28 | 17 | Have you seen this before? |
| 10:41:30 | 18 | A. Can I flip through? |
| 10:41:33 | 19 | Q. Certainly. |
| 10:42:35 | 20 | A. (Witness reviewing document.) |
| 10:42:37 | 21 | Q. Having looked at it -- |
| 10:42:38 | 22 | A. Yes. |
| 10:42:39 | 23 | Q. -- do you recall whether you've seen it before? |
| 10:42:43 | 24 | A. I recall it. |
| 10:42:43 | 25 | Q. Okay. Did you have input into it? |

THOMAS BAMBERGER        January 29, 2009
HIGHLY CONFIDENTIAL

Page 72

| | | | |
|---|---|---|---|
| 10:42:50 | 1 | A. | Yes. |
| 10:42:51 | 2 | Q. | And what was that? |
| 10:42:56 | 3 | A. | Input has been to -- to collect content of the |
| 10:43:04 | 4 | | business owner, of Thomas Zeimen, and put it into the standard |
| 10:43:11 | 5 | | format of generating this business case. |
| 10:43:14 | 6 | Q. | Do you have a recollection whether you personally |
| 10:43:16 | 7 | | collected this content and put it into a template or whether |
| 10:43:20 | 8 | | it was a member of your team? |
| 10:43:23 | 9 | A. | I don't remember. |
| 10:43:24 | 10 | Q. | Would your team also have done a check of the content |
| 10:43:27 | 11 | | as we've previously discussed? |
| 10:43:30 | 12 | A. | Related to financials, yes. |
| 10:43:31 | 13 | | |
| 10:43:32 | 14 | | |
| 10:43:36 | 15 | | |
| 10:43:51 | 16 | | |
| 10:43:53 | 17 | | |
| 10:43:58 | 18 | | |
| 10:44:02 | 19 | | |
| 10:44:03 | 20 | | |
| 10:44:06 | 21 | | |
| 10:44:11 | 22 | | |
| 10:44:15 | 23 | | |
| 10:44:20 | 24 | | |
| 10:44:22 | 25 | | |

```
 1    STATE OF TEXAS
      COUNTY OF HARRIS
 2                         REPORTER'S CERTIFICATE
 3         I, Dana Richardson, a Certified Shorthand Reporter in and
 4    for the State of Texas, do certify that this deposition
 5    transcript is a true record of the testimony given by the
 6    witness named herein, after said witness was duly sworn by me.
 7    The witness was requested to review the deposition.
 8         I further certify that I am neither attorney or counsel
 9    for, related to, nor employed by any parties to the action in
10    which this testimony is taken and, further, that I am not a
11    relative or employee of any counsel employed by the parties
12    hereto or financially interested in the action.
13         I further certify that the amount of time used by each
      party at the deposition is as follows:
14

           Ms. Bree Hann - 03:25
15         Mr. Scott Cowan - 00:00
16         SUBSCRIBED AND SWORN TO under my hand and seal of office
      on this the 3rd day of February,
17    2009.
18
19
20              [signature: Dana Richardson]
21              Dana Richardson, CSR
                Texas CSR 5386
22              Expiration: 12/31/09
                Merrill Legal Solutions, Firm No. 210
23              315 Capitol, Suite 100
                Houston, Texas 77002
24              Phone (713) 426-0400
                Fax (713) 426-0600
25
```

# Merrill Legal Solutions



MERRILL
CORPORATION

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line and return the Errata sheets to Merrill Legal Solutions at 135 Main Street, 4th Floor, San Francisco, CA 94105 or fax them to (415) 357.4301.

Errata sheet

| Page | Line | Change |
|------|------|--------|
| 5 | 21 | DEFENDANTS, SAP |
| 15 | 22 | CONTROLLING |
| 16 | 17 | GRC SVEDAL |
| 18 | 18 | STATUS |
| 36 | 25 | COPENHAGEN |
| 80 | 22 | ZIEMEN |

| Page | Line | |
|------|------|---|
| 98 | 2 | Change: HANE MANN |
| | | Change: |
| | | Change: |
| | | Change: |
| | | Change: |
| | | Change: |
| | | Change: |
| | | Change: |

___X___ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

_____          Feb 19, 09
(signature)                        (date)