# EXHIBIT 5

Dockets.Justia.com

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE
USA, INC., a Colorado corporation, and ORACLE
INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a
Delaware corporation, TOMORROWNOW, INC., a Texas
corporation, and DOES 1-50, inclusive,

Defendants.

_____

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 6, 2008
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)

_____

PURSUANT TO NOTICE, the Videotape Rule
30(b)(6) deposition of JOHN M. BAUGH was taken on
behalf of the Plaintiffs at 1700 Lincoln Street, Suite
4100, Denver, Colorado 80203, on February 6, 2008, at
1:17 p.m., before Sandra L. Bray, Registered Diplomate
Reporter, Certified Realtime Reporter, and Notary Public
within Colorado.

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 32

| | | |
|---|---|---|
| 14:08:11 | 1 | |
| 14:08:12 | 2 | |
| 14:08:12 | 3 | |
| 14:08:17 | 4 | |
| 14:08:20 | 5 | |
| 14:08:21 | 6 | |
| 14:08:34 | 7 | |
| 14:08:36 | 8 | |
| 14:08:37 | 9 | Q.   So you reported directly to Andrew |
| 14:08:43 | 10 | Nelson when you started in July of 2003? |
| 14:08:45 | 11 | A.   Yes. |
| 14:08:45 | 12 | Q.   When did that change -- when did that |
| 14:08:48 | 13 | reporting relationship change? |
| 14:08:51 | 14 | A.   When the environments team was created |
| 14:08:56 | 15 | and George Lester was made manager of that team. |
| 14:08:59 | 16 | Q.   Was that in early 2005? |
| 14:09:03 | 17 | A.   Approximately, somewhere around there, |
| 14:09:05 | 18 | yes. |
| 14:09:05 | 19 | Q.   Who else was on the environments team |
| 14:09:25 | 20 | when it was created in early 2005? |
| 14:09:34 | 21 | A.   I think Nhat Vuong was on the initial |
| 14:09:39 | 22 | team. |
| 14:09:39 | 23 | Q.   Would you spell that for us, please? |
| 14:09:41 | 24 | A.   N-h-a-t, V-u-o-n-g. |
| 14:09:54 | 25 | Q.   Anyone else? |

JOHN M. BAUGH     February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 33

| | | |
|---|---|---|
| 14:09:55 | 1 | A.   That was who was on the team at the time |
| 14:09:57 | 2 | it was formed. |
| 14:10:01 | 3 | Q.   Did your job title or responsibilities |
| 14:10:04 | 4 | change after early 2005? |
| 14:10:10 | 5 | A.   Yes. |
| 14:10:10 | 6 | Q.   Approximately when was that? |
| 14:10:11 | 7 | A.   The end of December 2006. |
| 14:10:22 | 8 | Q.   Your title changed in December 2005? |
| 14:10:27 | 9 | A.   Yes. |
| 14:10:27 | 10 | Q.   What did it become? |
| 14:10:28 | 11 | A.   PeopleSoft environments manager. |
| 14:10:30 | 12 | Q.   Between early 2005 and December 2006, |
| 14:10:44 | 13 | when you became PeopleSoft environments manager, were |
| 14:10:48 | 14 | you reporting to George Lester that entire time? |
| 14:10:53 | 15 | A.   Up through I think it was end of |
| 14:10:57 | 16 | September, first of October of 2006, yes. |
| 14:11:01 | 17 | Q.   Who became your direct report at that |
| 14:11:07 | 18 | time? |
| 14:11:07 | 19 | A.   At which time? |
| 14:11:09 | 20 | Q.   In September, first of October 2006. |
| 14:11:17 | 21 | A.   I didn't have any direct reports at that |
| 14:11:19 | 22 | time. |
| 14:11:19 | 23 | Q.   Mr. Lester had left the company? |
| 14:11:23 | 24 | A.   Yes. |
| 14:11:23 | 25 | Q.   So you became the PeopleSoft |

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

| | | |
|---|---|---|
| 14:11:35 | 1 | environments manager December of 2006? |
| 14:11:37 | 2 | A.    Yes. |
| 14:11:37 | 3 | Q.    Was that the role that Mr. Lester had |
| 14:11:41 | 4 | had prior to his departure from the company? |
| 14:11:45 | 5 | A.    Yes. |
| 14:11:45 | 6 | Q.    So you filled that role? |
| 14:11:49 | 7 | A.    Correct. |
| 14:11:50 | 8 | Q.    Who did you report to at that time? |
| 14:11:54 | 9 | A.    When I assumed that position, I started |
| 14:11:58 | 10 | reporting to Kathy Williams. |
| 14:12:05 | 11 | Q.    Did your responsibilities change when |
| 14:12:07 | 12 | you became PeopleSoft environments manager? |
| 14:12:10 | 13 | A.    Yes. |
| 14:12:11 | 14 | Q.    So what were your responsibilities as |
| 14:12:13 | 15 | PeopleSoft environments manager? |
| 14:12:14 | 16 | A.    My primary responsibility was |
| 14:12:18 | 17 | responsibility for the maintenance of the |
| 14:12:21 | 18 | environments. |
| 14:12:30 | 19 | Q.    What does that mean? |
| 14:12:33 | 20 | A.    Making sure they were maintained and |
| 14:12:40 | 21 | created, built properly.  In addition, making sure |
| 14:12:48 | 22 | they were available to our development teams and |
| 14:12:50 | 23 | support engineers as needed. |
| 14:13:04 | 24 | |
| 14:13:06 | 25 | |

JOHN M. BAUGH      February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 14:22:48 | 1 | |
| 14:22:51 | 2 | |
| 14:22:56 | 3 | |
| 14:22:59 | 4 | |
| 14:23:03 | 5 | |
| 14:23:03 | 6 | |
| 14:23:13 | 7 | |
| 14:23:14 | 8 | |
| 14:23:15 | 9 | |
| 14:23:27 | 10 | |
| 14:23:32 | 11 | |
| 14:23:34 | 12 | |
| 14:23:35 | 13 | |
| 14:23:38 | 14 | |
| 14:23:47 | 15 | |
| 14:23:52 | 16 | |
| 14:23:53 | 17 | |
| 14:23:53 | 18 | |
| 14:23:54 | 19 | |
| 14:23:58 | 20 | |
| 14:24:03 | 21 | Q.   Now, you understand that you're |
| 14:24:15 | 22 | testifying here today as a corporate representative |
| 14:24:17 | 23 | for TomorrowNow? |
| 14:24:18 | 24 | A.   Yes. |
| 14:24:18 | 25 | Q.   And I'm not going to go through all of |

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 40

14:24:21   1    the specific topics on which you've been designated,

14:24:24   2    but you understand generally that you're designated on

14:24:27   3    the subject of local environments?

14:24:31   4          A.   As they relate to PeopleSoft, yes.

14:24:33   5

14:24:40   6

14:24:42   7

14:24:42   8

14:24:54   9

14:24:55   10

14:24:55   11

14:25:11   12

14:25:12   13

14:25:18   14

14:25:26   15

14:25:39   16

14:25:53   17

14:26:04   18

14:26:07   19

14:26:12   20

14:26:12   21

14:26:19   22

14:26:24   23

14:26:24   24

14:26:25   25

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 41

| Time | Line | |
|---|---|---|
| 14:26:28 | 1 | |
| 14:26:31 | 2 | |
| 14:26:33 | 3 | |
| 14:26:34 | 4 | |
| 14:26:44 | 5 | |
| 14:26:47 | 6 | |
| 14:26:59 | 7 | |
| 14:27:17 | 8 | |
| 14:27:20 | 9 | |
| 14:27:28 | 10 | |
| 14:27:33 | 11 | |
| 14:27:37 | 12 | |
| 14:27:40 | 13 | |
| 14:27:43 | 14 | |
| 14:27:47 | 15 | |
| 14:27:50 | 16 | |
| 14:27:52 | 17 | Q.   How about Catherine Hyde?  Did you learn |
| 14:27:56 | 18 | anything from her about local environments that you |
| 14:27:59 | 19 | didn't know? |
| 14:27:59 | 20 | A.   Yes. |
| 14:27:59 | 21 | Q.   What is that? |
| 14:28:00 | 22 | A.   What specifically did I learn? |
| 14:28:08 | 23 | Q.   Right.  What did you learn as a result |
| 14:28:10 | 24 | of your discussion with Catherine Hyde about local |
| 14:28:14 | 25 | environments? |

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 42

14:28:14  1        A.   Well, the discussion with her was

14:28:16  2   related to what happened back when we were doing the

14:28:22  3   extended support and primarily before I came to the

14:28:27  4   company.  So I wasn't sure if she had created those

14:28:36  5   environments or if Andrew had also created those.

14:28:42  6   That's what I learned or verified; it was Andrew

14:28:44  7   Nelson that had created some of those initial extended

14:28:49  8   support environments.

14:28:55  9        Q.   Anything else you learned from Catherine

14:28:58  10   Hyde related to local environments?

14:29:00  11        A.   I had a question on whether we were

14:29:09  12   still, you know, performing any activities in certain

14:29:17  13   databases, and she was able to answer those questions.

14:29:22  14        Q.   What did she say?

14:29:23  15        A.   Well, there were certain databases that

14:29:33  16   we're no longer using.

14:29:34  17        Q.   Which databases did you ask about and

14:29:38  18   what were her answers?

14:29:39  19        A.   In the course of my research, I had

14:29:42  20   found or come across a list of databases with DAT in

14:29:49  21   the name, D-A-T, and I was unsure of what these

14:29:57  22   databases were used for and if we were still using

14:30:00  23   them for anything; and she was able to answer that

14:30:04  24   question for me.

14:30:05  25

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 43

14:30:07  1

14:30:15  2

14:30:23  3

14:30:31  4

14:30:40  5

14:30:43  6

14:30:44  7

14:30:48  8

14:30:51  9

14:30:56  10

14:31:11  11

14:31:14  12

14:31:19  13

14:31:26  14

14:31:28  15

14:31:37  16

14:31:41  17        Q.   Any other databases that you asked her

14:31:45  18   about other than the DAT databases?

14:31:51  19        A.   We discussed one database that has a

14:31:55  20   generic name.

14:32:01  21        Q.   Which database is that?

14:32:02  22        A.   It's the HR751CSS database.

14:32:14  23        Q.   What did you ask her and what did she

14:32:16  24   say about that database?

14:32:17  25             MR. FUCHS:  Objection, form.

JOHN M. BAUGH    February 6, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 44

| | | |
|---|---|---|
| 14:32:20 | 1 | A.   Could you please restate the question? |
| 14:32:23 | 2 | Q.   What did you ask about that database? |
| 14:32:25 | 3 | A.   I basically asked -- discussed whether |
| 14:32:31 | 4 | or how this database was currently used. |
| 14:32:35 | 5 | Q.   What did she say? |
| 14:32:38 | 6 | A.   She said there was still or -- there was |
| 14:32:42 | 7 | four clients being supported on this database. |
| 14:32:45 | 8 | Q.   Did she say who the clients were? |
| 14:32:49 | 9 | A.   Those clients are Advanced Auto Parts, |
| 14:33:02 | 10 | Bear Sterns, Heritage Valley Health Care, and |
| 14:33:14 | 11 | Universal City Studios, I think it is. |
| 14:33:21 | 12 | Q.   How are those clients being supported |
| 14:33:24 | 13 | using the HR751CSS database? |
| 14:33:31 | 14 | A.   For regulatory updates. |
| 14:33:41 | 15 | Q.   Are you saying all of these four clients |
| 14:33:43 | 16 | are as of now being supported out of this one |
| 14:33:49 | 17 | database? |
| 14:33:49 | 18 | A.   Correct. |
| 14:33:54 | 19 | Q.   When we use the term "database |
| 14:34:01 | 20 | HR751CSS," is that the same as an environment? |
| 14:34:04 | 21 | A.   Yes. |
| 14:34:06 | 22 | Q.   So this is a continuing example of using |
| 14:34:11 | 23 | a generic environment to support multiple customers; |
| 14:34:15 | 24 | is that right? |
| 14:34:16 | 25 | A.   Yes. |

JOHN M. BAUGH                                                        149

## REPORTER'S CERTIFICATE

STATE OF COLORADO          )
                           )  ss.
CITY AND COUNTY OF DENVER  )

      I, SANDRA L. BRAY, Registered Diplomate
Reporter, Certified Realtime Reporter, and Notary
Public, State of Colorado, do hereby certify that
previous to the commencement of the examination, the
said JOHN M. BAUGH was duly sworn by me to testify to
the truth in relations to the matters in controversy
between the parties hereto; that the said deposition
was taken in machine shorthand by me at the time and
place aforesaid and was thereafter reduced to
typewritten form; that the foregoing is a true
transcript of the questions asked, testimony given,
and proceedings had.

      I further certify that I am not employed by,
related to, nor of counsel for any of the parties
herein nor otherwise interested in the outcome of this
litigation.

      IN WITNESS WHEREOF, I have affixed my
signature this 10th of February, 2008.

      My commission expires January 16, 2012.

__X__   Reading and Signing was requested.

_____   Reading and Signing was waived.

_____   Reading and Signing is not required.

Sandra L. Bray, RMR, CRR, RDR
Certified Realtime Reporter

Page 150

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE
USA, INC., a Colorado corporation, and ORACLE
INTERNATIONAL CORPORATION, \a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a
Delaware corporation, TOMORROWNOW, INC., a Texas
corporation, and DOES 1-50, inclusive,

Defendants.

---

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 7, 2008 - Volume II
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)

---

PURSUANT TO NOTICE, the Videotape Rule
30(b)(6)deposition of JOHN M. BAUGH was continued on
behalf of the Plaintiffs at 1700 Lincoln Street, Suite
4100, Denver, Colorado 80203, on February 7, 2008, at
8:40 a.m., before Sandra L. Bray, Registered Diplomate
Reporter, Certified Realtime Reporter, and Notary Public
within Colorado.

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 189

| | | |
|---|---|---|
| 09:45:12 | 1 | |
| 09:45:15 | 2 | |
| 09:45:27 | 3 | |
| 09:45:29 | 4 | |
| 09:45:37 | 5 | |
| 09:45:41 | 6 | |
| 09:45:44 | 7 | |
| 09:45:46 | 8 | |
| 09:45:50 | 9 | |
| 09:46:06 | 10 | |
| 09:46:06 | 11 | Q.   Now, turning to Page 4 of Exhibit 31 and |
| 09:46:09 | 12 | beginning at the top, there appears to be a series of |
| 09:46:15 | 13 | development environments for HRMS Release 8, service |
| 09:46:23 | 14 | pack 1.  Do you see those? |
| 09:46:24 | 15 | A.   Yes. |
| 09:46:24 | 16 | Q.   And they have the same type of naming |
| 09:46:28 | 17 | convention we've been discussing that appears to |
| 09:46:34 | 18 | reflect a retrofit development process for updates |
| 09:46:44 | 19 | through 2006 and the beginning of 2007? |
| 09:46:49 | 20 | A.   Yes. |
| 09:46:49 | 21 | Q.   Do you agree with that characterization |
| 09:46:53 | 22 | of the ones that begin HR81006A through HR81007A? |
| 09:47:03 | 23 | A.   Yes. |
| 09:47:03 | 24 | Q.   So are these then similar to the ones |
| 09:47:05 | 25 | we've been discussing, generic extended support |

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 190

| | | |
|---|---|---|
| 09:47:10 | 1 | environments for HRMS Release 8, service pack 1 used |
| 09:47:17 | 2 | in 2006 and the beginning of 2007? |
| 09:47:20 | 3 | A.    Yes. |
| 09:47:21 | 4 | Q.    And does this refresh your recollection |
| 09:47:24 | 5 | that the extended support generic environment retrofit |
| 09:47:30 | 6 | model continued at least through the beginning of |
| 09:47:32 | 7 | 2007? |
| 09:47:44 | 8 | A.    That model continued, yes, in some |
| 09:47:50 | 9 | capacity, yes. |
| 09:47:51 | 10 | Q.    Right.  It was a bad question.  It's |
| 09:47:53 | 11 | continued up until today, but specifically with |
| 09:47:56 | 12 | respect to HRMS Release 8, service pack 1, the generic |
| 09:48:02 | 13 | retrofit extended support model appears to have |
| 09:48:07 | 14 | continued at least through January of 2007; is that |
| 09:48:11 | 15 | right? |
| 09:48:11 | 16 | A.    Yes. |
| 09:48:14 | 17 | |
| 09:48:15 | 18 | |
| 09:48:18 | 19 | |
| 09:48:22 | 20 | |
| 09:48:26 | 21 | |
| 09:48:52 | 22 | |
| 09:48:59 | 23 | |
| 09:49:11 | 24 | |
| 09:49:15 | 25 | |

JOHN M. BAUGH      February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 278

| | | |
|---|---|---|
| 13:51:20 | 1 | |
| 13:51:40 | 2 | |
| 13:51:43 | 3 | |
| 13:51:51 | 4 | |
| 13:51:58 | 5 | |
| 13:52:04 | 6 | |
| 13:52:07 | 7 | |
| 13:52:08 | 8 | |
| 13:52:13 | 9 | |
| 13:52:55 | 10 | |
| 13:53:03 | 11 | |
| 13:53:17 | 12 | |
| 13:53:24 | 13 | |
| 13:53:35 | 14 | |
| 13:53:36 | 15 | |
| 13:53:39 | 16 | |
| 13:53:40 | 17 | |
| 13:54:22 | 18 | Q.   (BY MR. HOWARD) Mr. Baugh, do you |
| 13:54:23 | 19 | recognize Exhibit 41 as the backup table sorted by |
| 13:54:26 | 20 | your name as the "performed by" field? |
| 13:54:49 | 21 | A.   Yes. |
| 13:54:49 | 22 | Q.   So in general, what is the backup table |
| 13:55:10 | 23 | telling us about the backup activity for environments |
| 13:55:16 | 24 | at TomorrowNow? |
| 13:55:16 | 25 | A.   It's telling us the machine the |

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 279

| | | |
|---|---|---|
| 13:55:24 | 1 | environment lives on or at least one part of the |
| 13:55:30 | 2 | environment, the application -- associated |
| 13:55:40 | 3 | application, the environment name, the file name for |
| 13:55:49 | 4 | the backup, the date time the backup was taken, the |
| 13:55:56 | 5 | description, the flag to indicate whether the database |
| 13:56:02 | 6 | was backed up or the NT component was backed up or the |
| 13:56:10 | 7 | UNIX component was backed up, who performed by, who |
| 13:56:14 | 8 | requested by, the format, and then the archive |
| 13:56:26 | 9 | location -- or the backup location, the TN archive. |
| 13:56:35 | 10 | |
| 13:56:51 | 11 | |
| 13:56:57 | 12 | |
| 13:56:59 | 13 | |
| 13:56:59 | 14 | |
| 13:57:01 | 15 | |
| 13:57:07 | 16 | |
| 13:57:11 | 17 | |
| 13:57:25 | 18 | |
| 13:57:29 | 19 | |
| 13:57:41 | 20 | |
| 13:57:44 | 21 | |
| 13:57:47 | 22 | |
| 13:57:53 | 23 | |
| 13:57:55 | 24 | |
| 13:57:58 | 25 | |

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 280

13:57:59  1
13:58:02  2
13:58:04  3
13:58:04  4
13:58:12  5
13:58:16  6
13:58:18  7
13:58:27  8
13:58:28  9
13:58:34  10
13:58:38  11
13:58:44  12
13:58:54  13
13:58:54  14        Q.    Then the next column over from the left
13:59:01  15   is File Name.  What is that?
13:59:03  16        A.    That is the file name that we generate
13:59:06  17   for the zip files or the gzip file minus the
13:59:13  18   extension.
13:59:18  19        Q.    And the extension being the .zip that's
13:59:29  20   reflected or the .gz that's reflected in the format
13:59:33  21   column?
13:59:34  22        A.    Yes, that would be one of the
13:59:36  23   extensions, yes.
13:59:36  24        Q.    So what's the naming convention for the
13:59:38  25   file name?

JOHN M. BAUGH      February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 281

13:59:39   1         A.    It's the environment name, underscore,

13:59:47   2    four-digit year, two-digit month, two-digit day,

13:59:54   3    underscore, and then the hours, and then the minutes.

14:00:03   4         Q.    So taking the first one reflected on

14:00:06   5    Exhibit 41, which is backup ID 16, the file name

14:00:16   6    reflects first the name of the environment which is to

14:00:18   7    the immediate left, HR81003F_, and this is done in

14:00:25   8    2003 on October 30th at 5:22 -- I guess 15 -- 5:22?

14:00:35   9         A.    Yes.

14:00:41  10         Q.    And that year, month, day, and time is

14:00:48  11    the same as the date and time column to the immediate

14:00:52  12    right of that file name entry?

14:00:59  13         A.    It won't always be consistent.  It

14:01:01  14    should be close.

14:01:02  15         Q.    What is in the file that is, in this

14:01:12  16    case, the zip file named HR 81003F_20031030_1722?

14:01:43  17         A.    Since this database -- I'm sorry.  Since

14:01:45  18    this backup is both a database and an HT backup, there

14:01:49  19    should be two zip files with this name or that include

14:02:03  20    this name.  This zip file with this name and the

14:02:11  21    extension should contain a zip of the PSHome.

14:02:34  22         Q.    You said there should be two zip files?

14:02:36  23         A.    Yes.

14:02:36  24         Q.    With the same name?

14:02:39  25         A.    The second one would have part of this

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 282

| | | |
|---|---|---|
| 14:02:40 | 1 | name, and then after the 1722, it would probably |
| 14:02:46 | 2 | have -- it would either be a .exe or have an _DB and |
| 14:02:55 | 3 | then an extension tacked on the end. |
| 14:03:01 | 4 | Q.   Do we see that file name anywhere on |
| 14:03:04 | 5 | Exhibit 41? |
| 14:03:05 | 6 | A.   No. |
| 14:03:05 | 7 | Q.   Do you know why that is? |
| 14:03:07 | 8 | A.   There's not a field for it in the table, |
| 14:03:17 | 9 | but those flags, the DB, the NT, and the UNIX, would |
| 14:03:22 | 10 | indicate which components were backed up. |
| 14:03:25 | 11 | Q.   Let's look at those. |
| 14:03:26 | 12 | A.   That's the naming convention. |
| 14:03:27 | 13 | Q.   Let's look at those then.  You're |
| 14:03:32 | 14 | referring to the columns headed DB, NT, and UNIX? |
| 14:03:36 | 15 | A.   Correct. |
| 14:03:37 | 16 | Q.   And the DB column indicates what? |
| 14:03:40 | 17 | A.   That the database was backed up as part |
| 14:03:44 | 18 | of this backup request. |
| 14:03:47 | 19 | Q.   And when we use the term "database" |
| 14:03:50 | 20 | here, what exactly is that referring to? |
| 14:03:51 | 21 | A.   That is the database that contains the |
| 14:03:56 | 22 | PeopleSoft meta data for a specific environment. |
| 14:04:00 | 23 | Q.   And what would that meta data include? |
| 14:04:03 | 24 | A.   Tables, indexes, the PeopleTools data, |
| 14:04:08 | 25 | and the application data. |

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 283

14:04:11   1          Q.    Would it contain any source code?

14:04:17   2          A.    It would contain the meta data, which

14:04:19   3    has People code in it, yes.

14:04:26   4          Q.    And aside from the People code, is there

14:04:28   5    any other code contained in the database that's

14:04:31   6    indicated in this DB column on Exhibit 41?

14:04:47   7          A.    Yes, there would be other types of data.

14:04:51   8          Q.    Other types of code?

14:04:52   9          A.    Other types of code, I guess, yes, just

14:04:59  10    the general type of code required by PeopleTools to

14:05:02  11    support the application.

14:05:05  12          Q.    Is there a name for that code?

14:05:07  13          A.    Really, it's called People code for the

14:05:13  14    most part.  There's application engine code, and then

14:05:29  15    there's the definitions; and that's part of what I'm

14:05:34  16    referring to as meta data.  The definitions of the

14:05:37  17    objects in the database; the table definitions, record

14:05:43  18    definitions, index definitions.

14:06:02  19          Q.    Anything else?

14:06:05  20          A.    I don't think I could remember the full

14:06:09  21    rest, but there are predefined objects that are

14:06:21  22    delivered with PeopleSoft installation.

14:06:26  23          THE VIDEOGRAPHER:  Mr. Baugh, your

14:06:27  24    microphone just came off.  Could you repeat that last

14:06:33  25    part of that?

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 284

14:06:39   1            A.    There are predefined objects that are

14:06:42   2      delivered as part of the PeopleSoft application.

14:06:50   3            Q.    (BY MR. HOWARD) Is there SQR or COBOL

14:06:54   4      code within the database?

14:07:00   5            A.    No.

14:07:10   6            Q.    And then the next column is NT?

14:07:14   7            A.    Yes.

14:07:14   8            Q.    What does that indicate?

14:07:16   9            A.    That indicates that the Windows PSHome

14:07:19  10      was backed up.

14:07:22  11            Q.    And when you say the Windows PSHome,

14:07:29  12      what do you mean by that?

14:07:29  13            A.    That is where the files related to that

14:07:32  14      specific environment live, both the PeopleTools and

14:07:38  15      the application installation.

14:07:45  16            Q.    In other words, that's the software

14:07:48  17      release as we've referred to sometimes, 7.02, for

14:07:56  18      example?

14:07:56  19            A.    Yes, for that specific environment.

14:08:08  20            Q.    Is there anything else that's included

14:08:10  21      in the NT column that's the PeopleSoft home

14:08:17  22      environment?

14:08:21  23            A.    No, that's just a backup of the

14:08:24  24      PeopleSoft home.

14:08:26  25            Q.    And then, what's indicated by the UNIX

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 285

14:08:28  1     column?

14:08:30  2            A.   If there's a corresponding UNIX

14:08:32  3     PeopleSoft Home, then that would be backed up.

14:08:41  4            Q.   So in some instances, I see that there's

14:08:45  5     a Y for a database but an N for both NT and UNIX.

14:08:52  6            A.   Yes.

14:08:52  7            Q.   And I take it that indicates that the

14:08:56  8     database with the data for a particular application

14:09:00  9     was backed up, but in that instance, not the

14:09:04  10    application itself?

14:09:08  11           A.   Yes.

14:09:08  12           Q.   Why would you back up the database but

14:09:12  13    not the environment in the PSHome?

14:09:20  14           A.   In those type of instances, usually

14:09:25  15    there was a change to the database that did not affect

14:09:28  16    the Windows components, the PSHome components.

14:09:39  17

14:09:51  18

14:09:54  19

14:09:57  20

14:09:57  21

14:10:03  22

14:10:08  23

14:10:09  24

14:10:10  25

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 288

14:14:19   1
14:14:25   2
14:14:28   3
14:14:33   4
14:14:40   5
14:14:45   6
14:14:47   7
14:14:53   8
14:14:57   9
14:15:01  10
14:15:03  11
14:15:07  12
14:15:18  13
14:15:28  14
14:15:32  15
14:15:54  16          Q.    Now, the backup table in BakTrak all
14:16:00  17   together indicates 2,670 backups.  Is that consistent
14:16:04  18   with your understanding?
14:16:05  19          A.    That sounds about right, yes.
14:16:07  20
14:16:10  21
14:16:15  22
14:16:27  23
14:16:30  24
14:16:36  25

JOHN M. BAUGH      February 7, 2008
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 301

14:41:39   1

14:41:41   2

14:41:42   3

14:41:46   4

14:41:47   5          Q.    Okay.  Is that true for every backup ID,

14:41:58   6     that where there's a Y in the DB column, a Y in the NT

14:42:04   7     column or a Y in the UNIX column, each of those Y's

14:42:10   8     would refer to a separate zip file?

14:42:14   9          A.    Yeah.

14:42:14  10          Q.    So if I look at row 16 where there's a Y

14:42:17  11     in the DB column and a Y in the NT column, that tells

14:42:21  12     me that there are two zip files associated with that

14:42:23  13     backup?

14:42:24  14          A.    Yes.

14:42:25  15          Q.    If I go down to row 179 on Page 1 of

14:42:37  16     Exhibit 41 where there's a Y in the DB column, a Y in

14:42:42  17     the NT column, and a Y in the UNIX column, that tells

14:42:47  18     me that there are three zip files associated with that

14:42:50  19     backup?

14:42:54  20                MR. FUCHS:  Object to form.

14:43:03  21          A.    Yes, there would be three files with

14:43:06  22     that backup.

14:43:06  23          Q.    Are the names of those files indicated

14:43:12  24     anywhere on BakTrak other than the one that's

14:43:15  25     indicated in the file name field?

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 302

14:43:19   1        A.   No.

14:43:19   2        Q.   So if I add all the Y's on the backup

14:43:33   3    table from the BakTrak database, that should tell me

14:43:37   4    the total number of backup files that are tracked in

14:43:48   5    the BakTrak database?

14:43:51   6        A.   Yes.

14:43:53   7

14:43:56   8

14:44:01   9

14:44:06  10

14:44:20  11

14:44:28  12

14:44:32  13

14:44:34  14

14:44:38  15

14:44:40  16

14:44:42  17

14:44:46  18

14:44:51  19

14:44:54  20

14:44:59  21

14:45:13  22

14:45:24  23

14:45:26  24

14:45:32  25

JOHN M. BAUGH      February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 308

| Time | # | |
|------|---|---|
| 14:56:10 | 1 | |
| 14:56:13 | 2 | |
| 14:56:18 | 3 | |
| 14:56:19 | 4 | |
| 14:56:32 | 5 | |
| 14:56:34 | 6 | |
| 14:56:36 | 7 | |
| 14:56:40 | 8 | |
| 15:09:13 | 9 | |
| 15:11:11 | 10 | |
| 15:11:12 | 11 | |
| 15:11:42 | 12 | |
| 15:11:42 | 13 | |
| 15:11:42 | 14 | Q.   (BY MR. HOWARD) Let's look at Exhibit |
| 15:11:44 | 15 | 42, which has been marked.  It's a one-page document |
| 15:11:48 | 16 | which is a printout of restore table sorted by, again, |
| 15:11:54 | 17 | performed by J. Baugh.  Do you have that in front of |
| 15:11:58 | 18 | you? |
| 15:11:58 | 19 | A.   Yes. |
| 15:11:58 | 20 | Q.   And what is the -- what information is |
| 15:12:00 | 21 | reflected in the restore table as indicated by the |
| 15:12:04 | 22 | sort that's Exhibit 42? |
| 15:12:12 | 23 | A.   The restore ID, the machine that the |
| 15:12:25 | 24 | restore or part of restore was performed on, the |
| 15:12:27 | 25 | application, the destination or database, the source |

JOHN M. BAUGH      February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 309

15:12:33  1    environment or database, the archive, the backup file

15:12:44  2    name, the database restore indicator, the NT or

15:12:59  3    Windows restore indicator, and the UNIX server restore

15:13:04  4    indicator, the restore date time, and the description,

15:13:09  5    and the performed by, and the requested by.

15:13:14  6         Q.   What's the difference between the target

15:13:16  7    environment and the source environment?

15:13:20  8         A.   The source environment is the

15:13:22  9    environment the backup -- is the environment or

15:13:27 10    database the backup was taken of, and the target

15:13:32 11    environment is the environment or database the backup

15:13:39 12    was restored to.

15:13:40 13         Q.   Why would those be different?

15:13:43 14         A.   In our extended support model, we would

15:13:54 15    take a backup of the earlier version, like, for

15:13:59 16    example, HR7513B, and restore it to an HR7513C, for

15:14:12 17    example.  I think there's an example of that in this

15:14:15 18    spreadsheet.

15:14:23 19         Q.   So, in other words, looking at restore

15:14:25 20    ID line 247, the source environment is one of these

15:14:34 21    generic extended report environments called HR70205A?

15:14:43 22         A.   Yes.

15:14:43 23         Q.   And that exists as a backup, and then

15:14:47 24    it's restored in order to create a separate

15:14:50 25    environment for the next update, which is HR70205B?

JOHN M. BAUGH      February 7, 2008
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 310

| | | |
|---|---|---|
| 15:14:57 | 1 | A.   Yes, the HG, it would actually be, yes. |
| 15:15:01 | 2 | Q.   And when you do that, the source |
| 15:15:02 | 3 | environment, does it remain as a backed-up file? |
| 15:15:12 | 4 | A.   That backed-up file should remain, yes. |
| 15:15:17 | 5 | Q.   So it's a zip file.  You unzip it -- |
| 15:15:22 | 6 | it's sort of like, if I could use the analogy in Word, |
| 15:15:25 | 7 | copy document and open?  Is that a similar type of |
| 15:15:29 | 8 | process here where you're making a copy and then |
| 15:15:32 | 9 | naming it something else but the original remains? |
| 15:15:36 | 10 | A.   Yes. |
| 15:15:37 | 11 | |
| 15:15:48 | 12 | |
| 15:15:55 | 13 | |
| 15:15:57 | 14 | |
| 15:16:09 | 15 | |
| 15:16:24 | 16 | |
| 15:16:26 | 17 | |
| 15:16:30 | 18 | |
| 15:16:30 | 19 | |
| 15:16:38 | 20 | |
| 15:16:47 | 21 | |
| 15:17:14 | 22 | |
| 15:17:22 | 23 | |
| 15:17:27 | 24 | |
| 15:17:31 | 25 | |

JOHN M. BAUGH     February 7, 2008
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 311

15:17:34  1

15:17:37  2

15:17:38  3

15:17:42  4

15:17:44  5

15:17:44  6          Q.    And in the three columns, database

15:17:50  7    restore, NT restore, and UNIX restore, do those three

15:17:55  8    columns correspond to the DB, NT, and UNIX columns in

15:18:02  9    the backup table that we looked at as Exhibit 41?

15:18:05  10          A.    Yes.

15:18:05  11

15:18:14  12

15:18:19  13

15:18:23  14

15:18:27  15

15:18:31  16

15:18:34  17

15:18:37  18

15:18:38  19

15:18:38  20

15:18:57  21

15:19:05  22

15:19:23  23

15:19:26  24

15:19:33  25

REPORTER'S CERTIFICATE

STATE OF COLORADO            )
                            )  ss.
CITY AND COUNTY OF DENVER   )

     I, SANDRA L. BRAY, Registered Diplomate
Reporter, Certified Realtime Reporter, and Notary
Public, State of Colorado, do hereby certify that
previous to the commencement of the examination, the
said JOHN M. BAUGH was duly sworn by me to testify to
the truth in relations to the matters in controversy
between the parties hereto; that the said deposition
was taken in machine shorthand by me at the time and
place aforesaid and was thereafter reduced to
typewritten form; that the foregoing is a true
transcript of the questions asked, testimony given,
and proceedings had.

     I further certify that I am not employed by,
related to, nor of counsel for any of the parties
herein nor otherwise interested in the outcome of this
litigation.

     IN WITNESS WHEREOF, I have affixed my
signature this 12th of February, 2008.

     My commission expires January 16, 2012.

__X__   Reading and Signing was requested.

_____   Reading and Signing was waived.

_____   Reading and Signing is not required.

_Sandra L. Bray_
Sandra L. Bray, RMR, CRR, RDR
Certified Realtime Reporter

### Corrections to the Transcript of the Deposition of

### JOHN BAUGH

### Taken on FEBRUARY 6, 2008

### Volume 1,  pages 1 - 149

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 18 | 18 | THEY WERE NOT, YES | THAT IS CORRECT |
| 23 | 22 | PIECE ACTUALLY STARTED | EXACT TIME PERIOD |
| 28 | 4 | COULD BE SURE THEY DID | AM AWARE. |
| 28 | 5 | THAT | — |
| 38 | 18 | DELIVERED TO THE | REQUIREMENTS FOR USING |
| 42 | 12 | STILL YOU KNOW | STILL |
| 45 | 20 | THAT WOULD BE OUR DEVELOPMENT TEAM -- PRIMARY | THAT WOULD PRIMARILY |
| 45 | 20 | | THAT WOULD PRIMARILY BE |
| 47 | 15 | OF ARE WE | OF HOW WE ARE |
| 52 | 18 | ENVIRONMENTS AND THEIR | ENVIRONMENTS IN THEIR |
| 55 | 12 | BUILDING | BUILDING OF ENVIRONMENTS |
| 62 | 23 | PSO | PS HOME |
| 63 | 24 | IS | WAS |
| 64 | 23 | VH-MVH. CORRECT. | CORRECT. |
| 75 | 22 | M-A-1-J-U-L-A | M-A-N-J-U-L-A |
| 97 | 6 | PSMTØ1 | PSNTØ1 |
| 112 | 20 | TN-DELL-265001 | TN-DELL2650-01 |
| 119 | 2 | PEOPLESOFTS SERVER | PEOPLESOFT SUPPORT |
| 133 | 23 | V--IT'S AN EIGHT | IT'S AN EIGHT |
| 136 | 8 | BILL DATE | BUILD DATE |
| 143 | 18 | 3,315 | 300 AND 315 |

_____
**Witness Signature**

_____3/5/2008_____
**Date**

32042_1.DOC

**Corrections to the Transcript of the Deposition of**

**JOHN BAUGH**

**Taken on FEBRUARY 7, 2008**

**Volume 1,  pages 150 - 318**

| Page | Line(s) | Reads | Should Read |
|---|---|---|---|
| 158 | 8 | REUSED | USED |
| 176 | 25 | H881HKLM | H881MKLM |
| 177 | 6 | DOING ANY ACTIVITIES | WORKING |
| 178 | 2 | HRMS881 | HRMS88 |
| 185 | 22 | DEVHR7025 | HR702DEV |
| 189 | 4 | HR 8.105 A | HR81005A |
| 197 | 22 | 80 | 8.0 |
| 219 | 12 | UH-HUH. YES. | YES |
| 226 | 14 | NORTHSTAND | NORSTAN |
| 227 | 5 | INFRA | INFRASTRUCTURE |
| 227 | 12 | AG FIRST | AGFIRST |
| 235 | 20 | UH-HUH | YES |
| 235 | 24 | STPSNT | PSNT |
| 237 | 21 | PS UNIX | PSUNX |
| 263 | 16 | KIMBERLEY KIMBERLY | KIMBERLEY |
| 274 | 4 | LOG-IN | LOGIN |
| 279 | 17 | DCPSTMPO1 | DCPSTEMPØ1 |
| 296 | 4 | NSTNBKO118 | TNBKO118 |

_____

**Witness Signature**

·3/5/2008

**Date**