# EXHIBIT 7

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ORACLE CORPORATION, a Delaware    )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION,        )
a California corporation,         )
      Plaintiffs,                  )
                     )
vs.                               ) CASE NO. 07-CV-01658 (MJJ)
                     )
SAP AG, a German corporation,     )
SAP AMERICA, INC., a Delaware     )
corporation, TOMORROWNOW, INC., a )
Texas corporation, and DOES 1-50, )
inclusive,                        )
      Defendants.                  )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"

ORAL VIDEOTAPED DEPOSITION

JOHN BAUGH - (VOLUME 2)

DECEMBER 3, 2009

    ORAL VIDEOTAPED DEPOSITION OF JOHN BAUGH, produced as a

witness at the instance of the Plaintiffs and duly sworn, was

taken in the above-styled and numbered cause on the 3rd day of

December, 2009, from 12:25 a.m. to 4:08 p.m., before Dana

Richardson, Certified Shorthand Reporter in and for the State

of Texas, reported by computerized stenotype machine at the

Hilton Hotel & Conference Center, 801 University Drive East,

College Station, Texas 77840, pursuant to the Federal Rules of

Civil Procedure and the provisions stated on the record or

attached hereto.

    Job No. 1603-93486

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 166

| | | |
|---|---|---|
| 12:30:43 | 1 | |
| 12:30:50 | 2 | |
| 12:30:54 | 3 | |
| 12:30:56 | 4 | |
| 12:31:00 | 5 | |
| 12:31:02 | 6 | |
| 12:31:02 | 7 | |
| 12:31:06 | 8 | |
| 12:31:07 | 9 | Q.   Okay.  And how about for Oracle Database 9.2, was |
| 12:31:12 | 10 | there a subrelease within that that you worked on at |
| 12:31:14 | 11 | TomorrowNow? |
| 12:31:16 | 12 | A.   9.2.0.4.  I think we had a 9.2.0.6. |
| 12:31:27 | 13 | Q.   Any others that you recall? |
| 12:31:29 | 14 | A.   None that I recall. |
| 12:31:30 | 15 | Q.   Okay.  So, as you sit here, the Oracle database |
| 12:31:39 | 16 | versions that you worked on at TomorrowNow, as I understand |
| 12:31:40 | 17 | them, are 8.1.7.4, 9.2.0.4, 9.2.0.6 and some of 10? |
| 12:31:53 | 18 | A.   Correct. |
| 12:31:57 | 19 | Q.   And were each of those installed instances on |
| 12:32:01 | 20 | TomorrowNow servers? |
| 12:32:04 | 21 | A.   Those -- those database servers were installed on |
| 12:32:08 | 22 | TomorrowNow servers, yes. |
| 12:32:11 | 23 | Q.   When you say, "Those database servers were installed |
| 12:32:14 | 24 | on TomorrowNow servers," what -- what do you mean by that? |
| 12:32:18 | 25 | A.   Those versions represent versions of the Oracle |

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 167

| | | |
|---|---|---|
| 12:32:20 | 1 | RDBMS, the Relational Database Management System; and those |
| 12:32:28 | 2 | versions represent the database server versions. |
| 12:32:30 | 3 |     Q.   Okay.  So, the database -- database server versions |
| 12:32:36 | 4 | of each of those four Oracle database releases that you had |
| 12:32:41 | 5 | indicated were installed on TomorrowNow servers? |
| 12:32:44 | 6 |     A.   Yes. |
| 12:32:46 | 7 |     Q.   To your knowledge, were any other instances of any |
| 12:32:50 | 8 | other Oracle database software installed on TomorrowNow |
| 12:32:54 | 9 | servers? |
| 12:32:56 | 10 |            MR. FUCHS:  Objection, form. |
| 12:33:00 | 11 |     A.   To my knowledge, that's the only versions we had |
| 12:33:02 | 12 | installed. |
| 12:33:08 | 13 | |
| 12:33:09 | 14 | |
| 12:33:15 | 15 | |
| 12:33:18 | 16 | |
| 12:33:23 | 17 | |
| 12:33:25 | 18 | |
| 12:33:29 | 19 | |
| 12:33:32 | 20 |     Q.   Okay.  Do you know where TomorrowNow obtained the |
| 12:33:39 | 21 | Oracle Database Version 8.1.7.4 that it had installed on its |
| 12:33:46 | 22 | servers? |
| 12:33:48 | 23 |     A.   We obtained the Oracle database server software from |
| 12:33:52 | 24 | the Oracle OTN website. |
| 12:33:57 | 25 |     Q.   Is that true for all of the four releases that you've |

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 168

| | | |
|---|---|---|
| 12:34:02 | 1 | indicated were installed on TomorrowNow servers? |
| 12:34:05 | 2 | A.   As far as I'm aware, yes. |
| 12:34:09 | 3 | Q.   And do you know who -- so, this software was |
| 12:34:15 | 4 | downloaded from Oracle's website; is that right? |
| 12:34:18 | 5 | A.   Yes. |
| 12:34:18 | 6 | MR. FUCHS:  Objection, form. |
| 12:34:21 | 7 | Q.   (BY MR. HOWARD)  And -- and that's true for all four |
| 12:34:23 | 8 | releases you've identified? |
| 12:34:24 | 9 | A.   Yes. |
| 12:34:25 | 10 | Q.   All right.  Do you know who downloaded each version |
| 12:34:31 | 11 | of the Oracle database software that you've identified? |
| 12:34:35 | 12 | A.   I know I downloaded the Oracle 8i, the 8 -- 8.1, and |
| 12:34:45 | 13 | the -- and the 9i.  I'm not sure who downloaded the 10g |
| 12:34:49 | 14 | servers. |
| 12:34:52 | 15 | Q.   So, when you refer to 8i, you're referring to the |
| 12:34:56 | 16 | Oracle Database 8.1.7.4 that you previously identified? |
| 12:35:01 | 17 | A.   Yes. |
| 12:35:01 | 18 | |
| 12:35:04 | 19 | |
| 12:35:08 | 20 | |
| 12:35:14 | 21 | |
| 12:35:19 | 22 | |
| 12:35:23 | 23 | |
| 12:35:29 | 24 | |
| 12:35:29 | 25 | |

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 169

| Time | Line | |
|---|---|---|
| 12:35:36 | 1 | |
| 12:35:41 | 2 | |
| 12:35:43 | 3 | |
| 12:35:46 | 4 | |
| 12:35:54 | 5 | |
| 12:35:56 | 6 | |
| 12:36:01 | 7 | |
| 12:36:06 | 8 | |
| 12:36:07 | 9 | |
| 12:36:12 | 10 | |
| 12:36:18 | 11 | |
| 12:36:23 | 12 | Q.   How did you access the Oracle MetaLink website in |
| 12:36:28 | 13 | order to obtain the patches to get the downloaded version of |
| 12:36:32 | 14 | 8.1.7 up current to 8.1.7.4? |
| 12:36:36 | 15 | A.   I -- I logged in with my user ID. |
| 12:36:40 | 16 | Q.   How did you obtain a user ID? |
| 12:36:45 | 17 | A.   I'm not sure of the process by which I initially got |
| 12:36:47 | 18 | that user ID.  I know I had had it for some time. |
| 12:36:53 | 19 | Q.   Had you had that user ID prior to your employment |
| 12:36:55 | 20 | with TomorrowNow? |
| 12:36:56 | 21 | A.   Yes. |
| 12:36:57 | 22 | Q.   And do you know where -- where you work -- did you |
| 12:37:01 | 23 | receive that user ID in the course of your employment at some |
| 12:37:04 | 24 | other company? |
| 12:37:06 | 25 | A.   Yes.  I was employed at another company. |

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 172

| | |
|---|---|
| 12:40:47 | 1 |
| 12:40:50 | 2 |
| 12:40:58 | 3 |
| 12:41:02 | 4 |
| 12:41:05 | 5 |
| 12:41:07 | 6 |
| 12:41:10 | 7 |
| 12:41:11 | 8 |
| 12:41:13 | 9 |

12:41:17  10     Q.   And what did you understand was the purpose for which

12:41:22  11   you were installing the 8.1.7 Oracle database software on

12:41:29  12   those two TomorrowNow servers?

12:41:33  13     A.   For development of updates and fixes.

12:41:37  14     Q.   Development of which updates and fixes?

12:41:40  15     A.   Of the TomorrowNow-generated updates and fixes.

12:41:45  16     Q.   And what was your understanding as to why TomorrowNow

12:41:49  17   needed to have an installed instance of Oracle database on its

12:41:53  18   servers in order to generate updates and fixes?

12:42:04  19     A.   Well, it wasn't, I guess, essential because we had

12:42:08  20   been using SQL server to that point and some of our clients

12:42:14  21   used the Oracle database servers in their environments and we

12:42:19  22   wanted to emulate their environments as closely as possible --

12:42:25  23     Q.   Why --

12:42:26  24     A.   -- from a -- from a database version perspective.

12:42:30  25     Q.   And why was it helpful to have an emulated

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 173

| 12:42:36 | 1 | environment on the TomorrowNow systems, including the |
|---|---|---|
| 12:42:39 | 2 | installed Oracle database software, in relation to providing |
| 12:42:43 | 3 | the updates and fixes to the TomorrowNow customers? |
| 12:42:47 | 4 | A. That would allow us to -- to test the updates and |
| 12:42:50 | 5 | fixes using the -- the same database platform as our |
| 12:42:56 | 6 | customers. |
| 12:43:01 | 7 | Q. And am I correct that these are the same updates and |
| 12:43:05 | 8 | fixes for which TomorrowNow's customers were paying |
| 12:43:08 | 9 | TomorrowNow through their contract with TomorrowNow to receive |
| 12:43:11 | 10 | from TomorrowNow? |
| 12:43:13 | 11 | MR. FUCHS: Objection, form. |
| 12:43:15 | 12 | A. At this point, it was during the -- the time frame |
| 12:43:21 | 13 | where customers were still on support with PeopleSoft and -- |
| 12:43:26 | 14 | and Oracle. And, so, those were the updates and fixes we |
| 12:43:30 | 15 | generated during that time frame. |
| 12:43:33 | 16 | Q. (BY MR. HOWARD) Right. That's sometimes referred to |
| 12:43:35 | 17 | as the retrofit model? |
| 12:43:37 | 18 | A. Yes. |
| 12:43:37 | 19 | Q. So, the database was -- was installed -- the Oracle |
| 12:43:40 | 20 | database was installed to support certain of the generic |
| 12:43:48 | 21 | retrofit PeopleSoft environments that were being used to |
| 12:43:51 | 22 | generate the retrofit updates and fixes? |
| 12:43:56 | 23 | MR. FUCHS: Objection, form. |
| 12:43:57 | 24 | A. Yes. That was the intention, yes. |
| 12:43:58 | 25 | Q. (BY MR. HOWARD) And the -- the customers who are |

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 174

| | | |
|---|---|---|
| 12:44:00 | 1 | receiving those updates and fixes were paying TomorrowNow to |
| 12:44:03 | 2 | receive them, right? |
| 12:44:06 | 3 | MR. FUCHS:  Objection, form. |
| 12:44:07 | 4 | A.   Yes. |
| 12:44:13 | 5 | |
| 12:44:17 | 6 | |
| 12:44:21 | 7 | |
| 12:44:29 | 8 | |
| 12:44:32 | 9 | |
| 12:44:36 | 10 | |
| 12:44:42 | 11 | |
| 12:44:51 | 12 | |
| 12:44:59 | 13 | |
| 12:45:03 | 14 | |
| 12:45:05 | 15 | |
| 12:45:10 | 16 | |
| 12:45:17 | 17 | |
| 12:45:19 | 18 | |
| 12:45:22 | 19 | |
| 12:45:25 | 20 | |
| 12:45:27 | 21 | |
| 12:45:28 | 22 | |
| 12:45:36 | 23 | |
| 12:45:42 | 24 | |
| 12:45:51 | 25 | |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 178

| | | |
|---|---|---|
| 12:53:08 | 1 | |
| 12:53:12 | 2 | |
| 12:53:19 | 3 | |
| 12:53:34 | 4 | |
| 12:53:53 | 5 | |
| 12:53:57 | 6 | |
| 12:54:06 | 7 | |
| 12:54:09 | 8 | |
| 12:54:12 | 9 | |
| 12:54:22 | 10 | |
| 12:54:23 | 11 | |
| 12:54:25 | 12 | |
| 12:54:30 | 13 | |
| 12:54:34 | 14 | |
| 12:54:36 | 15 | |
| 12:54:43 | 16 | |
| 12:54:46 | 17 | |
| 12:54:49 | 18 | |
| 12:54:52 | 19 | Q.    So, TomorrowNow had clients who ran their PeopleSoft |
| 12:54:58 | 20 | software on different versions of Oracle's database, right? |
| 12:55:02 | 21 | A.    Yes. |
| 12:55:04 | 22 | Q.    And within that category, those customers also ran on |
| 12:55:10 | 23 | different operating systems, right? |
| 12:55:11 | 24 | A.    Yes. |
| 12:55:15 | 25 | Q.    And, so, am I correct that TomorrowNow was trying as |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 179

| | | |
|---|---|---|
| 12:55:20 | 1 | best it could to mimic both the operating system and the |
| 12:55:24 | 2 | database platform to match those PeopleSoft customers that it |
| 12:55:30 | 3 | was supporting? |
| 12:55:32 | 4 | A.  As best we could, yes. |
| 12:55:34 | 5 | Q.  All right.  Now, did you download Oracle's Database |
| 12:55:46 | 6 | Software 9.2 server edition more than once from Oracle's |
| 12:55:52 | 7 | website? |
| 12:55:55 | 8 | A.  I would have downloaded it at that time for different |
| 12:56:02 | 9 | hardware platforms. |
| 12:56:05 | 10 | Q.  So, how many times did you download it and for which |
| 12:56:08 | 11 | platforms? |
| 12:56:11 | 12 | MR. FUCHS:  Objection, form. |
| 12:56:17 | 13 | A.  I think I downloaded the 9.2 for AIX, HPUX and |
| 12:56:29 | 14 | Solaris, Windows and possibly Tru64 UNIX. |
| 12:56:41 | 15 | Q.  (BY MR. HOWARD)  And did you install all of those on |
| 12:56:43 | 16 | TomorrowNow servers? |
| 12:56:44 | 17 | A.  No. |
| 12:56:45 | 18 | Q.  Did you install more than the Windows and UNIX? |
| 12:56:51 | 19 | A.  I installed the -- the database server on the -- the |
| 12:56:55 | 20 | Windows machine, the TN-Dell2650-01, and the AIX server. |
| 12:57:01 | 21 | Q.  On the PSDEV01? |
| 12:57:02 | 22 | A.  On the PSDEV01, yes. |
| 12:57:05 | 23 | Q.  And did you similarly download multiple versions of |
| 12:57:07 | 24 | the 8.1.7 for different operating systems? |
| 12:57:11 | 25 | A.  Yes. |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 180

| | | |
|---|---|---|
| 12:57:13 | 1 | Q.   And which ones do you recall downloading -- which -- |
| 12:57:16 | 2 | which versions of 8.1.7 do you recall downloading from the |
| 12:57:21 | 3 | Oracle website? |
| 12:57:23 | 4 | A.   It should have been about the same with Windows, AIX, |
| 12:57:27 | 5 | HPUX, Solaris, possibly Tru64.  I'm not sure. |
| 12:57:46 | 6 | Q.   And did you install the same two versions of 8.1.7 on |
| 12:57:52 | 7 | the same two servers as you did 9.2? |
| 12:57:54 | 8 | A.   Yes. |
| 12:57:57 | 9 | Q.   Now, you referred earlier to two different point |
| 12:58:00 | 10 | releases of 9.2.  You referred to 9.2.0.4 and 9.2.0.6. |
| 12:58:08 | 11 | A.   Correct. |
| 12:58:09 | 12 | Q.   Were those separate downloads from Oracle's website, |
| 12:58:12 | 13 | or were they separate patches? |
| 12:58:18 | 14 | A.   To -- to the best of my knowledge, the 9.2.0.4 was |
| 12:58:23 | 15 | the database server version that was actually downloaded and |
| 12:58:28 | 16 | installed; and then at -- at some point later, the patch was |
| 12:58:33 | 17 | applied to -- to upgrade that server version to 9.2.0.6. |
| 12:58:39 | 18 | Q.   And how -- how was the patch obtained to upgrade |
| 12:58:43 | 19 | 9.2.0.4 to 9.2.0.6? |
| 12:58:48 | 20 | A.   From Oracle MetaLink. |
| 12:58:49 | 21 | Q.   And was that by you using the same credential that |
| 12:58:52 | 22 | you used to obtain the 8.1.7 patch? |
| 12:58:56 | 23 | A.   I -- I think so, yes. |
| 12:59:00 | 24 | |
| 12:59:05 | 25 | |

JOHN BAUGH      December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 181

| | |
|---|---|
| 12:59:08 | 1 |
| 12:59:12 | 2 |
| 12:59:14 | 3 |
| 12:59:21 | 4 |
| 12:59:23 | 5 |
| 12:59:25 | 6 |
| 12:59:31 | 7 |
| 12:59:32 | 8 |
| 12:59:35 | 9 |

12:59:39  10      Q.   (BY MR. HOWARD)  Did you -- in the course of

12:59:42  11    downloading the Oracle database version 8.1.7, the various

12:59:48  12    versions of it that you downloaded, were you asked to click or

12:59:53  13    sign any license agreement?

12:59:58  14                    MR. FUCHS:  Objection, form.

13:00:00  15      A.   I think so, yes.

13:00:01  16      Q.   (BY MR. HOWARD)  And what's your understanding of the

13:00:02  17    terms of the license agreement that you clicked or signed?

13:00:08  18      A.   My understanding was that the -- the terms and

13:00:11  19    conditions allowed use of the database server for development

13:00:18  20    purposes.

13:00:20  21      Q.   And what did you understand was meant by "development

13:00:24  22    purposes"?

13:00:25  23      A.   Any nonproduction use.

13:00:34  24      Q.   And was it the same license agreement -- did you --

13:00:38  25    did you read and sign the same license agreement for each

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 182

| | | |
|---|---|---|
| 13:00:42 | 1 | version of the Oracle database software that you downloaded? |
| 13:00:47 | 2 | MR. FUCHS:  Objection, form. |
| 13:00:48 | 3 | A.    There was a terms and conditions that I had to click |
| 13:00:52 | 4 | "okay."  There was nothing signed or anything like that. |
| 13:00:57 | 5 | Q.    (BY MR. HOWARD)  Okay.  But you did that -- you -- |
| 13:01:00 | 6 | you clicked "okay" on those terms and conditions for each |
| 13:01:03 | 7 | version of the Oracle database software that you downloaded? |
| 13:01:07 | 8 | A.    Yes. |
| 13:01:07 | 9 | Q.    And in each case, that was what you referred to as a |
| 13:01:11 | 10 | development license? |
| 13:01:13 | 11 | A.    Correct, yes. |
| 13:01:14 | 12 | |
| 13:01:18 | 13 | |
| 13:01:23 | 14 | |
| 13:01:28 | 15 | |
| 13:01:32 | 16 | |
| 13:01:36 | 17 | |
| 13:01:39 | 18 | |
| 13:01:40 | 19 | |
| 13:01:43 | 20 | |
| 13:01:48 | 21 | |
| 13:01:53 | 22 | |
| 13:02:02 | 23 | |
| 13:02:11 | 24 | |
| 13:02:12 | 25 | |

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 187

| | | |
|---|---|---|
| 13:10:41 | 1 | |
| 13:10:46 | 2 | |
| 13:10:49 | 3 | |
| 13:10:51 | 4 | |
| 13:10:54 | 5 | |
| 13:10:56 | 6 | |
| 13:10:58 | 7 | |
| 13:10:59 | 8 | If you took a list of all of the TomorrowNow |
| 13:11:02 | 9 | customers who ran their software under the Oracle database |
| 13:11:05 | 10 | platform -- |
| 13:11:07 | 11 | A.    Uh-huh. |
| 13:11:07 | 12 | Q.    -- is it fair to say that -- that TomorrowNow was |
| 13:11:11 | 13 | supporting each of them with at least one of the installed |
| 13:11:15 | 14 | instances of Oracle database server software that you've |
| 13:11:19 | 15 | identified was installed on TomorrowNow's systems? |
| 13:11:23 | 16 | MR. FUCHS:   Objection, form. |
| 13:11:24 | 17 | A.    We did try to emulate our -- our customer's Oracle |
| 13:11:27 | 18 | platform.  There were some customers that we only supported |
| 13:11:39 | 19 | remotely; and I think there were some customers that were |
| 13:11:45 | 20 | supported on, for example, SQL Server instead of Oracle.  But |
| 13:11:52 | 21 | the majority of our Oracle customers were supported on the |
| 13:11:56 | 22 | Oracle -- one Oracle database server. |
| 13:11:58 | 23 | Q.    (BY MR. HOWARD)  Okay.  And -- and would you estimate |
| 13:12:00 | 24 | that that was -- more than 90 percent of the Oracle customers |
| 13:12:03 | 25 | were supported on using at least one instance of the Oracle |

JOHN BAUGH  December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 188

13:12:08  1      database software on TomorrowNow's machines?

13:12:14  2           A.   I don't know --

13:12:16  3                     MR. FUCHS:   Object to form.

13:12:18  4           A.   -- if I would say 90 percent.  I would say definitely

13:12:23  5      over 50 percent of our customers that ran Oracle did have a

13:12:27  6      demo support environment on -- on the Oracle database server.

13:12:42  7

13:12:43  8

13:12:46  9

13:12:49 10

13:12:52 11

13:12:58 12

13:13:05 13

13:13:11 14

13:13:21 15

13:13:28 16

13:13:36 17

13:13:45 18

13:13:45 19

13:13:46 20

13:13:51 21

13:13:55 22

13:14:01 23

13:14:06 24

13:14:11 25

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 189

| | | |
|---|---|---|
| 13:14:12 | 1 | |
| 13:14:13 | 2 | |
| 13:14:15 | 3 | |
| 13:14:18 | 4 | |
| 13:14:19 | 5 | |
| 13:14:22 | 6 | |
| 13:14:22 | 7 | |
| 13:14:23 | 8 | |
| 13:14:27 | 9 | |
| 13:14:33 | 10 | |
| 13:14:38 | 11 | Q.   (BY MR. HOWARD)  Right.  And, so, viewed in that way, |
| 13:14:39 | 12 | is it fair to say that all of the retrofit customers running |
| 13:14:44 | 13 | Oracle were being supported in some fashion through the use of |
| 13:14:50 | 14 | the installed instances of the Oracle database on the |
| 13:14:52 | 15 | TomorrowNow servers -- |
| 13:14:55 | 16 | MR. FUCHS:  Objection, form. |
| 13:14:55 | 17 | Q.   (BY MR. HOWARD)  -- in the sense that those databases |
| 13:14:57 | 18 | were being used to help generate the deliverables that were |
| 13:15:01 | 19 | being sent out to the customers? |
| 13:15:03 | 20 | MR. FUCHS:  Objection, form. |
| 13:15:05 | 21 | A.   I don't know whether I would say all; but once the |
| 13:15:08 | 22 | Oracle database servers were installed in -- in 2004, then |
| 13:15:18 | 23 | those database servers were used to support our customers, |
| 13:15:24 | 24 | yes. |
| 13:15:24 | 25 | Q.   (BY MR. HOWARD)  Okay.  And -- and that was true all |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 190

| | | |
|---|---|---|
| 13:15:32 | 1 | the way up through the wind-down of the business in October of |
| 13:15:37 | 2 | 2008? |
| 13:15:39 | 3 | MR. FUCHS:  Objection, form. |
| 13:15:41 | 4 | A.   The -- the database servers served the same purpose |
| 13:15:46 | 5 | until the wind-down, yes. |
| 13:15:57 | 6 | |
| 13:15:58 | 7 | |
| 13:16:07 | 8 | |
| 13:16:08 | 9 | |
| 13:16:14 | 10 | |
| 13:16:20 | 11 | |
| 13:16:21 | 12 | |
| 13:16:24 | 13 | |
| 13:16:27 | 14 | |
| 13:16:30 | 15 | |
| 13:16:38 | 16 | |
| 13:16:49 | 17 | |
| 13:16:55 | 18 | |
| 13:16:59 | 19 | |
| 13:17:01 | 20 | |
| 13:17:02 | 21 | |
| 13:17:07 | 22 | |
| 13:17:10 | 23 | |
| 13:17:11 | 24 | |
| 13:17:16 | 25 | |

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 199

| | |
|---|---|
| 13:32:11 | 1 |
| 13:32:16 | 2 |
| 13:32:17 | 3 |
| 13:32:20 | 4 |
| 13:32:24 | 5 |
| 13:32:28 | 6 |
| 13:32:32 | 7 |
| 13:32:36 | 8 |
| 13:32:42 | 9 |
| 13:32:48 | 10 |
| 13:32:52 | 11 |
| 13:32:58 | 12 |
| 13:33:01 | 13 |
| 13:33:04 | 14 |
| 13:33:06 | 15 |
| 13:33:07 | 16 |
| 13:33:12 | 17 |
| 13:33:15 | 18 |
| 13:33:17 | 19 |
| 13:33:21 | 20 |
| 13:33:26 | 21 |
| 13:33:28 | 22 |
| 13:33:30 | 23 |
| 13:33:35 | 24 |
| 13:33:37 | 25 |

22          Q.    Do you know whether TomorrowNow ever received from

23     SAP or anybody else licenses to Oracle standard edition

24     database software?

25          A.    Not that I'm aware, no.

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 200

| | | |
|---|---|---|
| 13:33:40 | 1 | Q.   So far as you know, the installed -- TomorrowNow |
| 13:33:44 | 2 | continued to use the installed instances of the Oracle |
| 13:33:47 | 3 | database software that you had originally downloaded pursuant |
| 13:33:53 | 4 | to a development license through the wind-down of TomorrowNow? |
| 13:33:57 | 5 | MR. FUCHS:  Objection, form. |
| 13:33:58 | 6 | A.   Those same database versions were used through the |
| 13:34:02 | 7 | wind-down, yes. |
| 13:34:03 | 8 | Q.   (BY MR. HOWARD)  And there was never any new license |
| 13:34:06 | 9 | obtained for those database versions, so far as you know; is |
| 13:34:10 | 10 | that right? |
| 13:34:11 | 11 | A.   Right.  Our database server licenses were still the |
| 13:34:17 | 12 | developer edition; and no standard edition was acquired, as |
| 13:34:23 | 13 | far as I know. |
| 13:34:27 | 14 | |
| 13:34:30 | 15 | |
| 13:34:34 | 16 | |
| 13:34:37 | 17 | |
| 13:34:41 | 18 | |
| 13:34:46 | 19 | |
| 13:34:50 | 20 | |
| 13:34:55 | 21 | |
| 13:35:02 | 22 | |
| 13:35:09 | 23 | |
| 13:35:16 | 24 | |
| 13:35:27 | 25 | |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 201

```
13:35:36   1
13:35:39   2
13:35:44   3
13:35:45   4
13:35:49   5
13:35:59   6
13:36:04   7
13:36:10   8
13:36:18   9
13:36:24  10
13:36:33  11
13:36:35  12
13:36:39  13
13:36:40  14
13:36:49  15
13:36:52  16
13:36:56  17
13:37:03  18
13:37:05  19
13:37:08  20
13:37:10  21
13:37:11  22
13:37:15  23
13:37:16  24
13:37:26  25        Q.   Did you ever discuss the issue of licenses to
```

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 202

| | | |
|---|---|---|
| 13:37:32 | 1 | Oracle's database software with anybody from SAP? |
| 13:37:36 | 2 | A.   Did I personally? |
| 13:37:38 | 3 | Q.   Yes. |
| 13:37:41 | 4 | A.   Not that I'm aware, no. |
| 13:37:44 | 5 | Q.   Never discussed the installed instances of Oracle |
| 13:37:49 | 6 | database software on TomorrowNow servers with Mark White? |
| 13:37:54 | 7 | A.   Well, maybe I misunderstood the previous question. |
| 13:38:02 | 8 | Mark White was involved in meetings that I was in where we |
| 13:38:06 | 9 | discussed the Oracle database and database servers for using |
| 13:38:15 | 10 | for support for our customers. |
| 13:38:17 | 11 | Q.   Okay.  And what do you recall being said about the |
| 13:38:23 | 12 | Oracle database software in those meetings with Mark White? |
| 13:38:30 | 13 |         MR. FUCHS:  Objection, form. |
| 13:38:31 | 14 | A.   I do recall one meeting where I -- I mentioned that |
| 13:38:38 | 15 | we, you know, needed to look into getting another Oracle |
| 13:38:41 | 16 | database license; but there was no real discussion between |
| 13:38:44 | 17 | myself and Mark White on that. |
| 13:38:47 | 18 | Q.   (BY MR. HOWARD)  All right.  Was your comment |
| 13:38:50 | 19 | directed to Mark White when -- when you made it? |
| 13:38:59 | 20 | A.   Not specifically to Mark White, just to the -- the |
| 13:39:01 | 21 | group in -- in general. |
| 13:39:04 | 22 | Q.   Was Mark White leading the meeting when you made that |
| 13:39:07 | 23 | comment? |
| 13:39:08 | 24 | A.   Yes. |
| 13:39:08 | 25 | Q.   What was the purpose of the meeting? |

JOHN BAUGH     December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 203

| | | |
|---|---|---|
| 13:39:15 | 1 | A.    It was a -- a post-lawsuit meeting.  I don't remember |
| 13:39:22 | 2 | the exact purpose of the meeting. |
| 13:39:24 | 3 | Q.    Was it soon after Mark White arrived to take over the |
| 13:39:27 | 4 | operations of TomorrowNow? |
| 13:39:32 | 5 | A.    I'm -- I'm not sure. |
| 13:39:33 | 6 | Q.    Who else do you recall was in attendance at that |
| 13:39:36 | 7 | meeting? |
| 13:39:41 | 8 | A.    I'm thinking Shelley Nelson and Kathy Williams. |
| 13:39:46 | 9 | Q.    Anybody else? |
| 13:39:49 | 10 | A.    I don't recall. |
| 13:39:50 | 11 | Q.    What did you say -- |
| 13:39:52 | 12 | A.    There could have been. |
| 13:39:53 | 13 | Q.    I'm sorry? |
| 13:39:54 | 14 | A.    There may have been.  I don't recall. |
| 13:39:55 | 15 | Q.    Was it a meeting about how TomorrowNow would operate |
| 13:39:58 | 16 | its business going forward? |
| 13:40:03 | 17 | A.    Well, during that time after the lawsuit, we did have |
| 13:40:06 | 18 | a lot of those meetings.  I'm sure it was something related to |
| 13:40:15 | 19 | the operation of the, you know, support services side of the |
| 13:40:18 | 20 | business, but I can't be -- I don't know exactly what it was |
| 13:40:22 | 21 | about. |
| 13:40:23 | 22 | Q.    Was the subject of the -- the local environments |
| 13:40:27 | 23 | installed on TomorrowNow's systems discussed at that meeting? |
| 13:40:31 | 24 | A.    Probably or else I wouldn't have been in that |
| 13:40:33 | 25 | meeting. |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 204

| | | |
|---|---|---|
| 13:40:34 | 1 | Q.   And what did you say, as best you can recall, about |
| 13:40:41 | 2 | the issue of licenses for Oracle's database software in that |
| 13:40:46 | 3 | meeting? |
| 13:40:57 | 4 | A.   I really can't recall exactly what I said, but I |
| 13:41:02 | 5 | guess the gist of it was that we needed to look into our |
| 13:41:05 | 6 | current license that we were using for -- for the Oracle |
| 13:41:08 | 7 | database software. |
| 13:41:10 | 8 | Q.   Did anybody respond to your comment in the meeting? |
| 13:41:15 | 9 | A.   Not that I recall, no. |
| 13:41:16 | 10 | Q.   Did you mention that that was something that you had |
| 13:41:21 | 11 | raised in the past? |
| 13:41:24 | 12 | A.   No. |
| 13:41:28 | 13 | Q.   Do you believe Mr. White heard your comment? |
| 13:41:35 | 14 | A.   He physically heard it.  He was in the room.  Whether |
| 13:41:40 | 15 | I had his attention at the time, I don't know. |
| 13:41:44 | 16 | Q.   Did he say, "John, what are you talking about Oracle |
| 13:41:48 | 17 | licenses for database software?" |
| 13:41:51 | 18 | A.   No, not that I recall. |
| 13:42:00 | 19 | Q.   Are you aware of whether he took any follow-up action |
| 13:42:02 | 20 | to investigate the license status of TomorrowNow for the |
| 13:42:08 | 21 | Oracle database software it was running on its servers? |
| 13:42:14 | 22 | A.   Not that I'm aware, but generally I wouldn't be aware |
| 13:42:22 | 23 | of what he did. |
| 13:42:27 | 24 | Q.   Are you aware of anybody, after the lawsuit was |
| 13:42:31 | 25 | filed, addressing the issue of the license status of the |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 205

| Time | Line | Text |
|---|---|---|
| 13:42:34 | 1 | Oracle database software on TomorrowNow servers? |
| 13:42:39 | 2 | A.   Not that I recall. |
| 13:42:41 | 3 | |
| 13:42:44 | 4 | |
| 13:42:47 | 5 | |
| 13:42:50 | 6 | |
| 13:42:53 | 7 | |
| 13:42:57 | 8 | |
| 13:43:00 | 9 | |
| 13:43:02 | 10 | |
| 13:43:02 | 11 | |
| 13:43:07 | 12 | |
| 13:43:10 | 13 | |
| | 14 | |
| 13:59:36 | 15 | |
| 13:59:37 | 16 | |
| 13:59:38 | 17 | |
| 13:59:41 | 18 | |
| 13:59:46 | 19 | |
| 13:59:52 | 20 | |
| 13:59:55 | 21 | |
| 14:00:00 | 22 | |
| 14:00:00 | 23 | |
| 14:00:03 | 24 | |
| 14:00:03 | 25 | |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 214

| | |
|---|---|
| 14:19:43 | 1 |
| 14:19:44 | 2 |
| 14:19:47 | 3 |
| 14:19:48 | 4 |
| 14:19:51 | 5 |
| 14:19:53 | 6 |
| 14:20:00 | 7 |
| 14:20:04 | 8 |
| 14:20:07 | 9 |
| 14:20:09 | 10 |
| 14:20:13 | 11 |
| 14:20:15 | 12 |
| 14:20:17 | 13 |
| 14:20:33 | 14 |
| 14:20:36 | 15 |
| 14:20:47 | 16 |
| | 17 |
| 14:21:53 | 18 |
| 14:21:53 | 19 |
| 14:21:55 | 20 |
| 14:21:56 | 21 |
| 14:21:58 | 22 |
| 14:22:00 | 23 |
| 14:22:06 | 24 |
| 14:22:10 | 25 |

20    Q.   (BY MR. HOWARD)  Mr. Baugh, do you recognize the
21  e-mail chain in the attached document that's been marked as
22  Exhibit 1839?
23    A.   I -- I don't recall it, but it looks like an e-mail
24  from -- between George Lester and myself.
25    Q.   And there's a -- in the e-mail between you and him at

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 215

| | | |
|---|---|---|
| 14:22:13 | 1 | the bottom of the first page of Exhibit 1839, you attach a |
| 14:22:17 | 2 | document titled "PS Environments Build."  Do you see that? |
| 14:22:20 | 3 | A.    Yes. |
| 14:22:21 | 4 | Q.    And then there's an attached spreadsheet there with |
| 14:22:26 | 5 | the title of "PS Environments Build."  Do you see that? |
| 14:22:29 | 6 | A.    The PS Environments.xls? |
| 14:22:33 | 7 | Q.    Correct. |
| 14:22:34 | 8 | A.    Okay. |
| 14:22:34 | 9 | Q.    Is that a spreadsheet that you prepared? |
| 14:22:37 | 10 | A.    I would assume so, yes. |
| 14:22:39 | 11 | Q.    And does this reflect the downloading of the various |
| 14:22:42 | 12 | Oracle database software versions that you described earlier? |
| 14:22:53 | 13 | A.    Are you talking about the -- this spreadsheet? |
| 14:22:58 | 14 | Q.    Yes, the -- the attached spreadsheet. |
| 14:23:02 | 15 | A.    Okay.  Well, this -- this attachment, unless I'm |
| 14:23:04 | 16 | missing something, is -- looks like a screenshot or part of a |
| 14:23:10 | 17 | Microsoft project -- project plan. |
| 14:23:13 | 18 | Q.    Okay.  You -- you referred to it as an Excel |
| 14:23:18 | 19 | spreadsheet.  So, I -- I -- |
| 14:23:19 | 20 | A.    Okay.  I'm sorry.  I -- |
| 14:23:20 | 21 | Q.    Maybe we're talking about two different things. |
| 14:23:23 | 22 | Let's -- let's start over. |
| 14:23:24 | 23 | Looking at your e-mail on July 22nd, 2004, I'm |
| 14:23:28 | 24 | looking at the first attachment -- |
| 14:23:29 | 25 | A.    Okay. |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 216

| Time | Line | |
|---|---|---|
| 14:23:29 | 1 | Q.    -- which is a -- a .mpp document. |
| 14:23:33 | 2 | A.    Okay.   That's a Microsoft project -- |
| 14:23:34 | 3 | Q.    Okay. |
| 14:23:34 | 4 | A.    -- document. |
| 14:23:34 | 5 | Q.    That's the one I want to talk about. |
| 14:23:36 | 6 | A.    Okay. |
| 14:23:36 | 7 | Q.    That's the one that's attached to the e-mail. |
| 14:23:39 | 8 | A.    Right.   Okay. |
| 14:23:39 | 9 | Q.    Did you prepare that document? |
| 14:23:43 | 10 | A.    I must have pulled that out of the Microsoft project, |
| 14:23:46 | 11 | yes. |
| 14:23:46 | 12 | Q.    Okay.   And does this reflect your downloading of the |
| 14:23:53 | 13 | various Oracle database software versions that you described |
| 14:23:57 | 14 | in your testimony earlier? |
| 14:23:59 | 15 | A.    Yes. |
| 14:24:03 | 16 | Q.    Does this indicate that those downloads generally |
| 14:24:05 | 17 | occurred in -- on March 1st, 2004, for the underlying |
| 14:24:11 | 18 | software? |
| 14:24:12 | 19 | A.    That's what it would seem to indicate, yes. |
| 14:24:14 | 20 | |
| 14:24:59 | 21 | |
| 14:25:00 | 22 | |
| 14:25:00 | 23 | |
| 14:25:01 | 24 | |
| 14:25:05 | 25 | |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 223

| | |
|---|---|
| 14:48:51 | 1 |
| 14:48:53 | 2 |
| 14:48:56 | 3 |
| 14:48:59 | 4 |
| 14:49:05 | 5 |
| 14:49:06 | 6 |
| 14:49:11 | 7 |
| 14:49:16 | 8 |
| 14:49:24 | 9 |
| 14:49:28 | 10 |
| 14:49:31 | 11 |
| 14:49:37 | 12 |
| 14:49:42 | 13 |
| 14:49:48 | 14 |
| 14:49:58 | 15 |
| 14:50:19 | 16 |
| 14:50:21 | 17 |
| | 18 |
| 14:51:04 | 19 |

14:51:06  20        Q.   (BY MR. HOWARD)  Mr. Baugh, did Mr. Lester instruct

14:51:08  21    you not to install a development licensed version of

14:51:10  22    Oracle 10g on PSDEV01?

14:51:19  23        A.   This e-mail would seem to -- to indicate we wanted

14:51:23  24    to -- we did not want to install the download version on

14:51:25  25    PSDEV01, yes.

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 224

14:51:27   1       Q.   And you -- you were about to do that, and then you
14:51:30   2   put that installation on hold so that you could get pricing
14:51:34   3   information for 10g?
14:51:36   4       A.   Yes.
14:51:38   5       Q.   Did he -- did Mr. Lester tell you why he did not want
14:51:41   6   you to install the download version of 10g on PSDEV01?
14:51:49   7       A.   I don't recall us speaking about that specifically,
14:51:53   8   other than we were looking into getting -- purchasing 10g,
14:51:57   9   Oracle 10g.
14:51:59  10       Q.   Did you understand that that was related to the
14:52:01  11   concern expressed in his earlier e-mail that you should be
14:52:06  12   getting away from the development licenses?
14:52:08  13                MR. FUCHS:  Objection, form.
14:52:08  14       A.   Yes.
14:52:30  15
14:52:33  16
          17
14:53:06  18
14:53:20  19
14:53:21  20
14:53:23  21
14:53:28  22
14:53:28  23
14:53:31  24
14:53:37  25

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 227

| Time | Line | |
|---|---|---|
| 14:56:43 | 1 | |
| 14:56:49 | 2 | |
| 14:56:54 | 3 | |
| 14:57:33 | 4 | |
| 14:57:34 | 5 | |
| 14:57:43 | 6 | |
| | 7 | |
| 14:58:14 | 8 | |
| 14:58:15 | 9 | |
| 14:58:16 | 10 | Did TomorrowNow have customers that were |
| 14:58:19 | 11 | running on Oracle 10g? |
| 14:58:23 | 12 | A.   I think we did, yes. |
| 14:58:25 | 13 | Q.   How did you support those customers without having |
| 14:58:27 | 14 | a -- an instance of Oracle 10g installed at TomorrowNow? |
| 14:58:33 | 15 | A.   We would have had to create their support environment |
| 14:58:38 | 16 | on -- if it was UNIX, we would have had to create it on 99.  I |
| 14:58:44 | 17 | think we did have Oracle 10g running on Windows. |
| 14:58:52 | 18 | Q.   Was that a downloaded version of 10g that you had |
| 14:58:56 | 19 | running on the Windows server? |
| 14:58:58 | 20 | A.   Yes, it would have been.  I did not perform that |
| 14:59:00 | 21 | install. |
| 14:59:00 | 22 | Q.   Do you know who did? |
| 14:59:02 | 23 | A.   No, I'm not sure. |
| 14:59:04 | 24 | Q.   Who would be the candidates? |
| 14:59:07 | 25 | A.   Nhat Vuong. |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 228

| | | |
|---|---|---|
| 14:59:14 | 1 | Q.    Do you know when that 10g software was installed on |
| 14:59:19 | 2 | the Windows machine? |
| 14:59:20 | 3 | A.    It would have -- I think it would have been on -- |
| 14:59:27 | 4 | after we got one of the DCPS TEMP boxes.  I'm not sure exactly |
| 14:59:33 | 5 | when we acquired those servers, though. |
| 14:59:36 | 6 | Q.    DCPS TEMP01 or DCPS TEMP02? |
| 14:59:41 | 7 | A.    That would be my guess, yes. |
| 14:59:43 | 8 | Q.    So, the -- the -- the TomorrowNow customers running |
| 14:59:48 | 9 | 10g on Windows were supported through the download version |
| 14:59:53 | 10 | installation of 10g on one of the DCPS TEMP machines? |
| 14:59:59 | 11 | A.    Well, I think we only had maybe one or two 10g |
| 15:00:04 | 12 | databases running on that 10g server.  I'm not sure if there |
| 15:00:08 | 13 | are other customers that were on Oracle 10g that we were |
| 15:00:14 | 14 | supporting with the Oracle 9i environment. |
| 15:00:21 | 15 | Q.    But you were -- were you able, then, to support |
| 15:00:24 | 16 | customers running their environments on 10g with local |
| 15:00:32 | 17 | environments for those customers running on 9i on the |
| 15:00:34 | 18 | TomorrowNow servers? |
| 15:00:36 | 19 | A.    Yes. |
| 15:00:48 | 20 | |
| 15:00:51 | 21 | |
| 15:00:58 | 22 | |
| 15:00:59 | 23 | |
| 15:01:08 | 24 | |
| 15:01:10 | 25 | |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 234

| | | |
|---|---|---|
| 15:11:33 | 1 | |
| 15:11:39 | 2 | |
| 15:11:42 | 3 | |
| 15:11:43 | 4 | Q.   So, is it fair to say that as of March 14, 2007, |
| 15:11:49 | 5 | there was no Oracle standard edition or other license for the |
| 15:11:53 | 6 | Oracle database software? |
| 15:11:56 | 7 | MR. FUCHS:  Objection, form. |
| 15:11:58 | 8 | A.   Yes.   We -- we had not purchased a license.   We were |
| 15:12:05 | 9 | still working on -- off the development-type license. |
| 15:12:08 | 10 | |
| 15:12:13 | 11 | |
| 15:12:18 | 12 | |
| 15:12:19 | 13 | |
| 15:12:25 | 14 | |
| 15:12:28 | 15 | |
| 15:12:32 | 16 | |
| 15:12:34 | 17 | |
| 15:12:35 | 18 | |
| 15:12:39 | 19 | |
| 15:12:39 | 20 | |
| 15:12:40 | 21 | |
| 15:12:42 | 22 | |
| 15:12:43 | 23 | |
| 15:12:49 | 24 | |
| 15:12:51 | 25 | |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 250

| | |
|---|---|
| 15:58:39 | 1 |
| 15:58:42 | 2 |
| 15:58:44 | 3 |
| 15:58:51 | 4 |
| 15:58:54 | 5 |
| 15:58:55 | 6 |
| 15:58:56 | 7 |
| 15:59:01 | 8 |
| 15:59:08 | 9 |
| 15:59:14 | 10 |
| 15:59:16 | 11 |
| 16:01:46 | 12 |
| 16:01:46 | 13 |
| 16:01:47 | 14 |
| | 15 |
| 16:03:24 | 16 |

16:03:28  17      Q.   (BY MR. HOWARD)  Mr. Baugh, you have in front of you

16:03:29  18   what's been previously marked as Exhibit 1544; and I believe

16:03:34  19   you provided some testimony about this exhibit previously.

16:03:37  20      A.   Yes.

16:03:37  21      Q.   Do you recall it?

16:03:38  22      A.   Yes.

16:03:38  23      Q.   And this is an exhibit you participated in creating?

16:03:40  24      A.   Yes.

16:03:41  25      Q.   All right.  There is a -- and if I recall your

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 251

| | | |
|---|---|---|
| 16:03:44 | 1 | testimony, this is your attempt to identify all of the local |
| 16:03:48 | 2 | PeopleSoft environments at TomorrowNow? |
| 16:03:51 | 3 | MR. FUCHS:  Objection, form. |
| 16:04:00 | 4 | A.   Right.  This was an attempt to identify all of the -- |
| 16:04:03 | 5 | the support environments; but it does have environments listed |
| 16:04:11 | 6 | that are just database only, I think, as well as some remote |
| 16:04:15 | 7 | environments, right here. |
| 16:04:17 | 8 | Q.   (BY MR. HOWARD)  Right.  But included within the |
| 16:04:20 | 9 | environments on here, if they're not designated as -- as blue, |
| 16:04:22 | 10 | are, as best you could determine at the time that you created |
| 16:04:27 | 11 | this, all of the local PeopleSoft environments at TomorrowNow? |
| 16:04:32 | 12 | A.   Yes. |
| 16:04:35 | 13 | Q.   And as part of that process, you identified what |
| 16:04:40 | 14 | database server platform those environments would run on? |
| 16:04:43 | 15 | A.   Yes. |
| 16:04:44 | 16 | Q.   And that's indicated by the column titled "Database |
| 16:04:49 | 17 | Server Platform"? |
| 16:04:50 | 18 | A.   Yes. |
| 16:04:50 | 19 | Q.   And, so, where Oracle is indicated in the database |
| 16:04:55 | 20 | server platform for a particular environment, that's an |
| 16:05:02 | 21 | environment that would be running on the Oracle database |
| 16:05:05 | 22 | platform? |
| 16:05:06 | 23 | A.   Yes. |
| 16:05:06 | 24 | Q.   And so long as that was a local environment at |
| 16:05:09 | 25 | TomorrowNow, it would be running off of one of the installed |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 252

| | | |
|---|---|---|
| 16:05:13 | 1 | instances of the database software that you had downloaded and |
| 16:05:20 | 2 | installed on TomorrowNow systems? |
| 16:05:22 | 3 | A.  Yes. |
| 16:05:22 | 4 | Q.  And the particular instance that it would be running |
| 16:05:27 | 5 | on that you had downloaded and installed would be indicated |
| 16:05:32 | 6 | under the "Database Server Release" column? |
| 16:05:35 | 7 | A.  Well, in compiling this document, we pulled |
| 16:05:38 | 8 | information from several sources, including, I think, SAS; and |
| 16:05:45 | 9 | this "Database Server Release" column would indicate the |
| 16:05:52 | 10 | client's database server release, not necessarily indicative |
| 16:06:00 | 11 | of our Oracle database server platform running. |
| 16:06:04 | 12 | Q.  Is it fair to say that for any 8-dot release |
| 16:06:09 | 13 | indicated in the "Database Server" column, that would be an |
| 16:06:14 | 14 | environment running on your installed version of 8.1.7? |
| 16:06:18 | 15 | A.  That's what we would be -- have tried to do, yes. |
| 16:06:22 | 16 | Q.  And is it fair to say that for any 9-dot release |
| 16:06:27 | 17 | indicated in the "Database Server Release" column, that would |
| 16:06:30 | 18 | be an environment running on your installed version of Oracle |
| 16:06:36 | 19 | Database 9.2.0.4 or 0.6? |
| 16:06:42 | 20 | A.  Yes. |
| 16:06:42 | 21 | Q.  And to the extent that there's any -- and I haven't |
| 16:06:46 | 22 | looked; but to the extent there's any 10-dot releases |
| 16:06:52 | 23 | indicated here, would those be running either on the installed |
| 16:06:57 | 24 | version of 10g for Windows or on one of your earlier 9-dot |
| 16:07:03 | 25 | releases that you had downloaded? |

JOHN BAUGH    December 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 253

| | | |
|---|---|---|
| 16:07:05 | 1 | A.    Yes. |
| 16:07:15 | 2 | |
| 16:07:16 | 3 | |
| 16:07:23 | 4 | |
| 16:07:26 | 5 | |
| 16:07:30 | 6 | |
| 16:07:32 | 7 | |
| 16:07:45 | 8 | |
| 16:07:46 | 9 | |
| 16:07:46 | 10 | |
| 16:07:50 | 11 | |
| 16:07:52 | 12 | |
| 16:07:56 | 13 | |
| 16:07:59 | 14 | |
| 16:08:05 | 15 | |
| 16:08:07 | 16 | |
| 16:08:13 | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

STATE OF TEXAS
COUNTY OF HARRIS

REPORTER'S CERTIFICATE

I, Dana Richardson, a Certified Shorthand Reporter in and

for the State of Texas, do certify that this deposition

transcript is a true record of the testimony given by the

witness named herein, after said witness was duly sworn by me.

The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel

for, related to, nor employed by any parties to the action in

which this testimony is taken and, further, that I am not a

relative or employee of any counsel employed by the parties

hereto or financially interested in the action.

I further certify that the amount of time used by each
party at the deposition is as follows:

          Mr. Geoffrey M. Howard - 02:59
          Mr. Joshua L. Fuchs - 00:00

SUBSCRIBED AND SWORN TO under my hand and seal of office
on this the 8th day of December,
2009.



Dana Richardson, CSR
Texas CSR 5386
Expiration:  12/31/11
Merrill Legal Solutions, Firm No. 210
315 Capitol, Suite 100
Houston, Texas 77002
Phone (713) 426-0400
Fax (713) 426-0600

255

# Merrill Legal Solutions



## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below.  If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make and the reason.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line and return the Errata sheets to Merrill Legal Solutions at 135 Main Street, 4th Floor, San Francisco, CA 94105 or fax them to (415) 357.4301.

### Errata sheet

Page   Line

171   17   Change: _2000--2004 / 2004_

Reason: _INTENDING ONLY 2004_

171   21   Change: _CORRECT ? / CORRECT._

Reason: _NOT A QUESTION_

175   25   Change: _AIX, UNIX / AIX UNIX_

Reason: _REFERRING TO ONLY ONE O/S_

| Page | Line |
|------|------|
| 207  | 16   |

Change: GCPSDB01 / DCPSDB01

Reason: SERVER NAME INCORRECT

| 219  | 11   |

Change: DEVELOPED / DEVELOPMENT

Reason: REFERRING TO DEVELOPMENT LICENSE

| 227  | 16   |

Change: 99 / 9i

Reason: REFERRING TO ORACLE 9i

| 240  | 15   |

Change: database consultants / Database Consultants

Reason: A COMPANY NAME

\_\_\_\_ \_\_\_\_  Change:_____

Reason:_____

\_\_\_\_ \_\_\_\_  Change:_____

Reason:_____

\_\_\_\_ \_\_\_\_  Change:_____

Reason:_____

\_\_\_✓\_\_\_ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made.  I certify that the transcript is true and correct.

_____
(signature)

1/14/10
(date)

