# EXHIBIT 8

Dockets.Justia.com

H I G H L Y   C O N F I D E N T I A L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------x

ORACLE CORPORATION, a Delaware
corporation, ORACLE USA, INC., a
Colorado corporation, and ORACLE
INTERNATIONAL CORPORATION, a
California corporation,

                         Plaintiffs,

                             No. 07-CV-1658
         -against-              (PJH)
SAP AG, a German corporation,
SAP AMERICA, INC., a Delaware
corporation, TOMORROWNOW, INC.,
a Texas corporation, and
DOES 1-50, inclusive,

                      Defendants.

------------------------------------x

                    November 12, 2008
                    9:14 a.m.

     Videotaped deposition of WERNER BRANDT,

taken by Plaintiffs, pursuant to notice, at the

offices of Bingham McCutchen, LLP, 399 Park

Avenue, New York, New York, before Jack Finz and

Otis Davis, Shorthand Reporters and Notaries

Public within and for the State of New York.

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 15

|          |    |
|----------|----|
|          | 1  |
| 09:38:08 | 2  |
| 09:38:10 | 3  |
| 09:38:22 | 4  |
| 09:38:24 | 5  |
| 09:38:26 | 6  |
| 09:38:38 | 7  |
| 09:38:40 | 8  |
| 09:38:42 | 9  |
| 09:38:44 | 10 |
| 09:38:52 | 11 |
| 09:38:54 | 12 |
| 09:38:56 | 13 |
| 09:39:00 | 14 |
| 09:39:02 | 15 |
| 09:39:16 | 16 |
| 09:39:18 | 17 |
| 09:39:20 | 18 |
| 09:39:26 | 19 |

09:39:32  20        Q.     Let's move on to your work history.

09:39:36  21   You joined SAP AG in February 2001 in your

09:39:40  22   current position as chief financial officer; is

          23   that correct?

09:39:58  24        A.     That's correct.

09:40:02  25        Q.     And if I use the term CFO, do you

WERNER BRANDT        November 12, 2008
HIGHLY CONFIDENTIAL

Page 16

```
              1        WERNER BRANDT  -  HIGHLY CONFIDENTIAL
09:40:04      2    understand that to mean chief financial officer?
09:40:12      3        A.    Yes.
09:40:14      4        Q.    And you have been CFO for SAP AG for
09:40:16      5    approximately seven and a half years?
09:40:26      6        A.    That's correct.
09:40:28      7        Q.    So that includes the entire time that
09:40:34      8    SAP owned Tomorrownow?
09:40:44      9        A.    That's correct.
09:40:48     10        Q.    Throughout your tenure as CFO of SAP
09:40:52     11    AG, to whom did you report?
09:41:12     12        A.    I was and am reporting to the
09:41:18     13    Aufsichstrat.
09:41:20     14             THE INTERPRETER:  We agreed last time
09:41:22     15    we were going to use the German term.  The
09:41:28     16    supervisory board of SAP AG.
09:41:32     17        Q.    And can you explain to the jury what
09:41:36     18    the supervisory board of SAP does?
09:42:02     19        A.    The supervisory board of a German
09:42:06     20    stock corporation monitors or has the supervisory
09:42:10     21    function for the corporation.
09:42:12     22        Q.    So there was no individual within SAP
09:42:16     23    AG who was more senior than you to whom you
09:42:16     24    reported?
09:42:32     25        A.    That's correct.
```

WERNER BRANDT        November 12, 2008
HIGHLY CONFIDENTIAL

Page 101

|  |  |
|--|--|
|  | 1 |
| 13:34:47 | 2 |
| 13:34:48 | 3 |
| 13:34:50 | 4 |
| 13:34:52 | 5 |
| 13:35:23 | 6 |
| 13:35:24 | 7 |
| 13:35:28 | 8 |
| 13:35:30 | 9 |
| 13:35:31 | 10 |
| 13:35:34 | 11 |
| 13:35:36 | 12 |
| 13:35:38 | 13 |
| 13:35:39 | 14 |
| 13:35:48 | 15 |
| 13:36:09 | 16 |
| 13:36:13 | 17 |
| 13:36:16 | 18 |
| 13:36:18 | 19 |
| 13:36:22 | 20 |
| 13:36:23 | 21 |
| 13:36:46 | 22 |

13:36:47  23        Q.    The PowerPoint attachment to

13:36:49  24    Exhibit 449 is titled "Business Case

13:36:54  25    January 7, 2005 TomorrowNow."

|           |    |                                          |
|-----------|----|------------------------------------------|
|           | 1  | WERNER BRANDT - HIGHLY CONFIDENTIAL      |
| 13:37:05  | 2  | A.    I have a question.  Are these      |
| 13:37:07  | 3  | two the same (in English)?               |
| 13:37:09  | 4  | Q.    Yes.                               |
| 13:37:10  | 5  | A.    So I can look to this one (in      |
| 13:37:11  | 6  | English).                                |
| 13:37:11  | 7  | Q.    Except I used the numbers on       |
| 13:37:13  | 8  | had one.                                 |
| 13:37:13  | 9  | A.    It's easier for me to read (in     |
| 13:37:15  | 10 | English).                                |
| 13:37:15  | 11 | Q.    Okay.                              |
| 13:37:23  | 12 | Is this the business case that           |
| 13:37:24  | 13 | you had discussed with Mr. Shenkman about|
| 13:37:26  | 14 | two days earlier in the e-mail that we   |
| 13:37:29  | 15 | discussed, where you said, "Since the due|
| 13:37:30  | 16 | diligence is going to be short, you have to|
| 13:37:32  | 17 | address things in the business case."    |
| 13:38:10  | 18 | A.    Yes.                               |
| 13:38:11  | 19 | Q.    You had asked him in that          |
| 13:38:13  | 20 | e-mail, Exhibit 448, to include proposed |
| 13:38:16  | 21 | procedures to address the risks of the   |
| 13:38:19  | 22 | acquisition, right?                      |
| 13:38:23  | 23 | A.    Yes, (in English).                 |
| 13:38:24  | 24 | Q.    I presume you were looking for     |
| 13:38:26  | 25 | those procedures when you read this?     |

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 103

| | 1 | WERNER BRANDT - HIGHLY CONFIDENTIAL |
|---|---|---|
| 13:38:38 | 2 | A.    Yes. |
| 13:38:39 | 3 | |
| 13:38:41 | 4 | |
| 13:38:50 | 5 | |
| 13:38:51 | 6 | |
| 13:39:02 | 7 | |
| 13:39:02 | 8 | |
| 13:39:10 | 9 | |
| 13:39:11 | 10 | |
| 13:39:11 | 11 | |
| 13:39:13 | 12 | |
| 13:39:15 | 13 | |
| 13:39:18 | 14 | |
| 13:39:19 | 15 | |
| 13:39:21 | 16 | |
| 13:39:23 | 17 | |
| 13:39:24 | 18 | |
| 13:39:26 | 19 | |
| 13:39:27 | 20 | |
| 13:39:29 | 21 | |
| 13:39:34 | 22 | |
| 13:39:36 | 23 | |
| 13:39:37 | 24 | |
| 13:39:48 | 25 | |

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 113

```
             1
13:55:46     2
13:55:47     3
13:55:49     4
13:55:51     5
13:55:54     6
13:55:56     7
13:55:58     8
13:56:11     9
13:56:47    10
13:56:51    11
13:56:53    12
13:57:03    13
13:57:11    14
13:57:30    15
13:57:32    16
13:57:34    17
13:57:38    18
13:58:06    19
13:58:08    20
13:58:17    21
13:58:46    22          Q.    Could you turn to page 136132,
13:58:53    23       it's titled "SWOT Acquisition Analysis."
13:58:56    24          A.    Yes.
13:58:57    25          Q.    And that's an acronym for
```

WERNER BRANDT        November 12, 2008
HIGHLY CONFIDENTIAL

Page 114

1        WERNER BRANDT - HIGHLY CONFIDENTIAL

13:59:00  2    strengths, weaknesses, opportunities and

13:59:02  3    threats, correct?

13:59:14  4        A.    Yes, that's correct.

13:59:15  5        Q.    Under "Threats," it says,

13:59:19  6    quote:  "The access rights to the

13:59:21  7    PeopleSoft software is very likely to be

13:59:23  8    challenged by Oracle and past operating

13:59:28  9    issues may be a serious liability if Oracle

13:59:31 10    challenges (i.e. off-site production copies

13:59:35 11    and the form of delivery of regulatory

13:59:38 12    updates may be subject to Oracle

13:59:44 13    challenge)."

13:59:45 14            Did you read that?

13:59:45 15        A.    Yes, I did (in English).

13:59:46 16        Q.    Did this concern you?

14:00:05 17        A.    As I indicated earlier, we

14:00:07 18    discussed this, and we determined who is

14:00:09 19    responsible for the individual point

14:00:16 20    issues, and then it was delegated to the

14:00:18 21    appropriate board member, who then would

14:00:26 22    have had to ensure that the corrective

14:00:30 23    measures are taken if something was not in

14:00:35 24    order.

14:00:35 25        Q.    What did you understand was the

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 115

|  |  |
|---|---|
|  | 1 |
| 14:00:37 | 2 |
| 14:01:03 | 3 |
| 14:01:05 | 4 |
| 14:01:09 | 5 |
| 14:01:13 | 6 |
| 14:01:15 | 7 |
| 14:01:18 | 8 |
| 14:01:20 | 9 |
| 14:01:22 | 10 |
| 14:01:24 | 11 |
| 14:01:37 | 12 |
| 14:02:18 | 13 |
| 14:02:21 | 14 |
| 14:02:26 | 15 |
| 14:02:29 | 16 |
| 14:02:32 | 17 |
| 14:02:35 | 18 |
| 14:02:37 | 19 |
| 14:02:39 | 20 |
| 14:02:57 | 21 |
| 14:03:02 | 22 |
| 14:03:04 | 23 |
| 14:03:07 | 24 |
| 14:03:10 | 25 |

1        WERNER BRANDT - HIGHLY CONFIDENTIAL

2    reference to "off-site production copies"?

3        A.    As far as I can recall, the

4    issue was on which systems the software is

5    running.

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 119

|          |    |                                      |
|----------|----|--------------------------------------|
|          | 1  |                                      |
| 14:10:05 | 2  |                                      |
| 14:10:10 | 3  |                                      |
| 14:10:12 | 4  | What's the exhibit number on         |
| 14:10:14 | 5  | that?                                |
| 14:10:16 | 6  | MR. LANIER:  It's 513.               |
| 14:10:17 | 7  | MS. HOUSE:  Thank you.               |
| 14:10:18 | 8  | Q.   Exhibit 513.                    |
| 14:10:21 | 9  | A.   Yes (in English).               |
| 14:10:22 | 10 | Q.   If you look at page 186999 on   |
| 14:10:24 | 11 | that page, it appears to be the same as |
| 14:10:28 | 12 | 136133, it is a little easier to read. |
| 14:10:34 | 13 | In the first box under               |
| 14:10:36 | 14 | "Acquisition Structure," it says "SAP -- it |
| 14:10:36 | 15 | is different.                        |
| 14:10:45 | 16 | The one on 499 says, "SAP AG,        |
| 14:10:53 | 17 | or a wholly-owned affiliate acquires 100 |
| 14:10:56 | 18 | percent of the stock of TomorrowNow, Inc. |
| 14:10:58 | 19 | for cash, subject to representations and |
| 14:11:00 | 20 | warranties of the stockholders and   |
| 14:11:02 | 21 | appropriate indemnities."            |
| 14:11:03 | 22 | Do you see that?                     |
| 14:11:11 | 23 | A.   I see it, yes (in English).     |
| 14:11:15 | 24 | Q.   And that was the plan at that   |
| 14:11:17 | 25 | point in time?                       |

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 120

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | WERNER BRANDT - HIGHLY CONFIDENTIAL                 |
| 14:11:49 | 2  | A.     I think I can help you resolve            |
| 14:11:52 | 3  | this.  The document that is in the portrait      |
| 14:11:56 | 4  | format is the earlier document, and the          |
| 14:12:00 | 5  | document in the landscape format is the          |
| 14:12:02 | 6  | later document.                                  |
| 14:12:04 | 7  | In the earlier document, it                      |
| 14:12:07 | 8  | still reflects SAP AG, and the later             |
| 14:12:11 | 9  | document already reflects that one of the        |
| 14:12:13 | 10 | subsidiaries of SAP AG would acquire the         |
| 14:12:24 | 11 | company TomorrowNow.                             |
| 14:12:25 | 12 | Q.     Just for the record, the                  |
| 14:12:29 | 13 | landscape format --                              |
| 14:12:38 | 14 | THE VIDEOGRAPHER:  I'm sorry,                     |
| 14:12:39 | 15 | the power got kicked out again.                  |
| 14:13:15 | 16 | (Discussion off the record.)                     |
| 14:13:15 | 17 | THE VIDEOGRAPHER:  Returning to                  |
| 14:13:16 | 18 | the record at 2:12 from 2:11.                    |
| 14:13:19 | 19 | Q.     The second box in both of these           |
| 14:13:21 | 20 | documents reads:  "SAP will leave the Texas      |
| 14:13:26 | 21 | corporation in existence as a liability          |
| 14:13:29 | 22 | shield for any potential claims."                |
| 14:13:31 | 23 | Do you see that?                                 |
| 14:13:42 | 24 | A.     I see that (in English).                  |
| 14:13:43 | 25 | Q.     Whose idea was that?                       |

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 121

|          | 1  | WERNER BRANDT – HIGHLY CONFIDENTIAL |
| 14:13:54 | 2  | A.    I can't nail that down to one |
| 14:13:56 | 3  | person, but that was the idea. |
| 14:13:57 | 4  | Q.    You were involved in that |
| 14:13:58 | 5  | decision? |
| 14:14:06 | 6  | A.    The entire board of SAP AG was |
| 14:14:10 | 7  | involved in that decision. |
| 14:14:13 | 8  | |
| 14:14:17 | 9  | |
| 14:14:20 | 10 | |
| 14:14:23 | 11 | |
| 14:14:41 | 12 | |
| 14:14:42 | 13 | |
| 14:14:43 | 14 | |
| 14:14:45 | 15 | |
| 14:14:47 | 16 | |
| 14:14:55 | 17 | |
| 14:14:56 | 18 | |
| 14:15:33 | 19 | |
| 14:15:34 | 20 | |
| 14:15:37 | 21 | |
| 14:15:39 | 22 | |
| 14:15:42 | 23 | |
| 14:15:57 | 24 | |
| 14:16:00 | 25 | |

WERNER BRANDT        November 12, 2008
HIGHLY CONFIDENTIAL

Page 123

| | |
|---|---|
| | 1 |
| 14:17:50 | 2 |
| 14:17:54 | 3 |
| 14:18:41 | 4 |
| 14:18:42 | 5 |
| 14:18:44 | 6 |
| 14:18:49 | 7 |
| 14:18:51 | 8 |
| 14:18:54 | 9 |
| 14:18:57 | 10 |
| 14:19:00 | 11 |
| 14:19:03 | 12 |
| 14:19:46 | 13 |
| 14:19:49 | 14 |
| 14:19:54 | 15 |
| 14:19:56 | 16 |
| 14:19:59 | 17 |
| 14:20:03 | 18 |
| 14:20:06 | 19 |
| 14:20:09 | 20 |
| 14:20:12 | 21 |
| 14:20:15 | 22 |
| 14:20:19 | 23 |
| 14:20:21 | 24 |
| 14:20:21 | 25 |

Q.    Just so that the Court and the
jury understands, SAP's exposure to an
Oracle lawsuit based on TomorrowNow's
service delivery practices were considered
in deciding how to structure the company on
a going-forward basis, correct?

A.    It was something that was taken
into account when the structure was
established, determined.

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 208

|  |  |
|---|---|
|  | 1 |
| 17:15:57 | 2 |
| 17:16:13 | 3 |
| 17:16:15 | 4 |
| 17:16:16 | 5 |
| 17:16:17 | 6 |
| 17:16:19 | 7 |
| 17:16:22 | 8 |
| 17:16:25 | 9 |
| 17:16:27 | 10 |
| 17:16:31 | 11 |
| 17:16:48 | 12 |
| 17:17:09 | 13 |
| 17:17:12 | 14 |
| 17:17:17 | 15 |
| 17:17:19 | 16 |
| 17:17:23 | 17 |
| 17:17:25 | 18 |
| 17:17:27 | 19 |
| 17:17:44 | 20 |
| 17:17:46 | 21 |

17:17:48  22        Q.    Now, five days later, you and

17:17:50  23    Mr. Oswald decided who would be on the

17:17:53  24    TomorrowNow board, correct?

17:18:05  25        A.    I can't recall the date, but we

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 209

1          WERNER BRANDT - HIGHLY CONFIDENTIAL

17:18:06  2     came to a conclusion at any point in time

17:18:11  3     (in English).

17:18:11  4          Q.    Let's remind you of the date.

17:18:15  5     I'm showing you Exhibit 252, which is

17:18:19  6     SAP-OR 00123089.  It's an e-mail chain

17:18:24  7     dated January 24, 2005, and it is two

17:18:36  8     e-mails.

17:18:40  9               The first e-mail was from

17:18:42 10     Mr. Mackey, and he indicates:  "The

17:18:48 11     following individuals have been nominated

17:18:50 12     by Gerd and Werner to be board members of

17:18:54 13     TomorrowNow:  Bernd Welz, Mark White, and

17:19:00 14     Andrew Nelson."

17:19:09 15               Does that refresh your

17:19:10 16     recollection?

17:19:10 17          A.    I remember now having seen this

17:19:15 18     document (in English).

17:19:16 19          Q.    Did you and Mr. Oswald have the

17:19:19 20     ability by yourself to make the

17:19:21 21     determination who was going to be on

17:19:23 22     TomorrowNow's board?

17:19:35 23          A.    Yes.

17:19:35 24          Q.    And Mr. Welz was senior vice

17:19:38 25     president at SAP AG in Mr. Oswald's service

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 210

```
          1        WERNER BRANDT - HIGHLY CONFIDENTIAL
17:19:41  2    group, correct?
17:19:44  3        A.    I can't remember his title, but
17:20:02  4    he did work for Mr. Oswald.  He did report
17:20:05  5    to Mr. Oswald.
17:20:07  6        Q.    Who was Mr. White?
17:20:28  7        A.    He was the regional CFO for SAP
17:20:31  8    America until February or March of this
17:20:44  9    year.
17:20:52 10              What is this year?
17:20:54 11        Q.    This is just after the
17:20:55 12    acquisition, this is 2005.
17:21:14 13        A.    As far as I remember, he was
17:21:15 14    the regional CFO for SAP America until
17:21:22 15    sometime in 2004.
17:21:25 16              Sorry, I have to step back (in
17:21:32 17    English).
17:21:33 18              I think at that point in time,
17:21:40 19    he was the regional CFO for SAP America.
17:21:46 20              Sorry for the confusion (in
17:21:47 21        English).
17:21:47 22        Q.    No worries.
17:21:48 23              And he was also an SAP America
17:21:50 24    board member at that point?
17:21:58 25        A.    I don't think so.
```

WERNER BRANDT        November 12, 2008
HIGHLY CONFIDENTIAL

Page 211

1        WERNER BRANDT - HIGHLY CONFIDENTIAL

17:22:05   2        Q.    So the board consisted of a

17:22:07   3    senior manager from SAP AG, a senior

17:22:10   4    manager from SAP America, and a senior

17:22:14   5    manager from TomorrowNow, correct?

17:22:26   6              MR. LANIER:   Object.   Assumes

17:22:27   7        facts not in evidence.

17:22:28   8              Go ahead.

17:22:32   9        A.    That's correct.

17:22:37   10       Q.    Why were these individuals

17:22:39   11   chosen?

17:23:12   12       A.    I chose Mark White because as

17:23:17   13   the CFO for SAP America, he had the right

17:23:20   14   profile to safeguard that the financial tax

17:23:27   15   aspects would be properly supervised.

17:23:34   16       Q.    Mr. Oswald chose Mr. Welz,

17:23:37   17   correct?

17:23:37   18       A.    Yes (in English).

17:23:40   19       Q.    I can ask him why.

17:23:42   20              You don't know why he chose

17:23:43   21   him?

17:23:44   22       A.    It would be good if you asked

17:23:49   23   him, yes.

17:23:49   24       Q.    And the reference to Brad in

17:23:52   25   the top e-mail, is that Brad Brubaker?

WERNER BRANDT          November 12, 2008
HIGHLY CONFIDENTIAL

Page 212

```
              1        WERNER BRANDT - HIGHLY CONFIDENTIAL
17:23:56      2        A.     Yes.
17:23:56      3        Q.     What's his role?
17:24:05      4        A.     He is the general counsel of
17:24:06      5    SAP America.
17:24:08      6
17:24:09      7
17:24:19      8
17:24:19      9
17:24:22     10
17:24:26     11
17:24:27     12
17:24:28     13
17:24:41     14
17:24:42     15
17:24:45     16
17:24:46     17
17:24:49     18
17:24:58     19
17:25:03     20
17:25:03     21
17:25:05     22
17:25:06     23
17:25:06     24
17:25:07     25
```

1

2                    C E R T I F I C A T E

3   STATE OF NEW YORK    )

4                              : ss.

5   COUNTY OF NEW YORK   )

6

7            I, JACK FINZ, a Certified Shorthand

8   Reporter and Notary Public within and for the

9   State of New York, do hereby certify:

10           That WERNER BRANDT, the witness whose

11  deposition is hereinbefore set forth, was duly

12  sworn by me and that such deposition is a true

13  record of the testimony given by the witness.

14           I further certify that I am not

15  related to any of the parties to this action by

16  blood or marriage, and that I am in no way

17  interested in the outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto

19  set my hand this 17th day of November, 2008.

20

21                    _____

22                    JACK FINZ, C.S.R.

23

24

25

WERNER BRANDT - HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ORACLE CORPORATION, a Delaware)
Corporation, ORACLE USA, INC.,)Case No.
a Colorado corporation, and  )07-CV-01658 PJH (EDL)
ORACLE INTERNATIONAL          )
CORPORATION, a California     )
corporation,                  )
                              )
            Plaintiffs,       )
                              )
        vs.                   )
                              )
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW,     )
INC., a Texas corporation,    )
and DOES 1-50, inclusive,     )
                              )
            Defendants.       )
------------------------------)
                    Thursday, November 13, 2008
                    8:39 a.m.
                    (Volume 2)



        Continued Highly Confidential
    Videotaped Deposition of WERNER
    BRANDT, held at the offices of Bingham
    McCutchen, LLP, 399 Park Avenue, New
    York, New York 10022, pursuant to
    Notice, before Otis Davis, a Notary
    Public of the State of New York.

WERNER BRANDT     November 13, 2008
HIGHLY CONFIDENTIAL

Page 282

           1

10:50:32  2

10:50:34  3

10:51:12  4

10:51:15  5

10:51:17  6

10:51:21  7

10:51:23  8

10:51:25  9      Q.    At any rate, there was a board

10:51:27 10  approval of an additional 94 full-time

10:51:31 11  employees based on the minutes.

10:51:32 12        Do you recall that that

10:51:33 13  occurred?

10:51:55 14      A.    I don't recall specifically,

10:52:03 15  but based on this format here, it looks

10:52:05 16  like it from the board meeting.

10:52:11 17      Q.    And you were the sponsor?

10:52:34 18      A.    I'm responsible for increases

10:52:37 19  in budget; therefore, I'm responsible, in

10:52:41 20  addition to the person responsible for the

10:52:46 21  board presentation, for the business.

10:52:53 22      Q.    The increase was to move

10:52:56 23  towards the globalization that you had

10:52:57 24  spoken about to increase the revenues from

10:53:01 25  expanding TomorrowNow's business, correct?

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 283

|          |    |                                            |
|----------|----|--------------------------------------------|
|          | 1  | WERNER BRANDT - HIGHLY CONFIDENTIAL        |
| 10:53:32 | 2  | A.    According to my recollection,        |
| 10:53:34 | 3  | that was one of the reasons for the        |
| 10:53:36 | 4  | approval of additional investment.         |
| 10:53:40 | 5  | Q.    And do you recall any other          |
| 10:53:41 | 6  | reasons?                                   |
| 10:53:51 | 7  | A.    Yes, to properly operate the         |
| 10:53:59 | 8  | operative business of TomorrowNow.         |
| 10:54:04 | 9  |                                            |
| 10:54:06 | 10 |                                            |
| 10:54:07 | 11 |                                            |
| 10:54:08 | 12 |                                            |
| 10:54:11 | 13 |                                            |
| 10:54:28 | 14 |                                            |
| 10:54:39 | 15 |                                            |
| 10:54:40 | 16 |                                            |
| 10:54:41 | 17 |                                            |
| 10:54:42 | 18 |                                            |
| 10:54:46 | 19 |                                            |
| 10:54:48 | 20 |                                            |
| 10:54:52 | 21 |                                            |
| 10:55:10 | 22 |                                            |
| 10:55:15 | 23 |                                            |
| 10:55:18 | 24 |                                            |
| 10:55:24 | 25 |                                            |

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 309

|  |  |
|--|--|
| | 1 |
| 11:53:23 | 2 |
| 11:53:26 | 3 |
| 11:53:29 | 4 |
| 11:53:31 | 5 |
| 11:53:39 | 6 |
| 11:53:40 | 7 |
| 11:53:42 | 8 |
| 11:53:45 | 9 |
| 11:53:47 | 10 |
| 11:53:49 | 11 |
| 11:54:16 | 12 |

11:54:19  13      Q.    Without having the personnel to

11:54:20  14    develop the necessary service-related

11:54:23  15    intellectual property, how did you

11:54:25  16    understand that TomorrowNow was able to

11:54:28  17    service -- provide superior service at half

11:54:33  18    the price?

11:54:33  19           MR. LANIER:   Object.

11:54:34  20      Argumentative.   Assumes facts not in

11:54:36  21      evidence.   Counterfactual again.

11:54:38  22           Translate, he can answer.

11:54:47  23      A.    At the time, I did not know

11:55:17  24    that TomorrowNow did not have the number of

11:55:20  25    employees that it required to perform these

WERNER BRANDT    November 13, 2008
HIGHLY CONFIDENTIAL

Page 310

```
            1       WERNER BRANDT - HIGHLY CONFIDENTIAL
11:55:24    2   services.
11:55:26    3       Q.    In analyzing what headcount was
11:55:30    4   needed immediately after the acquisition,
11:55:34    5   did you learn that?
11:55:44    6       A.    No.
11:55:45    7       Q.    Did you ever learn that?
11:55:53    8       A.    It wasn't my job to find that
11:55:54    9   out.
11:55:55   10       Q.    That job belonged to
11:55:57   11   Mr. Oswald?
11:56:02   12       A.    That's his area of
11:56:04   13   responsibility.
11:56:07   14
11:56:09   15
11:56:12   16
11:56:25   17
11:56:30   18
11:56:32   19
11:56:35   20
11:56:38   21
11:56:40   22
11:56:44   23
11:56:51   24
11:56:53   25
```

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 342

```
                  1
13:35:00    2
13:35:01    3
13:35:02    4
13:35:04    5
13:35:17    6
13:35:20    7
13:35:22    8
13:35:26    9
13:35:28   10
13:35:32   11
13:35:45   12
13:35:46   13
13:35:47   14
13:35:51   15
13:35:55   16
13:35:58   17
13:36:00   18
13:36:00   19
13:36:01   20
13:36:01   21
13:36:03   22        Q.    Let's go back to the second
13:36:04   23   item listed in the answer to Interrogatory
13:36:08   24   number 4 in Exhibit 522 which is supposed
13:36:12   25   to set forth the efforts undertaken by the
```

WERNER BRANDT        November 13, 2008
HIGHLY CONFIDENTIAL

Page 343

```
         1      WERNER BRANDT - HIGHLY CONFIDENTIAL
13:36:14 2      SAP AG executive board of directors to
13:36:17 3      ensure that TomorrowNow didn't violate any
13:36:20 4      Oracle intellectual property.
13:36:23 5               That second item is on page 15
13:36:27 6      starting at line 25, and it reads, quote:
13:36:35 7      "By March 2005, the SAP AG Executive Board
13:36:39 8      issued a directive to TomorrowNow's
13:36:42 9      management to remove customer local
13:36:45 10     environments from TomorrowNow computers.
13:36:48 11     On behalf of SAP AG's Executive Board,
13:36:52 12     Thomas Ziemen instructed TomorrowNow CEO
13:36:56 13     Andrew Nelson to evaluate and implement
13:36:59 14     removal of customer local environments from
13:37:02 15     TomorrowNow computers.  In response to this
13:37:10 16     direction, TomorrowNow initiated a project
13:37:12 17     to investigate removal of customer local
13:37:15 18     environments from TomorrowNow computers.
13:37:16 19     Some have referred to this project as
13:37:20 20     'Project Blue.'  Periodically, Andrew
13:37:24 21     Nelson will communicate the status of the
13:37:27 22     project to Thomas Ziemen," unquote.
13:37:31 23               Now, you were a member of the
13:37:32 24     executive board referenced as having issued
13:37:35 25     this directive, correct?
```

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 344

|  |  |  |
|---|---|---|
|  | 1 | WERNER BRANDT - HIGHLY CONFIDENTIAL |
| 13:37:49 | 2 | A.    Yes. |
| 13:37:49 | 3 | Q.    The reason that the SAP |
| 13:37:50 | 4 | executive board decided to issue this |
| 13:37:54 | 5 | directive was what? |
| 13:38:04 | 6 | MR. LANIER:  Object to that |
| 13:38:07 | 7 | question as phrased.  Calls for |
| 13:38:08 | 8 | attorney-client communications in the |
| 13:38:09 | 9 | analysis. |
| 13:38:10 | 10 | Mr. Brandt, you can answer it |
| 13:38:11 | 11 | with the same sort of business |
| 13:38:13 | 12 | discussion level we've been talking |
| 13:38:15 | 13 | about on other topics, but don't |
| 13:38:16 | 14 | disclose advice or analysis from the |
| 13:38:19 | 15 | lawyers. |
| 13:38:40 | 16 | A.    As far as I recall, and that |
| 13:38:42 | 17 | was the question, to adequately design, |
| 13:38:56 | 18 | align the operative business model of |
| 13:38:58 | 19 | TomorrowNow, and that included, just like |
| 13:39:16 | 20 | it says in here, that the customer |
| 13:39:20 | 21 | environments don't run on TomorrowNow |
| 13:39:23 | 22 | computers. |
| 13:39:32 | 23 | Q.    Was there any analysis |
| 13:39:33 | 24 | undertaken to assess the cost of removing |
| 13:39:35 | 25 | these items from TomorrowNow's computers? |

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 345

1          WERNER BRANDT - HIGHLY CONFIDENTIAL

13:40:15   2          A.     As far as I recall, yes, but

13:40:17   3     that was not related to the decision of the

13:40:21   4     SAP board, SAP AG board.

13:40:25   5          Q.     The analysis occurred after

13:40:27   6     this decision; is that right?

13:40:36   7          A.     That's the way I recall it.

13:40:38   8          Q.     Do you recall when the analysis

13:40:40   9     was done?

13:40:53   10         A.     No, because the analysis was

13:40:55   11    done by TomorrowNow.

13:40:57   12         Q.     Did you receive a copy?

13:41:09   13         A.     I can't rule it out, but I

13:41:11   14    don't recall it specifically.

13:41:15   15         Q.     Was anyone at SAP charged with

13:41:21   16    working with TomorrowNow to achieve this

13:41:24   17    removal?

13:41:45   18         A.     If then, that would have been

13:41:47   19    in the area of Gerd Oswald.

13:41:53   20

13:41:54   21

13:41:57   22

13:42:02   23

13:42:05   24

13:42:29   25

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 349

| | |
|---|---|
| | 1 |
| 13:48:54 | 2 |
| 13:48:56 | 3 |
| 13:48:59 | 4 |
| 13:49:04 | 5 |
| 13:49:07 | 6 |
| 13:49:08 | 7 |
| 13:49:12 | 8 |
| 13:49:16 | 9 |
| 13:49:19 | 10 |
| 13:49:52 | 11 |
| 13:49:57 | 12 |
| 13:49:59 | 13 |
| 13:50:02 | 14 |
| 13:50:04 | 15 |
| 13:50:05 | 16 |
| 13:50:06 | 17 |
| 13:50:08 | 18 |

13:50:37  19        A.    We already discussed the

13:50:39  20    directive earlier, and the directive is

13:50:41  21    listed in Exhibit 522.

13:50:50  22              And, generally, the way it

13:50:52  23    works is that when decisions are made on

13:50:55  24    the board, regardless of whether the board

13:51:02  25    actually met in person, that responsibility

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 350

```
            1       WERNER BRANDT - HIGHLY CONFIDENTIAL
13:51:13    2   board member then gives these directives to
13:51:16    3   his organization.
13:51:19    4       Q.    So, again, in this case, it
13:51:21    5   would be Mr. Oswald, correct?
13:51:25    6       A.    That's correct.
13:51:26    7       Q.    And do you have any
13:51:28    8   understanding whether what was conveyed
13:51:32    9   indicated where the local environments
13:51:35   10   would go once they were removed from
13:51:38   11   TomorrowNow?
13:52:07   12       A.    My understanding was that it
13:52:09   13   would then be transferred back to the
13:52:12   14   system environment of the customers.
13:52:17   15       Q.    What was your understanding of
13:52:19   16   the going-forward plan to implement this
13:52:24   17   March 2005 executive board directive to
13:52:27   18   remove customer local environments from the
13:52:29   19   TomorrowNow computers?
13:52:31   20           MR. LANIER:  Object.  Assumes
13:52:33   21       facts not in evidence.
13:52:34   22           Go ahead.
13:53:03   23       A.    My understanding was that the
13:53:07   24   management team of TomorrowNow would
13:53:09   25   immediately implement this.
```

WERNER BRANDT      November 13, 2008
HIGHLY CONFIDENTIAL

Page 351

|  |  |
|---|---|
|  | 1  WERNER BRANDT - HIGHLY CONFIDENTIAL |
| 13:53:12 | 2  Q.   Who told you that? |
| 13:53:23 | 3  A.   I said that that's my |
| 13:53:24 | 4  understanding.  I'm saying that because |
| 13:53:29 | 5  board decisions are then implemented once |
| 13:53:32 | 6  they have been made. |
| 13:53:33 | 7  Q.   Any other reason? |
| 13:53:37 | 8  A.   No. |
| 13:53:40 | 9 |
| 13:53:45 | 10 |
| 13:53:58 | 11 |
| 13:54:01 | 12 |
| 13:54:06 | 13 |
| 13:54:07 | 14 |
| 13:54:09 | 15 |
| 13:54:13 | 16 |
| 13:54:17 | 17 |
| 13:54:35 | 18 |
| 13:54:36 | 19 |
| 13:54:38 | 20 |
| 13:54:39 | 21 |
| 13:54:41 | 22 |
| 13:54:42 | 23 |
| 13:54:52 | 24 |
| 13:54:55 | 25 |

WERNER BRANDT        November 13, 2008
HIGHLY CONFIDENTIAL

Page 353

```
            1
13:56:39    2
13:56:41    3
13:56:44    4
13:56:45    5
13:56:47    6
13:56:51    7
13:56:53    8            Was there anybody prior to July
13:56:55    9   2007 involved in managing TomorrowNow's
13:56:58   10   operations and compliance programs?
13:57:18   11        A.    If that was the case, then it
13:57:30   12   would have been from Gerd Oswald's area.
13:57:42   13
13:57:44   14
13:57:46   15
13:58:01   16
13:58:03   17
13:58:05   18
13:58:10   19
13:58:19   20
13:58:30   21
13:58:32   22
13:58:32   23
13:58:34   24
13:58:45   25
```

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 364

```
                 1
14:17:07         2
14:17:11         3
14:17:14         4
14:17:36         5
14:17:37         6
14:17:38         7
14:17:40         8
14:18:04         9
14:18:06        10
14:18:17        11
14:18:18        12
14:18:20        13
14:18:22        14
14:18:30        15      Q.    Let's discuss the timing of the
14:18:32        16   actions referenced in this interrogatory
14:18:34        17   response.
14:18:41        18            The dates that you've seen in
14:18:42        19   this response for the actions are all
14:18:44        20   correct; is that right?
14:19:01        21      A.    I can't judge that.
14:19:04        22      Q.    Do you have any reason to
14:19:05        23   disagree with the dates that are in this
14:19:08        24   response from the company?
14:19:21        25      A.    No, there is no reason.
```

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 365

                    1      WERNER BRANDT - HIGHLY CONFIDENTIAL

14:19:31   2          Q.    So the only directive was March

14:19:33   3    of 2005, but it took until August 2007, 29

14:19:39   4    months later, for the board to reissue the

14:19:41   5    directive that the environments should be

14:19:44   6    moved off of the TomorrowNow servers,

14:19:47   7    correct?

14:20:15   8          A.    Yes, that's correct.

14:20:16   9          Q.    And then the customer

14:20:19  10    environments on the TomorrowNow computers

14:20:21  11    are referenced as being shut down

14:20:23  12    permanently on April 30, 2008, which is

14:20:26  13    nine months after the board issued a second

14:20:29  14    directive to get that IP off of

14:20:32  15    TomorrowNow's servers, right?

14:21:13  16          A.    That's correct.

14:21:18  17          Q.    And Oracle filed its lawsuit in

14:21:20  18    March of 2007. Do you recall that?

14:21:31  19          A.    Yes.

14:21:32  20          Q.    So it took over a year after

14:21:34  21    Oracle filed its lawsuit to remove the

14:21:38  22    customer local environments off of

14:21:39  23    TomorrowNow's computers, right?

14:21:53  24          A.    That's correct.

14:21:55  25          Q.    And TomorrowNow is still

WERNER BRANDT     November 13, 2008
HIGHLY CONFIDENTIAL

Page 366

|  |  |  |
|---|---|---|
|  | 1 | WERNER BRANDT - HIGHLY CONFIDENTIAL |
| 14:21:57 | 2 | servicing its customers using these |
| 14:22:00 | 3 | customer local environments on its servers |
| 14:22:03 | 4 | after the lawsuit until they were finally |
| 14:22:05 | 5 | removed, correct? |
| 14:22:11 | 6 | A.    That's correct. |
| 14:22:26 | 7 |  |
| 14:22:31 | 8 |  |
| 14:22:34 | 9 |  |
| 14:22:36 | 10 |  |
| 14:22:53 | 11 |  |
| 14:22:53 | 12 |  |
| 14:23:06 | 13 |  |
| 14:23:09 | 14 |  |
| 14:23:18 | 15 |  |
| 14:23:20 | 16 |  |
| 14:23:22 | 17 |  |
| 14:23:37 | 18 |  |
| 14:23:48 | 19 |  |
| 14:23:49 | 20 |  |
| 14:23:52 | 21 |  |
| 14:23:54 | 22 |  |
| 14:24:08 | 23 |  |
| 14:24:13 | 24 |  |
| 14:24:14 | 25 |  |

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 383

```
            1
15:07:43    2
15:07:44    3
15:07:46    4
15:07:47    5
15:07:49    6
15:07:51    7
15:07:51    8
15:08:00    9
15:08:05   10
15:08:07   11
15:08:08   12
15:08:08   13
15:08:17   14
15:08:20   15
15:08:23   16        Q.    Mr. White told Mr. McDermott
15:08:25   17   that he had spoken to you and told you he
15:08:27   18   would do the role.
15:08:28   19             And that was the role that we
15:08:29   20   talked about before in connection with
15:08:31   21   TomorrowNow; is that right?
15:08:47   22        A.    That's correct.
15:08:49   23        Q.    And he indicates that the
15:08:51   24   position would report to you.  And you
15:08:53   25   explained from that point forward Mr. White
```

WERNER BRANDT          November 13, 2008
HIGHLY CONFIDENTIAL

Page 384

```
                1      WERNER BRANDT - HIGHLY CONFIDENTIAL
15:08:57        2    reported to you in connection with
15:08:58        3    TomorrowNow, correct?
15:09:15        4        A.    That's correct.
15:09:25        5
15:09:28        6
15:09:30        7
15:09:33        8
15:09:35        9
15:09:39       10
15:10:12       11
15:10:14       12
15:10:18       13
15:10:21       14
15:10:40       15
15:10:43       16
15:10:47       17
15:10:50       18
15:10:54       19
15:10:55       20
15:11:06       21
15:11:08       22
15:11:10       23
15:11:19       24
15:11:21       25
```

1

2                       C E R T I F I C A T E

3    STATE OF NEW YORK        )

4                            : ss.

5    COUNTY OF NEW YORK       )

6

7              I, OTIS DAVIS, a Notary Public

8         within and for the State of New York,

9         do hereby certify:

10             That WERNER BRANDT, the witness

11        whose deposition is hereinbefore set

12        forth, was duly sworn by me and that

13        such deposition is a true record of

14        the testimony given by the witness.

15             I further certify that I am not

16        related to any of the parties to this

17        action by blood or marriage, and that

18        I am in no way interested in the

19        outcome of this matter.

20             IN WITNESS WHEREOF, I have hereunto

21        set my hand this 17th day of November 2008.

22

23                       _____

24                            OTIS DAVIS

25

Page 438

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

- - - - - - - - - - - - - - - - -
ORACLE CORPORATION, a Delaware   )
corporation, ORACLE USA, INC.,   )
a Colorado corporation, and      )
ORACLE INTERNATIONAL CORPORATION,)
a California corporation,        )
                                 )
                Plaintiffs,      )
                                 )
        vs                       )  Case No.
                                 )  07-CV-01658 PJH (EDL)
                                 )
SAP AG, a German corporation,    )
SAP AMERICA, INC., a Delaware    )
corporation, TOMORROWNOW, INC.,  )
a Texas corporation, and         )
DOES 1-50, inclusive,            )
                                 )
                Defendants       )
                                 )
- - - - - - - - - - - - - - - - -


VIDEOTAPED DEPOSITION OF MR. WERNER BRANDT

VOLUME III

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY


Tuesday, October 20, 2009
AT: 9:06 a.m.


Taken at:

Bingham McCutchen (London) LLP
41 Lothbury
London, EC2R 7HF
United Kingdom

Court Reporter:

JUDITH WHITE

WERNER BRANDT   October 20, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 461

| | | |
|---|---|---|
| 09:48:21 | 1 | |
| 09:48:25 | 2 | |
| 09:48:27 | 3 | |
| 09:48:33 | 4 | |
| 09:48:35 | 5 | |
| 09:48:38 | 6 | |
| 09:48:41 | 7 | |
| 09:48:57 | 8 | |
| 09:49:06 | 9 | |
| 09:49:08 | 10 | |
| 09:49:18 | 11 | |
| 09:49:20 | 12 | |
| 09:49:24 | 13 | |
| 09:49:26 | 14 | |
| 09:49:32 | 15 | |
| 09:49:34 | 16 | |
| 09:49:36 | 17 | |
| 09:49:39 | 18 | |
| 09:49:44 | 19 | Q.   After the start of this litigation, which |
| 09:49:46 | 20 | was March 22nd, 2007, did you have any role with regard |
| 09:49:52 | 21 | to TomorrowNow? |
| 09:50:12 | 22 | A.   Yes. |
| 09:50:13 | 23 | Q.   What was that role? |
| 09:50:37 | 24 | A.   Well, from the viewpoint of the executive |
| 09:50:39 | 25 | board, I took on responsibility for the litigation and |

WERNER BRANDT    October 20, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 462

| | | |
|---|---|---|
| 09:50:43 | 1 | all the questions concerning TomorrowNow. |
| 09:50:48 | 2 | Q.   What was Mark White's role with respect to |
| 09:50:50 | 3 | TomorrowNow after this litigation began? |
| 09:51:08 | 4 | A.   I asked him to take on the role of |
| 09:51:10 | 5 | president of TomorrowNow. |
| 09:51:15 | 6 | Q.   Why? |
| 09:51:17 | 7 | MR. LANIER:   Before you answer that, |
| 09:51:20 | 8 | Mr. Brandt, let me give you the following instruction: |
| 09:51:22 | 9 | you may answer that question as to any business or |
| 09:51:25 | 10 | operational considerations, but do not disclose the |
| 09:51:28 | 11 | contents of any communications with lawyers or any legal |
| 09:51:32 | 12 | advice. |
| 09:52:23 | 13 | THE WITNESS:   The litigation with Oracle was |
| 09:52:25 | 14 | reason enough to establish someone as a president who |
| 09:52:28 | 15 | would monitor and control the business activities of |
| 09:52:31 | 16 | TomorrowNow. |
| | 17 | BY MS. HANN: |
| 09:52:34 | 18 | Q.   Someone from SAP? |
| 09:52:37 | 19 | A.   Yes. |
| 09:52:41 | 20 | Q.   With respect to your role in charge of the |
| 09:52:44 | 21 | litigation and all questions regarding TomorrowNow for |
| 09:52:46 | 22 | the executive board, did you interact with Mr. White in |
| 09:52:49 | 23 | his role as president of TomorrowNow? |
| 09:53:09 | 24 | A.   Yes. |
| 09:53:10 | 25 | Q.   In what ways? |

WERNER BRANDT   October 20, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 463

| | | |
|---|---|---|
| 09:53:16 | 1 | MR. LANIER:  Mr. Brandt, before you answer |
| 09:53:17 | 2 | that, let me give an instruction that will apply to |
| 09:53:19 | 3 | questions on this topic so I don't have to keep |
| 09:53:23 | 4 | interrupting and repeating it:  you can answer |
| 09:53:27 | 5 | Ms. Hann's questions about operational or business |
| 09:53:29 | 6 | considerations.  Don't disclose in your discussions of |
| 09:53:33 | 7 | your interactions with Mr. White or anyone else the |
| 09:53:35 | 8 | contents of communications with lawyers or legal advice. |
| 09:54:07 | 9 | THE WITNESS:  Could you please once again |
| 09:54:09 | 10 | repeat the question? |
| | 11 | BY MS. HANN: |
| 09:54:13 | 12 | Q.  In what ways did you interact with |
| 09:54:16 | 13 | Mr. White in his role as president of TomorrowNow? |
| 09:54:35 | 14 | A.  We talked and we communicated via email. |
| 09:54:45 | 15 | Q.  Did you have to ratify his decisions? |
| 09:54:58 | 16 | MR. LANIER:  Calls for a legal conclusion. |
| 09:55:00 | 17 | Calls for speculation.  Go ahead. |
| 09:55:18 | 18 | THE WITNESS:  Well, basically, the situation |
| 09:55:20 | 19 | was like this:  I told him what needed to be implemented |
| 09:55:23 | 20 | at TomorrowNow, and when he made decisions, he of course |
| 09:55:36 | 21 | talked to me about those decisions in order to |
| 09:55:40 | 22 | coordinate them. |
| | 23 | BY MS. HANN: |
| 09:55:47 | 24 | Q.  Did he seek your approval of any |
| 09:55:49 | 25 | decisions? |

WERNER BRANDT    October 20, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 464

| | | |
|---|---|---|
| 09:56:02 | 1 | A.    From time to time, yes. |
| 09:56:04 | 2 | |
| 09:56:06 | 3 | |
| 09:56:20 | 4 | |
| 09:56:22 | 5 | |
| 09:56:24 | 6 | |
| 09:56:26 | 7 | |
| 09:56:56 | 8 | |
| 09:56:58 | 9 | |
| 09:57:01 | 10 | |
| 09:57:03 | 11 | |
| | 12 | |
| 09:57:09 | 13 | |
| 09:57:11 | 14 | |
| 09:57:21 | 15 | |
| 09:57:45 | 16 | |
| 09:57:47 | 17 | |
| 09:57:53 | 18 | |
| 09:57:56 | 19 | |
| | 20 | |
| | 21 | |
| 09:58:00 | 22 | |
| 09:58:02 | 23 | |
| 09:58:11 | 24 | |
| 09:58:17 | 25 | |

WERNER BRANDT    October 20, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 536

| 14:15:16 | 1 | |
|---|---|---|
| 14:15:17 | 2 | |
| 14:15:25 | 3 | |
| 14:15:26 | 4 | |
| 14:15:29 | 5 | |

14:15:35  6         Q.    At the time of the acquisition of

14:15:36  7    TomorrowNow by SAP in 2005, or shortly thereafter,

14:15:40  8    you knew that TomorrowNow had PeopleSoft and JDE

14:15:44  9    applications on its local systems; correct?

14:16:04  10        A.    That is correct.

14:16:04  11        Q.    At that time, the time of the acquisition

14:16:07  12   in 2005 or shortly thereafter, did you wonder if

14:16:11  13   TomorrowNow was running its copies of PeopleSoft and

14:16:15  14   JDE software in conjunction with a database of some

14:16:46  15   kind?

14:16:46  16        A.    Well, it was obvious that that was the

14:16:48  17   case.

14:16:50  18        Q.    Do you recall any discussions about that?

14:17:05  19        A.    No, not regarding specifically that topic.

14:17:08  20        Q.    I believe you previously testified in

14:17:11  21   November that in 2005 the board directed that the local

14:17:16  22   copies of Oracle software be removed from TomorrowNow's

14:17:20  23   systems; is that correct?

14:17:46  24        A.    That is correct, and that's also what we

14:17:47  25   discussed at this deposition.

WERNER BRANDT    October 20, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 537

14:17:51  1          Q.   Yes.  I wish to direct you at this time

14:17:54  2    just to the 2005 instructions, rather than the 2007

14:17:58  3    instructions.  Did this first set of instructions in

14:18:01  4    2005 also apply to copies of Oracle's database software?

14:18:32  5          A.   I don't remember that.

14:18:33  6          Q.   Should it have?  I'm sorry, were you still

14:18:39  7    speaking?

14:18:40  8          A.   I was finished.

14:18:41  9          Q.   Should it have applied to Oracle's

14:18:43  10   database software?

14:18:44  11         MR. LANIER:   Object.  Calls for a legal

14:18:45  12   conclusion.

14:18:58  13         THE WITNESS:   Fundamentally speaking, yes.

          14   BY MS. HANN:

14:19:00  15         Q.   And there was no reason that SAP would

14:19:01  16   have treated Oracle's database software differently from

14:19:04  17   its application software for the purposes of these

14:19:07  18   instructions?

14:19:34  19         A.   If what applies to application software

14:19:37  20   also applies to database software, then yes.

14:19:41  21

14:19:42  22

14:19:46  23

14:19:49  24

14:19:52  25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTER'S CERTIFICATE

I, Judith White, of Merrill Legal Solutions Pty Limited, do hereby certify that the foregoing testimony was recorded by me stenographically and thereafter transcribed by me, and that the foregoing transcript constitutes a full, true and accurate record of said examination of and testimony given by said witness, and of all other proceedings had during the taking of said deposition, and of the whole thereof, to the best of my ability.

I further certify that I am not a relative, employee or counsel of any of the parties of the within cause, nor am I an employee or relative of any counsel for the parties, nor am I in any way interested in the outcome of the within cause.

Signed _____  Dated 10/26/09

(Judith White)

547

Corrections to the Transcript of the Deposition of

Werner Brandt

Taken on November 12, 2008

Volume 1,  pages 1 - 223

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 14 | 12 | Ea langen | Erlangen |
| 16 | 13 | Aufsichstrat | Aufsichtsrat |
| 22 | 20 | SEC 20(f) | SEC 20-F |
| 22 | 22 | CCO | CEO |
| 30 | 5 | Muckich | Mucic |
| 41 | 24 | Hammond | Haarmann |
| 41 | 24 | Gaerhart Meier | Gerhard Maier |
| 65 | 3 and 4 | a residual variable, | the residual, |
| 65 | 7 | part | portion |
| 65 | 8 to 10 | delete " distributed... include IP " | allocated to the individually identifiable tangible and intangible net assets including IP |
| 75 | 25 | Adam | Arlen |
| 82 | 23 | board | executive board |
| 84 | 21 | board | executive board |
| 109 | 19 | supported | support at |
| 121 | 6 | board | executive board |
| 126 | 6 and 13 | board | executive board |
| 129 | 5 and 6 | | |
| 132 | 15 | | |
| 133 | 13, 16 and 18 | | |
| 152 | 20 | awhile | a while |
| 193 | 9 and 12 | board | executive board |

_____
**Witness Signature**

12/12/2008
**Date**

SVI-32042v1

Corrections to the Transcript of the Deposition of

**Werner Brandt**

Taken on November 12, 2008

Volume 1,  pages 1 - 223

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 197 | 5 | M and A | M & A |
| 206 | 21 | board | executive board |
| 210 | 8, 14, 19 | America | Americas |
| 211 | 14 | financial tax | financial and tax |
| 218 | 2 | M and A | M & A |

_____
**Witness Signature**

12/12/2008
_____
Date

## Corrections to the Transcript of the Deposition of

## Werner Brandt

### Taken on November 13, 2008

### Volume 2, pages 224 - 437

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 238 | 6 | gross | growth |
| 244 | 22 | on on | on |
| 254 | 7 | board | executive board |
| 259 | 20 | board | executive board |
| 261 | 18 | board | executive board |
| 264 | 7 | board | executive board |
| 272 | 12 | board | executive board |
| 281 | 6 | board | executive board |
| 282 | 7 and 16, 20 | board | executive board |
| 291 | 4 and 5 | board | executive board |
| 291 | 14 | processors | processes |
| 301 | 19 | employee | employees |
| 315 | 17 - 20 | , that employees... | delete sentence after ", that employees..." |
| 332 | 20 | a board | an executive board |
| 335 | 18 | board | executive board |
| 345 | 4 | board | executive board |
| 349 | 24 | board | executive board |
| 350 | 2 | board | executive board |
| 351 | 5 and 12 | board | executive board |
| 357 | 15 | board | executive board |
| 358 | 6 | meetings meetings | meetings |
| 361 | 25 | board | executive board |
| 362 | 6 | board | executive board |

_____
**Witness Signature**

12 / 12 / 2008
_____
**Date**

**Corrections to the Transcript of the Deposition of**

**Werner Brandt**

**Taken on November 13, 2008**

**Volume 2, pages 224 - 437**

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 375 | 12 | board | executive board |
| 378 | 15 | extreme | stream |
| 385 | 10 | are my Mark | are Mark |
| 387 | 6 | board | executive board |
| 396 | 16 | MR. BRANDT | MR. LANIER |
| 397 | 21 | board | executive board |
| 424 | 20 | wine down | wind down |

_____     _____
**Witness Signature**                         12/12/2008   **Date**

# Merrill Legal Solutions



INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below.  If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make and the reason.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line and return the Errata sheets to Merrill Legal Solutions at 135 Main Street, 4th Floor, San Francisco, CA 94105 or fax them to (415) 357.4301.

Errata sheet

Page   Line

448   21      Change: _a proposal for_

Reason: _translation_

451   17      Change: _decision proposal for_

Reason: _translation_

452   11      Change: _of the proposal to_

Reason: _translation_

| Page | Line | |
|------|------|---|
| 498 | 19 | Change: We did have to offer |
| | | Reason: grammar |
| 508 | 18 | Change: approve that |
| | | Reason: grammar |
| ___ | ___ | Change: ___ |
| | | Reason: ___ |
| ___ | ___ | Change: ___ |
| | | Reason: ___ |
| ___ | ___ | Change: ___ |
| | | Reason: ___ |
| ___ | ___ | Change: ___ |
| | | Reason: ___ |
| ___ | ___ | Change: ___ |
| | | Reason: ___ |

__X__ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

_Werer Leeut_
(signature)

_18. 11. 09_
(date)