# EXHIBIT 9

Dockets.Justia.com

Page 1

IN THE DISTRICT COURT OF THE UNITED STATES

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware

corporation, ORACLE USA, INC.,

a Colorado corporation, and ORACLE

INTERNATIONAL CORPORATION, a

California corporation,

        Plaintiffs,

  vs.                  Case No. 07-CV-1658 (PJH)

SAP AG, a German corporation,

SAP AMERICA, INC., a Delaware

Corporation, TOMORROWNOW, INC.,

A Texas corporation and

DOES 1-50, inclusive,

        Defendants.

_____

    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

    The Videotaped Deposition of MARK DELING,

    Taken at 187 Monroe Street, N.W.,

    Grand Rapids, Michigan,

    Commencing at 8:39 a.m.,

    Thursday, August 27, 2009,

    Before Renee J. Ogden, RPR, CSR-3455.

Case4:07-cv-01658-PJH   Document657-9   Filed03/03/10   Page3 of 6
MARK DELING    August 27, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

```
09:42:27   1
09:42:35   2
09:42:40   3
09:42:42   4
09:42:45   5
09:42:48   6
09:42:48   7
09:42:49   8
09:42:50   9
09:42:50  10
09:42:53  11   Q.   Why don't we do it this way:  What high level concerns
09:42:55  12        did you discuss with Mr. Ritchie with regard to Titan?
09:42:57  13                 MR. WILKES:  Objection, form.  Keep in my
09:43:04  14        mind my same instructions about privileged
09:43:04  15        information.
09:43:08  16   A.   Just concerns about if TomorrowNow had the right to
09:43:09  17        download those files.
09:43:09  18   BY MS. HANN:
09:43:10  19   Q.   Using Titan?
09:43:11  20                 MR. WILKES:  Objection, form.
09:43:11  21   A.   That is correct.
09:43:12  22   BY MS. HANN:
09:43:17  23   Q.   And you are speaking of files from Customer
09:43:17  24        Connection?
           25                 MR. WILKES:  Objection, form.
```

| | | | |
|---|---|---|---|
| 09:43:18 | 1 | A. | That is correct. |
| 09:43:24 | 2 | BY MS. HANN: | |
| 09:43:27 | 3 | Q. | Who in management was made aware of those concerns to |
| 09:43:27 | 4 | | your knowledge? |
| 09:43:31 | 5 | | MR. WILKES: Objection, form. Keep in my |
| 09:43:34 | 6 | | mind my same instruction about privileged information. |
| 09:43:35 | 7 | A. | Greg Nelson. |
| 09:43:36 | 8 | BY MS. HANN: | |
| 09:43:36 | 9 | Q. | Anyone else? |
| 09:43:37 | 10 | A. | Not that I remember. |
| 09:43:45 | 11 | Q. | Did anything change with regard to how TomorrowNow was |
| 09:43:46 | 12 | | using Titan? |
| 09:43:48 | 13 | | MR. WILKES: Objection, form. |
| 09:43:49 | 14 | A. | Not that I remember. |
| 09:43:53 | 15 | BY MS. HANN: | |
| 09:43:56 | 16 | Q. | Were any Titan activities ever put on hold to your |
| 09:43:59 | 17 | | knowledge because of anyone's concerns? |
| 09:43:59 | 18 | | MR. WILKES: Objection, form. |
| 09:44:00 | 19 | A. | Not that I remember. |
| 09:44:01 | 20 | BY MS. HANN: | |
| 09:44:04 | 21 | Q. | Was any downloading in general put on hold because of |
| 09:44:05 | 22 | | anyone's concerns? |
| 09:44:07 | 23 | | MR. WILKES: Objection, form. |
| 09:44:14 | 24 | A. | Not that I remember. |
| | 25 | | |

CERTIFICATE OF NOTARY

STATE OF MICHIGAN    )
                     ) SS
COUNTY OF WAYNE      )

I, RENEE J. OGDEN, a Notary Public in and for the above county and state, do hereby certify that the above deposition was taken before me at the time and place hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, and nothing but the truth; that the foregoing questions asked and answers made by the witness were duly recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to either party nor interested in the event of this cause.

Dated: September 3rd, 2009.

*Renee J. Ogden*

RENEE J. OGDEN, CSR-3455
Notary Public,
Wayne County, Michigan

My Commission expires: June 21, 2012



MARK DELING     August 27, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 80

1   Oracle CORPORATION, a Delaware
2   corporation, Oracle USA, INC.,
3   a Colorado corporation, and Oracle
4   INTERNATIONAL CORPORATION, a
5   California corporation,
6               Plaintiffs,
7       vs.                    Case No. 07-CV-1658 (PJH)
8   SAP AG, a German corporation,
9   SAP AMERICA, INC., a Delaware
10  Corporation, TOMORROWNOW, INC.,
11  A Texas corporation and
12  DOES 1-50, inclusive,
13              Defendants.
14
15              VERIFICATION OF DEPONENT
16
17      I, having read the foregoing deposition
18  consisting of my testimony at the aforementioned time
19  and place, do hereby attest to the correctness and
20  truthfulness of the transcript.
21
22                          [signature]
23
24  LYNAISE INGRAM            MARK DELING
    Notary Public, State of Michigan
    County of Kent
25  My Commission Expires Oct. 05, 2014    Dated: 9-17-2009
    Acting in the County of Kent

[signature: Lynaise Ingram]
9-17-09

Merrill Legal Solutions
(800) 869-9132

067be699-6c2b-4f34-9a8a-fff9237aa6c6