# EXHIBIT 11

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

    Plaintiffs,

vs.     No. 07-CV-1658 (PJH)

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

    Defendants.

---

VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANTS

SAP AG AND SAP AMERICA,

BY AND THROUGH ITS CORPORATE DESIGNEE

CHRISTOPHER FAYE

---

WEDNESDAY, MARCH 18, 2009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-417606)

Case4:07-cv-01658-PJH   Document657-11   Filed03/03/10   Page3 of 9
CHRISTOPHER FAYE           March 18, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 32

10:58:50  1
10:58:54  2
10:58:59  3
10:59:02  4
10:59:12  5
10:59:16  6
10:59:21  7
10:59:28  8
10:59:30  9
10:59:34 10
10:59:41 11         Q.   SAP did have control of TomorrowNow once it
10:59:42 12   acquired it.   True?
10:59:43 13         A.   Yes.
10:59:46 14         Q.   And SAP could have insisted on compliance
10:59:51 15   with its directive to TomorrowNow.   True?
10:59:53 16         A.   Yes, I believe that's true.
10:59:55 17         Q.   They could do whatever had to be done to
10:59:59 18   make sure that its subsidiary was following the
11:00:00 19   Board's order?
11:00:02 20         A.   Yes, I believe that's true.
11:00:05 21
11:00:07 22
11:00:08 23
11:00:10 24
         25

Case4:07-cv-01658-PJH   Document657-11   Filed03/03/10   Page4 of 9
CHRISTOPHER FAYE        March 18, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 105

```
13:42:31   1
13:42:33   2
13:42:36   3
13:42:39   4
13:42:43   5          Q.   Isn't it true that SAP could direct
13:42:47   6    TomorrowNow to operate its business in a particular
13:42:50   7    way?
13:42:51   8               MS. FROYD:  Objection.  Assumes facts,
13:42:55   9    lacks foundation.
13:42:56  10               THE WITNESS:  Yes.  I think it's also fair
13:43:02  11    to say that as a wholly owned subsidiary, SAP would
13:43:06  12    expect TomorrowNow to do what they say, yeah.
13:43:08  13
13:43:17  14
13:43:21  15
13:43:22  16
13:43:26  17
13:43:29  18
13:43:31  19
13:43:34  20
13:43:36  21
13:43:40  22
13:43:41  23
13:43:42  24
          25
```

Page 108

13:46:56  1
13:46:58  2
13:47:00  3
13:47:02  4
13:47:04  5
13:47:06  6
13:47:07  7
13:47:08  8
13:47:08  9
13:47:12 10         Q.   And what is SAP's position as a corporation
13:47:14 11    with respect to whether it had ultimate
13:47:16 12    accountability and responsibility for the
13:47:19 13    TomorrowNow business?
13:47:21 14              MS. FROYD:   Okay.  I'm going to object one
13:47:22 15    more time that it calls for a legal conclusion, but
13:47:25 16    you can answer that in your capacity as a 30(b)(6)
13:47:28 17    witness, Mr. Faye, if you know the answer to the
13:47:30 18    question.
13:47:33 19              THE WITNESS:   I'd say that as a subsidiary,
13:47:35 20    we're ultimately responsible for it.
13:47:36 21              MR. PICKETT:   Q.   You owned all of it.
13:47:37 22    Right?
13:47:38 23         A.   Yes, as far as I know.
13:47:39 24         Q.   And SAP could tell TomorrowNow to do
         25    whatever SAP wanted.  Right?

CHRISTOPHER FAYE     March 18, 2009
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 109

| | | |
|---|---|---|
| 13:47:41 | 1 | MS. FROYD: Objection. Argumentative, |
| 13:47:48 | 2 | lacks foundation, and calls for a legal conclusion. |
| 13:47:51 | 3 | THE WITNESS: They're a wholly owned sub, |
| 13:47:53 | 4 | and yes, I believe that they would have to do what |
| 13:47:55 | 5 | we told them to do. |
| 13:47:57 | 6 | |
| 13:48:02 | 7 | |
| 13:48:06 | 8 | |
| 13:48:08 | 9 | |
| 13:48:16 | 10 | |
| 13:48:22 | 11 | |
| 13:48:25 | 12 | |
| 13:48:30 | 13 | |
| 13:48:34 | 14 | |
| 13:48:36 | 15 | |
| 13:48:43 | 16 | |
| 13:48:48 | 17 | |
| 13:48:53 | 18 | |
| 13:48:54 | 19 | |
| 13:48:55 | 20 | |
| 13:48:56 | 21 | |
| 13:49:02 | 22 | |
| 13:49:03 | 23 | |
| 13:49:06 | 24 | |
| | 25 | |

CHRISTOPHER FAYE          March 18, 2009
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 166

| | | |
|---|---|---|
| 15:36:04 | 1 | Q.  Does SAP agree that it ultimately had |
| 15:36:08 | 2 | responsibility for compliance with its Board's |
| 15:36:11 | 3 | directive? |
| 15:36:13 | 4 | A.  Yes, ultimately we were responsible for |
| 15:36:18 | 5 | TomorrowNow and, through them, compliance with the |
| 15:36:22 | 6 | directive. |
| 15:36:27 | 7 | |
| 15:36:32 | 8 | |
| 15:36:39 | 9 | |
| 15:36:39 | 10 | |
| 15:36:41 | 11 | |
| 15:36:42 | 12 | |
| 15:36:45 | 13 | |
| 15:36:47 | 14 | |
| 15:36:52 | 15 | |
| 15:36:53 | 16 | |
| 15:36:56 | 17 | |
| 15:36:58 | 18 | |
| 15:36:59 | 19 | |
| 15:37:01 | 20 | |
| 15:37:03 | 21 | |
| 15:37:06 | 22 | |
| 15:37:07 | 23 | |
| 15:37:08 | 24 | |
| | 25 | |

CERTIFICATE OF REPORTER

I, HOLLY THUMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED March 20, 2009

HOLLY THUMAN, CSR No. 6834

Corrections to the Transcript of the Deposition of

Christopher Fayé

Taken on March 18, 2009

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 87 | 7 | legal | leadership |
| 87 | 25 | legal | leadership |
| 88 | 7 | legal | leadership |
| 94 | 9 | legal | leadership |

Witness Signature

April 24, 2009
Date