# EXHIBIT 12

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ORACLE CORPORATION, ET AL, *
       Plaintiffs, *
                 *
VS.                * CASE NO. 07-CV-01658 (MJJ)
                 *
SAP AG, ET AL,       *
       Defendants.   *


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

CATHERINE LEE HYDE

APRIL 1, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*




REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

CATHERINE LEE HYDE       April 1, 2008
HIGHLY CONFIDENTIAL

Page 6

| | | |
|---|---|---|
| 16:18:35 | 1 | |
| 16:18:36 | 2 | |
| 16:18:40 | 3 | |
| 16:18:43 | 4 | |
| 16:18:45 | 5 | Q. (By Mr. Howard)  Who is your current employer? |
| 16:18:48 | 6 | A. TomorrowNow. |
| 16:18:49 | 7 | Q. How long have you worked there? |
| 16:18:50 | 8 | A. Since October of 2002. |
| 16:18:52 | 9 | Q. What is your current position there? |
| 16:18:56 | 10 | A. Senior PeopleSoft developer. |
| 16:19:01 | 11 | Q. Has that changed since 2002 when you started? |
| 16:19:05 | 12 | A. I didn't have a title when I really started.  I |
| 16:19:08 | 13 | was developer. |
| 16:19:09 | 14 | Q. Have you had any other titles other than senior |
| 16:19:14 | 15 | PeopleSoft developer? |
| 16:19:15 | 16 | A. Informally, lead developer. |
| 16:19:17 | 17 | Q. What are your job responsibilities as senior |
| 16:19:27 | 18 | PeopleSoft developer? |
| 16:19:28 | 19 | A. I work on any fix that's related to HR payroll. |
| 16:19:37 | 20 | Q. Anything else? |
| 16:19:42 | 21 | A. I assist PSEs if they need help in resolving an |
| 16:19:50 | 22 | issue.  And generally, that's what I do. |
| 16:19:54 | 23 | Q. Have those responsibilities changed since you |
| 16:19:56 | 24 | began employment at TomorrowNow? |
| 16:19:58 | 25 | A. In 2002, I was the third employee.  I had a lot |

CATHERINE LEE HYDE     April 1, 2008
HIGHLY CONFIDENTIAL

Page 7

16:20:03  1      more responsibility.  I did various jobs then.

16:20:08  2          Q.   You were the third employee at TomorrowNow?

16:20:10  3          A.   Yes.

16:20:10  4          Q.   Where were you employed before TomorrowNow?

16:20:15  5          A.   I was an independent consultant for a while.

16:20:19  6          Q.   And how about before you were an independent

16:20:26  7      consultant?

16:20:26  8          A.   PeopleSoft.

16:20:27  9          Q.   What were the dates of your employment at

16:20:29  10     PeopleSoft?

16:20:30  11         A.   1995, July, I think, to March of 2000.

16:20:38  12         Q.   Did you work in supporting PeopleSoft software

16:20:45  13     as an independent consultant when you left PeopleSoft?

16:20:49  14         A.   Yes.

16:20:49  15         Q.   Did you work for a company as a consultant?

16:20:58  16         A.   No.

16:20:58  17         Q.   How would you get work?

16:21:01  18         A.   I knew people in Europe.  I was working in

16:21:06  19     Europe at the time.

16:21:08  20         Q.   As a developer at TomorrowNow, have you worked

16:21:14  21     in developing products for modules other than HR

16:21:21  22     payroll?

16:21:23  23         A.   Not that I remember.  I mean, there's off

16:21:26  24     chance I did maybe one or two things for financials.

16:21:29  25         Q.   Is it fair to say that HR payroll is your

Page 8

16:21:33  1    specialty?

16:21:33  2         A.    Yes.

16:21:34  3         Q.    Who do you report to at TomorrowNow?

16:21:39  4         A.    Rod Russell.

16:21:41  5         Q.    What's his position?

16:21:44  6         A.    Manager of North America development.

16:21:48  7         Q.    Who did you report to in -- prior to the

16:21:53  8    litigation was filed in March of 2007?

16:21:59  9         A.    For three months I don't think I had a manager,

16:22:04  10   so I would have been reporting directly to Shelley.  But

16:22:07  11   prior to that, Barbara Meyrick.

16:22:19  12        Q.    Now, you understand you're here today as a

16:22:34  13   corporate representative for TomorrowNow?

16:22:36  14        A.    Yes.

16:22:36  15        Q.    And you're here in response to the deposition

16:22:43  16   notice which has been marked as Exhibit 32?  I've shown

16:23:05  17   you what's been marked as Exhibit 32.  Are you familiar

16:23:07  18   with that document?

16:23:08  19        A.    Yes.

16:23:09  20        Q.    And you understand you're here to testify in

16:23:12  21   response to certain topics identified in that notice?

16:23:18  22        A.    Yes.

16:23:19  23        Q.    What did you do to prepare for your deposition?

16:23:27  24        A.    I researched in SAS and Backtrack, and I also

16:23:34  25   talked to several people that still work at TomorrowNow.

CATHERINE LEE HYDE      April 1, 2008
HIGHLY CONFIDENTIAL

Page 34

| 17:06:23 | 1 | |
| 17:06:23 | 2 | |
| 17:06:24 | 3 | |
| 17:06:31 | 4 | |
| 17:06:36 | 5 | |
| 17:06:37 | 6 | |
| 17:06:38 | 7 | |
| 17:06:39 | 8 | |

17:06:41   9      Q.   And do you know which clients had the exact

17:06:45  10   same environment on 7.51C?

17:06:48  11      A.   Yes.

17:06:48  12      Q.   Which ones were those?

17:06:50  13      A.   Heritage Valley, Universal Studios, Bear

17:06:56  14   Stearns, and Norwegian Cruise Lines.

17:07:04  15      Q.   So if I understood your prior testimony, is it

17:07:07  16   the case that the 8828 fix would have been individually

17:07:13  17   tested in one of those four 7.51C environments prior to

17:07:19  18   the bundle generation process?

17:07:22  19      A.   In normal circumstances, yes.

17:07:26  20      Q.   Would it ever be tested in the other three

17:07:29  21   environments before it was delivered to the customers?

17:07:33  22      A.   If their version was different, yes.

17:07:36  23      Q.   Well, I'm just -- I'm just now referring to the

17:07:39  24   four that you identified who -- who had identical

17:07:43  25   environments.

CATHERINE LEE HYDE     April 1, 2008
HIGHLY CONFIDENTIAL

Page 35

17:07:44   1      A.   They only had one environment amongst the four

17:07:47   2   of them.  They were previously extended support clients.

17:07:52   3   It's probably still extended support clients.  And by

17:07:56   4   extended support, I mean they pay maintenance.

17:08:00   5      Q.   And so when you say they only had one

17:08:02   6   environment between the four of them, what does that

17:08:05   7   mean?

17:08:05   8      A.   They shared an environment, HR751CSS.

17:08:12   9      Q.   I see.  So the -- the 8828 fix would have been

17:08:18  10   tested in the HR751CSS environment and then delivered to

17:08:27  11   Heritage Valley, Universal City Studios, Norwegian

17:08:32  12   Cruise Lines and Bear Stearns?

17:08:36  13      A.   Yes.

17:08:43  14

17:08:45  15

17:08:55  16

17:08:57  17

17:08:59  18

17:09:03  19

17:09:05  20

17:09:06  21

17:09:07  22

17:09:08  23

17:09:15  24

17:09:19  25

CATHERINE LEE HYDE    April 1, 2008
HIGHLY CONFIDENTIAL

Page 54

```
17:46:37  1
17:46:39  2
17:46:39  3
17:46:39  4
17:46:46  5
17:46:46  6
17:46:51  7
17:46:55  8
17:47:05  9
17:47:08 10
17:47:13 11
17:47:15 12
17:47:20 13
17:47:23 14
17:47:24 15
17:47:27 16
17:47:30 17
17:47:33 18
17:47:37 19
17:47:41 20
17:47:45 21
17:47:46 22
17:47:51 23
17:47:55 24
17:47:57 25        Q.   Which 8.1 environment was used to create the
```

CATHERINE LEE HYDE     April 1, 2008
HIGHLY CONFIDENTIAL

Page 55

| | | |
|---|---|---|
| 17:48:56 | 1 | retrofits that are reflected by these various HG751 |
| 17:49:03 | 2 | environments? |
| 17:49:04 | 3 | MR. McDONELL:  Assumes facts not in |
| 17:49:09 | 4 | evidence. |
| 17:49:09 | 5 | A.  It would be some of the ones on the next page |
| 17:49:22 | 6 | that start HR810 and end in the year and the alpha |
| 17:49:29 | 7 | character. |
| 17:49:31 | 8 | Q.  (By Mr. Howard)  The last one being HR81007A? |
| 17:49:41 | 9 | A.  Yes.  Although, that one may not have been |
| 17:49:43 | 10 | used. |
| 17:49:45 | 11 | Q.  And so is it -- is it the case, then, that |
| 17:49:59 | 12 | HR8.1 environments were used to create retrofit updates |
| 17:50:03 | 13 | for the HG751 clients? |
| 17:50:07 | 14 | A.  Extended support, yes. |
| 17:50:11 | 15 | Q.  And looking at the list of HR8.1 environments, |
| 17:50:23 | 16 | it appears that the first one is HR801FM.  Do you see |
| 17:50:27 | 17 | that on page 4 of Exhibit 75? |
| 17:50:35 | 18 | A.  Yes. |
| 17:50:35 | 19 | Q.  Do you know what environment that is? |
| 17:50:39 | 20 | A.  I -- I asked some of my co-workers, and we |
| 17:50:43 | 21 | couldn't -- I don't think we could really identify that |
| 17:50:46 | 22 | one. |
| 17:50:46 | 23 | Q.  So is the first HR8.1 environment on Exhibit 75 |
| 17:50:55 | 24 | that -- that you can identify as being used in the |
| 17:50:56 | 25 | retrofit process the HR81003C environment? |

CATHERINE LEE HYDE      April 1, 2008
HIGHLY CONFIDENTIAL

Page 56

| | | |
|---|---|---|
| 17:51:01 | 1 | A.   I believe so. |
| 17:51:02 | 2 | Q.   And do you know which client software was used |
| 17:51:08 | 3 | to create that environment? |
| 17:51:11 | 4 | A.   It could have been any one of our current |
| 17:51:14 | 5 | clients at that time. |
| 17:51:17 | 6 | Q.   Any one of your HR8.1 clients at that time? |
| 17:51:20 | 7 | A.   No.   It could have been a 702 or a 751 client. |
| 17:51:24 | 8 | As they were paying maintenance, they would have had the |
| 17:51:27 | 9 | CDs and access to anything related to it. |
| 17:51:32 | 10 | Q.   Is there any way to find out which customers' |
| 17:51:36 | 11 | CDs were used to create that HR8.1 environment? |
| 17:51:42 | 12 | A.   Not that I'm aware of. |
| 17:51:43 | 13 | Q.   Do you know who created the HR81003C |
| 17:51:48 | 14 | environment? |
| 17:51:49 | 15 | A.   John Baugh and I did. |
| 17:51:53 | 16 | Q.   And similar to the HG751 environments, is it |
| 17:52:00 | 17 | the case that starting with HR81003C through HR81007A |
| 17:52:08 | 18 | that those are all -- those all originated from the same |
| 17:52:17 | 19 | environment that's reflected by HR81003C? |
| 17:52:26 | 20 | A.   Yes. |
| 17:52:26 | 21 | Q.   And is it the case that with each successive |
| 17:52:32 | 22 | iteration of the HR81003 environment beginning with |
| 17:52:37 | 23 | 003C, that download -- downloaded updates would be |
| 17:52:42 | 24 | obtained from Customer Connection and applied to the |
| 17:52:45 | 25 | environment? |

CATHERINE LEE HYDE      April 1, 2008
HIGHLY CONFIDENTIAL

Page 57

| | | |
|---|---|---|
| 17:52:46 | 1 | A.    Tax update. |
| 17:52:47 | 2 | Q.    Which customer's login credential was used to |
| 17:52:57 | 3 | obtain the downloaded tax updates that were applied to |
| 17:53:00 | 4 | each successive version of the HR81003 environment? |
| 17:53:04 | 5 | A.    I can only say the one that I used, and that |
| 17:53:07 | 6 | would be Bear Stearns.  But I think that was pretty |
| 17:53:11 | 7 | commonly used. |
| 17:53:13 | 8 | Q.    Of the one -- of the -- of the HR81003 |
| 17:53:17 | 9 | environments listed here, for how many of them were you |
| 17:53:20 | 10 | responsible for updating with the new tax update from |
| 17:53:26 | 11 | Customer Connection using the Bear Stearns ID? |
| 17:53:29 | 12 | A.    I couldn't tell you how many I did.  I did some |
| 17:53:32 | 13 | of them. |
| 17:53:33 | 14 | Q.    Half, more than half? |
| 17:53:40 | 15 | A.    It depended on who was up late at night when it |
| 17:53:43 | 16 | came out. |
| 17:53:46 | 17 | Q.    And by that, you mean when PeopleSoft issued |
| 17:53:50 | 18 | that particular tax update and posted it on Customer |
| 17:53:54 | 19 | Connection? |
| 17:53:54 | 20 | A.    Correct. |
| 17:53:59 | 21 | Q.    What's the latest release that was used to |
| 17:54:29 | 22 | create -- by latest I mean in -- in -- by version. |
| 17:54:32 | 23 | What's the latest version that was used to create a |
| 17:54:37 | 24 | retrofit update for a TomorrowNow customer? |
| 17:54:40 | 25 | A.    81. |

CATHERINE LEE HYDE      April 1, 2008
HIGHLY CONFIDENTIAL

Page 58

17:54:49   1        Q.   And which earlier releases were used to deliver

17:55:04   2   retrofit updates using the 8.1 environments?  So, for --

17:55:14   3   for example, you said the HR81 releases were used to

17:55:20   4   develop retrofit updates for the HG751 customers?

17:55:24   5        A.   Correct.

17:55:29   6        Q.   Were the 81 releases used to create retrofit

17:55:32   7   updates for the HR751 customers?

17:55:37   8        A.   Yes.

17:55:37   9        Q.   Were the HR81 environments used to create

17:55:42  10   retrofit updates for the HR702 customers?

17:55:48  11        A.   In a way.

17:55:50  12        Q.   What do you mean by that?

17:55:52  13        A.   We would first do the retrofit for 75, and then

17:55:57  14   we would actually compare our prior 75 to our current

17:56:02  15   75.

17:56:04  16

17:56:11  17

17:56:12  18

17:56:17  19

17:56:20  20

17:56:24  21

17:56:28  22

17:56:35  23

17:56:35  24

17:56:38  25

CATHERINE LEE HYDE     April 1, 2008
HIGHLY CONFIDENTIAL

1          SUBSCRIBED AND SWORN TO by the undersigned

2     on this the 7th day of April, 2008.

3

4                    Carol Jenkins

        CAROL JENKINS, CSR

5       Certificate No. 2660

        Date of Expiration:  12/31/08

6       Merrill Legal Solutions, No. 210

        315 Capitol Street, Suite 100

7       Houston, Texas 77002

        (713) 426-0400

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

65

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


ORACLE CORPORATION, ET AL,   *
          Plaintiffs,        *
                             *
VS.                          * CASE NO. 07-CV-01658 (MJJ)
                             *
SAP AG, ET AL,               . *
          Defendants.        *


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6)

DEPOSITION OF

CATHERINE LEE HYDE

VOLUME 2

APRIL 2, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*




REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

CATHERINE LEE HYDE      April 2, 2008
HIGHLY CONFIDENTIAL

Page 103

| | | |
|---|---|---|
| 08:44:17 | 1 | |
| 08:44:22 | 2 | |
| 08:44:22 | 3 | |
| 08:44:26 | 4 | |
| 08:44:26 | 5 | Q.   All right.  Going back up a few rows to |
| 08:44:36 | 6 | H702RHIM, do you see that environment? |
| 08:44:40 | 7 | A.   Yes. |
| 08:44:40 | 8 | Q.   Do you know what the purpose of that |
| 08:44:41 | 9 | environment is? |
| 08:44:41 | 10 | A.   It's a 702 environment for Robert Half. |
| 08:44:45 | 11 | Q.   And do you know whether that environment was |
| 08:44:46 | 12 | used to support other customers? |
| 08:44:48 | 13 | A.   It definitely wasn't. |
| 08:44:51 | 14 | |
| 08:44:58 | 15 | |
| 08:45:01 | 16 | |
| 08:45:02 | 17 | |
| 08:45:03 | 18 | |
| 08:45:06 | 19 | |
| 08:45:09 | 20 | |
| 08:45:09 | 21 | |
| 08:45:14 | 22 | |
| 08:45:17 | 23 | |
| 08:45:17 | 24 | |
| 08:45:33 | 25 | |

CATHERINE LEE HYDE    April 2, 2008
HIGHLY CONFIDENTIAL

Page 116

| | | |
|---|---|---|
| 09:18:30 | 1 | |
| 09:18:35 | 2 | |
| 09:18:39 | 3 | |
| 09:18:42 | 4 | |
| 09:18:45 | 5 | |
| 09:18:50 | 6 | |
| 09:18:55 | 7 | |
| 09:18:55 | 8 | |
| 09:19:01 | 9 | |
| 09:19:06 | 10 | |
| 09:19:06 | 11 | |
| 09:19:12 | 12 | |
| 09:19:14 | 13 | |
| 09:19:19 | 14 | Q.   And further down the list, there's an HR702REP. |
| 09:19:28 | 15 | A.   Yes. |
| 09:19:28 | 16 | Q.   And was HR702REP used to replicate issues for |
| 09:19:33 | 17 | HR702 clients? |
| 09:19:37 | 18 | A.   Yes. |
| 09:19:37 | 19 | Q.   What happened, then, if you were successful in |
| 09:19:47 | 20 | replicating an issue in one of the replication |
| 09:19:50 | 21 | environments? |
| 09:19:51 | 22 | MR. McDONELL:  Overbroad, vague and |
| 09:19:53 | 23 | ambiguous. |
| 09:19:53 | 24 | A.   When we were doing the extended support model, |
| 09:19:59 | 25 | if it was replicated, we tracked it and we would |

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 117

| | | |
|---|---|---|
| 09:20:03 | 1 | determine whether we were going to provide a fix for |
| 09:20:05 | 2 | that issue or not. |
| 09:20:07 | 3 | Just because we replicated it doesn't mean |
| 09:20:09 | 4 | we would actually provide a fix. We would attempt to |
| 09:20:13 | 5 | correct it in a -- and then we'd do that in -- for |
| 09:20:19 | 6 | example, 702 we'd do it in HR702DEV. |
| 09:20:24 | 7 | Q. (By Mr. Howard) So if you're successful in |
| 09:20:27 | 8 | replicating an issue in one of the REP environments, you |
| 09:20:32 | 9 | would then attempt to develop a fix to address that |
| 09:20:36 | 10 | issue in the DEV environment? |
| 09:20:38 | 11 | MR. McDONELL: Same objections, compound. |
| 09:20:41 | 12 | A. Correct. |
| 09:20:41 | 13 | Q. (By Mr. Howard) And if you're successful, |
| 09:20:44 | 14 | then, in developing that fix in the DEV environments, |
| 09:20:48 | 15 | would that fix then be delivered to the customers? |
| 09:20:50 | 16 | MR. McDONELL: Same objections. |
| 09:20:52 | 17 | A. After a few more steps, yes. |
| 09:20:55 | 18 | Q. (By Mr. Howard) And what are the -- what are |
| 09:20:58 | 19 | the few more steps that you're thinking of? |
| 09:20:59 | 20 | A. We would apply it to a test environment, and it |
| 09:21:03 | 21 | would go through QA. |
| 09:21:04 | 22 | |
| 09:21:24 | 23 | |
| 09:21:29 | 24 | |
| 09:21:35 | 25 | |

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 134

| | | |
|---|---|---|
| 09:45:42 | 1 | |
| 09:45:45 | 2 | |
| 09:45:54 | 3 | |
| 09:45:58 | 4 | |
| 09:46:00 | 5 | |
| 09:46:01 | 6 | |
| 09:46:06 | 7 | |
| 09:46:07 | 8 | |
| 09:46:08 | 9 | |
| 09:46:15 | 10 | |
| 09:46:16 | 11 | |
| 09:46:17 | 12 | |
| 09:46:19 | 13 | |
| 09:46:19 | 14 | |
| 09:46:25 | 15 | |
| 09:46:28 | 16 | |
| 09:46:28 | 17 | Q.   The next one is HR751YR2. |
| 09:46:32 | 18 | Do you know what that one's for? |
| 09:46:34 | 19 | A.   Yes. |
| 09:46:34 | 20 | Q.   What is it for? |
| 09:46:36 | 21 | A.   It was a point in time environment. |
| 09:46:41 | 22 | Q.   What does that mean? |
| 09:46:42 | 23 | A.   It would have been -- I called it year 2 for |
| 09:46:50 | 24 | whatever reason.  It was a starting point where, when |
| 09:46:56 | 25 | our clients were coming onboard, that I knew I could use |

CATHERINE LEE HYDE    April 2, 2008
HIGHLY CONFIDENTIAL

Page 135

09:46:59  1    that version without corrupting their maintenance end

09:47:06  2    date.

09:47:09  3        Q.   So it sounds like you created HR751YR2?

09:47:16  4        A.   Yes.

09:47:16  5        Q.   What did you use HR751YR2 for?

09:47:22  6        A.   To create some of the very early critical

09:47:26  7    support environments.

09:47:30  8        Q.   Which critical support environments were

09:47:33  9    created with HR751YR2?

09:47:36 10        A.   Most likely all the ones that have the

09:47:41 11    three-character identifier at the end with still having

09:47:45 12    HR in the front.

09:47:49 13        Q.   So if I understand your answer, all the ones

09:47:52 14    that we just went through that you identified as

09:47:55 15    customer-specific environments with a three-letter

09:47:58 16    extension after the HR751?

09:48:02 17        A.   Yes.

09:48:02 18        Q.   For example, HR751FTI would have been created

09:48:06 19    from HR751YR2?

09:48:08 20        A.   Yes.

09:48:08 21        Q.   Why did you want to create HR751YR2 in order to

09:48:18 22    then create customer-specific HR751 environments?

09:48:26 23        A.   It was a point in time where we hadn't put any

09:48:31 24    of our updates in it.

09:48:35 25        Q.   And what was the significance of not having any

CATHERINE LEE HYDE    April 2, 2008
HIGHLY CONFIDENTIAL

Page 136

| 09:48:38 | 1 | of TomorrowNow updates in the environment? |

09:48:38  1    of TomorrowNow updates in the environment?

09:48:41  2        A.   It's what the client's environment would have

09:48:43  3    looked like.

09:48:45  4        Q.   Were these clients that didn't have their own

09:48:49  5    software for you to use to create an environment?

09:48:53  6            MR. McDONELL:  Vague and ambiguous.

09:48:55  7        A.   I'm sure they sent us CDs.

09:48:58  8        Q.   (By Mr. Howard)  Why didn't -- why would you

09:49:00  9    not use the CDs sent by the client to create a client

09:49:04  10   environment?

09:49:05  11           MR. McDONELL:  Assumes facts.

09:49:08  12       A.   I had already built it from a similar CD.

09:49:11  13       Q.   (By Mr. Howard)  So is -- is it -- was it just

09:49:13  14   a matter efficiency to have a single-source environment

09:49:18  15   to use to create the specific client environments?

09:49:24  16       A.   Yes.

09:49:24  17       Q.   And are there any client environments that were

09:49:28  18   created using HR751YR2 that are not listed here on

09:49:34  19   page 5 of Exhibit 75?

09:49:38  20       A.   I don't believe so.

09:49:40  21       Q.   And whose software was used to create HR751YR2?

09:49:46  22       A.   They would have been Safeway or Washington Gas

09:49:52  23   Light.

09:49:52  24

09:49:59  25

CATHERINE LEE HYDE    April 2, 2008
HIGHLY CONFIDENTIAL

Page 138

| | | |
|---|---|---|
| 09:51:50 | 1 | |
| 09:51:52 | 2 | |
| 09:51:53 | 3 | |
| 09:51:59 | 4 | |
| 09:52:03 | 5 | |
| 09:52:06 | 6 | |
| 09:52:10 | 7 | |
| 09:52:17 | 8 | |
| 09:52:23 | 9 | |
| 09:52:28 | 10 | |
| 09:52:28 | 11 | Q.   Were -- were any other client-specific |
| 09:52:33 | 12 | environments created using the software of a different |
| 09:52:41 | 13 | client? |
| 09:52:41 | 14 | MR. McDONELL:  Vague and ambiguous. |
| 09:52:42 | 15 | A.   Can you say that again? |
| 09:52:43 | 16 | Q.   (By Mr. Howard)  Well, the ARC environment was |
| 09:52:46 | 17 | created using software that ultimately came from either |
| 09:52:52 | 18 | Washington Gas Light or Safeway, right? |
| 09:52:54 | 19 | A.   Correct. |
| 09:52:55 | 20 | Q.   Were any other client-specific environments |
| 09:52:59 | 21 | like ARC created using software that originally came |
| 09:53:02 | 22 | from a different customer? |
| 09:53:03 | 23 | MR. McDONELL:  Vague and ambiguous. |
| 09:53:04 | 24 | A.   Well, that's what I said; they originally all |
| 09:53:07 | 25 | came from 751YR2, which would have come from Washington |

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 139

| | | |
|---|---|---|
| 09:53:13 | 1 | Gas Light or Safeway while I was creating them. |
| 09:53:16 | 2 | Once I was no longer doing that, it would |
| 09:53:20 | 3 | have been the procedures from the environments team. |
| 09:53:25 | 4 | Q.    (By Mr. Howard)  And the ones that you created |
| 09:53:27 | 5 | were the ones that you identified that have the |
| 09:53:29 | 6 | three-letter extensions? |
| 09:53:31 | 7 | A.    Yes. |
| 09:53:31 | 8 | |
| 09:53:34 | 9 | |
| 09:53:39 | 10 | |
| 09:53:42 | 11 | |
| 09:53:44 | 12 | |
| 09:53:48 | 13 | |
| 09:53:54 | 14 | |
| 09:54:00 | 15 | |
| 09:54:06 | 16 | |
| 09:54:09 | 17 | |
| 09:54:20 | 18 | |
| 09:54:25 | 19 | |
| 09:54:27 | 20 | |
| 09:54:30 | 21 | |
| 09:54:31 | 22 | |
| 09:54:31 | 23 | |
| 09:54:33 | 24 | |
| 09:54:39 | 25 | |

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 140

| 09:54:44 | 1 | |
| 09:54:48 | 2 | |
| 09:54:52 | 3 | |
| 09:54:54 | 4 | |
| 09:54:57 | 5 | |
| 09:54:58 | 6 | |
| 09:55:00 | 7 | |
| 09:55:03 | 8 | |
| 09:55:06 | 9 | |
| 09:55:10 | 10 | |
| 09:55:10 | 11 | |
| 09:55:13 | 12 | |
| 09:55:15 | 13 | |
| 09:55:16 | 14 | Q.   Okay.  So could you -- looking, then, down -- |
| 09:55:20 | 15 | further down on page 5 of Exhibit 75, could you identify |
| 09:55:24 | 16 | the client-specific environments that you created where |
| 09:55:28 | 17 | the software originally came from a different customer? |
| 09:55:31 | 18 | A.   Praxair and QGI. |
| 09:55:34 | 19 | Q.   That would be -- Praxair would be the HR810PRX |
| 09:55:39 | 20 | environment? |
| 09:55:39 | 21 | A.   Yes. |
| 09:55:40 | 22 | Q.   And QGI would be the HR810QGI environment? |
| 09:55:47 | 23 | A.   Yes.  It's Quad Graphics. |
| 09:55:49 | 24 | Q.   Are there any others in the -- are there any |
| 09:55:56 | 25 | others other than those two and the ones you've already |

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 141

09:55:59   1     identified further up on page 5 that you created using

09:56:02   2     the software originally that came from a different

09:56:06   3     client?

09:56:06   4         A.   I believe those were the last ones that I ever

09:56:10   5     created.  So it would have -- the process would have

09:56:15   6     changed.

09:56:15   7         Q.   Whose software was used to create the HR810PRX

09:56:20   8     environment?

09:56:22   9         A.   I believe it would have come from the original

09:56:25  10     HR810 that we were using for the extended support

09:56:28  11     clients.  So it would be any of the clients that were

09:56:31  12     onboard at the time we created that.

09:56:34  13         Q.   And whose -- and you have the same answer for

09:56:38  14     the HR810QGI environment?

09:56:42  15         A.   Yes.

09:56:42  16         Q.   Would it have been the same environment that

09:56:45  17     was used as the source for both HR810PRX and HR810QGI?

09:56:52  18         A.   What do you mean?

09:56:53  19         Q.   Is it accurate that HR810PRX is -- was created

09:57:00  20     as a copy of a pre-existing environment?

09:57:02  21              MR. McDONELL:  Asked and answered.

09:57:05  22         A.   I believe so yes.

09:57:06  23         Q.   (By Mr. Howard)  And was that the same

09:57:08  24     pre-existing environment that was used to create

09:57:11  25     HR810QGI?

CATHERINE LEE HYDE      April 2, 2008
HIGHLY CONFIDENTIAL

Page 142

| 09:57:12 | 1 | A. | I would think so yes. |
| 09:57:14 | 2 | Q. | When did you create HR810PRX? |
| 09:57:17 | 3 | A. | Whenever Praxair came onboard. |
| 09:57:24 | 4 | Q. | Do you remember when that was? |
| 09:57:25 | 5 | A. | No.  It was probably '04. |
| 09:57:27 | 6 | Q. | Do you remember when you created the HR810QGI |

09:57:31   7   environment?

| 09:57:31 | 8 | A. | I would think it's '04, also. |

09:57:35   9

09:57:49  10

09:57:51  11

09:57:57  12

09:57:58  13

09:58:01  14

09:58:01  15

09:58:03  16

09:58:06  17

09:58:09  18

09:58:13  19

09:58:13  20

09:58:25  21

09:58:26  22

09:58:35  23

09:58:45  24

09:58:49  25

CATHERINE LEE HYDE     April 2, 2008
HIGHLY CONFIDENTIAL

Page 232

13:03:09  1
13:03:09  2
13:03:12  3
13:03:18  4
13:03:20  5
13:03:21  6
13:03:21  7
13:03:23  8
13:03:28  9
13:03:30  10
13:03:31  11
13:03:40  12
13:03:45  13
13:03:49  14
13:03:49  15
13:03:51  16
13:03:52  17
13:03:55  18
13:03:58  19
13:03:58  20     Q.   So you've referred at various points in your
13:04:01  21   testimony to the creation of different environments from
13:04:05  22   the software of either Safeway stores or Washington Gas
13:04:08  23   Light Company?
13:04:09  24     A.   Yes.
13:04:09  25     Q.   And under this extended support HRMS7C tab,

CATHERINE LEE HYDE      April 2, 2008
HIGHLY CONFIDENTIAL

Page 233

| | | |
|---|---|---|
| 13:04:15 | 1 | those are the two clients represented, true? |
| 13:04:17 | 2 | A.   Yes. |
| 13:04:17 | 3 | Q.   And the -- for the first entity for Safeway |
| 13:04:34 | 4 | stores, there's a start date of 6/30/2002? |
| 13:04:39 | 5 | A.   Yes. |
| 13:04:39 | 6 | Q.   Does that indicate that Safeway stores was the |
| 13:04:41 | 7 | first HRMS7C client for TomorrowNow? |
| 13:04:45 | 8 | A.   I would say that indicates the first contract. |
| 13:04:51 | 9 | Q.   What's the -- how are you differentiating first |
| 13:04:55 | 10 | contract from first client? |
| 13:04:58 | 11 | A.   It's the first client then. |
| 13:05:00 | 12 | Q.   And then according to Exhibit 91, Washington |
| 13:05:08 | 13 | Gas Light Company became a client about a month later at |
| 13:05:13 | 14 | the end of July 2002? |
| 13:05:15 | 15 | A.   Correct. |
| 13:05:15 | 16 | |
| 13:05:21 | 17 | |
| 13:05:29 | 18 | |
| 13:05:31 | 19 | |
| 13:05:33 | 20 | |
| 13:05:38 | 21 | |
| 13:05:45 | 22 | |
| 13:05:50 | 23 | |
| 13:06:11 | 24 | |
| 13:06:18 | 25 | |

CATHERINE LEE HYDE      April 2, 2008
HIGHLY CONFIDENTIAL

1                    SUBSCRIBED AND SWORN TO by the undersigned

2       on this the 7th   day of April    , 2008 .

3

4                    *Carol Jenkins*

        CAROL JENKINS, CSR

5       Certificate No. 2660

        Date of Expiration:  12/31/08

6       Merrill Legal Solutions, No. 210

        315 Capitol Street, Suite 100

7       Houston, Texas 77002

        (713) 426-0400

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                          325

KATHERINE WALKER WILLIAMS      April 1, 2008
HIGHLY CONFIDENTIAL

Page 203

| | | | |
|---|---|---|---|
| 1 | | CHANGES AND SIGNATURE | |

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 15 | 4 | Different → Deeper | Typo |
| 16 | 5 | or → of | Typo |
| 30 | 8 | Entrance - Interim | |
| 105 | 11 | Text → Tax | |
| 111 | 16 | HRR → HR or | |
| 156 | 22 | Mewnerix - Newnerix | Typo |
| 170 | 15 | SAS → SOX | |
| 194 | 20 | Lawrence → Florence | |
| 194 | 21 | Peter → Paul | |

Merrill Legal Solutions
(800) 869-9132

5da84a35-f228-4714-ab72-83c27c42a206

CATHERINE LEE HYDE        April 1, 2008
HIGHLY CONFIDENTIAL

Page 62

| | | |
|---|---|---|
| 18:01:40 | 1 | MR. McDONELL:  Okay. |
| 18:01:41 | 2 | THE VIDEOGRAPHER:  6:01.  We're off the |
| 18:01:43 | 3 | record. |
| 18:01:43 | 4 | (Proceedings adjourned until following |
| | 5 | morning.) |
| | 6 | |
| | 7 | |
| | 8 | CATHERINE LEE HYDE |
| | 9 | Florida |
| | 10 | THE STATE OF ~~TEXAS~~        ) |
| | 11 | SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned |
| | 12 | authority, by the said CATHERINE LEE HYDE on this the |
| | 13 | 18th day of April, 2008 |
| | 14 | |
| | 15 | |
| | 16 | Notary Public in and for |
| | 17 | the State of ~~Texas~~ Florida |
| | 18 | |
| | 19 | My Commission Expires: June 28, 2011 |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

CANDICE R. HOLLAND
MY COMMISSION # DD 690066
EXPIRES: June 28, 2011
Bonded Thru Notary Public Underwriters

Merrill Legal Solutions
(800) 869-9132

CATHERINE LEE HYDE      April 1, 2008
HIGHLY CONFIDENTIAL

Page 63

1                           CHANGES AND SIGNATURE

2        PAGE      LINE        CHANGE              REASON

3        30    16:59:28 20    E and G      references to "ENG"

4        31    17:00:35 11                 are actually

5        59    17:57:04 4                  E and G, short for

6                                          Education & Govt

7        54    17:47:41 20   Federal and Alaska

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

Merrill Legal Solutions
(800) 869-9132

cc135916-83a4-4e53-bc9c-87b220a8daac

CATHERINE LEE HYDE      April 2, 2008
HIGHLY CONFIDENTIAL

Page 323

1          CHANGES AND SIGNATURE

2     PAGE    LINE      CHANGE            REASON

3     74    08:00:0412    HR702 DAT  for  (not 4)

4     100   08:39:513    KRISTA PEDEN  not Stevens

5     115   09:17:124    E and G   references to "ENG"

6     128   09:39:1323      are actually short for

7     206   11:46:51 8      Education & GovT

8

9     133   09:44:415    SASOL  not  Sassell

10    157   10:27:23 7   Nhat   not  Matt

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Merrill Legal Solutions
(800) 869-9132

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535

CATHERINE LEE HYDE        April 2, 2008
HIGHLY CONFIDENTIAL

Page 322

| Time | Line | |
|---|---|---|
| 16:21:02 | 1 | from the PeopleSoft documents? |
| 16:21:04 | 2 | MR. McDONELL:  Same objection. |
| 16:21:05 | 3 | A.   Yes. |
| 16:21:07 | 4 | MR. HOWARD:  All right.  Thank you. |
| 16:21:10 | 5 | That's all I have for now. |
| 16:21:12 | 6 | MR. McDONELL:  Okay. |
| 16:21:13 | 7 | THE VIDEOGRAPHER:  4:21.  We're off the |
| 16:21:19 | 8 | record. |

9

10                         _____
                          CATHERINE LEE HYDE
11

12                          Florida

13      THE STATE OF ~~TEXAS~~        )

14          SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned

15      authority, by the said CATHERINE LEE HYDE on this the

16      18th  day of   April        , 2008 .

17

18                         _____

19                          Notary Public in and for

20                          the State of ~~Texas~~ Florida

21

22      My Commission Expires: June 28, 2011

23

24      CANDICE R. HOLLAND
        MY COMMISSION # DD 690066
        EXPIRES: June 28, 2011
25      Bonded Thru Notary Public Underwriters

Merrill Legal Solutions
(800) 869-9132

7bc988a8-2ef0-4ad0-8c3e-14dec30a8535