# EXHIBIT 13

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
    Plaintiffs, )
)
vs. ) CASE NO. 07-CV-01658 (MJJ)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, INC., a)
Texas corporation, and DOES 1-50,)
inclusive, )
    Defendants. )

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION

CATHERINE HYDE

FEBRUARY 12, 2009

    ORAL VIDEOTAPED DEPOSITION OF CATHERINE HYDE, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 12th day of February, 2009, from 8:37 a.m. to 5:26 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

    Job No. 1603-90347

CATHERINE HYDE     February 12, 2009
HIGHLY CONFIDENTIAL

Page 85

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      Q.   (By Mr. Howard)   On the next page of Exhibit 909, at
25   line 434, which is about a third of the way down the page, do
```

Merrill Legal Solutions
(800) 869-9132

1    you see it?
2        A.    Yes.
3        Q.    Does that indicate to you that HR70205D environment
4    was used to create HR702CSS environment?
5              MS. LEE:   Objection, lack of foundation.
6        A.    Yes.
7        Q.    (By Mr. Howard)   And is the HR702CSS environment, an
8    environment that you used from time to time?
9        A.    I believe so, yes.
10       Q.    What would you use it for?
11       A.    702 critical support.
12       Q.    Okay.  What would you do with it in the course of
13   providing 702 critical support?
14       A.    Anything that was necessary for 702 critical support
15   at the time I was using it.
16       Q.    Can you give some examples?
17       A.    Nothing specific, no.
18       Q.    You can't come up with any examples of how you used
19   that environment?
20             MS. LEE:   Objection, asked and answered.
21       A.    Not specific ones.
22       Q.    (By Mr. Howard)   A few lines down at line 442, the
23   HR70205D environment used to create the H702RHIM environment?
24             MS. LEE:   Objection, lack of foundation.
25       A.    Yes.

CATHERINE HYDE    February 12, 2009
HIGHLY CONFIDENTIAL

Page 87

1    Q.    (By Mr. Howard)  And is the RHIM environment an
2    environment for Robert Half?
3    A.    RHI is their three-character identifier.  So, yes.
4    Q.    And similarly, a few lines from the bottom at
5    line 749 was the HR702CSS environment used to create the
6    H702RHIM environment?
7              MS. LEE:  Objection, lack of foundation.
8    A.    It's a restore, per the notes.
9    Q.    (By Mr. Howard)  What does that mean as distinguished
10   from the create environment notes for the HR702RHIM
11   environment at line 442?
12   A.    We just always considered a restore and overlay.
13   Q.    Can you explain that?  What's an overlay as
14   distinguished from creating a copy of the environment?
15   A.    Create, it's brand-new.
16   Q.    It's a brand-new copy of whatever the target
17   environment was?
18   A.    Yeah, like the first time.  I wouldn't necessarily
19   call it the second time a creation.
20   Q.    But it's a copy of that environment in its entirety
21   as it existed in the source environment?
22             MS. LEE:  Objection, vague and ambiguous.
23   A.    Yes.
24   Q.    (By Mr. Howard)  And how do you distinguish that from
25   a restore?

1    A.    A restore is just the same -- it's a restore,
2    refresh. We use those -- well, I use those terms in a -- you
3    know, I mingle them. But a create, to me, is never existed
4    before.
5    Q.    Okay. But do you agree that taking line 749 as an
6    example where the target environment is -- consists of the PS
7    Home and database from the source environment, that that's
8    creating a new copy of that source environment under the name
9    H702RHIM?
10         MS. LEE: Objection, vague and ambiguous, lack
11   of foundation.
12   A.    It's just refreshing it. It was already there. It's
13   just replacing what was there. It's a copy, but it is
14   definitely refreshing an environment.
15   Q.    (By Mr. Howard) Okay. I think I understand the
16   distinction you're making now.
17         So, if I understand your answer, on June 20th,
18   2006, which is the date that the action in line 749 is
19   performed, according to Backtrack, the H702RHIM environment
20   already existed by that name; is that right?
21         MS. LEE: Objection, lack of foundation.
22   A.    Right.
23   Q.    (By Mr. Howard) All right. And that environment
24   that existed by that name is being replaced by a copy of the
25   HR702CSS environment in the file indicated here on line 749?

CATHERINE HYDE    February 12, 2009
HIGHLY CONFIDENTIAL

Page 89

1              MS. LEE:  Objection, lack of foundation.
2        A.    Yes.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE OF TEXAS

COUNTY OF HARRIS

REPORTER'S CERTIFICATE

I, Dana Richardson, a Certified Shorthand Reporter in and for the State of Texas, do certify that this deposition transcript is a true record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each party at the deposition is as follows:

Mr. Geoffrey Howard - 06:58

Ms. Jacqueline Lee - 00:00

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 17th day of February, 2009.

*Dana Richardson*

Dana Richardson, CSR

Texas CSR 5386

Expiration: 12/31/09

Merrill Legal Solutions, Firm No. 210

315 Capitol, Suite 100

Houston, Texas 77002

Phone (713) 426-0400

Fax (713) 426-0600

## Corrections to the Transcript of the Deposition of

## Catherine Hyde

Taken on February 12, 2009

Volume 1, pages 1 - 259

| Page | Line(s) | Reads | Should Read |
|---|---|---|---|
| 109 | 1 | MVB | VB |

_Catherine L Hyde_       3/3/09
**Witness Signature**           **Date**

SVI-32042v1