# EXHIBIT 14

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
CASE NO. 07-CV-01658 PJH(EDL)


ORACLE USA, INC., a Colorado
corporation, et al.,

      Plaintiffs,

-vs-

SAP AG, a German corporation, et al.,

      Defendants.

                    /


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | CATHERINE HYDE |
| DATE TAKEN: | TUESDAY, MAY 12, 2009 |
| TIME: | 9:06 A.M. |
| PLACE: | 9300 AIRPORT BOULEVARD ORLANDO, FLORIDA |
| REPORTED BY: | CARMEN THOMAS, REGISTERED PROFESSIONAL REPORTER AND NOTARY PUBLIC |


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CATHERINE HYDE    May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 27

| | | |
|---|---|---|
| 09:41:16 | 1 | |
| 09:41:20 | 2 | |
| 09:41:22 | 3 | |
| 09:41:26 | 4 | |
| 09:41:28 | 5 | So let me show you what's been marked as |
| 09:41:36 | 6 | Exhibit 1255.  Exhibit 1255 is same type of printout |
| 09:41:56 | 7 | from Bak Trak that we looked at with Exhibit 1253 but |
| 09:42:02 | 8 | for the HR751 environments.  In other words, each time |
| 09:42:10 | 9 | that a HR751 extended support environment is being used |
| 09:42:16 | 10 | to create a different environment, and then by block |
| 09:42:24 | 11 | sorted by time.  Maybe we can go faster on this one |
| 09:42:54 | 12 | since we've been through this once already. |
| 09:42:56 | 13 | In Exhibit 1255, the first block starting |
| 09:43:00 | 14 | with line one, does that indicate that the HR75104B |
| 09:43:06 | 15 | environment was used to create the HR751CSS environment |
| 09:43:14 | 16 | as a copy of that HR75104B source? |
| 09:43:20 | 17 | MS. LEE:  Objection.  Lack of foundation. |
| 09:43:22 | 18 | Vague and ambiguous. |
| 09:43:22 | 19 | THE WITNESS:  Yes. |
| 09:43:24 | 20 | BY MR. HOWARD: |
| 09:43:32 | 21 | Q    And in lines -- in line two -- I guess in |
| 09:43:46 | 22 | line two, is the same source environment being used to |
| 09:43:52 | 23 | create HR751CSS again? |
| 09:43:56 | 24 | A    It's created from a different backup.  It's |
| 09:44:06 | 25 | just overlaying it with a different one.  Even though |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 28

| | | |
|---|---|---|
| 09:44:14 | 1 | the database name is the same, it's from a different |
| 09:44:16 | 2 | time. |
| 09:44:16 | 3 | Q     Right.  So if we look at the backup file |
| 09:44:20 | 4 | name, that's a different file name in line one compared |
| 09:44:22 | 5 | to line two? |
| 09:44:24 | 6 | A     Yes. |
| 09:44:26 | 7 | Q     And that indicates that those are backups of |
| 09:44:32 | 8 | HR75104B taken at two different times? |
| 09:44:36 | 9 | A     That's what it indicates to me, yes. |
| 09:44:40 | 10 | Q    .And so is it fair to conclude that the |
| 09:44:46 | 11 | HR751CSS environment that's created in line two is |
| 09:44:52 | 12 | different from the HR751CSS environment that's created |
| 09:44:58 | 13 | in line one? |
| 09:45:00 | 14 | MS. LEE:  Objection.  Vague and ambiguous. |
| 09:45:00 | 15 | THE WITNESS:  It's not created.  It's |
| 09:45:02 | 16 | refreshed, overlaid. |
| 09:45:04 | 17 | BY MR. HOWARD: |
| 09:45:10 | 18 | Q     Well, is it -- is it refreshed in line one or |
| 09:45:14 | 19 | that's when it's created? |
| 09:45:14 | 20 | A     I don't know.  It's just a database restore. |
| 09:45:18 | 21 | Q     All right.  Well, looking at the description |
| 09:45:20 | 22 | it says, created environment for development of critical |
| 09:45:24 | 23 | support fixes? |
| 09:45:24 | 24 | A     It's just a word.  Created, refreshed. |
| 09:45:26 | 25 | Q     There was some existing database that was |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 29

| | | |
|---|---|---|
| 09:45:30 | 1 | being overlaid with the backup from HR75104B and then |
| 09:45:38 | 2 | being named HR751CSS? |
| 09:45:42 | 3 | MS. LEE:  Objection.  Lack of foundation. |
| 09:45:44 | 4 | THE WITNESS:  I would think so.  It's just |
| 09:45:48 | 5 | because it's just a database restore. |
| 09:45:48 | 6 | BY MR. HOWARD: |
| 09:45:50 | 7 | Q    Then in line three, the HR75105D environment |
| 09:45:58 | 8 | is then used to create HR751CSS? |
| 09:46:02 | 9 | MS. LEE:  Objection.  Lack of foundation. |
| 09:46:04 | 10 | Vague and ambiguous. |
| 09:46:04 | 11 | THE WITNESS:  It would still be a refresh. |
| 09:46:06 | 12 | BY MR. HOWARD: |
| 09:46:22 | 13 | Q    Can you explain what you mean by that? |
| 09:46:22 | 14 | A    You can't have multiple environments with the |
| 09:46:26 | 15 | same name on the same box.  Doesn't matter how many |
| 09:46:34 | 16 | times it is here, there's only one at a time. |
| 09:46:38 | 17 | Q    Right.  But it's coming from a different |
| 09:46:44 | 18 | backup in line three, right? |
| 09:46:46 | 19 | A    But it's still overlaying that particular |
| 09:46:50 | 20 | environment. |
| 09:46:52 | 21 | Q    In line three, the target environment |
| 09:47:06 | 22 | HR751CSS is coming from both the PS HOME and the |
| 09:47:12 | 23 | database backup for HR75105D, right? |
| 09:47:18 | 24 | A    Yes. |
| 09:47:20 | 25 | Q    And so when that happens, at that moment in |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 30

| | | |
|---|---|---|
| 09:47:34 | 1 | time, is it true that the environment called HR751CSS is |
| 09:47:42 | 2 | identical to the HR75105D backup that's indicated in the |
| 09:47:50 | 3 | backup file name? |
| 09:47:52 | 4 | A    Yes.  I would expect so, yes. |
| 09:47:56 | 5 | Q    And then starting at line four and continuing |
| 09:48:22 | 6 | through line 20, in each of those instances, HR751CSS is |
| 09:48:30 | 7 | both the source and the target; is that right? |
| 09:48:32 | 8 | A    The backup is coming from the source that was |
| 09:48:38 | 9 | named that, yes. |
| 09:48:40 | 10 | Q    So in each of those instances the environment |
| 09:48:46 | 11 | HR751CSS is being refreshed, would be your word I think, |
| 09:48:50 | 12 | from the backup file name that's indicated in the backup |
| 09:48:56 | 13 | file name column? |
| 09:48:56 | 14 | A    Correct. |
| 09:48:56 | 15 | Q    All right.  Now, looking at the next block, |
| 09:49:10 | 16 | which starts at line 21, are those examples of these |
| 09:49:24 | 17 | iterative HR751 retrofit environments being created from |
| 09:49:32 | 18 | a prior retrofit environment? |
| 09:49:38 | 19 | MS. LEE:  Objection.  Vague and ambiguous. |
| 09:49:42 | 20 | THE WITNESS:  I would think so.  There's a |
| 09:49:48 | 21 | typo on -- well, I think it's a typo anyways, |
| 09:49:52 | 22 | HR74104C. |
| 09:49:54 | 23 | BY MR. HOWARD: |
| 09:49:54 | 24 | Q    Right.  In line 21 the target environment |
| 09:49:58 | 25 | should say HR75104C, not 741ARC? |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 31

| | | |
|---|---|---|
| 09:50:08 | 1 | A    I think so. |
| 09:50:08 | 2 | Q    And similar to what we talked about with the |
| 09:50:22 | 3 | HG751 environments, it's true that the HR751 retrofit |
| 09:50:36 | 4 | environments originated originally from the same source |
| 09:50:44 | 5 | CDs? |
| 09:50:46 | 6 | MS. LEE:  Objection.  Lack of foundation. |
| 09:50:48 | 7 | THE WITNESS:  I would think so, yes. |
| 09:50:50 | 8 | BY MR. HOWARD: |
| 09:50:50 | 9 | Q    And do you recall your -- your earlier |
| 09:50:54 | 10 | testimony that that source was either Safeway or |
| 09:50:58 | 11 | Washington Gas Light? |
| 09:51:00 | 12 | A    Based on the clients at that time, yes. |
| 09:51:02 | 13 | Q    And so similar exercise to what we did with |
| 09:51:10 | 14 | Exhibit 1253, when we look at line one, that source |
| 09:51:14 | 15 | environment HR75104B, ultimately that environment would |
| 09:51:22 | 16 | have originated with either Safeway or Washington Gas |
| 09:51:28 | 17 | Light? |
| 09:51:28 | 18 | MS. LEE:  Objection.  Lack of foundation. |
| 09:51:28 | 19 | THE WITNESS:  That's what I believe, yes. |
| 09:51:30 | 20 | BY MR. HOWARD: |
| 09:51:32 | 21 | Q    And dropping down to -- and then that same |
| 09:51:36 | 22 | source would have been the source for each of the |
| 09:51:40 | 23 | environments that are listed as the HR751CSS |
| 09:51:44 | 24 | environments in lines one through 20? |
| 09:51:46 | 25 | MS. LEE:  Same objection. |

CATHERINE HYDE      May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 32

| | | |
|---|---|---|
| 09:51:48 | 1 | THE WITNESS:  Yes. |
| 09:51:48 | 2 | BY MR. HOWARD: |
| 09:51:50 | 3 | Q    And the same -- that same source would have |
| 09:51:52 | 4 | been the source for the retrofit environments that are |
| 09:51:58 | 5 | listed in lines 21 through the end of that block line 58 |
| 09:52:08 | 6 | ending with the HR75105D target environment? |
| 09:52:14 | 7 | MS. LEE:  Same objection.  Compound. |
| 09:52:16 | 8 | THE WITNESS:  Which line did you say? |
| 09:52:24 | 9 | BY MR. HOWARD: |
| 09:52:24 | 10 | Q    Line 58 on page two which is the target |
| 09:52:28 | 11 | environment HR75105D. |
| 09:52:32 | 12 | A    Yes. |
| 09:52:32 | 13 | Q    And then lines 59 -- look at page two of |
| 09:52:40 | 14 | Exhibit 1255, lines 59 through 69, those are the |
| 09:52:50 | 15 | HR751DEV environments being created from various HR751 |
| 09:53:00 | 16 | retrofit environments? |
| 09:53:00 | 17 | A    They're refreshes, yes. |
| 09:53:02 | 18 | Q    And the same is true for those, each of those |
| 09:53:08 | 19 | would have originated from the same source Safeway or |
| 09:53:12 | 20 | Washington Gas Light? |
| 09:53:12 | 21 | MS. LEE:  Objection.  Lack of foundation. |
| 09:53:14 | 22 | THE WITNESS:  Yes. |
| 09:53:16 | 23 | BY MR. HOWARD: |
| 09:53:16 | 24 | Q    And the same is true for the environments |
| 09:53:20 | 25 | listed in line 70 through 87, those source and target |

CATHERINE HYDE      May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 33

| | | |
|---|---|---|
| 09:53:26 | 1 | environments would have originated from the same source |
| 09:53:28 | 2 | as well? |
| 09:53:30 | 3 | MS. LEE:  Same objection.  Compound. |
| 09:53:32 | 4 | THE WITNESS:  Yes. |
| 09:53:32 | 5 | BY MR. HOWARD: |
| 09:53:32 | 6 | Q    And the same is true for the environments |
| 09:53:36 | 7 | listed starting at lines 88 through 96 on page two, |
| 09:53:46 | 8 | those environments would have originated from the same |
| 09:53:50 | 9 | source as well? |
| 09:53:52 | 10 | MS. LEE:  Same objections. |
| 09:53:52 | 11 | THE WITNESS:  Yes. |
| 09:53:54 | 12 | BY MR. HOWARD: |
| 09:54:02 | 13 | Q    Now, turning to page three of Exhibit 1255, |
| 09:54:08 | 14 | line 97 shows the target environment HR751DAT being |
| 09:54:18 | 15 | created from HR75103B, you see that? |
| 09:54:22 | 16 | A    Yes. |
| 09:54:24 | 17 | Q    And that is -- that source and that target |
| 09:54:32 | 18 | also would have originally come from the same source |
| 09:54:34 | 19 | software, Safeway or Washington Gas Light? |
| 09:54:38 | 20 | MS. LEE:  Same objections. |
| 09:54:40 | 21 | THE WITNESS:  The database, yes. |
| 09:54:42 | 22 | BY MR. HOWARD: |
| 09:54:44 | 23 | Q    And the same is true at line 98 where the |
| 09:54:50 | 24 | target environment D751DATM is being created from |
| 09:54:56 | 25 | HR751DAT? |

CATHERINE HYDE    May 12, 2009

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 34

| 09:54:58 | 1 | MS. LEE:  Same objection. |
| 09:55:00 | 2 | THE WITNESS:  Is the database from that, yes. |
| 09:55:06 | 3 | BY MR. HOWARD: |
| 09:55:06 | 4 | Q    From the same Safeway or Washington Gas Light |
| 09:55:10 | 5 | source, correct? |
| 09:55:10 | 6 | A    I would think so. |
| 09:55:12 | 7 | MS. LEE:  Same objection. |
| 09:55:12 | 8 | BY MR. HOWARD: |
| 09:55:12 | 9 | Q    Now, starting at -- at line 99 -- this will a |
| 09:55:18 | 10 | little bit cover ground that we've already covered in |
| 09:55:20 | 11 | other depositions, but here the HR75103B environment is |
| 09:55:26 | 12 | being used to create HR751PHS, right? |
| 09:55:30 | 13 | MS. LEE:  Objection.  Lack of foundation. |
| 09:55:32 | 14 | Vague and ambiguous. |
| 09:55:34 | 15 | THE WITNESS:  Yes. |
| 09:55:34 | 16 | BY MR. HOWARD: |
| 09:55:36 | 17 | Q    And then similar to what we saw with the |
| 09:55:40 | 18 | HG751 environments there's then a series of -- in lines |
| 09:55:46 | 19 | 100 through 110 HR751PHS backups are being used to |
| 09:55:54 | 20 | refresh the HR751PHS? |
| 09:55:56 | 21 | A    Yes. |
| 09:55:58 | 22 | Q    All right.  And then it would be true that |
| 09:56:06 | 23 | HR751PHS having been created from HR75103B also |
| 09:56:12 | 24 | originated from the same source as the others which |
| 09:56:16 | 25 | would be Safeway or Washington Gas Light? |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 35

| | | |
|---|---|---|
| 09:56:20 | 1 | MS. LEE:  Lack of foundation. |
| 09:56:20 | 2 | THE WITNESS:  From their CDs, yes. |
| 09:56:22 | 3 | BY MR. HOWARD: |
| 09:56:24 | 4 | Q   And the same would be true of line 111 for |
| 09:56:28 | 5 | the HR751YR2 environment that was created from the |
| 09:56:38 | 6 | HR751PHS environment, both of those would have |
| 09:56:40 | 7 | originated ultimately from the same Safeway or |
| 09:56:44 | 8 | Washington Gas Light software? |
| 09:56:46 | 9 | MS. LEE:  Objection.  Lack of foundation. |
| 09:56:48 | 10 | THE WITNESS:  Yes. |
| 09:56:48 | 11 | BY MR. HOWARD: |
| 09:56:48 | 12 | Q   And then in line 112, we see that HR751YR2 is |
| 09:56:56 | 13 | used to create HR751ARC, right? |
| 09:57:00 | 14 | A   Yes. |
| 09:57:00 | 15 | Q   And so then it's the case that each of those |
| 09:57:08 | 16 | HR751ARC environments in lines 112 through 129 also |
| 09:57:14 | 17 | ultimately came from the same source, Safeway or |
| 09:57:16 | 18 | Washington Gas Light? |
| 09:57:18 | 19 | MS. LEE:  Objection.  Lack of foundation. |
| 09:57:20 | 20 | THE WITNESS:  Yes. |
| 09:57:22 | 21 | BY MR. HOWARD: |
| 09:57:24 | 22 | Q   And the same is true for the environment -- |
| 09:57:28 | 23 | the target environment HR751CMP at line 130? |
| 09:57:34 | 24 | A   Yes. |
| 09:57:36 | 25 | MS. LEE:  Same objection. |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 36

| | | |
|---|---|---|
| 09:57:38 | 1 | BY MR. HOWARD: |
| 09:57:38 | 2 | Q    And the same is true for the HR751FTI |
| 09:57:42 | 3 | environments at lines 131 to 136, they came from the |
| 09:57:46 | 4 | same source as well? |
| 09:57:48 | 5 | MS. LEE:  Same objection. |
| 09:57:48 | 6 | THE WITNESS:  Yes. |
| 09:57:50 | 7 | BY MR. HOWARD: |
| 09:57:50 | 8 | Q    And the same is true for the HR751TEL |
| 09:57:54 | 9 | environments at lines 137 through 146, they came from |
| 09:58:00 | 10 | the same source -- environment source software, Safeway |
| 09:58:04 | 11 | or Washington Gas Light? |
| 09:58:08 | 12 | MS. LEE:  Same objection. |
| 09:58:08 | 13 | THE WITNESS:  Yes. |
| 09:58:08 | 14 | BY MR. HOWARD: |
| 09:58:08 | 15 | Q    And same is true for the environments -- |
| 09:58:16 | 16 | well, strike that. |
| 09:58:18 | 17 | Turning to the last page of Exhibit 1255 at |
| 09:58:26 | 18 | lines 147 through 157, there's a series of target |
| 09:58:30 | 19 | environments that appear to be created from various -- |
| 09:58:34 | 20 | at least through line 156 from various HR751 retrofit |
| 09:58:40 | 21 | environments.  Do you see that? |
| 09:58:42 | 22 | A    Yes. |
| 09:58:46 | 23 | Q    And some are databases and some are databases |
| 09:58:52 | 24 | and PS HOMES? |
| 09:58:52 | 25 | A    Yes. |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 37

| | | |
|---|---|---|
| 09:58:54 | 1 | Q     But in each of those instances, 147 through |
| 09:59:00 | 2 | 156, those target environments would have originated |
| 09:59:06 | 3 | from the same source as the others on the exhibit, |
| 09:59:10 | 4 | Safeway or Washington Gas Light? |
| 09:59:12 | 5 | A     I would think so, yes. |
| 09:59:12 | 6 | Q     And same is true for the last one, line 157, |
| 09:59:18 | 7 | the HR75CTST environment? |
| 09:59:20 | 8 | A     I believe so, yes. |
| 09:59:22 | 9 | |
| 09:59:38 | 10 | |
| 09:59:42 | 11 | |
| 10:00:12 | 12 | |
| 10:00:46 | 13 | |
| 10:00:52 | 14 | |
| 10:01:00 | 15 | |
| 10:01:06 | 16 | |
| 10:01:10 | 17 | |
| 10:01:12 | 18 | |
| 10:01:14 | 19 | |
| 10:01:16 | 20 | |
| 10:01:18 | 21 | |
| 10:01:24 | 22 | |
| 10:01:30 | 23 | |
| 10:01:36 | 24 | |
| 10:01:40 | 25 | |

CATHERINE HYDE       May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 42

| | |
|---|---|
| 10:10:34 | 1 |
| 10:10:36 | 2 |
| 10:10:58 | 3 |
| 10:11:02 | 4 |
| 10:11:10 | 5 |
| 10:11:14 | 6 |
| 10:11:16 | 7 |
| 10:11:16 | 8 |
| 10:11:18 | 9 |
| 10:11:24 | 10 |
| 10:11:28 | 11 |
| 10:11:32 | 12 |
| 10:11:34 | 13 |
| 10:11:42 | 14 |
| 10:11:46 | 15 |
| 10:11:50 | 16 |
| 10:11:58 | 17 |
| 10:12:00 | 18 |
| 10:12:02 | 19 |

10:12:04  20        Q    Last release, Exhibit 1259 is a printout from

10:12:14  21    Bak Trak in the same format that we've been seeing for

10:12:18  22    the HR702 release.

10:13:10  23              Ms. Hyde, it's correct that the HR702

10:13:18  24    retrofit environments originally came from the same

10:13:26  25    Safeway or Washington Gas Light source -- let me ask

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 43

| | | |
|---|---|---|
| 10:13:30 | 1 | that question over. |
| 10:13:32 | 2 | You recall your prior testimony that the |
| 10:13:36 | 3 | HR702CSS environment originated from the Safeway or |
| 10:13:44 | 4 | Washington Gas Light CDs? |
| 10:13:46 | 5 | A    Yes, I think so, yes. |
| 10:13:58 | 6 | Q    All right.  And so similar exercise as what |
| 10:14:02 | 7 | we've done in the -- in the other releases, the HR702 |
| 10:14:12 | 8 | extended support environments would have originally come |
| 10:14:14 | 9 | from that same source, either the Safeway or Washington |
| 10:14:20 | 10 | Gas Light software? |
| 10:14:20 | 11 | A    I believe so, yes. |
| 10:14:22 | 12 | Q    All right.  So turning to Exhibit 1259, in |
| 10:14:30 | 13 | line one, does that indicate that HR702CSS is being |
| 10:14:36 | 14 | created from the HR70205D environment? |
| 10:14:42 | 15 | A    A copy of it, yes. |
| 10:14:48 | 16 | Q    A copy of it in the form of a backup file |
| 10:14:52 | 17 | name that's identified there? |
| 10:14:52 | 18 | A    Yes. |
| 10:14:52 | 19 | Q    All right.  And then so I -- is it accurate |
| 10:14:58 | 20 | then to say that each of the environments listed in |
| 10:15:04 | 21 | lines one through 11 of Exhibit 1259 originated from the |
| 10:15:08 | 22 | Safeway or Washington Gas Light software? |
| 10:15:12 | 23 | A    I would think so, yes. |
| 10:15:14 | 24 | Q    And is the same true for the environments |
| 10:15:18 | 25 | listed in the next block, lines 12 through 33, that each |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL ~ ATTORNEYS' EYES ONLY

Page 44

| | | |
|---|---|---|
| 10:15:22 | 1 | of those environments originated from the Safeway or |
| 10:15:28 | 2 | Washington Gas Light software? |
| 10:15:28 | 3 | A    I would think so, yes. |
| 10:15:30 | 4 | Q    And the same would be true in the next block, |
| 10:15:40 | 5 | lines 34 to 45, each of those environments would have |
| 10:15:44 | 6 | originated from the same Safeway or Washington Gas Light |
| 10:15:50 | 7 | software? |
| 10:15:50 | 8 | A    I would think so, yes. |
| 10:15:52 | 9 | Q    And would the same be true for the next |
| 10:15:54 | 10 | block, lines 46 through 58, that each those environments |
| 10:15:58 | 11 | would have originated from Safeway or Washington Gas |
| 10:16:04 | 12 | Light software? |
| 10:16:04 | 13 | A    I would think so. |
| 10:16:04 | 14 | Q    And the same be true of the environments in |
| 10:16:08 | 15 | lines 59 through 71, that each of those would have |
| 10:16:12 | 16 | originated from the Safeway or Washington Gas Light |
| 10:16:14 | 17 | software? |
| 10:16:16 | 18 | A    I would think so. |
| 10:16:16 | 19 | Q    And would the same be true at line 72 where |
| 10:16:24 | 20 | HR70202D is used to create HR702DAT, that those came |
| 10:16:32 | 21 | from the Safeway or Washington Gas Light software? |
| 10:16:34 | 22 | A    02D looks funny.  I'm not sure about that 72. |
| 10:17:22 | 23 | It's just. |
| 10:17:22 | 24 | Q    Looking at the file name, is it -- does it |
| 10:17:24 | 25 | appear as if the 02 is a typo? |

CATHERINE HYDE      May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 45

| | | |
|---|---|---|
| 10:17:28 | 1 | A    I don't know.  It just looks odd. |
| 10:17:34 | 2 | Q    Does it look like -- in looking at the backup |
| 10:17:48 | 3 | file name for line 72 does it look like the backup was |
| 10:17:52 | 4 | taken on February 7, 2003? |
| 10:17:56 | 5 | A    That's what that would imply, yes. |
| 10:18:02 | 6 | Q    And do you believe that that backup would |
| 10:18:18 | 7 | have originally come from the Safeway or Washington Gas |
| 10:18:22 | 8 | Light software? |
| 10:18:24 | 9 | A    I don't know.  The whole thing looks funny |
| 10:18:28 | 10 | because it's 02D but it's 2003.  So it could have been |
| 10:18:34 | 11 | from something else. |
| 10:18:34 | 12 | Q    Okay.  How about line 73, does it -- does it |
| 10:18:44 | 13 | appear to you as if that source environment would have |
| 10:18:50 | 14 | come from the Safeway or Washington Gas Light software? |
| 10:18:52 | 15 | MS. LEE:  Objection.  Calls for speculation. |
| 10:18:54 | 16 | THE WITNESS:  That one I can't tell. |
| 10:18:56 | 17 | BY MR. HOWARD: |
| 10:18:58 | 18 | Q    Looking at line 74, line 74 is creating the |
| 10:19:04 | 19 | H702RHIM environment from the HR70205D environment.  Do |
| 10:19:12 | 20 | you see that? |
| 10:19:12 | 21 | A    Yes. |
| 10:19:12 | 22 | Q    And that HR70205D environment would have |
| 10:19:16 | 23 | originally come from the Safeway or Washington Gas Light |
| 10:19:18 | 24 | software? |
| 10:19:18 | 25 | A    I think so, yes. |

CATHERINE HYDE      May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 46

| | | |
|---|---|---|
| 10:19:20 | 1 | Q    And then, therefore, the H702RHIM environment |
| 10:19:26 | 2 | similarly would have originally come from the same |
| 10:19:28 | 3 | source, that being Safeway or Washington Gas Light? |
| 10:19:32 | 4 | A    Yes. |
| 10:19:54 | 5 | Q    In line 75, the HR702CSS environment is the |
| 10:20:04 | 6 | source environment? |
| 10:20:04 | 7 | A    Yes. |
| 10:20:14 | 8 | Q    And that originally came from the Safeway or |
| 10:20:16 | 9 | Washington Gas Light software? |
| 10:20:18 | 10 | A    I believe so, yes. |
| 10:20:20 | 11 | Q    Okay.  And then -- and then the target |
| 10:20:22 | 12 | environment in line 75 the H702RHIM, that also would |
| 10:20:28 | 13 | have originated from -- ultimately from the Safeway or |
| 10:20:32 | 14 | Washington Gas Light software? |
| 10:20:34 | 15 | A    I believe so, yes. |
| 10:20:34 | 16 | Q    And the same is true for the -- for line 76 |
| 10:20:42 | 17 | through 86, the other H702RHIM environments originated |
| 10:20:52 | 18 | from that same source? |
| 10:20:54 | 19 | A    Yes. |
| 10:20:58 | 20 | Q    And is the same true for the last three |
| 10:21:02 | 21 | lines, 87 through 89, that each of those environments |
| 10:21:08 | 22 | would have originated from the same source, the Safeway |
| 10:21:10 | 23 | or Washington Gas Light? |
| 10:21:12 | 24 | A    I would think so, yes. |
| 10:21:14 | 25 | Q    All right.  So fair to say that each of the |

CATHERINE HYDE     May 12, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 47

| | | |
|---|---|---|
| 10:21:16 | 1 | environments on Exhibit 1259, except for line 72 and 73, |
| 10:21:24 | 2 | which you weren't sure about, would have originated from |
| 10:21:26 | 3 | the Safeway or Washington Gas Light software? |
| 10:21:28 | 4 | A     Yes. |
| 10:21:30 | 5 | |
| 10:21:48 | 6 | |
| 10:22:08 | 7 | |
| 10:22:12 | 8 | |
| 10:22:18 | 9 | |
| 10:22:24 | 10 | |
| 10:22:32 | 11 | |
| 10:23:02 | 12 | |
| 10:23:06 | 13 | |
| 10:23:12 | 14 | |
| 10:23:16 | 15 | |
| 10:23:22 | 16 | |
| 10:23:24 | 17 | |
| 10:23:26 | 18 | |
| 10:23:26 | 19 | |
| 10:23:28 | 20 | |
| 10:23:36 | 21 | |
| 10:23:44 | 22 | |
| 10:23:48 | 23 | |
| 10:23:56 | 24 | |
| 10:23:56 | 25 | |

Page 212

CERTIFICATE OF REPORTER

1

STATE OF FLORIDA)
2    COUNTY OF ORANGE)

3         I, Carmen J. Thomas, Registered Professional
Reporter, and Notary Public, do hereby certify that I
4    was authorized to and did stenographically report the
foregoing deposition of CATHERINE HYDE; that a review of
5    the transcript was requested; and that the foregoing
transcript, pages 1 through 212 is a true record of my
6    stenographic notes.

7         I FURTHER CERTIFY that I am not a relative,
employee, or attorney, or counsel of any of the parties'
8    attorneys or counsel connected with the action, nor am I
financially interested in the action.
9

10        DATED this 13th day of May, 2009 at Orlando,
Orange County, Florida.

11

12                    *Carmen J. Thomas*

13

14                    Carmen J. Thomas
Registered Professional Reporter
15

16

17

18

19

20

21

22

23

24

25

Digitally signed by Carmen Thomas (101-039-000-9718)
Digitally signed by Carmen Thomas (101-039-000-9718)

6d294b96-5b81-4c46-b42e-2f41fcb41816

| Page | Line |
|------|------|

Change:_____

Reason:_____

Change:_____

Reason:_____

Change:_____

Reason:_____

Change:_____

Reason:_____

Change:_____

Reason:_____

Change:_____

Reason:_____

Change:_____

Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

___X___ No changes have been made.  I certify that the transcript is true and correct.

_Catherine A H fyh_
(signature)

_6/22/09_
(date)

On this day the 22 Nd y June 2009
Catherine Hyde personally appeared
before me and provided me her
Florida Drivers Lic # H300132445180



TERESA PELLAY
Notary Public - State of
My Comm. Expires Nov 1
Commission # DD 83