# EXHIBIT 15

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------x

ORACLE CORPORATION, a Delaware :
corporation; ORACLE USA, INC.,
a Colorado corporation; and    :
ORACLE INTERNATIONAL
CORPORATION, a California       :
corporation,

                                :

         Plaintiffs,             No. 07-CV-1658
                                :    (PJH) (EDL)

    vs.

                                :

SAP AG, a German corporation;
SAP AMERICA INC., a Delaware    :
corporation; TOMORROWNOW, INC.,
a Texas corporation; and DOES  :
1-50, inclusive,

                                :

         Defendants.
-------------------------------x

            September 25, 2008
            9:14 a.m.

      HIGHLY CONFIDENTIAL
           VOLUME 1


      Videotaped Deposition of HENNING
KAGERMANN, held at the offices of BINGHAM
McCUTCHEN LLP, 399 Park Avenue, New York, New
York, before Frank J. Bas, a Registered
Professional Reporter and Notary Public of the
State of New York.

HENNING KAGERMANN          September 25, 2008
HIGHLY CONFIDENTIAL

Page 18

      1          HIGHLY CONFIDENTIAL - H. KAGERMANN

09:40:37  2

09:40:38  3

09:40:40  4

09:40:41  5      Q.    What are your responsibilities as

09:40:43  6  CEO?

09:40:49  7      A.    I'm developing -- I'm responsible

09:41:02  8  for the strategy of SAP for business

09:41:04  9  development, for corporate communications,

09:41:08  10  internal audit, and the development of talents.

09:41:16  11      Q.    Anything else?

09:41:19  12      A.    Not right now, no.

09:41:23  13

09:41:27  14

09:41:33  15

09:41:41  16

09:41:47  17

09:41:49  18

09:41:51  19

09:42:02  20

09:42:02  21

09:42:14  22

09:42:17  23

09:42:21  24

09:42:26  25

HENNING KAGERMANN          September 25, 2008
HIGHLY CONFIDENTIAL

Page 88

                1        HIGHLY CONFIDENTIAL - H. KAGERMANN
12:19:49   2        Q.    The SAP AG executive board
12:19:54   3    considered whether to expand the TomorrowNow
12:19:56   4    business model to extend to other products?
12:20:18   5        A.    Yes.
12:20:18   6        Q.    The operations of TomorrowNow as a
12:20:21   7    business unit were under the supervision of
12:20:27   8    Mr. Oswald in his capacity on the executive
12:20:31   9    board?
12:20:39  10        A.    I'm not sure about that.
12:20:55  11        Q.    Who, if not Mr. Oswald, had
12:21:02  12    responsibility for the operations of TomorrowNow
12:21:08  13    on the SAP executive board?
12:21:18  14        A.    I assume that the CEO of TomorrowNow
12:21:33  15    is responsible for the operations of
12:21:35  16    TomorrowNow.
12:21:36  17        Q.    Who at the SAP AG executive board
12:21:39  18    level is responsible for the area that includes
12:21:45  19    TomorrowNow as a service company?
12:21:54  20        A.    That's my colleague, Gerd Oswald.
12:22:13  21
12:22:15  22
12:22:20  23
12:22:47  24
12:22:48  25

```
                    C E R T I F I C A T E

STATE OF NEW YORK       )

                          : ss.

COUNTY OF NEW YORK      )


          I, FRANK J. BAS, a Notary Public

    within and for the State of New York, do

    hereby certify:

          That HENNING KAGERMANN, the witness

    whose deposition is hereinbefore set forth,

    was duly sworn by me and that such

    deposition is a true record of the

    testimony given by the witness.

          I further certify that I am not

    related to any of the parties to this

    action by blood or marriage, and that I am

    in no way interested in the outcome of this

    matter.

          IN WITNESS WHEREOF, I have hereunto

    set my hand this 29th day of September

    2008.



                         _Frank J. Bas_
                         FRANK J. BAS, RPR
```

Page 230

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
-------------------------------x
ORACLE CORPORATION, a Delaware :
corporation; ORACLE USA, INC.,
a Colorado corporation; and    :
ORACLE INTERNATIONAL
CORPORATION, a California      :
corporation,
                               :

          Plaintiffs,              No. 07-CV-1658
                               :    (PJH) (EDL)

     vs.
                               :

SAP AG, a German corporation;  :
SAP AMERICA INC., a Delaware   :
corporation; TOMORROWNOW, INC.,
a Texas corporation; and DOES  :
1-50, inclusive,
                               :

          Defendants.
-------------------------------x
```

September 26, 2008
9:07 a.m.

HIGHLY CONFIDENTIAL
VOLUME 2

Videotaped Deposition of HENNING
KAGERMANN, held at the offices of BINGHAM
McCUTCHEN LLP, 399 Park Avenue, New York, New
York, before Frank J. Bas, a Registered
Professional Reporter and Notary Public of the
State of New York.

Page 334

|           |    |                                              |
|-----------|----|----------------------------------------------|
|           | 1  | HIGHLY CONFIDENTIAL - H. KAGERMANN           |
| 13:44:29  | 2  |                                              |
| 13:44:32  | 3  |                                              |
| 13:44:38  | 4  |                                              |
| 13:44:42  | 5  |                                              |
| 13:44:44  | 6  |                                              |
| 13:45:17  | 7  |                                              |
| 13:45:19  | 8  |                                              |
| 13:45:21  | 9  |                                              |
| 13:45:26  | 10 |                                              |
| 13:45:27  | 11 |                                              |
| 13:45:28  | 12 |                                              |
| 13:45:32  | 13 |                                              |
| 13:45:46  | 14 |                                              |

13:45:50 15         Q.    At the time that SAP made the

13:46:21 16    decision to buy TomorrowNow, did it have any

13:46:28 17    plans to change the way that TomorrowNow was

13:46:30 18    providing its service?

13:46:52 19         A.    It's possible.

13:46:54 20         Q.    Was there such a plan?

13:46:58 21         A.    I don't recall any.

13:47:04 22         Q.    Was there a plan to require

13:47:07 23    TomorrowNow to remove the copies of the

13:47:14 24    PeopleSoft software that it had on its machines?

13:47:21 25         A.    I think yes.

HENNING KAGERMANN          September 26, 2008
HIGHLY CONFIDENTIAL

Page 335

```
             1          HIGHLY CONFIDENTIAL - H. KAGERMANN
13:47:37     2          Q.    Why did -- why did SAP plan to
13:47:51     3   require TomorrowNow to remove the copies that it
13:47:53     4   had on its machines of PeopleSoft software at
13:47:57     5   the time that it bought the company?
13:48:22     6                 MR. LANIER:  Mr. Kagermann, I
13:48:23     7          instruct you that in answering that
13:48:25     8          question, which you may answer, don't
13:48:27     9          disclose the contents of any communications
13:48:29    10          with lawyers.
13:49:06    11          A.    I assume that a suggestion, a
13:49:13    12   proposal to that effect was received.
13:49:19    13          Q.    My question was different.  Why did
13:49:26    14   SAP plan to require TomorrowNow to remove the
13:49:28    15   copies that it had on its machines of PeopleSoft
13:49:30    16   software at the time that it bought the company?
13:49:58    17                 MR. LANIER:  The same instruction,
13:49:59    18          Mr. Kagermann.
13:50:00    19          A.    I assume that maybe it was to
13:50:10    20   minimize potential risks.
13:50:14    21                 INTERPRETER JACOBSON:  That it was
13:50:15    22          also to minimize.
13:50:21    23          A.    Also to minimize potential risk.
13:50:23    24          Q.    Potential risk of infringement of
13:50:25    25   that software?
```

HENNING KAGERMANN          September 26, 2008
HIGHLY CONFIDENTIAL

Page 336

|          |    |                                        |
|----------|----|----------------------------------------|
|          | 1  | HIGHLY CONFIDENTIAL - H. KAGERMANN     |
| 13:50:31 | 2  | A.     That's always a risk.           |
| 13:50:33 | 3  |                                        |
| 13:50:37 | 4  |                                        |
| 13:50:38 | 5  |                                        |
| 13:50:40 | 6  |                                        |
| 13:50:58 | 7  |                                        |
| 13:51:00 | 8  |                                        |
| 13:51:04 | 9  |                                        |
| 13:51:11 | 10 |                                        |
| 13:51:16 | 11 |                                        |
| 13:51:19 | 12 |                                        |
| 13:51:22 | 13 |                                        |
| 13:51:25 | 14 |                                        |
| 13:51:35 | 15 |                                        |
| 13:51:42 | 16 |                                        |
| 13:51:44 | 17 |                                        |
| 13:51:53 | 18 |                                        |
| 13:52:13 | 19 |                                        |
| 13:52:18 | 20 |                                        |
| 13:52:23 | 21 |                                        |
| 13:52:47 | 22 |                                        |
| 13:52:48 | 23 |                                        |
| 13:52:56 | 24 |                                        |
| 13:52:57 | 25 |                                        |

HENNING KAGERMANN        September 26, 2008
HIGHLY CONFIDENTIAL

Page 340

|  |  |  |
|--|--|--|
|  | 1 | HIGHLY CONFIDENTIAL - H. KAGERMANN |
| 13:57:18 | 2 | |
| 13:57:20 | 3 | |
| 13:57:48 | 4 | |
| 13:57:48 | 5 | |
| 13:57:53 | 6 | |
| 13:57:58 | 7 | |
| 13:57:59 | 8 | |
| 13:58:01 | 9 | |
| 13:58:03 | 10 | |
| 13:58:06 | 11 | |
| 13:58:08 | 12 | |
| 13:58:11 | 13 | |
| 13:58:11 | 14 | |
| 13:58:12 | 15 | |
| 13:58:12 | 16 | |
| 13:58:12 | 17 | Q.    Mr. Kagermann, what did you do |
| 13:58:16 | 18 | between January of 2005 and March of 2007 to |
| 13:58:21 | 19 | ensure that the plan to remove local copies of |
| 13:58:26 | 20 | PeopleSoft and Oracle software from |
| 13:58:28 | 21 | TomorrowNow's machines was implemented? |
| 13:58:31 | 22 | A.    Do you mean me, personally? |
| 13:58:57 | 23 | Q.    Yes. |
| 13:58:58 | 24 | A.    I assume that I also gave the |
| 13:59:12 | 25 | direction at the time. |

HENNING KAGERMANN          September 26, 2008
HIGHLY CONFIDENTIAL

Page 341

```
                    1        HIGHLY CONFIDENTIAL - H. KAGERMANN
13:59:15    2             THE INTERPRETER:  The directive.
13:59:16    3        I'm sorry.
13:59:17    4   BY MR. HOWARD:
13:59:17    5        Q.    By the directive -- when you say you
13:59:20    6   assume that you "gave the directive at the
13:59:22    7   time," what do you mean by that?
13:59:28    8        A.    What I mean is that what I did
13:59:40    9   personally is that I took part in making that
13:59:46   10   decision.
13:59:46   11        Q.    Prior to the acquisition of
13:59:48   12   TomorrowNow, you mean?
13:59:50   13        A.    It's also possible that it was again
14:00:25   14   after the -- the acquisition.
14:00:29   15        Q.    All right.  Before or after, you
14:00:34   16   participated in the decision to issue a
14:00:37   17   directive that the local copies of the
14:00:40   18   PeopleSoft and JD Edwards software should be
14:00:43   19   removed from the TomorrowNow systems; is that
14:00:46   20   right?
14:01:08   21        A.    Yes.
14:01:08   22        Q.    And would you agree that that
14:01:17   23   directive that you participated in deciding to
14:01:20   24   issue was either before the TomorrowNow
14:01:26   25   acquisition or very soon thereafter?
```

HENNING KAGERMANN          September 26, 2008
HIGHLY CONFIDENTIAL

Page 342

|  | 1 | HIGHLY CONFIDENTIAL - H. KAGERMANN |
|---|---|---|
| 14:01:53 | 2 | A.    I think so. |
| 14:01:54 | 3 | Q.    So you had a plan to remove the |
| 14:01:58 | 4 | PeopleSoft and JD Edwards software copies from |
| 14:02:02 | 5 | TomorrowNow's systems, and then you issued a |
| 14:02:04 | 6 | directive to implement that plan, is that right? |
| 14:02:24 | 7 | A.    I think so, yes. |
| 14:02:25 | 8 | |
| 14:02:30 | 9 | |
| 14:02:35 | 10 | |
| 14:02:38 | 11 | |
| 14:02:58 | 12 | |
| 14:03:04 | 13 | |
| 14:03:05 | 14 | |
| 14:03:08 | 15 | |
| 14:03:16 | 16 | |
| 14:03:18 | 17 | |
| 14:03:20 | 18 | |
| 14:03:29 | 19 | |
| 14:03:47 | 20 | |
| 14:03:47 | 21 | |
| 14:03:51 | 22 | |
| 14:03:54 | 23 | |
| 14:03:57 | 24 | |
| 14:04:15 | 25 | |

HENNING KAGERMANN          September 26, 2008
HIGHLY CONFIDENTIAL

1

2                    C E R T I F I C A T E

3    STATE OF NEW YORK      )

4                            : ss.

5    COUNTY OF NEW YORK      )

6

7            I, FRANK J. BAS, a Notary Public

8    within and for the State of New York, do

9    hereby certify:

10           That HENNING KAGERMANN, the witness

11   whose deposition is hereinbefore set forth,

12   was duly sworn by me and that such

13   deposition is a true record of the

14   testimony given by the witness.

15           I further certify that I am not

16   related to any of the parties to this

17   action by blood or marriage, and that I am

18   in no way interested in the outcome of this

19   matter.

20           IN WITNESS WHEREOF, I have hereunto

21   set my hand this _30_ day of _September_,

22   2008.

23

24

25                        _Frank J Bas_
                          FRANK J. BAS, RPR

410

Corrections to the Transcript of the Deposition of

Henning Kagermann

Taken on September 25, 2008

Volume 1,  pages 1-229

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 7 | 8 | co-Vorstandsprecher | co-Vorstandssprecher |
| 7 | 14 | co-Vorstandsprecher | co-Vorstandssprecher |
| 19 | 5 | Jim Hagemann | Jim Hagemann Snabe |
| 19 | 17 | Aufsichstrat | Aufsichtsrat |
| 93 | 18 | Aufsichstrat | Aufsichtsrat |
| 160 | 10-11 | B1 2 accelerator to the -- | B1-A -- accelerator to the |

_____          _____
**Witness Signature**                    24. Okt 2008
                                         **Date**