# EXHIBIT 16

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07-CV-1658 (PJH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

VIDEOTAPED 30(b)(6) DEPOSITION OF

ORACLE INTERNATIONAL CORPORATION

THROUGH ITS DESIGNEE

UYEN NGOC ANN KISHORE

TUESDAY, APRIL 14, 2009

HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:   HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-417372)

```
10:47:17   1
10:47:18   2
10:47:20   3
10:47:22   4
10:47:34   5
10:47:35   6
10:47:36   7
10:47:37   8
10:47:40   9
10:47:44  10         Q.   Would you take a moment and look over
10:47:46  11   what's been marked as Exhibit 246, please.
10:49:28  12         A.   (Examining document.)
10:49:29  13         Q.   Have you had a chance to look over Exhibit
10:49:31  14   246?
10:49:32  15         A.   I have.
10:49:32  16         Q.   Can you identify it for the record?
10:49:33  17         A.   It is an OC/OIC Asset Transfer Agreement,
10:49:39  18   entered on March -- as of March 1, 2002, between
10:49:44  19   Oracle Corporation and Oracle International
10:49:45  20   Corporation.
10:49:48  21         Q.   Is this a document you reviewed in
10:49:50  22   preparation for your testimony here today?
10:49:51  23         A.   Yes, it is one of the documents.
10:49:54  24         Q.   And is this one that you referred to
10:49:56  25   earlier today that you also had a copy of in your
```

```
10:49:58   1    binders?
10:49:59   2         A.   Yes.
10:50:00   3         Q.   Can you -- what do you understand this
10:50:04   4    agreement to be?
10:50:07   5         A.   My understanding is that in Section 1.1,
10:50:10   6    there was a transfer of assets from OIC to OIC of
10:50:16   7    the asset listed below, which include patents,
10:50:20   8    copyright, trade secret, know-how and other
10:50:23   9    intellectual property, trademark and trade names,
10:50:27  10    certain tangible personal property, and distribution
10:50:30  11    agreements.
10:50:31  12         Q.   Okay.  I think in your answer you said it
10:50:33  13    was a transfer from OIC to OIC.  Did you mean to say
10:50:37  14    from Oracle Corporation to OIC?
10:50:40  15         A.   That's correct.
10:50:41  16         Q.   And is the Oracle Corporation that's
10:50:44  17    referred to in this agreement that's been marked as
10:50:47  18    Exhibit 246, has it changed its name since the time
10:50:52  19    of this agreement, to your knowledge?
10:51:00  20              And let me give you a hint.  Has it changed
10:51:02  21    its name to Oracle Systems Corporation?
10:51:08  22         A.   I believe that is the case, to the best of
10:51:10  23    my knowledge.
10:51:12  24         Q.   And just to be sure I'm clear on this, the
10:51:16  25    portion of this agreement that assigns from Oracle
```

Page 71

10:51:21  1    Corporation to OIC copyrights is in Section 1.1(a).
10:51:27  2    Is that correct?
10:51:30  3         A.   Yes.  1.1(a).
10:51:33  4
10:51:39  5
10:51:46  6
10:51:49  7
10:51:51  8
10:51:52  9
10:51:56 10
10:51:58 11
10:52:01 12
10:52:04 13
10:52:05 14
10:52:41 15
10:52:43 16
10:52:48 17
10:52:52 18
10:52:54 19
10:52:57 20
10:52:59 21
10:53:03 22
10:53:06 23
10:53:08 24
10:53:14 25

CERTIFICATE OF REPORTER

I, HOLLY THUMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED April 21st, 2009.

_____
HOLLY THUMAN, CSR No. 6834

# Errata Sheet

## Deposition of Ann Kishore, April 14, 2009

| Page | Line | Change | Reason |
|---|---|---|---|
| 16 | 19 | Change "O'Brien" to "O'Bryan" | Correction |
| 16 | 20 | Change "O'Brien" to "O'Bryan" | Correction |
| 16 | 23 | Change "O'Brien" to "O'Bryan" | Correction |
| 17 | 15 | Change "O'Brien" to "O'Bryan" | Correction |
| 17 | 16 | Change "Hoge" to "Hoag" | Correction |
| 113 | 5 | Change "RTC" to "OTC" | Correction |
| 115 | 3 | Change "message" to "percentage" | Correction |
| 188 | 15 | Change "I can't verify" to "I would have to verify" | Clarification |
| | | | |
| | | | |
| | | | |
| | | | |

Subject to the above changes, I certify that the transcript is true and correct.

_Uyen Ngoc Ann Kishore_
Signature

_5/18/09_
date

A/73041998.1