# EXHIBIT 17

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>      vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07-CV-1658(PJH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

30(b)(6) VIDEOTAPED DEPOSITION OF

ORACLE USA, INC.

(DEFENDANTS' FIRST DEPOSITION NOTICE)

BY ITS DESIGNEE

DR. UWE KOEHLER

---

THURSDAY, DECEMBER 4, 2008

HIGHLY   CONFIDENTIAL

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-414227)

```
09:25:48   1
09:25:52   2
09:25:55   3
09:25:57   4
09:25:59   5
09:26:01   6
09:26:02   7
09:26:04   8
09:26:06   9
09:26:12  10
09:26:29  11
09:26:31  12
09:26:33  13
09:26:34  14
09:26:36  15
09:26:39  16
09:26:41  17
09:26:44  18
09:26:46  19        Q.  Okay.  When -- why is there a distinction
09:26:48  20   made between the download part of the investigation
09:26:52  21   and the click part of the investigation?
09:26:54  22        A.  These two investigations started
09:26:56  23   independently from each other.
09:27:01  24        Q.  Okay.  And you've already indicated the
          25   download part of the investigation started through
```

DR. UWE KOEHLER       December 4, 2008
HIGHLY   CONFIDENTIAL

Page 22

| | | |
|---|---|---|
| 09:27:14 | 1 | Buffy Ransom and Jim Patrice's group.  Yes? |
| 09:27:17 | 2 | A.  To my knowledge, I only know about Buffy, |
| 09:27:22 | 3 | Jim Patrice and Julie O'Shea.  I don't recall |
| 09:27:26 | 4 | anybody else who was involved at that time. |
| 09:27:27 | 5 | Q.  Before you got involved? |
| 09:27:29 | 6 | A.  Before we got involved, correct. |
| 09:27:36 | 7 | Q.  Then what was the start; what precipitated |
| 09:27:39 | 8 | or started the click investigation? |
| 09:27:40 | 9 | MR. ALINDER:  Objection.  Calls for |
| 09:27:41 | 10 | speculation. |
| 09:27:43 | 11 | You can answer it to the extent you know. |
| 09:27:46 | 12 | THE WITNESS:  Okay.  I can tell you what I |
| 09:27:50 | 13 | know, what I found out speaking to the people who |
| 09:27:55 | 14 | had been involved in this clickstream investigation. |
| 09:28:07 | 15 | What I learned was that Oracle, the support |
| 09:28:11 | 16 | organization, lost customers.  That was just a |
| 09:28:16 | 17 | matter of fact.  And some of these customer names |
| 09:28:20 | 18 | showed up on the TomorrowNow web page, as a matter |
| 09:28:23 | 19 | of fact.  That was not a secret.  Public |
| 09:28:24 | 20 | information. |
| 09:28:29 | 21 | And the support organization became |
| 09:28:34 | 22 | concerned why this happens, and wanted to know |
| 09:28:38 | 23 | what's wrong, what are we doing wrong, what can we |
| 09:28:41 | 24 | do better, whatever. |
| | 25 | And that was mentioned in a meeting, Jim |

Merrill Legal Solutions
(800) 869-9132

DR. UWE KOEHLER       December 4, 2008
HIGHLY   CONFIDENTIAL

Page 23

| Time | Line | Text |
|---|---|---|
| 09:28:55 | 1 | Patrice meeting.  And Sid Chilakapati, or -- I don't |
| 09:28:57 | 2 | know how to pronounce the name. |
| 09:28:59 | 3 | Q.  We'll refer to him as Sid. |
| 09:29:01 | 4 | A.  Sid, correct.  That makes it easier. |
| 09:29:03 | 5 | Q.  I know who you're talking about. |
| 09:29:06 | 6 | A.  So Sid started to -- that's what he told |
| 09:29:09 | 7 | me.  He started to implement reports on the Customer |
| 09:29:14 | 8 | Connection site, reports especially about the |
| 09:29:17 | 9 | customer feedback, which we refer to clicks, because |
| 09:29:21 | 10 | there was a feedback button, has that solution |
| 09:29:23 | 11 | helped you, yes, no, click on that.  That's why we |
| 09:29:24 | 12 | are talking about clicks. |
| 09:29:30 | 13 | And he started to create reports to get |
| 09:29:32 | 14 | reports about a customer feedback in order to have |
| 09:29:36 | 15 | to figure out what's wrong with the customers. |
| 09:29:39 | 16 | And when he doing that, and had implemented |
| 09:29:41 | 17 | a report, that was at the end of January, and he run |
| 09:29:48 | 18 | the reports, he noticed two -- another two strange |
| 09:29:54 | 19 | things: First of all, he noticed a huge, tremendous |
| 09:29:57 | 20 | high number of the "no" click, saying the customer |
| 09:30:00 | 21 | answered, did that solution help you, did that |
| 09:30:03 | 22 | download help you, no.  A tremendous high number, |
| 09:30:05 | 23 | which was suspicious or strange. |
| 09:30:08 | 24 | And when he started to dig into that a |
|  | 25 | little bit deeper, so who are these customers |

DR. UWE KOEHLER     December 4, 2008
HIGHLY CONFIDENTIAL

Page 24

09:30:15  1   clicking on no, and what's related to that, he found
09:30:19  2   another thing, that the timing of these clicks were
09:30:22  3   strange, because the download had been just
09:30:26  4   completed successfully, and a few milliseconds
09:30:29  5   later, the click happened. And said, that is
09:30:32  6   strange, because this cannot have been done by a
09:30:34  7   human being. It must have been an automated
09:30:37  8   program. That was his conclusion out of that.
09:30:38  9       And that started the second investigation,
09:30:41  10  which we refer to the click investigation.
09:30:44  11
09:30:47  12
09:30:48  13
09:30:55  14
09:30:59  15
09:31:02  16
09:31:03  17
09:31:03  18
09:31:07  19
09:31:09  20
09:31:12  21
09:31:14  22
09:31:17  23
09:31:20  24
          25

DR. UWE KOEHLER     December 4, 2008
HIGHLY CONFIDENTIAL

Page 34

```
09:42:18   1
09:42:19   2
09:42:21   3
09:42:27   4
09:42:28   5
09:42:30   6
09:42:30   7
09:42:32   8         Q.  -- and you can tell me, on each topic in
09:42:34   9   the deposition notice, what did you talk to
09:42:36  10   Ms. Ransom about?
09:42:37  11         MR. ALINDER:  Objection.  Assumes facts not
09:42:39  12   in evidence.
09:42:41  13         THE WITNESS:  Excuse me?
09:42:43  14         MR. ALINDER:  You can answer.
09:42:46  15         THE WITNESS:  I asked her for the dates.
09:42:51  16   When she started, because she was the first one.
09:42:57  17   And at that point, I recalled the date, November the
09:43:02  18   28th, when it was raised to us, but I didn't know
09:43:03  19   when Buffy actually started.
09:43:04  20         MR. COWAN:  Q.  And what did she tell you?
09:43:07  21         A.  She told me she started just one day
09:43:09  22   before, on November the 27th.
09:43:11  23         Q.  Did she tell whether you she knew if anyone
09:43:13  24   else had started the investigation prior to November
          25   27th?
```

| Time | Line | |
|---|---|---|
| 09:43:19 | 1 | A. She was not aware of that. |
| 09:43:21 | 2 | Q. Is there any other of these topics or |
| 09:43:23 | 3 | issues covered by the deposition notice that you |
| 09:43:26 | 4 | discussed with Ms. Ransom? |
| 09:43:26 | 5 | A. Yes. |
| 09:43:26 | 6 | Q. What? |
| 09:43:29 | 7 | A. Number B, I asked her why she actually |
| 09:43:31 | 8 | started to look at that. |
| 09:43:32 | 9 | Q. And what did she tell you? |
| 09:43:36 | 10 | A. She told me she looked at, as I mentioned |
| 09:43:42 | 11 | earlier, Jason Rice' logs, as a routine, so it was |
| 09:43:45 | 12 | not started as an investigation. She looked -- she |
| 09:43:50 | 13 | requested Jason Rice' database logs, which she does |
| 09:43:54 | 14 | periodically, pretty much every quarter. |
| 09:43:57 | 15 | She did it -- she told me she did it |
| 09:44:01 | 16 | specifically in November, because at that time, |
| 09:44:04 | 17 | J.D. Edwards had published or released a couple of |
| 09:44:09 | 18 | critical patches, and she just wanted to know if the |
| 09:44:14 | 19 | patches had been downloaded, if the critical |
| 09:44:16 | 20 | customers had downloaded the patches. She just |
| 09:44:18 | 21 | wanted to know what was going on with these patches. |
| 09:44:23 | 22 | That was the whole reason looking at these log |
| 09:44:24 | 23 | files. |
| 09:44:29 | 24 | Q. Okay. And these Jason Rice database logs |
|  | 25 | are things that Jason Rice routinely produces or |

DR. UWE KOEHLER    December 4, 2008
HIGHLY CONFIDENTIAL

Page 36

```
09:44:35  1   generates?
09:44:36  2          MR. ALINDER:  Objection.  Calls for
09:44:40  3   speculation.
09:44:41  4          THE WITNESS:  Yes, I don't know if he --
09:44:43  5   well, he makes these reports available when somebody
09:44:46  6   is asking him.  Other than that, we refer to him
09:44:49  7   since he is managing the database, and he developed
09:44:51  8   that database.
09:44:53  9          MR. COWAN:  Q.  Okay.  So he has the
09:44:56 10   ability to query the logs off that database on
09:44:59 11   demand, but he doesn't regularly generate reports
09:45:02 12   based on those logs?
09:45:05 13          A.  To my knowledge, this is correct, yes, to
09:45:07 14   my knowledge.
09:45:10 15          Q.  Did Buffy tell that she had asked Jason to
09:45:12 16   run these database logs?
09:45:12 17          A.  No.
09:45:14 18          Q.  Did she tell you how she came to get the
09:45:17 19   log, other than the fact she reviewed them?
09:45:19 20          A.  No.
09:45:22 21   [REDACTED]
09:45:24 22   [REDACTED]
09:45:29 23   [REDACTED]
09:45:36 24   [REDACTED]
         25   [REDACTED]
```



DR. UWE KOEHLER      December 4, 2008
HIGHLY  CONFIDENTIAL

Page 155

```
13:38:42   1
13:38:46   2
13:38:51   3
13:38:54   4
13:38:57   5
13:38:59   6
13:39:02   7
13:39:04   8
13:39:05   9
13:39:05  10
13:39:08  11          Q.   What is your current title at Oracle?
13:39:11  12          A.   My title is Senior Director, Global
13:39:14  13   Information Security Compliance and Risk.
13:39:18  14          Q.   And you've had that title from 2006 till
13:39:20  15   today?
13:39:22  16          A.   That is correct.
13:39:26  17          Q.   And part of your responsibilities are
13:39:30  18   investigating certain issues that may come up.  This
13:39:33  19   is an example of those kind of things, but part of
13:39:38  20   your responsibilities is to conduct certain
13:39:40  21   investigations regarding information security as
13:39:41  22   they are requested of you.
13:39:42  23          A.   That is correct.
13:39:46  24          Q.   And part of those investigations, you are
          25   in charge of gathering certain facts, conducting
```

DR. UWE KOEHLER    December 4, 2008
HIGHLY CONFIDENTIAL

Page 156

| Time | # | Text |
|---|---|---|
| 13:39:52 | 1 | analysis, and then reaching either some preliminary |
| 13:39:56 | 2 | or ultimate conclusions regarding those facts. |
| 13:39:57 | 3 | Correct? |
| 13:39:58 | 4 | A.  That is correct. |
| 13:40:02 | 5 | |
| 13:40:05 | 6 | |
| 13:40:10 | 7 | |
| 13:40:13 | 8 | |
| 13:40:14 | 9 | |
| 13:40:19 | 10 | |
| 13:40:21 | 11 | |
| 13:40:24 | 12 | |
| 13:40:25 | 13 | |
| 13:40:25 | 14 | |
| 13:40:31 | 15 | |
| 13:40:33 | 16 | |
| 13:40:37 | 17 | |
| 13:40:40 | 18 | |
| 13:40:41 | 19 | |
| 13:40:43 | 20 | |
| 13:40:46 | 21 | |
| 13:40:51 | 22 | |
| 13:40:54 | 23 | |
| 13:40:56 | 24 | |
| | 25 | |

DR. UWE KOEHLER        December 4, 2008
HIGHLY CONFIDENTIAL

Page 179

```
14:19:44   1
14:19:48   2
14:19:51   3
14:19:54   4
14:20:15   5
14:20:19   6
14:20:21   7
14:20:25   8
14:20:28   9
14:20:29  10
14:20:33  11
14:20:36  12
14:20:37  13
```
14:20:43  14        Q.  Okay.  Do you know what is meant by the
14:20:46  15   word "much" in the sentence, "By reviewing the
14:20:49  16   server's logs, Oracle determined that much of the
14:20:53  17   download activity originated from one particular IP
14:20:55  18   address"?  Does that make any sense to you?
14:20:58  19        A.  I can only speculate.  My speculation would
14:21:18  20   be, it's referring to the excessive downloads.
14:21:20  21        Q.  And that's just, from the way you read
14:21:24  22   that, just an indication that the logs had other
14:21:30  23   download activity on it that wasn't as part of the
14:21:32  24   investigation correlated to TomorrowNow, because
          25   it's picking up all the activity?

DR. UWE KOEHLER      December 4, 2008
HIGHLY CONFIDENTIAL

Page 180

```
14:21:38   1         A.  Correct.  The download logs had all the
14:21:42   2    downloads from every customer, everywhere, on
14:22:04   3    the world.  However -- yeah, what we did is, we did
14:22:10   4    a very simple analysis.  I mean, we just counted the
14:22:14   5    number of lines related to the TomorrowNow IP
14:22:19   6    address, and we counted a number of lines not
14:22:24   7    TomorrowNow's IP address.  That was the first one.
14:22:27   8         And the second was, the logs also contain
14:22:30   9    the number of bytes downloaded, and then we counted
14:22:33  10    the number of bytes downloaded by TomorrowNow's IP
14:22:38  11    address and the number of bytes downloaded by
14:22:40  12    anybody else except TomorrowNow.
14:22:45  13         And what we have seen there, it's a simple
14:22:48  14    calculation.  I mean, it took me a week to write the
14:22:52  15    program to do that to produce the logs, but it's
14:22:55  16    quite simple and understandable how to do that.
14:22:58  17         But what we have seen had been specifically
14:23:03  18    one month, December 2006, there had been certain
14:23:06  19    days where TomorrowNow downloaded more than anybody
14:23:11  20    else.  Which means the number of bytes, or
14:23:15  21    gigabytes, actually downloaded from TomorrowNow's IP
14:23:17  22    address was more than the number of bytes downloaded
14:23:22  23    by anybody else in the world.
14:23:24  24
          25
```

# CERTIFICATE OF REPORTER

I, HOLLY THUMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED December 17, 2008.

_____
HOLLY THUMAN, CSR No. 6834

## Errata Sheet

### Deposition of Uwe Koehler, December 4, 2008

| Page | Line | Change | Reason |
|---|---|---|---|
| 18 | 2 | Change "and the" to "and they" | Correction |
| 26 | 10 | Change "wage" to "page" | Correction |
| 29 | 6 | Change "Maureen" to "Marlene" | Correction |
| 84 | 20 | Change "lab servers" to "web servers" | Correction |
| 152 | 25 | Change "Korella" to "Grella" | Correction |
| 192 | 13 | Change "on" to "or" | Correction |
| 219 | 3 | Change "record" to "recall" | Correction |
| 221 | 6 | Change "see" to "say" | Correction |
| 226 | 3 | Change "dives" to "drives" | Correction |
| 229 | 21 | Change "assistant" to "system" | Correction |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Subject to the above changes, I certify that the transcript is true and correct.

_[signature]_     20-Jan-09
Signature             date