# EXHIBIT 18

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 07-CV-1658 (PJH) ) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) |

30(b)(6) VIDEOTAPED DEPOSITION OF

ORACLE USA, INC.

(DEFENDANTS' SECOND DEPOSITION NOTICE)

BY ITS DESIGNEE

DR. UWE KOEHLER

FRIDAY, DECEMBER 5, 2008

HIGHLY  CONFIDENTIAL

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-414229)

DR. UWE KOEHLER      December 5, 2008
HIGHLY  CONFIDENTIAL

Page 21

| | | |
|---|---|---|
| 09:32:51 | 1 | |
| 09:32:52 | 2 | |
| 09:32:54 | 3 | |
| 09:33:12 | 4 | MR. COWAN:  Q.  Where physically are the |
| 09:33:14 | 5 | reverse proxy servers SUN145, 146, 147 and 148 |
| 09:33:20 | 6 | located? |
| 09:33:21 | 7 | A.  They are physically located in the |
| 09:33:23 | 8 | Pleasanton Data Center in Pleasanton, California. |
| 09:33:28 | 9 | |
| 09:33:29 | 10 | |
| 09:33:32 | 11 | |
| 09:33:34 | 12 | |
| 09:33:39 | 13 | |
| 09:33:40 | 14 | |
| 09:33:53 | 15 | |
| 09:33:55 | 16 | |
| 09:33:57 | 17 | |
| 09:34:04 | 18 | |
| 09:34:11 | 19 | |
| 09:34:12 | 20 | |
| 09:34:13 | 21 | |
| 09:34:20 | 22 | |
| 09:34:21 | 23 | |
| 09:34:26 | 24 | |
| 09:34:26 | 25 | |

DR. UWE KOEHLER     December 5, 2008
HIGHLY  CONFIDENTIAL

Page 23

| | | |
|---|---|---|
| 09:36:04 | 1 | |
| 09:36:13 | 2 | MR. COWAN:  Q.  Okay.  Other than these |
| 09:36:19 | 3 | four reverse proxy servers, what other physical |
| 09:36:23 | 4 | pieces of hardware are you aware of that comprise |
| 09:36:27 | 5 | the PeopleSoft Customer Connection system? |
| 09:36:32 | 6 | A.  The next physical piece of -- pieces of |
| 09:36:35 | 7 | hardware I can identify are the Apache servers and |
| 09:36:41 | 8 | SiteMinder servers, which are the same, since Apache |
| 09:36:45 | 9 | and SiteMinder are running on the same machine.  But |
| 09:36:49 | 10 | there are, again, four of them. |
| 09:36:51 | 11 | |
| 09:36:54 | 12 | |
| 09:36:57 | 13 | |
| 09:36:57 | 14 | |
| 09:36:59 | 15 | |
| 09:36:59 | 16 | |
| 09:37:02 | 17 | |
| 09:37:25 | 18 | |
| 09:37:28 | 19 | |
| 09:37:35 | 20 | |
| 09:37:37 | 21 | |
| 09:37:37 | 22 | |
| 09:37:40 | 23 | |
| 09:37:42 | 24 | |
| 09:37:43 | 25 | |

DR. UWE KOEHLER       December 5, 2008
HIGHLY  CONFIDENTIAL

Page 24

| | | |
|---|---|---|
| 09:37:46 | 1 | |
| 09:37:48 | 2 | |
| 09:37:51 | 3 | |
| 09:37:52 | 4 | |
| 09:37:52 | 5 | |
| 09:37:53 | 6 | |
| 09:37:56 | 7 | MR. COWAN:  Q.  Where are HP35, HP53, HP56 |
| 09:38:01 | 8 | and HP59 located? |
| 09:38:04 | 9 | A.  To my knowledge, they are located as well |
| 09:38:07 | 10 | in the Pleasanton Data Center. |
| 09:38:16 | 11 | |
| 09:38:19 | 12 | |
| 09:38:22 | 13 | |
| 09:38:24 | 14 | |
| 09:38:24 | 15 | |
| 09:38:26 | 16 | |
| 09:38:26 | 17 | |
| 09:38:31 | 18 | |
| 09:38:34 | 19 | |
| 09:38:38 | 20 | |
| 09:38:40 | 21 | |
| 09:38:43 | 22 | |
| 09:38:43 | 23 | |
| 09:38:46 | 24 | |
| 09:38:48 | 25 | |

DR. UWE KOEHLER      December 5, 2008
HIGHLY  CONFIDENTIAL

Page 26

| | | |
|---|---|---|
| 09:40:24 | 1 | |
| 09:40:26 | 2 | |
| 09:40:26 | 3 | |
| 09:40:38 | 4 | Q.  Other than the eight pieces of hardware |
| 09:40:40 | 5 | that we have discussed so far, what other physical |
| 09:40:43 | 6 | pieces of hardware are you aware of that are part of |
| 09:40:46 | 7 | the PeopleSoft Customer Connection system? |
| 09:40:50 | 8 | A.  I know about more servers as we discussed |
| 09:40:54 | 9 | yesterday, but I'm not able to identify all of the |
| 09:40:56 | 10 | physical assets.  And I also don't know the machine |
| 09:41:05 | 11 | names, as I did for the other machines. |
| 09:41:09 | 12 | So what we have is, first of all, I |
| 09:41:13 | 13 | mentioned it yesterday, the C1 database.  Which is |
| 09:41:17 | 14 | the CRM, the Customer Relationship Management |
| 09:41:21 | 15 | system. |
| 09:41:28 | 16 | Q.  Okay.  And what else?  Even though it may |
| 09:41:30 | 17 | be a little duplicative of what we talked about |
| 09:41:33 | 18 | yesterday, but please try to give me an exhaustive |
| 09:41:35 | 19 | listing of everything? |
| 09:41:37 | 20 | A.  Yes.  And we have the content servers |
| 09:41:41 | 21 | serving the content for that system.  These are |
| 09:41:44 | 22 | database servers. |
| 09:41:47 | 23 | Q.  And what did you call them?  What kind of |
| 09:41:52 | 24 | servers are they? |
| 09:41:53 | 25 | A.  Content. |

DR. UWE KOEHLER      December 5, 2008
HIGHLY  CONFIDENTIAL

Page 27

| | | |
|---|---|---|
| 09:41:54 | 1 | Q.  They're the content servers serving the |
| 09:41:56 | 2 | content for -- okay. |
| 09:42:01 | 3 | A.  These are the servers, they're -- the files |
| 09:42:02 | 4 | relate, because the first machines don't have any |
| 09:42:07 | 5 | content.  They are just passing the information back |
| 09:42:09 | 6 | and forth. |
| 09:42:12 | 7 | Q.  And what else? |
| 09:42:15 | 8 | A.  Other than that, I know this system is |
| 09:42:17 | 9 | connected to several staging areas.  Staging |
| 09:42:26 | 10 | servers. |
| 09:42:35 | 11 | |
| 09:42:36 | 12 | |
| 09:42:38 | 13 | |
| 09:42:42 | 14 | |
| 09:42:44 | 15 | |
| 09:42:46 | 16 | |
| 09:42:46 | 17 | |
| 09:42:48 | 18 | |
| 09:42:50 | 19 | |
| 09:42:52 | 20 | |
| 09:42:52 | 21 | |
| 09:42:55 | 22 | |
| 09:42:58 | 23 | |
| 09:43:00 | 24 | |
| 09:43:04 | 25 | |

DR. UWE KOEHLER      December 5, 2008
HIGHLY   CONFIDENTIAL

Page 31

09:47:34    1

09:47:36    2

09:47:37    3

09:47:43    4

09:47:46    5

09:47:51    6

09:47:55    7

09:47:58    8

09:48:00    9

09:48:01   10

09:48:02   11

09:48:03   12

09:48:04   13

09:48:12   14

09:48:15   15

09:48:20   16

09:48:25   17

09:48:27   18

09:48:29   19

09:48:30   20

09:48:33   21

09:48:37   22          MR. COWAN:   Q.   Do you know where the

09:48:38   23   content servers are physically located?

09:48:43   24       A.   Some of them are in the Pleasanton Data

09:48:45   25   Center, and some of them are in the data center in

Page 32

```
09:48:51   1    Denver.
09:48:54   2
09:48:57   3
09:49:00   4
09:49:02   5
09:49:03   6
09:49:06   7
09:49:07   8
09:49:12   9
09:49:14  10
09:49:17  11
09:49:18  12
09:49:22  13
09:49:26  14
09:49:37  15
09:49:41  16
09:49:44  17
09:49:46  18
09:49:51  19
09:49:54  20
09:49:57  21
09:50:00  22
09:50:01  23
09:50:02  24
09:50:03  25
```

DR. UWE KOEHLER        December 5, 2008
HIGHLY  CONFIDENTIAL

Page 42

10:04:47   1

10:21:28   2

10:21:28   3

10:21:41   4

10:21:42   5

10:21:46   6

10:21:49   7

10:21:50   8

10:21:53   9

10:21:53  10

10:21:55  11

10:21:59  12

10:22:02  13

10:22:07  14

10:22:13  15

10:22:17  16

10:22:20  17

10:22:25  18

10:22:28  19

10:22:30  20

10:22:32  21

10:22:35  22

10:22:38  23

10:22:43  24

10:22:46  25

DR. UWE KOEHLER     December 5, 2008
HIGHLY  CONFIDENTIAL

Page 43

| | | |
|---|---|---|
| 10:22:47 | 1 | |
| 10:22:51 | 2 | |
| 10:22:56 | 3 | |
| 10:22:56 | 4 | The second clarification, when we speak |
| 10:22:59 | 5 | about the availabilities, slowdowns, then I'm not |
| 10:23:07 | 6 | aware of any slowdown or unavailabilities for the |
| 10:23:14 | 7 | official processes, escalation processes in Oracle. |
| 10:23:18 | 8 | This does not necessarily mean that customers may |
| 10:23:20 | 9 | have complained to the support representatives out |
| 10:23:23 | 10 | there, which was not put in the system internally. |
| 10:23:38 | 11 | MR. COWAN:  Q.  Okay.  But with respect to |
| 10:23:41 | 12 | the -- all of your answers regarding alteration or |
| 10:23:44 | 13 | modification or change of data on the system, your |
| 10:23:49 | 14 | answers are still what you gave me earlier:  To your |
| 10:23:51 | 15 | knowledge, there's no data that existed on the |
| 10:23:54 | 16 | system prior to TomorrowNow's access to the system |
| 10:23:58 | 17 | that was changed or altered in any way.  Correct? |
| 10:24:01 | 18 | MR. ALINDER:  Objection.  Calls for |
| 10:24:02 | 19 | speculation. |
| 10:24:05 | 20 | THE WITNESS:  If we define alteration, |
| 10:24:07 | 21 | modification that way, that the data existed already |
| 10:24:11 | 22 | on the system and then later on was changed or |
| 10:24:14 | 23 | modified, then I'm not aware of that. |
| 10:24:17 | 24 | MR. COWAN:  Q.  And you're also not aware |
| 10:24:19 | 25 | of any data being deleted or otherwise removed from |

DR. UWE KOEHLER      December 5, 2008
HIGHLY  CONFIDENTIAL

Page 44

| | | |
|---|---|---|
| 10:24:22 | 1 | the system that existed on the system prior to |
| 10:24:24 | 2 | TomorrowNow's access.  Correct? |
| 10:24:25 | 3 | MR. ALINDER:  Objection.  Objection.  Calls |
| 10:24:26 | 4 | for speculation, calls for expert testimony. |
| 10:24:37 | 5 | THE WITNESS:  No, I'm not aware of that. |
| 10:24:39 | 6 | |
| 10:24:40 | 7 | |
| 10:24:44 | 8 | |
| 10:24:48 | 9 | |
| 10:24:55 | 10 | |
| 10:24:57 | 11 | |
| 10:24:59 | 12 | |
| 10:25:00 | 13 | |
| 10:25:02 | 14 | |
| 10:25:04 | 15 | |
| 10:25:10 | 16 | |
| 10:25:13 | 17 | |
| 10:25:15 | 18 | |
| 10:25:17 | 19 | |
| 10:25:18 | 20 | |
| 10:25:24 | 21 | |
| 10:25:29 | 22 | |
| 10:25:31 | 23 | |
| 10:25:35 | 24 | |
| 10:25:36 | 25 | |

DR. UWE KOEHLER     December 5, 2008
HIGHLY  CONFIDENTIAL

Page 45

| | |
|---|---|
| 10:25:37 | 1 |
| 10:25:39 | 2 |
| 10:25:40 | 3 |
| 10:25:41 | 4 |
| 10:25:43 | 5 |
| 10:25:46 | 6 |
| 10:25:52 | 7 |
| 10:25:57 | 8 |
| 10:26:04 | 9 |
| 10:26:07 | 10 |
| 10:26:09 | 11 |
| 10:26:13 | 12 |
| 10:26:16 | 13 |
| 10:26:20 | 14 |
| 10:26:22 | 15 |
| 10:26:34 | 16 |
| 10:26:37 | 17 |
| 10:26:43 | 18 |
| 10:26:45 | 19 |
| 10:26:47 | 20 |
| 10:26:50 | 21 |
| 10:26:55 | 22 |
| 10:26:58 | 23 |
| 10:27:00 | 24 |
| 10:27:03 | 25 |

DR. UWE KOEHLER      December 5, 2008
HIGHLY  CONFIDENTIAL

Page 46

| Time | Line |
|---|---|
| 10:27:06 | 1 |
| 10:27:09 | 2 |
| 10:27:09 | 3 |
| 10:27:12 | 4 |
| 10:27:13 | 5 |
| 10:27:16 | 6 |
| 10:27:17 | 7 |
| 10:27:20 | 8 |
| 10:27:21 | 9 |
| 10:27:23 | 10 |
| 10:27:26 | 11 |
| 10:27:27 | 12 |
| 10:27:27 | 13 |
| 10:27:30 | 14 |
| 10:27:35 | 15 |
| 10:27:38 | 16 |
| 10:27:39 | 17 |
| 10:27:39 | 18 |
| 10:27:41 | 19 |
| 10:27:44 | 20 |
| 10:27:47 | 21 |
| 10:27:49 | 22 |
| 10:27:50 | 23 |
| 10:27:53 | 24 |
| 10:27:56 | 25 |

DR. UWE KOEHLER      December 5, 2008
HIGHLY  CONFIDENTIAL

Page 47

10:27:58   1
10:28:02   2
10:28:02   3
10:28:11   4
10:28:12   5
10:28:16   6
10:28:18   7
10:28:21   8
10:28:22   9
10:28:23  10
10:28:23  11
10:28:26  12
10:28:30  13
10:28:33  14
10:28:37  15
10:28:39  16
10:28:41  17
10:28:44  18
10:28:45  19
10:28:47  20
10:28:50  21
10:28:54  22
10:28:57  23
10:29:36  24
10:29:39  25

DR. UWE KOEHLER      December 5, 2008
HIGHLY  CONFIDENTIAL

Page 54

| | | |
|---|---|---|
| 10:37:46 | 1 | |
| 10:37:50 | 2 | |
| 10:37:52 | 3 | |
| 10:37:55 | 4 | |
| 10:37:58 | 5 | |
| 10:38:02 | 6 | |
| 10:38:05 | 7 | |
| 10:38:05 | 8 | |
| 10:38:07 | 9 | |
| 10:38:09 | 10 | |
| 10:38:13 | 11 | |
| 10:38:15 | 12 | |
| 10:38:20 | 13 | |
| 10:38:21 | 14 | MR. COWAN:  Q.  Okay.  Let's go to |
| 10:38:57 | 15 | Exhibit 167, which is your notes.  I want to focus |
| 10:39:11 | 16 | on the first page. |
| 10:39:20 | 17 | What if any facts did you obtain regarding |
| 10:39:24 | 18 | the first numbered item from anyone other than the |
| 10:39:29 | 19 | lawyers? |
| 10:39:31 | 20 | MR. ALINDER:  Objection.  Vague. |
| 10:39:34 | 21 | THE WITNESS:  The facts for Item No. 1 is, |
| 10:39:45 | 22 | for example, based on the analysis of the log files. |
| 10:39:49 | 23 | MR. COWAN:  Q.  Understood.  And I want to |
| 10:39:50 | 24 | make sure you understand my question, because until |
| 10:39:53 | 25 | I tell you otherwise, every question I have about |

DR. UWE KOEHLER     December 5, 2008
HIGHLY  CONFIDENTIAL

Page 55

| | | |
|---|---|---|
| 10:39:55 | 1 | page 1 of Exhibit 167 is what you know based on what |
| 10:40:00 | 2 | investigation you have done without the lawyers. |
| 10:40:03 | 3 | Okay?  What you know without the lawyers telling you |
| 10:40:06 | 4 | anything. |
| 10:40:09 | 5 | What information do you have as you sit |
| 10:40:12 | 6 | here today on Item No. 1, bandwidth/computing |
| 10:40:17 | 7 | resources, that is independent of what the lawyers |
| 10:40:20 | 8 | told you? |
| 10:40:21 | 9 | A.   Yes.  I understand the question. |
| 10:40:25 | 10 | Q.   Okay. |
| 10:40:26 | 11 | A.   And the answer is, we did the analysis of |
| 10:40:30 | 12 | the log files.  Not just about the downloads, but we |
| 10:40:34 | 13 | also -- and I think I briefly mentioned that |
| 10:40:37 | 14 | yesterday -- we also looked at the overall number of |
| 10:40:42 | 15 | lines which corresponds to an access to the system |
| 10:40:47 | 16 | as well as to the number of bytes downloaded, as we |
| 10:40:51 | 17 | have seen yesterday when we looked at the Apache |
| 10:40:54 | 18 | logs, that the number of bytes downloaded were |
| 10:40:56 | 19 | submitted back is in there.  And we looked at how |
| 10:41:00 | 20 | many access requests came from TomorrowNow, how many |
| 10:41:05 | 21 | access requests came from the rest of the world; how |
| 10:41:07 | 22 | many bytes had been downloaded by TomorrowNow, how |
| 10:41:10 | 23 | many bytes had been downloaded by the rest of the |
| 10:41:12 | 24 | world. |
| 10:41:14 | 25 | And what I mean in Point No. 1 is based on |

DR. UWE KOEHLER     December 5, 2008
HIGHLY   CONFIDENTIAL

Page 56

10:41:18  1    that analysis.

10:41:21  2         Q.  Okay.  And as you sit here today, what is

10:41:48  3    your belief regarding what harm or damage was caused

10:41:52  4    by the activity you just described?

10:41:57  5         A.  I believe, based on the numbers I have

10:42:02  6    seen, that on certain days, not on all of them, I

10:42:13  7    believe there must have been a slowdown of the

10:42:15  8    system based on the number of the downloads.

10:42:18  9         Q.  But that's purely speculative, because

10:42:20 10    you're unaware of any complaint.  Correct?

10:42:23 11         MR. ALINDER:  And I'm going to object to

10:42:24 12    this line of questioning as calling for expert

10:42:26 13    testimony.

10:42:26 14         THE WITNESS:  Yes, I'm not an expert on

10:42:28 15    that.  It's just what I believe.  And it's right, we

10:42:35 16    haven't received a formal complaint.  But as I

10:42:38 17    mentioned as a clarification, not through official

10:42:41 18    channels.  I do not know if customers have just

10:42:44 19    complained to their account manager, support

10:42:46 20    representative or whatever.

10:42:47 21         That would mean we need to ask every single

10:42:50 22    account representative or support manager to get the

10:42:51 23    answer to that question.

10:42:55 24

10:42:56 25

Merrill Legal Solutions
(800) 869-9132

DR. UWE KOEHLER          December 5, 2008
        HIGHLY  CONFIDENTIAL

Page 64

10:51:21   1

10:51:31   2

10:51:31   3

10:51:52   4

10:51:54   5

10:51:58   6

10:51:59   7

10:52:00   8

10:52:04   9

10:52:05  10

10:52:06  11

10:52:08  12

10:52:09  13

10:52:10  14

10:52:12  15

10:52:14  16

10:52:15  17

10:52:17  18

10:52:21  19

10:52:23  20

10:52:26  21

10:52:27  22

10:52:28  23

10:52:39  24

10:52:41  25

DR. UWE KOEHLER        December 5, 2008
HIGHLY  CONFIDENTIAL

Page 65

| Time | Line |
|------|------|
| 10:52:47 | 1 |
| 10:52:51 | 2 |
| 10:52:55 | 3 |
| 10:53:00 | 4 |
| 10:53:04 | 5 |
| 10:53:08 | 6 |
| 10:53:11 | 7 |
| 10:53:14 | 8 |
| 10:53:18 | 9 |
| 10:53:21 | 10 |
| 10:53:22 | 11 |
| 10:53:27 | 12 |
| 10:53:30 | 13 |
| 10:53:34 | 14 |
| 10:53:37 | 15 |
| 10:53:40 | 16 |
| 10:53:45 | 17 |
| 10:53:46 | 18 |
| 10:53:52 | 19 |
| 10:53:53 | 20 |
| 10:53:58 | 21 |
| 10:53:58 | 22 |
| 10:54:04 | 23 |
| 10:54:06 | 24 |
| 10:54:15 | 25 |

DR. UWE KOEHLER        December 5, 2008
HIGHLY  CONFIDENTIAL

Page 66

| 10:54:21 | 1 |
| 10:54:25 | 2 |
| 10:54:29 | 3 |
| 10:54:29 | 4 |
| 10:54:30 | 5 |
| 10:54:31 | 6 |
| 10:54:34 | 7 |
| 10:54:37 | 8 |
| 10:54:41 | 9 |
| 10:54:43 | 10 |
| 10:54:49 | 11 |
| 10:54:58 | 12 |
| 10:55:00 | 13 |
| 10:55:02 | 14 |
| 10:55:07 | 15 |
| 10:55:13 | 16 |
| 10:55:17 | 17 |
| 10:55:20 | 18 |
| 10:55:23 | 19 |
| 10:55:26 | 20 |
| 10:55:28 | 21 |
| 10:55:31 | 22 |
| 10:55:32 | 23 |
| 10:55:33 | 24 |
| 10:55:37 | 25 |

DR. UWE KOEHLER      December 5, 2008
HIGHLY  CONFIDENTIAL

Page 67

| | | |
|---|---|---|
| 10:55:42 | 1 | |
| 10:55:44 | 2 | |
| 10:55:45 | 3 | |
| 10:55:46 | 4 | |
| 10:55:47 | 5 | |
| 10:55:49 | 6 | |
| 10:55:53 | 7 | |
| 10:55:59 | 8 | |
| 10:56:07 | 9 | |
| 10:56:12 | 10 | |
| 10:56:16 | 11 | |
| 10:56:21 | 12 | |
| 10:56:25 | 13 | |
| 10:56:27 | 14 | |
| 10:56:32 | 15 | |
| 10:56:35 | 16 | |
| 10:56:40 | 17 | |
| 10:56:48 | 18 | |
| 10:56:51 | 19 | |
| 10:56:53 | 20 | |
| 10:56:56 | 21 | |
| 10:57:02 | 22 | |
| 10:57:08 | 23 | |
| 10:57:10 | 24 | |
| 10:57:14 | 25 | |

### CERTIFICATE OF REPORTER

1

2      I, HOLLY THUMAN, a Certified Shorthand

3  Reporter, hereby certify that the witness in the

4  foregoing deposition was by me duly sworn to tell the

5  truth, the whole truth, and nothing but the truth in the

6  within-entitled cause; that said deposition was taken

7  down in shorthand by me, a disinterested person, at the

8  time and place therein stated, and that the testimony of

9  the said witness was thereafter reduced to typewriting,

10  by computer, under my direction and supervision;

11      That before completion of the deposition,

12  review of the transcript [X] was [ ] was not requested.

13  If requested, any changes made by the deponent (and

14  provided to the reporter) during the period allowed are

15  appended hereto.

16      I further certify that I am not of counsel or

17  attorney for either or any of the parties to the said

18  deposition, nor in any way interested in the event of

19  this cause, and that I am not related to any of the

20  parties thereto.

21

22  DATED _December 17, 2008._

23

24  _____

25  HOLLY THUMAN, CSR No. 6834

**Deposition of Uwe Koehler, December 5, 2008**

| Page | Line | Change | Reason |
|---|---|---|---|
| 15 | 23 | Change "involved" to "aware" | Clarification |
| 40 | 21 | Change "has happened" to "has not happened" | Clarification |
| 42 | 24 | Change "analyze" to "analyzing" | Correction |
| 43 | 8 | Change "may" to "may not" | Clarification |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Subject to the above changes, I certify that the transcript is true and correct.

_____          20-Jan-09
          Signature                                    date

A/72822566.1