# EXHIBIT 19

Dockets.Justia.com

Page 1

JOB NO. 94795

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a          )   Case No. 07-CV-01658 (MJJ)
Delaware corporation,          )
ORACLE USA, INC., a            )
Colorado corporation, and      )
ORACLE INTERNATIONAL           )
CORPORATION, a California      )
corporation,                   )
                               )
     Plaintiffs,               )
                               )
VS.                            )
                               )
SAP AG, a German               )
corporation, SAP AMERICA,      )
INC., a Delaware               )
corporation, TOMORROWNOW,      )
INC., a Texas corporation,     )
and DOES 1-50, inclusive,      )
                               )
     Defendants.               )

ORAL AND VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH MARK KREUTZ
VOLUME
OCTOBER 29, 2007


     ORAL AND VIDEOTAPED DEPOSITION OF TOMORROWNOW BY AND

THROUGH MARK KREUTZ, produced as a witness at the instance of

the Plaintiffs and duly sworn, was taken in the above styled

and numbered cause on October 29, 2007, from 3:28 p.m. to 5:32

p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the

State of Texas, reported by machine shorthand, at Jones Day,

717 Texas, Suite 3300 Houston, Texas, pursuant to the Federal

Rules of Civil Procedure and the provisions stated on the

record herein.

Mark Kreutz                                    October 29, 2007

                                                    Page 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17        Q.   Now, you're -- Mr. Kreutz, you're testifying

18    today as a corporate representative for TomorrowNow; is

19    that correct?

20        A.   Correct.

21

22

23

24

25

Bill Thomson

```
1   THE STATE OF TEXAS        )
    COUNTY OF HARRIS          )
2

3                  REPORTER'S CERTIFICATION
    DEPOSITION OF TOMORROWNOW BY AND THROUGH BILL THOMAS
4                    TAKEN OCTOBER 29, 2007
5
         I, RENE WHITE MOAREFI, Certified Shorthand Reporter
6   in and for the State of Texas, hereby certify to the
    following:
7        That the witness, TOMORROWNOW BY AND THROUGH BILL
    THOMAS, was duly sworn by the officer and that the
8   transcript of the oral deposition is a true record of
    the testimony given by the witness;
9        That the deposition transcript was submitted on
    _____ to the witness or the attorney for the
10  witness for examination, signature and return to Esquire
    Deposition Services, by _____ ;
11       I further certify that I am neither counsel for,
    related to, nor employed by any of the parties in the
12  action in which this proceeding was taken, and further
    that I am not financially or otherwise interested in the
13  outcome of the action.
         Certified to by me this _____ day of
14  _____ 2007.
        NOV 02 2007
15
16
17
18                  Rene Moarefi
                    _____
19  RENE WHITE MOAREFI, CSR, CRR, RPR
    CSR NO. 3070; Expiration Date: 12-31-08
    ESQUIRE DEPOSITION SERVICES, LLC
20  3401 Louisiana, Suite 300
    Houston, Texas 77002
21  (713) 524-4600
22
23
24
25
```

JOB NO. 94821

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) Case No. 07-CV-01658 (MJJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|     Plaintiffs, | )<br>) |
| VS. | )<br>) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | )<br>)<br>)<br>)<br>)<br>) |
|     Defendants. | )<br>) |

### ORAL AND VIDEOTAPED DEPOSITION OF
### TOMORROWNOW BY AND THROUGH MARK KREUTZ
### VOLUME 2
### OCTOBER 30, 2007

    ORAL AND VIDEOTAPED DEPOSITION OF MARK KREUTZ, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on October 30, 2007, from 8:43 a.m. to 3:31 p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Jones Day, 717 Texas, Suite 3300 Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

Mark Kreutz                                        October 30, 2007

Page 166

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.   Let me mark as Plaintiffs' Exhibit 9 a document

24    titled New Client Onboarding Checklist, Bates No. TN-OR

25    1564 through 1568.

Mark Kreutz                                            October 30, 2007

Page 167

1                    (Exhibit No. 9 marked.)

2         Q.  (BY MR. HOWARD)  Mr. Kreutz, do you recognize

3    what's been marked as Plaintiffs' Exhibit 9?

4         A.  Yes, I do.

5         Q.  What is it?

6         A.  The New Client Onboarding Checklist.

7         Q.  Is this a document which is prepared and

8    maintained in the ordinary course of business at

9    TomorrowNow?

10        A.  In most cases.  Or maybe I should rephrase

11   that.  It is part of our policy or procedures.  Whether

12   it's maintained for every new customer as they onboard

13   is another question.

14        Q.  All right.  What's the purpose of the new

15   client onboarding checklist?

16        A.  It's really meant to be a guideline for -- for

17   us in support services for those items that typically

18   get completed during an onboarding of a new customer.

19        Q.  And is it prepared and maintained for the

20   purpose you just described, which is as a guideline to

21   be used in the course of a new client onboarding

22   procedure?

23        A.  It would be as a guideline, not that it has

24   been used in every case, every onboarding.

25        Q.  But available as a resource to use as part of

Mark Kreutz                                    October 30, 2007

1    the onboarding procedure?

2         A.   Yes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Esquire Deposition Services        505 Sansome Street, Suite 502    San Francisco, California 94111
Phone (415) 288.4280                 800.770.3363                    Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)                    1bf328c6-0f5a-4d20-bcde-a3fe0b143f04

Mark Kreutz

1   THE STATE OF TEXAS        )
    COUNTY OF HARRIS          )
2
3              REPORTER'S CERTIFICATION
               DEPOSITION OF MARK KREUTZ
4               TAKEN OCTOBER 30, 2007
5
6        I, RENE WHITE MOAREFI, Certified Shorthand Reporter
    in and for the State of Texas, hereby certify to the
    following:
7        That the witness, MARK KREUTZ, was duly sworn by
    the officer and that the transcript of the oral
8   deposition is a true record of the testimony given by
    the witness;
9        That the deposition transcript was submitted on
    _____ to the witness or the attorney for the
10  witness for examination, signature and return to Esquire
    Deposition Services, by _____;
11       I further certify that I am neither counsel for,
    related to, nor employed by any of the parties in the
12  action in which this proceeding was taken, and further
    that I am not financially or otherwise interested in the
13  outcome of the action.
         Certified to by me this _____ day of
14  _____, 2007.                  NOV 05 2007
15
16
17
18              Rene Moarfi
    _____
19  RENE WHITE MOAREFI, CSR, CRR, RPR
    CSR NO. 3070; Expiration Date: 12-31-08
20  ESQUIRE DEPOSITION SERVICES, LLC
    3401 Louisiana, Suite 300
21  Houston, Texas 77002
    (713) 524-4600
22
23
24
25

## Corrections to the Transcript of the Deposition of

## MARK KREUTZ

### Taken on FEBRUARY 19, 2008

### Volume 1,  pages 1 - 252

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 63 | 23 | " 1 " | "One" |
| 73 | 17 | "reissues" | "ESUs" |
| 75 | 5 | "AS-100" | "AS-400" |
| 139 | 10, 16 | "A-8.12" | "8.12" |
| 179 | 13 | "now" | "know" |
| 214 | 4 | "Eloise Plaint" | "Eloise Plain" |

_____
**Witness Signature**

3 | 21 | 08
_____
**Date**