# EXHIBIT 20

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
 )
        Plaintffs, )
 )
  vs. ) NO. 07-CV-1658 (PJH)
 )
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and )
DOES 1-50, inclusive, )
 )
        Defendants. )
 )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GEORGE LESTER

(Taken by Plaintiff)

Charlotte, North Carolina

Thursday, April 23rd, 2009

Reported in Stenotype by
Lisa A. Wheeler, RPR, CRR
Transcript produced by computer-aided transcription

Case4:07-cv-01658-PJH   Document657-20   Filed03/03/10   Page3 of 8
GEORGE LESTER     April 23, 2009
Highly Confidential - Attorney's Eyes Only

Page 40

```
09:19:15  1
09:19:19  2
09:19:22  3
09:19:30  4
09:19:32  5
09:19:35  6
09:19:37  7         Q.    When Andrew Nelson asked you to automate
09:19:41  8    the downloading process, did he give you any rules
09:19:43  9    to follow in doing that?
09:19:47 10         A.    I believe his rules were to use -- you
09:19:51 11    definitely would not want to use a client that had
09:19:54 12    ended maintenance.  You would -- only clients that
09:19:58 13    were entitled to -- only active -- or customers
09:20:07 14    that had active support agreement -- agreements
09:20:10 15    would be entitled to download material.
09:20:12 16
09:20:17 17
09:20:21 18
09:20:25 19
09:20:40 20
09:20:43 21
09:20:48 22
09:21:01 23
09:21:01 24
09:21:01 25
```

225

1   STATE OF NORTH CAROLINA

2   CABARRUS COUNTY

3              REPORTER'S CERTIFICATE

4           I, Lisa A. Wheeler, a Notary Public in

5   and for the State of North Carolina, do hereby

6   certify that there came before me on Thursday, the

7   23rd day of April, 2009, the person hereinbefore

8   named, who was by me duly sworn to testify to the

9   truth and nothing but the truth of his knowledge

10  concerning the matters in controversy in this

11  cause; that the witness was thereupon examined

12  under oath, the examination reduced to typewriting

13  under my direction, and the deposition is a true

14  record of the testimony given by the witness.

15          I further certify that I am neither

16  attorney or counsel for, nor related to or employed

17  by, any attorney or counsel employed by the parties

18  hereto or financially interested in the action.

19          IN WITNESS WHEREOF, I have hereto set

20  my hand and affixed my official notarial seal, this

21  the 28th day of April, 2009.

22

23          *[signature: Lisa A. Wheeler]*

24          _____

            Lisa A. Wheeler, Notary Public
25          My Commission Expires:  6/7/2013

VIDEOTAPED DEPOSITION OF
GEORGE LESTER

Corrections from Deponent

Charlotte, North Carolina
Wednesday, April 23rd, 2009

| | |
|---|---|
| Page 17, Line 1 | Change "on line" to "online" |
| Page 23, Line 14 | Insert "as" after "referred to" |
| Page 24, Line 7 | Replace "or" with "on" |
| Page 28, Line 13 | Delete "the"; change "develop" to "development" ("the develop[ment] from scratch. So if there were -- I") |
| Page 30, Line 21 | Insert "the" after "for" |
| Page 36, Line 13 | Replace "in" with "and" |
| Page 38, Line 16 | Insert "with" after "documented" |
| Page 42, Line 11 | Insert "I" before "did" |
| Page 45, Line 15 | Change "a" to "an"; delete "for" ("state where -- can I choose a[n] for example maybe?") |
| Page 46, Line 2 | Replace "by" with "for" |
| Page 62, Line 4 | Delete "was" |
| Page 71, Line 25 | Change "in" to "on" |
| Page 80, Line 24 | Change "custers" to "customers" |
| Page 84, Line 20 | Change "a" to "an" |
| Page 109, Line 25 | Delete "it" |
| Page 125, Line 25 | Insert "--" after "document" ("just have to base it on this document [--] that that ") |
| Page 131, Line 24 | Change "of" to "about" |

| Page 167, Line 23 | Change "fixed" to "fix" |
|---|---|
| Page 169, Line 5 | Change "fixed" to "fix" |
| Page 170, Line 17 | Change "clients" to "client" |
| Page 176, Line 18 | Insert "be" between "would" and "these"; delete second "be" ("these -- there would [be] these -- be kind of") |
| Page 193, Line 3 | Insert "would work together" "after "SAP engineers" |
| Page 195, Line 23 | Change "fixed" to "fix" |
| Page 197, Line 11 | Change first "of" to "to" ("his way [to] of kind of be clever and state -- that kind") |
| Page 220, Line 2 | Insert comma after "but" |
| Page 220, Line 3 | Insert comma after "understanding"; insert hypen after "in" ("undertanding[,] is that it just couldn't be done in[-]") |
| Page 221, Line 5 | Replace second "is" with "were" ("which is a unique scenario. There [were] is not many") |

# Merrill Legal Solutions



## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line and return the Errata sheets to Merrill Legal Solutions at 135 Main Street, 4th Floor, San Francisco, CA 94105 or fax them to (415) 357.4301.

### ERRATA SHEET

| Page | Line | | |
|------|------|---|---|
| ____ | ____ | Change: | SEE ATTACHED TABLE OF CORRECTIONS |
|      |      | Reason: _____ | |
| ____ | ____ | Change: _____ | |
|      |      | Reason: _____ | |
| ____ | ____ | Change: _____ | |
|      |      | Reason: _____ | |

Page   Line

_____ _____   Change: [SEE ATTACHED TABLE OF CORRECTIONS]

              Reason: _____

_____ _____   Change: _____

              Reason: _____

_____ _____   Change: _____

              Reason: _____

_____ _____   Change: _____

              Reason: _____

_____ _____   Change: _____

              Reason: _____

_____ _____   Change: _____

              Reason: _____

_____ _____   Change: _____

              Reason: _____

_____ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

_____         _____
(signature)                              (date) 6/1/09