# EXHIBIT 21

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  07-CV-1658 (PJH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF ANDREW NELSON

FEBRUARY 26, 2009

VOLUME I

(Pages 1 - 266)

REPORTED BY:  SARAH LUCIA BRANN, CSR 3887  (#416642)

ANDREW NELSON    February 26, 2009
HIGHLY CONFIDENTIAL

Page 49

| | | |
|---|---|---|
| 10:03:12 | 1 | |
| 10:03:17 | 2 | |
| 10:03:21 | 3 | |
| 10:03:24 | 4 | |
| 10:03:32 | 5 | Q. Who came up with the idea, then, of |
| 10:03:34 | 6 | starting TomorrowNow as an alternative? |
| 10:03:38 | 7 | A. Alternative to working at PeopleSoft? |
| 10:03:41 | 8 | Q. Correct. |
| 10:03:41 | 9 | A. I think it was my idea to start and found |
| 10:03:44 | 10 | the company, and to do so for largely the reasons |
| 10:03:49 | 11 | that I have explained. |
| 10:03:54 | 12 | |
| 10:04:06 | 13 | |
| 10:04:08 | 14 | |
| 10:04:13 | 15 | |
| 10:04:18 | 16 | |
| 10:04:23 | 17 | |
| 10:04:32 | 18 | |
| 10:04:33 | 19 | |
| 10:04:36 | 20 | |
| 10:04:39 | 21 | |
| 10:04:43 | 22 | |
| 10:04:43 | 23 | |
| 10:04:46 | 24 | |
| 10:04:50 | 25 | |

Page 74

| | | |
|---|---|---|
| 10:38:04 | 1 | |
| 10:38:06 | 2 | |
| 10:38:10 | 3 | |
| 10:39:19 | 4 | |
| 10:51:37 | 5 | |
| 10:51:38 | 6 | |
| 10:51:41 | 7 | |
| 10:51:46 | 8 | |

10:51:49    9         MR. HOWARD:  Q.  Mr. Nelson, who was

10:51:50   10    responsible for creating the means at TomorrowNow to

10:51:55   11    provide the extended support deliverables to

10:51:59   12    TomorrowNow clients under this extended support

10:52:02   13    model that the company adopted?

10:52:06   14         MR. FUCHS:  Objection to form.

10:52:07   15         THE WITNESS:  By "responsible" what do you

10:52:08   16    mean?

10:52:09   17         MR. HOWARD:  Q.  Who was in charge of

10:52:12   18    setting up what you needed to set up in order to

10:52:14   19    create the tax and regulatory updates that you sent

10:52:17   20    out to your customers when you first adopted the

10:52:21   21    model?

10:52:21   22         A.  At TomorrowNow?

10:52:23   23         Q.  Yes.

10:52:23   24         A.  I had responsibility for service delivery

10:52:27   25    at TomorrowNow.

Page 84

| | | |
|---|---|---|
| 11:06:42 | 1 | |
| 11:06:43 | 2 | |
| 11:06:49 | 3 | |
| 11:06:52 | 4 | |
| 11:06:56 | 5 | |
| 11:06:58 | 6 | |
| 11:06:59 | 7 | |
| 11:07:05 | 8 | |
| 11:07:09 | 9 | |
| 11:07:11 | 10 | |
| 11:07:13 | 11 | |
| 11:07:15 | 12 | |
| 11:07:17 | 13 | |
| 11:07:21 | 14 | |
| 11:07:23 | 15 | |
| 11:07:28 | 16 | |
| 11:07:31 | 17 | |
| 11:07:32 | 18 | |
| 11:07:34 | 19 | MR. HOWARD:  Q.  Now, would you agree |
| 11:07:37 | 20 | that, in the course of providing extended support |
| 11:07:40 | 21 | services, TomorrowNow would from time to time use an |
| 11:07:42 | 22 | environment that had originated from one customer's |
| 11:07:49 | 23 | software in the course of creating a deliverable for |
| 11:07:53 | 24 | a different customer? |
| 11:07:54 | 25 | MR. FUCHS:  Objection to form. |

Page 85

| | | |
|---|---|---|
| 11:07:56 | 1 | THE WITNESS:  I am again hoping you can |
| 11:07:58 | 2 | clarify "extended support."  There are many |
| 11:08:04 | 3 | different support offerings that we had at many |
| 11:08:07 | 4 | different times with different products.  If you |
| 11:08:09 | 5 | could break that down for me, or somehow rephrase |
| 11:08:14 | 6 | that, I would appreciate it. |
| 11:08:16 | 7 | MR. HOWARD:  Q.  Well, I am thinking of |
| 11:08:17 | 8 | the services that TomorrowNow provided to customers |
| 11:08:21 | 9 | who were still on maintenance, but for a release |
| 11:08:31 | 10 | that had been de-supported by PeopleSoft.  Is that a |
| 11:08:39 | 11 | description that makes sense to you? |
| 11:08:41 | 12 | A.  When you say "still on maintenance," we |
| 11:08:43 | 13 | offered annual maintenance support services.  Are |
| 11:08:47 | 14 | you talking about our maintenance?  When you say |
| 11:08:50 | 15 | still on maintenance -- |
| 11:08:52 | 16 | Q.  I am talking about PeopleSoft maintenance. |
| 11:08:55 | 17 | A.  Still on the original vendor's maintenance |
| 11:08:58 | 18 | services? |
| 11:08:58 | 19 | Q.  Right.  But TomorrowNow is supporting a |
| 11:09:00 | 20 | release which is being de-supported, like 702, for |
| 11:09:06 | 21 | example. |
| 11:09:07 | 22 | A.  Like HRMS 702? |
| 11:09:11 | 23 | Q.  Correct. |
| 11:09:11 | 24 | A.  Okay.  So HRMS 702 becomes a retired |
| 11:09:16 | 25 | release by the software vendor.  And I am clear on |

Page 86

| | | |
|---|---|---|
| 11:09:21 | 1 | that. |
| 11:09:21 | 2 | Can you repeat the question?  I am now |
| 11:09:24 | 3 | thinking, I think, more clear -- |
| 11:09:25 | 4 | Q.   Sure. |
| 11:09:25 | 5 | A.   -- on what you are talking about. |
| 11:09:26 | 6 | Q.   And so for these customers in this |
| 11:09:29 | 7 | universe TomorrowNow is providing this extended |
| 11:09:34 | 8 | support services using this retrofit model of |
| 11:09:37 | 9 | creating tax and regulatory updates; right? |
| 11:09:42 | 10 | MR. FUCHS:  Objection to form. |
| 11:09:46 | 11 | THE WITNESS:  When you say "this model," |
| 11:09:47 | 12 | can you -- can you help me understand the specific |
| 11:09:52 | 13 | part of the model that you are referring to? |
| 11:09:54 | 14 | MR. HOWARD:  Q.   I am talking about the |
| 11:09:56 | 15 | creation of tax and regulatory updates by |
| 11:09:59 | 16 | retrofitting in the way that you have described that |
| 11:10:01 | 17 | would be done.  So, you would retrofit from a |
| 11:10:05 | 18 | supported release to a de-supported release.  Do you |
| 11:10:08 | 19 | recall that? |
| 11:10:09 | 20 | A.   At a very high level I do recall that.  As |
| 11:10:12 | 21 | I said before, there were, even in the example that |
| 11:10:16 | 22 | you gave about how we even got the software, there |
| 11:10:18 | 23 | are definitely differences between how it was done. |
| 11:10:23 | 24 | But at a high level we did follow that, if that's |
| 11:10:25 | 25 | what you mean by retrofit model. |

Page 87

| 11:10:28 | 1 | Q. Okay. |
| 11:10:29 | 2 | A. The very high level conceptual idea of it. |
| 11:10:32 | 3 | Q. And so, having that in mind, do you agree |
| 11:10:35 | 4 | that from time to time in the course of creating |
| 11:10:37 | 5 | those retrofit deliverables TomorrowNow would use a |
| 11:10:43 | 6 | PeopleSoft environment that originated from a |
| 11:10:46 | 7 | customer that was different from the customer that |
| 11:10:48 | 8 | might ultimately receive that retrofitted |
| 11:10:52 | 9 | deliverable? |
| 11:10:53 | 10 | MR. FUCHS: Objection. Form. |
| 11:10:55 | 11 | THE WITNESS: It was possible. |
| 11:10:57 | 12 | MR. HOWARD: Q. Right. |
| 11:10:58 | 13 | A. It was possible, yeah. |
| 11:10:59 | 14 | Q. And so, in that scenario -- it did happen; |
| 11:11:02 | 15 | right? There were environments that were used to |
| 11:11:04 | 16 | create a retrofit deliverable, and then that |
| 11:11:07 | 17 | deliverable would go out to a common set of clients |
| 11:11:13 | 18 | receiving it; right? |
| 11:11:14 | 19 | A. When you say "a common set of clients," |
| 11:11:15 | 20 | you mean a set of clients that would have had all |
| 11:11:16 | 21 | HRMS 702 commercial? |
| 11:11:20 | 22 | Q. Exactly. |
| 11:11:20 | 23 | A. All with the same release retirement date. |
| 11:11:23 | 24 | You mean like in that example you gave? |
| 11:11:26 | 25 | Q. Exactly. Exactly right. |

Page 88

| 11:11:27 | 1  | A. | Sure. |
| 11:11:33 | 2  |
| 11:11:35 | 3  |
| 11:11:38 | 4  |
| 11:11:44 | 5  |
| 11:11:47 | 6  |
| 11:11:53 | 7  |
| 11:11:57 | 8  |
| 11:11:59 | 9  |
| 11:12:01 | 10 |
| 11:12:05 | 11 |
| 11:12:10 | 12 |
| 11:12:16 | 13 |
| 11:12:19 | 14 |
| 11:12:22 | 15 |
| 11:12:23 | 16 |
| 11:12:26 | 17 |
| 11:12:27 | 18 |
| 11:12:32 | 19 |
| 11:12:34 | 20 |
| 11:12:35 | 21 |
| 11:12:37 | 22 |
| 11:12:41 | 23 |
| 11:12:44 | 24 |
| 11:12:46 | 25 |

ANDREW NELSON   February 26, 2009
HIGHLY CONFIDENTIAL

Page 95

| | |
|---|---|
| 11:23:06 | 1 |
| 11:23:08 | 2 |
| 11:23:12 | 3 |
| 11:23:18 | 4 |
| 11:23:21 | 5 |
| 11:23:31 | 6 |
| 11:23:34 | 7 |
| 11:23:36 | 8 |
| 11:23:42 | 9 |
| 11:23:47 | 10 |
| 11:23:52 | 11 |
| 11:23:58 | 12 |
| 11:24:01 | 13 |
| 11:24:05 | 14 |
| 11:24:09 | 15 |
| 11:24:16 | 16 |
| 11:24:22 | 17 |

11:24:24  18          Q.     Right.  And did you have any understanding

11:24:29  19    as to whether TomorrowNow could use non-production

11:24:32  20    environments to aid in the development of

11:24:36  21    deliverables for a different customer?

11:24:41  22          A.     I don't recall whether I perceived that

11:24:44  23    nuance as much as whether the customer, based on

11:24:52  24    their maintenance end date, had the right to, you

11:24:56  25    know, what we were doing based on maintenance end

| 11:25:01 | 1 | date, as opposed to the vehicle through which that |
| 11:25:03 | 2 | update got to them. |
| 11:25:05 | 3 | Q.   All right.  So is it fair to say that, in |
| 11:25:08 | 4 | setting the rules by which TomorrowNow would |
| 11:25:11 | 5 | operate, you were focused on maintenance end date as |
| 11:25:16 | 6 | the determinative criteria, as opposed to where the |
| 11:25:20 | 7 | software came from that was being used to create the |
| 11:25:23 | 8 | deliverable? |
| 11:25:24 | 9 | MR. FUCHS:  Objection to form. |
| 11:25:26 | 10 | THE WITNESS:  Maintenance end date was, |
| 11:25:30 | 11 | you know, of primary concern to us when determining |
| 11:25:34 | 12 | whether -- whether an update was something that a |
| 11:25:38 | 13 | customer was entitled to. |
| 11:25:40 | 14 | |
| 11:25:42 | 15 | |
| 11:25:42 | 16 | |
| 11:25:45 | 17 | |
| 11:25:46 | 18 | |
| 11:25:48 | 19 | |
| 11:25:51 | 20 | |
| 11:25:53 | 21 | |
| 11:25:57 | 22 | |
| 11:25:59 | 23 | |
| 11:26:00 | 24 | |
| 11:26:02 | 25 | |

                                                          Page 137

13:19:44   1
13:19:45   2
13:19:47   3
13:19:50   4
13:19:53   5
13:19:54   6
13:19:56   7
13:19:59   8
13:20:01   9
13:20:02  10
13:20:04  11
13:20:07  12
13:20:38  13           Q.    Were there certain business functions post
13:20:40  14    acquisition that SAP assumed control over that had
13:20:47  15    previously been managed entirely by TomorrowNow?
13:20:49  16           A.    Yes.
13:20:50  17           Q.    What were those?
13:20:58  18           A.    Again, it was a dynamic company, and that
13:21:01  19    would have been a constantly changing set of things.
13:21:05  20                 But the most customary thing that they
13:21:12  21    took responsibility over was a lot of the
13:21:14  22    operational matters.  And by that I mean the payroll
13:21:26  23    function eventually transitioned from the way we
13:21:28  24    used to do it to someone at SAP doing that for us in
13:21:35  25    various locations.

| 13:21:36 | 1 | It's hard -- I want to make sure I am |
| 13:21:39 | 2 | clear when I answer these types of questions, but |
| 13:21:41 | 3 | it's a little bit difficult because we didn't, over |
| 13:21:45 | 4 | the course of this lifetime, just work with one SAP |
| 13:21:50 | 5 | entity on these things.  But generally speaking, we |
| 13:21:53 | 6 | transitioned a lot of operational activities in the |
| 13:21:55 | 7 | HR finance type area to SAP. |
| 13:22:04 | 8 | Q.    Did SAP have approval rights over |
| 13:22:11 | 9 | TomorrowNow budgets after the acquisition? |
| 13:22:15 | 10 | MR. FUCHS:  Objection.  Form. |
| 13:22:21 | 11 | THE WITNESS:  When you say SAP, do you |
| 13:22:22 | 12 | mean just somewhere, at one of the SAP businesses? |
| 13:22:25 | 13 | Sure.  I mean, generally speaking we did not -- I no |
| 13:22:29 | 14 | longer owned the company.  TomorrowNow did not have |
| 13:22:33 | 15 | control of its budget.  That was managed through the |
| 13:22:36 | 16 | SAP family of companies. |
| 13:22:41 | 17 | |
| 13:22:42 | 18 | |
| 13:22:48 | 19 | |
| 13:22:56 | 20 | |
| 13:22:59 | 21 | |
| 13:23:08 | 22 | |
| 13:23:09 | 23 | |
| 13:23:14 | 24 | |
| 13:23:23 | 25 | |

ANDREW NELSON    February 26, 2009
HIGHLY CONFIDENTIAL

Page 140

| | | |
|---|---|---|
| 13:25:05 | 1 | |
| 13:25:09 | 2 | |
| 13:25:12 | 3 | |
| 13:25:14 | 4 | |
| 13:25:16 | 5 | |
| 13:25:19 | 6 | |
| 13:25:22 | 7 | |
| 13:25:25 | 8 | |

13:25:28   9       Q.   Was there one or more SAP AG board members

13:25:31  10   who were responsible at the high level for

13:25:34  11   TomorrowNow?

13:25:36  12       A.   When you say responsible for, what

13:25:41  13   capacity?

13:25:41  14       Q.   In any capacity.

13:25:47  15       A.   To a degree, to varying degrees, yes.

13:25:49  16       Q.   Explain what you mean.

13:25:50  17       A.   Well, prior to the acquisition and after

13:26:01  18   the acquisition I would occasionally meet with Shai

13:26:08  19   Agassi.

13:26:08  20            And his role appeared to be, from my view,

13:26:13  21   responsible for the development and some of the

13:26:14  22   product strategy, but he was interested in -- I kind

13:26:19  23   of reported informally to him on our sales progress

13:26:23  24   and things that happened in that area.  Gerd Oswald

13:26:30  25   was a person that I primarily felt I reported in to

13:26:35    1    as time went along, in terms -- not my direct

13:26:39    2    report, but sort of this operating area reports in

13:26:43    3    to Gerd Oswald as the responsibility with support.

13:26:48    4            I understood that there was a finance --

13:26:52    5    things that purchasing, HR, finance, these

13:26:55    6    operational matters, there was another group, or

13:26:59    7    collections and various groups of people that did

13:27:02    8    that that were not in those organizations.

13:27:04    9            And so that there was still some type of

13:27:07   10    approvals that, you know, may in various cases tie

13:27:12   11    us into the CFO, Werner Brandt.  There may have been

13:27:18   12    others.  But I mean, that was my general

13:27:20   13    recollection of how we -- how we interacted with

13:27:24   14    board members.

13:27:25   15            And of course, Henning was someone who I

13:27:29   16    had met and knew that ultimately, you know, as a

13:27:34   17    CEO, that the organizations in those areas would

13:27:38   18    report in to him.

13:27:39   19

13:27:45   20

13:27:47   21

13:27:49   22

13:27:52   23

13:27:56   24

13:27:58   25

CERTIFICATE OF REPORTER

I, SARAH LUCIA BRANN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: March 2, 2009

_Sarah Lucia Brann_

SARAH LUCIA BRANN, CSR No. 3887

265

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE CORPORATION, a Delaware | ) | |
| corporation, ORACLE USA, INC., | ) | |
| a Colorado corporation, and | ) | |
| ORACLE INTERNATIONAL | ) | |
| CORPORATION, | ) | |
| a California corporation, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 07-CV-01658 (MJJ) |
| | ) | |
| SAP AG, a German corporation, | ) | |
| SAP AMERICA, INC., a Delaware | ) | |
| corporation, TOMORROWNOW, INC., | ) | |
| a Texas corporation, and DOES | ) | |
| 1-50, inclusive, | ) | |
|     Defendants. | ) | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ORAL VIDEOTAPED DEPOSITION
ANDREW NELSON
VOLUME 2
APRIL 29, 2009


ORAL VIDEOTAPED DEPOSITION OF ANDREW NELSON, produced as

a witness at the instance of the Plaintiffs and duly sworn,

was taken in the above-styled and numbered cause on the 29th

day of April, 2009, from 7:58 a.m. to 5:40 p.m., before Dana

Richardson, Certified Shorthand Reporter in and for the State

of Texas, reported by computerized stenotype machine at the

Hilton Hotel, 801 University Drive East, College Station,

Texas, pursuant to the Federal Rules of Civil Procedure and

the provisions stated on the record or attached hereto.

    Job No. 1603-91104

ANDREW NELSON      April 29, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 357

| | |
|---|---|
| 11:34:07 | 1 |
| 11:34:13 | 2 |
| 11:34:22 | 3 |
| 11:34:26 | 4 |
| 11:34:33 | 5 |
| 11:34:49 | 6 |
| 11:34:51 | 7 |
| 11:34:54 | 8 |
| 11:35:14 | 9 |
| 11:35:17 | 10 |
| 11:35:23 | 11 |
| 11:35:34 | 12 |
| 11:35:37 | 13 |
| 11:35:39 | 14 |
| 11:35:44 | 15 |
| 11:35:47 | 16 |
| 11:35:52 | 17 |
| 11:35:57 | 18 |
| 11:36:03 | 19 |

11:36:09  20        Q.    Did you ever discuss the preference to take

11:36:14  21    TomorrowNow -- to take customer software off of TomorrowNow

11:36:19  22    computers with anybody from the SAP AG board -- for example,

11:36:24  23    Mr. Oswald -- in your quarterly meetings with him?

11:36:27  24        A.    I don't recall that I would have.  And we focused on

11:36:31  25    what they indicated were the top KPIs and priorities to me,

ANDREW NELSON    April 29, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 358

| | | |
|---|---|---|
| 11:36:36 | 1 | and that's what I would have spent my time giving them |
| 11:36:40 | 2 | progress reports on. |
| 11:37:01 | 3 | |
| 11:37:04 | 4 | |
| 11:37:10 | 5 | |
| 11:37:13 | 6 | |
| 11:37:17 | 7 | |
| 11:37:22 | 8 | |
| 11:37:26 | 9 | |
| 11:37:30 | 10 | |
| 11:37:36 | 11 | |
| 11:37:41 | 12 | |
| 11:37:46 | 13 | |
| 11:37:50 | 14 | |
| 11:37:55 | 15 | |
| 11:37:59 | 16 | |
| 11:38:03 | 17 | |
| 11:38:06 | 18 | |
| 11:38:09 | 19 | |
| 11:38:13 | 20 | |
| 11:38:17 | 21 | |
| 11:38:35 | 22 | |
| 11:38:38 | 23 | |
| 11:38:42 | 24 | |
| 11:38:47 | 25 | |

ANDREW NELSON      April 29, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 384

| | | |
|---|---|---|
| 12:24:31 | 1 | |
| 12:24:34 | 2 | |
| 12:24:40 | 3 | |
| 12:24:45 | 4 | |
| 12:24:50 | 5 | |
| 12:24:54 | 6 | |
| 12:25:01 | 7 | |
| 12:25:04 | 8 | |
| 12:25:10 | 9 | |
| 12:25:15 | 10 | |
| 12:25:19 | 11 | |
| 12:25:21 | 12 | |
| 12:25:23 | 13 | |
| 12:25:27 | 14 | |
| 12:25:30 | 15 | |
| 12:25:38 | 16 | |
| 12:25:41 | 17 | |
| 12:25:43 | 18 | |
| 12:25:48 | 19 | |
| 12:25:54 | 20 | |
| 12:25:58 | 21 | |
| 12:26:04 | 22 | |
| 12:26:11 | 23 | |
| 12:26:14 | 24 | Q.   Did you understand that the headcount number that was |
| 12:26:16 | 25 | approved for 2005, which you said was significantly less than |

ANDREW NELSON      April 29, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 385

| | | |
|---|---|---|
| 12:26:20 | 1 | what you had requested, that that number was approved by the |
| 12:26:23 | 2 | SAP AG board? |
| 12:26:28 | 3 | A.   Yes. |
| 12:26:31 | 4 | Q.   And did you -- |
| 12:26:32 | 5 | A.   Certainly Gerd Oswald -- you know, we presented the |
| 12:26:35 | 6 | original business plan.  In the first two weeks, we -- we had |
| 12:26:38 | 7 | a meeting where -- a conference call where we presented what |
| 12:26:42 | 8 | we wanted to do and the headcount to him; and that's where I, |
| 12:26:46 | 9 | you know, understood that he supported that. |
| 12:26:48 | 10 | |
| 12:26:52 | 11 | |
| 12:26:56 | 12 | |
| 12:27:00 | 13 | |
| 12:27:02 | 14 | |
| 12:27:04 | 15 | |
| 12:27:06 | 16 | |
| 12:27:10 | 17 | |
| 12:27:14 | 18 | |
| 12:27:18 | 19 | |
| 12:27:24 | 20 | |
| 12:27:31 | 21 | |
| 12:27:32 | 22 | |
| 12:27:34 | 23 | |
| 12:27:35 | 24 | |
| 12:27:37 | 25 | |

ANDREW NELSON      April 29, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 497

17:24:52    1

17:24:54    2

17:25:00    3

17:25:04    4

17:25:10    5

17:25:10    6

17:25:13    7

17:25:23    8       Q.    The -- we talked a little bit about the master

17:25:26    9    environments that were created from -- originally from

17:25:29   10    customers' software as part of the retrofit model.  Do you

17:25:33   11    recall any of the customers' software that was used to create

17:25:38   12    any of those master environments?

17:25:42   13       A.    Do I recall --

17:25:44   14       Q.    Which customers' software was used to create any of

17:25:47   15    those master environments?

17:25:49   16       A.    Not with certainty.  We could look to the -- you

17:25:51   17    know, the customers at that time and probably narrow it down

17:25:54   18    to the customers that we had at that time.

17:25:56   19       Q.    If -- if Catherine Hyde testified that one of them

17:26:02   20    may have been Safeway, would that refresh your recollection at

17:26:06   21    all?

17:26:09   22       A.    It doesn't refresh my recollection, but it is -- I'm

17:26:13   23    not surprised if it had been Safeway because they were one of

17:26:17   24    our first customers that we had on support with the new --

17:26:21   25    with our, you know, third-party maintenance model.

ANDREW NELSON      April 29, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 498

| | | |
|---|---|---|
| 17:26:24 | 1 | Q.    And same with Washington Gas Light? |
| 17:26:26 | 2 | A.    Sure.   They were one of our first customers. |
| 17:26:29 | 3 | |
| 17:26:32 | 4 | |
| 17:26:35 | 5 | |
| 17:26:37 | 6 | |
| 17:26:40 | 7 | |
| 17:26:42 | 8 | |
| 17:26:46 | 9 | |
| 17:26:51 | 10 | |
| 17:27:12 | 11 | |
| 17:27:44 | 12 | |
| 17:27:52 | 13 | |
| 17:27:58 | 14 | |
| 17:28:06 | 15 | |
| | 16 | |
| 17:28:37 | 17 | |
| 17:28:38 | 18 | |
| 17:28:43 | 19 | |
| 17:28:45 | 20 | |
| 17:28:46 | 21 | |
| 17:28:47 | 22 | |
| 17:28:50 | 23 | |
| 17:28:53 | 24 | |
| 17:28:56 | 25 | |

STATE OF TEXAS

COUNTY OF HARRIS

REPORTER'S CERTIFICATE

I, Dana Richardson, a Certified Shorthand Reporter in and for the State of Texas, do certify that this deposition transcript is a true record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each party at the deposition is as follows:

> Mr. Geoffrey M. Howard - 07:25
>
> Mr. Joshua L. Fuchs - 00:00
>
> Mr. Reid Wittliff - 00:00

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 4th day of may , 2009

_Dana Richardson_

Dana Richardson, CSR

Texas CSR 5386

Expiration: 12/31/09

Merrill Legal Solutions, Firm No. 210

315 Capitol, Suite 100

Houston, Texas 77002

Phone (713) 426-0400

Fax (713) 426-0600

Page 506

c5101deb-a8c4-4fc1-ad3d-4c49d7339f74

**Corrections to the Transcript of the Deposition of**

**Andrew Nelson**

**Taken on February 26, 2009**

**Volume 1,  pages 1 - 266**

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 168 | 14:22:0519 | "dollar for every dollar of maintenance" | "½ dollar for every dollar of [vendor] maintenance" |
| 169 | 14:23:0715 | "a million or billion" | "a billion" |

_(signature)_                               4-6-09
**Witness Signature**                         **Date**

**Corrections to the Transcript of the Deposition of**

**Andrew Nelson**

**Taken on April 29, 2009**

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 368 | 10 | "what he evolved" | "what evolved" |

_Andrew Nelson (signature)_
**Witness Signature**

6-2-09
**Date**