# EXHIBIT 23

Dockets.Justia.com

JOB NO. 94821

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a          )   Case No. 07-CV-01658 (MJJ)
Delaware corporation,          )
ORACLE USA, INC., a            )
Colorado corporation, and      )
ORACLE INTERNATIONAL           )
CORPORATION, a California      )
corporation,                   )
                               )
      Plaintiffs,              )
                               )
VS.                            )
                               )
SAP AG, a German               )
corporation, SAP AMERICA,      )
INC., a Delaware               )
corporation, TOMORROWNOW,      )
INC., a Texas corporation,     )
and DOES 1-50, inclusive,      )
                               )
      Defendants.              )

ORAL AND VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH SHELLEY NELSON
VOLUME
OCTOBER 30, 2007

        ORAL AND VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced

as a witness at the instance of the Plaintiffs and duly sworn,

was taken in the above styled and numbered cause on October

30, 2007, from 3:44 p.m. to 5:14 p.m., before RENE WHITE

MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported

by machine shorthand, at Jones Day, 717 Texas, Suite 3300

Houston, Texas, pursuant to the Federal Rules of Civil

Procedure and the provisions stated on the record herein.

Shelley Nelson                                          October 30, 2007

                                                              Page 5

 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21        Q.    Who's your current employer?

22        A.    TomorrowNow.

23        Q.    How long have you worked for TomorrowNow?

24        A.    About four and a half years.

25        Q.    What's your current position at TomorrowNow?

Esquire Deposition Services        505 Sansome Street, Suite 502    San Francisco, California 94111
Phone (415) 288.4280              800.770.3363                   Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)                    ed0d21f8-82f2-4dbc-8f9e-3d20e7946144

Shelley Nelson                                          October 30, 2007

Page 6

```
 1        A.   Vice president of global support services.

 2        Q.   Has that position -- has that title changed in

 3   the four and a half years you've worked there?

 4        A.   It has.

 5        Q.   What was it when you started?

 6        A.   Financial support engineer.

 7        Q.   How long were you the financial support

 8   engineer?

 9        A.   From May 8, 2003, when I started, to somewhere

10   around the fall of 2003, not sure of exacts.

11        Q.   And how did your title change in the fall of

12   2003?

13        A.   I became support manager.

14        Q.   How long were you support manager?

15        A.   Approximately one year.

16        Q.   Until about the fall of 2004?

17        A.   That sounds about right.

18        Q.   What did your title become at that point?

19        A.   Vice president, PeopleSoft support.

20        Q.   All right.  How long were you vice president of

21   PeopleSoft support?

22        A.   I still am.  The title shrunk just to global

23   support services just for ease of length of title.

24        Q.   Are your job responsibilities as vice president

25   of global support different than they were as vice
```

Shelley Nelson                                          October 30, 2007

1    president of PeopleSoft support?

2         A.   Yes.

3         Q.   In what way?

4         A.   I have global responsibilities versus -- for

5    the PeopleSoft product versus just responsibilities for

6    North America.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Esquire Deposition Services          505 Sansome Street, Suite 502      San Francisco, California 94111
Phone  (415) 288.4280                  800.770.3363                    Fax  (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)                    ed0d21f8-82f2-4dbc-8f9e-3d20e7946144

Shelley Nelson                                    October 30, 2007

Page 12

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15      Q.   Now, you're -- Ms. Nelson, you're testifying

16   here today as the corporate representative for

17   TomorrowNow; is that right?

18      A.   Correct.

19      Q.   And you understand that you've been designated

20   by TomorrowNow as its corporate representative to

21   testify on certain topics that are listed in the

22   deposition notice that is marked as Plaintiffs'

23   Exhibit 1 to the deposition?

24      A.   Yes.   I don't see it in front of me.

25      Q.   Should -- should be in this stack right here at

Esquire Deposition Services          505 Sansome Street, Suite 502      San Francisco, California 94111
Phone  (415) 288.4280                    800.770.3363              Fax  (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)                    ed0d21f8-82f2-4dbc-8f9e-3d20e7946144

Shelley Nelson                                                October 30, 2007

Page 13

1      the bottom.

2                      MR. COWAN:  Should be at the very bottom.

3                      (BY MR. HOWARD)  Are you familiar generally

4      with what's been marked as Plaintiffs' Exhibit 1?

5          A.  Yes.

6          Q.  All right.  And do you understand that you have

7      been designated to testify in the topics listed in

8      Exhibit 1 numbered 1, 3, 6, 9, and 12 through 15?

9          A.  Yes.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Esquire Deposition Services        505 Sansome Street, Suite 502    San Francisco, California 94111
Phone (415) 288.4280                    800.770.3363              Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300)                    ed0d21f8-82f2-4dbc-8f9e-3d20e7946144

Shelley Nelson

1    THE STATE OF TEXAS          )
     COUNTY OF HARRIS            )
2

3                  REPORTER'S CERTIFICATION
              DEPOSITION OF SHELLEY NELSON
4                TAKEN OCTOBER 30, 2007
5
          I, RENE WHITE MOAREFI, Certified Shorthand Reporter
6    in and for the State of Texas, hereby certify to the
     following:
7         That the witness, SHELLEY NELSON, was duly sworn by
     the officer and that the transcript of the oral
8    deposition is a true record of the testimony given by
     the witness;
9         That the deposition transcript was submitted on
     _____ to the witness or the attorney for the
10   witness for examination, signature and return to Esquire
     Deposition Services, by _____;
11        I further certify that I am neither counsel for,
     related to, nor employed by any of the parties in the
12   action in which this proceeding was taken, and further
     that I am not financially or otherwise interested in the
13   outcome of the action.
          Certified to by me this_____ day of
14   _____, 2007.       NOV 0 5 2007
15
16
17
18   _____
         RENE WHITE MOAREFI, CSR, CRR, RPR
19       CSR NO. 3070; Expiration Date: 12-31-08
         ESQUIRE DEPOSITION SERVICES, LLC
20       3401 Louisiana, Suite 300
         Houston, Texas 77002
21       (713) 524-4600
22
23
24
25

Electronically signed by L Rene White (401-392-745-8300)          ed0d21f8-62f2-4dbc-8f9e-3d20e7946144

Page 59

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a      )
Delaware corporation, ORACLE )
USA, INC., a Colorado       )
corporation, and ORACLE     )
INTERNATIONAL CORPORATION, a )
California corporation,     )
     Plaintiffs,           )
                 )
vs.                         )  CASE NO. 07-CV-01658 (MJJ)
                 )
SAP AG, a German            )
corporation, SAP AMERICA,   )
INC., a Delaware corporation,)
TOMORROWNOW, INC., a Texas   )
corporation, and DOES 1-50,  )
inclusive,                  )
     Defendants.           )

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION OF

TOMORROWNOW BY AND THROUGH SHELLEY NELSON

VOLUME 2

DECEMBER 6, 2007

    ORAL VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as
a witness at the instance of the Plaintiffs and duly sworn,
was taken in the above-styled and numbered cause on the 6th
day of December, 2007, from 9:10 a.m. to 3:53 p.m., before
Dana Richardson, Certified Shorthand Reporter in and for the
State of Texas, reported by computerized stenotype machine at
the offices of Jones Day, 717 Texas, Suite 3300, Houston,
Texas 77002, pursuant to the Federal Rules of Civil Procedure
and the provisions stated on the record or attached hereto.

    Job No. 1603-85363

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 125

| 11:13:46 | 1 | |
| 11:13:48 | 2 | |
| 11:13:54 | 3 | |
| 11:13:58 | 4 | |
| 11:14:04 | 5 | |
| 11:14:09 | 6 | |
| 11:14:12 | 7 | |
| 11:14:14 | 8 | |
| 11:14:16 | 9 | |
| 11:14:20 | 10 | |
| 11:14:25 | 11 | |
| 11:14:31 | 12 | |
| 11:14:34 | 13 | |
| 11:14:35 | 14 | |
| 11:14:38 | 15 | |
| 11:14:40 | 16 | |
| 11:14:44 | 17 | |
| 11:14:46 | 18 | |
| 11:14:49 | 19 | |
| 11:14:54 | 20 | |
| 11:15:00 | 21 | |
| 11:15:06 | 22 | |
| 11:15:11 | 23 | |
| 11:15:12 | 24 | |
| 11:15:37 | 25 | Q.   Now, in addition to case support, you also said that |

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 126

11:15:41  1    the -- this master library would be used for retro -- retrofit

11:15:47  2    tax releases?

11:15:48  3        A.   Correct.

11:15:48  4        Q.   Could you describe that use of the master library?

11:15:52  5        A.   Yes, yes.  As a PeopleSoft payroll tax update fix was

11:16:02  6    posted for the 8SP1 release, it was downloaded into that

11:16:15  7    library using a Customer Connection ID from one of our

11:16:20  8    extended support clients who -- who received retrofit

11:16:24  9    services.  The fix was then applied to the 8SP1 environment

11:16:35  10   that had been created for that customer, and then it was --

11:16:42  11   the -- the materials within that fix were used to retrofit

11:16:50  12   that code from that later release back to a 7.5 or a 7.0

11:16:58  13   release.

11:17:14  14       Q.   Could you say, please, one more time the release --

11:17:16  15   the PeopleSoft payroll tax release that was used to create the

11:17:25  16   retrofit?

11:17:26  17       A.   8SP1.

11:17:28  18       Q.   8SP1.  Which Customer Connection ID was used to

11:17:40  19   download that payroll tax update fix for -- for 8SP1?

11:17:50  20       A.   Most commonly, I would expect it would be Bear

11:17:54  21   Sterns.

11:18:05  22       Q.   Are you aware of others that were used for that

11:18:07  23   purpose?

11:18:08  24       A.   Potentially Robert Half.

11:18:11  25       Q.   Anybody else?

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 127

11:18:14  1      A.    It -- it could have been any one of our extended

11:18:17  2   support clients, but those are -- those are a couple that I --

11:18:20  3   I know were used.

11:18:29  4      Q.    Then I think you said that the -- the fix was applied

11:18:34  5   to an environment after it was downloaded using those

11:18:39  6   credentials?

11:18:40  7      A.    Correct.

11:18:42  8      Q.    Which environment was it applied to?

11:18:45  9      A.    It was an environment that was named HR 8.10, and

11:18:52  10  then the last characters would be reflective of the tax update

11:18:57  11  release level.

11:19:07  12     Q.    This was a single environment in which the retrofit

11:19:12  13  updates were created?

11:19:14  14     A.    It -- it was a single environment that was -- that

11:19:17  15  was backed up at each tax update level.  So, we had -- it

11:19:24  16  ended up being multiple environments.

11:19:29  17     Q.    How was that environment, the HR 8.10 environment, if

11:19:35  18  I can call it that, understanding that it evolved over time,

11:19:40  19  how was that environment created?

11:19:44  20     A.    It was installed from CD.

11:19:49  21     Q.    How were the CDs obtained?

11:19:50  22     A.    From one of our 7.5 clients.

11:19:58  23     Q.    Which client?

11:19:59  24     A.    I'm not absolutely certain.

11:20:11  25

SHELLEY NELSON     December 6, 2007
HIGHLY CONFIDENTIAL

Page 128

11:20:15   1
11:20:20   2
11:20:24   3
11:20:30   4
11:20:36   5
11:20:38   6
11:20:55   7
11:21:03   8
11:21:06   9
11:21:07  10
11:21:11  11
11:21:13  12
11:21:17  13
11:21:21  14
11:21:26  15
11:21:32  16
11:21:33  17
11:21:36  18
11:21:39  19
11:21:44  20
11:21:51  21
11:21:55  22
11:21:57  23      Q.    Okay.  So, from one of your extended support 7.5
11:22:01  24   clients, you obtained an 8SP1 CD that was used to create
11:22:07  25   the -- what became the HR 8.10 environment?

SHELLEY NELSON     December 6, 2007
HIGHLY CONFIDENTIAL

Page 129

| | | |
|---|---|---|
| 11:22:10 | 1 | A.    A set of CDs, correct. |
| 11:22:12 | 2 | Q.    A set of CDs. |
| 11:22:21 | 3 |         That resulting HR 8.10 environment created from |
| 11:22:26 | 4 | this set of CDs, then, was the environment that the 8SP1 fixes |
| 11:22:36 | 5 | were applied to when they were downloaded primarily using the |
| 11:22:41 | 6 | Bear Sterns ID? |
| 11:22:42 | 7 | A.    Correct. |
| 11:22:50 | 8 | Q.    Every time a new 8SP1 update was posted and |
| 11:22:55 | 9 | downloaded, then I think you said that a -- essentially a new |
| 11:23:00 | 10 | copy of the HR 8.10 environment would be created to reflect |
| 11:23:05 | 11 | the addition of that new update? |
| 11:23:08 | 12 | A.    The new payroll tax update bundle, yes. |
| 11:23:25 | 13 | Q.    Then what would be done with -- what would be done |
| 11:23:27 | 14 | after the new 8SP1 fix was applied to the HR 8.10 environment? |
| 11:23:37 | 15 | A.    It would be -- the -- the code changes would be |
| 11:23:43 | 16 | compared from the last payroll bundle that was delivered to |
| 11:23:49 | 17 | that current bundle so that the delta was -- was clear, and |
| 11:23:56 | 18 | then that delta would be -- if -- if the fix were applicable |
| 11:24:03 | 19 | to the prior releases, they would be retrofitted into the |
| 11:24:09 | 20 | prior code lines. |
| 11:24:21 | 21 | Q.    How would that be done? |
| 11:24:25 | 22 | A.    We use a tool called Araxis Merge, which is a file |
| 11:24:30 | 23 | compare utility that allows you to compare three versions of |
| 11:24:34 | 24 | files.  So, we would launch one -- we would do a compare of |
| 11:24:41 | 25 | the files one at a time -- they might be programs -- and |

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 130

| | | |
|---|---|---|
| 11:24:46 | 1 | compare the before-8SP1 file with the after-8SP1 file and then |
| 11:24:54 | 2 | bring up the equivalent in the 7.5 commercial release, so to |
| 11:24:59 | 3 | speak; and that delta would then be developed into the 7.51 |
| 11:25:06 | 4 | release if it were applicable to that release.  And the same |
| 11:25:11 | 5 | thing would happen with the other releases that we were |
| 11:25:14 | 6 | retrofitting back to. |
| 11:25:23 | 7 | Q.   What specifically, then, would result from that |
| 11:25:26 | 8 | comparison process in terms of a deliverable to a client? |
| 11:25:34 | 9 | A.   A -- a directory structure similar to the update and |
| 11:25:39 | 10 | fix structure that would have the programs that had been |
| 11:25:44 | 11 | modified for that particular release, it would usually be a |
| 11:25:51 | 12 | smaller subset of what had been delivered in 8SP1 because of |
| 11:25:55 | 13 | release-specific differences; and the documentation for that |
| 11:26:00 | 14 | release would also be retrofitted to reflect only what got |
| 11:26:06 | 15 | packaged into that 7.5 or 7.5 commercial, 7.5 education and |
| 11:26:14 | 16 | government, depending on what that release might be.  So, a |
| 11:26:17 | 17 | deliverable folder that -- that reflected a retrofit of 8SP1 |
| 11:26:23 | 18 | back to that release. |
| 11:26:52 | 19 | Q.   Then that deliverable that you've just described, was |
| 11:26:55 | 20 | that sent proactively to the TomorrowNow PeopleSoft 7.5 |
| 11:27:04 | 21 | clients? |
| 11:27:06 | 22 | A.   Yes, if they still held maintenance with Oracle |
| 11:27:11 | 23 | and if -- and had an active agreement with us for retrofit |
| 11:27:16 | 24 | service. |
| 11:27:25 | 25 | Q.   Are these the approximately 25 or maybe more clients |

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 131

| | | |
|---|---|---|
| 11:27:30 | 1 | that we discussed at the end of your last deposition session? |
| 11:27:33 | 2 | A.    Correct. |
| 11:27:36 | 3 | |
| 11:27:42 | 4 | |
| 11:27:48 | 5 | |
| 11:27:50 | 6 | |
| 11:27:57 | 7 | |
| 11:28:01 | 8 | |
| 11:28:06 | 9 | |
| 11:28:13 | 10 | |
| 11:28:16 | 11 | |
| 11:28:16 | 12 | |
| 11:28:20 | 13 | |
| 11:28:25 | 14 | |
| 11:28:30 | 15 | |
| 11:29:07 | 16 | |
| 11:29:11 | 17 | |
| 11:29:16 | 18 | |
| 11:29:24 | 19 | |
| 11:29:28 | 20 | |
| 11:29:31 | 21 | |
| 11:29:40 | 22 | |
| 11:29:44 | 23 | |
| 11:29:49 | 24 | |
| 11:29:55 | 25 | |

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 132

11:30:02  1

11:30:07  2

11:30:14  3

11:30:15  4

11:30:18  5

11:30:21  6

11:30:24  7

11:30:28  8

11:30:32  9

11:30:37  10      Q.    Now, you said that the number of clients that would

11:30:41  11  be receiving these retrofit tax updates would have differed by

11:30:46  12  year?

11:30:47  13      A.    Correct.

11:30:51  14      Q.    What's the range beginning in 2002 and going through

11:30:55  15  2005?  Do you have a sense of how many customers in those

11:30:59  16  years were receiving the retrofit tax updates?

11:31:03  17      A.    I have a sense.  In -- in 2002, when we started our

11:31:10  18  support -- and I'm going by history, I wasn't part of the

11:31:15  19  organization -- we were supporting the 7.02 retired release.

11:31:23  20  And, so, I understand that we had a 7.02 commercial customer;

11:31:27  21  a 7.02 public sector customer, which is an entire different

11:31:33  22  install; and a 7.02 student admin customer.  So, these would

11:31:38  23  be their own environments.  And through the months, we may

11:31:45  24  have gotten a couple of more 7.02 clients until they upgraded

11:31:51  25  onto another release and went off our support.

SHELLEY NELSON     December 6, 2007
HIGHLY CONFIDENTIAL

Page 133

| | | |
|---|---|---|
| 11:31:54 | 1 | In April of 2003, just before I joined, the |
| 11:32:01 | 2 | 7.51 commercial release retired. And, so, we got our first |
| 11:32:07 | 3 | set of 7.51 commercial clients. I would say we probably had |
| 11:32:20 | 4 | no more than 10 or 15 clients at that point on that release, |
| 11:32:24 | 5 | but I'm not sure of exactly the numbers. |
| 11:32:27 | 6 | In, I believe, August of that year, maybe June, |
| 11:32:32 | 7 | the 7.51 education and government release retired; and we got |
| 11:32:39 | 8 | some -- a handful of, probably less than five, 7.51 education |
| 11:32:45 | 9 | and government clients, which would have been a total new |
| 11:32:48 | 10 | install. We may have actually just had one. |
| 11:32:52 | 11 | And then a year after the 7.51 commercial |
| 11:32:57 | 12 | release retired -- was it PeopleSoft at that point in time? |
| 11:33:09 | 13 | PeopleSoft had -- had stopped supporting -- they'd offered a |
| 11:33:15 | 14 | one-year supplemental support program for that 7.51 commercial |
| 11:33:19 | 15 | release. They stopped supporting those customers; and we |
| 11:33:23 | 16 | got -- we got a lot of those customers, some of whom were |
| 11:33:26 | 17 | referred by PeopleSoft to us. So, we had another jump in |
| 11:33:32 | 18 | customers in April of 2004, maybe another five or ten. And |
| 11:33:42 | 19 | sporadically throughout that period of time, a client may have |
| 11:33:47 | 20 | joined late and we had to catch them up or something if they |
| 11:33:52 | 21 | were kind of beyond the -- behind the 8 ball on recognizing |
| 11:33:56 | 22 | that their release had retired. |
| 11:34:03 | 23 | Q.   So, it sounds like you would have hit the 25 number |
| 11:34:08 | 24 | sometime in late 2003 or early 2004? |
| 11:34:12 | 25 | A.   Probably in April of 2004. And the numbers decreased |

Page 134

11:34:21  1   because some of the clients would upgrade and move off our

11:34:24  2   support.

11:34:37  3       Q.   You described different 7.51 releases.  There's a

11:34:41  4   commercial release, an education and government release.

11:34:45  5   Would it be the case that for each of those releases, there

11:34:50  6   would be a -- an environment at TomorrowNow that was being

11:34:57  7   used to create the retrofit fix in the way that you described?

11:35:01  8       A.   Yes.

11:35:04  9       Q.   So, how many, in total, environments from 2002 to

11:35:11  10  2005 were used to create the retrofit fixes?

11:35:18  11      A.   I believe the highest number of releases we were

11:35:23  12  supporting were seven.  And then you add the 8SP1 release,

11:35:31  13  which was the -- the source.

11:35:43  14      Q.   What are those seven releases that you've identified?

11:35:46  15      A.   7.02 commercial, 7.02 public sector, 7.02 student

11:35:54  16  admin, 7.51 commercial, 7.51 education and government,

11:36:08  17  7.51 student admin.  Where is the seventh?  It may have been

11:36:38  18  that the release -- the seven releases was based on how many

11:36:41  19  we were supporting once we started doing things from scratch.

11:36:45  20  So, it sounds like that's five -- or six retrofit releases.

11:36:50  21      Q.   Yeah, you've listed six --

11:36:51  22      A.   Yes.

11:36:53  23      Q.   -- in addition to the underlying 8SP1 release.

11:36:58  24      A.   Correct.

11:36:59  25      Q.   And then when -- at a certain point, you stopped

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 135

| | | |
|---|---|---|
| 11:37:02 | 1 | doing the retrofit process that you've described? |
| 11:37:05 | 2 | A.    Correct. |
| 11:37:06 | 3 | Q.    And you built your own -- TomorrowNow built its own |
| 11:37:12 | 4 | tax update for these same releases? |
| 11:37:15 | 5 | A.    Correct. |
| 11:37:15 | 6 | Q.    And at that point, there was a seventh that was -- |
| 11:37:19 | 7 | that was supported as well? |
| 11:37:22 | 8 | A.    We actually -- we never had to build our own for a |
| 11:37:30 | 9 | couple of those 7.02 releases.  Our clients moved on.  But, |
| 11:37:34 | 10 | yes, we continued to gain new releases. |
| 11:37:36 | 11 | Q.    So, what was -- so -- but it sounds like in addition |
| 11:37:41 | 12 | to the list you gave, there -- there is an additional release |
| 11:37:45 | 13 | that -- that you supported after you stopped doing the |
| 11:37:48 | 14 | retrofit and -- and started doing your own fixes. |
| 11:37:53 | 15 | A.    There are additional releases, yes. |
| 11:37:55 | 16 | Q.    More than -- more than the six that you've listed |
| 11:37:58 | 17 | here? |
| 11:37:59 | 18 | A.    Yes. |
| 11:38:00 | 19 | Q.    Okay.  So, for each of the six that you've just |
| 11:38:06 | 20 | listed, there was an environment that was used to create the |
| 11:38:20 | 21 | retrofit fixes? |
| 11:38:22 | 22 | A.    Correct. |
| 11:38:29 | 23 | Q.    Did those environments have names separate from the |
| 11:38:33 | 24 | HR 8.10, or did they all begin with the HR 8.10 name? |
| 11:38:42 | 25 | A.    Separate. |

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 136

11:38:43    1       Q.    Separate.

11:38:43    2             Do you remember the names of the environments

11:38:45    3    that were used for each of these six releases?

11:38:49    4       A.    I'll do my best.

11:38:51    5       Q.    Okay.

11:38:52    6       A.    We had an HR7.02; and then the last three digits

11:38:56    7    would be, like, 02C for fiscal year '02, tax update C, for

11:39:02    8    example.  So, the first five -- the first five digits would be

11:39:08    9    HR702, HS702 for student admin, HP702 for public sector,

11:39:20   10    HR7.51 for 7.51 commercial, HG7.51 for education and

11:39:30   11    government, H7.60 -- HR7.60 for student admin because it was a

11:39:43   12    different release level.

11:39:48   13       Q.    These environments that you've just identified, were

11:39:51   14    they created in the same way that the HR 8.10 environment was

11:39:56   15    created; that is, by obtaining a set of CDs from one of

11:40:01   16    TomorrowNow's customers to create the environment in the first

11:40:05   17    place?

11:40:05   18       A.    Correct.

11:40:05   19       Q.    And then was that resulting environment used in

11:40:08   20    essentially the same way that you've described the HR 8.10

11:40:14   21    environment was used, which is that you would download a fix

11:40:16   22    using a customer's login credential and apply it to that

11:40:21   23    environment?

11:40:23   24       A.    Correct.

11:40:23   25       Q.    And you would then use the Araxis tool to compare

SHELLEY NELSON    December 6, 2007
HIGHLY CONFIDENTIAL

Page 137

| | | |
|---|---|---|
| 11:40:27 | 1 | that resulting updated environment to the prior environment to |
| 11:40:31 | 2 | see what the changes were? |
| 11:40:34 | 3 | A.    That was more for the 8 release, which was the source |
| 11:40:40 | 4 | that we would compare back to the -- the target environment to |
| 11:40:46 | 5 | do development. |
| 11:40:48 | 6 | Q.    Then through that process, you would come up with a |
| 11:40:52 | 7 | deliverable that would be sent out to the TomorrowNow |
| 11:40:55 | 8 | customers who had these releases and that were on support? |
| 11:41:00 | 9 | A.    Correct. |
| 11:41:19 | 10 | |
| 11:41:25 | 11 | |
| 11:41:28 | 12 | |
| 11:41:34 | 13 | |
| 11:41:40 | 14 | |
| 11:41:44 | 15 | |
| 11:41:48 | 16 | |
| 11:41:52 | 17 | |
| 11:41:52 | 18 | |
| 11:41:59 | 19 | |
| 11:42:03 | 20 | |
| 11:42:10 | 21 | |
| 11:42:13 | 22 | |
| 11:42:17 | 23 | |
| 11:42:22 | 24 | |
| 11:42:29 | 25 | |

Page 242

STATE OF TEXAS

COUNTY OF HARRIS

REPORTER'S CERTIFICATE

I, Dana Richardson, a Certified Shorthand Reporter in and for the State of Texas, do certify that this deposition transcript is a true record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each party at the deposition is as follows:

Mr. Geoffrey M. Howard - 05:47

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 12th day of December, 2007.

_Nana Richardson_

Dana Richardson, CSR

Texas CSR 5386

Expiration: 12/31/09

Merrill Legal Solutions, Firm No. 210

315 Capitol, Suite 100

Houston, Texas 77002

Phone (713) 426-0400

Fax (713) 426-0600

nelley Nelson                                    October 30, 2007

Page 56

1                          CORRECTION PAGE

2       WITNESS NAME:   SHELLEY NELSON        DATE:   10/30/2007

3       PAGE   LINE   CHANGE                  REASON

4        7      4    remove versus          bad grammar

5        10    20    Cobalt should be COBOL   error

6        12    14    2000...2003 to 2003

7        46     9    October 1 to October one    error

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

helley Nelson                                    October 30, 2007

Page 57

SIGNATURE PAGE

1

2

     I, SHELLEY NELSON, have read the foregoing
3  deposition and hereby affix my signature that same is
   true and correct, except as noted on the correction
4  page.

5
                          _Shelley Nelson_____
6                          SHELLEY NELSON

7

8

9

   THE STATE OF TEXAS      )
10 COUNTY OF _Brazos_____   )
11                          PEGGY W. LANFORD
        Before me _Shelley nelson_____ on this day
12 personally appeared _Shelley Nelson_____ known to me
   [or proved to me on the oath of _Admissions_____ or
13 through _Errors · Omissions_____ (description of identity
   card or other document)] to be the person whose name is
14 subscribed to the foregoing instrument and acknowledged
   to me that he/she executed the same for the purposes and
15 consideration therein expressed.
        Given under my hand and seal of office this _28_
16 day of _November_____, 2007.

17

18
   ┌──────────────────────┐
   │  PEGGY W. LANFORD     │      _____
19 │ Notary Public, State of Texas │  NOTARY PUBLIC IN AND FOR
   │ My Commission Expires │      THE STATE OF T E X A S
   │  DECEMBER 31, 2007    │
20 └──────────────────────┘

   My Commission Expires:
21 _12/31/2007_____

22

23

24

25

Esquire Deposition Services      505 Sansome Street, Suite 502      San Francisco, California 94111
Phone (415) 288.4280      800.770.3363      Fax (415) 288.4286

ed0d21f8-82f2-4dbc-8f9e-3d20e7946144

SHELLEY NELSON     December 6, 2007
HIGHLY CONFIDENTIAL

Page 241

1

2

3

4

5

6

7

8        I declare under penalty of perjury that the foregoing is

9    true and correct.

10

11                                    _Shelley Nelson_

12                            SHELLEY NELSON

13

14

15        SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned

16    authority, by the witness, SHELLEY NELSON, on this the 5ᵗʰ

17    day of _January_____, _2008_.

18

19                                    _Richard C. Baur_

20                            NOTARY PUBLIC IN AND FOR

21    NOTARY PUBLIC
      Richard A. Baur          THE STATE OF _Texas_
      State of Texas
      My Commission Expires 08-29-2010

22

23    My Commission Expires: _8-29-2010_

24

25

Merrill Legal Solutions
(800) 869-9132

b1e1d09b-3509-4c1d-8a78-0d8a39676007

SHELLEY NELSON   December 6, 2007
HIGHLY CONFIDENTIAL

Page 240

CHANGES AND SIGNATURE

PAGE  LINE  CHANGE                          REASON

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 67 | 5 | Of should be Near | |
| 68 | 9 | architecture should be architectural | |
| 69 | 4 | Uh-huh to Yes | grammar |
| 72 | 10 | ruled should be rolled | |
| 74 | 18 | Langford should be Lanford | |
| 75 | 12 | it should be it's | |
| 75 | 11 | it's should be its (both occurrences) | |
| 81 | 12 | Capital M & N for Managed Networks | |
| 87 | 20 | thats should be that | |
| 87 | 24 | connect-in should be connection | |
| 91 | 6 | contents and should be contents in | |
| 92 | 9 | that you should be that I | |
| 98 | 8 | lever should be level | |
| 103 | 21 | fixed should be fix | |
| 105 | 8 | in should be and | |
| 126 | 21 | Sterns should be Stearns | |
| 127 | 9 | HR 8.10 should be HR801 | |
| 127 | 17 | HR 8.10 should be HR801 | |
| 128 | 11 | HR 8.10 → HR801 | |
| 128 | 14 | " | |
| 128 | 25 | " | |
| 129 | 3 | " | |
| 129 | 6 | Sterns → Stearns | |

b1e1d09b-3509-4c1d-8a78-0d8a39676007

| Page | Line | Change |
|------|------|--------|
| 129 | 14 | HR 8.10 → HR801 |
| 132 | 8 | least more → least one more |
| 135 | 24 | HR 8.10 → HR 801 |
| 136 | 6 | HR 7.02 → HR 702 |
| 136 | 10 | HR 7.51 → HR 751   HG 7.51 → HG 751 |
| 136 | 11 | H 7.60 + HR 7.60 → remove the period |
| 136 | 14 | HR 8.10 → HR 801 |
| 136 | 20 | " |
| 141 | 1 | HRMS 7.02  (needs space) |
| 144 | 7 | code line → codeline |
| 144 | 13 | " |
| 151 | 20 | templates, client documents → templates\client documents |
| 158 | 6 | them to → them to: |
| 162 | 6 | was → were    (grammar) |
| 163 | 24 | Advanced → Advance |
| 166 | 11 | on → off |
| 169 | 2 | "XE" → *.exe |
| 31 | 1 | Fixed → Fix |
| 230 | 8 | Fixed → fix |