# EXHIBIT 24

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, A          :
DELAWARE CORPORATION, ORACLE   :
USA, INC., A COLORADO          :
CORPORATION, AND ORACLE        :
INTERNATIONAL CORPORATION, A   :
CALIFORNIA CORPORATION,        :
                               :
                  Plaintiffs   :CA NO. 07-CV-01658 (MJJ)
                               :
V.                             :
                               :
                               :
SAP AG, A GERMAN,              :
CORPORATION, SAP AMERICA,      :
INC., A DELAWARE CORPORATION,  :
TOMORROWNOW, INC., A TEXAS     :
CORPORATION, AND DOES 1-50,    :
INCLUSIVE,                     :
                               :
                  Defendants   :


"HIGHLY CONFIDENTIAL"
VIDEOTAPED AND ORAL DEPOSITION OF
TOMORROWNOW BY AND THROUGH SHELLEY NELSON
VOLUME 3
APRIL 18, 2008


     VIDEOTAPED AND ORAL DEPOSITION Of SHELLEY NELSON,
produced as a witness at the instance of Counsel for the
Plaintiffs, and duly sworn, was taken in the
above-styled and numbered cause on the 18th day of
April, 2008, from 8:27 a.m. to 5:00 p.m., before JANE E.
DEMARS, Certified Shorthand Reporter in and for the
State of Texas, reported by machine shorthand, at the
Law Offices of Graves, Dougherty, Hearon & Moody, 401
Congress Avenue, Austin, Travis County, Texas, pursuant
to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.

SHELLEY NELSON      April 18, 2008
HIGHLY CONFIDENTIAL

Page 363

11:45    1

         2

         3

         4

         5

         6

         7

         8        Q     And how about HR 7.02 REP?  Do you know what

         9    that environment is?

        10        A     I believe so.

        11        Q     What is that environment?

        12        A     The R, the REP stands for replication, and it

        13    was a backup of the 7.02 environment that was used as

        14    part of the testing process for the tax update.

11:46   15        Q     How would HR 7.02 REP be used in the testing

        16    process for tax updates?

        17        A     I, I recall that it was used for the testers

        18    to set up, set up scenarios or test data in the

        19    environments, and then it was, it was backed up with the

        20    name REP, and then that became the baseline, then,

        21    that -- I'm trying to remember this.  It's been many

        22    years.

        23              After this backup was -- took place, the,

        24    the tester would continue to run process to try to

        25    replicate issues, and then they would restore the tax

SHELLEY NELSON       April 18, 2008
HIGHLY CONFIDENTIAL

Page 364

11:47   1    update environment using the REP backup, and then apply

        2    the development activity to that backup so that they

        3    wouldn't have to reenter test data after they had

        4    replicated.

        5         Q    This was all part of the retrofit of tax

        6    update process at TomorrowNow?

        7         A    Yes.

        8         Q    Which client software was used to create

        9    HR 7.02 REP?

        10        A    I'm not sure.

        11        Q    Do you have any idea?

        12        A    I have, I have an idea that it would be a 7.02

        13   commercial client.

        14        Q    Okay.  And would it have been TomorrowNow's

11:48   15   first HR 7.02 commercial client?

        16        A    Potentially.

        17             MR. LANIER:  Object to form.  Sorry.

        18        Q    (BY MR. HOWARD) Is that your belief, is that

        19   that's the customer's software that was used to create

        20   HR 7.02 IP, the first TommorrowNow HR 7.02 commercial

        21   client?

        22        A    It's possible.

        23        Q    Do you know who created HR 7.02 REP?

        24        A    No.

        25        Q    Was HR 7.02 REP used in the, for the testing

SHELLEY NELSON      April 18, 2008
HIGHLY CONFIDENTIAL

Page 365

11:49  1    of more than one tax update?

2         A    It's possible.  Probably.

3         Q    It was used for, repeatedly over the course of

4    several tax updates.

5                   MR. LANIER:  Object --

6         Q    (BY MR. HOWARD)  Is that right?

7                   MR. LANIER:  Object to form.

8                   THE WITNESS:  It's possible.

9         Q    (BY MR. HOWARD) How many clients received tax

10    updates that were tested using HR 7.02 REP?

11                  MR. LANIER:  Object to form.

12                  THE WITNESS:  I'm not sure.  Less than

13    three.  Three or less.

14        Q    (BY MR. HOWARD) How many times did those

11:49 15    customers receive those tax updates using HR 7.02 REP?

16                  MR. LANIER:  Object to form.

17                  THE WITNESS:  I'm not sure.

18

19

20

21

22

23

24

25

SHELLEY NELSON      April 18, 2008
HIGHLY CONFIDENTIAL

Page 400

13:13    1

         2

         3

         4

         5

         6

         7

         8

         9        Q     (BY MR. HOWARD) When, after SAP's acquisition

        10    of TomorrowNow, did you have a discussion with

        11    Andrew Nelson relating to the legality of the critical

        12    support model?

        13        A     It was either -- I think it was Q2 of 2005.

        14        Q     Was anybody else involved in that discussion

13:14   15    that you had in Q2 of 2005 with Andrew Nelson?

        16        A     Yes.

        17        Q     Who?

        18        A     Legal counsel.

        19        Q     And was that legal counsel for SAP?

        20        A     Yes.

        21        Q     And was that Mr. Faye?

        22        A     Yes.

        23        Q     Was anybody else, other than you, Mr. Nelson

        24    and Mr. Faye, involved in that discussion in Q2 of 2005?

        25        A     No.

I further certify that I am neither attorney nor counsel for, related to, nor employed by any of the parties to the action in which this testimony was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

I further certify that the deposition transcript was submitted on _____ to the witness or to the attorney for the witness for examination, signature and return to me by _____;

The original deposition was/was not returned to the deposition officer on _____;

If returned, the attached Changes and Signature page contains any changes and the reasons therefor;

If returned, the original deposition was delivered to _____, Custodial Attorney;

That $_____ is the deposition officer's charges to the Plaintiffs for preparing the original deposition transcript and any copies of exhibits;

WITNESS MY HAND AND SEAL OF OFFICE, this 22nd day of ___April___, 2008.

_Jane Demars_

Jane E. Demars, Texas CSR No. 2789
Expiration Date:  12-31-09
DepoTexas, Austin

Page 537

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
      Plaintiffs, )
       )
vs. )CASE NO. 07-CV-01658PJH(EDL)
       )
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, INC., a)
Texas corporation, and DOES 1-50,)
inclusive, )
      Defendants. )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"

ORAL VIDEOTAPED DEPOSITION

SHELLEY NELSON

VOLUME 4

SEPTEMBER 3, 2009

    ORAL VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as

a witness at the instance of the Plaintiffs and duly sworn,

was taken in the above-styled and numbered cause on the 3rd

day of September, 2009, from 8:04 a.m. to 12:26 p.m., before

Dana Richardson, Certified Shorthand Reporter in and for the

State of Texas, reported by computerized stenotype machine at

the Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas

77002, pursuant to the Federal Rules of Civil Procedure and

the provisions stated on the record or attached hereto.

    Job No. 1603-92416

SHELLEY NELSON     September 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 570

| | |
|---|---|
| 08:49:02 | 1 |
| 08:49:04 | 2 |
| 08:49:07 | 3 |
| 08:49:11 | 4 |
| 08:49:13 | 5 |
| 08:49:16 | 6 |
| 08:49:19 | 7 |
| 08:49:25 | 8 |
| 08:49:28 | 9 |
| 08:49:28 | 10 |
| 08:49:30 | 11 |
| 08:49:30 | 12 |
| 08:49:33 | 13 |
| 08:49:38 | 14 |
| 08:49:41 | 15 |
| 08:49:42 | 16 |

08:49:48  17      Q.   (By Mr. Howard)  How did you determine that the --

08:49:50  18   that -- referring to (a), how did you determine that the

08:49:53  19   download library was downloaded using the sign-on credentials

08:49:56  20   from Wendy's International?

08:50:01  21      A.   We determined that Wendy's had sent credentials prior

08:50:08  22   to that date and that an assignment was made to do the

08:50:12  23   downloads with those credentials.

08:50:16  24      Q.   Because -- because there's no way to actually verify

08:50:19  25   that that credential was used to download those particular

SHELLEY NELSON      September 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 571

| | | |
|---|---|---|
| 08:50:24 | 1 | items, right? |
| 08:50:28 | 2 |     A.  I don't know of a way. |
| 08:50:48 | 3 | |
| 08:50:50 | 4 | |
| 08:50:52 | 5 | |
| 08:50:54 | 6 | |
| 08:50:55 | 7 | |
| 08:51:00 | 8 | |
| 08:51:02 | 9 | |
| 08:51:03 | 10 | |
| 08:51:07 | 11 | |
| 08:51:11 | 12 | |
| 08:51:16 | 13 | |
| 08:51:16 | 14 | |
| 08:51:19 | 15 | |
| 08:51:31 | 16 | |
| 08:51:34 | 17 | |
| | 18 | |
| 08:52:09 | 19 | |
| 08:52:12 | 20 | |
| 08:52:18 | 21 | |
| 08:52:48 | 22 | |
| 08:52:51 | 23 | |
| 08:52:56 | 24 | |
| 08:52:58 | 25 | |

SHELLEY NELSON     September 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 574

| | |
|---|---|
| 08:56:52 | 1 |
| 08:56:55 | 2 |
| 08:56:58 | 3 |
| 08:56:59 | 4 |
| 08:57:00 | 5 |
| 08:57:04 | 6 |
| 08:57:07 | 7 |
| 08:57:10 | 8 |
| 08:57:11 | 9 |
| 08:57:16 | 10 |
| 08:57:21 | 11 |
| 08:57:22 | 12 |
| 08:57:24 | 13 |
| 08:57:25 | 14 |
| 08:57:32 | 15 |
| 08:57:33 | 16 |
| 08:57:34 | 17 |
| 08:57:35 | 18 |
| 08:57:36 | 19 |
| 08:57:43 | 20 |
| 08:57:44 | 21 |
| 08:57:45 | 22 |
| 08:57:47 | 23 |
| 08:57:54 | 24 |
| 08:58:00 | 25 |

13    Q.    (By Mr. Howard)  Do you recall that you yourself

14  testified that at certain points in time, IDs such as Bear

15  Stearns were used to take downloads not specific to particular

16  customers?

17          MR. FUCHS:  Objection, form.

18    A.   At an earlier point in time, yes.

SHELLEY NELSON     September 3, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 579

| | | |
|---|---|---|
| 09:05:41 | 1 | |
| 09:05:45 | 2 | |
| 09:05:48 | 3 | |
| 09:05:52 | 4 | |
| 09:05:53 | 5 | |
| 09:05:54 | 6 | |
| 09:05:57 | 7 | |
| 09:06:03 | 8 | |
| 09:06:05 | 9 | |
| 09:06:08 | 10 | |
| 09:06:11 | 11 | |
| 09:06:16 | 12 | |
| 09:06:19 | 13 | |
| 09:06:21 | 14 | |
| 09:06:21 | 15 | |
| 09:06:23 | 16 | |
| 09:06:28 | 17 | |
| 09:06:30 | 18 | |
| 09:06:36 | 19 | |
| 09:06:38 | 20 | |
| 09:06:53 | 21 | Q.   You've, I think, referred to a policy at TomorrowNow |
| 09:06:56 | 22 | that people at TomorrowNow were not supposed to download |
| 09:07:01 | 23 | materials from Oracle after a customer's maintenance end date; |
| 09:07:04 | 24 | is that right? |
| 09:07:09 | 25 | A.   I'm not sure if I referred to that policy. |

SHELLEY NELSON    September 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 580

| | | |
|---|---|---|
| 09:07:12 | 1 | Q.   Well, was there a policy at TomorrowNow that -- that |
| 09:07:15 | 2 | customers -- that -- start over. |
| 09:07:18 | 3 | Was there a policy at TomorrowNow that |
| 09:07:19 | 4 | TomorrowNow employees were not supposed to download materials |
| 09:07:24 | 5 | for a customer after that customer's maintenance end date? |
| 09:07:28 | 6 | A.   I believe there was a -- there was something sent out |
| 09:07:33 | 7 | related to not downloading material posted after the end date. |
| 09:07:41 | 8 | Q.   Material posted after the end date? |
| 09:07:43 | 9 | A.   Yes. |
| 09:07:43 | 10 | Q.   So, it was okay to download after the customer's |
| 09:07:46 | 11 | maintenance end date so long as you were only downloading |
| 09:07:50 | 12 | material posted before their maintenance end date? |
| 09:07:52 | 13 | A.   In certain circumstances, yes. |
| 09:07:54 | 14 | Q.   And that -- was that a -- a published policy at |
| 09:07:58 | 15 | TomorrowNow? |
| 09:08:00 | 16 | A.   I'm not sure. |
| 09:08:04 | 17 | Q.   When was that policy articulated at TomorrowNow for |
| 09:08:07 | 18 | the first time? |
| 09:08:08 | 19 | A.   I'm not sure. |
| 09:08:14 | 20 | Q.   And you're aware of instances, I take it, where a |
| 09:08:17 | 21 | customer's credential was used to download materials from |
| 09:08:22 | 22 | Oracle after the customer's maintenance end date? |
| 09:08:24 | 23 | A.   Yes. |
| 09:08:27 | 24 | Q.   And in your view, that would be acceptable? |
| 09:08:30 | 25 | MR. FUCHS:  Objection, form. |

Merrill Legal Solutions
(800) 869-9132

SHELLEY NELSON     September 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 581

| 09:08:32 | 1 | A.   It -- it depends on the circumstances around it. |
| 09:08:35 | 2 | Q.   (By Mr. Howard)  Why?  Why does it depend? |
| 09:08:37 | 3 | A.   Well, some of our clients, for instance, had |
| 09:08:42 | 4 | continued maintenance on some products but were ending |
| 09:08:48 | 5 | maintenance on -- on other products.  So, their maintenance |
| 09:08:53 | 6 | end date might end for one product line or for one product but |
| 09:08:57 | 7 | continue for another.  And in -- in certain circumstances, |
| 09:09:04 | 8 | the -- the customer might have given us the -- the information |
| 09:09:07 | 9 | late; and -- and we made sure that people only got information |
| 09:09:13 | 10 | up to the posted date matching the maintenance end date. |
| 09:09:17 | 11 | Q.   So, focusing on that last part, assuming that |
| 09:09:22 | 12 | maintenance had ended for all products, it was acceptable at |
| 09:09:24 | 13 | TomorrowNow to use the customer's credential to download |
| 09:09:33 | 14 | materials from Oracle using that credential after the |
| 09:09:35 | 15 | maintenance end date so long as you were only downloading |
| 09:09:41 | 16 | products that had been posted before the maintenance end date? |
| 09:09:44 | 17 | Is that your testimony? |
| 09:09:47 | 18 | MR. FUCHS:  Objection, form. |
| 09:09:48 | 19 | A.   Only in certain circumstances. |
| 09:09:49 | 20 | Q.   (By Mr. Howard)  What circumstances? |
| 09:09:52 | 21 | A.   When there -- there wasn't enough time, the customer |
| 09:09:54 | 22 | had given us the information late.  But typically, in most |
| 09:09:58 | 23 | circumstances, it -- downloading would stop at or prior to the |
| 09:10:04 | 24 | maintenance end date. |
| 09:10:04 | 25 | Q.   Well, if it was okay to do it in certain |

Page 582

| | | |
|---|---|---|
| 09:10:06 | 1 | circumstances, why wasn't it okay to do it in all |
| 09:10:10 | 2 | circumstances? |
| 09:10:11 | 3 | MR. FUCHS:  Objection, form. |
| 09:10:12 | 4 | A.   It just -- it wasn't necessary in most cases. |
| 09:10:14 | 5 | Q.   (By Mr. Howard) But it was perfectly acceptable and |
| 09:10:17 | 6 | appropriate, so far as you're concerned, to download materials |
| 09:10:20 | 7 | after the customer's maintenance end date as long as those |
| 09:10:23 | 8 | materials were posted on Customer Connection before the |
| 09:10:29 | 9 | maintenance end date? |
| 09:10:29 | 10 | MR. FUCHS:  Objection, form. |
| 09:10:32 | 11 | A.   For a period of time, yes, and -- and only if we had |
| 09:10:36 | 12 | that customer's ID and it was still working. |
| 09:10:50 | 13 | Q.   (By Mr. Howard)  Was that a policy that you |
| 09:10:53 | 14 | communicated to others at TomorrowNow, that it was acceptable |
| 09:10:55 | 15 | to download materials from Customer Connection using a |
| 09:10:58 | 16 | customer's credential after that customer's maintenance end |
| 09:11:02 | 17 | date? |
| 09:11:02 | 18 | A.   I don't know that I communicated that as a policy. |
| 09:11:05 | 19 | It may have been approved on a case-by-case basis. |
| 09:11:11 | 20 | Q.   Why did it need to be approved on a case-by-case |
| 09:11:13 | 21 | basis if it was okay to do? |
| 09:11:15 | 22 | A.   It -- it was not necessarily part of the process. |
| 09:11:21 | 23 | Typically, we downloaded -- we'd receive the credentials in |
| 09:11:24 | 24 | time, we downloaded and stopped downloads at the maintenance |
| 09:11:29 | 25 | end date.  There were only certain circumstances where the |

Page 583

| | | |
|---|---|---|
| 09:11:31 | 1 | customer was delayed in -- in getting us the information. |
| 09:11:38 | 2 |     Q.   Did you view it as bending the rules at all to |
| 09:11:41 | 3 | download materials from Customer Connection using a customer's |
| 09:11:49 | 4 | ID after that customer's maintenance end date? |
| 09:11:50 | 5 |           MR. FUCHS:  Objection, form. |
| 09:11:51 | 6 |     A.   No. |
| 09:11:51 | 7 |     Q.   (By Mr. Howard)  Let me show you what's been |
| 09:11:52 | 8 | previously marked as Exhibit 1454. |
| 09:12:13 | 9 |         Ms. Nelson, is that an e-mail at the top from |
| 09:12:15 | 10 | you to Eric Marsh with a copy to Andrew Nelson, Greg Nelson |
| 09:12:19 | 11 | and others at TomorrowNow? |
| 09:12:21 | 12 |     A.   Yes, it appears to be. |
| 09:12:22 | 13 |     Q.   And it's dated January 20th, 2005? |
| 09:12:24 | 14 |     A.   Yes. |
| 09:12:24 | 15 |     Q.   And it's regarding downloads for Koontz-Wagner? |
| 09:12:30 | 16 |     A.   Yes. |
| 09:12:34 | 17 |     Q.   And it's responding to an e-mail from Eric Marsh down |
| 09:12:41 | 18 | at the bottom of the first page of Exhibit 1454? |
| 09:12:45 | 19 |     A.   Yes. |
| 09:12:45 | 20 |     Q.   Eric Marsh's e-mail identifies a maintenance end date |
| 09:12:51 | 21 | for Koontz-Wagner of December 31, 2004.  Do you see that? |
| 09:12:55 | 22 |     A.   Yes. |
| 09:12:56 | 23 |     Q.   And in your e-mail, you say:  "Given the |
| 09:12:59 | 24 | 12/31/04 maintenance end date, please be prepared for the |
| 09:13:07 | 25 | Customer Connection ID to no longer be valid." |

Page 584

| | | |
|---|---|---|
| 09:13:09 | 1 | Those your words? |
| 09:13:10 | 2 | A.   Yes. |
| 09:13:10 | 3 | Q.   And then in the second paragraph, you say:  "Wanda, |
| 09:13:11 | 4 | if the ID is still valid, please send an e-mail ASAP to John |
| 09:13:16 | 5 | Ludlow with the Customer Connection ID.  He can coordinate |
| 09:13:20 | 6 | having the download team get all their Case Activity." |
| 09:13:23 | 7 | A.   Yes. |
| 09:13:24 | 8 | Q.   So, you were instructing your team to download from |
| 09:13:26 | 9 | Customer Connection using the Koontz-Wagner ID after the |
| 09:13:31 | 10 | Koontz-Wagner maintenance end date; is that right? |
| 09:13:34 | 11 | A.   Yes. |
| 09:13:38 | 12 | Q.   And did Andrew Nelson object at all in response to |
| 09:13:42 | 13 | this e-mail to your instruction? |
| 09:13:45 | 14 | A.   I don't recall. |
| 09:13:45 | 15 | Q.   Did Greg Nelson object at all to this instruction? |
| 09:13:48 | 16 | A.   I don't remember. |
| 09:13:50 | 17 | Q.   And as far as you know, these downloads for |
| 09:13:51 | 18 | Koontz-Wagner did occur after the maintenance end date? |
| 09:13:56 | 19 | A.   I'm not sure. |
| 09:13:56 | 20 | Q.   There was nothing wrong with this instruction on a |
| 09:13:59 | 21 | policy basis, as far as you were concerned at the time? |
| 09:14:04 | 22 | A.   It was rare.  And as -- as indicated, I -- I expected |
| 09:14:10 | 23 | that they may not be able to log in at all. |
| 09:14:13 | 24 | MR. HOWARD:  Move to strike as nonresponsive. |
| 09:14:16 | 25 | Q.   (By Mr. Howard)  Did this instruction violate any |

SHELLEY NELSON    September 3, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 585

| | | |
|---|---|---|
| 09:14:18 | 1 | TomorrowNow policy? |
| 09:14:19 | 2 | A.   I don't believe it did. |
| 09:14:38 | 3 | Q.   Your testimony is that it did not violate any |
| 09:14:43 | 4 | TomorrowNow policy on January 20th, 2005, to instruct the |
| 09:14:45 | 5 | download team to download materials from Oracle's website |
| 09:14:50 | 6 | using a customer's ID when that customer's support had ended |
| 09:14:56 | 7 | 20 days earlier? |
| 09:14:58 | 8 | A.   No.  Because we based the downloads on the posted |
| 09:15:01 | 9 | dates and the maintenance end dates. |
| 09:15:10 | 10 | Q.   Where is that in your instruction? |
| 09:15:18 | 11 | A.   I'm not sure.  I don't see it. |
| 09:15:43 | 12 | Q.   So we're clear, as far as you're concerned, it did |
| 09:15:50 | 13 | not violate any TomorrowNow policy to instruct the download |
| 09:15:52 | 14 | team to download materials for a customer using that |
| 09:15:57 | 15 | customer's ID 20 days after that customer's maintenance end |
| 09:16:03 | 16 | date?  That's your testimony? |
| 09:16:05 | 17 |          MR. FUCHS:  Objection, form. |
| 09:16:06 | 18 | A.   At this point in time, yes. |
| 09:16:10 | 19 | Q.   (By Mr. Howard)  And did that ever change? |
| 09:16:13 | 20 | A.   Yes, it did. |
| 09:16:15 | 21 | Q.   When did it change? |
| 09:16:15 | 22 | A.   I'm not sure. |
| 09:16:17 | 23 | Q.   Was it before the litigation was filed or after? |
| 09:16:21 | 24 | A.   I don't remember. |
| 09:17:18 | 25 | |

1        STATE OF TEXAS

            COUNTY OF HARRIS

2                 REPORTER'S CERTIFICATE

3        I, Dana Richardson, a Certified Shorthand Reporter in and

4    for the State of Texas, do certify that this deposition

5    transcript is a true record of the testimony given by the

6    witness named herein, after said witness was duly sworn by me.

7    The witness was requested to review the deposition.

8        I further certify that I am neither attorney or counsel

9    for, related to, nor employed by any parties to the action in

10   which this testimony is taken and, further, that I am not a

11   relative or employee of any counsel employed by the parties

12   hereto or financially interested in the action.

13       I further certify that the amount of time used by each

            party at the deposition is as follows:

14

               Mr. Geoff Howard - 03:58

15           Mr. Josh Fuchs - 00:00

               Mr. Reid Witliff - 00:00

16

17      SUBSCRIBED AND SWORN TO under my hand and seal of office

    on this the 9th day of September,

18   2009.

19

20   _Dana Richardson_

21          Dana Richardson, CSR

            Texas CSR 5386

22         Expiration:  12/31/09

            Merrill Legal Solutions, Firm No. 210

23        315 Capitol, Suite 100

            Houston, Texas 77002

24        Phone (713) 426-0400

            Fax (713) 426-0600

25

SHELLEY NELSON      April 18, 2008
HIGHLY CONFIDENTIAL

Page 533

17:01   1              CHANGES AND SIGNATURE

2          PAGE    LINE      CHANGE           REASON

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 252 | 15 | His was a very small | typo |
| 266 | 15-16 | customer should be employee | misspoke |
| 277 | 11 | quotes around "what about me" | |
| 279 | 3 | delete for | |
| 319 | 17 | 7.02, 7.51, 8.31, 8.81 | |
| 320 | 6 | sequel should be SQL | |
| 325 | 8, 17 | " | |
| 327 | 1 | " | |
| 328 | 19 | " | |
| 330 | 7, 10, 12, 17 | Advanced should be Advance | |
| 342 | 2 | 775 should be 7.5 | |
| 342 | 10 | delete line, add "of only Tools tables and no application tables" | clarification |
| 355 | 18, 21 | FG 752 ANC   ENG → E+G | |
| 392 | 13 | delivered | |
| 448 | 19 | Zieman | |
| 496 | 19 | Newmerix | |

12         I, SHELLEY NELSON, have read the foregoing
deposition and hereby affix my signature that same is
13    true and correct, except as noted above.

14                              SHELLEY NELSON

17:01   15         THE STATE OF TEXAS )
COUNTY OF TRAVIS   )

16
BEFORE ME, Shelley Nelson     , on this day
17    personally appeared, known to me (proved to me on the
oath of _____ or
18    through Texas Drivers License    (description of
identity card or other document)) to be the person whose
19    name is subscribed to the foregoing instrument and
acknowledged to me that they executed the same for the
20    purposes and consideration therein expressed.

21         Given under my hand and seal of office this 16th day
of     May     , 2008.

22

23                              Notary Public, In and For
The State of Texas

24         MANDY WHEELER
Notary Public,
State of Texas
25         Comm. Exp. 04-08-11

Merrill Legal Solutions
(800) 869-9132

177a88ee-2210-4046-8394-47e0ca62372c

# Merrill Legal Solutions



**MERRILL CORPORATION**

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below.  If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make and the reason.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line and return the Errata sheets to Merrill Legal Solutions at 135 Main Street, 4th Floor, San Francisco, CA 94105 or fax them to (415) 357.4301.

Errata sheet

Page    Line

544     4        Change: add "the" at end of line

                 Reason: grammar

546     6        Change: "question" should be "questions"

                 Reason: grammar

549     12       Change: "though" should be "no"

                 Reason: I said "no" not "though"

Page   Line

560   17   Change: _"was" should be "were"_

Reason: _grammar_

—   —   Change:_____

Reason:_____

—   —   Change:_____

Reason:_____

—   —   Change:_____

Reason:_____

—   —   Change:_____

Reason:_____

—   —   Change:_____

Reason:_____

—   —   Change:_____

Reason:_____

___✓___ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made.  I certify that the transcript is true and correct.


_Shelley Nee_____          9-21-09
(signature)                    (date)