# EXHIBIT 25

Dockets.Justia.com

Volume 1, Pages 1 - 309   Exhibits: 1083 - 1100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------

ORACLE CORPORATION, a Delaware

Corporation, ORACLE USA, INC., a

Colorado corporation, and ORACLE

INTERNATIONAL CORPORATION, a

California corporation,

        Plaintiffs,         Case Number

vs.                         07-CV-01658 PJH (EDL)

SAP AG, a German corporation,

SAP AMERICA, INC., a Delaware

Corporation, TOMORROWNOW, INC.,

A Texas corporation, and DOES

1-50, inclusive,

        Defendants.

------------------------------------

       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

         VIDEOTAPED DEPOSITION OF OWEN F. O'NEIL

             March 10, 2009, 10:36 a.m.

        1657 Sheraton Hotel, Worcester Road

             Framingham, Massachusetts

Reporter:  Dana Welch, CSR, RPR, CRR

```
11:57:40   1
11:57:44   2
11:57:46   3
11:57:47   4
11:57:49   5
11:57:50   6
11:57:50   7
11:57:52   8
11:57:52   9
11:57:55  10
11:57:55  11
11:57:55  12        Q.  And did he tell you why you were being
11:58:00  13   terminated?
11:58:01  14        A.  I mean, it had become pretty clear.  I was
11:58:06  15   -- you know, like I said, at that point I was a
11:58:08  16   pariah, nobody even wanted to talk to me.  Because
11:58:14  17   all I was doing is thumping my fist on the -- on
11:58:18  18   the desk.  And I mean, no one wanted to talk to me.
11:58:26  19   I wasn't surprised.
11:58:26  20            But to give you an idea -- you know, it's
11:58:28  21   like when I was in San Antonio, I was sitting in a
11:58:31  22   full meeting with the service automation team and I
11:58:34  23   was screaming at the top of my lungs, thumping my
11:58:40  24   fist on the table, saying you're going to get sued.
11:58:46  25        Q.  San Antonio, do you remember when that
```

Case4:07-cv-01658-PJH   Document657-25   Filed03/03/10   Page4 of 9
OWEN F. O'NEIL       March 10, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 69

| | | |
|---|---|---|
| 11:58:49 | 1 | was? |
| 11:58:51 | 2 | A. You and the dates. |
| 11:58:53 | 3 | Q. I'm sorry. Do you think it might have |
| 11:58:55 | 4 | been in 2006? |
| 11:58:56 | 5 | A. Yeah. It was -- it was like four or |
| 11:59:00 | 6 | five months before the lawsuit actually was -- came |
| 11:59:05 | 7 | down. |
| 11:59:05 | 8 | Q. So the end of 2006? |
| 11:59:06 | 9 | A. (Nodding head up and down.) |
| 11:59:07 | 10 | Q. And you said you were in a meeting with |
| 11:59:10 | 11 | the service automation team? |
| 11:59:11 | 12 | A. Uh-huh. |
| 11:59:12 | 13 | Q. So that was Greg Nelson? |
| 11:59:14 | 14 | A. No. I don't think Greg was there. My -- |
| 11:59:18 | 15 | Q. Do you remember who was there? |
| 11:59:20 | 16 | A. Yeah. Well, Mark DeLing, who was my |
| 11:59:23 | 17 | report-to, he was also the manager of this whole |
| 11:59:26 | 18 | segment of the group and testosterone -- I mean, |
| 11:59:33 | 19 | Josh Testone. |
| 11:59:34 | 20 | Q. I'm sure that's not the first time that's |
| 11:59:38 | 21 | happened to him. |
| 11:59:39 | 22 | What were you screaming about? |
| 11:59:48 | 23 | A. There was another project that was going |
| 11:59:50 | 24 | on called Titan. And I didn't like Titan. I spoke |
| 12:00:00 | 25 | up when they first -- first suggested it. I did |

| | | |
|---|---|---|
| 12:00:03 | 1 | everything I could to prevent them from developing |
| 12:00:06 | 2 | it. And at one point I even refused to work on it. |
| 12:00:15 | 3 | Q. Why were you opposed to it? |
| 12:00:18 | 4 | A. Because it crosses the line, in my |
| 12:00:20 | 5 | opinion. And it's not because I think it's |
| 12:00:22 | 6 | inherently illegal but it's close enough to be on |
| 12:00:26 | 7 | the fringe to not be, you know -- see, all it did |
| 12:00:30 | 8 | is it just made this cumbersome job go much faster, |
| 12:00:36 | 9 | but the method it used -- it's a sketchy -- you |
| 12:00:43 | 10 | know, it's called scraping, you know, and what you |
| 12:00:47 | 11 | do is you go to a website and, you know, it's like |
| 12:00:52 | 12 | you think about oh, I'm going to a website, so I go |
| 12:00:54 | 13 | and I type the Web address up there. |
| 12:00:56 | 14 | Doesn't have to be like that. I can write |
| 12:00:59 | 15 | something that just goes and looks for websites and |
| 12:01:02 | 16 | you don't have to see anything on the screen. It's |
| 12:01:05 | 17 | not like you type it in. But I can go interact |
| 12:01:09 | 18 | with that website kind of off to the side. I can |
| 12:01:13 | 19 | say send it this and give me that. |
| 12:01:15 | 20 | So let's say that -- let's say that I'm |
| 12:01:20 | 21 | Stop&Shop and I run my website and I have all my |
| 12:01:24 | 22 | specials on there. All right. And then you have |
| 12:01:30 | 23 | Whole Foods on the other side. |
| 12:01:33 | 24 | Now, here's where I believe the legality |
| 12:01:35 | 25 | breaks down or here's the problem, is that if Whole |

Case4:07-cv-01658-PJH   Document657-25   Filed03/03/10   Page6 of 9
OWEN F. O'NEIL     March 10, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 71

| | | |
|---|---|---|
| 12:01:40 | 1 | Foods goes and scrapes the information from -- from |
| 12:01:45 | 2 | Stop&Shop's site in order to keep on eye on the |
| 12:01:53 | 3 | prices and to beat their prices -- in other words, |
| 12:01:55 | 4 | if they're using a free accessible Web page to make |
| 12:01:59 | 5 | money for themselves, I think that's the problem. |
| 12:02:06 | 6 | And essentially, that's the argument with |
| 12:02:09 | 7 | -- with scraping.  It all comes down to when you |
| 12:02:13 | 8 | make the profit.  I mean, anybody can -- you know, |
| 12:02:16 | 9 | I mean, you can go out and scrape all you want as |
| 12:02:19 | 10 | long as you're not making money off it. |
| 12:02:22 | 11 | But the minute you start to make money off |
| 12:02:24 | 12 | it, now what you got to focus on are the terms of |
| 12:02:27 | 13 | use.  And I read those -- Oracle's, you know, terms |
| 12:02:34 | 14 | of use and I felt like we were at least in |
| 12:02:38 | 15 | violation of its -- what's the word -- point -- its |
| 12:02:45 | 16 | -- you know, what's that legal term, the faith of |
| 12:02:49 | 17 | the document? |
| 12:02:50 | 18 | Q.  The spirit of the document? |
| 12:02:51 | 19 | A.  Yeah.  The spirit.  And I'm not a lawyer |
| 12:02:54 | 20 | so I can't really tell you that that specifically |
| 12:02:57 | 21 | is illegal or not.  I just felt like, oh, you want |
| 12:03:04 | 22 | to get Oracle's attention, go start hitting their |
| 12:03:07 | 23 | website a million times a day, you'll get it, and |
| 12:03:11 | 24 | that's exactly what happened. |
| 12:03:13 | 25 | Q.  And this was Customer Connection? |

Page 72

| | | |
|---|---|---|
| 12:03:15 | 1 | A. Yeah. |
| 12:03:15 | 2 | Q. And so Titan was designed to go and scrape |
| 12:03:19 | 3 | Customer Connection? |
| 12:03:21 | 4 | A. Yeah. |
| 12:03:21 | 5 | Q. And you have described how you thought |
| 12:03:25 | 6 | that conflicted with the Customer Connection terms |
| 12:03:28 | 7 | of use? |
| 12:03:29 | 8 | A. (Nodding head up and down.) |
| 12:03:29 | 9 | Q. Is that what you told the automation team |
| 12:03:32 | 10 | at San Antonio? |
| 12:03:33 | 11 | A. At the top of my lungs. |
| 12:03:35 | 12 | Q. And what did they respond? |
| 12:03:37 | 13 | A. Oh, that Owen. Why don't you just sit |
| 12:03:43 | 14 | down and shut up. How's that? You know, got |
| 12:03:49 | 15 | pretty much the same response I got with everything |
| 12:03:52 | 16 | else, you know. They listened but I don't think |
| 12:03:56 | 17 | they heard it, you know. And I don't know how to |
| 12:04:01 | 18 | describe it any more than that. |
| 12:04:02 | 19 | Q. This was Mr. DeLing and Mr. Testone? |
| 12:04:06 | 20 | A. Yeah. |
| 12:04:07 | 21 | Q. Did you take your concerns to anyone else? |
| 12:04:11 | 22 | A. No. I mean, Greg Nelson knew of my, you |
| 12:04:14 | 23 | know, particular -- I mean, he -- and my assumption |
| 12:04:18 | 24 | is that Mark DeLing gave him any information, you |
| 12:04:24 | 25 | know, gave him tons of information about what I had |

```
12:04:27  1   to say.
12:04:27  2        Q.  Did you ever discuss it yourself with Mr.
12:04:30  3   Greg Nelson?
12:04:31  4        A.  No.  We weren't talking.
12:04:32  5        Q.  Did you ever discuss it with anyone else
12:04:35  6   besides Mr. Testone and Mr. DeLing?
12:04:38  7        A.  Well, the entire service automation team
12:04:41  8   was at this meeting.  So, yeah, there was a whole
12:04:45  9   pile of them.  You know, probably most of them are
12:04:47 10   on your subpoena list.  Like John Richie
12:04:54 11   (phonetic), I think that's his name, John Richie.
12:04:57 12        Q.  Yes.
12:04:58 13        A.  And then -- well, I don't know if you have
12:05:00 14   Scott, Scott Haberman, is -- is he on there?  I'm
12:05:04 15   trying to remember the names of all these people
12:05:06 16   but I really can't.  But the truth is is Titan was
12:05:11 17   Josh's baby and Greg's.
12:05:14 18        Q.  And it went forward, right?
12:05:16 19        A.  Yeah.  Oh, yeah.
12:05:23 20
12:05:25 21
12:05:27 22
12:05:29 23
12:05:32 24
12:05:35 25
```

# CERTIFICATE

Commonwealth of Massachusetts

Suffolk, ss.

    I, Dana Welch, Registered Professional Reporter, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that OWEN F. O'NEIL, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

    I further certify that I am neither related to nor employed by any of the parties in or counsel to this action, nor am I financially interested in the outcome of this action.

    In witness whereof, I have hereunto set my hand and seal this 13th day of March, 2009.

Dana Welch
Notary Public
My commission expires:
October 22, 2010