# EXHIBIT 26

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


- - - - - - - - - - - - - - - -

ORACLE CORPORATION, a Delaware    )
corporation, ORACLE USA, INC., a  )
Colorado corporation, and ORACLE  )
INTERNATIONAL CORPORATION, a      )
California corporation,           )
                                  )
                Plaintiffs, )
        v.              )Case No.
                        )07-CV-01658 PJH (EDL)
                        )
SAP AG, a German corporation, SAP )
AMERICA, INC., a Delaware         )
corporation, TOMORROWNOW, INC.,   )
a Texas corporation, and DOES     )
1-50, inclusive,                  )
                                  )
                Defendants. )


- - - - - - - - - - - - - - - -

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF MR. GERHARD OSWALD

VOLUME I

Wednesday, December 10, 2008

AT:  8:52 a.m.


Taken at:

Bingham McCutchen LLP
41 Lothbury

London EC2R 7HF

UNITED KINGDOM

GERHARD OSWALD      December 10, 2008
HIGHLY CONFIDENTIAL

Page 16

09:08:55   1

09:08:58   2

09:09:00   3

09:09:03   4

09:09:11   5

09:09:13   6

09:09:19   7

09:09:25   8

09:09:26   9

09:09:38   10

09:09:43   11

09:09:48   12

09:09:52   13

09:09:59   14

09:10:02   15          Q.   I know you have been there a long time, but

09:10:07   16   I don't know what the easiest way to do your job history is.

09:10:11   17   Why don't we try to start from the beginning.  We don't have

09:10:26   18   to have great detail.  Can you just give me a general

09:10:34   19   description of what you did over the period?

09:11:03   20          A.   I think I'll have to start by telling you that

09:11:05   21   in 1973/1974 I did my graduate thesis on SAP, and at the

09:11:12   22   time SAP had a staff of five people.

09:11:26   23          And then after my graduation, I worked for

09:11:28   24   Siemens, but for SAP as a consultant.

09:11:40   25          And then I continued working for SAP and

GERHARD OSWALD      December 10, 2008
HIGHLY CONFIDENTIAL

Page 17

| | | |
|---|---|---|
| 09:11:45 | 1 | I consulted customers on how to use applications as |
| 09:11:51 | 2 | an applications consultant. |
| 09:11:52 | 3 | And then I established quality assurance at SAP. |
| 09:11:58 | 4 | And then Hasso Plattner and myself were the project managers |
| 09:12:04 | 5 | for R/3. |
| 09:12:07 | 6 | THE INTERPRETER:  Do you want me to spell that |
| 09:12:07 | 7 | name, Hasso Plattner?  That's H-A-S-S-O, P-L-A-T-T-N-E-R. |
| 09:12:28 | 8 | A.  And then I became responsible for the service |
| 09:12:31 | 9 | area since 1992, 1993. |
| 09:12:42 | 10 | And in 1996 I became a member of the Vorstand, the |
| 09:12:47 | 11 | executive board, and since then I have been responsible for |
| 09:12:51 | 12 | service and support. |
| 09:12:54 | 13 | |
| 09:12:54 | 14 | |
| 09:12:58 | 15 | |
| 09:13:06 | 16 | |
| 09:13:20 | 17 | |
| 09:13:28 | 18 | |
| 09:13:32 | 19 | |
| 09:13:41 | 20 | |
| 09:13:42 | 21 | |
| 09:13:46 | 22 | |
| 09:14:12 | 23 | |
| 09:14:18 | 24 | |
| 09:14:21 | 25 | |

GERHARD OSWALD      December 10, 2008
HIGHLY CONFIDENTIAL

Page 49

| Time | Line | |
|---|---|---|
| 10:53:33 | 1 | |
| 10:53:37 | 2 | |
| 10:53:42 | 3 | |
| 10:53:46 | 4 | |
| 10:54:02 | 5 | |
| 10:54:12 | 6 | |
| 10:54:15 | 7 | |
| 10:54:18 | 8 | |
| 10:54:35 | 9 | |
| 10:54:38 | 10 | |
| 10:54:41 | 11 | |
| 10:54:44 | 12 | |
| 10:54:47 | 13 | |
| 10:54:47 | 14 | Q.  Let's look at an e-mail that you sent about |
| 10:54:50 | 15 | SAP's acquisition of TomorrowNow on 7th January, just |
| 10:54:55 | 16 | a couple of days later.  Please look at what was previously |
| 10:55:11 | 17 | marked exhibit 449. |
| 10:55:13 | 18 | (Exhibit 449, previously marked) |
| 10:55:18 | 19 | Q.  Which is a document, Bates numbered |
| 10:55:21 | 20 | SAP-OR00136126 through 136.  It's a January 7, 2005 e-mail |
| 10:55:34 | 21 | from Mr. Oswald to Bernd Welz and Thomas Ziemen, forwarding |
| 10:55:42 | 22 | Mr. Shenkman's e-mail with its PowerPoint of the TomorrowNow |
| 10:55:52 | 23 | business case.  Did you send this? |
| 10:56:18 | 24 | A.  Yes, I have forwarded that. |
| 10:56:20 | 25 | Q.  And who is Stefan Wagner? |

GERHARD OSWALD     December 10, 2008
HIGHLY CONFIDENTIAL

Page 50

| | | |
|---|---|---|
| 10:56:31 | 1 | A.  Stefan Wagner is one of the assistants who |
| 10:56:34 | 2 | were active at that time. |
| 10:56:35 | 3 | Q.  We have got one identified.  Several to go. |
| 10:56:40 | 4 | And was he specifically working on the TomorrowNow |
| 10:56:44 | 5 | acquisition? |
| 10:56:51 | 6 | A.  No. |
| 10:56:52 | 7 | Q.  But the others that you sent it to, Mr. Ziemen |
| 10:56:55 | 8 | and Mr. Welz, they were connected to the acquisition on |
| 10:57:00 | 9 | services' behalf? |
| 10:57:18 | 10 | A.  Yes. |
| 10:57:21 | 11 | Q.  And the e-mail you forward was from Arlen |
| 10:57:28 | 12 | Shenkman who you understood was on the mergers and |
| 10:57:30 | 13 | acquisitions part of the deal; correct? |
| 10:57:49 | 14 | A.  Yes. |
| 10:57:51 | 15 | Q.  And he says he is attaching SAP's initial |
| 10:57:54 | 16 | business case to acquire TomorrowNow; right? |
| 10:58:06 | 17 | A.  Yes. |
| 10:58:07 | 18 | |
| 10:58:08 | 19 | |
| 10:58:22 | 20 | |
| 10:58:23 | 21 | |
| 10:58:25 | 22 | |
| 10:58:30 | 23 | |
| 10:58:45 | 24 | |
| 10:58:46 | 25 | |

GERHARD OSWALD     December 10, 2008
HIGHLY CONFIDENTIAL

Page 120

| | |
|---|---|
| 15:04:01 | 1 |
| 15:04:08 | 2 |
| 15:04:10 | 3 |
| 15:04:15 | 4 |
| 15:04:20 | 5 |
| 15:04:39 | 6 |
| 15:04:40 | 7 |
| 15:04:43 | 8 |
| 15:04:46 | 9 |
| 15:05:04 | 10 |
| 15:05:12 | 11 |
| 15:05:17 | 12 |
| 15:05:23 | 13 |
| 15:05:24 | 14 |
| 15:05:26 | 15 |

15:05:26  16          Q.  Let me see if I can refresh your recollection.

15:06:00  17   Please look at what was previously marked exhibit 252.

15:06:04  18              (Exhibit 252, previously marked)

15:06:08  19          Q.  Which is an e-mail dated 24th January, 2005;

15:06:25  20   the same date as the e-mail we were just looking at.  And in

15:06:34  21   this e-mail, Mr. Mackey writes:

15:06:38  22          "The following individuals have been nominated by

15:06:41  23   Gerd and Werner to be board members of TomorrowNow.  Bernd

15:06:46  24   Welz, Mark White and Andrew Nelson."

15:06:49  25              Do you see that?

GERHARD OSWALD      December 10, 2008
HIGHLY CONFIDENTIAL

Page 121

| | | |
|---|---|---|
| 15:07:10 | 1 | A.  Yes. |
| 15:07:11 | 2 | Q.  Does that refresh your recollection that you |
| 15:07:14 | 3 | and Mr. Brandt came up with the names of the TomorrowNow |
| 15:07:17 | 4 | board? |
| 15:07:38 | 5 | A.  Probably we drew up communication together, |
| 15:07:42 | 6 | but we probably discussed this together and came up with the |
| 15:07:45 | 7 | names. |
| 15:07:46 | 8 | |
| 15:07:49 | 9 | |
| 15:07:54 | 10 | |
| 15:08:21 | 11 | |
| 15:08:25 | 12 | |
| 15:08:35 | 13 | |
| 15:08:42 | 14 | |
| 15:08:45 | 15 | |
| 15:09:14 | 16 | |
| 15:09:14 | 17 | |
| 15:09:19 | 18 | |
| 15:09:25 | 19 | |
| 15:09:29 | 20 | |
| 15:10:03 | 21 | |
| 15:10:08 | 22 | |
| 15:10:15 | 23 | |
| 15:10:35 | 24 | |
| 15:10:36 | 25 | |

1                    **CERTIFICATE OF COURT REPORTER**

2

3      I, ROSE HELEN CLAIRE KAY, an Accredited LiveNote Reporter
       with Merrill Legal Solutions (a LegaLink company) of London,
4      England, and Asia, hereby certify that the testimony of the
       witness GERHARD OSWALD in the foregoing transcript, numbered
5      pages 1 through 172, taken on Wednesday, December 10, 2008
       was recorded by me in machine shorthand and was thereafter
6      transcribed by me; and that the foregoing transcript is a
       true and accurate verbatim record of the said testimony.

7

8      I further certify that I am not a relative, employee,
       counsel or financially involved with any of the parties to
9      the within cause, nor am I an employee or relative of any
       counsel for the parties, nor am I in any way interested in
10     the outcome of the within cause.

11

12

13

14

15     Signed:  . . . . . . . . . . *Cecelia (KP)* . .

16     ROSE HELEN CLAIRE KAY

17     Dated:     Wednesday, December 10, 2008

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


- - - - - - - - - - - - - - - -


| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | )Case No. )07-CV-01658 PJH (EDL) ) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) |


- - - - - - - - - - - - - - - -

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF MR. GERHARD OSWALD

VOLUME II

Thursday, December 11, 2008

AT:  8:28 a.m.


Taken at:

Bingham McCutchen LLP
41 Lothbury

London EC2R 7HF

UNITED KINGDOM

GERHARD OSWALD    December 11, 2008
HIGHLY CONFIDENTIAL

Page 204

| | | |
|---|---|---|
| 09:36:05 | 1 | |
| 09:36:07 | 2 | |
| 09:36:10 | 3 | |
| 09:36:14 | 4 | |
| 09:36:19 | 5 | |
| 09:36:38 | 6 | |
| 09:36:48 | 7 | Q. Could you look at exhibit 601. |
| 09:36:50 | 8 | (Exhibit 601 marked for identification) |
| 09:37:03 | 9 | Q. This is an August 13, 2007 e-mail chain, |
| 09:37:09 | 10 | with the pertinent e-mail at the top between Albert van |
| 09:37:16 | 11 | Wissen and Thomas Ziemen. It is SAP-OR00133223 through 24. |
| 09:37:23 | 12 | And there is a certified German translation attached. |
| 09:37:49 | 13 | MR. LANIER: Holly, to clarify, you may have |
| 09:37:51 | 14 | misspoken. I just want to make sure I understand. The |
| 09:37:53 | 15 | original was German and the translation is into English. Is |
| 09:37:56 | 16 | that what it is? |
| 09:37:57 | 17 | MS. HOUSE: Yes. |
| 09:37:57 | 18 | MR. LANIER: Okay. |
| 09:37:58 | 19 | MS. HOUSE: The original -- the way we have done |
| 09:38:00 | 20 | these is that we have put the English translation on top, |
| 09:38:03 | 21 | the original German behind and then the certified letter at |
| 09:38:07 | 22 | the end. |
| 09:38:08 | 23 | MR. LANIER: Thank you. |
| 09:38:25 | 24 | A. Yes. |
| 09:38:26 | 25 | BY MS. HOUSE: |

GERHARD OSWALD    December 11, 2008
HIGHLY CONFIDENTIAL

Page 205

| | | |
|---|---|---|
| 09:38:27 | 1 | Q. And is this a document that came after |
| 09:38:29 | 2 | Mr. Brandt talked to you about taking over your |
| 09:38:33 | 3 | responsibilities for TomorrowNow? |
| 09:38:52 | 4 | A. That is possible, but now I cannot remember |
| 09:38:55 | 5 | the date when that talk with Werner Brandt took place. |
| 09:39:04 | 6 | Q. Looking at Mr. van Wissen -- and he was the |
| 09:39:07 | 7 | CFO of TomorrowNow; correct? |
| 09:39:18 | 8 | A. I don't know. |
| 09:39:20 | 9 | Q. Looking at the middle paragraph of his e-mail, |
| 09:39:23 | 10 | he writes, in the English translation. You might want to |
| 09:39:30 | 11 | read the German and see if it's good: |
| 09:39:32 | 12 | "There may continue to be an unlimited exchange of |
| 09:39:35 | 13 | information/reporting with Gerd Oswald's board area, but in |
| 09:39:39 | 14 | principle all responsibilities/decisions from Gerd Oswald's |
| 09:39:42 | 15 | area are to be assigned to Werner Brandt/Mark White for the |
| 09:39:48 | 16 | moment." |
| 09:40:10 | 17 | And up until that point, there had been |
| 09:40:12 | 18 | information and exchange and reporting on TomorrowNow to |
| 09:40:15 | 19 | those within your board area; correct? |
| 09:40:35 | 20 | A. Yes. |
| 09:40:39 | 21 | Q. And in the next paragraph, Mr. van Wissen |
| 09:40:42 | 22 | writes: |
| 09:40:45 | 23 | "Since in the past many decisions regarding our |
| 09:40:49 | 24 | forecast/budget have been made by SAP Corporate (Thomas Z, |
| 09:40:56 | 25 | Thomas B, Gerd Oswald) or certain changes have been made |

GERHARD OSWALD    December 11, 2008
HIGHLY CONFIDENTIAL

Page 206

| | | |
|---|---|---|
| 09:41:02 | 1 | directly, it would be good if we all had the same idea how |
| 09:41:04 | 2 | it should work in the future." |
| 09:41:36 | 3 | And that reference is to Thomas Ziemen; correct? |
| 09:41:44 | 4 | A.  Yes. |
| 09:41:45 | 5 | Q.  And Thomas Bamberger; correct? |
| 09:41:53 | 6 | A.  Correct. |
| 09:41:54 | 7 | Q.  And to yourself; correct? |
| 09:41:58 | 8 | A.  Yes. |
| 09:41:58 | 9 | Q.  All of whom are at SAP AG; right? |
| 09:42:06 | 10 | A.  Yes. |
| 09:42:06 | 11 | Q.  And that's an accurate description of what had |
| 09:42:09 | 12 | happened in the past; correct? |
| 09:42:19 | 13 | A.  Yes. |
| 09:42:26 | 14 | |
| 09:42:27 | 15 | |
| 09:42:30 | 16 | |
| 09:42:32 | 17 | |
| 09:42:36 | 18 | |
| 09:42:39 | 19 | |
| 09:42:40 | 20 | |
| 09:43:05 | 21 | |
| 09:43:07 | 22 | |
| 09:43:08 | 23 | |
| 09:43:10 | 24 | |
| 09:43:15 | 25 | |

GERHARD OSWALD     December 11, 2008
HIGHLY CONFIDENTIAL

Page 244

| | | |
|---|---|---|
| 12:04:55 | 1 | |
| 12:05:01 | 2 | |
| 12:05:05 | 3 | |
| 12:05:10 | 4 | |
| 12:05:28 | 5 | |
| 12:05:29 | 6 | |
| 12:05:32 | 7 | |
| 12:05:40 | 8 | |
| 12:05:43 | 9 | Q.  And you have no understanding of what the |
| 12:05:45 | 10 | going-forward plan was to implement this March 2005 |
| 12:05:49 | 11 | executive board directive to remove customer local |
| 12:05:53 | 12 | environments from TomorrowNow's computers? |
| 12:06:15 | 13 | A.  No, I'm not aware of that. |
| 12:06:17 | 14 | Q.  And do you know who, if anyone, was overseeing |
| 12:06:21 | 15 | achievement of the board's directive? |
| 12:06:35 | 16 | A.  No. |
| 12:06:37 | 17 | Q.  Would it surprise you to learn that Mr. Brandt |
| 12:06:39 | 18 | testified that it was you? |
| 12:06:49 | 19 | A.  Yes. |
| 12:07:02 | 20 | Q.  Do you recall getting any updates on the |
| 12:07:05 | 21 | achievement of the directive at any point? |
| 12:07:26 | 22 | A.  I can't remember having received such |
| 12:07:28 | 23 | a report. |
| 12:07:30 | 24 | Q.  And it's fair to say, based on your testimony, |
| 12:07:33 | 25 | that you never followed up on the achievement of the |

GERHARD OSWALD     December 11, 2008
HIGHLY CONFIDENTIAL

Page 245

12:07:36  1     directive described in exhibit 522; correct?

12:08:18  2              A.  Yes.

12:08:20  3

12:08:23  4

12:08:28  5

12:08:35  6

12:08:38  7

12:08:43  8

12:08:48  9

12:08:51  10

12:09:47  11

12:09:50  12

12:10:08  13

12:10:11  14

12:10:13  15

12:10:23  16

12:10:24  17

12:10:36  18

12:10:41  19

12:10:43  20

12:10:52  21

12:10:55  22

12:10:56  23

12:10:59  24

12:11:04  25

GERHARD OSWALD     December 11, 2008
HIGHLY CONFIDENTIAL

Page 266

| | | |
|---|---|---|
| 13:38:17 | 1 | |
| 13:38:36 | 2 | |
| 13:38:44 | 3 | |
| 13:38:46 | 4 | |
| 13:38:48 | 5 | |
| 13:38:53 | 6 | |
| 13:38:56 | 7 | |
| 13:38:58 | 8 | |
| 13:39:20 | 9 | |
| 13:39:25 | 10 | |
| 13:39:28 | 11 | |
| 13:39:29 | 12 | |
| 13:39:30 | 13 | |
| 13:39:57 | 14 | |
| 13:40:00 | 15 | |
| 13:40:04 | 16 | |
| 13:40:07 | 17 | |
| 13:40:07 | 18 | |
| 13:40:17 | 19 | |
| 13:40:19 | 20 | |
| 13:40:22 | 21 | |
| 13:40:26 | 22 | |
| 13:40:31 | 23 | |
| 13:41:16 | 24 | |
| 13:41:18 | 25 | Q.  Let me show you what has been marked |

GERHARD OSWALD     December 11, 2008
HIGHLY CONFIDENTIAL

Page 267

13:41:20   1     exhibit 608.

13:41:21   2              (Exhibit 608 marked for identification)

13:41:31   3

13:41:40   4

13:41:47   5

13:41:51   6

13:42:12   7

13:42:14   8

13:42:23   9

13:42:26  10

13:42:32  11

13:42:47  12

13:42:49  13

13:42:59  14

13:43:00  15

13:43:05  16

13:43:05  17

13:43:10  18

13:43:34  19

13:43:36  20

13:43:39  21

13:43:44  22

13:43:48  23

13:44:21  24

13:44:38  25

GERHARD OSWALD      December 11, 2008
HIGHLY CONFIDENTIAL

Page 271

13:52:16   1

13:52:30   2

13:52:32   3

13:52:36   4

13:52:36   5

13:52:37   6

13:52:46   7

13:52:48   8

13:52:51   9

13:52:53   10

13:52:56   11

13:53:29   12

13:53:32   13

13:53:37   14

13:53:42   15

13:53:44   16

13:53:50   17

13:53:51   18          Q.  Could you turn to page 136764, titled

13:53:57   19   "Business Case TomorrowNow 2006: Executive Summary, Reason".

13:54:13   20   And under the top portion, there's a reference to "Key

13:54:18   21   Achievements 2005".

13:54:35   22          A.  Yes.

13:54:36   23          Q.  And the third bullet reads:

13:54:38   24          "The maintenance offering -- a key part of the

13:54:41   25   Safe Passage program and provided by TomorrowNow -- is used

GERHARD OSWALD    December 11, 2008
HIGHLY CONFIDENTIAL

Page 272

| | | |
|---|---|---|
| 13:54:46 | 1 | as enabler for future license revenue, to grow maintenance |
| 13:54:52 | 2 | contract volume taken away from Oracle and to generate |
| 13:54:55 | 3 | additional maintenance revenue for SAP." |
| 13:55:34 | 4 | And those were among the key achievements for |
| 13:55:37 | 5 | TomorrowNow in 2005? |
| 13:55:47 | 6 | A.  Yes. |
| 13:55:53 | 7 | Q.  And the other key achievements listed in this |
| 13:55:57 | 8 | section, do you have any reason to believe that those are |
| 13:56:00 | 9 | inaccurately presented? |
| 13:56:16 | 10 | A.  No. |
| 13:56:17 | 11 | |
| 13:56:20 | 12 | |
| 13:56:24 | 13 | |
| 13:56:29 | 14 | |
| 13:57:04 | 15 | |
| 13:57:05 | 16 | |
| 13:57:07 | 17 | |
| 13:57:16 | 18 | |
| 13:57:19 | 19 | |
| 13:57:22 | 20 | |
| 13:57:24 | 21 | |
| 13:57:38 | 22 | |
| 13:57:54 | 23 | |
| 13:57:55 | 24 | |
| 13:57:57 | 25 | |

1              **CERTIFICATE OF COURT REPORTER**

2

3      I, ROSE HELEN CLAIRE KAY, an Accredited LiveNote Reporter
       with Merrill Legal Solutions (a LegaLink company) of London,
4      England, and Asia, hereby certify that the testimony of the
       witness GERHARD OSWALD in the foregoing transcript, numbered
5      pages 173 through 307, taken on Thursday, December 11, 2008
       was recorded by me in machine shorthand and was thereafter
6      transcribed by me; and that the foregoing transcript is a
       true and accurate verbatim record of the said testimony.

7

8      I further certify that I am not a relative, employee,
       counsel or financially involved with any of the parties to
9      the within cause, nor am I an employee or relative of any
       counsel for the parties, nor am I in any way interested in
10     the outcome of the within cause.

11

12

13

14

15     Signed:   ..............  *Cuuy[M*  ...

16     ROSE HELEN CLAIRE KAY

17     Dated:    Thursday, December 11, 2008

18

19

20

21

22

23

24

25

GERHARD OSWALD        December 10, 2008
HIGHLY CONFIDENTIAL

Page 172

ERRATA

Deposition of GERHARD OSWALD

| Page/Line No. | Description | Reason for change |
|---|---|---|
| 9 / 10 | "when I can read things" change to : "when I read from something" | More accurate translation |
| 17 / 23-24 | "Stock Operation Act ..., as the official..." change to: "Stock Corporation Act ..., is the official ..." | Mishearing/ incorrect transcription |
| 22 / 18-19 | "and that difference was 11 million" change to: "out of these 11 millions" | translation |
| 24 / 04 | "fixed componant" change to: "fixed salary" | more accurate translation |
| 26 / 11-12 | "general information on the board" change to: "general information in the Executive Board" | more accurate translation |

Signed: ......................

Name:  GERHARD OSWALD

Date:  12. mtr 2009

Merrill Legal Solutions
(800) 869-9132

3f39869f-5ba5-4654-a664-4d17f37d97f0

GERHARD OSWALD     December 10, 2008
HIGHLY CONFIDENTIAL

Page 172 / 2

1

2                            E R R A T A

3              Deposition of GERHARD OSWALD

4     Page/Line No.        Description        Reason for change

5   30 / 17        "Yes, Shai Agassi"        translation
6                  Change to:
7                  "Yes, and Shai
                    Agassi"

8   43 / 12        "more details on the      translation
9                  issue"
10                 change to:
                    "more details about
                    the market"

11  52 / 6-7       "... under my purview,    more
12                 it is the purview of..."  accurate
13                 change to:                translation
14                 "under my area of
                    responsibility - it is the
15                 area of responsibility of..."

15  53 / 17        "evaluated the legal
16                 aspects of the acquisition"   translation
17                 change to:
18                 "evaluated the legality of
                    the methods of access"

19

20

21  Signed:

22  Name:    GERHARD OSWALD

23  Date:    12 JAN. 2009

24

25

Merrill Legal Solutions
(800) 869-9132

3f39869f-5ba5-4654-a664-4d17f37d97f0

GERHARD OSWALD      December 10, 2008
HIGHLY CONFIDENTIAL

Page 172/ 3

1

2                              E R R A T A

3              Deposition of GERHARD OSWALD

4      Page/Line No.        Description        Reason for change

5    88 / 03        "It's more go-to-          translation
                                                omits final
6                    market"                    portion of
       change to:                              answer
7      "It's more go-to-market
       and marketing"

8    97 / 07    "No, I don't remember"        correct
                                               translation
9      change to:                              of "nein"
                                               only.
10     "No"

11   111 / 07    "within the entire           translation
                                               omits reference
12   management, as far as..."                 to Safe
       change to:                              Passage
13    "within the entire
      management team of Safe
14    Passage, as far as..."

15

16

17

18

19

20

21    Signed:   ...........................

22    Name:    GERHARD OSWALD

23    Date:    12. Jan. 2009
              ...........................

24

25

Merrill Legal Solutions
(800) 869-9132

GERHARD OSWALD        December 10, 2008
              HIGHLY CONFIDENTIAL

Page 172/4

E R R A T A

Deposition of GERHARD OSWALD

| Page/Line No. | Description | Reason for change |
|---|---|---|
| 112 / 17-21 | "Well, the individual members of the board of directors and all subsidiaries report to the board of directors and its relative areas, and those ones responsible." | Not correct translation |
| | change to: | |
| | The Board of Directors of all subsidiaries report to the full executive board and each member of the executive board is responsible for his area." | |
| 122 / 10 | "... an acquisition team, ..." | no sense |
| | change to: | |
| | "... an acquisition, ... " | |
| 130/08 | "...to make an assessment of the service model and processes" | translation omits final part of answer |
| | change to: | |
| | "... to make an assessment that the service model and processes were ok." | |

Signed: _____

Name:   GERHARD OSWALD

Date:   12.Jan. 2009

Merrill Legal Solutions
(800) 869-9132

3f39869f-5ba5-4654-a664-4d17f37d97f0

GERHARD OSWALD      December 11, 2008
HIGHLY CONFIDENTIAL

Page 307

1

2                        E R R A T A

3           Deposition of GERHARD OSWALD

4        Page/Line No.        Description              Reason for change

5   197/10-11    "reporting structures"     translation
                 change to:
6
7                "reporting structure"

8   201/10       "old structure"            incorrect
                 change to:                 transcription
9                "org structure"

10  202/7-8      "... no longer active in   translation
11               this, because..."          omits portion
                 change to:                 of answer
12
                 "... no longer active in
13               reporting and other things,
14               because..."

15  228/68       "I don't know that."       translation
16               change to:
17               "I no longer remember"

18  252/10       "It was a separate unit..." translation
                 change to:
19               "It was an independant unit..."

20

21   Signed:  _[signature]_

22   Name:   GERHARD OSWALD

23   Date:   12/11 2006

24

25

Merrill Legal Solutions
(800) 869-9132

edf5c719-0e38-4360-b9bf-dc5359eaf466

GERHARD OSWALD        December 11, 2008
            HIGHLY CONFIDENTIAL

Page 307/2

E R R A T A

Deposition of GERHARD OSWALD

| Page/Line No. | Description | Reason for change |
|---|---|---|
| 260/20 | "That is the entire application." change to: "That is, the entire application." | Clarifies subject to more accurately reflect original answer in German. (comma added) |
| 261/07-10 | "Well, we in German call it "ungewogenes" "unweighted". That's the term we use for "unfactored pipeline". That is, interested parties who have - interested parties, where there has been no offer so far." change to: "That doesn't mean "unfactored" but an "ungewichtet", unweighted, pipeline, that means purely interested parties to whom there has not yet been an offer. This is called "ungewichtet" in German." - unweighted - | More accurate translation of the original answer in German |

Signed: _[signature]_

Name:   GERHARD OSWALD

Date:   12. Jän 2009

Morrill Legal Solutions
(800) 869-9132

GERHARD OSWALD        December 11, 2008
HIGHLY CONFIDENTIAL

Page 307/3

1

2                                    E R R A T A

3                        Deposition of GERHARD OSWALD

4        Page/Line No.           Description              Reason for change

5   264/06        "I have no assessment          translation
                  of that"
6
                  Change to:
7                 "I cannot appraise that"

8   264/24-       "I can only assume that to      More precise
9   265/01        mean that each -- that          translation
                  everybody had a certain         of several
10                margin to deliver, and that     terms
                  each area had a margin."
11
                  Change to:
12                "I can only give my appraisal
13                that every unit had a certain
                  margin to deliver, and that
14                each area had a guideline
                  for the margin."
15

16  270/11-12     "That is not my focus anyway"   translation
17                Change to:                       adds the
                                                   term
18                "That is not my focus."          "anyway"

19

20

21   Signed:      _____

22   Name:    GERHARD OSWALD

23   Date:    12.11.2008

24

25

edf5c719-0e38-4360-b9bf-dc5359eaf466

GERHARD OSWALD          December 11, 2008
HIGHLY CONFIDENTIAL

1
2                            E R R A T A
3                 Deposition of GERHARD OSWALD
4       Page/Line No.        Description           Reason for change

275/20        "I don't recall that."         translation
              change to :
              " I don't know."

280/12-13     "... revenue we would          Better
              make through new software      translation
              agreement so for SAB
              applications."
              change to :
              "...revenue we seek to make
              through new software agreements
              for SAB applications."

Signed:    _~ lunt_......

Name:   GERHARD OSWALD

Date:        12 Jan. 2008

edf5c719-0e38-4360-b9bf-dc5359eaf46E