# EXHIBIT 27

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ORACLE CORPORATION, a Delaware )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
     Plaintiffs, )
     )
vs. ) CASE NO. 07-CV-01658 (MJJ)
     )
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, INC., a)
Texas corporation, and DOES 1-50,)
inclusive, )
    Defendants. )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"

ORAL VIDEOTAPED DEPOSITION

JOHN RITCHIE

DECEMBER 2, 2009

    ORAL VIDEOTAPED DEPOSITION OF JOHN RITCHIE, produced as a

witness at the instance of the Plaintiffs and duly sworn, was

taken in the above-styled and numbered cause on the 2nd day of

December, 2009, from 9:52 a.m. to 3:30 p.m., before Dana

Richardson, Certified Shorthand Reporter in and for the State

of Texas, reported by computerized stenotype machine at the

Hilton Hotel & Conference Center, 801 University Drive East,

College Station, Texas 77840, pursuant to the Federal Rules of

Civil Procedure and the provisions stated on the record or

attached hereto.

    Job No. 1603-93483

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 10

| | |
|---|---|
| 09:57:08 | 1 |
| 09:57:10 | 2 |
| 09:57:13 | 3 |
| 09:57:14 | 4 |
| 09:57:18 | 5 |
| 09:57:21 | 6 |
| 09:57:22 | 7 |
| 09:57:26 | 8 |
| 09:57:30 | 9 |
| 09:57:33 | 10 |
| 09:57:38 | 11 |
| 09:57:40 | 12 |
| 09:57:40 | 13 |
| 09:57:48 | 14 |
| 09:57:50 | 15 |
| 09:57:50 | 16 |

        Q.   All right.  What were the -- the approximate dates of

09:57:53 17   your employment?

        A.   From July 30 -- July -- actually June 31st, 2006, to

09:58:00 19   August 1st, 2008.

| | |
|---|---|
| 09:58:08 | 20 |
| 09:58:13 | 21 |
| 09:58:18 | 22 |
| 09:58:22 | 23 |
| 09:58:24 | 24 |
| 09:58:28 | 25 |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 11

```
09:58:32   1
09:58:34   2
09:58:39   3
09:58:41   4
09:58:44   5
09:58:51   6
09:58:57   7
09:59:00   8
09:59:06   9
09:59:08  10
09:59:11  11
09:59:14  12
09:59:18  13
09:59:20  14
09:59:24  15
09:59:25  16
09:59:27  17
09:59:30  18
09:59:33  19
09:59:36  20      Q.   In the course of those interviews, did -- let's start
09:59:40  21  with Greg Nelson -- did Greg Nelson give you a description of
09:59:43  22  what your job responsibilities would be at TomorrowNow?
09:59:47  23      A.   They were looking for a -- specialize in automation
09:59:51  24  development for dot-net.  And they said they had currently two
09:59:56  25  projects that were very good to go and they needed someone on
```

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 12

| | | |
|---|---|---|
| 10:00:00 | 1 | board fast to get them going.  One was Titan.  The other |
| 10:00:02 | 2 | was -- oh, God.  I didn't work on it; so, I can't remember |
| 10:00:07 | 3 | what the heck it was.  It was another application.  But they |
| 10:00:11 | 4 | mentioned two specific applications, Titan being one of them. |
| 10:00:14 | 5 | They described Titan as a downloader.  It went |
| 10:00:20 | 6 | and retrieved certain documents off the web, and they needed |
| 10:00:24 | 7 | someone to continue working on that program. |
| 10:00:27 | 8 | Q.   In that interview, did -- was the interview with all |
| 10:00:32 | 9 | three of them together? |
| 10:00:33 | 10 | A.   No, sir. |
| 10:00:33 | 11 | Q.   Individually? |
| 10:00:34 | 12 | A.   First, it was with Mark DeLing, phone interview, |
| 10:00:39 | 13 | since he lives, I believe, in Michigan.  And then I spoke with |
| 10:00:46 | 14 | Greg Nelson and Josh Testone at the same time via phone |
| 10:00:52 | 15 | interview. |
| 10:00:55 | 16 | Then I received the phone call.  I believe it |
| 10:00:57 | 17 | was on a Sunday or Saturday morning.  It was Greg Nelson |
| 10:01:02 | 18 | offering me the position. |
| 10:01:04 | 19 | Q.   And, so, taking Mr. DeLing's phone interview, did he |
| 10:01:09 | 20 | describe Titan to you? |
| 10:01:10 | 21 | A.   No. |
| 10:01:10 | 22 | Q.   What did he -- just what was the nature of that |
| 10:01:13 | 23 | interview? |
| 10:01:14 | 24 | A.   He asked me about my professional skills, how I code, |
| 10:01:17 | 25 | do I reuse code, things like that, things you would ask a |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 13

| | | |
|---|---|---|
| 10:01:22 | 1 | developer that you need to come in. |
| 10:01:23 | 2 | Q.   So, Titan was introduced in the -- in the discussion |
| 10:01:26 | 3 | that you had with Greg Nelson and Josh Testone? |
| 10:01:28 | 4 | A.   Correct. |
| 10:01:29 | 5 | Q.   And did they give you any specifics about Titan other |
| 10:01:32 | 6 | than what you've already described? |
| 10:01:33 | 7 | A.   No.  They very much minimalized what the application |
| 10:01:36 | 8 | was.  From my understanding, it was a very lightweight app |
| 10:01:40 | 9 | that went and retrieved some certain things, equivalent to |
| 10:01:43 | 10 | what's called web scraping, where you get a few key details |
| 10:01:48 | 11 | from a website, that's it, very, you know, minimal.  So, they |
| 10:01:51 | 12 | downplayed the actual program's ability until I became an |
| 10:01:55 | 13 | employee. |
| 10:01:56 | 14 | |
| 10:02:00 | 15 | |
| 10:02:04 | 16 | |
| 10:02:07 | 17 | |
| 10:02:10 | 18 | |
| 10:02:13 | 19 | |
| 10:02:15 | 20 | |
| 10:02:18 | 21 | |
| 10:02:23 | 22 | |
| 10:02:24 | 23 | |
| 10:02:30 | 24 | |
| 10:02:34 | 25 | |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 14

| | | |
|---|---|---|
| 10:02:37 | 1 | |
| 10:02:41 | 2 | |
| 10:02:43 | 3 | |
| 10:02:46 | 4 | |
| 10:02:51 | 5 | |
| 10:02:56 | 6 | |
| 10:02:57 | 7 | |
| 10:03:01 | 8 | |
| 10:03:04 | 9 | |
| 10:03:10 | 10 | Q.    Did you have any -- after you started working, did |
| 10:03:13 | 11 | you have more discussion with Greg Nelson about your job |
| 10:03:19 | 12 | responsibilities with respect to Titan? |
| 10:03:22 | 13 | A.    No.  We had a discussion that concerned what he |
| 10:03:25 | 14 | called the rules of engagement. |
| 10:03:27 | 15 | Q.    And what -- when was that discussion in relation to |
| 10:03:31 | 16 | when you started? |
| 10:03:33 | 17 | A.    That was on my first day of work. |
| 10:03:34 | 18 | Q.    And what did he say to you? |
| 10:03:36 | 19 | A.    The rules of engagement, he was stating that because |
| 10:03:40 | 20 | of our parent company, SAP, that information had to be |
| 10:03:45 | 21 | carefully disseminated to make sure that it didn't flow to |
| 10:03:49 | 22 | SAP.  He described our position as being somewhat precarious, |
| 10:03:53 | 23 | that we could ask them for information; but they, under no |
| 10:03:57 | 24 | circumstances, could ask us for anything.  And since I was |
| 10:04:00 | 25 | sharing an office -- or eventually will be sharing an office |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 15

| | | |
|---|---|---|
| 10:04:03 | 1 | with other SAP employees, he wanted to make sure that was |
| 10:04:06 | 2 | clear that I couldn't go to them and ask them questions and |
| 10:04:09 | 3 | they couldn't come to me and ask -- ask me questions about |
| 10:04:12 | 4 | what I was doing. |
| 10:04:14 | 5 | Then he went on and described the history of |
| 10:04:16 | 6 | Oracle, and he -- very -- became very negative connotations. |
| 10:04:25 | 7 | He was pretty much describing Larry Ellison as almost the |
| 10:04:29 | 8 | Antichrist and Oracle being not just the rival company but the |
| 10:04:33 | 9 | enemy.  And the conversation lasted about 45 minutes.  What I |
| 10:04:36 | 10 | walked away with really that had disturbed me was his |
| 10:04:40 | 11 | insistency on not putting things in writing.  If you have |
| 10:04:44 | 12 | issues or problems or questions, the normal course of action |
| 10:04:49 | 13 | that I would take is I would escalate via e-mails or meetings |
| 10:04:54 | 14 | with the appropriate people in all my past business practices. |
| 10:04:58 | 15 | Here, he was saying that phone calls are okay, personal |
| 10:05:01 | 16 | meetings are okay; but nothing should be written down in |
| 10:05:05 | 17 | e-mails.  And the reason he stated is that the content of an |
| 10:05:08 | 18 | e-mail can be taken out of context and could be somewhat |
| 10:05:12 | 19 | damaging to whoever may be looking at it.  He kept harping on |
| 10:05:19 | 20 | this fact of the subtext of an e-mail that could be |
| 10:05:22 | 21 | interpreted in a different way by someone else.  So, that was |
| 10:05:26 | 22 | basically the brunt of it. |
| 10:05:30 | 23 | Q.  This discussion that you had with Mr. Nelson in which |
| 10:05:34 | 24 | he asked you not to put things in writing, was that related |
| 10:05:43 | 25 | specifically to the work that you would be doing for Titan? |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 16

| | | |
|---|---|---|
| 10:05:48 | 1 | A.   He said this about anything. |
| 10:05:51 | 2 | Q.   Just don't put things in writing? |
| 10:05:52 | 3 | A.   Don't put issues in writing. |
| 10:05:54 | 4 | Q.   And -- and -- and the reason he gave was that it |
| 10:05:57 | 5 | could be taken out of context? |
| 10:06:00 | 6 | A.   Correct. |
| 10:06:02 | 7 | Q.   Did he say that that was a company policy? |
| 10:06:05 | 8 | A.   Yes. |
| 10:06:12 | 9 | Q.   And did -- in the time that you worked at |
| 10:06:15 | 10 | TomorrowNow, did you observe that that was a company policy |
| 10:06:20 | 11 | that was enforced? |
| 10:06:21 | 12 | A.   Yes. |
| 10:06:21 | 13 | Q.   Was it enforced by Mr. Nelson? |
| 10:06:24 | 14 | A.   Yes. |
| 10:06:25 | 15 | Q.   In what ways did you observe that Greg Nelson |
| 10:06:28 | 16 | enforced this policy of -- of people not putting things in |
| 10:06:31 | 17 | writing? |
| 10:06:31 | 18 | A.   Well, I can't speak for anyone else, but as for me, |
| 10:06:36 | 19 | it became a point that he was actually going through Mark |
| 10:06:39 | 20 | DeLing, my manager, and Mark DeLing was giving me the details |
| 10:06:44 | 21 | of, "Don't say any more about this, just shut up and do your |
| 10:06:49 | 22 | job or else find a new one." |
| 10:06:52 | 23 | Q.   Was there a -- was there a specific topic related to |
| 10:06:56 | 24 | which Mr. DeLing conveyed to you Mr. Nelson's instructions to |
| 10:07:02 | 25 | not say anything more about something? |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 17

| | | |
|---|---|---|
| 10:07:04 | 1 | A.    Yes.  It was in regards to Titan's downloading, what |
| 10:07:08 | 2 | we were doing and what they were having me code for the |
| 10:07:11 | 3 | program to do. |
| 10:07:13 | 4 | Q.    What was it that you had said about Titan's |
| 10:07:16 | 5 | downloading that led to this discussion with Mr. DeLing? |
| 10:07:19 | 6 | A.    I had concerns about the copyright and intellectual |
| 10:07:21 | 7 | property notices that were on the website regarding each of |
| 10:07:26 | 8 | the artifacts. |
| 10:07:30 | 9 | Q.    And how did you develop the concerns that you had? |
| 10:07:33 | 10 | A.    I read them. |
| 10:07:37 | 11 | Q.    What did you read? |
| 10:07:38 | 12 | A.    I read things like "Intellectual property of Oracle |
| 10:07:43 | 13 | Corporation.  No way, no how should this be copied or handed |
| 10:07:47 | 14 | forth."  And it gave a specific example, I remember, that if |
| 10:07:50 | 15 | Employee A of a company downloads a document, he can't even |
| 10:07:55 | 16 | give it to Employee B.  Employee B needs to download his own |
| 10:07:59 | 17 | copy.  And we were a third-party interest working for the ones |
| 10:08:04 | 18 | that have the original contract in downloading.  That seemed |
| 10:08:08 | 19 | to be a conflict with everything I read. |
| 10:08:11 | 20 | Q.    So, you came across these materials in the course of |
| 10:08:15 | 21 | doing your work with Titan to develop its downloading |
| 10:08:19 | 22 | capability from Oracle's website? |
| 10:08:21 | 23 | A.    Correct.  First I have to basically reverse-engineer |
| 10:08:27 | 24 | the website so that I can figure out how to automate the |
| 10:08:30 | 25 | process of getting these artifacts down.  During that course, |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 18

| | | |
|---|---|---|
| 10:08:33 | 1 | I'm having to log in manually and look at things; and I'm |
| 10:08:37 | 2 | seeing the same copyright notices as anyone else. |
| 10:08:40 | 3 | Q.   And -- and, so, you developed this concern that you |
| 10:08:42 | 4 | had in reading those notices.  What did you do when you |
| 10:08:45 | 5 | developed that concern? |
| 10:08:46 | 6 | A.   I first alerted my immediate manager, Mark DeLing.  I |
| 10:08:52 | 7 | said I had strong concerns about the fact that we were a |
| 10:08:54 | 8 | third-party doing this downloading when they're specifically |
| 10:08:57 | 9 | stating that that is not allowed.  And I was given reasons in |
| 10:09:00 | 10 | the beginning as such that, "Oh, of course, you know, SAP's |
| 10:09:04 | 11 | lawyers know everything that's been done and" -- |
| 10:09:06 | 12 | |
| 10:09:08 | 13 | |
| 10:09:11 | 14 | |
| 10:09:16 | 15 | |
| 10:09:19 | 16 | |
| 10:09:20 | 17 | |
| 10:09:24 | 18 | |
| 10:09:24 | 19 | |
| 10:09:26 | 20 | |
| 10:09:31 | 21 | |
| 10:09:32 | 22 | |
| 10:09:35 | 23 | |
| 10:09:39 | 24 | |
| 10:09:42 | 25 | |

JOHN RITCHIE     December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 19

| | |
|---|---|
| 10:09:45 | 1 |
| 10:09:46 | 2 |
| 10:09:47 | 3 |
| 10:09:51 | 4 |
| 10:09:52 | 5 |
| 10:09:52 | 6 |
| 10:09:54 | 7 |
| 10:09:56 | 8 |
| 10:09:56 | 9 |
| 10:09:58 | 10 |
| 10:09:58 | 11 |
| 10:09:58 | 12 |

10:10:02  13        You were describing a -- that you had conveyed

10:10:07  14    concerns that you had to Mr. DeLing?

10:10:09  15        A.   Right.

10:10:09  16        Q.   And Mr. DeLing responded to those concerns?

10:10:14  17        A.   By notifying Greg Nelson, yes.

10:10:17  18        Q.   Okay.  And -- and did he tell -- did Mr. DeLing tell

10:10:19  19    you that he had conveyed your concerns to Greg Nelson?

10:10:22  20        A.   Yes.

10:10:24  21        Q.   All right.  Did you ever have a direct discussion

10:10:27  22    with Greg Nelson about the concerns that you had related to

10:10:30  23    the copyright notices and the intellectual property notices on

10:10:34  24    Oracle's website?

10:10:35  25        A.   No.

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 20

10:10:37  1        Q.    Did Mr. DeLing convey back to you a -- a reaction

10:10:44  2     from Greg Nelson to your concerns?

10:10:48  3        A.    Yes.

10:10:49  4        Q.    What did he say?

10:10:50  5        A.    He -- at first, it was okay.  They were looking into

10:10:53  6     it.  They feel that, you know, they know what they're doing,

10:10:56  7     that everything's okay, that I shouldn't worry about it.  And

10:11:00  8     as I kept protesting, you know, this -- bear in mind, this is

10:11:04  9     several instances, you know, through my course of the one year

10:11:07  10    I was working on Titan.

10:11:08  11           So, first my inputs basically were just to Mark

10:11:14  12    DeLing as, you know, "Are we sure we know what we're doing

10:11:18  13    here?"  And as we kept going, I would get excuses; and I think

10:11:21  14    this is where he just interjected me.  I was basically being

10:11:26  15    told that SAP had looked into this before they bought

10:11:28  16    TomorrowNow.  I wasn't going to divulge anything a lawyer

10:11:31  17    said.  I was being told by other employees that obviously SAP

10:11:36  18    knows what they're doing and I shouldn't worry about it.  I

10:11:38  19    was also given reasons that we couldn't work out a deal with

10:11:41  20    Oracle because they were, quote, "the enemy."  Let's see.  I

10:11:47  21    was also given the reason that since we were working on behalf

10:11:50  22    of companies that already had a contract with Oracle for this

10:11:56  23    information, they felt it was valid.

10:11:58  24           So, I was given back all these excuses; and I

10:12:01  25    kept escalating my concerns with the more artifacts they had

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 21

| | | |
|---|---|---|
| 10:12:05 | 1 | me download and the fact that I knew for -- I knew for a fact |
| 10:12:09 | 2 | that Titan was actually crashing their servers, too. |
| 10:12:15 | 3 | Q.   Let me back up and -- |
| 10:12:16 | 4 | A.   Okay. |
| 10:12:16 | 5 | Q.   -- and walk through some of what you just said. |
| 10:12:20 | 6 | A.   Probably got a little too far out there.  Sorry. |
| 10:12:21 | 7 | Q.   No, that's all right.  We'll -- we'll -- we'll take |
| 10:12:23 | 8 | it in -- in -- in steps. |
| 10:12:24 | 9 | A.   Okay. |
| 10:12:24 | 10 | Q.   So, it sounds like you raised concerns that you had |
| 10:12:30 | 11 | several times over the course of your employment? |
| 10:12:33 | 12 | A.   Correct.  Until the final point where Greg had given |
| 10:12:38 | 13 | Mark DeLing the notice saying that I should shut up and do my |
| 10:12:42 | 14 | job or else look for other employment. |
| 10:12:45 | 15 | Q.   And was that a message that you received back from |
| 10:12:47 | 16 | Mr. DeLing? |
| 10:12:50 | 17 | A.   Yes. |
| 10:12:50 | 18 | Q.   And did he tell you that that message came from Greg |
| 10:12:52 | 19 | Nelson? |
| 10:12:53 | 20 | A.   Yes. |
| 10:12:53 | 21 | Q.   How many times -- do you remember when that was, |
| 10:12:55 | 22 | approximately? |
| 10:12:58 | 23 | A.   Approximately -- it was before Thanksgiving because I |
| 10:13:02 | 24 | remember we were already talking about the company meeting in |
| 10:13:06 | 25 | which case at that time they were going to try to have a |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 22

| | | |
|---|---|---|
| 10:13:09 | 1 | meeting to discuss my concerns.  So, I believe it was probably |
| 10:13:14 | 2 | before Thanksgiving, maybe October time frame, when I was |
| 10:13:17 | 3 | actually told to just shut up and do my job. |
| 10:13:20 | 4 | Q.   And do you recall what year that was? |
| 10:13:23 | 5 | A.   Yes.  That was 2006. |
| 10:13:27 | 6 | Q.   Approximately how many times would you estimate that |
| 10:13:29 | 7 | you had voiced your concerns to Mr. DeLing prior to that time |
| 10:13:35 | 8 | in November of 2006? |
| 10:13:38 | 9 | A.   Constantly.  Probably about a good 20, 30 times.  And |
| 10:13:45 | 10 | I had other discussions as well with other people about it. |
| 10:13:53 | 11 | Q.   And you -- you mentioned a few things that during the |
| 10:13:56 | 12 | course of those discussions, Mr. DeLing conveyed back to you |
| 10:14:01 | 13 | as reasons why your concerns were not valid? |
| 10:14:07 | 14 | A.   Correct. |
| 10:14:12 | 15 | Q.   And did I hear you right that one of those was that |
| 10:14:16 | 16 | Oracle was the enemy? |
| 10:14:17 | 17 | A.   Yes. |
| 10:14:18 | 18 | Q.   Did Mr. DeLing use those words? |
| 10:14:22 | 19 | A.   No.  I think, actually, those words came from Josh. |
| 10:14:26 | 20 | Q.   Josh Testone. |
| 10:14:27 | 21 | A.   Yeah.  And also from Greg Nelson, basically, in the |
| 10:14:30 | 22 | rules-of-engagement speech he gave me. |
| 10:14:32 | 23 | Q.   What -- what did Mr. Testone say to you, as best you |
| 10:14:35 | 24 | can recall? |
| 10:14:35 | 25 | A.   My alternative solution to just doing what we were |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 23

| | | |
|---|---|---|
| 10:14:40 | 1 | doing was to work out a deal with Oracle.  And I asked, you |
| 10:14:44 | 2 | know, has anyone bothered to consider contacting them to see |
| 10:14:48 | 3 | if we could work out and negotiate a deal to do -- continue |
| 10:14:51 | 4 | doing what we're doing.  And I was basically laughed at and |
| 10:14:55 | 5 | said that Oracle would not go for it, Oracle was the enemy and |
| 10:15:00 | 6 | this, that and the other. |
| 10:15:05 | 7 | Q.   And then another reason that you were given was that |
| 10:15:10 | 8 | TomorrowNow was working for other companies? |
| 10:15:14 | 9 | A.   Yes.  We were representing their interests with their |
| 10:15:18 | 10 | contract still supposedly valid. |
| 10:15:27 | 11 | Q.   And were there any other reasons you were given |
| 10:15:30 | 12 | that -- as to why your concerns were not valid? |
| 10:15:34 | 13 | A.   I think that's basically the crux of it.  They |
| 10:15:38 | 14 | basically just -- you know, at one point, it just became, |
| 10:15:41 | 15 | "Don't talk about it." |
| 10:15:44 | 16 | Q.   And -- and, so, then, these discussions, it sounds |
| 10:15:51 | 17 | like, culminated with this November, 2006, discussion that you |
| 10:15:53 | 18 | had with Mr. DeLing? |
| 10:15:56 | 19 | A.   Correct. |
| 10:15:57 | 20 | Q.   And -- and what do you recall, as best you can, about |
| 10:15:59 | 21 | what he said to you, conveying the message from Greg Nelson? |
| 10:16:06 | 22 | A.   Mark was trying to tell me to not to worry about it. |
| 10:16:10 | 23 | It was very stressful because I had very bad feelings that |
| 10:16:14 | 24 | this was going to lead to something not good.  So, he was |
| 10:16:17 | 25 | trying to calm me down and just say, "Just go ahead and do the |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

| | | |
|---|---|---|
| 10:16:21 | 1 | work and don't worry about it, you know.  If anything happens, |
| 10:16:23 | 2 | they're going to have to go through me as well."  He was |
| 10:16:26 | 3 | basically standing up for me, you know, saying that, you know, |
| 10:16:28 | 4 | this was his decision as well so -- to follow Greg's orders. |
| 10:16:36 | 5 | And during the conversation, he kind of |
| 10:16:38 | 6 | hem-hawed and hem-hawed.  And the reason I remember it so well |
| 10:16:42 | 7 | is because I actually had to pull the words out of him.  I |
| 10:16:45 | 8 | said, "Mark, are you trying to tell me to shut up and just do |
| 10:16:49 | 9 | my job or else look for other employment?" |
| 10:16:51 | 10 | And he went, "Yes." |
| 10:16:56 | 11 | And I said, you know, "Is that Greg's last |
| 10:16:56 | 12 | comment on the subject?" |
| 10:16:57 | 13 | And he said, "Yes." |
| 10:17:02 | 14 | |
| 10:17:05 | 15 | |
| 10:17:07 | 16 | |
| 10:17:17 | 17 | |
| 10:17:20 | 18 | |
| 10:17:23 | 19 | |
| 10:17:29 | 20 | |
| 10:17:32 | 21 | |
| 10:17:36 | 22 | |
| 10:17:37 | 23 | |
| 10:17:43 | 24 | |
| 10:17:48 | 25 | |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 25

| | | |
|---|---|---|
| 10:17:49 | 1 | |
| 10:17:51 | 2 | |
| 10:17:55 | 3 | |
| 10:17:59 | 4 | |
| 10:17:59 | 5 | |
| 10:18:02 | 6 | |
| 10:18:03 | 7 | |
| 10:18:04 | 8 | |
| 10:18:06 | 9 | Q.    You had two subsequent conversations with Greg Nelson |
| 10:18:09 | 10 | after this discussion with Mark DeLing in November, 2006. |
| 10:18:13 | 11 | A.    Correct.  The first was, I was in a meeting with |
| 10:18:15 | 12 | Peggy Lanford and Keith Shankle.  Keith Shankle represented |
| 10:18:20 | 13 | the JDE One World software line.  Peggy Lanford represented |
| 10:18:28 | 14 | she had some sort of control over the overall downloading. |
| 10:18:32 | 15 | I only wrote the application.  I didn't |
| 10:18:34 | 16 | physically do any -- the actual downloading.  I passed |
| 10:18:39 | 17 | application to them and they had a team and I believe Peggy |
| 10:18:41 | 18 | was in charge of that team.  I'm not sure.  But she was in the |
| 10:18:45 | 19 | meeting with us; and while we were discussing creating a Titan |
| 10:18:48 | 20 | for JDE One World, somehow the topic came up about, "Is this |
| 10:18:55 | 21 | legal?"  And I said, "I'm not going there.  I've already been |
| 10:19:01 | 22 | told to shut up about the deal." |
| 10:19:02 | 23 | And that's pretty much, as far as I know, all |
| 10:19:04 | 24 | we said about it, and we took a short break and when we came |
| 10:19:09 | 25 | back from the break, Greg Nelson had charged into the meeting |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 26

10:19:12  1   room, slammed the door behind him, and he was saying, "Who's
10:19:16  2   talking about this being illegal, what we're doing?  I don't
10:19:19  3   want to hear anything more about this."  I mean, he -- he was
10:19:21  4   actually a little bit outraged.  You know, he just didn't come
10:19:25  5   in nice and calm.  He came in rather aggressive, kind of took
10:19:30  6   us all aback; and he had mentioned that they also had concerns
10:19:33  7   from the Asia office about what we were doing with Titan and
10:19:37  8   the downloading in particular, whether or not it was legal.
10:19:40  9   And Greg just mentioned that; and then he said, you know,
10:19:44  10  "Look, I don't want any more said about this.  We're going to
10:19:47  11  deal with it at the company meeting, just keep going" -- "just
10:19:52  12  keep doing your work."
10:19:56  13     Q.   Did he instruct the people in that meeting not to
10:20:05  14  raise further concerns about the legality of Titan?
10:20:09  15     A.   Yes.  He said it to all three of us.
10:20:17  16
10:20:27  17
10:20:32  18
10:20:33  19
10:20:34  20
10:20:38  21
10:20:42  22
10:20:44  23
10:20:46  24
10:20:49  25

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 28

| | | |
|---|---|---|
| 10:21:53 | 1 | |
| 10:21:56 | 2 | |
| 10:21:59 | 3 | |
| 10:22:03 | 4 | |
| 10:22:08 | 5 | |
| 10:22:12 | 6 | |
| 10:22:16 | 7 | |
| 10:22:19 | 8 | |
| 10:22:23 | 9 | |
| 10:22:26 | 10 | |
| 10:22:32 | 11 | |
| 10:22:35 | 12 | |
| 10:22:46 | 13 | Q.    You referred to other discussions that you had with |
| 10:22:51 | 14 | folks, I think, other than Mr. DeLing and Mr. Nelson regarding |
| 10:22:56 | 15 | these concerns that you had about the legality of Titan? |
| 10:23:02 | 16 | A.    Correct. |
| 10:23:02 | 17 | Q.    Who did you have these other discussions with? |
| 10:23:03 | 18 | A.    The other person I had the conversation with was |
| 10:23:05 | 19 | another chain of command.  His name was Julio Guzman.  He was |
| 10:23:10 | 20 | the project manager for Titan.  And since we were in the same |
| 10:23:20 | 21 | office, I worked closely with him, showing him the copyright |
| 10:23:24 | 22 | notices and my concerns; and he became concerned himself.  He |
| 10:23:27 | 23 | even downloaded the copyright notices and went through the |
| 10:23:31 | 24 | material himself and told me, "This doesn't look good."  And |
| 10:23:34 | 25 | for the -- a while there, he was on my side.  Well, I don't |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 29

| | | |
|---|---|---|
| 10:23:38 | 1 | want to make this sound like there were sides.  He understood |
| 10:23:42 | 2 | my concerns and wanted a better answer than what we were |
| 10:23:45 | 3 | getting.  And then at some point, he just shut up about it. |
| 10:23:49 | 4 | He just said, "Oh, this is fine.  Keep going, John."  He |
| 10:23:53 | 5 | didn't give me any reason why or what had changed his mind.  I |
| 10:23:59 | 6 | assume that was some other private conversation that he had |
| 10:24:01 | 7 | had. |
| 10:24:04 | 8 | Q.    So, about how many times would you estimate that you |
| 10:24:06 | 9 | talked with Mr. Guzman about your concerns related to the |
| 10:24:11 | 10 | legality of Titan? |
| 10:24:13 | 11 | A.    Oh, easily 20 to 30 times as well. |
| 10:24:15 | 12 | Q.    And were these separate discussions from the ones you |
| 10:24:20 | 13 | were having with Mr. DeLing? |
| 10:24:22 | 14 | A.    Correct. |
| 10:24:22 | 15 | Q.    And over what approximate period of time would you |
| 10:24:26 | 16 | say that those conversations took place? |
| 10:24:30 | 17 | A.    Same period that I was contacting Mark DeLing. |
| 10:24:31 | 18 | Since, you know, those are both my chain of escalation, I used |
| 10:24:37 | 19 | both. |
| 10:24:37 | 20 | Q.    About how soon after you started work at TomorrowNow |
| 10:24:41 | 21 | would you say that you first raised these concerns? |
| 10:24:46 | 22 | A.    About six weeks.  I was only there six weeks, and I |
| 10:24:51 | 23 | got a pretty good handle on what Titan was doing and what they |
| 10:24:54 | 24 | wanted me to keep doing. |
| 10:24:57 | 25 | Q.    So, this -- these -- these discussions that you were |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 30

| | | |
|---|---|---|
| 10:25:00 | 1 | having with Mr. DeLing and Mr. Guzman and Mr. Nelson, it |
| 10:25:05 | 2 | sounds like those occurred in -- approximately in the -- maybe |
| 10:25:12 | 3 | the early August to end of November, 2006, time period.  Is |
| 10:25:17 | 4 | that about right? |
| 10:25:18 | 5 |     A.   That is correct. |
| 10:25:19 | 6 |     Q.   All right.  And then after that November, 2006, time |
| 10:25:26 | 7 | frame, these discussions were closed down? |
| 10:25:30 | 8 |     A.   With those people.  I had further conversation with |
| 10:25:34 | 9 | another employee. |
| 10:25:37 | 10 | |
| 10:25:41 | 11 | |
| 10:25:43 | 12 | |
| 10:25:46 | 13 | |
| 10:25:48 | 14 | |
| 10:25:51 | 15 | |
| 10:25:54 | 16 | |
| 10:25:58 | 17 | |
| 10:26:02 | 18 | |
| 10:26:05 | 19 | |
| 10:26:08 | 20 | |
| 10:26:12 | 21 | |
| 10:26:14 | 22 | |
| 10:26:19 | 23 | |
| 10:26:24 | 24 | |
| 10:26:29 | 25 | |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 31

| 10:26:31 | 1 |
| 10:26:34 | 2 |
| 10:26:35 | 3 |
| 10:26:42 | 4 |
| 10:26:46 | 5 |
| 10:26:49 | 6 |
| 10:26:52 | 7 |
| 10:26:57 | 8 |
| 10:27:03 | 9 |
| 10:27:06 | 10 |
| 10:27:11 | 11 |

10:27:12    12        Q.    Prior -- while you were having those discussions with

10:27:16    13    Mr. Guzman, did he express similar concerns to the ones you

10:27:20    14    were expressing?

10:27:21    15        A.    Yes.

10:27:22    16        Q.    And did he give a reason why he was concerned about

10:27:25    17    the legality of Titan?

10:27:28    18        A.    Yes.  For the same reasons I had, by reading the

10:27:30    19    documents.  It seemed to be very clear that what we were doing

10:27:34    20    was not appropriate.

| 10:27:35 | 21 |
| 10:27:38 | 22 |
| 10:27:43 | 23 |
| 10:27:48 | 24 |
| 10:27:54 | 25 |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 32

| | | |
|---|---|---|
| 10:27:57 | 1 | |
| 10:28:00 | 2 | |
| 10:28:07 | 3 | |
| 10:28:11 | 4 | |
| 10:28:13 | 5 | |
| 10:28:17 | 6 | |
| 10:28:22 | 7 | |
| 10:28:24 | 8 | |
| 10:28:24 | 9 | |
| 10:28:27 | 10 | |
| 10:28:27 | 11 | Q.   All right.  The documents that you're referring to |
| 10:28:33 | 12 | that gave rise to these concerns that were being discussed |
| 10:28:35 | 13 | between you and Mr. Guzman, were any of them what you would |
| 10:28:41 | 14 | refer to as the terms of use that are -- the terms of use that |
| 10:28:45 | 15 | are posted on the Oracle website? |
| 10:28:47 | 16 | A.   Yes. |
| 10:28:48 | 17 | Q.   Did you -- did you read the terms of use? |
| 10:28:49 | 18 | A.   Yes. |
| 10:28:54 | 19 | Q.   And were the terms of use one of the documents that |
| 10:28:57 | 20 | gave rise to the concerns that you had about what you were |
| 10:29:00 | 21 | doing with Titan? |
| 10:29:02 | 22 | A.   Yes. |
| 10:29:05 | 23 | Q.   Did you discuss the terms of use with Mr. Guzman? |
| 10:29:10 | 24 | A.   Yes. |
| 10:29:10 | 25 | Q.   And did you discuss them with Mr. DeLing? |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 33

| | | |
|---|---|---|
| 10:29:13 | 1 | A.   Yes. |
| 10:29:14 | 2 | Q.   Did you discuss them with Mr. Testone? |
| 10:29:17 | 3 | A.   No. |
| 10:29:17 | 4 | Q.   And with respect to the terms of use, did Mr. Guzman |
| 10:29:20 | 5 | indicate to you that he shared your concerns? |
| 10:29:22 | 6 | A.   Yes. |
| 10:29:24 | 7 | Q.   Did Mr. DeLing ever indicate to you that he shared |
| 10:29:29 | 8 | your concern regarding the terms of use? |
| 10:29:30 | 9 | A.   Yes. |
| 10:29:32 | 10 | Q.   What did he say to you? |
| 10:29:33 | 11 | A.   He felt the same way I did.  He felt that this is |
| 10:29:36 | 12 | probably going to cause problems, and he was looking forward |
| 10:29:40 | 13 | to the company meeting in February when they were lined up to |
| 10:29:44 | 14 | talk to an SAP intellectual property lawyer. |
| 10:29:50 | 15 | Q.   You mentioned -- in addition to the terms of use, |
| 10:29:56 | 16 | there were other documents, it sounds like, that you had read |
| 10:29:59 | 17 | and were concerned about? |
| 10:29:59 | 18 | A.   Yes. |
| 10:30:00 | 19 | Q.   Those were the copyright notices that are part of the |
| 10:30:03 | 20 | downloads themselves? |
| 10:30:04 | 21 | A.   There's copyright notices on their web pages and |
| 10:30:08 | 22 | embedded in certain documents as well. |
| 10:30:11 | 23 | Q.   In addition -- other than the terms of use and the -- |
| 10:30:14 | 24 | and the various copyright notices that you saw, was -- were |
| 10:30:18 | 25 | there any -- was there anything else that you encountered in |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

| | | |
|---|---|---|
| 10:30:19 | 1 | the course of developing Titan or downloading from the Oracle |
| 10:30:25 | 2 | website that was a basis for the concerns you've described? |
| 10:30:28 | 3 | A.    Yes.  The other concern that I mentioned was that |
| 10:30:32 | 4 | since Titan was hammering their server so hard, downloading |
| 10:30:38 | 5 | thousands and thousands of documents, I could see how many |
| 10:30:40 | 6 | times the servers would crash by how many times my program had |
| 10:30:44 | 7 | to break the connection and then reestablish it, renavigate |
| 10:30:47 | 8 | back to where it was and pick up where it left off.  And, so, |
| 10:30:52 | 9 | you know, if you want to really look at it that way, this, in |
| 10:30:56 | 10 | my mind, was equivalent to a -- what we call a |
| 10:30:59 | 11 | denial-of-service attack, you know, where you basically pound |
| 10:31:03 | 12 | on a server so hard that nobody can get through to it. |
| 10:31:08 | 13 | |
| 10:31:08 | 14 | |
| 10:31:12 | 15 | |
| 10:31:23 | 16 | |
| 10:31:26 | 17 | |
| 10:31:29 | 18 | |
| 10:31:31 | 19 | |
| 10:31:36 | 20 | |
| 10:31:38 | 21 | |
| 10:31:41 | 22 | |
| 10:31:45 | 23 | |
| 10:31:48 | 24 | |
| 10:31:53 | 25 | |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 49

| | | |
|---|---|---|
| 10:50:24 | 1 | |
| 10:50:25 | 2 | |
| 10:50:29 | 3 | Was -- were you given instructions as to how |
| 10:50:32 | 4 | many downloads Titan should be designed to accomplish? |
| 10:50:37 | 5 | A.   As many as possible. |
| 10:50:39 | 6 | Q.   And -- |
| 10:50:40 | 7 | A.   You can't put a limit on it because each artifact was |
| 10:50:45 | 8 | different.  It depends on certain things in the Oracle |
| 10:50:47 | 9 | website.  But basically I was told that -- that Titan needs to |
| 10:50:51 | 10 | run as fast as possible and no matter what. |
| 10:50:55 | 11 | Q.   Did you come to have an understanding as to how many |
| 10:50:59 | 12 | downloads there were on the website that Titan should be |
| 10:51:03 | 13 | capable of downloading? |
| 10:51:05 | 14 | A.   Oh, yeah.  I -- during my development testing, I |
| 10:51:08 | 15 | would easily download several thousand documents within just |
| 10:51:12 | 16 | 12 hours.  It depends on the artifact and, you know, what's |
| 10:51:17 | 17 | involved in it; but they also look at the fact that since they |
| 10:51:23 | 18 | wanted Titan to run as fast as possible, it's multi-threaded, |
| 10:51:26 | 19 | once it picks up a document that it's supposed to download, |
| 10:51:30 | 20 | that thread goes off and does the download while Titan goes on |
| 10:51:35 | 21 | to the next thing.  And once it finds the next file, it |
| 10:51:38 | 22 | initiates another thread to download that file.  There was a |
| 10:51:41 | 23 | maximum, though.  I had to keep it at 15.  Any more than 15, |
| 10:51:44 | 24 | and I just crashed the server at Oracle's website. |
| 10:51:49 | 25 | Q.   15 threads? |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 50

| | | |
|---|---|---|
| 10:51:51 | 1 | A.    Yes. |
| 10:51:51 | 2 | Q.    So -- |
| 10:51:53 | 3 | A.    The program just couldn't keep going.  The website |
| 10:51:55 | 4 | would just keep crashing. |
| 10:51:58 | 5 | Q.    How did you determine that 15 threads was the maximum |
| 10:52:01 | 6 | number of simultaneous downloads that could be occurring |
| 10:52:06 | 7 | through Titan at the same time? |
| 10:52:08 | 8 | A.    By the fact that every time I tried to increase it, |
| 10:52:11 | 9 | the website would crash more and more. |
| 10:52:13 | 10 | Q.    And how did you determine that when you tried to have |
| 10:52:15 | 11 | more than 15 threads, the website was crashing? |
| 10:52:18 | 12 | A.    Titan has a very extensive logging capability.  It |
| 10:52:21 | 13 | logs everything it does.  I looked at the log. |
| 10:52:24 | 14 | Q.    And what -- what in the log told you that more than |
| 10:52:27 | 15 | 15 threads was resulting in the server crashing? |
| 10:52:31 | 16 | A.    Well, it records the number of threads that are being |
| 10:52:34 | 17 | spawn and I'd see it go up to, like, 18 or 19 and then I would |
| 10:52:40 | 18 | get errors out of the Oracle website and Titan was documenting |
| 10:52:43 | 19 | those errors. |
| 10:52:44 | 20 | Q.    And -- and those -- how did you know to interpret |
| 10:52:53 | 21 | those errors as the website crashing? |
| 10:52:58 | 22 | A.    Because I get an Error 404, which is basically not |
| 10:53:01 | 23 | able to retrieve results.  You've lost the HTTP connection. |
| 10:53:13 | 24 | Q.    And, so, you used the term "denial of service" |
| 10:53:16 | 25 | earlier. |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 51

| | | |
|---|---|---|
| 10:53:16 | 1 | A.   Yes.   That is -- was in regards to giving you an |
| 10:53:22 | 2 | example of what I considered Titan to be.   The fact that it |
| 10:53:26 | 3 | was going so fast and so hard, you're looking at the fact |
| 10:53:30 | 4 | that, yeah, it's basically almost a denial-of-service attack, |
| 10:53:34 | 5 | especially if you run more than one instance of Titan at a |
| 10:53:39 | 6 | time. |
| 10:53:42 | 7 | |
| 10:53:44 | 8 | |
| 10:53:46 | 9 | |
| 10:53:52 | 10 | |
| 10:53:56 | 11 | |
| 10:53:58 | 12 | |
| 10:54:02 | 13 | |
| 10:54:05 | 14 | |
| 10:54:09 | 15 | |
| 10:54:12 | 16 | |
| 10:54:17 | 17 | |
| 10:54:21 | 18 | |
| 10:54:25 | 19 | |
| 10:54:28 | 20 | |
| 10:54:31 | 21 | |
| 10:54:34 | 22 | |
| 10:54:39 | 23 | |
| 10:54:44 | 24 | |
| 10:54:50 | 25 | |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 52

| | | |
|---|---|---|
| 10:54:54 | 1 | |
| 10:54:56 | 2 | |
| 10:54:57 | 3 | |
| 10:55:00 | 4 | |
| 10:55:03 | 5 | |
| 10:55:04 | 6 | |
| 10:55:08 | 7 | |
| 10:55:12 | 8 | |
| 10:55:18 | 9 | |
| 10:55:21 | 10 | |
| 10:55:22 | 11 | |
| 10:55:26 | 12 | |
| 10:55:29 | 13 | |
| 10:55:36 | 14 | |
| 10:55:41 | 15 | |
| 10:55:44 | 16 | Q.    Were you concerned that -- that Titan -- Titan's |
| 10:55:51 | 17 | downloading from the Oracle website in those instances you've |
| 10:55:54 | 18 | described where it lost the connection, were you concerned |
| 10:56:03 | 19 | that during that time there was a decreased functionality from |
| 10:56:06 | 20 | the Oracle website? |
| 10:56:08 | 21 | A.    Yes.  And I -- |
| 10:56:08 | 22 |          MR. LANIER:  Object to form.  Sorry.  Again, |
| 10:56:12 | 23 | sometimes I'll spit those objections in.  You don't have to |
| 10:56:14 | 24 | worry about it. |
| 10:56:15 | 25 |          THE WITNESS:  It's okay. |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 53

10:56:15    1        A.    Just want to make sure I don't say something -- yes,
10:56:18    2    there is one clear indication.  While Titan was running, I
10:56:22    3    would try to manually log on to Oracle's website; and I
10:56:26    4    couldn't.  So, that leaves, in my mind, that Titan was pretty
10:56:32    5    much using up all the connections.
10:56:34    6        Q.    (BY MR. HOWARD)  Was there anything, from your
10:56:36    7    understanding, different about your attempt to manually log on
10:56:40    8    as opposed to any other customer that Oracle might have?
10:56:44    9                    MR. LANIER:  Object to form.
10:56:45   10        A.    No difference.
10:56:45   11        Q.    (BY MR. HOWARD)  Were -- were you doing it just by
10:56:48   12    going to the website and putting in a credential?
10:56:49   13        A.    Correct.
10:56:51   14        Q.    And -- and how many times did it happen that you
10:56:55   15    tried to log on to the Oracle website while Titan was running
10:56:59   16    and you couldn't log on?
10:57:01   17        A.    Probably about three or four.  You know, I didn't
10:57:04   18    want to keep doing it because I realized what was going on.
10:57:06   19    So, I stopped.
10:57:08   20
10:57:13   21
10:57:18   22
10:57:19   23
10:57:23   24
10:57:27   25

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 55

| | | |
|---|---|---|
| 10:58:57 | 1 | |
| 10:59:00 | 2 | |
| 10:59:05 | 3 | |
| 10:59:07 | 4 | |
| 10:59:09 | 5 | |
| 10:59:14 | 6 | |
| 10:59:19 | 7 | |
| 10:59:22 | 8 | |
| 10:59:25 | 9 | |
| 10:59:27 | 10 | |
| 10:59:35 | 11 | |
| 10:59:40 | 12 | |
| 10:59:43 | 13 | |
| 10:59:48 | 14 | |
| 10:59:52 | 15 | |

10:59:55 16    Q.   Okay.  Really what I'm getting at is:  What is it in

10:59:58 17  your background and experience that allowed you to be able to

11:00:01 18  evaluate the Titan logs and -- and the performance issues in

11:00:08 19  the way that you did to be concerned about denial of service?

11:00:12 20    A.   I think I can answer that better by saying I have

11:00:16 21  15-plus years' experience in the computer industry from

11:00:19 22  software testing and development, running test teams,

11:00:22 23  developing enterprise applications.  That's my credentials.

11:00:25 24  That's what gave me the knowledge to determine that I was

11:00:29 25  concerned about denial-of-service attacks.

JOHN RITCHIE December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 56

| | | |
|---|---|---|
| 11:00:35 | 1 | Q. And based on that experience and based on what you |
| 11:00:38 | 2 | observed with Titan, did you conclude that Titan had crashed |
| 11:00:42 | 3 | the Oracle website? |
| 11:00:45 | 4 | MR. LANIER: Object to form. |
| 11:00:47 | 5 | A. Yes. |
| 11:00:48 | 6 | MR. LANIER: Sorry. Sometimes I mutter those. |
| 11:00:49 | 7 | You can still answer. |
| 11:00:51 | 8 | Q. (BY MR. HOWARD) And how many times -- can you |
| 11:00:51 | 9 | estimate how many times you believe Titan did crash the Oracle |
| 11:00:55 | 10 | website? |
| 11:00:57 | 11 | MR. LANIER: Object to form. |
| 11:00:58 | 12 | A. No, I can't estimate that. It was lots of times, and |
| 11:01:01 | 13 | it's -- I can only speak for the times I actually ran it. |
| 11:01:05 | 14 | Q. (BY MR. HOWARD) And -- and based on the -- based on |
| 11:01:07 | 15 | your attempts to manually log on unsuccessfully -- |
| 11:01:12 | 16 | A. Uh-huh. |
| 11:01:12 | 17 | Q. -- while Titan was running, did you conclude that the |
| 11:01:17 | 18 | Oracle website was unavailable to any third-party during those |
| 11:01:23 | 19 | times? |
| 11:01:24 | 20 | MR. LANIER: Object to form. |
| 11:01:24 | 21 | A. That's -- that's my main concern for denial of |
| 11:01:27 | 22 | service, is that while Titan is hitting their servers, their |
| 11:01:31 | 23 | other customers cannot log on and get the information they |
| 11:01:34 | 24 | need. |
| 11:01:35 | 25 | Q. (BY MR. HOWARD) And -- and -- and did you conclude |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 57

| | | |
|---|---|---|
| 11:01:36 | 1 | that that was the case, that during those times where you |
| 11:01:39 | 2 | couldn't log on, that other customers also could not log on? |
| 11:01:43 | 3 | MR. LANIER:  Object to form. |
| 11:01:44 | 4 | A.  To the best of my ability, yes. |
| 11:01:46 | 5 | Q.  (BY MR. HOWARD)  Did you voice those concerns |
| 11:01:48 | 6 | regarding Titan's impact on the availability of the Oracle |
| 11:01:52 | 7 | website to others at TomorrowNow? |
| 11:01:55 | 8 | A.  Yes. |
| 11:01:56 | 9 | Q.  Who did you express those concerns to? |
| 11:01:59 | 10 | A.  Mark DeLing, Julio Guzman, Owen O'Neil, Keith Larsen. |
| 11:02:11 | 11 | That's pretty much it, think so.  Yeah, there is one other |
| 11:02:15 | 12 | person that I mentioned things to; but he had no -- no |
| 11:02:22 | 13 | dealings with this whatsoever.  He's a whole different group. |
| 11:02:24 | 14 | He was a Lotus Notes developer.  We were just friends, and we |
| 11:02:27 | 15 | live near each other; so, I did discuss some of this with him. |
| 11:02:30 | 16 | But, you know, he's not -- as far as this whole case, he |
| 11:02:34 | 17 | didn't really see much from his side of the company.  So, |
| 11:02:37 | 18 | those are the main people that I've talked to that can |
| 11:02:39 | 19 | actually give back the same feedback that I have. |
| 11:02:43 | 20 | Q.  Do you recall the name of the Lotus developer? |
| 11:02:44 | 21 | A.  Yes, I know him.  It's Guy Gowan. |
| 11:02:49 | 22 | Q.  And were the -- the discussions that you had with |
| 11:02:53 | 23 | Mr. DeLing regarding Titan's impact on the performance of the |
| 11:02:59 | 24 | Oracle website, were those part of the same discussions you |
| 11:03:03 | 25 | were having regarding your concerns about the legality of |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 58

| | | |
|---|---|---|
| 11:03:05 | 1 | Titan overall? |
| 11:03:08 | 2 | A.   Yes and no.  Sometimes I brought it up.  I know I hit |
| 11:03:14 | 3 | the denial-of-service stuff really heavy, and I brought it up |
| 11:03:19 | 4 | to Mark DeLing a couple of times and Julio separately of the |
| 11:03:26 | 5 | copyright notices.  I said, "This is another problem that we |
| 11:03:28 | 6 | are causing." |
| 11:03:30 | 7 | Q.   And in the -- and when you brought it up separately |
| 11:03:33 | 8 | and when you had these separate discussions with Mr. DeLing, |
| 11:03:37 | 9 | what was his response? |
| 11:03:38 | 10 | A.   His response was pretty much the same as always, you |
| 11:03:41 | 11 | know, "Well, we need to do it, and if anything happens, I'll |
| 11:03:44 | 12 | cover your back," or actually, I think his actual words were, |
| 11:03:48 | 13 | "Yes, I'll be in jail next to you." |
| 11:03:51 | 14 | Q.   That's what he said to you? |
| 11:03:52 | 15 | A.   Yeah. |
| 11:03:55 | 16 | Q.   Did he indicate to you that he shared your concerns |
| 11:04:00 | 17 | about Titan's impact on the Oracle website? |
| 11:04:02 | 18 | A.   Yes. |
| 11:04:03 | 19 | Q.   And do you recall any of the specifics about what he |
| 11:04:06 | 20 | said in that regard? |
| 11:04:07 | 21 | A.   Just that he shared my concerns and knew that our -- |
| 11:04:10 | 22 | our hands were basically tied. |
| 11:04:13 | 23 | Q.   Did he -- did you go over the -- the -- the logs that |
| 11:04:17 | 24 | Titan was creating in -- in voicing these concerns to him? |
| 11:04:21 | 25 | A.   I didn't go over the log with him.  I told him how I |

Page 59

| | | |
|---|---|---|
| 11:04:25 | 1 | knew the information.  I showed Julio the logs. |
| 11:04:29 | 2 | Q.  And did -- did Mr. Guzman indicate to you that he |
| 11:04:33 | 3 | agreed with your concerns? |
| 11:04:35 | 4 | A.  Yes. |
| 11:04:37 | 5 | Q.  Did either Mr. DeLing or Mr. Guzman say to you that |
| 11:04:42 | 6 | they disagreed with your conclusion that Titan was shutting |
| 11:04:45 | 7 | down the Oracle website? |
| 11:04:47 | 8 | A.  No.  Neither one disagreed. |
| 11:04:49 | 9 | Q.  Did they indicate that they agreed that that's what |
| 11:04:51 | 10 | was happening? |
| 11:04:52 | 11 | A.  Yes. |
| 11:04:53 | 12 | Q.  Each of them did? |
| 11:04:54 | 13 | A.  Yes.  Mark DeLing and Julio both agreed that Titan |
| 11:04:57 | 14 | was possibly causing denial-of-service attacks. |
| 11:05:01 | 15 | Q.  And what was your discussion with Mr. O'Neil |
| 11:05:04 | 16 | regarding the -- the concern about denial of service? |
| 11:05:11 | 17 | A.  Pretty much with Owen, I mean, he already knew |
| 11:05:13 | 18 | everything; and he was taking his own tangents.  He's kind of |
| 11:05:19 | 19 | a strange employee with the company.  He was given kind of a |
| 11:05:24 | 20 | big clout status; so, he kind of does what he wants. |
| 11:05:28 | 21 | Basically he took the information and supposedly talked to an |
| 11:05:33 | 22 | SAP lawyer.  That's all I'm going to say of that. |
| 11:05:35 | 23 | Q.  Okay. |
| 11:05:38 | 24 | A.  That was from Owen.  He told me that. |
| 11:05:40 | 25 | Q.  He told you that he had taken the information you |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 60

| | | |
|---|---|---|
| 11:05:42 | 1 | provided and talked to an SAP lawyer? |
| 11:05:45 | 2 | A.   He took the information he already -- that he figured |
| 11:05:49 | 3 | out and confirmed with me to an SAP lawyer. |
| 11:05:51 | 4 | Q.   Okay.  This is part of the same exchange that you had |
| 11:05:56 | 5 | with him where you gave him the link to SourceSafe and he went |
| 11:05:59 | 6 | in and looked at Titan? |
| 11:06:01 | 7 | A.   Many, many exchanges we had.  From the time he took |
| 11:06:05 | 8 | over it, 24 hours later, I heard from him.  And then, you |
| 11:06:08 | 9 | know, for the next two, three weeks, I kept hearing, you know, |
| 11:06:12 | 10 | he was going through this stuff; and we were just waiting for |
| 11:06:14 | 11 | the company meeting to hopefully get an answer to it all. |
| 11:06:18 | 12 | Q.   That would be the company meeting in February, 2007? |
| 11:06:20 | 13 | A.   Correct. |
| 11:06:21 | 14 | Q.   And that's the same meeting where Mr. Nelson |
| 11:06:23 | 15 | indicated that you would just keep doing what you were doing? |
| 11:06:26 | 16 | A.   Correct. |
| 11:06:27 | 17 | Q.   Mr. O'Neil indicate to you that he agreed with your |
| 11:06:29 | 18 | assessment regarding the Titan's impact on the Oracle website? |
| 11:06:36 | 19 | A.   Yes. |
| 11:06:37 | 20 | |
| 11:06:40 | 21 | |
| 11:06:41 | 22 | |
| 11:06:43 | 23 | |
| 11:06:47 | 24 | |
| 11:06:49 | 25 | |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 61

| 11:06:52 | 1 | |
| 11:06:55 | 2 | |
| 11:06:55 | 3 | |
| 11:06:57 | 4 | |
| 11:06:57 | 5 | |

11:07:01   6      Q.    Did -- did anybody give you an indication that they

11:07:07   7    had discussed the denial-of-service concerns with Greg Nelson?

11:07:12   8      A.    Yes.

11:07:12   9      Q.    Who gave you that indication?

11:07:14  10      A.    Mark DeLing and Julio Guzman.

11:07:18  11      Q.    What did Mr. DeLing say?

11:07:19  12      A.    Mr. DeLing said, you know, he brought the concerns up

11:07:20  13    to Greg and, "We'll see how it goes and hopefully in the

11:07:23  14    February meeting, get some more definitive answers."

11:07:26  15                  Julio, basically the same thing.  He said --

11:07:30  16    actually, at this point, he was already on their side.  He

11:07:32  17    said, "Don't worry about it."

11:07:34  18      Q.    And did -- did Mr. DeLing convey back to you a

11:07:41  19    specific response from Greg Nelson relating to the

11:07:43  20    denial-of-service concern?

11:07:44  21      A.    No quotes, just keep on going.  Duly noted.

11:07:52  22      Q.    Were you asked to take any steps to modify Titan to

11:07:59  23    minimize the impact on the Oracle website after you raised the

11:08:02  24    concerns that you did?

11:08:04  25      A.    Did they tell me?  No.

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 62

| | |
|---|---|
| 11:08:06 | 1 |
| 11:08:10 | 2 |
| 11:08:16 | 3 |
| 11:08:19 | 4 |
| 11:08:23 | 5 |
| 11:08:23 | 6 |
| 11:08:28 | 7 |
| 11:08:29 | 8 |
| 11:08:32 | 9 |
| 11:08:36 | 10 |
| 11:08:37 | 11 |
| 11:08:41 | 12 |
| 11:08:46 | 13 |
| 11:08:50 | 14 |
| 11:08:50 | 15 |
| 11:08:54 | 16 |
| 11:08:58 | 17 |
| 11:09:01 | 18 |
| 11:09:05 | 19 |
| 11:09:09 | 20 |
| 11:09:13 | 21 |
| 11:09:15 | 22 |
| 11:09:17 | 23 |
| 11:09:21 | 24 |
| 11:09:25 | 25 |

11    Q.    Okay.  So, after you modified Titan so that it only

12    was downloading 15 threads at a time, did you still observe

13    instances where you believe that it was crashing the Oracle

14    server?

15    A.    No.  It seemed to be able to handle it.  But like I

16    said, logging in was still difficult.  It would be very

17    sluggish; and you could see that by just the fact that when

18    you logged on normally under a normal circumstance, it would

19    take, say, 3.5 seconds.  Under these circumstances, we're

20    looking at maybe 10 to 15 seconds versus, you know, trying to

21    get logged on.  And that's not even searching anything.

22    That's just logging on.

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 72

```
11:33:21   1
11:33:23   2
11:33:26   3
11:33:30   4
11:33:34   5
11:33:40   6
11:33:45   7
11:33:49   8
11:33:54   9
11:33:58  10
11:34:02  11
11:34:07  12
11:34:10  13
11:34:15  14
11:34:20  15
11:34:21  16
11:34:23  17
11:34:23  18       Q.   And -- and, so, in -- in developing Titan, did you
11:34:29  19   need to log on to the website with Titan and download from the
11:34:33  20   website in order to perfect the functionality you were trying
11:34:37  21   to achieve?
11:34:38  22       A.   Yes.
11:34:40  23       Q.   And was that something that you did routinely in your
11:34:46  24   work on Titan?
11:34:47  25       A.   Yes.  And the tests were very extensive because I
```

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 73

| | | |
|---|---|---|
| 11:34:52 | 1 | found out early on, you know, before I realized how much of an |
| 11:34:56 | 2 | impact this was having on the Oracle server -- in particular, |
| 11:34:59 | 3 | Solution Savers, it would run for, like, 12, 13, 14 hours and |
| 11:35:04 | 4 | then it would just crap out and they'd say, "Oh, there's a bug |
| 11:35:08 | 5 | in it."  Well, what -- what happened? |
| 11:35:09 | 6 | Okay.  So, that's when I also developed putting |
| 11:35:12 | 7 | in an extensive log capability; and I also had to do extensive |
| 11:35:16 | 8 | testing, not just for an hour or two.  I had to run it for |
| 11:35:19 | 9 | several hours to make sure that it was secure and handled any |
| 11:35:23 | 10 | type of error that was coming out of the Oracle database.  And |
| 11:35:26 | 11 | most of the time, I'd have to run it for overnight just to |
| 11:35:30 | 12 | make sure that it was good, it could handle all the errors. |
| 11:35:33 | 13 | Q.   And when you say "running it," you're -- are -- |
| 11:35:35 | 14 | you're referring specifically to running Titan -- |
| 11:35:38 | 15 | A.   And downloading -- |
| 11:35:38 | 16 | Q.   -- and downloading from the Oracle website? |
| 11:35:41 | 17 | A.   That is correct.  I am actually downloading |
| 11:35:44 | 18 | documents. |
| 11:35:44 | 19 | Q.   In doing that, were you doing that on behalf of any |
| 11:35:47 | 20 | particular customer at TomorrowNow? |
| 11:35:48 | 21 | A.   No.  That is strictly for test purposes only.  Once I |
| 11:35:53 | 22 | was done with the test run, I deleted the documents off my |
| 11:35:55 | 23 | local unit. |
| 11:35:56 | 24 | Q.   But you would need a credential to log on to the |
| 11:35:59 | 25 | website? |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 74

| | | |
|---|---|---|
| 11:36:00 | 1 | A.   That is correct.  Credentials were given to me from |
| 11:36:03 | 2 | the project management office. |
| 11:36:04 | 3 | Q.   And from time to time, would you need to request new |
| 11:36:07 | 4 | credentials? |
| 11:36:07 | 5 | A.   Yes.  Like, for example, if I was working on the |
| 11:36:11 | 6 | Siebel, it needed different credentials.  So, they needed to |
| 11:36:14 | 7 | give me appropriate credentials for whatever I was working on. |
| 11:36:18 | 8 | Q.   And do you have -- did you know whose credentials you |
| 11:36:21 | 9 | were being given at any particular time? |
| 11:36:22 | 10 | A.   No.  I was never told.  I was just say -- you know, |
| 11:36:25 | 11 | told to use these credentials for this task. |
| 11:36:29 | 12 | Q.   And did you understand that those credentials were |
| 11:36:32 | 13 | credentials from a particular TomorrowNow customer? |
| 11:36:36 | 14 | A.   From what I understood, they were supposed to be from |
| 11:36:39 | 15 | a customer, yes, except in the case where -- like I told you, |
| 11:36:42 | 16 | where that one employee supposedly had his own credentials. |
| 11:36:48 | 17 | Q.   And from time to time in using the credentials that |
| 11:36:52 | 18 | you were given for the purpose of testing Titan, would you |
| 11:36:57 | 19 | find out that the credential didn't work? |
| 11:37:00 | 20 | A.   Only one time was I given credentials that didn't |
| 11:37:02 | 21 | work. |
| 11:37:03 | 22 | Q.   And -- and what -- what did you do then? |
| 11:37:05 | 23 | A.   I requested new credentials. |
| 11:37:07 | 24 | Q.   Did you receive them? |
| 11:37:07 | 25 | A.   Yes. |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 75

| Time | Line | |
|---|---|---|
| 11:37:07 | 1 | Q.   And did you have an understanding as to why the |
| 11:37:11 | 2 | credential didn't work? |
| 11:37:12 | 3 | A.   They didn't know why. |
| 11:37:18 | 4 | |
| 11:37:20 | 5 | |
| 11:37:26 | 6 | |
| 11:37:32 | 7 | |
| 11:37:38 | 8 | |
| 11:37:41 | 9 | |
| 11:37:48 | 10 | |
| 11:37:50 | 11 | |
| 11:37:53 | 12 | |
| 11:37:53 | 13 | |
| 11:37:53 | 14 | |
| 11:37:57 | 15 | |
| 11:37:59 | 16 | Q.   (BY MR. HOWARD)   In thinking about the amount of time |
| 11:38:01 | 17 | that you were testing Titan, is that from late June, 2006, to |
| 11:38:06 | 18 | the time the litigation was filed in March, 2007? |
| 11:38:10 | 19 | A.   Actually, a couple of weeks after the litigation was |
| 11:38:13 | 20 | filing when they told me to stop working on Titan. |
| 11:38:20 | 21 | Q.   And during that course of -- so, what was that, early |
| 11:38:24 | 22 | April when you started -- when you were told to stop? |
| 11:38:27 | 23 | A.   Yeah, but -- I believe so, yeah. |
| 11:38:29 | 24 | Q.   Early April, 2007? |
| 11:38:31 | 25 | A.   Mid-April, I think. |

JOHN RITCHIE     December 2, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 76

| | | |
|---|---|---|
| 11:38:32 | 1 | Q.   Okay. |
| 11:38:32 | 2 | A.   Because our company meeting was at the end of |
| 11:38:35 | 3 | February, if I remember correctly, and it was a couple of |
| 11:38:37 | 4 | weeks right after that.  I remember it was very apropos |
| 11:38:39 | 5 | timing, considering we just had the company meeting, then the |
| 11:38:42 | 6 | billion-dollar lawsuit hits.  So, I think it was mid-April. |
| 11:38:47 | 7 | Q.   So, from -- from the end of June, 2006, to late |
| 11:38:51 | 8 | April, 2007, you were testing Titan by downloading from the |
| 11:38:54 | 9 | Oracle website? |
| 11:38:57 | 10 | A.   Correct. |
| 11:38:57 | 11 | Q.   And it sounds like you are often running Titan for |
| 11:39:01 | 12 | several hours at a time? |
| 11:39:02 | 13 | A.   That is correct. |
| 11:39:04 | 14 | Q.   And at what approximate pace is Titan downloading |
| 11:39:09 | 15 | during the time that it's running when you're testing it? |
| 11:39:12 | 16 | A.   Very fast, faster than a human. |
| 11:39:15 | 17 | Q.   Incrementing through the different downloads from the |
| 11:39:18 | 18 | Oracle site? |
| 11:39:19 | 19 | A.   Correct. |
| 11:39:19 | 20 | |
| 11:39:22 | 21 | |
| 11:39:24 | 22 | |
| 11:39:29 | 23 | |
| 11:39:32 | 24 | |
| 11:39:35 | 25 | |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 77

| | |
|---|---|
| 11:39:39 | 1 |
| 11:39:42 | 2 |
| 11:39:43 | 3 |
| 11:39:47 | 4 |
| 11:39:51 | 5 |
| 11:39:54 | 6 |
| 11:40:00 | 7 |
| 11:40:03 | 8 |
| 11:40:04 | 9 |
| 11:40:06 | 10 |
| 11:40:08 | 11 |
| 11:40:11 | 12 |
| 11:40:12 | 13 |
| 11:40:14 | 14 |
| 11:40:17 | 15 |
| 11:40:21 | 16 |
| 11:40:26 | 17 |
| 11:40:28 | 18 |
| 11:40:32 | 19 |

11:40:33  20      Q.    So, now, thinking about the several-month period that
11:40:42  21   you were developed -- that you were testing Titan --
11:40:44  22      A.    A little over a year.
11:40:45  23      Q.    -- the number of times that you were testing it by
11:40:49  24   running it several hours at a time, having that in mind, can
11:40:55  25   you give me an informed estimate -- it can be an

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 78

| | | |
|---|---|---|
| 11:41:01 | 1 | approximation -- but an informed estimate as to how many |
| 11:41:05 | 2 | downloads you would estimate you downloaded from the Oracle |
| 11:41:09 | 3 | website in the course of testing Titan? |
| 11:41:13 | 4 | MR. LANIER:  Object to form. |
| 11:41:16 | 5 | A.   An informed estimate.  Each artifact -- |
| 11:41:26 | 6 | THE REPORTER:  I'm sorry, sir, I didn't hear |
| 11:41:26 | 7 | you.  "Each artifact" -- |
| 11:41:26 | 8 | A.   With each artifact, I'm doing "X" number of testing |
| 11:41:30 | 9 | for hours, several hundred thousand per test run.  I would |
| 11:41:40 | 10 | probably say easily a million documents total, as an estimate, |
| 11:41:44 | 11 | just off the top of my head. |
| 11:41:47 | 12 | Q.   (BY MR. HOWARD)  I understand.  And if it's easier to |
| 11:41:51 | 13 | give a range, you know, it's fine to give a range. |
| 11:41:53 | 14 | A.   That estimate is probably about as accurate as I can |
| 11:41:56 | 15 | get, unless I actually did some more research. |
| 11:41:58 | 16 | Q.   Were any of those approximately million downloads |
| 11:42:02 | 17 | taken on behalf of any specific customer at TomorrowNow? |
| 11:42:06 | 18 | A.   No.  I never represented or downloaded any documents |
| 11:42:12 | 19 | for any particular customer.  My testing was specifically |
| 11:42:17 | 20 | functionally based. |
| 11:42:19 | 21 | Q.   And I believe you said that you deleted those |
| 11:42:22 | 22 | downloads after you took them? |
| 11:42:23 | 23 | A.   That is correct.  Until the litigation hit.  Then I |
| 11:42:28 | 24 | had to store them; and then two weeks after, we stopped all |
| 11:42:33 | 25 | together.  So, I still had some documents left on my system |

JOHN RITCHIE December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 79

11:42:34  1    that I couldn't delete.  But for the most part, yeah, every

11:42:38  2    single time I ran it, it -- I would just delete the results.

11:42:51  3

11:42:53  4

11:42:56  5

11:42:59  6

11:43:02  7

11:43:07  8

11:43:10  9

11:43:14  10

11:43:18  11

11:43:21  12

11:43:24  13

11:43:27  14

11:43:28  15

11:43:35  16

11:43:44  17

11:43:48  18

11:43:50  19

11:43:57  20

11:44:01  21

11:44:06  22

11:44:09  23

11:44:11  24

11:44:16  25

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 90

| | |
|---|---|
| 12:04:26 | 1 |
| 12:04:30 | 2 |
| 12:04:32 | 3 |
| 12:04:35 | 4 |
| 12:04:38 | 5 |
| 12:04:40 | 6 |
| 12:04:45 | 7 |
| 12:04:46 | 8 |
| 12:04:49 | 9 |
| 12:04:56 | 10 |
| 12:04:58 | 11 |
| 12:04:59 | 12 |
| 12:05:00 | 13 |
| 12:05:03 | 14 |
| 12:05:07 | 15 |
| 12:05:08 | 16 |
| 12:05:12 | 17 |
| 12:05:16 | 18 |
| 12:05:18 | 19 |
| 12:05:23 | 20 |
| 12:05:27 | 21 |

12:05:27  22       Q.    And would they tell you that they would use a

12:05:28  23   credential and download everything available in the course of

12:05:32  24   their testing of Titan?

12:05:33  25       A.    Yes.   They told me they downloaded everything

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 91

| | | |
|---|---|---|
| 12:05:36 | 1 | available.  They did not tell me what credentials they were |
| 12:05:38 | 2 | using.  So, it may not have been the same as what I was using; |
| 12:05:42 | 3 | or it may have been the same. |
| 12:05:44 | 4 | |
| 12:05:46 | 5 | |
| 12:05:50 | 6 | |
| 12:05:54 | 7 | |
| 12:05:55 | 8 | |
| 12:06:00 | 9 | |
| 12:06:02 | 10 | |
| 12:06:05 | 11 | |
| 12:06:07 | 12 | |
| 12:06:11 | 13 | |
| 12:06:14 | 14 | |
| 12:06:16 | 15 | |
| 12:06:19 | 16 | |
| 12:06:23 | 17 | |
| 12:06:26 | 18 | |
| 12:06:28 | 19 | |
| 12:06:30 | 20 | |
| 12:06:32 | 21 | |
| 12:06:35 | 22 | |
| 12:06:40 | 23 | |
| 12:06:43 | 24 | |
| 12:06:46 | 25 | |

Page 145

| | | |
|---|---|---|
| 13:54:30 | 1 | |
| 13:54:33 | 2 | |
| 13:54:58 | 3 | MR. HOWARD:  All right.  Let's mark as |
| 13:55:00 | 4 | Exhibit 1821 an e-mail exchange between Desmond Harris and |
| 13:55:06 | 5 | John Ritchie dated December 4, 2006. |
| | 6 | (Exh.1821 marked) |
| 13:55:21 | 7 | Q.   (BY MR. HOWARD)  Let me ask you to start with the |
| 13:55:24 | 8 | back, the last page, which is an e-mail from you to |
| 13:55:27 | 9 | Mr. Harris, and then let me know, after you've read through, |
| 13:55:30 | 10 | what this exchange is about. |
| 13:55:45 | 11 | A.   (Witness reviewing exhibit.) |
| 13:55:46 | 12 | Yes.  This is when I was working with that -- |
| 13:55:48 | 13 | at the time, I didn't know; but this, I believe, was Wade |
| 13:55:52 | 14 | Walden's personal ID.  And, yeah, it was prompting me to |
| 13:55:59 | 15 | change the password when I logged in; and I didn't know if |
| 13:56:03 | 16 | that would be valid, especially if it was a customer or not. |
| 13:56:05 | 17 | I didn't know. |
| 13:56:06 | 18 | Q.   So, is it correct that up until December 4, 2006, |
| 13:56:09 | 19 | your work with Titan downloading from Oracle's website was all |
| 13:56:15 | 20 | using this credential, the "bbohannon" and "guitar3" |
| 13:56:19 | 21 | credential? |
| 13:56:21 | 22 | A.   For this iteration of it, yes. |
| 13:56:24 | 23 | Q.   What do you mean by "iteration"? |
| 13:56:25 | 24 | A.   Well, I said each time I do a new development phase, |
| 13:56:30 | 25 | they usually gave me a new user name and password.  So, the |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 146

| | | |
|---|---|---|
| 13:56:34 | 1 | development phases are broken out by version.  Each version is |
| 13:56:37 | 2 | a release.  So, I'm not sure how long I was using this one. |
| 13:56:46 | 3 | Q.  But this -- is this the same one that you -- |
| 13:56:49 | 4 | A.  But this is also the same one that's hard-coded in |
| 13:56:51 | 5 | the Microsoft Access database, yes. |
| 13:56:52 | 6 | Q.  Okay.  That was my question.  That's the same one |
| 13:56:53 | 7 | that you found when you arrived hard-coded into the Microsoft |
| 13:56:58 | 8 | Access database? |
| 13:56:58 | 9 | A.  That is correct. |
| 13:56:59 | 10 | Q.  And that never changed, so far as you know? |
| 13:57:01 | 11 | A.  No. |
| 13:57:33 | 12 | MR. HOWARD:  I think we're up to 1822.  Let's |
| 13:57:36 | 13 | mark -- |
| 13:57:36 | 14 | A.  There's actually several user name and passwords in |
| 13:57:39 | 15 | this e-mail chain.  And actually, the very beginning one is |
| 13:57:44 | 16 | actually one I commented to Julio about. |
| 13:57:48 | 17 | Q.  (BY MR. HOWARD)  You're still referring to |
| 13:57:49 | 18 | Exhibit 1821? |
| 13:57:50 | 19 | A.  Yes, that is correct. |
| 13:57:50 | 20 | Q.  And which is the one that you commented to Julio |
| 13:57:51 | 21 | about? |
| 13:57:51 | 22 | A.  The very first entry when I got the final pass for |
| 13:57:56 | 23 | Rockwell, when I read that they were off maintenance.  Well, |
| 13:58:01 | 24 | that's me -- was concern for me whether or not they still had |
| 13:58:04 | 25 | a current contract with Oracle.  If they were off maintenance, |

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 147

| 13:58:08 | 1 | that meant technically they didn't have a right to be logging |
| 13:58:11 | 2 | in.  And I don't think I ever got an answer for that. |
| 13:58:15 | 3 | Q.    Did you request a different credential? |
| 13:58:18 | 4 | A.    No.  That was the one that was given; so, I was told |
| 13:58:21 | 5 | to use that. |
| 13:58:24 | 6 | Q.    Let's mark as Exhibit 1822 an e-mail exchange in |
| 13:58:32 | 7 | which you were involved, at the top, dated 12/20/06. |
| 13:58:44 | 8 | A.    And actually, this is -- just going back to 1821 -- |
| 13:58:48 | 9 | Q.    Uh-huh. |
| 13:58:48 | 10 | A.    -- I just wanted to add, the Rockwell is actually an |
| 13:58:54 | 11 | exception.  Most of the time, it was given to me -- like in |
| 13:58:55 | 12 | the e-mail at the bottom of the second page, it's "Use this." |
| 13:58:59 | 13 | You know, that's usually the way I got it.  I didn't know who |
| 13:59:03 | 14 | it was for or anything.  It was just user name, password, use |
| 13:59:06 | 15 | it.  Okay. |
| 13:59:10 | 16 | |
| 13:59:13 | 17 | |
| 13:59:14 | 18 | |
| 13:59:14 | 19 | |
| | 20 | |
| 14:00:03 | 21 | |
| 14:00:03 | 22 | |
| 14:00:05 | 23 | |
| 14:00:11 | 24 | |
| 14:00:15 | 25 | |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 156

| | | |
|---|---|---|
| 14:22:12 | 1 | |
| 14:22:23 | 2 | |
| 14:22:25 | 3 | |
| 14:22:27 | 4 | |
| 14:22:31 | 5 | |
| | 6 | |
| 14:23:18 | 7 | |
| 14:23:23 | 8 | |
| 14:23:26 | 9 | |
| 14:23:31 | 10 | |
| 14:23:32 | 11 | |
| 14:23:34 | 12 | |
| 14:23:36 | 13 | |
| 14:23:43 | 14 | Q.   And is there -- and the way that she wrote her script |
| 14:23:47 | 15 | was -- how did the script authenticate into the website, do |
| 14:23:53 | 16 | you know? |
| 14:23:56 | 17 | A.   She's asking for a user name and password on the main |
| 14:23:59 | 18 | screen, and then she uses that -- if you go to about the |
| 14:24:15 | 19 | midway on the second page, 709, you'll see a comment that |
| 14:24:18 | 20 | says, "Enter User Information."  That is where the user |
| 14:24:20 | 21 | information is actually being sent to the Oracle database, |
| 14:24:25 | 22 | Oracle website. |
| 14:24:28 | 23 | Q.   Okay.  Thank you. |
| 14:24:33 | 24 | A.   This is an AutoIt script. |
| 14:24:35 | 25 | Q.   And what does that mean? |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 157

| | | |
|---|---|---|
| 14:24:38 | 1 | A.    It is a different language than what I was using in |
| 14:24:40 | 2 | Titan. |
| 14:24:40 | 3 | Q.    Okay.  So, you took this and you converted it to |
| 14:24:44 | 4 | Visual plus -- |
| 14:24:47 | 5 | A.    VB.net. |
| 14:24:50 | 6 | |
| 14:24:54 | 7 | |
| 14:25:00 | 8 | |
| 14:25:05 | 9 | |
| 14:25:10 | 10 | |
| 14:25:16 | 11 | |
| 14:25:18 | 12 | |
| 14:25:20 | 13 | |
| 14:25:25 | 14 | |
| 14:25:28 | 15 | |
| 14:25:29 | 16 | |
| 14:25:34 | 17 | |
| 14:25:40 | 18 | |
| 14:25:44 | 19 | |
| 14:25:52 | 20 | |
| 14:25:55 | 21 | |
| 14:25:58 | 22 | |
| 14:26:01 | 23 | |
| 14:26:06 | 24 | |
| 14:26:10 | 25 | |

JOHN RITCHIE     December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 169

| | |
|---|---|
| 14:37:34 | 1 |
| 14:37:34 | 2 |
| 14:37:36 | 3 |
| 14:37:40 | 4 |
| 14:37:41 | 5 |
| 14:37:41 | 6 |
| 14:37:45 | 7 |
| 14:37:45 | 8 |
| 14:37:48 | 9 |
| 14:37:52 | 10 |
| 14:37:57 | 11 |
| 14:37:59 | 12 |
| 14:38:00 | 13 |
| 14:38:01 | 14 |
| 14:38:02 | 15 |
| 14:38:07 | 16 |
| 14:38:08 | 17 |
| 14:38:10 | 18 |
| 14:38:11 | 19 |
| 14:38:13 | 20 |

14:38:13  21     Q.   What precisely would it say to prove that it was a

14:38:16  22  break caused by overload of the Oracle website?

14:38:17  23     A.   Oh, it would not break because of overload.  It just

14:38:20  24  breaks.

14:38:21  25     Q.   It just breaks.  Break because a mouse chews through

JOHN RITCHIE    December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 170

| | | |
|---|---|---|
| 14:38:25 | 1 | a cable, maybe? |
| 14:38:26 | 2 | A.   Maybe or maybe because you're accessing too much |
| 14:38:27 | 3 | information at once. |
| 14:38:28 | 4 | Q.   Or it breaks because there's a storm or there's a |
| 14:38:31 | 5 | sunspot and sometimes things don't work so well, right? |
| 14:38:34 | 6 | A.   Yeah, or because they're running Windows and we all |
| 14:38:37 | 7 | know Windows has problems. |
| 14:38:38 | 8 | Q.   There you go.  So -- |
| 14:38:38 | 9 | A.   But if you want to -- I see where you're getting at, |
| 14:38:40 | 10 | if I can cut you off.  You want to know how can I determine |
| 14:38:43 | 11 | whether or not we were impacting Oracle servers without |
| 14:38:48 | 12 | knowing how many servers they have.  I know that because I |
| 14:38:51 | 13 | cannot access their website reliably while Titan is running. |
| 14:38:57 | 14 | If you run multiple instances, you have even harder times |
| 14:39:00 | 15 | logging on to their website, if at all. |
| 14:39:03 | 16 | Q.   And you can't rule out, can you, that the reason for |
| 14:39:04 | 17 | that problem was something other than the number of Oracle's |
| 14:39:07 | 18 | connections or burdens in Oracle's website? |
| 14:39:13 | 19 | A.   I can't rule out any other reasons, but I would say |
| 14:39:14 | 20 | highly unlikely there would be sunspots or a mouse chewing |
| 14:39:17 | 21 | through the cable.  A very high percentage would be the fact |
| 14:39:21 | 22 | that the servers are being overloaded and -- |
| 14:39:24 | 23 | Q.   When Oracle -- I'm sorry. |
| 14:39:25 | 24 | A.   -- basically bringing out errors that are within the |
| 14:39:27 | 25 | site. |

JOHN RITCHIE   December 2, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 173

| | |
|---|---|
| 14:41:29 | 1 |
| 14:41:29 | 2 |
| 14:41:30 | 3 |
| 14:41:31 | 4 |
| 14:41:31 | 5 |
| 14:41:32 | 6 |
| 14:41:33 | 7 |
| 14:41:36 | 8 |
| 14:41:39 | 9 |
| 14:41:40 | 10 |
| 14:41:45 | 11 |
| 14:41:47 | 12 |
| 14:41:48 | 13 |
| 14:41:54 | 14 |
| 14:41:58 | 15 |
| 14:42:00 | 16 |
| 14:42:03 | 17 |
| 14:42:05 | 18 |
| 14:42:11 | 19 |
| 14:42:12 | 20 |
| 14:42:12 | 21 |
| 14:42:13 | 22 |
| 14:42:18 | 23 |
| 14:42:21 | 24 |
| 14:42:24 | 25 |

13      Q.   Okay.  So, again, in order to know whether or not

14   what you were doing was okay, you looked at some -- some legal

15   documents, some contract or something like that, right?

16      A.   I looked at Oracle's website.

1   STATE OF TEXAS
    COUNTY OF HARRIS

2                        REPORTER'S CERTIFICATE

3       I, Dana Richardson, a Certified Shorthand Reporter in and

4   for the State of Texas, do certify that this deposition

5   transcript is a true record of the testimony given by the

6   witness named herein, after said witness was duly sworn by me.

7   The witness was requested to review the deposition.

8       I further certify that I am neither attorney or counsel

9   for, related to, nor employed by any parties to the action in

10  which this testimony is taken and, further, that I am not a

11  relative or employee of any counsel employed by the parties

12  hereto or financially interested in the action.

13      I further certify that the amount of time used by each
    party at the deposition is as follows:

14
            Mr. Geoff Howard - 03:47
15          Mr. Greg Lanier - 00:56

16      SUBSCRIBED AND SWORN TO under my hand and seal of office
    on this the   8   day of   December   ,
17  2009   .

18

19

20  _Dana Richardson_____

21          Dana Richardson, CSR
            Texas CSR 5386
22          Expiration:  12/31/11
            Merrill Legal Solutions, Firm No. 210
23          315 Capitol, Suite 100
            Houston, Texas 77002
24          Phone (713) 426-0400
            Fax (713) 426-0600

25

                                                        216