# EXHIBIT 29

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
                                  Plaintiffs, )
                              vs. ) No. 07-CV-1658 (PJH)
                               )
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and )
DOES 1-50, inclusive, )
                              Defendants. )

DEPOSITION OF

ARLEN R. SHENKMAN

VOLUME 2; PAGES 321 - 496

THURSDAY, JUNE 5, 2008

HIGHLY CONFIDENTIAL

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-409545)

ARLEN R. SHENKMAN   June 5, 2008
HIGHLY CONFIDENTIAL

Page 383

| | | |
|---|---|---|
| 10:27:12 | 1 | MR. PICKETT:  Q.  Before I turn to |
| 10:27:13 | 2 | Exhibit 245, let me ask you to look at another page |
| 10:27:15 | 3 | of Exhibit 244.  It's the page ending 021. |
| 10:27:24 | 4 | This is a part of a section under 6.23, |
| 10:27:28 | 5 | Software and Intellectual Property.  These are |
| 10:27:30 | 6 | representations being made by TomorrowNow. |
| 10:27:32 | 7 | A.  Okay. |
| 10:27:32 | 8 | Q.  (c) on that page states that: |
| 10:27:36 | 9 | Schedule 6.23(c) contains a complete and |
| 10:27:40 | 10 | accurate list of all company contracts, |
| 10:27:43 | 11 | excluding off-the-shelf software licenses, |
| 10:27:46 | 12 | pursuant to which the company or any seller |
| 10:27:48 | 13 | is authorized, licensed, permitted or granted |
| 10:27:50 | 14 | any right to exercise any right, title or |
| 10:27:53 | 15 | interest, including, without limitation, the |
| 10:27:57 | 16 | right to use, hold for use, distribute, |
| 10:27:59 | 17 | reproduce, display, perform, modify, enhance, |
| 10:28:03 | 18 | improve, prepare derivative works based upon, |
| 10:28:08 | 19 | make, sell or offer for sale into or under |
| 10:28:11 | 20 | any intellectual property owned by any person |
| 10:28:13 | 21 | other than the company (third-party |
| 10:28:17 | 22 | intellectual property). |
| 10:28:19 | 23 | Why did SAP want to get a complete and |
| 10:28:24 | 24 | accurate list of all contracts authorizing |
| 10:28:28 | 25 | TomorrowNow to use third-party intellectual |

Merrill Legal Solutions
(800) 869-9132

ARLEN R. SHENKMAN   June 5, 2008
HIGHLY CONFIDENTIAL

Page 384

```
10:28:30   1    property?
10:28:32   2        A.   To my knowledge --
10:28:33   3        MR. McDONELL:  Don't disclose privileged
10:28:34   4    information, if there is any, of course.
10:28:37   5        THE WITNESS:  To my knowledge, this is a
10:28:38   6    clause that's in most asset purchase and stock
10:28:41   7    purchase agreements.
10:28:42   8        MR. PICKETT:  Q.  And why is it in most
10:28:44   9    agreements?
10:28:44  10        MR. McDONELL:  Same instruction to you.
10:28:46  11        THE WITNESS:  To obtain a list.
10:28:48  12        MR. PICKETT:  Q.  Well, why do you want to
10:28:50  13    obtain a list?
10:28:51  14        A.   To understand the business.
10:28:52  15        Q.   Aren't you -- isn't it a little more
10:28:54  16    specific than that, Mr. Shenkman?
10:28:56  17             Isn't it that you want to make sure what
10:28:59  18    whatever third-party intellectual property they're
10:29:00  19    using, you as buyer want to know what rights they
10:29:03  20    have to that intellectual property?
10:29:04  21        A.   Yes.
10:29:06  22        Q.   And did TomorrowNow comply with that; that
10:29:10  23    is, providing a complete and accurate list of all of
10:29:13  24    its authorization for third-party intellectual
10:29:15  25    property?
```

ARLEN R. SHENKMAN    June 5, 2008
HIGHLY CONFIDENTIAL

Page 385

| | | |
|---|---|---|
| 10:29:16 | 1 | A. I assume the answer is in here. I don't |
| 10:29:18 | 2 | specifically recall. |
| 10:29:19 | 3 | Q. Let's look at Schedule 6.23(c), which is |
| 10:29:22 | 4 | referenced in that prior paragraph. That's in |
| 10:29:26 | 5 | Exhibit 245, and you have to cross-reference it |
| 10:29:29 | 6 | back, unfortunately, the way it's done. |
| 10:29:33 | 7 | First look at page ending in 102. |
| 10:29:36 | 8 | A. Yep. |
| 10:29:37 | 9 | Q. And you'll see that that schedule, 6.23(c), |
| 10:29:44 | 10 | there's a cross-reference. |
| 10:29:46 | 11 | A. Okay. |
| 10:29:46 | 12 | Q. Do you see that? |
| 10:29:47 | 13 | A. I do. |
| 10:29:47 | 14 | Q. It says, see Schedule 6.20(a)(iv). |
| 10:29:53 | 15 | Correct? |
| 10:29:54 | 16 | A. Yes. |
| 10:29:55 | 17 | Q. All right. Let's look at 6.20(a)(iv). |
| 10:29:58 | 18 | That's on page ending 083. You got to love the |
| 10:30:10 | 19 | corporate lawyers. |
| 10:30:12 | 20 | If you look at 6.20(a)(iv), you'll see |
| 10:30:16 | 21 | there are two software contracts listed. Correct? |
| 10:30:21 | 22 | A. I'm sorry. In (iv)? Yes. |
| 10:30:24 | 23 | Q. And what are those two contracts? |
| 10:30:26 | 24 | MR. McDONELL: Can you bear with me one |
| 10:30:28 | 25 | minute while I catch up? Oh, okay. Thank you. |

```
10:30:36   1         MR. PICKETT:  Q.  There are two contracts
10:30:36   2    listed.  Do you see that?
10:30:38   3         A.   Yes.
10:30:38   4         Q.   And they are a 2004 contract between
10:30:40   5    TomorrowNow and Micro Focus, a Server Express
10:30:48   6    development license; and a 2002 agreement between
10:30:53   7    TomorrowNow and Micro Focus to obtain NetExpress
10:31:00   8    from Micro Focus.
10:31:02   9         Do you see that?
10:31:03  10         A.   Yes.
10:31:03  11         Q.   And that's the entirety of the contracts
10:31:09  12    that TomorrowNow held to authorize it to use
10:31:15  13    third-party intellectual property.  Correct?
10:31:18  14         MR. McDONELL:  Argumentative, calls for a
10:31:19  15    legal conclusion.
10:31:20  16         THE WITNESS:  That is what it says.
10:31:21  17
10:31:24  18
10:31:27  19
10:31:29  20
10:31:31  21
10:31:33  22
10:31:38  23
10:31:43  24
10:31:48  25
```

```
13:16:56   1
13:16:57   2
13:16:58   3
13:17:01   4
13:17:04   5
13:17:04   6
13:17:04   7          Q.  If SAP found that TomorrowNow was
13:17:07   8   performing illegal downloads and infringing IP, did
13:17:10   9   SAP have the ability to terminate that activity?
13:17:13  10          MR. McDONELL:  Calls for a legal
13:17:13  11   conclusion, improper hypothetical, calls for
13:17:17  12   speculation.
13:17:20  13          THE WITNESS:  It is my understanding of
13:17:21  14   corporate law that the shareholder of an entity has
13:17:23  15   control over that entity and can appoint a board of
13:17:26  16   directors as well as a management team.
13:17:28  17          MR. PICKETT:  Q.  Well, it was more than a
13:17:29  18   shareholder, SAP.  It had a majority on the board of
13:17:32  19   directors.  Correct?
13:17:33  20          A.  I think that's irrelevant.
13:17:34  21          Q.  So the board of directors wouldn't have the
13:17:36  22   ability to terminate illegal activity under your
13:17:39  23   view?
13:17:39  24          MR. McDONELL:  Calls for a legal
13:17:39  25   conclusion.  Object to the form of the question.
```

ARLEN R. SHENKMAN    June 5, 2008
HIGHLY CONFIDENTIAL

Page 494

13:17:41  1          THE WITNESS: No. My point is, is that the
13:17:43  2   company, again, going back to corporate governance
13:17:46  3   and law, a company that owns 100 percent of a
13:17:49  4   company can appoint -- or, you know, can appoint a
13:17:52  5   brothers or not appoint a board of directors. It's
13:17:55  6   up to the shareholder.
13:17:56  7          MR. PICKETT: Q. And then the board can
13:17:57  8   take action?
13:17:58  9      A. That would be true.
13:17:58 10      Q. And that's what SAP did. It was the
13:18:00 11   shareholder, and then it appointed the board of
13:18:02 12   directors?
13:18:02 13      A. That would be true.
13:18:09 14
13:18:10 15
13:18:13 16
13:18:15 17
13:18:20 18
13:18:22 19
13:18:25 20
13:18:30 21
13:18:32 22
13:18:35 23
13:18:36 24
13:18:38 25

```
 1                    CERTIFICATE OF REPORTER
 2           I, HOLLY THUMAN, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell the
 5   truth, the whole truth, and nothing but the truth in the
 6   within-entitled cause; that said deposition was taken
 7   down in shorthand by me, a disinterested person, at the
 8   time and place therein stated, and that the testimony of
 9   the said witness was thereafter reduced to typewriting,
10   by computer, under my direction and supervision;
11           That before completion of the deposition,
12   review of the transcript [X] was [ ] was not requested.
13   If requested, any changes made by the deponent (and
14   provided to the reporter) during the period allowed are
15   appended hereto.
16           I further certify that I am not of counsel or
17   attorney for either or any of the parties to the said
18   deposition, nor in any way interested in the event of
19   this cause, and that I am not related to any of the
20   parties thereto.
21
22         DATED    6/9/08
23
24                                _____
25                                HOLLY THUMAN, CSR No. 6834
```

# Corrections to the Transcript of the Deposition of

## Arlen Shenkman

Taken on June 4, 2008

Volume 1, Pages 1-320

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 15 | 4 | TARGETING | MARKETING |
| 44 | 21 | WALLACE | WALLIS |
| 68 | 8 | BEGIN | BEGUN |

_____          7/1/08
Witness Signature                  Date

MPI-32042v1