# EXHIBIT 30

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
                                   )
            Plaintiffs,            )
                                   )
      vs.                          )  No. 07-CV-1658 (PJH)
                                   )
SAP AG, a German corporation,      )
SAP AMERICA, INC., a Delaware      )
corporation, TOMORROWNOW,          )
INC., a Texas corporation, and    )
DOES 1-50, inclusive,              )
                                   )
            Defendants.            )
                                   )

VIDEOTAPED DEPOSITION OF

JOCHEN SCHOLTEN

MONDAY, NOVEMBER 30, 2009

HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-424454)

```
10:19:47   1
10:19:50   2
10:19:53   3
10:19:56   4
10:20:02   5
10:20:05   6
10:20:06   7
10:20:08   8
10:20:08   9
10:20:10  10
10:20:12  11
10:20:15  12
10:20:17  13
10:20:18  14
10:20:20  15
10:20:22  16
10:20:26  17
10:20:29  18
10:20:30  19
10:20:31  20
10:20:51  21
10:20:55  22
10:20:55  23
10:20:56  24         MS. HANN:   Q.   Exhibit 1786 is an email
10:20:58  25    chain.   It is Bates labeled SAP-OR00847764
```

| Time | # | |
|---|---|---|
| 10:21:04 | 1 | through -67.  The top email is from Alex Lamar, |
| 10:21:10 | 2 | March 14, 2006, to Georg Schraeder.  The subject is, |
| 10:21:14 | 3 | Re:  Oracle Database Licenses. |
| 10:21:17 | 4 | Do you have Exhibit 1786 in front of you? |
| 10:21:20 | 5 | A.  Yes. |
| 10:21:21 | 6 | Q.  You are not copied on the top email. |
| 10:21:25 | 7 | However, starting about a third of the way down on |
| 10:21:28 | 8 | the first page, there is an email to you. |
| 10:21:35 | 9 | Have you seen it before? |
| 10:21:43 | 10 | A.  Yes. |
| 10:21:45 | 11 | Q.  Is this the request you were referring to |
| 10:21:46 | 12 | before from Mr. -- that was forwarded to you by |
| 10:21:49 | 13 | Mr. Schraeder? |
| 10:21:50 | 14 | A.  Yes. |
| 10:21:53 | 15 | Q.  And you recall receiving this? |
| 10:21:56 | 16 | A.  Yes. |
| 10:21:57 | 17 | |
| 10:22:00 | 18 | |
| 10:22:08 | 19 | |
| 10:22:12 | 20 | |
| 10:22:12 | 21 | |
| 10:22:13 | 22 | |
| 10:22:15 | 23 | |
| 10:22:16 | 24 | |
| 10:22:17 | 25 | |

```
1                    CERTIFICATE OF REPORTER
2           I, HOLLY THUMAN, a Certified Shorthand
3   Reporter, hereby certify that the witness in the
4   foregoing deposition was by me duly sworn to tell the
5   truth, the whole truth, and nothing but the truth in the
6   within-entitled cause; that said deposition was taken
7   down in shorthand by me, a disinterested person, at the
8   time and place therein stated, and that the testimony of
9   the said witness was thereafter reduced to typewriting,
10  by computer, under my direction and supervision;
11          That before completion of the deposition,
12  review of the transcript [X] was [ ] was not requested.
13  If requested, any changes made by the deponent (and
14  provided to the reporter) during the period allowed are
15  appended hereto.
16          I further certify that I am not of counsel or
17  attorney for either or any of the parties to the said
18  deposition, nor in any way interested in the event of
19  this cause, and that I am not related to any of the
20  parties thereto.
21
22          DATED December 3rd, 2009.
23
24                                    _____
25                                    HOLLY THUMAN, CSR No. 6834
```

Page   Line

_____   _____   Change:_____

Reason:_____

_____   _____   Change:_____

Reason:_____

_____   _____   Change:_____

Reason:_____

_____   _____   Change:_____

Reason:_____

_____   _____   Change:_____

Reason:_____

_____   _____   Change:_____

Reason:_____

_____   _____   Change:_____

Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

_____          _____
(signature)                             (date)