# EXHIBIT 31

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Civil Action No. 3:07-CV-01658 (PJH)

ORACLE CORPORATION, a Delaware corporation, ORACLE
USA, INC., a Colorado corporation, and ORACLE
INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a
Delaware corporation, TOMORROWNOW, INC., a Texas
corporation, and DOES 1-50, inclusive,

Defendants.

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEOTAPE DEPOSITION OF: PETER SURETTE
June 19, 2009

---

PURSUANT TO NOTICE, the videotape deposition of PETER SURETTE was taken on behalf of the Plaintiff at 16455 East 40th Circle, Aurora, Colorado 80111, on June 19, 2009, at 11:36 a.m., before Sandra L. Bray, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public within Colorado.

Case4:07-cv-01658-PJH   Document657-31   Filed03/03/10   Page3 of 12
PETER SURETTE      June 19, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 21

11:52:41  1
11:52:44  2
11:52:46  3
11:52:48  4
11:52:51  5
11:52:55  6
11:52:56  7             Q.   Yes.  I'm particularly interested in
11:53:00  8   rules that would relate to Oracle's intellectual
11:53:03  9   property.  Were there any rules in place at
11:53:06  10  TomorrowNow relevant to how you were supposed to be
11:53:11  11  conducting downloads with respect to Oracle's
11:53:15  12  intellectual property --
11:53:16  13             MR. FUCHS:  Objection, form.
11:53:18  14        Q.   -- prior to the litigation?
11:53:20  15            MR. FUCHS:  Objection, form.
11:53:21  16        A.   The number one rule that we observed --
11:53:25  17  we never varied from it -- we never downloaded after
11:53:28  18  the maintenance end date.  That was the golden rule as
11:53:30  19  we saw it.
11:53:36  20        Q.   (BY MR. HOWARD)  Were there any other
11:53:38  21  rules that you recall?
11:53:38  22        A.   That was the main one.  I mean the clock
11:53:42  23  is ticking and we have to finish before the strike of
11:53:47  24  midnight on that day, and that was the one rule we
11:53:54  25  never varied from.

```
14:35:47   1
14:35:52   2
14:35:54   3
14:35:59   4
14:36:03   5              MR. HOWARD:  We'll mark it as Exhibit
14:36:05   6   1459, an e-mail dated March 21, 2006 from Pete Surette
14:36:17   7   to Mark Kreutz, copy to Laura Sweetman and Keith
14:36:21   8   Shankle, with an attachment:  OneWorld Download Change
14:36:35   9   Assistant Client.doc.
14:36:38  10              (Deposition Exhibit 1459 was marked.)
14:36:53  11        Q.    (BY MR. HOWARD)  So is Exhibit 1459 the
14:36:56  12   document that you worked on or drafted to walk a
14:37:03  13   TomorrowNow employee through the process of obtaining
14:37:07  14   OneWorld downloads from Oracle using Change Assistant?
14:37:11  15        A.    Let me read it.
14:37:14  16              (Deponent perused the exhibit.)
14:39:27  17        A.    I believe the question was is this
14:39:29  18   document something that was used to train TomorrowNow
14:39:32  19   employees how to download.  Now, this was intended to
14:39:36  20   train customers how to download.
14:39:37  21        Q.    Okay.  Was there a similar document that
14:39:39  22   was created for TomorrowNow employees?
14:39:41  23        A.    There could have been.
14:39:48  24        Q.    Was this sent to customers?
14:39:49  25        A.    It was drafted with the intent to be
```

14:39:53  1   sent to customers.  I can't say that it ever was.
14:40:18  2
14:40:21  3
14:40:27  4
14:40:28  5
14:40:32  6
14:40:32  7
14:40:50  8
14:40:54  9
14:40:57 10
14:41:01 11
14:41:04 12
14:41:08 13
14:41:11 14
14:42:10 15
14:42:14 16
14:42:17 17
14:42:29 18
14:42:33 19
14:42:38 20
14:42:41 21
14:42:43 22
14:42:44 23
14:42:49 24
14:42:53 25

```
14:48:28   1
14:48:32   2
14:48:34   3
14:48:36   4
14:48:36   5
14:48:39   6
14:48:42   7
14:48:44   8
14:48:46   9
14:48:47  10
14:48:47  11
14:48:56  12
14:48:57  13
14:48:58  14
14:49:04  15
```

14:49:05 16        Q.   Exhibit 1461 is an e-mail that forwards
14:49:23 17   from Laura Sweetman to Greg Nelson at the bottom the
14:49:29 18   document that we saw as Exhibit 1459, the instruction
14:49:36 19   set that you said was prepared to send to customers.
14:49:40 20        A.   Okay.
14:49:40 21        Q.   So on April 21st, 2006, you sent it to
14:49:48 22   Mark Kreutz and Laura Sweetman and Keith Shankle.  On
14:49:51 23   April 25th, 2006 at the bottom, she forwards it to
14:49:56 24   Greg Nelson and asks for his view about it, and then
14:50:07 25   he responds in the middle of the e-mail to Laura

14:50:10  1   Sweetman.  Do you see that?
14:50:12  2        A.   Yes.
14:50:12  3        Q.   And then she forwards that response at
14:50:16  4   the top to Mr. Kreutz, to you, and to Mr. Shankle on
14:50:20  5   April 26th, 2006.  Do you see that?
14:50:24  6        A.   Yes.
14:50:24  7        Q.   So you received Mr. Nelson's response to
14:50:29  8   the document as he writes it here on April 25th, 2006.
14:50:34  9   Do you recall getting it?
14:50:34 10        A.   No, I don't.
14:50:35 11        Q.   And do you see in reading his response
14:50:40 12   that he approves of and comments on specifically the
14:50:50 13   click-through on the license agreement portion of the
14:50:51 14   Change Assistant instruction manual?
14:51:10 15        A.   I see that.
14:51:10 16        Q.   Okay.  Does that refresh your
14:51:14 17   recollection that Mr. Nelson was fully aware that the
14:51:18 18   Change Assistant tool had as a part of its process an
14:51:24 19   agreement to terms of use and license agreement?
14:51:27 20        A.   That certainly implies that he does,
14:51:31 21   yes.
14:51:57 22
14:52:02 23
14:52:06 24
14:52:08 25

```
15:56:46   1
15:56:46   2
15:56:58   3
15:56:59   4
15:57:07   5
15:57:10   6
15:57:12   7
15:57:13   8            Q.   (BY MR. HOWARD)  We talked earlier about
15:57:22   9   downloads that happened from time to time after a
15:57:27  10   customer's maintenance end date, and I wanted to show
15:57:29  11   you one e-mail on that topic.
15:57:37  12            MR. HOWARD:  Exhibit 1474 is an e-mail
15:57:40  13   exchange between Mark DeLing and Pete Surette and Mark
15:57:44  14   Kreutz at the top, dated October 23rd, 2006.
15:57:52  15            (Deposition Exhibit 1474 was marked.)
15:58:18  16            (Deponent perused the exhibit.)
15:58:30  17       Q.   (BY MR. HOWARD)  At the bottom of
15:58:31  18   Exhibit 1474, Mark DeLing e-mails you on October 23rd,
15:58:39  19   2006; is that right?
15:58:40  20       A.   That's what it says here, yes.
15:58:42  21       Q.   And who is Mark DeLing?
15:58:44  22       A.   I believe he was Desmond Harris' boss.
15:58:51  23       Q.   He says, "Pete, you had mentioned that
15:58:54  24   there were cases where you have seen files that were
15:58:56  25   downloaded the day after an MED," meaning maintenance
```

| | | |
|---|---|---|
| 15:59:00 | 1 | end date? |
| 15:59:01 | 2 | A.   Yes. |
| 15:59:01 | 3 | Q.   "I would be interested in seeing a |
| 15:59:03 | 4 | customer that has those.  If you're able to, please |
| 15:59:07 | 5 | let let (sic) me know of an example like that."  Then |
| 15:59:15 | 6 | you respond and you say -- your response is at the top |
| 15:59:18 | 7 | of Exhibit 1474? |
| 15:59:20 | 8 | A.   Yes. |
| 15:59:20 | 9 | Q.   You say, "Here's the path to one such |
| 15:59:23 | 10 | customer.  Look at the various electronic software |
| 15:59:27 | 11 | update folders."  And the customer is MKS; is that |
| 15:59:36 | 12 | right? |
| 15:59:36 | 13 | A.   It would appear to be so by that file |
| 15:59:39 | 14 | path. |
| 15:59:40 | 15 | Q.   Did you at some point have a list of |
| 15:59:43 | 16 | customers where you had seen that there were downloads |
| 15:59:46 | 17 | after the maintenance end date? |
| 15:59:48 | 18 | A.   It wasn't -- no, I never had a list of |
| 15:59:51 | 19 | customers. |
| 15:59:52 | 20 | Q.   Do you remember how you identified this |
| 15:59:57 | 21 | particular path to provide to Mr. DeLing at his |
| 16:00:01 | 22 | request? |
| 16:00:01 | 23 | A.   I was able to provide the path most |
| 16:00:04 | 24 | likely because I did an audit on this customer the day |
| 16:00:07 | 25 | after their downloads were done. |

PETER SURETTE        June 19, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 143

| | | |
|---|---|---|
| 16:00:10 | 1 | Q. Are you able to estimate how many |
| 16:00:12 | 2 | customers you think had downloads that were obtained |
| 16:00:17 | 3 | after their maintenance end date? |
| 16:00:19 | 4 | A. I could estimate. |
| 16:00:20 | 5 | Q. What is your estimate? |
| 16:00:23 | 6 | A. Be less than five. |
| 16:00:24 | 7 | Q. And would that include Praxair and |
| 16:00:27 | 8 | Koontz-Wagner or exclude them? |
| 16:00:29 | 9 | A. Include them. |
| 16:00:34 | 10 | Q. And did you audit each customer that was |
| 16:00:42 | 11 | downloaded on the OneWorld side for downloads after |
| 16:00:46 | 12 | the maintenance end date? |
| 16:00:47 | 13 | A. Yes. |
| 16:00:47 | 14 | |
| 16:00:49 | 15 | |
| 16:00:50 | 16 | |
| 16:00:51 | 17 | |
| 16:00:54 | 18 | |
| 16:00:55 | 19 | |
| 16:00:55 | 20 | |
| 16:01:03 | 21 | |
| 16:01:06 | 22 | |
| 16:01:06 | 23 | |
| 16:01:11 | 24 | |
| 16:01:12 | 25 | |

Case4:07-cv-01658-PJH Document657-31 Filed03/03/10 Page11 of 12

154

## REPORTER'S CERTIFICATE

STATE OF COLORADO        )
                         ) ss.
CITY AND COUNTY OF DENVER )

    I, SANDRA L. BRAY, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public, State of Colorado, do hereby certify that previous to the commencement of the examination, the said PETER SURETTE was duly sworn by me to testify to the truth in relations to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

    I further certify that I am not employed by, related to, nor of counsel for any of the parties herein nor otherwise interested in the outcome of this litigation.

    IN WITNESS WHEREOF, I have affixed my signature this <u>23rd</u> of <u>June</u>, 2009.

    My commission expires January 16, 2012.

__X__   Reading and Signing was requested.
_____   Reading and Signing was waived.
_____   Reading and Signing is not required.

*Sandra L. Bray*
Sandra L. Bray, RMR, CRR, RDR
Certified Realtime Reporter

SANDRA L. BRAY
NOTARY PUBLIC
STATE OF COLORADO

# Corrections to the Transcript of the Deposition of

# PETER SURETTE

# Taken on June 19, 2009

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
|      |         |       |             |

_____   7-31-09
**Witness Signature**           **Date**