# EXHIBIT 32

Dockets.Justia.com

```
            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
               SAN FRANCISCO DIVISION
```

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>VS.<br><br>SAP AG, a German corporation SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 07-CV-0658<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

ORAL/VIDEO DEPOSITION OF

JOSH TESTONE

JUNE 3, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   ORAL/VIDEO DEPOSITION OF JOSH TESTONE, produced as a witness at the instance of the Plaintiffs, was duly sworn, was taken in the above-styled and numbered cause on the JUNE 3, 2009, from 8:33 a.m. to 12:52 p.m., before Chris Carpenter, CSR, in and for the State of Texas, reported by machine shorthand, at the Rotunda

19    Q.   (By Ms. Hann)   Exhibit 1413 is an e-mail
20  chain.  It's Bates labeled TN-OR 00655671 through -72.
21  The top e-mail is from Andrew Nelson to Bob Geib,
22  G-E-I-B.  It is dated November 7th, 2005.  The subject
23  is, "Re:  TomorrowNow wins Waste Management, Inc.
24  Company Confidential."  Do you have that document in
25  front of you?

1    A.    Yes, ma'am.

2    Q.    Looking down at the e-mail that begins midway
3 through a page that ends in -71, underneath the Waste
4 Management logo, turning to the page that ends in -72,
5 the first full paragraph at top of the page, it begins,
6 "So who made this happen?" It describes some work, and
7 then it begins, "Continuing the battle, we moved into
8 August. Dave went to Houston and met with the support
9 team, and we learned that Waste had not paid their
10 maintenance bill to Oracle. That made us very nervous,
11 and we called on Greg Nelson's team that was brought in,
12 and specifically Josh Testone, who worked with WMI to
13 guide them in downloading all available releases and
14 fixes, a critical at-risk step in our onboarding
15 process." Do you see that?

16    A.    Yes.

17    Q.    Do you recall working with Waste Management to
18 guide them in downloading all available releases and
19 fixes?

20         MR. WILKES:  Objection, form.

21    A.    I recall working with them to download some
22 piece of what they needed. I don't know if it was
23 everything or not.

24
25

163

1  _____, 2009; and if returned, the original

2  transcript will forwarded to Bree Hann, the custodial

3  attorney;

4     That the amount of time used by each party at the

5  deposition is as follows:

6     Ms. Hann:   3 hours, 14 minutes

7     I further certify that I am neither counsel for,

8  related to, nor employed by any of the parties or

9  attorneys in the action in which this proceeding was

10  taken, and further that I am not financially or

11  otherwise interested in the outcome of the action.

12     Certified to by me this  8th  day of  June  ,

13  2009.

14

15

16     Chris Carpenter, Texas CSR 1151
     Expiration Date:  12/31/2010
17     805 W. 10th Street
     Austin, TX  78701
     (512)478-2762

18

19  Firm Registration No. 17

# Merrill Legal Solutions



**MERRILL CORPORATION**

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making changes and /or corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

Please read your transcript carefully. If you find any errors or changes you wish to make, insert the changes and/or corrections on the errata sheet by listing the page and the line number reference and then the change you wish to make.

Please do not make any changes and /or corrections on the face of the transcript.

Please do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line and return the Errata sheets to Merrill Legal Solutions at 135 Main Street, 4th Floor, San Francisco, CA 94105 or fax them to (415) 357.4301.

### ERRATA SHEET

Page    Line

____    ____    Change:_____

                Reason:_____

____    ____    Change:_____

                Reason:_____

____    ____    Change:_____

                Reason:_____

Page   Line

____   ____   Change:_____

Reason:_____

____   ____   Change:_____

Reason:_____

____   ____   Change:_____

Reason:_____

____   ____   Change:_____

Reason:_____

____   ____   Change:_____

Reason:_____

____   ____   Change:_____

Reason:_____

____   ____   Change:_____

Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

__X__ No changes have been made. I certify that the transcript is true and correct.

_____           _7/9/09_____
(signature)                          (date)