# EXHIBIT 33

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ORACLE CORPORATION, a Delaware )
corporation, ORACLE USA, INC., a )
Colorado corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
    Plaintiffs, )
     )
     )
vs. ) CASE NO. 07-CV-01658 (MJJ)
     )
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, INC., a )
Texas corporation, and DOES 1-50,)
inclusive, )
    Defendants. )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"

ORAL VIDEOTAPED DEPOSITION

WILLIAM R. THOMAS

DECEMBER 4, 2009

    ORAL VIDEOTAPED DEPOSITION OF WILLIAM R. THOMAS, produced

as a witness at the instance of the Plaintiffs and duly sworn,

was taken in the above-styled and numbered cause on the 4th

day of December, 2009, from 7:00 a.m. to 9:47 a.m., before

Dana Richardson, Certified Shorthand Reporter in and for the

State of Texas, reported by computerized stenotype machine at

the Hilton Hotel & Conference Center, 801 University Drive

East, College Station, Texas 77840, pursuant to the Federal

Rules of Civil Procedure and the provisions stated on the

record or attached hereto.

    Job No. 1603-93515

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 6

| | | |
|---|---|---|
| 07:02:29 | 1 | |
| 07:02:33 | 2 | |
| 07:02:37 | 3 | |
| 07:02:39 | 4 | |
| 07:02:42 | 5 | |
| 07:02:44 | 6 | |
| 07:02:46 | 7 | |
| 07:02:51 | 8 | |
| 07:02:59 | 9 | |
| 07:03:01 | 10 | |
| 07:03:03 | 11 | |
| 07:03:03 | 12 | |
| 07:03:05 | 13 | |
| 07:03:09 | 14 | |
| 07:03:14 | 15 | |
| 07:03:21 | 16 | Q.   Do you have an understanding as to whether and how |
| 07:03:26 | 17 | Oracle's database software was used by TomorrowNow? |
| 07:03:26 | 18 | A.   Yes. |
| 07:03:29 | 19 | Q.   What is that understanding? |
| 07:03:33 | 20 | A.   It was used primarily by the PeopleSoft team to |
| 07:03:37 | 21 | support customers. |
| 07:03:41 | 22 | |
| 07:03:44 | 23 | |
| 07:03:47 | 24 | |
| | 25 | |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 8

| | | |
|---|---|---|
| 07:05:41 | 1 | |
| 07:05:44 | 2 | |
| 07:05:51 | 3 | |
| 07:05:54 | 4 | |
| 07:05:57 | 5 | |
| 07:06:06 | 6 | |
| 07:06:08 | 7 | |
| 07:06:09 | 8 | |
| 07:06:10 | 9 | |
| 07:06:15 | 10 | |
| 07:06:17 | 11 | |
| 07:06:23 | 12 | |
| 07:06:26 | 13 | |
| 07:06:30 | 14 | |
| 07:06:32 | 15 | |
| 07:06:34 | 16 | |
| 07:06:39 | 17 | |
| 07:06:42 | 18 | |
| 07:06:42 | 19 | |
| 07:06:45 | 20 | |
| 07:06:48 | 21 | |
| 07:06:53 | 22 | |
| 07:06:57 | 23 | |
| 07:07:05 | 24 | Q.   What -- can you tell me what the source was of each |
| | 25 | of the server-installed instances of Oracle database software |

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 9

| | | |
|---|---|---|
| 07:07:13 | 1 | that existed on TomorrowNow systems? |
| 07:07:16 | 2 |     A.   The source for the installation files? |
| 07:07:17 | 3 |     Q.   Right. |
| 07:07:18 | 4 |     A.   Is that the question? |
| 07:07:21 | 5 |         From my understanding in speaking with John |
| 07:07:24 | 6 | Baugh, he had downloaded those from the Oracle technology |
| 07:07:25 | 7 | website. |
| 07:07:29 | 8 |     Q.   Other than the software that John Baugh downloaded |
| 07:07:35 | 9 | from the Oracle technology website, did TomorrowNow obtain |
| 07:07:39 | 10 | Oracle database software that it installed on its systems from |
| 07:07:40 | 11 | any other source? |
| 07:07:55 | 12 |     A.   No, not that I'm aware. |
| 07:07:58 | 13 |     Q.   And are you aware of any license that TomorrowNow had |
| 07:08:02 | 14 | to any Oracle database software? |
| 07:08:02 | 15 |     A.   Yes. |
| 07:08:04 | 16 |     Q.   What are you aware of? |
| 07:08:05 | 17 |     A.   The development license. |
| 07:08:08 | 18 |     Q.   That would be the license that Mr. Baugh clicked on |
| 07:08:12 | 19 | when he downloaded the software originally from the Oracle |
| 07:08:13 | 20 | website? |
| 07:08:15 | 21 |     A.   I'm not sure exactly if it was clicked on; but after |
| 07:08:19 | 22 | speaking with John Baugh, I believe that's -- that's how he |
| 07:08:20 | 23 | got the license. |
| 07:08:27 | 24 |     Q.   But it was the license that -- that was a development |
| | 25 | license that covered the Oracle database software that he |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 10

| | | |
|---|---|---|
| 07:08:38 | 1 | downloaded and then was later used for all of the |
| 07:08:41 | 2 | installations at TomorrowNow? |
| 07:08:42 | 3 | MR. FUCHS:  Objection, form. |
| 07:08:45 | 4 | A.   I don't believe it was a single install.  I don't -- |
| 07:08:49 | 5 | the way you phrased it, it sounded like you said one install |
| 07:08:51 | 6 | for all installations, I believe. |
| 07:08:52 | 7 | Q.   (BY MR. HOWARD)  Yeah, I didn't -- I didn't mean to |
| 07:08:53 | 8 | say that. |
| 07:08:54 | 9 | A.   Okay.  I'm sorry. |
| 07:08:57 | 10 | Q.   Working out there early in the morning -- |
| 07:08:59 | 11 | A.   I understand. |
| 07:09:02 | 12 | Q.   So, just to back up, is it your understanding that |
| 07:09:08 | 13 | for all installed instances of Oracle's database software, the |
| 07:09:11 | 14 | only license that TomorrowNow had for any of those installed |
| 07:09:14 | 15 | instances was a development license? |
| 07:09:15 | 16 | A.   Yes. |
| 07:09:19 | 17 | Q.   And is it your understanding that that -- that the |
| 07:09:23 | 18 | development licenses that applied to all of those installed |
| 07:09:26 | 19 | instances were the ones that Mr. Baugh obtained through the |
| 07:09:29 | 20 | original download that he performed? |
| 07:09:34 | 21 | A.   Yes. |
| 07:09:37 | 22 | |
| 07:09:44 | 23 | |
| 07:09:48 | 24 | |
| | 25 | |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 13

| | | |
|---|---|---|
| 07:12:59 | 1 | |
| 07:13:01 | 2 | |
| 07:13:10 | 3 | |
| 07:13:12 | 4 | |
| 07:13:17 | 5 | |
| 07:13:20 | 6 | |
| 07:13:23 | 7 | |
| 07:13:29 | 8 | |
| 07:13:30 | 9 | |
| 07:13:33 | 10 | |
| 07:13:34 | 11 | |
| 07:13:39 | 12 | |
| 07:13:40 | 13 | |
| 07:13:43 | 14 | |
| 07:13:47 | 15 | |
| 07:13:49 | 16 | |
| 07:13:51 | 17 | |
| 07:13:53 | 18 | |
| 07:14:02 | 19 | Q.   What did you speak with Mark White about? |
| 07:14:05 | 20 | A.   We basically covered the documents that I was going |
| 07:14:10 | 21 | over for -- in preparation, the e-mails, the interrogatories |
| 07:14:15 | 22 | and the -- the Oracle software and licensing. |
| 07:14:18 | 23 | Q.   What did you talk to him about with respect to the |
| 07:14:21 | 24 | Oracle software and licensing? |
| | 25 | A.   Is -- the question was -- was raised as to, with |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 14

| | | |
|---|---|---|
| 07:14:34 | 1 | TomorrowNow, once he was in his -- his executive role there |
| 07:14:40 | 2 | and on site, if he was aware of the development licenses that |
| 07:14:46 | 3 | were being used; and -- and I'm sure there were a few other |
| 07:14:51 | 4 | topics that I can't recall right off the top of my head. |
| 07:14:53 | 5 | Q.   What did he say about whether he was aware of the |
| 07:14:57 | 6 | development licenses that were in use by TomorrowNow for |
| 07:14:58 | 7 | Oracle database software? |
| 07:15:02 | 8 | A.   He said he did speak to someone.  He couldn't recall |
| 07:15:07 | 9 | exactly who or what the context was or the time frame; but he |
| 07:15:10 | 10 | did know that at some point in time, once he had stepped in, |
| 07:15:17 | 11 | that he learned that we had a development license. |
| 07:15:22 | 12 | Q.   Did he tell you whether he thought the development |
| 07:15:24 | 13 | license was adequate to cover the nature of TomorrowNow's use |
| 07:15:26 | 14 | of the Oracle database software? |
| 07:15:29 | 15 | A.   We asked that specific question and he said, |
| 07:15:36 | 16 | honestly, at that point in time, you know, what was in place |
| 07:15:40 | 17 | was already in place and he was concerned with moving forward |
| 07:15:47 | 18 | with the company and really didn't give it -- I mean, it |
| 07:15:56 | 19 | wasn't a major priority for him at the time. |
| 07:15:58 | 20 | Q.   Did he answer your question as to whether or not the |
| 07:16:02 | 21 | development licenses were adequate to -- in his view, at the |
| 07:16:05 | 22 | time to cover TomorrowNow's use of the Oracle database |
| 07:16:10 | 23 | software in its ongoing operations? |
| 07:16:14 | 24 | A.   As I sit here right now, I can't recall specifically. |
| | 25 | If -- if it clicks later, I'm definitely let you know. |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 15

| Time | # | Text |
|---|---|---|

07:16:21  1    Q.    But he did confirm to you he was aware that

07:16:24  2  TomorrowNow was using Oracle's database software to support

07:16:27  3  its customers under a development license?

07:16:30  4    A.    Yes.

07:16:34  5    Q.    And he did confirm to you that with the other things

07:16:38  6  that he had going on, taking over TomorrowNow, that dealing

07:16:44  7  with that situation wasn't his highest priority?

07:16:45  8    A.    Well, I don't know if it was -- if he viewed it as a

07:16:48  9  situation.  He may have thought it was -- it was fine to run

07:16:52  10  under a development license, and that's why it was never an

07:16:52  11  issue.

07:16:54  12    Q.    Well, did he tell you that he thought it was fine to

07:16:57  13  run under a development license?

07:17:07  14    A.    He didn't say that specifically.

07:17:10  15    Q.    You said, "He was concerned with moving forward with

07:17:14  16  the company and really didn't give it -- I mean, it wasn't a

07:17:16  17  majority priority for him at the time."

07:17:17  18                That's what he told you?

07:17:22  19    A.    Well, yeah.  I'm paraphrasing, of course, and just

07:17:26  20  recalling from memory.  I can't say verbatim that that's

07:17:28  21  exactly what he said.

07:17:29  22    Q.    Sure.  But that's your best recollection?

07:17:31  23    A.    That's my best recollection, yes.

07:17:36  24

25

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 16

07:17:46   1
07:17:50   2
07:17:53   3
07:17:58   4
07:18:04   5
07:18:05   6
07:18:18   7
07:18:22   8
07:18:23   9
07:18:24   10
07:18:28   11      Q.   Did you review the terms of the development license
07:18:30   12   as part of your preparation?
07:18:33   13      A.   There is an e-mail that had the terms in it that I
07:18:34   14   read through, yes.
07:18:38   15      Q.   That's an e-mail from George Lester to Greg Nelson?
07:18:40   16      A.   I -- I believe so.  I would have to look at the
07:18:43   17   document, but that sounds correct.
07:18:45   18      Q.   When you -- when you read that e-mail, you understood
07:18:49   19   it to be a recitation of the terms of the development license?
07:18:56   20      A.   Yes.
07:19:01   21
07:19:03   22
07:19:05   23
07:19:06   24
           25

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 22

| | | |
|---|---|---|
| 07:26:46 | 1 | |
| 07:26:50 | 2 | |
| 07:26:52 | 3 | Q.   Do you agree that the database -- Oracle's database |
| 07:26:57 | 4 | software was being used by TomorrowNow to help generate |
| 07:27:05 | 5 | revenue for TomorrowNow? |
| 07:27:09 | 6 | A.   I -- I can say it was a component used to create the |
| 07:27:18 | 7 | patches and fixes for the customers, which I would assume, in |
| 07:27:25 | 8 | turn, generates revenue. |
| 07:27:30 | 9 | Q.   Was the Oracle database software at TomorrowNow used |
| 07:27:37 | 10 | to develop any applications? |
| 07:27:43 | 11 | A.   Not that I'm aware of. |
| 07:27:46 | 12 | Q.   Was the Oracle database software installed at |
| 07:27:52 | 13 | TomorrowNow used to develop any prototypes of any |
| 07:27:53 | 14 | applications? |
| 07:27:56 | 15 | A.   Not that I'm aware of, no. |
| 07:28:02 | 16 | |
| 07:28:07 | 17 | |
| 07:28:11 | 18 | |
| 07:28:17 | 19 | |
| 07:28:17 | 20 | |
| 07:28:25 | 21 | |
| 07:28:34 | 22 | |
| 07:28:38 | 23 | |
| 07:28:39 | 24 | |
| | 25 | |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 23

07:28:45   1
07:28:49   2
07:28:53   3
07:28:54   4
07:28:55   5
07:28:57   6
07:29:00   7
07:29:03   8
07:29:04   9
07:29:08  10
07:29:12  11
07:29:23  12
07:29:28  13
07:29:29  14
07:29:35  15
07:29:39  16
07:29:45  17
07:29:47  18
07:29:47  19
07:29:47  20
07:29:49  21
07:29:51  22
07:29:51  23
07:29:54  24         Q.   Was any of that software installed on more than one
          25     computer at TomorrowNow?

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

| | | |
|---|---|---|
| 07:29:59 | 1 | A.   Yes. |
| 07:30:01 | 2 | Q.   Was all of it installed on more than one computer? |
| 07:30:03 | 3 | A.   I -- I couldn't say all of it was installed. |
| 07:30:06 | 4 | Q.   Was the 8.1.7 software installed on more than one |
| 07:30:07 | 5 | computer? |
| 07:30:07 | 6 |                   MR. FUCHS:  Objection, form. |
| 07:30:08 | 7 | A.   I -- I believe so. |
| 07:30:11 | 8 | Q.   (BY MR. HOWARD)  And was the 9.2 software installed |
| 07:30:12 | 9 | on more than one computer? |
| 07:30:12 | 10 |                   MR. FUCHS:  Objection, form. |
| 07:30:13 | 11 | A.   I believe so. |
| 07:30:16 | 12 | Q.   (BY MR. HOWARD)  And was the 10.2 software installed |
| 07:30:18 | 13 | on more than one computer? |
| 07:30:18 | 14 |                   MR. FUCHS:  Objection, form. |
| 07:30:19 | 15 | A.   That one, I'm not sure of. |
| 07:30:25 | 16 | Q.   (BY MR. HOWARD)  And was the 8.1.7 database software |
| 07:30:26 | 17 | installed on more than two computers? |
| 07:30:27 | 18 |                   MR. FUCHS:  Objection, form. |
| 07:30:29 | 19 | A.   I would have to look back at -- at the notes and the |
| 07:30:32 | 20 | preparation materials to actually see exactly what servers |
| 07:30:36 | 21 | were running which version of Oracle software. |
| 07:30:38 | 22 | Q.   (BY MR. HOWARD)  What notes are you referring to? |
| 07:30:42 | 23 | A.   The -- basically the notes that -- in the binder that |
| 07:30:46 | 24 | I used for preparation that have the interrogatories.  And I |
| | 25 | also created some personal notes. |

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 25

| | | |
|---|---|---|
| 07:31:09 | 1 | Q.   Was the -- Oracle database software, any version of |
| 07:31:13 | 2 | it that -- that had been downloaded by Mr. Baugh and installed |
| 07:31:16 | 3 | on TomorrowNow systems, was any of it used by more than one |
| 07:31:17 | 4 | person? |
| 07:31:18 | 5 | A.   Yes. |
| 07:31:23 | 6 | Q.   Was it basically used by the entire PeopleSoft |
| 07:31:30 | 7 | support organization from time to time? |
| 07:31:31 | 8 | A.   That -- that's -- that's a fairly general statement, |
| 07:31:35 | 9 | but I would say the potential would be there for any of the |
| 07:31:37 | 10 | engineers to use the software. |
| 07:31:40 | 11 | Q.   And your understanding is that many of them did in |
| 07:31:43 | 12 | the course of working with the various local environments |
| 07:31:47 | 13 | running on Oracle database software at TomorrowNow? |
| 07:31:49 | 14 | A.   Well, I'm -- I'm aware that some of them did, yes. |
| 07:31:52 | 15 | Q.   And did TomorrowNow make more than one copy of any of |
| 07:31:59 | 16 | the software that Mr. Baugh downloaded? |
| 07:32:02 | 17 | A.   Are you talking about just the install files |
| 07:32:03 | 18 | themselves? |
| 07:32:03 | 19 | Q.   Yes. |
| 07:32:05 | 20 | A.   I believe so. |
| 07:32:08 | 21 | Q.   And did it make more than copy of the 8.1.7 software |
| 07:32:13 | 22 | that he downloaded? |
| 07:32:13 | 23 | MR. FUCHS:  Objection, form. |
| 07:32:16 | 24 | A.   I can't say specifically that they -- that they did |
| | 25 | because I'm not sure how the installs were run.  They may not |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 26

| | | |
|---|---|---|
| 07:32:24 | 1 | have even made a copy.  It may have just been, you know, a |
| 07:32:27 | 2 | link through the network.  So, I can't say specifically, yes, |
| 07:32:33 | 3 | it was; but I would assume that since it was installed on the |
| 07:32:36 | 4 | machines, that there was a copy made to install it. |
| 07:32:39 | 5 | Q.    (BY MR. HOWARD)  And -- and you would assume that |
| 07:32:42 | 6 | there would be a copy made for each machine on which it was |
| 07:32:42 | 7 | installed? |
| 07:32:46 | 8 | A.    Yeah.  I don't know their method -- specific |
| 07:32:51 | 9 | technical method of install.  There could be several so... |
| 07:32:56 | 10 | Q.    And is it true that for each machine on which the |
| 07:33:03 | 11 | downloaded software was installed, that that would constitute |
| 07:33:06 | 12 | an additional copy of that software? |
| 07:33:08 | 13 | A.    Can you state that again?  I'm sorry. |
| 07:33:12 | 14 | Q.    Yeah.  Is it true that when you take the downloaded |
| 07:33:16 | 15 | software and you install it on an additional machine, then |
| 07:33:20 | 16 | that would be an additional copy of that downloaded software? |
| 07:33:22 | 17 | MR. FUCHS:  Objection, form. |
| 07:33:33 | 18 | A.    It would -- you could say that, I -- I guess. |
| 07:33:44 | 19 | |
| 07:33:47 | 20 | |
| 07:33:54 | 21 | |
| 07:33:55 | 22 | |
| 07:34:02 | 23 | |
| 07:34:09 | 24 | |
| | 25 | |

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 29

| 07:38:37 | 1 | |
| 07:38:40 | 2 | |
| 07:38:41 | 3 | |
| 07:38:48 | 4 | |
| 07:38:51 | 5 | Q.   And do -- do you know the operating systems of any of |
| 07:38:55 | 6 | the servers that you have listed here in your notes? |
| 07:38:58 | 7 | A.   I would have to -- to look back through the notes to |
| 07:39:06 | 8 | be sure, but I believe that PSDEV01 and PSDEV02 are AIX |
| 07:39:13 | 9 | machines.  DCPS TEMP01 and TEMP02 should be Windows machines, |
| 07:39:19 | 10 | along with the -- the other two. |
| 07:39:29 | 11 | Q.   So, DCSBLPROD03 and TNFS01 are both Windows machines? |
| 07:39:29 | 12 | A.   I believe so. |
| 07:39:29 | 13 | |
| 07:39:32 | 14 | |
| 07:39:33 | 15 | |
| 07:39:36 | 16 | |
| 07:39:40 | 17 | |
| 07:40:37 | 18 | |
| 07:40:41 | 19 | |
| 07:40:44 | 20 | |
| 07:40:50 | 21 | |
| 07:40:54 | 22 | |
| 07:40:57 | 23 | |
| 07:40:59 | 24 | |
| | 25 | |

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 32

| | | |
|---|---|---|
| 07:45:19 | 1 | |
| 07:45:41 | 2 | |
| 07:45:43 | 3 | Q.   All right.  You have in front of you Exhibit 1871. |
| 07:45:49 | 4 | That's the amended notice of deposition.  Is this a document |
| 07:45:51 | 5 | that you've seen before? |
| 07:45:52 | 6 | A.   I would have to look through it -- |
| 07:45:53 | 7 | Q.   Sure. |
| 07:45:55 | 8 | A.   -- to be sure but -- |
| 07:45:56 | 9 | Q.   Let me just direct you to page 3 -- |
| 07:45:58 | 10 | A.   Okay. |
| 07:46:01 | 11 | Q.   -- where it says "Scope of Testimony" -- |
| 07:46:01 | 12 | A.   Okay. |
| 07:46:05 | 13 | Q.   -- and ask you if you've looked at the 12 topics that |
| 07:46:10 | 14 | are identified there. |
| 07:46:12 | 15 | A.   Yes. |
| 07:46:16 | 16 | Q.   And you understand that you're designated as |
| 07:46:19 | 17 | TomorrowNow's corporate representative today on those |
| 07:46:21 | 18 | 12 topics? |
| 07:46:33 | 19 | A.   Yes. |
| 07:46:37 | 20 | |
| 07:46:48 | 21 | |
| 07:46:50 | 22 | |
| 07:46:54 | 23 | |
| 07:46:56 | 24 | |
| | 25 | |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 40

| 08:12:31 | 1 | |
|---|---|---|
| 08:12:37 | 2 | |
| 08:12:43 | 3 | |
| 08:12:45 | 4 | |
| 08:12:46 | 5 | |
| 08:12:50 | 6 | |
| 08:12:57 | 7 | |
| 08:13:00 | 8 | |
| 08:13:02 | 9 | |
| 08:13:03 | 10 | |
| 08:13:08 | 11 | |
| 08:13:12 | 12 | |
| 08:13:21 | 13 | |
| 08:13:21 | 14 | |
| 08:13:22 | 15 | |
| 08:13:23 | 16 | |
| 08:13:25 | 17 | |
| 08:13:33 | 18 | |

08:13:40  19        Q.   Were there any policies in place at TomorrowNow that

08:13:47  20   specifically applied to copying or use of Oracle database

08:13:51  21   software?

08:13:55  22        A.   No.  Not that I'm aware of.

08:14:02  23        Q.   Were there any policies in place at SAP that governed

08:14:08  24   copying and use of Oracle database software at TomorrowNow?

          25        A.   I -- I can't actually say what policies SAP had in

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 41

| | | |
|---|---|---|
| 08:14:29 | 1 | place. |
| 08:14:31 | 2 |     Q.   Other than the development license that you've |
| 08:14:32 | 3 | already identified -- |
| 08:14:32 | 4 |     A.  Uh-huh. |
| 08:14:35 | 5 |     Q.  -- are there any other contracts or licenses that |
| 08:14:43 | 6 | TomorrowNow contends gave it the right to copy or use Oracle's |
| 08:14:44 | 7 | database software? |
| 08:15:02 | 8 |     A.  No. |
| 08:15:04 | 9 | |
| 08:15:11 | 10 | |
| 08:15:14 | 11 | |
| 08:15:16 | 12 | |
| 08:15:18 | 13 | |
| 08:15:21 | 14 | |
| 08:15:31 | 15 | |
| 08:15:35 | 16 | |
| 08:15:38 | 17 | |
| 08:15:40 | 18 | |
| 08:15:45 | 19 | |
| 08:15:49 | 20 | |
| 08:15:58 | 21 | |
| 08:16:05 | 22 | |
| 08:16:13 | 23 | |
| 08:16:16 | 24 | |
| | 25 | |

WILLIAM R. THOMAS December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 51

```
08:32:56    1
08:33:01    2
08:33:04    3
08:33:07    4
08:33:08    5
08:34:11    6
08:34:12    7
            8
08:34:47    9
```
08:34:49  10       Q.   (BY MR. HOWARD)  Mr. Thomas, let me show you what's

08:34:55  11  been previously marked as Exhibit 1829.

08:34:56  12       A.   Okay.

08:34:58  13       Q.   Is that the e-mail from George Lester to Greg Nelson

08:35:03  14  on May 11, 2005, setting forth the Oracle development license

08:35:06  15  agreement terms that you referred to earlier in your

08:35:13  16  testimony?

08:35:17  17       A.   Yes.  It appears to be the same one.

08:35:19  18       Q.   And that's the e-mail that you reviewed in preparing

08:35:20  19  for your testimony today?

08:35:26  20       A.   Yes.  That's one of the e-mails.

08:35:29  21       Q.   That's the e-mail that you referred to, that you

08:35:34  22  described earlier as being sent from George Lester to Greg

08:35:37  23  Nelson setting forth the Oracle license development -- the

08:35:40  24  development license terms?

          25       A.   Yes.

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 74

| | |
|---|---|
| 09:37:04 | 1 |
| 09:37:07 | 2 |
| 09:37:07 | 3 |
| 09:37:10 | 4 |
| 09:37:13 | 5 |
| 09:37:18 | 6 |
| 09:37:21 | 7 |
| 09:37:24 | 8 |
| 09:37:30 | 9 |
| 09:37:32 | 10 |
| 09:37:34 | 11 |
| 09:37:38 | 12 |
| 09:37:40 | 13 |
| 09:37:42 | 14 |
| 09:37:43 | 15 |
| 09:37:44 | 16 |
| 09:37:50 | 17 |
| 09:37:52 | 18 |
| 09:37:54 | 19 |
| 09:37:58 | 20 |
| 09:37:58 | 21 |
| 09:38:23 | 22 |
| 09:38:26 | 23 |
| 09:38:39 | 24 |

23          Q.    Turning back to page 9 of the interrogatory response

24    to Interrogatory 122, do you have anything to add to the

25    identification of installed database instances on various

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 75

| | | |
|---|---|---|
| 09:38:47 | 1 | machines at TomorrowNow to what's been listed here in response |
| 09:38:54 | 2 | to Interrogatory 122? |
| 09:38:57 | 3 | A.    Do I -- do I have anything just to add to this |
| 09:38:58 | 4 | document? |
| 09:39:00 | 5 | Q.    Right.  Is -- is the list of -- of installed database |
| 09:39:04 | 6 | instances on various machines that's listed here in response |
| 09:39:08 | 7 | to Interrogatory 122 accurate and complete, so far as you |
| 09:40:06 | 8 | know? |
| 09:40:09 | 9 | A.    One thing that I did notice is I may have misspoke |
| 09:40:14 | 10 | earlier when I -- I pointed to the DC Siebel product as |
| 09:40:17 | 11 | containing the virtual machines.  It's actually the TN-FS01, |
| 09:40:39 | 12 | after reading through this. |
| 09:40:43 | 13 | And what I have in front of me now, I mean, |
| 09:40:46 | 14 | it -- it does look complete.  Without actually physically |
| 09:40:49 | 15 | going and looking at -- at the machines, having them in front |
| 09:40:52 | 16 | of me, I can't say definitively this is everything there; |
| 09:40:56 | 17 | but -- but it does look like it is complete. |
| 09:40:57 | 18 | Q.    All right.  And that's my question:  As -- as |
| 09:41:01 | 19 | TomorrowNow's corporate representative, based on what you know |
| 09:41:03 | 20 | and -- and the work that you did to prepare for your testimony |
| 09:41:10 | 21 | today, can you adopt, with the -- with the -- you know, the |
| 09:41:12 | 22 | understanding that you can't be perfectly certain, the -- the |
| 09:41:17 | 23 | list of database instances on various machines that are |
| 09:41:22 | 24 | identified here in response to Interrogatory 122 as -- as your |
| | 25 | testimony? |

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 76

| | | |
|---|---|---|
| 09:41:24 | 1 | A.    Yes. |
| 09:41:28 | 2 | |
| 09:41:35 | 3 | |
| 09:41:41 | 4 | |
| 09:41:51 | 5 | |
| 09:41:57 | 6 | |
| 09:41:58 | 7 | |
| 09:42:02 | 8 | |
| 09:42:07 | 9 | |
| 09:42:09 | 10 | |
| 09:42:16 | 11 | |
| 09:42:23 | 12 | |
| 09:42:28 | 13 | |
| 09:42:33 | 14 | |
| 09:42:34 | 15 | |
| 09:42:36 | 16 | |
| 09:42:41 | 17 | |
| 09:43:03 | 18 | |
| 09:43:06 | 19 | |
| 09:43:07 | 20 | |
| 09:43:09 | 21 | |
| 09:43:13 | 22 | |
| 09:43:15 | 23 | |
| 09:43:18 | 24 | |
| | 25 | |

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 78

1

2

09:44:27   3

09:44:30   4       Q.   Mr. Thomas, is it correct that from the time the

09:44:34   5   litigation was filed in March of 2007 to the time that

09:44:37   6   TomorrowNow sent out its last deliverable to its last

09:44:41   7   customer, there continued to be locally installed instances of

09:44:45   8   Oracle database software on TomorrowNow machines?

09:44:47   9       A.   Okay.   From -- from the time of litigation until

09:44:49   10   when?   I'm sorry.

09:44:52   11       Q.   From the time that TomorrowNow sent out its last

09:44:55   12   deliverable to its last customer from TomorrowNow, there

09:44:58   13   continued to be Oracle database software on TomorrowNow

09:44:59   14   machines?

09:45:00   15       A.   Yes.

09:45:03   16       Q.   And Mr. White was the one that made the decision that

09:45:07   17   Oracle -- that TomorrowNow would continue to maintain Oracle

09:45:11   18   database software on TomorrowNow machines for that period of

09:45:13   19   time; is that correct?

09:45:20   20            MR. FUCHS:   Objection, form.

09:45:24   21       A.   I would have to assume that he made that decision.

09:45:28   22       Q.   (BY MR. HOWARD)   And did he tell you why he made the

09:45:32   23   decision to continue to maintain Oracle database software

09:45:35   24   installed on TomorrowNow local machines pursuant only to a

           25   development license for a year and a half after Oracle filed

WILLIAM R. THOMAS    December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 79

| | | |
|---|---|---|
| 09:45:42 | 1 | this litigation? |
| 09:45:43 | 2 | MR. FUCHS: Objection, form. |
| 09:45:46 | 3 | A. No, he did not. |
| 09:45:47 | 4 | |
| 09:45:50 | 5 | |
| | 6 | |
| 09:45:58 | 7 | |
| 09:46:00 | 8 | |
| 09:46:01 | 9 | |
| 09:46:04 | 10 | MR. HOWARD: We proceeded today based on a -- |
| 09:46:11 | 11 | something of an agreement worked out between counsel, and I |
| 09:46:15 | 12 | proceeded with my questioning today in part based on the |
| 09:46:19 | 13 | designation last evening by Defendants' counsel of |
| 09:46:25 | 14 | Mr. Garafola's testimony and Mr. Baugh's testimony yesterday |
| 09:46:28 | 15 | as 30(b)(6) testimony in response to the amended notice of |
| 09:46:33 | 16 | deposition. That's the operative notice for today's |
| 09:46:37 | 17 | deposition. And, so, my understanding is that in response to |
| 09:46:45 | 18 | that notice, SAP defendants have now designated Mr. Garafola's |
| 09:46:49 | 19 | testimony, Mr. Baugh's testimony and Mr. Thomas' testimony |
| 09:46:55 | 20 | here today as responsive 30(b)(6) testimony and -- |
| 09:46:57 | 21 | MR. FUCHS: So, we agree that we have |
| 09:47:02 | 22 | designated Mr. Baugh's testimony yesterday, Mr. Garafola's |
| 09:47:05 | 23 | previous 30(b)(6) testimony, not testimony in his individual |
| 09:47:09 | 24 | capacity, and Mr. Thomas' testimony here today in response to |
| | 25 | this notice. One clarification is that Mr. Garafola's |

WILLIAM R. THOMAS   December 4, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 80

09:47:19   1    testimony is designated as to Siebel, related to Topics 3 and

09:47:23   2    Topic 5.  But your -- you proceeded under the correct

09:47:27   3    assumption and agreement that we reached last night.

09:47:28   4              MR. HOWARD:  Okay.  And then the final thing is

09:47:30   5    that there was also a stipulation that was discussed in e-mail

09:47:33   6    between counsel, and I believe that I have established the

09:47:37   7    fact represented by that stipulation through Mr. Thomas'

09:47:41   8    testimony today, but to the extent I haven't, I'll, you know,

09:47:45   9    assume that that stipulation is still in force and effect.

09:47:47   10             MR. FUCHS:  That's correct.

09:47:48   11             MR. HOWARD:  Okay.  Thank you.  Nothing

09:47:51   12   further.

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

1  STATE OF TEXAS
   COUNTY OF HARRIS
2                          REPORTER'S CERTIFICATE

3       I, Dana Richardson, a Certified Shorthand Reporter in and

4  for the State of Texas, do certify that this deposition

5  transcript is a true record of the testimony given by the

6  witness named herein, after said witness was duly sworn by me.

7  The witness was requested to review the deposition.

8       I further certify that I am neither attorney or counsel

9  for, related to, nor employed by any parties to the action in

10 which this testimony is taken and, further, that I am not a

11 relative or employee of any counsel employed by the parties

12 hereto or financially interested in the action.

13      I further certify that the amount of time used by each
   party at the deposition is as follows:
14
        Mr. Geoffrey M. Howard - 02:17
15      Mr. Joshua L. Fuchs - 00:00

16      SUBSCRIBED AND SWORN TO under my hand and seal of office
   on this the 9th day of December,
17 2009.

18

19

20 _____

21      Dana Richardson, CSR
        Texas CSR 5386
22      Expiration:  12/31/11
        Merrill Legal Solutions, Firm No. 210
23      315 Capitol, Suite 100
        Houston, Texas 77002
24      Phone (713) 426-0400
        Fax (713) 426-0600

25

                                                              82

Page    Line

____    ____                    Change:_____

                               Reason:_____

____    ____                    Change:_____

                               Reason:_____

____    ____                    Change:_____

                               Reason:_____

____    ____                    Change:_____

                               Reason:_____

____    ____                    Change:_____

                               Reason:_____

____    ____                    Change:_____

                               Reason:_____

____    ____                    Change:_____

                               Reason:_____

_____ Subject to the above changes, I certify that the transcript is true and correct.

___X___ No changes have been made.  I certify that the transcript is true and correct.


_____                    12/22/09
(signature)                                          (date)