# EXHIBIT 34

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


---------------------------------------------x

ORACLE CORPORATION, a Delaware Corporation,
ORACLE USA, INC., a Colorado corporation,
And ORACLE INTERNATIONAL CORPORATION, a
California corporation,

                    Plaintiffs,

              vs.

SAP AG, a German corporation, SAP AMERICA,
INC., a Delaware corporation, TOMORROWNOW,
INC., a Texas corporation, and DOES 1-50,
inclusive,

                    Defendants.

---------------------------------------------x


                    11:00 a.m.

                  March 5, 2009

   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



     Videotaped 30(b)(6) Deposition of

TomorrowNow, Inc, by MARK WHITE, held at the

offices of Bingham McCutchen, LLP, 399 Park

Avenue, New York, New York, before David

Henry, a Notice Public of the State of New

York.

Page 6

| 11:04:11 | 1 | |
| 11:04:11 | 2 | |
| 11:04:13 | 3 | |
| 11:04:15 | 4 | |
| 11:04:17 | 5 | |
| 11:04:19 | 6 | |
| 11:04:22 | 7 | |
| 11:04:25 | 8 | |
| 11:04:28 | 9 | |
| 11:04:29 | 10 | |
| 11:04:29 | 11 | |
| 11:04:31 | 12 | |
| 11:04:34 | 13 | |
| 11:04:34 | 14 | |
| 11:04:36 | 15 | Q.     Let's start with asking what your |
| 11:04:39 | 16 | job title and responsibilities for at the |
| | 17 | time that SAP acquired TomorrowNow, January, |
| 11:04:45 | 18 | 2005. |
| 11:04:45 | 19 | A.     My job title at the time was |
| 11:04:47 | 20 | senior vice-president, SAP Americas, chief |
| 11:04:51 | 21 | financial officer. |
| 11:05:06 | 22 | Q.     And starting in January, 2005 and |
| 11:05:10 | 23 | going forward to today, how has your job |
| 11:05:13 | 24 | title changed, if it has? |
| 11:05:18 | 25 | A.     In April of 2007, I was appointed |

| 11:05:21 | 1 | chief operating officer for SAP Americas. |
| 11:05:28 | 2 | The job level was still senior |
| 11:05:31 | 3 | vice-president and then in effectively the |
| 11:05:34 | 4 | last week of June of 2007, I was appointed |
| 11:05:37 | 5 | executive chairman of TomorrowNow. |
| 11:05:42 | 6 | Q.  And what is your job title? |
| 11:05:44 | 7 | A.  Today it's senior vice-president |
| 11:05:46 | 8 | and chief financial officer SAP North |
| 11:05:50 | 9 | America. |
| 11:05:50 | 10 | Q.  And are you still executive |
| 11:05:51 | 11 | chairman of TomorrowNow? |
| 11:05:57 | 12 | A.  Yes, I am. |
| 11:06:01 | 13 | Q.  Can you describe your job |
| 11:06:02 | 14 | responsibilities over time with respect to |
| 11:06:04 | 15 | TomorrowNow? |
| 11:06:06 | 16 | A.  After the acquisition of |
| 11:06:08 | 17 | TomorrowNow in early 2005, I was appointed |
| 11:06:13 | 18 | to the board of TomorrowNow as it was a |
| 11:06:17 | 19 | wholly-owned subsidiary of SAP.  And in |
| 11:06:24 | 20 | June, July of 2007, I was appointed as |
| 11:06:28 | 21 | executive chairman, so responsible at that |
| 11:06:31 | 22 | time for the day-to-day operations of |
| 11:06:33 | 23 | TomorrowNow. |
| 11:06:33 | 24 | Q.  And as a member of the board of |
| 11:06:35 | 25 | directors, what were your responsibilities |

Case4:07-cv-01658-PJH  Document657-34  Filed03/03/10  Page5 of 21
MARK WHITE     March 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 8

11:06:37  1    with respect to TomorrowNow?

11:06:39  2         A.    It was more statutory in nature

11:06:42  3    to sign off on the financial results,

11:06:44  4    approve bonus plans, compensation plans, and

11:06:48  5    approve back office, what I will call back

11:06:53  6    office functions like real estate, location

11:06:56  7    of real estate, approval of the hiring plans

11:07:03  8    for headcount.

11:07:04  9         Q.    Anything else?

11:07:04 10         A.    Not really.

11:07:05 11         Q.    And can you describe in a little

11:07:08 12    more detail your responsibilities as

11:07:10 13    executive chairman?

11:07:11 14         A.    For executive chairman I was

11:07:14 15    responsible for primarily four areas.  One

11:07:20 16    was to determine the ultimate conclusion for

11:07:27 17    TomorrowNow, number one; number two, take

11:07:31 18    any disciplinary actions, number three,

11:07:38 19    implement the company's directive around

11:07:42 20    project Level-Set; and fourth was to

11:07:46 21    continue to provide the daily service to the

11:07:49 22    customers.

11:07:51 23         Q.    Anything else?

11:07:53 24         A.    No.  Those are really the four

11:07:55 25    major categories.

Page 9

11:07:57    1         Q.    Did you report to anyone?

11:07:59    2         A.    I reported to Werner Brandt who

11:08:02    3    is the global chief financial officer.

11:08:05    4         Q.    Did you report to anyone else?

11:08:07    5         A.    No.

11:08:07    6         Q.    And when you were -- prior to

11:08:09    7    becoming executive chairman as a member of

11:08:11    8    the TomorrowNow board of directors, did you

11:08:13    9    report to anyone?

11:08:15   10         A.    Not in my capacity as a board

11:08:18   11    member.  As chief financial officer I

11:08:21   12    reported to Werner Brandt and I reported to

11:08:24   13    Bill McDermott.

11:08:25   14

11:08:26   15

11:08:27   16

           17

           18

11:08:31   19

11:08:31   20

11:08:33   21

11:08:41   22

11:08:45   23

11:08:51   24

11:08:54   25

Page 10

| | | |
|---|---|---|
| 11:08:54 | 1 | |
| 11:08:57 | 2 | |
| 11:08:59 | 3 | |
| 11:09:00 | 4 | |
| 11:09:02 | 5 | |
| 11:09:02 | 6 | Q. And are you designated as |
| 11:09:05 | 7 | TomorrowNow's corporate representative for |
| 11:09:07 | 8 | all the topics listed? |
| 11:09:08 | 9 | A. Yes. |
| 11:09:09 | 10 | Q. And do you understand that the |
| 11:09:11 | 11 | testimony you give today is on behalf of |
| 11:09:12 | 12 | TomorrowNow? |
| 11:09:13 | 13 | A. Yes. |
| 11:09:14 | 14 | Q. And today you are employed by SAP |
| 11:09:20 | 15 | America? |
| 11:09:20 | 16 | A. SAP America. |
| 11:09:21 | 17 | Q. But you are testifying as |
| 11:09:24 | 18 | TomorrowNow's corporate designee on the |
| 11:09:26 | 19 | topics in Exhibit 1031? |
| 11:09:28 | 20 | A. Yes. |
| 11:09:28 | 21 | Q. Do you have any personal |
| 11:09:29 | 22 | knowledge of the topics listed in |
| 11:09:32 | 23 | Exhibit 1031? |
| 11:09:32 | 24 | A. Yes. |
| 11:09:33 | 25 | Q. What is that personal knowledge? |

MARK WHITE    March 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:09:35 | 1 | MR. COWAN:    Objection, form. |
| 11:09:39 | 2 | You can answer. |
| 11:09:43 | 3 | A.    The personal knowledge is from |
| 11:09:44 | 4 | the time I was appointed as executive |
| 11:09:46 | 5 | chairman beginning in either last week of |
| 11:09:49 | 6 | June or first week of July of 2007 and to |
| 11:09:55 | 7 | its ultimate wind-down. |
| 11:09:57 | 8 | Q.    Do you have any personal |
| 11:09:58 | 9 | knowledge prior to your appointment as |
| 11:10:01 | 10 | executive chairman? |
| 11:10:02 | 11 | A.    Only in my capacity as the |
| 11:10:04 | 12 | chairman of the board of directors of |
| 11:10:06 | 13 | TomorrowNow. |
| 11:10:08 | 14 | |
| 11:10:10 | 15 | |
| 11:10:12 | 16 | |
| 11:10:15 | 17 | |
| 11:10:18 | 18 | |
| 11:10:20 | 19 | |
| 11:10:23 | 20 | |
| 11:10:24 | 21 | |
| 11:10:27 | 22 | |
| 11:10:28 | 23 | |
| 11:10:31 | 24 | |
| 11:10:34 | 25 | |

MARK WHITE     March 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 14

| | | |
|---|---|---|
| 11:12:35 | 1 | |
| 11:12:38 | 2 | |
| 11:12:46 | 3 | |
| 11:12:50 | 4 | |
| 11:12:54 | 5 | |
| 11:13:01 | 6 | |
| 11:13:02 | 7 | |
| 11:13:03 | 8 | Q.     When you said that he issued a |
| 11:13:14 | 9 | directive to Andrew Nelson, which directive |
| 11:13:18 | 10 | were you referring to? |
| 11:13:19 | 11 | A.     The SAP AG management board had |
| 11:13:24 | 12 | issued a directive through Chris Faye to |
| 11:13:31 | 13 | communicate to Andrew Nelson that the |
| 11:13:33 | 14 | environments were to be all done remotely. |
| 11:13:40 | 15 | Q.     Mr. Faye said he communicated |
| 11:13:42 | 16 | that to Andrew Nelson? |
| 11:13:44 | 17 | A.     Yes, he did. |
| 11:13:45 | 18 | |
| 11:13:46 | 19 | |
| 11:13:48 | 20 | |
| 11:13:49 | 21 | |
| 11:13:51 | 22 | |
| 11:13:53 | 23 | |
| 11:13:56 | 24 | |
| 11:13:58 | 25 | |

MARK WHITE      March 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 17

| | | |
|---|---|---|
| 11:15:49 | 1 | |
| 11:15:50 | 2 | |
| 11:15:52 | 3 | |
| 11:15:54 | 4 | |
| 11:15:56 | 5 | |
| 11:15:58 | 6 | |
| 11:16:00 | 7 | |
| 11:16:03 | 8 | |
| 11:16:06 | 9 | |
| 11:16:08 | 10 | |
| 11:16:11 | 11 | |
| 11:16:12 | 12 | |
| | 13 | |
| 11:21:04 | 14 | |
| 11:21:04 | 15 | Q.    Let me repeat the question.  You |
| 11:21:09 | 16 | had mentioned that Mr. Faye told you about |
| 11:21:12 | 17 | phone meetings that he had with Andrew |
| 11:21:14 | 18 | Nelson.  What did he tell you about those |
| 11:21:16 | 19 | meetings? |
| 11:21:16 | 20 | A.    That during those meetings he |
| 11:21:18 | 21 | emphasized the company directive to |
| 11:21:24 | 22 | implement Project Blue. |
| 11:21:26 | 23 | Q.    How did he emphasize it? |
| 11:21:29 | 24 | A.    Just continuous communication |
| 11:21:33 | 25 | during the monthly meeting, he would say to |

MARK WHITE      March 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 18

| | | |
|---|---|---|
| 11:21:36 | 1 | Andrew that it is a company directive that |
| 11:21:40 | 2 | this be done. |
| 11:21:41 | 3 | |
| 11:21:44 | 4 | |
| 11:21:46 | 5 | |
| 11:21:49 | 6 | |
| 11:21:51 | 7 | |
| 11:21:53 | 8 | |
| 11:21:56 | 9 | |
| 11:21:58 | 10 | |
| 11:22:01 | 11 | |
| 11:22:05 | 12 | |
| 11:22:08 | 13 | |
| 11:22:10 | 14 | |
| 11:22:11 | 15 | |
| 11:22:13 | 16 | |
| 11:22:15 | 17 | |
| 11:22:19 | 18 | |
| 11:22:23 | 19 | |
| 11:22:23 | 20 | |
| 11:22:23 | 21 | |
| 11:22:25 | 22 | |
| 11:22:27 | 23 | |
| 11:22:28 | 24 | |
| 11:22:29 | 25 | |

MARK WHITE     March 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 125

14:12:10   1
14:12:11   2
14:12:13   3
14:12:17   4
14:12:19   5
14:12:20   6
14:12:21   7
14:12:23   8          Q.    Are you aware that TomorrowNow
14:12:25   9    issued procedures in June of 2007
14:12:28  10    prohibiting the copying of new environments?
14:12:33  11          A.    Yes.
14:12:33  12          Q.    And those procedures are a set of
14:12:35  13    rules that relate to the handling of
14:12:38  14    intellectual property, right?
14:12:41  15          A.    Yes.
14:12:41  16          Q.    Why were they put in writing?
14:12:45  17                MR. COWAN:    Objection, form.
14:12:48  18          Q.    Let me ask, were they put in
14:12:50  19    writing?
14:12:50  20          A.    Yes.
14:12:51  21          Q.    Why?
14:12:52  22                MR. COWAN:    Objection, form.
14:12:53  23          A.    To clarify to the TomorrowNow
14:13:03  24    employees some of the policies that would
14:13:11  25    underline the directive that SAP gave to

Page 126

14:13:13   1   TomorrowNow back in early 2005.

14:13:22   2        Q.    They were put -- talking about

14:13:25   3   the June, 2007 procedures, and I just want

14:13:28   4   to make sure I understand your testimony.

14:13:30   5   They were put into writing to clarify to the

14:13:32   6   TomorrowNow employees some of the policies

14:13:35   7   that underlined the directive, is that

14:13:39   8   right?

14:13:40   9        A.    Yes.

14:13:41  10        Q.    Why would putting it in writing

14:13:45  11   clarify for the TomorrowNow employees some

14:13:48  12   of the policy?

14:13:50  13             MR. COWAN:    Objection, form.

14:13:51  14        A.    Because the original directive

14:13:54  15   back in early 2005 was never put in place.

14:14:00  16   Had it been put in place, this sort of

14:14:03  17   policy would have been a by product of it.

14:14:08  18

14:14:13  19

14:14:15  20

14:14:15  21

14:14:17  22

14:14:19  23

14:14:21  24

14:14:22  25

MARK WHITE     March 5, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 346

| | | |
|---|---|---|
| 19:19:35 | 1 | |
| 19:19:37 | 2 | |
| 19:19:41 | 3 | |
| 19:19:43 | 4 | |
| 19:19:46 | 5 | |
| 19:19:50 | 6 | |
| 19:19:54 | 7 | |
| 19:19:57 | 8 | |
| 19:19:59 | 9 | |
| 19:20:02 | 10 | |
| 19:20:04 | 11 | |
| 19:20:06 | 12 | |
| 19:20:11 | 13 | |
| 19:20:14 | 14 | |
| 19:20:19 | 15 | |
| 19:20:23 | 16 | |
| 19:20:25 | 17 | |
| 19:20:26 | 18 | |
| 19:20:30 | 19 | |
| | 20 | |
| 19:20:44 | 21 | |
| 19:20:44 | 22 | Q.    Look at what has been marked |
| 19:20:46 | 23 | Exhibit 1045.  Exhibit 1045 is an e-mail |
| 19:20:54 | 24 | Bates labelled SAPOR00632752 through 755. |
| 19:21:02 | 25 | The top e-mail is from you to Ann Tummon and |

| 19:21:06 | 1 | a variety of others. The subject is forward |
| 19:21:10 | 2 | TomorrowNow employee communication, the date |
| 19:21:11 | 3 | is November 26, 2007.  Do you have that in |
| 19:21:14 | 4 | front of you? |
| 19:21:14 | 5 | A.    I do. |
| 19:21:15 | 6 | Q.    Did you send this e-mail, the top |
| | 7 | people? |
| 19:21:19 | 8 | A.    It was sent on my behalf by Mandy |
| 19:21:22 | 9 | Wheeler, but I did write the content of it. |
| 19:21:24 | 10 | Q.    Are you speaking of the content |
| 19:21:26 | 11 | that begins below Mandy Wheeler's name on |
| 19:21:29 | 12 | the first page? |
| 19:21:29 | 13 | A.    Correct. |
| 19:21:30 | 14 | Q.    And the very top e-mail, it looks |
| 19:21:33 | 15 | like you're forwarding that e-mail on to |
| 19:21:35 | 16 | some others, do you see that? |
| 19:21:36 | 17 | A.    Yes. |
| 19:21:36 | 18 | Q.    Do you recall this e-mail? |
| | 19 | A.    I do. |
| 19:21:36 | 20 | Q.    And you wrote the content in |
| 19:21:38 | 21 | under Mandy Wheeler's name? |
| 19:21:40 | 22 | A.    I did. |
| 19:21:40 | 23 | Q.    Was Mandy Wheeler your assistant? |
| 19:21:43 | 24 | A.    She was my assistant at |
| 19:21:48 | 25 | TomorrowNow but she was not my day-to-day |

Page 348

| 19:21:51 | 1 | assistant. |
|---|---|---|

19:21:54  2    Q.   Your day-to-day assistant with

19:21:56  3    regard to SAP duties?

19:21:58  4         A.   And my office, my main office

19:22:00  5    location in Newtown Square. But because

19:22:06  6    Mandy had the ability to communicate to all

19:22:09  7    of TomorrowNow employees much more easily, I

19:22:13  8    utilized her for all the communications.

19:22:18  9         Q.   I want to look at something on

19:22:19 10    the page that ends 753 under Project

19:22:21 11    Level-Set priorities. It says as of last

19:22:28 12    week we determined that our first priority

19:22:31 13    was to ensure customers had outstanding

19:22:33 14    service through January, 2008. Do you see

19:22:36 15    that?

19:22:36 16         A.   Yes.

19:22:40 17         Q.   Was that true?

19:22:41 18         A.   Pardon?

         19    Q.   Was that true?

19:22:41 20         A.   Yes.

19:22:42 21         Q.   Why was it decided that was your

19:22:44 22    first priority?

19:22:48 23         A.   Going back to my earlier

19:22:51 24    testimony, customers were innocent victims

19:23:02 25    so to speak of the litigation and we wanted

Page 349

| | | |
|---|---|---|
| 19:23:04 | 1 | to ensure that SAP and TomorrowNow had an |
| 19:23:10 | 2 | outstanding reputation for customer service |
| 19:23:12 | 3 | and customer support.  So we wanted -- we |
| 19:23:16 | 4 | had a contract with them as TomorrowNow, and |
| 19:23:19 | 5 | would he wanted to honor that contract and |
| 19:23:23 | 6 | not force them to find another service |
| 19:23:27 | 7 | provider because of the litigation. |
| 19:23:31 | 8 | Q.    And that was your top priority, |
| 19:23:35 | 9 | is that correct? |
| 19:23:38 | 10 | A.    Through January, so from the |
| 19:23:42 | 11 | December through January, for those |
| 19:23:43 | 12 | customers that had not transitioned to |
| 19:23:46 | 13 | remote support, it was to provide them their |
| 19:23:49 | 14 | regulatory tax updates for payroll so that |
| 19:23:52 | 15 | they could continue to run their business |
| 19:23:55 | 16 | because if we had forced them to go to |
| 19:23:58 | 17 | remote support and not provided them with |
| 19:24:01 | 18 | the regulatory updates, they would fail |
| 19:24:05 | 19 | their employees. |
| 19:24:06 | 20 | Q.    Was it your decision to make this |
| 19:24:08 | 21 | the first priority? |
| 19:24:10 | 22 | A.    Yes. |
| 19:24:11 | 23 | Q.    And those regulatory tax updates |
| 19:24:15 | 24 | for payroll that were provided in December |
| 19:24:17 | 25 | or January, were those created in part at |

Page 350

19:24:22   1    least using a non-remote model?

19:24:25   2              MR. COWAN:    Objection, form.

19:24:27   3         A.    Yes.

19:24:29   4         Q.    Let's see, skipping the middle

19:24:38   5    sentence, starting with the sentence we have

19:24:39   6    to go to remote support but we also need to

19:24:43   7    honor our contracts, do you see that?

19:24:47   8         A.    I do.

19:24:47   9         Q.    And was that true?

19:24:48  10         A.    Yes.

19:24:49  11         Q.    For the reasons you just stated?

19:24:50  12         A.    Yes.

19:24:51  13         Q.    For any other reasons?

19:24:52  14         A.    No.

19:24:53  15

19:25:03  16

19:25:06  17

19:25:08  18

19:25:09  19

19:25:10  20

19:25:15  21

19:25:16  22

19:25:18  23

19:25:24  24

19:25:28  25

HIGHLY CONFIDENTIAL

## C E R T I F I C A T E

STATE OF NEW YORK          )

                          ) ss.:

COUNTY OF NEW YORK          )


    I, DAVID HENRY, a Notary Public within

and for the State of New York, do hereby

certify:

    That MARK WHITE, the witness whose

deposition is hereinbefore set forth, was

duly sworn by me and that such deposition is

a true record of the testimony given by such

witness.

    I further certify that I am not related

to any of the parties to this action by

blood or marriage; and that I am in no way

interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set

my hand this 8th day of March, 2009.



_____

    DAVID HENRY

Corrections to the Transcript of the Deposition of

Mark White

Taken on March 5, 2009

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 11 | 21-22 | . . . and with Scott Counsel | . . . and with Scott Cowan |
| 11 | 9 | . . . with Greg Tom | . . . with Greg Tomb |
| 11 | 15 | . . . Mr. Tom | . . . Mr. Tomb |
| 24 | 20 | . . . recall the names | . . . recall all the names |
| 41 | 21-22 | He said I was worried about the license agreements. | He said "I was worried about the license agreement." |
| 64 | 4 | . . . Bernard | . . . Werner |
| 66 | 6 | . . . as can you | . . . as you can |
| 66 | 17-18 | . . . do you it | . . . you do it |
| 76 | 3 | . . . Bernard | . . . Werner |
| 79 | 7 | . . . Ivar | . . . Yavar |
| 128 | 6 | Mr. Cowan:  Yes | A:  Yes |
| 142 | 9 | Mr. Wetts? | Mr. Welz? |
| 142 | 11 | Mr. Tom | Mr. Tomb |
| 147 | 2 | Bernard Brandt | Werner Brandt |
| 180 | 24 | Bonn | Baan |
| 196 | 13 | . . . it's no a | . . . it's on a |
| 229 | 18 | . . . is ans arrow | . . . is an arrow |
| 287 | 20 | . . . they it conversations | . . . they had conversations |
| 304 | 20 | . . . almost everone | . . . almost every one |
| 306 | 15 | ? | no question mark |
| 316 | 8 | Bonn | Baan |
| 318 | 7 | . . . put him | . . . put it |
| 320 | 17-19 | . . . interpretation was it was a preference, SAP from SAP's perspective, and so let me go back. | . . . interpretation was it was a preference.  SAP from SAP's perspective – and so let me go back. |

Corrections to the Transcript of the Deposition of

Mark White

Taken on March 5, 2009

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 322 | 7 | John ball | John Baugh |
| 323 | 18 | | comma after headcount |
| 346 | 25 | Ann Tummon | ~~Ann Tuman~~ Anne Tuman |
| 349 | 5 | would he wanted | would have wanted |

_____
Witness Signature

4/13/09
_____
Date