# EXHIBIT 35

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07-CV-1658<br>) 　　(PJH) (EDL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

VIDEOTAPED DEPOSITION OF

JOHN ZEPECKI

———————————————

TUESDAY, SEPTEMBER 9, 2008


HIGHLY   CONFIDENTIAL


REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-412271)

```
09:30:47   1
09:30:53   2
09:30:57   3
09:31:01   4
09:31:04   5
09:31:07   6
09:31:10   7
09:31:12   8
09:31:14   9
09:31:16  10
09:31:22  11
09:31:25  12
09:31:28  13
09:31:31  14
09:31:34  15
09:31:38  16
09:31:42  17
```

09:31:45  18        Q.  Is it fair to say that you were in charge
09:31:47  19  of the Enterprise Performance Management product
09:31:49  20  line?
09:31:51  21        A.  During which time period?
09:31:52  22        Q.  At any time at Peoplesoft.
09:31:54  23        A.  Yes.  At a time period in -- when I was
09:31:57  24  employed by Peoplesoft.
09:31:58  25        Q.  And were you also in charge of the

JOHN ZEPECKI   September 9, 2008
HIGHLY CONFIDENTIAL

Page 26

```
09:32:00   1    Financial Management Portal Solutions?
09:32:02   2         A.   I was for a period of time.
09:32:05   3         Q.   Were there other vice presidents of
09:32:07   4    development?
09:32:07   5         A.   Yes.
09:32:08   6         Q.   How many?
09:32:10   7         A.   I don't recall specifically.
09:32:12   8         Q.   Generally.
09:32:15   9         A.   Oh, it varied at different points of time.
09:32:17  10         Q.   Was it a hundred?
09:32:17  11         A.   No.
09:32:19  12         Q.   Was it two?
09:32:20  13         A.   No.
09:32:20  14         Q.   What's your best estimate?
09:32:22  15         A.   My best estimate is somewhere between 10
09:32:27  16    and 20, with variation during different years.
09:32:33  17         Q.   And to whom did you report?
09:32:35  18         A.   During which time period?
09:32:36  19         Q.   All time periods at Peoplesoft.
09:32:38  20         A.   I initially reported to Chris Wong, then I
09:32:41  21    reported to Peter Gassner, then I reported to Chuck
09:32:46  22    Teller.  I reported to Jasper Andersen for an
09:32:50  23    extremely short period of time.  And then I reported
09:32:53  24    to Renee Lorton.  I think that's --
09:32:56  25         Q.   I didn't hear that last --
```

Merrill Legal Solutions
(800) 869-9132

JOHN ZEPECKI                September 9, 2008
HIGHLY   CONFIDENTIAL

Page 27

| Time | # | |
|---|---|---|
| 09:32:58 | 1 | A.  Renee Lorton. |
| 09:33:16 | 2 | |
| 09:33:21 | 3 | |
| 09:33:25 | 4 | |
| 09:33:26 | 5 | |
| 09:33:28 | 6 | |
| 09:33:32 | 7 | |
| 09:33:33 | 8 | |
| 09:33:34 | 9 | |
| 09:33:34 | 10 | |
| 09:33:35 | 11 | |
| 09:33:37 | 12 | |
| 09:33:38 | 13 | |
| 09:33:41 | 14 | |
| 09:33:43 | 15 | |
| 09:33:46 | 16 | |
| 09:33:47 | 17 | |
| 09:33:47 | 18 | |
| 09:33:49 | 19 | |
| 09:33:51 | 20 | |
| 09:33:53 | 21 | |
| 09:33:57 | 22 | |
| 09:34:01 | 23 | |
| 09:34:07 | 24 | |
| 09:34:08 | 25 | |

JOHN ZEPECKI                September 9, 2008
HIGHLY CONFIDENTIAL

Page 43

```
09:56:10  1
09:56:11  2
09:56:15  3
09:56:19  4
09:56:22  5
09:56:26  6
09:56:30  7
09:56:31  8
09:56:36  9
09:56:40 10
09:56:42 11
09:56:44 12
09:56:48 13
09:56:52 14
09:57:00 15      Q.  When did you leave Peoplesoft?
09:57:03 16      A.  I left Peoplesoft in September of 2004.
09:57:09 17      Q.  Why did you leave?
09:57:12 18      A.  I thought I had a good opportunity at SAP,
09:57:14 19  and I pursued it.
09:57:16 20      Q.  How did that opportunity come about?
09:57:20 21      A.  I contacted Shai Agassi, and he offered me
09:57:23 22  the opportunity.
09:57:24 23
09:57:26 24
09:57:27 25
```

JOHN ZEPECKI                September 9, 2008
HIGHLY CONFIDENTIAL

Page 53

```
10:06:33   1
10:06:36   2
10:06:40   3        Q.   So in your new organizational structure,
10:06:47   4   starting at the end of 2005 you just -- you reported
10:06:53   5   directly to Mr. Agassi?
10:06:56   6             I'm going to have a problem with that all
10:06:57   7   day.
10:06:58   8        A.   Yeah.  I reported to Mr. Agassi.
10:07:00   9        Q.   Agassi.
10:07:01  10        A.   Beginning sometime at the end of 2005.
10:07:05  11        Q.   Did it change your job in any way?
10:07:08  12        A.   Not that I recall.
10:07:11  13        Q.   And when did that particular position end?
10:07:20  14        A.   Roughly 1 year ago.  I think October or
10:07:24  15   November of last year.
10:07:27  16        Q.   And what was your new role?
10:07:29  17        A.   I was responsible for the assimilation of
10:07:34  18   acquired companies and driving technology projects.
10:07:49  19        Q.   To whom did you report in that role?
10:07:52  20        A.   Jim Snabe.
10:07:57  21        Q.   To whom does he report?
10:08:00  22        A.   To -- whom does he report to during which
10:08:04  23   time period?
10:08:05  24        Q.   During the time period you were reporting
10:08:06  25   to him.
```

Merrill Legal Solutions
(800) 869-9132

JOHN ZEPECKI          September 9, 2008
HIGHLY CONFIDENTIAL

Page 54

| | | | |
|---|---|---|---|
| 10:08:07 | 1 | A. | I currently report to him. |
| 10:08:09 | 2 | Q. | Who does Mr. Snabe report to? |
| 10:08:13 | 3 | A. | He's a member of our Executive Board |
| 10:08:16 | 4 | currently. | |
| 10:08:16 | 5 | | |
| 10:08:18 | 6 | | |
| 10:08:19 | 7 | | |
| 10:08:20 | 8 | | |
| 10:08:22 | 9 | | |
| 10:08:23 | 10 | | |
| 10:08:25 | 11 | | |
| 10:08:29 | 12 | | |
| 10:08:39 | 13 | | |
| 10:08:39 | 14 | | |
| 10:08:42 | 15 | | |
| 10:08:43 | 16 | | |
| 10:08:44 | 17 | | |
| 10:08:46 | 18 | | |
| 10:08:47 | 19 | | |
| 10:08:48 | 20 | | |
| 10:08:51 | 21 | | |
| 10:08:53 | 22 | | |
| 10:08:55 | 23 | | |
| 10:08:57 | 24 | | |
| 10:08:59 | 25 | | |

JOHN ZEPECKI                September 9, 2008
HIGHLY CONFIDENTIAL

Page 159

```
13:13:48   1
13:13:49   2
13:13:49   3
13:13:50   4
13:13:51   5
13:13:52   6
13:13:53   7
13:13:54   8
13:13:57   9
13:13:58  10
13:14:01  11
13:14:02  12
13:14:04  13
13:14:05  14
13:14:07  15
13:14:08  16
13:14:10  17
13:14:13  18
13:14:15  19
13:14:15  20
13:14:17  21
13:14:18  22
13:14:29  23              MR. PICKETT:  Q.  Please turn to the page
13:14:31  24   ending -753.  This is part of your response to
13:14:35  25   Mr. Agassi on the 21st.
```

JOHN ZEPECKI                    September 9, 2008
                 HIGHLY  CONFIDENTIAL

                                                      Page 160

```
13:14:46  1            On the 5th paragraph near the middle of the
13:14:50  2    page, it starts out:  I am not sure how TomorrowNow.
13:14:53  3    Are you with me?
13:14:54  4        A.  Yes.
13:14:55  5        Q.  You state:
13:14:56  6            I am not sure how TomorrowNow gets access
13:14:59  7        to Peoplesoft software, but it's very likely
13:15:01  8        that TomorrowNow is using the software
13:15:04  9        outside the contractual use rights granted to
13:15:06  10       them, and these use rights could be
13:15:08  11       terminated by Oracle.
13:15:10  12           What was the basis for that statement to
13:15:12  13   Mr. Agassi?
13:15:16  14       A.  I didn't know how TomorrowNow got its use
13:15:20  15   rights.  And I was concerned that they couldn't keep
13:15:28  16   the use rights they had.
13:15:31  17       Q.  What was your concern in that regard?
13:15:33  18       A.  If there was no use rights, it would be
13:15:36  19   difficult to provide a set of services around
13:15:39  20   Peoplesoft software.
13:15:41  21       Q.  Is that because they needed access to
13:15:45  22   Peoplesoft software in order to create updates and
13:15:51  23   bug fixes?
13:15:52  24           MR. McDONELL:  Object to the form of the
13:15:53  25   question.
```

JOHN ZEPECKI             September 9, 2008
HIGHLY CONFIDENTIAL

Page 161

13:15:54  1         THE WITNESS:  To provide services around a
13:15:56  2   piece of software, if you can't work with the
13:15:59  3   software at all, it's hard to provide any services
13:16:02  4   at all around the software.
13:16:04  5
13:16:05  6
13:16:07  7
13:16:08  8
13:16:11  9
13:16:14 10
13:16:14 11
13:16:17 12
13:16:18 13
13:16:21 14
13:16:24 15
13:16:26 16
13:16:28 17
13:16:31 18
13:16:33 19
13:16:34 20
13:16:38 21
13:16:39 22
13:16:41 23
13:16:44 24
13:16:49 25

# CERTIFICATE OF REPORTER

I, HOLLY THUMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED September 11, 2008.

_____
HOLLY THUMAN, CSR No. 6834

# Corrections to the Transcript of the Deposition of

## John Zepecki

### Taken on September 9, 2008

### Volume 1, pages 1 - 348

| Page | Line(s) | Reads | Should Read |
|------|---------|-------|-------------|
| 102 | 14 | "Sidney" | "Sydney" |
| 109 | 7 | "Sidney" | "Sydney" |
| 133 | 22 | "date" | delete "date" |
| 297 | 21 | "Stem 3" | "Step 3" |

_____     _____
Witness Signature                           Date  10/8/08

MPI-32042v1