# EXHIBIT 38

Dockets.Justia.com

CONFIDENTIAL INFORMATION
TN-OR 00001564

# New Client OnBoarding Checklist

## Sales Cycle Phase

| Step | Perform After Step | Owner | Audience | Step Description | Date Completed |
|---|---|---|---|---|---|
| 1 | | Account Executive/Sales | | Send Product Validation Form to Customer (part of sales process) | |
| 2 | 1 | Account Executive/Sales | VP of Support Services/Services Manager | Receives Product Validation Form from customer and forwards it to VP of Support Services | |
| 3 | | Account Executive/Sales | VP of Support Services/Services Manager & Prospect | Conference Call with Prospect to discuss onboarding information including: Countries review, tax and regulatory update requirements. Download process - us/them or just us. Connectivity options - get process started. | |
| 4 | | Services Manager | Prospect Primary Contact or Designant | ==E-mail prospect information about steps to take prior to end of Oracle maintenance. This is called 'Urgent Steps'. E-mail Prospect details on downloading information from Customer Connect and ordering software from Customer Care. Request Customer Connect ID and Password. Attach appropriate download documents. Only send the V5R3 or V5R4 World document if you have found that the client needs it.== | |
| 5 | | Services Manager | TN Customer Systems Administrator/Operations personnel | Notify Systems Administrator/Operations personnel on what needs to be downloaded on clients behalf. They will need Customer Connect ID, Password, and Phone Number to download. | |
| 6 | 5 | Services Manager/PSE | Client Contact from Step 4 | Setup Conference Call for Q&A on Download process if required. (Include all contacts specified by Primary Contact) | |
| 7 | 7 | Services Manager/PSE | Client Contact from Step 4 | Conduct Conference Call for Q&A on Download process if required. (have the documents you sent to the client available during conference call) | |

Additional Prospect calls can occur during this phase



EXHIBIT NO. 9
RWM 10-30-07