# EXHIBIT 41

Dockets.Justia.com

People    Demo Environments

| Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|
| A O Smith | F890AOSO | FDM | 8.9 | 4/4/2007 | FSCM 8.9 | 3rd Party Apps, General Ledger, PeopleTools |
| A O Smith | H801AOSO | HRMS | 8 SP1 | 4/5/2007 | HRMS 8.0 SP1 | Benefits Admin, eBenefits, eDevelopment, ePay, ePerformance, eProfile, Human Resources, Payroll, Payroll Interface, Pension Admin, |
| AC Transit | H751ACTM | HRMS | 7.51 | 12/16/2004 | HRMS 7.51 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| Academy Sports and Outdoors, LTD | F842ASOD | FDM | 8.4 SP2 | 7/31/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, eProcurement, Enterprise Portal, General Ledger, Payables, PeopleTools, Projects, Purchasing |
| Academy Sports and Outdoors, LTD | P840ASOD | PORTAL | 8.4 | 8/18/2006 | Enterprise Portal 8.40 | 3rd Party Apps, Enterprise Portal, Enterprise Warehouse, PeopleTools |
| Ace Parking Management, Inc. | F842APMD | FDM | 8.4 SP2 | 5/24/2005 | FSCM 8.4 SP2 | 3rd Party Apps, General Ledger, Payables, PeopleTools |
| AFLAC | H831AFLM | HRMS | 8.3 SP1 | 9/27/2006 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, ePay, eProfile, eRecruit, eRecruit Manager Desktop, Human Resources, Payroll, PeopleTools, Resume processing |
| AgFirst Farm Credit Bank | F842AGFM | FDM | 8.4 SP2 | 3/21/2007 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Expenses, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| Alcon Laboratories, Inc | H831ALCM | HRMS | 8.3 SP1 | 2/14/2007 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |
| Allianz Australia Services Pty Ltd | F842AAIS | FDM | 8.4 SP2 | 1/31/2007 | FSCM 8.4 SP2 | 3rd Party Apps, Payables, PeopleTools, Receivables Assets, General Ledger, Purchasing |
| Allianz Life Insurance Company of North America | H831ALIM | HRMS | 8.3 SP1 | 1/31/2007 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll Interface, PeopleTools |
| American Commercial Barge Line LLC | F803ACBO | FDM | 8 SP3 | 8/6/2006 | HRMS 8.0 SP3 | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| American Council on Education | F841ACEM | FDM | 8.4 SP1 | 11/16/2005 | FSCM 8.4 SP1 | 3rd Party Apps, Assets, Billing, Budgets, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Purchasing, Receivables |
| American Council on Education | H831ACEM | HRMS | 8.3 SP1 | 11/16/2005 | HRMS 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools, Time and Labor |
| American Media Inc. | F841AMIM | FDM | 8.4 SP1 | 4/21/2006 | FSCM 8.4 SP1 | 3rd Party Apps, Assets, Budgets, Expenses, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| American Media Inc. | H801AMIM | HRMS | 8 SP1 | 5/22/2006 | HRMS 8.0 SP1 | 3rd Party Apps, Human Resources, Payroll Connector to ADP, PeopleTools |
| Ariba | F842ARBM | FDM | 8.4 SP2 | 9/19/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Budgets, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Projects, Purchasing, Receivables |
| Ariba | H801ARBM | HRMS | 8 SP1 | 10/26/2006 | HR 8.0 SP1 | 3rd Party Apps, eCompensation, eCompensation Manager Desktop, eDevelopment, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Human Resources, PeopleTools, Resume processing |

1 of 10

Exhibit No.: 31
Deponent: BAUGH
Date/RPR: 2/6/08  SB
Hunter + Geist, Inc.

**Ex 41 - Page 1**

PeopleSoft Demo Environments

| Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|
| Development | HR81005F | HRMS | 8 SP1 | 1/18/2006 | HRMS 8.0 SP1 | |
| Development | HR81006a | HRMS | 8 SP1 | 1/23/2006 | HRMS 8.0 SP1 | |
| Development | HR81006B | HRMS | 8 SP1 | 5/4/2006 | HRMS 8.0 SP1 | |
| Development | HR81006C | HRMS | 8 SP1 | 7/28/2006 | HRMS 8.0 SP1 | |
| Development | HR81006D | HRMS | 8 SP1 | 10/17/2006 | HRMS 8.0 SP1 | |
| Development | HR81006E | HRMS | 8 SP1 | 12/21/2006 | HRMS 8.0 SP1 | |
| Development | HR81006F | HRMS | 8 SP1 | 12/21/2006 | HRMS 8.0 SP1 | |
| Development | HR81007A | HRMS | 8 SP1 | 1/29/2007 | HRMS 8.0 SP1 | |
| Development | HR810DEV | HRMS | 8 SP1 | | HRMS 8.0 SP1 | |
| Development | HR810DMO | HRMS | 8 SP1 | | HRMS 8.0 SP1 | |
| Development | HR831DMO | HRMS | 8.3 SP1 | 2/4/2004 | HRMS 8.3 SP1 | |
| Development | TSDMO - Not in use | HRMS | 8.8 SP1 | 6/30/2005 | HRMS 8.8 SP1 | |
| Diocese Service Corporation | F842DSCM | FDM | 8.4 SP2 | 7/5/2005 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, Budgets, General Ledger, Payables, PeopleTools, Receivables |
| Diocese Service Corporation | H831DSCM | HRMS | 8.3 SP1 | 2/25/2005 | HCM 8.3SP1 | 3rd Party Apps, Human Resources, PeopleTools |
| Eagle Family Foods Holdings, Inc. | F753EFFO | FDM | 7.53 | | | |
| East Bay Municipal Utility District | F842EBMO | FDM | 8.4 SP2 | 2/16/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Expenses, General Ledger, PeopleTools, Projects, Receivables |
| East Bay Municipal Utility District | H881EBMO | HRMS | 8.8 SP1 | 7/12/2006 | HR 8.8 SP1 | Benefits Admin, eBenefits, ePay, eProfile, Human Resources, Payroll, Time and Labor |
| El Paso Corporation | F803EPCM | FDM | 8 SP3 | 10/20/2006 | FDM 8.0 SP3 | 3rd Party Apps, Assets, eProcurement, Expenses, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| Employees' Retirement System of Georgia | H702ERSO | HRMS | 7.02 | 12/1/2004 | | Human Resources, Payroll |
| Fairchild Semiconductor | F842FCSO | FDM | 8.4 SP2 | 10/18/2005 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Bills & Routing, Budgets, Cost Management, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Production Management, Production Planning, Projects, Purchasing, Receivables |
| Fairchild Semiconductor | H831FCSO | HRMS | 8.3 SP1 | 4/21/2006 | HR 8.3 SP1 | 3rd Party Apps, Absence Management, Benefits Admin, FSA Admin, Human Resources, Payroll, Payroll Interface, PeopleTools, Time and Labor, Talent Acquisition Manager |
| Federated Services Company | H831FIIO | HRMS | 8.3 SP1 | 11/6/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, eRecruit, Human Resources, Payroll Interface, PeopleTools |
| Fireman's Fund | | | | 3/13/2007 | FSCM 8.4 SP2 | 3rd Party Apps, eProcurement, General Ledger, Payables, PeopleTools, Purchasing |
| Foot Locker, Inc. | F752FLIO | FDM | 7.52 | 7/8/2005 | FIN 7.52 | 3rd Party Apps, Assets, Budgets, General Ledger, Payables, PeopleTools, Receivables |
| Foot Locker, Inc. | H830FLIO | HRMS | 8.3 | 7/29/2005 | HR 8.3 | Benefits Admin, Human Resources, Payroll |
| Fundamental | H890FUAO | | | 10/1/2007 | HR 8.9 | Benefits Admin, eCompensation, eDevelopment, ePay, eProfile, eRecruit, Human Resources, Payroll |
| General Chemical Group | H751GCGO | HRMS | 7.51 | 8/12/2005 | HR 7.51 Commercial | Human Resources, Payroll, Benefits Admin |
| George Weston Bakeries, Inc. | F753GWBO | FDM | 7.53 | 3/22/2006 | FIN 7.52 SP1 | Assets, Budgets, General Ledger, Inventory, Payables, Projects, Purchasing |
| GKN Driveline North America Inc | F881GKNM | FDM | 8.8 SP1 | 6/26/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Expenses, PeopleTools |

**Ex 41 - Page 2**