# EXHIBIT 42

Dockets.Justia.com

02/06/2008 17:00 FAX                                                                 ☎008/021

| BCK_ID | MACHINE | APPLICATION | ENVIRONMENT | FILENAME | DATE_TIME | DESCRIPTION | DB | NT | UNIX | PERFORM EDBY | REQUESTED BY | FORM AT | TN_ARCHIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | HOMER | HRMS | HR81003F | HR81003F_20031030_1722 | 10/30/2003 15:22 | Backup after synch with HR810DMO - at pre 03F, post 03E level | Y | Y | N | jbaugh | NA | .zip | TNBK0101 |
| 17 | HOMER | HRMS | HR81003F | HR81003F_20031030_1909 | 10/30/2003 19:09 | Backup after applying 03F update | Y | Y | N | jbaugh | NA | .zip | TNBK0102 |
| 18 | HOMER | HRMS | HR81003G | HR81003G_20031117_1600 | 11/17/2003 16:00 | Backup after Beta demo updates (env at 03F) | Y | Y | N | jbaugh | NA | .zip | TNBK0103 |
| 26 | HOMER | FDM | FS803DMO | FS803DMO_20040204_1707 | 2/4/2004 17:17 | after install and upgrade to tools 8.20.06 | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 27 | HOMER | HRMS | HR831DMO | HR831DMO_20040204_1737 | 2/4/2004 17:59 | after install and upgrade to tools 8.20.06 | Y | Y | N | jbaugh | NA | .zip | TNBK0136 |
| 28 | HOMER | HRMS | HR81004A | HR81004A_20040205_1221 | 2/5/2004 12:21 | upgrade to tools 8.20.06 | Y | Y | N | jbaugh | NA | .zip | TNBK0137 |
| 29 | HOMER | HRMS | HR81004B | HR81004B_20040205_1234 | 2/5/2004 12:36 | upgrade to tools 8.20.06 | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 31 | HOMER | HRMS | HR801FM | HR801FM_20040219_0254 | 2/19/2004 2:55 | after install and upgrade to tools 8.20.06 | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 60 | HOMER | HRMS | HR702DAT | HR702DAT_20050120_1331 | 1/20/2005 13:31 | Source for Data Manipulation Env. on Dell | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 61 | HOMER | HRMS | HR751DAT | HR751DAT_20050120_1524 | 1/20/2005 15:24 | Source for Data Manipulation Env. on Dell | Y | N | N | jbaugh | NA | .zip | ZIPPED TO \\TN-DELL2650-01E-RW\PSOFT\BACKUP |
| 62 | HOMER | HRMS | HR810DAT | HR810DAT_20050120_1406 | 1/20/2005 14:06 | Source for Data Manipulation Env. on Dell | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 63 | HOMER | HRMS | HR831DAT | HR831DAT_20050120_1433 | 1/20/2005 14:33 | Source for Data Manipulation Env. on Dell | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 65 | HOMER | HRMS | HR81005B | HR81005B_20050125_0812 | 1/25/2005 8:12 | After restore from 05A | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 66 | HOMER | HRMS | HR810PRX | HR810PRX_20050127_1211 | 1/27/2005 12:11 | Payrolls run - per K Martinez | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 68 | HOMER | HRMS | HR810PRX | HR810PRX_20050131_1114 | 1/31/2005 21:14 | Source for HR810DEV PS_Home | N | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 69 | HOMER | HRMS | HR810PRX | HR810PRX_20050131_1237 | 1/31/2005 12:34 | Addition of 2005 Pay Calendars | Y | N | N | jbaugh | NA | .gz | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 99 | PSDEV01 | HRMS | H861NCLO | H861NCLO_20040615_1649 | 5/15/2004 17:07 | ? | Y | N | N | jbaugh | NA | .gz | |
| 100 | PSDEV01 | HRMS | STATREPO | STATREPO_20040916_1031 | 9/16/2004 10:36 | After install | Y | N | N | jbaugh | NA | .gz | Deleted from archive |
| 115 | PSDEV01 | HRMS | H751SBHO | H751SBHO_20041013_1542 | 10/13/2004 18:37 | Export after corrections | Y | N | N | jbaugh | NA | pkzip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 134 | TN-DELL2650-01 | HRMS | H751ACTM | H751ACTM_20041216_2350 | 12/16/2004 23:50 | After install | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 150 | HOMER | HRMS | HR702DAT | HR702DAT_20050121_0254 | 1/21/2005 2:54 | Backup after migration from Homer and upgrade to Sql2000 | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 151 | HOMER | HRMS | HR751DAT | HR751DAT_20050121_0253 | 1/21/2005 2:53 | Backup after migration from Homer and upgrade to Sql2000 | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 152 | HOMER | HRMS | HR810DAT | HR810DAT_20050121_0251 | 1/21/2005 2:51 | Backup after migration from Homer and upgrade to Sql2000 | Y | N | N | jbaugh | NA | .zip | NA |
| 153 | HOMER | HRMS | HR831DAT | HR831DAT_20050121_0245 | 1/21/2005 2:45 | Backup after migration from Homer and upgrade to Sql2000 | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 154 | TN-DELL2650-01 | HRMS | D702DATM | D702DATM_20050121_0430 | 1/21/2005 4:30 | Data Manipulation Env | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 155 | TN-DELL2650-01 | HRMS | D751DATM | D751DATM_20050121_0431 | 1/21/2005 4:31 | Data Manipulation Env | Y | N | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 156 | TN-DELL2650-01 | HRMS | D810DATM | D810DATM_20050121_0432 | 1/21/2005 4:32 | Data Manipulation Env | Y | N | N | jbaugh | NA | .bp | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 157 | TN-DELL2650-01 | HRMS | D831DATM | D831DATM_20050121_0433 | 1/21/2005 4:33 | Data Manipulation Env | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 158 | PSDEV01 | HRMS | H831COFO | H831COFO_20050127_1631 | 1/27/2005 16:31 | Backup after install | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 159 | PSDEV01 | HRMS | H831COFO | H831COFO_20050128_1628 | 1/24/2005 16:28 | Backup after Fix Pack 1 | Y | Y | N | jbaugh | NA | .gz | |
| 160 | TN-DELL2650-01 | HRMS | H831RWCM | H831RWCM_20050131_1130 | 1/31/2005 23:35 | source for H831DEVM | Y | Y | N | jbaugh | NA | .gz | Deleted from archive |
| 166 | TN-DELL2650-01 | HRMS | H831MCIM | H831MCIM_20050210_1645 | 2/10/2005 16:45 | Backup after install | Y | Y | N | jbaugh | NA | .gz | Deleted from archive |
| 167 | TN-DELL2650-01 | HRMS | H831MCIM | H831MCIM_20050211_0120 | 2/11/2005 1:19 | Backup after 8.20.13 patch | Y | Y | N | jbaugh | NA | .gz | Deleted from archive |
| 169 | TN-DELL2650-01 | HRMS | H831MCIM | H831MCIM_20050215_0838 | 2/15/2005 8:38 | Backup after Fix Pack 1 | Y | Y | N | jbaugh | NA | .gz | Deleted from archive |
| 170 | PSDEV01 | HRMS | H751SBHO | H751SBHO_20050215_1400 | 2/15/2005 14:00 | Before PRE PY05FEB Comparison Payroll | Y | Y | N | jbaugh | NA | .gz | Deleted from archive |
| 171 | TN-DELL2650-01 | HRMS | H831MCIM | H831MCIM_20050216_1010 | 2/16/2005 10:10 | Backup after Maintenance Pack 2 | Y | Y | N | jbaugh | NA | .gz | Deleted from archive |
| 173 | TN-DELL2650-01 | HRMS | H831MCIM | H831MCIM_20050216_1634 | 2/16/2005 16:34 | Backup after Maintenance Pack 3 | Y | Y | N | jbaugh | NA | .gz | Deleted from archive |
| 174 | TN-DELL2650-01 | HRMS | H831MCIM | H831MCIM_20050217_0038 | 2/17/2005 0:38 | Backup after Maintenance Pack 4 | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 175 | TN-DELL2650-01 | HRMS | H831MCIM | H831MCIM_20050217_0455 | 2/17/2005 4:55 | Backup after Maintenance Pack 5 | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 176 | TN-DELL2650-01 | HRMS | H831DEVM | H831DEVM_20050217_0505 | 2/17/2005 5:05 | Backup after reconfiguring Report Distribution Nds | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 178 | PSDEV01 | HRMS | H831COFO | H831COFO_20050217_2141 | 2/17/2005 21:41 | Backup after Maintenance Pack 3 | Y | Y | Y | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 179 | PSDEV01 | HRMS | H831COFO | H831COFO_20050218_1755 | 2/18/2005 17:55 | Backup after Maintenance Pack 3 | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 182 | TN-DELL2650-01 | HRMS | H831DSCM | H831DSCM_20050225_0128 | 2/25/2005 1:28 | Backup after install | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 183 | TN-DELL2650-01 | HRMS | H831DSCM | H831DSCM_20050225_1620 | 2/25/2005 16:20 | Backup after Fix Pack 1 | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 184 | TN-DELL2650-01 | HRMS | H831DSCM | H831DSCM_20050226_0136 | 2/26/2005 1:36 | Backup after Maintenance Pack 2 | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 185 | TN-DELL2650-01 | HRMS | H831DSCM | H831DSCM_20050228_1903 | 2/28/2005 19:03 | Backup after Maintenance Pack 3 | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 187 | TN-DELL2650-01 | HRMS | H831DSCM | H831DSCM_20050301_0052 | 3/1/2005 0:52 | Backup after Maintenance Pack 4 | Y | Y | N | jbaugh | NA | .gz | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 202 | PSDEV01 | HRMS | H801QGI5 | H801QGI5_20050405_0126 | 4/5/2005 1:26 | Backup after migration to ASE1252 SBE | Y | Y | N | jbaugh | NA | .zip | ZIPPED TO \\YOGI-RW\MSSQL\BACKUP |
| 395 | YOGI | HRMS | HG751ANC | HG751ANC_20050103_1703 | 1/3/2005 17:13 | PY05JAN Data Preparation Complete | Y | Y | N | jbaugh | NA | .zip | ZIPPED TO E:\MSSQL\BACKUP |
| 396 | YOGI | HRMS | HR751ARC | HR751ARC_20050103_1707 | 1/3/2005 17:16 | PY05JAN Data Preparation Complete | Y | Y | N | jbaugh | NA | .zip | ZIPPED TO \\TN-DELL2650-01E-RW\PSOFT\BACKUP |
| 406 | YOGI | HRMS | HG70205A | HG70205A_20050125_1224 | 1/25/2005 12:24 | Post 05A | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 407 | YOGI | HRMS | HR70205A | HR70205A_20050125_1212 | 1/25/2005 12:12 | Post 05A | Y | Y | N | jbaugh | NA | .zip | ZIPPED TO \\TN-DELL2650-01E-RW\PSOFT\BACKUP |
| 408 | YOGI | HRMS | HG75105A | HG75105A_20050125_1238 | 1/25/2005 12:38 | Post 05A | Y | Y | N | jbaugh | NA | .zip | TN0008-TN0015 h TN-FS01 e:PSDEV01 and e:TN-Dell2650-01ER-W Yearly backup archive |
| 409 | YOGI | HRMS | HR75105A | HR75105A_20050125_1230 | 1/25/2005 12:30 | Post 05A | Y | Y | N | jbaugh | NA | .zip | ZIPPED TO \\TN-DELL2650-01E-RW\PSOFT\BACKUPS |
| 410 | YOGI | HRMS | HR751FTI | HR751FTI_20050131_1219 | 1/31/2005 12:19 | Addition of 2005 Pay Calendars | Y | Y | N | jbaugh | NA | .zip | ZIPPED TO \\TN-DELL2650-01E-RW\PSOFT\BACKUP |
| 411 | YOGI | HRMS | HR751ARC | HR751ARC_20050131_1403 | 1/31/2005 14:03 | Before PRE Payroll for VA fix testing | Y | Y | N | jbaugh | NA | .zip | TNBK0105 |
| 430 | YOGI | FDM | FC752DEV | FC752DEV_20031120_2231 | 11/20/2003 22:31 | Initial backup after install | Y | Y | N | jbaugh | NA | .zip | TNBK0106 |
| 431 | YOGI | FDM | FC753DEV | FC753DEV_20031120_2242 | 11/20/2003 22:42 | Initial backup after install | Y | Y | N | jbaugh | NA | .zip | TNBK0109 |
| 432 | YOGI | FDM | FG752DEV | FG752DEV_20031120_2258 | 11/20/2003 22:58 | Initial backup after install | Y | Y | N | jbaugh | NA | .zip | TNBK0109 |
| 433 | YOGI | FDM | FG752DEV | FG752DEV_20031209_1528 | 12/9/2003 15:33 | Backup after fix 50 | Y | Y | N | jbaugh | NA | .zip | TNBK0109 |
| 434 | YOGI | FDM | FG752DEV | FG752DEV_20031212_1011 | 12/12/2003 10:18 | Backup after fix 121 | Y | Y | N | jbaugh | NA | .zip | TNBK0112 |
| 435 | YOGI | FDM | FG752DEV | FG752DEV_20031215_0757 | 12/15/2003 8:25 | Backup after fix 152 | Y | Y | N | jbaugh | NA | .zip | TNBK0115 |
| 436 | YOGI | FDM | FG752DEV | FG752DEV_20031216_0358 | 12/16/2003 4:03 | Backup after fix 200 | Y | Y | N | jbaugh | NA | .zip | TNBK0115 |
| 437 | YOGI | FDM | FG752DEV | FG752DEV_20031217_0522 | 12/17/2003 5:38 | Backup after fix 250 | Y | Y | N | jbaugh | NA | .zip | TNBK0116 |
| 438 | YOGI | FDM | FG752DEV | FG752DEV_20031218_0548 | 12/18/2003 6:00 | Backup after fix 300 | Y | Y | N | jbaugh | NA | .zip | TNBK0116 |
| 439 | YOGI | FDM | FG752DEV | FG752DEV_20031219_0951 | 12/19/2003 10:04 | Backup after fix 350 | Y | Y | N | jbaugh | NA | .zip | TNBK0117 |
| 440 | YOGI | FDM | FG752DEV | FG752DEV_20031223_0454 | 12/23/2003 5:06 | Backup after fix 400 | Y | Y | N | jbaugh | NA | .zip | TNBK0117 |
| 441 | YOGI | FDM | FG752DEV | FG752DEV_20031223_1600 | 12/23/2003 16:13 | Backup after fix 450 | Y | Y | N | jbaugh | NA | .zip | TNBK0118 |
| 442 | YOGI | FDM | FG752DEV | FG752DEV_20031230_0138 | 12/30/2003 1:50 | Backup after fix 500 | Y | Y | N | jbaugh | NA | .zip | TNBK0119 |
| 443 | YOGI | FDM | FG752DEV | FG752DEV_20031230_0301 | 12/31/2003 3:18 | Backup after fix 550 | Y | Y | N | jbaugh | NA | .zip | TNBK0119 |
| 444 | YOGI | FDM | FG752DEV | FG752DEV_20031231_0615 | 12/31/2003 6:26 | Backup after fix 600 | Y | Y | N | jbaugh | NA | .zip | TNBK0120 |
| 445 | YOGI | FDM | FG752DEV | FG752DEV_20040103_0403 | 1/3/2004 4:27 | Backup after fix 650 | Y | Y | N | jbaugh | NA | .zip | TNBK0120 |
| 446 | YOGI | FDM | FG752DEV | FG752DEV_20040104_0217 | 1/4/2004 2:28 | Backup after fix 700 | Y | Y | N | jbaugh | NA | .zip | TNBK0121 |
| 447 | YOGI | FDM | FC752ANC | FC752ANC_20040104_0317 | 1/4/2004 3:26 | Backup after fix 712 - Municipality of Anchorage baseline | Y | Y | N | jbaugh | NA | .zip | TNBK0121 |
| 448 | YOGI | FDM | FG752DEV | FG752DEV_20040105_0110 | 1/5/2004 1:27 | Backup after fix 756 | Y | Y | N | jbaugh | NA | .zip | TNBK0105 |
| 449 | YOGI | FDM | FG752DEV | FG752DEV_20040105_1058 | 1/5/2004 11:15 | Backup after fix 778 - FG752DEV baseline | Y | Y | N | jbaugh | NA | .zip | TNBK0105 |
| 458 | YOGI | FDM | FC752DEV | FC752DEV_20031120_2231 | 11/20/2003 22:31 | Initial backup after install | Y | Y | N | jbaugh | NA | .zip | TNBK0106 |
| 460 | YOGI | FDM | FC753DEV | FC753DEV_20031120_2242 | 11/20/2003 22:42 | Initial backup after install | Y | Y | N | jbaugh | NA | .zip | TNBK0109 |
| 461 | YOGI | FDM | FG752DEV | FG752DEV_20031120_2258 | 11/20/2003 22:58 | Initial backup after install | Y | Y | N | jbaugh | NA | .zip | TNBK0109 |
| 462 | YOGI | FDM | FG752DEV | FG752DEV_20031209_1528 | 12/9/2003 15:33 | Backup after fix 50 | Y | Y | N | jbaugh | NA | .zip | TNBK0109 |
| 463 | YOGI | FDM | FG752DEV | FG752DEV_20031212_1011 | 12/12/2003 10:18 | Backup after fix 121 | Y | Y | N | jbaugh | NA | .zip | TNBK0112 |
| 464 | YOGI | FDM | FG752DEV | FG752DEV_20031215_0757 | 12/15/2003 8:25 | Backup after fix 152 | Y | Y | N | jbaugh | NA | .zip | TNBK0115 |
| 465 | YOGI | FDM | FG752DEV | FG752DEV_20031216_0358 | 12/16/2003 4:03 | Backup after fix 200 | Y | Y | N | jbaugh | NA | .zip | TNBK0115 |
| 466 | YOGI | FDM | FG752DEV | FG752DEV_20031217_0522 | 12/17/2003 5:38 | Backup after fix 250 | Y | Y | N | jbaugh | NA | .zip | TNBK0116 |
| 467 | YOGI | FDM | FG752DEV | FG752DEV_20031218_0548 | 12/18/2003 6:00 | Backup after fix 300 | Y | Y | N | jbaugh | NA | .zip | TNBK0116 |
| 468 | YOGI | FDM | FG752DEV | FG752DEV_20031219_0951 | 12/19/2003 10:04 | Backup after fix 350 | Y | Y | N | jbaugh | NA | .zip | TNBK0117 |
| 469 | YOGI | FDM | FG752DEV | FG752DEV_20031223_0454 | 12/23/2003 5:06 | Backup after fix 400 | Y | Y | N | jbaugh | NA | .zip | TNBK0117 |
| 470 | YOGI | FDM | FG752DEV | FG752DEV_20031223_1600 | 12/23/2003 16:13 | Backup after fix 450 | Y | Y | N | jbaugh | NA | .zip | TNBK0117 |

Ex 42  - Page 1

Exhibit No.: 41
Deponent: BAUGH
Date/RPR: 2/7/08 SB
Hunter + Geist, Inc.

| BCK_ID | MACHINE | APPLICATION | ENVIRONMENT | FILENAME | DATE_TIME | DESCRIPTION | DB | NT | UNIX | PERFORMEDBY | REQUESTEDBY | FORMAT | TN_ARCHIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | HOMER | HRMS | HR81003F | HR81003F_20031030_1722 | 10/30/2003 15:22 | Backup after synch with HR810DMO - at pre 03F, post 03E level | Y | Y | N | jbaugh | NA | .zip | TNBK0101 |
| 17 | HOMER | HRMS | HR81003F | HR81003F_20031030_1909 | 10/30/2003 19:09 | Backup after applying 03F update | Y | Y | N | jbaugh | NA | .zip | TNBK0102 |
| 18 | HOMER | HRMS | HR81003G | HR81003G_20031117_1600 | 11/17/2003 16:00 | Backup after Beths demo updates (env at 03F) | Y | Y | N | jbaugh | NA | .zip | TNBK0103 |

# Ex 42  - Page 2

First Four Rows of Plaintiffs' Deposition Exhibit 41