# EXHIBIT 43

Dockets.Justia.com

02/06/2008 17:15 FAX

| RESTO RE_ID | MACHINE | APPLICATION | TARGET_ENV | SOURCE_ENV | RESTORE_ARCHIVE | BACKUP_FILENAME | ASE_R ESTORE | NT_R EST ORE | UNIX_ REST ORE | RESTORE_DATETIME | DESCRIPTION | PERFOR MED_BY | REQUESTED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | HOMER | HRMS | HR810PRX | HR810PRX | ONLINE | HR810PRX_20041223_0942 | N | Y | N | 1/4/2005 17:42 | NA | jbaugh | NA |
| 29 | HOMER | HRMS | HR810QGI | HR810QGI | ONLINE | HR810QGI_20041223_0949 | N | Y | N | 1/4/2005 19:09 | NA | jbaugh | NA |
| 31 | HOMER | HRMS | HR810QGI | HR810QGI | TNBK0165 | HR810QGI_20041027_1530 | N | Y | N | 1/6/2005 11:49 | NA | jbaugh | NA |
| 34 | HOMER | HRMS | HR810O5B | HR81005A | ONLINE | HR81005A_20050114_1356 | Y | Y | N | 1/25/2005 16:44 | Restore from 05A | jbaugh | NA |
| 36 | HOMER | HRMS | HR810PRX | HR810PRX | ONLINE | HR810PRX_20050127_1211 | Y | N | N | 1/27/2005 14:52 | 2nd Payroll run - KMartinez | jbaugh | NA |
| 37 | HOMER | HRMS | HR810DEV | HR810PRX | ONLINE | HR810PRX_20050127_1211 | Y | N | N | 1/31/2005 12:15 | 20050127_1211 baseline from HR810PRX | jbaugh | NA |
| 38 | HOMER | HRMS | HR810DEV | HR810PRX | ONLINE | HR810PRX_20050131_1114 | N | Y | N | 1/31/2005 12:15 | 20050127_1211 baseline from HR810PRX | jbaugh | NA |
| 39 | HOMER | HRMS | HR810QGI | HR810QGI | ONLINE | HR810QGI_20050201_1058 | Y | N | N | 2/1/2005 11:49 | Before POST Payroll for VA Fix Test | jbaugh | NA |
| 223 | YOGI | HRMS | | HG751CCW | ONLINE | HG751CCW_20041223_0958 | N | Y | N | 12/30/2004 16:56 | PY05JAN Data Preparation | jbaugh | NA |
| 224 | YOGI | HRMS | HG751ANC | HG751ANC | ONLINE | HG751ANC_20041223_1012 | N | Y | N | 1/3/2005 12:14 | PY05JAN Data Preparation | jbaugh | NA |
| 225 | YOGI | HRMS | HG751ANC | HG751ANC | TNBK0169 | HG751ANC_20041202_1352 | Y | N | N | 1/3/2005 12:14 | PY05JAN Data Preparation | jbaugh | NA |
| 226 | YOGI | HRMS | HG751ANC | HG751ANC | ONLINE | HG751ANC_20041223_1012 | N | Y | N | 1/4/2005 13:00 | Restored to correct dates on files | jbaugh | NA |
| 227 | YOGI | HRMS | HR751ARC | HR751ARC | ONLINE | HR751ARC_20041223_0950 | N | Y | N | 1/4/2005 13:00 | Restored to correct dates on files | jbaugh | NA |
| 228 | YOGI | HRMS | HG751CCW | HG751CCW | ONLINE | HG751CCW_20041223_0956 | N | Y | N | 1/4/2005 13:00 | Restored to correct dates on files | jbaugh | NA |
| 229 | YOGI | HRMS | HR751FTI | HR751FTI | ONLINE | HR751FTI_20041223_0938 | N | Y | N | 1/4/2005 15:17 | Requested by Beth Lester | jbaugh | NA |
| 230 | YOGI | HRMS | HR751PHS | HR751PHS | ONLINE | HR751PHS_20041223_0954 | N | Y | N | 1/4/2005 15:25 | Requested by Beth Lester | jbaugh | NA |
| 231 | YOGI | HRMS | HR751TEL | HR751TEL | ONLINE | HR751TEL_20041223_0945 | N | Y | N | 1/4/2005 15:32 | Requested by Beth Lester | jbaugh | NA |
| 246 | YOGI | HRMS | HG70205B | HG70205A | ONLINE | HG70205A_20050125_1224 | Y | Y | N | 1/25/2005 13:43 | Restore from 05A | jbaugh | NA |
| 247 | YOGI | HRMS | HR70205B | HR70205A | ONLINE | HR70205A_20050125_1212 | Y | Y | N | 1/25/2005 16:45 | Restore from 05A | jbaugh | NA |
| 248 | YOGI | HRMS | HG75105B | HG75105A | ONLINE | HG75105A_20050125_1238 | Y | Y | N | 1/25/2005 16:44 | Restore from 05A | jbaugh | NA |
| 249 | YOGI | HRMS | HR75105B | HR75105A | ONLINE | HR75105A_20050125_1230 | Y | Y | N | 1/25/2005 16:45 | Restore from 05A | jbaugh | NA |
| 250 | YOGI | HRMS | HR751ARC | HR751ARC | ONLINE | HR751ARC_20050126_1356 | Y | N | N | 1/26/2005 14:40 | Before POST Payroll for NV fix | jbaugh | NA |
| 251 | YOGI | HRMS | HR751ARC | HR751ARC | ONLINE | HR751ARC_20050131_1403 | Y | N | N | 1/31/2005 15:45 | Before POST Payroll for VA fix | jbaugh | NA |
| 281 | PSDEV01 | HRMS | H751SBHO | H751SBHO | H751SBHO_20041018_17 | H751SBHO_20041018_1731 | Y | N | N | 0000-00-00 00:00:00 | before Comparison payroll for testing PY04AUG | jbaugh | NA |
| 285 | TN-DELL2650-01 | HRMS | H831RWCM | H831RWCM | H831RWCM_20041223_09 | H831RWCM_20041223_0937 | N | Y | N | 1/4/2004 16:40 | | jbaugh | NA |
| 286 | TN-DELL2650-01 | HRMS | D702DATM | HR702DAT | HR702DAT_20050121_02 | HR702DAT_20050121_0254 | Y | N | N | 1/21/2005 4:13 | Data Manipulation Env | jbaugh | NA |
| 289 | TN-DELL2650-01 | HRMS | D751DATM | HR751DAT | HR751DAT_20050121_02 | HR751DAT_20050121_0253 | Y | N | N | 1/21/2005 4:14 | Data Manipulation Env | jbaugh | NA |
| 290 | TN-DELL2650-01 | HRMS | D810DATM | HR810DAT | HR810DAT_20050121_02 | HR810DAT_20050121_0251 | Y | N | N | 1/21/2005 4:16 | Data Manipulation Env | jbaugh | NA |
| 291 | TN-DELL2650-01 | HRMS | D831DATM | HR631DAT | HR631DAT_20050121_02 | HR631DAT_20050121_0245 | Y | N | N | 1/21/2005 4:19 | Data Manipulation Env | jbaugh | NA |
| 292 | TN-DELL2650-01 | HRMS | H831DEVM | H831RWCM | H831RWCM_20050131_11 | H831RWCM_20050131_1130 | Y | Y | N | 1/31/2005 11:49 | baseline from H831RWCM | jbaugh | NA |
| 307 | PSDEV01 | HRMS | H801QGIS | H801QGIS | H801QGIS_20050405_01 | H801QGIS_20050405_0126 | Y | Y | N | 4/6/2005 16:00 | Back to after install backup | jbaugh | NA |
| 332 | PSDEV01 | HRMS | H801QGIS | H801QGIS | ONLINE | H801QGIS200504290932.DAT | Y | N | N | 5/23/2005 17:12 | Before PY05JUN Application | JBaugh | NA |
| 341 | PSDEV01 | HRMS | H801QGIS | H801QGIS | ONLINE | H801QGIS200504290932.DAT | Y | N | N | 5/25/2005 10:00 | Before PY05JUN Application | JBaugh | NA |
| 342 | PSDEV01 | HRMS | H801QGIS | H801QGIS | ONLINE | H801QGIS200504290932.DAT | Y | N | N | 5/25/2005 15:33 | Before PY05JUN Application | JBaugh | NA |
| 344 | PSDEV01 | HRMS | H801QGIS | H801QGIS | ONLINE | H801QGIS200504290932.DAT | Y | N | N | 5/25/2005 17:42 | Before PY05JUN Applied | JBaugh | NA |
| 521 | PSDEV01 | HRMS | H831STAO | H831STAO | ONLINE | H831STAO_20051216_2316 | Y | Y | Y | 12/19/2005 10:45 | Back to 'Before PY05FNL' applied | JBaugh | NA |
| 522 | TN-DELL2650-01 | HRMS | H881COHM | H881COHM | ONLINE | H881COHM_20051216_1428 | Y | Y | N | 12/19/2005 11:54 | Back to 'Before Py05FNL' | JBaugh | NA |
| 523 | TN-DELL2650-01 | HRMS | H831ACEM | H831ACEM | ONLINE | H831ACEM_20051216_1358 | Y | Y | N | 12/19/2005 12:20 | Restore to 'Before PY05FNL' | JBaugh | NA |
| 524 | PSDEV01 | HRMS | H831ARMO | H831ARMO | ONLINE | H831ARMO_20051217_0047 | Y | Y | Y | 12/19/2005 12:30 | Restore to 'Before PY05FNL' | JBaugh | NA |
| 525 | YOGI | HRMS | HR702CSS | HR702CSS | ONLINE | HR702CSS_20051215_1033 | Y | Y | N | 12/20/2005 0:05 | Restored to after PY05DEC bundle applied | JBaugh | NA |
| 527 | TN-DELL2650-01 | HRMS | H881CHSO | H881CHSO | ONLINE | H881CHSO_20051220_1022 | Y | Y | N | 12/20/2005 20:42 | Restore to 'After 2006 Payroll Setup' | JBaugh | NA |
| 651 | PSDEV01 | HRMS | H831OLNI | H831OLNI | NA | H831OLN1_20060214_1422 | Y | N | N | 3/25/2006 19:40 | Restore in preparation of PYMAR06 | JBaugh | NVuong |
| 652 | PSDEV01 | HRMS | H831BLSD | H831BLSD | NA | H831BLSD_20050524_1800 | Y | Y | Y | 3/25/2006 21:52 | Restore to last good archive | JBaugh | WJones |
| 918 | YOGI | HRMS | HG751CCW | HG751CCW | | 1783 HG751CCW_20061026_1852 | Y | Y | Y | 12/9/2006 20:00 | Restore for 2007 Payroll Setup | JBaugh | GHernandez |
| 1017 | TN-DELL2650-01 | HRMS | H881CHSO | H881CHSO | BACKUP ID 1987 | H881CHSO_20070105_1323 | Y | N | N | 3/16/2007 3:02 | Restore to resolve file corruption error | jbaugh | jbaugh |
| 1040 | PSDEV01 | HRMS | H801BGPO | H801BGPO | BACKUP ID: 2060 | H801BGPO_20070116_0851 | Y | Y | Y | 3/27/2007 4:15 | Restore for PY07MAR | jbaugh | ghernandez |
| 1041 | PSDEV01 | HRMS | H801QGIS | H801QGIS | BACKUP ID: 2054 | H801QGIS_20070112_233309 | Y | Y | Y | 3/27/2007 4:25 | Restore for PY07MAR | jbaugh | ghernandez |
| 1095 | DCPSTEMP02 | HRMS | H890GSFM | H890GSFM | | 2463 H890GSFM_20070517_1600 | Y | Y | N | 6/1/2007 15:02 | Restore for June bundle | jbaugh | mdominguez |
| 1201 | PSDEV01 | HRMS | H801ROSO | H801ROSO | | 2601 H801ROSO_20070814_1532 | Y | Y | Y | 10/7/2007 16:40 | Restore for October bundle | jbaugh | ghernandez |

☒005/009

Exhibit No.: 42
Deponent: BAUGH
Date/RPR: 2/7/08 SD
Hunter + Geist, Inc.

Ex 43 - Page 1

| RESTORE_ID | MACHINE | APPLICATION | TARGET_ENV | SOURCE_ENV | RESTORE_ARCHIVE | BACKUP_FILENAME | DATABASE_RESTORE | NT_REST ORE | UNIX_REST ORE | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY | REQUESTED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | HOMER | HRMS | HR810PRX | HR810PRX | ONLINE | HR810PRX_20041223_0942 | N | Y | N | 1/4/2005 17:42 | NA | jbaugh | NA |
| 29 | HOMER | HRMS | HR810QGI | HR810QGI | ONLINE | HR810QGI_20041223_0949 | N | Y | N | 1/4/2005 19:09 | NA | jbaugh | NA |
| 31 | HOMER | HRMS | HR810QGI | HR810QGI | TNBK0165 | HR810QGI_20041027_1530 | N | Y | N | 1/6/2005 11:49 | NA | jbaugh | NA |
| 34 | HOMER | HRMS | HR81005B | HR81005A | ONLINE | HR81005A_20050114_1356 | Y | Y | N | 1/25/2005 16:44 | Restore from 05A | jbaugh | NA |
| 36 | HOMER | HRMS | HR810PRX | HR810PRX | ONLINE | HR810PRX_20050127_1211 | Y | N | N | 1/27/2005 14:52 | 2nd Payroll run - KMartinez | jbaugh | NA |
| 37 | HOMER | HRMS | HR810DEV | HR810PRX | ONLINE | HR810PRX_20050127_1211 | Y | N | N | 1/31/2005 12:15 | 20050127_1211 baseline from HR810PRX | jbaugh | NA |
| 38 | HOMER | HRMS | HR810DEV | HR810PRX | ONLINE | HR810PRX_20050131_1114 | N | Y | N | 1/31/2005 12:15 | 20050127_1211 baseline from HR810PRX | jbaugh | NA |
| 39 | HOMER | HRMS | HR810QGI | HR810QGI | ONLINE | HR810QGI_20050201_1058 | Y | N | N | 2/1/2005 11:49 | Before POST Payroll for VA Fix Test | jbaugh | NA |
| 223 | YOGI | HRMS | | HG751CCW | ONLINE | HG751CCW_20041223_0956 | N | Y | N | 12/30/2004 16:56 | PY05JAN Data Preparation | jbaugh | NA |
| 224 | YOGI | HRMS | HG751ANC | HG751ANC | ONLINE | HG751ANC_20041223_1012 | N | Y | N | 1/3/2005 12:14 | PY05JAN Data Preparation | jbaugh | NA |
| 225 | YOGI | HRMS | HG751ANC | HG751ANC | TNBK0169 | HG751ANC_20041202_1352 | Y | N | N | 1/3/2005 12:14 | PY05JAN Data Preparation | jbaugh | NA |
| 226 | YOGI | HRMS | HG751ANC | HG751ANC | ONLINE | HG751ANC_20041223_1012 | N | Y | N | 1/4/2005 13:00 | Restored to correct dates on files | jbaugh | NA |
| 227 | YOGI | HRMS | HR751ARC | HR751ARC | ONLINE | HR751ARC_20041223_0950 | N | Y | N | 1/4/2005 13:00 | Restored to correct dates on files | jbaugh | NA |
| 228 | YOGI | HRMS | HG751CCW | HG751CCW | ONLINE | HG751CCW_20041223_0956 | N | Y | N | 1/4/2005 13:00 | Restored to correct dates on files | jbaugh | NA |
| 229 | YOGI | HRMS | HR751FTI | HR751FTI | ONLINE | HR751FTI_20041223_0938 | N | Y | N | 1/4/2005 15:17 | Requested by Beth Lester | jbaugh | NA |
| 230 | YOGI | HRMS | HR751PHS | HR751PHS | ONLINE | HR751PHS_20041223_0954 | N | Y | N | 1/4/2005 15:25 | Requested by Beth Lester | jbaugh | NA |
| 231 | YOGI | HRMS | HR751TEL | HR751TEL | ONLINE | HR751TEL_20041223_0945 | N | Y | N | 1/4/2005 15:32 | Requested by Beth Lester | jbaugh | NA |
| 246 | YOGI | HRMS | HG70205B | HG70205A | ONLINE | HG70205A_20050125_1224 | Y | Y | N | 1/25/2005 13:43 | Restore from 05A | jbaugh | NA |
| 247 | YOGI | HRMS | HR70205B | HR70205A | ONLINE | HR70205A_20050125_1212 | Y | Y | N | 1/25/2005 16:45 | Restore from 05A | jbaugh | NA |
| 248 | YOGI | HRMS | HG75105B | HG75105A | ONLINE | HG75105A_20050125_1238 | Y | Y | N | 1/25/2005 16:44 | Restore from 05A | jbaugh | NA |
| 249 | YOGI | HRMS | HR75105B | HR75105A | ONLINE | HR75105A_20050125_1230 | Y | Y | N | 1/25/2005 16:45 | Restore from 05A | jbaugh | NA |
| 250 | YOGI | HRMS | HR751ARC | HR751ARC | ONLINE | HR751ARC_20050126_1356 | Y | N | N | 1/26/2005 14:40 | Before POST Payroll for NV fix | jbaugh | NA |
| 251 | YOGI | HRMS | HR751ARC | HR751ARC | ONLINE | HR751ARC_20050131_1403 | Y | N | N | 1/31/2005 15:45 | Before POST Payroll for VA fix | jbaugh | NA |
| 281 | PSDEV01 | HRMS | H751SBHO | H751SBHO | H751SBHO_20041018_17 | H751SBHO_20041018_1731 | Y | N | N | 0000-00-00 00:00:00 | before Comparison payroll for testing PY04AUG | jbaugh | NA |
| 285 | TN-DELL2650-01 | HRMS | H831RWCM | H831RWCM | H831RWCM_20041223_0937 | H831RWCM_20041223_0937 | N | Y | N | 1/4/2004 16:40 | | jbaugh | NA |
| 288 | TN-DELL2650-01 | HRMS | D702DATM | HR702DAT | HR702DAT_20050121_02 | HR702DAT_20050121_0254 | Y | N | N | 1/21/2005 4:13 | Data Manipulation Env | jbaugh | NA |
| 289 | TN-DELL2650-01 | HRMS | D751DATM | HR751DAT | HR751DAT_20050121_02 | HR751DAT_20050121_0253 | Y | N | N | 1/21/2005 4:14 | Data Manipulation Env | jbaugh | NA |
| 290 | TN-DELL2650-01 | HRMS | D810DATM | HR810DAT | HR810DAT_20050121_02 | HR810DAT_20050121_0251 | Y | N | N | 1/21/2005 4:16 | Data Manipulation Env | jbaugh | NA |
| 291 | TN-DELL2650-01 | HRMS | D831DATM | H831DAT | HR831DAT_20050121_02 | HR831DAT_20050121_0245 | Y | N | N | 1/21/2005 4:19 | Data Manipulation Env | jbaugh | NA |
| 292 | TN-DELL2650-01 | HRMS | H831DEVM | H831RWCM | H831RWCM_20050131_11 | H831RWCM_20050131_1130 | Y | Y | N | 1/31/2005 11:49 | baseline from H831RWCM | jbaugh | NA |
| 307 | PSDEV01 | HRMS | H801QGIS | H801QGIS | H801QGIS_20050405_01 | H801QGIS_20050405_0126 | Y | Y | N | 4/6/2005 16:00 | Back to after install backup | jbaugh | NA |
| 332 | PSDEV01 | HRMS | H801QGIS | H801QGIS | ONLINE | H801QGIS200504290932.DAT | Y | N | N | 5/23/2005 17:12 | Before PY05JUN Application | JBaugh | NA |
| 341 | PSDEV01 | HRMS | H801QGIS | H801QGIS | ONLINE | H801QGIS200504290932.DAT | Y | N | N | 5/25/2005 10:00 | Before PY05JUN Application | JBaugh | NA |
| 342 | PSDEV01 | HRMS | H801QGIS | H801QGIS | ONLINE | H801QGIS200504290932.DAT | Y | N | N | 5/25/2005 15:33 | Before PY05JUN Application | JBaugh | NA |
| 344 | PSDEV01 | HRMS | H801QGIS | H801QGIS | ONLINE | H801QGIS200504290932.DAT | Y | N | N | 5/25/2005 17:42 | Before PY05JUN Applied | JBaugh | NA |
| 521 | PSDEV01 | HRMS | H831STAO | H831STAO | ONLINE | H831STAO_20051216_2316 | Y | Y | Y | 12/19/2005 10:45 | Back to 'Before PY05FNL' applied | JBaugh | NA |
| 522 | TN-DELL2650-01 | HRMS | H881COHM | H881COHM | ONLINE | H881COHM_20051216_1428 | Y | Y | N | 12/19/2005 11:54 | Back to 'Before Py05FNL | JBaugh | NA |
| 523 | TN-DELL2650-01 | HRMS | H831ACEM | H831ACEM | ONLINE | H831ACEM_20051216_1358 | Y | Y | N | 12/19/2005 12:20 | Restore to 'Before PY05FNL' | JBaugh | NA |
| 524 | PSDEV01 | HRMS | H831ARMO | H831ARMO | ONLINE | H831ARMO_20051217_0047 | Y | Y | Y | 12/19/2005 12:30 | Restore to 'Before PY05FNL' | JBaugh | NA |
| 525 | YOGI | HRMS | HR702CSS | HR702CSS | ONLINE | HR702CSS_20051215_1033 | Y | Y | N | 12/20/2005 0:05 | Restored to after PY05DEC bundle applied | JBaugh | NA |
| 527 | TN-DELL2650-01 | HRMS | H881CHSO | H881CHSO | ONLINE | H881CHSO_20051220_1022 | Y | Y | N | 12/20/2005 20:42 | Restore to 'After 2006 Payroll Setup' | JBaugh | NA |
| 651 | PSDEV01 | HRMS | H831OLNI | H831OLNI | NA | H831OLNI_20060214_1422 | Y | N | N | 3/25/2006 19:40 | Restore in preparation of PYMAR06 | JBaugh | NVuong |
| 652 | PSDEV01 | HRMS | H831BLSD | H831BLSD | NA | H831BLSD_20050524_1800 | Y | Y | Y | 3/25/2006 21:52 | Restore to last good archive | JBaugh | WJones |
| 918 | YOGI | HRMS | HG751CCW | HG751CCW | 1783 | HG751CCW_20061026_1852 | Y | Y | N | 12/9/2006 20:00 | Restore for 2007 Payroll Setup | JBaugh | GHernandez |
| 1017 | TN-DELL2650-01 | HRMS | H881CHSO | H881CHSO | BACKUP ID 1987 | H881CHSO_20070105_1323 | Y | N | N | 3/16/2007 3:02 | Restore to resolve file corruption error | jbaugh | jbaugh |
| 1040 | PSDEV01 | HRMS | H801BGPO | H801BGPO | BACKUP ID: 2060 | H801BGPO_20070116_0851 | Y | Y | Y | 3/27/2007 4:15 | Restore for PY07MAR | jbaugh | ghernandez |
| 1041 | PSDEV01 | HRMS | H801QGIS | H801QGIS | BACKUP ID: 2054 | H801QGIS_20070112_233309 | Y | Y | N | 3/27/2007 4:25 | Restore for PY07MAR | jbaugh | ghernandez |
| 1095 | DCPSTEMP02 | HRMS | H890GSFM | H890GSFM | 2463 | H890GSFM_20070517_1600 | Y | Y | N | 6/1/2007 15:02 | Restore for June bundle | jbaugh | mdominguez |
| 1201 | PSDEV01 | HRMS | H801ROSO | H801ROSO | 2601 | H801ROSO_20070814_1532 | Y | Y | Y | 10/7/2007 16:40 | Restore for October bundle | jbaugh | ghernandez |

# Ex 43 - Page 2

Re-print of data underlying Plaintiffs' Deposition Exhibit 42