# EXHIBIT 44

Dockets.Justia.com

| ENV_ID | CLIENTCODE | MACHINE | APPLICATION | ENV_NAME | CHECKEDOUT | DBUP | PIAUP | REQUESTEDBY |
|---|---|---|---|---|---|---|---|---|
| 45 | INTERNAL | PSDEV01 | CRM | C800IHGO | N | N | N | n/a |
| 246 | INTERNAL | DCPSTEMP01 | CRM | C840PRGM | N | Y | N | n/a |
| 169 | INTERNAL | PSDEV01 | CRM | C881IHGO | N | N | N | n/a |
| 264 | INTERNAL | PSDEV01 | CRM | C881MGIO | N | N | N | n/a |
| 272 | INTERNAL | PSDEV01 | CRM | C890MGIO | N | N | N | n/a |
| 50 | INTERNAL | DCPSTEMP01 | HRMS | D702DATM | N | N | N | n/a |
| 51 | INTERNAL | DCPSTEMP01 | HRMS | D751DATM | Y | N | N | n/a |
| 52 | INTERNAL | DCPSTEMP01 | HRMS | D810DATM | Y | N | N | n/a |
| 53 | INTERNAL | DCPSTEMP01 | HRMS | D831DATM | N | N | N | n/a |
| 151 | INTERNAL | PSDEV01 | EPM | E881BEAO | N | N | N | n/a |
| 295 | INTERNAL | PSDEV01 | EPM | E890MOHO | N | N | N | n/a |
| 174 | INTERNAL | DCPSTEMP01 | FDM | F752FLIO | N | N | N | n/a |
| 156 | INTERNAL | PSDEV01 | FDM | F752ITRO | N | N | N | n/a |
| 198 | INTERNAL | PSDEV01 | FDM | F752UOMO | N | N | N | n/a |
| 319 | INTERNAL | PSDEV01 | HRMS | F753AU | N | N | N | n/a |
| 180 | INTERNAL | PSDEV01 | FDM | F753BRHO | N | N | N | n/a |
| 186 | INTERNAL | DCPSTEMP01 | FDM | F753EDEO | N | N | N | n/a |
| 145 | INTERNAL | PSDEV01 | FDM | F753EFFO | N | N | N | n/a |
| 149 | INTERNAL | PSDEV01 | FDM | F753GWBO | N | N | N | n/a |
| 199 | INTERNAL | PSDEV01 | FDM | F753HHSO | N | N | N | n/a |
| 232 | INTERNAL | DCPSTEMP01 | FDM | F753MCCM | N | Y | N | ppinnamaraju |
| 141 | INTERNAL | PSDEV01 | FDM | F753MV01 | N | N | N | n/a |
| 139 | INTERNAL | PSDEV01 | FDM | F753NCLO | N | N | N | n/a |
| 140 | INTERNAL | PSDEV01 | FDM | F753NCO_ | N | N | N | n/a |
| 233 | INTERNAL | PSDEV01 | FDM | F753PASO | N | N | N | n/a |
| 178 | INTERNAL | DCPSTEMP01 | FDM | F753TPAM | N | Y | N | n/a |
| 142 | INTERNAL | PSDEV01 | FDM | F753UPG_ | N | N | N | n/a |
| 146 | INTERNAL | PSDEV01 | FDM | F753VWIO | N | N | N | n/a |
| 269 | INTERNAL | PSDEV01 | FDM | F803ACBO | N | N | N | n/a |
| 148 | INTERNAL | PSDEV01 | FDM | F803BEAO | N | N | N | n/a |
| 303 | INTERNAL | DCPSTEMP01 | FDM | F803EPCM | N | Y | Y | n/a |
| 250 | INTERNAL | DCPSTEMP01 | FDM | F803MIEM | N | Y | Y | ppinnamaraju |
| 147 | INTERNAL | PSDEV01 | FDM | F803NAIO | N | N | N | n/a |
| 231 | INTERNAL | DCPSTEMP01 | FDM | F803PRGM | N | Y | Y | FIbarra |
| 305 | INTERNAL | PSDEV01 | FDM | F803ROSO | N | N | N | n/a |
| 297 | INTERNAL | DCPSTEMP01 | FDM | F803RPLO | N | N | N | n/a |
| 353 | INTERNAL | DCPSTEMP01 | FDM | F840ARVM | N | N | N | n/a |
| 200 | INTERNAL | DCPSTEMP01 | FDM | F840PCAO | N | N | N | n/a |
| 201 | INTERNAL | DCPSTEMP01 | FDM | F841ACEM | N | Y | N | n/a |
| 249 | INTERNAL | DCPSTEMP01 | FDM | F841AMIM | N | Y | N | sdesai |
| 138 | INTERNAL | PSDEV01 | FDM | F841NCLO | N | N | N | n/a |
| 310 | INTERNAL | DCPSTEMP02 | FDM | F841NSHM | N | Y | N | n/a |
| 372 | NSH | REMOTE | FDM | F841NSHM | N | N | N | n/a |
| 144 | INTERNAL | DCPSTEMP02 | FDM | F841RWCM | N | Y | N | n/a |
| 202 | INTERNAL | PSDEV01 | FDM | F841SIRO | N | N | N | n/a |
| 155 | INTERNAL | PSDEV01 | FDM | F841UDRO | N | N | N | n/a |
| 343 | INTERNAL | DCPSTEMP02 | FDM | F842AGFM | N | Y | Y | rglue |
| 160 | INTERNAL | DCPSTEMP02 | FDM | F842APMD | N | N | N | n/a |
| 300 | INTERNAL | DCPSTEMP02 | FDM | F842ARBM | N | Y | Y | n/a |
| 273 | INTERNAL | PSDEV01 | FDM | F842ASOD | N | N | N | n/a |
| 326 | INTERNAL | PSDEV01 | FDM | F842CBHO | N | N | N | n/a |
| 203 | INTERNAL | DCPSTEMP02 | FDM | F842CBRO | N | N | N | n/a |
| 175 | INTERNAL | DCPSTEMP02 | FDM | F842CHSO | Y | N | N | n/a |
| 247 | INTERNAL | PSDEV01 | FDM | F842DDMO | N | N | N | n/a |
| 173 | INTERNAL | DCPSTEMP02 | FDM | F842DSCM | N | Y | N | n/a |
| 234 | INTERNAL | PSDEV01 | FDM | F842EBMO | N | N | N | n/a |
| 261 | INTERNAL | PSDEV01 | FDM | F842FCSO | N | Y | Y | n/a |
| 325 | INTERNAL | PSDEV01 | FDM | F842JBHD | N | N | N | n/a |
| 307 | INTERNAL | DCPSTEMP02 | FDM | F842LFSM | N | Y | N | n/a |
| 284 | INTERNAL | PSDEV01 | FDM | F842MOHO | N | N | N | n/a |
| 281 | INTERNAL | DCPSTEMP02 | FDM | F842OXFM | N | Y | N | n/a |
| 294 | INTERNAL | PSDEV01 | FDM | F842PVWO | N | N | N | n/a |
| 268 | INTERNAL | PSDEV01 | FDM | F842ROKO | N | N | N | n/a |
| 143 | INTERNAL | DCPSTEMP02 | FDM | F842RWCM | N | Y | N | n/a |
| 315 | INTERNAL | PSDEV01 | FDM | F842SHND | N | N | N | n/a |



EXHIBIT
75

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

Ex 44 - Page 1

BTRK-TN-OR00404050-
OR-00001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 82 | INTERNAL | YOGI | HRMS | HR75104A | N | N | N | n/a |
| 90 | INTERNAL | YOGI | HRMS | HR75104B | N | N | N | n/a |
| 101 | INTERNAL | YOGI | HRMS | HR75104C | N | N | N | n/a |
| 104 | INTERNAL | YOGI | HRMS | HR75104D | N | N | N | n/a |
| 113 | INTERNAL | YOGI | HRMS | HR75104E | N | N | N | n/a |
| 116 | INTERNAL | YOGI | HRMS | HR75104F | N | N | N | n/a |
| 120 | INTERNAL | YOGI | HRMS | HR75105A | N | N | N | n/a |
| 128 | INTERNAL | YOGI | HRMS | HR75105B | N | N | N | n/a |
| 165 | INTERNAL | YOGI | HRMS | HR75105C | N | N | N | n/a |
| 188 | INTERNAL | YOGI | HRMS | HR75105D | N | N | N | n/a |
| 98 | INTERNAL | YOGI | HRMS | HR751ARC | N | N | N | n/a |
| 227 | INTERNAL | YOGI | HRMS | HR751CSS | Y | Y | Y | slu |
| 19 | INTERNAL | HOMER | HRMS | HR751DAT | N | N | N | n/a |
| 107 | INTERNAL | YOGI | HRMS | HR751FTI | N | N | N | n/a |
| 71 | INTERNAL | YOGI | HRMS | HR751HPA | N | N | N | n/a |
| 93 | INTERNAL | YOGI | HRMS | HR751PHS | N | N | N | n/a |
| 79 | INTERNAL | YOGI | HRMS | HR751REP | N | N | N | n/a |
| 72 | INTERNAL | YOGI | HRMS | HR751SAS | N | N | N | n/a |
| 88 | INTERNAL | YOGI | HRMS | HR751SKP | N | N | N | n/a |
| 111 | INTERNAL | YOGI | HRMS | HR751TEL | N | N | N | n/a |
| 87 | INTERNAL | YOGI | HRMS | HR751TST | N | N | N | n/a |
| 94 | INTERNAL | YOGI | HRMS | HR751YR2 | N | N | N | n/a |
| 108 | INTERNAL | YOGI | HRMS | HR75CTST | N | N | N | n/a |
| 10 | INTERNAL | HOMER | HRMS | HR801FM | N | N | N | n/a |
| 2 | INTERNAL | HOMER | HRMS | HR81003C | N | N | N | n/a |
| 3 | INTERNAL | HOMER | HRMS | HR81003E | N | N | N | n/a |
| 4 | INTERNAL | HOMER | HRMS | HR81003F | N | N | N | n/a |
| 5 | INTERNAL | HOMER | HRMS | HR81003G | N | N | N | n/a |
| 6 | INTERNAL | HOMER | HRMS | HR81004A | N | N | N | n/a |
| 7 | INTERNAL | HOMER | HRMS | HR81004B | N | N | N | n/a |
| 11 | INTERNAL | HOMER | HRMS | HR81004C | N | N | N | n/a |
| 12 | INTERNAL | HOMER | HRMS | HR81004D | N | N | N | n/a |
| 15 | INTERNAL | HOMER | HRMS | HR81004E | N | N | N | n/a |
| 16 | INTERNAL | HOMER | HRMS | HR81004F | N | N | N | n/a |
| 17 | INTERNAL | HOMER | HRMS | HR81005A | N | N | N | n/a |
| 22 | INTERNAL | HOMER | HRMS | HR81005B | N | N | N | n/a |
| 168 | INTERNAL | HOMER | HRMS | HR81005C | N | N | N | n/a |
| 187 | INTERNAL | HOMER | HRMS | HR81005D | N | N | N | n/a |
| 228 | INTERNAL | HOMER | HRMS | HR81005F | N | N | N | n/a |
| 229 | INTERNAL | HOMER | HRMS | HR81006A | N | Y | N | n/a |
| 251 | INTERNAL | HOMER | HRMS | HR81006B | N | Y | N | n/a |
| 321 | INTERNAL | HOMER | HRMS | HR81006C | N | Y | N | n/a |
| 320 | INTERNAL | HOMER | HRMS | HR81006D | N | Y | N | n/a |
| 324 | INTERNAL | HOMER | HRMS | HR81006E | Y | Y | N | n/a |
| 323 | INTERNAL | HOMER | HRMS | HR81006F | N | Y | N | n/a |
| 335 | INTERNAL | HOMER | HRMS | HR81007A | N | Y | Y | chyde |
| 20 | INTERNAL | HOMER | HRMS | HR810DAT | N | N | N | n/a |
| 1 | INTERNAL | HOMER | HRMS | HR810DMO | N | N | N | n/a |
| 13 | INTERNAL | HOMER | HRMS | HR810PRX | N | N | N | n/a |
| 14 | INTERNAL | HOMER | HRMS | HR810QGI | N | N | N | n/a |
| 21 | INTERNAL | HOMER | HRMS | HR831DAT | N | N | N | n/a |
| 9 | INTERNAL | HOMER | HRMS | HR831DMO | N | N | N | n/a |
| 358 | INTERNAL | REMOTE | HRMS | HR881DMO | N | N | N | n/a |
| 363 | HGS | REMOTE | HRMS | HR881DMO | N | N | N | n/a |
| 364 | OPC | REMOTE | HRMS | HR88DEV | N | N | N | n/a |
| 375 | SLC | REMOTE | HRMS | HR8DMOTN | N | N | N | n/a |
| 378 | GHC | REMOTE | HRMS | HRDMO | N | N | N | n/a |
| 357 | PET | REMOTE | HRMS | HRNOW | N | N | N | n/a |
| 69 | INTERNAL | YOGI | HRMS | HS70203F | N | N | N | n/a |
| 76 | INTERNAL | YOGI | HRMS | HS70203G | N | N | N | n/a |
| 86 | INTERNAL | YOGI | HRMS | HS70204A | N | N | N | n/a |
| 89 | INTERNAL | YOGI | HRMS | HS702REP | N | N | N | n/a |
| 280 | INTERNAL | PSDEV01 | PORTAL | P840ASOD | N | N | N | n/a |
| 267 | INTERNAL | PSDEV01 | PORTAL | P880MGIO | N | N | N | n/a |
| 260 | INTERNAL | PSDEV01 | PORTAL | P880VICO | N | N | N | n/a |
| 340 | INTERNAL | PSDEV01 | SA | S760UOMO | N | N | N | n/a |

HIGHLY CONFIDENTIAL
INFORMATION
ATTORNEYS' EYES ONLY

**Ex 44 - Page 2**

BTRK-TN-OR00404050-
OR-00005