# EXHIBIT 45

Dockets.Justia.com



EXHIBIT
149
Hurst  4/30/08

Business Case
TomorrowNow

Gerd Oswald

February 18, 2004

**BOARD PRESENTATION**

CONFIDENTIAL

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

TN-OR00217178

**Ex 45 - Page 1**

# Business Case TomorrowNow

**Gerd Oswald**

**February 18, 2004**

**BOARD PRESENTATION**

**CONFIDENTIAL**



THE BEST-RUN BUSINESSES RUN SAP

TN-OR00217178

**Ex 45 - Page 2**



## Executive Summary: *TommorowNow*

### Objectives of Today's Presentation  ☑ **Decision Meeting**

- ❑ Approval of additional headcount of 26 FTEs for **Q1** and **Q2** only. Total cost for full year 2005: TEUR 2,1 Mill.
  - ❑ Q1: 10 additional FTEs in US (Denver) TEUR 1.300
  - ❑ Q2: 16 additional FTEs. Thereof Ireland 6 FTEs (TEUR 270); US 4 FTEs (TEUR 400); India 6 FTEs (TEUR 126)

### Context

- ❑ PSFT's customer base consists of 12.500 customers, approximately 2000 joint SAP/PSFT customers
- ❑ 500 new customers in 2005 reflects only 4% of PSFT customer base
- ❑ Expected 350 customers on core TNow business; additional 150 on SAP's Safe passage offering
- ❑ Revenue will grow to € 11,4 Mill in 2005 and will be more than trebled in 2006 ( € 36 Mill)

| Recommended Approach | Benefits/ Rationale/ Impact | Tradeoffs/ Risks to SAP |
|---|---|---|
| Partly release of additional budget request: € 2,1 Mill for 26 FTEs (total additional budget request for full year 2005 is € 5,5 Mill; 113 FTEs) | With additional 26 FTE's TNow is able to support 1100+ customers globally | Avoid conflicts with intellectual property of PSFT (Oracle) |
| | Generate additional Maintenance Revenue for SAP | Convincing customers on a global base for scalability |
| | Use Maintenance offering as enabler for future licences revenue | Increase HC costs |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 1

THE BEST-RUN BUSINESSES RUN SAP

SAP

TN-OR00217179

**Ex 45 - Page 3**

## Proposed Action Plan

| Issue | Action To Be Taken | Owner | Due Date |
|---|---|---|---|
| Risk of losing approx. 500 customers as well as endangering an additional revenue potential of approx. € 12 Mill. in 2005 | Board approval needed for hiring of 26 FTEs asap | Thomas Ziemen | asap |
| | | | |
| | | | |
| | | | |
| | | | |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 2

THE BEST-RUN BUSINESSES RUN SAP **SAP**

**Ex 45 - Page 4**

TN-OR00217180

## Board Decision Summary: *Topic for Today*

FOR MEETING MINUTES

✓

| Decision | Yes | No | Defer | Refinements/ Comments | Owner |
|----------|-----|-----|-------|----------------------|-------|
| 1. Approval for 26 additional FTEs; Costs for full year 2005: € 2,1 Mill | ☐ | ☐ | ☐ | Approved by Werner Brandt | |
| 2. … | ☐ | ☐ | ☐ | ... | ... |
| 3. … | ☐ | ☐ | ☐ | … | … |
| 4. … | ☐ | ☐ | ☐ | … | … |
| 5. … | ☐ | ☐ | ☐ | … | … |

| Implementation Highlights | |
|---------------------------|---|
| **Overall Board sponsor** | Gerhard Oswald |
| **Overall Implementation owner:** | Thomas Ziemen |
| **Next follow-up with Board** | |
| **Next major milestone(s)** | 30.06.2005; all hires for Q1 and Q2 are on board and active? |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 3

THE BEST-RUN BUSINESSES RUN SAP

SAP

TN-OR00217181

**Ex 45 - Page 5**

# Back-up Materials

## TomorrowNow Business Case

## Divider Page Section B

## Divider Page Section C

## Divider Page Section D



THE BEST-RUN BUSINESSES RUN SAP

TN-OR00217182

**Ex 45 - Page 6**



# TomorrowNow Business Case

**Version 1.2**

**Service & Support Operations**

**February 18, 2005**

**SAP AG**

THE BEST-RUN BUSINESSES RUN SAP

**SAP**

TN-OR00217183

# Investment overview 2005

| in TEUR | TomorrowNow Investment Overview 2005 | | | |
|---|---|---|---|---|
| | TomorrowNow | Migration | Integration | Total |
| External Revenue | 11.403 | 495 | 480 | 12.378 |
| TOTAL EXPENSES | 10.221 | 2.000 | 1.100 | 13.321 |
| Contribution | 1.182 | -1.505 | -620 | -943 |
| Profitability | 10% | -304% | -129% | -8% |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 6

THE BEST-RUN BUSINESSES RUN SAP

**SAP**

TN-OR00217184

**Ex 45 - Page 8**



# Summary of TNow Business Case/Model

## Business Case

**PSFT's customer base consists of 12.500 customers, approx. 2000 joint SAP/PSFT customers**

**500 new customers in 2005 reflects only 4% of PSFT customer base**

**Expected 350 on core TNow business; additional 150 on SAP's Safe passage offering**

**Revenue will grow to € 11 M in 2005 and will be more than trebled in 2006 ( € 36 M)**

**Hiring 113 FTE to fulfill customers expectation (19 FTE per 100 Customers) in 2005 (add. 130 in 2006)**

## Business Model

- **TomorrowNow serves as service delivery unit**
- **TNow offers mainly 17% product support**
- **TNow offering will also include Consulting Services**
- **SAP does Lead Generation for TNow**
- **SAP have a Support Cooperation with TNow**
- **PSFT customers signs contract with TNow**
- **Service Delivery done by TNow**
- **PSFT customer gain option on mySAP ERP licenses contract**

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 7

THE BEST-RUN BUSINESSES RUN SAP



TN-OR00217185

**Ex 45 - Page 9**

# TomorrowNow – TOP KPIs

## Business

### Number of Customers



- 1.000
- +100%
- +826%
- +100%
- 500
- 400
- 200
- 54
- +270%

2004   2005   2006

— Original Plan by TomorrowNow
— SAP Plan based on Safe Passage

### Maintenance Revenue (kEUR)



- 36.650
- +221%
- +460%
- 11.403
- +70%
- 6.577
- 2.036   +90%   3.869

2004   2005   2006

— Original Plan by TomorrowNow
— SAP Plan based on Safe Passage

### Key assumptions

- # of customers

| Year | TNow custom. = 10% fee | Safe Passage cust. = 17% fee |
|------|------------------------|------------------------------|
| 2005 | 350 | 150 |
| 2006 | 450 | 550 |

- Average deal size per customer in 2005: 23kEUR
- Currency Exchange Rate USD / EUR: 76,92308

## Headcount Release Plan & Budget 2005



- APA
- EMEA
- US

in # of FTE

+113 FTE

+26 FTE released by Werner Brandt

148 (+47)
24 (+12)
23 (+11)
101 (+24)

101 (+40)
12 (+6)
12 (+6)
77 (+28)

61 (+16)
+6
+6
49 (+4)

45 (+10)
45 (+10)

35

### Key assumptions

- Transition Rate of customers to needed FTE TNow: 20 FTE for100 Customer (used: 19 FTE)
- Currency Exchange Rate USD / EUR: 76,92308

### Tasks of additional 113 FTE

- 30 FTE Primary Support Engineer
- 83 FTE Development Support Engineer

| in kEUR | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Total Year 05 | Actual 04 | Prof. 05 | Prof. 04 |
|---------|-----------|-----------|-----------|-----------|---------------|-----------|----------|----------|
| Baseline (incl. Salary incr.) | 1.181 | 1.181 | 1.181 | 1.181 | 4.725 | 1.981 | 10% | 3% |
| Additional Costs | 338 | 605 | 1.725 | 2.828 | 5.496 | | | |
| Total Costs 2005 | 1.519 | 1.786 | 2.906 | 4.009 | 10.221 (+416%) | (Compared to 2004) | | |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 8





THE BEST-RUN BUSINESSES RUN SAP

TN-OR00217186

**Ex 45 - Page 10**



# Detailled Headcount Release Plan

**TomorrowNow**

| Location | Actual FTE | TY Baseline Budget 2005 | Budget 2005 per Quarter | | | | | | | | Total Year Budget 05 | | Δ to Baseline | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Quarter 1 | | Quarter 2 | | Quarter 3 | | Quarter 4 | | | | | |
| | | | FTEs | kEUR | FTEs | kEUR | FTEs | kEUR | FTEs | kEUR | FTEs | kEUR | FTEs | kEUR |
| Bryan | 35 | 4.725 | 35 | 1.181 | 35 | 1.181 | 45 | 1.519 | 55 | 1.856 | 55 | 5.738 | 20 | 1.013 |
| Atlanta | | | | | | | 6 | 203 | 12 | 405 | 12 | 608 | 12 | 608 |
| Denver | | | 10 | 338 | 14 | 473 | 22 | 743 | 26 | 878 | 26 | 2.430 | 26 | 2.430 |
| Pleasonton | | | | | | | 4 | 135 | 8 | 270 | 8 | 405 | 8 | 405 |
| **Total US** | 35 | 4.725 | 45 | 1.519 | 49 | 1.654 | 77 | 2.599 | 101 | 3.409 | 101 | 9.180 | 66 | 4.455 |
| Madrid | | | | | | | 6 | 128 | 12 | 255 | 12 | 383 | 12 | 383 |
| Dublin | | | | | 6 | 90 | 6 | 90 | 11 | 165 | 11 | 345 | 11 | 345 |
| **Total EMEA** | | | | | 6 | 90 | 12 | 218 | 23 | 420 | 23 | 728 | 23 | 728 |
| Malaysia | | | | | | | 6 | 48 | 12 | 96 | 12 | 144 | 12 | 144 |
| Bangalore | | | | | 6 | 42 | 6 | 42 | 12 | 84 | 12 | 168 | 12 | 168 |
| **Total APA** | | | | | 6 | 42 | 12 | 90 | 24 | 180 | 24 | 312 | 24 | 312 |
| **Grand Total** | 35 | 4.725 | 45 | 1.519 | 61 | 1.786 | 101 | 2.906 | 148 | 4.009 | 148 | 10.221 | 113 | 5.495 |

**+10 FTE**   **+16 FTE**   **+40 FTE**   **+47 FTE**

**Released by Werner Brandt**

**Additional Cost Budget for hirings in 2005**

**Remarks to Location Strategy:**

- **Selected locations offer ressources with Peoplesoft / JDE skills.**
- **Start hiring people where they are located today.**
- **Looking for cost savings, efficiency and synergies in 2006 and 2007.**

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 9

**THE BEST-RUN BUSINESSES RUN SAP**



## Summary Business case TNow

| P&L | 2004 Actuals | Business Case Old Tomorrow Now 2005 Plan | 2006 Plan | Business Case New Thomas Ziemen/Gerd Oswald 2005 Plan total | Q1 | Q2 | Q3 | Q4 | 2006 Plan total |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | 2.036 | 3.869 | 6.577 | 11.403 | 873 | 1.847 | 3.350 | 5.333 | |
| OPEX | -1.963 | -3.880 | -6.653 | -10.221 | -1.519 | -1.786 | -2.906 | -4.009 | |
| >> Operating Income | 73 | -11 | -76 | 1.182 | -646 | 61 | 444 | 1.324 | |
| % | 3,6% | -0,3% | -1,2% | 10% | -74% | 3% | 13% | 25% | |
| Interest, Tax, Fin. Income/Loss, … | -32,9 | 9,0 | 38,4 | | | | | | |
| >> Total Profit / Loss | 40,5 | -1,8 | -37,9 | | | | | | |
| % | 2,0% | 0,0% | -0,6% | | | | | | |
| | | | | | | | | | |
| **Other** | | | | | | | | | |
| | | | | | | | | | |
| CAPEX | | | | | | | | | |
| | | | | | | | | | |
| Headcount  eop | 35 | | | 148 | 45 | 61 | 101 | 148 | |
| | | | | | | | | | |
| info about customers, customer base, new-old customers, … | | | | | | | | | |
| … total customers (eop) | 54 | | | **500** | **104** | **204** | **334** | **500** | |
| thereof TNow | 54 | | | 350 | 104 | 174 | 254 | 350 | |
| thereof Safe Passage | | | | 150 | | 30 | 80 | 150 | |
| … new cutomers | | | | **446** | **50** | **100** | **130** | **166** | |
| thereof TNow | | | | | 50 | 70 | 80 | 96 | |
| thereof Safe Passage | | | | | 0 | 30 | 50 | 70 | |
| Average deal size | 38 | | | 23 | | | | | |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 10





THE BEST-RUN BUSINESSES RUN SAP

TN-OR00217188

**Ex 45 - Page 12**

# Backup

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 11

THE BEST-RUN BUSINESSES RUN SAP

**Ex 45 - Page 13**

TN-OR00217189

## PSFT Migration Service: Business Opportunity

| Amounts in T€ | 2005 | | | | | 2006 | | | | | 2007 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Sum | Q1 | Q2 | Q3 | Q4 | Sum | Q1 | Q2 | Q3 | Q4 | Sum |
| Costs for migration program (development & maintenance) | -500 | -500 | -500 | -500 | -2000 | -50 | -50 | -50 | -50 | -200 | -25 | -25 | -25 | -25 | -100 |
| Number of migration projects (customer) | 0 | 5 | 13 | 15 | 33 | 20 | 25 | 30 | 35 | 110 | 40 | 50 | 60 | 70 | 220 |
| Revenue of migration projects (number of customer x € 15 T per package) | 0 | 75 | 195 | 225 | 495 | 300 | 375 | 450 | 525 | 1650 | 600 | 675 | 900 | 1050 | 3225 |
| Contribution (revenue - cost) | -500 | -425 | -305 | -275 | -1505 | 150 | 225 | 300 | 375 | 1450 | 575 | 650 | 875 | 1025 | 3125 |



© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 12

THE BEST-RUN BUSINESSES RUN SAP

TN-OR00217190

**Ex 45 - Page 14**

## PSFT Integration Service: Business Opportunity

| Amounts in T€ | 2005 | | | | | 2006 | | | | | 2007 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Sum | Q1 | Q2 | Q3 | Q4 | Sum | Q1 | Q2 | Q3 | Q4 | Sum |
| Costs for migration program (development & maintenance) | -275 | -275 | -275 | -275 | -1100 | -50 | -50 | -50 | -50 | -200 | -25 | -25 | -25 | -25 | -100 |
| Number of integration projects (customer) | 3 | 5 | 15 | 25 | 48 | 30 | 30 | 30 | 30 | 120 | 30 | 30 | 30 | 30 | 120 |
| Revenue of migration projects (number of customer x € 10 T per package) | 30 | 50 | 150 | 250 | 480 | 300 | 300 | 300 | 300 | 1200 | 300 | 300 | 300 | 300 | 1200 |
| Contribution (revenue - cost) | -245 | -225 | -125 | -25 | -620 | 250 | 250 | 250 | 250 | 1000 | 275 | 275 | 275 | 275 | 1100 |



© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 13

THE BEST-RUN BUSINESSES RUN SAP

TN-OR00217191

**Ex 45 - Page 15**

## Detailed Budget Overview Migration/Integration 2005

| Cost Types | Budget Migration (in € 1000) | Budget Integration (in € 1000) | Budget Total (in € 1000) |
|---|---|---|---|
| Internal Development Costs (Base Line costs) | 1000 | 400 | 1400 |
| External Development Costs (3rd-party support for development) | 630 | 400 | 1030 |
| Internal Cost of Infrastructure & Sales (incl. Marketing & Events) | 300 | 250 | 550 |
| Other 3rd Party Expenses | 70 | 50 | 120 |
| Sum | 2000 | 1100 | 3100 |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 14

THE BEST-RUN BUSINESSES RUN SAP

SAP

**Ex 45 - Page 16**

TN-OR00217192



## Presentation Content: Checklist

Please include the <u>Executive Summary</u>, <u>Action Plan</u>, and the <u>Board Decision Summary</u>, and no more than 10 pages of presentation content

### Checklist of questions to answer

**Issues**

❑  What issues need to be resolved?

❑  Why does the decision have to be made by the Board?

**Impact**

❑  What are the core benefits of the decisions?

❑  What are the major risks, tradeoffs, or possible negative implications of the decisions?

❑  What historical decisions may be affected and how should this be managed?

❑  What other groups may be affected and how should this be managed?

❑  Are today's decisions consistent with SAP's strategy?

**Resources**

❑  What resources are required?

❑  Is there an impact to the budget?

**Implementation**

❑  Who is responsible for successful execution and follow-up?

❑  What are the actions required? When will they occur? Who is responsible for each? *(see template provided)*

❑  What internal and external stakeholders must be involved? How must they be engaged?

❑  Who has reviewed and approved of these recommendations?

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 15

THE BEST-RUN BUSINESSES RUN SAP

**SAP**

TN-OR00217193