# EXHIBIT 49

Dockets.Justia.com

| | |
|---|---|
| Message | |
| **From:** | White, Mark [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000120031] |
| **Sent:** | 1/24/2005 2:16:16 PM |
| **To:** | Mackey, James [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000065459]; Shenkman, Arlen [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000225832]; Brubaker, Brad [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000043664] |
| **CC:** | Brandt, Werner [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000105438] |
| **Subject:** | RE: Board of Directors |

Jim,

As discussed with Werner and Brad, I will do this.

Mark

-----Original Message-----
**From:** Mackey, James
**Sent:** Monday, January 24, 2005 2:05 PM
**To:** Shenkman, Arlen; Brubaker, Brad
**Cc:** Welz, Bernd; White, Mark; Andrew Nelson
**Subject:** Board of Directors

Hi Arlen and Brad,

==The following individuals have been nominated by Gerd and Werner to be board members of TomorrowNow.==

==Bernd Welz,==
==Mark White, and==
==Andrew Nelson==

Regards,
Jim



Shenkman
Exhibit 252
6-5-08
Holly Thuman, CSR