# EXHIBIT 50

Dockets.Justia.com

| | |
|---|---|
| Message | |
| From: | Mackey, James [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000065459] |
| Sent: | 3/1/2005 6:19:23 PM |
| To: | Agassi, Shai [/O=SAP/OU=AMERICA2/cn=Recipients/cn=000000115784] |
| Subject: | TNow |

Hi Shai,

I attempted to contact Seth and I left him another voicemail. I asked him to reconsider his decision and reminded him of the term sheet in which both he and Andrew agreed to be Vice Presidents. I informed him that TNow is a separate entity due to the threat of litigation and when that threat dissipates, he and Andrew would be integrated and not have to associate with one another. I have requested that he call me back to reconsider.

Seth is clearly upset because is not the co-CEO and since he is not the third board member.

Between you and I, we need to finalize the messaging and get this out the door. We can not integrate the operations until Henning and Gerd send this message. It has been two weeks since the board discussion and we have not sent it.

Best regards
Jim



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY        SAP-OR00096318

**Ex 50 - Page 1**