# EXHIBIT 51

Dockets.Justia.com

```
Message
From:       Agassi, Shai [/O=SAP/OU=AMERICA2/CN=RECIPIENTS/CN=000000115784]
Sent:       12/23/2004 1:18:41 AM
To:         Zepecki, John [/O=SAP/OU=AMERICA2/CN=RECIPIENTS/CN=000000230476]
Subject:    Re: Peoplesoft 1-2-3
```

BTW, Naghi send his application today.
================================
I am not rude, I am on a blackberry


-----Original Message-----
From: Zepecki, John <john.zepecki@sap.com>
To: Agassi, Shai <shai.agassi@sap.com>
Sent: Wed Dec 22 14:01:07 2004
Subject: RE: Peoplesoft 1-2-3

O.k., sounds good. I talked with Jeff today and I will be in Newtown Square
Tuesday for due diligence. I'll write a quick  summary on the plane ride back
from Philadelphia.

Johnz

-----Original Message-----
From: Agassi, Shai
Sent: Tuesday, Dec 21, 2004 22:55 PM
To: Zepecki, John
Subject: Re: Peoplesoft 1-2-3

I need you to join the aquisition team asap. All your insights are on the money!
I will forward your message to Jim and to Gerd. Expect their pings...
================================
I am not rude, I am on a blackberry


-----Original Message-----
From: Zepecki, John <john.zepecki@sap.com>
To: Agassi, Shai <shai.agassi@sap.com>
Sent: Tue Dec 21 12:44:58 2004
Subject: RE: Peoplesoft 1-2-3

Shai,

Thanks. The Jan 5th event is a good idea - Oracle and PSFT did similar events in
1994 when ASK was bought by CA.

Here are some answers to your questions below. If you need something from me,
please let me know. Regards, Johnz

1. I don't know much about TomorrowNow or their delivery capability. The founders
seem to be mostly ex-services people who did upgrades. The new VP of Sales worked
for me for a short while, but was marketing portal at that point in time. I
cannot easily check up on the Tnow guys without it being very obvious why I might
be checking up on them.


Zepecki Exhibit 388 9.9.08 Holly Thuman, CSR

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                                    SAP-OR00162752

I thought TomorrowNow's niche was to support PSFT 7.5 releases that were now unsupported by Peoplesoft. Ramping to support PSFT 8 and JDE products may be an opportunistic move with Oracle taking over.

Look at volumes of fixes delivered, releases supported, etc. would be valuable information and say a lot about how capable this company is. I am not sure where the bulk of TomorrowNow's people are - looks like Texas with recent expansion in Pleasanton. If the core team is outside Pleasanton, it makes this company a lot less attractive.

It is not entirely clear to me that the time to market advantage that TomorrowNow offers. Or if this advantage is worth the dollars and effort of a acquisition. In either the build mode or buy mode, integration with SAP's infrastructure is going to be a big challenge. And there will definitely be a further ramp up, so managing ramp up and integration at the same time is a double challenge.

If there is a capable person driving a ground up operation with no history to contend with, it may be easier or at least have fewer moving parts to contend with. It really depends on how strong TomorrowNow's process and people are. The Peoplesoft Bangalore Service Center run by Hexaware might be another option to ramp up quickly. Due diligence on TomorrowNow would make this clear pretty fast.

I am not sure how TomorrowNow gets access to Peoplesoft software, but its very likely that TomorrowNow is using the software outside the contractual use rights granted to them and these use rights could be terminated by Oracle. SAP working with a 3rd party like IBM or Accenture or a large SAP customers might be a cleaner legal arrangement. The issue to resolve is how to package software updates probably more than access to the software itself. I have been told that SAP hired a guy named Scott Trainor from PSFT into the SAP legal department who may have some insight in this area.

2. I agree that this one is step 2, but I wanted to get it on your radar. I do think getting at least a couple of things to market by end of 2005 has a lot of value. Oracle will figure it out eventually and being ahead is helpful.

Overcoming SAP's reputation for complexity and poor usability is going to take some effort, add on products are an easier sell than a coexistence/migration program. In support of the coexistence mode you mentioned in regards to upgrade, some new solutions (even light ones) might good a long way in supporting the upgrade effort.

3. Because almost all HR data is date/timestamped, running a coexistence mode is possible. With an ETL type approach, moving delta data between systems is pretty viable - conceptually there are some similarities to a data warehouse project. Leveraging a generic ETL like Ascential makes it much easier to build this type of solution.

I can think of a few different scenarios to approach this problem, but we should think about the goals. Selling to IT would be one type of approach, selling to HR LOB would be a different approach, etc. Some feedback from SAP customers (not just IT, but LOB as well) would be helpful. I will think more about this one, but it's a bigger discussion/hard via email. Now on the names.

Naghi Prasad ran the data warehouse team for me (around 75 people in 3 geographies) for about 2 years. Naghi is a great guy, strong background in analytics, MIT PhD. I have a very good relationship with Naghi.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                SAP-OR00162753