# EXHIBIT 52

Dockets.Justia.com



# Supervisory Board Meeting
# TomorrowNow Status Update

February, 2007

Thomas Ziemen, SAP AG



EXHIBIT 43 C
WIT: Kagermann
DATE: 9/26/08
FRANK BAS, RPR

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY    SAP-OR00141570

Case4:07-cv-01658-PJH   Document657-52   Filed03/03/10   Page3 of 14



# Supervisory Board Meeting
# TomorrowNow Status Update

February, 2007

**Thomas Ziemen, SAP AG**

THE BEST-RUN BUSINESSES RUN SAP

Ex 52 - Page 2

SAP-OR00141570

# Management Summary – TommorowNow

**Value Proposition**

SAP View
- Hurt Oracle by taking away maintenance revenue
- Serves as bridge for future SAP license business for (smaller, not SAP-minded customers)

Customer View
- Offer lower priced 24x7 maintenance alternative to PeopleSoft, JD Edwards, and Siebel customers with 50% savings on current support and maintenance fees
- Provide those customers with a choice to migrate to SAP (at their own pace)

**Business Case Analysis**
- TomorrowNow established as cornerstone of the Safe Passage Program
  - Safe Passage pipeline (403 opportunities currently in process), TomorrowNow pipeline (816 open opportunities), and revenues justify the cost of the acquisition and additional operating expenses
  - Installed base grown to 216 customers with 228 TomorrowNow customer contracts signed in 2006 (139 new contracts and 89 renewals in 2006; 121 signed in 2005 with 75 new deals and 46 renewals)
- In total € 41.4 million reduction of Oracle maintenance revenue since acquisition of TomorrowNow
- € 9.0 million TomorrowNow stand-alone revenue in 2006 (€ 3.5 million in 2005)

**Lessons Learned**
- Field: Another year needed to finalize global alignment with SAP Sales organization
- Marketing: Oracle Disruption Campaign Q3/2006 resulted in high lead success rate for TomorrowNow, i.e. high return on marketing investments
  - Oracle Turn up the Heat Campaign resulted in 150+ opportunities for TomorrowNow (17 contracts signed)
- F&A: Globalization of business in cooperation with SAP regions is a challenge and was underestimated as such ➔ Need to actively manage regional shared services for TNow

**Conclusion**
- TomorrowNow is a strategic investment and serves as strategic weapon against Oracle:
  - Take away maintenance revenue from Oracle
  - Create pre-pipeline of future SAP customers
- TomorrowNow still operates at a loss in 2006 but Break-even is expected for 2008 after completion of globalization and business scoping in 2007 (in line with board assumption to become a profitable business within 2-3 years after acquisition)

© SAP AG 2006, TNow Acquisition Monitoring, 1   SAP STRICTLY CONFIDENTIAL   THE BEST-RUN BUSINESSES RUN SAP



Ex 52 - Page 3

SAP-OR00141571



# Financial Scorecard – TomorrowNow

**When conducting a financial review for TomorrowNow the following two aspects have to be considered:**

- **TomorrowNow on a Stand-Alone basis, as well as**
- **Safe Passage implications which reflect a reduction of the expenses due to charge out to SAP entities**

**The following table illustrates financial figures for TomorrowNow:**

| (in EUR millions) Tomorrow Now | Orginal Business Case | | | | | Budget | | Actuals | | Forecast | Δ% ACT06 vs BC 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan 2005 | Plan 2006 | Plan 2007 | Plan 2008 | Plan 2009 | 2006 | 2007 | 2005 | 2006 | 2007 | |
| **Profit and Loss-Statement** | | | | | | | | | | | |
| Product Revenue | 4 | 6 | 9 | 12 | 14 | 16 | 22 | 3 | 9 | 24 | 28% |
| **Total Revenue** | **4** | **6** | **9** | **12** | **14** | **16** | **22** | **3** | **9** | **24** | **29%** |
| Cost of Product | -2 | -3 | -5 | -6 | -7 | -12 | -22 | -7 | -13 | -22 | 76% |
| Sales & marketing | -1 | -2 | -3 | -3 | -4 | -5 | -7 | 0 | -7 | -7 | 71% |
| General & admin | -1 | -1 | -1 | -2 | -2 | 0 | -1 | 0 | 0 | -1 | -133% |
| Other operat. Inc/Ex | | | | | | | | 0 | 0 | 0 | 100% |
| **Total Operating Expenses** | **-4** | **-6** | **-9** | **-11** | **-12** | **-17** | **-30** | **-7** | **-21** | **-30** | **70%** |
| **Income (Loss) from operations** | **0** | **0** | **0** | **1** | **2** | **0** | **-7** | **-4** | **-12** | **-6** | **102%** |
| Profitability | 0% | -1% | 1% | 9% | 11% | -1% | -32% | -106% | -131% | -27% | 130 p.p. |
| **Headcount** | | | | | | | | | | | |
| FTE (EoP) | | | | | | 191 | 209 | 95 | 157 | 209 | |

© SAP AG 2006, TNow Acquisition Monitoring, 2   SAP STRICTLY CONFIDENTIAL   THE BEST-RUN BUSINESSES RUN SAP

SAP-OR00141572

## Financial Scorecard – TomorrowNow

**When conducting a financial review for TomorrowNow the following two aspects have to be considered:**

- **TomorrowNow on a Stand-Alone basis, as well as**
- **Safe Passage implications which reflect a reduction of the expenses due to charge out to SAP entities**

| TomorrowNow (in € million) | Actual 2004 | Actual 2005 | Actual 2006 | Budget 2007* | Outlook 2008* | Outlook 2009* | Outlook 2010* | Outlook 2011* |
|---|---|---|---|---|---|---|---|---|
| Revenues | 2,0 | 3,5 | 9,0 | 22,3 | 41,7 | 65,6 | 89,6 | 111,1 |
| Operating Expenses | -1,9 | -7,2 | -20,9 | -29,6 | -35,5 | -45,9 | -54,4 | -61,7 |
| Income (Loss) from Operations | 0,1 | -3,7 | -11,8 | -7,2 | 6,3 | 19,7 | 35,2 | 49,4 |
| Profitability | 4% | -106% | -131% | -32% | 15% | 30% | 39% | 44% |
| Headcount EoP (in FTE) | 35 | 95 | 157 | 209 | 295 | 380 | 437 | 477 |

\*  Internal Plan excluding Baan and Oracle

# KPI Framework – TomorrowNow (Status December 31, 2006)

### TomorrowNow Opportunities (in CoD)



- Booked
- Won
- In Process
- Discontinued
- Lost

### Cumulated Number of New Customers & Client Contracts in 2006

**2005:** 75 new customer contracts
121 total customer contracts



**New Customer Contracts**   Total Customer Contracts

### 2006 Contract Volume (in €M)




**Multi-Year Contracts included**   Multi-Year Contracts excluded

### Cumulated* Maintenance Volume Taken Away From Oracle in 2006 (in €M)



€ 10.8M maintenance volume lost for Oracle in 2005       Plan   Actual
* Since Acquisition (doubled contract volume of newly signed TomorrowNow deals)

### Cost vs. Revenue in 2006 (Cumulative in €M)



Cost   Revenue

### Customer Retention



- **90% Renewal Rate**
- **TR*IM Index 107**
- **Overall Satisfaction 8.5**



TNow   SAP

Customer Retention       Customer Satisfaction



© SAP AG 2006, TNow Acquisition Monitoring, 4       SAP STRICTLY CONFIDENTIAL       THE BEST-RUN BUSINESSES RUN SAP

SAP-OR00141574



## Investments (1) – TomorrowNow

### Average Headcount in FTE

| | 2005 | 2006 FC | 2007 B |
|---|---|---|---|
| Americas | 49 | 94 | 135 |
| | 86% | 74% | 69% |
| EMEA | 5 | 18 | 35 |
| | 9% | 14% | 18% |
| APA | 3 | 16 | 26 |
| | 4% | 12% | 13% |
| Total | 57 | 128 | 195 |
| | 100% | 100% | 100% |

### Local Expenses

| in m € | 2005 | 2006 FC | 2007 B |
|---|---|---|---|
| Americas | 8,4 | 15,7 | 19,6 |
| | 84% | 73% | 68% |
| EMEA | 1,3 | 4,0 | 6,4 |
| | 13% | 19% | 22% |
| APA | 0,4 | 1,8 | 3,0 |
| | 4% | 9% | 10% |
| Total | 10 | 22 | 29 |
| | 100% | 100% | 100% |

### Annual Contract Volume

| in m € | 2005 | 2006 FC | 2007 B |
|---|---|---|---|
| Americas | 3,2 | 11,1 | 12,7 |
| | 94% | 81% | 76% |
| EMEA | 0,2 | 2,1 | 3,4 |
| | 6% | 15% | 20% |
| APA | 0,0 | 0,4 | 0,6 |
| | 1% | 3% | 4% |
| Total | 3,4 | 13,6 | 16,8 |
| | 100% | 100% | 100% |



Americas (in % of Total)



EMEA (in % of Total)



APA (in % of Total)



## Investments (2) – TomorrowNow

**Annual Contract Volume / Local Expense (in m €)**

| in m € | 2005 | 2006 FC | 2007 B |
|---|---|---|---|
| Americas | 0,38 | 0,71 | 0,65 |
|  | 65% | 48% | 46% |
| EMEA | 0,15 | 0,52 | 0,54 |
|  | 26% | 36% | 38% |
| APA | 0,05 | 0,23 | 0,22 |
|  | 9% | 16% | 15% |
| Total | 0,58 | 1,46 | 1,40 |
|  | 100% | 100% | 100% |





# From Loss for Oracle to Revenues for TomorrowNow



- Major KPI for TomorrowNow is the Annual Loss in Contract Volume for Oracle
- The following factors have to be considered to get from this KPI to the recognized Revenues in the P&L of TomorrowNow:
  1. A part of this contract volume will not be renewed
  2. A part of the contract volume is due to Safe Passage deals between SAP entities and customers without Revenue impact for TomorrowNow
  3. There is a time gap between close of the contract and the recognition of the Revenues
  4. Impact due to special rebates / Zero-Dollar-Deal in the context of the "Oracle Disruption Plan"



# TomorrowNow – Customer Analysis by December 31, 2006

## Booked Contracts by Type



Newly Signed Deals: 139 Contracts — 61%
Renewed Deals: 89 Contracts — 39%
Total 228

Renewal Rate: 90%
TR*IM Index: 107
Customer Satisfaction: 8.5

## Booked Contracts by Product Line



PeopleSoft: 129 Contracts — 56%
JDE World: 34 Contracts — 15%
JDE OneWorld: 59 Contracts — 26%
Siebel: 6 Contracts — 2%
Total 228

## Booked Contracts by Region



Americas: 192 Contracts — 84%
EMEA N: 12 Contracts — 5%
EMEA C: 9 Contracts — 4%
APA: 15 Contracts — 7%
Total 228

## Booked Contracts by Deal Size



< € 50K: 130 Contracts — 57%
€ 50K – € 100K: 47 Contracts — 21%
> € 100K: 51 Contracts — 22%
Total 228

Avg. Deal Size: € 75K ↑

© SAP AG 2006, TNow Acquisition Monitoring, 9    SAP STRICTLY CONFIDENTIAL    THE BEST-RUN BUSINESSES RUN SAP



**Ex 52 - Page 11**

SAP-OR00141579



TOMORROW NOW

# Customer Satisfaction Survey 2006*

## Overall Customer Satisfaction & - Retention 2006

## Overall Customer Satisfaction 2006 with Account Mgmt. and Service & Support

## Favorable Reference for TomorrowNow

(percentage of TNow customers)

## Likelihood of Maintenance Contract Renewal with TNow

(percentage of TNow customers)

* Base CSS 2006: TomorrowNow: n=63 // SAP: n=5,992

# TomorrowNow Outlook – FY2007

## 2007 TNow Opportunity Pipeline by Status



- Booked: 228
- Won: 74
- In Process: 816
- Discontinued: 24
- Lost: 9

## Q1/2007 TNow Opportunity Analysis

- **In Process TNow Q1/2007 Opportunities: 332**
    - New Customer Opportunities: 289
    - Existing Customer Opportunities: 43
    - In Process Opportunities by Product Line: 121 PSFT, 78 JDE OneWorld, 19 JDE World, 11 Siebel, 103 not assigned
    - In Process Opportunities by Region: 253 Americas, 36 APA, 23 EMEA C, 20 EMEA N
- **Expected Sales Volume: € 22.8 million → € 45.6 million lost maintenance for Oracle**
- **Weighted Sales Volume: € 6.9 million → € 13.8 million lost maintenance for Oracle**

## Number of Client Contracts & Contract Volume 2007



Client Contracts: 2006: 228 (139 New) → 2007E: 410 (300 New)   +80% / +158%

Contract Volume (in $M): 2006: 42 → 2007E: 50   +19%

## Annual Loss for Oracle & TNow Revenue 2007



Cumulative Annual Loss for Oracle (in €M): 2006: 41.4 → 2007E: 90.0 (47.0 + 41.4)   +117%

TNow Revenue (in €M): 2006E: 9.0 → 2007E: 22.3   +148%

Status: December 31, 2006

© SAP AG 2006, TNow Acquisition Monitoring, 11   SAP STRICTLY CONFIDENTIAL   THE BEST-RUN BUSINESSES RUN SAP

Ex 52 - Page 13

SAP-OR00141581