# EXHIBIT 54 (PART 1)

Dockets.Justia.com



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY    SAP-OR 00001541

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

## Management Summary – TommorowNow

*Draft - for discussion purposes only*


**Value Proposition**

- Offer lower priced 24x7 maintenance alternative to PeopleSoft, JD Edwards, and Siebel customers with 50% savings on current support and maintenance fees
- Provide those customers with a choice to migrate to SAP (at their own pace)  *Customer View*
- Serves as bridge for future SAP license business for (smaller, not SAP-minded customers)
- Hurt Oracle by taking away maintenance revenue  *SAP View*


**Business Case Analysis**

- TomorrowNow established as cornerstone of the Safe Passage Program
  - Safe Passage pipeline (264 opportunities currently in process), TomorrowNow pipeline (872 open opportunities), and revenues justify the cost of the acquisition and additional operating expenses
  - Installed base grown to 193 customers with 161 TomorrowNow customer contracts signed in the first ten months of 2006 (106 new contracts and 55 renewals in 2006; 121 signed in 2005 with 75 new deals and 46 renewals)
  - € 25.7 million reduction of Oracle maintenance revenue in the first ten months of 2006 (€ 36.5 million in total including 2005)
  - € 6.9 million TomorrowNow stand-alone revenue in the first ten months of 2006 (€ 3.5 million in 2005)


**Lessons Learned**

- Field: Another year needed to finalize global alignment with SAP Sales organization
- Marketing: Oracle Disruption Campaign Q3/2006 resulted in high lead success rate for TomorrowNow, i.e. high return on marketing investments
  - Oracle Turn up the Heat Campaign resulted in 150+ opportunities for TomorrowNow (15 contracts signed)
- F&A: Globalization of business in cooperation with SAP regions is a challenge and was underestimated as such → Need to actively manage regional shared services for TNow


**Conclusion**

- TomorrowNow is a strategic investment and serves as strategic weapon against Oracle:
  - Take away maintenance revenue from Oracle
  - Create pre-pipeline of future SAP customers
- TomorrowNow still operates at a loss in 2006 but Break-even is expected for 2008 after completion of globalization and business scoping in 2007 (in line with board assumption to become a profitable business within 2-3 years after acquisition)

© SAP AG 2005, Title of Presentation / Speaker Name / 25     THE BEST-RUN BUSINESSES RUN SAP 

SAP-OR 00001542

**Ex 54 - Page 2**



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR 00001543

**Ex 54 - Page 3**



# TomorrowNow Outlook – Q4/2006 & FY2007

*for discussion purposes only*

## 2006/2007 TNow Opportunity Pipeline by Status



Pie chart values: 161, 26, 872, 22, 9
Legend: Booked, Won, In Process, Discontinued, Lost

## Q4/2006 TNow Opportunity Analysis

- In Process TNow Q4/2006 Opportunities: 155
    - New Customer Opportunities: 128
    - Existing Customer Opportunities: 27
    - In Process Opportunities by Product Line: 42 PSFT, 59 JDE OneWorld, 7 JDE World, 8 Siebel, 39 not assigned
    - In Process Opportunities by Region: 113 Americas, 19 APA, 14 EMEA C, 9 EMEA N
- Expected Sales Volume: € 7.7 million → € 15.4 million lost maintenance for Oracle
- Weighted Sales Volume: € 3.25 million → € 6.5 million lost maintenance for Oracle

## Annual Loss for Oracle & TNow Revenue 2007



Cumulative Annual Loss for Oracle (in €M): 2006E = 43.0; 2007 = 90.0 (47.0 + 43.0), +110%
TNow Revenue (in €M): 2006E = 9.7; 2007 = 23.3, +140%

## Number of New Customers & Client Contracts 2007



New Customers: 2006E = 140; 2007 = 280, +100%
Client Contracts: 2006E = 225; 2007 = 450, +100%

Status: October 31, 2006

© SAP AG 2005, Title of Presentation / Speaker Name / 30

THE BEST-RUN BUSINESSES RUN SAP



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR 00001544