# EXHIBIT 54 (PART 1)

Dockets.Justia.com

## Financial Scorecard – TomorrowNow

*Draft - For discussion purposes only*

When conducting a financial review for TomorrowNow the following two aspects have to be considered:

- TomorrowNow on a Stand-Alone basis, as well as
- Safe Passage implications which reflect a reduction of the expenses due to charge out to SAP entities

| TomorrowNow (in € million) | Actual 2004 | Actual 2005 | Forecast 2006 | Budget 2007* | Outlook 2008* | Outlook 2009* |
|---|---|---|---|---|---|---|
| Total Revenue | 2,0 | 3,5 | 9,7 | 23,3 | 33,0 | 40,0 |
| Total Operating Expenses | -1,9 | -7,2 | -20,2 | -29,5 | -29,7 | -34,5 |
| Income (Loss) from Operations | 0,1 | -3,7 | -10,5 | -6,2 | 3,3 | 5,5 |
| Profitability | 4% | -106% | -108% | -27% | 10% | 14% |
| Headcount (in FTE) | 35 | 95 | 160 | 209 | 260 | 300 |

* Internal Plan excluding Baan and Oracle

© SAP AG 2005, Title of Presentation / Speaker Name / 31

THE BEST-RUN BUSINESSES RUN SAP





Ex 54 - Page 6

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

## Management Summary – TomorrowNow

**Value Proposition** 
- Offer lower priced 24x7 maintenance alternative to PeopleSoft, JD Edwards, and Siebel customers with 50% savings on current support and maintenance fees
- Provide those customers with a choice to migrate to SAP (at their own pace)  *Customer View*
- **Serves as bridge for future SAP license business for (smaller, not SAP-minded customers)**
- **Hurt Oracle by taking away maintenance revenue**  *SAP View*

**Business Case Analysis** 
- TomorrowNow established as cornerstone of the Safe Passage Program
  - Safe Passage pipeline (264 opportunities currently in process), TomorrowNow pipeline (872 open opportunities), and revenues justify the cost of the acquisition and additional operating expenses  *CRM license*
  - Installed base grown to 193 customers with 161 TomorrowNow customer contracts signed in the first ten months of 2006 (106 new contracts and 55 renewals in 2006; 121 signed in 2005 with 75 new deals and 46 renewals)
  - € 25.7 million reduction of Oracle maintenance revenue in the first ten months of 2006 (€ 36.5 million in total including 2005)  *2% of Oracle maint. recognized/booked*  *Net 90% it is purely 50%*
  - € 6.9 million TomorrowNow stand-alone revenue in the first ten months of 2006 (€ 3.5 million in 2005)

**Lessons Learned**
- Field: Another year needed to finalize global alignment with SAP Sales organization
- Marketing: Oracle Disruption Campaign Q3/2006 resulted in high lead success rate for TomorrowNow, i.e. high return on marketing investments  *Home Depot severely discount – Helps*
  - Oracle Turn up the Heat Campaign resulted in 150+ opportunities for TomorrowNow (15 contracts signed)
- F&A: Globalization of business in cooperation with SAP regions is a challenge and was underestimated as such → Need to actively manage regional shared services for TNow

**Conclusion** 
- **TomorrowNow is a strategic investment and serves as strategic weapon against Oracle**
  - **Take away maintenance revenue from Oracle**
  - **Create pre-pipeline of future SAP customers**
- TomorrowNow still operates at a loss in 2006 but Break-even is expected for 2008 after completion of globalization and business scoping in 2007 (in line with board assumption to become a profitable business within 2-3 years after acquisition)

© SAP AG 2006, TNow Acquisition Monitoring, 1    SAP STRICTLY CONFIDENTIAL    THE BEST-RUN BUSINESSES RUN SAP  

SAP-OR 00001547

**Ex 54 - Page 7**

# Financial Scorecard – TomorrowNow (Stand-Alone)

When conducting a financial review for TomorrowNow the following two aspects have to be considered:
1) TomorrowNow on a Stand-Alone basis, as well as
2) Safe Passage implications.

The following table illustrates figures for TomorrowNow Stand-Alone only:

| in EUR millions | Original Business Case | | | | | Budget | | Actuals | | Forecast | Δ% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tomorrow Now | Plan 2005 | Plan 2006 | Plan 2007 | Plan 2008 | Plan 2009 | 2006 | 2007 | 2005 | YTD Q3 2006 | 2006 | FC06 vs. BUD |
| **Profit and Loss Statement** | | | | | | | | | | | |
| Product Revenue | 4 | 6 | 9 | 12 | 14 | 16 | 23 | 3 | 6 | 10 | 59% |
| Total Revenue | 4 | 6 | 9 | 12 | 14 | 16 | 23 | 3 | 6 | 10 | 59% |
| Cost of Product | -2 | -3 | -5 | -6 | -7 | -12 | -22 | -7 | -10 | -13 | 117% |
| Sales & marketing | -1 | -2 | -3 | -3 | -4 | -5 | -7 | 0 | -4 | -5 | 120% |
| General & admin | -1 | -1 | -1 | -2 | -2 | 0 | -1 | 0 | 0 | 0 | -112% |
| Total Operating Expenses | -4 | -6 | -9 | -11 | -12 | -17 | -30 | -7 | -15 | -18 | 112% |
| Income (Loss) from operations | 0 | 0 | 0 | 1 | 2 | 0 | -6 | -4 | -9 | -9 | |
| Profitability | 0% | -1% | 1% | 9% | 11% | -1% | -27% | -106% | -140% | -93% | |
| **Headcount** | | | | | | | | | | | |
| FTE | | | | | | | | 95 | 140 | 160 | |



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR 00001548

**Ex 54 - Page 8**