# EXHIBIT 56

Dockets.Justia.com

Ziemen, Thomas

| | |
|---|---|
| Von: | Oswald, Gerhard |
| Gesendet: | Mittwoch, 22. Dezember 2004 07:53 |
| An: | Ziemen, Thomas; Welz, Bernd |
| Betreff: | WG: Peoplesoft 1-2-3 |

-----Ursprüngliche Nachricht-----
Von: Agassi, Shai
Gesendet: Mittwoch, 22. Dezember 2004 07:57
An: Oswald, Gerhard; Mackey, James
Betreff: Fw: Peoplesoft 1-2-3

Please read the following email trail. It contains a recipe for how to move forward with PSFT plan. I recommend you connect your respective teams with John and we should move on hiring the names he mentioned immediately!

S
==========================
I am not rude, I am on a blackberry

-----Original Message-----
From: Zepecki, John <john.zepecki@sap.com>
To: Agassi, Shai <shai.agassi@sap.com>
Sent: Tue Dec 21 12:44:58 2004
Subject: RE: Peoplesoft 1-2-3

Shai;

Thanks. The Jan 5th event is a good idea - Oracle and PSFT did similar events in 1994 when ASK was bought by CA.

Here are some answers to your questions below. If you need something from me, please let me know. Regards, Johnz

1. I don't know much about TomorrowNow or their delivery capability. The founders seem to be mostly ex-services people who did upgrades. The new VP of Sales worked for me for a short while, but was marketing portal at that point in time. I cannot easily check up on the Tnow guys without it being very obvious why I might be checking up on them.

I thought TomorrowNow's niche was to [redacted]. Ramping to support PSFT 8 and JDE products may be an opportunistic move with Oracle taking over.

Look at volumes of fixes delivered, releases supported, etc. would be valuable information and say a lot about how capable this company is. I am not sure where the bulk of TomorrowNow's people are - looks like Texas with recent expansion in Pleasanton. [redacted]

It is not entirely clear to me that the time to market advantage that TomorrowNow offers. Or if this advantage is worth the dollars and effort of a acquisition. In either the build mode or buy mode, integration with SAP's infrastructure is going to be a big challenge. And there will definitely be a further ramp up, so managing ramp up and integration at the same time is a double challenge.

- Customers
- Knowledge

If there is a capable person driving a ground up operation with no history to contend with, it may be easier or at least have fewer moving parts to contend with. It really depends on how strong TomorrowNow's process and people are. [redacted] diligence on [redacted] would make this clear pretty fast.

I am not sure how TomorrowNow gets access to Peoplesoft software, but its very likely that TomorrowNow is using the software outside the contractual use rights granted them and these use rights could be terminated by Oracle. SAP working with a 3rd party

1

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY          SAP-OR 00002893