# EXHIBIT 57

Dockets.Justia.com

| | |
|---|---|
| Message | |
| From: | Oswald, Gerhard [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000034905] |
| Sent: | 1/22/2005 3:16:48 AM |
| To: | Ziemen, Thomas [/O=SAP/OU=EUROPE1/cn=Recipients/cn=000000042894]; Hommel, Uwe [/O=SAP/OU=EUROPE1/cn=Recipients/cn=000000032876]; Wieditz, Uwe [/O=SAP/OU=EUROPE1/cn=Recipients/cn=000000034453]; Hess, Karl-Heinz [/O=SAP/OU=EUROPE1/cn=Recipients/cn=000000050951]; Welz, Bernd [/O=SAP/OU=EUROPE1/cn=Recipients/cn=000000034205] |
| Subject: | WG: Safe Passage Launched in N.A. - Important information enclosed |
| Attachments: | Safe_Passage.zip |

-----Ursprüngliche Nachricht-----
**Von:** McDermott, Bill
**Gesendet:** Freitag, 21. Januar 2005 19:38
**An:** DL MD COUNTRY WORLDWIDE; DL REGIONAL PRESIDENTS
**Cc:** Agassi, Shai; APOTHEKER, Leo; Oswald, Gerhard; Homlish, Martin; Wohl, William; McStravick, Gregory; Wendell, Michael; Lutz, Joseph; Mann, Steven; Clarke, Christopher
**Betreff:** Safe Passage Launched in N.A. - Important information enclosed

January 21, 2005

To: Managing Directors and Regional Presidents

Subject: Safe Passage Program

The Safe Passage program was launched in North America on January 19. This email contains information on the program elements and provides the tools you need to discuss Safe Passage with your customers and regional teams.

Attached you will find:

- The script of the Safe Passage press briefing
- An overview PowerPoint describing the Safe Passage program. This was used to launch the program in North America.
- A brief FAQ covering the highlights of the Safe Passage program
- A detailed FAQ for Safe Passage
- A summary of Oracle's press briefing, and our rebuttal to the claims made against SAP by Oracle



Safe_Passage.zip

Also note that there is a complete location in SMI dedicated to Safe Passage. Search "safe passage."

Finally, the North American field force is now pursuing opportunities using a targeted approach and we are reporting our progress on a by-account basis.

Please do not hesitate to contact Greg McStravick or Mike Wendell if you have questions.

Best regards,

Bill



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY       SAP-OR00136042



THE TRUTH ABOUT ORACLE'S CLAIMS

## Summary

On 18 January, 2005 Oracle's Executive Leadership Team had a Webcast to discuss their Integration Plans. Here are quick highlights:

- Promise of continuity to existing customers running existing solutions to provide support until 2013.
- Design of Fusion promises to provide automated upgrade for existing PS, Oracle, JDE platforms to Fusion product.
- Stated that for net new accounts, they would push Oracle E-Business Suite (not PS or JDE solutions).
- Surprise message from IBM promising support for JDE PS and Oracle customers delivered by video in the middle of the event.
- Confirmed another round of releases of existing Oracle, JDE and PS products, due next year (no details offered).
- No details about architecture of the next engraftation product were offered.
- Glowing testimonials from three customers on stage.

There were a series of statements directed at SAP, which are noteworthy:

- SAP believes ABAP can beat JAVA. (Incorrect: we believe in protecting investments of customers and run ABAP and JAVA side by side)
- SAP is proprietary; SAP doesn't have a standards based development environment. (Incorrect: ECLIPSE framework, Web services, Java, etc. etc.)
- NetWeaver is starting from scratch. (Incorrect: it was launched as one platform derived from existing products and some extensions like MDM, CAF).
- Oracle is larger than SAP in North America in applications (not true)
- Oracle is larger than SAP globally in SCM and HR (not true)

## Oracle's Market Share Claims: Reality?

Oracle made some serious claims of leadership in various markets. Are they true?

**Claim:** Oracle is Number 1 in Worldwide HCM Market
**Fact:** According to Gartner, SAP leads the worldwide HCM market with a 21% (281.3MM) share of the market and Oracle with 19% (250.8) Source: Gartner Dataquest

**Claim:** Oracle is Number 1 in the worldwide SCM market
**Fact:** Again, SAP holds the leadership position in the SCM market. AMR had provided Oracle with numbers on the SC Planning segment which put them in the lead, but again, according to Gartner, SAP is the clear leader in the Supply Chain Management space (SCE, SCP, Sourcing/Procurement) with $ 315mm (15.8%) to $250mm (12.6%) Source: Gartner

**Claim:** Oracle is Number 1 in the North American Application Software market for total revenues:
**Fact:** Looking at 2003 numbers this is true but when one looks at the 2004 numbers and estimating what Gartner will publish for 2004, SAP again leads this market. CMI projects that Gartner will publish the following market share figures: SAP: $798mm +/- 10mm;

Oracle/PSFT $682mm +/- 3. Therefore, Gartner will come up with 2004 numbers that say that SAP is leading in North America.

### Worldwide Relative Market Share

SAP's share of the worldwide software market remains unaffected by Oracle's acquisition of PeopleSoft. In fact, over the last two years, SAP's worldwide relative market share (SAP compared against its top 4 -now three competitors: Oracle, PeopleSoft Siebel and Microsoft) has grown from 49 to 57%, an increase of 8 points. During the same period, Oracle's share of the worldwide market declined from 13% to 12%, while PeopleSoft's share decreased from 16% to 11%. Today, the combined entity has a relative market share of 23%, less than half of SAP's total worldwide market (based on total software revenues). Source: CMI, IDC

### US Relative Market Share

The story in the US Market is remarkably similar, illustrating SAP's continued strength in this geography. Over the last two years, SAP came from behind to establish a leadership position in the US. SAP's relative market share grew from 25 to 38%, an increase of 13 points. PeopleSoft, which had the leadership position 2 years ago, with a 28 share, declined to just 17% in the quarter ending December 2004. Oracle's share of the US market decreased from 17% to 16%. Today, the combined entity has a relative market share of 33%, five percentage points less than SAP's stance in the US market. Source: CMI, IDC

## The Capabilities of Analyst Firms

Each firm has strengths and weaknesses in particular areas. Most firms focus on qualitative analysis (research on trends and best guesses on where the market is heading). Three firms actually perform large volume quantitative research: IDC, Gartner (Dataquest) and AMR

- AMR employs about 5-10 analysts who focus in this area
- Gartner employs about 10-20 analysts for quantitative research
- IDC employs about 50-60 analysts in this domain

SAP relies primarily on Gartner and IDC for quantitative market share data because in our opinion they have a broader view or the market and have deeper domain expertise in quantitative analysis. Oracle has relied almost exclusively on AMR's research.

# FREQUENTLY ASKED QUESTIONS

## SAP Safe Passage Program

### What is the Offer?

#### What is the complete offer and benefits to the customer?

MySAP ERP License Upgrades for PeopleSoft customers includes:

- Standard mySAP ERP user license
- Standard SAP Netweaver user license (included in mySAP license)
- PeopleSoft/JDE product maintenance support via TomorrowNow which includes access to migration and integration packages and tools when available
- SAP and their Partners are ready to provide the local, hands-on tools, services and experience in successful upgrades to SAP solutions

#### What are the terms of this offer?

This is being provided in conjunction with a mySAP conversion. A customer will license a mySAP ERP or other solution under standard SAP terms and conditions. SAP will provide a mySAP conversion on your PeopleSoft investments consistent with the SAP license(s) as per the terms and conditions of the R/3 upgrades policy.

### What is SAP's Safe Passage Campaign?

#### What is SAP's key message with the Safe Passage Campaign and who are we targeting?

Safe Passage is for SAP clients with active investments in PeopleSoft products (Enterprise, EnterpriseOne, World) at the corporate and/or plant/division level. The main message we want to deliver is "we care about our customers and the long-term success of their business." We strive to provide our customers with the same level of long-term maintenance support through SAP, along with SAP Netweaver Integration Infrastructure and a clear roadmap for software migration to mySAP ERP, regardless of whether you are running all SAP solutions or solutions from PeopleSoft/JDE.

### What is TomorrowNow and Why is SAP Buying this Company?

#### What is SAP buying?

SAP is acquiring the full business of TomorrowNow, a Bryan, Texas company that specializes in providing third-party maintenance and software support services for the PeopleSoft customer base. TomorrowNow will continue to exist and will be operated as a wholly-owned subsidiary of SAP and will provide valuable support skills for these customers.

#### Why is this important to PSFT or JDE customers?

This acquisition provides a reliable maintenance and support offering for SAP customers running solutions from PeopleSoft and JD Edwards (JDE) with a flexible

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                        SAP-OR00136045

**Ex 57 - Page 4**

roadmap for the future that includes SAP applications, technology and maintenance services.

### Why is SAP making this offer now?

SAP customers expect that we will take care of them and provide them with the kind of security and comfort they need during a time of uncertainty about key components of their enterprise. Now that Oracle has completed its acquisition, and begins the long period of integrating the two businesses, its clear that there remain critical questions about the long-term viability of PS/JDE solutions and how they will be supported. After 18 months of speculation, now is the right time to focus a risk-reduction strategy for those companies who are in the SAP customer base first and foremost.

### Why TomorrowNow?

TomorrowNow is the leading third-party maintenance and support provider for the PeopleSoft community. They have established proven customer relationships as a maintenance alternative to PeopleSoft since May of 2002. They share the same commitment to support and customer service as SAP and will be a great partner with us as we work to provide strong options for our shared customers. AMR views TomorrowNow as extremely knowledgeable about PeopleSoft.



SAP SAFE PASSAGE PRESS CONFERENCE SCRIPT

Good morning, good afternoon from Walldorf, this is Bill Wohl of SAP Global Communications, and welcome to SAP's media teleconference. I'm joined today by Bill McDermott, President and CEO of SAP America, who is joining us from Washington DC, and Shai Agassi, member of the SAP AG Executive Board, who is here with me in Walldorf.

- SAP is making a strategic announcement today to give customers a choice. SAP customers that are also running PeopleSoft or JDE anywhere in their enterprise now have a very compelling offer to migrate to SAP.

- Oracle's acquisition of PeopleSoft and JDE is forcing customers to be uncertain about the future of their software systems and the support for them, as well as the future product architecture. Customers are telling us time and again that this is very disruptive.

- As the market leader, SAP has a responsibility to remain the industry's trusted advisor and to provide a comprehensive offering for customers running PeopleSoft and/or JDE. We are calling this winning proposition our "Safe Passage" program.

- Our offering includes maintenance and software support at 17 percent for PeopleSoft and JDE solutions. Our proven maintenance program provides security to these customers so that their solutions will be maintained, while they also have the flexibility to plan their software migration strategies at their own pace – without the fear of unplanned maintenance interruptions or forced migration.

- To accelerate this offering, SAP has acquired TomorrowNow, the industry's most experienced 3rd party maintenance provider. TomorrowNow is already providing this reliable support for JDE and PeopleSoft customers. And they bring important skills and experience to our business. Nearly one-hundred Fortune 500, mid-market, and public sector entities from just about every industry sector have already selected TomorrowNow as their mission-critical enterprise software maintenance & support provider. We are very excited to welcome TomorrowNow's customers to SAP.

- Our Safe Passage program has three key components:

  1. Maintenance offering on existing investments in PSFT/JDE
  2. Extension through SAP NetWeaver
  3. Migration to mySAP ERP

- Under the program, companies extend their IT infrastructure with SAP's NetWeaver integration platform, which includes proven JDE and PS connectors. Customers will get the immediate result of better integration of their entire IT landscape, with one completely open and scalable platform.

- Customers gain the benefits of NetWeaver and maintenance support for PS and JDE solutions by licensing mySAP ERP, which is SAP's best-in-class solution. They can migrate to mySAP ERP now, or choose to do so in the future – when they are ready.

- By acting on our Safe Passage program in 2005, SAP will provide a full, 75 percent trade-in credit for PS and JDE licenses – providing key investment protection to these customers. (This is simply an extension of the program we currently offer to SAP customers who are upgrading their SAP solutions to mySAP ERP.) To net it out, we are treating PeopleSoft and JDE customers with the same loyalty and respect that we treat our own customers.

- According to analyst estimates, there are approximately 4,000 companies running both SAP and PS/JDE. Customers and analysts have told us that there will be strong interest by most of these companies, as many of them already have made the strategic decision to migrate to SAP over time. This Safe Passage program significantly accelerates the migration to SAP by lowering total cost NOW.

- Based on my conversations with customers over the past 18 months, customers have exhibited extraordinary concern about the future of brands – such as Oracle, PS and JDE. Now that the uncertainty about this hostile takeover is behind us, customers seem even more concerned about the future of their past investments, as well as JDE OracleSoft's vision for an entirely new solution, built from scratch, that "MAY" be available somewhere between 2008 and 2013. Customers I talk to are trying to run their business today.

- Customers want a trusted innovator. Customers want a real path forward. Customers want real solutions today. That is why SAP has remained the undisputed market leader and the Safe Harbor in a consolidating, maturing market.

- Finally, today's announcement is about SAP keeping our promise to customers – that remains our foremost priority. Our vision to enable every customer to become a best-run business is what SAP is all about. While this announcement is targeted at SAP customers that also are running solutions from PSFT and JDE . . . based on the significant interest by customers so far, we will be expanding this program further in 2005.

## Comments by Bill McDermott

- Good morning, I'd like to tell you about a key announcement we are making today that we think is important for a key segment of the SAP customer base, those who are SAP customers and are also running PeopleSoft or JDE somewhere in their enterprise.

- These customers are facing point of disruption uncertainties about the future of those software systems – how they will be supported, and what will be the life of those programs.

- Regardless of the plan laid out by Larry Ellison yesterday, these customers are facing decisions about their solution migration, and how they will handle consolidation, and, if they even want to work with OracleSoft going forward. And, they now know that down the road they need to migrate to other applications.

- These customers are look for trusted counsel, and they will get this from SAP.

- SAP is announcing today a comprehensive offering for SAP customers running PS and JDE, providing a SAFE PASSAGE away from the uncertainties arising out of the Oracle takeover of PeopleSoft — and a CLEAR ROADMAP to assist those companies in evolving to next generation software

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                SAP-OR00136048

**Ex 57 - Page 7**

- ==Our offering includes maintenance and software support at 17 percent for PS and JDE solutions and will be first directed companies who are already joint SAP customers.== Based upon our proven maintenance program, which provides SAFETY and COMFORT to these customers that their solutions will be maintained so they have the FLEXIBILITY to plan their software migration strategies at their own pace, without the fear of unplanned maintenance interruptions or forced migration.

- ==To seed this effort, SAP has acquired TomorrowNow, industry's most experienced 3rd party maintenance provider.== TomorrowNow is already providing this support for JDE and PeopleSoft customers – and brings important skills and experience. Nearly one-hundred Fortune 500, mid-market, and public sector entities from just about every industry sector have already selected TomorrowNow as their mission-critical enterprise software maintenance & support provider. TomorrowNow's continued success and year after year growth is directly attributable to client success, satisfaction, and providing the type of care, assistance, and advice that earns TomorrowNow the privilege and responsibility of being a trusted advisor and mission critical supplier to its clients. We welcome them to the SAP family.

- Under the program, companies extend their IT infrastructure with SAP NetWeaver integration platform, which includes proven JDE and PS connectors. Customers get the immediate result of better integration of their entire IT landscape, with one open platform.

- Customers gain the benefits of NetWeaver and maintenance support for PS and JDE solutions by licensing mySAP ERP, SAP's best in class solution. They can migrate to mySAP ERP now, or choose to do so in the future – when they are ready.

- We provide full 75 percent credit against PS and JDE licenses – providing key investment protection. (This is the same program we offer SAP customers who are upgrading their SAP solutions to mySAP ERP)

- Speak to market opportunity – by analyst estimates, there are approximately 2,000 companies running SAP and PS/JDE. Analysts tell us that there will be strong participation by most of these companies, as they look to options to avoid working with Oracle, and can do so while leveraging their existing SAP investments.

- Finally, let me add some comments based on discussions with customers. Over the past 18 months, we have seen a period of extraordinary concern about the future of key software brands – Oracle, PS and JDE. During court battles, and takeover battles, those companies have been busy focused on their own businesses – and only one company has consistently remained focused on the customer – that is SAP. And while the uncertainty about the hostile takeover is now behind us, many questions still remain about the future of those solutions, and new questions were even raised yesterday when Oracle laid out its vision for an entirely new solution, built from scratch that may be available in 2008 or by 2013.

- Customers want a certain path forward. Customers want real solutions, not just promises. Customers want a trusted advisor, not a market consolidator. And customers want answers now – not years later. That is why SAP has remained such a safe harbor in this stormy sea of market consolidation.

- Today's offer from SAP offers safe passage for these customers... safe passage away from the concerns about long term support and solution migration, and safe passage from today's solutions to next generation solutions – I think it is a compelling offer and one that will be of great interest to our customers.

- Finally, let me say this — Today's announcement is about SAP keeping our promise to customers — that is our first priority. This announcement is targeted at the SAP customers who are also running solutions from PS and JDE as those companies must be our first priority. In the weeks ahead, we will chip away at other market opportunities that present themselves in the JDE and PS customer bases — so stay tuned.

## Comments by Shai Agassi

- Thanks, Bill. I'd like to take a product perspective. First, let me speak to the role that SAP NetWeaver plays in this offer. For customers running solutions from multiple vendors, the costs of integration are well known and they represent the single largest drain on available dollars for innovation projects.

- Our aim in this offer is to provide three direct services for this customer segment: First, maintenance support on the JDE and PS solutions long term — that is reliable and certain (so companies can be assured that their investments are protected and maintained — and that you are not forced to change if you don't wan to). Second, we offer customers the SAP NetWeaver platform for integration which comes complete with proven PS and JDE connectors — and they realize immediate benefits with a more easily integrated enterprise across their entire IT environment. Third) we provide a clear roadmap to next generation solutions through mySAP ERP — but importantly, when the customer is ready, and on their time table.

- SAP NetWeaver is the way that we help PeopleSoft and JDE customers to immediately extract more value from their investments for running and composing processes across their heterogeneous application infrastructure.

- In this way, customer can get real flexibility. First, enable the next wave of innovation in business processes. Second, ease the transition from their current investments to mySAP and its best industry practices. Third, consolidate a multitude of technology point solutions into one integrated stack that is proven, and open.

- Today, SAP NetWeaver is being used by thousands of customers — we have today more than 1,500 reference customers — and to be a reference, the customer must have comprehensive usage of SAP NetWeaver (multiple components/capabilities) and must be integrating SAP and non-SAP solutions. This is a key point — our competition tries to position NetWeaver as a solution for only SAP — but all of our references are integrating non-SAP solutions — the very challenge our customers face every day.

- Let me again summarize our Safe Passage program:

- A considerably better opportunity for our customers than other third-party offerings because:

    - SAP assumes the complete responsibility for maintenance, service and support issues across the customer's SAP and PeopleSoft/JDE environment — SAP's mainstream (standard) maintenance support program at 17 percent;
    - The customer gains the immediate integration benefits from SAP NetWeaver which will allow them to extend the life of their existing investments in PeopleSoft and JDE
    - SAP has defined a clear roadmap for migration to best-in-class business software, as well a services-oriented platform to drive business innovation via next-generation applications like sap xApps. The customer gets to choose the timing for this migration…

- This is a plan to protect the interest of our customers. We believe that software companies don't "own" their customers, rather we "serve" our customers. As such, you don't buy or sell customers, you SERVE their interests.

SAP Private and Confidential      4      1/19/2005

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY      SAP-OR00136050

- I know my colleague Bill McDermott is very excited about this offer as the US market is a key battleground for us globally, and our efforts will be first focused there to expand our leadership in this market (as it is the primary market for the PS and JDE customer base).

- From my viewpoint on the SAP AG executive board, let me offer a couple of quick comments on yesterday's events. As the market leader, we don't spend a lot of time commenting on our competition – and if you've been paying attention for the last 18 months, while Oracle was trying to spend billions of dollars to buy market share, we have been saying very little — as Bill said, we've been focusing on our customers' business success.

- But as we've done in the past, we do believe we have an obligation to clear up misconceptions and inaccuracies that are brought to the market by Oracle about SAP — and I'd like to clear up a few things delivered yesterday by the spin-masters in Redwood City.

- While our competition has laid out an ambitious agenda for Oracle/PeopleSoft and JD Edwards, I'd like to contrast the two positions: Oracle has made promises to build, from scratch, a completely new set of applications and a completely new platform — and they promise to deliver it 3 years from now. Meanwhile, SAP is delivering solutions to customers today. SAP is shipping a services-oriented, open integration and application platform in SAP NetWeaver that already has 1,500 reference customers and our applications are well established as market leading and best practices across many, many industries. Again — they have made ambitious promises – SAP has been delivering to customers since 2003.

- We have been delivering this strong momentum for our platform for many reasons, but one of the most important reasons is that SAP is delivering the only truly open platform to support Java ABAP and .NET. When we first announced NetWeaver two years ago, we were widely heralded for being the first applications company to open up to both .Net and Java, while allowing our clients to leverage their existing investment.

- Finally, let me quickly comment again on today's announcement. We see a lot of opportunity for SAP in capturing additional market share from the PS and JDE customer bases, as we see many companies there who are looking for options to avoid working with Larry Ellison and his team. Today's announcement is, of course, focused on providing choice and security for SAP customers running JDE and PS, but you can fully expect SAP to target other segments of the PS and JDE customer bases in the weeks and months ahead.