# EXHIBIT 59

Dockets.Justia.com

| | |
|---|---|
| Message | |
| From: | Albert van Wissen [Albert_vanWissen@tomorrownow.com] |
| Sent: | 8/13/2007 2:13:45 PM |
| To: | Weber, Bjoern; Ziemen, Thomas |
| Subject: | RE: FC7 accuracy |
| Sensitivity: | Company Confidential |

Thomas, Bjoern,

==Last week I had the first meeting with Mark White in Bryan, Texas.==

==Apart from a number of points that were not quite clear yet neither for me nor for him he clearly said that since he now holds the position of Executive Chairman for Tnow and because he belongs directly to Werner Brand he will now handle all matters regarding budget/forecast/investments for Tnow.==

==There may continue to be an unlimited exchange of information/reporting with Gerd Oswald's board area, but in principle all responsibilities / decisions from Gerd Oswald's area are to be assigned to Werner Brand/Mark White for the moment.==

I have given this explanation specifically to Mark so that we know within Tnow exactly who our contact at SAP is. ==Since in the past many decisions regarding our forecast/budget have been made by SAP Corporate (Thomas Z, Thomas B, Gerd Oswald)== or certain changes have been made directly, it would be good if we all had the same idea how it should work in the future.

I would like to have your feedback on how you see this.

Regards,

Albert van Wissen
Global CFO
Tomorrow Now Nederland BV
+31 (0) 20 301 8104  Phone
+31 (0) 6 1400 3798  Mobile
www.tomorrownow.com

---

**From:** Weber, Bjoern [mailto:bjoe.weber@sap.com]
**Sent:** Monday, August 13, 2007 1:30 PM
**To:** Ziemen, Thomas
**Cc:** Albert van Wissen
**Subject:** FC7 accuracy
**Sensitivity:** Confidential

EXHIBIT 601

Hello Thomas:

Before the submission of the FC 7 I pointed out to you that the internal charges should be reduced compared to FC 6 (at least for July), since they are unrealistic. Amounts are included here that Albert in the future would like to charge to SAP regarding the Baan service. You have asked me to leave the chargebacks in FC 7 the same as in FC 6. As expected the ACT July chargebacks are considerably lower than in the FC.

Since we place great value on the FC accuracy in Controlling, we should submit realistic figures here in the future! Only when it is certain that the Baan service can be charged to SAP should this be reflected in the FC!

Best regards,

Björn

---

From: Ziemen, Thomas
Sent: Tuesday, July 10. 2007 3:18 pm
To: Weber, Bjoern
Subject: RE: Update
Confidentiality: Confidential

Leave chargebacks in FC 7 the same as in FC 6.
We will clarify details in calendar week 30, when Albert is back and in Walldorf.


Dr. Thomas Ziemen
Vice President
Service Solution Management
SAP AG
Neurottstraße 16
69190 Walldorf
T  +49 6227 7-44766
F  +49 6227 76-20080
M +49 171 3363644
E  thomas.ziemen@sap.com
http://www.sap.com

HIGHLY CONFIDENTIAL INFORMATION – ATTORNEYS' EYES ONLY                    SAP-OR0033224

Message

| | |
|---|---|
| **From:** | Albert van Wissen [Albert_vanWissen@tomorrownow.com] |
| **Sent:** | 8/13/2007 2:13:45 PM |
| **To:** | Weber; Bjoern; Ziemen; Thomas |
| **Subject:** | RE: FC7 accuracy |
| **Sensitivity:** | Company Confidential |

Thomas, Bjoern,

Letzter Woche haette ich in Bryan, Texas die erste Meeting mit Mark White.

Ausser eine Menge Punkte die fuer mich und Ihm auch noch nicht ganz klar sind, war er sehr deutlich in die Aussage, dass seit dem er die Position von Executive Chairman hat fuer Tnow, und weil er direkt an Werner Brand gehoert, er alle Budget/Forecast/Investment fuer Tnow betreuen wird.

Es kann ohne Beschraenkung weiterhin eine Informationsaustausch/reporting mit Gerd Oswald's Board area stattfinden, aber grundsaetzlich sollen alle Verantwortlichkeite/Entscheidunge von Gerd Oswald's bereich fuer das Moment nach Werner Brand/Mark White umgehangt worden.

Ich habe diese Erklaerung spezifisch an Mark vorgelegt, damit wir innerhalb Tnow ganz genau wissen wer unsere ansprechpunkt ist innerhalb SAP.
Da in der Vergangenheit manche Entscheidunge im Bezug auf unsere Forecast/Budget von SAP Corporate (Thomas Z, Thomas B, Gerd Oswald) getroffen sind, bezw. Bestimmte abaenderunge direkt durchgefuehrt worden sind, waere es gut dass wir hier jedenfalls alledie gleiche Idee haben wie es jetzt weiter funktionieren soll.

Dazu haett ich gern eure Feedback wie Ihr dies Beobachtet.

Gruess,


Albert van Wissen
Global CFO
Tomorrow Now Nederland BV
+31 (0) 20 301 8104  Phone
+31 (0) 6 1400 3798  Mobile
www.tomorrownow.com

---

**From:** Weber, Bjoern [mailto:bjoe.weber@sap.com]
**Sent:** Monday, August 13, 2007 1:30 PM
**To:** Ziemen, Thomas
**Cc:** Albert van Wissen
**Subject:** FC7 accuracy
**Sensitivity:** Confidential

Hallo Thomas,

vor der Abgabe des FC 7 habe ich dich darauf aufmerksam gemacht, dass die Internal charges im Vgl. zu FC 6 gesenkt werden sollten (zumindest für den Juli), da sie unrealistisch sind. Hier sind Beträge enthalten, die Albert zukünftig gerne bzgl. Baan-Service an SAP chargen möchte. Du hast mich gebeten, die Chargebacks in FC 7 wie in FC 6 zu belassen. Wie zu erwarten war, sind die ACT Juli- Chargebacks wesentlich geringer als im FC.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                SAP-OR00133223

Da wir im Controlling großen Wert auf die FC accuracy legen, sollten wir in der Zukunft hier realistische Werte abgeben!
Erst wenn gewährleistet ist, dass der Baan-Service an SAP belastet werden kann, sollte dies im FC abgebildet werden!

Viele Grüße

Björn

---

**Von:** Ziemen, Thomas
**Gesendet:** Dienstag, 10. Juli 2007 15:18
**An:** Weber, Bjoern
**Betreff:** AW: Update
**Vertraulichkeit:** Vertraulich

Chargebacks im FC 7 lassen wie in FC 6.
Details klären wir in KW 30 wenn Albert zurück und in Walldorf ist.

**Dr. Thomas Ziemen**
Vice President
Service Solution Management
SAP AG
Neurottstraße 16
69190 Walldorf
T  +49 6227 7-44766
F  +49 6227 78-20080
M +49 171 0363644
E  thomas.ziemen@sap.com
http://www.sap.com

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                              SAP-OR00133224
Ex 59 - Page 4



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Connie Wong, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached document "SAP-OR00133223-224" and "SAP-OR00287529-530", from German to English.

Connie Wong

Sworn to before me this

5th day of December, 2008

Signature, Notary Public

Anne K Shreiner
Notary Public, State of New York
No. 01SH6181400
Qualified in NEW YORK County
Commission Expires Jan 28, 2012

Stamp, Notary Public

TPT 077 rev. 1 20060612

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM