# EXHIBIT 60

Dockets.Justia.com



# Business Case
# TomorrowNow 2006

Board Area: Gerd Oswald

Status: November 16, 2005

THE BEST-RUN BUSINESSES RUN SAP



EXHIBIT
608

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                                              SAP-OR00136760

# Business Case
## TomorrowNow 2006

Board Area: Gerd Oswald

**Status: November 16, 2005**



Ex 60 - Page 2　　　　　　　　　　　　SAP-OR00136760

## Open Issue – Budget Case TNow

- Within Baseline Budget 2005, TNow committed EUR 15,3 Mill.[1] external Revenue planned within GSS (including TNow Stand-Alone as well as SafePassage deals), although SafePassage Revenue is generated in CSO.
- Based on pipeline 2006 (provided by Andy Nelson), TNow can realize EUR 24,1 Mill.[2] external Revenue in 2006 (Final Budget incl. add. investments of 9,6 M€ would have a profit margin of 15%[3])
- Weighted Pipeline (16.11.2005)
    - Stand-Alone deals: EUR 16 Mill.
    - Safe Passage: EUR 7,6 Mill.
- **Main problem is the missing Budget commitment of CSO for SafePassage Revenue in 2006 (EUR 8,1 Mill.[4])**
- Only if CSO would put the missing SafePassage Revenue on top of Budget 2006, TNow would be considered as revenue generating Budget Case and not as a pure Investment Case by Corp. Co.

| All Values in kEUR | FC 2005 | HL2 BUD 2006 (Baseline) | Δ HL2 BUD / FC05 | Budget Business Case TNow 2006 | | Final Budget Case | Final Budget 2006 (incl. Safe Passage Rev.) | Δ Final BUD / FC 05 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Provided to Corp. Co | Open Commit. by CSO | | | |
| TNow Stand-Alone (booked within GSS) | 3.585 | 15.270 | 11.685 | 760 | | 760 | 16.030 | 12.445 |
| Safe Passage (booked within CSO) | 7.200 | | -7.200 | | 8.051 | 8.051 | 8.051 | 851 |
| External Revenue | 10.785 | 15.270 | 4.485 | 760 | 8.051 | 8.811 | 24.081 | 13.296 |
| Local Expenses | -9.291 | -10.534 | -1.243 | -8.918 | | -8.918 | -19.452 | -10.161 |
| Total Expenses | -10.081 | -10.893 | -812 | -9.624 | | -9.624 | -20.517 | -10.436 |
| Operating Income | 704 | 4.377 | 3.673 | -8.864 | 8.051 | -813 | 3.564 | 2.860 |
| Profit Margin in % | 7 | 29 | | -1.166 | | -9 | 15 | |
| Headcount (in FTE) | 102 | 105 | 3 | 123 | | 123 | 228 | 126 |

© SAP AG 2005, *Thomas Ziemen, Service Solution Management*

**Ex 60 - Page 3**

SAP-OR00136761

# TomorrowNow Key Performance Indicators 2005

## Contracts per Quarter & Region

**TomorrowNow**

|  | Q1* | Q2 | Q3 | Q4** | Σ |
|---|---|---|---|---|---|
| NA | 74 | 23 | 10 |  | 158 |
| EMEA | 0 | 1 | 0 |  | 1 |
| APA | 0 | 0 | 0 |  | 0 |
| LAM | 0 | 0 | 0 |  | 0 |
| Σ | 74 | 24 | 10 | 51 | 159 |

\* Includes 68 customer contracts from 2004
\*\* Forecast



**Safe Passage**

|  | Q1 | Q2 | Q3 | Q4 | Σ |
|---|---|---|---|---|---|
| NA | 3 | 8 | 4 |  | 15 |
| EMEA | 2 | 5 | 5 |  | 12 |
| APA | 0 | 2 | 0 |  | 2 |
| LAM | 0 | 1 | 0 |  | 1 |
| Σ | 5 | 16 | 9 |  | 30 |



## Global Set Up / FTE per Region (cumulated)

|  | Q1 | Q2 | Q3 | Q4* |
|---|---|---|---|---|
| NA | 39 | 54 | 68 | 76 |
| EMEA - NL | 0 | 1 | 2 | 5 |
| - UK | 0 | 3 | 9 | 12 |
| Singapore | 0 | 0 | 5 | 8 |
| Σ | 39 | 58 | 84 | 101 |

\* Forecast

## Financial View 2005 (in € Mn)

|  | Q1 | Q2 | Q3 | Q4* | Σ |
|---|---|---|---|---|---|
| TNow stand alone deals | 0.4 | 0.6 | 1.2 | 1.2 | 3.4 |
| Bundled deals** | 0 | 0 | 2.8 | 4.4 | 7.2 |
| External Revenue | 0.4 | 0.6 | 4.0 | 5.6 | 10.6 |
| Total Expenses | 0.9 | 2.0 | 3.3 | 4.4 | 10.6 |
| Contribution (incl. Charge Backs) | -0.5 | -1.4 | 0.7 | 1.2 | 0 |
| Profitability | -125% | -233% | 17.5% | 21% | 0% |
| Revenue Taken Away from Oracle*** | 5.1 | 3.4 | 2.3 | 12.0 | 22.8 |

\*    Forecast
\*\*   Additional budget revenue booked within CSO: Adjustment on bundled deals that were not posted as external revenue in TomorrowNow (but charged internally)
\*\*\* Doubled contract volume of newly signed and renewed TomorrowNow deals

## Key Achievements

- Gained market visibility and credibility, especially in EMEA and APA
- TomorrowNow installed base grown to 108 customer contracts, 39 new customer contracts (e.g. Yazaki, Waste Management, ArvinMeritor, Borders Group) and 21 renewals (e.g. Cowlitz County, Quad Graphics) within the first 9 months of 2005 (renewal rate > 90%)
- Joint demand generation process and campaigns
- Signed first contract outside the US and generated global references
- Strong increase of average deal size:
  Stand-alone € 42K → € 70K; Safe Passage € 138K
- Maintenance Contract Volume taken away from Oracle grown up to € 22.8M by end of 2005 (doubled contract volume of newly signed and renewed TomorrowNow deals)

## Business Outlook

### Safe Passage Pipeline (bundled deals)



In Total: 298 (2005) | In Total: 161 (2006)

Legend: Booked, Won, In Process, Discontinued, Lost

**Weighted Pipeline Q4 2005 / 2006:**
→ 311 Opport. * 18% Win Rate * € 138K Avg. Deal Size = **€ 7.6M**

### TomorrowNow Pipeline (stand-alone deals)



In Total: 240 (2005) | In Total: 285 (2006)

**Weighted Pipeline Q4 2005 / 2006:**
→ 394 Opport. * 58% Win Rate * € 70K Avg. Deal Size = **€ 16.0M**

**2005/2006 Opportunities by Phase: A/B 17%, C/D 44%, E/F 39%**

### Financial View 2006 (in € Mn)

|  | Q1 | Q2 | Q3 | Q4 | Σ |
|---|---|---|---|---|---|
| TNow stand alone deals | 3.9 | 4.0 | 4.0 | 4.1 | 16.0 |
| Bundled deals* | 1.4 | 1.7 | 2.0 | 2.5 | 7.6 |
| External Revenue | 5.3 | 5.7 | 6.0 | 6.6 | 23.6 |
| Total Expenses | -4.0 | -4.7 | -5.3 | -6.0 | -20.0 |
| Margin |  |  |  |  | 15% |
| FTE Total | 140 | 172 | 200 | 224 | 224 |
| ▪ NA Total | 80 | 85 | 90 | 99 | 99 |
| ▪ LAM Total | 5 | 8 | 10 | 13 | 13 |
| ▪ EMEA Total | 27 | 40 | 50 | 56 | 56 |
| ▪ APA Total | 28 | 39 | 50 | 56 | 56 |

### Financial View 2007 (in € Mn)

|  | Q1 | Q2 | Q3 | Q4 | Σ |
|---|---|---|---|---|---|
| TNow stand alone deals | 5.8 | 7.1 | 8.8 | 9.9 | 31.6 |
| Bundled deals* | 2.9 | 3.5 | 4.3 | 5.1 | 15.8 |
| External Revenue | 8.7 | 10.6 | 13.1 | 15.0 | 47.4 |
| Total Expenses | -8.3 | -8.7 | -8.9 | -9.4 | -35.3 |
| Margin |  |  |  |  | 25% |
| FTE Total | 249 | 266 | 277 | 300 | 300 |
| ▪ NA Total | 104 | 105 | 107 | 112 | 112 |
| ▪ LAM Total | 15 | 18 | 22 | 24 | 24 |
| ▪ EMEA Total | 58 | 67 | 67 | 71 | 71 |
| ▪ APA Total | 72 | 76 | 81 | 93 | 93 |

\* Additional budget revenue booked within CSO: Adjustment on bundled deals that were not posted as external revenue in TomorrowNow (but charged internally)

© SAP AG 2005, *Thomas Ziemen, Service Solution Management*

THE BEST-RUN BUSINESSES RUN SAP 

**Ex 60 - Page 5**

SAP-OR00136763

## BC TomorrowNow 2006: Executive Summary, Reason

| Budget Request 2006 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Headcount | +123 FTE | Investments | +9,6 M€ | Ext. Revenue | +8,8 M€ | Profit Margin of Request | -9% | Profit Margin of Final Budget | 15% |

### ➡ Review 2005 and Base of Operations for 2006:

- **Key Achievements 2005:**
  - Expected growth of TomorrowNow installed base up to approx. 160 customer contracts (started with 68 at beginning of 2005)
  - Expected Maintenance contract volume of approx. € 11.5M (doubles to € 23M Maintenance contract volume taken away from Oracle). This order entry has to be supplied in 2006
- First steps taken to establish TomorrowNow globally according to Business Opportunity (EMEA: UK, NL and APA: Singapore in addition to the existing seven US locations; foundation of TNow subsidiary in Australia in preparation)
- As a result of the acquisition of PeopleSoft by Oracle, SAP launched the Safe Passage Program for customers also running PSFT and JDE to offer a way out of the uncertainties arisen by this acquisition and has extended it for Siebel customers after the pending acquisition by Oracle.
- The Maintenance offering – a key part of the Safe Passage Program and provided by TomorrowNow – is used as enabler for future license revenue, to grow maintenance contract volume taken away from Oracle and to generate additional maintenance revenue for SAP
- PSFT's / JDE's customer base consists of 12,500 customers, approx. 2,000 joint SAP/PSFT customers. Siebel's customer base consists of 4,000 customers including a large number of joint SAP/Siebel customers, which build SAP's market opportunity
- Student Administration (PSFT) and Customer Relationship Management (Siebel) identified as two new Business opportunities
- Growth opportunity reinforced by newly announced "Oracle Lifetime Support" with significant uplift of Maintenance fees

### ➡ Motivation for and description of business case (BC):

- In order to continue the successful establishment of TomorrowNow according to strong expected growth of the Off-Oracle Maintenance Business, the additional Cost Budget (€ 9,6M) and FTEs (123) for 2006 have to be approved
- If Budget Request will be approved TNow shows a 15% profit margin in Budget 2006 (24,1M€ external revenue; 20,5M€ Total expenses)
- Expected revenue growth till 2008



Revenue (in €M): 23.6 (2006), 47.4 (2007), 61.1 (2008)
Profitability (in %): 15 (2006), 25 (2007), 32 (2008)

- Revenue more than doubles in 2006; improve profitability up to 25%, considering initial investments for Siebel maintenance business

© SAP AG 2005, Thomas Ziemen, Service Solution Manager

**THE BEST-RUN BUSINESSES RUN SAP**

**Ex 60 - Page 6**

SAP-OR00136764

## BC TomorrowNow 2006: Executive Summary; Impact

### How does this BC support SAP's strategy and Board area strategy?

- Safe harbor for PeopleSoft, JD Edwards and Siebel customers
- Leverage service as competitive weapon in order to restrict competition
- Support SAP's strategy to grow and secure Maintenance revenue
- Strengthen global market position and increase global market share

### Market Potential of TomorrowNow

- 160 TNow new customer contracts and renewals expected for 2005
- 400 TNow new customer contracts and renewals expected for 2006
- Appr. 400 TNow stand-alone opportunities after Oracle announcement of Lifetime Support Strategy with significant uplift of Maintenance fees for PSFT and Siebel customers
- Appr. 300 bundled Safe Passage opportunities (status September 2005)
- Expected maintenance revenue taken away from Oracle for 2005: approx. € 23M
- Expected maintenance revenue taken away from Oracle for 2006: approx. € 66M



**Bundled Safe Passage Opportunities**
In Total: 298
311 Opport. * 18% Win Rate * € 138K Avg. Deal Size = **€ 7.6M**



**TNow Stand-Alone Opportunities**
In Total: 240
394 Opport. * 58% Win Rate * € 70K Avg. Deal Size = **€ 16.0M**

© SAP AG 2005, *Thomas Ziemen, Service Solution Management*

THE BEST-RUN BUSINESSES RUN SAP

SAP

**Ex 60 - Page 7**

SAP-OR00136765

### BC TomorrowNow 2006: Executive Summary, Impact

**Committed Revenues by Region/by Product (incremental)**
- No breakdown per region

**Development/Field Resource Impact (if approved by FLT)(incremental)**
- No Development / Field Resource Impact

**Other**
- none

**Impact of "Doing Nothing"**
- Miss the unique increased opportunity to take away Maintenance revenue from Oracle, reinforced by the newly announced "Oracle Lifetime Support Program", and to encounter Oracle's new Maintenance strategy
- Other software vendors might provide a safe harbor initiative and win advantage over SAP
- SAP to lose potential maintenance and license revenue as well as customers

## BC TomorrowNow 2006: Incremental P&L overview for 2006

| Business Case/ Budget transfer | HLD number | | MPU Controller | MPU | MPU Currency | |
|---|---|---|---|---|---|---|
| TNow | HLD | BA GO | Joerg Josenhans | 257000301 | EUR | |

| Budget PAC | FC 2005 | HL 2 Baseline | Additional Budget Request 2006 | | | | | Final Budget 2006 |
|---|---|---|---|---|---|---|---|---|
| all figures in thousand EURO | | | Q1 | Q2 | Q3 | Q4 | TY 2006 | |
| Maintenance Revenue | 3.500,0 | 15.270,0 | 142,0 | 172,0 | 203,0 | 243,0 | 760,0 | 16.030,0 |
| Product Revenue | 3.500,0 | 15.270,0 | 142,0 | 172,0 | 203,0 | 243,0 | 760,0 | 16.030,0 |
| Consulting Revenue | 41,0 | | | | | | 0,0 | |
| Service Revenue | 41,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 |
| EXTERNAL REVENUE | 3.541,0 | 15.270,0 | 142,0 | 172,0 | 203,0 | 243,0 | 760,0 | 16.030,0 |
| 3rd Party Services | -1.132,0 | -778,0 | -80,0 | -80,0 | -80,0 | -80,0 | -320,0 | -1.098,0 |
| Personnel Expenses | -6.036,0 | -8.368,0 | -694,0 | -1.226,0 | -1.579,0 | -1.964,0 | -5.463,0 | -13.831,0 |
| Travel/Entertainment | -480,0 | -333,0 | -117,0 | -117,0 | -117,0 | -117,0 | -468,0 | -801,0 |
| Marketing | -804,0 | -176,0 | -436,0 | -436,0 | -436,0 | -436,0 | -1.744,0 | -1.920,0 |
| Infrastructure | -724,0 | -880,0 | -122,0 | -226,0 | -274,0 | -302,0 | -924,0 | -1.804,0 |
| Other Inc./Exp., net | -11,0 | | | | | | 0,0 | |
| Local EXPENSES | -9.187,0 | -10.535,0 | -1.449,0 | -2.085,0 | -2.486,0 | -2.899,0 | -8.919,0 | -19.454,0 |
| Internal Charges for Bundled Deals, net | -400,0 | -470,0 | 1.503,0 | 1.825,0 | 2.147,0 | 2.576,0 | 8.051,0 | 7.581,0 |
| Building / IT | -807,0 | 112,0 | -78,0 | -152,0 | -211,0 | -265,0 | -706,0 | -594,0 |
| TOTAL EXPENSES | -10.394,0 | -10.893,0 | -24,0 | -412,0 | -550,0 | -588,0 | -1.574,0 | -12.467,0 |
| OPERATING INCOME | -6.853,0 | 4.377,0 | 118,0 | -240,0 | -347,0 | -345,0 | -814,0 | 3.563,0 |
| Margin | | | | | | | | 15% |

| Budget COS | TOTAL | HL2 BUD06 | Additional Budget Request 2006 | | | | | Final BUD |
|---|---|---|---|---|---|---|---|---|
| all figures in thousand EURO | | | Q1 | Q2 | Q3 | Q4 | TY 2006 | |
| SW Revenue | 0,0 | | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 |
| Maintenance Revenue | 88.230,0 | 15.270,0 | 142,0 | 172,0 | 203,0 | 243,0 | 760,0 | 16.032,0 |
| Product Revenue | 88.230,0 | 15.270,0 | 142,0 | 172,0 | 203,0 | 243,0 | 760,0 | 16.032,0 |
| Consulting Revenue | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 |
| Training Revenue | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 |
| Service Revenue | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 |
| Other Revenue | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 |
| EXTERNAL REVENUE | 88.230,0 | 15.270,0 | 142,0 | 172,0 | 203,0 | 243,0 | 760,0 | 16.032,0 |
| Customer Support | -54.060,9 | -10.893,0 | -24,0 | -412,0 | -550,0 | -588,0 | -1.574,0 | -12.467,0 |
| Cost of Product | -54.060,9 | -10.893,0 | -24,0 | -412,0 | -550,0 | -588,0 | -1.574,0 | -12.468,0 |
| COS Expenses | -54.060,9 | -10.893,0 | -24,0 | -412,0 | -550,0 | -588,0 | -1.574,0 | -12.468,0 |
| TOTAL EXPENSES | -54.060,9 | -10.893,0 | -24,0 | -412,0 | -550,0 | -588,0 | -1.574,0 | -12.468,0 |
| OPERATING INCOME | 34.169,1 | 4.377,0 | 118,0 | -240,0 | -347,0 | -345,0 | -814,0 | 3.564,0 |

| Budget HC | TOTAL | HL2 BUD06 | Additional Budget Request 2006 | | | | | Final BUD |
|---|---|---|---|---|---|---|---|---|
| All figures in FTE | | | Q1 | Q2 | Q3 | Q4 | TY 2006 | |
| Business Support | 798,5 | 101,0 | 39,0 | 71,0 | 99,0 | 123,0 | 83,0 | 184,0 |

**External Rev.**
Addit.: 8,8 M€
Final: 24,1 M€

**Total Expenses**
Addit.: 9,6 M€
Final.: 20,5 M€

## BC TomorrowNow 2006: Incremental P&L overview for 2007/2008

| Budget PAC<br>all figures in thousand EURO | P&L 2007 | | | | | P&L 2008 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TY 2007 | Q1 | Q2 | Q3 | Q4 | TY 2008 |
| SW Revenue | | | | | 0,0 | | | | | 0,0 |
| Maintenance Revenue | 4.875,0 | 4.875,0 | 4.875,0 | 4.875,0 | 19.500,0 | 5.575,0 | 5.575,0 | 5.575,0 | 5.575,0 | 22.300,0 |
| **Product Revenue** | 4.875,0 | 4.875,0 | 4.875,0 | 4.875,0 | 19.500,0 | 5.575,0 | 5.575,0 | 5.575,0 | 5.575,0 | 22.300,0 |
| Consulting Revenue | | | | | 0,0 | | | | | 0,0 |
| Training Revenue | | | | | 0,0 | | | | | 0,0 |
| **Service Revenue** | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 | 0,0 |
| Other Revenue | | | | | 0,0 | | | | | 0,0 |
| **EXTERNAL REVENUE** | 4.875,0 | 4.875,0 | 4.875,0 | 4.875,0 | 19.500,0 | 5.575,0 | 5.575,0 | 5.575,0 | 5.575,0 | 22.300,0 |
| 3rd Party Services | -274,5 | -274,5 | -274,5 | -274,5 | -1.098,0 | -274,5 | -274,5 | -274,5 | -274,5 | -1.098,0 |
| Personnel Expenses | -4.057,3 | -4.057,3 | -4.057,3 | -4.057,3 | -16.229,0 | -4.057,3 | -4.057,3 | -4.057,3 | -4.057,3 | -16.229,0 |
| Travel/Entertainment | -200,3 | -200,3 | -200,3 | -200,3 | -801,0 | -200,3 | -200,3 | -200,3 | -200,3 | -801,0 |
| Marketing | -480,0 | -480,0 | -480,0 | -480,0 | -1.920,0 | -480,0 | -480,0 | -480,0 | -480,0 | -1.920,0 |
| Infrastructure | -451,0 | -451,0 | -451,0 | -451,0 | -1.804,0 | -451,0 | -451,0 | -451,0 | -451,0 | -1.804,0 |
| License/Sales Comm. | | | | | 0,0 | | | | | 0,0 |
| Provision / Other Tax | | | | | 0,0 | | | | | 0,0 |
| Other Inc./Exp., net | | | | | 0,0 | | | | | 0,0 |
| **Local EXPENSES** | -5.463,0 | -5.463,0 | -5.463,0 | -5.463,0 | -21.852,0 | -5.463,0 | -5.463,0 | -5.463,0 | -5.463,0 | -21.852,0 |
| Internal Charges for Bundled Deals, net | 2.084,8 | 2.084,8 | 2.084,8 | 2.084,8 | 8.339,1 | 2.084,8 | 2.084,8 | 2.084,8 | 2.084,8 | 8.339,1 |
| Building / IT | -260,4 | -260,4 | -260,4 | -260,4 | -1.041,4 | -260,4 | -260,4 | -260,4 | -260,4 | -1.041,4 |
| Mgmt.License | | | | | 0,0 | | | | | 0,0 |
| **TOTAL EXPENSES** | -3.638,6 | -3.638,6 | -3.638,6 | -3.638,6 | -14.554,3 | -3.638,6 | -3.638,6 | -3.638,6 | -3.638,6 | -14.554,3 |
| **OPERATING INCOME** | 1.236,4 | 1.236,4 | 1.236,4 | 1.236,4 | 4.945,7 | 1.936,4 | 1.936,4 | 1.936,4 | 1.936,4 | 7.745,7 |
| Financial Income, net | | | | | 0,0 | | | | | 0,0 |
| Other Non-Oper. Inc./Exp. | | | | | 0,0 | | | | | 0,0 |
| **CONTRIB. b. SBCP & AC** | 1.236,4 | 1.236,4 | 1.236,4 | 1.236,4 | 4.945,7 | 1.936,4 | 1.936,4 | 1.936,4 | 1.936,4 | 7.745,7 |
| SBCP | | | | | 0,0 | | | | | 0,0 |
| AC | | | | | 0,0 | | | | | 0,0 |
| **CONTRIBUTION** | 1.236,4 | 1.236,4 | 1.236,4 | 1.236,4 | 4.945,7 | 1.936,4 | 1.936,4 | 1.936,4 | 1.936,4 | 7.745,7 |

| Budget HC<br>All figures in FTE | HC 2007 | | | | | HC 2008 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TY 2007 | Q1 | Q2 | Q3 | Q4 | TY 2008 |
| Business Support | 224,0 | 224,0 | 224,0 | 224,0 | 224,0 | 224,0 | 224,0 | 224,0 | 224,0 | 224,0 |

© SAP AG 2005, *Thomas Ziemen, Service Solution Management*

THE BEST-RUN BUSINESSES RUN SAP

Ex 60 - Page 10

SAP-OR00136768