# EXHIBIT 61

Dockets.Justia.com

| RESTORE_ID | MACHINE | APPLICATION | TARGET_ENV | SOURCE_ENV | RESTORE_ARCHIVE | BACKUP_FILENAME | DATABASE_RESTORE | NT_RESTORE | UNIX_RESTORE | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY | REQUESTEDBY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 441 | YOGI | FDM | F753DEMO | FC753DEV | ONLINE | FC753DEV_20051003_0949 | Y | Y | N | 10/5/2005 11:01 | environment for Financials 7.5 AU | nvuong | NA |
| 443 | YOGI | FDM | F753DEMO | F752TPAM | ONLINE | F753TPAM_20050722_1417 | Y | Y | N | 10/7/2005 12:07 | re-create f753demo to create FDM 7.53 AU | nvuong | NA |
| 468 | YOGI | FDM | F752CCWM | FG752DEV | ONLINE | FG752DEV_20051109_1209 | Y | Y | N | 11/9/2005 12:57 | requested by Tim Harper | nvuong | NA |
| 47 | YOGI | HRMS | HR70203G | HR70203F | ONLINE | HR70203F_20031104_1636 | Y | Y | N | 11/6/2003 0:00 | create 03G environment | chyde | NA |
| 46 | YOGI | HRMS | HR75103G | HR75103F | ONLINE | HR75103F_20031031_1928 | Y | Y | N | 11/6/2003 0:00 | create 03G environment | chyde | NA |
| 48 | YOGI | HRMS | HG75103G | HG75103F | ONLINE | HG75103F_20031105_1845 | Y | Y | N | 11/10/2003 10:46 | create 03G environment | chyde | NA |
| 49 | YOGI | HRMS | HS70203G | HS70203F | ONLINE | HS70203F_20031105_1236 | Y | Y | N | 11/11/2003 9:30 | create 03G environment | chyde | NA |
| 50 | YOGI | HRMS | HG70203G | HG70203F | ONLINE | HG70203F_20031105_1230 | Y | Y | N | 11/11/2003 9:37 | create 03G environment | chyde | NA |
| 51 | YOGI | HRMS | HG751ANC | HG75103F | TNBK0094-TNBK0091 | HG75103F_20031024_1800 (mssql7) HG75103F_20031023_0235 (from current - but cobol/sqr from backup of pshome) | Y | Y | N | 11/11/2003 11:00 | create Muni of Anchorage environment | chyde | NA |
| 53 | YOGI | HRMS | HR751REP | HR75103G | ONLINE | HR75103G_20031201_1221 | Y | Y | N | 12/1/2003 13:01 | create 03G rep | chyde | NA |
| 54 | YOGI | HRMS | HR751DEV | HR75103G | ONLINE | HR75103G_20031201_1221 | Y | Y | N | 12/1/2003 13:25 | create 03G dev | chyde | NA |
| 56 | YOGI | HRMS | HR702DEV | HR70203G | ONLINE | HR70203G_20031201_1346 | Y | Y | N | 12/1/2003 13:39 | create 03G dev | chyde | NA |
| 55 | YOGI | HRMS | HR702REP | HR70203G | ONLINE | HR70203G_20031201_1346 | Y | Y | N | 12/1/2003 15:00 | create 03G rep | chyde | NA |
| 57 | YOGI | HRMS | HS702DEV | HS70203G | TNBK0107 | HS70203G_20031201_1541 | Y | Y | N | 12/2/2003 19:59 | create 03G dev | chyde | NA |
| 58 | YOGI | HRMS | HG751DEV | HG75103G | ONLINE | HG75103G_20031203_1106 | Y | Y | N | 12/3/2003 11:12 | create 03G dev | chyde | NA |
| 59 | YOGI | HRMS | HG751REP | HG75103G | ONLINE | HG75103G_20031203_1106 | Y | Y | N | 12/3/2003 11:14 | create 03G rep | chyde | NA |
| 61 | YOGI | HRMS | HR75103G | HR751REP | ONLINE | HR751REP_20031208_1454 | Y | N | N | 12/9/2003 20:51 | restore to REP backup containing setup for testing to compare to replication | chyde | NA |
| 63 | YOGI | HRMS | HR75104A | HR75103G | ONLINE | HR75103G_20031213_1241 | Y | Y | N | 12/13/2003 13:00 | created 04A environment | chyde | NA |
| 64 | YOGI | HRMS | HR70204A | HR70203G | ONLINE | HR70203G_20031217_0921 | Y | Y | N | 12/17/2003 9:38 | created 04A environment | chyde | NA |
| 66 | YOGI | HRMS | HG70204A | HG70203G | ONLINE | HG70203G_20031217_1717 | Y | Y | N | 12/17/2003 17:31 | created 04A environment | chyde | NA |
| 67 | YOGI | HRMS | HS72040A | HS70203G | ONLINE | HS70203G_20021217_1614 | Y | Y | N | 12/17/2003 17:50 | created 04A environment | chyde | NA |
| 68 | YOGI | HRMS | HG75104A | HG75103G | ONLINE | HG75103G_20031217_1520 | Y | Y | N | 12/17/2003 18:00 | created 04A environment | chyde | NA |
| 4 | HOMER | HRMS | HR81004A | HR81003G | ONLINE | HR81003G_20031205_1632 | Y | Y | N | 12/18/2003 7:45 | Created 04a environment | chyde | NA |
| 69 | YOGI | HRMS | HR751TST | HR75103G | TNBK0110 | HR75103G_20031213_1241 | Y | Y | N | 12/29/2003 9:55 | create temp env for testing of 'off' payrolls, i.e. 53 weeks, 27 cycles, etc. | chyde | NA |
| 70 | YOGI | HRMS | HR751SKP | HR75103G | TNBK0110 | HR75103G_20031213_1241 | Y | N | N | 12/29/2003 18:46 | create.aNther temp env for testing of payroll cycles | chyde | NA |
| 71 | YOGI | HRMS | HS702DEV | HS70204A | ONLINE | HS70204A_20040115_0931 | Y | N | N | 1/15/2004 9:43 | created 04A dev environment (only need database for online project development) | chyde | NA |
| 72 | YOGI | HRMS | HS702REP | HS70204A | ONLINE | HS70204A_20040115_0931 | Y | Y | N | 1/15/2004 9:43 | created 04A REP environment | chyde | NA |
| 73 | YOGI | HRMS | HR751REP | HR75104A | ONLINE | HR75104A_20040115_1015 | Y | Y | N | 1/15/2004 10:59 | created 04A REP environment | chyde | NA |
| 74 | YOGI | HRMS | HR751DEV | HR75104A | ONLINE | HR75104A_20040115_1015 | Y | Y | N | 1/15/2004 11:22 | created 04A DEV environment | chyde | NA |
| 75 | YOGI | HRMS | HG751REP | HR75104A | ONLINE | HG75104A_20040115_1106 | Y | Y | N | 1/15/2004 11:53 | created 04A REP environment | chyde | NA |
| 76 | YOGI | HRMS | HG751DEV | HR75104A | ONLINE | HG75104A_20040115_1106 | Y | Y | N | 1/15/2004 12:00 | created 04A DEV environment | chyde | NA |
| 77 | YOGI | HRMS | HR702REP | HR70204A | ONLINE | HR70204A_20040115_1155 | Y | Y | N | 1/15/2004 12:36 | created 04A REP environment | chyde | NA |
| 78 | YOGI | HRMS | HR702DEV | HR70204A | ONLINE | HR70204A_20040115_1155 | Y | Y | N | 1/15/2004 12:43 | Created 04A DEV environment | chyde | NA |
| 79 | YOGI | HRMS | HR751SAN | HR75103G | TNBK0110 | HR75103G_20031213_1129 | Y | N | N | 1/18/2004 15:16 | temp dbase to retrieve CAN ye setup SKP had entered | snelson | NA |
| 80 | YOGI | HRMS | HR75104A | HR751REP | ONLINE | HR751REP_20040119_1153 | Y | N | N | 1/19/2004 13:25 | restore to REP backup containing setup for testing to compare to replication | chyde | NA |
| 81 | YOGI | HRMS | HR751PAY | HR75104A | TNBK0124 | HR75104A_20040115_2000 | Y | N | N | 1/19/2004 13:36 | temp env for running comparison payrolls against 04a development | chyde | NA |
| 83 | YOGI | HRMS | HR75104B | HR75104A | ONLINE | HR75104A_20040121_0946 | Y | Y | N | 1/21/2004 10:01 | create 04B environment | chyde | NA |
| 84 | YOGI | HRMS | HR70204B | HR70204A | ONLINE | HR70204A_20040121_1710 | Y | Y | N | 1/21/2004 18:12 | create 04B environment | chyde | NA |
| 85 | YOGI | HRMS | HG75104B | HG75104A | ONLINE | HG75104A_20040122_1538 | Y | Y | N | 1/22/2004 16:05 | create 04B environment | chyde | NA |
| 5 | HOMER | HRMS | HR81004B | HR81004A | ONLINE | HR81004A_20040120_1721 | Y | Y | N | 1/22/2004 16:40 | Created 04B environment | chyde | NA |
| 86 | YOGI | HRMS | HS70204B | HS70204A | ONLINE | HS70204A_20040122_1651 | Y | Y | N | 1/22/2004 17:05 | create 04B environment | chyde | NA |
| 6 | HOMER | HRMS | HR810BJL | HR81004B | ONLINE | HR81004B_20040130_1110 | Y | N | N | 1/30/2004 11:16 | project apply/compare area | chyde | NA |
| 88 | YOGI | HRMS | HR751TST | HR75104B | ONLINE | HR75104B_20040202_1104 | Y | Y | N | 2/2/2004 9:24 | temp env for between tax update testing | chyde | NA |
| 89 | YOGI | HRMS | HR702TST | HR70204B | ONLINE | HR70204A_20040121_1710 | Y | Y | N | 2/2/2004 12:00 | temp env for between tax update testing | chyde | NA |
| 90 | YOGI | HRMS | HR751TST | HR75104B | ONLINE | HR75104B_20040209_1041 | Y | N | N | 2/9/2004 10:45 | includes OSHA test data entered by BJL | chyde | NA |
| 7 | HOMER | HRMS | HR810TST | HR81004B | ONLINE | HR81004B_20040205_1238 | Y | N | N | 2/9/2004 14:16 | to get to same tools version | chyde | NA |
| 91 | YOGI | HRMS | HR751TST | HR75104B | ONLINE | HR75104B_20040209_1041 | Y | N | N | 2/10/2004 9:14 | restore after invalid data rows imported | chyde | NA |
| 8 | HOMER | HRMS | HR810DAT | HR81004B | ONLINE | HR81004B_20040205_1238 | Y | N | N | 2/10/2004 11:23 | create new database to eliminate confusion between servers | chyde | NA |
| 9 | HOMER | HRMS | HR751DAT | HR75103B | ONLINE | HR75103B_20030514_1326 | Y | N | N | 2/10/2004 11:35 | create new database to eliminate confusion between servers | chyde | NA |
| 10 | HOMER | HRMS | HR702DAT | HR70202D | ONLINE | HR70202D_20030207_1418 | Y | N | N | 2/10/2004 11:37 | create new database to eliminate confusion between servers | chyde | NA |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
BTRK-TN-OR00404050-OR-00047

Ex 61 - Page 1


EXHIBIT NO. 909
WR 2/12/09

| # | Server | App | DB1 | DB2 | Type | Backup | C1 | C2 | C3 | Date | Description | User | User2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 353 | YOGI | HRMS | HR702REP | HR70205C | ONLINE | HR70205C_20050607_0839 | Y | Y | N | 6/7/2005 13:51 | 05C tax update for testing | nvuong | NA |
| 354 | YOGI | HRMS | HR751DEV | HR75105C | ONLINE | HR75105C_20050607_0827 | Y | Y | N | 6/7/2005 15:18 | refreshed for 05C development | nvuong | NA |
| 355 | YOGI | HRMS | HG751DEV | HG75105C | ONLINE | HG75105C_20050607_0810 | Y | Y | N | 6/7/2005 15:19 | refreshed for 05C development | nvuong | NA |
| 357 | YOGI | HRMS | HG751REP | HG75105C | ONLINE | HG75105C_20050607_0810 | Y | N | N | 6/7/2005 16:16 | 05C Readiness | nvuong | NA |
| 359 | YOGI | HRMS | HR751REP | HR75105C | ONLINE | HR75105C_20050607_0827 | Y | N | N | 6/8/2005 8:42 | 05C Readiness | nvuong | NA |
| 360 | YOGI | HRMS | HR702REP | HR70205C | ONLINE | HR70205C_20050607_0839 | Y | N | N | 6/8/2005 8:44 | 05C Readiness | nvuong | NA |
| 362 | YOGI | HRMS | HR751REP | HR75105C | ONLINE | HR75105C_20050607_0827 | Y | N | N | 6/10/2005 14:19 | 05C Readiness | nvuong | NA |
| 364 | YOGI | HRMS | HR75105C | HR751REP | ONLINE | HR751REP_20050612_1355 | Y | N | N | 6/13/2005 12:53 | requested by Melissa Dominguez | nvuong | NA |
| 366 | TN-DELL2650-01 | HRMS | H831TEMP | H831RWCM | ONLINE | H831RWCM_20041027_0916 | Y | Y | N | 7/11/2005 15:56 | This is for NewMerix Proof of Concept | nvuong | NA |
| 371 | TN-DELL2650-01 | HRMS | H831BAK | H831RWCM | ONLINE | H831RWCM_20041027_0916 | Y | Y | N | 7/18/2005 16:50 | requested by Krista Peden | nvuong | NA |
| 373 | YOGI | HRMS | HR751PSE | HR75105C | ONLINE | HR75105C_20050617_1513 | Y | Y | N | 7/26/2005 9:26 | refreshed with 05C backup | nvuong | NA |
| 406 | YOGI | HRMS | HR702REP | HR70205C | ONLINE | HR70205C_20050815_1009 | Y | Y | N | 8/15/2005 10:00 | refresh for 05-D | nvuong | NA |
| 407 | YOGI | HRMS | HG751REP | HG75105C | ONLINE | HG75105C_20050815_1006 | Y | Y | N | 8/15/2005 11:00 | refresh for 05-D | nvuong | NA |
| 408 | YOGI | HRMS | HR751REP | HR75105C | ONLINE | HR75105C_20050617_1513 | Y | Y | N | 8/15/2005 11:44 | refresh for 05-D | nvuong | NA |
| 409 | YOGI | HRMS | HG75105D | H75105RE | ONLINE | HG75105RE_20050815_1536 | Y | N | N | 8/15/2005 15:49 | sync'd with REP for comparison payroll | nvuong | NA |
| 410 | YOGI | HRMS | HG75105D | HR751REP | ONLINE | HR751REP_20050815_1602 | Y | N | N | 8/15/2005 16:16 | sync'd with REP for comparison payroll | nvuong | NA |
| 411 | YOGI | HRMS | HR70205D | HR702REP | ONLINE | HR702REP_20050815_1645 | Y | N | N | 8/15/2005 16:56 | sync'd with REP for comparison payroll | nvuong | NA |
| 415 | YOGI | HRMS | HR702DEV | HR702REP | ONLINE | HR702REP_20050815_1645 | Y | N | N | 8/16/2005 13:31 | refresh for 05-D development | nvuong | NA |
| 416 | YOGI | HRMS | HR751DEV | HR751REP | ONLINE | HR751REP_20050815_1602 | Y | N | N | 8/16/2005 13:33 | refresh for 05-D development | nvuong | NA |
| 417 | YOGI | HRMS | HG751DEV | HG751REP | ONLINE | HG751REP_20050815_1536 | Y | N | N | 8/16/2005 13:37 | refresh for 05-D development | nvuong | NA |
| 424 | YOGI | HRMS | HR75105D | HR75105R | ONLINE | HR751REP_20050821_1120 | Y | N | N | 8/22/2005 16:49 | 05D testing to begin from REP backup | nvuong | NA |
| 432 | YOGI | HRMS | HR751CSS | HR75105D | ONLINE | HR75105D_20050915_1436 | Y | Y | N | 9/26/2005 9:25 | created from 05-D backup | nvuong | NA |
| 433 | YOGI | HRMS | HG751CSS | HG75105D | ONLINE | HG75105D_20050915_1523 | Y | Y | N | 9/26/2005 9:46 | created from 05-D backup | nvuong | NA |
| **434** | **YOGI** | **HRMS** | **HR702CSS** | **HR70205D** | **ONLINE** | **HR70205D_20050915_1557** | **Y** | **Y** | **N** | **9/26/2005 10:09** | **created from 05-D backup** | **nvuong** | **NA** |
| 435 | YOGI | HRMS | HR702CSS | HG70205D | ONLINE | HG70205D_20050826_1444 | Y | Y | N | 9/26/2005 10:22 | created from 05-D backup | nvuong | NA |
| 436 | YOGI | HRMS | H702NCSM | HG70205D | ONLINE | HG70205D_20050826_1444 | Y | Y | N | 9/26/2005 13:38 | created from latest backup of HG70205D | nvuong | NA |
| **442** | **YOGI** | **HRMS** | **H702RHIM** | **HR70205D** | **ONLINE** | **HR70205D_20050915_1557** | **Y** | **Y** | **N** | **10/5/2005 17:00** | **create environment from latest HR70205D backup** | **nvuong** | **NA** |
| 472 | TN-DELL2650-01 | HRMS | H831TEMP | H831RWCM | ONLINE | H831RWCM_20041027_0916 | Y | N | N | 11/18/2005 15:08 | requested by Melissa Dominguez - for Newmerix testing | nvuong | NA |
| 473 | TN-DELL2650-01 | HRMS | H881TMPM | H881COHM | ONLINE | BACKUPS #797 AND #819 | Y | Y | N | 11/29/2005 9:29 | Create H881TMPM to use for Newmerix testing | nvuong | NA |
| 474 | TN-DELL2650-01 | HRMS | H831TEMP | H831RWCM | ONLINE | H831RWCM_20041027_0916 | Y | N | N | 11/29/2005 12:18 | DB refreshed for Newmerix testing | nvuong | NA |
| 475 | TN-DELL2650-01 | HRMS | H881TMPM | H881COHM | ONLINE | H881COHM_20050628_1422 | Y | Y | N | 11/30/2005 9:56 | restored to backup #640 per Melissa Dominguez's request | nvuong | NA |
| 505 | TN-DELL2650-01 | HRMS | H801TMPM | H801EPNM | ONLINE | H801EPNM_20050701_1421 | Y | Y | N | 12/6/2005 11:00 | environment created for Newmerix testing | nvuong | NA |
| 530 | YOGI | HRMS | HG702CSS | HG70205D | TN729 | HG70205D_20050826_1444 | Y | Y | N | 12/22/2005 0:25 | Requested by Wanda Jones | wwalden | NA |
| 594 | HOMER | HRMS | HR81005F | HR81005D | ONLINE | HR81005D_20050821_2204 | Y | Y | N | 1/18/2006 9:49 | create HR81005F | nvuong | NA |
| 596 | YOGI | HRMS | HR751PSE | HG751ANC | ONLINE | HG751ANC_20041223_1012 | N | Y | N | 1/18/2006 12:28 | requested by Matthew Bowden | nvuong | NA |
| 601 | TN-DELL2650-01 | HRMS | H831TMPM | H831ACEM | ONLINE | H831ACEM_20060112_1311 | Y | Y | N | 1/19/2006 16:56 | to create H831TMPM | nvuong | NA |
| 607 | TN-DELL2650-01 | HRMS | H831TEMP | H831RWCM | ONLINE | H831RWCM_20041027_0916 | Y | N | N | 1/19/2006 18:05 | requested by Melissa Dominguez | nvuong | NA |
| 602 | HOMER | HRMS | HR81006A | HR81005F | ONLINE | HR81005F_20060123_1313 | Y | Y | N | 1/23/2006 15:32 | create HR81006A | nvuong | NA |
| 608 | TN-DELL2650-01 | HRMS | H831TEMP | H831RWCM | ONLINE | H831RWCM_20041027_0916 | Y | N | N | 1/26/2006 17:33 | requested by Patrick Holt - Newmerix | nvuong | NA |
| 609 | YOGI | HRMS | HR702TST | HR702CSS | ONLINE | HR702CSS_20060122_2302 | Y | Y | N | 1/26/2006 18:03 | requested by Matthew Bowden | nvuong | NA |
| 626 | YOGI | HRMS | HR702TST | HR702CSS | ONLINE | HR702CSS_20060130_1433 | Y | Y | N | 2/22/2006 9:49 | Copy of HR702CSS as of 01/31/06 | mhosalli | mbowden |
| 635 | TN-DELL2650-01 | HRMS | H831SPSM | H832SPSM | ONLINE | H831SPSM_20060111_1345 | Y | Y | N | 3/24/2006 9:45 | Before PY06MAR Applied | mhosalli | kmartinez |
| 637 | YOGI | HRMS | HR702TST | HR702CSS | ONLINE | HR702CSS_20060324_1702 | Y | Y | N | 3/24/2006 11:39 | restore with HR702CSS backup #1155 | nvuong | wjones |
| 674 | PSDEV01 | HRMS | H751BRHO | H751BHRO | ONLINE | BACKUP #802 AND #824 | Y | Y | Y | 4/18/2006 14:25 | Reapplication of PY05DEC needed | nvuong | blester |
| **749** | **YOGI** | **HRMS** | **H702RHIM** | **HR702CSS** | **ONLINE** | **HR702CSS_20060620_1237** | **Y** | **Y** | **N** | **6/20/2006 11:17** | **Restore per kimberley** | **mhosalli** | **kmartinez** |
| 755 | PSDEV01 | HRMS | H831SKBO | H831ARMO | ONLINE | H831ARMO_20060623_1057 | Y | Y | Y | 7/26/2006 10:02 | Created H831SKBO using H831ARMO backup | nvuong | sbrooke |
| 817 | PSDEV01 | HRMS | H881CCOO | H831CCOO | ONLINE | H881CCOO_20060810_2059 | Y | Y | Y | 10/6/2006 13:00 | Restore for PY06OCT | mjahrsdoer | mdominquez |
| 884 | PSDEV01 | HRMS | H831ARMO | H831ARM | ONLINE | H831ARMO_20061020_0900 | Y | Y | Y | 12/1/2006 9:17 | Restore for PY06DEC | nvuong | mdominguez |
| 982 | TN-DELL2650-01 | HRMS | H831TEMP | H831ACEM | ONLINE | H831ACEM_20061023_1148 | Y | Y | N | 1/19/2007 12:29 | Restore for Training purposes | nvuong | mdominguez |
| 988 | DCPSTEMP01 | HRMS | H83TCCIM | H831CCIM | ONLINE | H831CCIM_20060914_1013 | Y | Y | N | 3/7/2007 8:17 | Clone H831CCIM per Sharon's request | nvuong | spiper |
| 1010 | TN-DELL2650-01 | HRMS | H881MKGP | H881MKLM | TN2226 | H881MKLM_20070228_0940 | Y | N | N | 3/12/2007 8:00 | Sync up H881MKGP with H811MKLM via restore using post GPUK EOYR backup | sbrooke | vshiels |
| 1056 | PSDEV01 | HRMS | H751NCLO | C800IHGO | TN2357 | H751NCLO_20070404_1027 | Y | Y | Y | 5/18/2007 10:40 | Restore for PY07JUN | sbrooke | ghernandez |
| 1193 | YOGI | HRMS | HG751ANC | HG751ARC | ONLINE | HG751ANC_20070814_1745 | Y | Y | N | 10/4/2007 9:14 | Restore for PY07OCT | mhosalli | ghernandez |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
BTRK-TN-OR00404050-OR-00051

| RESTORE_ID | MACHINE | APPLICATION | TARGET_ENV | SOURCE_ENV | RESTORE_ARCHIVE | BACKUP_FILENAME | DATABASE_RESTORE | NT_RESTORE | UNIX_RESTORE | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY | REQUESTEDBY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 434 | YOGI | HRMS | HR702CSS | HR70205D | ONLINE | HR70205D_20050915_1557 | Y | Y | N | 9/26/2005 10:09 | created from 05-D backup | nvuong | NA |
| 442 | YOGI | HRMS | H702RHIM | HR70205D | ONLINE | HR70205D_20050915_1557 | Y | Y | N | 10/5/2005 17:00 | create environment from latest HR70205D backup | nvuong | NA |
| 749 | YOGI | HRMS | H702RHIM | HR702CSS | ONLINE | HR702CSS_20060620_1237 | Y | Y | N | 6/20/2006 11:17 | Restore per kimberley | mhosalli | kmartinez |

Entries from Plaintiffs' Deposition Exhibit 909
Referenced at Deposition of Catherine Hyde, February 12, 2009, 85:24-89:2

**Ex 61 - Page 3**