# EXHIBIT 64

Dockets.Justia.com

## BakTrak HR751 Restores (by Date)

| Exhibit ID | RESTORE_ID | TARGET_ENV | SOURCE_ENV | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY |
|---|---|---|---|---|---|---|
| 22 | 46 | HR75103G | HR75103F | 11/6/2003 0:00 | create 03G environment | chyde |
| 23 | 52 | HR75103G | HR75103G | 11/18/2003 10:15 | restore after cancelling hippa redelivery dev | chyde |
| 70 | 53 | HR751REP | HR75103G | 12/1/2003 13:01 | create 03G rep | chyde |
| 59 | 54 | HR751DEV | HR75103G | 12/1/2003 13:25 | create 03G dev | chyde |
| 24 | 60 | HR75103G | HR75103G | 12/9/2003 18:00 | restore (in case anything has changed) to apply 03G and run comparison payrolls | chyde |
| 25 | 61 | HR75103G | HR751REP | 12/9/2003 20:51 | restore to REP backup containing setup for testing to compare to replication | chyde |
| 26 | 62 | HR75103G | HR75103G | 12/13/2003 11:30 | restore for clean apply of 03G final | chyde |
| 27 | 63 | HR75104A | HR75103G | 12/13/2003 13:00 | created 04A environment | chyde |
| 88 | 69 | HR751TST | HR75103G | 12/29/2003 9:55 | create temp env for testing of 'off' payrolls, I.e. 53 weeks, 27 cycles, etc. | chyde |
| 151 | 70 | HR751SKP | HR75103G | 12/29/2003 18:46 | create aNther temp env for testing of payroll cycles | chyde |
| 71 | 73 | HR751REP | HR75104A | 1/15/2004 10:59 | created 04A REP environment | chyde |
| 60 | 74 | HR751DEV | HR75104A | 1/15/2004 11:22 | created 04A DEV environment | chyde |
| 150 | 79 | HR751SAN | HR75103G | 1/18/2004 15:16 | temp dbase to retrieve CAN ye setup SKP had entered | snelson |
| 28 | 80 | HR75104A | HR751REP | 1/19/2004 13:25 | restore to REP backup containing setup for testing to compare to replication | chyde |
| 147 | 81 | HR751PAY | HR75104A | 1/19/2004 13:36 | temp env for running comparison payrolls against 04a development | chyde |
| 29 | 83 | HR75104B | HR75104A | 1/21/2004 10:01 | create 04B environment | chyde |
| 89 | 88 | HR751TST | HR75104B | 2/2/2004 9:24 | temp env for between tax update testing | chyde |
| 90 | 90 | HR751TST | HR75104B | 2/9/2004 10:45 | includes OSHA test data entered by BJL | chyde |
| 91 | 91 | HR751TST | HR75104B | 2/10/2004 9:14 | restore after invalid data rows imported | chyde |
| 97 | 9 | HR751DAT | HR75103B | 2/10/2004 11:35 | create new database to eliminate confusion between servers | chyde |
| 1 | 92 | HR751CSS | HR75104B | 3/18/2004 10:45 | created environment for development of critical support fixes | chyde |
| 99 | 94 | HR751PHS | HR75103B | 3/23/2004 15:44 | created starting environment for Providence Hospital from the fix master version of ps with all tax updates thru 03B | chyde |
| 111 | 95 | HR751YR2 | HR751PHS | 3/25/2004 9:20 | created starting environment for Year 2 support - this environment has all tax updates thru 03G applied | chyde |
| 72 | 98 | HR751REP | HR75104B | 3/30/2004 9:15 | refresh REP enviornment prior to 04B project | chyde |
| 61 | 102 | HR751DEV | HR75104B | 3/30/2004 12:36 | refresh DEV environment prior to 04B project | chyde |
| 152 | 105 | HR751TMP | HR75104B | 4/6/2004 19:05 | temp area to run comparison reports | chyde |
| 30 | 106 | HR75104B | HR751REP | 4/7/2004 10:33 | restore with rep baseline | chyde |
| 31 | 110 | HR75104B | HR751REP | 4/14/2004 11:03 | restore with rep baseline | chyde |
| 100 | 111 | HR751PHS | HR751PHS | 4/19/2004 13:50 | restore to 03G | chyde |
| 2 | 112 | HR751CSS | HR75104B | 4/22/2004 14:21 | refresh with current env | chyde |
| 156 | 113 | HR75CTST | HR75104B | 4/22/2004 14:24 | create dev/tst environment for data only of critical support | chyde |
| 92 | 114 | HR751TST | HR75104B | 4/22/2004 14:29 | create test env | chyde |
| 130 | 116 | HR751CMP | HR751YR2 | 4/23/2004 12:25 | comparison env for HR751 | chyde |
| 32 | 120 | HR75104C | HR75104B | 4/30/2004 9:54 | create 04C environment | chyde |
| 137 | 121 | HR751TEL | HR75104B | 5/26/2004 10:39 | create env for Telepax | chyde |
| 112 | 122 | HR751ARC | HR751YR2 | 5/26/2004 13:14 | create env for ARC - starting at 03G - still needs 04A/04B applied | chyde |
| 62 | 127 | HR751DEV | HR75104C | 6/16/2004 11:43 | create starting point for 04C development | chyde |
| 73 | 128 | HR751REP | HR75104C | 6/16/2004 11:44 | create REP env for 04C | chyde |
| 113 | 131 | HR751ARC | HR751ARC | 6/16/2004 15:59 | restore after comparison payrolls run | chyde |
| 74 | 133 | HR751REP | HR75104C | 6/18/2004 10:33 | restore after pre update payrolls run | chyde |
| 33 | 138 | HR75104C | HR75104C | 6/18/2004 13:19 | restore to 'rollback' before pre comparison payrolls run | chyde |
| 75 | 139 | HR751REP | HR75104C | 6/18/2004 13:43 | restored to match HR75104C prior to tax update with some payroll updates to eliminate off cycle items | chyde |
| 154 | 140 | HR751XXX | HR75104C | 6/22/2004 16:10 | temporary env to run comparison payrolls. | chyde |
| 34 | 141 | HR75104C | HR751REP | 6/22/2004 16:21 | for start of testing with all setup date entered | chyde |
| 21 | 142 | HR74104C | HR75104C | 6/22/2004 19:04 | restored for temp COBOL testing | chyde |
| 35 | 143 | HR75104C | HR751REP | 6/22/2004 20:30 | restored for testing team to begin testing | chyde |
| 155 | 144 | HR751XXX | HR75104C | 6/22/2004 20:34 | restored for aNther attempt at running comparison payrolls | chyde |
| 93 | 147 | HR751TST | HR75104C | 6/25/2004 13:22 | create post 04c test | chyde |
| 36 | 148 | HR75104D | HR75104C | 7/1/2004 7:40 | create 04D env | chyde |
| 114 | 153 | HR751ARC | HR751ARC | 7/26/2004 13:23 | restore for July Bundle update and testing | chyde |
| 115 | 154 | HR751ARC | HR751ARC | 7/26/2004 17:04 | restore after comparison payrolls run | chyde |
| 131 | 155 | HR751FTI | HR751YR2 | 8/2/2004 14:24 | create starting point for Florida Tile, still needs ps 04a/04b applied | chyde |
| 132 | 156 | HR751FTI | HR751FTI | 8/4/2004 11:32 | restore for bundle app/testing | chyde |
| 133 | 158 | HR751FTI | HR751FTI | 8/18/2004 9:25 | restore for bundle app/comparison payrolls | chyde |
| 116 | 163 | HR751ARC | HR751ARC | 8/18/2004 17:34 | restore after PRE comparison payrolls run | snelson |
| 117 | 164 | HR751ARC | HR751ARC | 8/19/2004 10:58 | restore after PRE comparison payrolls run | snelson |
| 118 | 165 | HR751ARC | HR751ARC | 8/19/2004 16:20 | restore because of possible unkNwn data problems | chyde |
| 37 | 166 | HR75104D | HR75104D | 8/20/2004 6:41 | out of 2004 payrolls/getting ready for 04D | chyde |

(Re-sorted data from Deposition Exhibit 1255)

1 of 3

**Ex 64 - Page 1**

## BakTrak HR751 Restores (by Date)

| Exhibit ID | RESTORE_ID | TARGET_ENV | SOURCE_ENV | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY |
|---|---|---|---|---|---|---|
| 76 | 167 | HR751REP | HR75104D | 8/20/2004 12:00 | create REP env for 04D | chyde |
| 63 | 168 | HR751DEV | HR75104D | 8/20/2004 14:14 | create DEV env for 04D | chyde |
| 38 | 169 | HR75104D | HR751REP | 8/23/2004 21:21 | replace 04D with Rep testing setup | chyde |
| 39 | 173 | HR75104E | HR75104D | 9/1/2004 16:32 | create beginning 03E env | chyde |
| 94 | 174 | HR751TST | HR75104D | 9/1/2004 16:45 | refresh after 04D | chyde |
| 119 | 178 | HR751ARC | HR751ARC | 10/15/2004 15:07 | restore to pre comparison payroll | chyde |
| 64 | 181 | HR751DEV | HR75104E | 10/28/2004 15:21 | refresh for 04E dev | chyde |
| 77 | 182 | HR751REP | HR75104E | 10/28/2004 15:23 | refresh for 04E dev | chyde |
| 157 | 187 | HR75CTST | HR751ARC | 10/29/2004 11:53 | refresh for PY04DEC | chyde |
| 40 | 191 | HR75104E | HR75104E | 10/30/2004 0:04 | restore to pre comparison payroll | snelson |
| 78 | 192 | HR751REP | HR75104E | 10/30/2004 21:38 | restore to pre comparison payroll | snelson |
| 153 | 193 | HR751TMP | HR75104E | 11/2/2004 0:00 | create for comparison payrolls | chyde |
| 41 | 194 | HR75104E | HR751REP | 11/2/2004 9:08 | restore for applying 04e | chyde |
| 42 | 195 | HR75104F | HR75104E | 11/5/2004 16:04 | Create 04F env | chyde |
| 120 | 199 | HR751ARC | HR751ARC | 12/1/2004 7:38 | Refresh for PY04DEC BUNDLE Testing | chyde |
| 65 | 201 | HR751DEV | HR75104F | 12/8/2004 17:10 | refresh for 04F dev | chyde |
| 79 | 200 | HR751REP | HR75104F | 12/8/2004 18:50 | refresh for 04f | chyde |
| 43 | 204 | HR75104F | HR75104F | 12/9/2004 8:48 | restore after comparison payrolls run | chyde |
| 44 | 210 | HR75104F | HR75104F | 12/14/2004 10:40 | restore | chyde |
| 45 | 211 | HR75104F | HR751REP | 12/14/2004 16:57 | restore for 04F testing | chyde |
| 46 | 213 | HR75105A | HR75104F | 12/21/2004 9:58 | create 05a env (need to apply 04f) | chyde |
| 47 | 217 | HR75105A | HR75104F | 12/21/2004 16:09 | create 05a env (need to apply 04f) | chyde |
| 95 | 220 | HR751TST | HR75105A | 12/21/2004 16:38 | refresh with 04F -BUT  N 04F test data | chyde |
| 121 | 227 | HR751ARC | HR751ARC | 1/4/2005 13:00 | Restored to correct dates on files | jbaugh |
| 134 | 229 | HR751FTI | HR751FTI | 1/4/2005 15:17 | Requested by Beth Lester | jbaugh |
| 101 | 230 | HR751PHS | HR751PHS | 1/4/2005 15:25 | Requested by Beth Lester | jbaugh |
| 138 | 231 | HR751TEL | HR751TEL | 1/4/2005 15:32 | Requested by Beth Lester | jbaugh |
| 135 | 232 | HR751FTI | HR751FTI | 1/13/2005 13:46 | Requested by Beth Lester | nvuong |
| 66 | 235 | HR751DEV | HR75105A | 1/14/2005 14:00 | refresh for 05A dev | glester |
| 80 | 236 | HR751REP | HR75105A | 1/14/2005 14:00 | refresh for 05A rep | glester |
| 48 | 239 | HR75105A | HR75105A | 1/17/2005 8:34 | PRE-POST COMPARISON PAYROLL | glester |
| 49 | 244 | HR75105A | HR75105R | 1/17/2005 11:44 | Restored to REP backup with setup date prior to applying 05A | glester |
| 98 | 289 | D751DATM | HR751DAT | 1/21/2005 4:14 | Data Manipulation Env | jbaugh |
| 51 | 249 | HR75105B | HR75105A | 1/25/2005 16:45 | Restore from 05A | jbaugh |
| 122 | 250 | HR751ARC | HR751ARC | 1/26/2005 14:40 | Before POST Payroll for NV fix | jbaugh |
| 123 | 251 | HR751ARC | HR751ARC | 1/31/2005 15:45 | Before POST Payroll for VA fix | jbaugh |
| 124 | 252 | HR751ARC | HR751ARC | 2/8/2005 15:54 | Pre PA Fix Testing | nvuong |
| 136 | 253 | HR751FTI | HR751FTI | 2/8/2005 15:57 | Pre PA Fix Testing | nvuong |
| 125 | 254 | HR751ARC | HR751ARC | 2/15/2005 9:59 | Before PY05FEB Application | nvuong |
| 126 | 255 | HR751ARC | HR751ARC | 2/15/2005 16:40 | Before PY05FEB Application | nvuong |
| 102 | 258 | HR751PHS | HR751PHS | 3/17/2005 17:21 | Restore to post PY05FEB Application | nvuong |
| 139 | 257 | HR751TEL | HR751TEL | 3/17/2005 17:21 | Restore to post PY05FEB Application | nvuong |
| 127 | 259 | HR751ARC | HR751ARC | 3/18/2005 9:50 | Restore to post PY05FEB | nvuong |
| 81 | 261 | HR751REP | HR751REP | 3/30/2005 13:55 | restore to '05B Readiness' | nvuong |
| 82 | 262 | HR751REP | HR75105B | 3/30/2005 13:59 | restore to '05B Readiness' | nvuong |
| 67 | 260 | HR751DEV | HR751DEV | 3/30/2005 14:20 | restore to '05B Readiness' | nvuong |
| 52 | 270 | HR75105B | HR751REP | 4/3/2005 17:10 | backup of REP setup data prior to running payrolls - to be used as baseline for applying 05B tax update for testing | snelson |
| 54 | 275 | HR75105C | HR75105B | 4/8/2005 15:00 | requested by Beth Lester | nvuong |
| 128 | 318 | HR751ARC | HR751ARC | 4/29/2005 12:28 | Requested by BJL | nvuong |
| 129 | 320 | HR751ARC | HR751ARC | 5/2/2005 10:02 | Requested by BJL | nvuong |
| 96 | 322 | HR751TST | HR75105B | 5/10/2005 8:52 | testing Fix Id TN-050605139 | nvuong |
| 148 | 326 | HR751PSE | HR75105B | 5/12/2005 16:19 | Environment Build for PSE testing of modified environments | nvuong |
| 53 | 327 | HR75105B | HR75105B | 5/12/2005 17:15 | to remove customer source files which were installed on May 5th | nvuong |
| 140 | 331 | HR751TEL | HR751TEL | 5/23/2005 17:15 | Before PY05JUN application | wwalden |
| 103 | 339 | HR751PHS | HR751PHS | 5/25/2005 10:56 | Before PYJUN05 application | nvuong |
| 104 | 346 | HR751PHS | HR751PHS | 5/27/2005 10:03 | Before PY05JUN Applied | nvuong |
| 83 | 352 | HR751REP | HR75105C | 6/7/2005 13:48 | Backup of REP setup data prior to running payrolls - to be used as baseline for applying 05C tax update for testing | nvuong |
| 68 | 354 | HR751DEV | HR75105C | 6/7/2005 15:18 | refreshed for 05C development | nvuong |
| 84 | 359 | HR751REP | HR75105C | 6/8/2005 8:42 | 05C Readiness | nvuong |
| 85 | 362 | HR751REP | HR75105C | 6/10/2005 14:19 | 05C Readiness | nvuong |
| 55 | 364 | HR75105C | HR751REP | 6/13/2005 12:53 | requested by Melissa Dominguez | nvuong |
| 149 | 373 | HR751PSE | HR75105C | 7/26/2005 9:26 | refreshed with 05C backup | nvuong |
| 141 | 389 | HR751TEL | HR751TEL | 8/5/2005 17:41 | restore back to PY05JUN | nvuong |

(Re-sorted data from Deposition Exhibit 1255)  

2 of 3

**Ex 64 - Page 2**

### BakTrak HR751 Restores (by Date)

| Exhibit ID | RESTORE_ID | TARGET_ENV | SOURCE_ENV | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY |
|---|---|---|---|---|---|---|
| 142 | 395 | HR751TEL | HR751TEL | 8/8/2005 15:42 | restore to #616 | nvuong |
| 86 | 408 | HR751REP | HR75105C | 8/15/2005 11:44 | refresh for 05-D | nvuong |
| 57 | 410 | HR75105D | HR751REP | 8/15/2005 16:16 | sync'd with REP for comparison payroll | nvuong |
| 87 | 412 | HR751REP | HR751REP | 8/16/2005 10:31 | requested by Wanda Jones | nvuong |
| 69 | 416 | HR751DEV | HR751REP | 8/16/2005 13:33 | refresh for 05-D development | nvuong |
| 58 | 424 | HR75105D | HR75105R | 8/22/2005 16:49 | 05D testing to begin from REP backup | nvuong |
| 3 | 432 | HR751CSS | HR75105D | 9/26/2005 9:25 | created from 05-D backup | nvuong |
| 56 | 439 | HR75105C | HR75105C | 10/3/2005 11:03 | requested by Matthew Bowden | nvuong |
| 143 | 454 | HR751TEL | HR751TEL | 10/18/2005 11:44 | Before PY05OCT Applied | nvuong |
| 105 | 458 | HR751PHS | HR751PHS | 10/19/2005 18:12 | Before PY05OCT | nvuong |
| 106 | 460 | HR751PHS | HR751PHS | 10/24/2005 12:27 | Before PY05OCT applied | nvuong |
| 4 | 493 | HR751CSS | HR751CSS | 12/5/2005 8:59 | restored to PY05OCT applied | nvuong |
| 107 | 497 | HR751PHS | HR751PHS | 12/5/2005 11:06 | restored to PY05OCT applied | nvuong |
| 144 | 498 | HR751TEL | HR751TEL | 12/5/2005 11:22 | restored to PY05OCT applied | nvuong |
| 5 | 517 | HR751CSS | HR751CSS | 12/16/2005 20:17 | Back to 'Before PY05FNL' | nvuong |
| 50 | 526 | HR75105A | HR75105A | 12/20/2005 4:00 | Restore HR75105A from backup 2005-12-25 for Supplemental issues testing | fcamblor |
| 6 | 590 | HR751CSS | HR751CSS | 1/5/2006 10:36 | requested by Kristin Paige | nvuong |
| 108 | 562 | HR751PHS | HR751PHS | 1/10/2006 10:00 | Before PY06JAN Applied | wwalden |
| 145 | 564 | HR751TEL | HR751TEL | 1/10/2006 11:15 | Before PY06JAN Applied | WWALDEN |
| 7 | 550 | HR751CSS | HR751CSS | 1/10/2006 13:04 | Before PY06JAN Applied | dbaron |
| 109 | 625 | HR751PHS | HR751PHS | 2/14/2006 16:32 | refresh of dbase after dev of 1130052421 | nvuong |
| 8 | 658 | HR751CSS | HR751CSS | 3/27/2006 9:36 | Before PY06MAR applied | nvuong |
| 110 | 659 | HR751PHS | HR751PHS | 3/27/2006 10:07 | Before PY06MAR applied | nvuong |
| 146 | 661 | HR751TEL | HR751TEL | 3/27/2006 10:37 | Before PY06MAR applied | nvuong |
| 9 | 775 | HR751CSS | HR751CSS | 8/15/2006 10:45 | Need Restore for PY06AUG bundle testing | mjahrsdoer |
| 10 | 787 | HR751CSS | HR751CSS | 9/20/2006 14:50 | per Gabe for payroll | mhosalli |
| 11 | 832 | HR751CSS | HR751CSS | 10/10/2006 14:13 | Payroll Request from Gabriel Hernandez | sbrooke |
| 12 | 906 | HR751CSS | HR751CSS | 12/4/2006 16:28 | restore for 2007 payroll setup | mhosalli |
| 13 | 925 | HR751CSS | HR751CSS | 12/12/2006 10:00 | DSWD-01485 | sbrooke |
| 14 | 974 | HR751CSS | HR751CSS | 1/9/2007 15:29 | Restore for PY07JAN | mhosalli |
| 15 | 1033 | HR751CSS | HR751CSS | 3/22/2007 18:00 | Restore for PY07MAR | pgoldswort |
| 16 | 1090 | HR751CSS | HR751CSS | 6/1/2007 13:30 | Restore for PY07JUN | pgoldswort |
| 17 | 1093 | HR751CSS | HR751CSS | 6/1/2007 14:32 | Restore for PY07JUN bundle | mhosalli |
| 18 | 1122 | HR751CSS | HR751CSS | 7/25/2007 13:40 | Restore for PY07AUG | mgoff |
| 19 | 1204 | HR751CSS | HR751CSS | 10/8/2007 15:20 | Restore for PY07OCT | mhosalli |
| 20 | 1268 | HR751CSS | HR751CSS | 11/27/2007 11:25 | Restore for PY07DEC | mgoff |