# EXHIBIT 66

Dockets.Justia.com

### BakTrak HR702 Restores (by Date)

| Exhibit ID | RESTORE_ID | TARGET_ENV | SOURCE_ENV | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY |
|---|---|---|---|---|---|---|
| 12 | 47 | HR70203G | HR70203F | 11/6/2003 0:00 | create 03G environment | chyde |
| 34 | 56 | HR702DEV | HR70203G | 12/1/2003 13:39 | create 03G dev | chyde |
| 46 | 55 | HR702REP | HR70203G | 12/1/2003 15:00 | create 03G rep | chyde |
| 13 | 64 | HR70204A | HR70203G | 12/17/2003 9:38 | created 04A environment | chyde |
| 47 | 77 | HR702REP | HR70204A | 1/15/2004 12:36 | created 04A REP environment | chyde |
| 35 | 78 | HR702DEV | HR70204A | 1/15/2004 12:43 | Created 04A DEV environment | chyde |
| 14 | 82 | HR70204A | HR70204A | 1/20/2004 16:50 | restore to prior to 04a applied (required for re-apply) | chyde |
| 15 | 84 | HR70204B | HR70204A | 1/21/2004 18:12 | create 04B environment | chyde |
| 59 | 89 | HR702TST | HR70204B | 2/2/2004 12:00 | temp env for between tax update testing | chyde |
| 72 | 10 | HR702DAT | HR70202D | 2/10/2004 11:37 | create new database to eliminate confusion between servers | chyde |
| 36 | 104 | HR702DEV | HR70204B | 3/30/2004 0:00 | refresh DEV environment prior to 04B project | chyde |
| 48 | 103 | HR702REP | HR70204B | 3/30/2004 12:53 | refresh REP enviornment prior to 04B project | chyde |
| 87 | 107 | HR702TMP | HR70204B | 4/8/2004 14:37 | temp area to run comparison reports | chyde |
| 60 | 115 | HR702TST | HR70204B | 4/22/2004 16:32 | create dev/tst env | chyde |
| 16 | 117 | HR70204C | HR70204B | 4/30/2004 8:56 | create 04C environment | chyde |
| 37 | 129 | HR702DEV | HR70204C | 6/16/2004 11:02 | create starting point for 04C development | chyde |
| 49 | 130 | HR702REP | HR70204C | 6/16/2004 11:03 | create REP env for 04C | chyde |
| 50 | 134 | HR702REP | HR70204C | 6/18/2004 10:34 | restore after pre update payrolls run | chyde |
| 17 | 137 | HR70204C | HR70204C | 6/18/2004 13:11 | restore to 'rollback' before pre comparison payrolls run | chyde |
| 38 | 145 | HR702DEV | HR70204C | 6/23/2004 10:28 | restored for post payroll runs | chyde |
| 61 | 146 | HR702TST | HR70204C | 6/25/2004 12:33 | create post 04c test | chyde |
| 18 | 149 | HR70204D | HR70204C | 7/1/2004 7:46 | create 04D env | chyde |
| 62 | 152 | HR702TST | HR70204D | 7/15/2004 12:26 | with canadian test data for fix 0715046282 | chyde |
| 51 | 160 | HR702REP | HR70204D | 8/18/2004 12:24 | create REP env for 04D | chyde |
| 39 | 161 | HR702DEV | HR70204D | 8/18/2004 12:41 | create DEV env for 04D | chyde |
| 19 | 171 | HR70204E | HR70204D | 9/1/2004 16:16 | create beginning 03E env | chyde |
| 63 | 175 | HR702TST | HR70204D | 9/1/2004 16:41 | refresh after 04D | chyde |
| 40 | 183 | HR702DEV | HR70204E | 10/28/2004 16:40 | refresh for 04E dev | chyde |
| 52 | 184 | HR702REP | HR70204E | 10/28/2004 16:44 | refresh for 04E dev | chyde |
| 20 | 188 | HR70204E | HR70204E | 10/29/2004 22:25 | restore to pre comparison payroll | snelson |
| 21 | 197 | HR70204F | HR70204E | 11/8/2004 16:37 | Create 04F env | chyde |
| 41 | 207 | HR702DEV | HR72004F | 12/9/2004 14:37 | refresh for 04f | chyde |
| 53 | 206 | HR702REP | HR70204F | 12/9/2004 14:44 | Refresh for 04f | chyde |
| 22 | 208 | HR70204F | HR70204F | 12/10/2004 9:53 | restore after comparison payrolls run | chyde |
| 88 | 212 | HR702TMP | HR70204F | 12/17/2004 12:58 | temp env fro comparison paryoll | chyde |
| 23 | 214 | HR70205A | HR70204F | 12/21/2004 10:39 | create 05a env (need to apply 04f) | chyde |
| 24 | 218 | HR70205A | HR70204F | 12/21/2004 16:10 | create 05a env (need to apply 04f) | chyde |
| 64 | 219 | HR702TST | HR70205A | 12/21/2004 17:37 | refresh with 04F -BUT  N 04F test data | chyde |
| 42 | 237 | HR702DEV | HR70205A | 1/14/2005 14:45 | refresh for 05A dev | glester |
| 89 | 238 | HR7702RE | HR70205A | 1/14/2005 14:45 | refresh for 05A rep | glester |
| 25 | 241 | HR70205A | HR70205A | 1/17/2005 9:41 | PRE-POST COMPARISON PAYROLL | glester |
| 65 | 243 | HR702TST | HR70204F | 1/17/2005 10:59 | Testing HR702  .dat & .dms files for 0104054962. | glester |
| 73 | 288 | D702DATM | HR702DAT | 1/21/2005 4:13 | Data Manipulation Env | jbaugh |
| 66 | 245 | HR702TST | HR70205A | 1/25/2005 14:46 | Requested by Sharon Piper | nvuong |
| 26 | 247 | HR70205B | HR70205A | 1/25/2005 16:45 | Restore from 05A | jbaugh |
| 43 | 266 | HR702DEV | HR702DEV | 3/30/2005 14:43 | restore to '05B Readiness' | nvuong |
| 54 | 267 | HR702REP | HR702REP | 3/30/2005 14:50 | restore to '05B Readiness' | nvuong |
| 27 | 268 | HR70205B | HR70205B | 3/30/2005 14:55 | restore to '05B Readiness' | nvuong |
| 28 | 271 | HR70205B | HR70205B | 4/6/2005 16:17 | restore to '05B Readiness' | nvuong |
| 29 | 272 | HR70205B | HR70205B | 4/8/2005 8:54 | Requested by Beth Lester | nvuong |
| 30 | 273 | HR70205B | HR70205B | 4/8/2005 8:54 | Requested by Beth Lester | nvuong |
| 31 | 274 | HR70205C | HR70205B | 4/8/2005 14:51 | Requested by Beth Lester | nvuong |
| 67 | 324 | HR702TST | HR70205B | 5/10/2005 16:18 | testing Fix Id TN-0506051644 | nvuong |
| 68 | 325 | HR702TST | HR70205B | 5/12/2005 14:33 | testing Master Fix Id TN-050605139 | nvuong |
| 44 | 356 | HR702DEV | HR70205C | 6/7/2005 8:39 | refreshed for 05C development | nvuong |
| 55 | 353 | HR702REP | HR70205C | 6/7/2005 13:51 | Backup of REP setup data prior to running payrolls - to be used as baseline for applying 05C tax update for testing | nvuong |
| 56 | 360 | HR702REP | HR70205C | 6/8/2005 8:44 | 05C Readiness | nvuong |
| 32 | 365 | HR70205C | HR70205C | 6/15/2005 12:04 | O5C Readiness | nvuong |
| 57 | 406 | HR702REP | HR70205C | 8/15/2005 10:00 | refresh for 05-D | nvuong |
| 33 | 411 | HR70205D | HR702REP | 8/15/2005 16:56 | sync'd with REP for comparison payroll | nvuong |
| 58 | 414 | HR702REP | HR702REP | 8/16/2005 11:21 | requested by Wanda Jones | nvuong |
| 45 | 415 | HR702DEV | HR702REP | 8/16/2005 13:31 | refresh for 05-D development | nvuong |
| 1 | 434 | HR702CSS | HR70205D | 9/26/2005 10:09 | created from 05-D backup | nvuong |
| 74 | 442 | H702RHIM | HR70205D | 10/5/2005 17:00 | create environment from latest HR70205D backup | nvuong |
| 2 | 492 | HR702CSS | HR702CSS | 12/5/2005 8:33 | restored to PY05OCT applied | nvuong |
| 3 | 506 | HR702CSS | HR702CSS | 12/7/2005 9:32 | restored to PY05OCT applied | nvuong |
| 4 | 525 | HR702CSS | HR702CSS | 12/20/2005 0:05 | Restored to after PY05DEC bundle applied | JBaugh |
| 5 | 535 | HR702CSS | HR702CSS | 1/5/2006 9:37 | restored to  'After PY05FNL applied' | nvuong |

(Re-sorted data from Deposition Exhibit 1259)

1 of 2

**Ex 66 - Page 1**

### *BakTrak HR702 Restores (by Date)*

| Exhibit ID | RESTORE_ID | TARGET_ENV | SOURCE_ENV | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY |
|---|---|---|---|---|---|---|
| 6 | 553 | HR702CSS | HR702CSS | 1/10/2006 14:15 | Before PY06JAN Applied | dbaron |
| 69 | 609 | HR702TST | HR702CSS | 1/26/2006 18:03 | requested by Matthew Bowden | nvuong |
| 70 | 626 | HR702TST | HR702CSS | 2/22/2006 9:49 | Copy of  HR702CSS as of 01/31/06 | mhosalli |
| 7 | 630 | HR702CSS | HR702CSS | 3/23/2006 15:51 | Before PY06MAR Applied | nvuong |
| 71 | 637 | HR702TST | HR702CSS | 3/24/2006 11:39 | restore with HR702CSS backup #1155 | nvuong |
| 8 | 676 | HR702CSS | HR702CSS | 4/19/2006 17:15 | Back to "After PY06MAR applied" | nvuong |
| 9 | 698 | HR702CSS | HR702CSS | 5/26/2006 17:30 | Per Kimberley's request | mhosalli |
| 10 | 708 | HR702CSS | HR702CSS | 5/31/2006 9:59 | Per Catherine's request | mhosalli |
| 11 | 737 | HR702CSS | HR702CSS | 6/8/2006 23:43 | Restore for PY06JUN Bundle Testing | mhosalli |
| 75 | 749 | H702RHIM | HR702CSS | 6/20/2006 11:17 | Restore per kimberley | mhosalli |
| 76 | 768 | H702RHIM | H702RHIM | 8/8/2006 14:10 | Restore for AUG PY06 Bundle Testing | mhosalli |
| 77 | 770 | H702RHIM | H702RHIM | 8/9/2006 11:07 | Before PY06AUG | nvuong |
| 78 | 907 | H702RHIM | H702RHIM | 12/5/2006 11:56 | restore for 2007 payroll setup | mhosalli |
| 79 | 960 | H702RHIM | H702RHIM | 1/8/2007 11:43 | Before PY07JAN | mhosalli |
| 80 | 1088 | H702RHIM | H702RHIM | 6/1/2007 11:30 | Restore for PY07JUN | pgoldswort |
| 81 | 1092 | H702RHIM | H702RHIM | 6/1/2007 11:35 | Restore for PY07JUN bundle(2nd time?) | mhosalli |
| 82 | 1138 | H702RHIM | H702RHIM | 7/31/2007 10:40 | Restore for PY07JUN | nvuong |
| 83 | 1146 | H702RHIM | H702RHIM | 8/1/2007 16:08 | Re-Restore for PY07AUG | mgoff |
| 84 | 1206 | H702RHIM | H702RHIM | 10/9/2007 9:55 | Restore for PY07OCT | mhosalli |
| 85 | 1257 | H702RHIM | H702RHIM | 11/26/2007 14:07 | Restore for PY07DEC | mgoff |
| 86 | 1315 | H702RHIM | H702RHIM | 3/4/2008 18:30 | Restore for PY08MAR | pgoldswort |

(Re-sorted data from Deposition Exhibit 1259)                                                                                                                                      2 of 2

**Ex 66 - Page 2**