# EXHIBIT 67

## *BakTrak HRMS 8 SP1 Restores (by Date)*

| RESTORE_ID | TARGET_ENV | SOURCE_ENV | RESTORE_DATETIME | DESCRIPTION | PERFORMED_BY |
|---|---|---|---|---|---|
| 2 | HR810DMO | HR810DMO | 6/15/2002 14:20 | Replicate 03C issue | snelson |
| 1 | HR810DMO | HR810DMO | 6/15/2003 14:11 | Replicate 03C issue | snelson |
| 3 | HR810DMO | HR810DMO | 6/24/2003 12:12 | restore to 03D | chyde |
| 4 | HR81004A | HR81003G | 12/18/2003 7:45 | Created 04a environment | chyde |
| 5 | HR81004B | HR81004A | 1/22/2004 16:40 | Created 04B environment | chyde |
| 6 | HR810BJL | HR81004B | 1/30/2004 11:16 | project apply/compare area | chyde |
| 7 | HR810TST | HR81004B | 2/9/2004 14:16 | to get to same tools version | chyde |
| 8 | HR810DAT | HR81004B | 2/10/2004 11:23 | create new database to eliminate confusion between servers | chyde |
| 11 | HR81004C | HR81004B | 4/30/2004 8:54 | create 04C environment | chyde |
| 12 | HR810CSS | HR81004C | 6/29/2004 9:39 | create CSS env from environment at 04B, but with our test data and payrolls run | chyde |
| 13 | HR810DEV | HR81004C | 6/29/2004 10:41 | post 04C env copied to new dev - Paxair supported thru July 1 and has received 04C. | chyde |
| 14 | HR81004D | HR81004C | 7/1/2004 12:36 | create starting 04D env | chyde |
| 15 | HR810PRX | HR81004C | 9/20/2004 9:27 | env for praxair at 04C | chyde |
| 16 | HR81004E | HR81004D | 9/20/2004 10:00 | create staring 04E env | chyde |
| 17 | HR810QGI | HR81004D | 9/21/2004 11:11 | env for Quad Graphics at 04D | chyde |
| 19 | HR810PRX | HR810PRX | 9/22/2004 14:46 | restore to prior to pre-payroll runs | chyde |
| 20 | HR810QGI | HR810QGI | 9/27/2004 14:01 | restore to prior to pre-payroll runs | chyde |
| 21 | HR810QGI | HR810QGI | 9/28/2004 11:21 | restore to prior to pre-payroll runs | chyde |
| 22 | HR810PRX | HR810PRX | 10/18/2004 14:13 | restore to prior to pre-payroll runs | chyde |
| 23 | HR81004F | HR81004E | 11/8/2004 15:14 | create 04F env | chyde |
| 26 | HR810DMO | HR810DMO | 12/1/2004 0:00 | Fix Mastering Issues with sysaudit | mdominguez |
| 27 | HR810DMO | HR810DMO | 12/1/2004 0:00 | Fix Mastering Issues with sysaudit | mdominguez |
| 24 | HR810PRX | HR810PRX | 12/1/2004 10:15 | 'PRE PY04DEC Bundle Application/Testing' for all | glester |
| 25 | HR810QGI | HR810QGI | 12/1/2004 10:20 | 'PRE PY04DEC Bundle Application/Testing' for all | glester |
| 28 | HR810PRX | HR810PRX | 1/4/2005 17:42 | NA | jbaugh |
| 29 | HR810QGI | HR810QGI | 1/4/2005 19:09 | NA | jbaugh |
| 30 | HR81005A | HR81004F | 1/5/2005 2:14 | To create HR81005A | glester |
| 31 | HR810QGI | HR810QGI | 1/6/2005 11:49 | NA | jbaugh |
| 32 | HR810DMO | HR810DMO | 1/13/2005 17:36 | Fix Mastering Issues with sysaudit - back to 01D | nvuong |
| 33 | HR810DMO | HR810DMO | 1/13/2005 17:36 | Fix Mastering Issues with sysaudit - back to 01C | nvuong |
| 290 | D810DATM | HR810DAT | 1/21/2005 4:16 | Data Manipulation Env | jbaugh |
| 34 | HR81005B | HR81005A | 1/25/2005 16:44 | Restore from 05A | jbaugh |
| 35 | HR810DMO | HR810DMO | 1/26/2005 10:44 | Fix mastering issues with sysaudit - back to 01F | nvuong |
| 36 | HR810PRX | HR810PRX | 1/27/2005 14:52 | 2nd Payroll run - KMartinez | jbaugh |
| 37 | HR810DEV | HR810PRX | 1/31/2005 12:15 | 20050127_1211 baseline from HR810PRX | jbaugh |
| 38 | HR810DEV | HR810PRX | 1/31/2005 12:15 | 20050127_1211 baseline from HR810PRX | jbaugh |
| 39 | HR810QGI | HR810QGI | 2/1/2005 11:49 | Before POST Payroll for VA Fix Test | jbaugh |
| 40 | HR810PRX | HR810PRX | 2/9/2005 11:00 | requested by Beth Lester | nvuong |
| 41 | HR810PRX | HR810PRX | 2/9/2005 11:40 | requested by Beth Lester | nvuong |
| 42 | HR810QGI | HR810QGI | 2/9/2005 15:18 | requested by Beth Lester | nvuong |
| 43 | HR810QGI | HR810QGI | 2/11/2005 14:04 | Before PY05FEB POST Comparison Run | nvuong |
| 44 | HR810PRX | HR810PRX | 3/17/2005 17:23 | Restore to post PY05FEB Application | nvuong |
| 45 | HR810DMO | HR810DMO | 4/6/2005 10:44 | Back to 04D - to fix master h801qgis | nvuong |
| 312 | HR81005C | HR81005B | 4/13/2005 11:24 | Create 05C from 05B | nvuong |
| 333 | HR810PRX | HR810PRX | 5/23/2005 17:27 | Before PY05JUN application | nvuong |
| 374 | HR810DMO | HR810DMO | 7/26/2005 16:02 | restore database to 05A backup | nvuong |
| 375 | HR810DMO | HR810DMO | 7/26/2005 16:02 | restore pshome to 05A backup | nvuong |
| 594 | HR81005F | HR81005D | 1/18/2006 9:49 | create HR81005F | nvuong |
| 602 | HR81006A | HR81005F | 1/23/2006 15:32 | create HR81006A | nvuong |