# EXHIBIT 68

Dockets.Justia.com

```
Message
From:      CN=Andrew Nelson/O=TomorrowNow
Sent:      11/7/2005 11:05:51 PM
To:        CN=Bob Geib/O=TomorrowNow@TomorrowNow
Subject:   Re: TomorrowNow WINS! Waste Management Inc. (COMPANY CONFIDENTIAL)
```

I will be pleased to semd it out.
Regards,

Andrew

*******************************************
Andrew Nelson
Chief Executive Officer
TomorrowNow Inc.
Tel: (979) 595-1394
Fax: (979) 595-1301
andrew_nelson@tomorrownow.com
*******************************************

```
From: Bob Geib
Sent: 11/07/2005 09:00 PM
To: Andrew Nelson
Subject: TomorrowNow WINS! Waste Management Inc. (COMPANY CONFIDENTIAL)
```

Andrew - Do you want to send out this TN WINS! notice? If not, let me know and I will. We need to hold back on the external publicity for a while, but it's such a significant deal that I think it would be great coming from you.

------------------------------------------

Company Confidential Information





PLAINTIFF'S EXHIBIT 1413

Team - TomorrowNow is pleased to welcome Waste Management, Inc. into our growing PeopleSoft client base!

**About the company:** Holding company Waste Management, formerly USA Waste Services, tops the heap in the US solid waste industry. The company serves about 25 million residential and more than 2 million commercial customers in the US (including Puerto Rico) and Canada. Its five geographic groups and two functional groups (Recycling and Wheelabrator) provide waste collection, transfer, recycling and resource recovery, and disposal services. It has a network of about 1,200 sites that it owns or operates -- including roughly 290 landfills (five are hazardous waste landfills), 366 transfer stations, 429 collection operations, 17 waste-to-energy plants, and 138 recycling plants. WMI has 51,000 employees and did $12.5 Billion USD in 2004, which was up 8.1% from the previous year.

**About the deal:** TomorrowNow had been talking with Waste Management for the past two years, they found our message interesting, but we were not getting enough traction early on in discussions to cause WMI to really stand-up and take notice. However, once SAP purchased TomorrowNow, that all changed. We were now part of a team with a larger value proposition and with more to offer the customer. The SAP sales team (Donna Boyd and Russ Nelson) brought TomorrowNow to the forefront of their sales plan, as they worked on a PeopleSoft replacement deal (Safe Passage). PeopleSoft had a huge footprint at Waste Management (HCM, FMS, SCM and Portal). Waste Management, once a PeopleSoft poster-child was not having significant customer satisfaction issues, and their PeopleSoft Revenue Management project had failed miserably (e.g., almost a hundred million, yes million, dollars invested with no operational system or return on investment). The failed Revenue Management created a huge need at Waste, and this failed project opened the door for SAP to position their software as a replacement. As a result, and through our combined efforts, we were able to both create both a very significant SAP license transaction focused on Revenue Management, and position the use of TomorrowNow to replace all PeopleSoft/Oracle support services (HCM, FMS, SCM and Portal). It is material to note that Waste Management does NOT plan to replace their HCM, FMS, SCM and Portal products for at least five (5)

year!   This is a customer who signed up for TomorrowNow for the long-haul.

So, who made this happen?  Spearheading the deal from TomorrowNow's side was Dave Wilson.  Dave worked his magic in the normal way in several conference calls with WMI business and technical teams to position our capabilities and value proposition.  This all culminated on April 1, when Andrew Nelson visited Waste Management to meet with the decision makers. This executive visit was key to getting them comfortable with our abilities to support multiple product pillars in the US, Canada and Puerto Rico.  Continuing the battle, we moved into August, Dave went to Houston and met with the support team, and we learned that Waste had not paid their maintenance bill to Oracle.  That made us very nervous, and we called on Greg Nelson's team that was brought in, and specifically Josh Testone who worked with WMI to guide them in downloading all available releases and fixes -- a critical "at risk" step in our on-boarding process.  This commitment of time made a huge positive impression on the WMI support team.  They saw the technology and the professionalism of our support teams, and we earned more trust and respect.

As you can imagine, this was a very complex situation -- SAP positioning a new product with a price tag of over ▇ in software fees an implementation project that was just as large, all coupled with the decision to leave Oracle and replace their maintenance services with TomorrowNow.  All complex, all at the same time, and all in an environment where Oracle was fighting tooth and nail to keep Waste Management on their customer list.  It was the end of August when the contract negotiations started in detail, and Dave Wilson and Bob Geib worked with the SAP sales team to offer an attractive agreement.   Just to make sure that this already complex deal would be even harder, the contract negotiations were set for Houston, TX, during the time that Hurricane Rita was heading towards Houston.  Fortunately, the hurricane and the deal both turned to our favor.  Assisting us in the negotiation was TN Board Member, Greg Tomb, who represented both TomorrowNow and SAP Services at the negotiation table.  Just as important was our secret weapon, Scott Trainor (SAP Legal) who was there to negotiate a final agreement and protect our interests through a multi-day negotiation.  At the end of the day, executive support from Bill McDermott (President of SAP Americas) and John Nugent (SVP of SAP Sales) was instrumental in getting this deal accomplished on the last day of the quarter. The paper was inked, and we now have another VERY large customer, #170 on the Fortune 500.  will begin supporting Waste Management in January 2006. Products supported include HCM modules on 8.8, FMS on 8.4 and 8.8, SCM products on 8.8, and Portal products. Hardware is IBM running Oracle on AIX.

Team, this was truly a team effort by everyone involved, and a stellar example of how TomorrowNow and SAP can work together to solve a customer's problems.   Finally, a big thanks to our unnamed and unsung hero-influencer who helped provide everyone involved with the contacts and insights required to make this deal happen.

- Bob

**Bob Geib**
**Vice President of Sales, North America**
**TOMORROW NOW**
Tel: +1 925 931 1333
Fax: +1 925 892 7980
www.tomorrownow.com

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                TN-OR00655672