# EXHIBIT 69

Dockets.Justia.com

| | |
|---|---|
| **Message** | |
| **From:** | CN=Shelley Nelson/O=TomorrowNow |
| **Sent:** | 1/20/2005 4:21:59 PM |
| **To:** | CN=Eric Marsh/O=TomorrowNow@TomorrowNow |
| **CC:** | CN=Andrew Nelson/O=TomorrowNow@TOMORROWNOW; CN=Greg Nelson/O=TomorrowNow@TomorrowNow; CN=Keith Shankle/O=TomorrowNow@TomorrowNow; CN=Nigel Pullan/O=TomorrowNow@TomorrowNow; CN=Pete Surette/O=TomorrowNow; CN=Wanda Jones/O=TomorrowNow@TomorrowNow; CN=John Ludlow/O=TomorrowNow@TomorrowNow; CN=Melissa Dominguez/O=TomorrowNow@TomorrowNow |
| **Subject:** | Re: Customer #2 - Koontz-Wagner!! |

Congrats all. Given the 12/31/04 maintenance end date, please be prepared for the Customer Connection ID to no longer be valid. Typically PeopleSoft deactivates these id's very soon after maintanance expires.

Wanda, if the ID is still valid, please send an email ASAP to John Ludlow with the Customer Connection ID. He can coordinate having the download team get all thier Case Activity.

Also, to ensure all the Fixes for their release are downloaded, it will be very helpful to know which Release and Platform of World Payroll this client is running. Also, if we'll be supporting them on more than Payroll, we'll need the other product names. Wanda, Melissa Dominguez will need this information and the Customer Connection ID for downloading the Updates and Fixes.

Thanks!

Shelley Nelson
VP PeopleSoft Enterprise Support
TomorrowNow, Inc.
(979) 595-1306


**Eric Marsh/TomorrowNow** 01/20/2005 04:04 PM
To Wanda Jones/TomorrowNow@TomorrowNow,
Keith Shankle/TomorrowNow, Greg
Nelson/TomorrowNow@TomorrowNow  cc Andrew
Nelson/TomorrowNow@TOMORROWNOW, Shelley
Nelson/TomorrowNow@TOMORROWNOW, Nigel
Pullan/TomorrowNow@TomorrowNow, Pete
Surette/TomorrowNow  Subject Customer #2 -
Koontz-Wagner!!

Congratulations to Nigel & company for landing customer #2.

For those of you familiar with the drill, you should quickly realize that this thrusts us into another wave of preparation.

I am not certain what combination of magic and elbow grease we called upon to get the down loads completed and the library built from the Customer Connection website the first time around so I am throwing a wide net to the audience in hopes of catching the right resources.

Here is what I have thus far from an information sharing perspective:
- World Customer
- 50 end users
- Use Payroll
- Support ended 31-Dec-04
- Main Contact will be Jeff Babcock (574) 232-2051
- Desire to have a kickoff meeting very soon

More details/corrections to the above to follow from Nigel in the near future.

CONFIDENTIAL INFORMATION

**Ex 69 - Page 1**


Exhibit No.: 1454
Deponent: SURETTE
Date/RPR: 6/19/09 SB
Hunter + Geist, Inc.

TN-OR01018552

After discussing the possibilities with Andrew, we have decided to utilize Wanda as the PSE on this account as payroll was a large issue for them during the sales cycle and her resume calmed their concerns quite well. This should present a complete cycle approach to the customer and reinforce the stability and transition from sales to service.

So... Wanda, please call Jeff and get his Customer Connection I.D. and password so that we (whomever that may end up being) can begin the down load process on Koontz' behalf.

Greg/Keith/Shelley - Once again, not certain of the exact process for getting it done, but if you could please re-create the aforementioned magic as we did for Praxair.

Thanks to all and happy down loading!

Here we go again...


Kind Regards,
Eric F. Marsh

*********************************************
Eric F. Marsh
Vice-President, EnterpriseOne and World Services
TomorrowNow Inc.
Tel: (979) 587-1678
Fax: (979) 595-1301
eric_marsh@tomorrownow.com
*********************************************