# EXHIBIT 70

Dockets.Justia.com

Message

| | |
|---|---|
| **From:** | CN=Pete Surette/O=TomorrowNow |
| **Sent:** | 4/21/2006 5:21:14 PM |
| **To:** | CN=Mark Kreutz/O=TomorrowNow |
| **CC:** | CN=Laura Sweetman/O=TomorrowNow; CN=Keith Shankle/O=TomorrowNow |
| **Subject:** | OneWorld Download Change Assistant Client.doc |
| **Attachments:** | OneWorld Download Change Assistant Client.doc |

I've combined the Change Assistant and One World Download document.  Let me know if you have any comments on it.

Thanks,
*******************************************
Pete Surette
Senior Support Engineer
TomorrowNow Inc.
Tel: (303) 410-7165
Cell: (979) 571-0543
pete_surette@tomorrownow.com
*******************************************



OneWorld

Download Chan...



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY          TN-OR01564321

**Ex 70 - Page 1**



**OneWorld Download
Customer Connection**

I) Signing on to Customer Connection ................................................................. 1
II) Change Assistant Overview ........................................................................... 2
III) News and Links .......................................................................................... 12
IV) White Papers .............................................................................................. 13
    1) Suggested White Paper Searches ............................................................ 14
V) Minimum Technical Requirements ................................................................ 15
VI) Tax and Regulatory Updates ....................................................................... 15
VII) EnterpriseOne Year End Updates ............................................................... 15
VIII) PeopleBook Documentation ...................................................................... 15
IX) New Download Process for Electronic Delivery of Software Products ............. 15

# I) Signing on to Customer Connection

1) Sign on to the Customer Connection web site.

2) Select "Updates + Fixes" on the left portion of the screen.



3) Select "EnterpriseOne + World Update Center."



4)  You will be at the Home page the first time you access the update center where Change Assistant can be downloaded.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                    TN-OR01564322



**OneWorld Download
Customer Connection**

## II) Change Assistant Overview

During the process of building OneWorld and World "fix" libraries we can make use of the Change Assistant utility created by Oracle for the purpose of downloading ESUs, Service Packs or Tools fixes, as well as the other software "fixes" available on the Oracle Update Center web site.

The Change Assistant application is available for download on the Oracle Customer Connect web site.  The download is located on the opening page of the Update Center web site.



Hitting the above link will take you to the below page where you must first download the platform-specific Java JRE 5.0 Update 3 from Sun, then in step 2 you download the Change Assistant Application.  Follow the prompts to complete the installation.



Confidential                         Page 2                         2/8/2008

**Ex 70 - Page 3**

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                         TN-OR01564323



**OneWorld Download
Customer Connection**

Once downloaded, Change Assistant will prompt you to enter your Oracle user ID and Password along with email address (Required)  This is the same sign on for the Oracle Customer Connect web site as this application will actually log into Oracle to complete the process.  You must have a valid working Oracle web site sign on to use the Change Assistant application.

Enter Update Center Access Information:

| | |
|---|---|
| User ID: | earl.andrews |
| Password: | ****** |
| User Name: | |
| E-mail: | d@yahoo.com |
| Phone: | |

☐ Disable Update Center Connection

[ < Back ] [ Next > ] [ Finish ] [ Help ]

Agree to the license agreement and click Finish

TERMS OF USE
Please read the following agreement. You may then accept or decline these terms by selecting one of the buttons at the bottom of the page.

LICENSING AGREEMENT
Your username and password are provided to you for your sole use in accessing this Server and are

☑ Always Accept

☑ Always Prompt at Startup?

[ < Back ] [ Next > ] [ Finish ] [ Help ]

**Ex 70 - Page 4**

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY                    TN-OR01564324