# EXHIBIT 71

Dockets.Justia.com

| | |
|---|---|
| **Message** | |
| **From:** | CN=Laura Sweetman/O=TomorrowNow |
| **Sent:** | 4/26/2006 10:00:59 AM |
| **To:** | CN=Mark Kreutz/O=TomorrowNow; CN=Pete Surette/O=TomorrowNow; CN=Keith Shankle/O=TomorrowNow |
| **Subject:** | Keep our download docs as is.... |

Hi,
See Greg's comments below with regards to taking a look at our download doc Pete just updated.

I agree with Greg that it is the customer's decision as to whether or not to accept the license agreement. We should not advise them how to answer the licensing question as it is their decision.  Can we change those words?

Appears to me he's fine with the screen prints so unless I hear different, let's keep them in and not spend time on the changes.

Kind regards,

Laura Sweetman
Vice President, Global J.D. Edwards Support Services
TomorrowNow (UK) Ltd.
Office:    +44 1628 509280
Mobile:   +44 7950 790533
laura_sweetman@tomorrownow.com
----- Forwarded by Laura Sweetman/TomorrowNow on 04/26/2006 03:58 PM -----

**Greg Nelson/TomorrowNow** 04/25/2006 10:58 PM To Laura Sweetman/TomorrowNow  cc   Subject Re:  Doc for your 30 second reviewNotes://86256FFF006A2DC5/38D46BF5E8F08834852564B500129B2C/3187AA9D52860C4E8625715B0067415A <Notes:///86256FFF006A2DC5/38D46BF5E8F08834852564B500129B2C/3187AA9D52860C4E8625715B0067415A>

My opinion is that this is a good document. It simply assists the Oracle customer (possessing a valid license agreement) in using the functionality Oracle intended them to use. It does not indicate our involvement in any way as far as I could tell. Very neutral.

Another note; on page 3 there are instruction to "Agree to the license agreement and click Finish". Maybe it would be more appropriate to say something like "Complete the license agreement as appropriate and click Finish". Thoughts?

**Greg Nelson**
**VP Global Service Automation & IT**
TomorrowNow, Inc.
+1 979 691 4130 Tel
+1 979 691 4110 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>


**Laura Sweetman/TomorrowNow** 04/25/2006
01:52 PM To Greg Nelson/TomorrowNow  cc
Subject  Doc for your 30 second review

Hi Greg,
I need your legal liaison opinion on a document we send to our prospects to assist them with creating their own download library.   I have attached our most recent OneWorld download document. Can you take a 30 second glance and tell me if you think the info we are providing (screen shots from Connect etc...) is acceptable? Just want to confirm this is within our 'standards'.   thanks.

Kind regards,

Laura Sweetman

CONFIDENTIAL INFORMATION

Exhibit No.: 1461
Deponent: SURETTE
Date/RPR: 6/19/09 SB
Hunter + Geist, Inc.

Ex 71 - Page 1

TN-OR00083783

Vice President, Global J.D. Edwards Support Services
TomorrowNow (UK) Ltd.
Office:   +44 1628 509280
Mobile:  +44 7950 790533
laura_sweetman@tomorrownow.com

[attachment "OneWorld Download Change Assistant Client.doc" deleted by Greg Nelson/TomorrowNow]