# EXHIBIT 72

Dockets.Justia.com

**TomorrowNow Internal PS Support Environments**

Legend: Lt Green = AU Databases  Lt Peach = Data Databases  Yellow = Not found on servers  Blue = Remote Only  Grey = Not Applicable

| Client Name | Environment Name | Application Server Machine | AIX PS_Home Path | Application Server OS Platform | Database Server Machine | Database Server Machine 2 | Database Server Platform | Database Server Release | NT PS Home | Web Server Machine | Web Server Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AU Database | AU75FIX | | | | YOGI | | SQL Server | 7 | | | |
| AU Database | AU75JT | | | | YOGI | | SQL Server | 7 | | | |
| AU Database | AUDB70 | | | | YOGI | | SQL Server | 7 | | | |
| AU Database | AUDB75 | | | | YOGI | | SQL Server | 7 | | | |
| Information Service Handling Group, Inc. | C800IHGO | PSDEV01 | /d01/app/psoft/c800ihgo | AIX | PSDEV01 | | Oracle | 8.1.7 | PSDEV01 | | /d01/app/weblogic_820 |
| Progress Software Coporation | C840PRGM | DCPSTEMP01 | | Windows | DCPSTEMP01 | | SQL Server | 2000 | \\dcpstemp01\psoft\c840prgm | DCPSTEMP01 | e:\weblogic_61sp7 |
| Information Service Handling Group, Inc. | C881IHGO | | | | | | | | | | |
| Manugistics Group, Inc | C881MGIO | PSDEV01 | /d01/app/psoft/c881mgio | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\c881mgio | PSDEV01 | /d01/app/weblogic_81sp5 |
| Manugistics Group, Inc | C890MGIO | PSDEV01 | /d01/app/psoft/c890mgio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\c890mgio | PSDEV01 | /d01/app/weblogic_81sp5 |
| Development | D702DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| Development | D751DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| Development | D810DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| Development | D831DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| Development | D881DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| TA Operating Corporation dba TravelCenters of America | DEMO89 | | | | | | | | | | |
| BEA Systems, Inc. | E881BEAO | | | | | | | | | | |
| Mutual of Omaha | E890MOHO | PSDEV01 | /d01/app/psoft/e890moho | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\e890moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| Municipality of Anchorage | F752ANCD | PSDEV01 | /d01/app/psoft/f752ancd | AIX | PSDEV01 | | DB2 | 8.2 | \\yogi\e-rw\f752ancd | | |
| Cowlitz County, WA | F752CCWM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\f752ccwm | | |
| Foot Locker, Inc. | F752FLIO | PSDEV01 | /d01/app/psoft/f752flio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\f752flio | | |
| Intraware, Inc. | F752ITRO | PSDEV01 | /d01/app/psoft/f752itro | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\f752itro | | |
| University of Massachusetts | F752UOMO | PSDEV01 | /d01/app/psoft/f752uomo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f752uomo | | |
| Alliance Australia Services Pty Ltd | F753AAIS | PSDEV01 | /d01/app/psoft/f753aaia | AIX | PSDEV01 | | Sybase | 12.5 | \\yogi\e-rw\f753aais | | |
| AU Database | F753AU | | | | PSDEV01 | | Oracle | 8.1.7 | | | |
| Berkshire Realty Holdings, L.P. | F753BRHO | | | | | | | | | | |
| Bear Stearns & Co., Inc. | F753BSCS | PSDEV01 | /d01/app/psoft/f753bscs | Windows | PSDEV01 | | Sybase | 12.5 | \\yogi\e-rw\f753bscs | | |
| Development | F753DEMO | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\f753demo | | |
| Development | F753DV | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\f753dv | | |
| The Empire District Electric Company | F753EDEO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\yogi\e-rw\f753edeo | | |
| Eagle Family Foods Holdings, Inc. | F753EFFO | PSDEV01 | /d01/app/psoft/f753effo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753effo | | |

1544

EXHIBIT NO. ____

WR 8-13-09

**TomorrowNow Internal PS Support Environments**
Legend: Lt Green = AU Databases  Lt Peach = Data Databases  Yellow = Not found on servers  Blue = Remote Only  Grey = Not Applicable

| Client Name | Environment Name | Application Server Machine | AIX PS_Home Path | Application Server OS Platform | Database Server Machine | Database Server Machine 2 | Database Server Platform | Database Server Release | NT PS Home | Web Server Machine | Web Server Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overwaitea Food Group Limited Partnership | H881OFGO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 10g | \\dcpstemp02\psoft\h881ofgo | DCPSTEMP02 | e:\WebLogic 8.1 SP3 |
| Employees' Retirement System of Georgia | H702ERSO | PSDEV01 | /d01/app/psoft/h702erso | AIX | PSDEV01 | | Oracle | 8.1 | \\yogi\e-rw\h702erso | | |
| ArvinMeritor, Inc. | H831ARMO | PSDEV01 | /d01/app/psoft/h831armo | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831armo | PSDEV01 | /d01/app/weblogic_819 |
| ArvinMeritor, Inc. | H831ARMO_OLD | PSDEV01 | /d01/app/psoft/h831armo | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831armo_old | PSDEV01 | /d01/app/weblogic_819 |
| AU Database | F753AU | | | | PSDEV01 | | Oracle | 8.1.7 | | | |
| AU Database | S761AUDO | | | | PSDEV01 | | Oracle | 8.1.7 | | | |
| Borders Group, Inc. | H801BGPO | PSDEV01 | /d01/app/psoft/h801bgpo | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801bgpo | PSIBMAIX1 | /d01/app/weblogic_81713 |
| Borders Group, Inc. | H801BGPO_OLD | PSDEV01 | /d01/app/psoft/h801bgpo_old | AIX | PSIBMAIX1 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801bgpo_old | PSIBMAIX1 | /d01/app/weblogic_81713 |
| Borders Group, Inc. | H801BGPO_OLD | PSDEV01 | /d01/app/psoft/h801bgpo_old | AIX | PSIBMAIX1 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801bgpo_old | PSIBMAIX1 | /d01/app/weblogic_81713 |
| Brigham Young University | H751BYUO | | | | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751byuo | | |
| ConAgra Foods, Inc | H801CAGO | PSDEV01 | /d01/app/psoft/h801cago | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801cago | PSDEV01 | /d01/app/weblogic_81sp5 |
| Development | H831PSEO | PSDEV01 | /d01/app/psoft/h831pseo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831pseo | | |
| Development | H831SKBO | PSDEV01 | /d01/app/psoft/h831skbo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831skbo | PSDEV01 | /d01/app/weblogic_819 |
| Development | S760REPO | PSDEV01 | /d01/app/psoft/s760repo_orig | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\s760repo | | |
| Eagle Family Foods Holdings, Inc. | F753EFFO | PSDEV01 | /d01/app/psoft/f753effo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753effo | | |
| General Chemical Group | H751GCGO | PSDEV01 | /d01/app/psoft/h751gcgo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751gcgo | | |
| Health and Human Services Commission | F753HHSO | PSDEV01 | /d01/app/psoft/f753hhso | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753hhso | | |
| High Industries, Inc. | H831HIIO | PSDEV01 | /d01/app/psoft/h831hiio | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831hiio | PSDEV01 | /d01/app/weblogic_81sp5 |
| Information Service Handling Group, Inc. | C800IHGO | PSDEV01 | /d01/app/psoft/c800ihgo | AIX | PSDEV01 | | Oracle | 8.1.7 | | PSDEV01 | /d01/app/weblogic_820 |
| Mutual of Omaha | F842MOHO | PSDEV01 | /d01/app/psoft/f842moho | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp02\psoft\f842moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| National Americas Investment, Inc. | F803NAIO | PSDEV01 | /d01/app/psoft/f803naio | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\f803naio | PSDEV01 | /d01/app/weblogic_820 |
| Norwegian Cruise Lines Ltd. (EDS) | F753NCLO | PSDEV01 | /d01/app/psoft/f753nclo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753nclo | | |
| Norwegian Cruise Lines Ltd. (EDS) | F841NCLO | PSDEV01 | /d01/app/psoft/f841nclo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\f841nclo | PSDEV01 | /d01/app/weblogic_61sp7 |
| Norwegian Cruise Lines Ltd. (EDS) | H751NCLO | PSDEV01 | /d01/app/psoft/h751nclo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751nclo | | |
| Norwegian Cruise Lines Ltd. (EDS) | H751NCLO_OLD | PSDEV01 | /d01/app/psoft/h751nclo_old | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751nclo | | |
| Norwegian Cruise Lines Ltd. (EDS) | H881NCLO | PSDEV01 | /d01/app/psoft/h881nclo | AIX | PSDEV01 | | Oracle | 8.1.7 | | | |
| PepsiAmericas | F753PASO | PSDEV01 | /d01/app/psoft/f753paso | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753paso | | |
| PepsiAmericas | H831PASO | PSDEV01 | /d01/app/psoft/h831paso | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831paso | DCPSTEMP01 | e:\weblogic_81sp5 |
| PepsiAmericas | H831PASO | PSDEV01 | /d01/app/psoft/h831paso_old | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831paso | DCPSTEMP01 | e:\weblogic_81sp5 |

*TomorrowNow Internal PS Support Environments*

Legend: Lt Green = AU Databases  Lt Peach = Data Databases  Yellow = Not found on servers  Blue = Remote Only  Grey = Not Applicable

| Client Name | Environment Name | Application Server Machine | AIX PS_Home Path | Application Server OS Platform | Database Server Machine | Database Server Machine2 | Database Server Platform | Database Server Release | NT PS Home | Web Server Machine | Web Server Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Praxair | H801PRXO | PSDEV01 | /d01/app/psoft/h801prxo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801prxo | PSDEV01 | /d01/app/weblogic_820 |
| Remy International, Inc | H881RIIO | PSDEV01 | /d01/app/psoft/h881riio | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp02\psoft\h881riio | DCPSTEMP02 | E:\weblogic_81sp5 |
| Remy International, Inc | H881RIIO_OLD | PSDEV01 | /d01/app/psoft/h881riio_old | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp02\psoft\h881riio_old | DCPSTEMP02 | E:\weblogic_81sp5 |
| Ross Dress for Less, Inc | F803ROSO | PSDEV01 | /d01/app/psoft/f803roso | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\f803roso | PSDEV01 | /d01/app/weblogic_819 |
| Ross Dress for Less, Inc | H801ROSO | PSDEV01 | /d01/app/psoft/h801roso | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801roso | PSDEV01 | /d01/app/weblogic_819 |
| Ross Dress for Less, Inc | H801ROSO-OLD | PSDEV01 | /d01/app/psoft/h801roso | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801roso-old | PSDEV01 | /d01/app/weblogic_819 |
| Sasol North America | H751SNAO | PSDEV01 | /d01/app/psoft/h751snao | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751snao | | |
| Susquehanna Pfaltzgraff Company | H831SPCO | PSDEV01 | /d01/app/psoft/h831spco | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831spco | PSDEV01 | /d01/app/weblogic_81sp5 |
| Telapex | H751TELO | PSDEV01 | /d01/app/psoft/h751telo | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\yogi\e-rw\h751telo | | |
| Telapex | H751TELO_OLD | PSDEV01 | /d01/app/psoft/h751telo_old | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\yogi\e-rw\h751telo | | |
| University of Massachusetts | F752UOMO | PSDEV01 | /d01/app/psoft/f752uomo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f752uomo | | |
| Veolia Water Indianapolis | F753VWIO | PSDEV01 | /d01/app/psoft/f753vwio | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753vwio | | |
| National Foods Services Pty Limited | H750NFSO | PSDEV01 | /d01/app/psoft/h750nfso | AIX | PSDEV01 | | Oracle | 8.1.7.0 | \\yogi\e-rw\h750nfso | | |
| Saint Barnabas Health Care System | H751SBHO | YOGI | /d01/app/psoft/h751sbho | Windows | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7.4.0 | \\yogi\e-rw\h751sbho | | |
| University of Massachusetts | S760UOMO | PSDEV01 | /d01/app/psoft/s760uomo | AIX | PSDEV01 | | Oracle | 8i | \\yogi\e-rw\s760uomo | | |
| University of Massachusetts | S760UOMO | PSDEV01 | /d01/app/psoft/s760uomo_orig | AIX | PSDEV01 | | Oracle | 8i | \\yogi\e-rw\s760uomo | | |
| Baxter International Inc | H80EBAXO | PSDEV01 | /d01/app/psoft/h80ebaxo | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2 | \\dcpstemp01\psoft\h80Ebaxo | PSDEV01 | /d01/app/weblogic_81sp5 |
| Philadelphia Corporation of Aging | F840PCAO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2 | \\dcpstemp01\psoft\f840pcao | DCPSTEMP01 | e:\weblogic_61sp7 |
| Ciber, Inc. | F842CBRO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842cbro | DCPSTEMP02 | e:\weblogic_81sp5 |
| Delta Dental Plan of Michigan | H881DDMO | PSDEV01 | /d01/app/psoft/h881ddmo | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881ddmo | DCPSTEMP02 | e:\weblogic_81sp5 |
| Development | F842TMPO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842tmpo | DCPSTEMP02 | e:\weblogic_81sp5 |
| East Bay Municipal Utility District | F842EBMO | PSDEV01 | /d01/app/psoft/f842ebmo | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842ebmo | DCPSTEMP02 | e:\weblogic_81sp5 |
| Fairchild Semiconductor | H831FCSO | PSDEV01 | /d01/app/psoft/h831fcso | AIX | psibmaix1 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831fcso | PSDEV01 | /d01/app/weblogic_81sp5 |
| Fairchild Semiconductor | H831FCSO | PSDEV01 | /d01/app/psoft/h831fcso-old | AIX | psibmaix1 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831fcso | PSDEV01 | /d01/app/weblogic_81sp5 |
| Federated Services Company | H831FIIO | DCPSTEMP01 | | Windows | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831fiio | DCPSTEMP01 | e:\weblogic_81sp5 |
| Foot Locker, Inc. | F752FLIO | PSDEV01 | /d01/app/psoft/f752flio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\f752flio | | |
| Foot Locker, Inc. | H830FLIO | PSDEV01 | /d01/app/psoft/h830flio | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h830flio | PSDEV01 | /d01/app/weblogic_81815 |
| George Weston Bakeries, Inc. | F753GWBO | PSDEV01 | /d01/app/psoft/f753gwbo | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\f753gwbo | | |

*TomorrowNow Internal PS Support Environments*
Legend: Lt Green = AU Databases  Lt Peach = Data Databases  Yellow = Not found on servers  Blue = Remote Only  Grey = Not Applicable

| Client Name | Environment Name | Application Server Machine | AIX PS_Home Path | Application Server OS Platform | Database Server Machine | Database Server Machine2 | Database Server Platform | Database Server Release | NT PS Home | Web Server Machine | Web Server Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Health and Human Services Commission | H831HHSO | PSDEV01 | | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831hhso | PSDEV01 | /d01/app/weblogic_81sp5 |
| Intraware, Inc. | F752ITRO | PSDEV01 | /d01/app/psoft/f752itro | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\f752itro | | |
| Kent County Michigan | H881KCMO | PSDEV01 | /d01/app/psoft/h881kcmo | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881kcmo | PSDEV01 | /d01/app/weblogic_81sp5 |
| LS Management Inc. | H831STAO | PSDEV01 | /d01/app/psoft/h831stao | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831stao | PSDEV01 | /d01/app/weblogic_81sp5 |
| LS Management Inc. | H831STAO_OLD | PSDEV01 | /d01/app/psoft/h831stao_old | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831stao_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| Manugistics Group, Inc | C890MGIO | PSDEV01 | /d01/app/psoft/c890mgio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\c890mgio | PSDEV01 | /d01/app/weblogic_81sp5 |
| Manugistics Group, Inc | P880MGIO | PSDEV01 | /d01/app/psoft/p880mgio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\p880mgio | PSDEV01 | /d01/app/weblogic_81sp5 |
| Mutual of Omaha | H881MOHO | PSDEV01 | /d01/app/psoft/h881moho | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| Mutual of Omaha | H881MOHO_OLD | PSDEV01 | /d01/app/psoft/h881moho_old | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881moho_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| Parkview Health | F842PVWO | DCPSTEMP02 | /d01/app/psoft/f842pvwo | Windows | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842pvwo | DCPSTEMP02 | e:\weblogic_81sp5 |
| Parkview Health | H881PVWO | DCPSTEMP02 | | Windows | PSIBMAIX1 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881pvwo | DCPSTEMP02 | E:\weblogic_81sp5 |
| PetSmart | H881PSMO | DCPSTEMP02 | /d01/app/psoft/h881psmo | Windows | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881psmo | DCPSTEMP02 | E:\weblogic_81sp5 |
| Remy International, Inc | H890RIIO | PSDEV01 | /d01/app/psoft/h890riio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h890riio | DCPSTEMP02 | e:\weblogic_81sp5 |
| Richmond Power & Light | F803RPLO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\f803rplo | DCPSTEMP01 | e:\weblogic_81sp5 |
| Richmond Power & Light | H801RPLO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h801rplo | DCPSTEMP01 | e:\weblogic_81sp5 |
| Richmond Power & Light | H801RPLO_OLD | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h801rplo_old | DCPSTEMP01 | e:\weblogic_81sp5 |
| Sirva, Inc. | F841SIRO | PSDEV01 | /d01/app/psoft/f841siro | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\f841siro | PSDEV01 | /d01/app/weblogic_61sp7 |
| Suburban Propane, L.P. | H801SPLO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h801splo | DCPSTEMP01 | e:\weblogic_81815 |
| Suburban Propane, L.P. | H801SPLO-OLD | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h801splo-old | DCPSTEMP01 | e:\weblogic_81815 |
| United Dominion Realty Trust, Inc. | F841UDRO | PSDEV01 | /d01/app/psoft/f841udro | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\f841udro | PSDEV01 | /d01/app/weblogic_61sp7 |
| United Space Alliance | H751USAO | PSDEV01 | /d01/app/psoft/h751usao | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\h751usao | | |
| Waste Management Resources, LLP | F842WMIO | PSDEV01 | /d01/app/psoft/f842wmio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842wmio | PSDEV01 | /d01/app/weblogic_81sp5 |
| Sirva, Inc. | F881SIRO | PSDEV01 | /d01/app/psoft/f881siro | AIX | PSDEV01 | | Oracle | 9.2.0.0 | \\dcpstemp02\psoft\f881siro | PSDEV01 | /d01/app/weblogic_81sp5 |
| American Commercial Barge Line LLC | F803ACBO | PSDEV01 | /d01/app/psoft/f803acbo | AIX | PSDEV01 | | Oracle | 9.2.0.4 | \\dcpstemp01\psoft\f803acbo | PSDEV01 | /d01/app/weblogic_819 |
| Baxter International Inc | H801BAXO | PSDEV01 | /d01/app/psoft/h801baxo | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 9.2.0.4 | \\dcpstemp01\psoft\h801baxo | PSDEV01 | /d01/app/weblogic_81sp5 |
| Baxter International Inc | H801BAXO-OLD | PSDEV01 | /d01/app/psoft/h801baxo_old | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 9.2.0.4 | \\dcpstemp01\psoft\h801baxo_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| Children's Health System of Alabama | F842CHSO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9.2.0.4 | \\dcpstemp02\psoft\f842chso | DCPSTEMP02 | e:\weblogic_81sp5 |
| LS Management Inc. | F842STAO | PSDEV01 | /d01/app/psoft/f842stao | AIX | PSDEV01 | | Oracle | 9.2.0.4 | \\dcpstemp02\psoft\f842stao | PSDEV01 | /d01/app/weblogic_81sp5 |
| Rockwell Automation | F842ROKO | PSDEV01 | /d01/app/psoft/f842roko | AIX | PSDEV01 | | Oracle | 9.2.0.4 | \\dcpstemp02\psoft\f842roko | PSDEV01 | /d01/app/weblogic_81sp5 |
| Rolls-Royce of North America, Inc. | H801RRNO | PSDEV01 | /d01/app/psoft/h801rrno | AIX | PSDEV01 | | Oracle | 9.2.0.4 | \\dcpstemp01\psoft\h801rrno | PSDEV01 | |

*TomorrowNow Internal PS Support Environments*

Legend: Lt Green = AU Databases  Lt Peach = Data Databases  Yellow = Not found on servers  Blue = Remote Only  Grey = Not Applicable

| Client Name | Environment Name | Application Server Machine | AIX PS_Home Path | Application Server OS Platform | Database Server Machine | Database Server Machine2 | Database Server Platform | Database Server Release | NT PS Home | Web Server Machine | Web Server Path |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Empire District Electric Company | H751EDEO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0.4 | \\yogi\e-rw\h751edeo | | |
| Sky City Entertainment Group Limited | H881SKYO | PSDEV01 | /d01/app/psoft/h881skyo | AIX | PSDEV01 | | Oracle | 9.2.0.5.0 - 64bit | \\dcpstemp02\psoft\h881skyo | DCPSTEMP02 | e:\weblogic_81sp5 |
| CompuCom | H881CCOO | PSDEV01 | /d01/app/psoft/h881ccoo | AIX | PSIBMAIX1 | PS | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\h881ccoo | PSDEV01 | /d01/app/weblogic_81sp5 |
| Delta Dental Plan of Michigan | F842DDMO | PSDEV01 | /d01/app/psoft/f842ddmo | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f842ddmo | DCPSTEMP02 | e:\weblogic_81sp5 |
| East Bay Municipal Utility District | H881EBMO | PSDEV01 | /d01/app/psoft/h881ebmo | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\h881ebmo | DCPSTEMP02 | e:\weblogic_81sp5 |
| Fairchild Semiconductor | F842FCSO | PSDEV01 | /d01/app/psoft/f842fcso | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f842fcso | DCPSTEMP02 | e:\weblogic_81sp5 |
| Health and Human Services Commission | F881HHSO | PSDEV01 | | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f881hhso | PSDEV01 | /d01/app/weblogic_81sp5 |
| Kent County Michigan | F881KCMO | PSDEV01 | /d01/app/psoft/f881kcmo | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f881kcmo | PSDEV01 | /d01/app/weblogic_81sp5 |
| Manugistics Group, Inc | C881MGIO | PSDEV01 | /d01/app/psoft/c881mgio | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\c881mgio | PSDEV01 | /d01/app/weblogic_81sp5 |
| Mutual of Omaha | E890MOHO | PSDEV01 | /d01/app/psoft/e890moho | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\e890moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| Mutual of Omaha | F881MOHO | PSDEV01 | /d01/app/psoft/f881moho | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f881moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| Universitas 21 Global | F881U21O | DCPSTEMP02 | | Windows | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f881u21o | DCPSTEMP02 | e:\weblogic_81sp5 |
| Universitas 21 Global | H881U21O | DCPSTEMP02 | | Windows | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\h881u21o | DCPSTEMP02 | e:\weblogic_81sp5 |
| Visteon | H881VICO | PSDEV01 | /d01/app/psoft/h881vico | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\h881vico | PSDEV01 | /d01/app/weblogic_81sp5 |
| Visteon | P880VICO | PSDEV01 | /d01/app/psoft/p880vico | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\p880vico | PSDEV01 | /d01/app/weblogic_81sp5 |
| Waste Management Resources, LLP | H881WMIO | PSDEV01 | /d01/app/psoft/h881wmio | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0.6.0 | \\dcpstemp02\psoft\h881wmio | PSDEV01 | /d01/app/weblogic_81sp5 |
| Children's Health System of Alabama | H881CHSO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9.2.0.7 | \\dcpstemp02\psoft\h881chso | DCPSTEMP02 | e:\weblogic_81sp5 |
| Universitas 21 Global | S801U21O | DCPSTEMP01 | /d01/app/psoft/s801u21o | Windows | PSDEV01 | | Oracle | 9.2.05 | \\dcpstemp01\psoft\s801u21o | DCPSTEMP01 | e:\weblogic_81913 |
| Ciber, Inc. | H831CBRO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2i | \\dcpstemp01\psoft\h831cbro | DCPSTEMP01 | e:\weblogic_81913 |
| Commerce Bank | F842CBHO | DCPSTEMP02 | | Windows | PSDEV01 | | Oracle | 9.2i | \\dcpstemp02\psoft\f842cbho | DCPSTEMP02 | e:\websphere51 |
| A O Smith | F890AOSO | DCPSTEMP02 | | AIX | DCPSTEMP02 | | Oracle | 9i | \\dcpstemp02\psoft\f890aoso | DCPSTEMP02 | e:\weblogic_81sp5 |
| A O Smith | H801AOSO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\dcpstemp01\psoft\h801aoso | DCPSTEMP01 | e:\weblogic_81909 |
| A O Smith | H801AOSO-OLD | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\dcpstemp01\psoft\h801aoso-old | DCPSTEMP01 | e:\weblogic_81909 |
| Fundamental Administrative Services | H890FUAO | PSDEV01 | /d01/app/psoft/h890fuao | AIX | PSDEV01 | | Oracle | 9i | \\dcpstemp02\psoft\h890fuao | DCPSTEMP02 | e:\weblogic_81sp5 |
| Fundamental Administrative Services | H890FUAO_OLD | PSDEV01 | /d01/app/psoft/h890fuao_old | AIX | PSDEV01 | | Oracle | 9i | \\dcpstemp02\psoft\h890fuao_old | DCPSTEMP02 | e:\weblogic_81sp5 |
| Honeywell International, Inc. | H831HONO | PSDEV01 | /d01/app/psoft/h831hono | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 9i | \\dcpstemp01\psoft\h831hono | PSDEV01 | /d01/app/weblogic_81sp5 |
| Philadelphia Corporation of Aging | H881PCAO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\dcpstemp01\psoft\h881pcao | DCPSTEMP01 | d:\weblogic_61sp7 |
| The Empire District Electric Company | F753EDEO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\yogi\e-rw\f753edeo | | |
| The Interpublic Group of Companies, Inc | H881IPGO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9i | \\dcpstemp02\psoft\h881ipgo | DCPSTEMP02 | e:\weblogic_81sp5 |
| The Interpublic Group of Companies, Inc | H881IPGO_OLD | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9i | \\dcpstemp02\psoft\h881ipgo_old | DCPSTEMP02 | e:\weblogic_81sp5 |