# EXHIBIT 73

Dockets.Justia.com

| | |
|---|---|
| **Message** | |
| **From**: | Julio Guzman [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JGUZMAN] |
| **Sent**: | 2/8/2008 3:11:34 PM |
| **To**: | Martin Breuer [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Mbreuer]; Tim Harper [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=THarper]; Rod Russell [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RRussell]; John Baugh [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JBaugh] |
| **CC**: | Tom Nolan [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Tnolan]; Kathy Williams [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KWilliams]; John Sullivan [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JSullivan]; Shelley Nelson [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SNelson] |
| **Subject**: | Privileged and Confidential: Level Set - "Cross-Use" Environments - Meeting Minutes - 8-Feb-08 |
| **Attachments**: | image001.jpg |

# TOMORROWNOW Global Project Management Office

**Meeting:** Level Set - "Cross-Use" Environments - Meeting Minutes - 8-Feb-08

## Attendees
Martin Breuer, Tim Harper, Rod Russell, John Baugh, Julio Guzman

## Summary
Four clients are using one HRMS 7.5 environment. Those four clients and their respective status as of today are:

| Client | CRM | AE | Wave | Product | Environment Status | Comments |
|---|---|---|---|---|---|---|
| Advanced Auto Parts | John Sullivan | Todd Dunfee | QT | HRMS | Not Migrating | No longer with TomorrowNow |
| Bear Stearns | John Sullivan | Ray Thompson | PY1 | HRMS | Ready for Install | Citrix security creation in process. Database created. Contact has been out of the country this week. |
| Heritage Valley Health | John Sullivan | Ray Thompson | PY1 | HRMS | Ready for Acceptance Test | In Acceptance Testing, Error encountered during Payroll system acceptance test with missing Code. We are looking into this issue now. |
| Universal City Studios | Kathy Williams | Ray Thompson | PY2 | HRMS | Planning in Progress | Currently Wave 2. As of today this needs to be moved to Wave 1. |



These clients need to prioritized to the front of the line in the Environments project and get completed immediately.

## Action Items
- **Julio Guzman**
    - Setup meeting with the appropriate Peoplesoft Services Management and legal counsel to do the following, 11-Feb-08
        1. Reiterate the Nine Commandments of Compliance

---

Ex 73 - Page 1

CONFIDENTIAL INFORMATION                                                                                                          TN-OR06226306

- **Tim Harper**
    - Ensure that the customers above are prioritized and report a planned completion date to the group, 11-Feb-08
- **Kathy Williams/John Sullivan**
    - Prioritize and complete the customer environments above ASAP

Regards,

Julio Guzman, PMP

**Project Manager – Global PMO**

TomorrowNow, Inc.

+1 979 691 4230 Office

+1 713 992 9561 Mobile

+1 979 691 4110 Fax

www.tomorrownow.com

| | |
|---|---|
| Message | |
| **From**: | Julio Guzman [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JGUZMAN] |
| **Sent**: | 2/8/2008 3:11:34 PM |
| **To**: | Martin Breuer [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Mbreuer]; Tim Harper [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=THarper]; Rod Russell [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RRussell]; John Baugh [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JBaugh] |
| **CC**: | Tom Nolan [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Tnolan]; Kathy Williams [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KWilliams]; John Sullivan [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JSullivan]; Shelley Nelson [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SNelson] |
| **Subject**: | Privileged and Confidential: Level Set - "Cross-Use" Environments - Meeting Minutes - 8-Feb-08 |
| **Attachments**: | image001.jpg |

**TOMORROWNOW   Global Project Management Office**

Meeting:   Level Set - "Cross-Use" Environments - Meeting Minutes - 8-Feb-08

Attendees
Martin Breuer, Tim Harper, Rod Russell, John Baugh, Julio Guzman

Summary
Four clients are using one HRMS 7.5 environment. Those four clients and their respective status as of today are:

| | | | | | | |
|---|---|---|---|---|---|---|
| Advanced Auto Parts | John Sullivan | Todd Dunfee | QT | HRMS | Not Migrating | No longer with TomorrowNow |
| Bear Stearns | John Sullivan | Ray Thompson | PY1 | HRMS | Ready for Install | Citrix security creation in process. Database created. Contact has been out of the country this week. |
| Heritage Valley Health | John Sullivan | Ray Thompson | PY1 | HRMS | Ready for Acceptance Test | In Acceptance Testing. Error encountered during Payroll system acceptance test with missing code. We are looking into this issue now. |
| Universal City Studios | Kathy Williams | Ray Thompson | PY2 | HRMS | Planning in Progress | Currently Wave 2. As of today this needs to be moved to Wave 1. |

These clients need to prioritized to the front of the line in the Environments project and get completed immediately.

Action Items
- **Julio Guzman**
    - Setup meeting with the appropriate Peoplesoft Services Management and legal counsel to do the following, 11-Feb-08
        1. Reiterate the Nine Commandments of Compliance

1549
EXHIBIT NO.
JK 8-13-09