# EXHIBIT 74

| | |
|---|---|
| Message | |
| From: | John Baugh [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JBAUGH] |
| Sent: | 8/28/2007 1:33:32 PM |
| To: | Wendi Wolfgram [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=WWolfgram] |
| CC: | Shelley Nelson [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SNelson]; Kathy Williams [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KWilliams]; Greg Lanier [tglanier@JonesDay.com] |
| Subject: | Privileged: Clients with environments needs a full or partial rebuild |

Hi Wendi,

The following clients will require a full or partial rebuild of their environments at their site during the environment migration. There may be more as we don't have complete information on the client environments in SAS.

Clients Environments working from a shared install (these are extended support customers):

Advance Auto Parts
Bear Stearns
Heritage Valley
Universal City Studios
UT Health Science Center
University of Massachussetts

**Clients with no environments installed:**

Acushnet
Allied Bakeries
American Red Cross SEPA
BASF
Blue Cross/Blue Shield of Kansas
Direct Energy Marketing
Fireman's Fund Insurance
Genesis Healthcare System
Home Depot
Newport Corporation
Organon International
Petco
Pfizer Incorporated
RTKL Associates
Spokane County
Standard Register
The Longaberger Company
Travel Centers of America
Trends International

**Clients having one or more environment installs in our datacenter:**

Allianz Australia Services Pty Ltd
American Commercial Barge Line LLC
A.O. Smith



CONFIDENTIAL INFORMATION

TN-OR06094945

Arvin Meritor, Inc.
Baxter International Inc.
Borders Group Inc.
Children's Health System of Alabama
CompuCom
ConAgra Foods
Delta Dental Plan of Michigan
East Bay Municipal Utility District
Employees' Retirement System of Georgia
Fairchild Semiconductor
Federated Services Company
Fundamental Administrative Services
JB Hunt
Kent County Michigan
Manugistics Group, Inc.
Municipality of Anchorage
Mutual of Omaha
National Foods Services Pty Limited
Norwegian Cruise Lines
Overwaitea Food Group Limited Partnership
Pepsi Americas
Quad Graphics
Remy International
Rockwell Automation
Ross Dress for Less, Inc.
Sky Entertainment Group Limited
Southern California Edison
The Interpublic Group of Companies
Universitas 21 Global
Wakefern Foods
Wendy's


**John M. Baugh**
PeopleSoft Environments Manager
TomorrowNow, Inc.
+1 979 571 6360  Phone
John.Baugh@TomorrowNow.com
www.tomorrrownow.com

CONFIDENTIAL INFORMATION

**Ex 74 - Page 2**

TN-OR06094946