# EXHIBIT 75

| | |
|---|---|
| **Message** | |
| **From:** | Alex La Mar [Alex_Lamar@tomorrownow.com] |
| **Sent:** | 3/14/2006 9:36:55 AM |
| **To:** | Schraeder, Georg [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000035470] |
| **Subject:** | Re: Oracle Database Licenses |

Hello Mr. Schraeder,

I've still not heard anything back concerning the acquisition of Oracle database licenses. Could you please advise as to what actions I can take to further proceed with this request? I truly appreciate you taking time out of your busy schedule to assist me with this matter.

Best Regards,

Alex La Mar
I.T. Analyst
TomorrowNow, Inc
+1 979 571 0181 Mobile
+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>


----- Forwarded by Alex La Mar/TomorrowNow on 03/14/2006 09:32 AM -----

"Schraeder, Georg" <georg.schraeder@sap.com>

01/25/2006 11:51 AM  To
"Scholten, Jochen" <jochen.scholten@sap.com>
cc
"Alex La Mar" <Alex_Lamar@tomorrownow.com>, "Kippenhan, Andrea" <andrea.kippenhan@sap.com>
Subject
RE: Oracle Database Licenses



Hello Jochen,

[redacted]

Best regards,
Georg


---

From: Alex La Mar [mailto:Alex_Lamar@tomorrownow.com]
Sent: Mittwoch, 25. Januar 2006 18:43
To: Schraeder, Georg
Subject: Oracle Database Licenses

Hello Mr. Schraeder,

My name is Alex La Mar and I'm with TomorrowNow, a subsidiary company of SAP. Your name has been referenced to me as the contact person for a question I have concerning acquiring Oracle database licenses. We need to purchase these licenses for environments where we develop our customer's deliverables. Specifically, we would like to purchase Oracle Standard Edition for a 4 CPU machine running AIX and a 4 CPU machine running Windows. I've researched this topic through the SAP Corporate Portal and browsed through the GCC IT Portal, however, I'm still unable to find the answer to my question. Could you please assist me with this? I'd like to find out how to proceed with this request, as well as ascertain any information whether or not TomorrowNow would fall under an enterprise license agreement established by Oracle with SAP?

11/30/09
Exhibit 1786
Holly Thuman, CSR

I truly appreciate you taking time out of your busy schedule to assist me with this matter. I look forward to your reply.

Best Regards,

Alex La Mar
I.T. Analyst
+1 979 571 0181 Cell
+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>

----- Forwarded by Alex La Mar/TomorrowNow on 01/25/2006 11:17 AM -----

"Mrak, Jennifer" <jennifer.mrak@sap.com>

01/25/2006 10:53 AM

To
"Alex La Mar" <Alex_Lamar@tomorrownow.com>
cc

Subject
RE: Licensing


Alex,
I suggest you speak with Georg Schraeder. I too will follow up and see what is available.

Regards,
Jennifer

---

From: Maple, John
Sent: Wednesday, January 25, 2006 9:12 AM
To: Mrak, Jennifer; Alex La Mar
Subject: RE: Licensing

Hi Jen,

For Oracle you would need to talk to Georg Schraeder.

Best Regards,
John

---

From: Mrak, Jennifer
Sent: Dienstag, 24. Januar 2006 22:54
To: Alex La Mar
Cc: Maple, John
Subject: RE: Licensing

Alex,
I was given a name in Germany to check w/ on any Oracle license or maintenance info....

John - Sorry, I misplaced the gentleman's name you said to check with... can you please let me know?

Thanks,
Jen

From: Alex La Mar [mailto:Alex_Lamar@tomorrownow.com]
Sent: Tuesday, January 24, 2006 11:05 AM
To: Mrak, Jennifer
Subject: RE: Licensing

Hi Jen,

I was just wondering if you had any updates on this. I know your extremely busy and I do appreciate your assistance with this matter.

Best Regards,

Alex La Mar
I.T. Analyst
+1 979 571 0181 Cell
+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>


"Mrak, Jennifer" <jennifer.mrak@sap.com>

01/17/2006 04:32 PM


To
"Alex La Mar" <Alex_Lamar@tomorrownow.com>
cc

Subject
RE: Licensing




Alex,
That I know of we do not have an existing enterprise license agreement w/ Oracle. I am going to discuss this w/ our counterpart from Germany tomorrow. He is here for the next 4 days and if an enterprise agreement does exist he would know....

Will update you when I have more info.

Regards,
Jen



From: Alex La Mar [mailto:Alex_Lamar@tomorrownow.com]
Sent: Monday, January 16, 2006 11:29 AM
To: Mrak, Jennifer; Appleyard, Ann
Subject: Licensing

Hi All,

I've been assigned the task to find out the proper channel to pursue for the following purchasing request. We need to purchase Oracle database licenses for environments where we develop our customer's

deliverables.  Specifically, we should purchase Oracle Standard Edition for a 4 CPU machine running AIX and a 4 CPU machine running Windows.    Do you know the process to request this purchase or if TomorrowNow would fall under some enterprise license agreement established by Oracle with SAP?

I truly appreciate your assistance with this,

Alex La Mar
I.T. Analyst
+1 979 571 0181 Cell
+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>