# EXHIBIT 76

Message

**From:** CN=Desmond Harris/O=TomorrowNow
**Sent:** 12/4/2006 12:14:00 PM
**To:** CN=John Ritchie/O=TomorrowNow
**CC:** CN=Josh P Testone/O=TomorrowNow; CN=Julio Guzman/O=TomorrowNow; CN=Mark DeLing/O=TomorrowNow
**Subject:** Re: PeopleSoft login info

That Password is for Rockwell and they are off maint.
try this
PW: debrag
ID: dg2006

**Desmond Harris**

**Technical Services Supervisor**

TomorrowNow, Inc

+1 979 691 4135 Phone

+1 979 571 0385 Mobile

+1 979 691 4110 Fax

www.tomorrownow.com <http://www.tomorrownow.com/>


**John Ritchie/TomorrowNow** 12/04/2006 12:10 PM
To Desmond Harris/TomorrowNow  cc Josh P Testone/TomorrowNow, Julio Guzman/TomorrowNow, Mark DeLing/TomorrowNow  Subject Re: PeopleSoft login info

I tried it several times and just now again on the PeopleSoft login page. I did a copy and past of the login and typed it manually as well. Just leaves me at the log in page.

What about changing the password for bbohannon? Can I just do that?

**John Ritchie**
**Senior Service Automation Developer**
TomorrowNow
Tel:     +1 713 423 - 3713
Mobile: +1 832 858 - 4177
Email: john_ritchie@tomorrownow.com
www.tomorrownow.com


**Desmond Harris/TomorrowNow** 12/04/2006 12:07 PM To John Ritchie/TomorrowNow  cc Josh P Testone/TomorrowNow, Julio Guzman/TomorrowNow, Mark DeLing/TomorrowNow  Subject Re: PeopleSoft login info



**Ex 76 - Page 1**

CONFIDENTIAL INFORMATION

TN-OR01504649

It works, I tried it before I sent it to you and I just logged in again.

**Desmond Harris**

**Technical Services Supervisor**

TomorrowNow, Inc

+1 979 691 4135 Phone

+1 979 571 0385 Mobile

+1 979 691 4110 Fax

www.tomorrownow.com <http://www.tomorrownow.com/>

**John Ritchie/TomorrowNow** 12/04/2006 11:15 AM
To Desmond Harris/TomorrowNow  cc Josh P Testone/TomorrowNow, Julio Guzman/TomorrowNow, Mark DeLing/TomorrowNow  Subject Re: PeopleSoft login info

Doesn't work

**John Ritchie**
**Senior Service Automation Developer**
TomorrowNow
Tel:     +1 713 423 - 3713
Mobile: +1 832 858 - 4177
Email: john_ritchie@tomorrownow.com
www.tomorrownow.com

**Desmond Harris/TomorrowNow** 12/04/2006 11:09 AM To John Ritchie/TomorrowNow  cc Josh P Testone/TomorrowNow, Julio Guzman/TomorrowNow, Mark DeLing/TomorrowNow  Subject Re: PeopleSoft login info

Use this
**PW**: janyas
**ID**: NOV012006

**Desmond Harris**

**Technical Services Supervisor**

TomorrowNow, Inc

+1 979 691 4135 Phone

+1 979 571 0385 Mobile

+1 979 691 4110 Fax

CONFIDENTIAL INFORMATION                                                        TN-OR01504650

www.tomorrownow.com <http://www.tomorrownow.com/>

**John Ritchie/TomorrowNow** 12/04/2006 09:57 AM
To Desmond Harris/TomorrowNow, Josh P Testone/TomorrowNow  cc Julio Guzman/TomorrowNow, Mark DeLing/TomorrowNow  Subject PeopleSoft login info

Good morning,
During testing of a new module to Titan Peoplesoft I tried to log in manually to the site and the site is prompting me to change the password.  Current user & pass is bbohannon and guitar3.  Is this a valid customer still, or can I change the password to what I want???  I need an answer soon as this is holding up development.  Thanks.

John Ritchie
Senior Service Automation Developer
TomorrowNow
Tel:    +1 713 423 - 3713
Mobile: +1 832 858 - 4177
Email: john_ritchie@tomorrownow.com
www.tomorrownow.com

CONFIDENTIAL INFORMATION                                                                                       TN-OR01504651