# EXHIBIT 78

Dockets.Justia.com

Message

| | |
|---|---|
| **From:** | CN=John Baugh/O=TomorrowNow |
| **Sent:** | 7/27/2004 9:01:10 PM |
| **To:** | george_lester@tomorrownow.com |
| **Subject:** | Fw: Environment Build List |
| **Attachments:** | PS Environments Build.mpp; Supported Platforms by Tools Release.xls; Third Party Software by Tools Release.xls; PS Environments.xls |

George,

This is the email that I sent to you the other day. Please let me know if you have any questions or any problems with the attachments.

Thanks,
John

----- Forwarded by John Baugh/TomorrowNow on 07/27/2004 09:00 PM -----

**John Baugh/TomorrowNow**

07/22/2004 10:48 AM

To
George Lester <george_lester@tomorrownow.com>

cc
shelley_nelson@tomorrownow.com

Subject
Re: Environment Build List

George,

I have attached the project plan I was working with to build environments. I have also attached the support platforms spreadsheet we were discussing yesterday. Let me know if you have any questions.

Thanks,
John

   

PS Environments Build.mpp    Supported Platforms by Too...    Third Party Software by Tool...    PS Environments.xls



CONFIDENTIAL INFORMATION    Ex 78 - Page 1    TN-OR00465698

**George Lester**
**<george_lester@tomorrownow.com>**

07/22/2004 09:34 AM

To: shelley_nelson@tomorrownow.com

cc: john_baugh@tomorrownow.com

Subject: Environment Build List

Hi Shelley,
I spoke with John yesterday and he mentioned you had a list of Demo Environments that you needed built.   When you get a chance can you send that list to me?
Thanks in advance,
- George


George Lester
Senior Technical Support Engineer
TomorrowNow Inc,
Office Phone:  704/895-6965
george_lester@tomorrownow.com

CONFIDENTIAL INFORMATION

**Ex 78 - Page 2**

TN-OR00465699

PS Environments Build.mpp

| ID | 0 | Task Name | Duration | Start | Finish | % Complete | Predecessors | Resource Names |
|---|---|---|---|---|---|---|---|---|
| 1 | ✓ | Compile Platforms database summary by PeopleTools version for scoping environments | 0 days | Mon 1/5/04 | Mon 1/5/04 | 100% | | JMB |
| 2 | ✓ | Compile list of existing needs for client DBMS server and server OS environments | 1 day | Mon 1/5/04 | Mon 1/5/04 | 100% | | AJN,JMB |
| 3 | ✓ | Determine # of PeopleSoft enterprise environments required by version | 0.06 days | Mon 1/5/04 | Mon 1/5/04 | 100% | | |
| 10 | ✓ | Determine # of PeopleSoft enterprise environments required by Server OS Platform | 0.13 days | Mon 1/5/04 | Mon 1/5/04 | 100% | | |
| 15 | ✓ | Determine required hardware/OS environments for client service coverage | 0.25 days | Mon 1/5/04 | Mon 1/5/04 | 100% | | |
| 20 | ✓ | Determine required software for each hardware environment | 5.25 days? | Mon 1/5/04 | Mon 1/12/04 | 100% | | |
| 56 | | Order Required Software (Negotiate Agreements as Appropriate) | 62.06 days? | Mon 1/5/04 | Wed 3/31/04 | 68% | | |
| 57 | |    Order RDBMS software | 41 days? | Mon 1/5/04 | Mon 3/1/04 | 77% | | |
| 58 | ✓ |       Order SQLServer 2000 developers for Windows 2000 Advance Server | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 100% | | AJN |
| 59 | ✓ |       Order DB2 for AIX | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 100% | | AJN |
| 60 | ✓ |       Order Informix for Windows and AIX | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 100% | | AJN |
| 61 | ✓ |       Order Sybase for Windows & AIX | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 100% | | JMB |
| 62 | |       Order Informix for HP and Sun | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 0% | | AJN |
| 63 | |       Order Sybase for HP and Sun | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 0% | | AJN |
| 64 | |       Order Oracle for AIX, HP, Sun, and Windows 2000 Advance Server | 41 days? | Mon 1/5/04 | Mon 3/1/04 | 81% | | |
| 65 | ✓ |          Download Oracle 8.1.7 32-bit for development only for AIX 5.2 | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 66 | ✓ |          Download Oracle 8.1.7 64-bit for development only for AIX 5.2 | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 67 | |          Download Oracle 8.1.7 Enterprise Edition for development only for W2K | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 68 | |          Download Oracle 8.1.7 Standard Edition for development only for W2K | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 69 | |          Download Oracle 8.1.7 Client for development only for W2K | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 70 | |          Download Oracle 8.1.7 32-bit for development only for Solaris 9 | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 71 | |          Download Oracle 8.1.7 64-bit for development only for Solaris 9 | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 72 | ✓ |          Download Oracle 8.1.7 64-bit for development only for HP-UX 11.11 | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 73 | ✓ |          Download Oracle 9.2.0.1 for development only for AIX 5.2 | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 74 | |          Download Oracle 9.2.0.4 patch for development only for AIX 5.2 | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 0% | | |
| 75 | |          Download Oracle 9.2.0.1 for development only for W2K | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 76 | |          Download Oracle 9.2.0.4 patch for development only for W2K | 1 day? | Mon 3/1/04 | Mon 3/1/04 | 100% | | |
| 77 | |          Download Oracle 9i for development only for Solaris 9 | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 78 | |          Download Oracle 9.2.0.4 patch for development only for Solaris 9 | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 0% | | |
| 79 | ✓ |          Download Oracle 9.2.0.1 64-bit for development only for HP-UX 11.11 | 1 day | Mon 3/1/04 | Mon 3/1/04 | 100% | | JMB |
| 80 | |          Download Oracle 9.2.0.4 patch for development only for HP-UX 11.11 | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 0% | | |
| 81 | |    Order QuickTest Pro from Mercury Interactive | 62.06 days | Mon 1/5/04 | Wed 3/31/04 | 76% | | |
| 88 | |    Order Microfocus COBOL compilers | 0.13 days | Mon 1/5/04 | Mon 1/5/04 | 75% | | |
| 93 | |    Order software for Remote PeopleSoft Development pt 7.x and 8.x | 0.38 days | Mon 1/5/04 | Mon 1/5/04 | 0% | | |
| 98 | |    Order Veritas backup software and licenses | 0.5 days | Mon 1/5/04 | Mon 1/5/04 | 0% | | |
| 105 | | Determine PeopleSoft enterprise environment numbers by version | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 0% | | |
| 106 | | Determine PeopleSoft server environments needed | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 0% | | |
| 107 | | | | | | | | |
| 108 | | Build Dell Windows Server (TN-DELL2650-01) | 1 day? | Mon 1/5/04 | Mon 1/5/04 | 56% | | |
| 128 | | Move Files to E:\drive | 2 days? | Mon 1/5/04 | Tue 1/6/04 | 0% | | |
| 144 | | | | | | | | |
| 145 | | | | | | | | |
| 146 | | | | | | | | |

TN-OR00465700

Ex 78 - Page 3