# EXHIBIT 79

Dockets.Justia.com

Nature of Harm/Damage

1. Bandwidth / Computing Resources

2. Customer Feedback Data
   - Jason Rice Database
     Example: Used by Buffy
   - Clicks
     Example: Used by Sid

3. Costs of Investigation
   - time / labor
   - Hardware / Software
   - Travel / Telco

4. - ~~took our~~ Intellectual Property
   - violation of the confidential nature


DEFENDANT'S EXHIBIT 167
Koehler 12·5·08

Investigation Time / Hardware
- excluding eDiscovery
- conservative estimations
- excluding Travel/Telco costs

|  | Time | Hardware |
|---|---|---|
| Buffy Ranson | 1 month |  |
| Jason Rice | 30% of Buffy |  |
| Julie O'Shea | 75% of Buffy |  |
| Tod Keifer | 2 month | laptop / HDD |
| Sid Chilakapati | 2-4 month | 4 laptops / 2 HDD |
| Paul Brook | 10 days | 1 HDD |
| Carlos Barradas + 7 team members | 2 month slightly less than Carlos |  |
| GIS (Marlene, Uwe, Eric, Steve, Adrian) | 100 days | 8 HDD (2TB LaCie) |