# EXHIBIT 83

# Legal Disclaimer

==Any software that is made available to download from this server ("Software") is the copyrighted work of PeopleSoft, Inc. ("PeopleSoft") and/or its affiliates or suppliers.== All use and distribution of the Software is governed by the terms of the software license agreement that is in effect between you and PeopleSoft ("License Agreement"). The Software is part of the Licensed Products under the License Agreement. ==The Software is made available for downloading solely for use by licensed end users according to the License Agreement. Any reproduction or redistribution of the Software not in accordance with the License Agreement is expressly prohibited.==

==WITHOUT LIMITING THE FOREGOING, COPYING OR REPRODUCTION OF THE SOFTWARE TO ANY OTHER SERVER OR LOCATION FOR FURTHER REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED.==

YOU UNDERSTAND THAT THERE ARE THREATS KNOWN AS SOFTWARE VIRUSES AS WELL AS OTHER HARMFUL CODE. YOU FURTHER UNDERSTAND AND AGREE THAT THE NETWORK OVER WHICH YOU ARE DOWNLOADING THE SOFTWARE IS NOT SECURE, THAT THE SOFTWARE YOU ARE DOWNLOADING MAY BE CORRUPTED OR HAVE VIRUSES OR OTHER HARMFUL CODE INTRODUCED INTO IT, AND THAT PEOPLESOFT HAS NEITHER CONTROL NOR RIGHT OF CONTROL OVER THE NETWORK.

THE SOFTWARE IS WARRANTED, IF AT ALL, ONLY ACCORDING TO THE TERMS OF THE LICENSE AGREEMENT.



Allison
Exhibit 827
11·12·09
Holly Thuman, CSR

CONFIDENTIAL INFORMATION

**Ex 83 - Page 1**

ORCL00051976