# EXHIBIT 91

Dockets.Justia.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-942-003**

**Effective date of registration:**

June 29, 2009

---

## Title

**Title of Work:** Oracle Database 10g Release 2

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** July 11, 2005         **Nation of 1st Publication:** United States

## Author

- **Author:** Oracle Corporation
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Oracle International Corporation
500 Oracle Parkway, Redwood City, CA, 94065, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version(s) of Oracle Database.

**New material included in claim:** computer program, Revisions, additional code and text of computer program.

## Certification

**Name:** Shameek Ghose

**Date:** June 29, 2009

Page 1 of 1

ORCL00726685

**IPN#:**

**Registration #:**   TX0006942003

**Service Request #:**   1-207386889

Bingham McCutchen, LLP
Shameek Ghose
2020 K Street
Washington, DC 20006-1806  United States

ORCL00726686