# EXHIBIT 93

Dockets.Justia.com

## Selected Entries from TN-OR08720040

| ENV_ID | ENV_NAME | Source of Original Media |
|---|---|---|
| 50 | D702DATM | Safeway Stores Inc. or Washington Gas Light |
| 51 | D751DATM | Safeway Stores Inc. or Washington Gas Light |
| 67 | HR70203F | Safeway Stores Inc. or Washington Gas Light |
| 75 | HR70203G | Safeway Stores Inc. or Washington Gas Light |
| 84 | HR70204A | Safeway Stores Inc. or Washington Gas Light |
| 91 | HR70204B | Safeway Stores Inc. or Washington Gas Light |
| 102 | HR70204C | Safeway Stores Inc. or Washington Gas Light |
| 105 | HR70204D | Safeway Stores Inc. or Washington Gas Light |
| 114 | HR70204E | Safeway Stores Inc. or Washington Gas Light |
| 119 | HR70204F | Safeway Stores Inc. or Washington Gas Light |
| 121 | HR70205A | Safeway Stores Inc. or Washington Gas Light |
| 126 | HR70205B | Safeway Stores Inc. or Washington Gas Light |
| 166 | HR70205C | Safeway Stores Inc. or Washington Gas Light |
| 225 | HR70205D | Safeway Stores Inc. or Washington Gas Light |
| 226 | HR702CSS | Safeway Stores Inc. or Washington Gas Light |
| 18 | HR702DAT | Safeway Stores Inc. or Washington Gas Light |
| 258 | HR702DEV | Safeway Stores Inc. or Washington Gas Light |
| 80 | HR702REP | Safeway Stores Inc. or Washington Gas Light |
| 238 | HR702TST | Safeway Stores Inc. or Washington Gas Light |
| 66 | HR75103F | Safeway Stores Inc. or Washington Gas Light |
| 74 | HR75103G | Safeway Stores Inc. or Washington Gas Light |
| 82 | HR75104A | Safeway Stores Inc. or Washington Gas Light |
| 90 | HR75104B | Safeway Stores Inc. or Washington Gas Light |
| 101 | HR75104C | Safeway Stores Inc. or Washington Gas Light |
| 104 | HR75104D | Safeway Stores Inc. or Washington Gas Light |
| 113 | HR75104E | Safeway Stores Inc. or Washington Gas Light |
| 116 | HR75104F | Safeway Stores Inc. or Washington Gas Light |
| 120 | HR75105A | Safeway Stores Inc. or Washington Gas Light |
| 128 | HR75105B | Safeway Stores Inc. or Washington Gas Light |
| 165 | HR75105C | Safeway Stores Inc. or Washington Gas Light |
| 188 | HR75105D | Safeway Stores Inc. or Washington Gas Light |
| 98 | HR751ARC | Safeway Stores Inc. or Washington Gas Light |
| 227 | HR751CSS | Safeway Stores Inc. or Washington Gas Light |
| 19 | HR751DAT | Safeway Stores Inc. or Washington Gas Light |
| 107 | HR751FTI | Safeway Stores Inc. or Washington Gas Light |
| 71 | HR751HPA | Safeway Stores Inc. or Washington Gas Light |
| 93 | HR751PHS | Safeway Stores Inc. or Washington Gas Light |
| 79 | HR751REP | Safeway Stores Inc. or Washington Gas Light |
| 72 | HR751SAS | Safeway Stores Inc. or Washington Gas Light |
| 88 | HR751SKP | Safeway Stores Inc. or Washington Gas Light |
| 111 | HR751TEL | Safeway Stores Inc. or Washington Gas Light |
| 87 | HR751TST | Safeway Stores Inc. or Washington Gas Light |
| 94 | HR751YR2 | Safeway Stores Inc. or Washington Gas Light |
| 108 | HR75CTST | Safeway Stores Inc. or Washington Gas Light |
| 263 | H702RHIM | Safeway or Washington Gas Light |
| 52 | D810DATM | One of the TomorrowNow clients on support during 2003 |
| 10 | HR801FM | One of the TomorrowNow clients on support during 2003 |
| 2 | HR81003C | One of the TomorrowNow clients on support during 2003 |
| 3 | HR81003E | One of the TomorrowNow clients on support during 2003 |
| 4 | HR81003F | One of the TomorrowNow clients on support during 2003 |
| 5 | HR81003G | One of the TomorrowNow clients on support during 2003 |
| 6 | HR81004A | One of the TomorrowNow clients on support during 2003 |
| 7 | HR81004B | One of the TomorrowNow clients on support during 2003 |
| 11 | HR81004C | One of the TomorrowNow clients on support during 2003 |
| 12 | HR81004D | One of the TomorrowNow clients on support during 2003 |
| 15 | HR81004E | One of the TomorrowNow clients on support during 2003 |
| 16 | HR81004F | One of the TomorrowNow clients on support during 2003 |
| 17 | HR81005A | One of the TomorrowNow clients on support during 2003 |
| 22 | HR81005B | One of the TomorrowNow clients on support during 2003 |
| 168 | HR81005C | One of the TomorrowNow clients on support during 2003 |
| 187 | HR81005D | One of the TomorrowNow clients on support during 2003 |
| 228 | HR81005F | One of the TomorrowNow clients on support during 2003 |
| 229 | HR81006A | One of the TomorrowNow clients on support during 2003 |
| 251 | HR81006B | One of the TomorrowNow clients on support during 2003 |
| 321 | HR81006C | One of the TomorrowNow clients on support during 2003 |
| 320 | HR81006D | One of the TomorrowNow clients on support during 2003 |
| 324 | HR81006E | One of the TomorrowNow clients on support during 2003 |
| 323 | HR81006F | One of the TomorrowNow clients on support during 2003 |
| 335 | HR81007A | One of the TomorrowNow clients on support during 2003 |
| 20 | HR810DAT | One of the TomorrowNow clients on support during 2003 |
| 1 | HR810DMO | One of the TomorrowNow clients on support during 2003 |
| 13 | HR810PRX | One of the TomorrowNow clients on support during 2003 |
| 14 | HR810QGI | One of the TomorrowNow clients on support during 2003 |
| 319 | F753AU | |
| 141 | F753MV01 | |
| 142 | F753UPG_ | |
| 204 | F842TMPO | |
| 8 | FS803DMO | |
| 158 | FX753 | |
| 206 | H751DMO | |
| 56 | H751FXC | |
| 62 | H751FXG | |

## Selected Entries from TN-OR08720040

| ENV_ID | ENV_NAME | Source of Original Media |
|--------|----------|--------------------------|
| 57 | H751FXM | |
| 63 | H751FXP | |
| 69 | HS70203F | |
| 76 | HS70203G | |
| 86 | HS70204A | |
| 89 | HS702REP | |
| 311 | S761AUDO | |
| 27 | STATREPO | |
| 344 | TSDMO | |