# EXHIBIT 94

Dockets.Justia.com

| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359)<br>JONES DAY |
| 2 | San Francisco Office<br>555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104<br>Telephone  (415) 626-3939 |
| 4 | Facsimile  (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 5 | |
| 6 | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776) |
| 7 | JONES DAY<br>Silicon Valley Office |
| 8 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 9 | Telephone  (650) 739-3939<br>Facsimile  (650) 739-3900 |
| 10 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 11 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| 12 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY |
| 13 | 717 Texas, Suite 3300<br>Houston, TX 77002 |
| 14 | Telephone  (832) 239-3939<br>Facsimile  (832) 239-3600 |
| 15 | swcowan@jonesday.com<br>jlfuchs@jonesday.com |
| 16 | Attorneys for Defendants |
| 17 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>SAP AG, et al.,<br><br>       Defendants. | Case No. 07-CV-1658 PJH-EDL<br><br>**DEFENDANT TOMORROWNOW, INC.'S SECOND AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF ORACLE CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION**<br><br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** |

**REQUEST FOR ADMISSION NO. 13:**

Admit that You reviewed the "Terms of Use" of Oracle's Customer Connection website prior to Your use of Customer Connection.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

ADMITTED.

CONFIDENTIAL—TOMORROWNOW'S 2ND AMND. & SUPP. RESPONSE TO FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

– 9 –

HUI-121379v1

1
2
3
4
5
6
7
8
9
10
11  Dated  December 4, 2009                    JONES DAY
12
13
                                              By  /s/ Jason McDonell
14                                                Jason McDonell

15                                            Counsel for Defendants
                                              SAP AG, SAP AMERICA, INC., and
16                                            TOMORROWNOW, INC.
17
18
19
20
21
22
23
24
25
26
27
                                                            CONFIDENTIAL—TOMORROWNOW'S 2ND
28                                                          AMND. & SUPP. RESPONSE TO FIRST SET OF
                                                                  REQUESTS FOR ADMISSION
                                                                  Case No. 07-CV-1658 PJH (EDL)

– 49 –

HUI-121379v1

# PROOF OF SERVICE

I, Laurie Paige Burns, declare

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On December 4, 2009, I served a copy of the attached document(s)

**DEFENDANT TOMORROWNOW, INC.'S SECOND AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF ORACLE CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION — CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett
Geoffrey M. Howard
Holly House
Zachary J. Alinder
Bree Hahn
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hahn@bingham.com

Executed on December 4, 2009, at San Francisco, California.

By _____
Laurie Paige Burns

PROOF OF SERVICE,
Case No. 07-CV-1658 PJH (EDL)

HUI-121379v1