Oracle Corporation et al v. SAP AG et al                                               Doc. 657 Att. 98

# EXHIBIT 98

Dockets.Justia.com

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAP AG, et al.,<br><br>　　　　　Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DEFENDANTS' FOURTH AMENDED RESPONSES TO REQUESTS 496 THROUGH 680 OF PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANTS TOMORROWNOW, INC., SAP AG, AND SAP AMERICA, INC.**<br><br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** |

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

07-CV-1658 PJH (EDL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17 **REQUEST FOR ADMISSION NO. 501:**
18
19
20

Admit that for the majority of Fixes or Updates listed in the first two columns of Exhibit A, TN acquired a Copy of a tax Update published by PeopleSoft or Oracle by Downloading it from Customer Connection to use in Developing the Fix or Update.

21 **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 501:**

22 Defendants incorporate by reference, as if fully set forth herein, all of Defendants'
23 General Objections noted above. Defendants' response is based solely on Defendant
24 TomorrowNow's knowledge with respect to the information sought in this request because
25 Defendants SAP AG and SAP America have no additional knowledge separate and apart from the
26 information provided by Defendant TomorrowNow in this response. Moreover, Defendants
27 object to this request on the basis that it is unduly burdensome because Defendants' burden
28 associated with responding to this request is substantially similar to the burden for Plaintiffs to

obtain the information sought through this request, especially because the available documents, data and other information from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants. Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

==ADMITTED.==

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

17 Dated: February 22, 2009    JONES DAY

18

19    By: /s/ Scott W. Cowan
          Scott W. Cowan
20

21    Counsel for Defendants
      SAP AG, SAP AMERICA, INC., and
22    TOMORROWNOW, INC.

23
24
25
26
27
28

## PROOF OF SERVICE

I, Laurie Paige Burns, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On February 22, 2010, I served a copy of the attached document(s):

**DEFENDANTS' FOURTH AMENDED RESPONSES TO REQUESTS 496 THROUGH 680 OF PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANTS TOMORROWNOW, INC., SAP AG, AND SAP AMERICA, INC.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett, Esq.
Geoffrey M. Howard, Esq.
Holly A. House, Esq.
Zachary J. Alinder, Esq.
Bree Hann, Esq.
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*donn.pickett@bingham.com*
*geoff.howard@bingham.com*
*holly.house@bingham.com*
*zachary.alinder@bingham.com*
*bree.hann@bingham.com*

Executed on February 22, 2010, at San Francisco, California.

By: _____
Laurie Paige Burns

PROOF OF SERVICE
Case No. 07-CV-1658 PJH (EDL)

# Exhibit A

## TOMORROWNOW'S HRMS BUNDLES AND UPDATES

| | | |
|---|---|---|
| 2002E-702C | 2004B-702C | TN-PY04JUN |
| 2002E-702P | 2004B-702P | TN-PY04JUL |
| 2002E-702S | 2004B-751G | TN-PY04AUG |
| 2002F-702C | 2004C-702C | TN-PY04OCT |
| 2002F-702P | 2004C-702P | TN-PY04DEC |
| 2002F-702S | 2004C-751G | |
| 2002G-702C | 2004D-702C | TN-PY05JAN |
| 2002G-702P | 2004D-702P | TN-PY05FEB |
| 2002G-702S | 2004D-751G | TN-PY05MAR |
| | 2004E-702C | TN-PY05JUN |
| 2003A-702C | 2004E-702P | TN-PY05AUG |
| 2003A-702P | 2004E-751G | TN-PY05OCT |
| 2003A-702S | 2004E-760S | TN-PY05DEC |
| 2003B-702C | 2004F-702C | TN-PY05FNL |
| 2003B-702P | 2004F-702P | TN-PY05CAN |
| 2003B-702S | 2004F-751C | |
| 2003C-702C | 2004F-751C | TN-PY06JAN |
| 2003C-702P | 2004F-751C | TN-PY06FEB |
| 2003C-702S | 2004F-751C | TN-PY06MAR |
| 2003D-702C | 2004F-751G | TN-PY06JUN |
| 2003D-702P | 2004F-760S | TN-PY06AUG |
| 2003D-702S | | TN-PY06OCT |
| 2003E-702C | 2005A-702C | TN-PY06DEC |
| 2003E-702P | 2005A-702P | TN-PY06FNL |
| 2003E-702S | 2005A-751G | |
| 2003E-751G | 2005A-760S | TN-PY07JAN |
| 2003F-702C | 2005B-702C | TN-PY07MAR |
| 2003F-702P | 2005B-702P | TN-PY07JUN |
| 2003F-702S | 2005B-751G | TN-PY07AUG |
| 2003F-751G | 2005B-760S | TN-PY07OCT |
| 2003G-702C | 2005C-702C | TN-PY07DEC |
| 2003G-702P | 2005C-702P | TN-PY07FNL |
| 2003G-702S | 2005C-751G | |
| 2003G-751G | 2005C-760S | TN-PY08JAN |
| | 2005D-702C | TN-PY08MAR |
| 2004A-702C | 2005D-702P | TN-PY08JUN |
| 2004A-702P | 2005D-751C | |
| 2004A-702S | 2005D-751G | |
| 2004A-751G | 2005D-760S | |

CONFIDENTIAL INFORMATION


EXHIBIT NO. 913
WK 2/12/09