# EXHIBIT 100

Dockets.Justia.com

1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:    (650) 739-3939
10 Facsimile:    (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:    (832) 239-3939
15 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19          UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA

21               OAKLAND DIVISION

22 ORACLE USA, INC., et al.,          **CASE NO. 07-CV-1658 PJH (EDL)**

23              Plaintiffs,           **DEFENDANT TOMORROWNOW,
                                      INC.'S SEVENTH AMENDED AND
        v.                           SUPPLEMENTAL RESPONSE TO
24                                    PLAINTIFF ORACLE USA, INC.'S
   SAP AG, et al.,                    FIRST SET OF INTERROGATORIES
25                                    (SET ONE)**
              Defendants.
26

27

28
                                     TOMORROWNOW'S 7th AMENDED
                                     AND SUPP. RESP. TO ROGS.
   HUI-121364v1                      Case No. 07-CV-1658 PJH (EDL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 **<u>INTERROGATORY NO. 6</u>:**

26      Describe in as much detail as possible all facts which support Your contention in ¶ 4 of

27 Your Answer's Affirmative Defenses that "Plaintiffs' claim for copyright infringement is barred

28 by the doctrine of misuse."

TOMORROWNOW'S 7th AMENDED
AND SUPP. RESP. TO ROGS.
Case No. 07-CV-1658 PJH (EDL)

1   **RESPONSE TO INTERROGATORY NO. 6:**

2           In addition to the General Responses and Objections, TomorrowNow objects that this

3   interrogatory is a premature contention interrogatory and that it is compound, unduly burdensome

4   and oppressive to the extent it seeks a narrative answer as to each of the allegedly copyrighted

5   materials mentioned in Oracle's complaint.  TomorrowNow further objects that Oracle has

6   frustrated TomorrowNow's investigation and discovery into this issue by refusing to produce

7   documents and information related to Oracle's alleged copyrighted materials.  TomorrowNow

8   will supplement its response to this interrogatory as its continuing investigation and discovery

9   permit.

10  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

11          TomorrowNow further responds that Plaintiffs have acted to restrict creative expression,

12  have leveraged their copyrights in an anti-competitive manner, and have attempted to expand the

13  scope of their copyright protection beyond the limits of the exclusive rights granted by the

14  Copyright Act by improperly purporting to enforce their copyrights and otherwise communicating

15  to potential and actual customers and those who do provide or may consider providing support

16  and maintenance for Oracle products that it is not legally permissible to engage in such support.

17  Notwithstanding that Defendants' investigation and analysis of these issues are ongoing, facts of

18  which Defendants are currently aware include, but are not limited to: (1) testimony by Oracle

19  Corporation's corporate representative that the company knows of no legitimate way in which a

20  third party can provide support for PeopleSoft products, *see, e.g.,* September 23, 2008 Rule

21  30(b)(6) Deposition of Richard Cummins, 399:10-400:15; (2) testimony by Oracle Corporation's

22  Vice President of Global Support Services that companies must have a relationship with Oracle to

23  provide third party support, *see e.g.* April 30, 2009 Deposition of Buffy Ransom, 67:4-10

24  (testifying that third party support companies fall into one of two categories—"support partners

25  that are sanctioned and have a relationship with us that provide Level 1 support" and "companies

26  that were not partners, or not sanctioned relationship partners that claimed that they could provide

27  support"); (3) a declaration by the Senior Director of Global Practices for Oracle USA, Inc. and

28  Oracle Corporation that she is "not aware of any license with any Partner that would allow that

1   partner to copy Oracle's application software and support materials in order to create their own

2   fixes, patches or updates for customers," *see* Declaration of Colleen A. Kelly in Support of

3   Oracle's Opposition  to Defendants' Motion to Compel Discovery (D.I. 256); (4) Plaintiffs'

4   admissions that, in their "marketing collateral for their support service sales representatives' use

5   in selling against TomorrowNow, Oracle did include multiple references to the unique value of

6   the Oracle-owned and proprietary intellectual property (including IP at the code level) needed to

7   perform full and legal support for every Oracle-owned application licensed to customers," *see*

8   May 1, 2009 Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for

9   Admission ("RFAs"), Responses to RFA Nos. 15, 20, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75,

10   80, 85, 90, 95, 100, 105, 110, 115, 120, 125, 130, 135, 140, and 145 and May 1, 2009 Plaintiffs'

11   Responses and Objections to Defendants' Sixth Set of Interrogatories, Responses to Interrogatory

12   Nos. 105 and 110; (5) and Plaintiffs' continuing inability to identify any "methods Oracle

13   believes companies that provide third-party support for any Oracle product referred to in the

14   Complaint or at issue in this litigation may permissibly employ in providing such support,

15   including with respect to access to, and Downloading of, the Software and Support Materials,"

16   *see* October 26, 2007 Plaintiffs' Amended and Supplemental Responses and Objections to

17   Defendant TomorrowNow, Inc.'s First Set of Interrogatories, Response to Interrogatory No. 10.

18   TomorrowNow will supplement its response to this interrogatory as its continuing investigation

19   and discovery permit.

20   **INTERROGATORY NO. 7:**

21

22

23

24

25

26

27

28

TOMORROWNOW'S 7th AMENDED
AND SUPP. RESP. TO ROGS.
Case No. 07-CV-1658 PJH (EDL)

1

2

3

4

5

6    Dated: December 4, 2009                    JONES DAY

7

8                                       By:  /s/ Jason McDonell
                                             _____
9                                            Jason McDonell
                                             Counsel for Defendants
10                                           SAP AG, SAP AMERICA, INC., and
                                             TOMORROWNOW, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Laurie Paige Burns, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California St, 26th Fl., San Francisco, CA 94104. On December 4, 2009, I served a copy of the attached document(s):

**DEFENDANTS' SEVENTH AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO DEFENDANT TOMORROWNOW, INC. AND THIRD SET OF INTERROGATORIES TO DEFENDANTS SAP AG AND SAP AMERICA, INC.**

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope and causing such envelope to be hand delivered to the office of the addressee on the date specified above.

☒   by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett, Esq.
Geoffrey M. Howard, Esq.
Holly House, Esq.
Zachary J. Alinder, Esq.
Bree Hann, Esq.
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*donn.pickett@bingham.com*
*geoff.howard@bingham.com*
*holly.house@bingham.com*
*zachary.alinder@bingham.com*
*bree.hann@bingham.com*

Executed on December 4, 2009, at San Francisco, California.

By: _____
LAURIE PAIGE BURNS

HUI-121368v1

PROOF OF SERVICE
Case No. 07-CV-1658 PJH (EDL)