# EXHIBIT 101

Dockets.Justia.com

1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   San Francisco Office
    555 California Street, 26th Floor
4   San Francisco, CA  94104
    Telephone:      (415) 626-3939
5   Facsimile:      (415) 875-5700
    ramittelstaedt@jonesday.com
6   jmcdonell@jonesday.com
    ewallace@jonesday.com
7
    Tharan Gregory Lanier (SBN 138784)
8   Jane L. Froyd (SBN 220776)
    JONES DAY
9   Silicon Valley Office
    1755 Embarcadero Road
10  Palo Alto, CA  94303
    Telephone:      (650) 739-3939
11  Facsimile:      (650) 739-3900
    tglanier@jonesday.com
12  jfroyd@jonesday.com

13  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
14  JONES DAY
    717 Texas, Suite 3300
15  Houston, TX  77002
    Telephone:      (832) 239-3939
16  Facsimile:      (832) 239-3600
    swcowan@jonesday.com
17  jlfuchs@jonesday.com

18  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
19  TOMORROWNOW, INC.

20              UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22                    OAKLAND DIVISION

23  ORACLE USA, INC., et al.,          Case No. 07-CV-1658 PJH (EDL)

24              Plaintiffs,            **DEFENDANTS' FIRST SUPPLEMENTAL
                                       RESPONSES AND OBJECTIONS TO**
25       v.                            **PLAINTIFFS' FIFTH SET OF
                                       INTERROGATORIES TO DEFENDANT**
26  SAP AG, et al.                     **TOMORROWNOW, INC. AND FOURTH SET
                                       OF INTERROGATORIES TO DEFENDANTS**
27              Defendants.            **SAP AG AND SAP AMERICA, INC.**

28

1

2

3

4

5

6

7

8

9

10

11

12

13                                    **INTERROGATORIES**

14    **INTERROGATORY NO. 122:**

15            For each whole or partial Copy of each of the following versions or releases of Oracle

16    Database products located at any time on SAP TN's Systems, Identify all origins or sources (*i.e.,*

17    from whom or where SAP TN obtained any original copy of the Oracle Database product): 8.1,

18    8.1.7 ,8.1.7.0, 8.1.7.0.0, 8.1.7.1.0, 8.1.7.4.0, 8i, 9.0.2.0.0, 9.0.2.692.1, 9.2, 9.2.0, 9.2.0.0,

19    9.2.0.1.0., 9.2.0.4, 9.2.0.4.0,9.2.0.5.0 - 64 bit, 9.2.0.6, 9.2.0.6.0, 9.2.0.7, 9.2.05, 9.2i, 9i,

20    10.1.0.2.0, 10.1.0.3.0, 10.1.0.4.0, 10.1.2.0.0, 10.2.0.0.0, 10.2.0.1.0., 10.2.0.2.0, 10.2.0.3.0, 10g.

21    **RESPONSE TO INTERROGATORY NO. 122:**

22            THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL INFORMATION

23            ***TomorrowNow Answer***

24            Defendant TomorrowNow objects to this interrogatory on the grounds stated in the

25    General Objections and Responses.  Defendant TomorrowNow further objects to this request on

26    burden grounds to the extent the interrogatory purports to request Defendants to create a

27    compilation, abstract, or summary from materials that Defendants have already produced, will

28    produce, or have made available for review through the parties' agreed Data Warehouse protocol.

Defendant TomorrowNow also objects to the extent this interrogatory is cumulative of other discovery requests.  Defendant TomorrowNow objects that this request is misleading, vague, and ambiguous in that the request: (1) fails to define the terms "versions or releases," (2) fails to define and/or use a uniform naming convention for the alleged versions or releases of Oracle database components listed, and (3) lists releases (e.g. 8i, 9i, 10g, 8.1, 9.2i, etc) that would cover multiple versions and/or releases without Plaintiffs providing further identifying information. Defendant TomorrowNow further objects that the phrases "each whole or partial copy," "all origins or sources," "Oracle Database product(s)," "TN's systems," and "any original copy" are overly broad, unduly burdensome, vague and ambiguous.  Defendant TomorrowNow further objects that the term "copy" is vague and ambiguous and that the phrase "original copy" is vague, ambiguous, and confusing.  TomorrowNow objects that the phrase "at any time" makes this request unbounded as to time, and thus, this request is overly broad and unduly burdensome. TomorrowNow further objects that the request improperly assumes that TomorrowNow maintained each of the "versions" listed in the request and, to the extent TomorrowNow did not maintain the "versions" listed, the request is compound and should be treated as multiple interrogatories.

Subject to and without waiving its Objections, Defendant TomorrowNow responds as follows: Defendants incurred the extreme expense and burden of presenting data from TomorrowNow's servers that Defendants' reasonably believe were used in the servicing of TomorrowNow's PeopleSoft, JDE, and Siebel customers, including any Oracle database related components on these servers, through an electronic "Data Warehouse."  TomorrowNow relies on all of its current responses to Plaintiff Oracle Corporation's First Set of Interrogatories to Defendant TomorrowNow, Inc. (Set One) No. 11, including the supplemental database response, in responding to this request. Through this process, Oracle has been able to examine and request production of possible Oracle database related components that were kept in a centralized location.  Pursuant to Rule 33(d), TomorrowNow incorporates by reference and relies on the data made available to Oracle through this process to further respond.

1       As detailed below, TomorrowNow underwent the burden of attempting to locate the exact

2   release information for the database related components on TomorrowNow's network by

3   searching for sqlnet.log files within the network folder of each installation of the Oracle database

4   related product versions to determine the specific release and version information for the

5   instances that were likely installed and accessed by TomorrowNow.  TomorrowNow was able to

6   locate the following information:

7           • PSDEV01_LV00\app\oracle\product\8.1.7\network\log\sqlnet.log, identifying

8           the specific version as 8.1.7.4.0, which was made available to Plaintiffs for

9           inspection as part of the Data Warehouse protocol

10          • PSDEV01_LV00\app\oracle\product\9.2.0\network\log\sqlnet.log, identifying

11          the specific version as 9.2.0.6.0, which was made available to Plaintiffs for

12          inspection as part of the Data Warehouse protocol

13          • DCPSTEMP01\E\oracle\ora92\network\log\sqlnet.log, identifying the specific

14          versions as 9.2.0.1.0 and 9.2.0.4.0, which were made available to Plaintiffs for

15          inspection as part of the Data Warehouse protocol

16          • DCPSTEMP02\D\oracle\ora102\NETWORK\log\sqlnet.log, identifying the

17          specific version as 10.2.0.1.0, which was made available to Plaintiffs for

18          inspection as part of the Data Warehouse protocol

19          • DCPSTEMP02\D\oracle\ora92\network\log\sqlnet.log, identifying the specific

20          version as 9.2.0.4.0, which was made available to Plaintiffs for inspection as

21          part of the Data Warehouse protocol

22          • PSDEV02[also known as PSIBMAIX1]

23          \d01\app\oracle\product\9.2.0\network\log\sqlnet.log, identifying the specific

24          version as 9.2.0.6.0, which was made available to Plaintiffs for inspection as

25          part of the Data Warehouse protocol

26          • PSDEV02[also known as PSIBMAIX1]

27          \d01\app\oracle\product\8.1.7\network\log\sqlnet.log, identifying the specific

28

1    version as 8.1.7.4.0, which was made available to Plaintiffs for inspection as

2    part of the Data Warehouse protocol

3    &bull;   DCSBLPROD03\C\oracle\9.2\network\log\sqlnet.log, identifying the specific

4    version as 9.2.0.4.0; *see* TN-OR04446713, TN(Hard Drive).73

5    &bull;   FSC2.1\DISK2-s001\C\oracle\network\log\sqlnet.log, identifying the specific

6    version as 9.2.0.4.0 as located on the virtual machine from TN-

7    FS01_F\Siebel\Backups\FSC.2 (original and recollected image)(this and all

8    VMs were or will be made available to Plaintiffs for inspection as part of the

9    Data Warehouse protocol)

10    &bull;   FSC2\DISK2-s001\C\oracle\network\log\sqlnet.log, identifying the specific

11    version as 9.2.0.4.0 as located on the virtual machine from TN-

12    FS01_F\Siebel\Backups\FSC2 (original and recollected image)(this and all

13    VMs were or will be made available to Plaintiffs for inspection as part of the

14    Data Warehouse protocol)

15    &bull;   FSC.1\DISK2-s001\C\oracle\9.2\network\log\sqlnet.log, identifying the

16    specific version as 9.2.0.4.0 as located on the virtual machine from TN-

17    FS01_F\Siebel\Backups\FSC.1 (original and recollected image)(this and all

18    VMs were or will be made available to Plaintiffs for inspection as part of the

19    Data Warehouse protocol)

20    &bull;   FSC.2\DISK2-s001\C\oracle\9.2\network\log\sqlnet.log, identifying the

21    specific version as 9.2.0.4.0 as located on the virtual machine from TN-

22    FS01_F\Siebel\Backups\FSC.2 (original and recollected image)(this and all

23    VMs were or will be made available to Plaintiffs for inspection as part of the

24    Data Warehouse protocol)

25    For the following instances, TomorrowNow located a folder structure appearing to

26    correspond with an installed product, but because there is no corresponding sqlnet.log file

27    maintained in the network folder, TomorrowNow reasonably believe these specific installed

28

1  versions were not accessed by TomorrowNow employees as part of TomorrowNow's servicing of

2  its customers:

3  • PSDEV01_LV00\app\oracle\product\10.2.0\network\log which was made

4    available to Plaintiffs for inspection as part of the Data Warehouse protocol

5  • DCSBLPROD04\oracle\10g\NETWORK\log; *see* TN-OR04446714, TN(Hard

6    Drive).74

7  • FSCSALES\Windows Server 2003 Enterprise Edition-

8    s001\C\oracle\9.2\network\log as located on the virtual machine from TN-

9    FS01_F\Siebel\Backups\FSCSALES (original and recollected image)(this and

10   all VMs were or will be made available to Plaintiffs for inspection as part of

11   the Data Warehouse protocol)

12 • FSCSALES.1\Windows Server 2003 Enterprise Edition-

13   s001\C\oracle\9.2\network\log as located on the virtual machine from TN-

14   FS01_F\Siebel\Backups\FSCSALES.1 (original and recollected image)(this

15   and all VMs were or will be made available to Plaintiffs for inspection as part

16   of the Data Warehouse protocol)

17 • FSCSALES.2\C\oracle\9.2\network\log as located on the virtual machine from

18   TN-FS01_F\Siebel\Backups\FSCSALES.2 (recollected image)(this and all

19   VMs were or will be made available to Plaintiffs for inspection as part of the

20   Data Warehouse protocol)

21 • StandardRegister\C\oracle\8.1\network as located on the virtual machine from

22   TN-FS01_F\Siebel\Backups\Standard Register (original and recollected

23   image)(this and all VMs were or will be made available to Plaintiffs for

24   inspection as part of the Data Warehouse protocol)

25 • StandardRegister\C\oracle\9.2\network\log as located on the virtual machine

26   from TN-FS01_F\Siebel\Backups\Standard Register (original and recollected

27   image)(this and all VMs were or will be made available to Plaintiffs for

28   inspection as part of the Data Warehouse protocol)

DEF. 1ST SUPP. RESP. TO 5th ROGS
TO TN AND 4th ROGS TO SAP
Case No. 07-CV-1658 PJH (EDL)

- StandardRegister.1\C\oracle\8.1\network as located on the virtual machine from TN-FS01_F\Siebel\Backups\Standard Register.1 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

- StandardRegister.1\C\oracle\9.2\network\log as located on the virtual machine from TN-FS01_F\Siebel\Backups\Standard Register.1 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

- StandardRegister.2\C\oracle\8.1\network\log as located on the virtual machine from TN-FS01_F\Siebel\Backups\Standard Register.2 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

Additionally, TomorrowNow located folder structures and sqlnet.log files maintained in the network folders on TN-FS01_F, but TomorrowNow does not believe these versions were ever installed and running on TN-FS01_F. Tomorrow reasonably believes that these specific versions were likely installed on a previous server named TN-Dell 2650-01 and the files were later moved to TN-FS01_F as follows:

- TN-FS01_F\C\DellRestore\D Drive\oracle\ora81\network\LOG\sqlnet.log, identifying the specific version 8.1.7.4.0; *see* TN-OR06577705, TN(Hard Drive).94

- TN-FS01_F\C\DellRestore\D Drive\oracle\ora92\network\log\sqlnet.log, identifying the specific version 9.2.0.4.0; *see* TN-OR06577705, TN(Hard Drive).94

TomorrowNow reasonably believes that the following folder paths contain materials that were not running instances of an Oracle database platform or release, but that these materials could be used to install a running instance of a specific version as follows:

DEF. 1ST SUPP. RESP. TO 5th ROGS
TO TN AND 4th ROGS TO SAP
Case No. 07-CV-1658 PJH (EDL)

- TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 10g release 2; *see* TN-OR07099078, TN(Hard Drive).104 (also made available for inspection as part of the original image in the Data Warehouse)
- TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 8i release 3 (8.1.7) Enterprise Edition; *see* TN-OR07099078, TN(Hard Drive).104 (also made available for inspection as part of the original image in the Data Warehouse)
- TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 8i release 3 (8.1.7) Enterprise Edition (64-bit); *see* TN-OR07099078, TN(Hard Drive).104 (also made available for inspection as part of the original image in the Data Warehouse)
- TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 9i release 2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition; *see* TN-OR07099078, TN(Hard Drive).104 (also made available for inspection as part of the original image in the Data Warehouse)
- TN-FS01_F Slice5\TN Software Library\Oracle\HP-UX\Oracle 8i release 3\Oracle 8i release 3 (8.1.7) Enterprise Edition; *see* TN-OR07099078, TN(Hard Drive).104 (also made available for inspection as part of the original image in the Data Warehouse)
- TN-FS01_F Slice5\TN Software Library\Oracle\HP-UX\Oracle 9i release 2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition; *see* TN-OR07099078, TN(Hard Drive).104 (also made available for inspection as part of the original image in the Data Warehouse)
- TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 8i release 3\Oracle 8i release 3 (8.1.7) Enterprise Edition; *see* TN-OR07099078, TN(Hard Drive).104 (also made available for inspection as part of the original image in the Data Warehouse)

1

- TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 8i release
2     3\Oracle 8i release 3 (8.1.7) Enterprise Edition (64-bit); *see* TN-OR07099078,
3     TN(Hard Drive).104 (also made available for inspection as part of the original
4     image in the Data Warehouse)

5

- TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 9i release
6     2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition (64-bit); *see* TN-
7     OR07099078, TN(Hard Drive).104 (also made available for inspection as part
8     of the original image in the Data Warehouse)

9

- TN-FS01_F Slice5\TN Software Library\Oracle\Tru64 Unix\Oracle8i
10     Enterprise Edition Release (8.1.7) for Compaq Tru64 UNIX; *see* TN-
11     OR07099078, TN(Hard Drive).104 (also made available for inspection as part
12     of the original image in the Data Warehouse)

13

- TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle
14     10g release 2; *see* TN-OR07099078, TN(Hard Drive).104(also made available
15     for inspection as part of the original image in the Data Warehouse)

16

- TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle
17     8i release 3; *see* TN-OR07099078, TN(Hard Drive).104 (also made available
18     for inspection as part of the original image in the Data Warehouse)

19

- TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle
20     9i release 2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition; *see* TN-
21     OR07099078, TN(Hard Drive).104 (also made available for inspection as part
22     of the original image in the Data Warehouse)

23     TomorrowNow reasonably believes that no systematic or centralized records were

24 maintained regarding from whom or where these Oracle database components were obtained.

25 TomorrowNow has not yet analyzed whether the database components referenced above contain

26 any software and support materials, including updates/patches and related support materials.  To

27 the extent these are the actual database applications, it is likely that the initial instance of the

28 database release was obtained from the public Oracle Technology Network website.

1  TomorrowNow reasonably believes this website could be www.oracle.com/technology.  To the

2  extent the location and address of the website can be known during the relevant time period, this

3  is information which would be within Plaintiffs' custody, control, and possession.  To the extent

4  updates/patches were applied or stored in the locations identified above, TomorrowNow

5  reasonably believes that they were likely obtained by TomorrowNow employees from the

6  metalink.oracle.com website.

7          In addition, some of the overly broad and unduly burdensome information that this

8  interrogatory seeks is the subject of requested Rule 30(b)(6) deposition testimony and has already

9  been the subject of prior individual testimony.  *See* September 30, 2009 Notice of Deposition of

10  TomorrowNow, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), Topic 1 ("The identification by release,

11  version, and/or filename of any Oracle Database Software in []TN's possession at any time or

12  which []TN obtained, Copied, or used for any purpose"), Topic 2 ("The identification of []TN's

13  computers, servers, or other hardware on which any Oracle Database Software ever resided"),

14  Topic 6 ("The original source of any Oracle Database Software which ever existed on []TN's

15  Systems and the manner or method by which []TN acquired or accessed each such original

16  source"); *see also* April 23, 2009 Deposition of George Lester; September 3, 2009 Deposition of

17  Shelley Nelson.  Pursuant to Rule 33(d), Defendants rely on all documents and files cited to

18  further respond to this interrogatory.

19          ***SAP AG and SAP America Response***

20          Defendant SAP objects to this interrogatory on the grounds stated in the General

21  Objections and Responses.  Consistent with the parties' practices with respect to discovery in this

22  case, SAP interprets this request as limited to information relating to TomorrowNow and/or

23  TomorrowNow's services of PeopleSoft, J.D. Edwards and/or Siebel applications.  Defendant

24  SAP further objects to this request on burden grounds to the extent the interrogatory purports to

25  request Defendants to create a compilation, abstract, or summary from materials that Defendants

26  have already produced, will produce, or have made available for review through the parties'

27  agreed Data Warehouse protocol.  Defendant SAP also objects to the extent this interrogatory is

28  cumulative of other discovery requests.  Defendant TomorrowNow objects that this request is

1   misleading, vague, and ambiguous in that the request: (1) fails to define the terms "versions or

2   releases," (2) fails to define and/or use a uniform naming convention for the alleged versions or

3   releases of Oracle database components listed, and (3) lists releases (e.g. 8i, 9i, 10g, 8.1, 9.2i, etc)

4   that would cover multiple versions and/or releases without Plaintiffs providing further identifying

5   information.  Defendant SAP further objects that the phrases "each whole or partial copy," "all

6   origins or sources," "Oracle Database product(s)," "TN's systems," and "any original copy" are

7   overly broad, unduly burdensome, vague and ambiguous.  Defendant SAP further objects that the

8   term "copy" is vague and ambiguous and that the phrase "original copy" is vague, ambiguous,

9   and confusing.  SAP objects that the phrase "at any time" makes this request unbounded as to

10  time, and thus, this request is overly broad and unduly burdensome.  Defendant SAP further

11  objects that the request improperly assumes that TomorrowNow maintained each of the

12  "versions" listed in the request and, to the extent TomorrowNow did not maintain the "versions"

13  listed, the request is compound and should be treated as multiple interrogatories.

14      Subject to and without waiving its Objections, SAP responds as follows:  SAP has no

15  additional knowledge other than what is reflected in TomorrowNow's answer to this

16  Interrogatory.

17  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 122:**

18      THIS SUPPLEMENTAL RESPONSE IS DESIGNATED AS CONFIDENTIAL

19  INFORMATION

20      *TomorrowNow Answer*

21      TomorrowNow further responds that TomorrowNow has provided further deposition

22  testimony that is responsive to the overly broad and unduly burdensome information that this

23  request seeks.  *See, e.g.*, December 4, 2009 of Bill Thomas to Rule 30(b)(6); December 3, 2009 of

24  John Baugh.

25  **INTERROGATORY NO. 123:**

26      For each whole or partial Copy of each of the following versions or releases of Oracle

27  Database products located at any time on SAP TN's Systems, Identify any Customers for which

28  the whole or partial Copy was used as part of SAP TN's provision of software support services to

**INTERROGATORY NO. 124:**

Identify all Oracle Database Software and Support Materials Downloaded by any Defendant from Metalink, E-Delivery, or any other Oracle-owned or -managed website (including the credentials used to Download those Oracle Database Software and Support Materials).

**RESPONSE TO INTERROGATORY NO. 124:**

THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL INFORMATION

*TomorrowNow Answer*

Defendant TomorrowNow objects to this interrogatory on the grounds stated in the General Objections and Responses. Defendant TomorrowNow objects to this interrogatory to the extent it requires Defendants to evaluate and chronicle information that involved numerous employees, took place over several years, and is too complex and detailed to describe in an interrogatory response. Defendant TomorrowNow further objects to this request on burden grounds to the extent the interrogatory purports to request Defendants to create a compilation, abstract, or summary from materials that Defendants have already produced, will produce, or have made available for review through the parties' agreed Data Warehouse protocol. Defendant TomorrowNow further objects that the use of the terms "all" and "any" make this request overly broad, unduly burdensome, vague and ambiguous. Defendant TomorrowNow objects that the terms and phrases "download(ed)," "Oracle-owned or – managed website," and "credentials used to download" are vague and ambiguous. TomorrowNow also objects that the term "software" in the context of the request is vague and ambiguous.

Subject to and without waiving its Objections, Defendant TomorrowNow responds as follows: Defendants incurred the extreme expense and burden of presenting data from TomorrowNow's servers that Defendants' reasonably believe were used in the servicing of TomorrowNow's PeopleSoft, JDE, and Siebel customers, including any Oracle database related components on these servers, through an electronic "Data Warehouse." TomorrowNow relies on all of its current responses to Plaintiff Oracle Corporation's First Set of Interrogatories to Defendant TomorrowNow, Inc. (Set One) No. 11, including the supplemental database response,

1  in responding to this request. Through this process, Oracle has been able to examine and request

2  production of possible software and support materials that were kept in a centralized location,

3  including any potential Oracle database software and support materials.  Additionally, software

4  and support materials could be contained on TomorrowNow employee hard drives, and/or within

5  TomorrowNow employee e-mail boxes; however, to the extent that software and support

6  materials were saved in these locations, they were not saved in a systemic fashion and were not

7  centralized sources for these materials. Pursuant to Rule 33(d), TomorrowNow incorporates by

8  reference and relies on the data made available to Oracle through this process to further respond.

9  　　　As detailed below, TomorrowNow underwent the burden of attempting to locate the exact

10  release information for the database related components on TomorrowNow's network by

11  searching for sqlnet.log files within the network folder of each installation of the Oracle database

12  related product versions to determine the specific release and version information for the

13  instances that were likely installed and accessed by TomorrowNow.  TomorrowNow was able to

14  locate the following information:

15  　　　　　• PSDEV01_LV00\app\oracle\product\8.1.7\network\log\sqlnet.log, identifying

16  　　　　　　the specific version as 8.1.7.4.0, which was made available to Plaintiffs for

17  　　　　　　inspection as part of the Data Warehouse protocol

18  　　　　　• PSDEV01_LV00\app\oracle\product\9.2.0\network\log\sqlnet.log, identifying

19  　　　　　　the specific version as 9.2.0.6.0, which was made available to Plaintiffs for

20  　　　　　　inspection as part of the Data Warehouse protocol

21  　　　　　• DCPSTEMP01\E\oracle\ora92\network\log\sqlnet.log, identifying the specific

22  　　　　　　versions as 9.2.0.1.0 and 9.2.0.4.0, which was made available to Plaintiffs for

23  　　　　　　inspection as part of the Data Warehouse protocol

24  　　　　　• DCPSTEMP02\D\oracle\ora102\NETWORK\log\sqlnet.log, identifying the

25  　　　　　　specific version as 10.2.0.1.0, which was made available to Plaintiffs for

26  　　　　　　inspection as part of the Data Warehouse protocol

27

28

- • DCPSTEMP02\D\oracle\ora92\network\log\sqlnet.log, identifying the specific version as 9.2.0.4.0, which was made available to Plaintiffs for inspection as part of the Data Warehouse protocol

- • PSDEV02[also known as PSIBMAIX1] \d01\app\oracle\product\9.2.0\network\log\sqlnet.log, identifying the specific version as 9.2.0.6.0, which was made available to Plaintiffs for inspection as part of the Data Warehouse protocol

- • PSDEV02[also known as PSIBMAIX1] \d01\app\oracle\product\8.1.7\network\log\sqlnet.log, identifying the specific version as 8.1.7.4.0, which was made available to Plaintiffs for inspection as part of the Data Warehouse protocol

- • DCSBLPROD03\C\oracle\9.2\network\log\sqlnet.log, identifying the specific version as 9.2.0.4.0; *see* TN-OR04446713, TN(Hard Drive).73

- • FSC2.1\DISK2-s001\C\oracle\network\log\sqlnet.log, identifying the specific version as 9.2.0.4.0 as located on the virtual machine from TN-FS01_F\Siebel\Backups\FSC.2 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

- • FSC2\DISK2-s001\C\oracle\network\log\sqlnet.log, identifying the specific version as 9.2.0.4.0 as located on the virtual machine from TN-FS01_F\Siebel\Backups\FSC2 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

- • FSC.1\DISK2-s001\C\oracle\9.2\network\log\sqlnet.log, identifying the specific version as 9.2.0.4.0 as located on the virtual machine from TN-FS01_F\Siebel\Backups\FSC.1 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

1          • FSC.2\DISK2-s001\C\oracle\9.2\network\log\sqlnet.log, identifying the

2            specific version as 9.2.0.4.0 as located on the virtual machine from TN-

3            FS01_F\Siebel\Backups\FSC.2 (original and recollected image)(this and all

4            VMs were or will be made available to Plaintiffs for inspection as part of the

5            Data Warehouse protocol)

6          For the following instances, TomorrowNow located a folder structure appearing to

7    correspond with an installed product, but because there is no corresponding sqlnet.log file

8    maintained in the network folder, TomorrowNow reasonably believe these specific installed

9    versions were not accessed by TomorrowNow employees as part of TomorrowNow's servicing of

10   its customers:

11         • PSDEV01_LV00\app\oracle\product\10.2.0\network\log which was made

12           available to Plaintiffs for inspection as part of the Data Warehouse protocol

13         • DCSBLPROD04\oracle\10g\NETWORK\log; *see* TN-OR04446714, TN(Hard

14           Drive).74

15         • FSCSALES\Windows Server 2003 Enterprise Edition-

16           s001\C\oracle\9.2\network\log as located on the virtual machine from TN-

17           FS01_F\Siebel\Backups\FSCSALES (original and recollected image)(this and

18           all VMs were or will be made available to Plaintiffs for inspection as part of

19           the Data Warehouse protocol)

20         • FSCSALES.1\Windows Server 2003 Enterprise Edition-

21           s001\C\oracle\9.2\network\log as located on the virtual machine from TN-

22           FS01_F\Siebel\Backups\FSCSALES.1 (original and recollected image)(this

23           and all VMs were or will be made available to Plaintiffs for inspection as part

24           of the Data Warehouse protocol)

25         • FSCSALES.2\C\oracle\9.2\network\log as located on the virtual machine from

26           TN-FS01_F\Siebel\Backups\FSCSALES.2 (recollected image)(this and all

27           VMs were or will be made available to Plaintiffs for inspection as part of the

28           Data Warehouse protocol)

- StandardRegister\C\oracle\8.1\network as located on the virtual machine from TN-FS01_F\Siebel\Backups\Standard Register (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

- StandardRegister\C\oracle\9.2\network\log as located on the virtual machine from TN-FS01_F\Siebel\Backups\Standard Register (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

- StandardRegister.1\C\oracle\8.1\network as located on the virtual machine from TN-FS01_F\Siebel\Backups\Standard Register.1 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

- StandardRegister.1\C\oracle\9.2\network\log as located on the virtual machine from TN-FS01_F\Siebel\Backups\Standard Register.1 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

- StandardRegister.2\C\oracle\8.1\network\log as located on the virtual machine from TN-FS01_F\Siebel\Backups\Standard Register.2 (original and recollected image)(this and all VMs were or will be made available to Plaintiffs for inspection as part of the Data Warehouse protocol)

Additionally, TomorrowNow located folder structures and sqlnet.log files maintained in the network folders on TN-FS01_F, but TomorrowNow does not believe these versions were ever installed and running on TN-FS01_F.   Tomorrow reasonably believes that these specific versions were likely installed on a previous server named TN-Dell 2650-01 and the files were later moved to TN-FS01_F as follows:

- TN-FS01_F\C\DellRestore\D Drive\oracle\ora81\network\LOG\sqlnet.log, identifying the specific version 8.1.7.4.0; *see* TN-OR06577705, TN(Hard Drive).94

1                 •   TN-FS01_F\C\DellRestore\D Drive\oracle\ora92\network\log\sqlnet.log,

2                     identifying the specific version 9.2.0.4.0; *see* TN-OR06577705, TN(Hard

3                     Drive).94

4         TomorrowNow reasonably believes that the following folder paths contain materials that

5 were not running instances of an Oracle database platform or release, but that these materials

6 could be used to install a running instance of a specific version as follows:

7                 •   TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 10g release 2; *see*

8                     TN-OR07099078, TN(Hard Drive).104 (also made available for inspection as

9                     part of the original image in the Data Warehouse)

10                •   TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 8i release 3

11                     (8.1.7) Enterprise Edition; *see* TN-OR07099078, TN(Hard Drive).104 (also

12                     made available for inspection as part of the original image in the Data

13                     Warehouse)

14                •   TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 8i release 3

15                     (8.1.7) Enterprise Edition (64-bit); *see* TN-OR07099078, TN(Hard Drive).104

16                     (also made available for inspection as part of the original image in the Data

17                     Warehouse)

18                •   TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 9i release

19                     2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition; *see* TN-OR07099078,

20                     TN(Hard Drive).104 (also made available for inspection as part of the original

21                     image in the Data Warehouse)

22                •   TN-FS01_F Slice5\TN Software Library\Oracle\HP-UX\Oracle 8i release

23                     3\Oracle 8i release 3 (8.1.7) Enterprise Edition; *see* TN-OR07099078,

24                     TN(Hard Drive).104 (also made available for inspection as part of the original

25                     image in the Data Warehouse)

26                •   TN-FS01_F Slice5\TN Software Library\Oracle\HP-UX\Oracle 9i release

27                     2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition; *see* TN-OR07099078,

28

1  TN(Hard Drive).104 (also made available for inspection as part of the original

2  image in the Data Warehouse)

3  • TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 8i release

4  3\Oracle 8i release 3 (8.1.7) Enterprise Edition; *see* TN-OR07099078,

5  TN(Hard Drive).104 (also made available for inspection as part of the original

6  image in the Data Warehouse)

7  • TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 8i release

8  3\Oracle 8i release 3 (8.1.7) Enterprise Edition (64-bit); *see* TN-OR07099078,

9  TN(Hard Drive).104 (also made available for inspection as part of the original

10  image in the Data Warehouse)

11  • TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 9i release

12  2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition (64-bit); *see* TN-

13  OR07099078, TN(Hard Drive).104 (also made available for inspection as part

14  of the original image in the Data Warehouse)

15  • TN-FS01_F Slice5\TN Software Library\Oracle\Tru64 Unix\Oracle8i

16  Enterprise Edition Release (8.1.7) for Compaq Tru64 UNIX; *see* TN-

17  OR07099078, TN(Hard Drive).104 (also made available for inspection as part

18  of the original image in the Data Warehouse)

19  • TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle

20  10g release 2; *see* TN-OR07099078, TN(Hard Drive).104 (also made available

21  for inspection as part of the original image in the Data Warehouse)

22  • TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle

23  8i release 3; *see* TN-OR07099078, TN(Hard Drive).104 (also made available

24  for inspection as part of the original image in the Data Warehouse)

25  • TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle

26  9i release 2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition; *see* TN-

27  OR07099078, TN(Hard Drive).104 (also made available for inspection as part

28  of the original image in the Data Warehouse)

DEF. 1ST SUPP. RESP. TO 5th ROGS
TO TN AND 4th ROGS TO SAP
Case No. 07-CV-1658 PJH (EDL)

1    TomorrowNow has not yet analyzed whether the database components referenced above

2    contain any software and support materials, including updates/patches and related support

3    materials, or are simply the actual database applications.  As explained in Response No. 122

4    above, which is incorporated here, TomorrowNow reasonably believes that no systematic or

5    centralized records were maintained regarding from whom or where these Oracle database

6    components were obtained.  To the extent these are the actual database applications, it is likely

7    that the initial instance of the database release was obtained from the public Oracle Technology

8    Network website.  To the extent any of these database components contain updates/patches or

9    other support materials, these support materials likely would have been obtained from the website

10   metalink.oracle.com and would be stored in the TN Software Library locations identified above.

11   To the extent any materials were obtained from Metalink, the credentials used likely were for an

12   account set up by John Baugh.  *See* TN-OR01226238.  It is TomorrowNow's understanding that,

13   at least initially, this account was free and did not require the purchase of support from Oracle.

14   As of June 6, 2006, the credentials for this account were: Log-in name:

15   john_baugh@tomorrownow.com and password xijr61x8.  *See* TN-OR08295762.  TomorrowNow

16   is not currently aware of whether these credentials were ever used to log into the Metalink site.

17   TomorrowNow reasonably believes, but has not been able to confirm, that different credentials

18   were used before this date.  TomorrowNow reasonably believes that sometime around June 2006,

19   TomorrowNow ceased accessing the Metalink website.  Additionally, TomorrowNow is not

20   currently aware of specific instances in which it applied patches or updates to the initial instance

21   of the database components referenced above.  Further, TomorrowNow is not currently aware of

22   any such materials that were obtained from Oracle's E-Delivery website.

23   Some of the overly broad and unduly burdensome information that this interrogatory

24   seeks is the subject of requested Rule 30(b)(6) deposition testimony and has already been the

25   subject of prior individual testimony.  *See* September 30, 2009 Notice of Deposition of

26   TomorrowNow, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), Topic 1 ("The identification by release,

27   version, and/or filename of any Oracle Database Software in []TN's possession at any time or

28   which []TN obtained, Copied, or used for any purpose"), Topic 2 ("The identification of []TN's

computers, servers, or other hardware on which any Oracle Database Software ever resided"), Topic 3 ("The manner, method, and purposes for which []TN used any Oracle Database Software which ever existed on its Systems"), Topic 4 ("The identification of any Customers for which []TN used any Oracle Database Software on its Systems to provide support services"), Topic 5 ("The manner and method by which []TN used any Oracle Database Software on its Systems to provide support services to Customers"), Topic 6 ("The original source of any Oracle Database Software which ever existed on []TN's Systems and the manner or method by which []TN acquired or accessed each such original source"); April 23, 2009 Deposition of George Lester; September 3, 2009 Deposition of Shelley Nelson. Pursuant to Rule 33(d), Defendants rely on all documents and files cited to further respond to this interrogatory.

### *SAP AG and SAP America Answer*

Defendant TomorrowNow objects to this interrogatory on the grounds stated in the General Objections and Responses. SAP objects that the request is overly broad, unduly burdensome and unlikely to lead to the discovery of admissible evidence. Since SAP is a reseller of Oracle databases, the phrase "by any Defendant" could lead to information well outside the scope of this case. Furthermore, this request seeks information not related to Oracle's allegations in this case and thus, SAP will interpret this interrogatory in a manner related to Oracle's current allegations in this case and as referring only to Oracle software or support materials obtained in some manner by SAP through TomorrowNow. SAP also objects that the term "software" in the context of the request is vague and ambiguous. Defendant SAP objects to this interrogatory to the extent it requires Defendants to evaluate and chronicle information that involved numerous employees, took place over several years, and is too complex and detailed to describe in an interrogatory response. Defendant SAP further objects to this request on burden grounds to the extent the interrogatory purports to request Defendants to create a compilation, abstract , or summary from materials that Defendants have already produced, will produce, or have made available for review through the parties' agreed Data Warehouse protocol. Defendant SAP further objects that the use of the terms "all" and "any" as making this request overly broad, unduly burdensome, vague and ambiguous. Defendant SAP further objects that the terms and

1   phrases "download(ed)," "Oracle-owned or – managed website," and "credentials used to

2   download" are vague and ambiguous.

3        Subject to and without waiving its Objections, SAP responds as follows:  SAP has no

4   additional knowledge other than what is reflected in TomorrowNow's answer to this

5   Interrogatory.

6   **<u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 124:</u>**

7        THIS SUPPLEMENTAL RESPONSE IS DESIGNATED AS CONFIDENTIAL

8   INFORMATION

9        ***TomorrowNow Answer***

10       TomorrowNow further responds that TomorrowNow has provided further deposition

11  testimony that is responsive to the overly broad and unduly burdensome information that this

12  request seeks.  *See, e.g.*, December 4, 2009 of Bill Thomas to Rule 30(b)(6); December 3, 2009 of

13  John Baugh.

14

15  Dated: December 4, 2009.                         JONES DAY

16

17                                                   By:  /s/ Jason McDonell
                                                          Jason McDonell
18
                                                     Counsel for Defendants
19                                                   SAP AG, SAP AMERICA, INC., and
                                                     TOMORROWNOW, INC.
20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Laurie Paige Burns, declare:

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 California Street, 26th Floor, San Francisco, California 94104.  On December 4, 2009, I served a copy of the attached document(s):

**DEFENDANTS' FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIFTH SET OF INTERROGATORIES TO DEFENDANT TOMORROWNOW, INC. AND FOURTH SET OF INTERROGATORIES TO DEFENDANTS SAP AG AND SAP AMERICA, INC.**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope and causing such envelope to be hand delivered to the office of the addressee on the date specified above.

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett, Esq.
Geoffrey M. Howard, Esq.
Holly House, Esq.
Zachary J. Alinder, Esq.
Bree Hann, Esq.
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*donn.pickett@bingham.com*
*geoff.howard@bingham.com*
*holly.house@bingham.com*
*zachary.alinder@bingham.com*
*bree.hann@bingham.com*

Executed on December 4, 2009, at San Francisco, California.

By: _____
LAURIE PAIGE BURNS