# EXHIBIT 102

## SAP TN's Oracle Database Installs and Install Media

| Index | Path | Install Media / Functional | Release | Oracle Copyright | Server / Virtual Machine ("VM") | Machine Name | Machine / Download Platform |
|---|---|---|---|---|---|---|---|
| 1 | PSDEV01_LV00\app\oracle\product\8.1.7 | Functional | 8.1.7.4.0 | 8.1.6 | Server | PSDEV01 | AIX |
| 2 | PSDEV01_LV00\app\oracle\product\9.2.0 | Functional | 9.2.0.6.0 | 9.2 | Server | PSDEV01 | AIX |
| 3 | DCPSTEMP01\E\oracle\ora92 | Functional | 9.2.0.1.0 and 9.2.0.4.0 | 9.2 | Server | DCPSTEMP01 | Windows |
| 4 | DCPSTEMP02\D\oracle\ora102 | Functional | 10.2.0.1.0 | 10.2 | Server | DCPSTEMP02 | Windows |
| 5 | DCPSTEMP02\D\oracle\ora92 | Functional | 9.2.0.4.0 | 9.2 | Server | DCPSTEMP02 | Windows |
| 6 | PSDEV02\d01\app\oracle\product\9.2.0 | Functional | 9.2.0.6.0 | 9.2 | Server | PSDEV02 | AIX |
| 7 | PSDEV02\d01\app\oracle\product\8.1.7 | Functional | 8.1.7.4.0 | 8.1.6 | Server | PSDEV02 | AIX |
| 8 | DCSBLPROD03\C\oracle\9.2 | Functional | 9.2.0.4.0 | 9.2 | Server | DCSBLPROD03 | Windows |
| 9 | TN-FS01_ F\Siebel\Backups\FSC.2\FSC2.1\DISK2-s001\C\oracle | Functional | 9.2.0.4.0 | 9.2 | VM | TN-FS01 | Windows |
| 10 | TN-FS01_ F\Siebel\Backups\FSC2\FSC2\DISK2-s001\C\oracle | Functional | 9.2.0.4.0 | 9.2 | VM | TN-FS01 | Windows |
| 11 | TN-FS01_ F\Siebel\Backups\FSC.1\FSC.1\DISK2-s001\C\oracle\9.2 | Functional | 9.2.0.4.0 | 9.2 | VM | TN-FS01 | Windows |
| 12 | TN-FS01_ F\Siebel\Backups\FSC.2\FSC.2\DISK2-s001\C\oracle\9.2 | Functional | 9.2.0.4.0 | 9.2 | VM | TN-FS01 | Windows |
| 13 | PSDEV01_LV00\app\oracle\product\10.2.0 | Functional | 10.2 | 10.2 | Server | PSDEV01 | AIX |
| 14 | DCSBLPROD04\oracle\10g | Functional | 10g | 10.2 | Server | DCSBLPROD04 | Windows |
| 15 | TN-FS01_ F\Siebel\Backups\FSCSALES\FSCSALES\Windows Server 2003 Enterprise Editions001\C\oracle\9.2 | Functional | 9.2 | 9.2 | VM | TN-FS01 | Windows |
| 16 | TN-FS01_ F\Siebel\Backups\FSCSALES.1\FSCSALES.1\Windows Server 2003 Enterprise Editions001\C\oracle\9.2 | Functional | 9.2 | 9.2 | VM | TN-FS01 | Windows |
| 17 | TN-FS01_F\Siebel\Backups\FSCSALES.2\FSCSALES.2\C\oracle\9.2 | Functional | 9.2 | 9.2 | VM | TN-FS01 | Windows |
| 18 | TN-FS01_F\Siebel\Backups\Standard Register\StandardRegister\C\oracle\8.1 | Functional | 8.1 | 8.1.6 | VM | TN-FS01 | Windows |
| 19 | TN-FS01_F\Siebel\Backups\Standard Register\StandardRegister\C\oracle\9.2 | Functional | 9.2 | 9.2 | VM | TN-FS01 | Windows |
| 20 | TN-FS01_F\Siebel\Backups\Standard Register.1\StandardRegister.1\C\oracle\8.1 | Functional | 8.1 | 8.1.6 | VM | TN-FS01 | Windows |
| 21 | TN-FS01_F\Siebel\Backups\Standard Register.1\StandardRegister.1\C\oracle\9.2 | Functional | 9.2 | 9.2 | VM | TN-FS01 | Windows |
| 22 | TN-FS01_F\Siebel\Backups\Standard Register.2\StandardRegister.2\C\oracle\8.1 | Functional | 8.1 | 8.1.6 | VM | TN-FS01 | Windows |
| 23 | TN-FS01_F\C\DellRestore\D Drive\oracle\ora81 | Functional | 8.1.7.4.0 | 8.1.6 | Server | TN-Dell2650-01 | Windows |
| 24 | TN-FS01_F\C\DellRestore\D Drive\oracle\ora92 | Functional | 9.2.0.4.0 | 9.2 | Server | TN-Dell2650-01 | Windows |
| 25 | TN-FS01_F\C\DellRestore\D Drive\oracle\ora81 (copy originally on TN-FS01) | Functional | 8.1.7.4.0 | 8.1.6 | Server | TN-FS01 | Windows |
| 26 | TN-FS01_F\C\DellRestore\D Drive\oracle\ora92 (copy originally on TN-FS01) | Functional | 9.2.0.4.0 | 9.2 | Server | TN-FS01 | Windows |
| 27 | TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 10g release 2 | Install Media | 10.2 | 10.2 | Server | TN-FS01 | AIX |
| 28 | TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 8i release 3\(8.1.7) Enterprise Edition | Install Media | 8.1.7 | 8.1.6 | Server | TN-FS01 | AIX |
| 29 | TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 8i release 3\(8.1.7) Enterprise Edition (64-bit) | Install Media | 8.1.7 | 8.1.6 | Server | TN-FS01 | AIX |
| 30 | TN-FS01_F Slice5\TN Software Library\Oracle\AIX\Oracle 9i release 2\Oracle 9i release 2 (9.2.0.1) | Install Media | 9.2.0.1 | 9.2 | Server | TN-FS01 | AIX |
| 31 | TN-FS01_F Slice5\TN Software Library\Oracle\HP-UX\Oracle 8i release\3\Oracle 8i release 3 (8.1.7) Enterprise Edition | Install Media | 8.1.7 | 8.1.6 | Server | TN-FS01 | HP-UX |
| 32 | TN-FS01_F Slice5\TN Software Library\Oracle\HP-UX\Oracle 9i release 2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition | Install Media | 9.2.0.1 | 9.2 | Server | TN-FS01 | HP-UX |
| 33 | TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 8i release 3\Oracle 8i release 3 (8.1.7) Enterprise Edition | Install Media | 8.1.7 | 8.1.6 | Server | TN-FS01 | Solaris |
| 34 | TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 8i release 3\Oracle 8i release 3 (8.1.7) Enterprise Edition (64-bit) | Install Media | 8.1.7 | 8.1.6 | Server | TN-FS01 | Solaris |
| 35 | TN-FS01_F Slice5\TN Software Library\Oracle\Solaris\Oracle 9i release 2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition (64-bit) | Install Media | 9.2.0.1 | 9.2 | Server | TN-FS01 | Solaris |
| 36 | TN-FS01_F Slice5\TN Software Library\Oracle\Tru64 Unix\Oracle8i Enterprise Edition Release (8.1.7) for Compaq Tru64 UNIX | Install Media | 8.1.7 | 8.1.6 | Server | TN-FS01 | Unix |
| 37 | TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle 10g release 2 | Install Media | 10.2 | 10.2 | Server | TN-FS01 | Windows |
| 38 | TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle 8i release 3 | Install Media | 8i release 3 | 8.1.6 | Server | TN-FS01 | Windows |
| 39 | TN-FS01_F Slice5\TN Software Library\Oracle\Windows2000 or NT\Oracle 9i release 2\Oracle 9i release 2 (9.2.0.1) Enterprise Edition | Install Media | 9.2.0.1 | 9.2 | Server | TN-FS01 | Windows |

*Sources: Responses to Interrogatories 122 and 124 from Oracle's Fifth Set;*
*Deposition of William Thomas, December 4, 2009 at 29:5-12; TN-OR01361328 and 337*

## Ex 102 - Page 1

# Summary Count of SAP TN's
# Oracle Database Installs and Install Media

| Oracle Copyright | Install Media / Functional | Server / Virtual Machine ("VM") | Total |
|---|---|---|---|
| 8.1.6 | Install Media | Server | 7 |
|  | Functional | Server | 4 |
|  |  | VM | 3 |
| *8.1.6 Total* |  |  | *14* |
| 9.2 | Install Media | Server | 4 |
|  | Functional | Server | 7 |
|  |  | VM | 9 |
| *9.2 Total* |  |  | *20* |
| 10.2 | Install Media | Server | 2 |
|  | Functional | Server | 3 |
| *10.2 Total* |  |  | *5* |
| **Grand Total** |  |  | **39** |

*Sources : Responses to Interrogatories 122 and 124 from Oracle's Fifth Set;
Deposition of William Thomas, December 4, 2009 at 29:5-12; TN-OR01361328 and 337*
**Ex 102 - Page 2**

# SAP TN Oracle Database
# Platforms Where # Machines > # Copies of Install Media

| Oracle Copyright | Install Media / Functional | Machine / Download Platform | Total |
|---|---|---|---|
| 8.1.6 | Functional | AIX | 2 |
|  |  | Windows | 5 |
|  | Install Media | AIX | 2 |
|  |  | HP-UX | 1 |
|  |  | Solaris | 2 |
|  |  | Unix | 1 |
|  |  | Windows | 1 |
| 9.2 | Functional | AIX | 2 |
|  |  | Windows | 14 |
|  | Install Media | AIX | 1 |
|  |  | HP-UX | 1 |
|  |  | Solaris | 1 |
|  |  | Windows | 1 |
| 10.2 | Functional | AIX | 1 |
|  |  | Windows | 2 |
|  | Install Media | AIX | 1 |
|  |  | Windows | 1 |
| **Grand Total** |  |  | **39** |



🟨 # of Machines Installed Exceeds # of Copies of Downloaded Install Media

🟦 Install Media Corresponding to the Yellow Highights

*Sources : Responses to Interrogatories 122 and 124 from Oracle's Fifth Set;*
*Deposition of William Thomas, December 4, 2009 at 29:5-12; TN-OR01361328 and 337*

**Ex 102 - Page 3**