# EXHIBIT 103

| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | CHRISTOPHER B. HOCKETT (SBN 121539) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 6 | chris.hockett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JEFFREY S. ROSS (SBN 138172) |
| 10 | 500 Oracle Parkway |
| | M/S 5op7 |
| 11 | Redwood City, CA 94070 |
| | Telephone: (650) 506-4846 |
| 12 | Facsimile: (650) 506-7114 |
| | dorian.daley@oracle.com |
| 13 | jeff.ross@oracle.com |
| 14 | Attorneys for Plaintiffs |
| 15 | Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07-CV-01658 (MJJ)<br><br>FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:<br><br>(1) COPYRIGHT INFRINGEMENT;<br>(2) VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT;<br>(3) VIOLATIONS OF THE COMPUTER DATA ACCESS AND FRAUD ACT;<br>(4) BREACH OF CONTRACT;<br>(5) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; |

**Second Claim for Relief**

**Violation of Federal Computer Fraud and Abuse Act**

**(18 U.S.C. §§ 1030(a)(2)(C), (a)(4) & (a)(5))**

(By Oracle Against All Defendants)

108. Oracle incorporates by reference each of the allegations in the preceding paragraphs of this Complaint as though fully set forth here.

109. Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(2)(C), by intentionally accessing a computer used for interstate commerce or communication, without authorization or by exceeding authorized access to such a computer, and by obtaining information from such a protected computer.

110. Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(4), by knowingly, and with intent to defraud Oracle, accessing a protected computer, without authorization or by exceeding authorized access to such a computer, and by means of such conduct furthered the intended fraud and obtained one or more things of value, including but not limited to Oracle's Software and Support Materials.

111. Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(5)(A)(i), by knowingly causing the transmission of a program, information, code, or command and as a result intentionally causing damage without authorization to a protected computer owned by Oracle.

112. Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030(a)(5)(A)(ii) and (iii) by intentionally accessing a protected computer without authorization, causing damage to Oracle, recklessly or without due regard for their actions.

113. The computer system or systems that Defendants accessed as described above constitute a "protected computer" within the meaning of 18 U.S.C. § 1030(e)(2).

114. Oracle has suffered damage and loss by reason of these violations, including, without limitation, harm to Oracle's data, programs, and computer systems and other losses and damage in an amount to be proved at trial, but, in any event, in an amount well over $5000 aggregated over a one-year period.

| | |
|---|---|
| 1 | DEMAND FOR JURY TRIAL |

2  In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle Corporation, Oracle
3  International Corporation and Oracle USA, Inc. demand a trial by jury on all issues triable by a
4  jury.

DATED: June 1, 2007

BINGHAM McCUTCHEN LLP

By: _____
Christopher B. Hockett
Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and
Oracle International Corporation