# EXHIBIT 104

Dockets.Justia.com

Robert A. Mittelstaedt (SBN 060359)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-1658 MJJ<br><br>**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

SAP AG, SAP America, Inc. ("SAP America") and TomorrowNow, Inc. ("TN") (collectively, "Defendants"), answer and respond to Plaintiffs' amended complaint as follows:

SVI-48127v1

ANSWER AND AFFIRMATIVE DEFENSES TO
FIRST AMENDED COMPLAINT
Case No. 07-CV-1658 MJJ

1     100.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 100, and on that basis deny them.

101.    Defendants deny the allegations of paragraph 101.

102.    Defendants deny the allegations of paragraph 102.

103.    Defendants deny the allegations of paragraph 103.

104.    Defendants deny the allegations of paragraph 104.

105.    Defendants deny the allegations of paragraph 105.

106.    Defendants deny the allegations of paragraph 106.

107.    Defendants deny the allegations of paragraph 107.

108.    In response to paragraph 108, Defendants incorporate by reference their responses to the preceding paragraphs 1 through 107.

109.    Defendants deny the allegations of paragraph 109.

110.    Defendants deny the allegations of paragraph 110.

111.    Defendants deny the allegations of paragraph 111.

112.    Defendants deny the allegations of paragraph 112.

113.    Defendants admit the allegations of paragraph 113.

114.    Defendants deny the allegations of paragraph 114.

115.    Defendants deny the allegations of paragraph 115.

116.    In response to paragraph 116, Defendants incorporate by reference their responses to paragraphs 1 through 81, 89 through 96 and 108 through 115.

117.    Defendants deny the allegations of paragraph 117.

118.    Defendants deny the allegations of paragraph 118.

119.    Defendants deny the allegations of paragraph 119.

120.    Defendants deny the allegations of paragraph 120.

121.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 121, and on that basis deny them.

122.    Defendants deny the allegations of paragraph 122.

123.    Defendants deny the allegations of paragraph 123.

sought therein;

    B.    Deny Plaintiffs' request for preliminary and permanent injunctive relief;

    C.    Grant Defendants their reasonable attorneys' fees and costs of this action; and

    D.    Grant Defendants such other and further relief as the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants hereby demand a trial by jury on all issues so triable.

Dated: July 2, 2007                        JONES DAY

By: /s/ Tharan Gregory Lanier
      Tharan Gregory Lanier

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

SVI-48127v1

ANSWER AND AFFIRMATIVE DEFENSES TO
FIRST AMENDED COMPLAINT
Case No. 07-CV-1658 MJJ

- 20 -