# EXHIBIT 108

Dockets.Justia.com



# Delaware
## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:

"PEOPLESOFT, INC.", A DELAWARE CORPORATION,

WITH AND INTO "ORACLE CORPORATION" UNDER THE NAME OF "ORACLE CORPORATION", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF MARCH, A.D. 2005, AT 9:32 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

2105895  8100M
050171027

Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 3711040

DATE: 03-01-05

**EXHIBIT B**

**Ex 108 - Page 1**

Confidential Information                                                                 ORCL00043749

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:32 AM 03/01/2005
FILED 09:32 AM 03/01/2005
SRV 050171027 - 2105895 FILE

# CERTIFICATE OF OWNERSHIP AND MERGER

## MERGING

### PEOPLESOFT, INC., A DELAWARE CORPORATION,

### INTO

### ORACLE CORPORATION, A DELAWARE CORPORATION

*Pursuant to Section 253*
*of the General Corporation Law of the State of Delaware*

March 1, 2005

Oracle Corporation, a corporation organized and existing under and by virtue of the laws of the State of Delaware with a principal office address of 500 Oracle Parkway, Redwood Shores, California 94065 (the "Parent Corporation").

**DOES HEREBY CERTIFY:**

**FIRST:** That the Parent Corporation was incorporated pursuant to the General Corporation Law of the State of Delaware (the "DGCL").

**SECOND:** That the Parent Corporation owns all of the outstanding shares of each class of the capital stock of PeopleSoft, Inc., a Delaware corporation with a principal office address of 4460 Hacienda Drive, Pleasanton, California 94588 (the "Subsidiary Corporation").

**THIRD:** That the Parent Corporation, by the following resolutions of its Board of Directors, duly adopted on February 23, 2005, determined to merge the Subsidiary Corporation into itself, with the Parent Corporation being the surviving corporation:

> RESOLVED, that pursuant to Section 253 of the DGCL, the Subsidiary Corporation shall be merged (the "PeopleSoft Merger") with and into the Parent Corporation, whereupon the separate existence of the Subsidiary Corporation shall cease, and the Parent Corporation shall be the surviving corporation (the "Surviving Corporation");

> RESOLVED, that the PeopleSoft Merger is hereby approved pursuant to the provisions of Section 253 of the DGCL;

> RESOLVED, that the PeopleSoft Merger shall become effective upon filing of the Certificate of Ownership and Merger with the Delaware Secretary of State or at such later time as is otherwise specified in the Certificate of Ownership and Merger (the "Effective Time");

> RESOLVED, that from and after the Effective Time, until successors are duly elected or appointed in accordance with applicable law, the directors of the Parent Corporation at the Effective Time shall be the directors of the Surviving Corporation, and the officers of Parent

1

Confidential Information                                              ORCL00043750

Corporation at the Effective Time shall be the officers of the Surviving Corporation;

RESOLVED, that from and after the Effective Time, the name of the Surviving Corporation shall be Oracle Corporation;

RESOLVED, that from and after the Effective Time, the bylaws of the Parent Corporation shall be the bylaws of the Surviving Corporation;

RESOLVED, that from and after the Effective Time, the certificate of incorporation of the Parent Corporation shall be the certificate of incorporation of the Surviving Corporation until amended in accordance with applicable law.

FOURTH: That the merger of the Subsidiary Corporation into the Parent Corporation shall be effective as of the date and time of filing of this Certificate of Ownership and Merger with the Delaware Secretary of State.

(This space intentionally left blank.)

2

**Ex 108 - Page 3**

Confidential Information                                                                                                                              ORCL00043751

IN WITNESS WHEREOF, the Parent Corporation has caused this Certificate of Ownership and Merger to be signed as of the date first written above by a duly authorized officer, declaring that the facts stated herein are true.

ORACLE CORPORATION

By    /s/ Daniel Cooperman
Name: Daniel Cooperman
Title: Senior Vice President, General Counsel & Secretary

3

**Ex 108 - Page 4**

Confidential Information                                                                                                           ORCL00043752