# EXHIBIT 109

Dockets.Justia.com

| | |
|---|---|
| Message | |
| From: | Julio Guzman [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JGUZMAN] |
| Sent: | 7/11/2008 2:15:36 PM |
| To: | Martin Breuer [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Mbreuer]; Tom Nolan [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Tnolan]; Eskander Yavar [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EYavar]; Harry Schoennagel [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=HSchoennagel]; Tim Harper [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=THarper]; Anne Tuman [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AnneTuman] |
| CC: | Mel Gadd [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MGadd]; Shelley Nelson [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SNelson]; Bert Oltmans [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BOltmans]; Bob Ludlam [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BLudlam]; Hendrik Zwart [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=HZwart]; John Tanner [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JTanner]; Mark Kreutz [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MKreutz]; 'White, Mark' [mark.white@sap.com]; Lesley Loftus [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LLoftus]; Greg Nelson [/O=TOMORROWNOW/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Gnelson69564371] |
| Subject: | Privileged and Confidential: Wind Down Operational Program - Daily Status - Meeting Minutes - 11-Jul-08 |
| Attachments: | image001.jpg; Customer Case Process.vsd; Customer Case Toolkitv0.2.ppt; Returning IP - Next Stepsv0.1.ppt; TomorrowNow - Wind Down Operational Programv1.3.ppt |

**TOMORROW NOW  Global Project Management Office**

| | |
|---|---|
| Program: | Wind Down Operational Program |
| Title: | Daily Status |
| Target Completion for Transition: | October 31, 2008 |
| Project Workspace: | Unavailable Until Announcement |

Meeting Attendees:
Bert Oltmans, Tom Nolan, Tim Harper, Bob Ludlam, Martin Breuer, Hendrik Zwart, Harry Schoennagel, Anne Tuman, Eskander Yavar,
Julio Guzman

Attachments
1) Customer Case Process – Visio draft diagram outlining the details behind what process the Account Executives will need to follow.
2) Customer Case Toolkit – Draft version of the customer case toolkit.  Now transitioned to Tim Harper.
3) Return IP – Next Steps – Document outlining the high-level facts on returning IP.  Now transitioned to Harry Schoennagel

**Ex 109 - Page 1**

CONFIDENTIAL INFORMATION  TN-OR08720699

4) TomorrowNow – Wind Down Operational Program – Overview deck outlining all of the different components of the project. Sending out again to include the remainder of the Wind Down Core team.

Summary

After 24 hours, the project managers have done their best to consume all of the information presented in the kick-off call with them yesterday. We will now execute on the action items below beginning today.

Daily status meetings will begin next week at 9AM US Central for a duration of 45 minutes. These will be chaired by Tim Harper. Martin Breuer will temporarily play the role of Program Manager during Julio Guzman's PTO next week. Please remember that our pre-work will be the key in determining the success of the actual wind down activities.

People Contacts For This Coming Week (Please Note: You will only be allowed to contact the people below until a public wind down announcements is made by SAP AG. Under no circumstance should anyone outside of the group below know about this effort.)
- **SAP:** Mark White, Martin Breuer, Patricia Lavan, Tom Nolan, Anne Tuman
- **TomorrowNow:** Shelley Nelson, Lesley Loftus, John Tanner, Mark Kreutz, Mel Gadd, Greg Nelson, Bob Ludlam, Hendrik Zwart, Bert Oltmans, Tim Harper, Harry Schoennagel, Eskander Yavar, Julio Guzman

Action Items
- **General**
  - All project managers must identify the resources they need by COB Tuesday, July 11, 2008 and provide that information to Martin Breuer so he can give it to Mark White to ensure that the required resources will be available throughout this effort, 15-Jul-08
  - [redacted]
- **Project A1 - Customer Pre-Work**
  - **Deliverable #1: Up-To-Date List of all customer contracts with categorization, contacts, and assignments**
    - Bert Oltmans to verify customer case categorization ("contract exit option") one last time, 11-Jul-08
    - Bert to provide access of customer list to Tim Harper and Harry Schoennagel, 11-Jul-08
    - Bert to compare Tim's customer list with SAS Active Clients list and report discrepancies, 11-Jul-08
    - Hendrik Zwart to complete the identification of all contacts for each EMEA and APAC customers, 11-Jul-08
    - Bob Ludlam to finalize Account Executive assignments for all accounts, 11-Jul-08
    - Bob Ludlam to complete the identification of all contacts for NA customers, 14-Jul-08
    - Bert to prioritize customers in the list, 15-Jul-08
    - Bert to add a column to outline the outstanding payments and status of each customer, 15-Jul-08
  - **Deliverable #2: Customer Case Toolkit**
    - Martin Breuer to define the top "x" program, 14-Jul-08
    - Tim to make all of the updates discussed during meetings on Friday, July 11, 14-Jul-08
      - Look into wording of the negotiation guidelines.
      - Expectations of what they will get in terms of off-boarding (FAQs)
      - [redacted]
    - Tim to touch base with all Service Line VPs to create a Customer FAQ, 17-Jul-08
    - **Mass Customer Communication #1**
      - Martin to find out when the draft of the external communication(s) are ready, 15-Jul-08
      - Lesley Loftus to write up the mass customer communication draft, upon completion of draft of PR announcement

**Ex 109 - Page 2**

CONFIDENTIAL INFORMATION                                                                                                                    TN-OR08720700



CONFIDENTIAL INFORMATION

TN-OR08720722

## Purpose of This Document

- **The purpose of this document is to provide the background information to make a decision for each software line on the following questions:**
    - Do we begin the manual activities required to return IP back to our customers on a proactive basis to be prepared for our customers?
    - Do we automate any part of the process?

Superior Quality • Less Disruption • Immediate Savings

Privileged and Confidential - 2 -

TOMORROW NOW

Ex 109 - Page 4

CONFIDENTIAL INFORMATION

TN-OR08720723

## Contents

- The Facts
- Return IP Process Overview
- Customer Activities-to-Date
- Automation Benefits
- Estimated Schedule and Resources
- Priorities
- Recommendations and Conclusions

Superior Quality • Less Disruption • Immediate Savings    TOMORROW NOW
Privileged and Confidential - 3 -

**Ex 109 - Page 5**

CONFIDENTIAL INFORMATION   TN-OR08720724

## The Facts

|  | J.D. Edwards | PeopleSoft | Baan | Siebel |
|---|---|---|---|---|
|  | | The Facts | | |
| Number of customers with materials stored at TomorrowNow | 92 | 114 | 1 | 6 |
| Number of customers with materials stored at TomorrowNow and still on vendor support (who therefore still have access to support materials) | 0 | 2 | 0 | 0 |
| Total Files | 714,619 | 3,630,178 | 17,800 | 627,000 |
| Total Folders | 176,109 | 500,585 | Undetermined | Undetermined |
| Total Volume (Gigabytes) | 1,253 | 2,560 | 4 | 175 |
| Manual Process Defined? | Yes | Yes | N/A | Yes |

[1] For PeopleSoft, the only downloads we can send back to the customer are Installation Guides, PeopleTools, Updates and Fixes, Upgrade Documentation, Red Papers, Required for Install and Upgrades. Roughly about 65% of the total.

Superior Quality • Less Disruption • Immediate Savings

TOMORROW NOW

Privileged and Confidential - 4 -

Ex 109 - Page 6

CONFIDENTIAL INFORMATION                                          TN-OR08720725