Oracle Corporation et al v. SAP AG et al    Doc. 657 Att. 110

# EXHIBIT 110

Dockets.Justia.com

| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000<br>Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846<br>Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle International Corporation, |
| 15 | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>        Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF BUFFY RANSOM IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**<br><br>**[REDACTED]**<br><br>Date: January 26, 2010<br>Time: 2 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

I, Buffy Ransom, declare as follows:

1. I am Vice President of Customer Support for EnterpriseOne Software Programs in Oracle's Product Support team. I have personal knowledge of the facts stated in this declaration and, if called and sworn as a witness, could testify competently as to them.

2. In late 2006, Oracle employees noticed unusual download activity through Oracle's password-protected customer support website, known as Customer Connection. The unusual downloading activity came from an IP address assigned to Defendant TomorrowNow, Inc., a subsidiary of SAP America, which is a subsidiary of SAP AG (together referred to as "SAP"). Oracle investigated that download activity at the direction of attorneys in Oracle's legal department and outside counsel at Bingham McCutchen. I supervised portions of, and participated in, Oracle's efforts to investigate that unusual downloading activity.

*What "Mapping" Of Downloads to Contracts Means*

3. Oracle's investigation included a detailed and time-consuming analysis of: (a) downloads from SAP's IP addresses reflected on the log files from Oracle's Customer Connection support website; (b) linking those downloads to certain customer login credentials; (c) linking those downloads to Oracle software programs; and, (d) connecting the type of Oracle software reflected in the download to the license agreement for the customer whose credential SAP had used. The matching of the downloaded software products to the customer licenses has been described by the Parties as "mapping," though that is not a term commonly used at Oracle, and though there is no automated way to do the full contract-to-download mapping analysis for any customer download. In particular, that "mapping" analysis typically requires a manual analysis of the customer's licensing information.

*JD Edwards Software and Licensing Background*

4. To understand the steps involved in this "mapping" of contracts to customer downloads, some background with respect to the JD Edwards software and how it is licensed would be helpful. Within the JD Edwards software line, a customer may license some or all of a "suite," such as Human Capital Management, within a "family," such as EnterpriseOne (also

1
2
3    _____
4         Buffy Ransom
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6                                Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BUFFY RANSOM IN SUPPORT OF ORACLE'S OPPOSITION TO MOTION TO COMPEL