# EXHIBIT 113

TomorrowNow

Inventory Report
Generated by Sean Michaelson  on : 03-07-2008 09:03
Total records : 366

REDACTED

CONFIDENTIAL INFORMATION

TN-OR 01361328

| Workstation | Model | Os Name | Service Tag | User | Department |
|---|---|---|---|---|---|
| | | | | | |
| | | REDACTED | | | |
| | | | | | |
| DCSBLPROD04 | ProLiant DL360 G5 | Microsoft(R) Windows(R) Server 2003, Enterprise Edition | USM70706T6 | Not Assigned | Not Assigned |
| DCSBLPROD03 | ProLiant DL360 G5 | Microsoft(R) Windows(R) Server 2003, Enterprise Edition | USM70704S7 | Not Assigned | Not Assigned |
| | | REDACTED | | | |

CONFIDENTIAL INFORMATION                                                                 TN-OR 01361337