# EXHIBIT 114

Dockets.Justia.com

| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|   | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|   | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 5 | Telephone: (415) 393-2000 |
|   | Facsimile: (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
|   | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|   | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|   | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
|   | Redwood City, CA 94070 |
| 11 | Telephone: (650) 506-4846 |
|   | Facsimile: (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
|   | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
|   | Oracle USA, Inc., Oracle International Corporation, |
| 15 | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs, | **DECLARATION OF BRADY MICKELSEN** |
|   | v. | |
| 21 | SAP AG, *et al.*, | **CONTAINS INFORAMTION DESIGNATED HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** |
| 22 | Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BRADY MICKELSEN

A/73302563.1/2021039-0000324170

1  I, Brady Mickelsen, declare as follows:

2      1.    I am over the age of 18 and competent to testify to the facts stated in this declaration. All statements made in this declaration are based upon my personal knowledge and belief. If called and sworn as a witness, I could and would competently testify as to such matters.

6      2.    I understand that four Oracle corporate entities are named plaintiffs in the above captioned matter, *Oracle USA, Inc. et al. v. SAP AG, et al.*, Case No. 07-cv-01658-PJH(EDL): Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Ltd., and Siebel Systems Inc. The purpose of this declaration is to confirm that Oracle America, Inc. is the successor in interest to Oracle USA, Inc. ("OUSA") and therefore should be substituted as the named plaintiff in this action for Oracle USA, Inc.

12      3.    On January 27, 2010, Oracle Corporation announced it had completed its acquisition of Sun Microsystems, Inc. ("SMI"). In my capacity as Vice President, Associate General Counsel, Corporate, Securities & Acquisition at OUSA, I was personally responsible for overseeing the drafting of the post-acquisition documents by which SMI would be reorganized within the corporate entity structure of Oracle Corporation and its subsidiaries.

17      4.    As a part of this reorganization, on February 15, 2010 at 12:01 am Pacific Standard Time, OUSA merged with and into SMI (the "Merger"). Specifically, the Agreement and Plan of Merger provides:

> Subject to and in accordance with the provisions of this Agreement, at the Effective Time (as defined in Section 2 hereof), OUSA shall be merged with and into SMI, whereupon the separate existence of OUSA shall cease, and SMI shall be the surviving entity (the "Surviving Entity") in the Merger. The Surviving Entity shall, in accordance with Section 259 of the General Corporation Law of the State of Delaware (the "Code"), succeed by operation of law, without other transfer or action, to all of the rights, title, interests and property of OUSA, and shall assume all debts, obligations and liabilities of OUSA as if the Surviving Entity had itself incurred such debts, obligations and liabilities.

As the surviving entity of the Merger, SMI filed an Amended and Restated Certificate of Incorporation pursuant to which the name of SMI was changed to Oracle America, Inc.

1          5.      As a result of this reorganization, there is no change to the corporate

structure of Oracle International Corporation, Oracle EMEA Ltd., and Siebel Systems Inc.

           6.      As a result of this reorganization, there is also no change to Oracle's outbound and inbound licensing and payment structures related to Oracle's PeopleSoft, JD Edwards, Siebel, or Database product lines for Oracle's non-U.S. territories. In Oracle's U.S. territory, Oracle America, Inc. is now Oracle's inbound and outbound licensing entity for Oracle's PeopleSoft, JD Edwards, Siebel, and Database product lines. In addition, any payment previously made or received by OUSA related to Oracle's PeopleSoft, JD Edwards, Siebel, and Database product lines will now be made and received by Oracle America, Inc.

           7.      I understand that on September 22, 2009, Oracle produced a copy of the Fourth Amended and Restated Cost Sharing Agreement to the Defendants in *Oracle USA, Inc. et al. v. SAP AG*. I understand this agreement was bates-numbered ORCL00578071. As part of the post-Merger corporate reorganization, one amendment was made to Appendix VI of the Fourth Amended and Restated Cost Sharing Agreement. This amendment did not result in any change to the provisions governing the licensing, development, or distribution of Oracle's PeopleSoft, JD Edwards, Siebel, or Database products.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Redwood Shores, California, on February 25, 2010.

_____
Brady Mickelsen

3          Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BRADY MICKELSEN