# EXHIBIT 115
# DOCUMENT SUBMITTED UNDER SEAL