# EXHIBIT 116
# DOCUMENT SUBMITTED UNDER SEAL