# EXHIBIT 117
# DOCUMENT SUBMITTED UNDER SEAL