| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
| | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
| | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 5 | Telephone:  (415) 393-2000 |
| | Facsimile:   (415) 393-2286 |
| 6 | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
| | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
| | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA  94070 |
| 11 | Telephone:  (650) 506-4846 |
| | Facsimile:   (650) 506-7114 |
| 12 | dorian.daley@oracle.com |
| | jennifer.gloss@oracle.com |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | Oracle USA, Inc., Oracle International Corporation, |
| 15 | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 20 | Plaintiffs, | **DECLARATION OF JENNIFER GLOSS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PLAINITFFS' DOCUMENTS SUPPORTING ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 21 | v. | |
| | SAP AG, *et al.*, | |
| 22 | Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF JENNIFER GLOSS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

A/73311292.1/2021039-0000324170

I, Jennifer Gloss, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am Senior Corporate Counsel at Oracle America, Inc., successor to Oracle USA, Inc. ("Oracle"). I have personal knowledge of the facts stated within this Declaration and could testify competently to them if required.

2. I have reviewed the following documents and testimony filed in support of Oracle's Motion for Partial Summary Judgment ("Oracle's Motion"): (1) Exhibit D to the Declaration of Thomas O'Neill filed in Support of Oracle's Motion for Partial Summary Judgment ("O'Neill Declaration"), (2) the Declaration of Norm Ackermann filed in Support of Oracle's Motion for Partial Summary Judgment ("Ackermann Declaration"), (3) Appendices B-K of the Ackermann Declaration, (4) the Declaration of Mark Fallon filed in Support of Oracle's Motion for Partial Summary Judgment ("Fallon Declaration"), (5) the deposition testimony of Uwe Koehler attached as Exhibits 17 and 18 to the Declaration of Zachary J. Alinder filed in Support of Oracle's Motion for Partial Summary Judgment ("Alinder Declaration"), (6) portions of the Expert Report of Paul Meyer attached as Exhibits 115-117 to the Alinder Declaration and (7) Oracle's Motion for Partial Summary Judgment as described below. Each of these documents contains non-public, commercially sensitive, private and confidential information, the disclosure of which would create a risk of significant competitive injury and particularized harm and prejudice to Oracle.

3. Oracle has narrowly tailored its request by only requesting redaction or sealing of the specific testimonial passages, documents, and information that contain the most commercially sensitive, private and confidential information, as identified below.

4. Oracle has continued to protect and treat the information in the specific portions of the documents identified in paragraph 2 above as confidential information.

*Exhibit D to the O'Neill Declaration*

5. Exhibit D to the O'Neill Declaration is a Software License and Services Agreement between Oracle and Washington Gas Light Company that contains non-disclosure provisions at §§ 14.3 & 14.4. It is my understanding that certain customers whose license

agreements contain such provisions might interpret them to mean that the license agreement and its terms should be kept confidential and protected from public disclosure. In an effort to comply with this potential interpretation by non-interested third-party customers whose information is at issue, Oracle has filed Exhibit D under seal.

*Fallon Declaration, Ackermann Declaration, and Appendices B-K to the Ackermann Declaration*

6.    The Fallon Declaration, Ackermann Declaration, and Appendices B-K to the Ackermann Declaration contain excerpts of and information regarding Oracle's source code. Specifically the Fallon Declaration at paragraph 8 and the Ackermann Declaration at paragraph 10 identify specific fields and tables in Oracle's database schema. Paragraphs 23 and 24 of the Ackermann Declaration identify specific lines of Oracle's code. The Ackermann Declaration at paragraph 21 and Appendices C-K contain excerpts of, and Appendix B provides details regarding, Oracle's software code for HRMS 7.0, 7.5 and 8.0 SP1. Oracle employs extraordinary measures to protect the confidentiality of its software code, including by restricting the redistribution, copying, or other disclosure of the code by customers and others with access to the code. Oracle's code is extremely sensitive, valuable and proprietary information, and is at the core of the products and services Oracle provides to its customers. Public disclosure of this information would cause competitive harm by giving competitors as well as would-be infringers unrestricted access to Oracle's source code.

*Koehler Testimony*

7.    Dr. Uwe Kohler is Senior Director of Oracle's Global Information Security Organization ("GIS"). This group is responsible for the detection, investigation and prevention of threats to Oracle systems and theft of its intellectual property. Pages 36:21-37:12 of Uwe Koehler's December 4, 2008 deposition testimony, attached as Exhibit 17 to the Alinder Declaration, contain testimony regarding methods of investigation employed by GIS. The methods employed and the information scrutinized by GIS in the protection of Oracle systems and IP is treated as highly-sensitive information by Oracle. The disclosure of this information would grant competitors, hackers, thieves and other would-be saboteurs insight into Oracle's

DECLARATION OF JENNIFER GLOSS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
A/73311292.1/2021039-0000324170

internal security operations, providing them with information which could be used to target Oracle's systems and IP and avoid detection. Such disclosure would create a risk of significant competitive injury and particularized harm and prejudice to Oracle.

8. Pages 42:7-43:3, 44:6-47:22, and 64:24-67:22 of Uwe Koehler's December 5, 2008 deposition testimony, attached as Exhibit 18 to the Alinder Declaration, contains testimony regarding security mechanisms, logs and methods of investigation employed by GIS. The logs contain IP addresses and information tracked by GIS which Oracle treats as confidential, proprietary information. The disclosure of this information would grant competitors, hackers, thieves and other would-be saboteurs insight into Oracle's internal security operations, providing them with information, which could be used to target Oracle's systems and IP and avoid detection. Such disclosure would create a risk of significant competitive injury and particularized harm and prejudice to Oracle.

**Expert Report of Paul K. Meyer**

9. Exhibits 116 and 117 and portions of Exhibit 115 to the Alinder Declaration are excerpts from the Expert Report of Paul K. Meyer, Plaintiffs' expert on damages. These exhibits contain customer specific financial information and calculations which reference and rely on proprietary financial information from Oracle, including revenue, pricing, and cost information. Disclosure of the financial measures creates a risk of significant competitive injury and particularized harm and prejudice as other customers can unfairly use them to gain an advantage in future negotiations, and third parties could use them to unfairly compete with and undercut Oracle pricing.

**Portions of Oracle's Motion for Partial Summary Judgment**

10. Portions of Plaintiffs' Motion, page 12 lines 11-19, 22-23 and page 24 lines 4-5, contain quotes or other descriptions from documents identified in Paragraphs 5 and 8 above. The passages include direct quotation of the confidential deposition testimony, portions of the confidential license agreement, and technical documents/data described above in Paragraphs 5 and 8. Consistent with Paragraphs 5 and 8 above, the disclosure of such confidential information would create a risk of significant

1

2  competitive injury and particularized harm and prejudice to Oracle.

3　　　　　I declare under penalty of perjury that the foregoing is true and correct. Executed

4  in Redwood Shores, California, on March 2, 2010.

*Jennifer Gloss*

DECLARATION OF JENNIFER GLOSS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

A/73311292.1/2021039-0000324170