| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) |
|   | HOLLY A. HOUSE (SBN 136045) |
| 3 | ZACHARY J. ALINDER (SBN 209009) |
|   | BREE HANN (SBN 215695) |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 5 | Telephone: 415.393.2000 |
|   | Facsimile: 415.393.2286 |
| 6 | donn.pickett@bingham.com |
|   | geoff.howard@bingham.com |
| 7 | holly.house@bingham.com |
|   | zachary.alinder@bingham.com |
| 8 | bree.hann@bingham.com |
| 9 | DORIAN DALEY (SBN 129049) |
|   | JENNIFER GLOSS (SBN 154227) |
| 10 | 500 Oracle Parkway, M/S 5op7 |
|   | Redwood City, CA 94070 |
| 11 | Telephone: 650.506.4846 |
|   | Facsimile: 650.506.7144 |
| 12 | dorian.daley@oracle.com |
|   | jennifer.gloss@oracle.com |
| 13 | |
|   | Attorneys for Plaintiffs |
| 14 | Oracle USA, Inc., Oracle International Corporation, |
|   | Oracle EMEA Limited, and Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ORACLE USA, INC., *et al.*, | | No. 07-CV-01658 PJH (EDL) |
| Plaintiffs, | | **DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS** |
| v. | | |
| SAP AG, *et al.*, | | |
| Defendants. | | |
| | | Judge:   Hon. Elizabeth D. Laporte |

A/73313097.1/2021039-0000324170

DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S SUPPLEMENTAL BRIEF IN SUPPORT ITS MOTION TO COMPEL

I, Thomas S. Hixson, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and before this Court, and am a partner at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (together, "Oracle") in this action. I have personal knowledge of the facts stated below by virtue of my representation of Oracle in this action, and, if called as a witness, could competently testify as to them.

2. Attached as Exhibit A are true and correct copies of portions of Defendants' Third Amended Response to Requests 13 Through 50 of Plaintiffs' Third Set of Requests for Admission to Defendants TomorrowNow, Inc., SAP AG, and SAP America, Inc., dated February 15, 2010.

3. Attached as Exhibit B are true and correct copies of portions of Defendants' Amended Response to Requests 4 Through 63 and 130 Through 162 of Plaintiffs' Fifth Set of Requests for Admission to Defendants TomorrowNow, Inc., SAP AG and SAP America, Inc., dated February 15, 2010.

4. Attached as Exhibit C are true and correct copies of portions of Defendants' Fourth Amended Responses to Requests 496 Through 680 of Plaintiffs' Second Set of Requests for Admission to Defendants TomorrowNow, Inc., SAP AG, and SAP America, Inc.

5. Attached as Exhibit D are true and correct copies of portions of the transcript of the April 10, 2009 deposition of Patti Von Feldt.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was signed on March 5, 2010 in San Francisco, California.

/s/   Thomas S. Hixson
Thomas S. Hixson

A/73313097.1/2021039-0000324170

DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S SUPPLEMENTAL BRIEF IN SUPPORT ITS MOTION TO COMPEL