# EXHIBIT B

Dockets.Justia.com

1    Robert A. Mittelstaedt (SBN 060359)
     Jason McDonell (SBN 115084)
2    Elaine Wallace (SBN 197882)
     JONES DAY
3    555 California Street, 26th Floor
     San Francisco, CA  94104
4    Telephone:     (415) 626-3939
     Facsimile:     (415) 875-5700
5    ramittelstaedt@jonesday.com
     jmcdonell@jonesday.com
6    ewallace@jonesday.com

7    Tharan Gregory Lanier (SBN 138784)
     Jane L. Froyd (SBN 220776)
8    JONES DAY
     1755 Embarcadero Road
9    Palo Alto, CA  94303
     Telephone:     (650) 739-3939
10   Facsimile:     (650) 739-3900
     tglanier@jonesday.com
11   jfroyd@jonesday.com

12   Scott W. Cowan (Admitted *Pro Hac Vice*)
     Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13   JONES DAY
     717 Texas, Suite 3300
14   Houston, TX 77002
     Telephone:     (832) 239-3939
15   Facsimile:     (832) 239-3600
     swcowan@jonesday.com
16   jlfuchs@jonesday.com

17   Attorneys for Defendants
     SAP AG, SAP AMERICA, INC., and
18   TOMORROWNOW, INC.

19              UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21                    OAKLAND DIVISION

22   ORACLE USA, INC., et al.,              Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,                  **DEFENDANTS' AMENDED
                                             RESPONSE TO REQUESTS 4
24        v.                                 THROUGH 63 AND 130 THROUGH
                                             162 OF PLAINTIFFS' FIFTH SET OF
25   SAP AG, et al.,                         REQUESTS FOR ADMISSION TO
                                             DEFENDANTS TOMORROWNOW,
26              Defendants.                  INC., SAP AG, AND SAP AMERICA,
                                             INC.
27
                                             **CONFIDENTIAL PURSUANT TO
28                                           PROTECTIVE ORDER**

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1

23.     Under Fed. R. Civ. P. 36(b), any and all admissions made by Defendants through the following responses are made for the purpose of this pending civil action only and are not an admission for any other purpose nor may any such admissions be used against Defendants in any other proceeding.

**REQUESTS FOR ADMISSION**

**REQUEST NO. 4:**

For each file located in DCITBU01_G\JDE\JDE Delivered Updates & Fixes, as identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally downloaded from an Oracle website by SAP TN.

**RESPONSE:**

Defendants object to this request on the grounds stated in the General Objections and Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response.  Further, Defendants object to this request as compound and unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not thousands of separate questions and would require the review of substantial amounts of data.  This request, therefore, does not separately state each matter sought.  Moreover, Defendants object to this request on the basis that Defendants' burden associated with responding to this request is substantially similar to the burden for Plaintiffs to obtain the information sought through this request, especially because the available documents, data and other information sought from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

ADMITTED for the vast majority.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

6

1   **REQUEST NO. 5:**

2        For each file located in DCITBU01_G\PeopleSoft, as identified in Defendants' responses

3   to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally downloaded

4   from an Oracle website by SAP TN.

5   **RESPONSE:**

6        Defendants object to this request on the grounds stated in the General Objections and

7   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8   respect to the information sought in this request because Defendants SAP AG and SAP America

9   have no additional knowledge separate and apart from the information provided by Defendant

10  TomorrowNow in this response.  Further, Defendants object to this request as compound and

11  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

12  thousands of separate questions and would require the review of substantial amounts of data.

13  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

14  object to this request on the basis that Defendants' burden associated with responding to this

15  request is substantially similar to the burden for Plaintiffs to obtain the information sought

16  through this request, especially because the available documents, data and other information

17  sought from which the answer, if any, could be derived in response to this request have been

18  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

19  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

20  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

21  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

22  Defendants respond as follows:

23        ADMITTED for the vast majority.

24  **REQUEST NO. 6:**

25        For each file located in DCDL1-2 and DCDL4-20, as identified in Defendants' responses

26  to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally downloaded

27  from an Oracle website by SAP TN.

28

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    **RESPONSE:**

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Further, Defendants object to this request as compound and

7    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

8    thousands of separate questions and would require the review of substantial amounts of data.

9    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

10   object to this request on the basis that Defendants' burden associated with responding to this

11   request is substantially similar to the burden for Plaintiffs to obtain the information sought

12   through this request, especially because the available documents, data and other information

13   sought from which the answer, if any, could be derived in response to this request have been

14   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

15   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

16   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

17   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

18   Defendants respond as follows:

19        ADMITTED for the majority.

20   **REQUEST NO. 7:**

21        For each file located in Tempstore_CE\D\PeopleSoft, as identified in Defendants'

22   responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally

23   downloaded from an Oracle website by SAP TN.

24   **RESPONSE:**

25        Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   have no additional knowledge separate and apart from the information provided by Defendant

1   TomorrowNow in this response.  Further, Defendants object to this request as compound and

2   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

3   thousands of separate questions and would require the review of substantial amounts of data.

4   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

5   object to this request on the basis that Defendants' burden associated with responding to this

6   request is substantially similar to the burden for Plaintiffs to obtain the information sought

7   through this request, especially because the available documents, data and other information

8   sought from which the answer, if any, could be derived in response to this request have been

9   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

10  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

11  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

12  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

13  Defendants respond as follows:

14          ADMITTED for the vast majority.

15  **REQUEST NO. 8:**

16          For each file located in TN-FS01_F\C\DellRestore\F Drive\PS\PS Delivered Updates &

17  Fixes, as identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set,

18  admit that the file was originally downloaded from an Oracle website by SAP TN.

19  **RESPONSE:**

20          Defendants object to this request on the grounds stated in the General Objections and

21  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22  respect to the information sought in this request because Defendants SAP AG and SAP America

23  have no additional knowledge separate and apart from the information provided by Defendant

24  TomorrowNow in this response.  Further, Defendants object to this request as compound and

25  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

26  thousands of separate questions and would require the review of substantial amounts of data.

27  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

28  object to this request on the basis that Defendants' burden associated with responding to this

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    request is substantially similar to the burden for Plaintiffs to obtain the information sought

2    through this request, especially because the available documents, data and other information

3    sought from which the answer, if any, could be derived in response to this request have been

4    produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

5    available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

6    also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

7    Defendants.  Subject to and without waiving the foregoing objections and qualifications,

8    Defendants respond as follows:

9         ADMITTED for the vast majority.

10   **REQUEST NO. 9:**

11        For each file located in JD-WSVR01_G\JDE\JDE Delivered Updates & Fixes, as

12   identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that

13   the file was originally downloaded from an Oracle website by SAP TN.

14   **RESPONSE:**

15        Defendants object to this request on the grounds stated in the General Objections and

16   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17   respect to the information sought in this request because Defendants SAP AG and SAP America

18   have no additional knowledge separate and apart from the information provided by Defendant

19   TomorrowNow in this response.  Further, Defendants object to this request as compound and

20   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

21   thousands of separate questions and would require the review of substantial amounts of data.

22   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

23   object to this request on the basis that Defendants' burden associated with responding to this

24   request is substantially similar to the burden for Plaintiffs to obtain the information sought

25   through this request, especially because the available documents, data and other information

26   sought from which the answer, if any, could be derived in response to this request have been

27   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

28   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

10

1   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

2   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

3   Defendants respond as follows:

4          ADMITTED for the vast majority.

5   **REQUEST NO. 10:**

6          For each file located in AS/400 ENT01 Partition, as identified in Defendants' responses to

7   Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally downloaded from

8   an Oracle website by SAP TN.

9   **RESPONSE:**

10          Defendants object to this request on the grounds stated in the General Objections and

11   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12   respect to the information sought in this request because Defendants SAP AG and SAP America

13   have no additional knowledge separate and apart from the information provided by Defendant

14   TomorrowNow in this response.  Further, Defendants object to this request as compound and

15   unduly burdensome in that this requests asks for "each file" and, thus, asks hundreds if not

16   thousands of separate questions and would require the review of substantial amounts of data.

17   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

18   object to this request on the basis that Defendants' burden associated with responding to this

19   request is substantially similar to the burden for Plaintiffs to obtain the information sought

20   through this request, especially because the available documents, data and other information

21   sought from which the answer, if any, could be derived in response to this request have been

22   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

23   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

24   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

25   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

26   Defendants respond as follows:

27          DENIED for the vast majority.

28

1   **REQUEST NO. 11:**

2        For each file located in AS/400 World Partition, as identified in Defendants' responses to

3   Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally downloaded from

4   an Oracle website by SAP TN.

5   **RESPONSE:**

6        Defendants object to this request on the grounds stated in the General Objections and

7   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8   respect to the information sought in this request because Defendants SAP AG and SAP America

9   have no additional knowledge separate and apart from the information provided by Defendant

10  TomorrowNow in this response.  Further, Defendants object to this request as compound and

11  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

12  thousands of separate questions and would require the review of substantial amounts of data.

13  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

14  object to this request on the basis that Defendants' burden associated with responding to this

15  request is substantially similar to the burden for Plaintiffs to obtain the information sought

16  through this request, especially because the available documents, data and other information

17  sought from which the answer, if any, could be derived in response to this request have been

18  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

19  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

20  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

21  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

22  Defendants respond as follows:

23        ADMITTED for materials that TomorrowNow downloaded and subsequently moved to

24  the AS/400 as described by Patti Von Feldt at pages 10:14-11:13 and 14:7-15 of her April 10,

25  2009 deposition.  DENIED for the vast majority of the files not covered by the admission in the

26  preceding sentence.

27  **REQUEST NO. 12:**

28        For each file located in TN-FS02_E\Delivered Updates & Fixes, as identified in

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

2   originally downloaded from an Oracle website by SAP TN.

3   **RESPONSE:**

4        Defendants object to this request on the grounds stated in the General Objections and

5   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

6   respect to the information sought in this request because Defendants SAP AG and SAP America

7   have no additional knowledge separate and apart from the information provided by Defendant

8   TomorrowNow in this response.  Further, Defendants object to this request as compound and

9   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

10  thousands of separate questions and would require the review of substantial amounts of data.

11  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

12  object to this request on the basis that Defendants' burden associated with responding to this

13  request is substantially similar to the burden for Plaintiffs to obtain the information sought

14  through this request, especially because the available documents, data and other information

15  sought from which the answer, if any, could be derived in response to this request have been

16  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

17  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

18  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

19  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

20  Defendants respond as follows:

21        ADMITTED for the vast majority.

22  **REQUEST NO. 13:**

23        For each file located in TN-FS01_F\C\DellRestore\F Drive\Client Download Links, as

24  identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that

25  the file was originally downloaded from an Oracle website by SAP TN.

26  **RESPONSE:**

27        Defendants object to this request on the grounds stated in the General Objections and

28  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    respect to the information sought in this request because Defendants SAP AG and SAP America

2    have no additional knowledge separate and apart from the information provided by Defendant

3    TomorrowNow in this response.  Further, Defendants object to this request as compound and

4    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

5    thousands of separate questions and would require the review of substantial amounts of data.

6    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

7    object to this request on the basis that Defendants' burden associated with responding to this

8    request is substantially similar to the burden for Plaintiffs to obtain the information sought

9    through this request, especially because the available documents, data and other information

10   sought from which the answer, if any, could be derived in response to this request have been

11   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

12   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

13   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

14   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

15   Defendants respond as follows:

16          ADMITTED for the vast majority.

17   **REQUEST NO. 14:**

18          For each file located in TN-FS01_F\C\DellRestore\F Drive\PS\JDE OneWorld

19   International Docs and Release Notes, as identified in Defendants' responses to Interrogatory 11

20   from Oracle Corp.'s first set, admit that the file was originally downloaded from an Oracle

21   website by SAP TN.

22   **RESPONSE:**

23          Defendants object to this request on the grounds stated in the General Objections and

24   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25   respect to the information sought in this request because Defendants SAP AG and SAP America

26   have no additional knowledge separate and apart from the information provided by Defendant

27   TomorrowNow in this response.  Further, Defendants object to this request as compound and

28   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   thousands of separate questions and would require the review of substantial amounts of data.

2   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

3   object to this request on the basis that Defendants' burden associated with responding to this

4   request is substantially similar to the burden for Plaintiffs to obtain the information sought

5   through this request, especially because the available documents, data and other information

6   sought from which the answer, if any, could be derived in response to this request have been

7   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

8   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

9   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

10  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

11  Defendants respond as follows:

12          ADMITTED for the vast majority.

13  **REQUEST NO. 15:**

14          For each file located in TN-FS01_F\C\DellRestore\F Drive\PS\JDE World International

15  Docs and Release Notes, as identified in Defendants' responses to Interrogatory 11 from Oracle

16  Corp.'s first set, admit that the file was originally downloaded from an Oracle website by SAP

17  TN.

18  **RESPONSE:**

19          Defendants object to this request on the grounds stated in the General Objections and

20  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21  respect to the information sought in this request because Defendants SAP AG and SAP America

22  have no additional knowledge separate and apart from the information provided by Defendant

23  TomorrowNow in this response.  Further, Defendants object to this request as compound and

24  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

25  thousands of separate questions and would require the review of substantial amounts of data.

26  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

27  object to this request on the basis that Defendants' burden associated with responding to this

28  request is substantially similar to the burden for Plaintiffs to obtain the information sought

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   through this request, especially because the available documents, data and other information

2   sought from which the answer, if any, could be derived in response to this request have been

3   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

4   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

5   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

6   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

7   Defendants respond as follows:

8          ADMITTED for the vast majority.

9   **REQUEST NO. 16:**

10          For each file located in JDDEV03\D\Downloads\PeopleSoft, as identified in Defendants'

11   responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally

12   downloaded from an Oracle website by SAP TN.

13   **RESPONSE:**

14          Defendants object to this request on the grounds stated in the General Objections and

15   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16   respect to the information sought in this request because Defendants SAP AG and SAP America

17   have no additional knowledge separate and apart from the information provided by Defendant

18   TomorrowNow in this response.  Further, Defendants object to this request as compound and

19   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

20   thousands of separate questions and would require the review of substantial amounts of data.

21   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

22   object to this request on the basis that Defendants' burden associated with responding to this

23   request is substantially similar to the burden for Plaintiffs to obtain the information sought

24   through this request, especially because the available documents, data and other information

25   sought from which the answer, if any, could be derived in response to this request have been

26   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

27   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

28   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

16

1    Defendants.  Subject to and without waiving the foregoing objections and qualifications,

2    Defendants respond as follows:

3            ADMITTED for the vast majority.

4    **REQUEST NO. 17:**

5            For each file located in JDDEV03\D\ESUhtm, as identified in Defendants' responses to

6    Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally downloaded from

7    an Oracle website by SAP TN.

8    **RESPONSE:**

9            Defendants object to this request on the grounds stated in the General Objections and

10   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response.  Further, Defendants object to this request as compound and

14   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

15   thousands of separate questions and would require the review of substantial amounts of data.

16   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

17   object to this request on the basis that Defendants' burden associated with responding to this

18   request is substantially similar to the burden for Plaintiffs to obtain the information sought

19   through this request, especially because the available documents, data and other information

20   sought from which the answer, if any, could be derived in response to this request have been

21   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

22   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

23   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

24   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

25   Defendants respond as follows:

26           ADMITTED for the vast majority.

27   **REQUEST NO. 18:**

28           For each file located in SBLPROD02\SupportWeb-2007.03.11-

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

17

1  PSCU_Financial_Services.rar, as identified in Defendants' responses to Interrogatory 11 from

2  Oracle Corp.'s first set, admit that the file was originally downloaded from an Oracle website by

3  SAP TN.

4  **RESPONSE:**

5       Defendants object to this request on the grounds stated in the General Objections and

6  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

7  respect to the information sought in this request because Defendants SAP AG and SAP America

8  have no additional knowledge separate and apart from the information provided by Defendant

9  TomorrowNow in this response.  Further, Defendants object to this request as compound and

10 unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

11 thousands of separate questions and would require the review of substantial amounts of data.

12 This request, therefore, does not separately state each matter sought.  Moreover, Defendants

13 object to this request on the basis that Defendants' burden associated with responding to this

14 request is substantially similar to the burden for Plaintiffs to obtain the information sought

15 through this request, especially because the available documents, data and other information

16 sought from which the answer, if any, could be derived in response to this request have been

17 produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

18 available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

19 also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

20 Defendants.  Subject to and without waiving the foregoing objections and qualifications,

21 Defendants respond as follows:

22       ADMITTED for the vast majority.

23 **REQUEST NO. 19:**

24       For each file located in TN-FS01_F\C\Siebel\Clients\Actel, as identified in Defendants'

25 responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally

26 downloaded from an Oracle website by SAP TN.

27 **RESPONSE:**

28       Defendants object to this request on the grounds stated in the General Objections and

1   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2   respect to the information sought in this request because Defendants SAP AG and SAP America

3   have no additional knowledge separate and apart from the information provided by Defendant

4   TomorrowNow in this response.  Further, Defendants object to this request as compound and

5   unduly burdensome in that this requests asks for "each file" and, thus, asks hundreds if not

6   thousands of separate questions and would require the review of substantial amounts of data.

7   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

8   object to this request on the basis that Defendants' burden associated with responding to this

9   request is substantially similar to the burden for Plaintiffs to obtain the information sought

10  through this request, especially because the available documents, data and other information

11  sought from which the answer, if any, could be derived in response to this request have been

12  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

13  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

14  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

15  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

16  Defendants respond as follows:

17        ADMITTED for the vast majority.

18  **REQUEST NO. 20:**

19        For each file located in TN-FS01_F\C\Siebel\Clients\ATX, as identified in Defendants'

20  responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally

21  downloaded from an Oracle website by SAP TN.

22  **RESPONSE:**

23        Defendants object to this request on the grounds stated in the General Objections and

24  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25  respect to the information sought in this request because Defendants SAP AG and SAP America

26  have no additional knowledge separate and apart from the information provided by Defendant

27  TomorrowNow in this response.  Further, Defendants object to this request as compound and

28  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

19

1   thousands of separate questions and would require the review of substantial amounts of data.

2   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

3   object to this request on the basis that Defendants' burden associated with responding to this

4   request is substantially similar to the burden for Plaintiffs to obtain the information sought

5   through this request, especially because the available documents, data and other information

6   sought from which the answer, if any, could be derived in response to this request have been

7   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

8   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

9   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

10  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

11  Defendants respond as follows:

12        ADMITTED for the vast majority.

13  **REQUEST NO. 21:**

14        For each file located in TN-FS01_F\C\Siebel\Clients\CSBP, as identified in Defendants'

15  responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally

16  downloaded from an Oracle website by SAP TN.

17  **RESPONSE:**

18        Defendants object to this request on the grounds stated in the General Objections and

19  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20  respect to the information sought in this request because Defendants SAP AG and SAP America

21  have no additional knowledge separate and apart from the information provided by Defendant

22  TomorrowNow in this response.  Further, Defendants object to this request as compound and

23  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

24  thousands of separate questions and would require the review of substantial amounts of data.

25  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

26  object to this request on the basis that Defendants' burden associated with responding to this

27  request is substantially similar to the burden for Plaintiffs to obtain the information sought

28  through this request, especially because the available documents, data and other information

1  sought from which the answer, if any, could be derived in response to this request have been

2  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

3  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

4  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

5  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

6  Defendants respond as follows:

7       ADMITTED for the vast majority.

8  **REQUEST NO. 22:**

9       For each file located in TN-FS01_F\C\Siebel\Clients\Everdream, as identified in

10  Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

11  originally downloaded from an Oracle website by SAP TN.

12  **RESPONSE:**

13       Defendants object to this request on the grounds stated in the General Objections and

14  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15  respect to the information sought in this request because Defendants SAP AG and SAP America

16  have no additional knowledge separate and apart from the information provided by Defendant

17  TomorrowNow in this response.  Further, Defendants object to this request as compound and

18  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

19  thousands of separate questions and would require the review of substantial amounts of data.

20  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

21  object to this request on the basis that Defendants' burden associated with responding to this

22  request is substantially similar to the burden for Plaintiffs to obtain the information sought

23  through this request, especially because the available documents, data and other information

24  sought from which the answer, if any, could be derived in response to this request have been

25  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

26  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

27  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

28  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

21

1  Defendants respond as follows:

2      ADMITTED for the vast majority.

3  **REQUEST NO. 23:**

4      For each file located in TN-FS01_F\C\Siebel\Clients\FSC, as identified in Defendants'

5  responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally

6  downloaded from an Oracle website by SAP TN.

7  **RESPONSE:**

8      Defendants object to this request on the grounds stated in the General Objections and

9  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10  respect to the information sought in this request because Defendants SAP AG and SAP America

11  have no additional knowledge separate and apart from the information provided by Defendant

12  TomorrowNow in this response.  Further, Defendants object to this request as compound and

13  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

14  thousands of separate questions and would require the review of substantial amounts of data.

15  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

16  object to this request on the basis that Defendants' burden associated with responding to this

17  request is substantially similar to the burden for Plaintiffs to obtain the information sought

18  through this request, especially because the available documents, data and other information

19  sought from which the answer, if any, could be derived in response to this request have been

20  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

21  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

22  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

23  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

24  Defendants respond as follows:

25      ADMITTED for the vast majority.

26  **REQUEST NO. 24:**

27      For each file located in TN-FS01_F\C\Siebel\Clients\MKS, as identified in Defendants'

28  responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

22

1  downloaded from an Oracle website by SAP TN.

2  **RESPONSE:**

3          Defendants object to this request on the grounds stated in the General Objections and

4  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5  respect to the information sought in this request because Defendants SAP AG and SAP America

6  have no additional knowledge separate and apart from the information provided by Defendant

7  TomorrowNow in this response.  Further, Defendants object to this request as compound and

8  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

9  thousands of separate questions and would require the review of substantial amounts of data.

10  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

11  object to this request on the basis that Defendants' burden associated with responding to this

12  request is substantially similar to the burden for Plaintiffs to obtain the information sought

13  through this request, especially because the available documents, data and other information

14  sought from which the answer, if any, could be derived in response to this request have been

15  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

16  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

17  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

18  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

19  Defendants respond as follows:

20          ADMITTED for the vast majority.

21  **REQUEST NO. 25:**

22          For each file located in TN-FS01_F\C\Siebel\Clients\NextiraOne, as identified in

23  Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

24  originally downloaded from an Oracle website by SAP TN.

25  **RESPONSE:**

26          Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  respect to the information sought in this request because Defendants SAP AG and SAP America

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

23

1    have no additional knowledge separate and apart from the information provided by Defendant

2    TomorrowNow in this response.  Further, Defendants object to this request as compound and

3    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

4    thousands of separate questions and would require the review of substantial amounts of data.

5    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

6    object to this request on the basis that Defendants' burden associated with responding to this

7    request is substantially similar to the burden for Plaintiffs to obtain the information sought

8    through this request, especially because the available documents, data and other information

9    sought from which the answer, if any, could be derived in response to this request have been

10   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

11   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

12   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

13   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

14   Defendants respond as follows:

15          ADMITTED for the vast majority.

16   **REQUEST NO. 26:**

17          For each file located in TN-FS01_F\C\Siebel\Clients\Pomeroy, as identified in

18   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

19   originally downloaded from an Oracle website by SAP TN.

20   **RESPONSE:**

21          Defendants object to this request on the grounds stated in the General Objections and

22   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23   respect to the information sought in this request because Defendants SAP AG and SAP America

24   have no additional knowledge separate and apart from the information provided by Defendant

25   TomorrowNow in this response.  Further, Defendants object to this request as compound and

26   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

27   thousands of separate questions and would require the review of substantial amounts of data.

28   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

1   object to this request on the basis that Defendants' burden associated with responding to this

2   request is substantially similar to the burden for Plaintiffs to obtain the information sought

3   through this request, especially because the available documents, data and other information

4   sought from which the answer, if any, could be derived in response to this request have been

5   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

6   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

7   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

8   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

9   Defendants respond as follows:

10          ADMITTED for the vast majority.

11  **REQUEST NO. 27:**

12          For each file located in TN-FS01_F\C\Siebel\Clients\PSCU Financial Services, as

13  identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that

14  the file was originally downloaded from an Oracle website by SAP TN.

15  **RESPONSE:**

16          Defendants object to this request on the grounds stated in the General Objections and

17  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

18  respect to the information sought in this request because Defendants SAP AG and SAP America

19  have no additional knowledge separate and apart from the information provided by Defendant

20  TomorrowNow in this response.  Further, Defendants object to this request as compound and

21  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

22  thousands of separate questions and would require the review of substantial amounts of data.

23  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

24  object to this request on the basis that Defendants' burden associated with responding to this

25  request is substantially similar to the burden for Plaintiffs to obtain the information sought

26  through this request, especially because the available documents, data and other information

27  sought from which the answer, if any, could be derived in response to this request have been

28  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

25

1   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

2   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

3   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

4   Defendants respond as follows:

5          ADMITTED for the vast majority.

6   **REQUEST NO. 28:**

7          For each file located in TN-FS01_F\C\Siebel\Clients\Rockwell, as identified in

8   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

9   originally downloaded from an Oracle website by SAP TN.

10  **RESPONSE:**

11         Defendants object to this request on the grounds stated in the General Objections and

12  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13  respect to the information sought in this request because Defendants SAP AG and SAP America

14  have no additional knowledge separate and apart from the information provided by Defendant

15  TomorrowNow in this response.  Further, Defendants object to this request as compound and

16  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

17  thousands of separate questions and would require the review of substantial amounts of data.

18  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

19  object to this request on the basis that Defendants' burden associated with responding to this

20  request is substantially similar to the burden for Plaintiffs to obtain the information sought

21  through this request, especially because the available documents, data and other information

22  sought from which the answer, if any, could be derived in response to this request have been

23  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

24  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

25  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

26  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

27  Defendants respond as follows:

28         ADMITTED for the vast majority.

1    **REQUEST NO. 29:**

2          For each file located in TN-FS01_F\C\Siebel\Clients\Smart Center, as identified in

3    Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

4    originally downloaded from an Oracle website by SAP TN.

5    **RESPONSE:**

6          Defendants object to this request on the grounds stated in the General Objections and

7    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8    respect to the information sought in this request because Defendants SAP AG and SAP America

9    have no additional knowledge separate and apart from the information provided by Defendant

10   TomorrowNow in this response.  Further, Defendants object to this request as compound and

11   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

12   thousands of separate questions and would require the review of substantial amounts of data.

13   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

14   object to this request on the basis that Defendants' burden associated with responding to this

15   request is substantially similar to the burden for Plaintiffs to obtain the information sought

16   through this request, especially because the available documents, data and other information

17   sought from which the answer, if any, could be derived in response to this request have been

18   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

19   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

20   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

21   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

22   Defendants respond as follows:

23          ADMITTED for the vast majority.

24   **REQUEST NO. 30:**

25          For each file located in TN-FS01_F\C\Siebel\Clients\Standard Register, as identified in

26   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

27   originally downloaded from an Oracle website by SAP TN.

28

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

27

1  **RESPONSE:**

2          Defendants object to this request on the grounds stated in the General Objections and

3  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4  respect to the information sought in this request because Defendants SAP AG and SAP America

5  have no additional knowledge separate and apart from the information provided by Defendant

6  TomorrowNow in this response.  Further, Defendants object to this request as compound and

7  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

8  thousands of separate questions and would require the review of substantial amounts of data.

9  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

10  object to this request on the basis that Defendants' burden associated with responding to this

11  request is substantially similar to the burden for Plaintiffs to obtain the information sought

12  through this request, especially because the available documents, data and other information

13  sought from which the answer, if any, could be derived in response to this request have been

14  produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

15  available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

16  also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

17  Defendants.  Subject to and without waiving the foregoing objections and qualifications,

18  Defendants respond as follows:

19          ADMITTED for the vast majority.

20  **REQUEST NO. 31:**

21          For each file located in DCITBU01_G\Siebel\Actel, as identified in Defendants'

22  responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was originally

23  downloaded from an Oracle website by SAP TN.

24  **RESPONSE:**

25          Defendants object to this request on the grounds stated in the General Objections and

26  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27  respect to the information sought in this request because Defendants SAP AG and SAP America

28  have no additional knowledge separate and apart from the information provided by Defendant

1    TomorrowNow in this response.  Further, Defendants object to this request as compound and

2    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

3    thousands of separate questions and would require the review of substantial amounts of data.

4    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

5    object to this request on the basis that Defendants' burden associated with responding to this

6    request is substantially similar to the burden for Plaintiffs to obtain the information sought

7    through this request, especially because the available documents, data and other information

8    sought from which the answer, if any, could be derived in response to this request have been

9    produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

10   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

11   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

12   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

13   Defendants respond as follows:

14        ADMITTED for the vast majority.

15   **REQUEST NO. 32:**

16        For each file located in DCITBU01_G\Siebel\PSCU Financial Services, as identified in

17   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

18   originally downloaded from an Oracle website by SAP TN.

19   **RESPONSE:**

20        Defendants object to this request on the grounds stated in the General Objections and

21   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

22   respect to the information sought in this request because Defendants SAP AG and SAP America

23   have no additional knowledge separate and apart from the information provided by Defendant

24   TomorrowNow in this response.  Further, Defendants object to this request as compound and

25   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

26   thousands of separate questions and would require the review of substantial amounts of data.

27   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

28   object to this request on the basis that Defendants' burden associated with responding to this

1   request is substantially similar to the burden for Plaintiffs to obtain the information sought

2   through this request, especially because the available documents, data and other information

3   sought from which the answer, if any, could be derived in response to this request have been

4   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

5   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

6   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

7   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

8   Defendants respond as follows:

9        ADMITTED for the vast majority.

10   **REQUEST NO. 33:**

11        For each file located in DCITBU01_G\Siebel\Standard Register, as identified in

12   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that the file was

13   originally downloaded from an Oracle website by SAP TN.

14   **RESPONSE:**

15        Defendants object to this request on the grounds stated in the General Objections and

16   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17   respect to the information sought in this request because Defendants SAP AG and SAP America

18   have no additional knowledge separate and apart from the information provided by Defendant

19   TomorrowNow in this response.  Further, Defendants object to this request as compound and

20   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

21   thousands of separate questions and would require the review of substantial amounts of data.

22   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

23   object to this request on the basis that Defendants' burden associated with responding to this

24   request is substantially similar to the burden for Plaintiffs to obtain the information sought

25   through this request, especially because the available documents, data and other information

26   sought from which the answer, if any, could be derived in response to this request have been

27   produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant,

28   available information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

30

1   also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

2   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

3   Defendants respond as follows:

4       ADMITTED for the vast majority.

5   **REQUEST NO. 34:**

6       For each file located in DCITBU01_G\JDE\JDE Delivered Updates & Fixes, admit that

7   after a reasonable inquiry Defendants lack sufficient readily obtainable information to determine

8   that the file was not originally downloaded from an Oracle website by SAP TN.

9   **RESPONSE:**

10       Defendants object to this request on the grounds stated in the General Objections and

11   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12   respect to the information sought in this request because Defendants SAP AG and SAP America

13   have no additional knowledge separate and apart from the information provided by Defendant

14   TomorrowNow in this response.  Further, Defendants object to this request as compound and

15   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

16   thousands of separate questions and would require the review of substantial amounts of data.

17   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

18   object that the request is unduly burdensome and improperly attempts to shift the burden to

19   Defendants to evaluate each and every file where the effort associated with responding to this

20   request is substantially similar for the parties, especially because the available documents, data

21   and other information sought from which the answer, if any, could be derived in response to this

22   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

23   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

24   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

25   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

26   objections and qualifications, Defendants respond as follows:

27       DENIED.

28

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

31

**REQUEST NO. 35:**

For each file located in DCITBU01_G\PeopleSoft, admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the file was not originally downloaded from an Oracle website by SAP TN.

**RESPONSE:**

Defendants object to this request on the grounds stated in the General Objections and Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response. Further, Defendants object to this request as compound and unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not thousands of separate questions and would require the review of substantial amounts of data. This request, therefore, does not separately state each matter sought. Moreover, Defendants object that the request is unduly burdensome and improperly attempts to shift the burden to Defendants to evaluate each and every file where the effort associated with responding to this request is substantially similar for the parties, especially because the available documents, data and other information sought from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants. Defendants also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to Defendants. Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

DENIED.

**REQUEST NO. 36:**

For each file located in DCDL1-2 and DCDL4-20, as identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the file was not originally downloaded from an Oracle website by SAP TN.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

32

1    **RESPONSE:**

2        Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Further, Defendants object to this request as compound and

7    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

8    thousands of separate questions and would require the review of substantial amounts of data.

9    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

10   object that the request is unduly burdensome and improperly attempts to shift the burden to

11   Defendants to evaluate each and every file where the effort associated with responding to this

12   request is substantially similar for the parties, especially because the available documents, data

13   and other information sought from which the answer, if any, could be derived in response to this

14   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

15   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

16   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

17   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

18   objections and qualifications, Defendants respond as follows:

19       ADMITTED for the minority.

20   **REQUEST NO. 37:**

21       For each file located in Tempstore_CE\D\PeopleSoft, as identified in Defendants'

22   responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry

23   Defendants lack sufficient readily obtainable information to determine that the file was not

24   originally downloaded from an Oracle website by SAP TN.

25   **RESPONSE:**

26       Defendants object to this request on the grounds stated in the General Objections and

27   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28   respect to the information sought in this request because Defendants SAP AG and SAP America

1   have no additional knowledge separate and apart from the information provided by Defendant

2   TomorrowNow in this response.  Further, Defendants object to this request as compound and

3   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

4   thousands of separate questions and would require the review of substantial amounts of data.

5   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

6   object that the request is unduly burdensome and improperly attempts to shift the burden to

7   Defendants to evaluate each and every file where the effort associated with responding to this

8   request is substantially similar for the parties, especially because the available documents, data

9   and other information sought from which the answer, if any, could be derived in response to this

10   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

11   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

12   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

13   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

14   objections and qualifications, Defendants respond as follows:

15        DENIED.

16   **REQUEST NO. 38:**

17        For each file located in TN-FS01_F\C\DellRestore\F Drive\PS\PS Delivered Updates &

18   Fixes, as identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set,

19   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

20   determine that the file was not originally downloaded from an Oracle website by SAP TN.

21   **RESPONSE:**

22        Defendants object to this request on the grounds stated in the General Objections and

23   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

24   respect to the information sought in this request because Defendants SAP AG and SAP America

25   have no additional knowledge separate and apart from the information provided by Defendant

26   TomorrowNow in this response.  Further, Defendants object to this request as compound and

27   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

28   thousands of separate questions and would require the review of substantial amounts of data.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

34

1    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

2    object that the request is unduly burdensome and improperly attempts to shift the burden to

3    Defendants to evaluate each and every file where the effort associated with responding to this

4    request is substantially similar for the parties, especially because the available documents, data

5    and other information sought from which the answer, if any, could be derived in response to this

6    request have been produced by Defendants in response to Plaintiffs' other discovery requests and

7    thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

8    Defendants.  Defendants also object to the extent that this request improperly attempts to shift

9    Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

10    objections and qualifications, Defendants respond as follows:

11    DENIED.

12    **REQUEST NO. 39:**

13    For each file located in JD-WSVR01_G\JDE\JDE Delivered Updates & Fixes, as

14    identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that

15    after a reasonable inquiry Defendants lack sufficient readily obtainable information to determine

16    that the file was not originally downloaded from an Oracle website by SAP TN.

17    **RESPONSE:**

18    Defendants object to this request on the grounds stated in the General Objections and

19    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

20    respect to the information sought in this request because Defendants SAP AG and SAP America

21    have no additional knowledge separate and apart from the information provided by Defendant

22    TomorrowNow in this response.  Further, Defendants object to this request as compound and

23    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

24    thousands of separate questions and would require the review of substantial amounts of data.

25    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

26    object that the request is unduly burdensome and improperly attempts to shift the burden to

27    Defendants to evaluate each and every file where the effort associated with responding to this

28    request is substantially similar for the parties, especially because the available documents, data

1  and other information sought from which the answer, if any, could be derived in response to this

2  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

3  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

4  Defendants.  Defendants also object to the extent that this request improperly attempts to shift

5  Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

6  objections and qualifications, Defendants respond as follows:

7       DENIED.

8  **REQUEST NO. 40:**

9       For each file located in AS/400 ENT01 Partition, as identified in Defendants' responses to

10  Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry Defendants

11  lack sufficient readily obtainable information to determine that the file was not originally

12  downloaded from an Oracle website by SAP TN.

13  **RESPONSE:**

14       Defendants object to this request on the grounds stated in the General Objections and

15  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16  respect to the information sought in this request because Defendants SAP AG and SAP America

17  have no additional knowledge separate and apart from the information provided by Defendant

18  TomorrowNow in this response.  Further, Defendants object to this request as compound and

19  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

20  thousands of separate questions and would require the review of substantial amounts of data.

21  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

22  object that the request is unduly burdensome and improperly attempts to shift the burden to

23  Defendants to evaluate each and every file where the effort associated with responding to this

24  request is substantially similar for the parties, especially because the available documents, data

25  and other information sought from which the answer, if any, could be derived in response to this

26  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

27  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

28  Defendants.  Defendants also object to the extent that this request improperly attempts to shift

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

2   objections and qualifications, Defendants respond as follows:

3          DENIED.

4   **REQUEST NO. 41:**

5          For each file located in AS/400 World Partition, as identified in Defendants' responses to

6   Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry Defendants

7   lack sufficient readily obtainable information to determine that the file was not originally

8   downloaded from an Oracle website by SAP TN.

9   **RESPONSE:**

10          Defendants object to this request on the grounds stated in the General Objections and

11  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12  respect to the information sought in this request because Defendants SAP AG and SAP America

13  have no additional knowledge separate and apart from the information provided by Defendant

14  TomorrowNow in this response.  Further, Defendants object to this request as compound and

15  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

16  thousands of separate questions and would require the review of substantial amounts of data.

17  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

18  object that the request is unduly burdensome and improperly attempts to shift the burden to

19  Defendants to evaluate each and every file where the effort associated with responding to this

20  request is substantially similar for the parties, especially because the available documents, data

21  and other information sought from which the answer, if any, could be derived in response to this

22  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

23  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

24  Defendants.  Defendants also object to the extent that this request improperly attempts to shift

25  Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

26  objections and qualifications, Defendants respond as follows:

27          DENIED.

28

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

37

1    **REQUEST NO. 42:**

2         For each file located in TN-FS02_E\Delivered Updates & Fixes, as identified in

3    Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a

4    reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

5    file was not originally downloaded from an Oracle website by SAP TN.

6    **RESPONSE:**

7         Defendants object to this request on the grounds stated in the General Objections and

8    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response.  Further, Defendants object to this request as compound and

12   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

13   thousands of separate questions and would require the review of substantial amounts of data.

14   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

15   object that the request is unduly burdensome and improperly attempts to shift the burden to

16   Defendants to evaluate each and every file where the effort associated with responding to this

17   request is substantially similar for the parties, especially because the available documents, data

18   and other information sought from which the answer, if any, could be derived in response to this

19   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

20   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

21   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

22   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

23   objections and qualifications, Defendants respond as follows:

24         DENIED.

25   **REQUEST NO. 43:**

26         For each file located in TN-FS01_F\C\DellRestore\F Drive\Client Download Links, as

27   identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that

28   after a reasonable inquiry Defendants lack sufficient readily obtainable information to determine

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

38

1   that the file was not originally downloaded from an Oracle website by SAP TN.

2   **RESPONSE:**

3          Defendants object to this request on the grounds stated in the General Objections and

4   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5   respect to the information sought in this request because Defendants SAP AG and SAP America

6   have no additional knowledge separate and apart from the information provided by Defendant

7   TomorrowNow in this response.  Further, Defendants object to this request as compound and

8   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

9   thousands of separate questions and would require the review of substantial amounts of data.

10   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

11   object that the request is unduly burdensome and improperly attempts to shift the burden to

12   Defendants to evaluate each and every file where the effort associated with responding to this

13   request is substantially similar for the parties, especially because the available documents, data

14   and other information sought from which the answer, if any, could be derived in response to this

15   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

16   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

17   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

18   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

19   objections and qualifications, Defendants respond as follows:

20          DENIED.

21   **REQUEST NO. 44:**

22          For each file located in TN-FS01_F\C\DellRestore\F Drive\PS\JDE OneWorld

23   International Docs and Release Notes, as identified in Defendants' responses to Interrogatory 11

24   from Oracle Corp.'s first set, admit that after a reasonable inquiry Defendants lack sufficient

25   readily obtainable information to determine that the file was not originally downloaded from an

26   Oracle website by SAP TN.

27   **RESPONSE:**

28          Defendants object to this request on the grounds stated in the General Objections and

1   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

2   respect to the information sought in this request because Defendants SAP AG and SAP America

3   have no additional knowledge separate and apart from the information provided by Defendant

4   TomorrowNow in this response.  Further, Defendants object to this request as compound and

5   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

6   thousands of separate questions and would require the review of substantial amounts of data.

7   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

8   object that the request is unduly burdensome and improperly attempts to shift the burden to

9   Defendants to evaluate each and every file where the effort associated with responding to this

10  request is substantially similar for the parties, especially because the available documents, data

11  and other information sought from which the answer, if any, could be derived in response to this

12  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

13  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

14  Defendants.  Defendants also object to the extent that this request improperly attempts to shift

15  Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

16  objections and qualifications, Defendants respond as follows:

17          DENIED.

18  **REQUEST NO. 45:**

19          For each file located in TN-FS01_F\C\DellRestore\F Drive\PS\JDE World International

20  Docs and Release Notes, as identified in Defendants' responses to Interrogatory 11 from Oracle

21  Corp.'s first set, admit that after a reasonable inquiry Defendants lack sufficient readily

22  obtainable information to determine that the file was not originally downloaded from an Oracle

23  website by SAP TN.

24  **RESPONSE:**

25          Defendants object to this request on the grounds stated in the General Objections and

26  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27  respect to the information sought in this request because Defendants SAP AG and SAP America

28  have no additional knowledge separate and apart from the information provided by Defendant

40

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    TomorrowNow in this response.  Further, Defendants object to this request as compound and

2    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

3    thousands of separate questions and would require the review of substantial amounts of data.

4    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

5    object that the request is unduly burdensome and improperly attempts to shift the burden to

6    Defendants to evaluate each and every file where the effort associated with responding to this

7    request is substantially similar for the parties, especially because the available documents, data

8    and other information sought from which the answer, if any, could be derived in response to this

9    request have been produced by Defendants in response to Plaintiffs' other discovery requests and

10   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

11   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

12   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

13   objections and qualifications, Defendants respond as follows:

14            DENIED.

15   **REQUEST NO. 46:**

16            For each file located in JDDEV03\D\Downloads\PeopleSoft, as identified in Defendants'

17   responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry

18   Defendants lack sufficient readily obtainable information to determine that the file was not

19   originally downloaded from an Oracle website by SAP TN.

20   **RESPONSE:**

21            Defendants object to this request on the grounds stated in the General Objections and

22   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23   respect to the information sought in this request because Defendants SAP AG and SAP America

24   have no additional knowledge separate and apart from the information provided by Defendant

25   TomorrowNow in this response.  Further, Defendants object to this request as compound and

26   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

27   thousands of separate questions and would require the review of substantial amounts of data.

28   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    object that the request is unduly burdensome and improperly attempts to shift the burden to

2    Defendants to evaluate each and every file where the effort associated with responding to this

3    request is substantially similar for the parties, especially because the available documents, data

4    and other information sought from which the answer, if any, could be derived in response to this

5    request have been produced by Defendants in response to Plaintiffs' other discovery requests and

6    thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

7    Defendants.  Defendants also object to the extent that this request improperly attempts to shift

8    Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

9    objections and qualifications, Defendants respond as follows:

10        DENIED.

11   **REQUEST NO. 47:**

12        For each file located in JDDEV03\D\ESUhtm, as identified in Defendants' responses to

13   Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry Defendants

14   lack sufficient readily obtainable information to determine that the file was not originally

15   downloaded from an Oracle website by SAP TN.

16   **RESPONSE:**

17        Defendants object to this request on the grounds stated in the General Objections and

18   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19   respect to the information sought in this request because Defendants SAP AG and SAP America

20   have no additional knowledge separate and apart from the information provided by Defendant

21   TomorrowNow in this response.  Further, Defendants object to this request as compound and

22   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

23   thousands of separate questions and would require the review of substantial amounts of data.

24   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

25   object that the request is unduly burdensome and improperly attempts to shift the burden to

26   Defendants to evaluate each and every file where the effort associated with responding to this

27   request is substantially similar for the parties, especially because the available documents, data

28   and other information sought from which the answer, if any, could be derived in response to this

42

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

2   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

3   Defendants. Defendants also object to the extent that this request improperly attempts to shift

4   Plaintiffs' burden of proof to Defendants. Subject to and without waiving the foregoing

5   objections and qualifications, Defendants respond as follows:

6       DENIED.

7   **REQUEST NO. 48:**

8       For each file located in SBLPROD02\SupportWeb-2007.03.11-

9   PSCU_Financial_Services.rar, as identified in Defendants' responses to Interrogatory 11 from

10  Oracle Corp.'s first set, admit that after a reasonable inquiry Defendants lack sufficient readily

11  obtainable information to determine that the file was not originally downloaded from an Oracle

12  website by SAP TN.

13  **RESPONSE:**

14      Defendants object to this request on the grounds stated in the General Objections and

15  Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16  respect to the information sought in this request because Defendants SAP AG and SAP America

17  have no additional knowledge separate and apart from the information provided by Defendant

18  TomorrowNow in this response. Further, Defendants object to this request as compound and

19  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

20  thousands of separate questions and would require the review of substantial amounts of data.

21  This request, therefore, does not separately state each matter sought. Moreover, Defendants

22  object that the request is unduly burdensome and improperly attempts to shift the burden to

23  Defendants to evaluate each and every file where the effort associated with responding to this

24  request is substantially similar for the parties, especially because the available documents, data

25  and other information sought from which the answer, if any, could be derived in response to this

26  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

27  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

28  Defendants. Defendants also object to the extent that this request improperly attempts to shift

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

2   objections and qualifications, Defendants respond as follows:

3       DENIED.

4   **REQUEST NO. 49:**

5       For each file located in TN-FS01_F\C\Siebel\Clients\Actel, as identified in Defendants'

6   responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry

7   Defendants lack sufficient readily obtainable information to determine that the file was not

8   originally downloaded from an Oracle website by SAP TN.

9   **RESPONSE:**

10      Defendants object to this request on the grounds stated in the General Objections and

11  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12  respect to the information sought in this request because Defendants SAP AG and SAP America

13  have no additional knowledge separate and apart from the information provided by Defendant

14  TomorrowNow in this response.  Further, Defendants object to this request as compound and

15  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

16  thousands of separate questions and would require the review of substantial amounts of data.

17  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

18  object that the request is unduly burdensome and improperly attempts to shift the burden to

19  Defendants to evaluate each and every file where the effort associated with responding to this

20  request is substantially similar for the parties, especially because the available documents, data

21  and other information sought from which the answer, if any, could be derived in response to this

22  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

23  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

24  Defendants.  Defendants also object to the extent that this request improperly attempts to shift

25  Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

26  objections and qualifications, Defendants respond as follows:

27      DENIED.

28

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

44

1    **REQUEST NO. 50:**

2         For each file located in TN-FS01_F\C\Siebel\Clients\ATX, as identified in Defendants'

3    responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry

4    Defendants lack sufficient readily obtainable information to determine that the file was not

5    originally downloaded from an Oracle website by SAP TN.

6    **RESPONSE:**

7         Defendants object to this request on the grounds stated in the General Objections and

8    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response.  Further, Defendants object to this request as compound and

12   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

13   thousands of separate questions and would require the review of substantial amounts of data.

14   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

15   object that the request is unduly burdensome and improperly attempts to shift the burden to

16   Defendants to evaluate each and every file where the effort associated with responding to this

17   request is substantially similar for the parties, especially because the available documents, data

18   and other information sought from which the answer, if any, could be derived in response to this

19   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

20   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

21   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

22   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

23   objections and qualifications, Defendants respond as follows:

24        DENIED.

25   **REQUEST NO. 51:**

26        For each file located in TN-FS01_F\C\Siebel\Clients\CSBP, as identified in Defendants'

27   responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry

28   Defendants lack sufficient readily obtainable information to determine that the file was not

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

45

1    originally downloaded from an Oracle website by SAP TN.

2    **RESPONSE:**

3         Defendants object to this request on the grounds stated in the General Objections and

4    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5    respect to the information sought in this request because Defendants SAP AG and SAP America

6    have no additional knowledge separate and apart from the information provided by Defendant

7    TomorrowNow in this response.  Further, Defendants object to this request as compound and

8    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

9    thousands of separate questions and would require the review of substantial amounts of data.

10   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

11   object that the request is unduly burdensome and improperly attempts to shift the burden to

12   Defendants to evaluate each and every file where the effort associated with responding to this

13   request is substantially similar for the parties, especially because the available documents, data

14   and other information sought from which the answer, if any, could be derived in response to this

15   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

16   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

17   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

18   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

19   objections and qualifications, Defendants respond as follows:

20        DENIED.

21   **REQUEST NO. 52:**

22        For each file located in TN-FS01_F\C\Siebel\Clients\Everdream, as identified in

23   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a

24   reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

25   file was not originally downloaded from an Oracle website by SAP TN.

26   **RESPONSE:**

27        Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

46

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Further, Defendants object to this request as compound and

4   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

5   thousands of separate questions and would require the review of substantial amounts of data.

6   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

7   object that the request is unduly burdensome and improperly attempts to shift the burden to

8   Defendants to evaluate each and every file where the effort associated with responding to this

9   request is substantially similar for the parties, especially because the available documents, data

10  and other information sought from which the answer, if any, could be derived in response to this

11  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

12  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

13  Defendants.  Defendants also object to the extent that this request improperly attempts to shift

14  Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

15  objections and qualifications, Defendants respond as follows:

16       DENIED.

17  **REQUEST NO. 53:**

18       For each file located in TN-FS01_F\C\Siebel\Clients\FSC, as identified in Defendants'

19  responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry

20  Defendants lack sufficient readily obtainable information to determine that the file was not

21  originally downloaded from an Oracle website by SAP TN.

22  **RESPONSE:**

23       Defendants object to this request on the grounds stated in the General Objections and

24  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25  respect to the information sought in this request because Defendants SAP AG and SAP America

26  have no additional knowledge separate and apart from the information provided by Defendant

27  TomorrowNow in this response.  Further, Defendants object to this request as compound and

28  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

1   thousands of separate questions and would require the review of substantial amounts of data.

2   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

3   object that the request is unduly burdensome and improperly attempts to shift the burden to

4   Defendants to evaluate each and every file where the effort associated with responding to this

5   request is substantially similar for the parties, especially because the available documents, data

6   and other information sought from which the answer, if any, could be derived in response to this

7   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

8   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

9   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

10  Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

11  objections and qualifications, Defendants respond as follows:

12      DENIED.

13  **REQUEST NO. 54:**

14      For each file located in TN-FS01_F\C\Siebel\Clients\MKS, as identified in Defendants'

15  responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry

16  Defendants lack sufficient readily obtainable information to determine that the file was not

17  originally downloaded from an Oracle website by SAP TN.

18  **RESPONSE:**

19      Defendants object to this request on the grounds stated in the General Objections and

20  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21  respect to the information sought in this request because Defendants SAP AG and SAP America

22  have no additional knowledge separate and apart from the information provided by Defendant

23  TomorrowNow in this response.  Further, Defendants object to this request as compound and

24  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

25  thousands of separate questions and would require the review of substantial amounts of data.

26  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

27  object that the request is unduly burdensome and improperly attempts to shift the burden to

28  Defendants to evaluate each and every file where the effort associated with responding to this

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

48

1    request is substantially similar for the parties, especially because the available documents, data

2    and other information sought from which the answer, if any, could be derived in response to this

3    request have been produced by Defendants in response to Plaintiffs' other discovery requests and

4    thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

5    Defendants.  Defendants also object to the extent that this request improperly attempts to shift

6    Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

7    objections and qualifications, Defendants respond as follows:

8        DENIED.

9    **REQUEST NO. 55:**

10       For each file located in TN-FS01_F\C\Siebel\Clients\NextiraOne, as identified in

11   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a

12   reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

13   file was not originally downloaded from an Oracle website by SAP TN.

14   **RESPONSE:**

15       Defendants object to this request on the grounds stated in the General Objections and

16   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17   respect to the information sought in this request because Defendants SAP AG and SAP America

18   have no additional knowledge separate and apart from the information provided by Defendant

19   TomorrowNow in this response.  Further, Defendants object to this request as compound and

20   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

21   thousands of separate questions and would require the review of substantial amounts of data.

22   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

23   object that the request is unduly burdensome and improperly attempts to shift the burden to

24   Defendants to evaluate each and every file where the effort associated with responding to this

25   request is substantially similar for the parties, especially because the available documents, data

26   and other information sought from which the answer, if any, could be derived in response to this

27   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

28   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

1   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

2   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

3   objections and qualifications, Defendants respond as follows:

4          DENIED.

5   **REQUEST NO. 56:**

6          For each file located in TN-FS01_F\C\Siebel\Clients\Pomeroy, as identified in

7   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a

8   reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

9   file was not originally downloaded from an Oracle website by SAP TN.

10  **RESPONSE:**

11         Defendants object to this request on the grounds stated in the General Objections and

12  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13  respect to the information sought in this request because Defendants SAP AG and SAP America

14  have no additional knowledge separate and apart from the information provided by Defendant

15  TomorrowNow in this response.  Further, Defendants object to this request as compound and

16  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

17  thousands of separate questions and would require the review of substantial amounts of data.

18  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

19  object that the request is unduly burdensome and improperly attempts to shift the burden to

20  Defendants to evaluate each and every file where the effort associated with responding to this

21  request is substantially similar for the parties, especially because the available documents, data

22  and other information sought from which the answer, if any, could be derived in response to this

23  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

24  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

25  Defendants.  Defendants also object to the extent that this request improperly attempts to shift

26  Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

27  objections and qualifications, Defendants respond as follows:

28         DENIED.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

50

**REQUEST NO. 57:**

For each file located in TN-FS01_F\C\Siebel\Clients\PSCU Financial Services, as identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the file was not originally downloaded from an Oracle website by SAP TN.

**RESPONSE:**

Defendants object to this request on the grounds stated in the General Objections and Responses. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response. Further, Defendants object to this request as compound and unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not thousands of separate questions and would require the review of substantial amounts of data. This request, therefore, does not separately state each matter sought. Moreover, Defendants object that the request is unduly burdensome and improperly attempts to shift the burden to Defendants to evaluate each and every file where the effort associated with responding to this request is substantially similar for the parties, especially because the available documents, data and other information sought from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants. Defendants also object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to Defendants. Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

DENIED.

**REQUEST NO. 58:**

For each file located in TN-FS01_F\C\Siebel\Clients\Rockwell, as identified in Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

51

1    file was not originally downloaded from an Oracle website by SAP TN.

2    **RESPONSE:**

3         Defendants object to this request on the grounds stated in the General Objections and

4    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5    respect to the information sought in this request because Defendants SAP AG and SAP America

6    have no additional knowledge separate and apart from the information provided by Defendant

7    TomorrowNow in this response.  Further, Defendants object to this request as compound and

8    unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

9    thousands of separate questions and would require the review of substantial amounts of data.

10   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

11   object that the request is unduly burdensome and improperly attempts to shift the burden to

12   Defendants to evaluate each and every file where the effort associated with responding to this

13   request is substantially similar for the parties, especially because the available documents, data

14   and other information sought from which the answer, if any, could be derived in response to this

15   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

16   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

17   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

18   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

19   objections and qualifications, Defendants respond as follows:

20        DENIED.

21   **REQUEST NO. 59:**

22        For each file located in TN-FS01_F\C\Siebel\Clients\Smart Center, as identified in

23   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a

24   reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

25   file was not originally downloaded from an Oracle website by SAP TN.

26   **RESPONSE:**

27        Defendants object to this request on the grounds stated in the General Objections and

28   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

1 | respect to the information sought in this request because Defendants SAP AG and SAP America

2 | have no additional knowledge separate and apart from the information provided by Defendant

3 | TomorrowNow in this response.  Further, Defendants object to this request as compound and

4 | unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

5 | thousands of separate questions and would require the review of substantial amounts of data.

6 | This request, therefore, does not separately state each matter sought.  Moreover, Defendants

7 | object that the request is unduly burdensome and improperly attempts to shift the burden to

8 | Defendants to evaluate each and every file where the effort associated with responding to this

9 | request is substantially similar for the parties, especially because the available documents, data

10 | and other information sought from which the answer, if any, could be derived in response to this

11 | request have been produced by Defendants in response to Plaintiffs' other discovery requests and

12 | thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

13 | Defendants.  Defendants also object to the extent that this request improperly attempts to shift

14 | Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

15 | objections and qualifications, Defendants respond as follows:

16 |      DENIED.

17 | **REQUEST NO. 60:**

18 |      For each file located in TN-FS01_F\C\Siebel\Clients\Standard Register, as identified in

19 | Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a

20 | reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

21 | file was not originally downloaded from an Oracle website by SAP TN.

22 | **RESPONSE:**

23 |      Defendants object to this request on the grounds stated in the General Objections and

24 | Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25 | respect to the information sought in this request because Defendants SAP AG and SAP America

26 | have no additional knowledge separate and apart from the information provided by Defendant

27 | TomorrowNow in this response.  Further, Defendants object to this request as compound and

28 | unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

53

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    thousands of separate questions and would require the review of substantial amounts of data.

2    This request, therefore, does not separately state each matter sought.  Moreover, Defendants

3    object that the request is unduly burdensome and improperly attempts to shift the burden to

4    Defendants to evaluate each and every file where the effort associated with responding to this

5    request is substantially similar for the parties, especially because the available documents, data

6    and other information sought from which the answer, if any, could be derived in response to this

7    request have been produced by Defendants in response to Plaintiffs' other discovery requests and

8    thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

9    Defendants.  Defendants also object to the extent that this request improperly attempts to shift

10   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

11   objections and qualifications, Defendants respond as follows:

12       DENIED.

13   **REQUEST NO. 61:**

14       For each file located in DCITBU01_G\Siebel\Actel, as identified in Defendants'

15   responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a reasonable inquiry

16   Defendants lack sufficient readily obtainable information to determine that the file was not

17   originally downloaded from an Oracle website by SAP TN.

18   **RESPONSE:**

19       Defendants object to this request on the grounds stated in the General Objections and

20   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21   respect to the information sought in this request because Defendants SAP AG and SAP America

22   have no additional knowledge separate and apart from the information provided by Defendant

23   TomorrowNow in this response.  Further, Defendants object to this request as compound and

24   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

25   thousands of separate questions and would require the review of substantial amounts of data.

26   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

27   object that the request is unduly burdensome and improperly attempts to shift the burden to

28   Defendants to evaluate each and every file where the effort associated with responding to this

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1   request is substantially similar for the parties, especially because the available documents, data

2   and other information sought from which the answer, if any, could be derived in response to this

3   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

4   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

5   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

6   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

7   objections and qualifications, Defendants respond as follows:

8         DENIED.

9   **REQUEST NO. 62:**

10        For each file located in DCITBU01_G\Siebel\PSCU Financial Services, as identified in

11   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a

12   reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

13   file was not originally downloaded from an Oracle website by SAP TN.

14   **RESPONSE:**

15        Defendants object to this request on the grounds stated in the General Objections and

16   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17   respect to the information sought in this request because Defendants SAP AG and SAP America

18   have no additional knowledge separate and apart from the information provided by Defendant

19   TomorrowNow in this response.  Further, Defendants object to this request as compound and

20   unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

21   thousands of separate questions and would require the review of substantial amounts of data.

22   This request, therefore, does not separately state each matter sought.  Moreover, Defendants

23   object that the request is unduly burdensome and improperly attempts to shift the burden to

24   Defendants to evaluate each and every file where the effort associated with responding to this

25   request is substantially similar for the parties, especially because the available documents, data

26   and other information sought from which the answer, if any, could be derived in response to this

27   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

28   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

1   Defendants.  Defendants also object to the extent that this request improperly attempts to shift

2   Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

3   objections and qualifications, Defendants respond as follows:

4       DENIED.

5   **REQUEST NO. 63:**

6       For each file located in DCITBU01_G\Siebel\Standard Register, as identified in

7   Defendants' responses to Interrogatory 11 from Oracle Corp.'s first set, admit that after a

8   reasonable inquiry Defendants lack sufficient readily obtainable information to determine that the

9   file was not originally downloaded from an Oracle website by SAP TN.

10  **RESPONSE:**

11      Defendants object to this request on the grounds stated in the General Objections and

12  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

13  respect to the information sought in this request because Defendants SAP AG and SAP America

14  have no additional knowledge separate and apart from the information provided by Defendant

15  TomorrowNow in this response.  Further, Defendants object to this request as compound and

16  unduly burdensome in that this request asks for "each file" and, thus, asks hundreds if not

17  thousands of separate questions and would require the review of substantial amounts of data.

18  This request, therefore, does not separately state each matter sought.  Moreover, Defendants

19  object that the request is unduly burdensome and improperly attempts to shift the burden to

20  Defendants to evaluate each and every file where the effort associated with responding to this

21  request is substantially similar for the parties, especially because the available documents, data

22  and other information sought from which the answer, if any, could be derived in response to this

23  request have been produced by Defendants in response to Plaintiffs' other discovery requests and

24  thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

25  Defendants.  Defendants also object to the extent that this request improperly attempts to shift

26  Plaintiffs' burden of proof to Defendants.  Subject to and without waiving the foregoing

27  objections and qualifications, Defendants respond as follows:

28      DENIED.

1      **REQUEST NO. 130:**

2          For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

3      admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

4      determine that a Copy of the listed Fix Object was not created using a Local Environment.[1]

5      **RESPONSE:**

6          Defendants object to this request on the grounds stated in the General Objections and

7      Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

8      respect to the information sought in this request because Defendants SAP AG and SAP America

9      have no additional knowledge separate and apart from the information provided by Defendant

10     TomorrowNow in this response.  Further, Defendants object to this request as compound and

11     unduly burdensome in that this request asks 33,186 separate questions, and the request would

12     require Defendants to review substantial business records to determine an answer, if possible, for

13     each of the 33,186 separate requests.   This request, therefore, does not separately state each

14     matter sought.  Moreover, Defendants object that the request is unduly burdensome and

15     improperly attempts to shift the burden to Defendants to evaluate each and every file where the

16     effort associated with responding to this request is substantially similar for the parties, especially

17     because the available documents, data and other information sought from which the answer, if

18     any, could be derived in response to this request have been produced by Defendants in response

19     to Plaintiffs' other discovery requests and thus any relevant, available information is now as

20     equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

21     this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

22     without waiving the foregoing objections and qualifications, Defendants respond as follows:

23          DENIED.

24     **REQUEST NO. 131:**

25          For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

26     admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

27     determine that, if a Copy of the listed Fix Object was tested, a Copy of the listed Fix Object was

28     _____
       [1] See Defendants' Response to Request for Admission No. 13 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

57

1    not tested using a Local Environment.[2]

2    **RESPONSE:**

3         Defendants object to this request on the grounds stated in the General Objections and

4    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

5    respect to the information sought in this request because Defendants SAP AG and SAP America

6    have no additional knowledge separate and apart from the information provided by Defendant

7    TomorrowNow in this response.  Further, Defendants object to this request as compound and

8    unduly burdensome in that this request asks 33,186 separate questions, and the request would

9    require Defendants to review substantial business records to determine an answer, if possible, for

10   each of the 33,186 separate requests.   This request, therefore, does not separately state each

11   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

12   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

13   effort associated with responding to this request is substantially similar for the parties, especially

14   because the available documents, data and other information sought from which the answer, if

15   any, could be derived in response to this request have been produced by Defendants in response

16   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

17   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

18   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

19   without waiving the foregoing objections and qualifications, Defendants respond as follows:

20        DENIED.

21   **REQUEST NO. 132:**

22        For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

23   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

24   determine that a Copy of the listed Fix Object was created using a Local Environment consisting

25   solely of an installation from, a Copy of, or an installation from a Copy of software received from

26   or on behalf of the recipient stated for the respective item.[3]

27   _____

[2] See Defendants' Response to Request for Admission No. 14 from Plaintiffs' Third Set.

28   [3] See Defendants' Response to Request for Admission No. 15 from Plaintiffs' Third Set.

1    **RESPONSE:**

2        Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Further, Defendants object to this request as compound and

7    unduly burdensome in that this request asks 33,186 separate questions, and the request would

8    require Defendants to review substantial business records to determine an answer, if possible, for

9    each of the 33,186 separate requests.   This request, therefore, does not separately state each

10   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

11   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

12   effort associated with responding to this request is substantially similar for the parties, especially

13   because the available documents, data and other information sought from which the answer, if

14   any, could be derived in response to this request have been produced by Defendants in response

15   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

16   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

17   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

18   without waiving the foregoing objections and qualifications, Defendants respond as follows:

19       DENIED for fix objects that are .dat files.  ADMITTED for the minority of fix objects

20   that are .sqc, .sqr and .cbl files.  DENIED for fix objects that are .dms files.

21   **REQUEST NO. 133:**

22       For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

23   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

24   determine that a Copy of the listed Fix Object was tested using a Local Environment consisting

25   solely of an installation from, a Copy of, or an installation from a Copy of software received from

26   or on behalf of the recipient stated for the respective item.[4]

27
_____

28       [4] See Defendants' Response to Request for Admission No. 16 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

59

1    **RESPONSE:**

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Further, Defendants object to this request as compound and

7    unduly burdensome in that this request asks 33,186 separate questions, and the request would

8    require Defendants to review substantial business records to determine an answer, if possible, for

9    each of the 33,186 separate requests.   This request, therefore, does not separately state each

10   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

11   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

12   effort associated with responding to this request is substantially similar for the parties, especially

13   because the available documents, data and other information sought from which the answer, if

14   any, could be derived in response to this request have been produced by Defendants in response

15   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

16   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

17   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

18   without waiving the foregoing objections and qualifications, Defendants respond as follows:

19         ADMITTED for the minority.

20   **REQUEST NO. 134:**

21         For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

22   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

23   determine that a Copy of the listed Fix Object was not created using a Generic Environment.[5]

24   **RESPONSE:**

25         Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   _____

     [5] See Defendants' Response to Request for Admission No. 17 from Plaintiffs' Third Set.

1    have no additional knowledge separate and apart from the information provided by Defendant

2    TomorrowNow in this response.  Further, Defendants object to this request as compound and

3    unduly burdensome in that this request asks 33,186 separate questions, and the request would

4    require Defendants to review substantial business records to determine an answer, if possible, for

5    each of the 33,186 separate requests.  This request, therefore, does not separately state each

6    matter sought.  Moreover, Defendants object that the request is unduly burdensome and

7    improperly attempts to shift the burden to Defendants to evaluate each and every file where the

8    effort associated with responding to this request is substantially similar for the parties, especially

9    because the available documents, data and other information sought from which the answer, if

10   any, could be derived in response to this request have been produced by Defendants in response

11   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

12   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

13   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

14   without waiving the foregoing objections and qualifications, Defendants respond as follows:

15         DENIED for the fix objects that are .dat files.  DENIED for the fix objects that are

16   contained in retrofit bundles listed in the first two columns of Exhibit A that is attached hereto.

17   ADMITTED for the minority of the remaining fix objects that are not covered by Defendants'

18   denials in the preceding two sentences.

19   **REQUEST NO. 135:**

20         For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

21   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

22   determine that, if a Copy of the listed Fix Object was tested, a Copy of the listed Fix Object was

23   not tested using a Generic Environment.[6]

24   **RESPONSE:**

25         Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   _____
     [6] See Defendants' Response to Request for Admission No. 18 from Plaintiffs' Third Set.

1    have no additional knowledge separate and apart from the information provided by Defendant

2    TomorrowNow in this response.  Further, Defendants object to this request as compound and

3    unduly burdensome in that this request asks 33,186 separate questions, and the request would

4    require Defendants to review substantial business records to determine an answer, if possible, for

5    each of the 33,186 separate requests.  This request, therefore, does not separately state each

6    matter sought.  Moreover, Defendants object that the request is unduly burdensome and

7    improperly attempts to shift the burden to Defendants to evaluate each and every file where the

8    effort associated with responding to this request is substantially similar for the parties, especially

9    because the available documents, data and other information sought from which the answer, if

10   any, could be derived in response to this request have been produced by Defendants in response

11   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

12   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

13   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

14   without waiving the foregoing objections and qualifications, Defendants respond as follows:

15        DENIED for the fix objects that are contained in retrofit bundles listed in the first two

16   columns of Exhibit A attached hereto.  ADMITTED for the minority of the remaining fix objects

17   that are not covered by Defendants' denial in the preceding sentence.

18   **REQUEST NO. 136:**

19        For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

20   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

21   determine that a Copy of the listed Fix Object was not created using a Local Environment to

22   which at least one fix, patch, upgrade or update retrofitted from an Oracle-created or Oracle

23   delivered fix, patch, upgrade or update had been applied.[7]

24   **RESPONSE:**

25        Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   _____
     [7] See Defendants' Response to Request for Admission No. 19 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

62

1  have no additional knowledge separate and apart from the information provided by Defendant

2  TomorrowNow in this response.  Further, Defendants object to this request as compound and

3  unduly burdensome in that this request asks 33,186 separate questions, and the request would

4  require Defendants to review substantial business records to determine an answer, if possible, for

5  each of the 33,186 separate requests.   This request, therefore, does not separately state each

6  matter sought.  Moreover, Defendants object that the request is unduly burdensome and

7  improperly attempts to shift the burden to Defendants to evaluate each and every file where the

8  effort associated with responding to this request is substantially similar for the parties, especially

9  because the available documents, data and other information sought from which the answer, if

10  any, could be derived in response to this request have been produced by Defendants in response

11  to Plaintiffs' other discovery requests and thus any relevant, available information is now as

12  equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

13  this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

14  without waiving the foregoing objections and qualifications, Defendants respond as follows:

15      DENIED for the fix objects that are contained in retrofit bundles listed in the first two

16  columns of Exhibit A that is attached hereto.  ADMITTED for the minority of the remaining fix

17  objects that are not covered by Defendants' denial in the preceding sentence.

18  **REQUEST NO. 137:**

19      For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

20  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

21  determine that, if a Copy of the listed Fix Object was tested, a Copy of the listed Fix Object was

22  not tested using a Local Environment to which at least one fix, patch, upgrade or update

23  retrofitted from an Oracle-created or Oracle-delivered fix, patch, upgrade or update had been

24  applied.[8]

25  **RESPONSE:**

26      Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  _____
[8] See Defendants' Response to Request for Admission No. 20 from Plaintiffs' Third Set.

1   respect to the information sought in this request because Defendants SAP AG and SAP America

2   have no additional knowledge separate and apart from the information provided by Defendant

3   TomorrowNow in this response.  Further, Defendants object to this request as compound and

4   unduly burdensome in that this request asks 33,186 separate questions, and the request would

5   require Defendants to review substantial business records to determine an answer, if possible, for

6   each of the 33,186 separate requests.   This request, therefore, does not separately state each

7   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

8   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

9   effort associated with responding to this request is substantially similar for the parties, especially

10  because the available documents, data and other information sought from which the answer, if

11  any, could be derived in response to this request have been produced by Defendants in response

12  to Plaintiffs' other discovery requests and thus any relevant, available information is now as

13  equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

14  this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

15  without waiving the foregoing objections and qualifications, Defendants respond as follows:

16       DENIED for the fix objects that are contained in retrofit bundles listed in the first two

17  columns of Exhibit A that is attached hereto.  ADMITTED for the minority of the remaining fix

18  objects that are not covered by Defendants' denial in the preceding sentence.

19  **REQUEST NO. 138:**

20       For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

21  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

22  determine that for the listed Fix Object, every fix, patch, upgrade or update that had been applied

23  to a Local Environment used to create a Copy of the listed Fix Object was developed solely for or

24  on behalf of the recipient stated for that item.[9]

25  **RESPONSE:**

26       Defendants object to this request on the grounds stated in the General Objections and

27  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28  ───────────────

[9] See Defendants' Response to Request for Admission No. 21 from Plaintiffs' Third Set.

1    respect to the information sought in this request because Defendants SAP AG and SAP America

2    have no additional knowledge separate and apart from the information provided by Defendant

3    TomorrowNow in this response.  Further, Defendants object to this request as compound and

4    unduly burdensome in that this request asks 33,186 separate questions, and the request would

5    require Defendants to review substantial business records to determine an answer, if possible, for

6    each of the 33,186 separate requests.   This request, therefore, does not separately state each

7    matter sought.  Moreover, Defendants object that the request is unduly burdensome and

8    improperly attempts to shift the burden to Defendants to evaluate each and every file where the

9    effort associated with responding to this request is substantially similar for the parties, especially

10   because the available documents, data and other information sought from which the answer, if

11   any, could be derived in response to this request have been produced by Defendants in response

12   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

13   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

14   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

15   without waiving the foregoing objections and qualifications, Defendants respond as follows:

16          ADMITTED for the minority of fix objects that are .dat, .sqr, .sqc and .cbl files.  DENIED

17   for the fix objects that are .dms files.

18   **REQUEST NO. 139:**

19          For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

20   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

21   determine that for the listed Fix Object, if any testing occurred, every fix, patch, upgrade or

22   update that had been applied to a Local Environment used to test a Copy of the listed Fix Object

23   was developed solely for or on behalf of the recipient stated for that item.[10]

24   **RESPONSE:**

25          Defendants object to this request on the grounds stated in the General Objections and

26   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27   respect to the information sought in this request because Defendants SAP AG and SAP America

28   _____

[10] See Defendants' Response to Request for Admission No. 22 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

65

1    have no additional knowledge separate and apart from the information provided by Defendant

2    TomorrowNow in this response.  Further, Defendants object to this request as compound and

3    unduly burdensome in that this request asks 33,186 separate questions, and the request would

4    require Defendants to review substantial business records to determine an answer, if possible, for

5    each of the 33,186 separate requests.   This request, therefore, does not separately state each

6    matter sought.  Moreover, Defendants object that the request is unduly burdensome and

7    improperly attempts to shift the burden to Defendants to evaluate each and every file where the

8    effort associated with responding to this request is substantially similar for the parties, especially

9    because the available documents, data and other information sought from which the answer, if

10   any, could be derived in response to this request have been produced by Defendants in response

11   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

12   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

13   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

14   without waiving the foregoing objections and qualifications, Defendants respond as follows:

15        ADMITTED for the minority.

16   **REQUEST NO. 140:**

17        For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

18   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

19   determine that a Copy of the listed Fix Object was not created using a Copy of PeopleTools.[11]

20   **RESPONSE:**

21        Defendants object to this request on the grounds stated in the General Objections and

22   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23   respect to the information sought in this request because Defendants SAP AG and SAP America

24   have no additional knowledge separate and apart from the information provided by Defendant

25   TomorrowNow in this response.  Further, Defendants object to this request as compound and

26   unduly burdensome in that this request asks 33,186 separate questions, and the request would

27   require Defendants to review substantial business records to determine an answer, if possible, for

28   _____

[11] See Defendants' Response to Request for Admission No. 23 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

66

1   each of the 33,186 separate requests.   This request, therefore, does not separately state each

2   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

3   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

4   effort associated with responding to this request is substantially similar for the parties, especially

5   because the available documents, data and other information sought from which the answer, if

6   any, could be derived in response to this request have been produced by Defendants in response

7   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

8   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

9   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

10  without waiving the foregoing objections and qualifications, Defendants respond as follows:

11        DENIED for the fix objects that are .dat files.  ADMITTED for approximately half of fix

12  objects that are .dms files.  DENIED for the fix objects that are .sqc, .sqr and .cbl files.

13  **REQUEST NO. 141:**

14        For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

15  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

16  determine that, if a Copy of the listed Fix Object was tested, a Copy of the listed Fix Object was

17  not tested using a Copy of PeopleTools.[12]

18  **RESPONSE:**

19        Defendants object to this request on the grounds stated in the General Objections and

20  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21  respect to the information sought in this request because Defendants SAP AG and SAP America

22  have no additional knowledge separate and apart from the information provided by Defendant

23  TomorrowNow in this response.  Further, Defendants object to this request as compound and

24  unduly burdensome in that this request asks 33,186 separate questions, and the request would

25  require Defendants to review substantial business records to determine an answer, if possible, for

26  each of the 33,186 separate requests.   This request, therefore, does not separately state each

27  matter sought.  Moreover, Defendants object that the request is unduly burdensome and

28  _____
[12] See Defendants' Response to Request for Admission No. 24 from Plaintiffs' Third Set.

1   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

2   effort associated with responding to this request is substantially similar for the parties, especially

3   because the available documents, data and other information sought from which the answer, if

4   any, could be derived in response to this request have been produced by Defendants in response

5   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

6   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

7   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

8   without waiving the foregoing objections and qualifications, Defendants respond as follows:

9        DENIED.

10  **REQUEST NO. 142:**

11       For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

12  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

13  determine that a Copy of the listed Fix Object was created using a Copy of PeopleTools, the

14  source of which was solely an installation from, a Copy of, or an installation from a Copy of

15  software received from or on behalf of the recipient stated for the respective item.[13]

16  **RESPONSE:**

17       Defendants object to this request on the grounds stated in the General Objections and

18  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19  respect to the information sought in this request because Defendants SAP AG and SAP America

20  have no additional knowledge separate and apart from the information provided by Defendant

21  TomorrowNow in this response.  Further, Defendants object to this request as compound and

22  unduly burdensome in that this request asks 33,186 separate questions, and the request would

23  require Defendants to review substantial business records to determine an answer, if possible, for

24  each of the 33,186 separate requests.   This request, therefore, does not separately state each

25  matter sought.  Moreover, Defendants object that the request is unduly burdensome and

26  improperly attempts to shift the burden to Defendants to evaluate each and every file where the

27  effort associated with responding to this request is substantially similar for the parties, especially

28  _____
[13] See Defendants' Response to Request for Admission No. 25 from Plaintiffs' Third Set.

1   because the available documents, data and other information sought from which the answer, if

2   any, could be derived in response to this request have been produced by Defendants in response

3   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

4   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

5   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

6   without waiving the foregoing objections and qualifications, Defendants respond as follows:

7        DENIED for the fix objects that are .dat files.  ADMITTED for approximately half of fix

8   objects that are .dms files.  DENIED for the fix objects that are .sqc, .sqr and .cbl files.

9   **REQUEST NO. 143:**

10       For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

11  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

12  determine that, if a Copy of the listed Fix Object was tested, a Copy of the listed Fix Object was

13  tested using a Copy of PeopleTools, the source of which was solely an installation from, a Copy

14  of, or an installation from a Copy of software received from or on behalf of the recipient stated

15  for the respective item.[14]

16  **RESPONSE:**

17       Defendants object to this request on the grounds stated in the General Objections and

18  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

19  respect to the information sought in this request because Defendants SAP AG and SAP America

20  have no additional knowledge separate and apart from the information provided by Defendant

21  TomorrowNow in this response.  Further, Defendants object to this request as compound and

22  unduly burdensome in that this request asks 33,186 separate questions, and the request would

23  require Defendants to review substantial business records to determine an answer, if possible, for

24  each of the 33,186 separate requests.   This request, therefore, does not separately state each

25  matter sought.  Moreover, Defendants object that the request is unduly burdensome and

26  improperly attempts to shift the burden to Defendants to evaluate each and every file where the

27  effort associated with responding to this request is substantially similar for the parties, especially

28  ───────────────────────
    [14] See Defendants' Response to Request for Admission No. 26 from Plaintiffs' Third Set.

1   because the available documents, data and other information sought from which the answer, if

2   any, could be derived in response to this request have been produced by Defendants in response

3   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

4   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

5   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

6   without waiving the foregoing objections and qualifications, Defendants respond as follows:

7           ADMITTED for the minority.

8   **REQUEST NO. 144:**

9           For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

10   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

11   determine that a Copy of the listed Fix Object was not created using a Copy of PeopleTools from

12   a Generic Environment.[15]

13   **RESPONSE:**

14           Defendants object to this request on the grounds stated in the General Objections and

15   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

16   respect to the information sought in this request because Defendants SAP AG and SAP America

17   have no additional knowledge separate and apart from the information provided by Defendant

18   TomorrowNow in this response.  Further, Defendants object to this request as compound and

19   unduly burdensome in that this request asks 33,186 separate questions, and the request would

20   require Defendants to review substantial business records to determine an answer, if possible, for

21   each of the 33,186 separate requests.  This request, therefore, does not separately state each

22   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

23   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

24   effort associated with responding to this request is substantially similar for the parties, especially

25   because the available documents, data and other information sought from which the answer, if

26   any, could be derived in response to this request have been produced by Defendants in response

27   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

28   _____

[15] See Defendants' Response to Request for Admission No. 27 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

70

1   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

2   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

3   without waiving the foregoing objections and qualifications, Defendants respond as follows:

4       DENIED for fix objects that are .dat files.  ADMITTED for approximately half of fix

5   objects that are .dms files.  DENIED for fix objects that are .sqc, .sqr and .cbl files.

6   **REQUEST NO. 145:**

7       For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

8   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

9   determine that, if a Copy of the listed Fix Object was tested, a Copy of the listed Fix Object was

10  not tested using a Copy of PeopleTools from a Generic Environment.[16]

11  **RESPONSE:**

12      Defendants object to this request on the grounds stated in the General Objections and

13  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

14  respect to the information sought in this request because Defendants SAP AG and SAP America

15  have no additional knowledge separate and apart from the information provided by Defendant

16  TomorrowNow in this response.  Further, Defendants object to this request as compound and

17  unduly burdensome in that this request asks 33,186 separate questions, and the request would

18  require Defendants to review substantial business records to determine an answer, if possible, for

19  each of the 33,186 separate requests.  This request, therefore, does not separately state each

20  matter sought.  Moreover, Defendants object that the request is unduly burdensome and

21  improperly attempts to shift the burden to Defendants to evaluate each and every file where the

22  effort associated with responding to this request is substantially similar for the parties, especially

23  because the available documents, data and other information sought from which the answer, if

24  any, could be derived in response to this request have been produced by Defendants in response

25  to Plaintiffs' other discovery requests and thus any relevant, available information is now as

26  equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

27  this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

28  ───────────────
    [16] See Defendants' Response to Request for Admission No. 28 from Plaintiffs' Third Set.

1    without waiving the foregoing objections and qualifications, Defendants respond as follows:

2        ADMITTED.

3    **REQUEST NO. 146:**

4        For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

5    admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

6    determine that in Creating a Copy of the listed Fix Object, SAP TN did not make a backup copy

7    of at least one Local Environment.[17]

8    **RESPONSE:**

9        Defendants object to this request on the grounds stated in the General Objections and

10   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

11   respect to the information sought in this request because Defendants SAP AG and SAP America

12   have no additional knowledge separate and apart from the information provided by Defendant

13   TomorrowNow in this response.  Further, Defendants object to this request as compound and

14   unduly burdensome in that this request asks 33,186 separate questions, and the request would

15   require Defendants to review substantial business records to determine an answer, if possible, for

16   each of the 33,186 separate requests.   This request, therefore, does not separately state each

17   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

18   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

19   effort associated with responding to this request is substantially similar for the parties, especially

20   because the available documents, data and other information sought from which the answer, if

21   any, could be derived in response to this request have been produced by Defendants in response

22   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

23   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

24   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

25   without waiving the foregoing objections and qualifications, Defendants respond as follows:

26       DENIED.

27

28

[17] See Defendants' Response to Request for Admission No. 29 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

72

1     **REQUEST NO. 147:**

2          For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

3     admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

4     determine that, if a Copy of the listed Fix Object was tested, in testing a Copy of the listed Fix

5     Object, SAP TN did not make a backup copy of at least one Local Environment.[18]

6     **RESPONSE:**

7          Defendants object to this request on the grounds stated in the General Objections and

8     Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9     respect to the information sought in this request because Defendants SAP AG and SAP America

10    have no additional knowledge separate and apart from the information provided by Defendant

11    TomorrowNow in this response.  Further, Defendants object to this request as compound and

12    unduly burdensome in that this request asks 33,186 separate questions, and the request would

13    require Defendants to review substantial business records to determine an answer, if possible, for

14    each of the 33,186 separate requests.   Moreover, Defendants object that the request is unduly

15    burdensome and improperly attempts to shift the burden to Defendants to evaluate each and every

16    file where the effort associated with responding to this request is substantially similar for the

17    parties, especially because the available documents, data and other information sought from

18    which the answer, if any, could be derived in response to this request have been produced by

19    Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available

20    information is now as equally accessible to Plaintiffs as it is to Defendants.  Defendants also

21    object to the extent that this request improperly attempts to shift Plaintiffs' burden of proof to

22    Defendants.  Subject to and without waiving the foregoing objections and qualifications,

23    Defendants respond as follows:

24          ADMITTED.

25    **REQUEST NO. 148:**

26          For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

27    admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

28    _____
      [18] See Defendants' Response to Request for Admission No. 30 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

73

1    determine that in Creating a Copy of the listed Fix Object, SAP TN did not restore at least one

2    Local Environment from a backup copy.[19]

3    **RESPONSE:**

4          Defendants object to this request on the grounds stated in the General Objections and

5    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

6    respect to the information sought in this request because Defendants SAP AG and SAP America

7    have no additional knowledge separate and apart from the information provided by Defendant

8    TomorrowNow in this response.  Further, Defendants object to this request as compound and

9    unduly burdensome in that this request asks 33,186 separate questions, and the request would

10   require Defendants to review substantial business records to determine an answer, if possible, for

11   each of the 33,186 separate requests.   This request, therefore, does not separately state each

12   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

13   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

14   effort associated with responding to this request is substantially similar for the parties, especially

15   because the available documents, data and other information sought from which the answer, if

16   any, could be derived in response to this request have been produced by Defendants in response

17   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

18   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

19   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

20   without waiving the foregoing objections and qualifications, Defendants respond as follows:

21         DENIED.

22   **REQUEST NO. 149:**

23         For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

24   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

25   determine that, if a Copy of the listed Fix Object was tested, in testing a Copy of the listed Fix

26   Object, SAP TN did not restore at least one Local Environment from a backup copy.[20]

27   _____

[19] See Defendants' Response to Request for Admission No. 31 from Plaintiffs' Third Set.

28   [20] See Defendants' Response to Request for Admission No. 32 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

74

1    **RESPONSE:**

2           Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Further, Defendants object to this request as compound and

7    unduly burdensome in that this request asks 33,186 separate questions, and the request would

8    require Defendants to review substantial business records to determine an answer, if possible, for

9    each of the 33,186 separate requests.   This request, therefore, does not separately state each

10   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

11   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

12   effort associated with responding to this request is substantially similar for the parties, especially

13   because the available documents, data and other information sought from which the answer, if

14   any, could be derived in response to this request have been produced by Defendants in response

15   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

16   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

17   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

18   without waiving the foregoing objections and qualifications, Defendants respond as follows:

19          DENIED for the fix objects that are contained in retrofit bundles listed in the first two

20   columns of Exhibit A that is attached hereto.  ADMITTED, for the remaining fix objects that are

21   not covered by Defendants' denial in the preceding sentence.

22   **REQUEST NO. 150:**

23          For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

24   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

25   determine that in Creating a Copy of the listed Fix Object, SAP TN did not make a Copy of at

26   least one Local Environment.[21]

27

28   _____
           [21] See Defendants' Response to Request for Admission No. 33 from Plaintiffs' Third Set.

1    **RESPONSE:**

2         Defendants object to this request on the grounds stated in the General Objections and

3    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

4    respect to the information sought in this request because Defendants SAP AG and SAP America

5    have no additional knowledge separate and apart from the information provided by Defendant

6    TomorrowNow in this response.  Further, Defendants object to this request as compound and

7    unduly burdensome in that this request asks 33,186 separate questions, and the request would

8    require Defendants to review substantial business records to determine an answer, if possible, for

9    each of the 33,186 separate requests.   This request, therefore, does not separately state each

10   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

11   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

12   effort associated with responding to this request is substantially similar for the parties, especially

13   because the available documents, data and other information sought from which the answer, if

14   any, could be derived in response to this request have been produced by Defendants in response

15   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

16   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

17   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

18   without waiving the foregoing objections and qualifications, Defendants respond as follows:

19        DENIED.

20   **REQUEST NO. 151:**

21        For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

22   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

23   determine that, if a Copy of the listed Fix Object was tested, in testing a Copy of the listed Fix

24   Object, SAP TN did not make a Copy of at least one Local Environment.[22]

25   **RESPONSE:**

26        Defendants object to this request on the grounds stated in the General Objections and

27   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

28   _____
     [22] See Defendants' Response to Request for Admission No. 34 from Plaintiffs' Third Set.

1  respect to the information sought in this request because Defendants SAP AG and SAP America

2  have no additional knowledge separate and apart from the information provided by Defendant

3  TomorrowNow in this response.  Further, Defendants object to this request as compound and

4  unduly burdensome in that this request asks 33,186 separate questions, and the request would

5  require Defendants to review substantial business records to determine an answer, if possible, for

6  each of the 33,186 separate requests.   This request, therefore, does not separately state each

7  matter sought.  Moreover, Defendants object that the request is unduly burdensome and

8  improperly attempts to shift the burden to Defendants to evaluate each and every file where the

9  effort associated with responding to this request is substantially similar for the parties, especially

10  because the available documents, data and other information sought from which the answer, if

11  any, could be derived in response to this request have been produced by Defendants in response

12  to Plaintiffs' other discovery requests and thus any relevant, available information is now as

13  equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

14  this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

15  without waiving the foregoing objections and qualifications, Defendants respond as follows:

16      DENIED for the fix objects that are contained in retrofit bundles listed in the first two

17  columns of Exhibit A that is attached hereto.  ADMITTED, for the remaining fix objects that are

18  not covered by Defendants' denial in the preceding sentence.

19  **REQUEST NO. 152:**

20      For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

21  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

22  determine that in Creating a Copy of the listed Fix Object, SAP TN did not modify at least one

23  Local Environment.[23]

24  **RESPONSE:**

25      Defendants object to this request on the grounds stated in the General Objections and

26  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

27  respect to the information sought in this request because Defendants SAP AG and SAP America

28  _____
[23] See Defendants' Response to Request for Admission No. 35 from Plaintiffs' Third Set.

1   have no additional knowledge separate and apart from the information provided by Defendant

2   TomorrowNow in this response.  Further, Defendants object to this request as compound and

3   unduly burdensome in that this request asks 33,186 separate questions, and the request would

4   require Defendants to review substantial business records to determine an answer, if possible, for

5   each of the 33,186 separate requests.   This request, therefore, does not separately state each

6   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

7   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

8   effort associated with responding to this request is substantially similar for the parties, especially

9   because the available documents, data and other information sought from which the answer, if

10  any, could be derived in response to this request have been produced by Defendants in response

11  to Plaintiffs' other discovery requests and thus any relevant, available information is now as

12  equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

13  this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

14  without waiving the foregoing objections and qualifications, Defendants respond as follows:

15        DENIED.

16  **REQUEST NO. 153:**

17        For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

18  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

19  determine that in Creating a Copy of the listed Fix Object, SAP TN did not modify at least one

20  Local Environment so as to create a derivative work, within the meaning of 17 U.S.C. § 101, that

21  was based on copyrighted Oracle software.[24]

22  **RESPONSE:**

23        Defendants object to this request on the grounds stated in the General Objections and

24  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

25  respect to the information sought in this request because Defendants SAP AG and SAP America

26  have no additional knowledge separate and apart from the information provided by Defendant

27  TomorrowNow in this response.  Defendants object to this request for admission because it calls

28
_____
[24] See Defendants' Response to Request for Admission No. 36 from Plaintiffs' Third Set.

1   for a conclusion of law, and is thus invasive of the attorney work product and attorney-client

2   privileges.  Further, Defendants object to this request as compound and unduly burdensome in

3   that this request asks 33,186 separate questions, and the request would require Defendants to

4   review substantial business records to determine an answer, if possible, for each of the 33,186

5   separate requests.  Moreover, Defendants object that the request is unduly burdensome and

6   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

7   effort associated with responding to this request is substantially similar for the parties, especially

8   because the available documents, data and other information sought from which the answer, if

9   any, could be derived in response to this request have been produced by Defendants in response

10  to Plaintiffs' other discovery requests and thus any relevant, available information is now as

11  equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

12  this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

13  without waiving the foregoing objections and qualifications, Defendants respond as follows:

14          This request only seeks conclusions of law, and on that basis is DENIED.

15  **REQUEST NO. 154:**

16          For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

17  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

18  determine that, if a Copy of the listed Fix Object was tested, in testing a Copy of the listed Fix

19  Object, SAP TN did not modify at least one Local Environment.[25]

20  **RESPONSE:**

21          Defendants object to this request on the grounds stated in the General Objections and

22  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

23  respect to the information sought in this request because Defendants SAP AG and SAP America

24  have no additional knowledge separate and apart from the information provided by Defendant

25  TomorrowNow in this response.  Further, Defendants object to this request as compound and

26  unduly burdensome in that this request asks 33,186 separate questions, and the request would

27  require Defendants to review substantial business records to determine an answer, if possible, for

28          [25] See Defendants' Response to Request for Admission No. 38 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

79

1   each of the 33,186 separate requests.   This request, therefore, does not separately state each

2   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

3   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

4   effort associated with responding to this request is substantially similar for the parties, especially

5   because the available documents, data and other information sought from which the answer, if

6   any, could be derived in response to this request have been produced by Defendants in response

7   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

8   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

9   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

10  without waiving the foregoing objections and qualifications, Defendants respond as follows:

11      DENIED.

12  **REQUEST NO. 155:**

13      For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

14  admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

15  determine that, if a Copy of the listed Fix Object was tested, in testing a Copy of the listed Fix

16  Object, SAP TN did not modify at least one Local Environment so as to create a derivative work,

17  within the meaning of 17 U.S.C. § 101, that was based on copyrighted Oracle software.[26]

18  **RESPONSE:**

19      Defendants object to this request on the grounds stated in the General Objections and

20  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

21  respect to the information sought in this request because Defendants SAP AG and SAP America

22  have no additional knowledge separate and apart from the information provided by Defendant

23  TomorrowNow in this response.  Defendants object to this request for admission because it calls

24  for a conclusion of law, and is thus invasive of the attorney work product and attorney-client

25  privileges.  Further, Defendants object to this request as compound and unduly burdensome in

26  that this request asks 33,186 separate questions, and the request would require Defendants to

27  review substantial business records to determine an answer, if possible, for each of the 33,186

28  _____
    [26] See Defendants' Response to Request for Admission No. 39 from Plaintiffs' Third Set.

1   effort associated with responding to this request is substantially similar for the parties, especially

2   because the available documents, data and other information sought from which the answer, if

3   any, could be derived in response to this request have been produced by Defendants in response

4   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

5   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

6   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

7   without waiving the foregoing objections and qualifications, Defendants respond as follows:

8        ADMITTED.

9   **REQUEST NO. 157:**

10       For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

11   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

12   determine that a Copy of the contents of the listed Fix Object (with or without the same file name)

13   was not used to update or modify at least one Local Environment.[28]

14   **RESPONSE:**

15       Defendants object to this request on the grounds stated in the General Objections and

16   Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

17   respect to the information sought in this request because Defendants SAP AG and SAP America

18   have no additional knowledge separate and apart from the information provided by Defendant

19   TomorrowNow in this response.  Further, Defendants object to this request as compound and

20   unduly burdensome in that this request asks 33,186 separate questions, and the request would

21   require Defendants to review substantial business records to determine an answer, if possible, for

22   each of the 33,186 separate requests.   This request, therefore, does not separately state each

23   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

24   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

25   effort associated with responding to this request is substantially similar for the parties, especially

26   because the available documents, data and other information sought from which the answer, if

27   any, could be derived in response to this request have been produced by Defendants in response

28   ――――――――――――――
    [28] See Defendants' Response to Request for Admission No. 42 from Plaintiffs' Third Set.

1   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

2   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

3   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

4   without waiving the foregoing objections and qualifications, Defendants respond as follows:

5          DENIED.

6   **REQUEST NO. 158:**

7          For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

8   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

9   determine that a Copy of the contents of the listed Fix Object (with or without the same file name)

10  was not used to update or modify at least one Local Environment that was not a customer specific

11  environment for the recipient stated for that it.[29]

12  **RESPONSE:**

13         Defendants object to this request on the grounds stated in the General Objections and

14  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

15  respect to the information sought in this request because Defendants SAP AG and SAP America

16  have no additional knowledge separate and apart from the information provided by Defendant

17  TomorrowNow in this response.  Further, Defendants object to this request as compound and

18  unduly burdensome in that this request asks 33,186 separate questions, and the request would

19  require Defendants to review substantial business records to determine an answer, if possible, for

20  each of the 33,186 separate requests.   This request, therefore, does not separately state each

21  matter sought.  Moreover, Defendants object that the request is unduly burdensome and

22  improperly attempts to shift the burden to Defendants to evaluate each and every file where the

23  effort associated with responding to this request is substantially similar for the parties, especially

24  because the available documents, data and other information sought from which the answer, if

25  any, could be derived in response to this request have been produced by Defendants in response

26  to Plaintiffs' other discovery requests and thus any relevant, available information is now as

27  equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

28
_____
[29] See Defendants' Response to Request for Admission No. 43 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

83

1   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

2   without waiving the foregoing objections and qualifications, Defendants respond as follows:

3        ADMITTED.

4   **REQUEST NO. 159:**

5        For each item 1-33,186 on Exhibit D to Oracle's Third Set of Requests for Admission,

6   admit that after a reasonable inquiry Defendants lack sufficient readily obtainable information to

7   determine that a Copy of the contents of the listed Fix Object (with or without the same file name)

8   was not used to update or modify at least one Generic Environment.[30]

9   **RESPONSE:**

10       Defendants object to this request on the grounds stated in the General Objections and

11  Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

12  respect to the information sought in this request because Defendants SAP AG and SAP America

13  have no additional knowledge separate and apart from the information provided by Defendant

14  TomorrowNow in this response.  Further, Defendants object to this request as compound and

15  unduly burdensome in that this request asks 33,186 separate questions, and the request would

16  require Defendants to review substantial business records to determine an answer, if possible, for

17  each of the 33,186 separate requests.   This request, therefore, does not separately state each

18  matter sought.  Moreover, Defendants object that the request is unduly burdensome and

19  improperly attempts to shift the burden to Defendants to evaluate each and every file where the

20  effort associated with responding to this request is substantially similar for the parties, especially

21  because the available documents, data and other information sought from which the answer, if

22  any, could be derived in response to this request have been produced by Defendants in response

23  to Plaintiffs' other discovery requests and thus any relevant, available information is now as

24  equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

25  this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

26  without waiving the foregoing objections and qualifications, Defendants respond as follows:

27       DENIED.

28  _____
     [30] See Defendants' Response to Request for Admission No. 44 from Plaintiffs' Third Set.

1

**REQUEST NO. 160:**

2

For each item 18,462-33,186 on Exhibit D to Oracle's Third Set of Requests for

3

Admission, admit that after a reasonable inquiry Defendants lack sufficient readily obtainable

4

information to determine that a Copy of the listed Fix Object was not created by modifying a file

5

in SAP TN's possession, custody or control that had been created by Oracle or had been delivered

6

by Oracle as part of a PeopleSoft application release, fix, update, upgrade or patch.[31]

7

**RESPONSE:**

8

Defendants object to this request on the grounds stated in the General Objections and

9

Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

10

respect to the information sought in this request because Defendants SAP AG and SAP America

11

have no additional knowledge separate and apart from the information provided by Defendant

12

TomorrowNow in this response.  Further, Defendants object to this request as compound and

13

unduly burdensome in that this request asks 14,724 separate questions, and the request would

14

require Defendants to review substantial business records to determine an answer, if possible, for

15

each of the 14,724 separate requests.   This request, therefore, does not separately state each

16

matter sought.  Moreover, Defendants object that the request is unduly burdensome and

17

improperly attempts to shift the burden to Defendants to evaluate each and every file where the

18

effort associated with responding to this request is substantially similar for the parties, especially

19

because the available documents, data and other information sought from which the answer, if

20

any, could be derived in response to this request have been produced by Defendants in response

21

to Plaintiffs' other discovery requests and thus any relevant, available information is now as

22

equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

23

this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

24

without waiving the foregoing objections and qualifications, Defendants respond as follows:

25

DENIED.

26

**REQUEST NO. 161:**

27

For each item 18,462-33,186 on Exhibit D to Oracle's Third Set of Requests for

28

[31] See Defendants' Response to Request for Admission No. 46 from Plaintiffs' Third Set.

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

85

1    Admission, admit that after a reasonable inquiry Defendants lack sufficient readily obtainable

2    information to determine that a Copy of the listed Fix Object was not created by using as a

3    reference a file in SAP TN's possession, custody or control that had been created by Oracle or

4    had been delivered by Oracle as part of a PeopleSoft application release, fix, update, upgrade or

5    patch.[32]

6    **RESPONSE:**

7         Defendants object to this request on the grounds stated in the General Objections and

8    Responses.  Defendants' response is based solely on Defendant TomorrowNow's knowledge with

9    respect to the information sought in this request because Defendants SAP AG and SAP America

10   have no additional knowledge separate and apart from the information provided by Defendant

11   TomorrowNow in this response.  Further, Defendants object to this request as compound and

12   unduly burdensome in that this request asks 14,724 separate questions, and the request would

13   require Defendants to review substantial business records to determine an answer, if possible, for

14   each of the 14,724 separate requests.   This request, therefore, does not separately state each

15   matter sought.  Moreover, Defendants object that the request is unduly burdensome and

16   improperly attempts to shift the burden to Defendants to evaluate each and every file where the

17   effort associated with responding to this request is substantially similar for the parties, especially

18   because the available documents, data and other information sought from which the answer, if

19   any, could be derived in response to this request have been produced by Defendants in response

20   to Plaintiffs' other discovery requests and thus any relevant, available information is now as

21   equally accessible to Plaintiffs as it is to Defendants.  Defendants also object to the extent that

22   this request improperly attempts to shift Plaintiffs' burden of proof to Defendants.  Subject to and

23   without waiving the foregoing objections and qualifications, Defendants respond as follows:

24         DENIED.

25   **REQUEST NO. 162:**

26         For each item 18,462-33,186 on Exhibit D to Oracle's Third Set of Requests for

27   Admission, admit that after a reasonable inquiry Defendants lack sufficient readily obtainable

28   _____

[32] See Defendants' Response to Request for Admission No. 47 from Plaintiffs' Third Set.

1   Dated:  February 15, 2010                    JONES DAY

2

3                                                By: */s/ Scott W. Cowan*
                                                   _____
4                                                    Scott W. Cowan

5                                                Counsel for Defendants
                                                 SAP AG, SAP AMERICA, INC., and
6                                                TOMORROWNOW, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

88

1

## PROOF OF SERVICE

2          I, Laurie Paige Burns, declare:

3          I am a citizen of the United States and employed in San Francisco County, California.  I

4    am over the age of eighteen years and not a party to the within-entitled action.  My business

5    address is 555 California Street, 26th Floor, San Francisco, California 94104.  On February 15

6    and 16, 2010, a copy of the attached document(s) were served as follows:

7          **DEFENDANTS' AMENDED  RESPONSE TO REQUESTS 4 THROUGH
           63 AND 130 THROUGH 162 OF PLAINTIFFS' FIFTH SET OF**
8          **REQUESTS FOR ADMISSION TO DEFENDANTS TOMORROWNOW,
           INC., SAP AG, AND SAP AMERICA, INC.**
9

10   ☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set
           forth below on this date before 5:00 p.m.

11
12   ☒     by placing the document(s) listed above in a sealed envelope and causing such
           envelope to be hand delivered to the office of the addressee on February 16, 2009.

13   ☒     by transmitting via e-mail or electronic transmission the document(s) listed above
           to the person(s) at the e-mail address(es) set forth below on February 15, 2009.
14

15         Donn Pickett, Esq.
           Geoffrey M. Howard, Esq.
16         Holly House, Esq.
           Zachary J. Alinder, Esq.
17         Bree Hann, Esq.
           BINGHAM McCUTCHEN LLP
18         Three Embarcadero Center
           San Francisco, CA 94111-4067
19         *donn.pickett@bingham.com*
           *geoff.howard@bingham.com*
20         *zachary.alinder@bingham.com*
           *bree.hann@bingham.com*
21

22         Executed on February 16, 2010, at San Francisco, California.

23
                                              By: _____
24                                                       LAURIE PAIGE BURNS

25

26

27

28

DEFENDANTS' AM. RESP. TO REQS. 4 - 63 AND 130 - 162 OF
PLAINTIFFS' 5th SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

89