# EXHIBIT C

Dockets.Justia.com

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:     (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DEFENDANTS' FOURTH AMENDED RESPONSES TO REQUESTS 496 THROUGH 680 OF PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANTS TOMORROWNOW, INC., SAP AG, AND SAP AMERICA, INC.** |
| v. | |
| SAP AG, et al., | |
| Defendants. | **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** |

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

07-CV-1658 PJH (EDL)

1   request, especially because the available documents, data and other information from which the

2   answer, if any, could be derived in response to this request have been produced by Defendants in

3   response to Plaintiffs' other discovery requests and thus any relevant, available information is

4   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

5   foregoing objections and qualifications, Defendants respond as follows:

6        DENIED.

7   **REQUEST FOR ADMISSION NO. 577:**

8        Admit that for the majority of Fixes or Updates listed in Exhibit B, TN identified some set

9   of Customers to whom it would deliver the Fix or Update and determined whether one Fix or

10  Update could be Developed for all such Customers on the release, or whether TN needed to split

11  the Customers on that release into sub-groups (sometimes referred to at TN as "source groups").

12  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 577:**

13       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

14  General Objections noted above. Defendants' response is based solely on Defendant

15  TomorrowNow's knowledge with respect to the information sought in this request because

16  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

17  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

18  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

19  it seeks an admission that would be applied to every single component of each fix and update at

20  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

21  burdensome because Defendants' burden associated with responding to this request is

22  substantially similar to the burden for Plaintiffs to obtain the information sought through this

23  request, especially because the available documents, data and other information from which the

24  answer, if any, could be derived in response to this request have been produced by Defendants in

25  response to Plaintiffs' other discovery requests and thus any relevant, available information is

26  now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

27  foregoing objections and qualifications, Defendants respond as follows:

28

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

64

1    ADMITTED for at least one component in the majority of the listed fixes or updates.

2    **REQUEST FOR ADMISSION NO. 578:**

3    Admit that for some of the Fixes or Updates listed in Exhibit B, TN identified some set of

4    Customers to whom it would deliver the Fix or Update and determined whether one Fix or

5    Update could be Developed for all such Customers on the release, or whether TN needed to split

6    the Customers on that release into sub-groups (sometimes referred to at TN as "source groups").

7    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 578:**

8    Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

9    General Objections noted above. Defendants' response is based solely on Defendant

10   TomorrowNow's knowledge with respect to the information sought in this request because

11   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

12   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

13   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

14   it seeks an admission that would be applied to every single component of each fix and update at

15   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

16   burdensome because Defendants' burden associated with responding to this request is

17   substantially similar to the burden for Plaintiffs to obtain the information sought through this

18   request, especially because the available documents, data and other information from which the

19   answer, if any, could be derived in response to this request have been produced by Defendants in

20   response to Plaintiffs' other discovery requests and thus any relevant, available information is

21   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

22   foregoing objections and qualifications, Defendants respond as follows:

23   ADMITTED for at least one component in some of the listed fixes or updates.

24   **REQUEST FOR ADMISSION NO. 579:**

25   Admit that for at least one Fix or Update listed in Exhibit B, TN identified some set of

26   Customers to whom it would deliver the Fix or Update and determined whether one Fix or

27   Update could be Developed for all such Customers on the release, or whether TN needed to split

28   the Customers on that release into sub-groups (sometimes referred to at TN as "source groups").

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

65

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 579:**

Defendants incorporate by reference, as if fully set forth herein, all of Defendants' General Objections noted above. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response.  Further, Defendants object to the extent that this request is compound, overly broad and unduly burdensome to the extent that it seeks an admission that would be applied to every single component of each fix and update at issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly burdensome because Defendants' burden associated with responding to this request is substantially similar to the burden for Plaintiffs to obtain the information sought through this request, especially because the available documents, data and other information from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

ADMITTED for at least one component in at least one of the listed fixes or updates.

**REQUEST FOR ADMISSION NO. 580:**

Admit that TN's process for determining its "source groups" (as the term is used in Requests Nos. 576-579) always involved in part doing a visual comparison of the Customer Local Environments in the group to identify relevant differences in the codeline.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 580:**

Defendants incorporate by reference, as if fully set forth herein, all of Defendants' General Objections noted above. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response.  Moreover, Defendants object to this request on the basis that it is unduly burdensome because Defendants' burden

DEFENDANTS' 4ᵗʰ AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ᴺᴰ SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

66

1   General Objections noted above. Defendants' response is based solely on Defendant

2   TomorrowNow's knowledge with respect to the information sought in this request because

3   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

4   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

5   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

6   it seeks an admission that would be applied to every single component of each fix and update at

7   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

8   burdensome because Defendants' burden associated with responding to this request is

9   substantially similar to the burden for Plaintiffs to obtain the information sought through this

10  request, especially because the available documents, data and other information from which the

11  answer, if any, could be derived in response to this request have been produced by Defendants in

12  response to Plaintiffs' other discovery requests and thus any relevant, available information is

13  now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

14  foregoing objections and qualifications, Defendants respond as follows:

15        DENIED.

16  **REQUEST FOR ADMISSION NO. 600:**

17        Admit that for the majority of Fixes or Updates listed in Exhibit B, where TN determined

18  that any given release did not require a "source group" division (as the term is used in Requests

19  Nos. 576-579), TN used a Local Environment installed from media originally provided by one

20  Customer to Develop the Fix or Update for all Customers on that release.

21  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 600:**

22        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

23  General Objections noted above. Defendants' response is based solely on Defendant

24  TomorrowNow's knowledge with respect to the information sought in this request because

25  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

26  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

27  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

28  it seeks an admission that would be applied to every single component of each fix and update at

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

80

1   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

2   burdensome because Defendants' burden associated with responding to this request is

3   substantially similar to the burden for Plaintiffs to obtain the information sought through this

4   request, especially because the available documents, data and other information from which the

5   answer, if any, could be derived in response to this request have been produced by Defendants in

6   response to Plaintiffs' other discovery requests and thus any relevant, available information is

7   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

8   foregoing objections and qualifications, Defendants respond as follows:

9        ADMITTED for at least one component in the majority of the listed fixes or updates.

10  **REQUEST FOR ADMISSION NO. 601:**

11       Admit that for some Fixes or Updates listed in Exhibit B, where TN determined that any

12  given release did not require a "source group" division (as the term is used in Requests Nos.

13  576-579), TN used a Local Environment installed from media provided originally by one

14  Customer to Develop the Fix or Update for all Customers on that release.

15  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 601:**

16       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

17  General Objections noted above. Defendants' response is based solely on Defendant

18  TomorrowNow's knowledge with respect to the information sought in this request because

19  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

20  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

21  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

22  it seeks an admission that would be applied to every single component of each fix and update at

23  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

24  burdensome because Defendants' burden associated with responding to this request is

25  substantially similar to the burden for Plaintiffs to obtain the information sought through this

26  request, especially because the available documents, data and other information from which the

27  answer, if any, could be derived in response to this request have been produced by Defendants in

28  response to Plaintiffs' other discovery requests and thus any relevant, available information is

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

81

1   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

2   foregoing objections and qualifications, Defendants respond as follows:

3        ADMITTED for at least one component in some of the listed fixes or updates.

4   **REQUEST FOR ADMISSION NO. 602:**

5        Admit that for at least one Fix or Update listed in Exhibit B, where TN determined that

6   any given release did not require a "source group" division (as the term is used in Requests Nos.

7   576-579), TN used a Local Environment installed from media originally provided by one

8   Customer to Develop the Fix or Update for all Customers on that release.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 602:**

10       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11  General Objections noted above. Defendants' response is based solely on Defendant

12  TomorrowNow's knowledge with respect to the information sought in this request because

13  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

15  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

16  it seeks an admission that would be applied to every single component of each fix and update at

17  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

18  burdensome because Defendants' burden associated with responding to this request is

19  substantially similar to the burden for Plaintiffs to obtain the information sought through this

20  request, especially because the available documents, data and other information from which the

21  answer, if any, could be derived in response to this request have been produced by Defendants in

22  response to Plaintiffs' other discovery requests and thus any relevant, available information is

23  now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

24  foregoing objections and qualifications, Defendants respond as follows:

25       ADMITTED for at least one component in at least one of the listed fixes or updates.

26  **REQUEST FOR ADMISSION NO. 603:**

27       Admit that for each Fix or Update listed in Exhibit B, TN unit tested the Fix Objects

28  Developed for each "source group" (as the term is used in Requests Nos. 576-579) in the same

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

82

1   Local Environment used to Develop the Fix or Update.

2   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 603:**

3       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4   General Objections noted above. Defendants' response is based solely on Defendant

5   TomorrowNow's knowledge with respect to the information sought in this request because

6   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

8   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

9   it seeks an admission that would be applied to every single component of each fix and update at

10  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

11  burdensome because Defendants' burden associated with responding to this request is

12  substantially similar to the burden for Plaintiffs to obtain the information sought through this

13  request, especially because the available documents, data and other information from which the

14  answer, if any, could be derived in response to this request have been produced by Defendants in

15  response to Plaintiffs' other discovery requests and thus any relevant, available information is

16  now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

17  foregoing objections and qualifications, Defendants respond as follows:

18      DENIED.

19  **REQUEST FOR ADMISSION NO. 604:**

20      Admit that for the majority of Fixes or Updates listed in Exhibit B, TN unit tested the Fix

21  Objects Developed for each "source group" (as the term is used in Requests Nos. 576-579) in the

22  same Local Environment used to Develop the Fix or Update.

23  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 604:**

24      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

25  General Objections noted above. Defendants' response is based solely on Defendant

26  TomorrowNow's knowledge with respect to the information sought in this request because

27  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

28  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

83

1    to the extent that this request is compound, overly broad and unduly burdensome to the extent that

2    it seeks an admission that would be applied to every single component of each fix and update at

3    issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

4    burdensome because Defendants' burden associated with responding to this request is

5    substantially similar to the burden for Plaintiffs to obtain the information sought through this

6    request, especially because the available documents, data and other information from which the

7    answer, if any, could be derived in response to this request have been produced by Defendants in

8    response to Plaintiffs' other discovery requests and thus any relevant, available information is

9    now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

10   foregoing objections and qualifications, Defendants respond as follows:

11        ADMITTED for at least one component in the majority of the listed fixes or updates.

12   **REQUEST FOR ADMISSION NO. 605:**

13        Admit that for some Fixes or Updates listed in Exhibit B, TN unit tested the Fix Objects

14   Developed for each "source group" (as the term is used in Requests Nos. 576-579) in the same

15   Local Environment used to Develop the Fix or Update.

16   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 605:**

17        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

18   General Objections noted above. Defendants' response is based solely on Defendant

19   TomorrowNow's knowledge with respect to the information sought in this request because

20   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

21   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

22   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

23   it seeks an admission that would be applied to every single component of each fix and update at

24   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

25   burdensome because Defendants' burden associated with responding to this request is

26   substantially similar to the burden for Plaintiffs to obtain the information sought through this

27   request, especially because the available documents, data and other information from which the

28   answer, if any, could be derived in response to this request have been produced by Defendants in

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

84

1   response to Plaintiffs' other discovery requests and thus any relevant, available information is

2   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

3   foregoing objections and qualifications, Defendants respond as follows:

4          ADMITTED for at least one component in some of the listed fixes or updates.

5   **REQUEST FOR ADMISSION NO. 606:**

6          Admit that for at least one Fix or Update listed in Exhibit B, TN unit tested the Fix

7   Objects Developed for each "source group" (as the term is used in Requests Nos. 576-579) in the

8   same Local Environment used to Develop the Fix or Update.

9   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 606:**

10          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

11   General Objections noted above. Defendants' response is based solely on Defendant

12   TomorrowNow's knowledge with respect to the information sought in this request because

13   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

14   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

15   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

16   it seeks an admission that would be applied to every single component of each fix and update at

17   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

18   burdensome because Defendants' burden associated with responding to this request is

19   substantially similar to the burden for Plaintiffs to obtain the information sought through this

20   request, especially because the available documents, data and other information from which the

21   answer, if any, could be derived in response to this request have been produced by Defendants in

22   response to Plaintiffs' other discovery requests and thus any relevant, available information is

23   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

24   foregoing objections and qualifications, Defendants respond as follows:

25          ADMITTED for at least one component in at least one of the listed fixes or updates.

26   **REQUEST FOR ADMISSION NO. 607:**

27          Admit that for each Fix or Update listed in Exhibit B, TN saved the Fix Objects

28   Developed for each "source group" (as the term is used in Requests Nos. 576-579) to some

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

85

1  central location (typically referred to at TN as the "development staging area" or "staging area").

2  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 607:**

3  Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

4  General Objections noted above. Defendants' response is based solely on Defendant

5  TomorrowNow's knowledge with respect to the information sought in this request because

6  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

7  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

8  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

9  it seeks an admission that would be applied to every single component of each fix and update at

10  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

11  burdensome because Defendants' burden associated with responding to this request is

12  substantially similar to the burden for Plaintiffs to obtain the information sought through this

13  request, especially because the available documents, data and other information from which the

14  answer, if any, could be derived in response to this request have been produced by Defendants in

15  response to Plaintiffs' other discovery requests and thus any relevant, available information is

16  now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

17  foregoing objections and qualifications, Defendants respond as follows:

18  DENIED.

19  **REQUEST FOR ADMISSION NO. 608:**

20  Admit that for the majority of Fixes or Updates listed in Exhibit B, TN saved the Fix

21  Objects Developed for each "source group" (as the term is used in Requests Nos. 576-579) to

22  some central location (typically referred to at TN as the "development staging area" or "staging

23  area").

24  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 608:**

25  Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26  General Objections noted above. Defendants' response is based solely on Defendant

27  TomorrowNow's knowledge with respect to the information sought in this request because

28  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

86

1   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

2   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

3   it seeks an admission that would be applied to every single component of each fix and update at

4   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

5   burdensome because Defendants' burden associated with responding to this request is

6   substantially similar to the burden for Plaintiffs to obtain the information sought through this

7   request, especially because the available documents, data and other information from which the

8   answer, if any, could be derived in response to this request have been produced by Defendants in

9   response to Plaintiffs' other discovery requests and thus any relevant, available information is

10   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

11   foregoing objections and qualifications, Defendants respond as follows:

12          ADMITTED for at least one component in the majority of the listed fixes or updates.

13   **REQUEST FOR ADMISSION NO. 609:**

14          Admit that for some Fixes or Updates listed in Exhibit B, TN saved the Fix Objects

15   Developed for each "source group" (as the term is used in Requests Nos. 576-579) to some

16   central location (typically referred to at TN as the "development staging area" or "staging area").

17   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 609:**

18          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

19   General Objections noted above. Defendants' response is based solely on Defendant

20   TomorrowNow's knowledge with respect to the information sought in this request because

21   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

22   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

23   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

24   it seeks an admission that would be applied to every single component of each fix and update at

25   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

26   burdensome because Defendants' burden associated with responding to this request is

27   substantially similar to the burden for Plaintiffs to obtain the information sought through this

28   request, especially because the available documents, data and other information from which the

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

1    answer, if any, could be derived in response to this request have been produced by Defendants in

2    response to Plaintiffs' other discovery requests and thus any relevant, available information is

3    now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

4    foregoing objections and qualifications, Defendants respond as follows:

5         ADMITTED for at least one component in some of the listed fixes or updates.

6    **REQUEST FOR ADMISSION NO. 610:**

7         Admit that for at least one Fix or Update listed in Exhibit B, TN saved the Fix Objects

8    Developed for each "source group" (as the term is used in Requests Nos. 576-579) to some

9    central location (typically referred to at TN as the "development staging area" or "staging area").

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 610:**

11        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

12   General Objections noted above. Defendants' response is based solely on Defendant

13   TomorrowNow's knowledge with respect to the information sought in this request because

14   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

15   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

16   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

17   it seeks an admission that would be applied to every single component of each fix and update at

18   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

19   burdensome because Defendants' burden associated with responding to this request is

20   substantially similar to the burden for Plaintiffs to obtain the information sought through this

21   request, especially because the available documents, data and other information from which the

22   answer, if any, could be derived in response to this request have been produced by Defendants in

23   response to Plaintiffs' other discovery requests and thus any relevant, available information is

24   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

25   foregoing objections and qualifications, Defendants respond as follows:

26        ADMITTED for at least one component in at least one of the listed fixes or updates.

27   **REQUEST FOR ADMISSION NO. 611:**

28        Admit that for each Fix or Update listed in Exhibit B, TN tested the Fix or Update (in a

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

88

1  process typically known as "individual fix testing" or "QA testing"), including by Copying the

2  Fix Objects saved in the central development staging area to a Local Environment within the

3  applicable "source group" (as the term is used in Requests Nos. 576-579), to test the functionality

4  and stability of the Fix or Update and that it produced the expected results.

5  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 611:**

6  Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

7  General Objections noted above. Defendants' response is based solely on Defendant

8  TomorrowNow's knowledge with respect to the information sought in this request because

9  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

10  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

11  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

12  it seeks an admission that would be applied to every single component of each fix and update at

13  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

14  burdensome because Defendants' burden associated with responding to this request is

15  substantially similar to the burden for Plaintiffs to obtain the information sought through this

16  request, especially because the available documents, data and other information from which the

17  answer, if any, could be derived in response to this request have been produced by Defendants in

18  response to Plaintiffs' other discovery requests and thus any relevant, available information is

19  now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

20  foregoing objections and qualifications, Defendants respond as follows:

21  DENIED.

22  **REQUEST FOR ADMISSION NO. 612:**

23  Admit that for the majority of Fixes or Updates listed in Exhibit B, TN tested the Fix or

24  Update (in a process typically known as "individual fix testing" or "QA testing"), including by

25  copying the Fix Objects saved in the central development staging area to a Local Environment

26  within the applicable "source group" (as the term is used in Requests Nos. 576-579), to test the

27  functionality and stability of the Fix or Update and that it produced the expected results.

28

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

89

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 612:**

2       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Further, Defendants object

7    to the extent that this request is compound, overly broad and unduly burdensome to the extent that

8    it seeks an admission that would be applied to every single component of each fix and update at

9    issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

10   burdensome because Defendants' burden associated with responding to this request is

11   substantially similar to the burden for Plaintiffs to obtain the information sought through this

12   request, especially because the available documents, data and other information from which the

13   answer, if any, could be derived in response to this request have been produced by Defendants in

14   response to Plaintiffs' other discovery requests and thus any relevant, available information is

15   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

16   foregoing objections and qualifications, Defendants respond as follows:

17       ADMITTED for at least one component in the majority of the listed fixes or updates.

18   **REQUEST FOR ADMISSION NO. 613:**

19       Admit that for some Fixes or Updates listed in Exhibit B, TN tested the Fix or Update (in

20   a process typically known as "individual fix testing" or "QA testing"), including by copying the

21   Fix Objects saved in the central development staging area to a Local Environment within the

22   applicable "source group" (as the term is used in Requests Nos. 576-579), to test the functionality

23   and stability of the Fix or Update and that it produced the expected results.

24   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 613:**

25       Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

26   General Objections noted above. Defendants' response is based solely on Defendant

27   TomorrowNow's knowledge with respect to the information sought in this request because

28   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

90

1  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

2  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

3  it seeks an admission that would be applied to every single component of each fix and update at

4  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

5  burdensome because Defendants' burden associated with responding to this request is

6  substantially similar to the burden for Plaintiffs to obtain the information sought through this

7  request, especially because the available documents, data and other information from which the

8  answer, if any, could be derived in response to this request have been produced by Defendants in

9  response to Plaintiffs' other discovery requests and thus any relevant, available information is

10  now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

11  foregoing objections and qualifications, Defendants respond as follows:

12        ADMITTED for at least one component in some of the listed fixes or updates.

13  **REQUEST FOR ADMISSION NO. 614:**

14        Admit that for at least one Fix or Update listed in Exhibit B, TN tested the Fix or Update

15  (in a process typically known as "individual fix testing" or "QA testing"), including by copying

16  the Fix Objects saved in the central development staging area to a Local Environment within the

17  applicable "source group" (as the term is used in Requests Nos. 576-579), to test the functionality

18  and stability of the Fix or Update and that it produced the expected results.

19  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 614:**

20        Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

21  General Objections noted above. Defendants' response is based solely on Defendant

22  TomorrowNow's knowledge with respect to the information sought in this request because

23  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

24  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

25  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

26  it seeks an admission that would be applied to every single component of each fix and update at

27  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

28  burdensome because Defendants' burden associated with responding to this request is

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

91

1   substantially similar to the burden for Plaintiffs to obtain the information sought through this

2   request, especially because the available documents, data and other information from which the

3   answer, if any, could be derived in response to this request have been produced by Defendants in

4   response to Plaintiffs' other discovery requests and thus any relevant, available information is

5   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

6   foregoing objections and qualifications, Defendants respond as follows:

7       ADMITTED for at least one component in at least one of the listed fixes or updates.

8   **REQUEST FOR ADMISSION NO. 615:**

9       Admit that the Local Environment used in the "individual fix testing" or "QA testing"

10  process described in Requests Nos. 611-614 always utilized a Local Environment different from

11  the Local Environment TN used to Develop the Fix Objects being tested.

12  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 615:**

13      Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

14  General Objections noted above. Defendants' response is based solely on Defendant

15  TomorrowNow's knowledge with respect to the information sought in this request because

16  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

17  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

18  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

19  it seeks an admission that would be applied to every single component of each fix and update at

20  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

21  burdensome because Defendants' burden associated with responding to this request is

22  substantially similar to the burden for Plaintiffs to obtain the information sought through this

23  request, especially because the available documents, data and other information from which the

24  answer, if any, could be derived in response to this request have been produced by Defendants in

25  response to Plaintiffs' other discovery requests and thus any relevant, available information is

26  now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

27  foregoing objections and qualifications, Defendants respond as follows:

28      DENIED.

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

92

1    Environments that SAP TN built from software obtained from Customers other than at least one

2    Customer who received the Fix Object.

3    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 666:**

4          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

5    General Objections noted above. Defendants' response is based solely on Defendant

6    TomorrowNow's knowledge with respect to the information sought in this request because

7    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

8    information provided by Defendant TomorrowNow in this response.  Moreover, Defendants

9    object to this request on the basis that it is unduly burdensome because Defendants' burden

10   associated with responding to this request is substantially similar to the burden for Plaintiffs to

11   obtain the information sought through this request, especially because the available documents,

12   data and other information from which the answer, if any, could be derived in response to this

13   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

14   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

15   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

16   Defendants respond as follows:

17         ADMITTED for the vast majority.

18   **REQUEST FOR ADMISSION NO. 667:**

19         Admit that for each Update listed in the right-hand column of Exhibit A, TN used a Local

20   Environment with no Customer-specific identifier in its name (e.g., HR751CSS) to Develop at

21   least one Fix Object that SAP TN then delivered to more than one Customer.

22   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 667:**

23         Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

24   General Objections noted above. Defendants' response is based solely on Defendant

25   TomorrowNow's knowledge with respect to the information sought in this request because

26   Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

27   information provided by Defendant TomorrowNow in this response.  Further, Defendants object

28   to the extent that this request is compound, overly broad and unduly burdensome to the extent that

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

129

1   it seeks an admission that would be applied to every single component of each fix and update at

2   issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

3   burdensome because Defendants' burden associated with responding to this request is

4   substantially similar to the burden for Plaintiffs to obtain the information sought through this

5   request, especially because the available documents, data and other information from which the

6   answer, if any, could be derived in response to this request have been produced by Defendants in

7   response to Plaintiffs' other discovery requests and thus any relevant, available information is

8   now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the

9   foregoing objections and qualifications, Defendants respond as follows:

10          ADMITTED for at least one component in the vast majority of the listed updates.

11  **REQUEST FOR ADMISSION NO. 668:**

12          Admit that for each Update listed in the right-hand column of Exhibit A, TN used a Local

13  Environment with no Customer-specific identifier in its name (e.g., HR751CSS) to test at least

14  one Fix Object that SAP TN then delivered to more than one Customer.

15  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 668:**

16          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

17  General Objections noted above. Defendants' response is based solely on Defendant

18  TomorrowNow's knowledge with respect to the information sought in this request because

19  Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

20  information provided by Defendant TomorrowNow in this response.  Further, Defendants object

21  to the extent that this request is compound, overly broad and unduly burdensome to the extent that

22  it seeks an admission that would be applied to every single component of each fix and update at

23  issue in this request.  Moreover, Defendants object to this request on the basis that it is unduly

24  burdensome because Defendants' burden associated with responding to this request is

25  substantially similar to the burden for Plaintiffs to obtain the information sought through this

26  request, especially because the available documents, data and other information from which the

27  answer, if any, could be derived in response to this request have been produced by Defendants in

28  response to Plaintiffs' other discovery requests and thus any relevant, available information is

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

130

now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

ADMITTED for at least one component in the vast majority of the listed updates.

**REQUEST FOR ADMISSION NO. 669:**

Admit that for each Fix listed in Exhibit B which included a DAT file, Copies of at least one DAT file were delivered to more than one Customer as part of the Fix.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 669:**

Defendants incorporate by reference, as if fully set forth herein, all of Defendants' General Objections noted above. Defendants' response is based solely on Defendant TomorrowNow's knowledge with respect to the information sought in this request because Defendants SAP AG and SAP America have no additional knowledge separate and apart from the information provided by Defendant TomorrowNow in this response.  Moreover, Defendants object to this request on the basis that it is unduly burdensome because Defendants' burden associated with responding to this request is substantially similar to the burden for Plaintiffs to obtain the information sought through this request, especially because the available documents, data and other information from which the answer, if any, could be derived in response to this request have been produced by Defendants in response to Plaintiffs' other discovery requests and thus any relevant, available information is now as equally accessible to Plaintiffs as it is to Defendants.  Subject to and without waiving the foregoing objections and qualifications, Defendants respond as follows:

ADMITTED for the vast majority.

**REQUEST FOR ADMISSION NO. 670:**

Admit that for each Fix listed in Exhibit B which included a COBOL file, at least one COBOL file from one Local Environment was modified by SAP TN and Copied and delivered to more than one Customer as part of the Fix.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 670:**

Defendants incorporate by reference, as if fully set forth herein, all of Defendants' General Objections noted above. Defendants' response is based solely on Defendant

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

131

1    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 680:**

2          Defendants incorporate by reference, as if fully set forth herein, all of Defendants'

3    General Objections noted above. Defendants' response is based solely on Defendant

4    TomorrowNow's knowledge with respect to the information sought in this request because

5    Defendants SAP AG and SAP America have no additional knowledge separate and apart from the

6    information provided by Defendant TomorrowNow in this response.  Moreover, Defendants

7    object to this request on the basis that it is unduly burdensome because Defendants' burden

8    associated with responding to this request is substantially similar to the burden for Plaintiffs to

9    obtain the information sought through this request, especially because the available documents,

10   data and other information from which the answer, if any, could be derived in response to this

11   request have been produced by Defendants in response to Plaintiffs' other discovery requests and

12   thus any relevant, available information is now as equally accessible to Plaintiffs as it is to

13   Defendants.  Subject to and without waiving the foregoing objections and qualifications,

14   Defendants respond as follows:

15          ADMITTED for the vast majority.

16

17   Dated:  February 22, 2009                    JONES DAY

18

19                                               By: */s/ Scott W. Cowan*
                                                     Scott W. Cowan
20
                                                 Counsel for Defendants
21                                               SAP AG, SAP AMERICA, INC., and
                                                 TOMORROWNOW, INC.
22

23

24

25

26

27

28

DEFENDANTS' 4th AMENDED RESP. TO RQST. 496-680 OF
PLAINTIFFS' 2ND SET OF REQUESTS FOR ADMISSION
Case No. 07-CV-1658 PJH (EDL)

139

## PROOF OF SERVICE

I, Laurie Paige Burns, declare:

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 California Street, 26th Floor, San Francisco, California 94104.  On February 22, 2010, I served a copy of the attached document(s):

**DEFENDANTS' FOURTH AMENDED RESPONSES TO REQUESTS 496 THROUGH 680 OF PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANTS TOMORROWNOW, INC., SAP AG, AND SAP AMERICA, INC.**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒     by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett, Esq.
Geoffrey M. Howard, Esq.
Holly A. House, Esq.
Zachary J. Alinder, Esq.
Bree Hann, Esq.
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*donn.pickett@bingham.com*
*geoff.howard@bingham.com*
*holly.house@bingham.com*
*zachary.alinder@bingham.com*
*bree.hann@bingham.com*

Executed on February 22, 2010, at San Francisco, California.

By: _____
                   Laurie Paige Burns