# EXHIBIT D

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
ORACLE CORPORATION, ET AL,  *
        Plaintiffs,          *
                             *
VS.                          *  CASE NO. 07-CV-01658 (MJJ)
                             *
SAP AG, ET AL,               *
        Defendants.          *
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORAL AND VIDEO DEPOSITION OF PATTI VONFELDT

VOLUME 1

APRIL 10, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEO DEPOSITION of PATTI VONFELDT, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on April 10, 2009, from 8:05 a.m. to 12:57 p.m., before Carol Jenkins, CSR, RPR, CRR, in and for the State of Texas, reported by machine shorthand, at the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure.

```
08:09:16   1
08:09:20   2
08:09:24   3
08:09:30   4
08:09:30   5
08:09:32   6
08:09:34   7
08:09:38   8
08:09:42   9
08:09:42  10
08:09:46  11
08:09:46  12
08:09:48  13
08:09:52  14        Q.   (By Mr. Polito)  Okay.  Did you ever personally
08:10:02  15   download materials from Customer Connection?
08:10:04  16        A.   No.
08:10:04  17        Q.   Are you aware that TomorrowNow downloaded
08:10:20  18   materials from Customer Connection?
08:10:20  19        A.   Yes.
08:10:20  20        Q.   Do you know whether those downloads were stored
08:10:24  21   on the AS/400 machine at TomorrowNow?
08:10:28  22        A.   Some of them were moved to the AS/400, but they
08:10:34  23   weren't -- it's not like they came down from Customer
08:10:38  24   Connection, they were stored there.  Some of them were
08:10:40  25   moved over there, yes.
```

PATTI VONFELDT          April 10, 2009
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 11

| | | |
|---|---|---|
| 08:10:40 | 1 | Q.   Were you involved in moving some of those |
| 08:10:44 | 2 | materials? |
| 08:10:44 | 3 | A.   Yes. |
| 08:10:44 | 4 | Q.   Are you familiar with something called the X |
| 08:10:50 | 5 | Series or the X Server?  I'm sorry. |
| 08:10:52 | 6 | A.   No. |
| 08:10:52 | 7 | Q.   Which product lines had materials -- or I'm |
| 08:11:00 | 8 | sorry.  For which product lines on the AS/400 did you |
| 08:11:04 | 9 | move materials onto that AS/400? |
| 08:11:08 | 10 | A.   Probably all of them. |
| 08:11:08 | 11 | Q.   So that would include JD Edwards World? |
| 08:11:12 | 12 | A.   Well, JD Edwards World was the only one I was |
| 08:11:16 | 13 | really involved in, yes. |
| 08:11:16 | 14 | |
| 08:11:20 | 15 | |
| 08:11:20 | 16 | |
| 08:11:20 | 17 | |
| 08:11:24 | 18 | |
| 08:11:28 | 19 | |
| 08:11:30 | 20 | |
| 08:11:36 | 21 | |
| 08:11:40 | 22 | |
| 08:11:40 | 23 | |
| 08:11:40 | 24 | |
| 08:11:46 | 25 | |

Page 14

```
08:13:46   1
08:13:48   2
08:13:50   3
08:13:54   4
08:13:58   5
08:14:00   6
08:14:06   7         Q.   So when you were moving materials to the
08:14:12   8    AS/400, was there a particular library structure into
08:14:16   9    which you moved the materials?
08:14:18  10         A.   I did move it into a library based on the
08:14:24  11    number the file was moving.
08:14:28  12         Q.   So did you create a library for a SAR number?
08:14:36  13              MR. COWAN:  Objection, form.
08:14:36  14         A.   Yeah.  I did create a library for a PC Copy,
08:14:44  15    which happens to be named by a SAR number.
08:14:52  16
08:15:18  17
08:15:20  18
08:15:28  19
08:15:30  20
08:15:38  21
08:15:40  22
08:15:40  23
08:15:40  24
08:15:50  25
```

```
 1    COUNTY OF HARRIS
 2    STATE OF TEXAS
 3
 4                    REPORTER'S CERTIFICATE
 5
 6            I, CAROL JENKINS, Certified Shorthand
 7    Reporter in and for the State of Texas, hereby certify
 8    that this transcript is a true record of the testimony
 9    given by the witness named herein, after said witness
10    was duly sworn by me.
11            I further certify that the deposition
12    transcript was submitted on _____ _____,
13    _____ to the witness or to the attorney for the
14    witness for examination, signature, and return to me by
15    _____, _____.
16            I further certify the amount of time used
17    by each party at the deposition is as follows:
18            Mr. John Polito - (04h00m)
19            Mr. Scott W. Cowan - (00h00m)
20            I further certify that I am neither
21    attorney nor counsel for, related to, nor employed by
22    any of the parties to the action in which this testimony
23    was taken.  Further, I am not a relative or employee of
24    any attorney of record in this cause, nor do I have a
25    financial interest in the action.
```

178

```
              SUBSCRIBED AND SWORN TO by the undersigned
on this the  14   day of  April , 2009.


                    _____Carol Jenkins_____
                    CAROL JENKINS, CSR, RPR, CRR

                    Certificate No. 2660

                    Date of Expiration:  12/31/2010

                    Merrill Legal Solutions, No. 210

                    315 Capitol Street, Suite 200

                    Houston, Texas 77002

                    (713) 426-0400
```

*AUTHENTIC COPY — The original certified E-Transcript file was electronically signed using RealLegal technology.*