BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Ltd., and Siebel Systems, Inc.

FILED
MAR - 8 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>SAP AG, *et al.*,<br><br>　　　　Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**PROOF OF SERVICE** |

A/73315773.1/2021039-0000324170

07-CV-01658 OJH (EDL)

PROOF OF SERVICE

1   I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for U.S. Mail, E-Mail and Hand delivery, and they are deposited that same day in the ordinary course of business.

Today I served the following documents:

**EXHIBIT 17 TO DECLARATION OF ZACHARY J. ALINDER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGEMENT [EXHIBIT SUBMITTED UNDER SEAL]**

**EXHIBIT 18 TO DECLARATION OF ZACHARY J. ALINDER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGEMENT [EXHIBIT SUBMITTED UNDER SEAL]**

**EXHIBIT 115 TO DECLARATION OF ZACHARY J. ALINDER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGEMENT [EXHIBIT SUBMITTED UNDER SEAL]**

**EXHIBIT 116 TO DECLARATION OF ZACHARY J. ALINDER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGEMENT [EXHIBIT SUBMITTED UNDER SEAL]**

**EXHIBIT 117 TO DECLARATION OF ZACHARY J. ALINDER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGEMENT [EXHIBIT SUBMITTED UNDER SEAL]**

**DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCUMENT SUBMITTED UNDER SEAL]**

**APPENDIX B TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX B SUBMITTED UNDER SEAL]**

**APPENDIX C TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX C SUBMITTED UNDER SEAL]**

**APPENDIX D TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX D SUBMITTED UNDER SEAL]**

| | |
|---|---|
| 1 | **APPENDIX E TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX E SUBMITTED UNDER SEAL]** |
| 2 | |
| 3 | **APPENDIX F TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX F SUBMITTED UNDER SEAL]** |
| 4 | |
| 5 | **APPENDIX G TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX G SUBMITTED UNDER SEAL]** |
| 6 | |
| 7 | |
| 8 | **APPENDIX H TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX H SUBMITTED UNDER SEAL]** |
| 9 | |
| 10 | **APPENDIX I TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX I SUBMITTED UNDER SEAL]** |
| 11 | |
| 12 | **APPENDIX J TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX J SUBMITTED UNDER SEAL]** |
| 13 | |
| 14 | **APPENDIX K TO DECLARATION OF NORM ACKERMANN IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [APPENDIX K SUBMITTED UNDER SEAL]** |
| 15 | |
| 16 | |

[X] (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

**BY HAND DELIVERY**
Robert A. Mittelstaedt, Esq.
Jason McDonell, Esq.
Elaine Wallace, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel: (415) 626.3939

ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

A/73315773.1/2021039-0000324170

2

PROOF OF SERVICE

1     I declare that I am employed in the office of a member of the bar of this court at
2 whose direction the service was made and that this declaration was executed on March 8, 2010 at
3 San Francisco, California.

                                        Heather Akers-Healy