| | |
|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) |
| | Jason McDonell (SBN 115084) |
| 2 | Elaine Wallace (SBN 197882) |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | jmcdonell@jonesday.com |
| 6 | ewallace@jonesday.com |
| | |
| 7 | Tharan Gregory Lanier (SBN 138784) |
| | Jane L. Froyd (SBN 220776) |
| 8 | JONES DAY |
| | 1755 Embarcadero Road |
| 9 | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| 10 | Facsimile: (650) 739-3900 |
| | tglanier@jonesday.com |
| 11 | jfroyd@jonesday.com |
| | |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | JONES DAY |
| | 717 Texas, Suite 3300 |
| 14 | Houston, TX 77002 |
| | Telephone: (832) 239-3939 |
| 15 | Facsimile: (832) 239-3600 |
| | swcowan@jonesday.com |
| 16 | jlfuchs@jonesday.com |
| | |
| 17 | Attorneys for Defendants |
| | SAP AG, SAP AMERICA, INC., and |
| 18 | TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 22 | ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| 23 | Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE |
| 24 | v. | MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' |
| 25 | SAP AG, et al., | DOCUMENTS SUPPORTING DEFENDANTS' CROSS MOTION FOR |
| 26 | Defendants. | PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' |
| 27 | | MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 28 | | |

SVI-79549v1

[PROPOSED] ORDER GRANTING MOTION TO
FILE UNDER SEAL
Case No. 07-CV-1658 PJH (EDL)

1     Having considered (1) Defendants' Administrative Motion to File Under Seal Plaintiffs' Documents Supporting Defendants' Cross Motion for Partial Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment; (2) supporting declaration of Tharan Gregory Lanier; (3) Stipulation to Permit Defendants to File Under Seal; (4) Defendants' Cross Motion for Partial Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Defendants' Cross Motion and Opposition"); (5) the Declaration of Tharan Gregory Lanier in Support of Defendants' Cross Motion and Opposition ("Lanier Declaration"); and (6) Exhibits 14, 19, and 20 to the Lanier Declaration, all of which were lodged with the Court on March 31, 2010 and April 5, 2010:

    IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED. The Clerk of the Court shall file under seal the following documents and portions of documents:

- The following portions of Exhibit 14 to the Lanier Declaration: 41:11-24;
- The following portions of Exhibit 19 to the Lanier Declaration: 11:24-12:1;
- The following portions of Exhibit 20 to the Lanier Declaration: 42:7-43:3 and 46:13-47:22; and
- The following portions of the Cross Motion and Opposition: portions of i:22-23, 11:4-5, 15:4, 16:11-14, 16:27-28, 17:2-4, and 17:11-13.

DATED: _____      By: _____
                                                                                           Hon. Phyllis J. Hamilton