**ORIGINAL**

1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA 94111-4067
5  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
10 500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
11 Telephone: (650) 506-4846
   Facsimile: (650) 506-7114
12 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
13

14 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle International Corporation,
15 Oracle EMEA Ltd., and Siebel Systems, Inc.

**FILED**
APR 14 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> SAP AG, *et al.*, <br><br> Defendants. | CASE NO. 07-CV-01658 PJH (EDL) <br><br> **PROOF OF SERVICE** |

1  I am over eighteen years of age, not a party in this action, and employed in San
2  Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-
3  4067. I am readily familiar with the practice of this office for collection and processing of
4  correspondence for U.S. Mail, E-Mail and Hand delivery, and they are deposited that same day
5  in the ordinary course of business.
6  Today I served the following documents:

**EXHIBIT 12 TO DECLARATION OF CHAD RUSSELL IN SUPPORT OF ORACLE'S: (1) REPLY AND OPPOSITION RE MOTION AND CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT; (2) RESPONSES TO OBJECTIONS TO EVIDENCE (*DOCUMENT SUBMITTED UNDER SEAL*)**

☒ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

**BY HAND DELIVERY AND EMAIL**

Robert A. Mittelstaedt, Esq.
Jason McDonell, Esq.
Elaine Wallace, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel: (415) 626.3939

ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

**BY EMAIL AND MAIL**

Tharan Gregory Lanier, Esq.
Jane L. Froyd, Esq.
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939

tglanier@jonesday.com
jfroyd@jonesday.com

**BY EMAIL AND MAIL**

Scott Cowan, Esq.
Josh Fuchs, Esq.
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002- 2712

scowan@jonesday.com
jlfuchs@jonesday.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on April 14, 2010 at San Francisco, California.

_____
Laura Kelley Bourne