**BOIES, SCHILLER & FLEXNER LLP**
DAVID BOIES
(*pro hac vice application to be submitted*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone:   (914) 749-8200
Facsimile:    (914) 749-8300

**BOIES, SCHILLER & FLEXNER LLP**
STEVEN C. HOLTZMAN
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:   (510) 874-1000
Facsimile:    (510) 874-1460

Attorneys for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAP AG, et al.,<br><br>　　　　　Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**NOTICE OF APPEARANCE OF ATTORNEYS DAVID BOIES AND STEVEN C. HOLTZMAN** |

NOTICE OF APPEARANCE

## **NOTICE OF APPEARANCE**

David Boies (dboies@bsfllp.com), subject to admission *pro hac vice*, and Steven C. Holtzman (sholtzman@bsfllp.com), attorneys with the law firm Boies, Schiller & Flexner LLP, hereby enter their appearances as co-counsel for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc., and request that copies of all documents served or filed by counsel, or issued by the Court, be sent to them at the addresses listed above.

DATED: May 28, 2010                     BOIES SCHILLER & FLEXNER LLP


By: /s/ Steven C. Holtzman
Steven C. Holtzman
Plaintiffs Oracle USA, Inc., Oracle
International Corporation, Oracle EMEA
Limited, and Siebel Systems, Inc.