| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359) | BINGHAM McCUTCHEN LLP |
| Jason McDonell (SBN 115084) | DONN P. PICKETT (SBN 72257) |
| Elaine Wallace (SBN 197882) | GEOFFREY M. HOWARD (SBN 157468) |
| JONES DAY | HOLLY A. HOUSE (SBN 136045) |
| 555 California Street, 26th Floor | ZACHARY J. ALINDER (SBN 209009) |
| San Francisco, CA 94104 | BREE HANN (SBN 215695) |
| Telephone:   (415) 626-3939 | Three Embarcadero Center |
| Facsimile:    (415) 875-5700 | San Francisco, CA 94111-4067 |
| ramittelstaedt@jonesday.com | Telephone:  (415) 393-2000 |
| jmcdonell@jonesday.com | Facsimile:   (415) 393-2286 |
| ewallace@jonesday.com | donn.pickett@bingham.com |
| | geoff.howard@bingham.com |
| Tharan Gregory Lanier (SBN 138784) | holly.house@bingham.com |
| Jane L. Froyd (SBN 220776) | zachary.alinder@bingham.com |
| JONES DAY | bree.hann@bingham.com |
| 1755 Embarcadero Road | |
| Palo Alto, CA 94303 | DORIAN DALEY (SBN 129049) |
| Telephone:   (650) 739-3939 | JENNIFER GLOSS (SBN 154227) |
| Facsimile:    (650) 739-3900 | 500 Oracle Parkway |
| tglanier@jonesday.com | M/S 5op7 |
| jfroyd@jonesday.com | Redwood City, CA 94070 |
| | Telephone:  (650) 506-4846 |
| Scott W. Cowan (Admitted *Pro Hac Vice)* | Facsimile:   (650) 506-7114 |
| Joshua L. Fuchs (Admitted *Pro Hac Vice*) | dorian.daley@oracle.com |
| JONES DAY | jennifer.gloss@oracle.com |
| 717 Texas, Suite 3300 | |
| Houston, TX 77002 | |
| Telephone:   (832) 239-3939 | BOIES, SCHILLER & FLEXNER LLP |
| Facsimile:    (832) 239-3600 | STEVEN C. HOLTZMAN (SBN 144177) |
| swcowan@jonesday.com | 1999 Harrison St., Suite 900 |
| jlfuchs@jonesday.com | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| Attorneys for Defendants | Facsimile: (510) 874-1460 |
| SAP AG, SAP AMERICA, INC., and | sholtzman@bsfllp.com |
| TOMORROWNOW, INC. | |
| | Attorneys for Plaintiffs |
| | Oracle USA, Inc., Oracle International |
| | Corporation, Oracle EMEA Limited, and |
| | Siebel Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA; OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.,* | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXPERT DISCOVERY** |
| v. | |
| SAP AG, *et al.*, | |
| Defendants. | |

1  Pursuant to Civil Local Rule 6-2, and in accordance with Local Rule 7-12, Plaintiffs
2  Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems,
3  Inc. ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc.
4  ("Defendants," and together with Oracle, the "Parties") jointly submit this stipulation to extend
5  time for expert discovery.
6  WHEREAS, the December 22, 2009 Stipulation and Order to Extend Time for Expert
7  Discovery set an expert discovery cut-off date of June 18, 2010.  *See* D.I. 586;
8  WHEREAS, Defendants' expert Mr. Brian Sommer was scheduled for deposition on June
9  16, 2010;
10  WHEREAS Mr. Sommer suffered a death in his immediate family that caused his
11  deposition to be postponed, and the parties have agreed to reschedule it for June 25, 2010;
12  WHEREAS, the Parties jointly request that the date for expert discovery cut-off be
13  extended to June 25, 2010 for the limited purpose of allowing Mr. Sommer's deposition to be
14  taken;
15  WHEREAS, the requested extension does not impact any other portion of the current case
16  schedule, including any dates involving any action by the Court or the current trial date of
17  November 1, 2010, and shall not in any way affect any other rights or obligations of the Parties.
18  NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
19  respective counsel of record, that expert discovery the date for expert discovery cut-off be
20  extended to June 25, 2010 for the limited purpose of allowing the deposition of Mr. Sommer to be
21  taken.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  DATED: June 16, 2010                          JONES DAY

2

3

4
                                                 By:  /s/ Jason McDonell
5                                                     Jason McDonell

6
                                                 Attorneys for Defendants
7                                                SAP AG, SAP AMERICA, INC., and
                                                 TOMORROWNOW, INC.
8

9
        In accordance with General Order No. 45, Rule X, the above signatory attests that
10
concurrence in the filing of this document has been obtained from the signatory below.
11

12  DATED: June 16, 2010                         BINGHAM McCUTCHEN LLP

13

14

15                                               By:  /s/  Holly House
                                                      Holly House
16

17                                               Attorneys for Plaintiffs
                                                 ORACLE USA, INC., ORACLE
18                                               INTERNATIONAL CORPORATION,
                                                 ORACLE EMEA LIMITED, and SIEBEL
19                                               SYSTEMS, INC.

20

21

22      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24

25
        Date:  6/17/10
26                                               _____
                                                 Hon. Phyllis J. Hamilton
27

28

SFI-643825v1                                     STIP & [PROP.] ORDER TO EXT. TIME FOR
                                                 EXPERT DISC. Case No. 07-CV-1658 PJH (EDL)