| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | Robert A. Mittelstaedt (SBN 060359) |
| | DAVID BOIES (pro hac vice application | Jason McDonell (SBN 115084) |
| 2 | pending) | Elaine Wallace (SBN 197882) |
| | 333 Main Street | JONES DAY |
| 3 | Armonk, NY 10504 | 555 California Street, 26th Floor |
| | Telephone: (914) 749-8200 | San Francisco, CA 94104 |
| 4 | Facsimile: (914) 749-8300 | Telephone: (415) 626–3939 |
| | dboies@bsfllp.com | Facsimile: (415) 875–5700 |
| 5 | STEVEN C. HOLTZMAN (SBN 144177) | ramittelstaedt@jonesday.com |
| | 1999 Harrison St., Suite 900 | jmcdonell@jonesday.com |
| 6 | Oakland, CA 94612 | ewallace@jonesday.com |
| | Telephone: (510) 874-1000 | |
| 7 | Facsimile: (510) 874-1460 | Tharan Gregory Lanier (SBN 138784) |
| | sholtzman@bsfllp.com | Jane L. Froyd (SBN 220776) |
| 8 | | JONES DAY |
| | BINGHAM McCUTCHEN LLP | 1755 Embarcadero Road |
| 9 | DONN P. PICKETT (SBN 72257) | Palo Alto, CA 94303 |
| | GEOFFREY M. HOWARD (SBN 157468) | Telephone: (650) 739–3939 |
| 10 | HOLLY A. HOUSE (SBN 136045) | Facsimile: (650) 739–3900 |
| | ZACHARY J. ALINDER (SBN 209009) | tglanier@jonesday.com |
| 11 | BREE HANN (SBN 215695) | jfroyd@jonesday.com |
| | Three Embarcadero Center | |
| 12 | San Francisco, CA 94111-4067 | Scott W. Cowan (Admitted Pro Hac Vice) |
| | Telephone: (415) 393-2000 | Joshua L. Fuchs (Admitted Pro Hac Vice) |
| 13 | Facsimile: (415) 393-2286 | JONES DAY |
| | donn.pickett@bingham.com | 717 Texas, Suite 3300 |
| 14 | geoff.howard@bingham.com | Houston, TX 77002 |
| | holly.house@bingham.com | Telephone: (832) 239–3939 |
| 15 | zachary.alinder@bingham.com | Facsimile: (832) 239–3600 |
| | bree.hann@bingham.com | swcowan@jonesday.com |
| 16 | | jlfuchs@jonesday.com |
| | DORIAN DALEY (SBN 129049) | |
| 17 | JENNIFER GLOSS (SBN 154227) | Attorneys for Defendants |
| | 500 Oracle Parkway, M/S 5op7 | SAP AG, SAP AMERICA, INC., and |
| 18 | Redwood City, CA 94070 | TOMORROWNOW, INC. |
| | Telephone: (650) 506-4846 | |
| 19 | Facsimile: (650) 506-7114 | |
| | dorian.daley@oracle.com | |
| 20 | jennifer.gloss@oracle.com | |
| 21 | Attorneys for Plaintiffs Oracle USA, Inc., | |
| | Oracle International Corporation, Oracle | |
| 22 | EMEA Limited, and Siebel Systems, Inc. | |

**FILED**

JUN 2 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | CASE NO. 07-CV-01658 PJH (EDL) |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANTS' OBJECTIONS TO THE DECLARATION OF BRADY MICKELSEN** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

1 Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA
2 Limited, and Siebel Systems, Inc. (collectively, "Plaintiffs") and Defendants SAP AG, SAP
3 America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and all together with
4 Plaintiffs, the "Parties"), jointly file this Stipulation and [Proposed] Order Withdrawing
5 Defendants' Objections to the Declaration of Brady Mickelsen.
6 WHEREAS, on March 3, 2010, Plaintiffs filed a Motion for Partial Summary
7 Judgment (Dkt. No. 649), including the Declaration of Brady Mickelsen (Dkt. No. 653) in
8 support thereof.
9 WHEREAS, on March 31, 2010, Defendants filed Objections to Evidence Filed in
10 Support of Plaintiffs' Motion for Partial Summary Judgment ("Objections") (Dkt. No. 672),
11 including objections to certain portions of the Declaration of Brady Mickelsen. Objections at pp.
12 4-5.
13 WHEREAS, the Parties have resolved Defendants' objections to the Declaration
14 of Brady Mickelsen, and Defendants have agreed to withdraw those objections.
15 ACCORDINGLY, the Parties, through their respective attorneys of record,
16 stipulate and ask the Court to order as follows:
17 Defendants' objections to the Declaration of Brady Mickelson filed in support of
18 Plaintiffs' Motion for Partial Summary Judgment, as set forth at pages 4-5 of Defendants'
19 Objections, are hereby withdrawn and moot.
20
21 DATED: June 24, 2010                    BINGHAM McCUTCHEN LLP
22
                                          By:_____/s/ Geoffrey M. Howard_____
23                                               Geoffrey M. Howard
                                                 Attorneys for Plaintiffs
24                                          Oracle USA, Inc., Oracle International
                                            Corporation, Oracle EMEA Limited, and
25                                                Siebel Systems, Inc.
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANTS' OBJECTIONS TO THE
DECLARATION OF BRADY MICKELSEN

1  In accordance with General Order No. 45, Rule X, the above signatory attests that
2  concurrence in the filing of this document has been obtained from the signatory below.

3  DATED: June 24, 2010                JONES DAY

4
                                       By:       /s/ Jason McDonell
5                                                Jason McDonell
                                                 Attorneys for Defendants
6                                                SAP AG, SAP America, Inc., and
                                                 TomorrowNow, Inc.
7

8  **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9
10 DATED: _____        _____
                                                 Hon. Phyllis J. Hamilton
11                                               United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28