UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

       Plaintiffs,                                No. C 07-1658 PJH

   v.                                       **ORDER**

SAP AG, et al.,

       Defendants.

_____/

    In view of the likely volume of potential trial exhibits to be designated by the parties, the court prefers that no hard copies of exhibits be lodged, and that none be filed electronically, prior to the pretrial conference. The parties shall exchange exhibits as agreed in the stipulation dated and e-filed July 19, 2010. At the pretrial conference, the court will discuss with the parties the procedure for submitting exhibits, and the timing.

**IT IS SO ORDERED.**

Dated: July 21, 2010

                                                                  _____
                                                                  PHYLLIS J. HAMILTON
                                                                  United States District Judge

United States District Court
For the Northern District of California