1   Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
2   Elaine Wallace (SBN 197882)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
5   ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
6   ewallace@jonesday.com

7   Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
8   JONES DAY
    1755 Embarcadero Road
9   Palo Alto, CA  94303
    Telephone:    (650) 739-3939
10  Facsimile:    (650) 739-3900
    tglanier@jonesday.com
11  jfroyd@jonesday.com

12  Scott W. Cowan (Admitted *Pro Hac Vice*)
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13  JONES DAY
    717 Texas, Suite 3300
14  Houston, TX 77002
    Telephone:    (832) 239-3939
15  Facsimile:    (832) 239-3600
    swcowan@jonesday.com
16  jlfuchs@jonesday.com

17  Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
18  TOMORROWNOW, INC.

19             UNITED STATES DISTRICT COURT

20           NORTHERN DISTRICT OF CALIFORNIA

21                OAKLAND DIVISION

22  ORACLE USA, INC., et al.,         Case No. 07-CV-1658 PJH (EDL)

23           Plaintiffs,      **DECLARATION OF JASON**
                              **MCDONELL IN SUPPORT OF**
24       v.               **DEFENDANTS' MOTIONS IN LIMINE**

25  SAP AG, et al.,            Date:     September 30, 2010
                              Time:     9:00 am
26          Defendants.    Place:    3rd Floor, Courtroom 3
                              Judge:   Hon. Phyllis J. Hamilton
27

28

                          DECLARATION OF JASON MCDONELL ISO
                                  DEFENDANTS' MOTIONS IN LIMINE
                                    Case No. 07-CV-1658 PJH (EDL)

1    I, JASON MCDONELL, declare as follows:

2        I am a partner in the law firm of Jones Day, 555 California Street, 26th Floor, San

3    Francisco, CA 94104 and counsel of record for Defendants SAP AG, SAP America, Inc. and

4    TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned matter.  I am a member

5    in good standing of the State Bar of California and admitted to practice before this Court.  I make

6    this declaration based on personal knowledge and, if called upon to do so, could testify

7    competently thereto.

8        1.      Defendants' expert Brian S. Sommer served an expert report rebutting portions of

9    the report of Plaintiffs' expert Paul K. Meyer.  During the course of discussions between the

10   Parties and, as Exhibit G recounts, the parties agreed that experts would be prepared to provide

11   sur-rebuttal testimony at their depositions.  Plaintiffs designated no other individual other than

12   Meyer to rebut Sommer's Report.

13       2.      During his deposition, Meyer produced a document, Defendants' Exhibit 2017 that

14   purports to identify the causes of action in the Complaint and the damages that he has calculated

15   and how the two relate.  However, Exhibit 2017 does not quantify the alleged harm to Plaintiffs'

16   goodwill.

17       3.      Attached as **Exhibit A** is a true and correct copy of the following excerpts from

18   the February 23, 2010 Supplemental Expert Report of Paul K. Meyer: Cover page and ¶¶ 20

19   (Table 1), 121, 121 n.302, 129, 355, 433 (Table 16).

20       4.      Attached as **Exhibit B** is a true and correct copy of the following excerpts from the

21   May 13, 2010 Paul K. Meyer Deposition: 332, 440:1-441:7.

22       5.      Attached as **Exhibit C** is a true and correct copy of the following excerpts from

23   the May 12, 2010 Paul K. Meyer Deposition: 1, 37:19-41:17, 56:23-57:15, 255:9-260:25.

24       6.      Attached as **Exhibit D** is a true and correct copy of the following excerpts from

25   the August 18, 2009 Transcript of Proceedings (D.I. 426): 1, 38:18-25, 41:18-24, 43:11-22.

26       7.      Attached as **Exhibit E** is a true and correct copy of the following excerpts from

27   Plaintiffs' Proposed Jury Instructions: Cover page and Instructions Nos. 35-36, 46-49, 52, 60.

28

SVI-83512v1

DECLARATION OF JASON MCDONELL ISO
DEFENDANTS' MOTIONS IN LIMINE
Case No. 07-CV-1658 PJH (EDL)

1        8.      Attached as **Exhibit F** is a true and correct copy of the following excerpts from the

2  May 5, 2010 Transcript of the Hearings on the Parties' Motions for Partial Summary Judgment: 1,

3  49-50.

4        9.      Attached as **Exhibit G** is a true and correct copy of the January 25, 2010 email

5  exchange between Holly House and me.

6        10.    Attached as **Exhibit H** is a true and correct copy of the following excerpts from

7  the May 14, 2010 Paul K. Meyer Deposition: 648, 828:11-22, 829:12-831:8, 856:25-857:18,

8  934:13-19.

9        11.    Attached as **Exhibit I** is a true and correct copy of the following excerpts from

10  Plaintiffs' October 2, 2009 Initial Expert Disclosures: 1-4.

11        12.    Attached as **Exhibit J** is a true and correct copy of the following excerpts from

12  Plaintiffs' October 16, 2009 Supplemental Expert Disclosures: 1-4.

13        13.    Attached as **Exhibit K** is a true and correct copy of the Declaration of Norm

14  Ackermann filed on March 3, 2010 in redacted form as D.I. 650.

15        14.    Attached as **Exhibit L** is a true and correct copy of the following excerpts from

16  ORCLX-PIN-000108 marked as Defendants' Deposition Exhibit 2052: 1, 3.

17        15.    Attached as **Exhibit M** is a true and correct copy of the following excerpts from

18  the May 19, 2010 Paul C. Pinto Deposition: 1, 51:5-52:16, 52:21-53:10, 56:20-57:2.

19        16.    Attached as **Exhibit N** is a true and correct copy of the following excerpts from

20  the Expert Report of Kevin Mandia: Cover page and ¶¶ 112-113, 120-121, 270 n.130, 280 n.139.

21        17.    Attached as **Exhibit O** is a true and correct copy of the following excerpts from

22  the December 2, 2009 John Ritchie Deposition: 1, 169:5-170:7.

23        18.    Attached as **Exhibit P** is a true and correct copy of the following excerpts from the

24  May 21, 2010 Kevin Mandia Deposition: 291, 379:6-16, 383:16-384:22.

25        19.    Attached as **Exhibit Q** is a true and correct copy of the following excerpts from

26  the July 21, 2010 Deposition of Seth Ravin: 276, 332:3-339:13, 366:14-368:21.

27        20.    Attached as **Exhibit R** is a true and correct copy of the following excerpts from

28  the May 21, 2009 Deposition of Seth Ravin: 1, 252:22-257:14.

1    21.    Attached as **Exhibit S** is a true and correct copy of Docket Item 1 in the matter of

2  *Oracle USA, Inc. v SAP AG, et al.*, No. 2:09-cv-01591-KJD-GWF (D. Nev.).

3    22.    Attached as **Exhibit T** is a true and correct copy of Docket Item 38 in the matter of

4  *Oracle USA, Inc. v SAP AG, et al.*, No. 2:09-cv-01591-KJD-GWF (D. Nev.).

5    23.    Attached as **Exhibit U** is a true and correct copy of Texas Articles of

6  Incorporation of a Business Corporation for TomorrowNow, Incorporated, filed in the Office of

7  the Secretary of State of Texas.

8    24.    Attached as **Exhibit V** is a true and correct copy of *E.E.O.C. v. Lennar Homes of*

9  *Ariz.*, CV-03-1827-PHX-DGC, 2006 U.S. Dist. LEXIS 42865 (D. Ariz. June 23, 2006 ).

10    25.    Attached as **Exhibit W** is a true and correct copy of *Hanger Prosthetics &*

11  *Orthotics, Inc. v. Capstone Orthopedic, Inc.*, No. 2:06-cv-2879-GEB-KJM, 2008 U.S. Dist.

12  LEXIS 91373 (E.D. Cal. June 13, 2008).

13    26.    Attached as **Exhibit X** is a true and correct copy of *Informatica Corp. v. Business*

14  *Objects Data Integration, Inc.*, No. C 02-03378 EDL, 2007 U.S. Dist. LEXIS 16247 (N.D. Cal.

15  Feb. 23, 2007).

16    27.    Attached as **Exhibit Y** is a true and correct copy of *Powell v. Houston Helicopters,*

17  *Inc.*, No. 90-3070 § "I"(6), 1992 U.S. Dist. LEXIS 1052 (D. La. Jan. 23, 1992).

18    28.    Attached as **Exhibit Z** is a true and correct copy of *Sharer v. Tandberg, Inc.,* No.

19  1:06-cv-626, 2007 WL 983849 (E.D. Va. Mar. 27, 2007).

20    29.    Attached as **Exhibit AA** is a true and correct copy of *Therasense, Inc. v. Becton,*

21  *Dickinson & Co.*, No. C 04-02123 WHA, 2008 WL 2323856 (N.D. Cal. May 22, 2008).

22    30.    Attached as **Exhibit BB** is a true and correct copy of *United States v. Smith*, 199

23  Fed. App'x. 759, 761, 763-64 (11th Cir. September 15, 2006).

24    31.    Attached as **Exhibit CC** is a true and correct copy of 1 William Meade Fletcher,

25  *Fletcher Cyclopedia of the Law of Corporations* § 36 (Sept. 2009).

26

27

28

SVI-83512v1

DECLARATION OF JASON MCDONELL ISO
DEFENDANTS' MOTIONS IN LIMINE
Case No. 07-CV-1658 PJH (EDL)

1         I declare under penalty of perjury under the laws of the United States and the State of

2    California that the foregoing is true and correct.

3         Executed this 5th day of August, 2010 in San Francisco, California.

4

5                               /s/ Jason McDonell
                           Jason McDonell

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28