# EXHIBIT Q

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | 07-CV-1658 (PJH) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, ) ) ) ) ) | |
| Defendants. ) | |

VIDEOTAPED DEPOSITION OF SETH RAVIN

_____

JULY 21, 2010

VOLUME II

(Pages 276 - 382)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  SARAH LUCIA BRANN, CSR 3887  (#429524)

2cd2ae53-0c78-48a1-82d8-3bfd8e9458e2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 332

TEXT REMOVED - NOT RELEVANT TO MOTION

| | | |
|---|---|---|
| 11:16:03 | 3 | Q.    Anything else besides PeopleSoft, Siebel, |
| 11:16:06 | 4 | JDEdwards, and SAP at a higher -- at the highest |
| 11:16:09 | 5 | level? |
| 11:16:09 | 6 | A.    Those are the product lines today we |
| 11:16:11 | 7 | support. |
| 11:16:11 | 8 | Q.    I noticed by looking on your web site |
| 11:16:15 | 9 | there are a portion you call product and releases |
| 11:16:19 | 10 | that lists not only -- the product lines and |
| 11:16:21 | 11 | releases.  To the best of your knowledge, is that |
| 11:16:24 | 12 | information that's currently on your web site |
| 11:16:25 | 13 | current? |
| 11:16:30 | 14 | A.    I believe so. |
| 11:16:30 | 15 | Q.    And over time has Rimini Street attempted |
| 11:16:34 | 16 | to make sure that that information is current as you |
| 11:16:36 | 17 | added new product lines? |
| 11:16:38 | 18 | A.    I believe so. |
| 11:16:39 | 19 | Q.    When did you first start supporting |
| 11:16:41 | 20 | Siebel? |
| 11:16:43 | 21 | A.    We launched the product availability in -- |
| 11:16:47 | 22 | with the company's launch in September of 2005, and |
| 11:16:52 | 23 | began supporting our first customer, I believe, in |
| 11:16:55 | 24 | early 2006. |
| 11:16:58 | 25 | Q.    And in early 2006, would that be like |

Merrill Corporation - San Francisco

800-869-9132                              www.merrillcorp.com/law

2cd2ae53-0c78-48a1-82d8-3bfd8e9458e2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 333

| 11:17:03 | 1 | January, February of 2006? |
| 11:17:05 | 2 | A.   I don't remember specifically, but I |
| 11:17:07 | 3 | believe it was early 2006. |
| 11:17:10 | 4 | Q.   And Siebel was the first product line you |
| 11:17:13 | 5 | supported? |
| 11:17:13 | 6 | A.   Yes. |
| 11:17:14 | 7 | Q.   What was the next product line you |
| 11:17:16 | 8 | supported? |
| 11:17:17 | 9 | A.   We added in PeopleSoft. |
| 11:17:21 | 10 | Q.   When did you begin supporting that? |
| 11:17:24 | 11 | A.   I believe it was sometime in mid-2006. |
| 11:17:33 | 12 | Q.   What about JDEdwards? |
| 11:17:36 | 13 | A.   I believe sometime shortly thereafter. |
| 11:17:39 | 14 | Q.   When you say mid-2006, are you saying May, |
| 11:17:42 | 15 | June, July 2006? |
| 11:17:44 | 16 | A.   I believe in that range. |
| 11:17:45 | 17 | Q.   When did you -- |
| 11:17:48 | 18 | A.   I am sorry.  You know, it may have |
| 11:17:49 | 19 | actually been 2007.  I don't remember exactly. |
| 11:17:54 | 20 | Q.   For JDEdwards? |
| 11:17:56 | 21 | A.   For JDEdwards and PeopleSoft, because we |
| 11:17:59 | 22 | had to wait until a particular non-compete expired |
| 11:18:02 | 23 | with SAP. |
| 11:18:03 | 24 | Q.   And that's related to your non-compete |
| 11:18:05 | 25 | agreement with SAP and TomorrowNow? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 334

| | | |
|---|---|---|
| 11:18:09 | 1 | A.   That is correct. |
| 11:18:09 | 2 | Q.   What was your understanding about the |
| 11:18:11 | 3 | length of that non-compete? |
| 11:18:13 | 4 | A.   I don't remember exactly what the timeline |
| 11:18:16 | 5 | was, but it related to some -- I think it was at |
| 11:18:19 | 6 | least one year after my departure from SAP, which |
| 11:18:23 | 7 | was March of 2005. |
| 11:18:26 | 8 | Q.   So, assuming it was a one-year |
| 11:18:30 | 9 | non-compete, could you begin through Rimini Street |
| 11:18:34 | 10 | supporting PeopleSoft and JDEdwards, at least |
| 11:18:37 | 11 | promoting the services, at the beginning of March of |
| 11:18:42 | 12 | '06? |
| 11:18:43 | 13 | A.   It would have been shortly after the |
| 11:18:45 | 14 | non-compete expired. |
| 11:18:46 | 15 | Q.   When did you -- when did Rimini begin |
| 11:18:50 | 16 | supporting SAP product? |
| 11:18:52 | 17 | A.   We began supporting -- we launched SAP |
| 11:18:55 | 18 | initiative in May of 2008, officially launched the |
| 11:19:01 | 19 | service in May of 2009. |
| 11:19:04 | 20 | Q.   What is your understanding of when Oracle |
| 11:19:06 | 21 | acquired Siebel? |
| 11:19:09 | 22 | A.   My understanding of when Oracle acquired |
| 11:19:12 | 23 | Siebel was around September of 2005. |
| 11:19:16 | 24 | Q.   And so you did not -- Rimini Street did |
| 11:19:19 | 25 | not actually begin supporting Siebel until after |

2cd2ae53-0c78-48a1-82d8-3bfd8e9458e2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 335

| | | |
|---|---|---|
| 11:19:21 | 1 | Oracle had already acquired it. |
| 11:19:23 | 2 | A.   I believe technically the acquisition |
| 11:19:27 | 3 | wasn't completed at the time that we had launched |
| 11:19:30 | 4 | Rimini Street in September of 2005. |
| 11:19:32 | 5 | Q.   Did you consider yourself in -- did you |
| 11:19:35 | 6 | consider Rimini Street in competition with Oracle |
| 11:19:38 | 7 | when it began servicing Siebel customers in early |
| 11:19:41 | 8 | 2006? |
| 11:19:43 | 9 | A.   I believe we were competitors in the |
| 11:19:46 | 10 | support services products, yes. |
| 11:19:48 | 11 | Q.   Did you consider Rimini Street to be |
| 11:19:51 | 12 | competing with TomorrowNow at that time? |
| 11:19:57 | 13 | A.   I don't believe TomorrowNow had a Siebel |
| 11:19:58 | 14 | product at the time that we launched our Siebel |
| 11:20:01 | 15 | product at Rimini Street. |
| 11:20:03 | 16 | Q.   Did you consider -- once Rimini Street |
| 11:20:07 | 17 | began supporting PeopleSoft, did you consider Rimini |
| 11:20:10 | 18 | Street to be competing with Oracle? |
| 11:20:13 | 19 | A.   Yes, they were a competitor of ours for |
| 11:20:16 | 20 | support services. |
| 11:20:18 | 21 | Q.   Who else did you consider Rimini Street to |
| 11:20:21 | 22 | be competing with at that time? |
| 11:20:23 | 23 | A.   Well, we considered CedarCrestone a |
| 11:20:27 | 24 | competitor for PeopleSoft product, and we considered |
| 11:20:32 | 25 | netCustomer a competitor for JDEdwards product.  And |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 336

| | | |
|---|---|---|
| 11:20:36 | 1 | there was another company, VersaTech, which we |
| 11:20:40 | 2 | considered a competitor for JDEdwards product. |
| 11:20:43 | 3 | Q.   And for all of the customers that you were |
| 11:20:46 | 4 | acquiring during that time did you consider yourself |
| 11:20:48 | 5 | being in the market and having to compete to gain |
| 11:20:50 | 6 | those customers with those entities you just |
| 11:20:52 | 7 | described? |
| 11:20:53 | 8 | A.   Yes. |
| 11:20:55 | 9 | Q.   Would that also include TomorrowNow? |
| 11:20:57 | 10 | A.   Yes. |
| 11:20:59 | 11 | Q.   Any others as you sit here today that you |
| 11:21:01 | 12 | can recall back in that 2006 time frame? |
| 11:21:05 | 13 | A.   There was another company in the Denver |
| 11:21:08 | 14 | area that I don't recollect the name of. |
| 11:21:14 | 15 | Q.   What about in 2007?  What are the |
| 11:21:19 | 16 | companies that you considered Rimini Street to be in |
| 11:21:22 | 17 | competition with? |
| 11:21:24 | 18 | A.   CedarCrestone continuously since the |
| 11:21:28 | 19 | inception of Rimini Street for PeopleSoft product. |
| 11:21:32 | 20 | NetCustomer continued to be a competitor for both |
| 11:21:37 | 21 | PeopleSoft and JDEdwards.  And I believe those |
| 11:21:40 | 22 | were -- and VersaTech continued as a competitor for |
| 11:21:47 | 23 | JDEdwards products. |
| 11:21:49 | 24 | Q.   What about -- you mentioned Spinnaker. |
| 11:21:52 | 25 | Were you competing with Spinnaker in the 2007 time |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 337

| | | |
|---|---|---|
| 11:21:56 | 1 | frame? |
| 11:21:57 | 2 | A.   I don't believe Spinnaker entered the |
| 11:22:00 | 3 | third party support business until roughly in the |
| 11:22:02 | 4 | September-October 2008 time frame. |
| 11:22:10 | 5 | Q.   And all the competitors that you have |
| 11:22:11 | 6 | named so far, did you consider them to be |
| 11:22:16 | 7 | substantial competitors to Rimini Street at the |
| 11:22:19 | 8 | time? |
| 11:22:20 | 9 | MR. HOWARD:  Objection to form. |
| 11:22:22 | 10 | MR. COWAN:  Q.  Do you understand what I |
| 11:22:22 | 11 | mean by "substantial"? |
| 11:22:24 | 12 | A.   No.  If you could clarify, please. |
| 11:22:26 | 13 | Q.   In the sense of that they were a real |
| 11:22:29 | 14 | threat to Rimini Street's ability to get customers, |
| 11:22:32 | 15 | in other words, it was real competition, not someone |
| 11:22:34 | 16 | that was just in the market servicing a few |
| 11:22:37 | 17 | customers, but someone that was a robust competitor |
| 11:22:40 | 18 | that you and Rimini Street had to aggressively |
| 11:22:45 | 19 | market against and compete against. |
| 11:22:47 | 20 | MR. HOWARD:  Objection to form.  Vague and |
| 11:22:48 | 21 | ambiguous. |
| 11:22:49 | 22 | MR. COWAN:  Q.  So with that |
| 11:22:50 | 23 | definition you -- now you understand what I mean by |
| 11:22:52 | 24 | substantial competition? |
| 11:22:53 | 25 | A.   Yes.  Yes.  We often competed head to head |

Merrill Corporation - San Francisco

2cd2ae53-0c78-48a1-82d8-3bfd8e9458e2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 338

| | | |
|---|---|---|
| 11:22:57 | 1 | against CedarCrestone in PeopleSoft projects.  We -- |
| 11:23:02 | 2 | again, when Spinnaker entered the marketplace they |
| 11:23:06 | 3 | had over, I believe, 80 customers.  They were larger |
| 11:23:10 | 4 | than we were in the JDEdwards support space, with a |
| 11:23:12 | 5 | wider offering internationally. |
| 11:23:14 | 6 | And netCustomer had been in the business |
| 11:23:21 | 7 | as a -- coming off being a contractor for |
| 11:23:24 | 8 | PeopleSoft, and had apparently, according to them, |
| 11:23:26 | 9 | substantial business.  And VersaTech claimed to have |
| 11:23:30 | 10 | over 100 customers.  So I would say that would make |
| 11:23:32 | 11 | them all substantial players. |
| 11:23:34 | 12 | Q.   And was TomorrowNow still a substantial |
| 11:23:37 | 13 | competitor in the 2007 time frame? |
| 11:23:40 | 14 | A.   Absolutely, our largest outside of the |
| 11:23:42 | 15 | vendors themselves. |
| 11:23:47 | 16 | Q.   What about 2008, in that time period?  Who |
| 11:23:52 | 17 | do you recall being Rimini's substantial competitors |
| 11:23:55 | 18 | in the third party support market in 2008? |
| 11:23:58 | 19 | A.   CedarCrestone would have been a |
| 11:24:01 | 20 | substantial competitor, other than Oracle, for |
| 11:24:05 | 21 | Oracle products.  Spinnaker entered the market and |
| 11:24:08 | 22 | was clearly the leader in JDEdwards support, and so |
| 11:24:12 | 23 | we had tough competition with them. |
| 11:24:14 | 24 | And I think those were really our two |
| 11:24:18 | 25 | primary competitors outside of the vendor at that |

2cd2ae53-0c78-48a1-82d8-3bfd8e9458e2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 339

| 11:24:21 | 1 | time. |

11:24:23    2        Let me add one part to that.  And for

11:24:26    3    Siebel our largest competitor was actually

11:24:30    4    self-support, which of course many customers choose

11:24:33    5    to self-support on all of those platforms.

11:24:36    6        Q.   Has that been true ever since you began

11:24:39    7    Rimini Street -- began servicing customers through

11:24:42    8    Rimini Street in early 2006?

11:24:44    9        A.   Yes.

11:24:45    10       Q.   And when I say "that true," that customers

11:24:47    11   were using self-support as an option, and you were

11:24:51    12   having to compete against that?

11:24:53    13       A.   Yes.

TEXT REMOVED - NOT RELEVANT TO MOTION

Merrill Corporation - San Francisco

800-869-9132                    www.merrillcorp.com/law

2cd2ae53-0c78-48a1-82d8-3bfd8e9458e2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 366

TEXT REMOVED - NOT RELEVANT TO MOTION

| | | |
|---|---|---|
| 12:02:28 | 14 | You testified in May of 2009 that there |
| 12:02:30 | 15 | were about 81 customers that you could count that |
| 12:02:35 | 16 | were former TomorrowNow customers that were |
| 12:02:39 | 17 | currently then, in May of '09, at Rimini Street.  Do |
| 12:02:43 | 18 | you recall that? |
| 12:02:43 | 19 | A.   Yes. |
| 12:02:44 | 20 | MR. HOWARD:  Objection.  Beyond the scope. |
| 12:02:45 | 21 | THE WITNESS:  Yes, I recall. |
| 12:02:46 | 22 | MR. COWAN:  Q.  And the only question I |
| 12:02:48 | 23 | have is, has that number increased since then? |
| 12:02:51 | 24 | MR. HOWARD:  Objection.  Beyond the scope. |
| 12:02:54 | 25 | THE WITNESS:  I am sorry.  Could you be |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 367

| | | |
|---|---|---|
| 12:02:54 | 1 | more specific about the question? |
| 12:02:57 | 2 | MR. COWAN:  Q.  Yes.  The question related |
| 12:02:58 | 3 | to Exhibit 1327 in May of '09, which you have in |
| 12:03:03 | 4 | front of you, was how many of the customers on |
| 12:03:06 | 5 | Exhibit 1327 were former TomorrowNow customers at |
| 12:03:10 | 6 | some point? |
| 12:03:11 | 7 | And my understanding is you provided an |
| 12:03:14 | 8 | approximate count of about 81, I think, back in May |
| 12:03:18 | 9 | of '09. |
| 12:03:19 | 10 | All I am asking now -- and you can count |
| 12:03:22 | 11 | them if you want.  But do you have any understanding |
| 12:03:24 | 12 | whether you now have more than 81 customers at |
| 12:03:27 | 13 | Rimini Street that were former TomorrowNow |
| 12:03:31 | 14 | customers, or less? |
| 12:03:32 | 15 | MR. HOWARD:  Objection.  Beyond the scope. |
| 12:03:35 | 16 | THE WITNESS:  I think there could be a few |
| 12:03:38 | 17 | that have -- that we added since that time that were |
| 12:03:42 | 18 | former TomorrowNow customers, and I think a few of |
| 12:03:44 | 19 | them have left. |
| 12:03:46 | 20 | MR. COWAN:  Q.  So is it -- as we sit here |
| 12:03:48 | 21 | in July of 2010, is the number still around 80? |
| 12:03:56 | 22 | MR. HOWARD:  Objection.  Beyond the scope. |
| 12:03:57 | 23 | THE WITNESS:  I would estimate that it's |
| 12:03:59 | 24 | probably, given the number that have left and adding |
| 12:04:02 | 25 | a few, probably stayed somewhere in that range. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 368

| 12:04:31 | 1 | MR. COWAN:  I may be done.  Let me look at |
| 12:04:33 | 2 | my notes real quick. |
| 12:04:50 | 3 | Q.   Of any of the customers that left Rimini |
| 12:04:53 | 4 | Street since May of 2009 that you identified were |
| 12:05:02 | 5 | former TomorrowNow customers, had any of them gone |
| 12:05:04 | 6 | back to Oracle, to your knowledge? |
| 12:05:06 | 7 | MR. HOWARD:  Objection.  Beyond the scope. |
| 12:05:07 | 8 | MR. COWAN:  Q.  I am not asking for |
| 12:05:09 | 9 | specific customers.  I am just asking for a yes or |
| 12:05:11 | 10 | no. |
| 12:05:12 | 11 | MR. HOWARD:  Same objection. |
| 12:05:17 | 12 | THE WITNESS:  Are you referring to back to |
| 12:05:19 | 13 | Oracle for support services? |
| 12:05:22 | 14 | MR. COWAN:  Q.  Correct. |
| 12:05:23 | 15 | A.   I believe that's a possibility, that there |
| 12:05:25 | 16 | may be a few. |
| 12:05:26 | 17 | Q.   Have you had any customers over any point |
| 12:05:28 | 18 | in time that have left Rimini Street and gone back |
| 12:05:30 | 19 | to Oracle for maintenance? |
| 12:05:32 | 20 | MR. HOWARD:  Objection.  Beyond the scope. |
| 12:05:33 | 21 | THE WITNESS:  Yes. |

TEXT REMOVED - NOT RELEVANT TO MOTION

Merrill Corporation - San Francisco

2cd2ae53-0c78-48a1-82d8-3bfd8e9458e2

```
 1              CERTIFICATE OF REPORTER
 2         I, SARAH LUCIA BRANN, a Certified
 3   Shorthand Reporter, hereby certify that the witness
 4   in the foregoing deposition was by me duly sworn to
 5   tell the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7         That said deposition was taken in
 8   shorthand by me, a disinterested person, at the time
 9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13         That before completion of the deposition,
14   review of the transcript [X] was [ ] was not
15   requested.  If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18         I further certify that I am not of counsel
19   or attorney for either or any of the parties to the
20   said deposition, nor in any way interested in the
21   event of this cause, and that I am not related to
22   any of the parties thereto.
23         DATED:  July 26, 2010
24         _Sarah Lucia Brann_____
25         SARAH LUCIA BRANN, CSR No. 3887
```

381