Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **DEFENDANTS' TRIAL WITNESS LIST** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

Defendants submit the attached trial witness list indicating all of those witnesses whom Defendants expect to call at trial, either in person or by deposition. *See* Exhibit "A," which is attached hereto and incorporated by reference as if fully set forth herein. Defendants' Trial Witness List should be considered to include testimony within the scope of Defendants' deposition designations. Certain witnesses named in the attached list provided all or some of their deposition testimony in a representative capacity (*i.e.*, under Fed. R. Civ. P. 30(b)(6)) on behalf of a party or third party entity and that fact is noted on the face of their deposition transcript. In those instances, the designated witness shall be deemed to be the entity on whose behalf the individual provided the deposition testimony.

The attached trial witness list is based on the claims and defenses currently asserted in this case and may be updated in light of the parties' ongoing efforts to streamline trial and depending on the Court's rulings on pending motions for summary judgment, motions in limine and *Daubert* motions. Moreover, consistent with this Court's orders, the attached list does not necessarily include all those witnesses whom Defendants may call at trial solely for impeachment or rebuttal.

Dated: August 5, 2010

Respectfully submitted,

Jones Day

By: /s/ Tharan Gregory Lanier
Tharan Gregory Lanier

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

# EXHIBIT A

# ORACLE USA, INC. ET AL. v SAP AG ET AL.
## USDC -- NORTHERN DIST. OF CALIFORNIA
Case No. C 07 1658 PJH (EDL)

# DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|
| Abbo, Edward | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing |
| Adler, Todd | Copyrights at issue |
| Agassi, Shai | TN acquisition; SAP and TN competition with Oracle; SAP's interactions with TN; SAP sales and marketing; SAP's products and services; Causation and damages |
| Allison, Richard | Plaintiffs' agreements; Plaintiffs' sales and marketing |
| Andersen, Jesper | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' business operations; Plaintiffs' competitive intelligence regarding TN; Causation and damages |
| Anderson, Mark | Causation and damages; Travel Centers of America |
| Bailey, Thomas | Causation and damages; Honeywell |
| Baugh, John | TN's services; TN's business operations; TN's computer systems |
| Bigos, Paul | SAP's interactions with TN |
| Block, Keith | Plaintiffs' agreements; Plaintiffs' sales and marketing; Causation and damages |
| Blotner, Richard | Plaintiffs' products and services; Plaintiffs' agreements; Plaintiffs' sales and marketing; Plaintiffs' business operations |
| Bowden, Matthew | TN's services; TN's business operations |
| Brandt, Werner | TN acquisition; TN's business operations; SAP's interactions with TN; SAP's financials and customer information; Causation and damages |
| Brazile, Steven | Causation and damages; Sara Lee |
| Breuer, Martin | TN's services; TN's business operations; SAP's interactions with TN |
| Brook, Paul | Causation and damages |
| Buehrle, Jeffery | TN's services; TN's business operations |
| Burke, John | Plaintiffs' knowledge of TN; Plaintiffs' competitive intelligence regarding TN |

# ORACLE USA, INC. ET AL. v SAP AG ET AL.
## USDC -- NORTHERN DIST. OF CALIFORNIA
Case No. C 07 1658 PJH (EDL)

# DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|
| Carey, Thomas | SAP sales and marketing; SAP's products and services; Causation and damages |
| Catz, Safra | Plaintiffs' financials and customer information; Causation and damages; Oracle's acquisitions of PeopleSoft and Siebel |
| Clarke, Stephen | Expert report and related issues |
| Cooley, Paul | Causation and damages; Waste Management |
| Crossman, Meeia | Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' competitive intelligence regarding TN; Causation and damages |
| Cummins, Richard | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' agreements; Plaintiffs' sales and marketing; Plaintiffs' competitive intelligence regarding TN; SAP and TN competition with Oracle; Causation and damages |
| Custodian(s) or Declarant(s) of Record | Authentication and admission of documents as needed |
| Diehl, Treasure | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' collection and retention of documents |
| Duggan, Paul | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' business operations; Causation and damages |
| Ellison, Larry | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' agreements; Plaintiffs' financials and customer information; Plaintiffs' claims against SAP and TN; Plaintiffs' business operations; SAP and TN competition with Oracle; Causation and damages; Oracle's acquisitions of PeopleSoft and Siebel |
| Faye, Christopher | TN acquisition; TN's business operations; SAP's interactions with TN |
| Funck, Gary | Expert report and related issues |
| Furey, Marina | Plaintiffs' products and services; Plaintiffs' sales and marketing |
| Garafola, Michael | TN's services; TN's business operations; TN's computer systems; Causation and damages |
| Garcia, Larry | TN's services; TN's business operations |

# ORACLE USA, INC. ET AL. v SAP AG ET AL.
## USDC -- NORTHERN DIST. OF CALIFORNIA
Case No. C 07 1658 PJH (EDL)

# DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|
| Garcia, Melissa | TN's services; TN's business operations; TN's computer systems |
| Garmus, David | Expert report and related issues |
| Geib, Bob | TN's business operations; TN sales and marketing; TN's financials and customer information; SAP and TN competition with Oracle; SAP's interactions with TN; Causation and damages |
| Graf, Peter | SAP sales and marketing |
| Gray, Stephen | Expert report and related issues |
| Grieshaber, Gary | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' agreements; Plaintiffs' business operations; Causation and damages |
| Guner, Ivgen | Plaintiffs' financials and customer information |
| Hallenberger, Tracy | Causation and damages; Baker Botts |
| Harrel, Robyn | Causation and damages; Apria Healthcare |
| Harris, Desmond | TN's services; TN's business operations; TN's computer systems |
| Henslee, Robbin | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' claims against SAP and TN; Plaintiffs' investigation of TN; Plaintiffs' business operations; Plaintiffs' competitive intelligence regarding TN; SAP and TN competition with Oracle; Causation and damages |
| Homs, Charles | Plaintiffs' knowledge of TN; Plaintiffs' investigation of TN; Plaintiffs' competitive intelligence regarding TN |
| Hummel, Christopher | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' collection and retention of documents; Causation and damages |
| Hurst, Terry | SAP sales and marketing |
| Hyde, Catherine | TN's services; TN's business operations; TN's computer systems |
| Jerome, Daniel | Causation and damages; Electrolux |
| Jones, Juan | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' agreements; Plaintiffs' sales and marketing; Plaintiffs' competitive intelligence regarding TN; Causation and damages |

# ORACLE USA, INC. ET AL. v SAP AG ET AL.
## USDC -- NORTHERN DIST. OF CALIFORNIA
Case No. C 07 1658 PJH (EDL)

## DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|
| Kagermann, Henning | TN acquisition; SAP and TN competition with Oracle; SAP's interactions with TN; SAP's financials and customer information; Causation and damages |
| Kees, Jason | Plaintiffs' knowledge of TN; Plaintiffs' collection and retention of documents; Plaintiffs' claims against SAP and TN; Plaintiffs' computer systems; Plaintiffs' investigation of TN; Plaintiffs' business operations; Plaintiffs' competitive intelligence regarding TN |
| Kehring, Douglas | Plaintiffs' financials and customer information; Causation and damages; Oracle's acquisitions of PeopleSoft and Siebel |
| Kishore, Ann | Plaintiffs' agreements |
| Knox, Darron | Plaintiffs' financials and customer information |
| Kobliska, Mary | SAP sales and marketing; SAP's products and services; Causation and damages |
| Koehler, Uwe | Plaintiffs' knowledge of TN; Plaintiffs' collection and retention of documents; Plaintiffs' claims against SAP and TN; Plaintiffs' computer systems; Plaintiffs' investigation of TN; Plaintiffs' business operations; Causation and damages |
| Kreul, John | Causation and damages; Pepsi America |
| Kreutz, Mark | TN's services; TN's business operations; TN's computer systems; SAP's interactions with TN; Causation and damages |
| Lanford, Peggy | TN's services; TN's business operations; TN's computer systems |
| Lester, Beth | TN's services; TN's business operations |
| Lester, George | Plaintiffs' computer systems; TN's services; TN's business operations; TN's computer systems |
| Loftus, Lesley | TN's business operations; TN sales and marketing |
| Ludlam, Robert | TN's business operations; TN sales and marketing; SAP and TN competition with Oracle; SAP's interactions with TN; Causation and damages |
| Lyskawa, Nancy | Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' collection and retention of documents; Plaintiffs' investigation of TN; Plaintiffs' competitive intelligence regarding TN; Causation and damages |

# ORACLE USA, INC. ET AL. v SAP AG ET AL.
## USDC -- NORTHERN DIST. OF CALIFORNIA
Case No. C 07 1658 PJH (EDL)

# DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|
| Mackey, James | TN acquisition; SAP and TN competition with Oracle; SAP's interactions with TN |
| Martinez, Kimberley | TN's services; TN's business operations |
| McCloskey, Mike | SAP sales and marketing; SAP's products and services; Causation and damages |
| McDermott, Bill | SAP and TN competition with Oracle; SAP's interactions with TN; SAP's financials and customer information; SAP sales and marketing; SAP's products and services; Causation and damages |
| McMillan, Eileen | Plaintiffs' financials and customer information; Plaintiffs' business operations |
| Mrak, Jennifer | SAP's interactions with TN |
| Nelson, Andrew | TN acquisition; TN's services; TN's business operations; TN sales and marketing; TN's financials and customer information; TN's computer systems; SAP and TN competition with Oracle; SAP's interactions with TN; Causation and damages |
| Nelson, Shelley | TN's services; TN's business operations; TN sales and marketing; TN's computer systems; SAP and TN competition with Oracle |
| Nolan, Brad | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' agreements; Plaintiffs' sales and marketing; Plaintiffs' investigation of TN; Plaintiffs' business operations; Causation and damages |
| O'Donnell, Jeffrey | Causation and damages; Lexmark |
| O'Neil, Owen | TN's services; TN's business operations |
| Osterloh, Eric | TN's business operations; TN sales and marketing; TN's financials and customer information; SAP and TN competition with Oracle; SAP's interactions with TN |
| Phillips, Charles | Plaintiffs' products and services; Plaintiffs' agreements; Plaintiffs' sales and marketing; Plaintiffs' financials and customer information; Plaintiffs' claims against SAP and TN; Plaintiffs' business operations; Causation and damages |
| Phillips, Spencer | TN's business operations; TN sales and marketing; SAP and TN competition with Oracle; Causation and damages |

# ORACLE USA, INC. ET AL. v SAP AG ET AL.
## USDC -- NORTHERN DIST. OF CALIFORNIA
Case No. C 07 1658 PJH (EDL)

# DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|
| Plattner, Hasso | SAP and TN competition with Oracle; SAP's products and services; Causation and damages |
| Poplack, Michael | Plaintiffs' agreements; Plaintiffs' business operations; Copyrights at issue; Causation and damages |
| Ransom, Buffy | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' investigation of TN; Causation and damages |
| Ravin, Seth | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' agreements; Plaintiffs' sales and marketing; Plaintiffs' business operations; TN acquisition; TN's services; TN's business operations; TN sales and marketing; SAP and TN competition with Oracle; SAP's interactions with TN; Causation and damages |
| Reifer, Donald | Expert report and related issues |
| Restmeyer, Dan | Causation and damages; Amgen |
| Rottler, Juergen | Plaintiffs' products and services; Plaintiffs' knowledge of TN; Plaintiffs' agreements; Plaintiffs' sales and marketing; Plaintiffs' collection and retention of documents; Plaintiffs' business operations; Plaintiffs' competitive intelligence; Causation and damages |
| Rozwat, Charles | Plaintiffs' products and services; Plaintiffs' financials and customer information; Plaintiffs' business operations; SAP and TN competition with Oracle; Causation and damages |
| Russell, Roderic | TN's services; TN's business operations |
| Ryland, Keith | Plaintiffs' financials and customer information; Plaintiffs' business operations |
| Sanders, Tawanna | Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' claims against SAP and TN; Plaintiffs' investigation of TN; Plaintiffs' competitive intelligence regarding TN; SAP and TN competition with Oracle; Causation and damages |
| Sebti, Claire | Plaintiffs' financials and customer information; Plaintiffs' business operations |
| Shander, Stephen | SAP sales and marketing; SAP's products and services; Causation and damages |

# ORACLE USA, INC. ET AL. v SAP AG ET AL.
## USDC -- NORTHERN DIST. OF CALIFORNIA
Case No. C 07 1658 PJH (EDL)

## DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|
| Shankle, Keith | TN's services; TN's business operation; TN's computer systems |
| Shenkman, Arlen | TN acquisition; SAP's interactions with TN |
| Shippy, Elizabeth | Plaintiffs' knowledge of TN; Plaintiffs' sales and marketing; Plaintiffs' financials and customer information; Plaintiffs' collection and retention of documents; Plaintiffs' investigation of TN; Plaintiffs' business operations; Causation and damages |
| Sim, Judith | Plaintiffs' sales and marketing; Causation and damages |
| Singh, Bruno | Causation and damages; NBC Universal |
| Sommer, Brian | Expert report and related issues |
| Spencer, Bruce | Expert report and related issues |
| Storn, David | Plaintiffs' financials and customer information; Plaintiffs' business operations |
| Story, Greg | Plaintiffs' products and services; Plaintiffs' computer systems; Plaintiffs' business operations |
| Subramanian, Rocky | SAP sales and marketing; SAP's products and services; Causation and damages |
| Surette, Peter | TN's services; TN's business operations |
| Tanner, John | TN's service; TN's business operations; TN sales and marketing; TN's financials and customer information; SAP and TN competition with Oracle; SAP's interactions with TN |
| Testone, Josh | TN's services; TN's business operations; TN's computer systems |
| Thomas, William | TN's services; TN's business operations; TN's computer systems; SAP's interactions with TN |
| Tseng, Stephen | TN acquisition; TN's business operations; SAP's interactions with TN |
| Van Boening, Michael | Plaintiffs' products and services; Plaintiffs' knowledge TN; Plaintiffs' sales and marketing; Plaintiffs' financials and customer information; Causation and damages |
| Vandaele, Walter | Expert report and related issues |
| Vardell, Daniel | Plaintiffs' products and services; Plaintiffs' computer systems |

# ORACLE USA, INC. ET AL. v SAP AG ET AL.
## USDC -- NORTHERN DIST. OF CALIFORNIA
### Case No. C 07 1658 PJH (EDL)

# DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|
| VonFeldt, Patti | TN's services; TN's business operations; TN's computer systems |
| Walden, Wade | TN's services; TN's business operations |
| Wasson, Robert | Causation and damages; McLennan County |
| Welz, Bernd | SAP and TN competition with Oracle; SAP's interactions with TN; SAP's financials and customer information; SAP sales and marketing; SAP's products and services; Causation and damages |
| Wendell, Michael | SAP sales and marketing |
| West, Corey | Plaintiffs' financials and customer information; Plaintiffs' business operations |
| White, Mark | TN's services; TN's business operations; TN sales and marketing; TN's financials and customer information; TN's computer systems; SAP and TN competition with Oracle; SAP's interactions with TN; SAP's financials and customer information; Causation and damages |
| Wieditz, Uwe | SAP's interactions with TN; SAP's products and services |
| Williams, Kathy | TN's services; TN's business operations |
| Wittenbrink, Mark | SAP sales and marketing; SAP's products and services; Causation and damages |
| Wookey, John | Plaintiffs' products and services; Plaintiffs' sales and marketing; Causation and damages |
| Zepecki, John | TN acquisition |
| Ziemen, Thomas | TN acquisition; TN's services; TN's business operations; TN sales and marketing; TN's financials and customer information; SAP and TN competition with Oracle; SAP's interactions with TN; SAP's financials and customer information; SAP sales and marketing; SAP's product and services; Causation and damages |