BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com
STEVEN C. HOLTZMAN (SBN 144177)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
sholtzman@bsfllp.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>              Plaintiffs,<br><br>      v.<br><br>SAP AG, *et al.*,<br><br>              Defendants. | Case No. 07-CV-01658 PJH (EDL)<br><br>**PLAINTIFFS' WITNESS LIST**<br><br>Date:       September 30, 2010<br>Time:      9:00 am<br>Place:     3rd Floor, Courtroom 3<br>Judge:    Hon. Phyllis J. Hamilton |

Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems (collectively "Oracle") respectfully submit this Witness List identifying witnesses to be called either live or by deposition at trial, pursuant to the Court's Pretrial Instructions, the Stipulated Revised Case Management Order ("Case Management Order") filed June 11, 2009 (Docket # 325) and Federal Rule of Civil Procedure 26(a).  Pursuant to the Court's Pretrial Instructions, this list identifies all witnesses to be called at trial, in person or by deposition, other than solely for impeachment or rebuttal purposes.  Oracle reserves the right to call additional witnesses for purposes of impeachment or rebuttal at trial.  Oracle also reserves the right to call any witness, either live or by deposition, identified on the witness lists of Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively "SAP").

Oracle's descriptions below intend to encompass all of Oracle's affirmative deposition designations, also filed today pursuant to the Case Management Order.  Oracle reserves the right to narrow or amend this Witness List to account for court rulings or further proceedings.

Contact information for each witness has been exchanged during the course of discovery. All Oracle affiliated witnesses must continue to be contacted through Oracle's counsel of record.

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---|---|---|
| Ackermann, Norm | Oracle | PeopleSoft products, development and support; Derivative works |
| Adler, Todd | Oracle | Copyright registrations; Copyright ownership/authorship |
| Allison, Richard | Oracle | Oracle license agreements; Oracle licensing practices, pricing and contracts; Oracle Websites and Terms of Use |
| Angioletti, Thomas | Oracle | Copyrights |
| Baker, Dawn | Oracle | Copyright ownership/authorship; JD Edwards products, development and support |
| Barradas, Carlos | Oracle | Oracle licensing practices, pricing and contracts |
| Brook, Paul | Oracle | Downloading investigation; Oracle support services |

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---|---|---|
| Catz, Safra | Oracle | ERP software market and competition; PeopleSoft acquisition; Siebel acquisition; Oracle customer relationships; Oracle financial information; Hypothetical license expectations; Oracle support organization metrics and reports |
| Chilikapati, Sid | Oracle | Downloading investigation; Damage/harm to Oracle data/systems; PeopleSoft products, development and support |
| Cummins, Richard | Oracle | Impact of SAP's acquisition of TN on Oracle; Oracle support organization metrics and reports |
| Ellison, Lawrence | Oracle | History and development of Oracle; Oracle business structure and management; Oracle product development information; Oracle software support; Oracle maintenance revenue; PeopleSoft acquisition; Siebel acquisition; Impact of SAP's acquisition of TN on Oracle; Harm to Oracle; ERP software competition/market; Hypothetical license expectations; Oracle financial results |
| Fallon, Mark | Oracle | Oracle Database Software products and development |
| Fowler, Linda | Oracle | PeopleSoft products, development and support; Derivative works |
| Furey, Marina | Oracle | Downloading investigation; Siebel products, development and support |
| Guner, Ivgen | Oracle | Oracle financial results and reports |
| Ishiguro, Tanya | Oracle | PeopleSoft products, development and support; Derivative works |
| Kees, Jason | Oracle | Downloading investigation; Damage/harm to Oracle data/systems |
| Kishore, Ann | Oracle | Oracle corporate structure; Licensing; Inter-entity payments |
| Koehler, Uwe | Oracle | Downloading investigation; Damage/harm to Oracle data/systems |
| O'Shea, Julie | Oracle | Downloading investigation; Damage/harm to Oracle data/systems; Oracle support services; Customer Connection websites; Oracle Websites and Terms of Use; JD Edwards products, development and support |

PLAINTIFFS' WITNESS LIST

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---------|-------------|---------------------------------------------|
| Mickelsen, Brady | Oracle | Oracle corporate structure; Copyright ownership; Computer systems ownership; Oracle acquisition of Sun Microsystems |
| Phillips, Charles | Oracle | Oracle business structure and management; PeopleSoft acquisition; Siebel acquisition; Impact of SAP's acquisition of TN on Oracle; Harm to Oracle; Oracle financial information; Oracle customer relationships; Oracle sales and marketing; Oracle maintenance revenue; Hypothetical license expectations |
| Ransom, Buffy | Oracle | Customer Connection website; Downloading investigation; Damage/harm to Oracle's data/systems; JD Edwards products, development and support; JD Edwards copyrights; Oracle licensing practices and contracts; Copyright ownership/authorship |
| Rice, Jason | Oracle | Downloading investigation; Damage/harm to Oracle data/systems; Oracle support services; Customer Connection websites |
| Rottler, Juergen | Oracle | Oracle support services and materials; Software support industry; Third-party support providers; Oracle maintenance revenue; PeopleSoft acquisition; Siebel acquisition; Impact of SAP's acquisition of TN on Oracle; Oracle customer relationships; Oracle sales and marketing; Oracle support organization metrics and reports |
| Screven, Edward | Oracle | Oracle product development; PeopleSoft, JD Edwards, and Siebel product lines; Oracle Database Software products; Copyrights; Oracle business structure and management; Derivative works; Harm to Oracle; Oracle financial information; Oracle customer relationships; Oracle sales and marketing; Oracle copyrighted software and support materials |
| Story, Greg | Oracle | Downloading investigation; Damage/harm to Oracle data/systems; JD Edwards products, development and support |
| Vardell, Daniel | Oracle | Siebel copyrights; Siebel products, development and support |
| Veum, Marlene | Oracle | Downloading investigation; Damage/harm to Oracle data/systems |

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---------|-------------|---------------------------------------------|
| Agassi, Shai | SAP | SAP's acquisition of TN; TN business case and projections; SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of TN acquisition; Safe Passage and SAP TN marketing; SAP TN geographical and product expansions; ERP software competition/market; SAP corporate history and structure |
| Apotheker, Leo | SAP | SAP's acquisition of TN; TN business case and projections; SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of SAP TN acquisition; Safe Passage and SAP TN marketing; SAP TN geographical and product expansions; SAP and SAP TN post-litigation activities |
| Brandt, Werner | SAP | SAP's acquisition of TN; TN business case and projections; SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of TN acquisition; Safe Passage and SAP TN marketing; SAP and SAP TN post-litigation activities |
| Breuer, Martin | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of SAP TN acquisition; Safe Passage and SAP TN marketing; SAP TN geographical and product expansions; SAP and SAP TN post-litigation activities |
| Crean, Tim | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities |
| Faye, Christopher | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; SAP and SAP TN post-litigation activities |
| Graf, Peter | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of TN acquisition; Safe Passage and SAP TN marketing |
| Hurst, Terry | SAP | Safe Passage program; Benefits of TN acquisition; SAP's knowledge, oversight and direction of SAP TN's activities |
| Kagermann, Henning | SAP | SAP's acquisition of TN; TN business case and projections; SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of TN acquisition; Safe Passage and SAP TN marketing; SAP TN geographical and product expansions; SAP/TN post-litigation activities; ERP software |

5

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---|---|---|
| | | market; SAP TN downloading from Oracle websites |
| Mackey, James | SAP | SAP's acquisition of TN |
| Oswald, Gerhard | SAP | SAP's acquisition of TN; TN business case and projections SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of TN acquisition; Safe Passage and SAP TN marketing; SAP/TN post-litigation activities; SAP TN geographical and product expansions |
| Plattner, Hasso | SAP | SAP corporate history and structure; SAP's acquisition of TN |
| Schmidt, Josef | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities |
| Scholten, Jochen | SAP | Oracle Database Software and SAP TN licenses; Oracle/SAP Reseller Agreement |
| Schraeder, Georg | SAP | Oracle Database Software and SAP TN licenses; Oracle/SAP Reseller Agreement |
| Shenkman, Arlen | SAP | SAP's acquisition of TN |
| Trainor, Scott | SAP | SAP's acquisition of TN; Safe Passage and SAP TN marketing; SAP TN/Customer communications; SAP TN customer contracts and licensing |
| Tseng, Stephen | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities |
| Welz, Bernd | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; SAP TN geographical and product expansions |
| White, Mark | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of TN acquisition; Safe Passage and SAP TN marketing; SAP/TN post-litigation activities; Oracle Database Software and SAP TN licenses |
| Word, Jeff | SAP | SAP's acquisition of TN; Safe Passage and SAP TN marketing |
| Zepecki, John | SAP | SAP's acquisition of TN; TN business case and projections |
| Ziemen, Thomas | SAP | SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; Benefits of TN acquisition; Safe Passage and SAP TN marketing; SAP and SAP TN post-litigation |

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---|---|---|
| | | activities |
| Arakib, Hadi | TomorrowNow | SAP TN business model and support services; TN copying, modification, public display, distribution and use of Oracle software and support materials |
| Baugh, John | TomorrowNow | SAP TN downloading from Oracle websites; TN copying, public display, modification, distribution and use of Oracle software; SAP TN business model and support services; SAP TN post-litigation activities; Oracle Database Software and SAP TN licenses; SAP TN spoliation and document destruction |
| Bowden, Matthew | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials |
| Buerhle, Jeff | TomorrowNow/ Summit Technologies | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN post-litigation activities |
| Geib, Bob | TomorrowNow | SAP TN business model and support services; SAP TN/Customer communications; TN sales practices and results; Safe Passage and SAP TN marketing; SAP's knowledge, oversight and direction of SAP TN's activities |
| Deling, Mark | TomorrowNow | SAP TN business model and support services; SAP TN downloading from Oracle websites; development and testing of SAP TN automated download tools |
| Garafola, Michael | TomorrowNow | SAP TN business model and support services; SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials |
| Garcia, Larry | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials |

PLAINTIFFS' WITNESS LIST

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---------|-------------|---------------------------------------------|
| Garcia, Melissa | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; ; SAP TN downloading from Oracle websites; development and testing of TN automated download tools |
| Harris, Desmond | TomorrowNow | SAP TN business model and support services; SAP TN downloading from Oracle websites |
| Hyde, Catherine | TomorrowNow | SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN business model and support services; SAP TN history and corporate structure; SAP TN post-litigation activities |
| Jin, Jerry | TomorrowNow | SAP TN business model and support services; SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials |
| Jones, Wanda | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials |
| Kreutz, Mark | TomorrowNow | SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN business model and support services; SAP TN post-litigation activities; SAP TN spoliation and document destruction; SAP TN/Customer communications; SAP's knowledge, oversight and direction of SAP TN's activities |
| Lanford, Peggy | TomorrowNow | SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN business model and support services |
| Lester, Beth | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials |
| Lester, George | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; Oracle Database Software and SAP TN licenses; development and testing of SAP TN automated download tools; SAP's knowledge, oversight and direction of SAP TN's activities |

PLAINTIFFS' WITNESS LIST

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---------|-------------|---------------------------------------------|
| Loftus, Lesley | TomorrowNow | Safe Passage and SAP TN marketing; TN customer communications; SAP's knowledge, oversight and direction of SAP TN's activities; SAP TN business model and support services |
| Martinez, Kimberly | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials |
| Nelson, Andrew | TomorrowNow | SAP TN history and corporate structure; SAP TN business model and support services; Third party support market; SAP TN copying, modification, distribution and use of Oracle software and support materials; Oracle Database Software and SAP TN licenses; SAP TN/Customer communications; SAP TN sales practices and results; SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; Safe Passage and SAP TN marketing; SAP TN geographical and product expansions; SAP and SAP TN post-litigation activities |
| Nelson, Gregory | TomorrowNow | TN history and corporate structure; SAP TN business model and support services; SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; SAP TN downloading from Oracle websites; Development and testing of SAP TN automated download tools; SAP TN spoliation and document destruction; SAP and SAP TN post-litigation activities; Oracle Database Software and SAP TN licenses |
| Nelson, Shelley | TomorrowNow | SAP TN history and corporate structure; SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution, public display and use of Oracle software and support materials; SAP TN business model and support services; SAP TN post-litigation activities; Oracle Database Software and SAP TN licenses; SAP TN/Customer communications; SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities |

9

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---------|-------------|--------------------------------------------|
| O'Neil, Owen | TomorrowNow | SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN business model and support services; SAP TN post-litigation activities; SAP TN geographical and product expansions; SAP's knowledge, oversight and direction of SAP TN's activities |
| Osterloh, Eric | TomorrowNow | SAP TN business model; SAP's acquisition of TN; Safe Passage and SAP TN marketing; SAP TN/Customer communications; SAP TN customer contracts and licensing; SAP TN sales practices and results; SAP's knowledge, oversight and direction of SAP TN's activities |
| Phillips, Spencer | TomorrowNow | SAP TN business model; Safe Passage and SAP TN marketing; SAP TN/Customer communications; SAP TN customer contracts and licensing; SAP TN sales practices and results; SAP's knowledge, oversight and direction of SAP TN's activities |
| Piper, Sharon | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials |
| Ritchie, John | TomorrowNow | SAP TN business model and support services; SAP TN downloading from Oracle websites; development and testing of SAP TN automated download tools; SAP TN spoliation and document destruction |
| Russell, Roderic | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN spoliation and document destruction; SAP TN post-litigation activities |
| Shankle, Keith | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN downloading from Oracle websites |
| Surette, Peter | TomorrowNow | SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN business model and support services; SAP TN history and corporate structure; SAP TN post-litigation activities; SAP TN spoliation and document destruction |

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---|---|---|
| Tanner, John | TomorrowNow | SAP TN business model and support services; SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials |
| Testone, Josh | TomorrowNow | SAP TN history and corporate structure; SAP TN business model and support services; SAP TN downloading from Oracle websites; SAP TN copying, modification, distribution and use of Oracle software and support materials; development and testing of SAP TN automated download tools; SAP TN post-litigation activities |
| Thomas, William | TomorrowNow | SAP TN servers and network structure; SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; Oracle Database Software and SAP TN licenses; SAP's knowledge, oversight and direction of SAP TN's activities |
| VonFeldt, Patti | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN downloading from Oracle websites |
| Walden, Wade | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN downloading from Oracle websites |
| Williams, Kathy | TomorrowNow | SAP TN business model and support services; SAP TN copying, modification, distribution and use of Oracle software and support materials; SAP TN post-litigation activities; SAP's knowledge, oversight and direction of SAP TN's activities |
| Ravin, Seth | TomorrowNow/ Rimini Street | SAP TN history and corporate structure; SAP TN business model and support services; SAP's acquisition of TN; SAP's knowledge, oversight and direction of SAP TN's activities; Safe Passage and SAP TN marketing; SAP TN geographical and product expansions; SAP TN/Customer communications; SAP TN sales practices and results; Rimini Street history and corporate structure; Rimini Street business model |
| Hallenberger, Tracy | Baker Botts LLP | Baker Botts software licenses and software support services |

11

PLAINTIFFS' WITNESS LIST

| Witness | Affiliation | Brief Description of Substance of Testimony |
|---|---|---|
| O'Donnell, Jeffrey | Lexmark | Lexmark software licenses and software support services |
| Wasson, Robert | McLennan County | McLennan County software licenses and software support services |
| Singh, Bruno | NBC Universal | NBC Universal software licenses and software support services |
| Kreul, John | Pepsi Americas, Inc. | Pepsi software licenses and software support services |
| Anderson, Mark | Travel Centers of America | Travel Centers software licenses and software support services |
| Cooley, Paul | Waste Management | Waste Management software licenses and software support services |
| Levy, Daniel | Expert | Statistical analyses supporting Mr. Mandia's analysis |
| Lichtman, Douglas | Expert | Economic and public policy rationale for fair market value license of copyrighted materials, and as appropriate damages measure |
| Mandia, Kevin | Expert | Copying, modification, distribution and use of Oracle software and support materials.  Nature and effect of access to Oracle websites |
| Meyer, Paul | Expert | Damages |
| Pinto, Paul | Expert | Avoided development costs, delays and risks |
| Oracle Custodian(s) of Records | Oracle | Authentication and admission of documents, as needed |
| Oracle Business Records Declarant(s) | Oracle | Authentication and admission of documents, as needed |
| Ernie Liu | Mandiant Corporation | SAP TN's business records related to support |

DATED:  August 5, 2010                    Bingham McCutchen LLP


                                           By:_____/s/ Geoffrey M. Howard_____
                                                       Geoffrey M. Howard
                                                      Attorneys for Plaintiffs
                                            Oracle USA, Inc., Oracle International
                                            Corporation, Oracle EMEA Limited, and Siebel
                                                         Systems, Inc.

PLAINTIFFS' WITNESS LIST