| | | |
|---|---|---|
| 1 | Robert A. Mittelstaedt (SBN 060359) | BOIES, SCHILLER & FLEXNER LLP |
| 2 | Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882) | DAVID BOIES<br>333 Main Street |
| 3 | JONES DAY<br>555 California Street, 26th Floor | Armonk, NY 10504<br>Telephone: (914) 749-8200 |
| 4 | San Francisco, CA 94104<br>Telephone:     (415) 626-3939 | Facsimile: (914) 749-8300<br>dboies@bsfllp.com |
| 5 | Facsimile:     (415) 875-5700<br>ramittelstaedt@jonesday.com | STEVEN C. HOLTZMAN (SBN 144177)<br>1999 Harrison St., Suite 900 |
| 6 | jmcdonell@jonesday.com<br>ewallace@jonesday.com | Oakland, CA 94612<br>Telephone: (510) 874-1000 |
| 7 | Tharan Gregory Lanier (SBN 138784) | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com |
| 8 | Jane L. Froyd (SBN 220776)<br>JONES DAY | BINGHAM McCUTCHEN LLP |
| 9 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 | DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468) |
| 10 | Telephone:     (650) 739-3939<br>Facsimile:     (650) 739-3900 | HOLLY A. HOUSE (SBN 136045)<br>Three Embarcadero Center |
| 11 | tglanier@jonesday.com<br>jfroyd@jonesday.com | San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000 |
| 12 | Scott W. Cowan (Admitted *Pro Hac Vice*) | Facsimile: (415) 393-2286<br>donn.pickett@bingham.com |
| 13 | Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY | geoff.howard@bingham.com<br>holly.house@bingham.com |
| 14 | 717 Texas, Suite 3300<br>Houston, TX 77002 | DORIAN DALEY (SBN 129049) |
| 15 | Telephone:     (832) 239-3939<br>Facsimile:     (832) 239-3600 | JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway, M/S 5op7 |
| 16 | swcowan@jonesday.com<br>jlfuchs@jonesday.com | Redwood City, CA 94070<br>Telephone: (650) 506-4846 |
| 17 | Attorneys for Defendants | Facsimile: (650) 506-7114<br>dorian.daley@oracle.com |
| 18 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. | jennifer.gloss@oracle.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH PORTIONS OF PRE-TRIAL ORDER REGARDING EXCHANGE OF EXHIBITS** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

1    Pursuant to Civil Local Rule 6-3, Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (together with Plaintiffs, the "Parties"), hereby submit this agreed-upon stipulation to extend time for the Parties to comply with the Court's June 11, 2009 Stipulated Revised Case Management and Pre-Trial Order ("June 11, 2009 Order") and July 21, 2010 Stipulation and Order to Extend Time to Comply with Portions of Pretrial Order Regarding Under Seal Requests and Pre-Marked Exhibits ("July 21, 2010 Order") to exchange pre-marked exhibits.

The June 11, 2009 Order set August 5, 2010 as the deadline for the parties to exchange pre-marked exhibits. The July 21, 2010 Order extended the deadline to exchange pre-marked exhibits to August 10, 2010.

The Parties jointly request that the Court grant a 6 calendar-day extension of the deadline to exchange pre-marked exhibits to <u>August 16, 2010</u>. As the Parties continue to work towards focusing the issues that will be in dispute at trial and in light of the volume of exhibits to be exchanged, the Parties believe that this extension of time is necessary to allow the Parties adequate time to process and pre-mark exhibits disclosed on August 5, 2010 in accordance with the Court's June 11, 2009 Order. Additionally, because the Parties have designated as potential trial exhibits various physical media that would be burdensome to exchange prior to trial, the Parties hereby agree to exchange placeholders, in the form of slip-sheets, in place of physical media when pre-marked exhibits are exchanged on August 16.

This requested extension does not impact any other portion of the current case schedule, including the current November 1, 2010 trial date. The only purpose of this requested extension is to extend the deadlines noted above, and thus this requested extension shall not in any way affect any other rights or obligations of the Parties.

DATED: August 9, 2010                JONES DAY

                                      By: /s/ Tharan Gregory Lanier

                                      Tharan Gregory Lanier
                                      Attorneys for Defendants
                                      SAP AG, SAP America, Inc., and
                                      TomorrowNow, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: August 9, 2010                BINGHAM McCUTCHEN LLP

                                      By: /s/ Geoff Howard

                                      Geoff Howard
                                      Attorneys for Plaintiffs
                                      Oracle USA, Inc., Oracle International
                                      Corporation, Oracle EMEA Limited, and
                                      Siebel Systems, Inc.

**IT IS SO ORDERED**.

DATED: August 10, 2010

IT IS SO ORDERED

Judge Phyllis J. Hamilton