BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 215695)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
333 Main Street
Armonk, NY 10504
Telephone: 914.749.8200
dboies@bsfllp.com
STEVEN C. HOLTZMAN (SBN 144177)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: 510.874.1000
sholtzman@bsfllp.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., *et al*.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al*.,<br><br>Plaintiffs,<br>v.<br>SAP AG, *et al*,<br><br>Defendants. | No. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF JOY SHERROD IN SUPPORT OF ORACLE'S MOTION NO. 6: TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT BRUCE SPENCER**<br><br>Date:     September 30, 2010<br>Time:    9 a.m.<br>Place:   Courtroom 3<br>Judge:  Hon. Phyllis J. Hamilton |

Case No. 07-CV-01658 PJH (EDL)
DECLARATION OF JOY C. SHERROD IN SUPPORT OF ORACLE'S MOT. NO. 6: TO
EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT BRUCE SPENCER

I, Joy C. Sherrod, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at Bingham McCutchen LLP, counsel of record for plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Ltd., and Siebel Systems, Inc. (collectively, "Oracle"). Except where stated below on information and belief, I have personal knowledge of the facts stated within this Declaration and could testify competently to them if required.

2. Attached as Exhibit A is a true and correct copy of relevant excerpts from the Expert Rebuttal Report of Bruce D. Spencer, served by Defendants on March 26, 2010. Non-relevant portions of the Report have been either excluded or redacted. Defendants produced Walter Vandaele's rebuttal report to Dr. Levy on the same day.

3. Attached as Exhibit B is a true and correct copy of relevant excerpts from the transcript of the June 4, 2010 Deposition of Bruce D. Spencer. Non-relevant portions of the deposition transcript have been either excluded or redacted.

4. Attached as Exhibit C is a true and correct copy of relevant excerpts from the Expert Report of Dr. Daniel S. Levy, served by Oracle on November 16, 2009 and amended on February 12, 2010. Non-relevant portions of the Report have been either excluded or redacted.

5. Attached as Exhibit D is a true and correct copy of relevant excerpts from the transcript of the April 30, 2010 Deposition of Dr. Daniel S. Levy. Non-relevant portions of the deposition transcript have been either excluded or redacted.

6. Attached as Exhibit E is a true and correct copy of Defendant TomorrowNow, Inc.'s Third Amended and Supplemental Response to Plaintiff Oracle USA, Inc.'s Second Set of Interrogatories, Interrogatory No. 14(A), served by Defendants on December 4, 2009.

7. Attached as Exhibit F is a true and correct copy of ORCLX-AACG-000020, a document produced to Defendants in surrebuttal by Oracle on April 28, 2010.

8. Attached as Exhibit G is a true and correct copy of ORCLX-AACG-000016, a document produced to Defendants in surrebuttal by Oracle on April 28, 2010.

| | |
|---|---|
| 1 | 9.     Attached as Exhibit H is a true and correct copy of relevant excerpts from Agresti A. and B. Finlay, <u>Statistical Methods for the Social Sciences</u>, Upper Saddle river, New Jersey: Prentice Hall, 2009. |
| 4 | 10.    Attached as Exhibit I is a true and correct copy of relevant excerpts from Macfie B.P. and M.N. Nufrio, <u>Applied Statistics for Public Policy</u>, Armonk, New York: M.E. Sharpe, 2006. |
| 7 | 11.    Attached as Exhibit J is a true and correct copy of relevant excerpts from Cochran, W.G., <u>Sampling Techniques.</u> Third Edition.  New York, New York: John Wiley & Sons. 1977. |
| 10 | 12.    Attached as Exhibit K is a true and correct copy of relevant excerpts from Federal Judicial Center, <u>Reference Manual on Scientific Evidence.</u>  Second Edition. Federal Judicial Center.  2000. |
| 13 | 13.    Attached as Exhibit L is a true and correct copy of relevant excerpts from Hogg, R.V. and A.T. Craig, <u>Introduction to Mathematical Statistics</u>, Fourth Edition.  New York: Macmillan Publishing Co., Inc.  London: Collier Macmillan Publishers. 1978. |

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct, and that this Declaration was executed on August 19, 2010, in San Francisco, CA.

*/s/ Joy C. Sherrod*