# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 07-CV-1658 (PJH) ) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) ) |

VIDEOTAPED DEPOSITION OF

BRUCE SPENCER, PH.D.

———————————————

FRIDAY, JUNE 4, 2010

HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-427339)

BRUCE SPENCER, PH.D.    June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | Page 26 |
|---|---|
| 09:27:56 | |
| 09:27:57 | |
| 09:27:58 | |
| 09:27:59 | |
| 09:28:01 | |
| 09:28:08 | |
| 09:28:10 | |
| 09:28:12 | 8    THE WITNESS: Well, the way it affects -- |
| 09:28:22 | 9   the way this point that we've been discussing |
| 09:28:25 | 10  affects my conclusions is that in statistics, there |
| 09:28:29 | 11  are established methods and procedures that have |
| 09:28:32 | 12  been studied and researched, and statisticians try |
| 09:28:35 | 13  to use the methods that are better. |
| 09:28:42 | 14    So part of it is a criticism of method. |
| 09:28:43 | 15  And then in terms of the lower bound changing, my |
| 09:28:51 | 16  concern would be that it's plausible to me that |
| 09:29:00 | 17  this is a case where damages are involved, and it's |
| 09:29:04 | 18  plausible to me that the statistics will be used in |
| 09:29:08 | 19  some way that -- or another to make inferences |
| 09:29:13 | 20  about the levels of damages. |
| 09:29:15 | 21    And in that case, the lower bounds could |
| 09:29:20 | 22  affect money. |
| 09:29:27 | |
| 09:29:28 | |
| 09:29:35 | |

| | Page 27 |
|---|---|
| 09:29:38 | |
| 09:29:40 | |
| 09:29:41 | |
| 09:29:43 | |
| 09:29:47 | |
| 09:29:49 | |
| 09:29:53 | |
| 09:29:54 | |
| 09:29:57 | |
| 09:29:58 | |
| 09:30:00 | |
| 09:30:01 | |
| 09:30:01 | |
| 09:30:01 | |
| 09:30:03 | |
| 09:30:06 | |
| 09:30:09 | |
| 09:30:13 | |
| 09:30:21 | |
| 09:30:23 | |
| 09:30:25 | |
| 09:30:27 | |
| 09:30:28 | |
| 09:30:28 | |
| 09:30:29 | |

| | Page 28 |
|---|---|
| 09:30:32 | |
| 09:30:34 | |
| 09:30:36 | |
| 09:30:38 | |
| 09:30:41 | |
| 09:30:42 | |
| 09:30:43 | |
| 09:30:44 | |
| 09:30:46 | |
| 09:30:47 | |
| 09:30:48 | |
| 09:30:50 | |
| 09:30:51 | |
| 09:30:53 | |
| 09:30:55 | |
| 09:30:56 | |
| 09:30:59 | |
| 09:31:01 | |
| 09:31:02 | |
| 09:31:05 | |
| 09:31:07 | |
| 09:31:09 | |
| 09:31:10 | |
| 09:31:11 | |
| 09:31:12 | |

| | Page 29 |
|---|---|
| 09:31:13 | |
| 09:31:15 | |
| 09:31:15 | |
| 09:31:16 | |
| 09:31:18 | |
| 09:31:20 | |
| 09:31:23 | |
| 09:31:27 | |
| 09:31:29 | |
| 09:31:34 | |
| 09:31:38 | |
| 09:31:42 | |
| 09:31:42 | |
| 09:31:45 | |
| 09:31:51 | |
| 09:31:52 | |
| 09:31:54 | |
| 09:31:56 | |
| 09:31:58 | |
| 09:32:00 | |
| 09:32:03 | |
| 09:32:05 | |
| 09:32:08 | |
| 09:32:11 | |
| 09:32:11 | |

8 (Pages 26 to 29)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 46 |
|---|

```
10:07:50
10:07:54    2        THE WITNESS:  Well, if we had estimates of
10:07:56    3    measurement error, it would be quantifiable.
10:07:58    4        MR. PICKETT:  Q.  But you don't?
10:08:00    5    A.  Not at this time, I don't.
10:08:02
10:08:04
10:08:09
10:08:10
10:08:11
10:08:12
10:08:14
10:08:17
10:08:20   14        Q.  Have you concluded that any measurement
10:08:23   15    errors in fact occur?
10:08:25   16        MR. WILKES:  Objection.  Form.
10:08:29   17        THE WITNESS:  I've concluded that
10:08:30   18    measurement errors have the potential to have
10:08:33   19    occurred.
10:08:34   20        MR. PICKETT:  Q.  So the answer to my
10:08:35   21    question is, no, Mr. Pickett, I have not concluded
10:08:38   22    that any specific measurement errors in fact occur.
10:08:41   23    Right?
10:08:41   24        MR. WILKES:  Objection.  Form.
10:08:42   25    Argumentative, harassing, asked and answered.
```

| Page 47 |
|---|

```
10:08:54    1        THE WITNESS:  I don't have an opinion
10:08:58    2    about the magnitude of measurement error.
10:09:01    3        MR. PICKETT:  Q.  Or even the existence of
10:09:02    4    a single one.  Correct?
10:09:04    5        MR. WILKES:  Objection.  Form.
10:09:14    6        THE WITNESS:  I don't have evidence of a
10:09:16    7    measurement error that has occurred.
10:09:19
10:09:20
10:09:22
10:09:27
10:09:28
10:09:30
10:09:33
10:09:35
10:09:41
10:09:45
10:09:58
10:10:08
10:10:13
10:10:16
10:10:26
10:10:31
10:10:32
10:10:34
```

| Page 48 |
|---|

```
10:10:37
10:10:38
10:10:42
10:10:57
10:11:00
10:11:05
10:11:08
10:11:11
10:11:16
10:11:17
10:11:19
10:11:22
10:11:34
10:11:35
10:11:38
10:11:42
10:11:44
10:11:48
10:11:53
10:11:55
10:11:58
10:11:59
10:12:00
10:12:03
10:12:06
```

| Page 49 |
|---|

```
10:12:12
10:12:14
10:12:16
10:12:23
10:12:26
10:12:27
10:12:30
10:12:33
10:12:35
10:12:39
10:12:46
10:12:51
10:12:55
10:13:10
10:13:12
10:13:14
10:13:18
10:13:20
10:13:24
10:13:28
10:13:32
10:13:33
10:13:38
10:13:40
10:13:42
```

13  (Pages 46 to 49)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 54 |
| --- |
| 10:19:07 |
| 10:19:08 |
| 10:19:11 |
| 10:19:16 |
| 10:19:16 |
| 10:19:22 |
| 10:19:27 |
| 10:19:27 |
| 10:19:29 |
| 10:19:30 |
| 10:19:33 |
| 10:19:35 |
| 10:19:36 |
| 10:19:39 |
| 10:19:39 |
| 10:19:40 |
| 10:20:04 |
| 10:20:07 |
| 10:20:11 |
| 10:20:13 |
| 10:20:14 |
| 10:20:17 |
| 10:20:21 |
| 10:20:33 |
| 10:20:43 |

| Page 56 |
| --- |
| 10:21:59 |
| 10:22:05 |
| 10:22:08 |
| 10:22:13 |
| 10:22:20 |
| 10:22:22 |
| 10:22:23 |
| 10:22:29 |
| 10:22:38 |
| 10:22:41 |
| 10:22:42 |
| 10:22:57 |
| 10:23:01 |
| 10:23:10 |
| 10:23:12 |
| 10:23:24 |
| 10:23:25 |
| 10:23:35 |
| 10:23:37 |
| 10:23:42 |
| 10:23:46 |
| 10:23:50 |
| 10:24:02 |
| 10:24:08 |
| 10:24:11 |

| Page 55 |
| --- |
| 10:20:49 |
| 10:20:52 |
| 10:20:56 |
| 10:20:59 |
| 10:21:02 |
| 10:21:02 |
| 10:21:02 |
| 10:21:07 |
| 10:21:09 |
| 10:21:21 |
| 10:21:22 |
| 10:21:25 |
| 10:21:29 |
| 10:21:33 |
| 10:21:34 |
| 10:21:35 |
| 10:21:39 |
| 10:21:41 |
| 10:21:42 |
| 10:21:45 |
| 10:21:47 |
| 10:21:51 |
| 10:21:55 |
| 10:21:57 |
| 10:21:58 |

| Page 57 | | |
| --- | --- | --- |
| 10:24:18 | | |
| 10:24:25 | | |
| 10:24:29 | | |
| 10:24:32 | | |
| 10:24:36 | | |
| 10:24:39 | | |
| 10:24:43 | | |
| 10:24:46 | | |
| 10:24:49 | | |
| 10:24:49 | | |
| 10:24:52 | | |
| 10:24:55 | | |
| 10:24:58 | | |
| 10:25:02 | | |
| 10:25:06 | | |
| 10:25:09 | | |
| 10:25:13 | | |
| 10:25:19 | | |
| 10:25:25 | | |
| 10:25:30 | | |
| 10:25:33 | 21 | MR. PICKETT: Q. So this particular |
| 10:25:34 | 22 | criticism had no impact on the results. Correct? |
| 10:25:37 | 23 | MR. WILKES: Objection. Form. |
| 10:25:43 | 24 | THE WITNESS: Not as calculated by |
| 10:25:44 | 25 | Dr. Levy, that's correct. |

15 (Pages 54 to 57)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 74

10:45:29
10:45:31
10:45:34
10:45:37
10:45:40
10:45:45
10:45:52
10:45:56
10:46:02
10:46:05
10:46:09
10:46:13
10:46:19
10:46:23
10:46:27
10:46:39
10:46:44
10:46:46
10:46:52
10:46:56
10:47:01
10:47:06
10:47:08
10:47:08
10:47:11

Page 75

10:47:13
10:47:16
10:47:19
10:47:21
10:47:22
10:47:26
10:47:29
10:47:37
10:47:38
10:47:39
10:47:42
10:47:45
10:47:47
10:47:48
10:47:51
10:47:52
10:47:53
10:47:58
10:47:59
10:48:02
10:48:04
10:48:09
10:48:14
10:48:15
10:48:18

Page 76

10:48:21
10:48:22    2        MR. PICKETT: Q.  You don't know how the
10:48:23    3    numbers tie into the case.  Is that your testimony?
10:48:26    4        A.  That's my testimony, yes.
10:48:29    5        Q.  Therefore, you don't know whether any of
10:48:31    6    your criticisms of Dr. Levy make a difference in
10:48:36    7    the case.  Right?
10:48:38    8        MR. WILKES: Objection.  Form, asked and
10:48:39    9    answered, overly broad, compound, vague and
10:48:41   10    ambiguous.
10:48:45   11        THE WITNESS: I'm uncertain.  My opinion
10:48:48   12    is that they do have some consequences for the
10:48:53   13    case.
10:48:57   14        MR. PICKETT: Q.  What?
10:48:58   15        A.  I don't know.
10:49:01
10:49:07
10:49:15
10:49:18
10:49:21
10:49:23
10:49:28
10:49:30
10:49:33
10:49:35

Page 77

10:49:40
10:49:45
10:49:48
10:49:55
10:49:57
10:50:04
10:50:06
10:50:08
10:50:12
10:50:17
10:50:22
10:50:26
10:50:31
10:50:33                                              1
10:50:34
11:04:14
11:04:45
11:04:46
11:04:49
11:04:52
11:04:53
11:04:56
11:05:05
11:05:11
11:05:16

20 (Pages 74 to 77)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 78 |
| --- |
| 11:05:17 |
| 11:05:17 |
| 11:05:23 |
| 11:05:24 |
| 11:05:26 |
| 11:05:29 |
| 11:05:30 |
| 11:05:31 |
| 11:05:33 |
| 11:05:34 |
| 11:05:36 |
| 11:05:38 |
| 11:05:42 |
| 11:05:47 |
| 11:06:03 |
| 11:06:04 |
| 11:06:10 |
| 11:06:24 |
| 11:06:27 |
| 11:06:31 |
| 11:06:33 |
| 11:06:36 |
| 11:06:38 |
| 11:06:40 |
| 11:06:42 |

| Page 80 |
| --- |
| 11:08:20 |
| 11:08:23 |
| 11:08:27 |
| 11:08:28 |
| 11:08:36 |
| 11:08:43 |
| 11:08:47 |
| 11:08:52 |
| 11:08:55 |
| 11:08:59 |
| 11:09:00 |
| 11:09:01 |
| 11:09:05 |
| 11:09:07 |
| 11:09:13 |
| 11:09:15 |
| 11:09:20 |
| 11:09:25 |
| 11:09:32 |
| 11:09:41 |
| 11:09:42 |
| 11:09:43 |
| 11:09:45 |
| 11:09:48 |
| 11:09:51 |

| Page 79 |
| --- |
| 11:06:43 |
| 11:06:49 |
| 11:06:51 |
| 11:06:54 |
| 11:07:02 |
| 11:07:04 |
| 11:07:09 |
| 11:07:10 |
| 11:07:13 |
| 11:07:14 |
| 11:07:16 |
| 11:07:17 |
| 11:07:19 |
| 11:07:20 |
| 11:07:23 |
| 11:07:25 |
| 11:07:28 |
| 11:07:30 |
| 11:07:34 |
| 11:07:37 |
| 11:07:43 |
| 11:07:47 |
| 11:07:51 |
| 11:08:00 |
| 11:08:05 |

Page 81

| | | |
| --- | --- | --- |
| 11:09:52 | | |
| 11:09:56 | | |
| 11:10:00 | | |
| 11:10:02 | | |
| 11:10:09 | | |
| 11:10:11 | | |
| 11:10:12 | | |
| 11:10:17 | | |
| 11:10:20 | | |
| 11:10:24 | | |
| 11:10:31 | | |
| 11:10:31 | | |
| 11:10:33 | | |
| 11:10:39 | | |
| 11:10:50 | | |
| 11:10:53 | | |
| 11:10:59 | | |
| 11:11:05 | | |
| 11:11:07 | 19 | Q.  Do you have any information at all with |
| 11:11:11 | 20 | respect to how the summary statistics from |
| 11:11:18 | 21 | Dr. Levy's report translate into damages |
| 11:11:21 | 22 | calculations or other kinds of arguments in the |
| 11:11:24 | 23 | case? |
| 11:11:26 | 24 | A.  I have nothing explicit or concrete in the |
| 11:11:29 | 25 | way of understanding. |

21 (Pages 78 to 81)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 82 | Page 84 |
|---|---|
| 11:11:33 | 11:14:19 |
| 11:11:35 | 11:14:23 |
| 11:11:40 | 11:14:25 |
| 11:11:44 | 11:14:27 |
| 11:11:47 | 11:14:29 |
| 11:11:52 | 11:14:32 |
| 11:11:59 | 11:14:35 |
| 11:12:02 | 11:14:38 |
| 11:12:08 | 11:14:40 |
| 11:12:11 | 11:14:42 |
| 11:12:14 | 11:14:49 |
| 11:12:17 | 11:14:54 |
| 11:12:21 | 11:14:56 |
| 11:12:22 | 11:15:00 |
| 11:12:25 | 11:15:04 |
| 11:12:25 | 11:15:12 |
| 11:12:26 | 11:15:17 |
| 11:12:32 | 11:15:23 |
| 11:12:35 | 11:15:25   19   Q.  So the higher the dollars at stake in the |
| 11:12:35 | 11:15:29   20   lawsuit, the higher the level of precision in the |
| 11:12:37 | 11:15:33   21   statistical analysis should be? |
| 11:12:39 | 11:15:35   22   A.  In general, yes. |
| 11:12:45 | 11:15:36 |
| 11:12:47 | 11:15:38 |
| 11:12:52 | 11:15:41 |

| Page 83 | Page 85 |
|---|---|
| 11:12:57 | 11:15:41 |
| 11:13:02 | 11:15:43 |
| 11:13:05 | 11:15:46 |
| 11:13:09 | 11:15:48 |
| 11:13:15 | 11:15:50 |
| 11:13:20 | 11:15:53 |
| 11:13:24 | 11:15:54 |
| 11:13:28 | 11:15:56 |
| 11:13:32 | 11:15:58 |
| 11:13:35 | 11:16:00 |
| 11:13:37 | 11:16:02 |
| 11:13:39 | 11:16:05 |
| 11:13:41 | 11:16:07 |
| 11:13:45 | 11:16:11 |
| 11:13:50 | 11:16:14 |
| 11:13:53 | 11:16:17 |
| 11:13:59 | 11:16:18 |
| 11:14:01 | 11:16:19   18   Q.  So there's a lot of money at stake. |
| 11:14:05 | 11:16:21   19   A.  There's a lot of money at stake. |
| 11:14:08 | 11:16:23   20   Q.  And that could justify foregoing sampling |
| 11:14:10 | 11:16:26   21   altogether? |
| 11:14:14 | 11:16:29   22   A.  It depends on how the -- Dr. Levy's |
| 11:14:14 | 11:16:31   23   numbers get used. |
| 11:14:16 | 11:16:32   24   Q.  Which you don't know? |
| 11:14:18 | 11:16:33   25   A.  Which I don't know. |

22 (Pages 82 to 85)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 90

11:21:35
11:21:37
11:21:41
11:21:44
11:21:48
11:21:52
11:21:56
11:21:58
11:21:59
11:22:04
11:22:09
11:22:15
11:22:17
11:22:22
11:22:25
11:22:27
11:22:27
11:22:30
11:22:32
11:22:34
11:22:46
11:22:48
11:22:50
11:22:52
11:22:57

Page 91

11:22:58
11:22:59
11:23:01
11:23:02
11:23:04
11:23:05
11:23:06
11:23:09
11:23:19
11:23:24
11:23:28
11:23:52
11:23:54
11:23:57
11:23:59
11:24:04
11:24:08
11:24:09
11:24:11
11:24:12
11:24:14
11:24:16
11:24:20
11:24:22
11:24:24

Page 92

11:24:25
11:24:29
11:24:31
11:24:39
11:24:44
11:24:54
11:24:59
11:25:02
11:25:04
11:25:07
11:25:08
11:25:08
11:25:13
11:25:19
11:25:21
11:25:24
11:25:35
11:25:39
11:25:43
11:25:46
11:25:50
11:25:55
11:25:58
11:26:02
11:26:04

Page 93

11:26:17
11:26:28
11:26:30
11:26:37
11:26:41
11:26:45
11:26:47
11:26:51
11:26:53
11:26:53
11:26:54
11:26:56
11:26:59
11:27:02
11:27:06
11:27:13
11:27:16
11:27:17    18    Q.  What did you mean when you said, "This is
11:27:19    19   quite a large range of uncertainty to deliberately
11:27:21    20   aim for in a case where Plaintiffs' allegations
11:27:25    21   place large sums of money at stake"?
11:27:27    22    A.  Right.  So I'm making an implicit
11:27:31    23   assumption that there's some link that I don't know
11:27:36    24   about, but that there exists one between the
11:27:41    25   statistics computed by Dr. Levy and damages claims.

24 (Pages 90 to 93)

Merrill Legal Solutions
(800) 869-9132

BRUCE  SPENCER,  PH.D.      June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS'  EYES  ONLY

Page 94

| | | |
|---|---|---|
| 11:27:45 | | |
| 11:27:48 | | |
| 11:27:52 | | |
| 11:27:57 | | |
| 11:28:02 | | |
| 11:28:03 | 6 | Q. Well, it could or it could not.  You don't |
| 11:28:06 | 7 | know one way or the other. |
| 11:28:08 | 8 | A. I don't know what the links are between |
| 11:28:12 | 9 | Dr. Levy's statistics and any damages claims. |
| 11:28:23 | | |
| 11:28:25 | | |
| 11:28:27 | | |
| 11:28:32 | | |
| 11:28:33 | | |
| 11:28:36 | | |
| 11:28:42 | | |
| 11:28:44 | | |
| 11:28:45 | | |
| 11:28:49 | | |
| 11:28:50 | | |
| 11:28:52 | | |
| 11:28:55 | 22 | A. What I know about this case is, I was |
| 11:28:57 | 23 | asked to review and evaluate Dr. Levy's report and |
| 11:29:02 | 24 | his work, and that's what I know about.  And I'm |
| 11:29:08 | 25 | pretty myopic about the rest of the case.  So -- |

Page 95

| | | |
|---|---|---|
| 11:29:11 | | |
| 11:29:13 | | |
| 11:29:13 | | |
| 11:29:17 | | |
| 11:29:19 | | |
| 11:29:21 | 6 | MR. PICKETT: Q.  Do you understand that |
| 11:29:22 | 7 | there is a burden of proof in the trial? |
| 11:29:27 | 8 | MR. WILKES: Objection.  Form. |
| 11:29:29 | 9 | THE WITNESS: I would expect that there |
| 11:29:30 | 10 | is, yes. |
| 11:29:31 | 11 | MR. PICKETT: Q.  Do you know what that |
| 11:29:32 | 12 | burden of proof is? |
| 11:29:34 | 13 | MR. WILKES: Objection.  Form. |
| 11:29:35 | 14 | THE WITNESS: Not exactly. |
| 11:29:36 | | |
| 11:29:38 | | |
| 11:29:41 | | |
| 11:29:42 | | |
| 11:29:43 | | |
| 11:29:44 | | |
| 11:29:45 | | |
| 11:29:46 | | |
| 11:29:48 | | |
| 11:29:51 | | |
| 11:29:56 | | |

Page 96

| |
|---|
| 11:29:57 |
| 11:29:59 |
| 11:30:01 |
| 11:30:06 |
| 11:30:08 |
| 11:30:09 |
| 11:30:12 |
| 11:30:12 |
| 11:30:14 |
| 11:30:17 |
| 11:30:20 |
| 11:30:23 |
| 11:30:26 |
| 11:30:28 |
| 11:30:29 |
| 11:30:34 |
| 11:30:35 |
| 11:30:38 |
| 11:30:42 |
| 11:30:45 |
| 11:30:46 |
| 11:30:47 |
| 11:30:51 |
| 11:30:53 |
| 11:30:56 |

Page 97

| |
|---|
| 11:30:57 |
| 11:30:57 |
| 11:30:59 |
| 11:31:02 |
| 11:31:07 |
| 11:31:09 |
| 11:31:12 |
| 11:31:14 |
| 11:31:16 |
| 11:31:18 |
| 11:31:20 |
| 11:31:20 |
| 11:31:22 |
| 11:31:24 |
| 11:31:25 |
| 11:31:27 |
| 11:31:28 |
| 11:31:30 |
| 11:31:31 |
| 11:31:34 |
| 11:31:37 |
| 11:31:39 |
| 11:31:43 |
| 11:31:45 |
| 11:31:46 |

25 (Pages 94 to 97)

BRUCE SPENCER, PH.D.   June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 122 | |
|---|---|
| 12:31:20 | |
| 12:31:24 | |
| 12:31:26 | |
| 12:31:29 | |
| 12:31:31 | |
| 12:31:33 | |
| 12:31:35 | |
| 12:31:37 | |
| 12:31:42 | |
| 12:31:43 | |
| 12:31:45 | |
| 12:31:47 | |
| 12:31:47 | |
| 12:31:49 | |

12:31:51  15   Q.  But are you of the opinion that sampling
12:31:53  16   with replacement is not sufficiently precise for
12:31:56  17   the purpose at hand?
12:32:03  18      MR. WILKES:  Objection.  Form.
12:32:05  19      THE WITNESS:  I don't know how the
12:32:07  20   statistics are going to be used, and so that's why
12:32:10  21   I can't answer that question.  I don't have an
12:32:12  22   opinion on that.
12:32:13  23      MR. PICKETT:  Q.  So it may make no
12:32:15  24   difference whatever whether sampling with
12:32:17  25   replacement or sampling without replacement is

**Page 123**

12:32:19  1   used?
12:32:20  2      MR. WILKES:  Objection.  Form.
12:32:21  3      THE WITNESS:  Could be.

| Page 123 cont. | |
|---|---|
| 12:32:24 | |
| 12:32:29 | |
| 12:32:33 | |
| 12:32:43 | |
| 12:32:49 | |
| 12:33:05 | |
| 12:33:07 | |
| 12:33:12 | |
| 12:33:24 | |
| 12:33:30 | |
| 12:33:32 | |
| 12:33:33 | |
| 12:33:34 | |
| 12:33:35 | |
| 12:33:37 | |
| 12:33:40 | |
| 12:33:43 | |
| 12:34:02 | |
| 12:34:03 | |
| 12:34:19 | |
| 12:34:23 | |
| 12:34:26 | |

| Page 124 | |
|---|---|
| 12:34:28 | |
| 12:34:31 | |
| 12:34:34 | |
| 12:34:37 | |
| 12:34:40 | |
| 12:34:44 | |
| 12:34:47 | |
| 12:34:49 | |
| 12:34:52 | |
| 12:34:55 | |
| 12:34:59 | |
| 12:35:07 | |
| 12:35:11 | |
| 12:35:16 | |
| 12:35:20 | |
| 12:35:25 | |
| 12:35:27 | |
| 12:35:30 | |
| 12:35:32 | |
| 12:35:35 | |
| 12:35:38 | |
| 12:35:44 | |
| 12:35:49 | |
| 12:35:51 | |
| 12:35:53 | |

| Page 125 | |
|---|---|
| 12:35:56 | |
| 12:35:58 | |
| 12:36:02 | |
| 12:36:05 | |
| 12:36:08 | |
| 12:36:11 | |
| 12:36:14 | |
| 12:36:15 | |
| 12:36:16 | |
| 12:36:18 | |
| 12:36:20 | |
| 12:36:21 | |
| 12:36:26 | |
| 12:36:27 | |
| 12:36:28 | |
| 12:36:29 | |
| 12:36:29 | |
| 12:36:31 | |
| 12:36:33 | |
| 12:36:36 | |
| 12:36:37 | |
| 12:36:38 | |
| 12:36:40 | |
| 12:36:44 | |
| 12:36:51 | |

32 (Pages 122 to 125)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 138 | | | Page 140 |
|---|---|---|---|
| 12:53:40 | 1 | MR. PICKETT: Q. Do you know how | 12:56:19 |
| 12:53:42 | 2 | Dr. Vandaele chose his seed? | 12:56:25 |
| 12:53:45 | 3 | A. No, I don't. | 12:56:26 |
| 12:53:47 | | | 12:56:27 |
| 12:53:51 | | | 12:56:28 |
| 12:53:53 | | | 12:56:29 |
| 12:53:56 | | | 12:56:30 |
| 12:54:04 | | | 12:56:31 |
| 12:54:07 | | | 12:56:33 |
| 12:54:10 | | | 12:56:36 |
| 12:54:14 | | | 12:56:37 |
| 12:54:17 | | | 12:56:38 |
| 12:54:20 | | | 12:56:38 |
| 12:54:28 | | | 12:56:40 |
| 12:54:30 | | | 12:56:41 |
| 12:54:35 | | | 12:56:43 |
| 12:54:37 | | | 12:56:45 |
| 12:54:40 | | | 12:56:48 |
| 12:54:51 | | | 12:56:51 |
| 12:54:53 | | | 12:56:52 |
| 12:54:55 | | | 12:56:54 |
| 12:54:57 | | | 12:56:57 |
| 12:55:01 | | | 12:56:58 |
| 12:55:04 | | | 12:56:59 |
| 12:55:09 | | | 12:57:00 |

| Page 139 | Page 141 |
|---|---|
| 12:55:11 | 12:57:02 |
| 12:55:12 | 12:57:06 |
| 12:55:15 | 12:57:07 |
| 12:55:18 | 12:57:11 |
| 12:55:25 | 12:57:13 |
| 12:55:29 | 12:57:17 |
| 12:55:33 | 12:57:18 |
| 12:55:36 | 12:57:19 |
| 12:55:38 | 12:57:21 |
| 12:55:40 | 12:57:24 |
| 12:55:43 | 12:57:26 |
| 12:55:44 | 12:57:29 |
| 12:55:45 | 12:57:30 |
| 12:55:46 | 12:57:36 |
| 12:55:50 | 12:57:37 |
| 12:55:53 | 12:57:40 |
| 12:55:54 | 12:57:46 |
| 12:55:59 | 12:57:48 |
| 12:56:00 | 12:57:49 |
| 12:56:04 | 12:57:50 |
| 12:56:09 | 12:57:52 |
| 12:56:13 | 12:57:55 |
| 12:56:14 | 13:42:45 |
| 12:56:15 | |
| 12:56:18 | 13:50:15 |

36 (Pages 138 to 141)

BRUCE  SPENCER,  PH.D.    June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 150

| | | |
|---|---|---|
| 14:00:31 | | |
| 14:00:31 | 2 | Q. Based on the discrepancy analysis, you |
| 14:00:33 | 3 | don't know whether Dr. Levy's random set of numbers |
| 14:00:37 | 4 | are random or not? |
| 14:00:39 | 5 | MR. WILKES: Objection. Form. |
| 14:00:40 | 6 | Argumentative, asked and answered. |
| 14:00:41 | 7 | THE WITNESS: The discrepancy analysis by |
| 14:00:42 | 8 | itself does not prove with absolute certainty that |
| 14:00:51 | 9 | Dr. Levy's sample was selected in a manner other |
| 14:00:55 | 10 | than how he claims. |
| 14:00:57 | | |
| 14:00:58 | | |
| 14:01:02 | | |
| 14:01:05 | | |
| 14:01:07 | | |
| 14:01:09 | | |
| 14:01:13 | | |
| 14:01:13 | | |
| 14:01:15 | | |
| 14:01:16 | | |
| 14:01:16 | | |
| 14:01:17 | | |
| 14:01:18 | | |
| 14:01:18 | | |
| 14:01:19 | | |

Page 151

| | | |
|---|---|---|
| 14:01:24 | | |
| 14:01:28 | | |
| 14:01:29 | | |
| 14:01:30 | | |
| 14:01:32 | | |
| 14:01:33 | | |
| 14:01:39 | | |
| 14:01:42 | | |
| 14:01:45 | | |
| 14:01:51 | | |
| 14:01:52 | | |
| 14:01:53 | 12 | MR. PICKETT: Q. On the basis of the |
| 14:01:54 | 13 | discrepancy of 8 you find for Mr. Levy's sample, |
| 14:01:57 | 14 | you cannot say on that basis alone that his sample |
| 14:02:00 | 15 | is not random? |
| 14:02:02 | 16 | MR. WILKES: Objection. Form. |
| 14:02:04 | 17 | THE WITNESS: On the basis of that alone, |
| 14:02:07 | 18 | I do not say that his sample is not random. |
| 14:02:15 | | |
| 14:02:17 | | |
| 14:02:20 | | |
| 14:02:27 | | |
| 14:02:29 | | |
| 14:02:33 | | |
| 14:02:39 | | |

Page 152

| | | |
|---|---|---|
| 14:02:41 | | |
| 14:02:43 | | |
| 14:02:54 | | |
| 14:02:56 | | |
| 14:03:02 | | |
| 14:03:03 | | |
| 14:03:06 | | |
| 14:03:11 | | |
| 14:03:12 | | |
| 14:03:13 | | |
| 14:03:14 | | |
| 14:03:17 | | |
| 14:03:20 | | |
| 14:03:26 | | |
| 14:03:28 | | |
| 14:03:32 | | |
| 14:03:36 | | |
| 14:03:37 | 18 | Q. Is your z statistic analysis a hypothesis |
| 14:03:43 | 19 | test? |
| 14:03:48 | 20 | A. I haven't set it up that way. |
| 14:03:53 | 21 | Q. Well, isn't the hypothesis you're testing |
| 14:03:56 | 22 | that Dr. Levy did not perform a random sampling of |
| 14:03:58 | 23 | the Critical Support population? |
| 14:04:03 | 24 | A. I just said I didn't set it up as a |
| 14:04:05 | 25 | hypothesis test. |

Page 153

| | | |
|---|---|---|
| 14:04:06 | 1 | Q. Isn't that your hypothesis that you're |
| 14:04:09 | 2 | trying to test, whether you set it up that way or |
| 14:04:11 | 3 | not? Isn't that what you did? |
| 14:04:12 | 4 | MR. WILKES: Objection. Form. |
| 14:04:14 | 5 | THE WITNESS: I'm not doing a formal |
| 14:04:16 | 6 | hypothesis test in this analysis. |
| 14:04:18 | | |
| 14:04:19 | | |
| 14:04:19 | | |
| 14:04:21 | | |
| 14:04:25 | | |
| 14:04:27 | | |
| 14:04:29 | | |
| 14:04:31 | | |
| 14:04:33 | | |
| 14:04:34 | | |
| 14:04:34 | | |
| 14:04:36 | | |
| 14:04:39 | | |
| 14:04:42 | | |
| 14:04:45 | | |
| 14:04:48 | | |
| 14:04:49 | | |
| 14:04:50 | | |
| 14:04:50 | | |

39 (Pages 150 to 153)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 198 |
|---|
| 15:13:13 |
| 15:13:18 |
| 15:13:20 |
| 15:13:21 |
| 15:13:23 |
| 15:13:26 |
| 15:13:29 |
| 15:13:33 |
| 15:13:37 |
| 15:13:42 |
| 15:13:45 |
| 15:13:46 |
| 15:13:48 |
| 15:13:50 |
| 15:13:51 |
| 15:13:52 |
| 15:13:54 |
| 15:13:55 |
| 15:13:58 |
| 15:14:01 |
| 15:14:04 |
| 15:14:20 |
| 15:14:24 |
| 15:14:26 |
| 15:14:27 |

| Page 200 |
|---|
| 15:15:46 |
| 15:15:48 |
| 15:15:50 |
| 15:15:53 |
| 15:15:55 |
| 15:15:56 |
| 15:15:58 |
| 15:16:07 |
| 15:16:08 |
| 15:16:15 |
| 15:16:18 |
| 15:16:21 |
| 15:16:24 |
| 15:16:27 |
| 15:16:29 |
| 15:16:30 |
| 15:16:32 |
| 15:16:36 |
| 15:16:40 |
| 15:16:45 |
| 15:16:49 |
| 15:16:52 |
| 15:16:59 |
| 15:17:01 |
| 15:17:02 |

**Page 199**

| | | |
|---|---|---|
| 15:14:29 | | |
| 15:14:30 | 2 | Q. Does it impact the confidence interval for |
| 15:14:33 | 3 | the sampled measures? |
| 15:14:36 | 4 | A. The underlying skewness, I believe, will |
| 15:14:40 | 5 | affect the coverage properties of the confidence |
| 15:14:43 | 6 | intervals for the sampled measures, yes. |
| 15:14:46 | 7 | Q. How? |
| 15:14:49 | 8 | A. When you have large skewness, it appears |
| 15:14:53 | 9 | that the coverage will tend to be lower than the |
| 15:14:58 | 10 | advertised rate. |
| 15:14:59 | 11 | Q. Large skewness in the fully enumerated |
| 15:15:02 | 12 | samples? |
| 15:15:03 | 13 | MR. WILKES: Objection. Form. Vague and |
| 15:15:04 | 14 | ambiguous, asked and answered -- |
| 15:15:06 | 15 | MR. PICKETT: Q. What did you mean when |
| 15:15:07 | 16 | you said, when you tend to have -- I'm sorry, when |
| 15:15:09 | 17 | you have large skewness? Did you mean large |
| 15:15:12 | 18 | skewness in the fully enumerated samples? |
| 15:15:15 | 19 | A. I -- I meant large skewness with the |
| 15:15:21 | 20 | variable for which you're calculating a confidence |
| 15:15:24 | 21 | interval, whether it's fully enumerated or sampled. |
| 15:15:31 | 22 | Q. How does skewness in one measure affect |
| 15:15:33 | 23 | the confidence interval of another measure? |
| 15:15:39 | 24 | A. Directly, it does not. |
| 15:15:41 | | |

| Page 201 |
|---|
| 15:17:04 |
| 15:17:09 |
| 15:17:10 |
| 15:17:14 |
| 15:17:16 |
| 15:17:17 |
| 15:17:18 |
| 15:17:20 |
| 15:17:21 |
| 15:17:24 |
| 15:17:25 |
| 15:17:27 |
| 15:17:28 |
| 15:17:29 |
| 15:17:32 |
| 15:17:36 |
| 15:17:39 |
| 15:17:42 |
| 15:17:45 |
| 15:17:48 |
| 15:17:51 |
| 15:17:52 |
| 15:17:53 |
| 15:17:55 |
| 15:17:56 |

51 (Pages 198 to 201)

BRUCE SPENCER, PH.D.       June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

|  | Page 214 |
| --- | --- |
| 15:33:43 | |
| 15:33:46 | |
| 15:33:50 | |
| 15:33:53 | |
| 15:33:54 | |
| 15:33:56 | |
| 15:33:58 | |
| 15:34:00 | |
| 15:34:05 | |
| 15:34:13 | |
| 15:34:16 | |
| 15:34:27 | |
| 15:34:29 | |
| 15:34:32 | |
| 15:34:34 | |
| 15:34:36 | |
| 15:34:39 | |
| 15:34:41 | |
| 15:34:42 | |
| 15:34:43 | |
| 15:34:47 | |
| 15:34:50 | |
| 15:34:57 | |
| 15:34:59 | |
| 15:35:03 | |

|  | Page 216 |
| --- | --- |
| 15:36:19 | |
| 15:36:21 | |
| 15:36:24 | |
| 15:36:27 | |
| 15:36:29 | |
| 15:36:30 | |
| 15:36:32 | |
| 15:36:36 | |
| 15:36:42 | |
| 15:36:43 | |
| 15:36:46 | |
| 15:36:48 | |
| 15:36:50 | |
| 15:36:53 | |
| 15:36:55 | |
| 15:36:58 | |
| 15:37:00 | |
| 15:37:02 | |
| 15:37:04 | |
| 15:37:09 | |
| 15:37:10 | |
| 15:37:12 | |
| 15:37:15 | |
| 15:37:16 | |
| 15:37:37 | |

|  | Page 215 |
| --- | --- |
| 15:35:05 | |
| 15:35:09 | |
| 15:35:12 | |
| 15:35:16 | |
| 15:35:20 | |
| 15:35:24 | |
| 15:35:27 | |
| 15:35:29 | |
| 15:35:32 | |
| 15:35:35 | |
| 15:35:37 | |
| 15:35:39 | |
| 15:35:41 | |
| 15:35:44 | |
| 15:35:47 | |
| 15:35:49 | |
| 15:35:50 | |
| 15:35:52 | |
| 15:35:56 | |
| 15:35:57 | |
| 15:36:01  21   THE WITNESS: The analysis I just |
| 15:36:02  22   described is one that I did not even write down. |
| 15:36:07  23   It was one that I have looked at the tables, saw |
| 15:36:11  24   the underestimation, and thought that it could also |
| 15:36:16  25   apply to the sampled measures. |

|  | Page 217 |
| --- | --- |
| 15:37:38 | |
| 15:37:39 | |
| 15:37:41 | |
| 15:37:42 | |
| 15:37:44 | |
| 15:48:09 | |
| 15:48:10 | |
| 15:48:13 | |
| 15:48:19 | |
| 15:48:20 | |
| 15:48:21 | |
| 15:48:26 | |
| 15:48:31 | |
| 15:48:32 | |
| 15:48:35 | |
| 15:48:40 | |
| 15:48:43 | |
| 15:48:47 | |
| 15:48:50 | |
| 15:48:54 | |
| 15:48:57 | |
| 15:48:59 | |
| 15:49:04 | |
| 15:49:05 | |
| 15:49:08 | |

55 (Pages 214 to 217)

BRUCE SPENCER, PH.D.    June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 222 | |
|---|---|
| 15:57:07 | |
| 15:57:20 | |
| 15:57:32 | |
| 15:57:41 | |
| 15:57:43 | |
| 15:57:47 | |
| 15:57:51 | |
| 15:57:55 | |
| 15:57:57 | |
| 15:57:59 | |
| 15:58:02 | |
| 15:58:11 | |
| 15:58:13 | |
| 15:58:14 | |
| 15:58:18 | |
| 15:58:20 | |
| 15:58:25 | |
| 15:58:30 | |
| 15:58:31 | |
| 15:58:33 | |
| 15:58:36 | |
| 15:58:43 | |
| 15:58:45 | |
| 15:58:50 | |
| 15:58:52 | |

| Page 223 | | |
|---|---|---|
| 15:58:55 | | |
| 15:59:00 | | |
| 15:59:03 | | |
| 15:59:06 | 4 | Well first of all, what is an implicit |
| 15:59:07 | 5 | calculation? |
| 15:59:08 | 6 | A.  An implicit calculation is, I look at some |
| 15:59:11 | 7 | numbers and get a sense and do a calculation in my |
| 15:59:16 | 8 | head and say it's about such-and-such. |
| 15:59:18 | | |
| 15:59:21 | | |
| 15:59:27 | | |
| 15:59:29 | | |
| 15:59:36 | | |
| 15:59:41 | | |
| 15:59:47 | | |
| 15:59:51 | | |
| 15:59:52 | | |
| 15:59:55 | | |
| 15:59:58 | | |
| 15:59:59 | | |
| 16:00:00 | | |
| 16:00:02 | | |
| 16:00:06 | | |
| 16:00:16 | | |
| 16:00:17 | | |

| Page 224 | |
|---|---|
| 16:00:23 | |
| 16:00:24 | |
| 16:00:27 | |
| 16:00:27 | |
| 16:00:36 | |
| 16:00:37 | |
| 16:00:42 | |
| 16:00:45 | |
| 16:00:52 | |
| 16:00:57 | |
| 16:01:01 | |
| 16:01:02 | |
| 16:01:03 | |
| 16:01:09 | |
| 16:01:11 | |
| 16:01:21 | |
| 16:01:23 | |
| 16:01:26 | |
| 16:01:29 | |
| 16:01:32 | |
| 16:01:35 | |
| 16:01:36 | |
| 16:01:41 | |
| 16:01:42 | |
| 16:01:45 | |

| Page 225 | |
|---|---|
| 16:01:46 | |
| 16:01:47 | |
| 16:01:50 | |
| 16:02:15 | |
| 16:02:17 | |
| 16:02:22 | |
| 16:02:26 | |
| 16:02:31 | |
| 16:02:33 | |
| 16:02:36 | |
| 16:02:41 | |
| 16:02:48 | |
| 16:02:53 | |
| 16:03:00 | |
| 16:03:05 | |
| 16:03:10 | |
| 16:03:12 | |
| 16:03:13 | |
| 16:03:14 | |
| 16:03:15 | |
| 16:03:17 | |
| 16:03:19 | |
| 16:03:21 | |
| 16:03:30 | |
| 16:03:33 | |

57 (Pages 222 to 225)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 238 | Page 240 |
|---|---|
| 16:37:21 | 16:39:23 |
| 16:37:21 | 16:39:24 |
| 16:37:23 | 16:39:31 |
| 16:37:26 | 16:39:34 |
| 16:37:29 | 16:39:39 |
| 16:37:33 | 16:39:47 |
| 16:37:37 | 16:39:49 |
| 16:37:41 | 16:39:54 |
| 16:37:45 | 16:39:56 |
| 16:37:52 | 16:40:00 |
| 16:37:54 | 16:40:03 |
| 16:37:58 | 16:40:05 |
| 16:37:59 | 16:40:12 |
| 16:38:00 | 16:40:19 |
| 16:38:03 | 16:40:24 |
| 16:38:04 | 16:40:28 |
| 16:38:06 | 16:40:29 |
| 16:38:06 | 16:40:29 |
| 16:38:08 | 16:40:32 |
| 16:38:09 | 16:40:34 |
| 16:38:11 | 16:40:39 |
| 16:38:16 | 16:40:41 |
| 16:38:21 | 16:40:44 |
| 16:38:26 | 16:40:47 |
| 16:38:29 | 16:40:50 |

**Page 239**

| | Page 241 |
|---|---|

| 16:38:31 | 16:40:54 | | |
|---|---|---|---|
| 16:38:33 | 16:40:57 | | |
| 16:38:34 | 16:41:05 | | |
| 16:38:35 | 16:41:06 | 4 | MR. PICKETT: Q. Okay. Let me ask you |
| 16:38:36 | 16:41:07 | 5 | this more simply: What is the probability of A or |
| 16:38:44 | 16:41:10 | 6 | B occurring if the probability of A is 10 percent |
| 16:38:44 | 16:41:13 | 7 | and the probability of B is 10 percent? |
| 16:38:48 | 16:41:15 | 8 | MR. WILKES: Objection. Form. Incomplete |
| 16:38:51 | 16:41:17 | 9 | hypothetical, calls for speculation, vague and |
| 16:38:53 | 16:41:17 | 10 | ambiguous. |
| 16:38:54 | 16:41:22 | 11 | THE WITNESS: Well, it's the sum of the |
| 16:38:55 | 16:41:23 | 12 | probabilities minus the probability of the joint |
| 16:38:57 | 16:41:26 | 13 | event. So it would be -- if my mental arithmetic |
| 16:39:00 | 16:41:30 | 14 | is right, it would be 19 percent. |
| 16:39:00 | 16:41:59 | | |
| 16:39:02 | 16:42:00 | | |
| 16:39:03 | 16:42:10 | | |
| 16:39:04 | 16:42:14 | | |
| 16:39:08 | 16:42:17 | | |
| 16:39:10 | 16:42:21 | | |
| 16:39:14 | 16:42:25 | | |
| 16:39:14 | 16:42:28 | | |
| 16:39:16 | 16:42:30 | | |
| 16:39:18 | 16:42:31 | | |
| 16:39:21 | 16:42:33 | | |

61  (Pages  238  to  241)

BRUCE SPENCER, PH.D.    June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 250

| | |
|---|---|
| 16:55:30 | |
| 16:55:32 | |
| 16:55:56 | |
| 16:56:30 | |
| 16:56:31 | |
| 16:56:32 | |
| 16:56:40 | |
| 16:56:45 | |
| 16:57:02 | |
| 16:57:14 | |
| 16:57:23 | |
| 16:57:28 | |
| 16:57:31 | |
| 16:57:36 | |
| 16:57:40 | |
| 16:57:42 | |
| 16:57:49 | |
| 16:57:52 | |
| 16:57:53 | |
| 16:58:11 | |
| 16:58:13 | |
| 16:58:20 | |
| 16:58:24 | |
| 16:58:27 | |
| 16:58:35 | |

Page 252

| | | |
|---|---|---|
| 16:59:55 | 1 | MR. WILKES: Same objection. |
| 16:59:57 | 2 | THE WITNESS: My inclination is borne of |
| 17:00:00 | 3 | my experience as a practicing statistician. |
| 17:00:05 | | |
| 17:00:07 | | |
| 17:00:10 | | |
| 17:00:12 | | |
| 17:00:14 | | |
| 17:00:17 | | |
| 17:00:18 | | |
| 17:00:19 | | |
| 17:00:21 | | |
| 17:00:26 | | |
| 17:00:29 | | |
| 17:00:31 | | |
| 17:00:32 | | |
| 17:00:33 | | |
| 17:00:34 | | |
| 17:00:36 | | |
| 17:00:40 | : | |
| 17:00:53 | : | |
| 17:00:57 | : | |
| 17:01:03 | : | |
| 17:01:07 | : | |
| 17:01:13 | : | |

Page 251

| | | |
|---|---|---|
| 16:58:36 | | |
| 16:58:41 | | |
| 16:58:42 | | |
| 16:58:42 | | |
| 16:58:45 | | |
| 16:58:47 | | |
| 16:58:50 | | |
| 16:58:52 | | |
| 16:58:55 | | |
| 16:59:01 | | |
| 16:59:06 | | |
| 16:59:09 | | |
| 16:59:11 | | |
| 16:59:18 | | |
| 16:59:19 | | |
| 16:59:23 | | |
| 16:59:25 | | |
| 16:59:29 | | |
| 16:59:30 | | |
| 16:59:34 | | |
| 16:59:37 | | |
| 16:59:42 | | |
| 16:59:44 | 23 | Q. So your inclination has no basis? |
| 16:59:52 | 24 | MR. WILKES: Objection. Form. |
| 16:59:54 | 25 | MR. PICKETT: Q. Right? |

Page 253

| | | |
|---|---|---|
| 17:01:17 | | |
| 17:01:19 | | |
| 17:01:23 | | |
| 17:01:26 | | |
| 17:01:29 | | |
| 17:01:31 | | |
| 17:01:32 | | |
| 17:01:36 | | |
| 17:01:46 | | |
| 17:01:47 | | |
| 17:01:51 | | |
| 17:01:53 | | |
| 17:02:00 | | |
| 17:02:02 | 14 | MR. PICKETT: Q. Based on what you know, |
| 17:02:04 | 15 | are you able to say whether or not his precision |
| 17:02:08 | 16 | ranges are precise enough? |
| 17:02:11 | 17 | MR. WILKES: Same objection. |
| 17:02:12 | 18 | MR. PICKETT: Q. For the purposes of this |
| 17:02:13 | 19 | case? |
| 17:02:13 | 20 | MR. WILKES: Same objections. |
| 17:02:18 | 21 | THE WITNESS: Without knowing the purposes |
| 17:02:19 | 22 | of the case or having seen how the numbers are |
| 17:02:22 | 23 | going to be used, I can't answer your question and |
| 17:02:25 | 24 | say I know, no. So the answer is, I don't know. |
| 17:02:34 | 25 | At this point. |

64  (Pages 250 to 253)

BRUCE SPENCER, PH.D.     June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 254

| 17:02:41 | 1 | If I had more information about the use, I |
| 17:02:43 | 2 | might be able to answer. |
| 17:02:45 | | |
| 17:02:47 | | |
| 17:03:04 | | |
| 17:03:05 | | |
| 17:03:08 | | |
| 17:03:12 | | |
| 17:03:16 | | |
| 17:03:17 | | |
| 17:03:19 | | |
| 17:03:35 | | |
| 17:03:37 | | |
| 17:03:41 | | |
| 17:03:46 | | |
| 17:03:48 | | |
| 17:03:52 | | |
| 17:03:54 | | |
| 17:03:56 | | |
| 17:03:57 | | |
| 17:04:04 | | |
| 17:04:19 | | |
| 17:04:49 | | |
| 17:04:52 | | |
| 17:04:56 | | |

Page 255

17:04:58
17:05:09
17:05:12
17:05:21
17:05:27
17:05:31
17:05:35
17:05:40
17:05:44
17:05:48
17:05:51
17:05:55
17:05:57
17:06:01
17:06:02
17:06:04
17:06:06
17:06:13
17:06:16
17:06:18
17:06:19
17:06:21
17:06:24
17:06:25
17:06:26

Page 256

17:06:28
17:06:32
17:06:35
17:06:36
17:06:40
17:06:43
17:06:45
17:06:51
17:06:55
17:06:57
17:07:01
17:07:03
17:07:05
17:07:06
17:07:09
17:07:13
17:07:15
17:07:18
17:07:22
17:07:22
17:07:25
17:07:29
17:07:37
17:07:39
17:07:43

Page 257

17:07:43
17:07:44
17:07:45
17:07:49
17:07:51
17:08:01
17:08:05
17:08:10
17:08:11
17:08:19
17:08:20
17:08:23
17:08:27
17:08:39
17:08:40
17:08:49
17:08:56
17:09:01
17:09:04
17:09:10
17:09:13
17:09:19
17:09:22
17:09:22
17:09:25

65  (Pages 254 to 257)

Merrill Legal Solutions
(800) 869-9132

BRUCE SPENCER, PH.D.     June 4, 2010
HIGHLY   CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | Page 258 |
|---|---|---|
| 17:09:28 | | |
| 17:09:34 | | |
| 17:09:37 | | |
| 17:09:39 | | |
| 17:09:40 | | |
| 17:09:43 | | |
| 17:09:45 | | |
| 17:09:46 | | |
| 17:09:47 | | |
| 17:09:54 | | |
| 17:09:57 | | |
| 17:10:02 | | |
| 17:10:06 | 13 | Q. Let me ask you, please, to turn to |
| 17:10:08 | 14 | paragraph 8.1 of your report, on page 42. |
| 17:10:44 | 15 | On page 43, continuing on with paragraph |
| 17:10:49 | 16 | 8.1, you state that some of Dr. Levy's statements |
| 17:11:07 | 17 | are, quote, "misleading statements about |
| 17:11:10 | 18 | percentages." Do you see that? |
| 17:11:16 | 19 | A. I see that. |
| 17:11:16 | 20 | Q. What did you mean by that? |
| 17:11:21 | 21 | A. What I meant was that Dr. Levy is offering |
| 17:11:25 | 22 | his percentages as unconditional truth, while he's |
| 17:11:31 | 23 | ignoring sampling error and any even potential for |
| 17:11:35 | 24 | measurement error by Mandiant. He's just offering |
| 17:11:38 | 25 | them as, this is what the actual true percentages |

| | | Page 259 |
|---|---|---|
| 17:11:42 | 1 | are. |
| 17:11:43 | | |
| 17:11:47 | | |
| 17:11:50 | | |
| 17:11:52 | | |
| 17:11:57 | | |
| 17:12:01 | | |
| 17:12:04 | | |
| 17:12:06 | | |
| 17:12:10 | | |
| 17:12:13 | | |
| 17:12:16 | | |
| 17:12:17 | | |
| 17:12:20 | | |
| 17:12:25 | | |
| 17:12:30 | | |
| 17:12:49 | | |
| 17:12:53 | | |
| 17:12:59 | | |
| 17:13:06 | | |
| 17:13:08 | | |
| 17:13:10 | | |
| 17:13:13 | | |
| 17:13:19 | | |
| 17:13:21 | | |

| | Page 260 |
|---|---|
| 17:13:23 | |
| 17:13:33 | |
| 17:13:36 | |
| 17:13:38 | |
| 17:13:41 | |
| 17:13:42 | |
| 17:13:44 | |
| 17:13:47 | |
| 17:13:49 | |
| 17:13:51 | |
| 17:13:51 | |
| 17:13:53 | |
| 17:13:55 | |
| 17:13:58 | |
| 17:14:02 | |
| 17:14:06 | |
| 17:14:09 | |
| 17:14:14 | |
| 17:14:18 | |
| 17:14:21 | |
| 17:14:23 | |
| 17:14:28 | |
| 17:14:31 | |
| 17:14:35 | |
| 17:14:36 | |

| | Page 261 |
|---|---|
| 17:14:39 | |
| 17:14:40 | |
| 17:14:44 | |
| 17:14:47 | |
| 17:14:48 | |
| 17:14:51 | |
| 17:14:54 | |
| 17:14:59 | |
| 17:15:01 | |
| 17:15:03 | |
| 17:15:07 | |
| 17:15:10 | |
| 17:15:14 | |
| 17:15:17 | |
| 17:15:19 | |
| 17:15:23 | |
| 17:15:25 | |
| 17:15:27 | |
| 17:15:28 | |
| 17:15:29 | |
| 17:15:31 | |
| 17:15:39 | |
| 17:15:40 | |
| 17:15:46 | |
| 17:15:47 | |

66 (Pages 258 to 261)

Merrill Legal Solutions
(800) 869-9132

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 278 |
| --- |
| 17:50:56 |
| 17:50:56 |
| 17:50:58 |
| 17:51:00 |
| 17:51:03 |
| 17:51:06 |
| 17:51:11 |
| 17:51:12 |
| 17:51:13 |
| 17:51:17 |
| 17:51:24 |
| 17:51:26 |
| 17:51:29 |
| 17:51:31 |
| 17:51:38 |
| 17:51:39 |
| 17:51:41 |
| 17:51:42 |
| 17:51:46 |
| 17:51:50 |
| 17:51:52 |
| 17:51:55 |
| 17:52:01 |
| 17:52:04 |
| 17:52:05 |

| Page 280 |
| --- |
| 17:53:37 |
| 17:53:38 |
| 17:53:42 |
| 17:53:45 |
| 17:53:51 |
| 17:53:54 |
| 17:54:13 |
| 17:54:33 |
| 17:54:35 |
| 17:54:37 |
| 17:54:39 |
| 17:54:45 |
| 17:54:51 |
| 17:54:56 |
| 17:54:57 |
| 17:54:59 |
| 17:55:01 |
| 17:55:05 |
| 17:55:11 |
| 17:55:16 |
| 17:55:18 |
| 17:55:22 |
| 17:55:24 |
| 17:55:26 |
| 17:55:31 |

| Page 279 |
| --- |
| 17:52:07 |
| 17:52:09 |
| 17:52:11 |
| 17:52:12 |
| 17:52:16 |
| 17:52:19 |
| 17:52:26 |
| 17:52:35 |
| 17:52:38 |
| 17:52:43 |
| 17:52:45 |
| 17:52:48 |
| 17:52:53 |
| 17:53:00 |
| 17:53:07 |
| 17:53:12 |
| 17:53:13 |
| 17:53:15 |
| 17:53:19 |
| 17:53:21 |
| 17:53:23 |
| 17:53:25 |
| 17:53:28 |
| 17:53:32 |
| 17:53:34 |

| Page 281 | | |
| --- | --- | --- |
| 17:55:37 | | |
| 17:55:46 | | |
| 17:55:49 | | |
| 17:55:52 | | |
| 17:55:55 | | |
| 17:55:56 | | |
| 17:55:58 | | |
| 17:55:59 | | |
| 17:56:01 | | |
| 17:56:06 | | |
| 17:56:11 | | |
| 17:56:13 | | |
| 17:56:15 | | |
| 17:56:20 | | |
| 17:56:23 | | |
| 17:56:27 | | |
| 17:56:29 | | |
| 17:56:33 | 18 | Q. Is it too low? |
| 17:56:35 | | |
| 17:56:37 | | |
| 17:56:39 | | |
| 17:56:42 | | |
| 17:56:43 | | |
| 17:56:44 | | |
| 17:56:45 | | |

71 (Pages 278 to 281)

BRUCE SPENCER, PH.D.     June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 282

| Time | Line | Text |
|---|---|---|
| 17:56:46 | | |
| 17:56:47 | | |
| 17:56:49 | | |
| 17:56:49 | | |
| 17:56:50 | | |
| 17:56:50 | | |
| 17:56:51 | | |
| 17:56:52 | | |
| 17:56:54 | | |
| 17:56:54 | 10 | A. I don't know what purposes we're talking |
| 17:56:56 | 11 | about. For some purposes it would be too low, and |
| 17:56:58 | 12 | for other purposes it might not matter. It's |
| 17:57:00 | 13 | context-dependent. Can't say that it's too low for |
| 17:57:04 | 14 | all purposes. |
| 17:57:06 | 15 | Q. Well, is it too low for purposes of this |
| 17:57:08 | 16 | case? Do you know? |
| 17:57:09 | 17 | MR. WILKES: Objection -- |
| 17:57:09 | 18 | THE WITNESS: I don't know all the |
| 17:57:10 | 19 | purposes to which this is going ton used in this |
| 17:57:12 | 20 | case. |
| 17:57:13 | 21 | MR. PICKETT: Q. Do you know any of the |
| 17:57:14 | 22 | purposes? |
| 17:57:14 | 23 | MR. WILKES: Objection. Form. |
| 17:57:16 | 24 | THE WITNESS: Not as I sit here, no. |
| 17:57:18 | | |

Page 283

| Time |
|---|
| 17:57:18 |
| 17:57:20 |
| 17:57:21 |
| 17:57:22 |
| 17:57:23 |
| 17:57:29 |
| 17:57:29 |
| 17:57:32 |
| 17:57:35 |
| 17:57:35 |
| 17:57:42 |
| 17:57:46 |
| 17:57:57 |
| 17:57:59 |
| 17:58:07 |
| 17:58:09 |
| 17:58:14 |
| 17:58:18 |
| 17:58:20 |
| 17:58:21 |
| 17:58:22 |
| 17:58:23 |
| 17:58:25 |
| 17:58:25 |
| 17:58:27 |

Page 284

| Time |
|---|
| 17:58:28 |
| 17:58:29 |
| 17:58:33 |
| 17:58:34 |
| 17:58:39 |
| 17:58:42 |
| 17:58:44 |
| 17:58:46 |
| 17:58:47 |
| 17:58:50 |
| 17:58:54 |
| 17:58:55 |
| 17:58:55 |
| 17:59:00 |
| 17:59:04 |
| 17:59:09 |
| 17:59:10 |
| 17:59:12 |
| 17:59:13 |
| 17:59:14 |
| 17:59:16 |
| 17:59:17 |
| 17:59:17 |
| 17:59:19 |
| 17:59:21 |

Page 285

| Time |
|---|
| 17:59:22 |
| 17:59:25 |
| 17:59:27 |
| 17:59:31 |
| 17:59:32 |
| 17:59:33 |
| 17:59:37 |
| 17:59:39 |
| 17:59:51 |
| 17:59:53 |
| 17:59:55 |
| 17:59:56 |
| 17:59:59 |
| 18:00:00 |
| 18:00:00 |
| 18:00:01 |
| 18:00:03 |
| 18:00:06 |
| 18:00:07 |
| 18:00:09 |
| 18:00:12 |
| 18:00:17 |
| 18:00:22 |
| 18:00:23 |
| 18:00:23 |

72 (Pages 282 to 285)

BRUCE SPENCER, PH.D.      June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 286

18:00:26
18:00:27
18:00:29
18:00:30
18:00:33
18:00:34
18:00:36
18:00:37
18:00:37
18:00:38
18:00:39
18:00:41
18:00:43
18:00:44
18:00:46
18:00:48
18:00:51
18:00:58
18:00:58
18:01:05
18:01:09
18:01:12
18:01:13
18:01:17
18:01:20

Page 287

18:01:23
18:01:25
18:01:29
18:01:33
18:01:36
18:01:37
18:01:40
18:01:44
18:01:45
18:01:53
18:01:59
18:02:01
18:02:05
18:02:07
18:02:11
18:02:13
18:02:16
18:02:24
18:02:27
18:02:29
18:02:30
18:02:31
18:02:35
18:02:40
18:02:43

Page 288

18:02:49
18:02:51
18:02:53
18:02:57
18:02:59
18:03:00
18:03:01
18:03:02
18:03:07
18:03:07
18:03:14
18:03:15
18:03:17
18:03:18
18:03:19
18:03:21
18:03:22
18:03:23
18:03:26
18:03:29
18:03:35
18:03:38
18:03:41
18:03:44
18:03:52

Page 289

18:03:56
18:03:59
18:04:22
18:04:28
18:04:31
18:04:33
18:04:33
18:04:36
18:04:37
18:04:39
18:04:42
18:04:44
18:04:46
18:04:51
18:04:54
18:04:57
18:05:01
18:05:05
18:05:07
18:05:10
18:05:13
18:05:17
18:05:19
18:05:21      24      Q.  Why did you ask to have fewer samples done
18:05:23      25      in the bootstrap?

73  (Pages 286 to 289)

BRUCE SPENCER, PH.D.    June 4, 2010
HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 290

| | | |
|---|---|---|
| 18:05:24 | 1 | A. Because the computations were taking too |
| 18:05:27 | 2 | long, and we wanted to get you the results before |
| 18:05:31 | 3 | my deposition. |
| 18:05:33 | 4 | Q. So you did it to reduce the time and |
| 18:05:36 | 5 | effort that was put into the exercise? |
| 18:05:38 | 6 | A. Yes. We were under a significant time |
| 18:05:41 | 7 | constraint. |

18:05:42
18:05:45
18:05:48
18:05:49
18:05:52
18:05:53
18:05:55
18:05:56
18:05:58
18:06:00
18:06:02
18:06:08
18:06:10
18:06:16
18:06:19
18:06:21
18:06:24
18:06:24

Page 291

18:06:26
18:06:29
18:06:32
18:06:34
18:06:37
18:06:40
18:07:03
18:07:05
18:07:08
18:07:10
18:07:10
18:07:14
18:07:16
18:07:21
18:07:28
18:07:31
18:07:59
18:08:08
18:08:11
18:08:12
18:08:16
18:08:18
18:08:22
18:08:23
18:08:24

Page 292

18:08:26
18:08:28
18:08:31
18:08:35
18:08:38
18:08:41
18:08:43
18:08:44
18:08:46
18:08:47
18:08:49
18:08:52
18:08:55
18:08:59
18:09:03
18:09:06
18:09:07
18:09:09
18:09:14
18:09:15
18:09:20
18:09:21
18:09:26
18:09:42
18:09:43

Page 293

18:09:46
18:09:50
18:09:52
18:09:54
18:09:54
18:09:56
18:09:58
18:10:00
18:10:02
18:10:03
18:10:03
18:10:04
18:10:05
18:10:09
18:10:10
18:10:12
18:10:14
18:10:15
18:10:16
18:10:18
18:10:20
18:10:23
18:10:32
18:10:38
18:10:39

74  (Pages 290 to 293)

1           CERTIFICATE OF REPORTER

2       I, HOLLY THUMAN, a Certified Shorthand

3   Reporter, hereby certify that the witness in the

4   foregoing deposition was by me duly sworn to tell

5   the truth, the whole truth, and nothing but the

6   truth in the within-entitled cause;

7       That said deposition was taken down in

8   shorthand by me, a disinterested person, at the time

9   and place therein state, and that the testimony of

10  said witness was thereafter reduced to typewriting,

11  by computer, under my direction and supervision;

12      That before completion of the deposition review

13  of the transcript [X] was [ ] was not requested.  If

14  requested, any changes made by the deponent (and

15  provided to the reporter) during the period allowed

16  are appended hereto.

17      I further certify that I am not of counsel or

18  attorney for either or any of the parties to the

19  said deposition, nor in any way interested in the

20  event of this cause, and that I am not related to

21  any of the parties thereto.

22

23  DATED:  _June 8, 2010_

24  _____

        HOLLY THUMAN, CSR

25