BINGHAM McCUTCHEN LLP

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com
STEVEN C. HOLTZMAN (SBN 144177)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
sholtzman@bsfllp.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., *et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>SAP AG, *et al.*,<br><br>　　　　　　Defendants. | CASE NO.  07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF BUFFY B. RANSOM IN SUPPORT OF PLAINTIFFS' MOTION PURSUANT TO 17 U.S.C. § 410(c)**<br><br>Date:　　September 29, 2010<br>Time:　　9:00 am<br>Place:　　3rd Floor, Courtroom 3<br>Judge:　　Hon. Phyllis J. Hamilton |

Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BUFFY B. RANSOM IN SUPPORT OF PLAINTIFFS' MOTION PURSUANT TO 17 U.S.C. § 410(c)
A/73466254.6/2021039-0000324170

I, Buffy B. Ransom, declare:

1. I am employed by Oracle America, the successor to Oracle USA, one of the Plaintiffs in this action. I am the Vice President of Global Support Services for software products. The statements in this declaration are based on my personal knowledge, and I could and would testify competently to them if called upon to do so.

2. I began my employment with J.D. Edwards & Company ("J.D. Edwards") in June 1993. When PeopleSoft, Inc. acquired J.D. Edwards in 2003, I became a PeopleSoft employee. When Oracle acquired PeopleSoft in 2005, I became an Oracle employee. When I joined J.D. Edwards in 1993, J.D. Edwards was an enterprise software company headquartered in Denver, CO. From 1993 until it was acquired by PeopleSoft, J.D. Edwards created and updated enterprise software applications, and licensed those enterprise software applications to its customers. After the acquisition by PeopleSoft, J.D. Edwards has continued to develop and distribute enterprise software applications, as a division of PeopleSoft and then Oracle.

3. From 1993 to the present, my job responsibilities have included support services for J.D. Edwards software. As part of my support responsibilities, I have always understood the overall architecture of the J.D. Edwards product lines and have had input into those products over time. Also as part of my support responsibilities, I have supervised other employees who worked with the development organization as it designed and developed the J.D. Edwards software.

4. From 1993 through at least 2003, based on my involvement with the development organization at J.D. Edwards, I understood that senior management in that development organization had responsibility for deciding, and control over, the features and functionality for J.D. Edwards software. For example, in 1995 I participated in discussions with special development teams regarding their efforts to add particular features and functionality to J.D. Edwards software. I remember from these discussions that while the developers themselves had discretion in how to design and implement those features and functionality, the development teams worked under direction from senior management within the development organization as to what features and functionality to program.

5.  In the 1990s, J.D. Edwards' flagship enterprise software product was called J.D. Edwards World. At that time, J.D. Edwards World ran only on IBM System/38 or AS/400 computer servers. Users typically accessed the software through "green screen" dummy terminals. World allowed companies to automate their business processes, including distribution, financial management, human resources and manufacturing processes.

6.  Starting in approximately 1996, J.D. Edwards began developing a new product it then called J.D. Edwards OneWorld, which is now referred to as EnterpriseOne. J.D. Edwards EnterpriseOne was a re-write of the then-current J.D. Edwards World software version (A7.3) in more modern programming languages. Early versions of J.D. Edwards EnterpriseOne, in sequence, were numbered B732, B7321, B7322, B733, B7331, B7332, XE. EnterpriseOne XE was followed by EnterpriseOne 8.0, 8.9, 8.10, 8.11, 8.11 SP1, and 8.12.

7.  Since 1993, hundreds of developers have worked to create each new version of J.D. Edwards software. Simultaneously, dozens of developers work to continually address new functionality, fix bugs, and create updates that get sent out to licensed customers for existing versions. On a periodic basis, approximately annually between 1993 and 2003, J.D. Edwards released new versions of its software. Each of these new versions incorporated all or almost all of the new functionality, bug fixes, and updates that had been sent out for the prior version. Each of these new versions therefore reflected the full-time work, over the course of a approximately year, of hundreds of developers adding new features and functionality to the software.

8.  From 1993 until PeopleSoft's acquisition of J.D. Edwards in 2003, I understood that J.D. Edwards employees signed a standard form of employment agreement that had as one purpose to protect J.D. Edwards' intellectual property. Pursuant to what I understood was the standard human resources policy in place for J.D. Edwards employees between at least 1993 and 2003, I reviewed and signed the standard form of employment agreement when I began employment at J.D. Edwards.

9.  Since at least 1993 and through the acquisition of J.D. Edwards by PeopleSoft, J.D. Edwards' regular practice has been to state, in the software code itself, and

3                             Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BUFFY B. RANSOM IN SUPPORT OF PLAINTIFFS' MOTION PURSUANT TO 17 U.S.C. § 410(c)
A/73466254.6/2021039-0000324170

1  documentation, and in release notes, that J.D. Edwards was the owner of J.D. Edwards World,
2  J.D. Edwards EnterpriseOne and J.D. Edwards EnterpriseOne software.
3        I declare under penalty of perjury under the laws of the United States that the
4  foregoing facts are true and correct, and that this Declaration was executed on August 18, 2010,
5  in Redwood Shores, California.

                                                _____
                                                        Buffy B. Ransom

4      Case No. 07-CV-01658 PJH (EDL)

DECLARATION OF BUFFY B. RANSOM IN SUPPORT OF PLAINTIFFS' MOTION PURSUANT TO 17 U.S.C. § 410(c)
A/73466254.6/2021039-0000324170