| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP | JONES DAY |
|   | DONN P. PICKETT (SBN 72257) | ROBERT A. MITTELSTAEDT (SBN 060359) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) | JASON McDONELL (SBN 115084) |
|   | HOLLY A. HOUSE (SBN 136045) | ELAINE WALLACE (SBN 197882) |
| 3 | ZACHARY J. ALINDER (SBN 209009) | 555 California Street, 26th Floor |
|   | BREE HANN (SBN 215695) | San Francisco, CA  94104 |
| 4 | Three Embarcadero Center | Telephone:    (415) 626-3939 |
|   | San Francisco, CA  94111-4067 | Facsimile:    (415) 875-5700 |
| 5 | Telephone:  (415) 393-2000 | ramittelstaedt@jonesday.com |
|   | Facsimile:  (415) 393-2286 | jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com | ewallace@jonesday.com |
|   | geoff.howard@bingham.com | |
| 7 | holly.house@bingham.com | JONES DAY |
|   | zachary.alinder@bingham.com | THARAN GREGORY LANIER (SBN 138784) |
| 8 | bree.hann@bingham.com | JANE L. FROYD (SBN 220776) |
|   |   | 1755 Embarcadero Road |
| 9 | BOIES, SCHILLER & FLEXNER LLP | Palo Alto, CA  94303 |
|   | DAVID BOIES (Admitted *Pro Hac Vice*) | Telephone:    (650) 739-3939 |
| 10 | 333 Main Street | Facsimile:    (650) 739-3900 |
|   | Armonk, NY 10504 | tglanier@jonesday.com |
| 11 | Telephone: (914) 749-8200 | jfroyd@jonesday.com |
|   | dboies@bsfllp.com | |
| 12 | STEVEN C. HOLTZMAN (SBN 144177) | JONES DAY |
|   | 1999 Harrison St., Suite 900 | SCOTT W. COWAN (Admitted *Pro Hac Vice*) |
| 13 | Oakland, CA 94612 | JOSHUA L. FUCHS (Admitted *Pro Hac Vice*) |
|   | Telephone: (510) 874-1000 | 717 Texas, Suite 3300 |
| 14 | sholtzman@bsfllp.com | Houston, TX  77002 |
|   |   | Telephone:    (832) 239-3939 |
| 15 | DORIAN DALEY (SBN 129049) | Facsimile:    (832) 239-3600 |
|   | JENNIFER GLOSS (SBN 154227) | swcowan@jonesday.com |
| 16 | 500 Oracle Parkway, M/S 5op7 | jlfuchs@jonesday.com |
|   | Redwood City, CA  94070 | |
| 17 | Telephone:  650.506.4846 | Attorneys for Defendants |
|   | Facsimile:  650.506.7114 | SAP AG, SAP America, Inc., and |
| 18 | dorian.daley@oracle.com | TomorrowNow, Inc. |
|   | jennifer.gloss@oracle.com | |
| 19 | | |
|   | Attorneys for Plaintiffs | |
| 20 | Oracle USA, Inc., et al. | |

21  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
22  OAKLAND DIVISION

| | | |
|---|---|---|
| 23 | ORACLE USA, INC., *et al.*, | CASE NO.  07-CV-01658 PJH (EDL) |
| 24 | Plaintiffs, | **STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME FOR HEARING OF ORACLE'S MOTION PURSUANT TO 17 U.S.C. § 410(c)** |
|    | v. | |
| 25 | SAP AG, *et al.*, | |
| 26 | Defendants. | |
| 27 |  | **[Fed. R. Civ. Proc. 6(b), Civil L.R. 6-1, 6-2, 7-1, 7-12]** |
| 28 |  | |

Case No. 07-CV-01658 PJH (EDL)

**STIPULATED REQUEST TO CHANGE TIME PER CIV. L.R. 6-2**

**I.   GOOD CAUSE EXISTS TO PERMIT ORACLE'S MOTION PURSUANT TO 17 U.S.C. § 410(c) TO BE HEARD ON SEPTEMBER 30, 2010**

Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited and Siebel Systems, Inc. ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants"; together with Plaintiffs, the "Parties") respectfully submit this Stipulated Request and [Proposed] Order pursuant to Fed. R. Civ. P. 6(b) and Civ. L.R. 6-1, 6-2, 7-1, and 7-12, requesting that the Court permit Oracle's motion pursuant to 17 U.S.C. § 410(c) (the "§ 410(c) Motion") to be heard at the Pretrial Conference set for September 30, 2010.

In their Joint Pretrial Statement, the Parties agreed that "[t]he evidentiary weight to be given to six certificates of copyright registrations (and the factual statements in those registrations) . . . because the copyrights were not registered within five years of first publication" was a disputed point of law to be resolved by the Court.  D.I. 745 at 75:19-23; *see also* 17 U.S.C. § 410(c) (stating that the evidentiary weight to be given to certificates of registration for registrations not made within five years of first publication "shall be within the discretion of the court").  Plaintiffs will file a motion requesting that the Court exercise its discretion with respect to these six certificates of copyright registration.   *See* Declaration of Geoffrey M. Howard in Support of Stipulated Request For Order Changing Time for Hearing of § 410(c) Motion ("Howard Decl."), ¶ 3.

Pursuant to Civ. L.R. 7-2, motions not otherwise excused "must be filed, served and noticed in writing **on the motion calendar of the assigned Judge** for hearing not less than 35 days after service of the motion."  (emphasis added).  Plaintiffs respectfully suggest that setting this motion for hearing on September 30, 2010, during the Parties' Pretrial Conference and in parallel with the current schedule for the parties' *Daubert* motions, would be efficient and convenient for both the Court and the parties.  *See* Howard Decl., ¶¶ 2, 4.  Defendants agreed to this proposed schedule and so stipulate.  *Id.*, ¶ 4.  As September 30, 2010, is not a date on Your Honor's motion calendar, the Parties respectfully submit this Stipulated Request and [Proposed]

1  Order in compliance with Local Rules.  The Parties have not previously requested relief for

2  calendaring the § 410(c) Motion.  *Id.*, ¶ 6.

3  Should Your Honor deny this Stipulated Request and [Proposed] Order, the

4  § 410(c) Motion will be set for September 29, 2010, or as soon thereafter as permitted by the

5  Court.  *See id.*, ¶ 4.  Therefore, the effect of the Stipulated Request and [Proposed] Order would

6  be, at most, to grant Defendants one additional calendar day for their Opposition to § 410(c)

7  Motion, and to grant Plaintiffs one additional calendar day for their Reply in Support of § 410(c)

8  Motion.  *See.*Civ. L.R. 7-3(a) (requiring that any opposition "be served and filed not less than 21

9  days before the hearing date"); *id.* at (c) (requiring that any reply to an opposition "be served and

10 filed not less than 14 days before the hearing date").  The Stipulated Request and [Proposed]

11 Order would therefore not have any significant impact on the schedule for the case.  *See* Howard

12 Decl., ¶ 5.

13 For the reasons stated above and in the accompanying declaration, good cause

14 exists to grant the Stipulated Request and [Proposed] Order, thereby allowing the § 410(c)

15 Motion to be heard on September 30, 2010.

16

17 DATED: August 18, 2010                          BINGHAM McCUTCHEN LLP

18                                                 By:            /s/Geoffrey M. Howard

19                                                      Geoffrey M. Howard
                                                       Attorneys for Plaintiffs
20                                                  Oracle USA, Inc., Oracle International
                                                   Corporation, Oracle EMEA Limited, and
21                                                        Siebel Systems, Inc.

22

23      In accordance with General Order No. 45, Rule X, the above signatory attests that

24 concurrence in the filing of this document has been obtained from the signatory below.

25

26

27

28

3                                       Case No. 07-CV-01658 PJH (EDL)

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME FOR HEARING OF ORACLE'S MOTION
PURSUANT TO 17 U.S.C. § 410(c)

1  DATED: August 18, 2010                    JONES DAY

2
                                             By: _____
3                                                        Greg Lanier
                                                   Attorneys for Defendants
4                                              SAP AG, SAP America, Inc., and
                                                      TomorrowNow, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  Date: August 20, 2010

5  Hon. _____

6  United States _____ Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME FOR HEARING OF ORACLE'S MOTION PURSUANT TO 17 U.S.C. § 410(c)