IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, et al., | No. C-07-01658 PJH (EDL) |
| Plaintiffs, | **ORDER REQUIRING JOINT STATEMENT** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

On August 23, 2010, the parties filed a letter requesting leave to file certain discovery motions on August 31, 2010 for hearing on October 5, 2010. This request comes almost nine months after the discovery cutoff date and only approximately two months before trial. The parties' letter reserves the right to raise the issue of the timeliness of the motions pursuant to Civil Local Rule 7-8. Accordingly, prior to the Court's decision on whether the parties may file these motions, the parties shall file a joint statement explaining why they believe that these proposed motions are timely under Local Rule 7-8. Further, it is unclear from the parties' letter whether there will be a motion to compel, but to the extent applicable, the parties shall also address timeliness pursuant to Civil Local Rule 26-2. The joint statement shall be no longer than ten pages and shall be filed no later than September 1, 2010. If the Court decides to permit the parties to file the proposed motions, it may decide to set a shortened briefing schedule for hearing on the motions on October 5, 2010.

**IT IS SO ORDERED.**

Dated: August 24, 2010

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge