BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
dboies@bsfllp.com
STEVEN C. HOLTZMAN (SBN 144177)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc. *et al*.

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626–3939
Facsimile:  (415) 875–5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:  (650) 739–3939
Facsimile:  (650) 739–3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:  (832) 239–3939
Facsimile:  (832) 239–3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, *et al.*, <br><br> Defendants. | No. 07-CV-01658 PJH (EDL) <br><br> **TRIAL STIPULATION AND [PROPOSED] ORDER NO. 1 REGARDING LIABILITY, DISMISSAL OF CLAIMS, PRESERVATION OF DEFENSES, AND OBJECTIONS TO EVIDENCE AT TRIAL** |

07-CV-01658 PJH (EDL)

1    Pursuant to Local Rule 7-12, Plaintiffs Oracle USA, Inc., Oracle International

2    Corporation and Siebel Systems, Inc. ("Plaintiffs" or "Oracle") and Defendants TomorrowNow,

3    Inc. ("TN"), SAP AG and SAP America, Inc. ("SAP"; and, together with TN, "Defendants";

4    and, all together with Oracle, the "Parties"), jointly submit this Trial Stipulation and [Proposed]

5    Order regarding liability, dismissal of certain claims, the preservation of certain defenses,

6    objections to evidence at trial, and the length of the Parties' evidentiary presentations and

7    arguments.

8    The Parties agree that the terms of this stipulation shall not be binding or effective

9    unless and until the Court accepts the stipulated terms in their entirety.  The Parties reserve the

10   right to withdraw agreement to any or all terms if the Court chooses not to accept any term.

11   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,

12   through their respective counsel of record, as follows:

13   <u>**TRIAL STIPULATION AND PROPOSED ORDER**</u>

14   1.    TN stipulates to all liability on all claims (preserving no defenses,

15   including any raised on summary judgment, but retaining all defenses to damages as described in

16   paragraph 5 below).  TN therefore stipulates to all liability on Oracle's claims for copyright

17   infringement, violations of the Federal Computer Fraud and Abuse Act and California's

18   Computer Data Access and Fraud Act, breach of contract, intentional interference, negligent

19   interference, unfair competition, trespass to chattels, unjust enrichment/restitution and an

20   accounting.  SAP will not contend that Oracle has failed to prove indirect liability as to SAP due

21   to a failure of proof against TN.

22   2.    SAP stipulates to vicarious liability on the copyright claims against TN in

23   their entirety (preserving no defenses, including any raised on summary judgment, but retaining

24   all defenses as to damages as described in  paragraph 5 below) and agrees to guarantee payment

25   of any judgment awarded against TN or SAP.

26   3.    Oracle dismisses with prejudice all claims against SAP except for indirect

27   copyright infringement and except as to any right to appeal any rulings made by the trial court

28   (e.g., saved development costs as a basis for unjust enrichment), which Oracle preserves for all

1    purposes.  Oracle therefore retains claims against SAP for contributory copyright infringement,

2    to which SAP retains all pleaded defenses, including as described in  paragraph 5 below, at the

3    trial scheduled for November 1, 2010.

4           4.      The Parties envision that the jury will be instructed, and the jury verdict

5    form will reflect, that the Parties have stipulated to liability for certain claims against TN and

6    SAP as set forth in  paragraphs 1 and 2 above (which the parties may refer to at any time during

7    trial).  Subject only to the trial time limits set forth in  paragraph 8 below, the Parties may present

8    evidence at trial related to the stipulated claims as background or context for the stipulated

9    claims, and/or as relevant to damages or other claims and defenses not stipulated to or dismissed

10   by the Parties.  The Parties will not object to evidence related to the stipulated claims pursuant to

11   Federal Rules of Evidence 401-403 (including that the evidence is irrelevant, cumulative, unduly

12   time consuming or prejudicial) on grounds that the evidence relates to the stipulated claims.

13   Oracle may not argue to the Court, jury or public that SAP is in fact liable on claims that Oracle

14   agrees to dismiss under paragraph 3, or not pursue under paragraph 7, and SAP may not argue to

15   the Court, jury or public that either (i) TN in fact is not liable on claims stipulated under

16   paragraph 1, or (ii) SAP in fact is not liable on the basis of vicarious liability as stipulated under

17   paragraph 2.

18          5.      SAP and TN retain all defenses to the alleged causation, fact or amount of

19   or entitlement to disgorgement, actual or punitive damages or any other legal or equitable

20   remedy.  For example, on some claim as to which TN had elected not to contest liability, it may

21   still argue that a particular remedy is not available.

22          6.      The Parties preserve their rights to appeal any judgment against them

23   except as to issues or claims to which they have stipulated.

24          7.      Punitive damages remain in the case as to TN.  Oracle agrees not to seek

25   punitive damages against SAP in this case, provided, however, that Oracle may enforce SAP's

26   guarantee to pay any award of punitive damages against TN.

27          8.      The length of trial is shortened to 36 hours per side for presentation of

28   testimony and argument to the jury.

07-CV-01658 PJH (EDL)

1           9.     Defendants agree to entry of an injunction enjoining TN from:

2    (1) infringing Oracle's copyrights in Oracle's PeopleSoft-branded enterprise application

3    software, J.D. Edwards-branded enterprise application software, Siebel-branded enterprise

4    application software, and Oracle's Relational Database Management System software, and

5    related support products; (2) accessing any password-protected Oracle website in any way not

6    compliant with the Terms of Use for that website or with the customer license associated with

7    the log-in credential being used; (3) using any automated downloading program (including Titan,

8    spiders, bots, crawlers and scrapers) on any Oracle website; and (4) interfering with Oracle's

9    customers by offering support for their Oracle products using software or downloads obtained

10   from a different customer generally directed at the stipulated conduct.

11          10.    The Parties reach this stipulation for purposes of this action only, and this

12   stipulation has no force or effect in any other proceeding or jurisdiction.

13        **IT IS SO STIPULATED.**

14   DATED:  September 9, 2010       BINGHAM McCUTCHEN LLP

15              By:_____ /s/ Geoffrey M. Howard_____

16                 Geoffrey M. Howard
                   Attorneys for Plaintiffs
17            Oracle USA, Inc., Oracle International
              Corporation and Siebel Systems, Inc.
18

19        In accordance with General Order No. 45, Rule X, the above signatory attests that

20   concurrence in the filing of this document has been obtained from the signatory below.

21   DATED:  September 9, 2010       JONES DAY

22              By:_____ /s/ Jason McDonell_____

23                 Jason McDonell
                 Attorneys for Defendants
24           SAP AG, SAP America, Inc., and
               TomorrowNow, Inc.

25   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26   Dated:  __September 13_____, 2010

27           _____

28             Phyllis J. Ha[...]
             United States Dis[...]

                              IT IS SO ORDERED
                            Judge Phyllis J. Hamilton

3