| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  (415) 393-2000<br>Facsimile:   (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Telephone:  (914) 749-8200<br>Facsimile:   (914) 749-8300<br>dboies@bsfllp.com<br>STEVEN C. HOLTZMAN (SBN 144177)<br>FRED NORTON (SBN 224725)<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Telephone:  (510) 874-1000<br>Facsimile:   (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA  94070<br>Telephone:  (650) 506-4846<br>Facsimile:   (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., *et al.* | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     (415) 626–3939<br>Facsimile:      (415) 875–5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     (650) 739–3939<br>Facsimile:      (650) 739–3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX  77002<br>Telephone:     (832) 239–3939<br>Facsimile:      (832) 239–3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **ORACLE USA, INC.,** *et al.*,<br><br>            **Plaintiffs,**<br>     v.<br><br>**SAP AG,** *et al.*,<br><br>            **Defendants.** | No. 07-CV-01658 PJH (EDL)<br><br>TRIAL STIPULATION AND [~~PROPOSED~~] ORDER NO. 2 REGARDING CERTAIN FACTS |

Plaintiffs Oracle USA, Inc. ("Oracle USA"), Oracle International Corporation ("OIC"), and Siebel Systems, Inc. ("SSI"; and, together with Oracle USA, and OIC, "Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc ("TN"; and, together with SAP AG and SAP America, Inc., "Defendants"; and, all together with Oracle, the "Parties"), jointly enter this Stipulation and Order (the "Stipulation").

WHEREAS, the Parties seek to narrow the issues in dispute for trial;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, through their respective counsel of record, as follows:

**I.   DEFINITIONS**

1. "Copy," used as a noun, means a reproduction of, a derivative work of, a distribution of, or a public display of at least a portion of any Oracle Enterprise Software, Oracle Database Software, Oracle Install Software or Oracle Updates and Support Materials that embody one or more Stipulated Registered Works.  "Copy," used as a verb, means to reproduce, to create a derivative work from, to distribute, or to publicly display at least a portion of any Oracle Enterprise Software, Oracle Database Software, Oracle Install Software or Oracle Updates and Support Materials that embody one or more Stipulated Registered Works.

2. "Object(s)" are building blocks of the large, enterprise software products at issue in this case.  Objects relevant to this case include COBOL files, SQR files, SQC files, PeopleCode objects, DAT files, DMS files, batch files, configuration files, .c and .h files and others.  Combinations or portions of these Objects are contained within some other files, such as Electronic Software Updates (known as "ESUs"), code changes and paper fixes.

3. "Oracle Database Software" means Oracle's Relational Database Management System software.

4. "Oracle Enterprise Software" means Oracle's J.D. Edwards Software, Oracle's PeopleSoft Software and/or Oracle's Siebel Software, or portions thereof.

5. "Oracle Install Software" means install media in the form of a CD or DVD, an electronic image of a CD or DVD, a binary executable, or a compressed file that, when run or executed, creates one or more instances of Oracle Enterprise Software or Oracle Database

Software.

6. "Oracle's J.D. Edwards Software" means Oracle's J.D. Edwards-branded enterprise application software.

7. "Oracle's PeopleSoft Software" means Oracle's PeopleSoft-branded enterprise application software.

8. "Oracle's Siebel Software" means Oracle's Siebel-branded enterprise application software.

9. "Oracle Updates and Support Materials" means some or all of the program updates, software updates, bug fixes, patches, custom solutions, and instructional materials created or owned by Oracle, or derived from, copied from, or based on any such materials, including any such materials generated or distributed by TN, for PeopleSoft-branded, J.D. Edwards-branded, and Siebel-branded products.

10. "Stipulated Registered Works" means Oracle's copyright registrations for Oracle Enterprise Software, Oracle Database Software and Oracle Updates and Support Materials as listed in Attachment A.

## II. FACTS

### A. Interpretation under the Case Management and Pretrial Order

11. Sections I and II.B-II.C of this Stipulation shall be considered "relevant and undisputed facts to which the parties will stipulate for incorporation into the trial record without the necessity of supporting testimony or exhibits." *See* Case Management and Pretrial Order, Dkt. 84, at 3(a)(iii).

### B. Oracle's Copyright Registrations

12. Oracle USA, together with predecessors-in-interest, or SSI authored each of the Stipulated Registered Works.

13. OIC or SSI owns all of the Stipulated Registered Works.

14. OIC holds exclusive copyright rights in all of the Stipulated Registered Works.

15. TN committed direct copyright infringement with respect to each of the Stipulated Registered Works.

1   16.   SAP America, Inc. is vicariously liable for TN's direct infringement of each of the Stipulated Registered Works.

3   17.   SAP AG is vicariously liable for TN's direct infringement of each of the Stipulated Registered Works.

### C. Copyrightable Subject Matter

18.   Each Stipulated Registered Work includes one or more computer programs or other literary works that are original works of authorship fixed in a tangible medium of expression under the meaning of the copyright law, and is protected under United States copyright law.

19.   Software companies typically create many new versions of their software, and voluminous updates to it that they separately create.  The versions of Oracle Enterprise Software and Oracle Database Software, Copied by TN, may not match exactly the versions of the Oracle Enterprise Software and Oracle Database Software in the Stipulated Registered Works. Nonetheless, the Copies on TN's computers sufficiently match the Stipulated Registered Works to constitute Copies of the Stipulated Registered Works.

20.   Copies made by TN embody particular expressions, protected by the copyright law, that are expressions of ideas found in one or more of the Stipulated Registered Works.  Certain of the Stipulated Registered Works contain Objects and Schema.

21.   Some Objects, including COBOL, SQR, SQC, DAT, .c, and .h files, are protected by United States copyright law.

## III. ADMISSIBILITY OF EVIDENCE

22.   The Parties agree that Attachment A shall be admitted into evidence at trial.

## IV. APPLICABILITY

23.   The Parties reach this stipulation for purposes of this action only, and this stipulation has no force or effect in any other proceeding or jurisdiction.

24.   Nothing in this Stipulation is intended to, or does, alter or change in any way Trial Stipulation and Order No.1 Regarding Liability, Dismissal of Claims, Preservation of Defenses, and Objections to Evidence at Trial (D.I. 866).

| | | |
|---|---|---|
| 1 | DATED:  September 28, 2010 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By:    /s/ Geoffrey M. Howard |
| 4 | | Geoffrey M. Howard<br>Attorneys for Plaintiffs |
| 5 | | Oracle USA, Inc., Oracle International<br>Corporation, and Siebel Systems, Inc. |

6   In accordance with General Order No. 45, Rule X, the above signatory attests that

7   concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 8 | DATED:  September 28, 2010 | JONES DAY |
| 9 | | |
| 10 | | By:    /s/ Scott W. Cowan |
| 11 | | Scott W. Cowan<br>Attorneys for Defendants |
| 12 | | SAP AG, SAP America, Inc., and<br>TomorrowNow, Inc. |

16   **IT IS SO ORDERED**.

18   Dated:  September 29 , 2010

IT IS SO ORDERED

Judge Phyllis J. Hamilton

United States District Court, Northern District of California

1                             ATTACHMENT A

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX-5-456-777 |
| PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |
| PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX-5-993-616 |
| PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX-5-456-780 |
| PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX-5-586-247 |
| PeopleSoft HRMS 7.0 | December 15 1998 | TX 4-792-577 |
| PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| PeopleSoft 8 Student Administration Solutions | November 30, 2001 | TX 5-431-289 |
| PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| PeopleTools 8.4 | August 5, 2002 | TX 5-586-248 |
| PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| PeopleSoft HRMS 8.0 | November 20, 2000 | TX 5-291-440 |
| PeopleTools 8.0 | September 5, 2000 | TX 5-266-222 |
| PeopleSoft Pension Administration 7 | June 21, 1999 | TX 3-772-290 |
| PeopleSoft Payroll 7 | June 22, 1999 | TX 4-501-140 |
| PeopleSoft Payroll Interface 7 | June 22, 1999 | TX 4-501-138 |
| PeopleSoft Time and Labor 7.0 | June 28, 1999 | TX 4-994-866 |
| PeopleSoft Benefits Administration 7.0 | June 15, 1999 | TX 4-258-824 |
| PeopleSoft Human Resources 7 | June 28, 1999 | TX 4-994-865 |
| PeopleSoft Payroll Interface 7 Higher Education | June 28, 1999 | TX 5-013-124 |
| PeopleSoft Time and Labor 7 | June 28, 1999 | TX 5-013-128 |
| PeopleSoft Benefits Administration 7.50 | June 14, 1999 | TX 5-072-090 |
| PeopleSoft Payroll Interface 7.50 | June 21, 1999 | TX 3-772-292 |
| PeopleSoft Pension Administration 7.50 | June 21, 1999 | TX 3-772-291 |
| PeopleSoft Human Resources 7.50 | June 28, 1999 | TX 5-013-123 |
| PeopleSoft Payroll 7.50 | June 28, 1999 | TX 5-013-125 |
| PeopleSoft Time and Labor 7.50 | June 28, 1999 | TX 4-994-867 |

**Table A-1: PeopleSoft Application Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for PeopleSoft Software | July 1, 2009 | TXu1-607-454 |
| PeopleTools Third Party Daylight Saving Time Required Modifications | April 26, 2007 | TX 6-541-019 |
| PeopleTools Third Party Daylight Saving Time Required Modifications (Revised) | April 26, 2007 | TX 6-541-018 |
| PeopleSoft 8.01 & 8.31 Payroll Tax Update 05-F Year-End Processing: Canada | May 2, 2008 | TX 6-838-549 |
| PeopleSoft Payroll 1200457000 - User Documentation | May 2, 2008 | TX 6-838-537 |
| PeopleSoft Application Update Installation Instructions (UPD595817) | May 2, 2008 | TX 6-838-544 |

**Table A-2: Oracle Updates and Support Materials Registrations for Oracle's PeopleSoft-branded Products**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Initial release of JD Edwards EnterpriseOne Xe | April 26, 2007 | TX 6-541-033 |
| Initial release of JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| Initial release of JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| Initial release of JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| Initial release of JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| Initial release of JD Edwards World A7.3 | April 26, 2007 | TX 6-541-029 |
| Initial release of JD Edwards World A8.1 | April 26, 2007 | TX 6-541-047 |
| Current development environment for JD Edwards EnterpriseOne Xe | April 26, 2007 | TXu1-345-109 |
| Current development environment for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TXu1-345-111 |
| Current development environment for JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TXu1-345-112 |
| Current development environment for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TXu1-345-113 |
| Current development environment for JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TXu1-345-114 |
| Current development environment for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TXu1-345-115 |
| Current development environment for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TXu1-346-350 |
| Current development environment for JD Edwards World A7.3 | April 26, 2007 | TXu1-345-110 |
| Current development environment for JD Edwards World A8.1 | May 1, 2007 | TX 6-545-422 |
| Initial release of JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| Initial release of JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| Initial release of JD Edwards World A9.1 | April 26, 2007 | TX 6-541-030 |
| Accounts Payable program | March 7, 1995 | TXu 619-320 |
| Accounts Receivable program | March 7, 1995 | TXu 619-312 |
| Capacity Requirements Planning program | March 7, 1995 | TXu 619-307 |
| Configuration Management program | March 7, 1995 | TXu 619-305 |

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| EDI Interface (6) program | March 7, 1995 | TXu 619-304 |
| Enterprise Facility Planning program | March 7, 1995 | TXu 619-311 |
| Equipment Management (5) program | March 7, 1995 | TXu 619-309 |
| Financial Modeling, Budgeting & Allocations program | March 7, 1995 | TXu 619-321 |
| Financial Reporting (FASTR) program | March 7, 1995 | TXu 619-318 |
| General Ledger & Basic Financial program | March 7, 1995 | TXu 619-310 |
| Inventory Management program | March 7, 1995 | TXu 619-314 |
| Master Production Scheduling program | March 7, 1995 | TXu 619-306 |
| Product Data Management program | March 7, 1995 | TXu 619-317 |
| Purchase Order Processing program | March 7, 1995 | TXu 619-316 |
| Sales Order Processing/Sales Analysis program | March 7, 1995 | TXu 619-315 |
| Shop Floor Control program | March 7, 1995 | TXu 619-303 |
| Warehouse Management program | March 7, 1995 | TXu 619-313 |
| WorldCASE Development Environment program | March 7, 1995 | TXu 619-308 |
| WorldCASE Foundation Environment (3) program | March 7, 1995 | TXu 619-319 |

**Table A-3: J.D. Edwards Application Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Cumulative Update 8 for JD Edwards EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| Cumulative Update 2 for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| Cumulative Update 16 for JD Edwards World A7.3 | April 26, 2007 | TX 6-541-031 |
| Cumulative Update 6 for JD Edwards World A8.1 | May 1, 2007 | TX 6-545-421 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |

**Table A-4: J.D. Edwards Cumulative Update Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |
| Changes to Daylight Savings Time for 2007 (DST) | April 26, 2007 | TX 6-541-025 |
| ESU for JD Edwards EnterpriseOne Xe | May 3, 2007 | TX 6-541-051 |
| ESU for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-046 |
| ESU for JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-036 |
| ESU for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-037 |
| ESU for JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-035 |
| ESU for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| ESU for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| Code Change for JD Edwards World A7.3 | April 26, 2007 | TX 6-541-043 |
| Code Change for JD Edwards World A8.1 | April 26, 2007 | TX 6-541-044 |

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| E1: 07/77: Quantum for Payroll Tax v.280 | April 26, 2007 | TX 6-541-022 |
| E1: 1099: Year 2006 1099 ESUs | April 26, 2007 | TX 6-541-024 |
| EAP WTHD06: 1099 IRS changes for the year 2006 | April 26, 2007 | TX 6-541-023 |
| JD Edwards World -- 1099 Changes for Tax Year 2006 | April 26, 2007 | TX 6-541-026 |
| ECRM89: Common Errors on Mobile Sales | April 26, 2007 | TX 6-541-020 |
| GM--Grants issues resolved by FMS ESA 8.9 Bundle #10-653723 (Oct 06) | April 26, 2007 | TX 6-541-021 |

**Table A-5: Oracle Updates and Support Materials Registrations for Oracle's J.D. Edwards-branded Products[1]**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |
| Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| Siebel 7.5.2 Initial Release and Documentation | June 29, 2009 | TX 6-941-990 |
| Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |
| Siebel 8.0 Initial Release and Documentation | June 29, 2009 | TX 6-942-000 |
| Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |

**Table A-6: Siebel Application Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for Siebel Software | July 1, 2009 | TXu1-607-453 |

**Table A-7: Oracle Updates and Support Materials Registrations for Oracle's Siebel-branded Products**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| Oracle9i Database Enterprise : Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| Oracle Database 10g: Release 2 | June 29, 2009 | TX 6-942-003 |
| Oracle Relational Database Management System (RDBMS): Release 8.0.4 | November 21, 2001 | TX 5-392-842 |
| Oracle Relational Database Management System (RDBMS), Release 8.0.5 | November 21, 2001 | TX 5-392-861 |
| Oracle9i Database Enterprise : Edition Release 1 | June 13, 2003 | TX 5-673-281 |
| Oracle Database 10g: Release 1 | January 16, 2009 | TX 6-938-648 |

**Table A-8: Oracle Database Registrations**

---

[1] The Cumulative Updates, separately listed in Table A-3, are also Oracle Update and Support Materials for Oracle's J.D. Edwards-branded products.