BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
333 Main Street
Armonk, NY 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300
dboies@bsfllp.com
STEVEN C. HOLTZMAN (SBN 144177)
FRED NORTON (SBN 224725)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., *et al.*

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626–3939
Facsimile:      (415) 875–5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739–3939
Facsimile:      (650) 739–3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:     (832) 239–3939
Facsimile:      (832) 239–3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>     **Plaintiffs,**<br>  v.<br><br>SAP AG, *et al.*,<br><br>     **Defendants.** | **No. 07-CV-01658 PJH (EDL)**<br><br>TRIAL STIPULATION AND [~~PROPOSED~~] ORDER NO. 3 REGARDING CERTAIN FACTS |

07-CV-01658 PJH (EDL)

1                Plaintiffs Oracle USA, Inc. ("Oracle USA"), Oracle International Corporation

2  ("OIC"), and Siebel Systems, Inc. ("SSI"; and, together with Oracle USA and OIC, "Oracle")

3  and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc ("TN"; and, together with

4  SAP AG and SAP America, Inc., "Defendants"; and, all together with Oracle, the "Parties"),

5  jointly enter this Stipulation and Order (the "Stipulation").

6                WHEREAS, the Parties seek to narrow the issues in dispute for trial;

7                **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, through their

8  respective counsel of record, as follows:

9  **I.      DEFINITIONS**

10         1.      "Copy," used as a noun, means a reproduction of, a derivative work of, a

11  distribution of, or a public display of at least a portion of any Oracle Enterprise Software, Oracle

12  Database Software, Oracle Install Software or Oracle Updates and Support Materials that

13  embody one or more Stipulated Registered Works.  "Copy," used as a verb, means to reproduce,

14  to create a derivative work from, to distribute, or to publicly display at least a portion of any

15  Oracle Enterprise Software, Oracle Database Software, Oracle Install Software or Oracle

16  Updates and Support Materials that embody one or more Stipulated Registered Works.

17         2.      "Oracle Database Software" means Oracle's Relational Database Management

18  System software.

19         3.      "Oracle Enterprise Software" means Oracle's J.D. Edwards Software, Oracle's

20  PeopleSoft Software, and/or Oracle's Siebel Software, or portions thereof.

21         4.      "Oracle Install Software" means install media in the form of a CD or DVD, an

22  electronic image of a CD or DVD, a binary executable, or a compressed file that, when run or

23  executed, creates one or more instances of Oracle Enterprise Software or Oracle Database

24  Software.

25         5.      "Oracle's J.D. Edwards Software" means Oracle's J.D. Edwards-branded

26  enterprise application software.

27         6.      "Oracle's PeopleSoft Software" means Oracle's PeopleSoft-branded enterprise

28  application software.

1    7.    "Oracle's Siebel Software" means Oracle's Siebel-branded enterprise application

2  software.

3    8.    "Oracle Updates and Support Materials" means some or all of the program

4  updates, software updates, bug fixes, patches, custom solutions, and instructional materials

5  created or owned by Oracle, or derived from, copied from, or based on any such materials,

6  including any such materials generated or distributed by TN, for PeopleSoft-branded, J.D.

7  Edwards-branded, and Siebel-branded products.

8    9.    "Stipulated Registered Works" means Oracle's copyright registrations for Oracle

9  Enterprise Software, Oracle Database Software and Oracle Updates and Support Materials as

10  listed in Attachment A.

11  **II.    FACTS**

12    **A.    Interpretation under the Case Management and Pretrial Order**

13    10.    Sections I and II.B-II.F of this Stipulation shall be considered "relevant and

14  undisputed facts to which the parties will stipulate for incorporation into the trial record without

15  the necessity of supporting testimony or exhibits."  See Case Management and Pretrial Order,

16  Dkt. 84, at 3(a)(iii).

17    **B.    TN's Computers and Network**

18    11.    The counts of software Copies and downloads reflected in this Stipulation are

19  minimum numbers.  The actual numbers may be higher.  TN had software other than Oracle

20  Enterprise Software, Oracle Install Software, Oracle Database Software and Oracle Updates and

21  Support Materials on its systems.  Nothing in this or any other Stipulation shall be construed to

22  mean that any material other than Copies of these Oracle materials matches the Stipulated

23  Registered Works, or any part of the Stipulated Registered Works.

24    12.    TN owned dozens of computers, including servers, desktop computers and laptop

25  computers, on which Oracle Enterprise Software, Oracle Updates and Support Materials and

26  Oracle Database Software were located.

27    13.    After March 1, 2005, Oracle Enterprise Software, Oracle Updates and Support

28  Materials and Oracle Database Software were Copied onto or installed onto TN's computers.

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

1    For example:

2        a.   TN stored at least 214,807 files (over 695 GB in size) and 602 libraries

3             containing Oracle Updates and Support Materials on TN's IBM AS/400

4             computer, which was first brought into service by TN after March 1, 2005.

5        b.   All copies of Oracle's J.D. Edwards Software ever present on TN's AS/400,

6             including those on a server hosted by the AS/400 (the JD-WSVR01), were

7             copied onto or installed on TN's AS/400 after March 1, 2005.

8        c.   All copies of Oracle Updates and Support Materials ever present on TN's

9             AS/400 were copied onto the AS/400 after March 1, 2005.

10       d.   TN stored at least 273,663 files (over 154 GB in size) containing Oracle

11            Updates and Support Materials on TN-FS01, a computer that was not brought

12            into service until after March 1, 2005.

13       e.   All copies of Oracle Enterprise Software, Oracle Database Software, and

14            Oracle Updates and Support Materials ever present on TN-FS01 were copied

15            onto TN-FS01 after March 1, 2005.

16   **C.    Copies of Oracle Enterprise Software**

17       14.    TN obtained Oracle Install Software through its customers.  TN thereafter made

18   Copies of Oracle Enterprise Software using the Oracle Install Software.  TN called these Copies

19   of software "environments."  Some of these environments were made in order to provide service

20   to TN's other customers.

21       15.    Some environments were "live" environments that were complete installations of

22   products such as PeopleSoft HRMS 8.8 or JDE EnterpriseOne XE and were available for

23   immediate use by TN employees.  Others were backups consisting of zipped or compressed

24   Copies that would need to be restored before they were available for use by TN employees.  Both

25   the live and backup environments were Copies of Oracle's Enterprise Software.  When TN

26   restored backup environments onto its computer systems, it made additional Copies of Oracle's

27   Enterprise Software.

28       16.    TN made at least 6,189 Copies of Oracle's PeopleSoft Software.  Each such copy

3

1    constituted an infringement of one or more of the particular Stipulated Registered Works listed in

2    Attachment A, Table A-1.  These 6,189 Copies include at least 566 live environment Copies,

3    3,141 backup Copies, and 2,482 restore Copies.  TN also made at least 29 Copies of Oracle's

4    J.D. Edwards Software, each of which constituted an infringement of one or more of the

5    particular Stipulated Registered Works listed in Attachment A, Tables A-3 and A-4.  And, TN

6    made at least 31 Copies of Oracle's Siebel Software, each of which constituted an infringement

7    of one or more of the particular Stipulated Registered Works listed in Attachment A, Table A-6.

8         **D.      Copies of Oracle Enterprise Software and Oracle Database Software from
              Oracle Install Software**

9

10        17.     TN temporarily stored some electronic Copies of Oracle Install Software on its

11   computer systems in an area it referred to as the "CD Client Jukebox" (the "TN CD Client

12   Jukebox").  TN stored in the TN CD Client Jukebox at least 127 Copies of Oracle Enterprise

13   Software and Oracle Database Software.

14        18.     TN Copied CDs of Oracle Enterprise Software and Oracle Database software,

15   placed its own labels on the Copies, and stored them in a set of binders (the "TN CD Binders").

16   Attachment B is three photographs that fairly and accurately represent the TN CD Binders as

17   they were kept by TN.  TN stored at least 727 Copies of Oracle Enterprise Software or Oracle

18   Database Software in the TN CD Binders.

19        19.     The Copies of Oracle Enterprise Software and Oracle Database Software stored in

20   the TN CD Client Jukebox and the TN CD Binders infringed one or more of the particular

21   Stipulated Registered Works listed in Attachment A, Tables A-1, A-3, A-6 and A-8.

22        **E.      Copies of Oracle Updates and Support Materials and of Component Files**

23        20.     Of the Oracle Updates and Support Materials that TN downloaded from Oracle's

24   websites, at least 826,905 were Copies of Oracle Updates and Support Materials included within

25   the Stipulated Registered Works listed in Attachment A, Tables A-1, A-2, A-5 and A-7.  Many

26   of these Copies constituted infringements of one or more of the particular Stipulated Registered

27   Works listed in Attachment A, Tables A-1, A-2, A-5 and A-7.

28        21.     At least 39,349 Copies made by TN of Oracle Updates and Support Materials

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

1  infringed one or more of the Stipulated Registered Works listed in Attachment A, Tables A-3

2  and A-4, as follows:

3      a. TN made at least 31,334 Copies of Oracle Updates and Support Materials

4        by downloading those Copies in excess of that to which TN customers

5        Merck, Oce Technologies, SPX Cooling, SPX Flow, SPX Weil-McLain,

6        Yazaki North America and Metro Machine had told TN that they were

7        licensed;

8      b. TN made at least 5,442 Copies of Oracle Updates and Support Materials by

9        downloading those Copies from Oracle's website into a generic download

10       library—not a customer-specific library—at TN, and then further Copying

11       them into a customer-labeled folder for at least nine customers, including

12       customer Praxair; and

13     c. TN made at least 2,573 Copies of Oracle Updates and Support Materials by

14       downloading those Copies from Oracle's website and Copying them into a

15       folder for TBC Corp., which provided the download user ID and password

16       to TN, but never became a TN customer.

17   **F.**  **TN's Business Model**

18   22.  TN had access to Oracle Enterprise Software, Oracle Database Software and

19 Oracle Updates and Support Materials, and Install Software embodying many of the Stipulated

20 Registered Works.

21   23.  TN's support for some of its customers involved TN's use of other customers'

22 software.

23   24.  TN infringed some or all of the Stipulated Registered Works after Oracle filed

24 this lawsuit on March 22, 2007.

25 **III.**  **ADMISSIBILITY OF EVIDENCE**

26   25.  The Parties agree that Attachment A and Attachment B shall be admitted into

27 evidence at trial.

28

1    **IV.    APPLICABILITY**

2            26.    The Parties reach this stipulation for purposes of this action only, and this

3    stipulation has no force or effect in any other proceeding or jurisdiction.

4            27.    Nothing in this Stipulation is intended to, or does, alter or change in any way Trial

5    Stipulation And Order No.1 Regarding Liability, Dismissal of Claims, Preservation of Defenses,

6    and Objections to Evidence at Trial (D.I. 866).

7

8    DATED:  September 28, 2010                    BINGHAM McCUTCHEN LLP

9                                                 By:_____/s/ Geoffrey M. Howard_____

10                                                       Geoffrey M. Howard
                                                         Attorneys for Plaintiffs
11                                                 Oracle USA, Inc., Oracle International
                                                     Corporation, and Siebel Systems, Inc.
12

13

14           In accordance with General Order No. 45, Rule X, the above signatory attests that

15   concurrence in the filing of this document has been obtained from the signatory below.

16   DATED:  September 28, 2010                    JONES DAY

17

18                                                 By:_____/s/ Scott W. Cowan_____

19                                                       Scott W. Cowan
                                                         Attorneys for Defendants
20                                                 SAP AG, SAP America, Inc., and
                                                       TomorrowNow, Inc.

21

22

23   **IT IS SO ORDERED**.

24

25   Dated:  September _29_, 2010

26                                                 _____

27                                                 Phyllis J. Hamilton
                                                   United States District Judge
28

6

07-CV-01658 PJH (EDL)

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

1

# ATTACHMENT A

2

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX-5-456-777 |
| PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |
| PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX-5-993-616 |
| PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX-5-456-780 |
| PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX-5-586-247 |
| PeopleSoft HRMS 7.0 | December 15 1998 | TX 4-792-577 |
| PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| PeopleSoft 8 Student Administration Solutions | November 30, 2001 | TX 5-431-289 |
| PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| PeopleTools 8.4 | August 5, 2002 | TX-5-586-248 |
| PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| PeopleSoft HRMS 8.0 | November 20, 2000 | TX 5-291-440 |
| PeopleTools 8.0 | September 5, 2000 | TX 5-266-222 |
| PeopleSoft Pension Administration 7 | June 21, 1999 | TX 3-772-290 |
| PeopleSoft Payroll 7 | June 22, 1999 | TX 4-501-140 |
| PeopleSoft Payroll Interface 7 | June 22, 1999 | TX 4-501-138 |
| PeopleSoft Time and Labor 7.0 | June 28, 1999 | TX 4-994-866 |
| PeopleSoft Benefits Administration 7.0 | June 15, 1999 | TX 4-258-824 |
| PeopleSoft Human Resources 7 | June 28, 1999 | TX 4-994-865 |
| PeopleSoft Payroll Interface 7 Higher Education | June 28, 1999 | TX 5-013-124 |
| PeopleSoft Time and Labor 7 | June 28, 1999 | TX 5-013-128 |
| PeopleSoft Benefits Administration 7.50 | June 14, 1999 | TX 5-072-090 |
| PeopleSoft Payroll Interface 7.50 | June 21, 1999 | TX 3-772-292 |
| PeopleSoft Pension Administration 7.50 | June 21, 1999 | TX 3-772-291 |
| PeopleSoft Human Resources 7.50 | June 28, 1999 | TX 5-013-123 |
| PeopleSoft Payroll 7.50 | June 28, 1999 | TX 5-013-125 |
| PeopleSoft Time and Labor 7.50 | June 28, 1999 | TX 4-994-867 |

**Table A-1: PeopleSoft Application Registrations**

7

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for PeopleSoft Software | July 1, 2009 | TXu1-607-454 |
| PeopleTools Third Party Daylight Saving Time Required Modifications | April 26, 2007 | TX 6-541-019 |
| PeopleTools Third Party Daylight Saving Time Required Modifications (Revised) | April 26, 2007 | TX 6-541-018 |
| PeopleSoft 8.01 & 8.31 Payroll Tax Update 05-F Year-End Processing: Canada | May 2, 2008 | TX 6-838-549 |
| PeopleSoft Payroll 1200457000 - User Documentation | May 2, 2008 | TX 6-838-537 |
| PeopleSoft Application Update Installation Instructions (UPD595817) | May 2, 2008 | TX 6-838-544 |

**Table A-2: Oracle Updates and Support Materials Registrations for Oracle's PeopleSoft-branded Products**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Initial release of JD Edwards EnterpriseOne Xe | April 26, 2007 | TX 6-541-033 |
| Initial release of JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| Initial release of JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| Initial release of JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| Initial release of JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| Initial release of JD Edwards World A7.3 | April 26, 2007 | TX 6-541-029 |
| Initial release of JD Edwards World A8.1 | April 26, 2007 | TX 6-541-047 |
| Current development environment for JD Edwards EnterpriseOne Xe | April 26, 2007 | TXu1-345-109 |
| Current development environment for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TXu1-345-111 |
| Current development environment for JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TXu1-345-112 |
| Current development environment for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TXu1-345-113 |
| Current development environment for JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TXu1-345-114 |
| Current development environment for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TXu1-345-115 |
| Current development environment for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TXu1-346-350 |
| Current development environment for JD Edwards World A7.3 | April 26, 2007 | TXu1-345-110 |
| Current development environment for JD Edwards World A8.1 | May 1, 2007 | TX 6-545-422 |
| Initial release of JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| Initial release of JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| Initial release of JD Edwards World A9.1 | April 26, 2007 | TX 6-541-030 |
| Accounts Payable program | March 7, 1995 | TXu 619-320 |
| Accounts Receivable program | March 7, 1995 | TXu 619-312 |
| Capacity Requirements Planning program | March 7, 1995 | TXu 619-307 |
| Configuration Management program | March 7, 1995 | TXu 619-305 |

8

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| EDI Interface (6) program | March 7, 1995 | TXu 619-304 |
| Enterprise Facility Planning program | March 7, 1995 | TXu 619-311 |
| Equipment Management (5) program | March 7, 1995 | TXu 619-309 |
| Financial Modeling, Budgeting & Allocations program | March 7, 1995 | TXu 619-321 |
| Financial Reporting (FASTR) program | March 7, 1995 | TXu 619-318 |
| General Ledger & Basic Financial program | March 7, 1995 | TXu 619-310 |
| Inventory Management program | March 7, 1995 | TXu 619-314 |
| Master Production Scheduling program | March 7, 1995 | TXu 619-306 |
| Product Data Management program | March 7, 1995 | TXu 619-317 |
| Purchase Order Processing program | March 7, 1995 | TXu 619-316 |
| Sales Order Processing/Sales Analysis program | March 7, 1995 | TXu 619-315 |
| Shop Floor Control program | March 7, 1995 | TXu 619-303 |
| Warehouse Management program | March 7, 1995 | TXu 619-313 |
| WorldCASE Development Environment program | March 7, 1995 | TXu 619-308 |
| WorldCASE Foundation Environment (3) program | March 7, 1995 | TXu 619-319 |

**Table A-3: J.D. Edwards Application Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Cumulative Update 8 for JD Edwards EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| Cumulative Update 2 for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| Cumulative Update 16 for JD Edwards World A7.3 | April 26, 2007 | TX 6-541-031 |
| Cumulative Update 6 for JD Edwards World A8.1 | May 1, 2007 | TX 6-545-421 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |

**Table A-4: J.D. Edwards Cumulative Update Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |
| Changes to Daylight Savings Time for 2007 (DST) | April 26, 2007 | TX 6-541-025 |
| ESU for JD Edwards EnterpriseOne Xe | May 3, 2007 | TX 6-541-051 |
| ESU for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-046 |
| ESU for JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-036 |
| ESU for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-037 |
| ESU for JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-035 |
| ESU for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| ESU for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| Code Change for JD Edwards World A7.3 | April 26, 2007 | TX 6-541-043 |
| Code Change for JD Edwards World A8.1 | April 26, 2007 | TX 6-541-044 |

07-CV-01658 PJH (EDL)

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| E1:  07/77:  Quantum for Payroll Tax v.280 | April 26, 2007 | TX 6-541-022 |
| E1:  1099:  Year 2006 1099 ESUs | April 26, 2007 | TX 6-541-024 |
| EAP WTHD06:  1099 IRS changes for the year 2006 | April 26, 2007 | TX 6-541-023 |
| JD Edwards World -- 1099 Changes for Tax Year 2006 | April 26, 2007 | TX 6-541-026 |
| ECRM89:  Common Errors on Mobile Sales | April 26, 2007 | TX 6-541-020 |
| GM--Grants issues resolved by FMS ESA 8.9 Bundle #10-653723 (Oct 06) | April 26, 2007 | TX 6-541-021 |

**Table A-5: Oracle Updates and Support Materials Registrations for Oracle's J.D. Edwards-branded Products[1]**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |
| Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| Siebel 7.5.2 Initial Release and Documentation | June 29, 2009 | TX 6-941-990 |
| Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |
| Siebel 8.0 Initial Release and Documentation | June 29, 2009 | TX 6-942-000 |
| Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |

**Table A-6: Siebel Application Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for Siebel Software | July 1, 2009 | TXu1-607-453 |

**Table A-7: Oracle Updates and Support Materials Registrations for Oracle's Siebel-branded Products**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| Oracle9i Database Enterprise : Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| Oracle Database 10g: Release 2 | June 29, 2009 | TX 6-942-003 |
| Oracle Relational Database Management System (RDBMS): Release 8.0.4 | November 21, 2001 | TX 5-392-842 |
| Oracle Relational Database Management System (RDBMS), Release 8.0.5 | November 21, 2001 | TX 5-392-861 |
| Oracle9i Database Enterprise : Edition Release 1 | June 13, 2003 | TX 5-673-281 |
| Oracle Database 10g: Release 1 | January 16, 2009 | TX 6-938-648 |

**Table A-8: Oracle Database Registrations**

---

[1] The Cumulative Updates, separately listed in Table A-3, are also Oracle Update and Support Materials for Oracle's J.D. Edwards-branded products.

07-CV-01658 PJH (EDL)

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTACHMENT B**

07-CV-01658 PJH (EDL)

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS