| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>dboies@bsfllp.com<br>STEVEN C. HOLTZMAN (SBN 144177)<br>FRED NORTON (SBN 224725)<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., *et al.* | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626–3939<br>Facsimile: (415) 875–5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739–3939<br>Facsimile: (650) 739–3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239–3939<br>Facsimile: (832) 239–3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | NO. 07-CV-01658PJH (EDL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING DATA<br>PRODUCED BY DEFENDANTS ON<br>MARCH 15, 2010** |

Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Siebel Systems, Inc. (collectively, "Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("TN," and together with SAP AG and SAP America, Inc., "Defendants," and all together with Oracle, the "Parties"), jointly enter this Stipulation Regarding Data Produced by Defendants On March 15, 2010 (the "Stipulation").

WHEREAS, on March 15, 2010, Defendants produced two hard drives to Oracle collected from certain images of machines or media such as DVDs ("Images") used or held by TN's employees previously named by Oracle as discovery custodians in this litigation;[1]

WHEREAS, the Parties have jointly determined that the hard drives produced on March 15, 2010 contained approximately 85,000 files (that when uncompressed contain approximately 385,000 files) that were responsive to Oracle's Discovery Requests and relevant to Oracle's allegations in this litigation;

WHEREAS, the March 15, 2010 production also included approximately 26,000 Instant Message conversations, many, but not all of which are responsive to Oracle's Discovery Requests and are relevant to Oracle's allegations in this litigation;

**NOW, THEREFORE, THE FOLLOWING FACTS ARE HEREBY STIPULATED** by the Parties, through their respective counsel of record, as follows: As is typical in the enterprise software industry, Oracle's customers purchase licenses granting them specific rights with respect to Oracle's software applications and database products.  Licensed customers may also purchase technical support services that include the right to obtain software updates, fixes, patches, and documentation related to their licensed products.  Oracle makes many of these materials available to licensed customers on its password-protected support websites.

This litigation involves multiple claims by Oracle related to how Defendants offered and TN provided competing technical support for Oracle products.  Oracle alleges that in order to offer and provide this support, TN unlawfully copied, modified, distributed, and used Oracle's

---

[1] The hard drives are identified as TN Hard Drives 120 and 121 and were bates labeled TN-OR10395670 and TN-0R10395671 respectively.  Five of the Images for Mark Kreutz in this production were also made available to Oracle for inspection in late 2007.

software applications in multiple ways, as well as accessed, downloaded, and used the support materials related to those applications.

## I. DEFINITIONS

1. "Custodians" or "Custodial" as used below means the TN employees whose Images contain SSMs.

2. "Environments" means complete copies of Oracle's PeopleSoft, J.D. Edwards World, J.D. Edwards EnterpriseOne, and/or Siebel applications installed on Defendants' computer systems. Environments include copies that were modified by Defendants such as through the application of Software and Support Materials.

3. "Instant Messages" or "IMs" means a text-based communication that is not e-mail, but that is between two or more people using an instant messenger client such as Yahoo! Messenger.

4. "Oracle's Websites" means Oracle password-protected websites that are used for the purpose of permitting licensed Oracle customers (or their agents) with active support agreements to access and download Software and Support Materials related to their licensed products.

5. "Product Family" or "Product Families" refers to and includes any of the following brands of Oracle software and support materials, to the extent copies of portions of the Oracle Software and Support Materials were located on the Images: (a) PeopleSoft software, comprising PeopleSoft Customer Relationship Management ("CRM"), PeopleSoft Enterprise Performance Management ("EPM"), PeopleSoft Financials ("FIN") (otherwise known as Supply Chain Management ("SCM"), Financials, Distribution, and Manufacturing ("FDM"), or Financials and Supply Chain Management ("FSCM")), PeopleSoft Human Resources Management Software ("HRMS") (otherwise known as Human Capital Management ("HCM")), PeopleSoft Student Administrations ("SA") (otherwise known as Campus Solutions), and PeopleTools; (b) J.D. Edwards World, and J.D. Edwards EnterpriseOne software (otherwise known as OneWorld); (c) Siebel software; and (d) Oracle Relational Database Management System software.

6. "SSMs" or "Software and Support Materials" means program updates, software updates, bug fixes, patches, custom solutions, and/or instructional materials, created or owned by Oracle, or derived from, copied from, or based on any such materials, including by Defendants, for any of Oracle's Product Families.

## II. CUSTODIAL SSMS

7. Each Custodial SSM was either:

   a. Downloaded by TN directly from Oracle's Websites;

   b. A copy of an SSM downloaded by TN directly from Oracle's Websites;

   c. A copy of an SSM from one of the PeopleSoft, J.D. Edwards, or Siebel Environments on TN's systems; or

   d. Obtained from one of TN's customers.

8. The Custodial SSMs span many of the modules and versions of the PeopleSoft, J.D. Edwards, and Siebel products at issue in Oracle's Complaint.

9. Each Custodial SSM was maintained on TN's systems as part of TN's service offering, which involved recruiting customers away from Oracle and providing support services to those customers in competition with Oracle.

10. For the vast majority of Custodial SSMs that were downloaded from Customer Connection or SupportWeb:

   a. Defendants are currently not aware which customer's credential was used to download the Custodial SSM;

   b. TN likely provided copies of some of the Custodial SSMs to customers other than the customer whose credentials were used to download the Custodial SSM; and

   c. TN likely used some of the Custodial SSMs to support customers other than the customer whose credentials were used to download the Custodial SSM.

11. For the vast majority of Custodial SSMs that were a copy of a SSM from one of the complete or partial local Environments on TN's systems:

        a.    Defendants are currently not aware which customer, if any, provided the software used to create the complete or partial local Environment from which the Custodial SSMs were copied;

        b.    TN likely delivered some copies of the Custodial SSMs to customers other than the customer, if any, who provided the software used to create the local Environment from which the Custodial SSMs were copied; and

        c.    TN likely used some Custodial SSMs to support customers other than the customer, if any, who provided the software used to create the local Environment from with the Custodial SSMs were copied.

12. Most Custodians had multiple copies of SSMs on their machine(s); however, approximately 90% of the Custodial SSMs were located on the Images of only 15 former TN employees.

### III. INSTANT MESSAGES

13. Attached as Exhibit A is a true and correct list of the former TN employees that used a personal IM client and for whom IMs were stored on the employees' computer as identified in TN's March 15, 2010 production. The IM screen names for those former TN employees are also included in Exhibit A.

14. Defendants waive the right to call as a live witness during trial any custodians who had an IM or a custodial SSM that was produced on March 15, 2010 with the exception of: (a) John Baugh, Michael Garafola, Bob Geib, Catherine Hyde, Mark Kreutz, Peggy Lanford, Robert Ludlum, Andrew Nelson, Shelley Nelson, Eric Osterloh, Roderic Russell, Keith Shankle, William Thomas, and Kathy Williams; provided, however, that Defendants shall not introduce testimony relating to the late-produced materials of any of these witnesses unless Defendants have produced that witness for a deposition in San Francisco, and shall not introduce argument related to the late-produced materials of any of these witnesses unless Defendants have produced that witness for a deposition in San Francisco, except for argument to dispute the meaning or legal effect of late-produced materials introduced into evidence by Oracle; and (b) any other witnesses that Defendants produce in San Francisco for a maximum four hour deposition prior to trial related to

1  the late production.  Defendants specifically reserve the right to: (i) use at trial any prior
2  deposition testimony taken in this case; and (ii) question during deposition or live at trial any
3  witness that falls in either exception (a) or (b) above.

4      15.    Defendants will make available at trial any custodian Oracle wishes to call
5  regarding any IM or late-produced SSM that was in the possession of or authored by that
6  custodian and produced on March 15, 2010, provided that custodian is still within Defendants'
7  control and Oracle provides reasonable advance notice related to calling that custodian at trial.

8      16.    The Instant Messages produced on March 15, 2010 establish at least the following
9  facts:

    a.    Several TN employees regularly used IM and/or oral communication to discuss what Oracle contends are improper practices, and several of those employees likely believed that such communication was not being permanently recorded or otherwise documented in any way.

    b.    A TN employee appears to have installed on his systems the following versions of Oracle's J.D. Edwards EnterpriseOne software: Xe, 8.0, 8.10, 8.11, and 8.12 and made them available to TN employees.  TN downloaded many of the SSMs available on Oracle's Websites for these versions of J.D. Edwards EnterpriseOne.  TN used the XE J.D. Edwards EnterpriseOne Environments to service customers which may have helped recruit customers away from Oracle.  In some instances, TN may have downloaded more SSMs than certain of its customers indicated they (the customers) were licensed to when downloading J.D. Edwards SSMs from Oracle's Websites.

    c.    On numerous occasions, TN employees used credentials obtained from one customer to access Oracle's Websites for purposes unrelated to supporting only that customer.  Instead, the credentials were used in a generic way for research, training, troubleshooting for other customers, and fix development.

        d.        On numerous occasions, TN employees regularly accessed and/or copied portions of J.D. Edwards Environments created from software obtained by customers Koontz-Wagner and Praxair for purposes unrelated to supporting Koontz-Wagner and Praxair. On those occasions, TN employees did so as a routine part of conducting their business of providing support to some other J.D. Edwards customers that were on the same products and releases as Koontz-Wagner and Praxair.

        e.        For some local environments, TN installed local modules beyond those which the customer who had provided the software had represented it was licensed. For those local environments, TN installed all available modules within that Oracle product family, regardless of whether the customer was licensed to the modules or not.

        f.        On several occasions, some TN employees downloaded from Oracle's Websites using credentials from customers whom those TN employees knew were no longer paying maintenance fees to Oracle, as long as the credential's access had not yet been blocked.

        g.        A TN employee insinuated that TN had a "don't ask, don't tell" policy with respect to copying and using Oracle's intellectual property.

        h.        Some TN employees were not surprised by Oracle's filing of this lawsuit and implied that TN had in some way been caught by Oracle.

## IV.    REMEDIES

17.    In future testimony in this matter (at trial or in a declaration), any of Oracle's experts may refer to or rely on: (a) the Custodial SSMs or IMs and/or (b) the testimony of another Oracle expert about the Custodial SSMs or IMs. None of Oracle's experts shall be made available for further deposition related to the Custodial SSMs or IMs, and no Defendant expert shall be permitted to issue a report, supplement an existing report, or provide testimony related to any Custodial SSM or IM except to explain or rebut any of the Custodial SSMs or IMs that Oracle introduces at trial.

18. Subject to the Court's approval, the jury shall be instructed as follows:

<u>Interpretation of Instant Messages</u>:  Defendants did not produce in a timely fashion certain relevant instant messages (IMs) involving TN employees.  As a result, Plaintiffs were unable to fully investigate and use the late-produced IMs during preparations for this trial.  Therefore, if any of these IMs are introduced into evidence during trial, and if there is any dispute about their meaning, you should interpret them consistent with what you find to be any reasonable interpretation presented by Plaintiffs.

19. All of the IMs produced on March 15, 2010 are authentic and admissible at trial by Oracle for any purpose.

20. Defendants will not and may not offer into evidence any of the Custodial SSMs or IMs produced on March 15, 2010, except to explain, rebut, or otherwise place into context any of the Custodial SSMs or IMs that Oracle introduces at trial, and any such evidence offered by Defendants shall be limited to the same, or other portions of the same, Custodial SSMs or IMs introduced by Oracle at trial.

21. Exhibit A shall be admissible at trial as an accurate reflection of the screen names corresponding to certain of TN's current or former employees.

22. Defendants shall not offer any evidence or argument, at trial or as part of any other proceeding or motion in this litigation, for the purpose of rebutting any fact in this Stipulation.

23. Plaintiffs shall not file a motion or seek relief pursuant to Rule 37 relating to Defendants' late-production (as referred to in the September 9, 2010 Joint Statement ((D.I. 826)) with Magistrate Judge Laporte or Judge Hamilton..

**V.   APPLICABILITY**

1. The Parties reach this stipulation for purposes of this action only, and this stipulation has no force or effect in any other proceeding or jurisdiction.


**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: September 28, 2010 | BINGHAM McCUTCHEN LLP |

By:     /s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Siebel Systems, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: September 28, 2010               JONES DAY

By:     /s/ Scott W. Cowan
Scott W. Cowan
Attorneys for Defendants
SAP AG, SAP America, Inc. and
TomorrowNow, Inc.

**IT IS SO ORDERED**.

Dated: September  29 , 2010

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                                    07-CV-01658 PJH (EDL)
STIPULATION AND [PROPOSED] ORDER RE DATA PRODUCED BY DEFENDANTS ON MARCH 15, 2010

# Exhibit A

**Exhibit A**                                                                                       **IM Screennames**

| IM Screenname | Last Name (TN employee) | First Name |
|---|---|---|
| aaron.phillips | Phillips | Aaron |
| ac_mcmillan | McMillan | Adrianne |
| acefola | Cefola | Anthony |
| adidasrta | Alex | Robin |
| aggie_nv<br>aggie_nv@@imm( aggie_nv ) | Vuong | Nhat |
| akrenek09 | Krenek | Amanda |
| albertvanwissen | Van Wissen | Albert |
| alex_baumann_jde | Baumann | Alex |
| alex_la_mar_tn | La Mar | Alexander |
| alicezsmiff | Smith | Alice |
| anke_mogannam | Mogannam | Anke |
| anthonyonpc | Johnson | Anthony |
| aphillips | Phillips | Aaron |
| arthurpenn | Pennington | Arthur |
| ashis5228<br>ashis5228@@imm( ashis5228 ) | Ghosh | Ashis |
| batistatn | O'Brien | Adriana |
| bdigeron | DiGeronimo | Brent |
| beardly2000 | Beard | Lynn |
| bert_oltmans<br>bert_oltmans@@imm( bert_oltmans )<br>bert_oltmans@hotmail.com@@imm | Oltmans | Bert |
| bethjedlester | Lester | Beth |
| bijesh_lamsal | Lamsal | Bijesh |
| bill.thomas9@cox.net@@imm | Thomas | Bill |
| bjohnstone07 | Johnstone | Robert |
| bjrapavy | Rapavy | Barry |
| bob_geib_tomorrownow | Geib | Robert |
| bob_ludlam_tomorrownow | Ludlam | Robert |
| brenda_clark14 | Clark | Brenda |
| brodellis | Ellis | Broderick |
| cacapagotto | Pagotto | Carlos |
| canine_communication | Zwart | Hendrik |
| catherine_schalk | Schalk | Catherine |
| cgalzote924 | Galzote | Chris |
| chaundra_ayers | Ayers | Chaundra |
| chrisjackson_ps | Jackson | Chris |
| clewtnow | Lew | Cindy |
| clint_auer | Auer | Clint |
| cobolhugger<br>matthew_bwdn | Bowden | Matthew |
| colacrazyOl [colacrazy01] | Wheeler | Mandy |
| ctkur | Kur | Charles |
| cweaver_tn | Weaver | Calvin |
| cynthia_teo2 | Teo | Siew Choo (Cynthia) |
| d.swartwood<br>david_swartwood | Swartwood | David |
| dan_parson | Parson | Daniel |
| danieljaytn | Jay | Daniel |
| danthone2002 | Anthone | Daniel |
| dave_palmer_jde | Palmer | David |
| dave_wilson1293 | Wilson | David |
| david_swartwood | Swartwood | david |
| dbaron44<br>dbarron44 | Baron | Douglas |

**Exhibit A**                                **IM Screennames**

| IM Screenname | Last Name (TN employee) | First Name |
|---|---|---|
| dbing611 | Bing | Darlene |
| debgjordan | Jordan | Deborah |
| diana_tmrnow | Yip | Yuen Yue (Diana) |
| dickwilliams1000 | Williams | Dick |
| dimitri_spideygarcia | Garcia | Dimitri |
| dndes2002 | Harris | Desmond |
| donna_walker_tomorrownow | Walker | Donna |
| doublej2001 | Johnson | Justin |
| drleipold | Leipold | Dana |
| duncan_kell | Cefola | Anthony |
| ed_tnow ed_tnow@@imm( ed_tnow ) | Tong | Edward |
| edw429 | Harris | Edward |
| egary1965 | Gary | Ethe'Ann |
| eggman371 | Phillips | Aaron |
| eric_osterloh | Osterloh | Eric |
| eyavar | Yavar | Eskander |
| fcamblor@usa.net@@lcsid fercamblor fercamblor@@imm( fercamblor ) fercamblor@@lcsid( fercamblor ) rcamblor | Camblor | Fernando |
| fibarra1 ibarra1 | Ibarra | Federico |
| florence1_tn | Leong | Sook Fun (Florence) |
| gabriel_99_77515 | Hernandez | Luis (Gabriel) |
| garafolasebl | Garafola | Michael |
| glesteriv | Lester | George |
| gordon_a_robinson | Robinson | Gordon |
| gphilip_tnow | Phillip | George |
| grbichj | Grbich | Jennifer |
| guy.gowen@sbcglobal.net | Gowen | Guy |
| hadi_arakib | Arakib | Hadi |
| hans_jin | Jin | Ziyu (Jerry) |
| harry_miller_tnow | Miller | Harry |
| harry_schoennagel | Schoennagel | Harry |
| hchris2007@yahoo.com.sg | Ho | Ying Peng (Christine) |
| hcole182 | Cole | Heather |
| ibarra1 | Ibarra | Federico |
| janejohnson_tn | Johnson | Jane |
| janescaparro | Scaparro | Jane |
| jaslinng | Ng | Mui Hwa (Jaslin) |
| jbaugh_tnow john_baugh2002 | Baugh | John |
| jbuehrle1 | Buehrle | Jeff |
| jeanne_irvin | Irvin | Jeanne |
| jerry.jin | Jin | Jerry |
| jewell4664 | Geiger | Carol |
| jfsjrsailing | Sullivan | John |
| jhfeldman1951 | Feldman | John |
| jicarr2000 | Carr | James |
| jim_egger_tn | Egger | Jim |
| jkbamber | Bamber | Jason |

| IM Screenname | Last Name (TN employee) | First Name |
|---|---|---|
| jkozel@prodigy.net sjuhawk_co | Kozel | John |
| jlee7526 | Lee | Kieng Woo (Joseph) |
| jltsiebel | Tanner | John |
| johntanner3 | Tanner | John |
| joonliangwong | Wong | Joon Liang |
| joowah_low | Low | Joo Wah |
| jritchie777@msn.com@@lcsid | Ritchie | John |
| jstomorrownow | Jennifer | Spencer |
| jtuntomnow | Tunney | John |
| julie_le_tomorrownow | Le | Julie |
| julio_c_guzman julio_c_guzman@@imm( julio_c_guzman ) julio_c_guzman@@lcsid( julio_c_guzman ) | Guzman | Julio |
| jverretta | Veretta | Jeffrey |
| keith_shankle | Shankle | Keith |
| kgray925 | Gray | Kimberly |
| kimberley2229 | Martinez | Kimberley |
| kirkjc | Chan | Kirk |
| kirstybrowny | Brown | Kirsty |
| kl5992037cars kl5992037cars@@imm( kl5992037cars ) | Larsen | Keith |
| klui_2005 | Lui | Kok Ming |
| kn5660391 | Nakamura | Kenji |
| kpeden kpedn | Williams | Krista |
| kristin32532 | Paige | Kristin |
| krthandavan | Thandavan | Kollengode Ramakrisnan (KR) |
| ladyonthego02 | Plain | Faye (Elouise) |
| laichoonng | Ng | Lai Choon |
| larryhgarcia | Garcia | Hilario (Larry) |
| lesley_loftus | Loftus | Lesley |
| letsgo2thegogo( petsur ) petetomorrownow petsur petsur@@imm( petsur ) | Surette | Peter |
| lindabird08 | Birdwell | Linda |
| liz_psft | Simeonidis | Elizabeth |
| llsweetman | Sweetman | Laura |
| lon_fiala | Fiala | Lon |
| lonestarstrat | Nelson | Greg |
| lyw9991 | Widjaja | Lili |
| magnusds | DeLing | Mark |
| mamaupgrd | Williams | Katherine |
| manetha_hall | Hall | Manetha |
| margot_goff | Goff | Margot |
| mario_ramia_tn | Ramia | Mario |
| mark_ardekani | Ardekani | Mark |
| mark_kreutz_tn | Kreutz | Mark |
| marty_murphytomorrownow | Murphy III | Martin |
| matthew_bwdn | Bowden | Matthew |

**Exhibit A**                                                         **IM Screennames**

| IM Screenname | Last Name (TN employee) | First Name |
|---|---|---|
| mddeling@hotmail.com@@imm | DeLing | Mark |
| mdominguez07 | Garcia (formerly Dominguez) | Melissa |
| mel_gadd | Gadd | Melvin (Mel) |
| mhosalli | Hosalli | Manjula |
| mike_bentley_tnow<br>mike_d_bentley<br>mikebentley | Bentley | Michael |
| mike_soumokil | Soumokil | Mike |
| mimioltmans<br>bert_oltmans<br>bert_oltmans@@imm( bert_oltmans )<br>bert_oltmans@hotmail.com@@imm | Oltmans | Bert |
| mimislater | Slater | Michelle |
| mjahrsdoerfer | Jahrsdoerfer | Michael |
| mkatvm, mkatvm3 | Myrick | Barbara |
| morgan_messick | Messick | Morgan |
| mtrolan | Trolan | Matthew |
| muvvalac | Muvvala | Chandra |
| n.lanford@sbcglobal.net<br>pwlanford( pwlanford@sbcglobal.net )<br>pwlanford@sbcglobal.net<br>pwlanford@sbcglobal(<br>pwlanford@sbcglobal.net ) | Lanford | Peggy |
| natasha_dtnow | Dalton | Natasha |
| nick_rawls2005 | Rawls | Nick |
| nicole_wolfgram | Wolfgram | Nicole |
| nigel_pullan | Pullan | Nigel |
| ofo<br>owenoneilnow<br>owenoneilnow( ofo )<br>ofohome | O'Neil | Owen |
| oldestpet | Petter | Dale |
| orlando_de_souza<br>orlando_de_souza@yahoo.com.sg | DeSouza | Orlando Lancelot |
| pasquale_andreano_jde<br>pasquale_andreano_jde@@imm(<br>pasquale_andreano_jde )<br>pqlrx | Andreano | Pasquale |
| patti_vonfeldt | VonFeldt | Pattison (Patti) |
| paul_auger_tn | Auger | Paul |
| paul_henville | Henville | Paul |
| paul_ijs_jde | Ijs | Paul |
| paul_ijsde | Ijs | Paul |
| paula_murphykeif | Murphy-Keif | Paula |
| petetomorrownow<br>petsur<br>petsur@@imm( petsur ) | Surette | Peter |
| pinnamaraju | Pinnamaraju | Leela (Prasad) |
| pmurphykeif | Murphy-Keif | Paula |
| pqlrx | Andreano | Pasquale |
| pwlanford( pwlanford@sbcglobal.net )<br>pwlanford@sbcglobal.net<br>pwlanford@sbcglobal(<br>pwlanford@sbcglobal.net ) | Lanford | Peggy |
| ray_iallonardo | Iallonardo | Raymond |
| rayttnow | Thompson | Raymond |

**Exhibit A**                                                                          **IM Screennames**

| IM Screenname | Last Name (TN employee) | First Name |
|---|---|---|
| rcamblor | Camblor | Fernando |
| rick_frank | Frank | Richard |
| rkwolf0211 | Wolf | Keith |
| rob_sier | Sier | Rob |
| rob_van_reenen | Van Reenen | Rob |
| robert_guichon | Guichon | Robert |
| roberto_porfirio | Porfirio | Roberto |
| robertwg88 | Glue | Robert |
| roderic_russell | Russell | Roderic |
| rothwell_clive | Rothwell | Clive |
| rubenlaguna | Laguna (Guerrero) | Ruben |
| saralu12006 | Lu (Lue?) | Sara |
| say_hi_2_us | Chua | Eugene |
| scott_mcgrath2001 | McGrath | Scott |
| send2cat | Hyde | Catherine |
| sfboatright | Boatright | Susan |
| shaun_psuk | Brooke | Shaun |
| shelleyb53 | Blackmarr | Shelley |
| shortfatblonde | Piper | Sharon |
| sjuhawk_co | Kozel | John |
| siddaniel | Aliwarga | Sidarta |
| stevencmills | Mills | Steve |
| sudarshand | Desai | Sudarshan |
| sunilgandra | Gandra | Sunil Kumar |
| sylviane_provostcampbell2003 | Provost-Campbell | Sylviane |
| tabbrown0512 | Brown | Thurman (Tab) |
| tch_001<br>tch_001( timharper_01 )<br>timharper_01<br>timharper_01( tch_001 )<br>timharper_01@@imm( tch_001 ) | Harper | Timothy |
| tdunfee98 | Dunfee | Todd |
| timharper_01 | Harper | Timothy |
| tleier5 | Leier | Thomas |
| tn_dale_wade | Wade | Dale |
| tn_spencer_phillips | Phillips | James "Spencer" |
| tngeek<br>guy.gowen@sbcglobal.net | Gowen | Guy |
| tnow_bstephens | Stephens | Robert |
| TNowCoder | Testone | Josh |
| tnow_murray | Murray | Todd |
| tnowludlow | Ludlow | John |
| tnowphillips | Phillips | Thomas |
| tnwifetex | Nelson | Shelley |
| tommy_dle | Le | Tommy |
| tracyearll | Earll | Tracy |
| trusharpatel2002 | Patel | Trushar |
| umhb_josh | Testone | Josh |
| umhb_kendra | Burns | Kendra |
| uwe_lueck | Luck | Uwe |
| vanessa_shiels | Shiels | Vanessa |
| vicky_damelio | D'Amelio | Vicky |
| wcwalden | Walden | Wade |
| wendi_wolfgram | Wolfgram | Wendi |

Ex. A to Stipulation re Late Production                                                                                           5/6

**Exhibit A**                                                                                           **IM Screennames**

| IM Screenname | Last Name (TN employee) | First Name |
|---|---|---|
| wheeler0117@sbcglobal.net | Wheeler | Mandy |
| wndkyjns | Jones | Wanda |
| wongsiewhee | Wong | Siew Hee |
| xxpgold<br>xxpgold@@imm( xxpgold ) | Goldsworthy | Peter |
| yespiriqueta | Espiriqueta | Yolanda |
| yolimartinez1969@sbcglobal.net | Espiriqueta | Yolanda |
| yvonne_979 | Puente | Yvonne |