UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** September 30, 2010  (Time:  2 hour  31 minutes)     **JUDGE:**  Phyllis J. Hamilton

**Case No:**  C-07-1658  PJH

**Case Name:** Oracle Corporation, et al. v. SAP AG, et al.

**Attorney(s) for Plaintiff:**     Geoffrey Howard; Donn Pickett; Zachary Alinder; Steven Holtzman; Anthony Falzone

**Attorney(s) for Defendant:**     Tharan  Gregory  Lanier;  Elaine  Wallace;  Scott  Cowan; Jason McDonell

**Deputy Clerk**:  Nichole Heuerman           **Court Reporter**: Raynee Mercado

### PROCEEDINGS

Pretrial Conference-Held.

Plaintiffs' Motion to Exclude Testimony of Expert Stephen Clarke-DENIED.

Plaintiffs' Motion to Exclude Testimony of Expert Brian Sommer-DENIED.

Plaintiffs' Motion to Exclude Testimony of Expert David Garmus-DENIED.

Plaintiffs' Motion to Exclude Testimony of Expert Donald Reifer-DENIED.

Defendants' Motion to Exclude Testimony of Expert Paul C. Pinto-DENIED.

Defendants' Motion to Exclude Testimony of Expert Professor Douglas G. Lichtman-GRANTED.

Defendants' Motion to Exclude Testimony of Expert Paul K. Meyer-DENIED.

**cc: chambers**