UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** November 1, 2010  (Time:  6 hour 30 minutes)  **JUDGE:**  Phyllis J. Hamilton

**Case No:**  C-07-1658  PJH

**Case Name:** Oracle Corporation, et al. v. SAP AG, et al.

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Geoffrey Howard; Donn Pickett; Zachary Alinder; Steven Holtzman; Holly House |
| **Attorney(s) for Defendant:** | Tharan Gregory Lanier; Jacqueline Lee; Robert Mittelstaedt |

**Deputy Clerk**:  Nichole Heuerman          **Court Reporter**: Raynee Mercado and Diane Skillman

PROCEEDINGS

Jury Selection-Held.  The court selects a jury.  The court rules on preliminary issues.

**CASE CONTINUED TO:** November 2, 2010 at 8:30 a.m. for Jury Trial (day 1).

**cc: chambers**