BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
333 Main Street
Armonk, NY 10504
Telephone:  (914) 749-8200
Facsimile:   (914) 749-8300
dboies@bsfllp.com
STEVEN C. HOLTZMAN (SBN 144177)
FRED NORTON (SBN 224725)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:   (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  (650) 506-4846
Facsimile:   (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., *et al.*

JONES DAY
ROBERT A. MITTELSTAEDT (SBN 060359)
JASON McDONELL (SBN 115084)
ELAINE WALLACE (SBN 197882)
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

JONES DAY
THARAN GREGORY LANIER (SBN 138784)
JANE L. FROYD (SBN 220776)
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

JONES DAY
SCOTT W. COWAN (Admitted *Pro Hac Vice*)
JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)
717 Texas, Suite 3300
Houston, TX  77002
Telephone:    (832) 239-3939
Facsimile:     (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP America, Inc., and
TomorrowNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAP AG, et al.,<br><br>　　　　　Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**TRIAL STIPULATION AND [PROPOSED] ORDER REGARDING CONTRIBUTORY INFRINGEMENT LIABILITY** |

Plaintiffs Oracle USA, Inc. ("Oracle USA"), Oracle International Corporation ("OIC"), and Siebel Systems, Inc. ("SSI"; and, together with Oracle USA and OIC, "Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc ("TN"; and, together with SAP AG and SAP America, Inc., "Defendants"; and, all together with Oracle, the "Parties"), jointly enter this Stipulation and Order.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, through their respective counsel of record, as follows:

In addition to all the other stipulations the Parties have entered into, on October 28, 2010, SAP AG and SAP America also stipulated with the Plaintiffs that they are liable for contributory infringement.

**IT IS SO STIPULATED**.

DATED: November 2, 2010        JONES DAY

By: /s/ Scott W. Cowan
Scott W. Cowan
Attorneys for Defendants
SAP AG, SAP America, Inc.,
and TomorrowNow, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: November 2, 2010        Bingham McCutchen LLP

By: /s/ Zachary J. Alinder
Zachary J. Alinder
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Siebel Systems, Inc.

**IT IS SO ORDERED.**

DATED: November 2, 2010        By: _____
Hon. Phyllis J. Hamilton

*[Court seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court Northern District of California]*

SVI-86622v1        - 1 -        TRIAL STIPULATION AND [PROPOSED] ORDER
REGARDING CONTRIBUTORY INFRINGEMENT LIABILITY
Case No. 07-CV-1658 PJH (EDL)