1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:   (650) 739-3939
10 Facsimile:   (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:   (832) 239-3939
15 Facsimile:   (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                 UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                         OAKLAND DIVISION

22 | ORACLE USA, INC., et al.,    | Case No. 07-CV-1658 PJH (EDL)
23 |         Plaintiffs,           | **DEFENDANTS' REVISED SPECIAL VERDICT FORM**
24 |     v.                        |
25 | SAP AG, et al.,               |
26 |         Defendants.           |

27

28

1     Pursuant to the Court's order at the November 1, 2010 proceedings and in light of
2  additional stipulations reached by the Parties, Defendants submit the attached Revised Special
3  Verdict Form.

4  Dated:  November 4, 2010                JONES DAY

6                                           By: /s/ Tharan Gregory Lanier
                                                 Tharan Gregory Lanier

8                                           Counsel for Defendants
                                            SAP AG, SAP AMERICA, INC., and
                                            TOMORROWNOW, INC.

SVI-86563v1

- 1 -

DEFENDANTS' REVISED SPECIAL VERDICT FORM
Case No. 07-CV-1658 PJH (EDL)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA, INC., ORACLE INTERNATIONAL CORP., and SIEBEL SYSTEMS, INC.<br><br>             Plaintiffs,<br>     v.<br><br>TOMORROWNOW, INC., SAP AMERICA, INC., AND SAP AG<br><br>             Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**SPECIAL VERDICT FORM** |

**We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:**

**Actual Damages for Copyright Infringement**

1.  What is the dollar amount, if any, that Oracle International Corp. proved by a preponderance of the evidence that it is entitled to from Defendants as actual damages under its copyright infringement claim, in the form of EITHER a hypothetical license OR lost profits?

    HYPOTHETICAL LICENSE: $_____ OR

    LOST PROFITS: $_____.

If you assigned actual damages in the form of a hypothetical license, please proceed to the end of the form (*i.e. Do not answer question 2*). If you assigned actual damages in the form of lost profits, please proceed to the following question.

**Infringer's Profits for Copyright Infringement**

2.  What is the dollar amount, if any, that Oracle International Corp. proved by a preponderance of the evidence that it is entitled to from Defendants as infringer's profits under its copyright infringement claim?

    $_____.

    Proceed to following question.

    Have the presiding juror sign and date this form.

Signed: _____    Dated: _____
         Presiding Juror

1