| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>dboies@bsfllp.com<br>STEVEN C. HOLTZMAN (SBN 144177)<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc. *et al*. | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626–3939<br>Facsimile: (415) 875–5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739–3939<br>Facsimile: (650) 739–3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239–3939<br>Facsimile: (832) 239–3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>      Plaintiffs,<br>   v.<br><br>SAP AG, et al.,<br><br>      Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE UNSEALING OF TRIAL TRANSCRIPTS FOR USE BY THE PARTIES** |

1  Pursuant to Local Rule 7-12, Plaintiffs Oracle USA, Inc., Oracle International Corporation
2  and Siebel Systems, Inc. and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc.
3  (together with Oracle, the "Parties") jointly submit this Stipulation and [Proposed] Order
4  regarding the unsealing of trial transcripts for use by the Parties.

5  WHEREAS certain portions of the trial transcript have been sealed by the Court;

6  WHEREAS the Parties may need to refer to these sealed portions of the transcript in order
7  to submit briefs to the Court either during or after trial; and,

8  WHEREAS the Parties request that these sealed portions of the transcript remain sealed as
9  to all members of the public until the entry of final judgment in this case.

10 **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**,
11 through their respective counsel of record, as follows:

12 1.  That the sealed portions of the trial transcripts may be unsealed as to the Parties,
13 and delivered to them by the Court Reporter; and,

14 2.  That the sealed portions of the trial transcripts remain sealed as to all members of
15 the public until the entry of final judgment in this case.

16 **IT IS SO STIPULATED.**

17 DATED: November 10, 2010           BINGHAM McCUTCHEN LLP

18                                    By:      /s/ Geoffrey M. Howard

19                                           Geoffrey M. Howard
20                                           Attorneys for Plaintiffs
                                      Oracle USA, Inc., Oracle International
21                                      Corporation and Siebel Systems, Inc.

22 In accordance with General Order No. 45, Rule X, the above signatory attests that
   concurrence in the filing of this document has been obtained from the signatory below.
23

24 DATED: November 10, 2010           JONES DAY

25                                    By:      /s/ Tharan Gregory Lanier

26                                           Tharan Gregory Lanier
                                             Attorneys for Defendants
27                                      SAP AG, SAP America, Inc., and
                                             TomorrowNow, Inc.
28

- 1 -

Case No. 07-CV-1658 PJH (EDL)
STIPULATION AND [PROPOSED] ORDER REGARDING THE UNSEALING OF TRIAL TRANSCRIPTS

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated:   November 12        , 2010

_____
Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton