UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date: November 22, 2010**  (Time: 5 hour  41 minutes)     **JUDGE:**  Phyllis J. Hamilton

**Case No:  C-07-1658  PJH**

**Case Name: Oracle Corporation, et al. v. SAP AG, et al.**

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | **Geoffrey Howard; Donn Pickett; Zachary Alinder; Steven Holtzman; Holly House; David Boies** |
| **Attorney(s) for Defendant:** | **Tharan Gregory Lanier; Jacqueline Lee; Robert Mittelstaedt** |

**Deputy Clerk**:  Nichole Heuerman          **Court Reporter**: Raynee Mercado and Diane Skillman

**PROCEEDINGS**

Jury Trial (closing arguments)-Held.   See attached exhibit and witness list.

**CASE CONTINUED TO:** November 23, 2010 at 8:30 a.m. for Jury Deliberations.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C-07-1658 PJH**          Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>Phyllis J. Hamilton | PLAINTIFF ATTORNEY:<br>Geoffrey Howard; Donn Pickett; Zachary Alinder; Steven Holtzman; Holly House; David Boies | DEFENSE ATTORNEY:<br>Tharan Gregory Lanier; Jacqueline Lee; Robert Mittelstaedt |
|---|---|---|
| **JURY SELECTION: 11/1/10**<br>**TRIAL DATE:** | REPORTER(S):<br>Raynee Mercado and Diane Skillman | CLERK:<br>Nichole Heuerman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Monday November 22, 2010** | |
| | | 8:22 a.m. | | | the court is back in session out of the presence of the jury; the court makes final ruling regarding jury instructions and special verdict form; the court hears argument and makes ruling regarding closing argument demonstrative slides | |
| | | 8:38 a.m. | | | the court takes a break to allow the parties to make changes to closing argument demonstrative slides | |
| | | 8:49 a.m. | | | the court is back in session; the jury is present; closing arguments by plaintiffs; | |
| | | 10:37 a.m. | | | the court takes a break | |
| | | 10:56 a.m. | | | the court is back in session; closing arguments by defendants' | |
| | | 12:37 p.m. | | | the court takes a break | |
| | | 12:53 p.m. | | | the court is back in session; rebuttal closing by plaintiffs' | |
| | | 1:57 p.m. | | | the court reads jury instructions to the jurors | |
| | | 2:20 p.m. | | | the jury begins deliberations | |
| | | 4:55 p.m. | | | the court discusses jury note #1 | |
| | | 5:00 p.m. | | | the jury is brought in and released for the day | |
| | | 5:01 p.m. | | | plaintiffs' exhibit 432 inadvertently marked by counsel and admitted into evidence, should be defendants' A-432 | |
| | | 5:02 p.m. | | | defendants' read demonstrative exhibits into the record | |
| | | 5:05 p.m. | | | court is adjourned for the day | |