UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA, INC., ORACLE INTERNATIONAL CORP., and SIEBEL SYSTEMS, INC.<br><br>  Plaintiffs,<br>v.<br><br>TOMORROWNOW, INC., SAP AMERICA, INC., AND SAP AG<br><br>  Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**SPECIAL VERDICT FORM** |

**We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:**

<u>Actual Damages for Copyright Infringement</u>

1. What is the dollar amount that Oracle is entitled to from Defendants to compensate Oracle for its actual damages under its copyright infringement claim, in the form of EITHER a fair market value license for the copyright infringement OR lost profits?

    FAIR MARKET VALUE LICENSE: $ _____1.3 billion_____ ,

    OR,

    LOST PROFITS: $ _____ .

If you assigned actual damages in the form of a fair market value license for the rights infringed, please proceed to the end of the form (*i.e. Do not answer question 2*). If you assigned actual damages in the form of lost profits, please proceed to the following question.

<u>Infringers' Profits for Copyright Infringement</u>

2. What is the dollar amount that Oracle is entitled to from Defendants as infringers' profits under Oracle's copyright infringement claim?

    $ _____ .

Have the presiding juror sign and date this form.
Signed: ___[signature]___   Dated: __11/23/2010__
  Presiding Juror