UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: November 23, 2010**  (Time:  1 hour  58 minutes)     **JUDGE:**  Phyllis J. Hamilton

**Case No:  C-07-1658  PJH**

**Case Name:** Oracle Corporation, et al. v. SAP AG, et al.

**Attorney(s) for Plaintiff:**     Geoffrey Howard; Donn Pickett; Zachary Alinder; Steven Holtzman; Holly House; David Boies

**Attorney(s) for Defendant:**     Tharan Gregory Lanier; Jacqueline Lee; Robert Mittelstaedt

**Deputy Clerk**:  Nichole Heuerman          **Court Reporter**: Raynee Mercado and Diane Skillman

### PROCEEDINGS

Jury Deliberations-Held.   See attached exhibit and witness list.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C-07-1658 PJH**          Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>Phyllis J. Hamilton | PLAINTIFF ATTORNEY:<br>Geoffrey Howard; Donn Pickett; Zachary Alinder; Steven Holtzman; Holly House; David Boies | DEFENSE ATTORNEY:<br>Tharan Gregory Lanier; Jacqueline Lee; Robert Mittelstaedt |
|---|---|---|
| **JURY SELECTION: 11/1/10**<br>**TRIAL DATE:** | REPORTER(S):<br>Raynee Mercado and Diane Skillman | CLERK:<br>Nichole Heuerman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Tuesday November 23, 2010** | |
| | | 8:12 a.m. | | | the court is back in session; further argument is heard regarding jury note #1 | |
| | | 8:45 a.m. | | | the parties shall meet and confer to come up with portions of the expert testimony to be read back to the jury | |
| | | 9:46 a.m. | | | the parties agree upon a joint document to submit to the jury in lieu of reading back expert testimony-the document is marked as joint exhibit 6 and given to the jury | |
| | | 1:36 p.m. | | | the court discusses jury note number 2 with the parties | |
| | | 1:41 p.m. | | | the parties shall meet and confer on how to respond | |
| | | 2:15 p.m. | | | the court receives jury note number 3 informing the court that a verdict has been reached | |
| | | 2:30 p.m. | | | the jury is now present | |
| | | 2:32 p.m. | | | the verdict is read and the jury is polled | |
| | | 2:33 p.m. | | | the jury is discharged | |
| | | 2:35 p.m. | | | the court is adjourned for the day | |