UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C-07-1658 PJH**            Case Name: **Oracle USA, et al. v. SAP AG, et al.**

### EXHIBIT and WITNESS LIST

| **JUDGE**<br>Phyllis J. Hamilton | **PLAINTIFF ATTORNEY:**<br>Geoffrey Howard; Donn Pickett; Zachary Alinder; Steven Holtzman; Holly House; David Boies | **DEFENSE ATTORNEY**:<br>Tharan Gregory Lanier; Jacqueline Lee; Robert Mittelstaedt |
|---|---|---|
| **JURY SELECTION**: 11/1/10<br>**TRIAL DATE:** | **REPORTER(S):**<br>Raynee Mercado and Diane Skillman | **CLERK**:<br>Nichole Heuerman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:19 a.m. | | | the court is in session; the court discusses some preliminary issues in camera. | |
| | | 8:35 a.m. | | | the jury is brought in and the court reads the preliminary jury instructions | |
| | | 9:00 a.m. | | | opening statements by plaintiffs' | |
| | | 10:28 a.m. | | | the court takes a 15 minute break | |
| | | 10:47 a.m. | | | the court is back in session; opening statements by defendants' | |
| | | 11:44 a.m. | | | plaintiffs' call first witness Buffy Ransom | |
| | | | | | demonstrative 14 used in conjunction with this witness | |
| 545-4 | | 11/2/10 | x | x | plaintiffs' exhibit 545-4-screen shot from video | |
| | | 12:03 p.m. | | | cross examination of Ms. Ransom | |
| | | 12:15 p.m. | | | re-direct examination of Ms. Ransom | |
| | | 12:16 p.m. | | | Ms. Ransom is excused; the jury takes a 15 minute break | |
| | | 12:16 p.m. | | | the court discusses issues regarding exhibits with the parties | |
| | | 12:18 p.m. | | | the court takes a break | |
| | | 12:36 p.m. | | | the court is back in session; plaintiffs' call second witness Edward Screven | |
| | | | | | demonstratives 1, 3, 5 and 6 used in conjunction with this witness | |
| 2115-1 | | 11/2/10 | x | x | plaintiffs' exhibit 2115-1-photo of CD titled "Oracle Database 10g: Release 2" | |
| 4813 | | 11/2/10 | x | x | plaintiffs' exhibit 4813-certificates of copyright registration | |
| | | 1:09 p.m. | | | Mr. Screven is excused | |

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:10 p.m. | | | plaintiffs' call third witness John Ritchie by video deposition | |
| | | 1:28 p.m. | | | the jury is release for the day | |
| | | 1:29 p.m. | | | plaintiffs' request for a curative instruction regarding defendants' opening statements is denied by the court as stated on the record. | |
| | | 1:35 p.m. | | | the court is adjourned for the day | |
| | | | | | **Thursday November 4, 2010** | |
| | | 8:10 a.m. | | | the court is back in session; the court discusses issues with the parties in camera | |
| | | 8:16 a.m. | | | the court is back on the public record and discusses preliminary issues with the parties | |
| | | 8:43 a.m. | | | the jury is now present | |
| | | 8:43 a.m. | | | the court informs the jury that no further testimony is necessary for Mr. Ritchie | |
| | | 8:44 a.m. | | | plaintiffs' call fourth witness Thomas Ziemen by video deposition | |
| 12 | | 11/4/10 | x | x | plaintiffs' exhibit 12 | |
| 43 | | 11/4/10 | x | x | plaintiffs' exhibit 43 | |
| 106 | | 11/4/10 | x | x | plaintiffs' exhibit 106 | |
| 161 | | 11/4/10 | x | x | plaintiffs' exhibit 161 | |
| 177 | | 11/4/10 | x | x | plaintiffs' exhibit 177 | |
| 267 | | 11/4/10 | x | x | plaintiffs' exhibit 267 | |
| 380 | | 11/4/10 | x | x | plaintiffs' exhibit 380 | |
| 404 | | 11/4/10 | x | x | plaintiffs' exhibit 404 | |
| | | 9:25 a.m. | | | plaintiffs' call fifth witness Charles Phillips | |
| 4811 | | 11/4/10 | x | x | plaintiffs' exhibit 4811 | |
| | | 10:01 a.m. | | | cross examination of Mr. Phillips | |
| | A-278 | 11/4/10 | x | x | defendants' exhibit A-278 | |
| | | 10:19 | | | the court takes a 15 minute break | |

# EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:37 a.m. | | | the court is back in session; continued cross examination of Mr. Phillips | |
| | A-277 | 11/4/10 | x | x | defendants' exhibit A-277 | |
| | A-281 | 11/4/10 | x | x | defendants' exhibit A-281 | |
| | A-6084 | 11/4/10 | x | x | defendants' exhibit A-6084 | |
| | A-6085 | 11/4/10 | x | x | defendants' exhibit A-6085 | |
| | | 11:07 a.m. | | | re-direct examination of Mr. Phillips | |
| | | 11:10 a.m. | | | Mr. Phillips is excused | |
| | | 11:11 a.m. | | | plaintiffs' calls sixth witness Shai Agassi by video deposition | |
| 3 | | 11/4/10 | x | x | plaintiffs' exhibit 3 | |
| 6 | | 11/4/10 | x | x | plaintiffs' exhibit 6 | |
| 8 | | 11/4/10 | x | x | plaintiffs' exhibit 8 | |
| 10 | | 11/4/10 | x | x | plaintiffs' exhibit 10 | |
| 18 | | 11/4/10 | x | x | plaintiffs' exhibit 18 | |
| 22 | | 11/4/10 | x | x | plaintiffs' exhibit 22 | |
| 24 | | 11/4/10 | x | x | plaintiffs' exhibit 24 | |
| 127 | | 11/4/10 | x | x | plaintiffs' exhibit 127 | |
| 154 | | 11/4/10 | x | x | plaintiffs' exhibit 154 | |
| 157 | | 11/4/10 | x | x | plaintiffs' exhibit 157 | |
| 183 | | 11/4/10 | x | x | plaintiffs' exhibit 183 | |
| | | 11:47 a.m. | | | plaintiffs' call seventh witness John Zepeke | |
| | | | | | plaintiffs' exhibits 6 and 12 already marked and admitted used in conjunction with this witness | |
| 11 | | 11/4/10 | x | x | plaintiffs' exhibit 11 | |
| 19 | | 11/4/10 | x | x | plaintiffs' exhibit 19 | |
| 15 | | 11/4/10 | x | x | plaintiffs' exhibit 15 | |

Case No: **C-07-1658 PJH**                          Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 7 | | 11/4/10 | x | x | plaintiffs' exhibit 7 | |
| 14 | | 11/4/10 | x | x | plaintiffs' exhibit 14 | |
| | | 12:15 p.m. | | | the court takes a 15 minute break | |
| | | 12:35 p.m. | | | the court is back in session; continued direct examination of Mr. Zepeki | |
| | | 12:47 p.m. | | | cross examination of Mr. Zepeki | |
| | | 12:57 p.m. | | | re-direct examination of Mr. Zepeki | |
| | | 12:59 p.m. | | | Mr. Zepeki is excused | |
| | | 1:00 p.m. | | | plaintiffs' call eighth witness Gerhard Oswald by video deposition | |
| | | | | | plaintiffs' exhibits 3, 8, 12, 24, 161 and 267 already marked and admitted used in conjunction with this witness | |
| 35 | | 11/4/10 | x | x | plaintiffs' exhibit 35 | |
| 133 | | 11/4/10 | x | x | plaintiffs' exhibit 133 | |
| 141 | | 11/4/10 | x | x | plaintiffs' exhibit 141 | |
| 151 | | 11/4/10 | x | x | plaintiffs' exhibit 151 | |
| 156 | | 11/4/10 | x | x | plaintiffs' exhibit 156 | |
| 245 | | 11/4/10 | x | x | plaintiffs' exhibit 245 | |
| 435 | | 11/4/10 | x | x | plaintiffs' exhibit 435 | |
| | | 1:25 p.m. | | | the jury is excused for the day | |
| | | 1:26 p.m. | | | the court discusses issues regarding jury instructions | |
| | | 1:27 p.m. | | | the court is adjourned for the day | |
| | | | | | **Friday November 5, 2010** | |
| | | 8:22 a.m. | | | the court is back in session; the court handles preliminary issues with the parties | |
| | | 8:30 a.m. | | | the jury is now present; continued video deposition of Mr. Oswald | |
| | | 9:06 a.m. | | | plaintiffs' calls ninth witness Gregory Nelson by video deposition | |

Case No: **C-07-1658 PJH**  Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 299 | | 11/5/10 | x | x | plaintiffs' exhibit 299 | |
| 353 | | 11/5/10 | x | x | plaintiffs' exhibit 353 | |
| | A-1578 | 11/5/10 | x | x | defendants' exhibit | |
| | | 9:20 a.m. | | | plaintiffs' call tenth witness Richard Allison | |
| 2841 | | 11/5/10 | x | x | plaintiffs' exhibit 2841 | |
| | | 9:31 a.m. | | | cross examination of Mr. Allison | |
| | | 9:44 a.m. | | | re-direct examination of Mr. Allsion | |
| | | 9:44 a.m. | | | Mr. Allison is excused | |
| | | 9:45 a.m. | | | plaintiffs' call eleventh witness John Baugh by video deposition | |
| 504 | | 11/5/10 | x | x | plaintiffs' exhibit 504 | |
| 475 | | 11/5/10 | x | x | plaintiffs' exhibit 475 | |
| | | 10:10 a.m. | | | the court takes a 15 minute break | |
| | | 10:27 a.m. | | | plaintiffs' call twelfth witness Werner Brandt-assisted by German Interpreter Arriana Schneider-Stocking | |
| | | | | | plaintiffs' exhibits 19, 154 and 156 already marked an admitted used in conjunction with this witness | |
| 1 | | 11/5/10 | x | x | plaintiffs' exhibit 1 | |
| 2 | | 11/5/10 | x | x | plaintiffs' exhibit 2 | |
| 5 | | 11/5/10 | x | x | plaintiffs' exhibit 5 | |
| 20 | | 11/5/10 | x | x | plaintiffs' exhibit 20 | |
| 27 | | 11/5/10 | x | x | plaintiffs' exhibit 27 | |
| 36 | | 11/5/10 | x | x | plaintiffs' exhibit 36 | |
| 44 | | 11/5/10 | x | x | plaintiffs' exhibit 44 | |
| 53 | | 11/5/10 | x | x | plaintiffs' exhibit 53 | |
| 112 | | 11/5/10 | x | x | plaintiffs' exhibit 112 | |

# EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 121 | | 11/5/10 | x | x | plaintiffs' exhibit 121 | |
| 139 | | 11/5/10 | x | x | plaintiffs' exhibit 139 | |
| 171 | | 11/5/10 | x | x | plaintiffs' exhibit 171 | |
| 266 | | 11/5/10 | x | x | plaintiffs' exhibit 266 | |
| | | 12:49 p.m. | | | cross examination of Mr. Brandt | |
| | | | | | plaintiffs' exhibits 24, 12 and 19 already marked and admitted used in conjunction with this witness | |
| | A-4027 | 11/5/10 | x | x | defendants' exhibit A-4027 | |
| 27 | A-19 | 11/5/10 | x | x | plaintiffs' exhibit 27 and defendants' exhibit A-19 (same document) | |
| | | 1:13 p.m. | | | re-direct examination of Mr. Brandt | |
| | | 1:28 p.m. | | | Mr. Brandt is excused | |
| | | 1:30 p.m. | | | the jury is released for the day | |
| | | 1:30 p.m. | | | the court discussed time limits and witnesses for Monday with the parties | |
| | | 1:42 p.m. | | | the court is adjourned for the day | |
| | | | | | **Monday November 8, 2010** | |
| | | 8:31 a.m. | | | the court is back in session | |
| | | 8:31 a.m. | | | plaintiffs' call thirteenth witness Terry Hurst by video deposition | |
| 193 | | 11/8/10 | x | x | plaintiffs' exhibit 193 | |
| 958 | | 11/8/10 | x | x | plaintiffs' exhibit 958 | |
| | | 8:53 a.m. | | | plaintiffs' call fourteenth witness Lawrence Ellison | |
| | | 9:09 a.m. | | | cross examination of Mr. Ellison | |
| | A-4319 | 11/8/10 | x | | defendants' exhibit A-4319 | |
| | A-421 | 11/8/10 | x | x | defendants' exhibit A-421 | |
| | A-4089 | 11/8/10 | x | x | defendants' exhibit A-4089 | |

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-4090 | 11/8/10 | x | x | defendants' exhibit A-4090 | |
| | A-9330 | 11/8/10 | x | x | defendants' exhibit A-9330 | |
| | | 9:42 a.m. | | | re-direct examination of Mr. Ellison | |
| | | 9:44 a.m. | | | re-cross examination of Mr. Ellison | |
| | | 9:47 a.m. | | | re-direct examination of Mr. Ellison | |
| | | 9:49 a.m. | | | Mr. Ellison is excused | |
| | | 9:50 a.m. | | | the jury takes a break | |
| | | 9:50 a.m. | | | the court hears argument regarding defendants' motions | |
| | | 10:30 a.m. | | | the court takes a 15 minutes break | |
| | | 10:47 a.m. | | | the jury is now present and the court is back in session | |
| | | 10:47 a.m. | | | plaintiffs' call fifteenth witness Safra Catz | |
| 1001 | | 11/8/10 | x | x | plaintiffs' exhibit 1001 | |
| 1002 | | 11/8/10 | x | x | plaintiffs' exhibit 1002 | |
| 1003 | | 11/8/10 | x | x | plaintiffs' exhibit 1003 | |
| 1004 | | 11/8/10 | x | x | plaintiffs' exhibit 1004 | |
| 1005 | | 11/8/10 | x | x | plaintiffs' exhibit 1005 | |
| 1008 | | 11/8/10 | x | x | plaintiffs' exhibit 1008 | |
| 1009 | | 11/8/10 | x | x | plaintiffs' exhibit 1009 | |
| 1012 | | 11/8/10 | x | x | plaintiffs' exhibit 1012 | |
| 4809 | | 11/8/10 | x | x | plaintiffs' exhibit 4809 | |
| 614 | | 11/8/10 | x | x | plaintiffs' exhibit 614 | |
| 615 | | 11/8/10 | x | x | plaintiffs' exhibit 615 | |
| 13 | | 11/8/10 | x | x | plaintiffs' exhibit 13 | |
| 658 | | 11/8/10 | x | x | plaintiffs' exhibit 658 | |
| | | 11:31 a.m. | | | cross examination of Ms. Catz | |
| | | | | | defendants' exhibit A-277 already marked and admitted used in conjunction with this witness | |

Case No: **C-07-1658 PJH**     Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-229 | 11/8/10 | x | | defendants' exhibit A-229 | |
| | | 11:53 a.m. | | | re-direct examination of Ms. Catz | |
| | | 11:54 a.m. | | | Ms. Catz is excused | |
| | | 11:54 a.m. | | | the court takes a 15 minute break | |
| | | 12:13 p.m. | | | the court is back in session; plaintiffs' call sixteenth witness Paul Meyer | |
| | | | | | plaintiffs' exhibits 141 and 171 already marked and admitted used in conjunction with this witness | |
| 23 | | 11/8/10 | x | x | plaintiffs' exhibit 23 | |
| 37 | | 11/8/10 | x | x | plaintiffs' exhibit 37 | |
| 97 | | 11/8/10 | x | x | plaintiffs' exhibit 97 | |
| 269 | | 11/8/10 | x | x | plaintiffs' exhibit 269 | |
| 583 | | 11/8/10 | x | x | plaintiffs' exhibit 583 | |
| 602 | | 11/8/10 | x | x | plaintiffs' exhibit 602 | |
| 653 | | 11/8/10 | x | x | plaintiffs' exhibit 653 | |
| 680 | | 11/8/10 | x | x | plaintiffs' exhibit 680 | |
| 958 | | 11/8/10 | x | x | plaintiffs' exhibit 958 | |
| 960 | | 11/8/10 | x | x | plaintiffs' exhibit 960 | |
| 984 | | 11/8/10 | x | x | plaintiffs' exhibit 984 | |
| 4814 | | 11/8/10 | x | x | plaintiffs' exhibit 4814 | |
| | | 1:32 p.m. | | | the jury is excused for the day | |
| | | 1:33 p.m. | | | the court is adjourned for the day | |
| | | | | | **Tuesday November 9, 2010** | |
| | | 8:17 a.m. | | | the court is back in session | |
| | | 8:17 a.m. | | | plaintiffs' read stipulated evidence into the record; the deposition excerpts show to the jury in opening statements are admitted into evidence and shall be marked with exhibit numbers | |

Page 8

Case No: **C-07-1658 PJH**          Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | plaintiffs' exhibits 28, 4819, 25 and the parties joint exhibits 1, 2, 3, 4 and 5 are all admitted into evidence; plaintiffs' 6 discovery responses marked as plaintiffs' exhibits 1460, 1487, 1567, 1568, 1647, 1698 are admitted into evidence (exhibits to be redacted to remove defendants' objections) | |
| | | 8:25 a.m. | | | defendants' exhibits A-367, A-371, A-372, A-373, A-374, A-6038, A-6190 and A-229 are admitted into evidence | |
| | | 8:27 a.m. | | | counsel submit jointly prepared pretrial facts to be read to the jury | |
| | | 8:30 a.m. | | | the court hears argument regarding competing curative instruction to be read to the jury | |
| | | 8:42 a.m. | | | the jury is present | |
| | | 8:42 a.m. | | | continued direct examination of Mr. Meyer | |
| | | | | | plaintiffs' exhibits 6, 12, 4814, 141, 23, 24, 161, 4811, 245, 958 and 37 already marked and admitted, used in conjunction with this witness | |
| | | 10:17 a.m. | | | the jury takes a break | |
| | | 10:18 a.m. | | | out of the presence of the jury the court informs the parties which limiting instruction will be used re: | |
| | | 10:22 a.m. | | | the court takes a 15 minute break | |
| | | 10:37 a.m. | | | the court is back in session | |
| | | 10:37 a.m. | | | continued direct examination of Mr. Meyer; the demonstrative exhibits used in conjunction with Mr. Meyer's testimony are admitted into evidence; counsel to mark with exhibit numbers | |
| | | 10:48 a.m. | | | the court reads an instruction to the jury | |
| | | 10:49 a.m. | | | cross examination of Mr. Meyer | |
| | A-9332 | 11/9/10 | x | | defendants' exhibit A-9332 | |
| | | 12:16 p.m. | | | the court takes a 15 minute break | |
| | | 12:32 p.m. | | | the court is back in session; continued cross examination of Mr. Meyer | |
| | A-2031 | 11/9/10 | x | | defendants' exhibit A-2031 | |

Page 9

Case No: **C-07-1658 PJH**                                      Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-441 | 11/9/10 | x | x | defendants' exhibit A-44 | |
| | A-6036 | 11/9/10 | x | x | defendants' exhibit A-6036 | |
| | A-303 | 11/9/10 | x | x | defendants' exhibit A-303 | |
| | | | | | defendants' exhibits A-421, A-277, A-4089, A-347, A-4090, A-367 and A-371 already marked and admitted and used in conjunction with this witness | |
| | A-451 | 11/9/10 | x | x | defendants' exhibit A-451 | |
| | | 1:30 p.m. | | | the jury is excused for the day | |
| | | 1:30 p.m. | | | the court discusses admissibility of emails with the parties | |
| | | 1:37 p.m. | | | the court hears further argument regarding curative instruction; the parties to submit further suggestions to the court by tomorrow 11/10/10 | |
| | | 2:00 p.m. | | | the court is adjourned for the day | |
| | | | | | **Friday November 12, 2010** | |
| | | 8:11 a.m. | | | the court is back in session out of the presence of the jury | |
| | | 8:11 a.m. | | | the court discusses evidentiary issues with the parties; further discussion regarding curative instruction; further discussion regarding admissibility of emails; the court re-visits the admissibility of exhibits A-451 which remains in evidence; plaintiffs' exhibit 432 is admitted into evidence; defendants' admit stipulated exhibits to be used in conjunction with cross examination of Mr. Meyer | |
| 432 | | 11/12/10 | x | x | plaintiffs' exhibit 432 | |
| | A-2049 | 11/12/10 | x | x | defendants' exhibit A-2049 | |
| | A-9333 | 11/12/10 | x | x | defendants' exhibit A-9333 | |
| | A-9335 | 11/12/10 | x | x | defendants' exhibit A-9335 | |
| | A-9340 | 11/12/10 | x | x | defendants' exhibit A-9340 | |
| | | 8:41 a.m. | | | the jury is now present | |

Page 10

Case No: **C-07-1658 PJH**  Case Name: **Oracle USA, et al. v. SAP AG, et al.**

# EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:42 a.m. | | | continued cross examination of Mr. Meyer | |
| | | | | | plaintiffs' exhibits 121, 24 and 112 already marked and admitted used in conjunction with this witness | |
| | A-9334 | 11/12/10 | x | | defendants' exhibit A-9334 | |
| | | 10:19 a.m. | | | the court takes a 15 minute break | |
| | | 10:32 a.m. | | | court is back in session out of the presence of the jury | |
| | | 10:32 a.m. | | | the court discusses plaintiffs' request for a curative instruction | |
| | | 10:35 a.m. | | | the jury is now present | |
| | A-9341 | 11/12/10 | x | | defendants' exhibit A-9341 | |
| | | 10:57 a.m. | | | re-direct examination of Mr. Meyer | |
| | | | | | plaintiffs' exhibits 4814, 12 and defendants' A-374, A-277 and A-432 already marked and admitted and used in conjunction with this witness | |
| 42 | | 11/12/10 | x | x | plaintiffs' exhibit 42 | |
| | | 11:39 a.m. | | | re-cross examination of Mr. Meyer | |
| | A-9329 | 11/12/10 | x | x | defendants' exhibit A-9329-admitted for the purpose of explaining experts reliance | |
| | | 12:03 p.m. | | | re-direct examination of Mr. Meyer | |
| | | 12:08 p.m. | | | re-cross examination of Mr. Meyer | |
| | | 12:11 p.m. | | | the jury takes a break | |
| | | 12:11 p.m. | | | the court discusses curative instruction issue with the parties | |
| | | 12:14 p.m. | | | the court takes a 15 minute break | |
| | | 12:31 p.m. | | | the court is back in session; plaintiffs' call seventeenth witness Kevin Mandia | |
| 760 | | 11/12/10 | x | x | plaintiffs' exhibit 760 | |
| | | 12:56 p.m. | | | cross examination of Mr. Mandia | |
| | A-9336 | 11/12/10 | x | x | defendants' exhibit A-9336 | |
| | A-9337 | 11/12/10 | x | x | defendants' exhibit A-9337 | |

Case No: **C-07-1658 PJH**     Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:14 p.m. | | | re-direct examination of Mr. Mandia | |
| | | 1:16 p.m. | | | re-cross examination of Mr. Mandia | |
| | | 1:22 p.m. | | | re-direct examination of Mr. Mandia | |
| | | 1:22 p.m. | | | Mr. Mandia is excused | |
| | | 1:23 p.m. | | | plaintiffs' call eighteenth witness Henning Kagermann by video deposition | |
| 461 | | 11/12/10 | x | x | plaintiffs' exhibit 461 | |
| 443 | | 11/12/10 | x | x | plaintiffs' exhibit 443 | |
| 180 | | 11/12/10 | x | x | plaintiffs' exhibit 180 | |
| 294 | | 11/12/10 | x | x | plaintiffs' exhibit 294 | |
| 332 | | 11/12/10 | x | x | plaintiffs' exhibit 332 | |
| 4818 | | 11/12/10 | x | x | plaintiffs' exhibit 4818 | |
| 948 | | 11/12/10 | x | x | plaintiffs' exhibit 948 | |
| | | | | | plaintiffs' exhibits 19, 44, 171 and 4814 already marked and admitted used in conjunction with this witness | |
| | | 1:30 p.m. | | | the jury is released for the day | |
| | | 1:33 p.m. | | | the court is adjourned for the day | |
| | | | | | **Monday November 15, 2010** | |
| | | 8:17 a.m. | | | the court is back in session; the court hears argument regarding remaining objections to deposition testimony; defendants' request to file a motion re: at risk report is granted. The motion shall be filed immediately and any response shall be filed by tomorrow 11/16/10 | |
| | | 8:40 a.m. | | | the jury is now present; continued video deposition of Mr. Kagermann | |
| | | 8:47 a.m. | | | plaintiffs' read 3 instant messages into the record which are marked as plaintiffs' exhibits 49, 55 and 53; 53 already marked and admitted into evidence | |
| 49 | | 11/15/10 | x | x | plaintiffs' exhibit 49 | |

Page 12

# EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 55 | | 11/15/10 | x | x | plaintiffs' exhibit 55 | |
| | | 8:53 a.m. | | | the plaintiffs' rest | |
| | | 8:54 a.m. | | | the court reads stipulated facts to the jury | |
| | | 8:58 a.m. | | | defendants' call first witness Juan Jones by video deposition | |
| | | | | | defendants' exhibits A-367, A-371, A-372, A-373, A-374 already marked and admitted into evidence used in conjunction with this witness | |
| | A-370 | 11/15/10 | x | x | defendants' exhibit A-370 | |
| | | 9:45 a.m. | | | defendants' call second witness Bill McDermott | |
| | | 10:09 a.m. | | | cross examination of Mr. McDermott | |
| | | 10:23 a.m. | | | the court takes a break | |
| | | 10:42 a.m. | | | the court is back in session; continued cross examination of Mr. McDermott | |
| | | | | | plaintiffs' exhibits 332, 443, 23, 4814 and 171 already marked and admitted and used in conjunction with this witness | |
| 117 | | 11/15/10 | x | x | plaintiffs' exhibit 117 | |
| 146 | | 11/15/10 | x | x | plaintiffs' exhibit 146 | |
| 148 | | 11/15/10 | x | x | plaintiffs' exhibit 148 | |
| 185 | | 11/15/10 | x | x | plaintiffs' exhibit 185 | |
| 197 | | 11/15/10 | x | x | plaintiffs' exhibit 197 | |
| 227 | | 11/15/10 | x | x | plaintiffs' exhibit 227 | |
| 231 | | 11/15/10 | x | x | plaintiffs' exhibit 231 | |
| 333 | | 11/15/10 | x | x | plaintiffs' exhibit 333 | |
| 462 | | 11/15/10 | x | x | plaintiffs' exhibit 462 | |
| 671 | | 11/15/10 | x | x | plaintiffs' exhibit 671 | |
| 1236 | | 11/15/10 | x | x | plaintiffs' exhibit 1236 | |
| 1662 | | 11/15/10 | x | x | plaintiffs' exhibit 1662 | |

Case No: **C-07-1658 PJH**  Case Name: **Oracle USA, et al. v. SAP AG, et al.**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 4836 | | 11/15/10 | x | x | plaintiffs' exhibit 4836 | |
| 4850 | | 11/15/10 | x | x | plaintiffs' exhibit 4850 | |
| | A-4024 | 11/15/10 | x | x | defendants' exhibit A-4024 | |
| | A-148 | 11/15/10 | x | x | defendants' exhibit A-148 | |
| | | 11:09 a.m. | | | re-direct examination of Mr. McDermott | |
| | | 11:10 a.m. | | | re-cross examination of Mr. McDermott | |
| | | 11:14 a.m. | | | re-direct examination of Mr. McDermott | |
| | | 11:15 a.m. | | | Mr. McDermott is excused | |
| | | 11:16 a.m. | | | defendants' call third witness Douglas Kehring by video deposition | |
| | | | | | defendants' exhibit A-229 already marked and admitted into evidence used in conjunction with this witness | |
| | A-230 | 11/15/10 | x | x | defendants' exhibit A-230 | |
| | A-596 | 11/15/10 | x | x | defendants' exhibit A-596 | |
| | | 11:24 a.m. | | | defendants' call fourth witness Richard Cummins by video deposition | |
| | | | | | defendants' exhibit A-303 already marked and admitted and used in conjunction with this witness | |
| | A-44 | 11/15/10 | x | x | defendants' exhibit A-44 | |
| | A-45 | 11/15/10 | x | x | defendants' exhibit A-45 | |
| | A-49 | 11/15/10 | x | x | defendants' exhibit A-49 | |
| | A-59 | 11/15/10 | x | x | defendants' exhibit A-59-**this exhibit is replaced with A-59A** | |
| | A-63 | 11/15/10 | x | x | defendants' exhibit A-63 | |
| | A-65 | 11/15/10 | x | x | defendants' exhibit A-65 | |
| | A-289 | 11/15/10 | x | x | defendants' exhibit A-289 | |
| | A-290 | 11/15/10 | x | x | defendants' exhibit A-290 | |
| | A-307 | 11/15/10 | x | x | defendants' exhibit A-307 | |
| | A-308 | 11/15/10 | x | x | defendants' exhibit A-308 | |

# EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-331 | 11/15/10 | x | x | defendants' exhibit A-331 | |
| | | 12:02 p.m. | | | defendants' call fifth witness Jeffrey O'Donnell by video deposition | |
| | A-647 | 11/15/10 | x | x | defendants' exhibit A-647 | |
| | | 12:15 p.m. | | | the court takes a break | |
| | | 12:32 p.m. | | | the court is back in session; defendants' call sixth witness Robert Wasson by video deposition | |
| | A-547 | 11/15/10 | x | x | defendants' exhibit A-547 | |
| | | 1:07 p.m. | | | defendants' call seventh witness Steven Brazile by video deposition | |
| | A-730 | | x | | defendants' exhibit A-730 | |
| | | 1:24 p.m. | | | the jury is release for the day | |
| | | 1:27 p.m. | | | the court is adjourned for the day | |
| | | | | | **Tuesday November 16, 2010** | |
| | | 8:18 a.m. | | | the court is back in session; the court hears argument regarding testimony of Stephen Clarke; the court denies defendants' motion to reconsider admissibility of plaintiffs' at-risk report as stated on the record. | |
| | | 8:38 a.m. | | | the jury is present; defendants' call eighth witness Stephen Clarke | |
| | | 10:15 a.m. | | | the court takes a break | |
| | | 10:36 a.m. | | | the court is back in session; continued direct examination of Mr. Clarke | |
| | | 10:38 a.m. | | | the court handles issues at side bar | |
| | | 10:47 a.m. | | | continued direct examination of Mr. Clarke | |
| | A-5193 | 11/16/10 | x | x | defendants' exhibit A-5193 | |
| | A-5199 | 11/16/10 | x | x | defendants' exhibit A-5199 | |
| | A-6028 | 11/16/10 | x | x | defendants' exhibit A-6028 | |

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:41 a.m. | | | cross examination of Mr. Clarke | |
| | | 12:17 p.m. | | | the jury takes a break | |
| | | 12:22 p.m. | | | the court takes a break | |
| | | 12:40 p.m. | | | the court is back in session out of the presence of the jury | |
| | | 12:42 p.m. | | | the jury is now present; continued cross examination of Mr. Clarke | |
| | | 1:32 p.m. | | | the jury is released for the day | |
| | | 1:36 p.m. | | | the court is adjourned for the day | |
| | | | | | plaintiffs' deposition excerpts used in opening statements and admitted into evidence on 11/9/10 are marked as plaintiffs' exhibits 4821, 4822, 4823, 4824, 4825, 4826, 4827 and 4828 | |
| | | | | | **Thursday November 18, 2010** | |
| | | 8:17 a.m. | | | the court is back in session; the court handles preliminary issues regarding the rebuttal testimony of Ms. Catz | |
| | | 8:25 a.m. | | | the jury is now present; continued cross examination of Mr. Clarke | |
| | A-2046 | 11/18/10 | x | x | defendants' exhibit A-2046 | |
| 7035 | | 11/18/10 | x | x | plaintiffs' exhibit 7035 | |
| 7027 | | 11/18/10 | x | x | plaintiffs' exhibit 7027 | |
| | | | | | plaintiffs' exhibits 19, 12, 4814, 154, 24, 171 already marked and admitted into evidence and used in conjunction with this witness | |
| | | 10:15 a.m. | | | the court takes a 15 minute break | |
| | | 10:33 a.m. | | | the court is back in session, re-direct examination of Mr. Clarke | |
| 7106 | | 11/18/10 | x | | plaintiffs' exhibit 7106 | |
| | A-6891 | 11/18/10 | x | | defendants' exhibit A-6891 | |
| | A-9347 | 11/18/10 | x | x | defendants' exhibit A-9347 | |
| | A-9348 | 11/18/10 | x | x | defendants' exhibit A-9348 | |

Page 16

Case No: **C-07-1658 PJH**                    Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-6110 | 11/18/10 | x | | defendants' exhibit A-6110 | |
| | A-5181 | 11/18/10 | x | | defendants' exhibit A-5181 | |
| 4881 | | 11/18/10 | x | | plaintiffs' exhibit 4881 | |
| | A-6519 | 11/18/10 | x | | defendants' exhibit A-6519 | |
| | | 11:41 a.m. | | | re-cross examination of Mr. Clarke | |
| 416 | | 11/18/10 | x | x | plaintiffs' exhibit 416 | |
| 373 | | 11/18/10 | x | x | plaintiffs' exhibit 373 | |
| | | 12:17 p.m. | | | the jury takes a break, the court has further discuss with the parties regarding plaintiffs' exhibit 373 | |
| | | 12:22 p.m. | | | the court takes a break | |
| | | 12:35 p.m. | | | the court is back in session; continued re-cross examination of Mr. Clarke | |
| 7028 | | 11/18/10 | x | x | plaintiffs' exhibit 7028 | |
| | | 12:49 p.m. | | | re-direct examination of Mr. Clarke | |
| | A-6886 | 11/18/10 | x | | defendants' exhibit A-6886 | |
| | | 12:53 p.m. | | | re-cross examination of Mr. Clarke | |
| | | 12:54 p.m. | | | Mr. Clarke is excused | |
| | | 12:55 p.m. | | | defendants' call ninth witness Tracy Hallenberger by video deposition | |
| | A-1744 | 11/18/10 | x | x | defendants' exhibit A-1744 | |
| | A-1738 | 11/18/10 | x | | defendants' exhibit A-1738 | |
| | | 1:10 p.m. | | | defendants' move into evidence A-9342 | |
| | A-9342 | 11/18/10 | x | x | defendants' exhibit A-9342 | |
| | | 1:10 p.m. | | | defendants' rest | |
| | | 1:11 p.m. | | | plaintiffs' call first rebuttal witness Andrew Nelson | |

Page 17

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | plaintiffs' exhibits 37 and 97 already marked and admitted used in conjunction with this witness | |
| | | 1:28 p.m. | | | plaintiffs' call second rebuttal witness Terry Hurst by video deposition | |
| | | 1:31 p.m. | | | the jury is excused for the day | |
| | | 1:33 p.m. | | | the court is adjourned for the day | |
| | | | | | **Friday November 19, 2010** | |
| | | 8:31 a.m. | | | the court is back in session | |
| | | 8:31 a.m. | | | plaintiffs' call third rebuttal witness Safra Catz | |
| | | 9:08 a.m. | | | cross examination of Ms. Catz | |
| | | 9:42 a.m. | | | re-direct examination of Ms. Catz | |
| | | 9:48 a.m. | | | Ms. Catz is excused | |
| | | 9:49 a.m. | | | plaintiffs' rest | |
| | | 9:52 a.m. | | | the jury is release for the day | |
| | | 9:53 a.m. | | | offer of proof is submitted by defendants' | |
| | | 9:54 a.m. | | | defendants' request to replace exhibit A-59 with A-59A is granted | |
| | A-59A | 11/19/10 | x | x | defendants' exhibit A-59A | |
| | | 9:55 a.m. | | | plaintiffs' move exhibit 970 which is admitted into evidence | |
| 970 | | 11/19/10 | x | x | plaintiffs' exhibit 970 | |
| | | 9:56 a.m. | | | plaintiffs' mark for identification demonstrative exhibits used in trial as plaintiffs' exhibits 4853, 4854, 4855, 4856, 4857, 4858, 4859, 4860, 4874, 4875, 4876, 4877, 4878, 4879, 4880 | |
| | | 10:00 a.m. | | | the court takes a break | |
| | | 10:15 a.m. | | | the court is back in session; the court hears argument regarding jury instructions; if the parties are not able to agree on the last instruction in dispute they shall file proposed instruction by Sunday 11/21/10 at 3:00 p.m. | |
| | | 11:45 a.m. | | | the court hears argument on defendants' rule 50 motions-Denied in part, taken under submission in part pending jury verdict | |

Case No: **C-07-1658 PJH**                                   Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:02 p.m. | | | the parties shall be prepared on Monday to begin at 8:00 a.m. to handle any remaining issues before closing arguments start | |
| | | 12:02 p.m. | | | the court is adjourned for the day | |
| | | | | | **Monday November 22, 2010** | |
| | | 8:22 a.m. | | | the court is back in session out of the presence of the jury; the court makes final ruling regarding jury instructions and special verdict form; the court hears argument and makes ruling regarding closing argument demonstrative slides | |
| | | 8:38 a.m. | | | the court takes a break to allow the parties to make changes to closing argument demonstrative slides | |
| | | 8:49 a.m. | | | the court is back in session; the jury is present; closing arguments by plaintiffs; | |
| | | 10:37 a.m. | | | the court takes a break | |
| | | 10:56 a.m. | | | the court is back in session; closing arguments by defendants' | |
| | | 12:37 p.m. | | | the court takes a break | |
| | | 12:53 p.m. | | | the court is back in session; rebuttal closing by plaintiffs' | |
| | | 1:57 p.m. | | | the court reads jury instructions to the jurors | |
| | | 2:20 p.m. | | | the jury begins deliberations | |
| | | 4:55 p.m. | | | the court discusses jury note #1 | |
| | | 5:00 p.m. | | | the jury is brought in and released for the day | |
| | | 5:01 p.m. | | | plaintiffs' exhibit 432 inadvertently marked by counsel and admitted into evidence, should be defendants' A-432 | |
| | | 5:02 p.m. | | | defendants' read demonstrative exhibits into the record | |
| | | 5:05 p.m. | | | court is adjourned for the day | |
| | | | | | **Tuesday November 23, 2010** | |
| | | 8:12 a.m. | | | the court is back in session; further argument is heard regarding jury note #1 | |
| | | 8:45 a.m. | | | the parties shall meet and confer to come up with portions of the expert testimony to be read back to the jury | |

Page 19

Case No: **C-07-1658 PJH**  Case Name: **Oracle USA, et al. v. SAP AG, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:46 a.m. | | | the parties agree upon a joint document to submit to the jury in lieu of reading back expert testimony-the document is marked as joint exhibit 6 and given to the jury | |
| | | 1:36 p.m. | | | the court discusses jury note number 2 with the parties | |
| | | 1:41 p.m. | | | the parties shall meet and confer on how to respond | |
| | | 2:15 p.m. | | | the court receives jury note number 3 informing the court that a verdict has been reached | |
| | | 2:30 p.m. | | | the jury is now present | |
| | | 2:32 p.m. | | | the verdict is read and the jury is polled | |
| | | 2:33 p.m. | | | the jury is discharged | |
| | | 2:35 p.m. | | | the court is adjourned for the day | |