Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:      (650) 739-3939
Facsimile:       (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:      (832) 239-3939
Facsimile:       (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAP AG, et al.,<br><br>　　　　　Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DEFENDANTS' NOTICE OF LODGING PLAINTIFFS' DOCUMENTS IN SUPPORT OF DEFENDANTS' OFFER OF PROOF REGARDING THE AT-RISK REPORT AND IMPACT ON DAMAGES ANALYSIS** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT on November 19, 2010, Defendants filed Offer of Proof
3  Regarding the At-Risk Report and Impact on Damages Analysis (ECF No. 994).  This document
4  contained materials that were submitted under seal pursuant to Local Rule 79-5(c).  In compliance
5  with the Court's Order and Civil Local Rules, and given the voluminous nature, as well as the
6  size and shape of these documents, Defendants hereby give notice that these documents were
7  lodged with the Clerk's Office on November 22, 2010 for record purposes in lieu of electronic
8  filing:

9  1.   Exhibit A (Defendants' Trial Exhibit A-0059) to ECF No. 994 (Offer of Proof
10 Regarding the At-Risk Report and Impact on Damages Analysis).

11 2.   Exhibit B (Defendants' Trial Exhibit A-9338) to ECF No. 994 (Offer of Proof
12 Regarding the At-Risk Report and Impact on Damages Analysis).

13 Defendants give notice that these materials should be kept and maintained by the clerk in
14 the official record for this case.

15 Dated:  November 23, 2010          JONES DAY

17                                    By:  /s/ Tharan Gregory Lanier
                                           Tharan Gregory Lanier

19                                    Counsel for Defendants
                                      SAP AG, SAP AMERICA, INC., and
                                      TOMORROWNOW, INC.