UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

    Plaintiffs,                                    No. C 07-1658 PJH

    v.                                            **ORDER**

SAP AG, et al.,

    Defendants.

_____/

        The court is in receipt of Oracle's proposed judgment, SAP's statement regarding the proposed form of judgment, and Oracle's response to SAP's statement regarding the proposed form of judgment.

        The court is unwilling to enter judgment in a piecemeal fashion. If all Oracle is seeking to conclude the case is the relief set forth in the proposed judgment, and not resolution of any of the other matters indicated in SAP's response, such as injunctive relief, Oracle should so advise the court. SAP may have one week to respond to any statement filed by Oracle.

        Once it is clear to the court what is at issue, the court will issue any necessary scheduling order.

**IT IS SO ORDERED.**

Dated: December 14, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge