UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>                Plaintiffs,<br>        v.<br>SAP AG, *et al.*,<br><br>                Defendants. | Case No. 07-CV-01658 PJH (EDL)<br><br>**[REVISED PROPOSED] JUDGMENT**<br><br>Judge:     Hon. Phyllis J. Hamilton |

Trial commenced in this matter on November 1, 2010. Pursuant to the jury's verdict on November 23, 2010 (Dkt. No. 1004), Amended Trial Stipulation and Order No. 1 Regarding Liability, Dismissal of Claims, Preservation of Defenses, and Objections to Evidence at Trial (Dkt. No. 965), and Additional Trial Stipulation and Order Regarding Claims for Damages and Attorneys Fees (Under Seal at Dkt. No. 969), IT IS HEREBY ADJUDGED AND ORDERED that:

(1)     JUDGMENT is entered against Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants") on Plaintiff Oracle International Corporation's claim for copyright infringement, and Plaintiff Oracle International Corporation shall recover from Defendants, jointly and severally, (a) the amount of $1.3 billion ($1,300,000,000); and (b) prejudgment interest in the amount of $211,662,935.

(2)     The parties have stipulated and the Court has so ordered that Defendants shall pay (and have paid) Plaintiffs Oracle USA, Inc., Oracle International

| | | |
|---|---|---|
| 1 | | Corporation, and Siebel Systems, Inc. (collectively, "Oracle" or "Plaintiffs") |
| 2 | | $120 million ($120,000,000) for Oracle's past and future reasonable attorneys |
| 3 | | fees and costs (including investigative costs) associated with Oracle's |
| 4 | | investigation and prosecution of its claims in this case. |
| 5 | (3) | JUDGMENT is entered in favor of Oracle against Defendant TomorrowNow, |
| 6 | | Inc. on all liability for all claims, including for violations of 18 U.S.C. |
| 7 | | §§ 1030(a)(2)(C), (a)(4), (a)(5)(i), (a)(5)(ii), and (a)(5)(iii) (the Federal |
| 8 | | Computer Fraud and Abuse Act) and California Penal Code §§ 502(c)(2), |
| 9 | | (c)(3), (c)(6) and (c)(7) (California's Computer Data Access and Fraud Act), |
| 10 | | breach of contract, intentional interference, negligent interference, unfair |
| 11 | | competition, trespass to chattels, unjust enrichment/restitution, and for an |
| 12 | | accounting, without separate monetary damages or monetary relief, including |
| 13 | | punitive damages, by way of these claims. |
| 14 | (4) | Pursuant to 17 U.S.C. § 503, within 30 days of final of entry of judgment, |
| 15 | | Defendants, at their own expense, shall make such disposition as Oracle |
| 16 | | requests of all of Defendants' infringing materials, including all of Oracle's |
| 17 | | confidential, proprietary, and copyrighted software and support materials and |
| 18 | | any derivative works or other partial or modified components of any Oracle |
| 19 | | Registered Work, based in or containing in whole or in part Oracle's |
| 20 | | copyrighted materials.  Defendants shall certify in writing within 10 calendar |
| 21 | | days of completion of such disposition that it is full and complete.  Oracle |
| 22 | | shall have the right to physically monitor and attend the disposition in person |
| 23 | | with any representatives it may choose. |

DATED:  December ___, 2010

By: _____
Hon. Phyllis J. Hamilton
United States District Court Judge