| | |
|---|---|
| BINGHAM McCUTCHEN LLP | Robert A. Mittelstaedt (SBN 060359) |
| DONN P. PICKETT (SBN 72257) | Jason McDonell (SBN 115084) |
| GEOFFREY M. HOWARD (SBN 157468) | Elaine Wallace (SBN 197882) |
| HOLLY A. HOUSE (SBN 136045) | JONES DAY |
| ZACHARY J. ALINDER (SBN 209009) | 555 California Street, 26th Floor |
| BREE HANN (SBN 215695) | San Francisco, CA  94104 |
| Three Embarcadero Center | Telephone:     (415) 626–3939 |
| San Francisco, CA  94111-4067 | Facsimile:      (415) 875–5700 |
| Telephone:  (415) 393-2000 | ramittelstaedt@jonesday.com |
| Facsimile:   (415) 393-2286 | jmcdonell@jonesday.com |
| donn.pickett@bingham.com | ewallace@jonesday.com |
| geoff.howard@bingham.com | |
| holly.house@bingham.com | Tharan Gregory Lanier (SBN 138784) |
| zachary.alinder@bingham.com | Jane L. Froyd (SBN 220776) |
| bree.hann@bingham.com | JONES DAY |
| | 1755 Embarcadero Road |
| BOIES, SCHILLER & FLEXNER LLP | Palo Alto, CA  94303 |
| DAVID BOIES (Admitted *Pro Hac Vice*) | Telephone:     (650) 739–3939 |
| 333 Main Street | Facsimile:      (650) 739–3900 |
| Armonk, NY 10504 | tglanier@jonesday.com |
| Telephone: (914) 749-8200 | jfroyd@jonesday.com |
| Facsimile: (914) 749-8300 | |
| dboies@bsfllp.com | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| STEVEN C. HOLTZMAN (SBN 144177) | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| FRED NORTON (SBN 224725) | JONES DAY |
| 1999 Harrison St., Suite 900 | 717 Texas, Suite 3300 |
| Oakland, CA 94612 | Houston, TX  77002 |
| Telephone: (510) 874-1000 | Telephone:     (832) 239–3939 |
| Facsimile: (510) 874-1460 | Facsimile:      (832) 239–3600 |
| sholtzman@bsfllp.com | swcowan@jonesday.com |
| fnorton@bsfllp.com | jlfuchs@jonesday.com |
| | |
| DORIAN DALEY (SBN 129049) | Attorneys for Defendants |
| JENNIFER GLOSS (SBN 154227) | SAP AG, SAP AMERICA, INC., and |
| 500 Oracle Parkway, M/S 5op7 | TOMORROWNOW, INC. |
| Redwood City, CA  94070 | |
| Telephone:  (650) 506-4846 | |
| Facsimile:   (650) 506-7114 | |
| dorian.daley@oracle.com | |
| jennifer.gloss@oracle.com | |

Attorneys for Plaintiffs
Oracle USA, Inc. *et al*.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING THE UNSEALING OF DOCKET ITEM 961** |
| SAP AG, et al., | |
| Defendants. | |

Case No. 07-CV-1658 PJH (EDL)
STIPULATION AND [PROPOSED] ORDER REGARDING THE UNSEALING OF DOCKET ITEM 961

1 | Pursuant to Local Rule 7-12, Plaintiffs Oracle USA, Inc., Oracle International Corporation and Siebel Systems, Inc. and Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, the "Parties") jointly submit this Stipulation and [Proposed] Order regarding the unsealing of Docket Item 961, Additional Trial Stipulation and [Proposed] Order Regarding Claims For Damages and Attorneys Fees.

WHEREAS the Court ordered Docket Item 961 sealed on November 2, 2010, after discussion with the Parties at trial;

WHEREAS trial has now concluded and the jury has rendered its verdict; and,

WHEREAS the Parties request that Docket Item 961 therefore be unsealed as to all members of the public;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, through their respective counsel of record, as follows:

1. That Docket Item 961 may be unsealed as to all members of the public.

**IT IS SO STIPULATED.**

DATED: December 16, 2010         BINGHAM McCUTCHEN LLP

                                 By:    /s/ Geoffrey M. Howard

                                 Geoffrey M. Howard
                                 Attorneys for Plaintiffs
                                 Oracle USA, Inc., Oracle International
                                 Corporation and Siebel Systems, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: December 16, 2010         JONES DAY

                                 By:    /s/ Tharan Gregory Lanier

                                 Tharan Gregory Lanier
                                 Attorneys for Defendants
                                 SAP AG, SAP America, Inc., and
                                 TomorrowNow, Inc.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: December 20, 2010

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA