Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
dboies@bsfllp.com

STEVEN C. HOLTZMAN (SBN 144177)
FRED NORTON (SBN 224725)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAP AG, et al., <br><br> Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TEMPORARY STAY OF EXECUTION OF JUDGMENT** |

SVI-89704v1

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TEMPORARY STAY OF EXECUTION OF JUDGMENT
Case No. 07-CV-1658 PJH (EDL)

1  SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants") and Oracle USA,
2  Inc., Oracle International Corporation, and Siebel Systems, Inc. ("Plaintiffs," and together with
3  Defendants, the "Parties") jointly submit this Stipulation and [Proposed] Order to extend the
4  temporary stay of execution of judgment.

5  WHEREAS, the Court entered final judgment in the above-captioned matter on February
6  3, 2011 (ECF No. 1036);

7  WHEREAS, Rule 62(a) of the Federal Rules of Civil Procedure provides that "no
8  execution may issue on a judgment, nor may proceedings be taken to enforce it, until 14 days
9  have passed after its entry," Fed. R. Civ. P. 62(a);

10 WHEREAS, at the Parties' request, the Court granted a temporary stay of execution of
11 final judgment for 21 days after entry of judgment, which will expire on February 24, 2011;

12 WHEREAS, the Parties continue to negotiate an appropriate security for the judgment;

13 WHEREAS, the Parties agree to further extend the temporary stay of execution for an
14 additional 14 days;

15 NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
16 respective counsel of record, that execution of judgment shall be stayed until March 10, 2011.

17 **IT IS SO STIPULATED.**

18 Dated: February 11, 2011                          JONES DAY

20                                                  By: /s/ Tharan Gregory Lanier
                                                        Tharan Gregory Lanier

22                                                  Counsel for Defendants
                                                    SAP AG, SAP AMERICA, INC., and
23                                                  TOMORROWNOW, INC.

24 In accordance with General Order No. 45, Rule X, the above signatory attests that
25 concurrence in the filing of this document has been obtained from the signatory below.

1   Dated:  February 11, 2011               Bingham McCutchen LLP

                                         By:        /s/ Geoffrey M. Howard
                                                  Geoffrey M. Howard
                                                Attorneys for Plaintiffs
                                         Oracle USA, Inc., Oracle International
                                          Corporation, and Siebel Systems, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  __2/14/11_____       By: _____

                                             IT IS SO ORDERED
                                             Judge Phyllis J. Hamilton