UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

    Plaintiff(s),

    v.

SAP AG, et al.,

    Defendant(s).

_____/

No. C 07-1658 PJH

**ORDER**

Before the court is the stipulated request and proposed order to extend the briefing schedule and page limits for post-judgment briefs. The court approves both requests, but notes that while the parties have more than doubled the time permitted by the local rules for their filing of opposition and reply briefs, they have not enlarged the time period for the court to review what is anticipated to be a voluminous filing. Moreover, given the court's heavy trial and motions schedule for May and June, the court will be unable to turn its attention to the post-judgment briefs until late June. Thus, the briefing schedule is approved, but the hearing will be held on July 13, 2011, at 9:00 a.m. The court will notify counsel if an earlier date becomes available.

The court requests that the parties provide two courtesy copies of their briefs. Only one copy of attachments or exhibits is required.

**IT IS SO ORDERED.**

Dated: February 23, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge