| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>holly.house@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>dboies@bsfllp.com<br>STEVEN C. HOLTZMAN (SBN 144177)<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., *et al.* | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice)*<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>SAP AG, et al.,<br><br>       Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TEMPORARY STAY OF EXECUTION OF JUDGMENT AND STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |

**Stipulation to Extend Temporary Stay of Execution of Judgment**

WHEREAS, the Court entered final judgment in the above-captioned matter on February 3, 2011 (ECF No. 1036);

WHEREAS, Rule 62(a) of the Federal Rules of Civil Procedure provides that "no execution may issue on a judgment, nor may proceedings be taken to enforce it, until 14 days have passed after its entry," Fed. R. Civ. P. 62(a);

WHEREAS, at the Parties' request, the Court granted a temporary stay of execution of final judgment, which will expire on March 10, 2011;

WHEREAS, the Parties continue to negotiate an appropriate security for the judgment;

WHEREAS, the Parties agree to: (i) extend the temporary stay of execution for an additional 14 days, and (ii) should Defendants file a motion pursuant to Rules 62(b) and 62(d) of the Federal Rules of Civil Procedure to stay of execution of final judgment pending disposition of post-judgment motions and, if necessary, an appeal by having the Court set an appropriate security ("Rule 62(b) and 62(d) Motion") within that 14-day time period, extend the temporary stay of execution through the Court's ruling on the Rule 62(b) and 62(d) Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that execution of judgment shall be stayed until March 24, 2011, or, should Defendants file a Rule 62(b) and 62(d) Motion on or before March 24, 2011, that execution of judgment shall be stayed through the Court's ruling on the Rule 62(b) and 62(d) Motion.

**Stipulated Request to Extend Briefing Schedule**

Pursuant to Civil Local Rules 6-2, 6-12, and 7-4, the Parties submit this stipulated request to extend the briefing schedule for post-judgment briefs filed pursuant to Rule 50(b) and Rule 59 of the Federal Rules of Civil Procedure (the "Post-Trial Motions").

Following the filing of the Parties' February 18, 2011 Stipulated Request, Dkt. No. 1041, the Court set a briefing and hearing schedule for the Post-Trial Motions in the Court's February 23, 2011 Order, Dkt. No. 1043. Given the complexity of the issues addressed in the Post-Trial Motions, good cause exists for a minor extension of the time to file Opposition and Reply Briefs.

1  Specifically, the Parties jointly request that the Court grant an additional 9-day extension to file
2  Opposition Briefs and an additional 5-day extension to file Reply Briefs. As the current hearing
3  date set by the Court is July 13, 2011, the Parties do not believe that the requested additional
4  extension of time, which still provides the Court approximately 2.5 months to consider the
5  Parties' briefing, will impact the hearing date or the Court's consideration of the Post-Trial
6  Motions.

7  Accordingly, the Parties request that the Court modify the briefing schedule as follows:

8      April 8    Deadline to file Opposition Briefs
9      April 27    Deadline to file Reply Briefs
10     July 13    Hearing

11 The only purpose of this request is to extend the briefing deadlines as noted above, and
12 thus, this request neither affects any other rights or obligations of the Parties, nor impacts the
13 briefing page limits or briefing description set forth in the Parties' February 18, 2011 Stipulated
14 Request, Dkt. No. 1041, and approved by the Court's February 23, 2011 Order, Dkt. No. 1043.

16 **IT IS SO STIPULATED.**

17 Dated: March 9, 2011    Bingham McCutchen LLP

20 By: /s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Siebel Systems, Inc.

23 In accordance with General Order No. 45, Rule X, the above signatory attests that
24 concurrence in the filing of this document has been obtained from the signatory below.

Dated: March 9, 2011　　　　　　　　　JONES DAY

By: /s/ Tharan Gregory Lanier
　　　Tharan Gregory Lanier

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge