1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:    (650) 739-3939
10 Facsimile:    (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:    (832) 239-3939
15 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                            OAKLAND DIVISION

22  ORACLE USA, INC., et al.,              Case No. 07-CV-1658 PJH (EDL)

23              Plaintiffs,                **[REVISED PROPOSED] ORDER
                                           GRANTING DEFENDANTS' MOTION
24         v.                              FOR STAY OF EXECUTION OF
                                           JUDGMENT THROUGH APPEAL AND
25  SAP AG, et al.,                        APPROVAL OF PROPOSED
                                           SECURITY PURSUANT TO FRCP 62**
26              Defendants.

27

28

1  Having considered the papers filed by the parties in connection with Defendants' Motion for Stay of Execution of Judgment Through Appeal and Approval of Proposed Security Pursuant to FRCP 62 (ECF No. 1051):

IT IS HEREBY ORDERED THAT:  Defendants' motion is GRANTED.  Execution of final judgment is stayed pending disposition of post-judgment motions and, if necessary, appeal. Defendants are ORDERED to obtain and move the Court for approval of a supersedeas bond in the amount of $1,325,033,547.00 within 21 days after this order is entered.  Oracle's request that the Court instruct the bonding company to provide a quarterly report to the parties and increase the bond amount as needed to cover post-judgment interest accrued in the future is DENIED.

DATED: _____    By: _____
                                              Hon. Phyllis J. Hamilton