Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:   (832) 239-3939
Facsimile:   (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>                   Plaintiffs,<br><br>          v.<br><br>SAP AG, et al.,<br><br>                   Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DECLARATION OF MARCIN PLONKA IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY EXECUTION OF JUDGMENT THROUGH APPEAL AND APPROVAL OF PROPOSED SECURITY PURSUANT TO FRCP 62**<br><br>Date:       May 4, 2011<br>Time:       9:00 a.m.<br>Courtroom: 3, 3rd Floor<br>Judge:      Hon. Phyllis J. Hamilton |

I, Marcin Plonka, declare as follows:

I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. I am the Corporate Risk Manager, Americas Region at SAP AG.

2. Defendants are currently working to obtain a secured bond backed by letters of credit as the form of security to stay execution of judgment in this case, as well as an unsecured bond, in the event that Defendants are not able to obtain the secured bond in a timely manner.

3. In order to obtain this secured bond, Defendants must negotiate with insurance carriers regarding multiple indemnity agreements that would support an acceptable form of the secured bond, as well as financial institutions who will back and issue the letters of credit that serve as the bond collateral.

4. Because of the large size of the verdict, more than one letter of credit is necessary, requiring that a syndicate of financial institutions be formed to back and issue the letters of credit.

5. Also because of the large size of the verdict, a detailed credit facility is necessary, which requires opinions, certificates, and notarization.

6. In Germany, the notarization process is different from and more time-consuming than the process in the United States. In the area of Baden-Wuerrtember, where SAP AG is located, the notary public is employed by the local court and is similar to a judge. The process itself takes a matter of days rather than hours.

7. The secured bond cannot be issued until the letters of credit have been issued by financial institutions and are transferred to the insurance carrier(s)' possession.

8. The physical movement of the indemnity agreements, bond forms and letters of credit papers amongst the various parties and between countries alone could take two weeks. Defendants now estimate that the entire process of securing the bond will minimally take twenty-one days to complete.

9. To obtain an unsecured bond in the amount of the judgment plus three years post-judgment interest ($1,325,033,547), Defendants must negotiate with at least five or more insurance companies.

1     10.      Each insurance company that underwrites the unsecured bond requires, at minimum, an indemnity agreement and parental guarantee, each of which must be negotiated, signed, notarized and sent to the United States. The insurance companies cannot finish underwriting the bond until this is done.

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 20th day of April, 2011 in Newtown Square, Pennsylvania.

*/s/ Marcin Plonka*

SVI-92028v1

-2-

PLONKA DECL. ISO DEFS.' REPLY
Case No. 07-CV-1658 PJH