Terry M. Myers
Pro-Se
600 W. Washington Ave.
Suite 3T
Lake Bluff, IL. 60044
Telephone: (224) 548-6556
Facsimile: (206) 600-7361
otplp@comcast.net



FILED
APR 2 6 2011
RICH...
CLERK, ...
NORTHERN D...
...ORNIA

UNITED STATES COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION ORACLE USA, INC., et al., Plaintiffs, v. SAP AG, et al., Defendants. | Case No. 07-CV-1658 PJH (EDL) **MOVANTS MOTION FOR LEAVE TO INTERENVE** Date: May 4, 2011 Time: 9:00 a.m. Courtroom: 3, 3rd Floor Judge: Hon. Phyllis J. Hamilton |
|---|---|

**MOTION FOR LEAVE TO INTERVENE.**

Now comes Movants, Terry M. Myers, with this motion for leave to intervene.

0. Historic Overview

A. In 1912 Movants great grandpa and his son Albert Bergstrom were in the liquor business in Andersonville part of which did fail after prohibition. Then in the 1950 Albert Bergstrom had

MOVANTS MOTION FOR LEAVE TO INTERENVE
- 1 - Case No. 07-CV-1658 PJH (EDL)

a Trucking Company which failed after a fire. Sometime after this fire the Andersonville part of Chicago where Movants family is from, became The Kennedy Express Way. Then Movants grandpa Albert Bergstrom became a teamster with YALE trucking and was at the seat of honor reserved for 80 year old teamster's pension celebrants at their annual meeting which was the same year this meeting was at the New Stouffers Downtown Chicago.

B. The Myers side for the movants family is from Iowa farms.

I. STATEMENT OF FACTS

A. On May 28th, 1969 Plaintiff (Wells Fargo, Minnesota) or one of its successors or one of its agent Files a Quit Claim Deed with Lake County (R C000106 in case 02-08-1160), OTHER EAST COAST ORGANIZATIONS, Francis Eugene George together the with UCCB, NYAD, CAD do conspire to defraud the ordinary people of North America with a massive NAZI/Islamic criminal enterprise. This ring of

MOVANTS MOTION FOR LEAVE TO INTERENVE

- 1 -     Case No. 07-CV-1658 PJH (EDL)

child abuse perpetrators while pretending to be Pius X disciples but in fact they are WWII era army of Islam inside the DOD US ARMY/IRA disciples of a unrepentant Pius XII.

B. On July 8th, 1969 Plaintiff (Norwest Bank, Minnesota) or one of its agent Files or successors did Quit Claim Deed with Lake County (R C000106 in case 02-08-1160), OTHER EAST COAST ORGANIZATIONS, Francis Eugene George together the with UCCB, NYAD, CAD do conspire to defraud the ordinary people of North America with a massive NAZI/Islamic criminal enterprise. This ring of child abuse perpetrators while pretending to be Pius X disciples but in fact they are WWII era army of Islam inside the DOD US ARMY/IRA disciples of a unrepentant Pius XII

C. On August 01, 1996 Plaintiff (Norwest Bank, Minnesota) and Appellants enter into an mortgage contract for an residential property and Appellants purchase a land trust with tenements (See Exhibit B).

D. On October 05, 1996 Movants get married.

MOVANTS MOTION FOR LEAVE TO INTERENVE
- 1 -    Case No. 07-CV-1658 PJH (EDL)

E. On, December 01, 1998 Plaintiff ( Norwest Bank, Minnesota ) and Appellants refinance old mortgage into new first mortgage contract for an residential property (no mortgage on record in case 02-08-1160).

F. In 1999 Appellants inherits All rights to the state of Wisconsin (see Washington Mutual vs. Myers, Wisconsin 2nd appellate and See Exhibit B).

G. On June 11, 2001 Plaintiff (Well Fargo Bank, Minnesota) and Appellants enter into a second mortgage contract for an residential property (See Exhibit B).

H. On July 27, 2001 Plaintiff (Well Fargo Bank, Minnesota) claims to own Appellants house and knocks it down(R C000092 and Myers vs. Lake County I (05 L 884).

I. In 2003 Oracle does breach license agreement with Myers Information Systems, Inc. and the copyright of Myers Information Systems, Inc. by taking source code and designs out of the USA.

J. In 2005 Movants file Myers vs. Lake County and others in are real action to prove the existence of

MOVANTS MOTION FOR LEAVE TO INTERENVE
- 1 - Case No. 07-CV-1658 PJH (EDL)

Intellectual substance and Copyrighted this and other products (see 05 L 885.)

K. On January 23, 2008 Appellants filed for Chapter 11 and are still in a converted 7 bankruptcy.

L. On February, 13 2009 Appellants where evicted.

M. On February 13, 2009 Appellant make an entry under the terms of Gridley into Marriott and Hilton in Mettawa, IL.

N. The States Attorney is in error by evicting the Defendants on Feb 14 and July 2.

O. All Treaties between the USA and the Indian nations applies to the land (see MONTANA v. UNITED STATES, 450 U.S. 544 (1981) 450 U.S. 544) & (R C0000141 in case 02-08-1160)

P. On July 5th, 2009 Defendant make a valid entry into Lincolnshire LLC.

Therefore now comes this motion for leave to intervene.

We are in needs of the funds now.

We request this court for our copyrighted product back.

Terry M. Myers

By /Terry M. Myers/

April 8th, 2011
Terry M. Myers
Pro-Se

MOVANTS MOTION FOR LEAVE TO INTERENVE
- 1 -   Case No. 07-CV-1658 PJH (EDL)

600 W. Washington Ave.
Suite 3T
Lake Bluff, IL. 60044
Skype name mr.terry.m.myers
Telephone: (224) 548-6556
Facsimile: (206) 600-7361
otplp@comcast.net

MOVANTS MOTION FOR LEAVE TO INTERENVE

- 1 -    Case No. 07-CV-1658 PJH (EDL)

UNITED STATES COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION ORACLE USA, INC., et al., <br><br>Plaintiffs, <br><br>v. <br><br>SAP AG, et al., <br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL) <br><br>NOTICE OF FILING <br><br>MOTION FOR LEAVE TO INTERVENE <br><br>Date: May 4, 2011 <br>Time: 9:00 a.m. <br>Courtroom: 3, 3rd Floor <br>Judge: Hon. Phyllis J. Hamilton |

NOTICE OF FILING
MOTION FOR LEAVE TO INTERVENE.

Now comes Terry M. Myers this motion for leave to intervene.

By ___/ Terry M. Myers/_____

Name:     Terry M. Myers
Motion:
Motion for leave to intervene

Robert A. Mittelstaedt

Fax 1-415-626-3939

Bingham McCutchen

1-415-393-2000 415-522-3605

Phone: 224-548-6556
Fax:

RECEIVED
2011 APR 11  A 11: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA



| | |
|---|---|
| **To: Clerk of the Court** | **From: Terrry Myers** |
| **Fax: 415-522-3605** | **Pages: 9** |
| **Re:** | **Date: April 08, 2011** |

600 West Washington AVENUE, Lake Bluff, IL 60044

» This fax was sent via the Internet using SmartFax! - www.smartfax.com «