UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

    Plaintiffs,

    v.

SAP AG, et al.,

    Defendants.

_____/

No. C 07-1658 PJH

**ORDER DENYING MOTION TO INTERVENE**

    The motion of Terry M. Myers for leave to intervene in this action is DENIED. The motion is incomprehensible, and no basis for intervention is stated.

**IT IS SO ORDERED.**

Dated: April 26, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge