UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA INC., et al.,

        Plaintiff,

  v.

SAP AG, et al.,

        Defendant.

Case Number: C 07-1658 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry M. Myers
600 W. Washington Ave.
Suite 3T
Lake Bluff, IL 60044

April 27, 2011

Richard W. Wieking, Clerk

By: Nichole Heuerman