1  Robert A. Mittelstaedt (SBN 060359)
   Jason McDonell (SBN 115084)
2  Elaine Wallace (SBN 197882)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   jmcdonell@jonesday.com
6  ewallace@jonesday.com

7  Tharan Gregory Lanier (SBN 138784)
   Jane L. Froyd (SBN 220776)
8  JONES DAY
   1755 Embarcadero Road
9  Palo Alto, CA 94303
   Telephone:    (650) 739-3939
10 Facsimile:    (650) 739-3900
   tglanier@jonesday.com
11 jfroyd@jonesday.com

12 Scott W. Cowan (Admitted *Pro Hac Vice*)
   Joshua L. Fuchs (Admitted *Pro Hac Vice*)
13 JONES DAY
   717 Texas, Suite 3300
14 Houston, TX 77002
   Telephone:    (832) 239-3939
15 Facsimile:    (832) 239-3600
   swcowan@jonesday.com
16 jlfuchs@jonesday.com

17 Attorneys for Defendants
   SAP AG, SAP AMERICA, INC., and
18 TOMORROWNOW, INC.

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                           OAKLAND DIVISION

| | |
|---|---|
| 22  ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| 23         Plaintiffs, | **[REVISED PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF EXECUTION OF JUDGMENT THROUGH APPEAL AND APPROVAL OF PROPOSED SECURITY PURSUANT TO FRCP 62** |
| 24         v. | |
| 25  SAP AG, et al., | |
| 26         Defendants. | |
| 27 | |

28

1  Having considered the papers filed by the parties in connection with Defendants' Motion
2  for Stay of Execution of Judgment Through Appeal and Approval of Proposed Security Pursuant
3  to FRCP 62 (ECF No. 1051):
4  IT IS HEREBY ORDERED THAT:  Defendants' motion is GRANTED.  Execution of
5  final judgment is stayed pending disposition of post-judgment motions and, if necessary, appeal.
6  Defendants are ORDERED to obtain and move the Court for approval of a supersedeas bond in
7  the amount of $1,325,033,547.00 within 21 days after this order is entered.  Oracle's request that
8  the Court instruct the bonding company to provide a quarterly report to the parties and increase
9  the bond amount as needed to cover post-judgment interest accrued in the future is DENIED.
10  The May 4, 2011 hearing date is VACATED.

13  DATED: __4/29/11_____  By: _____
14  Hon. Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

SVI-92029v1

[REVISED PROPOSED] ORDER GRANTING DEFS.'
MOT. FOR STAY AND APPROVAL OF SECURITY
Case No. 07-CV-1658 PJH (EDL)

- 1 -