Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SAP AG, et al.,<br><br>                    Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER APPROVING SUPERSEDEAS BOND PURSUANT TO RULE 62 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Having considered Defendants' Request for Approval of Signed Supersedeas Bond Pursuant to Rule 62 of the Federal Rules of Civil Procedure and Exhibit A thereto:

IT IS HEREBY ORDERED THAT: Defendants' request is GRANTED. The signed supersedeas bond attached as Exhibit A to Defendants' Request for Approval of Signed Supersedeas Bond Pursuant to Rule 62 of the Federal Rules of Civil Procedure is approved and, as set forth in the Court's April 29, 2011 Order Granting Defendants' Motion for Stay of Execution of Judgment Through Appeal and Approval of Proposed Security Pursuant to FRCP 62 (ECF No. 1069), execution of final judgment is stayed pending disposition of post-judgment motions and, if necessary, appeal.

DATED: 6/22/11

By: _____
Hon. Phyllis J. Hamilton

*IT IS SO ORDERED* (seal: United States District Court, Northern District of California, Judge Phyllis J. Hamilton)