| | |
|---|---|
| Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084)<br>Elaine Wallace (SBN 197882)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br>ewallace@jonesday.com<br><br>Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>tglanier@jonesday.com<br>jfroyd@jonesday.com<br><br>Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>swcowan@jonesday.com<br>jlfuchs@jonesday.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257)<br>GEOFFREY M. HOWARD (SBN 157468)<br>ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>geoff.howard@bingham.com<br>zachary.alinder@bingham.com<br>bree.hann@bingham.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>dboies@bsfllp.com<br><br>STEVEN C. HOLTZMAN (SBN 144177)<br>FRED NORTON (SBN 224725)<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br><br>DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>jennifer.gloss@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., *et al.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>   Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATED REQUEST AND [P~~ROPOSED~~] ORDER THAT DEFENDANTS MAY RELEASE THE SUPERSEDEAS BOND**<br><br>Date:      N/A<br>Time:     N/A<br>Courtroom: 3, 3rd Floor<br>Judge:    Hon. Phyllis J. Hamilton |

**STIPULATED REQUEST TO RELEASE DEFENDANTS' SUPERSEDEAS BOND**

Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants") submit this Stipulated Request and [Proposed] Order that Defendants may release the supersedeas bond previously approved by Court Order at ECF No. 1077.

WHEREAS, on June 22, 2011 this Court entered an order approving a supersedeas bond in the amount of $1,325,033,547.00 as appropriate security to stay execution of the final judgment entered on February 3, 2011 (ECF No. 1036), pending disposition of post-judgment motions and, if necessary, appeal. *See* ECF No. 1077.

WHEREAS, on September 1, 2011 this Court granted Defendants' motions for judgment as a matter of law and motion for a new trial, and vacated "that portion of the February 3, 2011 judgment awarding $1.3 billion for hypothetical license damages." *See* ECF No. 1081 at 20.

WHEREAS, as a result of the Court's September 1, 2011 order, there is no final judgment upon which Oracle can execute.

WHEREAS, Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Siebel Systems, Inc. ("Oracle," and together with Defendants, the "Parties") stipulate to this request.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Defendants may release the supersedeas bond previously approved by Court Order at ECF No. 1077.

**IT IS SO STIPULATED.**

Dated: October 5, 2011

JONES DAY

By: /s/ Tharan Gregory Lanier
Tharan Gregory Lanier

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: October 5, 2011

BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
    Geoffrey M. Howard

Attorneys for Plaintiffs
ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, and SIEBEL SYSTEMS, INC.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6  DATED: October 7, 2011            BY: _____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA