1  BINGHAM MCCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   ZACHARY J. ALINDER (SBN 209009)
3  BREE HANN (SBN 215695)
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286
   donn.pickett@bingham.com
6  geoff.howard@bingham.com
   holly.house@bingham.com
7  zachary.alinder@bingham.com
   bree.hann@bingham.com
8
   BOIES, SCHILLER & FLEXNER LLP
9  DAVID BOIES (Admitted Pro Hac Vice)
   333 Main Street
10 Armonk, NY 10504
   Telephone:    (914) 749-8200
11 Facsimile:    (914) 749-8300
   dboies@bsfllp.com
12 STEVEN C. HOLTZMAN (SBN 144177)
   FRED NORTON (SBN 224725)
13 1999 Harrison St., Suite 900
   Oakland, CA 94612
14 Telephone:    (510) 874-1000
   Facsimile:    (510) 874-1460
15 sholtzman@bsfllp.com
   fnorton@bsfllp.com
16 DORIAN DALEY (SBN 129049)
   JENNIFER GLOSS (SBN 154227)
17 500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
18 Telephone: 650.506.4846
   Facsimile: 650.506.7144
19 dorian.daley@oracle.com
   jennifer.gloss@oracle.com
20
   Attorneys for Plaintiffs Oracle USA, Inc., *et al.*
21

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted Pro Hac Vice)
Joshua L. Fuchs (Admitted Pro Hac Vice)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com
Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>SAP AG, *et al.*,<br><br>            Defendants. | No. 07-CV-01658 PJH (EDL)<br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE TO ACCEPT OR REJECT REMITTITUR**<br>Date: N/A<br>Time: N/A<br>Place: 3rd Floor, Courtroom 3<br>Judge: Hon. Phyllis J. Hamilton |

Case No. 07-CV-01658 PJH (EDL)

STIPULATION AND [PROPOSED] ORDER RE DEADLINE RE REMITTITUR

|   |   |
|---|---|
| 1 | Plaintiffs Oracle USA, Inc., Oracle International Corporation and Siebel Systems, |
| 2 | Inc. ("Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. |
| 3 | ("Defendants" and together with Oracle the "Parties") submit this Stipulation and [Proposed] |
| 4 | Order regarding the deadline for Oracle to accept or reject the remittitur. |
| 5 | WHEREAS, on September 1, 2011, this Court granted "a new trial as to actual |
| 6 | damages, conditioned on Oracle's rejection of a remittitur to $272 million" and ordered that |
| 7 | "Oracle shall submit a statement accepting or rejecting the remittitur no later than September 30, |
| 8 | 2011 (or the parties shall submit a stipulated request for additional time, if necessary)." ECF No. |
| 9 | 1081 at 20:13-19; |
| 10 | WHEREAS, on September 16, 2011, this Court extended the deadline to accept or |
| 11 | reject the remittitur "until after this court has fully considered Oracle's request for an order |
| 12 | certifying a request for interlocutory review, and has determined what if any question(s) may be |
| 13 | certified; and for an additional 30 days beyond the date the Ninth Circuit either approves or |
| 14 | denies any such application." ECF No. 1088 at 2:2-5; |
| 15 | WHEREAS, if the Court denies Oracle's request for certification, the Ninth |
| 16 | Circuit will not approve or deny such application and the 30-day deadline will not run; and |
| 17 | WHEREAS the Parties desire to ensure that Oracle's deadline to accept or reject |
| 18 | the remittitur will not expire while an interlocutory appeal is pending. |
| 19 | NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST |
| 20 | THE COURT TO ORDER that Oracle shall submit a statement accepting or rejecting the |
| 21 | remittitur no later than: |
| 22 | (1) 30 days after issuance of an order by this Court denying Oracle's pending |
| 23 | motion for certification (ECF No. 1089); |
| 24 | (2) if this Court grants Oracle's pending motion for certification, 30 days after |
| 25 | issuance of an order by the Ninth Circuit denying application for leave to appeal; |
| 26 | (3) if this Court grants Oracle's pending motion for certification, the Ninth Circuit |
| 27 | grants leave to appeal, and the Ninth Circuit affirms the Court's Order Granting Defendants' |
| 28 | Motion for JMOL, and Motion for New Trial; Order Denying Plaintiffs' Motion for New Trial; |

1  Order Partially Vacating Judgment (ECF No. 1081), 30 days after issuance of the Ninth Circuit's
2  mandate; *provided that* the Parties hereby stipulate that the Ninth Circuit's issuance of its
3  mandate shall be stayed pending any petition for certiorari and, if the Supreme Court grants
4  certiorari, until the Supreme Court's final disposition.

6  DATED: October 31, 2011              BINGHAM McCUTCHEN LLP

7                                      By:        /s/ Geoffrey M. Howard
8                                                Geoffrey M. Howard

9                                      Attorneys for Plaintiffs Oracle USA, Inc., *et al.*

10     In accordance with General Order No. 45, Rule X, the above signatory attests that
11  concurrence in the filing of this document has been obtained from the signatory below.

13  DATED: October 31, 2011              JONES DAY

14                                      By:        /s/ Tharan Gregory Lanier
                                                 Tharan Gregory Lanier
15
                                        Counsel for Defendants
16                                      SAP AG, SAP AMERICA, INC., and
                                        TOMORROWNOW, INC.

18     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  DATED:  November 8   , 2011         Hon. Phy
                                        United St

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*