Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **[PROPOSED] ORDER DENYING AMENDED MOTION FOR LEAVE TO INTERVENE** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

SVI-100930v1

1  Having considered the papers filed in connection with pro se plaintiff Terry M. Myers'
2  Amended Motion for Leave to Intervene ("Amended Motion"):
3  IT IS HEREBY ORDERED THAT: The Amended Motion is DENIED.
4  Rule 24(c) of the Federal Rules of Civil Procedure provides that "[a] motion to intervene
5  must . . . state the grounds for intervention and be accompanied by a pleading that sets out the
6  claim or defense for which invention is sought." Fed. R. Civ. P. 24(c).  Despite including new
7  allegations, the Amended Motion remains incomprehensible—largely repeating the allegations of
8  the original motion to intervene—and again wholly fails to state any basis for intervention as
9  required by the Federal Rules.
10 **IT IS SO ORDERED.**

15 DATED:  December 12, 2011          By: _____
16                                         Hon. Phyllis J. Hamilton

SVI-100930v1

- 1 -

[PROPOSED] ORDER DENYING AMENDED MOTION
FOR LEAVE TO INTERVENE
Case No. 07-CV-1658 PJH (EDL)