UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA., INC., et al.,

    Plaintiffs,

    v.

SAP AG, et al.,

    Defendants.

_____/

No. C 07-1658 PJH

**ORDER**

TO NON-PARTY AND WOULD-BE INTERVENOR TERRY M. MYERS:

PLEASE BE ADVISED that this court does not accept papers for filing by e-mail. Accordingly, the court will not consider any motions or other papers that you may have sent to the court by e-mail or that you may send to the court by e-mail in the future, in connection with the above-entitled action or in connection with any action pending in this court. In addition, the court does not accept documents for filing by facsimile except insofar as the filing complies in all respects with Civil Local Rule 5-2.

Please be further advised that as the court has reviewed, considered, and denied two prior motions to intervene filed by you in the above-entitled action, it will not accept for filing, consider, or respond to any additional such motions.

**IT IS SO ORDERED.**

Dated: January 12, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge