UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

         Plaintiff(s),

         v.

SAP AG, et al.,

         Defendant(s).

_____/

No. C 07-1658 PJH

**SCHEDULING ORDER**

The court having been apprised of plaintiffs' rejection of remittitur and request for retrial, hereby advises the parties of its intent to schedule the retrial of this matter for two weeks commencing **June 18, 2012 at 8:30 a.m.**, with a pretrial conference on **May 3, 2012 at 2:30 p.m.**  These are the only two weeks available for calendar year 2012.  The other options are: 1) the matter may trail the other trials already scheduled until a two week time slot becomes available, or 2) if the parties prefer a firm date, the next available open date for trials is August 19, 2013.

The parties shall meet and confer and advise the court in writing by February 24, 2012, which option they elect.

**IT IS SO ORDERED.**

Dated: February 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court

For the Northern District of California