UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

    Plaintiffs,                        No. C 07-1658 PJH

    v.                                **ORDER**

SAP AG, et al.,

    Defendants.
_____/

On April 17, 2012, plaintiffs filed a motion for "clarification," and two motions for leave to file a motion for reconsideration, all noticed for hearing on May 24, 2012.

No later than May 1, 2012, defendants shall file responses to the three motions, not to exceed 10 pages for each. The May 24, 2012 hearing date is VACATED. The court will rule on the papers.

**IT IS SO ORDERED.**

Dated: April 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge