UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA, INC., et al., | |
| Plaintiffs, | No. C 07-1658 PJH |
| v. | **NOTICE OF ERRATA** |
| SAP AG, et al., | |
| Defendants. | |

The April 18, 2012 order is AMENDED as follows: Line 18 should read, "The May 23, 2012 hearing date is VACATED." The May 24, 2012 pretrial hearing date remains on calendar.

**IT IS SO ORDERED.**

Dated: April 19, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge