BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
donn.pickett@bingham.com
geoff.howard@bingham.com
bree.hann@bingham.com

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted Pro Hac Vice)
333 Main Street
Armonk, NY 10504
Telephone:     (914) 749-8200
Facsimile:      (914) 749-8300
dboies@bsfllp.com
STEVEN C. HOLTZMAN (SBN 144177)
FRED NORTON (SBN 224725)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:     (510) 874-1000
Facsimile:      (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7144
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiff Oracle International
Corp.

JONES DAY
ROBERT A. MITTELSTAEDT (SBN 060359)
JASON McDONELL (SBN 115084)
ELAINE WALLACE (SBN 197882)
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

JONES DAY
THARAN GREGORY LANIER (SBN 138784)
JANE L. FROYD (SBN 220776)
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:      (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

JONES DAY
SCOTT W. COWAN (Admitted *Pro Hac Vice*)
JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)
717 Texas, Suite 3300
Houston, TX  77002
Telephone:     (832) 239-3939
Facsimile:      (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP America, Inc., and
TomorrowNow, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>                Plaintiffs,<br>         v.<br><br>SAP AG, *et al.*,<br><br>                Defendants. | Case No. 07-CV-01658 PJH (EDL)<br><br>**JOINT PROPOSED JUROR QUESTIONNAIRE**<br><br>Date:        May 24, 2012<br>Time:        2:30 pm<br>Place:        3rd Floor, Courtroom 3<br>Judge:        Hon. Phyllis J. Hamilton |

s

1

1     Pursuant to the Court's Pretrial Instructions, Plaintiff Oracle International Corporation

2    ("Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively,

3    "Defendants," and with Oracle, the "Parties") submit their Joint Proposed Juror Questionnaire,

4    attached as Exhibit A.  In lieu of submitting voir dire questions to be posed by the Court in

5    addition to the Court's standard juror questionnaire, the Parties submit a jointly prepared

6    questionnaire to be provided to venire members to complete prior to voir dire.  *See* ECF No.

7    1110 (Pretrial Order re Retrial).

8

9    DATED:  April 26, 2012         Bingham McCutchen LLP

10

11                         By:_____ /s/ Geoffrey M. Howard_____

12                                 Geoffrey M. Howard
                                 Attorneys for Plaintiff
                            Oracle International Corporation

13

14     In accordance with General Order No. 45, Rule X, the above signatory attests that

15    concurrence in the filing of this document has been obtained from the signatory below.

16

17    DATED:  April 26, 2012         JONES DAY

18

19                         By:_____ /s/ Tharan Gregory Lanier_____

20                                Tharan Gregory Lanier
                            Attorneys for Defendants

21                               SAP AG, SAP America, Inc.,
                            and TomorrowNow, Inc.

22

23

24

25

26

27

s

2

**<u>EXHIBIT A</u>**

# JUROR QUESTIONNAIRE

Full Name: _____

              (First)               (Middle)             (Last)

1.  What is your age _____ and place of birth? _____

2.  What is your marital status?

      ___ single    ___ married    ___ separated    ___ divorced    ___ widowed

3.  What is your current city of residence? _____
How long have you lived in that city? _____

4.  If you have lived at your current residence for fewer than five years, where did you live before?
_____

5.  If you live with any other adults, please list them, and identify their relationship to you and their occupation/employer:
_____
_____
_____

**Knowledge Specific to this Case**

6.  Have you heard of any of the companies involved in this case, any of the companies acquired by the companies in this case, or any of the current or former executives for these companies?

|  | YES | NO |
|---|---|---|
| **Oracle International Corp.** | ____ | ____ |
| **Oracle USA, Inc.** | ____ | ____ |
| **Siebel Systems, Inc.** | ____ | ____ |
| **J.D. Edwards** | ____ | ____ |
| **PeopleSoft** | ____ | ____ |
| **TomorrowNow, Inc.** | ____ | ____ |
| **SAP America, Inc.** | ____ | ____ |
| **SAP AG** | ____ | ____ |
| **Acquired company (write in):** _____ | ____ | ____ |

If you checked yes to any of the above, please explain (including any opinions you have about those companies):
_____
_____

7.  Have you or anyone close to you ever worked for, owned stock in or done business with companies involved in this case or companies acquired by the companies in this case?

|  | YES | NO |
|---|---|---|
| **Oracle International Corp.** | ____ | ____ |
| **Oracle USA, Inc.** | ____ | ____ |
| **Siebel Systems, Inc.** | ____ | ____ |
| **J.D. Edwards** | ____ | ____ |
| **PeopleSoft** | ____ | ____ |
| **TomorrowNow, Inc.** | ____ | ____ |
| **SAP America, Inc.** | ____ | ____ |
| **SAP AG** | ____ | ____ |
| **Acquired company (write in):** _____ | ____ | ____ |

If you checked yes to any of the above, please explain:

_____

_____

8.  Have you heard or do you know anything about Larry Ellison?

____Yes _____No

If you checked yes, please explain (including any opinions you have about Mr. Ellison):

_____

_____

9.  Do you know any of the attorneys representing the parties in this case?

| | |
|---|---|
| David Boies | ___ Yes ___ No |
| Steven C. Holtzman | ___ Yes ___ No |
| Donn P. Pickett | ___ Yes ___ No |
| Geoffrey M. Howard | ___ Yes ___ No |
| Fred Norton | ___ Yes ___ No |
| Dorian Daley | ___ Yes ___ No |
| Jennifer Gloss | ___ Yes ___ No |
| Robert A. Mittelstaedt | ___ Yes ___ No |
| Jason McDonell | ___ Yes ___ No |
| Elaine Wallace | ___ Yes ___ No |
| Tharan Gregory Lanier | ___ Yes ___ No |
| Jane L. Froyd | ___ Yes ___ No |
| Scott W. Cowan | ___ Yes ___ No |
| Joshua L. Fuchs | ___ Yes ___ No |

If you checked yes to any of the above, please explain:

_____

_____

10. Have you ever been employed by or represented by or had any business dealings of any nature with the law firm of Jones Day, the law firm of Boies, Schiller & Flexner or the law firm of Bingham McCutchen?

     \_\_\_ Yes \_\_\_ No

If yes, please state the firm with which you have (or had) the relationship, and briefly describe nature and extent of the relationship (without revealing anything confidential):

_____

_____

_____

11. Attached as Appendix 1 is a list of persons who are potential witnesses in this case.  If you know, or think you may know, any of the persons listed, please circle their names.

     Please indicate here whether you have circled any name(s): \_\_\_ Yes \_\_\_ No

12. Have you heard, read, or seen anything in the press or media about this lawsuit or any lawsuit that is similar?

     \_\_\_ Yes \_\_\_ No

If so, what have you heard, read, or seen? _____

_____

_____

_____

Please state any opinions you have formed about this lawsuit based on what you have heard, read, or seen?

_____

_____

_____

_____

**Employment and Education**

13. What best describes your current employment status? (CHECK ALL THAT APPLY)

\_\_\_ Employed part-time       \_\_\_ Employed full-time       \_\_\_ Self-employed

\_\_\_ Full time student       \_\_\_ Part time student       \_\_\_ Homemaker

\_\_\_ Retired since _____(date) \_\_\_ Unemployed, not looking for work

\_\_\_ Unemployed, looking for work \_\_\_ Other   (Please explain: _____)

3

14. What type of work do you do and who is your employer (or, if you are not currently working, what type of work did you do at your most-recent employer)?
_____

15.    How long have you worked for your current employer or, if not currently working, how long did you work for your most recent employer?
_____

16. If you have worked for your current employer for less than five years, describe your previous employment.
_____
_____

17. Have you studied, traveled, served in the military or worked abroad (*i.e.,* outside the United States)?  If yes, where and when:
_____

18. Do you speak and/or read German? ____Yes ____No

If yes, please describe your level of fluency. _____

19. What is the highest level of education you have completed? _____
Please list colleges or vocational schools attended and specify major areas of study:_____
_____
_____

20.    What is the highest level of education your spouse, partner, or significant other has completed and what is his or her occupation, if any?
_____

21. If you have children, please list each child's age and gender and, if they are employed, please give their occupation/employer.
_____
_____
_____

22. Have you or any member of your family been affected by the recent economic downturn and/or mortgage crisis?  ____Yes ____No

If yes, please explain: _____
_____

4

**Technical Knowledge and Opinion**

23. When it comes to numerical calculations generally, would you describe yourself as someone who is comfortable estimating an answer or who likes to use a formula to get a precise answer? (PLEASE CHECK ONE)

        ___ Comfortable estimating  ___ Likes to use a formula to get a precise answer

24. How knowledgeable are you about business software or databases in general?

        ___ Very  ___ Somewhat ___ Not very ___ Not at all

        If you have knowledge, please explain: _____

25. Have you ever worked for a "high tech" company?       ___ Yes ___ No
If yes, which company(ies)?  What did you do there? _____
_____

26. Do you have any strong feelings about any computer software companies? ___ Yes ___ No
 If yes, which companies?  Please explain.
_____
_____

27. Have you, a family member, or someone close to you taken any courses or had any specialized training or experience (including work experience) involving the following?

    *(If yes, please specify who and explain the training or experience you or they have had.)*

| | YES | NO | Please Explain |
|---|---|---|---|
| Computer/Technical | | | |
| Software Systems and/or Development | | | |
| Information Technology (IT) | | | |
| Business/Management | | | |
| Sales | | | |
| Contracts | | | |

5

| Copyrights/Patents/ Trademarks | | | |
|---|---|---|---|
| Law | | | |

28. Do you, a family member, or someone close to you have any knowledge, training, advanced education, or work experience with any of the following software systems?
(Please check all that apply):

        ___ Timekeeping software
        ___ Enterprise software, including but not limited to Human Resource
        ___ Management software (HRMS), accounting software, Customer Relationship
        ___ Management software (CRM), Supply Chain Management software,
        ___ Financials, Distribution and Manufacturing software, Enterprise Performance
        ___ Management software (EPM), Student Administration software
        ___ Database software
        ___ Any Oracle product: (please specify) _____
        ___ Any PeopleSoft product: (please specify) _____
        ___ Any J.D. Edwards product: (please specify) _____
        ___ Any Siebel product: (please specify) _____
        ___ Any SAP product: (please specify) _____

        If yes, please identify who and explain:_____

**Business and Intellectual Property Experience**

29. Have you, a family member, or someone close to you ever purchased, owned, or run a business (either personally or on behalf of your/their employer)?

        ___ Yes ___ No

If yes, please explain: _____
_____

Was the business successful? ___ Yes ___ No  ___ Not sure

30. Have you ever been:

     a.  An officer or director of a company

     ___ Yes ___ No

     b.  A shareholder of a company

     ___ Yes ___ No

     c. An executive, manager, or supervisor of a company

     ___ Yes ___ No

31. Have you ever had an experience where you believe a business competitor to either a business you owned or worked at competed in an unfair or improper manner? ___Yes ___No

If yes, please explain:_____

32. Have you ever held a job in which you negotiated licenses for intellectual property, such as patents, copyrights, or trademarks?          ___ Yes ___ No

If yes, please explain:_____
_____

33. Have you or anyone close to you ever applied for a patent, copyright or trademark?

     ___ Yes ___ No

If yes:  Who? What was it for (general description)?  Was the application granted?
_____
_____

7

34. Have you ever believed or had the experience that someone else has used your intellectual property or work product (or that of someone close to you) inappropriately?

    \_\_\_\_Yes \_\_\_\_No

If so, what happened?  Explain the circumstances and what you did about the situation, if anything. _____

**Legal Experience and Opinions**

35. If you have served on a jury before:

      How many times? _____

      What type of case(s)? _____

      In what court? (State/County or Federal) _____

      Did you ever serve as a jury foreperson?      \_\_\_ Yes \_\_\_ No

      How many of the jury(ies) on which you served reached a verdict? _____

36. Have you, a family member, or close friend ever been involved in a lawsuit (either filed a lawsuit, been sued, been a witness in a civil or criminal case, or given deposition testimony)?

    \_\_\_ Yes \_\_\_ No

If yes, please note who and explain the circumstances (including whether the outcome was satisfactory): _____

37. Generally speaking, do you think that money damage awards from lawsuits in the U.S. are:

    \_\_\_\_\_ Too high \_\_\_\_\_ About right \_\_\_\_\_ Too low \_\_\_\_\_ No opinion

**Memberships, Associations, and Activities**

38. Are you a member of a union?     \_\_\_ Yes \_\_\_ No

If yes, have you ever been a shop steward, union representative, business agent or an elected union official (please specify which one)? _____

39. To what social, civic, professional, trade, volunteer, or other organizations do you or your significant other belong?  Please list any offices you or your significant other have held in any organizations you identify.

_____
_____
_____

40. Do you participate in competitive sports activities on a regular basis?  ___ Yes ___ No

**Sources of News, Use of Technology, and Opinions about the Marketplace**

41. Do you follow the news on a regular basis?       ___ Yes ___ No

42. What types of television/radio programs, books, magazines, newspapers, and websites do you typically read/visit? _____

43. Do you (CHECK ALL THAT APPLY):

|  |  | If yes, how often? |
|---|---|---|
| Use a computer at work? | _____ Yes _____No | _____ |
| Use a computer at home? | _____ Yes _____No | _____ |
| Use the internet to find information? | _____ Yes _____No | _____ |
| Use the internet to download? | _____ Yes _____No | _____ |
| Troubleshoot or repair computers? | _____ Yes _____No | _____ |
| Feel comfortable using a computer? | _____ Yes _____No | |
| Feel comfortable with computer terminology? | _____Yes _____No | |

44. Do you regularly read and/or contribute to online blogs?  If yes, what are the names or types of blogs you read? _____

**Service on this Jury Panel**

45. Describe any vision, hearing, language, or other medical problems that may affect your jury service:

_____
_____

46. Do you know anyone on this jury panel?

            ____ Yes (Who? _____)  ____ No

47. If you have relatives or close personal friends who are judges or attorneys or court personnel, what are their names and relationship to you, and where are they located?  (If they are judges or court personnel, please indicate the court where they work, if you know.)
_____

9

48. One of the defendants in this case, SAP AG, is based in Germany.  Do you believe you will be able to give fair and equal consideration to SAP AG, knowing it is a German company?

      ___ Yes ___ No

49. Is there anything else you think the Court and parties in this dispute should know about you that would affect your ability to be a fair and impartial juror in this case?

      ___ Yes ___ No

If yes, please describe. _____

_____

_____

## VERIFICATION

I, _____, declare under penalty of perjury under the laws of the State of California that the foregoing responses I have given on this Juror Questionnaire, and on any attached sheets, if any, are true and correct to the best of my knowledge and belief.

_____          _____
      (Date)                                                                  (Signature)

*Thank you for your answers.*

Before returning this questionnaire to the Court, please check to see that you have answered all the questions.

10

**APPENDIX 1**

**[Updated witness list to be inserted]**