UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE USA, INC., et al.,

    Plaintiffs,                                No. C 07-1658 PJH

    v.                                       **ORDER**

SAP AG, et al.,

    Defendants.

_____/

    The court has reviewed some of the pretrial filings, and it is apparent that some will need to be revised, given the denial of Oracle's motions for clarification/reconsideration. Since no evidence relating to the hypothetical license measure of damages will be permitted at the upcoming trial, the exhibit lists and witness lists (at a minimum) must be revised. The revised papers should be filed prior to the pretrial conference, if possible, but in any event no later than two weeks from the date of this order.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge