United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE INTERNATIONAL CORPORATION,

        Plaintiff(s),                  No. C 07-1658 PJH

        v.                             **ORDER**

SAP AG, et al.,

        Defendant(s).

_____/

        The court has reviewed the parties' status statements regarding the trial schedule and hereby advises the parties that the further pretrial conference will go forward on June 8, 2012, and the other pretrial filing deadlines remain unchanged. The June 18, 2012 trial date will be discussed and vacated if necessary at the June 8, 2012 hearing.

**IT IS SO ORDERED.**

Dated: June 1, 2012

                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge