UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date: June 8, 2012**  (Time: 2 hour  3 minutes)        **JUDGE:**  Phyllis J. Hamilton

**Case No:  C-07-1658  PJH**

**Case Name: Oracle Corporation, et al. v. SAP AG, et al.**

Attorney(s) for Plaintiff:        **Geoffrey Howard; Donn Pickett; Fred Norton; Steven Holtzman; Anthony Falzone; Nitin Jindal**
Attorney(s) for Defendant:        **Tharan Gregory Lanier; Robert Mittelstaedt; Jason McDonell; Jane Froyd; Laurens Wilkes**

**Deputy Clerk**:  Nichole Heuerman            **Court Reporter**: Raynee Mercado

### PROCEEDINGS

Further Pretrial Conference-Held.  The June 18, 2012 trial date is VACATED.  The court informs the parties that they will trail a criminal trial set to begin on August 27, 2012.  The court will issue a further pretrial conference order.

cc: chambers