Robert A. Mittelstaedt (SBN 060359)
Jason McDonnell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94101
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ORACLE USA, INC., et al., | ) | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF DAVID NIMMER AND JOSEPH M. LIPNER AS COUNSEL FOR SAP AG, SAP AMERICA, INC., AND TOMORROWNOW, INC.** |
| vs. | ) ) | |
| SAP AG, et al., | ) | |
| Defendants. | ) ) | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2701081

[PROPOSED] ORDER GRANTING WITHDRAWAL OF DAVID
NIMMER AND JOSEPH M. LIPNER AS COUNSEL FOR SAP AG,
SAP AMERICA, INC., AND TOMORROWNOW, INC. (Case No. 07-
CV-1658 PJH (EDL))

1  Having considered the request for withdrawal of David Nimmer and Joseph M. Lipner of
2  Irell & Manella LLP,
3  **IT IS HEREBY ORDERED THAT:**
4  David Nimmer and Joseph M. Lipner be relieved and granted withdrawal from the above-
5  captioned matter as counsel for Defendants SAP AG, SAP AMERICA, INC. and
6  TOMORROWNOW, INC., and be removed from receiving electronic notification of e-filing in
7  connection with these Defendants.

9  Dated:  10/9/12

The Honorable
United

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2701081

- 2 -

[PROPOSED] ORDER GRANTING WITHDRAWAL OF DAVID
NIMMER AND JOSEPH M. LIPNER AS COUNSEL FOR SAP AG,
SAP AMERICA, INC., AND TOMORROWNOW, INC. (Case No. 07-
CV-1658 PJH (EDL))

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On October 5, 2012, I served the foregoing document described as **[PROPOSED] ORDER GRANTING WITHDRAWAL OF DAVID NIMMER AND JOSEPH M. LIPNER AS COUNSEL FOR SAP AG, SAP AMERICA, INC., AND TOMORROWNOW, INC.** on each interested party, as follows:

> Terry M. Myers
> W232 Forest
> Mundelein, Illinois 60060

[X] (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on October 5, 2012, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Celia B. Silver | /s/ |
| --- | --- |
| (Type or print name) | (Signature) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2701081